**No. 22-10312**

# In the United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

ELIZABETH A. HOLMES,
*Defendant-Appellant.*

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(NO. 5:18-CR-00258)
(THE HONORABLE EDWARD J. DAVILA, J.)*

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 20024
  (202) 434-5000

*Counsel for Defendant-Appellant
*Counsel of Record*

Pursuant to Ninth Circuit Rule 31-2.2(b), Defendant-Appellant Elizabeth A. Holmes moves for a 14-day extension of time to file her opening brief. Ms. Holmes' opening brief is currently due on April 3, 2023. With the proposed extension, it would be due on April 17, 2023. This is Ms. Holmes' second request for an extension of time. On January 17, 2023, Ms. Holmes filed a streamlined request for a 30-day extension, which was granted on January 18, 2023.

As set forth in the attached declaration of Amy Mason Saharia, a short 14-day extension is warranted because the government's request for restitution and Ms. Holmes' motion for release pending appeal are still pending before the district court. The court indicated at a hearing on March 17, 2023 that its decisions will likely issue at the end of March or in the first week of April. The court's disposition of those issues could impact the issues on appeal and the content of Ms. Holmes' brief. A short extension of time to allow Ms. Holmes to incorporate the district court's decisions into her appeal brief will be efficient for this Court and the parties.

Ms. Holmes has consulted with counsel for the United States, Kelly I. Volkar. The United States does not oppose the proposed extension.

Dated: March 24, 2023  Respectfully submitted,

/s/ Amy Mason Saharia
KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Ave. S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*

*Counsel for Defendant-Appellant*
*\*Counsel of Record*

## **DECLARATION OF AMY MASON SAHARIA**

I, Amy Mason Saharia, am an attorney with Williams & Connolly LLP, duly admitted to practice before this Court. I submit this declaration in support of the accompanying Unopposed Motion for Extension of Time. I declare as follows:

1. I am an attorney of record for Defendant-Appellant Elizabeth A. Holmes in *United States v. Holmes*, No. 22-10312 (9th Cir.).

2. The opening brief was first due on March 3, 2023.

3. The opening brief is currently due on April 3, 2023.

4. I request a 14-day extension to file the opening brief. With the extension, the opening brief will be due on April 17, 2023.

5. An extension is necessary because the government's request for restitution and Ms. Holmes' motion for release pending appeal are still pending before the district court. The court indicated at a hearing on March 17, 2023 that its decisions will likely issue at the end of March or in the first week of April. And the court's disposition could impact the issues on appeal and the content of Ms. Holmes' brief.

6. I have consulted with counsel for the United States, Kelly I. Volkar. The United States does not oppose the proposed extension.

3

7. I have exercised diligence and will file the opening brief within the time requested.

8. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 24, 2023 in Chevy Chase, Maryland.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth A. Holmes

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023 a copy of this filing was delivered via ECF on all counsel of record.

    /s/ Amy Mason Saharia
KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 20024
  (202) 434-5000

*Counsel for Defendant-Appellant*
**Counsel of Record*