| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 27 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>ELIZABETH A. HOLMES,<br><br>      Defendant - Appellant. | No. 22-10312<br><br>D.C. No. 5:18-cr-00258-EJD-1<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

Appellant's motion (Docket Entry No. 15) for an extension of time to file the opening brief is granted. The appellant's opening brief is due April 17, 2023; appellee's answering brief is due May 17, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7