No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

## EXCERPTS OF RECORD
## INDEX VOLUME

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA 98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 200024
  (202) 434-5000
  asaharia@wc.com

# TABLE OF CONTENTS

## VOLUME I OF LVII[1]

Judgment in a Criminal Case [1716] (Jan. 11, 2023).................................... ER-2

Order on Sentencing [1712] (Jan. 10, 2023) .................................................. ER-9

Transcript of Sentencing Hearing (Nov. 18, 2022) .................................... ER-31

Criminal Minutes [1660] (Nov. 18, 2022).................................................. ER-167

Order Denying Ms. Holmes' Motion to Strike [1196] (Dec. 13, 2021) ... ER-168

Order Denying Ms. Holmes' Motion to Admit Prior Testimony of
    Ramesh "Sunny" Balwani [1175] (Dec. 2, 2021)................................. ER-171

Order re: Pre-Trial Motions [989] (Aug. 30, 2021)................................... ER-181

Order re: Motions in Limine [798] (May 22, 2021)................................... ER-190

## VOLUME II OF LVII

Excerpt of Trial Transcript [1270] (Oct. 5, 2021),
    pages 2548-2577, 2704-2721 ............................................................. ER-292

Excerpt of Trial Transcript [1271] (Oct. 6, 2021),
    pages 2867-2890 ................................................................................ ER-343

Excerpt of Trial Transcript [1285] (Nov. 9, 2021),
    pages 5675-5723, 5786-5861 ............................................................. ER-369

Excerpt of Trial Transcript [1301] (Dec. 16, 2021),
    pages 8907-8908 ................................................................................ ER-496

## VOLUME III OF LVII

Transcript of Hearing on Restitution and Motion for Release
    Pending Appeal (Mar. 17, 2023)............................................................ ER-502

United States' Opposition to Defendant Elizabeth Holmes' Motion
    for Release Pending Appeal [1721] (Jan. 19, 2023)............................. ER-566

---

[1] Record excerpt contents required by 9th Cir. R. 30-1.4(a) extend through Volume I to Volume II.

Ms. Holmes' Amended Notice of Appeal [1720] (Jan. 17, 2023)............. ER-592

Ex. M. to Ms. Holmes' Sentencing Memorandum: Expert Report
of Carl S. Saba [1655-2] (Nov. 19, 2022) ............................................... ER-595

Declaration of Katherine Trefz in Support of Ms. Holmes'
Sentencing Memorandum [1655-1] (Nov. 19, 2022) ........................... ER-751

United States' Sentencing Memorandum [1649] (Nov. 15, 2022)
(part 1 of 2) ............................................................................................ ER-756

## VOLUME IV OF LVII

United States' Sentencing Memorandum [1649] (Nov. 15, 2022)
(part 2 of 2) ............................................................................................ ER-801

Ex. J to U.S. Sentencing Memorandum: Transcript of Testimony
of Natalie Ravitz before the Securities and Exchange
Commission [1644-9] (Nov. 11, 2022) .................................................... ER-804

Ex. B to U.S. Sentencing Memorandum: Summary of Theranos'
C-1 and C-2 Investors [1644-1] (Nov. 11, 2022)................................... ER-844

Declaration of AUSA Robert S. Leach in Support of United States'
Sentencing Memorandum [1644] (Nov. 11, 2022) ............................... ER-845

Ex. G. to Ms. Holmes' Sentencing Memorandum: Overview of
Theranos' IP Assets and Near-Term Licensing Opportunities
[1642-9] (Nov. 10, 2022).......................................................................... ER-847

Ex. A to Ms. Holmes' Sentencing Memorandum: Letters of
Support [1642-3] (Nov. 10, 2022) (part 1 of 2)..................................... ER-895

## VOLUME V OF LVII

Ex. A to Ms. Holmes' Sentencing Memorandum: Letters of
Support [1642-3] (Nov. 10, 2022) (part 2 of 2).................................... ER-1101

Order Denying Motions for New Trial [1636] (Nov. 7, 2022) .............. ER-1179

Transcript of Hearing on Motion for New Trial (Oct. 17, 2022).......... ER-1194

Order Granting Motion to Quash Subpoena *Duces Tecum*
[1606] (Oct. 14, 2022) ........................................................................... ER-1255

Transcript of Hearing on Motion to Quash Subpoena
(Oct. 14, 2022) ....................................................................................... ER-1257

Transcript of Status Conference on Motions for New Trial
(Oct. 3, 2022) ...................................................................... ER-1284

Ex. 8 to Saharia Declaration:  Email thread from September and
October 2018 involving J. Schenk, R. Leach, J. Bostic, S. Peirce,
L. Holliman, M. Lam, and/or T. Kingman with attachment
[1577-9] (Sept. 7, 2022) ....................................................... ER-1322

Ex. 4 to Saharia Declaration:  TX 5943 as admitted in *United States
v. Balwani*, No. 18-cr-258-2:  Email thread from October 2018
involving J. Schenk, R. Leach, J. Bostic, S. Peirce, L. Holliman,
and B. Wickett [1577-5] (Sept. 7, 2022) .............................. ER-1330

Ex. 2 to Saharia Declaration:  TX 20832 as admitted in *United
States v. Balwani*, No. 18-cr-258-2:  Email thread from Oct. 2018
involving S. Peirce, J. Schenk, R. Leach, J. Bostic, L. Holliman,
and B. Wickett [1577-3] (Sept. 7, 2022) .............................. ER-1334

Declaration of Amy Mason Saharia in Support of Ms. Holmes'
Motion for New Trial Based on Newly Discovered Evidence
Relating to LIS Database [1577-1] (Sept. 7, 2022) ............. ER-1338

Order Denying Defendant's Motion for Judgment of Acquittal
[1575] (Sept. 6, 2022) ........................................................... ER-1341

Ex. 2 to Wade Declaration:  Email exchange dated Aug. 9, 2022
between L. Wade and counsel for A. Rosendorff [1574-5]
(Sept. 6, 2022) ...................................................................... ER-1346

Ex. 1 to Wade Declaration:  WebEx email notification of A.
Rosendorff's Aug. 8, 20222 voice message to L. Wade [1574-4]
(Sept. 6, 2022) ...................................................................... ER-1348

Declaration of Lance Wade in Support of Ms. Holmes' Motion for
New Trial Based on Newly Discovered Evidence Regarding
Adam Rosendorff or in the Alternative for an Evidentiary
Hearing [1574-3] (Sept. 6, 2022) .......................................... ER-1351

Ex. A to Evans Declaration:  W. Evans email memorializing
interaction with A. Rosendorff [1574-2] (Sept. 6, 2022) ................... ER-1354

Declaration of William B. Evans [1574-1] (Sept. 6, 2022) ..................... ER-1357

Ms. Holmes' Motion for a New Trial Based on Newly Discovered
    Evidence Regarding Adam Rosendorff or in the Alternative an
    Evidentiary Hearing [1574] (Sept. 6, 2022) ....................................... ER-1360

## VOLUME VI OF LVII

Transcript of Hearing on Motion for Judgement of Acquittal
    (Sept. 1, 2022) ...................................................................... ER-1379

Declaration of Kelly I. Volkar in Support of United States'
    Opposition to Defendant's Oral Motion for Acquittal
    Pursuant to Federal Rule of Criminal Procedure 29
    [1395-1] (Apr. 8, 2022) ........................................................ ER-1441

United States' Opposition to Defendant Elizabeth Holmes' Oral
    Motion for Acquittal Pursuant to Federal Rule of Criminal
    Procedure 29 [1395] (Apr. 8, 2022) ...................................... ER-1443

Notice of Dismissal of Counts [1255] (Jan. 14, 2022) ............................ ER-1469

Final Verdict Form [1235] (Jan. 3, 2022) ................................................ ER-1471

Final Jury Instructions [1206] (Dec. 17, 2021) ...................................... ER-1474

Order re: Defendant's Motion to Strike the CMS Report [1190]
    (Dec. 10, 2021) ...................................................................... ER-1513

Ex. K to Saharia Declaration:  Sept. 6, 2017 Subpoena [1163-12]
    (Nov. 24, 2021)...................................................................... ER-1514

Ex. J to Saharia Declaration:  Nov. 30, 2016 Subpoena [1163-11]
    (Nov. 24, 2021)...................................................................... ER-1531

Ex. I to Saharia Declaration:  Jan. 11, 2016 Subpoena [1163-10]
    (Nov. 24, 2021)...................................................................... ER-1536

Ex. H to Saharia Declaration:  May 27, 2016 Subpoena [1163-9]
    (Nov. 24, 2021)...................................................................... ER-1544

Ex. G to Saharia Declaration:  Feb. 16, 2016 Subpoena [1163-8]
    (Nov. 24, 2021)...................................................................... ER-1566

Ex. F to Saharia Declaration:  Dec. 8, 2015 Subpoena [1163-7]
    (Nov. 24, 2021)...................................................................... ER-1587

Ex. E to Saharia Declaration:  Nov. 23, 2015 Subpoena [1163-6]
    (Nov. 24, 2021)...................................................................... ER-1596

Ex. D to Saharia Declaration:  Excerpt of Transcript of R. Balwani
     Securities and Exchange Commission Deposition held
     Oct. 11, 2019 [1163-5] (Nov. 24, 2021) .................................................. ER-1606

Ex. C to Saharia Declaration:  Excerpt of Transcript of R. Balwani
     Securities and Exchange Commission Deposition held
     Sept. 7, 2017 [1163-4] (Nov. 24, 2021) .................................................. ER-1610

Ex. B to Saharia Declaration:  Excerpt of Transcript of R. Balwani
     Securities and Exchange Commission Deposition held
     Aug. 10, 2017 [1163-3] (Nov. 24, 2021) ................................................ ER-1614

Ex. A to Saharia Declaration:  Excerpt of Transcript of R. Balwani
     Securities and Exchange Commission Deposition held
     Aug. 9, 2017 [1163-2] (Nov. 24, 2021) .................................................. ER-1620

Declaration of Amy Mason Saharia in Support of Ms. Holmes' Motion
     to Admit Prior Testimony of Ramesh "Sunny" Balwani [1163-1]
     (Nov. 24, 2021) ...................................................................................... ER-1630

Ms. Holmes' Motion to Admit Prior Testimony of Ramesh "Sunny"
     Balwani [1163] (Nov. 24, 2021) ............................................................. ER-1633

## VOLUME VII OF LVII

Ex. 5 to Wade Declaration:  Exhibit TX 5471 [1134-6]
     (Nov. 8, 2021) ......................................................................................... ER-1645

Ex. 4 to Wade Declaration:  Exhibit TX 5260 [1134-5]
     (Nov. 8, 2021) ......................................................................................... ER-1739

Ex. 3 to Wade Declaration:  Exhibit TX 5257 [1134-4]
     (Nov. 8, 2021) (part 1 of 2) .................................................................... ER-1831

## VOLUME VIII OF LVII

Ex. 3 to Wade Declaration:  Exhibit TX 5257 [1134-4]
     (Nov. 8, 2021) (part 2 of 2) .................................................................... ER-1944

Ex. 2 to Wade Declaration:  Exhibit TX 4943 [1134-3]
     (Nov. 8, 2021) ......................................................................................... ER-1983

Ex. 1 to Wade Declaration:  Exhibit TX 3144 [1134-2]
     (Nov. 8, 2021) ......................................................................................... ER-2021

Declaration of Lance A. Wade in Support of Ms. Holmes'
Submission Regarding Testimony of Dr. Kingshuk Das
[1134-1] (Nov. 8, 2021) ........................................................ ER-2115

Ms. Holmes' Submission Regarding Testimony of Dr. Kingshuk
Das [1134] (Nov. 8, 2021) ..................................................... ER-2117

United States' Supplemental Brief Regarding Admission of CMS
Report (Trial Exhibit 4621), Testimony of Dr. Kingshuk Das,
and Evidence Regarding Voiding of Theranos Test Results
[1133] (Nov. 8, 2021) ............................................................. ER-2123

Ex. 9 to Wade Declaration: Defense Exhibit 13943: July 6, 2021
Email from K. Fuller to G. Yamamoto [1077-10] (Oct. 11, 2021) ... ER-2134

Ex. 8 to Wade Declaration: Defense Exhibit 13942: July 6, 2021
"Notice of Proposed Sanctions to Dr. A. Rosendorff from CMS
[1077-9] (Oct. 11, 2021) ........................................................ ER-2137

Ex. 7 to Wade Declaration: Defense Exhibit 13934: May 6, 2021
"Notice of Condition-Level Deficiencies Immediate Jeopardy"
letter to Dr. A. Rosendorff from CMS [1077-8] (Oct. 11, 2021) ...... ER-2149

Ex. 5 to Wade Declaration: Defense Exhibit 13731: Feb. 19, 2021
"Public Health Laboratory State Inspection-Condition Level
Deficiencies-Immediate Jeopardy" Letter to Dr. A. Rosendorff
from the California Department of Public Health [1077-6]
(Oct. 11, 2021) ...................................................................... ER-2155

Ex. 4 to Wade Declaration: Defense Exhibit 13427: Aug. 28, 2017
article entitled "50,000 Patients to Retest After Invitae Finds
Errors" [1077-5] (Oct. 11, 2021) ............................................ ER-2160

Ex. 2 to Wade Declaration: Sept. 25, 2020 Memorandum of
Interview of Dr. A. Rosendorff [1077-3] (Oct. 11, 2021) .................. ER-2168

Ex. 1 to Wade Declaration: Oct. 4, 2021 Email from L. Wade to
Court regarding cross-examination of Dr. A. Rosendorff,
copying government counsel [1077-2] (Oct. 11, 2021) ...................... ER-2179

Declaration of Lance A. Wade in Support of Ms. Holmes' Notice
of Filing [1077-1] (Oct. 11, 2021) .......................................... ER-2182

Defendant Elizabeth Holmes' Notice of Filing [1077] (Oct. 11, 2021). ER-2185

Joint Stipulation Regarding Trial Evidence [1075] (Oct. 11, 2021) ..... ER-2188

Joint Stipulations Regarding Trial Evidence [1029] (Sept. 20, 2021).. ER-2190

Order Deferring Ruling on Defendant's Motion to Exclude Certain
Testimony of Erika Cheung, Daniel Edlin, and So Han Spivey
(A.K.A. Danise Yam) [1007] (Sept. 7, 2021) ....................................... ER-2193

United States' Second Amended Witness List [999] (Sept. 5, 2021) ... ER-2195

Order re: Pre-Trial Motions [989] (Aug. 30, 2021)................................. ER-2204

Ex. D to Saharia Declaration [893-4] (Aug. 5, 2021).............................. ER-2213

Ex. C to Saharia Declaration [893-3] (Aug. 5, 2021).............................. ER-2221

Ex. B to Saharia Declaration [893-2] (Aug. 5, 2021).............................. ER-2226

Ex. A to Saharia Declaration [893-1] (Aug. 5, 2021).............................. ER-2230

Declaration of Amy Mason Saharia in Support of Ms. Holmes'
Motion to Strike Improper and Untimely Expert Disclosure
and to Preclude Expert Opinion Testimony of Dr. Kingshuk
Das [893] (Aug. 5, 2021) ....................................................................... ER-2232

## VOLUME IX OF LVII

Ms. Holmes' Motion to Strike Improper and Untimely Expert
Disclosure and to Preclude Expert Opinion of Dr. Kingshuk
Das [892] (Aug. 5, 2021)  ....................................................................... ER-2236

Transcript of Status Hearing (June 28, 2021) ........................................ ER-2249

Ms. Holmes' Reply in Support of Motion to Suppress Evidence of
Customer Complaints and Testing Results as Well as Findings
in CMS Report [850] (June 28, 2021) .................................................. ER-2272

Ms. Holmes' Response to Government's Supplemental Expert
Report [847] (June 25, 2021)................................................................. ER-2293

Supplement to Expert Report of Dr. Stephen Master [842-1]
(June 18, 2021)....................................................................................... ER-2304

United States' Supplemental Material in Advance of *Daubert*
Hearing [842] (June 18, 2021).............................................................. ER-2319

Ms. Holmes' Motion to Suppress Evidence of Customer
    Complaints and Testing Results as Well as Findings in
    CMS Report [810] (June 2, 2021) ....................................... ER-2321

Order re: Holmes' Motion to Exclude Expert Opinion Testimony
    of Dr. Stephen Master Under Rules 401-403 and 702 [797]
    (May 21, 2021) ...................................................................... ER-2334

Transcript of Hearing on Motions in Limine (May 6, 2021) ................. ER-2346

Transcript of Hearing on Motions in Limine (May 5, 2021)
    (part 1 of 2) ........................................................................... ER-2498

## VOLUME X OF LVII

Transcript of Hearing on Motions in Limine (May 5, 2021)
    (part 2 of 2) ........................................................................... ER-2536

Transcript of Hearing on Motions in Limine (May 4, 2021)
    (part 1 of 2) ........................................................................... ER-2657

## VOLUME XI OF LVII

Transcript of Hearing on Motions in Limine (May 4, 2021)
    (part 2 of 2) ........................................................................... ER-2836

Ex. 101 to Ms. Holmes' Reply in Support of Motion to Exclude:
    July 23, 2020 Letter from R. Leach to L. Wade [735-2]
    (Feb. 23, 2021) ...................................................................... ER-2855

Ex. 100 to Ms. Holmes' Reply in Support of Motion to Exclude:
    Email thread regarding assignment of Theranos' assets
    [735-1] (Feb. 23, 2021) ......................................................... ER-2859

Ex. 94 to Ms. Holmes' Reply in Support of Motion to Exclude:
    Subpoena to Testify Before a Grand Jury [733] (Feb. 23, 2021) ..... ER-2862

Ex. 88 to Ms. Holmes' Reply in Support of Motion to Exclude:
    Oct. 29, 2020 R. Leach Letter to L. Wade [732-2] (Feb. 23, 2021) .. ER-2876

Ex. 87 to Ms. Holmes' Reply in Support of Motion to Exclude:
    Dec. 17, 2016 Letter to R. Leach from Theranos' Legal
    Counsel [732-1] (Feb. 23, 2021) ........................................... ER-290

Declaration of Amy Mason Saharia in Support of Ms. Holmes'
Reply in Support of Motion to Exclude Anecdotal Test Results
[731] (Feb. 23, 2021) ............................................................. ER-2906

Ms. Holmes' Reply in Support of Motion in Limine to Exclude
Bad Acts and False or Misleading Statements of Theranos
Agents and Employees [708] (Feb. 16, 2021) ................................... ER-2911

Ex. 71 to Ms. Holmes' Reply in Support of Motion to Exclude:
Aug. 27, 2018 email regarding transmittal of a copy of LIS
database from Theranos to government [681-35] (Jan. 8, 2021) ..... ER-2918

Ex. 62 to Government Opposition to Ms. Holmes' Motion to
Exclude: Oct. 2018 email thread describing LIS database
[681-26] (Jan. 8, 2021) ............................................................ ER-2920

Declaration of AUSA Robert S. Leach in Support of United
States' Oppositions to Defendant's Motions in Limine
[679] (Jan. 1, 2021) ................................................................. ER-2922

United States' Opposition to Defendant's Motion in Limine to
Exclude Evidence of CMS Survey Findings and Sanctions
Pursuant to Rules 401-403 and 801-803 [675] (Jan. 8, 2021) ............ ER-2931

United States' Motions in Limine [588] (Nov. 20, 2020) ........................ ER-2948

Ex. 34 to Government Opposition to Defendant's Motions in
Limine: FDA Memorandum of Sept. 12, 2017 Interview of
Sarah Bennett [584-3] (Nov. 20, 2020) ....................................... ER-2981

Ex. 32 to Government Opposition to Defendant's Motions in
Limine: Jan. 27, 2017 Imposition of Sanctions Letter from
CMS to D. Young, E. Holmes, and R. Balwani [584-1]
(Nov. 20, 2020) ...................................................................... ER-2991

Ex. 31 to Government Opposition to Defendant's Motions in
Limine: Excerpt of Transcript of Jan.29, 2020 SEC
Examination of Ramesh "Sunny" Balwani [584] (Nov. 20, 2020).... ER-2996

Ex. 30 to Government Opposition to Defendant's Motions in
Limine: July 7, 2016 Imposition of Sanctions Letter from
CMS to S. Dhawan, E. Holmes, and R. Balwani [583-4]
(Nov. 20, 2020) ...................................................................... ER-3021

Ex. 27 to Government Opposition to Defendant's Motions in
   Limine:  April 1, 2016 Theranos Letter to CMS [583-1]
   (Nov. 20, 2020) (part 1 of 2)................................................... ER-3055

## VOLUME XII OF LVII

Ex. 27 to Government Opposition to Defendant's Motions in
   Limine:  April 1, 2016 Theranos Letter to CMS [583-1]
   (Nov. 20, 2020) (part 2 of 2)................................................... ER-3136

Ex. 7 to Saharia Declaration:  Feb. 18, 2020 email from S. Master
   to T. Doerr, R. Leach, V. Baehr-Jones, N. Mendiola, and
   R. Hinajon [580-6] (Nov. 20, 2020)....................................... ER-3151

Ex. 6 to Saharia Declaration:  Mar. 6, 2020 Expert Report of
   Dr. Stephen Master [580-5] (Nov. 20, 2020) ....................... ER-3153

Ex. 5 to Saharia Declaration:  Sept. 28, 2020 letter from government
   providing supplemental Rule 16 disclosure re: expert testimony
   [580-4] (Nov. 20, 2020) ........................................................ ER-3203

Ex. 4 to Saharia Declaration:  Mar. 6, 2020 letter from government
   providing Rule 16 disclosure re: expert testimony [580-3]
   (Nov. 20, 2020)...................................................................... ER-3218

Ex. 3 to Saharia Declaration:  Sept. 28, 2020 letter from government
   providing supplemental Rule 404(b) notice [580-2]
   (Nov. 20, 2020)...................................................................... ER-3226

Ex. 2 to Saharia Declaration:  Apr. 3, 2020 letter from government
   providing supplemental Rule 404(b) notice [580-1]
   (Nov. 20, 2020)...................................................................... ER-3312

Ex. 1 to Saharia Declaration:  Mar. 6, 2020 letter from government
   providing Rule 404(b) initial disclosure [580] (Nov. 20, 2020) ......... ER-3331

Declaration of Amy Mason Saharia in Support of Ms. Holmes'
   Motions in Limine and Daubert Motions to Exclude Expert
   Testimony [579] (Nov. 20, 2020)........................................... ER-3342

Ms. Holmes' Motion to Exclude Evidence of CMS Survey Findings
   and Sanctions Pursuant to Rules 401-403 and 801-803 [574]
   (Nov. 20, 2020) ..................................................................... ER-3351

Ms. Holmes' Motion to Exclude Evidence of Remedial Measures and Settlements Under Federal Rules of Evidence 401-403, 407, and 408 [572] (Nov. 20, 2020) ...................................................... ER-3367

Defendant's Motion to Exclude Expert Opinion Testimony of Dr. Stephen Master Under Rules 401-403 and 702 [560] (Nov. 20, 2020) ...................................................................................... ER-3381

Order re: Defendants' Motions to Dismiss the Second and Third Superseding Indictments [552] (Oct. 13, 2020) (part 1 of 2) ............ ER-3413

## VOLUME XIII OF LVII

Order re: Defendants' Motions to Dismiss the Second and Third Superseding Indictments [552] (Oct. 13, 2020) (part 2 of 2) ............ ER-3436

Transcript of Motions Hearing (Aug. 20, 2021)..................................... ER-3443

Third Superseding Indictment [469] (July 28, 2020) ............................. ER-3526

Transcript of Hearing on Motion to Suppress (July 7, 2021) ............... ER-3541

Order Granting in Part & Denying in Part Defendants' Motion to Dismiss the Superseding Indictment for Lack of Notice; Denying Motion to Dismiss Superseding Indictment for Failure to Allege Falsity; Granting in Part & Denying in Part Defendants' Motion to Dismiss Counts Two and Nine Through Eleven of Superseding Indictment [330] (Feb. 11, 2020) ...................................................................... ER-3621

Criminal Minutes [171] (Nov. 4, 2019)..................................................... ER-3660

Ex. F to Joint Status Memorandum: Proposed Pretrial Schedule [170-6] (Oct. 31, 2019) ........................................................................ ER-3661

Indictment [1]............................................................................................ ER-3664

## VOLUME XIV OF LVII

Trial Transcript [1256] (Aug. 31, 2021), pages 1-264 ............................. ER-3680

## VOLUME XV OF LVII

Trial Transcript [1257] (Sept. 1, 2021), pages 265-465 .......................... ER-3947

Trial Transcript [1258] (Sept. 2, 2021), pages 466-491 .......................... ER-4149

### VOLUME XVI OF LVII

Trial Transcript [1259] (Sept. 8, 2021), pages 492-646 .......................... ER-4178

Trial Transcript [1260] (Sept. 9, 2021), pages 647-659 .......................... ER-4334

Trial Transcript [1261] (Sept. 14, 2021), pages 660-784
    (part 1 of 2) .......................................................... ER-4348

### VOLUME XVII OF LVII

Trial Transcript [1261] (Sept. 14, 2021), pages 785-854
    (part 2 of 2) .......................................................... ER-4475

Trial Transcript [1262] (Sept. 15, 2021), pages 855-1059 ...................... ER-4546

### VOLUME XVIII OF LVII

Trial Transcript [1263] (Sept. 17, 2021), pages 1060-1239 .................... ER-4755

Trial Transcript [1264] (Sept. 21, 2021), pages 1240-1354
    (part 1 of 2) .......................................................... ER-4936

### VOLUME XIX OF LVII

Trial Transcript [1264] (Sept. 21, 2021), pages 1355-1449
    (part 2 of 2) .......................................................... ER-5053

Trial Transcript [1265] (Sept. 22, 2021), pages 1450-1650
    (part 1 of 2) .......................................................... ER-5149

### VOLUME XX OF LVII

Trial Transcript [1265] (Sept. 22, 2021), pages 1651-1685
    (part 2 of 2) .......................................................... ER-5352

Trial Transcript [1266] (Sept. 24, 2021), pages 1686-1888 .................... ER-5388

Trial Transcript [1267] (Sept. 28, 2021), pages 1889-1946
    (part 1 of 2) .......................................................... ER-5592

### VOLUME XXI OF LVII

Trial Transcript [1267] (Sept. 28, 2021), pages 1947-2106
    (part 2 of 2) .......................................................... ER-5652

Trial Transcript [1268] (Sept. 29, 2021), pages 2107-2242
(part 1 of 2) ............................................................ ER-5813

## VOLUME XXII of LVII

Trial Transcript [1268] (Sept. 29, 2021), pages 2243-2381
(part 2 of 2) ............................................................ ER-5951

Transcript of Hearing on Motion (Sept. 30, 2021) ................................ ER-6091

Trial Transcript [1269] (Oct. 1, 2021), pages 2382-2503
(part 1 of 2) ............................................................ ER-6126

## VOLUME XXIII of LVII

Trial Transcript [1269] (Oct. 1, 2021), pages 2504-2543
(part 2 of 2) ............................................................ ER-6250

Trial Transcript [1270] (Oct. 5, 2021), pages 2544-2774 ........................ ER-6291

Trial Transcript [1271] (Oct. 6, 2021), pages 2775-2798
(part 1 of 2) ............................................................ ER-6523

## VOLUME XXIV of LVII

Trial Transcript [1271] (Oct. 6, 2021), pages 2799-3000
(part 2 of 2) ............................................................ ER-6549

Trial Transcript [1272] (Oct. 12, 2021), pages 3001-3095
(part 1 of 2) ............................................................ ER-6752

## VOLUME XXV of LVII

Trial Transcript [1272] (Oct. 12, 2021), pages 3096-3202
(part 2 of 2) ............................................................ ER-6849

Trial Transcript [1273] (Oct. 13, 2021), pages 3279-3533[2] ..................... ER-6957

## VOLUME XXVI of LVII

Trial Transcript [1274] (Oct. 14, 2021), pages 3538-3757 ...................... ER-7142

[2] Pages 3203-3278, 3292-3364 and 3534-3537 of the Trial Transcript appear in the sealed volumes of these Excerpts of Record.

Trial Transcript [1275] (Oct. 15, 2021), pages 3758-3834
(part 1 of 2) .......................................................................... ER-7363

## VOLUME XXVII of LVII

Trial Transcript [1275] (Oct. 15, 2021), pages 3835-3880
(part 2 of 2) .......................................................................... ER-7442

Trial Transcript [1276] (Oct. 19, 2021), pages 3881-4102 ...................... ER-7489

Trial Transcript [1277] (Oct. 20, 2021), pages 4103-4130
(part 1 of 2) .......................................................................... ER-7712

## VOLUME XXVIII of LVII

Trial Transcript [1277] (Oct. 20, 2021), pages 4131-4317
(part 2 of 2) .......................................................................... ER-7742

Trial Transcript [1278] (Oct. 22, 2021), pages 4318-4427
(part 1 of 2) .......................................................................... ER-7930

## VOLUME XXIX of LVII

Trial Transcript [1278] (Oct. 22, 2021), pages 4428-4576
(part 2 of 2) .......................................................................... ER-8042

Trial Transcript [1279] (Oct. 26, 2021), pages 4577-4727[3]
(part 1 of 2) .......................................................................... ER-8192

## VOLUME XXX of LVII

Trial Transcript [1279] (Oct. 26, 2021), pages 4728-4869
(part 2 of 2) .......................................................................... ER-8341

Trial Transcript [1280] (Oct. 27, 2021), pages 4870-4902 ...................... ER-8484

Trial Transcript [1281] (Nov. 2, 2021), pages 4903-5022
(part 1 of 2) .......................................................................... ER-8518

---

[3] Pages 4674-4677 of the Trial Transcript are not included in the Excerpts of Record.

## VOLUME XXXI of LVII

Trial Transcript [1281] (Nov. 2, 2021), pages 5023-5186
(part 2 of 2) ........................................................................ ER-8640

Trial Transcript [1282] (Nov. 3, 2021), pages 5187-5318
(part 1 of 2) ........................................................................ ER-8805

## VOLUME XXXII of LVII

Trial Transcript [1282] (Nov. 3, 2021), pages 5319-5382
(part 2 of 2) ........................................................................ ER-8939

Trial Transcript [1283] (Nov. 4, 2021), pages 5383-5597 ...................... ER-9004

Trial Transcript [1284] (Nov. 8, 2021), pages 5598-5612
(part 1 of 2) ........................................................................ ER-9220

## VOLUME XXXIII of LVII

Trial Transcript [1284] (Nov. 8, 2021), pages 5613-5670
(part 2 of 2) ........................................................................ ER-9237

Trial Transcript [1285] (Nov. 9, 2021, pages 5671-5872 ........................ ER-9296

Trial Transcript [1286] (Nov. 10, 2021), pages 5873-5908
(part 1 of 2) ........................................................................ ER-9499

## VOLUME XXXIV of LVII

Trial Transcript [1286] (Nov. 10, 2021), pages 5909-6145
(part 2 of 2) ........................................................................ ER-9537

Trial Transcript [1287] (Nov. 15, 2021), pages 6146-6206
(part 1 of 2) ........................................................................ ER-9774

## VOLUME XXXV of LVII

Trial Transcript [1287] (Nov. 15, 2021), pages 6207-6301
(part 2 of 2) ........................................................................ ER-9837

Trial Transcript [1288] (Nov. 16, 2021), pages 6302-6501
(part 1 of 2) ........................................................................ ER-9933

## VOLUME XXXVI of LVII

Trial Transcript [1288] (Nov. 16, 2021), pages 6502-6565[4]
(part 2 of 2) ......................................................................... ER-10135

Trial Transcript [1289] (Nov. 17, 2021), pages 6574-6779 ................... ER-10200

Trial Transcript [1290] (Nov. 18, 2021), pages 6780-6805
(part 1 of 2) ......................................................................... ER-10407

## VOLUME XXXVII of LVII

Trial Transcript [1290] (Nov. 18, 2021), pages 6806-7013
(part 2 of 2) ......................................................................... ER-10435

Trial Transcript [1291] (Nov. 19, 2021), pages 7014-7102
(part 1 of 2) ......................................................................... ER-10644

## VOLUME XXXVIII of LVII

Trial Transcript [1291] (Nov. 19, 2021), pages 7103-7287
(part 2 of 2) ......................................................................... ER-10735

Trial Transcript [1292] (Nov. 22, 2021), pages 7288-7444[5] ................. ER-10921

Trial Transcript [1293] (Nov. 23, 2021), pages 7444-7473
(part 1 of 2) ......................................................................... ER-11003

## VOLUME XXXIX of LVII

Trial Transcript [1293] (Nov. 23, 2021), pages 7474-7681
(part 2 of 2) ......................................................................... ER-11035

Trial Transcript [1294] (Nov. 29, 2021), pages 7682-7769
(part 1 of 2) ......................................................................... ER-11244

---

[4] Pages 6566-6573 of the Trial Transcript are not included in the Excerpts of Record.

[5] Pages 7292-7368 of the Trial Transcript appear in the sealed volumes of the Excerpts of Record.

## VOLUME XL of LVII

Trial Transcript [1294] (Nov. 29, 2021), pages 7770-7921
(part 2 of 2) ......................................................................... ER-11334

Trial Transcript [1295] (Nov. 30, 2021), pages 7922-8066
(part 1 of 2) ......................................................................... ER-11487

## VOLUME XLI of LVII

Trial Transcript [1295] (Nov. 30, 2021), pages 8067-8213
(part 2 of 2) ......................................................................... ER-11634

Trial Transcript [1296] (Dec. 3, 2021), pages 8214-8305 ..................... ER-11782

Trial Transcript [1297] (Dec. 7, 2021), pages 8306-8361
(part 1 of 2) ......................................................................... ER-11875

## VOLUME XLII of LVII

Trial Transcript [1297] (Dec. 7, 2021), pages 8362-8567
(part 2 of 2) ......................................................................... ER-11933

Trial Transcript [1298] (Dec. 8, 2021), pages 8568-8658
(part 1 of 2) ......................................................................... ER-12140

## VOLUME XLIII of LVII

Trial Transcript [1298] (Dec. 8, 2021), pages 8659-8660
(part 2 of 2) ......................................................................... ER-12233

Trial Transcript [1299] (Dec. 10, 2021), pages 8661-8826 ................... ER-12236

Trial Transcript [1300] (Dec. 13, 2021), pages 8827-8898 ................... ER-12403

Trial Transcript [1301] (Dec. 16, 2021), pages 8899-8953
(part 1 of 2) ......................................................................... ER-12476

## VOLUME XLIV of LVII

Trial Transcript [1301] (Dec. 16, 2021), pages 8954-9110
(part 2 of 2) ......................................................................... ER-12533

Trial Transcript [1302] (Dec. 17, 2021), pages 9111-9250
(part 1 of 2) ......................................................................... ER-12691

## VOLUME XLV of LVII

Trial Transcript [1302] (Dec. 17, 2021), pages 9251-9353
(part 2 of 2) ...................................................................... ER-12833

Trial Transcript [1304] (Dec. 21, 2021), pages 9354-9359 ................... ER-12937

Trial Transcript [1305] (Dec. 23, 2021), pages 9360-9367 ................... ER-12944

Trial Transcript [1306] (Jan. 3, 2022), pages 9384-9430[6] ..................... ER-12953

Trial Exhibit 112:  June 11, 2008 email from S. DiGiaimo to
E. Holmes, S. Gangakhedkar, I. Gibbons, G. Frenzel,
Subject: Theranos Evaluation............................................. ER-13001

Trial Exhibit 302:  Johns Hopkins Medicine – Summary of
Apr. 27, 2010 Hopkins/Walgreens/Theranos Meeting ................... ER-13004

Trial Exhibit 372:  Theranos Master Purchase Agreement dated
July 30, 2010 ...................................................................... ER-13006

Trial Exhibit 503:  Jan. 18, 2012 email from J. Rosan to
W. Miquelon, G. Kunstman, D. Doyle, K. Romanski,
H. Zimmerman, Subject: Here is the slide show that was
presented to us by Sunny and Elizabeth with attachment............ ER-13049

Trial Exhibit 617:  Amended and Restated Theranos Master
Services Agreement dated June 5, 2012 .......................................... ER-13079

Trial Exhibit 1095:  Sept. 6, 2013 email from E. Holmes to
S. Hojvat and P. Hobson re: FDA Informational Meeting
Request with attachment................................................... ER-13116

Trial Exhibit 1113:  Sept. 9, 2013 press release: Theranos Selects
Walgreens as a Long-Term Partner Through Which to Offer
Its New Clinical Laboratory Service ............................................. ER-13120

Trial Exhibit 1177:  Oct. 16, 2013 email from E. Holmes to
S. Hojvat and P. Hobson attaching Theranos Workflow
Diagrams FDA.................................................................... ER-13124

---

[6] Pages 9409-9417 of the Trial Transcript appear in the sealed volumes of
these Excerpts of Record.

## VOLUME XLVI of LVII

Trial Exhibit 1348 (Clips 1-7): Audio recording of E. Holmes ........... ER-13131

Trial Exhibit 1348 (Clip F): Audio recording of E. Holmes ............... ER-13132

Trial Exhibit 1349 (Clip 1): Audio recording of E. Holmes ............... ER-13133

Trial Exhibit 1349 (Clip A): Audio recording of E. Holmes ............... ER-13134

Trial Exhibit 1541:  Feb. 19, 2014 email from D. Young to
 A. Rosendorff, S. Balwani, M. Pandori, Subject: Low HDLs ....... ER-13135

Trial Exhibit 1556:  Feb. 21, 2014 email from S. Balwani to
 E. Holmes, D. Young, P. Patel, Subject: Emailing:
 A01458_PA01420 with attachment .................................................... ER-13139

Trial Exhibit 1559:  Feb. 22, 2014 email from D. Young to
 M. Pandori, S. Balwani, A. Rosendorff, P. Patel, Subject
 Morning HDL Study Tecan Dilution Results ................................. ER-13144

Trial Exhibit 1562:  Feb. 23, 2014 email from A. Rosendorff to
 M. Pandori, Subject: Morning HDL Study Tecan Dilution
 Results ...................................................................................... ER-13147

Trial Exhibit 1633:  Mar. 28, 2014 email from L. Gee to E. Cheung,
 M. Pandori, A. Rosendorff, A. Souppe, J. Liu, R. Riener,
 Subject: Failed QC ............................................................................. ER-13153

Trial Exhibit 1673:  Apr. 15, 2014 email from N. Jhaveri to
 K. Crawford and others, Subject: Diagnostic Testing -
 Live in 10 stores in Phoenix!! ............................................................ ER-13155

Trial Exhibit 1853:  Theranos Projected Statement of Income
 dated July 14, 2014 ........................................................................ ER-13157

Trial Exhibit 1884:  Aug. 11, 2104 email from P. Haworth to
 M. Raju with attachments, Subject: REVISED 8/6 Walgreens-
 Theranos Partnership Meeting Minutes & Slide Deck ................. ER-13159

Trial Exhibit 1944:  Sept. 18, 2014 email from J. Tubergen to
 DeVos family members re: Adobe Reader user sent you a
 file with attachment.......................................................................... ER-13214

Trial Exhibit 2098:  Oct. 20, 2014 email from L. Peterson to
 P. LaCombe re: Thank You................................................................ ER-13224

Trial Exhibit 2107: Oct. 21, 2104 email from S, Balwani to
J. Tubergen, Subject: Thank You with attachments ...................... ER-13230

Trial Exhibit 3217: July 9, 2016 email from H. King to S. Dhawan,
Subject: CMS Notice of Imposition of Sanctions ........................... ER-13312

Trial Exhibit 3530: Theranos, Inc. Amended and Restated Series
C-1 Preferred Stock Purchase Agreement, Initial Closing
Date: July 1, 2010 ................................................................. ER-13313

Trial Exhibit 3755: Walgreens Program Charter .............................. ER-13358

Trial Exhibit 4036: Nov. 13, 2013 Press Release: Theranos and
Walgreens Bring Groundbreaking Diagnostic Lab Testing to
the Phoenix Metropolitan Area ........................................................ ER-13383

Trial Exhibit 4047: Nov. 27, 2013 email from E. Holmes to
D. Young ............................................................................... ER-13387

Trial Exhibit 4077: Jan. 17, 2014 email from S. Balwani to
B. Grossman with attachment (part 1 of 2) ..................................... ER-13388

## VOLUME XLVII of LVII

Trial Exhibit 4077: Jan. 17, 2014 email from S. Balwani to B. Grossman
with attachment (part 2 of 2) ............................................... ER-13431

Trial Exhibit 4089: Jan. 28, 2014 email from A. Rabodzey to
B. Grossman and V. Khanna re: Theranos Technical and
Regulatory Assessment ....................................................... ER-13659

Trial Exhibit 4116: Mar. 31, 2014 email from S. Balwani to
D. Young et al., cc E. Holmes, re: $CO_2$ (Bicarbonate) issue .......... ER-13662

Trial Exhibit 4145: May 30, 2014 email from E. Holmes to
S. Balwani re: OORL results? ............................................ ER-13664

Trial Exhibit 4147: May 31, 2014 email from S. Balwani to
E. Holmes re: hCG testing ................................................ ER-13667

Trial Exhibit 4182: Aug. 25, 2014 email from D. Young to
S. Balwani; Subject: bot experience .................................... ER-13668

Trial Exhibit 4222: Sept. 29, 2014 email from S. Balwani to
E. Holmes RE: Customer Issue - GM ................................... ER-13673

Trial Exhibit 4228: Sept. 30, 2014 email from S. Balwani to
E. Holmes re: Customer Issue - GM .................................................. ER-13677

Trial Exhibit 4533: Sept. 23, 2015 Theranos Letter to CMS ............. ER-13682

Trial Exhibit 4621: Jan. 25, 2016 CMS Letter to Theranos re:
Condition Level Deficiencies - Immediate Jeopardy and
CMS Statement of Deficiency ........................................................... ER-13683

Trial Exhibit 4840: June 13, 2014 email from C. Holmes to
E. Holmes, Subject: RE: Patent results .......................................... ER-13703

Trial Exhibit 4943: CMS Patient Impact Assessment–Theranos ..... ER-13707

Trial Exhibit 5387B: Text/ Skype messages between Holmes
and Balwani (part 1 of 2) ................................................................. ER-13709

## VOLUME XLVIII of LVII

Trial Exhibit 5387B: Text/ Skype messages between Holmes
and Balwani (part 2 of 2) ................................................................. ER-13731

Trial Exhibit 5387C: Text/ Skype messages between Holmes
and Balwani ....................................................................................... ER-13741

Trial Exhibit 5413: July 29, 2014 email from C. Holmes to
M. Fosque; Subject: Patient requesting physician call
regarding lab results ....................................................................... ER-13757

Trial Exhibit 5481D: Excerpt Parloff Audio: 7/1/2015-0002 ............. ER-13761

Trial Exhibit 7098: Feb. 18, 2010 email from I. Gibbons to
S. Balwani, E. Holmes, and G. Frenzel re: System 4.0 PPT
with attachment ................................................................................ ER-13762

Trial Exhibit 7228: Jan. 26, 2012 email from A. Gelb to E. Holmes,
S. Balwani and D. Young re: CMS-2567 Examiner's Report
with attachment ................................................................................ ER-13878

Trial Exhibit 7230: Feb. 16, 2012 email from D. Young to
E. Holmes and S. Balwani re: Follow up on data for CMS
with attachment ................................................................................ ER-13880

Trial Exhibit 7365: Nov. 28, 2013 email from J. Blickman to
E. Holmes et al. re: .COM Backlog .................................................. ER-13937

Trial Exhibit 7368:  Dec. 4, 2013 email from D. Young to E. Holmes
    and S. Balwani re: CLIA Laboratory Audit 12_3_2013.docx
    with attachment ............................................................................ ER-13940

Trial Exhibit 7380:  Dec. 27, 2013 email from S. Hojvat to
    E. Holmes et al. re: December PreSub from Theranos with
    attachment (part 1 of 2) ................................................................. ER-13944

## VOLUME XLIX of LVII

Trial Exhibit 7380:  Dec. 27, 2013 email from S. Hojvat to
    E. Holmes et al. re: December PreSub from Theranos with
    attachment (part 2 of 2) ................................................................. ER-14030

Trial Exhibit 7471:  Sept. 6, 2014 email from N. Jhaveri to
    E. Holmes re: Disruptive Women to Watch................................... ER-14123

Trial Exhibit 7490:  Oct. 27, 2014 email from S. Balwani to
    A. Rosendorff and E. Holmes re: Critical ISEs ............................ ER-14127

Trial Exhibit 7603:  42 CFR § 493 ("Laboratory Requirements") .... ER-14129

Trial Exhibit 7673A:  Aug. 1, 2016 E. Holmes Presentation –
    Theranos Science & Technology: The Miniaturization of
    Laboratory Testing ......................................................................... ER-14252

Trial Exhibit 7694:  Chung et al., High-volume hemofiltration
    in adult burn patients with septic shock and acute kidney
    injury: a multicenter randomized controlled trial,
    Critical Care 21:289 (2017) ............................................................ ER-14253

Trial Exhibit 7742:  Feb. 24, 2009 email from S. Hristu to
    E. Holmes and C. Balkenhol re: Theranos studies completed
    to date with attachment ................................................................... ER-14261

Trial Exhibit 7751:  Oct. 22, 2013 Theranos Presentation:
    Overview of Sample Processing Workflow, Prepared for
    FDA: Phase I and Phase II of Theranos Business Operations .... ER-14270

Trial Exhibit 7753:  Nov. 3, 2016 email from D. Yam to J. Gellman,
    D. Taylor, M. Mugmon re: Pharmaceutical payments for
    milestones — Privileged & Confidential with PDF and
    native attachments (part 1 of 2) ...................................................... ER-14274

## VOLUME L of LVII

Trial Exhibit 7753:  Nov. 3, 2016 email from D. Yam to J. Gellman,
    D. Taylor, M. Mugmon re: Pharmaceutical payments for
    milestones — Privileged & Confidential with PDF and
    native attachments (part 2 of 2) .......................................... ER-14330

Trial Exhibit 9002:  ACE-011 Development Report dated
    Jan. 10, 2011 ...................................................................... ER-14471

Trial Exhibit 9003:  2012 Acetaminophen Development Report ....... ER-14515

Trial Exhibit 9158:  Estradiol Validation Report, CL-RPT-131221
    dated Aug. 29, 2014 ............................................................ ER-14529

Trial Exhibit 9196:  hCG Validation Report, CL-RPT-13095
    dated Mar. 19, 2014 ............................................................ ER-14568

## VOLUME LI of LVII

Trial Exhibit 9323:  Prolactin Validation Report, CL-RPT-131222
    datedSept. 9, 2014 .............................................................. ER-14625

Trial Exhibit 9368:  Thyroid Stimulating Hormone (TSH)
    Validation Report dated Sept. 30, 2013 ............................ ER-14673

Trial Exhibit 9381:  Total T4 (Thyroxine) Validation Report,
    CL-RPT-131119 dated Jan. 10, 2014 ................................. ER-14724

Trial Exhibit 9382:  Total Testosterone Validation Report,
    CL-RPT-131200 dated Jan. 14, 2014 ................................. ER-14764

Trial Exhibit 9387:  tPSA (Total Prostate Specific Antigen)
    Validation Report dated Sept. 30, 2013 ............................ ER-14813

Trial Exhibit 9409:  Vitamin B12 Validation Report,
    CL-RPT-131220 dated Aug. 5, 2014 ................................. ER-14857

Trial Exhibit 9412:  Vitamin D Validation Report dated
    Sept. 30, 2103 (part 1 of 2) ................................................ ER-14901

## VOLUME LII of LVII

Trial Exhibit 9412:  Vitamin D Validation Report dated
    Sept. 30, 2103 (part 2 of 2) ................................................ ER-14925

Trial Exhibit 10444:  Apr. 28, 2012 email from D. Edlin to
M. Givens re: lab visit next week ...................................................... ER-14948

Trial Exhibit 10446:  July 28, 2012 email from D. Edlin to
M. Givens re: SOCAFRICA update ................................................. ER-14950

Trial Exhibit 10457:  Dec. 3, 2012 email from D. Edlin to
E. Holmes re: Approved IRB Protocol for Theranos LOE
with attachments ................................................................................. ER-14952

Trial Exhibit 10532:  Aug. 12, 2013 email from J. Blickman to
C. Holmes re: Vit. D range/CV +PSA confirmation ..................... ER-14982

Trial Exhibit 10566:  Dec. 3, 2014 letter from B. Arington to
CA Dept. of Public Health re: addition of Laboratory
Director (Dhawan) .............................................................................. ER-14984

Trial Exhibit 10682:  Theranos, Inc. Action by Unanimous
Written Consent of the Board of Directors dated
Dec. 13, 2013 (part 1 of 2) ................................................................ ER-14991

## VOLUME LIII of LVII

Trial Exhibit 10682:  Theranos, Inc. Action by Unanimous Written
Consent of the Board of Directors dated Dec. 13, 2013
(part 2 of 2) ........................................................................................ ER-15225

Trial Exhibit 10684:  Summary Slides: U.S. Issued Patents ............. ER-15333

Trial Exhibit 10686:  Summary Slide: Entities That Invested in
Theranos ............................................................................................. ER-15335

Trial Exhibit 12251:  May 15, 2012 M. Givens to D. Edlin and
M. Givens re: Theranos Demo Results with attachment ............... ER-15336

Trial Exhibit 12479:  Nov. 27, 2013 email from K. Elenitoba-
Johnson to E. Holmes et al ............................................................... ER-15342

Trial Exhibit 12587:  Apr. 1, 2014 email from A. Rosendorff to D.
Young, S. Balwani, M. Pandori re: CO2 (Bicarbonate) issue ........ ER-15344

Trial Exhibit 12656:  June 4, 2014 email from A. Rosendorff to
S. Balwani re: HCG on Edisons ........................................................ ER-15347

Trial Exhibit 12764:  Sept. 23, 2014 email from D. Young to
S. Balwani et al. re: Customer Issue ................................................ ER-15349

Trial Exhibit 12856: Oct. 21, 2014 email from J. Tubergen to
D. DeVos re: Thank You .................................................................. ER-15352

Trial Exhibit 13288A: Theranos FDA 510(k) Premarket Notification
for the Theranos Herpes Simplex Virus-1 IgG Assay ................... ER-15356

Trial Exhibit 13862: E. Holmes Calendar Entry for May 29, 2014 .. ER-15473

Trial Exhibit 13863: E. Holmes Calendar Entry for May 29, 2014 .. ER-15474

Trial Exhibit 13864: May 30, 2014 email from S. Flores to
A. Rosendorff re: CLIA Meeting......................................................... ER-15475

Trial Exhibit 13875: June 5, 2014 email from D. Young to
S. Balwani re: hCG update ................................................................. ER-15476

Trial Exhibit 13876: June 16, 2014 email from S. Balwani to
A. Rosendorff, S. Saksena, and C. Pangarkar re: Status
update on HCG ..................................................................................... ER-15478

Trial Exhibit 13877: June 18, 2014 email from M. Fosque to
H. Alamdar et al. re: HCG Tests ....................................................... ER-15480

Trial Exhibit 13878: July 23, 2014 email from A. Rosendorff to
C. Pangarkar and D. Young re: HCG quantitation ........................ ER-15482

Trial Exhibit 13893: May 24, 2014 email from M. Ramamurthy to
A. Rosendorff, D. Young, S. Balwani, and E. Holmes.................... ER-15484

Trial Exhibit 13977: July 11, 2013 email from D. Edlin to S. Elder
and J. Luciano re: W911QY-12-P-0323 (UNCLASSIFIED) ........ ER-15486

Trial Exhibit 13986: June 21, 2012 email from D. Young to
D. Edlin, C. Holmes, E. Holmes re: AFRICOM training ............. ER-15489

Trial Exhibit 13988: July 2, 2015 email from E. Holmes to All
Theranos Employees........................................................................... ER-15490

Trial Exhibit 13993: June 8, 2012 email from D. Edlin Email
to M. Givens and C. Holmes re: Theranos Demo Results ............. ER-15491

Trial Exhibit 14207: Walgreens Webpage: Theranos Lab
Testing (Wayback Machine: https://web.archive.org/web/
20141009122317/http://www.walgreens.com/pharmacy/lab-
testing/home.jsp) ................................................................................ ER-15507

Trial Exhibit 14208:  Theranos Webpage: Our Solution (Wayback
    Machine: http://web.archive.org/web/20140819132005
    /http://theranos.com/the-experience) ............................................... ER-15511

Trial Exhibit 15002:  Chan, et al., Intensive serial biomarker
    profiling for the prediction of neutropenic fever in patients
    with hematologic malignancies undergoing chemotherapy:
    a pilot study, Hematology Reports 6:5466 (2014) ........................... ER-15514

Trial Exhibit 15004:  Oct. 19, 2010 email from I. Gibbons Email
    to E. Holmes, S. Gangakhedkar, D. Young, G. Frenzel, and
    S. Balwani re GSK ........................................................................... ER-15519

**VOLUME LIV of LVII**

Trial Exhibit 15022:  June 8, 2008 email from I. Gibbons to
    E. Holmes and G. Frenzel re: Theranos Disease and Therapy
    Monitoring System.ppt with attachment ........................................ ER-15523

Trial Exhibit 15028:  Nov. 30, 2012 E. Holmes letter to S. Hojvat
    re: Pre-Sub for 510 (k) Requesting Pre-Submission Meeting
    Related to Theranos' Upper Respiratory NAA and Cytometry
    Assays ............................................................................................... ER-15537

Trial Exhibit 15029:  Oct. 23, 2013 email from E. Holmes to
    S. Hojvat and J. Hobson with attachments .................................... ER-15753

Trial Exhibit 15030:  Sept. 18, 2013 email from E. Holmes to
    S. Hojvat and J. Hobson re: Theranos Pre-Submission with
    attachment (part 1 of 2) .................................................................. ER-15761

**VOLUME LV of LVII**

Trial Exhibit 15030:  Sept. 18, 2013 email from E. Holmes to
    S. Hojvat and J. Hobson re: Theranos Pre-Submission with
    attachment ........................................................................................ ER-15823

Trial Exhibit 15055:  May 2, 2022 email from D. Doyle to
    E. Holmes re: Trade secret policy reminder ................................... ER-15884

Order Denying Motion for Release Pending Appeal [1757]
    (Apr. 10, 2023)[7] ................................................................. ER-15886

Trial Exhibit 1083:  Sept. 5, 2013 email from W. Miquelon to
    E. Holmes re: Partner framework .................................... ER-15897

Trial Exhibit 1387:  Dec. 31, 2013 letter from Walgreens to
    E. Holmes, Re: Amended and Restated Theranos Master
    Services Agreement ........................................................... ER-15901

Ms. Holmes' Notice of Appeal [1670] (Dec. 2, 2022) ........................... ER-15907

Docket, N.D. Cal. No. 5:18-cr-00258-EJD-1 ......................................... ER-15910

---

[7] This ruling was issued on Apr. 10, 2023, after the assembly of these voluminous record excerpts.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Amy Mason Saharia*
AMY MASON SAHARIA

April 17, 2023