No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

## EXCERPTS OF RECORD
## VOL. XVI of LVII | ER-4177 to ER-4473

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA 98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 200024
  (202) 434-5000
  asaharia@wc.com

```
 1

 2                        UNITED STATES DISTRICT COURT

 3                       NORTHERN DISTRICT OF CALIFORNIA

 4                             SAN JOSE DIVISION

 5

    UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
 6                                    )
                     PLAINTIFF,       )   SAN JOSE, CALIFORNIA
 7                                    )
            VS.                       )   VOLUME 4
 8                                    )
    ELIZABETH A. HOLMES,              )   SEPTEMBER 8, 2021
 9                                    )
                     DEFENDANT.       )   PAGES 492 - 646
10    _____)

11
                      TRANSCRIPT OF TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE EDWARD J. DAVILA
                      UNITED STATES DISTRICT JUDGE
13
    A P P E A R A N C E S:
14
    FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                        BY:   JOHN C. BOSTIC
                                JEFFREY B. SCHENK
16                        150 ALMADEN BOULEVARD, SUITE 900
                          SAN JOSE, CALIFORNIA 95113
17
                          BY:   ROBERT S. LEACH
18                              KELLY VOLKAR
                          1301 CLAY STREET, SUITE 340S
19                        OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

    OFFICIAL COURT REPORTERS:
22                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
                               CERTIFICATE NUMBER 8074
23                             LEE-ANNE SHORTRIDGE, CSR, CRR
                               CERTIFICATE NUMBER 9595
24
        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25            TRANSCRIPT PRODUCED WITH COMPUTER
```

1    A P P E A R A N C E S: (CONT'D)

2

3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                              BY:  KEVIN M. DOWNEY
4                                  LANCE A. WADE
                                   KATHERINE TREFZ
5                                  AMY SAHARIA
                              725 TWELFTH STREET, N.W.
6                             WASHINGTON, D.C. 20005

7                             LAW OFFICE OF JOHN D. CLINE
                              BY:  JOHN D. CLINE
8                             ONE EMBARCADERO CENTER, SUITE 500
                              SAN FRANCISCO, CALIFORNIA 94111
9

10   ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                              BY:  ADELAIDA HERNANDEZ
11
                              OFFICE OF THE U.S. ATTORNEY
12                            BY:  LAKISHA HOLLIMAN, PARALEGAL
                                   MADDI WACHS, PARALEGAL
13
                              WILLIAMS & CONNOLLY
14                            BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

15                            TBC
                              BY:  BRIAN BENNETT, TECHNICIAN
16

17

18

19

20

21

22

23

24

25

INDEX OF PROCEEDINGS


OPENING STATEMENT BY MR. LEACH                P. 531

OPENING STATEMENT BY MR. WADE                 P. 559


INDEX OF WITNESSES

GOVERNMENT'S:

**SO HAN SPIVEY (DANISE YAM)**
DIRECT EXAM BY MR. LEACH                       P. 616

1                              INDEX OF EXHIBITS

2
                                          IDENT.        EVIDENCE
3        GOVERNMENT'S:

4
         578                                                637
5

6
         DEFENDANT'S:
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

496

|   |   |
|---|---|
| | 1 |

SAN JOSE, CALIFORNIA                          SEPTEMBER 8, 2021

08:17AM    2          P R O C E E D I N G S

08:35AM    3          (COURT CONVENED AT 8:35 A.M.)

08:35AM    4          (JURY OUT AT 8:35 A.M.)

08:36AM    5          THE COURT:  LET'S GO ON THE RECORD IN 18-258, UNITED

08:36AM    6   STATES VERSUS ELIZABETH HOLMES.

08:36AM    7          LET ME FIRST CAPTURE THE APPEARANCES OF THE PARTIES,

08:36AM    8   PLEASE.

08:36AM    9          WHO APPEARS FOR THE GOVERNMENT?

08:36AM   10          MR. LEACH:  GOOD MORNING, YOUR HONOR.

08:36AM   11          ROBERT LEACH ON BEHALF OF THE UNITED STATES.

08:36AM   12          I'M JOINED BY JEFF SCHENK, JOHN BOSTIC, KELLY VOLKAR,

08:36AM   13   SPECIAL AGENT ADDY HERNANDEZ, AND ALSO JUST BEHIND COUNSEL

08:36AM   14   TABLE IS OUR PARALEGAL LAKISHA HOLLIMAN.

08:36AM   15          THE COURT:  THANK YOU.  GOOD MORNING.  THANK YOU,

08:36AM   16   ALL OF YOU.

08:36AM   17          WHO APPEARS FOR THE DEFENSE?

08:36AM   18          MR. WADE:  GOOD MORNING, YOUR HONOR.  I HOPE YOU HAD

08:36AM   19   A NICE WEEKEND.

08:36AM   20          THE COURT:  I DID, THANK YOU.

08:36AM   21          MR. WADE:  LANCE WADE APPEARING FOR MS. HOLMES.

08:36AM   22          WITH ME IS MY PARTNER, KEVIN DOWNEY, AND KATIE TREFZ.

08:36AM   23   MS. SAHARIA IS BACK THERE, ALONG WITH MR. CLINE.

08:37AM   24          MS. HOLMES IS PRESENT IN THE COURTROOM THIS MORNING.

08:37AM   25          THE COURT:  GOOD MORNING.  THANK YOU EVERYONE.

08:37AM  1          WE ARE OUTSIDE OF THE PRESENCE OF THE JURY.

08:37AM  2          THE JURY IS BEING BROUGHT UP NOW, AND I JUST WANTED TO

08:37AM  3     HAVE SOME DISCUSSIONS ABOUT SOME MATTERS.

08:37AM  4          FIRST OF ALL, THERE WAS A MOTION FILED.  WE'VE COME TO

08:37AM  5     DOCKET 1000 IN THIS CASE, AND THAT WAS FILED, I BELIEVE IT WAS

08:37AM  6     MONDAY, LABOR DAY, AT 8:03 A.M. AS I CHECKED THE DOCKET.

08:37AM  7          THIS WAS A DEFENSE MOTION REGARDING EXCLUDING CERTAIN

08:37AM  8     TESTIMONY OF POTENTIAL WITNESSES BASED ON A REPRESENTATION FROM

08:37AM  9     THE GOVERNMENT OF WHAT WITNESSES MIGHT BE CALLED THIS WEEK TO

08:37AM  10    TESTIFY.

08:37AM  11         I RECEIVED THAT.

08:37AM  12         I ASKED THE GOVERNMENT TO PROVIDE ANY OPPOSITION OR

08:37AM  13    RESPONSE THAT THEY WISHED.  I HAD THEM DO THAT BY 4:00 P.M.

08:37AM  14    YESTERDAY.  I RECEIVED THEIR RESPONSE AND OPPOSITION, AND

08:38AM  15    THAT'S OPPOSITION 1004, AND I'VE READ THOSE.

08:38AM  16         I BELIEVE YOU SHOULD HAVE RECEIVED LAST NIGHT, THE COURT

08:38AM  17    ISSUED A BRIEF ORDER IN REGARDS TO THE MOTION, AND IN ESSENCE

08:38AM  18    THE COURT IS DEFERRING, DEFERRING THE REQUEST.

08:38AM  19         THE COURT DOES FIND, AND I THINK I INDICATED IN MY BRIEF

08:38AM  20    ORDER -- IT WAS A PAGE AND A HALF OR A COUPLE OF PARAGRAPHS --

08:38AM  21    BUT I THINK I INDICATED THAT THE COURT, WHILE RECOGNIZING THE

08:38AM  22    REASON AS STATED IN THE MOTION FOR EXCLUSION, THE COURT FINDS

08:38AM  23    THAT IT'S PREMATURE.

08:38AM  24         THE COURT NOTES, OF COURSE, THE TRIAL PROCESS CONSISTS OF

08:38AM  25    WITNESSES BEING CALLED TO TESTIFY, THEY'RE PLACED UNDER OATH TO

08:38AM 1    TELL THE TRUTH, AND THEN QUESTIONS ARE POSED TO THE WITNESS.

08:38AM 2    IF A PARTY WISHES TO OBJECT TO A QUESTION, THEY MAY DO SO.  IF

08:38AM 3    NECESSARY, THE COURT CAN INQUIRE OF THE PARTIES OF FURTHER

08:38AM 4    INFORMATION OR THE COURT WILL RULE ON THE OBJECTION AT THAT

08:39AM 5    TIME.

08:39AM 6        ALL OF THIS OCCURS, AS WE KNOW, IN FRONT OF AND IN THE

08:39AM 7    PRESENCE OF THE JURY.

08:39AM 8        NOW, OBJECTING BY MOTION OUTSIDE OF THE PRESENCE OF A JURY

08:39AM 9    MAY SEEM TO BE A TOOL TO AFFORD EFFICIENCY, AND IT DOES DO

08:39AM 10   THAT.  WHEN WE HAVE OUR PRETRIAL CONFERENCES, THIS IS EXACTLY

08:39AM 11   WHAT HAPPENS AT PRETRIAL CONFERENCES.  THE PARTIES CAN FILE

08:39AM 12   MOTIONS, LODGE OBJECTIONS TO ANTICIPATED EVIDENCE.  USUALLY

08:39AM 13   IT'S BLOCKS OF EVIDENCE OR TYPES OF EVIDENCE THAT REALLY DOES

08:39AM 14   ASSIST THE EFFICIENCY OF THE TRIAL.

08:39AM 15       IT GIVES THE PARTIES AN IDEA OF HOW TO PRESENT THEIR CASE

08:39AM 16   WHEN THE COURT FEELS THE APPROPRIATE PRESENTATION OF THE

08:39AM 17   EVIDENCE MIGHT BE AS TO A CERTAIN TYPE STYLE.

08:39AM 18       I THINK YOU HAVE BENEFIT OF DOCKET 798, WHICH IS THE

08:39AM 19   COURT'S RULING ON THE MOTIONS IN LIMINE THAT WE HAD A COUPLE OF

08:40AM 20   DAYS DISCUSSION ON.

08:40AM 21       WHEN WE DO -- AND I'M NOT BEING CRITICAL OF THE DEFENSE,

08:40AM 22   BUT RULING BY MOTION OUTSIDE OF THE PRESENCE OF THE JURY ON

08:40AM 23   CERTAIN TESTIMONY, ANTICIPATED TESTIMONY REGARDING POTENTIAL

08:40AM 24   QUESTIONS THAT MAY BE ASKED BASED ON A 302 OR OTHER EVIDENCE

08:40AM 25   THAT PRESENTS ITSELF DOES CREATE PROBLEMS FOR RULING BECAUSE

08:40AM  1    THERE'S NO CONTEXT.  IT'S IN THE ABSTRACT.

08:40AM  2         AND THE CONTEXTUAL PART OF A QUESTION, THE CONTEXTUAL PART

08:40AM  3    OF THE EVIDENCE AS IT DEVELOPS, YOU ALL KNOW THIS, IS IMPORTANT

08:40AM  4    FOR THE COURT TO UNDERSTAND AND TO RULE APPROPRIATELY ON AN

08:40AM  5    OBJECTION THAT MIGHT COME UP.

08:40AM  6         I EXPECT AND I KNOW THAT ALL OF YOU ARE GOING TO FOLLOW

08:40AM  7    THE RULES OF EVIDENCE.  YOU MAY STIPULATE TO EVIDENCE THAT IS

08:40AM  8    RECEIVED, OR YOU MAY OBJECT TO CERTAIN PROCEEDINGS, AND THAT'S

08:40AM  9    PART OF THE TRIAL PROCESS.

08:41AM  10        WHILE THE MOTION AFFORDS SOME EFFICIENCY, AND I APPRECIATE

08:41AM  11   THAT, BUT SOMETIMES THOSE EFFICIENCIES NEED TO TAKE A BACK SEAT

08:41AM  12   TO THE ACTUAL TRIAL PROCESS OCCURRING SO THE COURT CAN

08:41AM  13   UNDERSTAND THE QUESTIONS, UNDERSTAND THE CONTEXT OF IT, AND IT

08:41AM  14   MIGHT BE DEVELOPED BASED A LITTLE BIT MORE THEN ON A 302 OR

08:41AM  15   SOMETHING ELSE.

08:41AM  16        SO WHAT I INDICATED IN MY MOTION, MY ORDER, WAS THAT I

08:41AM  17   THOUGHT THE MOTION WAS PREMATURE.  I APPRECIATE THE MOTION

08:41AM  18   BECAUSE IT DID GIVE NOTICE TO THE GOVERNMENT AS TO SOME

08:41AM  19   ANTICIPATED PROBLEMS.  SHOULD THE GOVERNMENT PROVIDE QUESTIONS

08:41AM  20   WITHOUT APPROPRIATE FOUNDATION, FOR EXAMPLE, IT WOULD CERTAINLY

08:41AM  21   GIVE THE COURT AN IDEA OF WHAT POTENTIALLY COULD HAPPEN.

08:41AM  22        SO IT DID SERVE SOME USEFULNESS FOR THAT AND I DO NOT MEAN

08:41AM  23   TO SUGGEST THAT IT WAS NOT USEFUL, NOR TO BE CRITICAL OF IT.

08:41AM  24        WHAT I WILL SAY IS THAT THE TIMING OF IT WAS SOMEWHAT

08:42AM  25   PROBLEMATIC.  THE COURT WAS CLOSED ON LABOR DAY, IT WAS A

08:42AM 1    HOLIDAY.  OF COURSE THAT DOES NOT MEAN THE COURT WAS NOT

08:42AM 2    WORKING.  I'M HEARTENED TO SEE THAT COUNSEL WAS WORKING ON

08:42AM 3    LABOR DAY AND THEY FILED IT AT 8:03 A.M. AND I RECEIVED IT AND

08:42AM 4    WE DID THE WORK THAT WE NEEDED TO DO ON IT.

08:42AM 5        WE HAD DISCUSSION I THINK A WEEK OR SO AGO ABOUT TIMING OF

08:42AM 6    THIS.  I THINK MR. BOSTIC WAS INVOLVED IN THAT CONVERSATION

08:42AM 7    FROM THE GOVERNMENT, AND WE WERE TALKING ABOUT WHEN SHOULD,

08:42AM 8    WHEN SHOULD THE GOVERNMENT GIVE NOTICE.  I THINK WE SETTLED ON

08:42AM 9    THURSDAY AFTERNOON IF I'M NOT MISTAKEN.

08:42AM 10       AND THEN I THOUGHT WE HAD A FILING DEADLINE OF NOON, I

08:42AM 11   THOUGHT THAT WAS BY FORWARD ANY MOTIONS, SATURDAY NOON.  AND I

08:42AM 12   THOUGHT THAT WOULD AFFORD OR SPLIT UP THE WEEKEND EVENLY.

08:42AM 13       AND I KNOW MR. DOWNEY HAD SOME THOUGHTS ABOUT THAT BECAUSE

08:43AM 14   FRIDAY WE'RE NOT IN SESSION, AND I THINK THAT MR. DOWNEY WAS

08:43AM 15   THINKING THAT, WELL, THAT GIVES US AN EXTRA BUFFER, THE

08:43AM 16   GOVERNMENT HAS FRIDAY TO LOOK AT THIS.

08:43AM 17       WHAT I WANT TO AVOID, AND WHAT I CONTINUE TO SEEK TO

08:43AM 18   AVOID, IS HAVING TO RULE ON A MOTION THE MORNING OF OUR TRIAL,

08:43AM 19   OR SHORTLY BEFORE, WHICH DOES CREATE SOME IMPEDIMENT TO THE

08:43AM 20   EFFICIENT PROCESS OF THE TRIAL.

08:43AM 21       SO I'M GOING TO ASK COUNSEL TO BEAR THAT IN MIND, PLEASE.

08:43AM 22   YOU DO WHAT YOU NEED TO DO, OF COURSE.  I'M NOT AT ALL

08:43AM 23   SUGGESTING THAT YOU DON'T DO WHAT YOU NEED TO DO TO PROPERLY

08:43AM 24   REPRESENT EACH SIDE.

08:43AM 25       BUT JUST BEAR IN MIND, IF YOU WOULD, PLEASE, THE SCHEDULE

UNITED STATES COURT REPORTERS

08:43AM   1    THAT WE TALKED ABOUT.

08:43AM   2         I WANT TO TALK ABOUT EXHIBITS FOR JUST A MOMENT ALSO.

08:43AM   3         WHAT YOU WILL RECEIVE, AND I'VE TALKED WITH OUR I.T.

08:43AM   4    PEOPLE ABOUT THE EXHIBITS, AND WHAT I'M GOING TO DO -- YOU'LL

08:43AM   5    GET AN ORDER.  I'LL POST AN ORDER LATER TODAY ABOUT THIS.  IT'S

08:43AM   6    A VERY BRIEF ORDER.

08:44AM   7         AS TO EXHIBITS, THE EXHIBITS THAT WILL BE SUBMITTED, THAT

08:44AM   8    IS, EXHIBITS THAT ARE RECEIVED INTO EVIDENCE WILL BE HOSTED BY

08:44AM   9    THE COURT FOR PUBLIC VIEW.  COUNSEL WILL NEED TO PRODUCE

08:44AM  10    CORRECTED ADMITTED EXHIBIT LISTS EACH DAY NO LATER THAN 4:00

08:44AM  11    P.M.

08:44AM  12         AND YOU'LL GET A COPY OF THIS ORDER.  I'M JUST READING IT

08:44AM  13    INTO THE RECORD NOW FOR YOU.

08:44AM  14         IN DOING SO, WHAT I EXPECT COUNSEL WILL DO IS THAT THEY

08:44AM  15    WILL HAVE REVIEWED THE SUBMISSION FOR ACCURACY AND HAVE

08:44AM  16    REVIEWED WITH MS. HOLMES FOR HER REVIEW AND CONSENT, THAT IS,

08:44AM  17    THE DEFENSE WILL DO THAT WITH ALL OF THESE EXHIBITS.  THE

08:45AM  18    PARTIES SHOULD MAINTAIN A CONTINUOUS LOG THAT THE ENTIRETY --

08:45AM  19    SUCH THAT THE ENTIRETY OF THE EXHIBITS CAN BE MAINTAINED BY

08:45AM  20    EITHER SIDE, SO YOU HAVE A RUNNING LOG.

08:45AM  21         BUT WHAT WE'RE GOING TO DO IS THAT I'M GOING TO TASK THE

08:45AM  22    PARTIES WITH MAINTAINING A CONTINUOUS LOG SUCH THAT THE

08:45AM  23    ENTIRETY OF THE EXHIBITS AT THE CONCLUSION OF THE EVIDENCE

08:45AM  24    PRIOR TO THE JURY RECEIVING THE ADMITTED EXHIBITS WILL BE ON A

08:45AM  25    THUMB DRIVE, OR WHATEVER MEMORY DEVICE THAT YOU HAVE.

08:45AM  1      THE FILES MUST BE ORGANIZED AND LABELLED PROPERLY IN ORDER

08:45AM  2  TO BE CLEAR TO THE PUBLIC.  SO THEY SHOULD BE ENTITLED WHAT

08:45AM  3  THEY MIGHT BE, A PHOTOGRAPH OF, A DEED OF SALE, WHATEVER IT IS

08:45AM  4  THAT SHOULD BE PROPERLY IDENTIFIED.

08:45AM  5      THEY SHOULD BE IN FOLDERS THAT ARE NAMED PROPERLY, SUCH AS

08:45AM  6  DEFENSE EXHIBIT 1, PROSECUTION EXHIBIT 300 OR SUCH.

08:46AM  7      COUNSEL WILL PLACE EACH DAY'S FILE ON A SINGLE NEWLY

08:46AM  8  FORMATTED, THAT MEANS A COMPLETELY ERASED USB DRIVE OR WHATEVER

08:46AM  9  MEMORY DEVICE THAT YOU HAVE.

08:46AM 10      NO OTHER FILES MAY BE PRESENT ON THE DRIVES BESIDES THOSE

08:46AM 11  APPROVED TO BE SUBMITTED BY THE JUDGE ON THAT DAY.  SO IT'S A

08:46AM 12  CLEAN THUMB DRIVE SO THAT THEY CAN BE ACCURATELY DOWNLOADED.

08:46AM 13      PREVIOUSLY SUBMITTED FILES MUST NOT BE PRESENT ON THIS.

08:46AM 14  SO I WANT A CLEAN DRIVE.  I'M TRYING TO ELIMINATE ANY TECHNICAL

08:46AM 15  ISSUES THAT MIGHT ARISE.

08:46AM 16      COUNSEL WILL ISSUE THE DRIVE TO MS. KRATZMANN IN THE

08:46AM 17  COURTROOM BY 4:00 P.M. EACH DAY, AND THEN SHE WILL COPY THE

08:46AM 18  CONTENTS TO A PREDETERMINED LOCATION ON THE COURT'S NETWORK,

08:46AM 19  AND THEN SHE'LL RETURN THE DRIVE TO COUNSEL.

08:46AM 20      OUR I.T. DEPARTMENT WILL ENSURE THAT THE FILES ARE

08:46AM 21  VIEWABLE TO THE PUBLIC.

08:46AM 22      LATER THAT DAY, I CAN'T TELL YOU WHAT THE TIMING IS OF

08:47AM 23  THAT, AND THERE'S AN ADDRESS THAT WILL BE PROVIDED IN THE ORDER

08:47AM 24  THAT I GIVE YOU AND IT HAS A -- IT MIGHT BE A HOT LINK SUCH

08:47AM 25  THAT PARTIES CAN CONNECT TO IT.

08:47AM   1        THIS WILL ALSO -- I JUST WANT TO TELL YOU, THIS WILL ALSO

08:47AM   2    ENHANCE MS. KRATZMANN'S ABILITY TO KEEP THE EXHIBIT LIST

08:47AM   3    RUNNING FOR HER.  THAT'S WHY I'M ASKING THAT IT BE ACCURATE.

08:47AM   4        AND WHEN COUNSEL PROVIDE THAT THUMB DRIVE, YOU ARE

08:47AM   5    ATTESTING TO ITS ACCURACY.  SO WHEN THE JURY GOES IN TO

08:47AM   6    DELIBERATE THE CASE, THEY WILL HAVE, BASED ON YOUR

08:47AM   7    REPRESENTATIONS, FULL, ACCURATE EXHIBIT LISTS SUCH THAT CAN BE

08:47AM   8    ACKNOWLEDGED BY THEM AND ACCESSED BY THEM.

08:47AM   9        ANY QUESTIONS ABOUT THAT?

08:47AM  10             MR. WADE:  NO, YOUR HONOR.

08:47AM  11             MR. LEACH:  NO, YOUR HONOR.

08:47AM  12             THE COURT:  ALL RIGHT.  THANK YOU.

08:47AM  13        AND AS I SAID, I'LL HAVE A BRIEF ORDER UP LATER THIS

08:47AM  14    AFTERNOON THAT DESCRIBES THAT PROCESS.

08:47AM  15        WE ARE, AS I UNDERSTAND ABOUT THE BINDERS, THEY'RE COMING

08:48AM  16    IN FRIDAY, IF I'M NOT MISTAKEN, AND WE'LL HAVE THE BINDERS AND

08:48AM  17    WE'LL GIVE BINDER PAPER TO THE JURORS AND THEY'LL HAVE THAT

08:48AM  18    ACCESSIBLE TODAY AND THEY CAN FILL IN THE BINDERS.

08:48AM  19        IS THAT HOW THE PARTIES HAVE AGREED TO DO IT?  YOU'RE

08:48AM  20    GOING TO SUBMIT THE PHOTOS WITH THOSE WITNESSES WHO HAVE

08:48AM  21    TESTIFIED AT THE END OF EACH WEEK?

08:48AM  22             MR. BOSTIC:  THAT'S CORRECT, YOUR HONOR.

08:48AM  23             MR. WADE:  CORRECT.

08:48AM  24             THE COURT:  GREAT.

08:48AM  25        I DO WANT TO ASK A QUESTION ABOUT TIMING FOR TODAY'S

504

| 08:48AM | 1 | PURPOSES.  SHOULD WE TAKE A BREAK THEN AT 11:00 A.M., |
| 08:48AM | 2 | MR. DOWNEY? |
| 08:48AM | 3 | IS THAT A TIME -- MR. LEACH, IS THAT A TIME THAT IS |
| 08:48AM | 4 | APPROPRIATE? |
| 08:48AM | 5 | AND IF SO, I GUESS THE NEXT QUESTION I WAS GOING TO ASK IS |
| 08:48AM | 6 | THAT IF YOU CAN JUST GIVE ME AN IDEA OF THE TIMING OF YOUR |
| 08:48AM | 7 | OPENINGS. |
| 08:48AM | 8 | MR. LEACH:  YOUR HONOR, THAT TIMING MAKES SENSE TO |
| 08:48AM | 9 | THE GOVERNMENT.  I ANTICIPATE THE GOVERNMENT'S OPENING WILL BE |
| 08:49AM | 10 | SOMEWHERE BETWEEN 45 AND 50 MINUTES. |
| 08:49AM | 11 | I DON'T KNOW ABOUT THE DEFENSE, BUT 11:00 O'CLOCK I THINK |
| 08:49AM | 12 | WOULD BE CONSISTENT WITH THAT. |
| 08:49AM | 13 | THE COURT:  OKAY.  ALL RIGHT.  THANK YOU. |
| 08:49AM | 14 | MR. WADE:  I WOULD ANTICIPATE THE DEFENSE OPENING |
| 08:49AM | 15 | WILL BE ABOUT TWO HOURS. |
| 08:49AM | 16 | THE COURT:  OKAY. |
| 08:49AM | 17 | MR. WADE:  WE KNOW THE COURT HAS TO INSTRUCT THE |
| 08:49AM | 18 | JURY AND THEN THE COURT WILL START.  MAYBE WE CAN PLAY IT A |
| 08:49AM | 19 | LITTLE BIT BY EAR, BUT THAT GENERAL TIMING SEEMS GOOD. |
| 08:49AM | 20 | THE COURT:  OKAY. |
| 08:49AM | 21 | MR. WADE:  I WOULD ALSO ASK, AS A HOUSEKEEPING |
| 08:49AM | 22 | MATTER, AS THE COURT KNOWS THIS IS A VERY SMALL COURTROOM -- |
| 08:49AM | 23 | COURTHOUSE, AND WE'VE BUMPED INTO, DURING THE JURY SELECTION |
| 08:49AM | 24 | PROCESS AND ENTERING THE BUILDING AND THE LIKE, SOME OF OUR |
| 08:49AM | 25 | JURORS. |

08:49AM 1      WE, OF COURSE, LOOK AWAY AND REMAIN SILENT.

08:49AM 2          BUT IT WOULD BE MUCH APPRECIATED IF THE COURT COULD GIVE

08:49AM 3    THE STANDARD INSTRUCTION TO THE JURORS THIS MORNING THAT WE'RE

08:49AM 4    NOT TRYING TO OFFEND THEM OR BE RUDE BY NOT GREETING THEM.

08:50AM 5          THE COURT:  THANK YOU.  THAT IS, AS YOU SAID, PART

08:50AM 6    OF MY STANDARD INSTRUCTIONS IS TO INFORM THE JURY THAT IT'S A

08:50AM 7    SMALL COURTHOUSE.  REGRETTABLY, YOU KNOW THE HISTORY, WE TRIED

08:50AM 8    TO BUILD A COURTHOUSE SEVERAL YEARS AGO.

08:50AM 9      BUT I WILL INFORM THE JURY OF THAT.  THAT'S A STANDARD

08:50AM 10   INSTRUCTION, PRELIMINARY INSTRUCTION THAT I GIVE SUCH THAT THE

08:50AM 11   JURY MAY SEE THE PARTIES IN AN ELEVATOR, ON THE STREET, AND IF

08:50AM 12   THE PARTIES SMILE AND LOOK AWAY, DON'T SMILE, DON'T TALK, IT'S

08:50AM 13   NOT BECAUSE YOU'RE RUDE, IT'S BECAUSE YOU'RE FOLLOWING THE

08:50AM 14   RULES OF COURT.  YES.  THANK YOU.

08:50AM 15       ANYTHING ELSE?

08:50AM 16         MR. LEACH:  YES, YOUR HONOR.

08:50AM 17     DURING THE OPENING STATEMENTS, DO THE PARTIES HAVE THE

08:50AM 18   COURT'S PERMISSION TO REMOVE OUR MASKS FOR OPENING STATEMENT?

08:50AM 19         THE COURT:  YES.  THANK YOU.  YES, YOU DO.  THANK

08:50AM 20   YOU.

08:50AM 21         MR. LEACH:  OKAY.

08:50AM 22     AND MY UNDERSTANDING IS THAT THE EXAMINING COUNSEL FOR

08:51AM 23   WITNESS CAN ALSO TAKE OFF THEIR MASK?

08:51AM 24         THE COURT:  THAT'S RIGHT.

08:51AM 25         MR. LEACH:  OKAY.  THANK YOU.

08:51AM  1          THE COURT:  WHAT I INTEND TO DO AFTER I READ THE

08:51AM  2     PRELIMINARY INSTRUCTIONS, I'LL OF COURSE TURN TO THE

08:51AM  3     GOVERNMENT.  IF THEY HAVE AN OPENING STATEMENT, I'LL INVITE THE

08:51AM  4     JURY TO STAND UP FOR A MOMENT AND STRETCH THEIR LEGS BEFORE YOU

08:51AM  5     BEGIN THAT PROCESS.  SO THERE MIGHT BE A LITTLE BIT OF A BREAK.

08:51AM  6     WE'LL SEE WHAT OUR TIMING IS AND THEN WE'LL GO ACCORDINGLY.

08:51AM  7          AS I SAID, WE'LL TAKE A BREAK AT 11:00.  MAYBE WE'LL COME

08:51AM  8     BACK AT 11:30 OR SO, AND WE'LL SEE IF MAYBE WE CAN GET A

08:51AM  9     WITNESS ON TODAY.  WE'LL SEE.

08:51AM 10          OKAY.  ANYTHING FURTHER?

08:51AM 11          MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

08:51AM 12          MR. WADE:  NOTHING FROM THE DEFENSE, YOUR HONOR.

08:51AM 13     THANK YOU VERY MUCH.

08:51AM 14          THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  I'LL

08:51AM 15     STEP DOWN NOW AND I THINK MS. KRATZMANN WILL BRING OUR JURY IN

08:51AM 16     SHORTLY.

08:51AM 17          ALL RIGHT.  THANK YOU.

08:51AM 18          (RECESS FROM 8:51 A.M. UNTIL 9:08 A.M.)

09:08AM 19          THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

09:08AM 20     PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.  OUR JURY IS NOT

09:08AM 21     PRESENT.

09:08AM 22          A COUPLE OF THINGS AS TO OUR JURY.  WE ARE STILL AWAITING

09:08AM 23     THE ARRIVAL OF ALTERNATE NUMBER 3, AND THEY'RE CHECKING WITH

09:08AM 24     THE CLERK'S OFFICE -- THE CLERK'S OFFICE IS CHECKING WITH HER.

09:09AM 25          I JUST HAD COMMUNICATION FROM MS. KRATZMANN, WHO WAS

09:09AM  1    APPROACHED BY JUROR NUMBER 7, AND JUROR NUMBER 7 INFORMED

09:09AM  2    MS. KRATZMANN THIS MORNING THAT WHEN SHE, JUROR NUMBER 7, WENT

09:09AM  3    TO WORK OVER THE WEEKEND, SHE WAS INFORMED THAT HER EMPLOYER

09:09AM  4    WILL NOT PAY HER FOR JURY SERVICE.  THIS IS THE FIRST SHE HEARD

09:09AM  5    OF IT.  SHE REPORTED TO MS. KRATZMANN.

09:09AM  6        JUROR NUMBER 7 INDICATED THAT SHE NEEDS TO WORK.  SHE

09:09AM  7    HELPS HER MOTHER WITH FINANCIAL SUPPORT, AND SHE EXPRESSED A

09:09AM  8    FINANCIAL HARDSHIP AS TO SITTING AS A JUROR IN THIS CASE.

09:09AM  9        OF COURSE WE ALL TALKED WITH JUROR NUMBER -- EXCUSE ME,

09:09AM 10    JUROR NUMBER 7 SOMETIME LAST WEEK.

09:09AM 11        MY THOUGHT WAS TO BRING HER IN NOW, AND WE CAN TALK WITH

09:09AM 12    HER ABOUT THIS HARDSHIP.  I'LL ALLOW COUNSEL TO ASK QUESTIONS

09:10AM 13    IF YOU HAVE SOME.  WE'LL EXCUSE HER AND THEN I'LL TALK WITH

09:10AM 14    COUNSEL.

09:10AM 15        SO COULD YOU BRING HER IN, PLEASE?

09:10AM 16            THE CLERK:  YES, YOUR HONOR.

09:10AM 17            THE COURT:  THANK YOU.

09:11AM 18        (JUROR NUMBER 7 PRESENT.)

09:11AM 19            JUROR:  HI.  GOOD MORNING.

09:11AM 20            THE COURT:  JUROR NUMBER 7 IS NOW WITH US.

09:11AM 21        GOOD MORNING, MS. HERNANDEZ-PEREZ.  HOW ARE YOU?

09:12AM 22            JUROR:  GOOD.  HOW ARE YOU?

09:12AM 23            THE COURT:  I'M WELL, THANK YOU.

09:12AM 24        MS. KRATZMANN, MY COURTROOM DEPUTY, TOLD ME THAT YOU HAD

09:12AM 25    TALKED WITH HER ABOUT YOUR JURY SERVICE THIS MORNING.

```
09:12AM    1                      JUROR:  YEAH.

09:12AM    2                      THE COURT:  COULD YOU TELL US A LITTLE BIT ABOUT

09:12AM    3      YOUR THOUGHTS HERE?

09:12AM    4                      JUROR:  YEAH.  SO MY JOB BARELY TOLD ME --

09:12AM    5                      THE COURT:  JUST A SECOND.  I WANT TO MAKE SURE THAT

09:12AM    6      MICROPHONE -- IS THAT ON?

09:12AM    7                      THE CLERK:  TRY AGAIN.

09:12AM    8                      JUROR:  SO MY JOB JUST INFORMED ME THAT THEY DON'T

09:12AM    9      PAY FOR THE JURY SERVICE, AND I HAVE TO KEEP WORKING BECAUSE I

09:12AM   10      HAVE TO HELP MY MOM PAY BILLS AND STUFF LIKE THAT.

09:12AM   11            AND, WELL, THEY JUST TOLD ME LAST MINUTE.  I THOUGHT THEY

09:12AM   12      WOULD HAVE TOLD ME EARLIER BEFORE I GOT SELECTED SO I WOULD

09:12AM   13      HAVE BEEN ABLE TO, LIKE, TELL YOU.  BUT THEY JUST TOLD ME.

09:12AM   14                      THE COURT:  I'M SORRY.

09:12AM   15            DO YOU WORK FULL-TIME?  PART-TIME?

09:12AM   16                      JUROR:  I THINK IT'S PART-TIME.

09:12AM   17                      THE COURT:  UH-HUH, I SEE.

09:12AM   18                      JUROR:  YEAH.

09:12AM   19                      THE COURT:  HAVE YOU TALKED, OR DO YOU THINK IT

09:12AM   20      WOULD BE BENEFICIAL TO TALK WITH YOUR EMPLOYER TO SEE IF YOU

09:12AM   21      COULD ADJUST YOUR HOURS?

09:12AM   22            AS YOU KNOW, WE'RE GOING TO END AT 2:00 O'CLOCK, SO YOU

09:13AM   23      HAVE SOME TIME IN THE AFTERNOON.

09:13AM   24                      JUROR:  WELL, I USUALLY GET, LIKE, MIDDAY SHIFTS AND

09:13AM   25      I ALREADY TRIED TO, BUT THEY DON'T REALLY -- THE OTHER PEOPLE
```

| | | |
|---|---|---|
| 09:13AM | 1 | LIKE WORKING ALSO.  I WORK AT CUSTOMER SERVICE, SO WE HAVE OUR, |
| 09:13AM | 2 | LIKE, SPECIFIC SCHEDULE ALREADY USUALLY. |
| 09:13AM | 3 | THE COURT:  I SEE. |
| 09:13AM | 4 | HAVE YOU TALKED WITH YOUR EMPLOYER ABOUT MODIFYING YOUR |
| 09:13AM | 5 | SCHEDULE, YOUR WORK SCHEDULE, SO THAT YOU COULD WORK IN THE |
| 09:13AM | 6 | AFTERNOONS, FROM 3:00 O'CLOCK OR SOMETHING ON?  WOULD THAT BE |
| 09:13AM | 7 | SOMETHING THAT YOU COULD DO, DO YOU THINK? |
| 09:13AM | 8 | JUROR:  I DON'T THINK SO.  THEY ALREADY USUALLY HAVE |
| 09:13AM | 9 | PEOPLE THAT CLOSE, LIKE, REGULARLY. |
| 09:13AM | 10 | THE COURT:  I SEE. |
| 09:13AM | 11 | HAVE YOU TALKED TO YOUR EMPLOYER AT ALL ABOUT THAT, ABOUT |
| 09:13AM | 12 | MODIFYING YOUR SCHEDULE? |
| 09:13AM | 13 | JUROR:  WELL, I TALKED TO THEM THAT I WAS SELECTED |
| 09:13AM | 14 | AND STUFF, BUT THEY DIDN'T REALLY, LIKE, SAY ANYTHING. |
| 09:13AM | 15 | THE COURT:  I SEE.  OTHER THAN THEY WON'T PAY YOU? |
| 09:13AM | 16 | JUROR:  YEAH, OTHER THAN THEY WON'T PAY ME. |
| 09:13AM | 17 | THE COURT:  SURE. |
| 09:14AM | 18 | AND WE WORK -- WE'LL BE IN SESSION AT LEAST THREE DAYS A |
| 09:14AM | 19 | WEEK. |
| 09:14AM | 20 | JUROR:  YEAH. |
| 09:14AM | 21 | THE COURT:  WOULD THAT -- MISSING WORK THOSE THREE |
| 09:14AM | 22 | DAYS A WEEK, WOULD THAT -- IS THAT STILL GOING TO BE A PROBLEM |
| 09:14AM | 23 | FOR YOU? |
| 09:14AM | 24 | JUROR:  YEAH.  I WORK THOSE.  I WORK TODAY, AND I |
| 09:14AM | 25 | WAS GOING TO WORK ON FRIDAY ALSO. |

09:14AM  1                    THE COURT:  I SEE.

09:14AM  2              IS THERE ANY WAY YOU CAN -- AND I'M SORRY TO PRESS YOU --

09:14AM  3                    JUROR:  YEAH.

09:14AM  4                    THE COURT:  -- WE SPENT SO MUCH TIME TALKING WITH

09:14AM  5      YOU.

09:14AM  6                    JUROR:  YEAH.

09:14AM  7                    THE COURT:  AND YOU WERE SELECTED TO BE A JUROR, AND

09:14AM  8      THAT'S IMPORTANT.

09:14AM  9                    JUROR:  UH-HUH.

09:14AM  10                   THE COURT:  I'M JUST SEEING IF THERE IS ANYTHING YOU

09:14AM  11     COULD DO OR WE COULD DO, SPEAKING WITH YOUR EMPLOYER TO

09:14AM  12     READJUST YOUR SCHEDULE OR CHANGE YOUR SCHEDULE.  OR IS THERE

09:14AM  13     SOMETHING CREATIVE THAT YOU THINK YOU COULD DO?

09:14AM  14                   JUROR:  WELL, I'M NOT SURE IF THEY WOULD WANT TO

09:14AM  15     LIKE SWITCH ME BECAUSE THERE'S ONLY A COUPLE OF PEOPLE THAT

09:14AM  16     WORK CUSTOMER SERVICE THAT THEY HAVE.  SO IT'S KIND OF LIKE WE

09:14AM  17     ALREADY HAVE OUR SCHEDULES SET AND THEY DO IT LIKE A WEEK OR

09:14AM  18     TWO BEFORE ALSO.

09:15AM  19                   THE COURT:  I SEE.  I SEE.

09:15AM  20              AND WHAT IS YOUR NORMAL SHIFT?  YOUR REGULAR SHIFT?

09:15AM  21                   JUROR:  WELL, IT DEPENDS.  SOMETIMES I OPEN, 9:50 TO

09:15AM  22     3:00, AND THERE'S ALSO LIKE MIDDAY, 12:00 TO 6:00.

09:15AM  23                   THE COURT:  12:00 TO 6:00?

09:15AM  24                   JUROR:  YEAH, P.M.

09:15AM  25                   THE COURT:  AND WHAT TIME DOES THE STORE CLOSE?

| | | |
|---|---|---|
| 09:15AM | 1 | JUROR:  WEEKDAYS, MONDAY THROUGH FRIDAY, AT 9:00, |
| 09:15AM | 2 | AND THEN FRIDAY AND, LIKE, WEEKENDS IT'S TILL 10:00 OR 9:30. |
| 09:15AM | 3 | THE COURT:  SURE.  AND I'M SORRY I KEEP PRESSING |
| 09:15AM | 4 | THIS, BUT DO YOU THINK IT'S POSSIBLE YOU COULD ASK THEM TO, FOR |
| 09:15AM | 5 | THE DURATION OF THIS TRIAL, TO GIVE YOU THE EVENING SHIFT? |
| 09:15AM | 6 | WOULD THAT BE SOMETHING THAT YOU COULD DO? |
| 09:15AM | 7 | FIRST OF ALL, IS THAT A SHIFT THAT YOU COULD WORK? |
| 09:15AM | 8 | JUROR:  I DON'T REGULARLY WORK, LIKE, CLOSING THAT |
| 09:15AM | 9 | MUCH.  I MOSTLY DO MORNINGS AND, LIKE, MIDDAY. |
| 09:15AM | 10 | THE COURT:  RIGHT.  BUT IF THEY -- IF YOUR EMPLOYER |
| 09:15AM | 11 | SAID THAT THEY WOULD MOVE YOU TO THE CLOSING, IS THAT SOMETHING |
| 09:15AM | 12 | THAT YOU COULD DO? |
| 09:16AM | 13 | JUROR:  I WOULD NEED TO SEE BECAUSE, LIKE, ME AND MY |
| 09:16AM | 14 | BROTHER SHARE A CAR. |
| 09:16AM | 15 | THE COURT:  I SEE. |
| 09:16AM | 16 | JUROR:  SO, YEAH, THAT'S ANOTHER -- |
| 09:16AM | 17 | THE COURT:  I SEE.  I SEE. |
| 09:16AM | 18 | AND IS YOUR EMPLOYER, IS THAT CLOSE TO YOUR HOME? |
| 09:16AM | 19 | JUROR:  I LIVE IN SUNNYVALE.  IT'S IN MOUNTAIN VIEW. |
| 09:16AM | 20 | THE COURT:  RIGHT.  OKAY.  OKAY. |
| 09:16AM | 21 | I'M GOING TO ASK THESE LAWYERS IF THEY HAVE ANY QUESTIONS |
| 09:16AM | 22 | FOR YOU. |
| 09:16AM | 23 | MR. SCHENK? |
| 09:16AM | 24 | MR. SCHENK:  YES, BRIEFLY. |
| 09:16AM | 25 | WERE YOU PLANNING TO GO INTO WORK TODAY, OR YOU WERE |

```
09:16AM   1    PLANNING TO BE HERE TODAY?
09:16AM   2              JUROR:  WELL, I WAS PLANNING TO GO TO WORK, BUT,
09:16AM   3    YEAH, I HAD TO TELL THEM THAT I MIGHT BE A LITTLE LATE.
09:16AM   4              MR. SCHENK:  WHAT TIME DOES YOUR SHIFT START TODAY?
09:16AM   5              JUROR:  WELL, I THINK IT'S LIKE -- WELL, TODAY IT'S
09:16AM   6    12:00, I THINK, BUT I'LL PROBABLY HAVE TO CALL AND IT MIGHT
09:16AM   7    TAKE A LITTLE LONGER.
09:16AM   8              MR. SCHENK:  OKAY.  THANK YOU.
09:16AM   9         THANK YOU, YOUR HONOR.
09:16AM  10              MR. DOWNEY:  JUST ONE QUESTION.
09:16AM  11         ARE YOU ALSO STILL A STUDENT?  I KNOW YOU GRADUATED
09:17AM  12    RECENTLY.  DO YOU ALSO HAVE RESPONSIBILITIES AS A STUDENT?
09:17AM  13              JUROR:  WELL, I'M PLANNING TO START, BUT I HAVEN'T
09:17AM  14    SIGNED UP RIGHT NOW.
09:17AM  15              MR. DOWNEY:  THANK YOU, YOUR HONOR.
09:17AM  16              THE COURT:  ANYTHING FURTHER?
09:17AM  17              MR. DOWNEY:  NO.
09:17AM  18              MR. SCHENK:  NO.  THANK YOU.
09:17AM  19              THE COURT:  ALL RIGHT.  SO, MS. HERNANDEZ-PEREZ, IS
09:17AM  20    THERE ANY -- DO YOU THINK -- IF I ASKED YOU TO CONTACT YOUR
09:17AM  21    EMPLOYER TO SEE IF THEY COULD ADJUST YOUR SCHEDULE, IS THAT
09:17AM  22    SOMETHING THAT WOULD WORK FOR YOU?  OR WOULD IT JUST NOT WORK
09:17AM  23    FOR YOU?  I APPRECIATE YOUR CANDOR ON THIS.
09:17AM  24              JUROR:  I DON'T THINK SO.  I NEED TO KEEP WORKING TO
09:17AM  25    MAKE MONEY TO HELP MY MOM.  SO I WOULD NEED TO WORK AS MANY
```

09:17AM 1    HOURS AS I CAN GET.

09:17AM 2            THE COURT:  OKAY.  ALL RIGHT.

09:17AM 3        THANK YOU VERY MUCH.

09:17AM 4        MS. KRATZMANN WILL ESCORT YOU BACK TO THE JURY ROOM.

09:17AM 5    THANK YOU.

09:17AM 6            JUROR:  THANK YOU.

09:17AM 7            THE COURT:  YOU'RE WELCOME.

09:17AM 8        (PROCEEDINGS HELD OUT OF THE PRESENCE OF JUROR NUMBER 7.)

09:18AM 9            THE COURT:  ALL RIGHT.  THE RECORD SHOULD REFLECT

09:18AM 10   THAT JUROR NUMBER 7 HAS LEFT THE COURTROOM.

09:18AM 11       MR. SCHENK, ANY COMMENTS?

09:18AM 12           MR. SCHENK:  THANK YOU, YOUR HONOR.  JUST BRIEFLY.

09:18AM 13       IT CERTAINLY SOUNDS LIKE MS. HERNANDEZ-PEREZ IS EXPRESSING

09:18AM 14   A FINANCIAL HARDSHIP BY REMAINING ON THE JURY.

09:18AM 15       I'M OPTIMISTIC THAT IF THE COURT GAVE HER SOME TIME TO

09:18AM 16   CONTACT HER EMPLOYER, WE MIGHT DISCOVER THAT THERE IS A SHIFT

09:18AM 17   THAT COULD WORK FOR HER, AND IT REALLY, I THINK, WOULD BE THE

09:18AM 18   GOVERNMENT'S PREFERENCE AT THIS POINT TO ASK HER TO PURSUE THAT

09:18AM 19   AT LEAST FOR TODAY, AND THEN MAKE THE DECISION ABOUT EXCUSING

09:18AM 20   HER AFTER SHE HAS AN OPPORTUNITY TO HAVE THAT CONVERSATION.

09:18AM 21       BUT ULTIMATELY WE WOULD DEFER TO THE COURT.  IT CERTAINLY

09:18AM 22   SOUNDS LIKE SHE'S EXPRESSED SOME HESITANCY TO MAKING A NEW

09:18AM 23   SHIFT WORK.

09:18AM 24           THE COURT:  OKAY.  THANK YOU.

09:19AM 25           MR. DOWNEY:  YOUR HONOR, THAT SOUNDS SENSIBLE TO ME.

09:19AM   1    I THINK SHE'S HERE AND PREPARED TO PARTICIPATE TODAY, SO I

09:19AM   2    WOULD SUGGEST THAT SHE CONTINUE TO SERVE THROUGH TODAY AND

09:19AM   3    WE'LL SEE WHAT OTHER OPTIONS ARE AVAILABLE.

09:19AM   4           THE COURT:  WELL, THANK YOU BOTH.  LET'S DO THAT.

09:19AM   5    LET'S NOT EXCUSE HER AT THIS POINT.

09:19AM   6       WHAT I WILL ASK HER TO DO IS DURING OUR BREAK I'LL ASK HER

09:19AM   7    TO CONTACT HER EMPLOYER AND SEE IF SHE CAN MODIFY FOR TUESDAYS,

09:19AM   8    WEDNESDAYS, FRIDAYS, HER SCHEDULE, WORK SCHEDULE, SUCH THAT SHE

09:19AM   9    CAN REMAIN ON THE JURY HERE.  MAYBE THAT WOULD SOLVE THINGS.

09:19AM  10           LET'S SEE WHAT HAPPENS.  I APPRECIATE IT.

09:19AM  11           LET'S GIVE IT A SHOT AND SEE WHAT WORKS.

09:19AM  12           OKAY.  THANK YOU.

09:19AM  13           MR. DOWNEY:  THANK YOU, YOUR HONOR.

09:19AM  14           MR. SCHENK:  THANK YOU, YOUR HONOR.

09:20AM  15           THE COURT:  THANK YOU.  I'M INFORMED THAT OUR JURY

09:20AM  16    AND ALTERNATES ARE ALL HERE NOW, SO I'LL ASK MS. KRATZMANN TO

09:20AM  17    BRING THEM IN.  IT'S GOING TO BE A MOMENT.  AS YOU KNOW, WE

09:20AM  18    HAVE SOME SEATED IN THE FRONT ROW THERE, AND IT WILL TAKE A

09:20AM  19    MOMENT FOR THEM TO GET SEATED AND THEN I'LL SPEAK WITH THEM.

09:20AM  20       WHAT I WILL DO IS ASK EACH OF THEM, AS I SAID I WOULD DO,

09:20AM  21    WHETHER OR NOT -- I'LL MAKE AN INQUIRY AS TO WHETHER OR NOT

09:20AM  22    THEY'VE HEARD, LISTENED TO, OR SEEN ANY MEDIA OR HEARD ANYTHING

09:20AM  23    ABOUT THE CASE, AND I'LL ASK FOR A SHOW OF HANDS AND WE MAY

09:20AM  24    HAVE A CONVERSATION ABOUT THAT.

09:20AM  25           SHOULD, SHOULD IT -- THE NEED ARISE THAT WE NEED TO SPEAK

09:20AM  1      WITH THAT JUROR PRIVATELY, WE'LL DO THAT.  I'LL EXCUSE THE

09:20AM  2      BALANCE OF THE JURORS AND WE'LL HAVE A CONVERSATION

09:20AM  3      INDIVIDUALLY WITH THE JUROR DEPENDING ON THE ANSWERS TO THE

09:21AM  4      QUESTIONS.

09:21AM  5          AND THEN, AFTER THAT, AND THEN I THINK I'LL BE PREPARED TO

09:21AM  6      PRELIMINARILY INSTRUCT.

09:23AM  7          (PAUSE IN PROCEEDINGS.)

09:23AM  8          (JURY IN AT 9:23 A.M.)

09:24AM  9              THE COURT:  PLEASE BE SEATED.  THANK YOU.  THANK YOU

09:24AM  10     AGAIN FOR YOUR COURTESY.

09:24AM  11         GOOD MORNING, LADIES AND GENTLEMEN OF THE JURY.  THE

09:24AM  12     RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATES ARE PRESENT.

09:24AM  13     ALL COUNSEL ARE PRESENT.

09:24AM  14         I'M GOING TO PRE-INSTRUCT THIS MORNING, AND THEN WE'LL

09:24AM  15     HEAR OPENING STATEMENTS.

09:24AM  16         BEFORE WE DO THAT, LET ME JUST ASK COUNSEL TO PLEASE STATE

09:24AM  17     YOUR APPEARANCES AGAIN IN THE PRESENCE OF THE JURY, PLEASE.

09:24AM  18         WHO APPEARS FOR THE OF THE GOVERNMENT?

09:24AM  19             MR. LEACH:  GOOD MORNING, YOUR HONOR.

09:24AM  20         GOOD MORNING, LADIES AND GENTLEMEN.

09:24AM  21         ROBERT LEACH ON BEHALF OF THE UNITED STATES.

09:24AM  22         I'M JOINED BY JEFF SCHENK, JOHN BOSTIC, ADDY HERNANDEZ,

09:25AM  23     AND OUR PARALEGAL LAKISHA HOLLIMAN.

09:25AM  24         THANK YOU, YOUR HONOR.

09:25AM  25             THE COURT:  GOOD MORNING.  THANK YOU.

| | | |
|---|---|---|
| 09:25AM | 1 | AND FOR THE DEFENSE? |
| 09:25AM | 2 | MR. WADE: GOOD MORNING, YOUR HONOR. |
| 09:25AM | 3 | LANCE WADE ON BEHALF OF MS. HOLMES. |
| 09:25AM | 4 | WITH ME TODAY ARE MY COLLEAGUES KEVIN DOWNEY, KATIE TREFZ, |
| 09:25AM | 5 | AND AMY SAHARIA, AND OUR COCOUNSEL, JOHN CLINE. |
| 09:25AM | 6 | MS. HOLMES IS ALSO PRESENT IN THE COURTROOM HERE THIS |
| 09:25AM | 7 | MORNING. |
| 09:25AM | 8 | THE COURT: THANK YOU. GOOD MORNING. |
| 09:25AM | 9 | LADIES AND GENTLEMEN, BEFORE I PRE-INSTRUCT, I DO WANT TO |
| 09:25AM | 10 | ASK YOU A QUESTION COLLECTIVELY. |
| 09:25AM | 11 | AS I REMINDED YOU LAST WEEK, AND I'LL CONTINUE TO |
| 09:25AM | 12 | EMPHASIZE TO YOU THROUGHOUT THE TRIAL, IT IS IMPORTANT THAT YOU |
| 09:25AM | 13 | DECIDE THIS CASE BASED SOLELY ON THE EVIDENCE AND THE LAW |
| 09:25AM | 14 | PRESENTED HERE IN THIS COURTROOM. |
| 09:25AM | 15 | SO YOU MUST NOT LEARN ANY ADDITIONAL INFORMATION ABOUT THE |
| 09:25AM | 16 | CASE FROM SOURCES OUTSIDE OF THIS COURTROOM. TO ENSURE |
| 09:26AM | 17 | FAIRNESS TO ALL OF THE PARTIES IN THIS TRIAL, I WILL NOW ASK |
| 09:26AM | 18 | EACH OF YOU WHETHER YOU HAVE LEARNED ABOUT OR SHARED ANY |
| 09:26AM | 19 | INFORMATION ABOUT THIS CASE OUTSIDE OF THIS COURTROOM, EVEN IF |
| 09:26AM | 20 | IT WAS ACCIDENTAL. |
| 09:26AM | 21 | NOW, LADIES AND GENTLEMEN, IF YOU THINK YOU MIGHT HAVE |
| 09:26AM | 22 | DONE SO, WOULD YOU PLEASE LET ME KNOW NOW BY JUST RAISING YOUR |
| 09:26AM | 23 | HAND. |
| 09:26AM | 24 | I SEE NO HANDS. THANK YOU VERY MUCH, LADIES AND |
| 09:26AM | 25 | GENTLEMEN. |

09:26AM   1          ALSO, LET ME SAY, I'M GOING TO ASK THIS QUESTION EACH

09:26AM   2     TIME -- EACH DAY WE START.  PARDON ME FOR THE REPETITION OF IT,

09:26AM   3     BUT I WANT YOU TO KNOW HOW IMPORTANT IT IS.

09:26AM   4          IF -- EXCUSE ME.  IF YOU WANT TO RESPOND TO THIS QUESTION

09:26AM   5     IN PRIVATE, WE CAN CERTAINLY DO THAT.  SO PLEASE DON'T BE SHY

09:26AM   6     ABOUT ASKING TO SPEAK PRIVATELY WITH THE COURT AND COUNSEL, AND

09:26AM   7     WE CAN CERTAINLY DO THAT.

09:27AM   8          ALL RIGHT.  THANK YOU VERY MUCH.

09:27AM   9          LADIES AND GENTLEMEN, YOU NOW ARE THE JURY IN THIS CASE,

09:27AM  10     AND I WANT TO TAKE A FEW MINUTES TO TELL YOU SOMETHING ABOUT

09:27AM  11     YOUR DUTIES AS JURORS AND TO GIVE YOU SOME PRELIMINARY

09:27AM  12     INSTRUCTIONS.  AT THE END OF THE TRIAL, I WILL GIVE YOU MORE

09:27AM  13     DETAILED INSTRUCTIONS THAT WILL CONTROL YOUR DELIBERATIONS.

09:27AM  14          AND I SHOULD TELL YOU, EACH OF YOU, THAT IS, EACH OF THE

09:27AM  15     12 DELIBERATING JURORS WILL RECEIVE A COPY OF THE FINAL

09:27AM  16     INSTRUCTIONS FOR YOU TO USE IN THE DELIBERATION ROOM.

09:27AM  17          WHEN YOU DELIBERATE, IT WILL BE YOUR DUTY TO WEIGH AND TO

09:27AM  18     EVALUATE ALL OF THE EVIDENCE RECEIVED IN THE CASE AND IN THAT

09:27AM  19     PROCESS TO DECIDE THE FACTS.  TO THE FACTS AS YOU FIND THEM,

09:28AM  20     YOU WILL APPLY THE LAW AS I GIVE IT TO YOU WHETHER YOU AGREE

09:28AM  21     WITH THE LAW OR NOT.

09:28AM  22          YOU MUST DECIDE THIS CASE SOLELY ON THE EVIDENCE AND THE

09:28AM  23     LAW BEFORE YOU.

09:28AM  24          PERFORM THESE DUTIES FAIRLY AND IMPARTIALLY.  YOU SHOULD

09:28AM  25     NOT BE INFLUENCED BY ANY PERSON'S RACE, COLOR, RELIGIOUS

09:28AM  1    BELIEFS, NATIONAL ANCESTRY, SEXUAL ORIENTATION, GENDER

09:28AM  2    IDENTITY, GENDER, PROFESSION, CELEBRITY, ECONOMIC CIRCUMSTANCES

09:28AM  3    OR POSITION IN LIFE OR IN THE COMMUNITY.

09:28AM  4        ALSO, DO NOT ALLOW YOURSELF TO BE INFLUENCED BY PERSONAL

09:28AM  5    LIKES OR DISLIKES, SYMPATHY, PREJUDICE, FEAR, PUBLIC OPINION,

09:28AM  6    OR BIASES, INCLUDING UNCONSCIOUS BIASES.

09:28AM  7        UNCONSCIOUS BIASES ARE STEREOTYPES, ATTITUDES OR

09:28AM  8    PREFERENCES THAT PEOPLE MAY CONSCIOUSLY REJECT BUT MAY BE

09:28AM  9    EXPRESSED WITHOUT CONSCIOUS AWARENESS, CONTROL, OR INTENTION.

09:29AM  10   LIKE CONSCIOUS BIAS, UNCONSCIOUS BIAS CAN AFFECT HOW WE

09:29AM  11   EVALUATE INFORMATION AND MAKE DECISIONS.

09:29AM  12       THIS IS A CRIMINAL CASE BROUGHT BY THE UNITED STATES

09:29AM  13   GOVERNMENT.  THE GOVERNMENT CHARGES MS. HOLMES WITH CONSPIRACY

09:29AM  14   TO COMMIT WIRE FRAUD AGAINST THERANOS INVESTORS, CONSPIRACY TO

09:29AM  15   COMMIT WIRE FRAUD AGAINST THERANOS PAYING PATIENTS, AND WIRE

09:29AM  16   FRAUD AGAINST THERANOS INVESTORS AND PAYING PATIENTS.

09:29AM  17       THE CHARGES AGAINST MS. HOLMES ARE CONTAINED IN THE

09:29AM  18   INDICTMENT.  THE INDICTMENT SIMPLY DESCRIBES THE CHARGES THE

09:29AM  19   GOVERNMENT BRINGS AGAINST MS. HOLMES.  THE INDICTMENT IS NOT

09:29AM  20   EVIDENCE AND DOES NOT PROVE ANYTHING.

09:29AM  21       MS. HOLMES HAS PLEADED NOT GUILTY TO THE CHARGES AND IS

09:29AM  22   PRESUMED INNOCENT UNLESS AND UNTIL THE GOVERNMENT PROVES

09:29AM  23   MS. HOLMES GUILTY BEYOND A REASONABLE DOUBT.

09:30AM  24       IN ADDITION, MS. HOLMES HAS THE RIGHT TO REMAIN SILENT AND

09:30AM  25   NEVER HAS TO PROVE INNOCENCE OR PRESENT ANY EVIDENCE.

09:30AM  1          NOW, IN ORDER TO HELP YOU FOLLOW THE EVIDENCE, I WILL NOW

09:30AM  2     GIVE YOU A BRIEF SUMMARY OF THE ELEMENTS OF THE CHARGED

09:30AM  3     OFFENSES.  AND AS I HAVE SAID, AT THE END OF THE TRIAL, I WILL

09:30AM  4     GIVE YOU MORE DETAILED INSTRUCTIONS THAT WILL CONTROL YOUR

09:30AM  5     DELIBERATIONS.

09:30AM  6          THERE ARE 12 COUNTS IN THE INDICTMENT.  THE GOVERNMENT

09:30AM  7     MUST PROVE EACH ELEMENT FOR EACH COUNT BEYOND A REASONABLE

09:30AM  8     DOUBT TO MAKE ITS CASE.

09:30AM  9          COUNTS ONE AND TWO CHARGE CONSPIRACY TO COMMIT WIRE FRAUD.

09:30AM 10          MS. HOLMES IS CHARGED IN COUNT ONE WITH CONSPIRING TO

09:30AM 11     COMMIT WIRE FRAUD AGAINST INVESTORS IN THERANOS DURING THE

09:30AM 12     PERIOD 2010 TO 2015.

09:31AM 13          MS. HOLMES IS CHARGED IN COUNT TWO OF THE INDICTMENT WITH

09:31AM 14     CONSPIRING TO COMMIT WIRE FRAUD AGAINST PATIENTS WHO PAID FOR

09:31AM 15     THERANOS'S BLOOD TESTING SERVICES THROUGH THE PERIOD 2013 TO

09:31AM 16     2016.

09:31AM 17          A CONSPIRACY IS A KIND OF CRIMINAL PARTNERSHIP, AN

09:31AM 18     AGREEMENT OF TWO OR MORE PERSONS TO COMMIT ONE OR MORE CRIMES.

09:31AM 19     THE CRIME OF CONSPIRACY IS THE AGREEMENT TO DO SOMETHING

09:31AM 20     UNLAWFUL.  IT DOES NOT MATTER WHETHER THE CRIME AGREED UPON WAS

09:31AM 21     COMMITTED.

09:31AM 22          IN ORDER FOR MS. HOLMES TO BE FOUND GUILTY OF THE CHARGES

09:31AM 23     OF CONSPIRACY, THE GOVERNMENT MUST PROVE EACH OF THE FOLLOWING

09:31AM 24     ELEMENTS BEYOND A REASONABLE DOUBT:

09:31AM 25          FIRST, THAT THERE WAS AN AGREEMENT BETWEEN TWO OR MORE

09:31AM  1    PERSONS TO COMMIT WIRE FRAUD.  I WILL DEFINE THE ELEMENTS OF

09:31AM  2    WIRE FRAUD IN A MINUTE.

09:31AM  3        SECOND, THAT MS. HOLMES BECAME A MEMBER OF EACH ALLEGED

09:32AM  4    CONSPIRACY KNOWING OF AT LEAST ONE OF ITS OBJECTS AND INTENDING

09:32AM  5    TO HELP ACCOMPLISH IT.

09:32AM  6        COUNTS THREE THROUGH TWELVE CHARGE WIRE FRAUD.

09:32AM  7        COUNTS THREE THROUGH EIGHT CHARGE WIRE FRAUD AGAINST

09:32AM  8    INVESTORS IN THERANOS.

09:32AM  9        COUNTS NINE THROUGH TWELVE CHARGE WIRE FRAUD AGAINST

09:32AM 10    PAYING THERANOS PATIENTS.

09:32AM 11        IN ORDER FOR MS. HOLMES TO BE FOUND GUILTY OF THE CHARGES

09:32AM 12    OF WIRE FRAUD, THE GOVERNMENT MUST PROVE EACH OF THE FOLLOWING

09:32AM 13    ELEMENTS BEYOND A REASONABLE DOUBT:

09:32AM 14        FIRST, THAT MS. HOLMES KNOWINGLY PARTICIPATED IN, DEVISED,

09:32AM 15    OR INTENDED TO DEVISE A SCHEME OR PLAN TO DEFRAUD; OR A SCHEME

09:32AM 16    OR PLAN FOR OBTAINING MONEY OR PROPERTY BY MEANS OF FALSE OR

09:32AM 17    FRAUDULENT PRETENSES, REPRESENTATIONS, PROMISES, OR OMITTED

09:33AM 18    FACTS.

09:33AM 19        TO CONVICT MS. HOLMES OF WIRE FRAUD BASED ON OMISSIONS OF

09:33AM 20    MATERIAL FACTS, YOU MUST FIND THAT MS. HOLMES HAD A DUTY TO

09:33AM 21    DISCLOSE THE OMITTED FACTS ARISING OUT OF A RELATIONSHIP OF

09:33AM 22    TRUST.

09:33AM 23        THAT DUTY CAN ARISE EITHER OUT OF A FORMAL FIDUCIARY

09:33AM 24    RELATIONSHIP OR AN INFORMAL TRUSTING RELATIONSHIP IN WHICH ONE

09:33AM 25    PARTY ACTS FOR THE BENEFIT OF ANOTHER AND INDUCES THE TRUSTING

09:33AM 1    PARTY TO RELAX THE CARE AND VIGILANCE WHICH IT ORDINARILY WOULD

09:33AM 2    EXERCISE.

09:33AM 3        A SCHEME TO DEFRAUD IS A DECEPTIVE SCHEME TO DEPRIVE A

09:33AM 4    PERSON OF MONEY OR PROPERTY;

09:33AM 5        SECOND, THAT THE STATEMENTS MADE OR FACTS OMITTED AS PART

09:33AM 6    OF THE SCHEME OR MATERIAL, THAT IS, THEY HAD A NATURAL TENDENCY

09:33AM 7    TO INFLUENCE OR WERE CAPABLE OF INFLUENCING A PERSON TO PART

09:34AM 8    WITH MONEY OR PROPERTY;

09:34AM 9        THIRD, THAT MS. HOLMES ACTED WITH THE INTENT TO DEFRAUD,

09:34AM 10    THAT IS, THE INTENT TO DECEIVE AND CHEAT; AND,

09:34AM 11        FOURTH, THAT MS. HOLMES USED OR CAUSED TO BE USED AN

09:34AM 12    INTERSTATE OR FOREIGN WIRE COMMUNICATION TO CARRY OUT OR

09:34AM 13    ATTEMPT TO CARRY OUT AN ESSENTIAL PART OF THE SCHEME.

09:34AM 14        THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE

09:34AM 15    FACTS ARE CONSISTS OF THE SWORN TESTIMONY OF ANY WITNESS, THE

09:34AM 16    EXHIBITS THAT ARE RECEIVED IN EVIDENCE, AND ANY FACTS TO WHICH

09:34AM 17    THE PARTIES AGREE.

09:34AM 18        THE FOLLOWING THINGS ARE NOT EVIDENCE AND YOU MUST NOT

09:34AM 19    CONSIDER THEM AS EVIDENCE IN DECIDING THE FACTS OF THIS CASE:

09:34AM 20        STATEMENTS AND ARGUMENTS OF THE ATTORNEYS;

09:35AM 21        QUESTIONS AND OBJECTIONS OF THE ATTORNEYS;

09:35AM 22        TESTIMONY THAT I INSTRUCT YOU TO DISREGARD; AND,

09:35AM 23        ANYTHING YOU MAY SEE OR HEAR WHEN THE COURT IS NOT IN

09:35AM 24    SESSION, EVEN IF WHAT YOU SEE OR HEAR IS DONE OR SAID BY ONE OF

09:35AM 25    THE PARTIES OR BY ONE OF THE WITNESSES.

09:35AM 1          EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

09:35AM 2    IS DIRECT PROOF OF A FACT SUCH AS TESTIMONY BY A WITNESS ABOUT

09:35AM 3    WHAT THAT WITNESS PERSONALLY SAW OR HEARD OR DID.

09:35AM 4          CIRCUMSTANTIAL EVIDENCE IS INDIRECT EVIDENCE, THAT IS, IT

09:35AM 5    IS PROOF OF ONE OR MORE FACTS FROM WHICH ONE CAN FIND ANOTHER

09:35AM 6    FACT.

09:35AM 7          YOU ARE TO CONSIDER BOTH DIRECT AND CIRCUMSTANTIAL

09:35AM 8    EVIDENCE.  EITHER CAN BE USED TO PROVE ANY FACT.

09:35AM 9          THE LAW MAKES NO DISTINCTION BETWEEN THE WEIGHT TO BE

09:36AM 10   GIVEN TO EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR

09:36AM 11   YOU TO DECIDE HOW MUCH WEIGHT TO GIVE TO ANY EVIDENCE.

09:36AM 12         NOW, BY WAY OF EXAMPLE, IF YOU WAKE UP IN THE MORNING AND

09:36AM 13   YOU SEE THAT THE SIDEWALK IS WET, YOU MAY FIND FROM THAT FACT

09:36AM 14   THAT IT RAINED DURING THE NIGHT.

09:36AM 15         HOWEVER, OTHER EVIDENCE, SUCH AS A TURNED ON GARDEN HOSE,

09:36AM 16   MAY PROVIDE AN EXPLANATION FOR THE WATER ON THE SIDEWALK.

09:36AM 17         THEREFORE, BEFORE YOU DECIDE THAT A FACT HAS BEEN PROVEN

09:36AM 18   BY CIRCUMSTANTIAL EVIDENCE, YOU MUST CONSIDER ALL OF THE

09:36AM 19   EVIDENCE IN THE LIGHT OF REASON, EXPERIENCE, AND COMMON SENSE.

09:36AM 20         THERE ARE RULES OF EVIDENCE THAT CONTROL WHAT CAN BE

09:36AM 21   RECEIVED IN EVIDENCE.  WHEN A LAWYER ASKS A QUESTION OR OFFERS

09:36AM 22   AN EXHIBIT IN EVIDENCE, AND A LAWYER ON THE OTHER SIDE THINKS

09:36AM 23   THAT IT IS NOT PERMITTED BY THE RULES OF EVIDENCE, THAT LAWYER

09:36AM 24   MAY OBJECT.

09:37AM 25         IF I OVERRULE THE OBJECTION, THE QUESTION MAY BE ANSWERED

09:37AM   1        OR THE EXHIBIT RECEIVED.

09:37AM   2             IF I SUSTAIN THE OBJECTION, THE QUESTION CANNOT BE

09:37AM   3        ANSWERED OR THE EXHIBIT CANNOT BE RECEIVED.

09:37AM   4             WHENEVER I SUSTAIN AN OBJECTION TO A QUESTION, YOU MUST

09:37AM   5        IGNORE THE QUESTION, AND MUST NOT GUESS WHAT THE ANSWER WOULD

09:37AM   6        HAVE BEEN.

09:37AM   7             THIS WILL BE A LONG TRIAL.  THE PARTIES ARE LIKELY TO TURN

09:37AM   8        TO THE COURT MANY TIMES OVER THE COURSE OF THE TRIAL FOR

09:37AM   9        DECISIONS AS TO THE EVIDENCE IN THE CASE.  DO NOT CONSIDER MY

09:37AM   10       SUSTAINING OR OVERRULING AN OBJECTION AS ANY INDICATION OF MY

09:37AM   11       OPINION OF THE CASE OR WHAT YOUR VERDICT SHOULD BE.

09:37AM   12            SOMETIMES I MAY ORDER THAT EVIDENCE BE STRICKEN FROM THE

09:37AM   13       RECORD AND THAT YOU DISREGARD OR IGNORE THE EVIDENCE.  THAT

09:37AM   14       MEANS THAT WHEN YOU ARE DECIDING THE CASE, YOU MUST NOT

09:37AM   15       CONSIDER THE EVIDENCE I TOLD YOU TO DISREGARD.

09:38AM   16            IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE

09:38AM   17       WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

09:38AM   18       YOU MAY BELIEVE EVERYTHING A WITNESS SAYS, OR PART OF IT, OR

09:38AM   19       NONE OF IT.

09:38AM   20            IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE

09:38AM   21       INTO ACCOUNT:

09:38AM   22            THE WITNESS'S OPPORTUNITY AND ABILITY TO SEE, HEAR, OR

09:38AM   23       KNOW THE THINGS TESTIFIED TO;

09:38AM   24            THE WITNESS'S MEMORY;

09:38AM   25            THE WITNESS'S MANNER WHILE TESTIFYING;

09:38AM  1          THE WITNESS'S INTEREST IN THE OUTCOME OF THE CASE, IF ANY;

09:38AM  2          THE WITNESS'S BIAS OR PREJUDICE, IF ANY;

09:38AM  3          WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS'S

09:38AM  4     TESTIMONY;

09:38AM  5          THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN LIGHT OF

09:38AM  6     ALL OF THE EVIDENCE; AND,

09:39AM  7          ANY OTHER FACTOR THAT BEARS ON BELIEVABILITY.

09:39AM  8          YOU MUST AVOID BIAS, CONSCIOUS OR UNCONSCIOUS, BASED ON A

09:39AM  9     WITNESS'S RACE, COLOR, RELIGIOUS BELIEFS, NATIONAL ANCESTRY,

09:39AM 10     SEXUAL ORIENTATION, GENDER IDENTITY, GENDER, OR ECONOMIC

09:39AM 11     CIRCUMSTANCES IN YOUR DETERMINATION OF CREDIBILITY.

09:39AM 12          THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT

09:39AM 13     NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY ABOUT

09:39AM 14     IT.  WHAT IS IMPORTANT IS HOW BELIEVABILITY THE WITNESSES ARE

09:39AM 15     AND HOW MUCH WEIGHT YOU THINK THEIR TESTIMONY DESERVES.

09:39AM 16          I'LL NOW SAY A FEW WORDS ABOUT YOUR CONDUCT AS JURORS.

09:39AM 17          FIRST, KEEP AN OPEN MIND THROUGHOUT THE TRIAL, AND DO NOT

09:39AM 18     DECIDE WHAT THE VERDICT SHOULD BE UNTIL YOU AND YOUR FELLOW

09:39AM 19     JURORS HAVE COMPLETED YOUR DELIBERATIONS AT THE END OF THE

09:39AM 20     CASE.

09:39AM 21          SECOND, BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON

09:40AM 22     THE EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO

09:40AM 23     THE LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

09:40AM 24     INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

09:40AM 25     THE COURSE OF YOUR JURY DUTY.

09:40AM 1          THUS, UNTIL THE END OF THE CASE OR UNLESS I TELL YOU

09:40AM 2     OTHERWISE:

09:40AM 3          DO NOT COMMUNICATE WITH ANYONE IN ANY WAY AND DO NOT LET

09:40AM 4     ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT THE MERITS OF

09:40AM 5     THE CASE OR ANYTHING TO DO WITH IT.

09:40AM 6          THIS RESTRICTION INCLUDES DISCUSSING THE CASE IN PERSON,

09:40AM 7     IN WRITING, BY PHONE, TABLET, OR COMPUTER OR ANY OTHER MEANS,

09:40AM 8     VIA EMAIL, VIA TEXT MESSAGING, OR ANY INTERNET CHAT ROOM, BLOG,

09:40AM 9     WEBSITE, OR APPLICATION, INCLUDING BUT NOT LIMITED TO FACEBOOK,

09:41AM 10    YOUTUBE, TWITTER, INSTAGRAM, LINKEDIN, SNAPCHAT, TIKTOK,

09:41AM 11    REDDIT, OR ANY OTHER FORMS OF SOCIAL MEDIA.

09:41AM 12         THIS RESTRICTION ALSO APPLIES TO COMMUNICATING WITH YOUR

09:41AM 13    FELLOW JURORS UNTIL I GIVE YOU THE CASE FOR DELIBERATION, AND

09:41AM 14    IT APPLIES TO COMMUNICATING WITH EVERYONE ELSE, INCLUDING YOUR

09:41AM 15    FAMILY MEMBERS, YOUR EMPLOYER, THE MEDIA, OR PRESS, AND THE

09:41AM 16    PEOPLE INVOLVED IN THE TRIAL, ALTHOUGH YOU MAY NOTIFY YOUR

09:41AM 17    FAMILY AND YOUR EMPLOYER THAT YOU HAVE BEEN SEATED AS A JUROR

09:41AM 18    IN THE CASE AND HOW LONG YOU EXPECT THE TRIAL TO LAST.

09:41AM 19         BUT IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR

09:41AM 20    JURY SERVICE OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND THAT

09:41AM 21    YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER.

09:41AM 22         IN ADDITION, YOU MUST REPORT THE CONTACT TO THE COURT.

09:41AM 23         BECAUSE YOU WILL RECEIVE ALL OF THE EVIDENCE AND LEGAL

09:41AM 24    INSTRUCTION THAT YOU PROPERLY MAY CONSIDER TO RETURN A VERDICT:

09:42AM 25    DO NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA ACCOUNTS OR

09:42AM 1    COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT.  DO NOT DO

09:42AM 2    ANY RESEARCH, SUCH AS CONSULTING DICTIONARIES, SEARCHING THE

09:42AM 3    INTERNET THROUGH GOOGLE OR OTHERWISE, OR USING OTHER REFERENCE

09:42AM 4    MATERIALS; AND DO NOT MAKE ANY INVESTIGATION OR IN ANY OTHER

09:42AM 5    WAY TRY TO LEARN ABOUT THE CASE ON YOUR OWN.

09:42AM 6        DO NOT VISIT OR VIEW ANY PLACE DISCUSSED IN THIS CASE, AND

09:42AM 7    DO NOT USE THE INTERNET OR ANY RESOURCE TO SEARCH FOR OR VIEW

09:42AM 8    ANY PLACE DISCUSSED DURING THE TRIAL.

09:42AM 9        ALSO, DO NOT DO ANY RESEARCH ABOUT THIS CASE, THE LAW, OR

09:42AM 10   THE PEOPLE INVOLVED -- INCLUDING THE PARTIES, THE WITNESSES OR

09:42AM 11   THE LAWYERS -- UNTIL YOU HAVE BEEN EXCUSED AS JURORS.

09:42AM 12       IF YOU HAPPEN TO READ OR HEAR ANYTHING TOUCHING ON THIS

09:42AM 13   CASE IN THE MEDIA, TURN AWAY AND REPORT IT TO ME AS SOON AS

09:43AM 14   POSSIBLE.

09:43AM 15       THESE RULES PROTECT EACH PARTY'S RIGHT TO HAVE THIS CASE

09:43AM 16   DECIDED ONLY ON EVIDENCE THAT HAS BEEN PRESENTED HERE IN COURT.

09:43AM 17   WITNESSES HERE IN COURT TAKE AN OATH TO TELL THE TRUTH, AND THE

09:43AM 18   ACCURACY OF THEIR TESTIMONY IS TESTED THROUGH THE TRIAL

09:43AM 19   PROCESS.

09:43AM 20       IF YOU DO ANY RESEARCH OR INVESTIGATION OUTSIDE OF THE

09:43AM 21   COURTROOM OR GAIN ANY INFORMATION THROUGH IMPROPER

09:43AM 22   COMMUNICATIONS, THEN YOUR VERDICT MAY BE INFLUENCED BY

09:43AM 23   INACCURATE, INCOMPLETE, OR MISLEADING INFORMATION THAT HAS NOT

09:43AM 24   BEEN TESTED BY THE TRIAL PROCESS.

09:43AM 25       EACH OF THE PARTIES IS ENTITLED TO A FAIR TRIAL BY AN

09:43AM  1    IMPARTIAL JURY, AND IF YOU DECIDE THE CASE BASED ON INFORMATION

09:43AM  2    NOT PRESENTED IN COURT, YOU WILL HAVE DENIED THE PARTIES A FAIR

09:43AM  3    TRIAL.

09:43AM  4        REMEMBER, YOU HAVE TAKEN AN OATH TO FOLLOW THE RULES AND

09:44AM  5    IT IS VERY IMPORTANT THAT YOU FOLLOW THESE RULES.

09:44AM  6        A JUROR WHO VIOLATES THESE RESTRICTIONS JEOPARDIZES THE

09:44AM  7    FAIRNESS OF THESE PROCEEDINGS, AND A MISTRIAL COULD RESULT THAT

09:44AM  8    WOULD REQUIRE THE ENTIRE TRIAL PROCESS TO START OVER.

09:44AM  9        IF ANY JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE

09:44AM  10   NOTIFY THE COURT IMMEDIATELY.

09:44AM  11       NOW, ONE THING I WANT TO TELL YOU, LADIES AND GENTLEMEN,

09:44AM  12   OUR COURTHOUSE HERE IS VERY INTIMATE.  IT'S A SMALL COURTHOUSE

09:44AM  13   AND YOU WILL TRAVEL THROUGH THE ELEVATORS, OUR HALLWAYS OUTSIDE

09:44AM  14   OF THE COURTROOM ON YOUR WAY IN FROM PARKING LOTS AND OTHER

09:44AM  15   TRANSPORTATION.

09:44AM  16       IT MAY BE THAT YOU WILL CROSS PATHS WITH ONE OF THE

09:44AM  17   PARTIES IN THIS CASE, ONE OF THE LAWYERS, SOMEBODY ATTACHED TO

09:44AM  18   THIS CASE.

09:44AM  19       IT MAY BE THAT YOU'RE IN AN ELEVATOR WITH THEM OR THE

09:44AM  20   HALLWAY WITH THEM AND YOU MAY SMILE AND THEY MAY LOOK AWAY OR

09:45AM  21   LOOK AT THE TOP OF THEIR SHOES OR THEY MAY NOT RETURN YOUR

09:45AM  22   SMILE.

09:45AM  23       LET ME JUST ASSURE YOU, ALL OF THESE PARTIES WERE PROPERLY

09:45AM  24   RAISED.  THEY HAVE MANNERS.

09:45AM  25       BUT THEY KNOW, THEY KNOW, MORE IMPORTANTLY, THAT THEY ARE

09:45AM 1       NOT TO COMMUNICATE WITH ANYONE, ANY OF YOU.

09:45AM 2            SO PLEASE DO NOT BE OFFENDED, IF YOU SEE SOMEONE, IF THEY

09:45AM 3       STEP ASIDE, IF THEY LOOK THE OTHER WAY, THEY'RE NOT DOING THAT

09:45AM 4       BECAUSE THEY'RE RUDE.  THEY'RE DOING THAT BECAUSE THEY KNOW THE

09:45AM 5       RULES OF THE COURT AND THEY WANT TO RESPECT YOU AND GIVE YOU

09:45AM 6       SPACE HERE.

09:45AM 7            SO PLEASE RECOGNIZE THAT.  YOU MAY PASS THEM IN THE

09:45AM 8       HALLWAYS, OUTSIDE IN THIS BUILDING SOMEWHERE, BUT THEY WILL

09:45AM 9       AVOID CONTACT WITH YOU.  SO PLEASE DO RESPECT THAT.

09:45AM 10           AT THE END OF THE TRIAL, YOU WILL HAVE TO MAKE YOUR

09:45AM 11      DECISION BASED ON WHAT YOU RECALL OF THE EVIDENCE.  YOU WILL

09:45AM 12      NOT HAVE A WRITTEN TRANSCRIPT OF THE TRIAL.  I URGE YOU TO PAY

09:45AM 13      CLOSE ATTENTION TO THE TESTIMONY AS IT IS GIVEN.

09:46AM 14           IF YOU WISH, YOU MAY TAKE NOTES TO HELP YOU REMEMBER THE

09:46AM 15      EVIDENCE.  IF YOU DO TAKE NOTES, PLEASE KEEP THEM TO YOURSELF

09:46AM 16      UNTIL YOU AND YOUR FELLOW JURORS GO TO THE JURY ROOM TO DECIDE

09:46AM 17      THE CASE.

09:46AM 18           DO NOT LET NOTE-TAKING DISTRACT YOU FROM BEING ATTENTIVE.

09:46AM 19           WHEN YOU LEAVE COURT FOR RECESSES OR THE DAY, YOUR NOTES

09:46AM 20      SHOULD BE LEFT IN THE JURY ROOM.  NO ONE WILL READ YOUR NOTES.

09:46AM 21           WHETHER OR NOT YOU TAKE NOTES, YOU SHOULD RELY ON YOUR OWN

09:46AM 22      MEMORY OF THE EVIDENCE.  NOTES ARE ONLY TO ASSIST YOUR MEMORY.

09:46AM 23           YOU SHOULD NOT BE OVERLY INFLUENCED BY YOUR NOTES OR THOSE

09:46AM 24      OF YOUR FELLOW JURORS.

09:46AM 25           THE NEXT PHASE OF THE TRIAL WILL NOW BEGIN.  FIRST, EACH

09:46AM   1      SIDE MAY MAKE AN OPENING STATEMENT.  AN OPENING STATEMENT IS

09:46AM   2      NOT EVIDENCE.  IT IS SIMPLY AN OUTLINE TO HELP YOU UNDERSTAND

09:46AM   3      WHAT THAT PARTY EXPECTS THE EVIDENCE WILL SHOW.

09:46AM   4           A PARTY IS NOT REQUIRED TO MAKE AN OPENING STATEMENT.

09:47AM   5           THE GOVERNMENT WILL THEN PRESENT EVIDENCE AND COUNSEL FOR

09:47AM   6      MS. HOLMES MAY CROSS-EXAMINE.

09:47AM   7           THEN, IF MS. HOLMES CHOOSES TO OFFER EVIDENCE, COUNSEL FOR

09:47AM   8      THE GOVERNMENT MAY CROSS-EXAMINE.

09:47AM   9           AFTER THE EVIDENCE HAS BEEN PRESENTED, THE ATTORNEYS WILL

09:47AM  10      MAKE CLOSING ARGUMENTS, AND I WILL THEN INSTRUCT YOU ON THE LAW

09:47AM  11      THAT APPLIES TO THE CASE.

09:47AM  12           AFTER THAT, YOU WILL GO TO THE JURY ROOM TO DELIBERATE ON

09:47AM  13      YOUR VERDICT.

09:47AM  14           ONLY THE LAWYERS AND I ARE ALLOWED TO ASK QUESTIONS OF THE

09:47AM  15      WITNESSES.  A JUROR IS NOT PERMITTED TO ASK QUESTIONS OF

09:47AM  16      WITNESSES.

09:47AM  17           IF, HOWEVER, YOU ARE UNABLE TO HEAR, TO SEE A WITNESS, OR

09:47AM  18      A LAWYER, PLEASE RAISE YOUR HAND, AND I WILL CORRECT THAT

09:47AM  19      SITUATION.

09:47AM  20           DURING THE TRIAL, I MAY NEED TO TAKE UP LEGAL MATTERS WITH

09:48AM  21      THE ATTORNEYS PRIVATELY, EITHER BY HAVING A CONFERENCE AT THE

09:48AM  22      BENCH WHEN THE JURY IS PRESENT IN THE COURTROOM, OR BY CALLING

09:48AM  23      A RECESS.

09:48AM  24           PLEASE UNDERSTAND THAT WHILE YOU ARE WAITING, WE ARE

09:48AM  25      WORKING.  THE PURPOSE OF THESE CONFERENCES IS NOT TO KEEP

09:48AM   1    RELEVANT INFORMATION FROM YOU, BUT TO DECIDE HOW CERTAIN

09:48AM   2    EVIDENCE IS TO BE TREATED UNDER THE RULES OF EVIDENCE AND TO

09:48AM   3    AVOID CONFUSION AND ERROR.

09:48AM   4         OF COURSE, WE WILL DO WHAT WE CAN TO KEEP THE NUMBER AND

09:48AM   5    THE LENGTH OF THESE CONFERENCES TO A MINIMUM.

09:48AM   6         I MAY NOT ALWAYS GRANT AN ATTORNEY'S REQUEST FOR A

09:48AM   7    CONFERENCE, AND DO NOT CONSIDER MY GRANTING OR DENYING A

09:48AM   8    REQUEST FOR A CONFERENCE AS ANY INDICATION OF MY OPINION OF THE

09:48AM   9    CASE OR WHAT YOUR VERDICT SHOULD BE.

09:48AM   10        I WANT TO TELL YOU SOMETHING, LADIES AND GENTLEMEN.  COURT

09:48AM   11   TIME IS VERY DIFFERENT FROM TIME OUTSIDE OF THE COURTROOM.  I

09:49AM   12   WILL TELL YOU SOMETIMES THROUGH THE COURSE OF THIS TRIAL, I'M

09:49AM   13   CERTAIN OF IT, I NEED TO TAKE 20 MINUTES TO TALK WITH THESE

09:49AM   14   LAWYERS, AND THAT 20 MINUTES MAY TURN INTO AN HOUR.  SO I WANT

09:49AM   15   TO APOLOGIZE IN ADVANCE.  THERE ARE TIMES WHEN I NEED TO

09:49AM   16   DISCUSS THINGS WITH THE LAWYERS AND SEEK THEIR ASSISTANCE ON A

09:49AM   17   MATTER, AND MY TIME ESTIMATE MAY BE WOEFULLY, WOEFULLY

09:49AM   18   UNDERVALUED.

09:49AM   19        SO PLEASE UNDERSTAND THAT.  I WILL, AND I KNOW THESE

09:49AM   20   LAWYERS WILL ALSO RESPECT YOUR TIME, AND WE'LL TRY TO BE AS

09:49AM   21   EFFICIENT AS POSSIBLE.  BUT THERE MAY BE BREAKS AND MY TIME

09:49AM   22   ESTIMATES ON THOSE BREAKS MIGHT NOT QUITE MATCH WHAT I TELL

09:49AM   23   YOU.  SO I APPRECIATE YOUR PATIENCE IN ADVANCE.

09:49AM   24        FOR REASONS THAT DO NOT CONCERN YOU, THE CASE AGAINST THE

09:49AM   25   CODEFENDANT, MR. RAMESH BALWANI, IS NOT BEFORE YOU.  DO NOT

09:49AM   1      SPECULATE WHY.  THIS FACT SHOULD NOT INFLUENCE YOUR VERDICTS

09:49AM   2      WITH REFERENCE TO MS. HOLMES, AND YOU MUST BASE YOUR VERDICTS

09:50AM   3      SOLELY ON THE EVIDENCE AGAINST MS. HOLMES.

09:50AM   4          THAT CONCLUDES THE COURT'S READING OF THE PRELIMINARY

09:50AM   5      INSTRUCTIONS.

09:50AM   6          I'M GOING TO TURN TO THE PARTIES TO SEE IF THEY HAVE

09:50AM   7      OPENING STATEMENTS.

09:50AM   8          DOES THE GOVERNMENT HAVE AN OPENING STATEMENT?

09:50AM   9              MR. LEACH:  YES, YOUR HONOR.

09:50AM   10             THE COURT:  ALL RIGHT.  THANK YOU.

09:50AM   11         LADIES AND GENTLEMEN, WHY DON'T YOU STAND UP, STRETCH FOR

09:50AM   12     JUST A MOMENT WHILE MR. LEACH WORKS HIS WAY TO THE LECTERN.

09:50AM   13         (PAUSE IN PROCEEDINGS.)

09:50AM   14             THE COURT:  MR. LEACH, PLEASE PROCEED.

09:51AM   15         **(MR. LEACH GAVE HIS OPENING STATEMENT ON BEHALF OF THE**

09:51AM   16     **GOVERNMENT.)**

09:51AM   17             MR. LEACH:  THANK YOU, YOUR HONOR.  MAY IT PLEASE

09:51AM   18     THE COURT, LADIES AND GENTLEMEN OF THE JURY.

09:51AM   19         THE DEFENDANT, ELIZABETH HOLMES, WAS THE FOUNDER, CEO, AND

09:51AM   20     CHAIRMAN OF THERANOS INC., A SILICON VALLEY BLOOD TESTING

09:51AM   21     COMPANY.

09:51AM   22         THE EVIDENCE WILL SHOW THAT THE DEFENDANT AGREED WITH HER

09:51AM   23     CO-CONSPIRATOR, RAMESH BALWANI, TO EXECUTE A SCHEME TO DEFRAUD

09:51AM   24     THERANOS INVESTORS AND A SCHEME TO DEFRAUD THERANOS PATIENTS

09:52AM   25     WHO PURCHASED THERANOS BLOOD TESTS IN ORDER TO MAKE IMPORTANT

09:52AM   1    MEDICAL DECISIONS.

09:52AM   2        THE DEFENDANT AND BALWANI EXECUTED THIS SCHEME THROUGH A

09:52AM   3    NUMBER OF FALSE AND MISLEADING CLAIMS.  THOSE CLAIMS INCLUDE

09:52AM   4    REPRESENTATIONS THAT THERANOS HAD DEVELOPED A MINIATURE BLOOD

09:52AM   5    ANALYZER THAT COULD ACCURATELY AND RELIABLY DO VIRTUALLY ANY

09:52AM   6    BLOOD TEST ON PATIENTS FROM A FINGERSTICK AT A LOW COST;

09:52AM   7        THAT THE UNITED STATES MILITARY WAS USING THE MINIATURE

09:52AM   8    BLOOD ANALYZER ON HELICOPTERS IN REMOTE AREAS OF THE WORLD;

09:52AM   9        THAT MAJOR PHARMACEUTICAL COMPANIES HAD ENDORSED THE

09:52AM   10   MINIATURE BLOOD ANALYZER; AND,

09:52AM   11       THAT THERANOS HAD ACHIEVED AND WAS ON THE CUSP OF

09:52AM   12   ACHIEVING HUNDREDS OF MILLIONS OF DOLLARS IN REVENUE.

09:53AM   13       THIS IS A CASE ABOUT FRAUD, ABOUT LYING AND CHEATING TO

09:53AM   14   GET MONEY.

09:53AM   15       WE START IN 2009 WHEN THE DEFENDANT WAS OUT OF TIME AND

09:53AM   16   OUT OF MONEY.

09:53AM   17       SHE HAD DROPPED OUT OF STANFORD SIX YEARS BEFORE.  AROUND

09:53AM   18   THIS TIME SHE STARTED THERANOS AS A BLOOD TESTING COMPANY AND

09:53AM   19   BECAME ITS CEO, IT'S CHIEF EXECUTIVE OFFICER.

09:53AM   20       SHE ATTRACTED SOME INITIAL INVESTMENTS.  SHE STARTED

09:53AM   21   DEVELOPING A DEVICE -- A MINIATURE BLOOD ANALYZER -- THAT SHE

09:53AM   22   HOPED COULD BE USED TO TEST SMALL AMOUNTS OF BLOOD FROM A

09:53AM   23   FINGER IN CLINICAL TRIALS BY PHARMACEUTICAL COMPANIES THAT WERE

09:53AM   24   DEVELOPING NEW DRUGS.

09:53AM   25       AND BY 2009, SHE HAD A FEW CONTRACTS WITH A FEW

09:54AM  1     PHARMACEUTICAL COMPANIES THAT WERE GENERATING A SMALL AMOUNT OF

09:54AM  2     REVENUE.

09:54AM  3         BUT THAT WORK WITH THE PHARMACEUTICAL COMPANIES WAS DRYING

09:54AM  4     UP AND IT WAS NOT GOING WELL, AND ELIZABETH HOLMES KNEW IT.

09:54AM  5         ONE PHARMACEUTICAL COMPANY THE DEFENDANT WAS WORKING WITH,

09:54AM  6     PFIZER, AFTER REVIEWING A REPORT THAT THERANOS HAD PREPARED,

09:54AM  7     CONCLUDED THAT PFIZER HAD NO INTEREST IN THERANOS'S TECHNOLOGY

09:54AM  8     AND SHOULD DEVOTE NO FURTHER RESOURCES TO THERANOS.

09:54AM  9         ANOTHER PHARMACEUTICAL COMPANY CALLED SCHERING PLOUGH WAS

09:54AM 10     ALSO DECLINING FURTHER WORK WITH THERANOS.

09:54AM 11         THINGS WERE SO BAD IN 2009 THAT THERANOS WAS STRUGGLING TO

09:54AM 12     MAKE PAYROLL.  YOU WILL HEAR AT ONE POINT THAT THE DEFENDANT

09:54AM 13     AND HER TOP FINANCE OFFICER WERE ON THE PHONE WITH THE BANK TO

09:55AM 14     MAKE SURE A CHECK HAD CASHED IN ORDER FOR THEM TO MAKE -- TO

09:55AM 15     PAY THEIR EMPLOYEES.

09:55AM 16         OUT OF TIME AND OUT OF MONEY, ELIZABETH HOLMES DECIDED TO

09:55AM 17     LIE.

09:55AM 18         HER FIRST LIES WERE TO WALGREENS AND SAFEWAY.  WALGREENS

09:55AM 19     IS THE PHARMACY CHAIN.  SAFEWAY IS THE GROCERY COMPANY THAT

09:55AM 20     MANY OF YOU MAY HAVE HEARD OF.

09:55AM 21         YOU WILL SEE THAT IN 2010, THE DEFENDANT AND HER

09:55AM 22     COCONSPIRATOR, RAMESH BALWANI, THE CHIEF OPERATING OFFICER OF

09:55AM 23     THERANOS, STARTED SEEKING INVESTMENTS FROM WALGREENS AND

09:55AM 24     SAFEWAY AND OTHERS.

09:55AM 25         THEY DID SO WITH GRANDIOSE CLAIMS THAT THERANOS HAD

OPENING STATEMENT BY MR. LEACH                                    534

09:55AM  1    REVOLUTIONIZED BLOOD TESTING WITH A DEVICE, A MINIATURE BLOOD

09:55AM  2    ANALYZER, THAT COULD RUN BLOOD SAMPLES DRAWN FROM A FINGER, NOT

09:56AM  3    A VEIN.

09:56AM  4        THEY HOPED TO GET FROM WALGREENS AND SAFEWAY AND OTHER

09:56AM  5    INVESTORS THE MONEY THAT THEY DESPERATELY NEEDED.

09:56AM  6        THEY STATED TO WALGREENS AND SAFEWAY THAT "THERANOS HAD

09:56AM  7    DEVELOPED GENERATIONS OF MINILAB DEVICES THAT CAN RUN ANY BLOOD

09:56AM  8    TEST IN REALTIME FOR LESS THAN THE TRADITIONAL COST OF CENTRAL

09:56AM  9    LABORATORIES."

09:56AM  10       THAT WAS UNTRUE.  THERANOS'S MINIATURE BLOOD ANALYZERS

09:56AM  11   COULD NOT RUN ANY BLOOD TESTING IN REAL TIME FOR LESS THAN THE

09:56AM  12   TRADITIONAL COST OF CENTRAL LABS.  THEY NEVER COULD.

09:56AM  13       THE DEFENDANT PROVIDED REVENUE PROJECTIONS TO SAFEWAY THAT

09:56AM  14   VASTLY OVERSTATED WHAT THERANOS WOULD ACHIEVE IN 2011 OR ANY

09:56AM  15   FUTURE PERIOD, AND REINFORCED THE FALSE IMPRESSION THAT

09:57AM  16   THERANOS WAS BREAKING EVEN.

09:57AM  17       ALTHOUGH PFIZER AND SCHERING PLOUGH WERE SAYING NO TO

09:57AM  18   THERANOS AND THE DEFENDANT, THE DEFENDANT AND BALWANI TOLD

09:57AM  19   WALGREENS THAT THERANOS HAD BEEN COMPREHENSIVELY VALIDATED BY

09:57AM  20   10 OF THE TOP 15 PHARMACEUTICAL COMPANIES.

09:57AM  21       AND THE DEFENDANT EVEN GAVE WALGREENS A REPORT THAT

09:57AM  22   THERANOS HAD SECRETLY DRAFTED, WHICH THE DEFENDANT PASSED OFF

09:57AM  23   AS THE CONCLUSIONS AND STATEMENTS OF PFIZER AND SCHERING PLOUGH

09:57AM  24   AND FALSELY SUGGESTED THAT THOSE FIRMS HAD ENDORSED THERANOS'S

09:57AM  25   TECHNOLOGY.

OPENING STATEMENT BY MR. LEACH                                          535

09:57AM  1      HOLMES DAZZLED WALGREENS AND SAFEWAY WITH THESE AND OTHER

09:57AM  2   FALSE AND MISLEADING CLAIMS.  WALGREENS AND SAFEWAY COMMITTED

09:57AM  3   TO INVESTING MILLIONS, AS DID OTHER INVESTORS IN 2010.

09:58AM  4      THE IDEA, AT LEAST INITIALLY, WAS TO PUT THE THERANOS

09:58AM  5   DEVICE -- THE MINIATURE BLOOD ANALYZER -- I HAVE AN IMAGINE

09:58AM  6   HERE ON THE SLIDE -- IN WALGREENS PHARMACIES AND SAFEWAY STORES

09:58AM  7   AND TEST BLOOD DRAWN FROM THE FINGER.  THE HOPE WAS THAT

09:58AM  8   PATIENTS WOULD GET THEIR RESULTS IN MINUTES, AFTER THEY DID

09:58AM  9   THEIR GROCERY SHOPPING OR PICKED UP THEIR PRESCRIPTION.

09:58AM 10      BUT BY SEPTEMBER OF 2013, THREE YEARS LATER, THE DEFENDANT

09:58AM 11   AGAIN WAS OUT OF TIME AND OUT OF MONEY.  THERE WERE NO

09:58AM 12   MINIATURE BLOOD ANALYZERS IN SAFEWAY.  THERE WERE NO MINIATURE

09:58AM 13   BLOOD ANALYZERS IN WALGREENS.

09:58AM 14      THE U.S. FOOD AND DRUG ADMINISTRATION, OR THE FDA, WHICH

09:58AM 15   REGULATES THE DISTRIBUTION OF MEDICAL DEVICES, WAS NOWHERE NEAR

09:59AM 16   APPROVING DISTRIBUTION OF THE MINIATURE BLOOD ANALYZER.

09:59AM 17      THERANOS HAD OPENED UP A LABORATORY IN PALO ALTO IN 2011.

09:59AM 18   BUT THERANOS WAS USING IN THAT LABORATORY ONLY ORDINARY FDA

09:59AM 19   APPROVED BLOOD TESTS AND ORDINARY FDA APPROVED DEVICES MADE BY

09:59AM 20   OTHER COMPANIES, NOT THE MINIATURE BLOOD ANALYZER IT HAD SHOWN

09:59AM 21   TO WALGREENS OR SAFEWAY OR OTHER INVESTORS.

09:59AM 22      IT WAS NOT USING THE DEVICE YOU SEE HERE.  IT WAS NOT

09:59AM 23   TESTING BLOOD FROM A FINGERSTICK ON PATIENTS.  IT WAS NOT DOING

09:59AM 24   ANYTHING THAT COULD NOT BE DONE IN AN ORDINARY CENTRAL BLOOD

09:59AM 25   TESTING LABORATORY.

OPENING STATEMENT BY MR. LEACH                                536

09:59AM   1        INSTEAD, THERANOS WAS USING DEVICES MADE BY OTHERS LIKE

10:00AM   2    THE ONE YOU SEE HERE.  THIS DEVICE IS CALLED ADVIA 1800.  IT IS

10:00AM   3    MADE BY A COMPANY CALLED SIEMENS AG, NOT THERANOS.  AND IT CAN

10:00AM   4    COST HUNDREDS OF THOUSANDS OF DOLLARS.

10:00AM   5        THIS IS ONE OF THE BIG BULKY LAB MACHINES, AS MS. HOLMES

10:00AM   6    VIEWED THEM, TYPICALLY USED IN ORDINARY CENTRAL BLOOD TESTING

10:00AM   7    LABORATORIES.

10:00AM   8        NOW, YOU'RE GOING TO HEAR A LITTLE BIT ABOUT THOSE CENTRAL

10:00AM   9    BLOOD TESTING LABORATORIES.  SOME OF YOU I'M SURE HAVE GONE TO

10:00AM  10    THEM.

10:00AM  11        THE TWO MOST NOTABLE ONES ARE LAB CORP. AND

10:00AM  12    QUEST DIAGNOSTICS.  THE DEFENDANT WAS CONSTANTLY COMPARING

10:00AM  13    HERSELF TO THESE TWO COMPETITORS AND CLAIMING THAT THERANOS WAS

10:00AM  14    USING REVOLUTIONARY TECHNOLOGY THAT ECLIPSED THE OLD, BULKY

10:01AM  15    MACHINES USED BY HER COMPETITORS.

10:01AM  16        IN THE SUMMER OF 2013, THE DEFENDANT'S TOP FINANCE OFFICER

10:01AM  17    WAS TELLING HER AND BALWANI THAT THERANOS WAS DOWN TO ABOUT

10:01AM  18    $15 MILLION IN CASH WITH A BURN RATE OR A WEEKLY SPEND OF $1-

10:01AM  19    TO $2 MILLION PER WEEK.  IN A MATTER OF MONTHS, THERANOS WOULD

10:01AM  20    BE OUT OF MONEY.

10:01AM  21        BUT EVEN WORSE, THE DEFENDANT'S SCIENTISTS WERE TELLING

10:01AM  22    HER THAT THERANOS WAS NOT READY TO LAUNCH ITS PRODUCT AND

10:01AM  23    SERVICES, THAT THE MINIATURE BLOOD ANALYZERS THERANOS

10:01AM  24    MANUFACTURED WERE NOT WORKING AT THE LEVEL THEY NEEDED TO.

10:01AM  25        THEY URGED THE DEFENDANT AND BALWANI TO DELAY THE LAUNCH

| | |
|---|---|
| 10:01AM 1 | OR GOING LIVE WITH PATIENTS AS WALGREENS WAS EXPECTING THEM TO |
| 10:01AM 2 | DO IN SEPTEMBER OF 2013 AND HAD BEEN WAITING TO DO FOR YEARS. |
| 10:02AM 3 | OUT OF TIME AND OUT OF MONEY, THE DEFENDANT DECIDED TO |
| 10:02AM 4 | MISLEAD. |
| 10:02AM 5 | TO GET OUT OF THE HOLE THAT THEY HAD DUG, THE DEFENDANT |
| 10:02AM 6 | AND BALWANI DID THREE THINGS: |
| 10:02AM 7 | FIRST, ALTHOUGH THEY HAD PROMISED THE THERANOS DEVICE, THE |
| 10:02AM 8 | MINIATURE BLOOD ANALYZER, WOULD BE USED FOR THE WALGREENS AND |
| 10:02AM 9 | SAFEWAY LAUNCHES, THEY DECIDED TO HAVE THERANOS USE MACHINES |
| 10:02AM 10 | MADE BY THIRD PARTIES, NOT THERANOS, TO DO THE VAST BULK OF |
| 10:02AM 11 | PATIENT TESTING. |
| 10:02AM 12 | IN THE SUMMER OF 2013 IN WHAT YOU WILL HEAR WAS A RUSH, A |
| 10:02AM 13 | SCRAMBLE, THE DEFENDANT ORDERED HER SUBORDINATES TO MODIFY |
| 10:02AM 14 | THIRD PARTY MACHINES MADE BY OTHERS SO THAT THERANOS COULD RUN |
| 10:02AM 15 | BLOOD TESTS FROM TINY BLOOD SAMPLES. |
| 10:03AM 16 | THIS WAS NOT THE MINILAB THAT SHE HAD PROMISED.  THIS WAS |
| 10:03AM 17 | NOT MINIATURIZING THE LAB AS SHE HAD PROMISED.  THIS WAS A WAY |
| 10:03AM 18 | TO DECEIVE WALGREENS AND SAFEWAY AND TO STALL AND TO BUY TIME. |
| 10:03AM 19 | THE SECOND THING THAT THE DEFENDANT DID WAS TO INDUCE A |
| 10:03AM 20 | NEWS REPORTER NAMED JOE RAGO FROM "THE WALL STREET JOURNAL" TO |
| 10:03AM 21 | WRITE A NEWS STORY ABOUT THERANOS, FALSELY SUGGESTING THERANOS |
| 10:03AM 22 | HAD REVOLUTIONIZED BLOOD TESTING WITH A BLOOD ANALYZER THAT |
| 10:03AM 23 | COULD DO ANY BLOOD TESTING FROM A FINGERSTICK. |
| 10:03AM 24 | THE DEFENDANT WORKED CLOSELY WITH JOE RAGO AND REVIEWED |
| 10:03AM 25 | AND APPROVED HIS ARTICLE BEFORE IT WAS PUBLISHED.  HERE ARE |

10:03AM  1    SOME OF THE EXCERPTS FROM THE ARTICLE, WHICH YOU WILL SEE, AND

10:03AM  2    THE EVIDENCE WILL SHOW WERE FALSE AND MISLEADING AT THE TIME.

10:04AM  3        THE SECRET THAT HUNDREDS OF EMPLOYEES ARE NOW REFINING

10:04AM  4    INVOLVES DEVICES THAT AUTOMATE AND MINIATURIZE MORE THAN 1,000

10:04AM  5    LABORATORY TESTS FROM ROUTINE BLOOD WORK TO ADVANCED GENETIC

10:04AM  6    ANALYSES.

10:04AM  7        THERANOS'S PROCESSES ARE FASTER, CHEAPER, AND MORE

10:04AM  8    ACCURATE THAN CONVENTIONAL METHODS AND REQUIRE ONLY MICROSCOPIC

10:04AM  9    BLOOD VOLUMES, NOT VIAL AFTER VIAL OF THE STUFF.

10:04AM 10        THERANOS'S TECHNOLOGY ELIMINATES MULTIPLE LAB TRIPS

10:04AM 11    BECAUSE IT CAN RUN ANY COMBINATION OF TESTS, INCLUDING SETS OF

10:04AM 12    FOLLOW-ON TESTS AT ONCE VERY QUICKLY, ALL FROM A SINGLE MICRO

10:04AM 13    SAMPLE.

10:04AM 14        THERANOS CAN CONDUCT A BATTERY OF TESTS FOR TENS OF

10:04AM 15    DOLLARS, A PHRASE THAT DOES NOT EXIST IN U.S. HEALTH CARE.

10:05AM 16        THE DEFENDANT TIMED THIS "WALL STREET JOURNAL" ARTICLE

10:05AM 17    WITH A PRESS RELEASE, WHICH YOU SEE HERE, WHERE SHE ANNOUNCED

10:05AM 18    THERANOS BLOOD TESTS WOULD BE AVAILABLE IN WALGREENS, AND

10:05AM 19    BOLDLY ASSERTED, "WITH THE FIRST LOCATION LAUNCHING THIS MONTH

10:05AM 20    IN SILICON VALLEY, CONSUMERS CAN NOW COMPLETE ANY

10:05AM 21    CLINICIAN-DIRECTED LAB TEST WITH AS LITTLE AS A FEW DROPS OF

10:05AM 22    BLOOD AND RESULTS AVAILABLE IN A MATTER OF HOURS."

10:05AM 23        THIS, LIKE HER CLAIMS IN THE "WALL STREET JOURNAL"

10:05AM 24    ARTICLE, WAS FALSE AND MISLEADING, AS THE EVIDENCE WILL SHOW.

10:05AM 25    AT THE TIME OF THIS PRESS RELEASE, THERANOS WAS NOT ABLE TO DO

OPENING STATEMENT BY MR. LEACH                                    539

10:05AM   1    ANY OF ITS BLOOD TESTS ON THE MINIATURE BLOOD ANALYZER IN THE

10:05AM   2    PALO ALTO LAB.

10:05AM   3         THE THIRD THING THAT THE DEFENDANT DID WAS TO RAISE MONEY.

10:05AM   4    WITH THE MEDIA SPLASH FROM THE RAGO ARTICLE AND THE PRESS

10:06AM   5    RELEASE, THE DEFENDANT AND BALWANI STARTED TO RAISE MORE MONEY

10:06AM   6    FROM INVESTORS.

10:06AM   7         AND BETWEEN THE END OF 2013 AND 2015, THEY RAISED HUNDREDS

10:06AM   8    OF MILLIONS OF DOLLARS BASED ON FALSE AND MISLEADING

10:06AM   9    REPRESENTATIONS.

10:06AM   10        SOME OF THE FALSE AND MISLEADING REPRESENTATIONS WERE MADE

10:06AM   11   ORALLY, IN MEETINGS WITH INVESTORS.  SOME WERE MADE IN

10:06AM   12   POWERPOINTS THAT SHE OR HER DIRECT SUBORDINATES PROVIDED TO

10:06AM   13   PROSPECTIVE INVESTORS.  SOME WERE IN NEWS ARTICLES THAT SHE

10:06AM   14   ENGINEERED AND DIRECTED TO PROSPECTIVE INVESTORS.

10:06AM   15        THE FALSE AND MISLEADING REPRESENTATIONS YOU WILL HEAR

10:06AM   16   ABOUT FALL INTO A COUPLE OF DIFFERENT CATEGORIES:

10:06AM   17        FIRST, THE DEFENDANT DECEIVED INVESTORS ABOUT THE

10:07AM   18   CAPABILITIES AND READINESS OF THE THERANOS MINIATURE BLOOD

10:07AM   19   ANALYZER.

10:07AM   20        THERANOS'S BLOOD ANALYZERS WENT BY MANY NAMES:  EDISON,

10:07AM   21   3.5, 4.0, 4S, MINILAB, AND THERANOS SAMPLE PROCESSING UNIT, OR

10:07AM   22   TSPU.

10:07AM   23        THOSE CAN BE A MOUTHFUL, SO LET ME REPEAT THEM.  EDISON,

10:07AM   24   3.5, 4.0, 4S, MINILAB, OR TSPU, THERANOS SAMPLE PROCESSING

10:07AM   25   UNIT.

10:07AM  1        WHEN WE ARE USING THESE TERMS, THEY GENERALLY REFER TO A

10:07AM  2   VERSION OF THERANOS MINIATURE BLOOD ANALYZER.

10:08AM  3        THE DEFENDANT LED INVESTORS INTO BELIEVING THAT THERANOS

10:08AM  4   HAD BEEN USING ITS MINIATURE BLOOD ANALYZER IN ITS CLINICAL

10:08AM  5   LABORATORY FOR YEARS AND THAT ITS MINIATURE BLOOD ANALYZER

10:08AM  6   COULD ACCURATELY AND RELIABLY RUN ALL OR NEARLY ALL OF THE

10:08AM  7   BLOOD TESTS FROM A FINGERSTICK ON PATIENTS IN RECORD TIME AND

10:08AM  8   AT LOW COST.

10:08AM  9        HERE ARE SOME OF THE CLAIMS FROM A PRESENTATION TO ONE OF

10:08AM 10   THE INVESTORS:

10:08AM 11        HOMES AND BALWANI EVOKED THE IMAGE OF A THERANOS SYSTEM

10:08AM 12   WITH THERANOS ANALYZERS; THEY DESCRIBED CARTRIDGES ON WHICH YOU

10:08AM 13   WOULD DROP THE BLOOD DRAWN FROM A FINGERSTICK AND INSERT INTO

10:08AM 14   THE ANALYZER; THEY DESCRIBED MOBILE APPLICATIONS WHERE YOU

10:08AM 15   WOULD GET YOUR BLOOD TESTING IN A MATTER OF HOURS; AND THEY

10:09AM 16   EVOKED HIGH END, BACK END ANALYTICAL SYSTEMS THAT MIGHT BE ABLE

10:09AM 17   TO PRODUCE OR PREDICT THE ONSET OF DISEASE.

10:09AM 18        THE DEFENDANT AND BALWANI CLAIMED WITH THIS SYSTEM,

10:09AM 19   THERANOS RUNS ANY TEST AVAILABLE IN CENTRAL LABORATORIES AND

10:09AM 20   PROCESSES ALL SAMPLE TYPES.

10:09AM 21        THEY CLAIMED THERANOS PROVIDES THE HIGHEST LEVEL OF

10:09AM 22   OVERSIGHT, AUTOMATION, AND STANDARDIZATION IN OUR PRE- AND

10:09AM 23   POST-ANALYTICAL PROCESSES, ENSURING THE HIGHEST LEVELS OF

10:09AM 24   ACCURACY AND PRECISION.

10:09AM 25        THEY CLAIMED THAT THERANOS PROVIDED THE HIGHEST LEVELS OF

10:09AM   1    ACCURACY.

10:09AM   2        THEY CLAIMED THEY PROVIDED A NEW STANDARD IN QUALITY AND

10:10AM   3    THAT THEIR ANALYZERS WERE DESIGNED TO HELP MONITOR CHRONIC

10:10AM   4    DISEASE STATES, PROVIDING ACCURACY AND PRECISION OVER TIME

10:10AM   5    THROUGH THE STANDARDIZATION OF THEIR SYSTEMS.

10:10AM   6        IN TRUTH, YOU WILL HEAR FROM INSIDERS THAT THE THERANOS

10:10AM   7    MINIATURE BLOOD ANALYZER, WHEN IT WAS ACTUALLY USED BY

10:10AM   8    THERANOS, WAS PLAGUED BY ISSUES AND REPEATEDLY FAILING QUALITY

10:10AM   9    CONTROL.  I'LL TELL YOU A LITTLE BIT ABOUT THE SIGNIFICANCE OF

10:10AM  10    QUALITY CONTROL IN A MINUTE.

10:10AM  11        IN FACT, YOU WILL HEAR THAT THERANOS NEVER USED ITS

10:10AM  12    MINIATURE BLOOD ANALYZER IN ITS CLINICAL LAB FOR MORE THAN 12

10:10AM  13    ASSAYS OR TESTS.  ASSAYS ARE A FANCY WORD FOR A TEST, AND

10:10AM  14    YOU'RE GOING TO HEAR A LOT ABOUT ASSAYS IN THIS CASE.

10:11AM  15        AND BY SEPTEMBER OF 2015 WHEN THERANOS STARTED TO COME

10:11AM  16    UNDER SCRUTINY BY REGULATORS AND THE MEDIA, IT WAS NOT USING

10:11AM  17    ITS MINIATURE BLOOD ANALYZER IN ITS CLINICAL LAB AT ALL.

10:11AM  18        THERANOS WAS USING ORDINARY THIRD PARTY MACHINES MADE BY

10:11AM  19    OTHERS, NOT THERANOS, TO DO THE VAST MAJORITY OF ITS BLOOD

10:11AM  20    TESTS, AND IT WAS DOING THEM BADLY.

10:11AM  21        THE SECOND CATEGORY OF MISREPRESENTATIONS THAT YOU WILL

10:11AM  22    HEAR ABOUT IS THAT THE DEFENDANT MISLED INVESTORS ABOUT

10:11AM  23    THERANOS'S TECHNOLOGY AND ITS USE BY THE UNITED STATES

10:11AM  24    MILITARY.

10:11AM  25        AROUND 2010, THERANOS HAD A SMALL, ROUGHLY $250,000,

10:11AM   1    CONTRACT WITH THE U.S. ARMY BURN CENTER IN TEXAS FOR A RESEARCH

10:12AM   2    STUDY IN THE UNITED STATES THAT WAS SUFFERING FROM LOW PATIENT

10:12AM   3    ENROLLMENT.

10:12AM   4         AFTER THAT, THE DEFENDANT WAS ALSO TRYING TO USE HER

10:12AM   5    CONTACTS, INCLUDING CONTACTS ON HER BOARD, TO GET DIFFERENT

10:12AM   6    BRANCHES OF THE MILITARY TO USE THE MINIATURE BLOOD ANALYZER.

10:12AM   7         BUT THE DEFENDANT'S EFFORTS NEVER WENT ANYWHERE AS YOU

10:12AM   8    WILL HEAR FROM A THERANOS INSIDER AND FROM OTHERS.

10:12AM   9         THE DEFENDANT, HOWEVER, LED INVESTORS TO BELIEVE THAT THE

10:12AM  10    MINIATURE BLOOD ANALYZER HAD BEEN DEPLOYED IN REMOTE AREAS OF

10:12AM  11    THE WORLD; THAT IT WAS USED ON MILITARY HELICOPTERS, OR

10:12AM  12    MEDIVACS, AND THAT IT WAS ACTUALLY SAVING THE LIVES OF SOLDIERS

10:12AM  13    IN THE FIELD.

10:12AM  14         THE THIRD CATEGORY OF MISREPRESENTATION THAT YOU WILL HEAR

10:13AM  15    ABOUT IS THAT THE DEFENDANT MISLED INVESTORS INTO BELIEVING

10:13AM  16    THAT PHARMACEUTICAL COMPANIES ENDORSED AND APPROVED THE

10:13AM  17    MINIATURE BLOOD ANALYZER.  AND LET ME GIVE YOU ONE EXAMPLE OF

10:13AM  18    HOW THE DEFENDANT DID THAT.

10:13AM  19         AS I MENTIONED EARLY ON, THERANOS DID DO SOME WORK WITH

10:13AM  20    PHARMACEUTICAL COMPANIES.  ONE OF THEM WAS PFIZER.  SOME OF YOU

10:13AM  21    MAY HAVE HEARD OF PFIZER, AND WE'RE ALL GRATEFUL TO PFIZER FOR

10:13AM  22    THE ABILITY TO BE HERE TODAY.

10:13AM  23         PRIOR TO 2009, PFIZER HAD A $900,000 CONTRACT WITH

10:13AM  24    THERANOS.

10:13AM  25         IN OCTOBER OF 2008, THE DEFENDANT EMAILED A FINAL REPORT

10:13AM  1    TO PFIZER ON ITS WORK.  THE REPORT, AS YOU SEE HERE, HAD THE

10:13AM  2    OLD THERANOS LOGO ON IT, AND IT SET FORTH A NUMBER OF

10:14AM  3    CONCLUSIONS THAT THERANOS HAD REACHED FROM ITS WORK.

10:14AM  4        HOLMES CLAIMED THE ANALYZER PERFORMED WITH SUPERIOR

10:14AM  5    PERFORMANCE, SHE CLAIMED IT DEMONSTRATED GOOD CORRELATIONS, AND

10:14AM  6    SHE CLAIMED THAT IT HAD ROBUST FUNCTIONALITY.

10:14AM  7        PFIZER, YOU WILL LEARN, READ THIS REPORT AND WAS NOT

10:14AM  8    IMPRESSED.  PFIZER CONCLUDED IT WAS UNCONVINCING AND THAT

10:14AM  9    THERANOS'S DEFENSE WAS NON-INFORMATIVE AND EVASIVE.

10:14AM 10        PFIZER TOLD THE DEFENDANT SHORTLY AFTER RECEIVING THE

10:14AM 11    REPORT THAT IT HAD NO USE FOR THERANOS'S TECHNOLOGY.  AND AFTER

10:14AM 12    DOING SO, PFIZER NEVER DID BUSINESS WITH THERANOS AGAIN.

10:14AM 13        BUT THE DEFENDANT GAVE AN ENTIRELY DIFFERENT AND FALSE

10:15AM 14    STORY TO HER INVESTORS.

10:15AM 15        IN MULTIPLE PRESENTATIONS, THE DEFENDANT TOLD INVESTORS

10:15AM 16    THAT THERANOS SYSTEMS HAVE BEEN COMPREHENSIVELY VALIDATED BY

10:15AM 17    10 OF THE 15 LARGEST PHARMACEUTICAL COMPANIES.

10:15AM 18        AND TO PROVE THIS, SHE PROVIDED TO INVESTORS EXEMPLARY

10:15AM 19    REPORTS FROM PHARMACEUTICAL PARTNERS.  ONE OF THE SO-CALLED

10:15AM 20    EXEMPLARY REPORTS THAT SHE GAVE TO INVESTORS IS THE ONE THAT

10:15AM 21    I'M SHOWING YOU NOW.

10:15AM 22        THIS IS PURPORTEDLY FROM PFIZER.  IT HAS THE PFIZER LOGO.

10:15AM 23        AND THE DEFENDANT HELD THIS OUT AS DEMONSTRATING THAT

10:15AM 24    PFIZER CONCLUDED THAT THE ANALYZER HAD SUPERIOR PERFORMANCE,

10:16AM 25    GOOD CORRELATIONS, AND ROBUST FUNCTIONALITY.

10:16AM  1         BUT AS YOU WILL HEAR, PFIZER DID NOT WRITE THIS.  PFIZER

10:16AM  2    DID NOT PUT ITS LOGO ON THIS.  PFIZER DID NOT GIVE ITS

10:16AM  3    PERMISSION TO PUT ITS LOGO ON THIS.  PFIZER DID NOT MAKE THE

10:16AM  4    CONCLUSIONS IN THIS REPORT.  IN FACT, IT CAME TO THE OPPOSITE

10:16AM  5    CONCLUSIONS.

10:16AM  6         YET, THE DEFENDANT GAVE THIS TO INVESTORS TO GIVE THE

10:16AM  7    FALSE IMPRESSION THAT PFIZER ENDORSED THERANOS'S MINIATURE

10:16AM  8    BLOOD ANALYZER.

10:16AM  9         LET ME NOW TELL YOU ABOUT THE FOURTH CATEGORY OF

10:16AM  10   MISREPRESENTATION THAT YOU WILL HEAR ABOUT.

10:16AM  11        THE DEFENDANT MISLED POTENTIAL INVESTORS WITH FALSE AND

10:16AM  12   MISLEADING INFORMATION ABOUT THERANOS'S FINANCIAL POSITION AND

10:16AM  13   PROJECTIONS.

10:16AM  14        YOU WILL HEAR FROM THERANOS'S TOP FINANCE OFFICER, WHO

10:17AM  15   WILL TELL YOU THAT THERANOS HAD APPROXIMATELY $500,000 IN

10:17AM  16   REVENUE IN 2011, ZERO IN 2012, ZERO IN 2013, AND ABOUT $150,000

10:17AM  17   IN 2014.

10:17AM  18        THE DEFENDANT, HOWEVER, WAS TELLING HER INVESTORS THAT

10:17AM  19   THERANOS COULD PERFORM ALL OF THE BLOOD TESTS AT A FRACTION OF

10:17AM  20   THE COST, AND SHE WAS TELLING THEM AS LATE AS OCTOBER OF 2014

10:17AM  21   THAT THERANOS WOULD HAVE $140 MILLION IN REVENUE, AND

10:17AM  22   $40 MILLION FROM PHARMACEUTICAL COMPANIES BY THE END OF 2014.

10:17AM  23        BUT THERANOS HAD LOST ANY SIGNIFICANT PHARMACEUTICAL

10:17AM  24   BUSINESS, AND IT WAS NOWHERE ACHIEVING THE REVENUE PROJECTIONS

10:17AM  25   THAT THE DEFENDANT WAS PEDDLING.

10:18AM   1          A FIFTH CATEGORY THAT YOU WILL HEAR ABOUT IS THAT THE

10:18AM   2     DEFENDANT LIED TO INVESTORS ABOUT THE STATUS OF THE WALGREENS

10:18AM   3     ROLLOUT.  REMEMBER, IN SEPTEMBER OF 2013, THERANOS ANNOUNCED TO

10:18AM   4     THE PUBLIC THAT IT WOULD BE OFFERING BLOOD TESTS IN WALGREENS

10:18AM   5     STORES.

10:18AM   6          WALGREENS BELIEVED THAT THERANOS WOULD BE DRAWING BLOOD

10:18AM   7     FROM A FINGERSTICK AND USING ITS MINIATURE BLOOD ANALYZER TO

10:18AM   8     TEST THE BLOOD.

10:18AM   9          BUT THERANOS NEVER USED THE MINIATURE BLOOD ANALYZER FOR

10:18AM  10     MORE THAN 12 TESTS.  AND UNBEKNOWNST TO WALGREENS OFFICIALS,

10:18AM  11     THERANOS WAS SECRETLY USING THE BIG CLUNKY THIRD PARTY MACHINES

10:18AM  12     MADE BY OTHERS TO DO THE VAST MAJORITY OF ITS TESTING.

10:18AM  13          AS A RESULT, WHEN PATIENTS CAME INTO WALGREENS, MANY OF

10:18AM  14     THEM HAD TO GET THEIR BLOOD DRAWN FROM A VEIN, NOT BY A

10:19AM  15     FINGERSTICK.

10:19AM  16          WALGREENS, YOU WILL HEAR, WAS SHOCKED BY THE HIGH NUMBER

10:19AM  17     OF VEIN DRAWS THAT THERANOS WAS PERFORMING, AND BY AUGUST OF

10:19AM  18     2014, WAS DOUBTING THERANOS'S ABILITY TO DO WHAT THE DEFENDANT

10:19AM  19     AND BALWANI SAID THAT THEY COULD DO.

10:19AM  20          WALGREENS WAS TELLING THERANOS THAT THERE WOULD BE NO

10:19AM  21     FURTHER ROLLOUT BEYOND THE 40 STORES THAT HAD ALREADY BEEN

10:19AM  22     OPENED UNTIL THERANOS WAS ABLE TO DO MORE TESTS VIA FINGERSTICK

10:19AM  23     AS OPPOSED TO THE VEIN.

10:19AM  24          DESPITE THE FACT THAT THE WALGREENS ROLLOUT WAS STALLING

10:19AM  25     AND WOULD NEVER RECOVER, THE DEFENDANT WAS TELLING HER

10:19AM   1    INVESTORS THAT THERANOS WOULD BE IN HUNDREDS OF WALGREENS BY

10:19AM   2    THE END OF 2015.

10:19AM   3        THESE ARE SOME OF THE CATEGORIES OF MISREPRESENTATIONS

10:19AM   4    THAT YOU WILL HEAR ABOUT.

10:19AM   5        SOME OF THE MISREPRESENTATIONS THAT I'VE DESCRIBED WERE

10:20AM   6    ALSO MADE TO A NEWS REPORTER NAMED ROGER PARLOFF OF "FORTUNE"

10:20AM   7    MAGAZINE WHO WROTE AN ARGUE TITLED "THIS CEO IS OUT FOR BLOOD."

10:20AM   8    THIS WAS PUBLISHED IN JUNE OF 2014 BEFORE A NUMBER OF THE

10:20AM   9    INVESTMENTS THAT YOU WILL HEAR ABOUT.

10:20AM  10        AFTER LENGTHY RECORDED INTERVIEWS WITH THE DEFENDANT,

10:20AM  11    PARLOFF REPORTED:  "IMPORTANTLY, IT'S NOT JUST THE BLOOD DRAWS

10:20AM  12    THAT ARE TINY.  IT'S ALSO THE ANALYTICAL SYSTEMS THAT THERANOS

10:20AM  13    USES TO PERFORM THE TESTS.  THEY TAKE UP A SMALL FRACTION OF

10:20AM  14    THE FOOTPRINT REQUIRED BY A CONVENTIONAL LAB TODAY."

10:20AM  15        THIS WAS FALSE.

10:20AM  16        PARLOFF ALSO REPORTED:  "THERANOS, WHICH DOES NOT BUY ANY

10:20AM  17    ANALYZERS FROM THIRD PARTIES, IS THEREFORE, IN A UNIQUE

10:21AM  18    POSITION."

10:21AM  19        THIS WAS FALSE.

10:21AM  20        THE DEFENDANT USED THE PARLOFF ARTICLE TO OBTAIN FURTHER

10:21AM  21    INVESTMENTS, AND HER DECEIT OF REPORTERS WAS AN IMPORTANT WAY

10:21AM  22    THAT SHE EXECUTED HER FRAUD.

10:21AM  23        THE DEFENDANT'S FALSE AND MISLEADING STATEMENTS WERE

10:21AM  24    ENORMOUSLY SUCCESSFUL.  BETWEEN SEPTEMBER OF 2013, WHEN THE

10:21AM  25    DEFENDANT ISSUED THE FALSE AND MISLEADING PRESS RELEASE ABOUT

10:21AM  1    THE WALGREENS LAUNCH, AND THE END OF 2015, HOLMES AND BALWANI

10:21AM  2    RAISED HUNDREDS OF MILLIONS OF DOLLARS FROM INVESTORS.

10:21AM  3        THE DEFENDANT'S FRAUDULENT SCHEME MADE HER A BILLIONAIRE.

10:21AM  4    AT ONE POINT HER STOCK IN THERANOS WAS WORTH BILLIONS.

10:21AM  5        THE SCHEME BROUGHT HER FAME.  IT BROUGHT HER HONOR.  AND

10:22AM  6    IT BROUGHT HER ADORATION.  SHE WAS ON THE COVER OF "FORTUNE"

10:22AM  7    MAGAZINE.  SHE WAS PROFILED ON NUMEROUS T.V. PROGRAMS.  SHE WAS

10:22AM  8    HAILED AS THE NEXT STEVE JOBS, WHOM SHE GREATLY ADMIRED.  SHE

10:22AM  9    WAS TOUTED AS ONE OF THE MOST POWERFUL WOMEN IN BUSINESS.  AND

10:22AM  10   SHE HAD BECOME, AS SHE HAD SOUGHT, ONE OF THE MOST CELEBRATED

10:22AM  11   CEO'S IN SILICON VALLEY AND THE WORLD.

10:22AM  12       BUT UNDER THE FACADE OF THERANOS'S SUCCESS, THERE WERE

10:22AM  13   SIGNIFICANT PROBLEMS BREWING.

10:22AM  14       FIRST, INSIDERS AT THERANOS, WHO KNEW WHAT ITS MINIATURE

10:22AM  15   BLOOD ANALYZER COULD DO AND COULD NOT DO, AND WHO KNEW WHAT WAS

10:22AM  16   REALLY GOING ON IN THERANOS'S CLINICAL LABORATORY, WERE

10:22AM  17   TROUBLED BY WHAT WAS GOING ON AND THEY STARTED TO BLOW THE

10:23AM  18   WHISTLE.

10:23AM  19       I ANTICIPATE THAT YOU WILL HEAR FROM DR. ADAM ROSENDORFF,

10:23AM  20   WHO WAS THERANOS'S LAB DIRECTOR IN 2013 AND 2014.  I EXPECT

10:23AM  21   THAT YOU WILL HEAR FROM HIM THAT THE DEFENDANT WAS IGNORING HIS

10:23AM  22   ADVICE ABOUT HOW TO DO WHAT IS CALLED PROFICIENCY TESTING,

10:23AM  23   WHICH IS AN IMPORTANT SAFEGUARD IN RUNNING A LABORATORY

10:23AM  24   PROPERLY.

10:23AM  25       YOU'RE GOING TO HEAR ABOUT PROFICIENCY TESTING.  IT'S ONE

10:23AM  1    OF THE WAYS THAT LABORATORIES MAKE SURE THAT THE TESTS THAT

10:23AM  2    THEY'RE PERFORMING MATCH THOSE OF OTHERS.  IT'S LIKE TAKING A

10:23AM  3    STANDARDIZED TEST TO SEE HOW YOU MEASURE UP.

10:23AM  4        AND YOU WILL HEAR FROM DR. ROSENDORFF THAT THE DEFENDANT

10:23AM  5    IGNORED HIS ADVICE ON HOW TO DO PROFICIENCY TESTING FOR THE

10:23AM  6    MINIATURE BLOOD ANALYZER.

10:23AM  7        YOU ALSO WILL HEAR FROM DR. ROSENDORFF THAT HE WAS

10:24AM  8    INCREASINGLY DEVELOPING CONCERNS ABOUT THE ACCURACY AND

10:24AM  9    RELIABILITY OF THERANOS'S BLOOD TESTS, YET THE DEFENDANT DID

10:24AM 10    NOTHING.

10:24AM 11        YOU WILL HEAR THAT IN NOVEMBER OF 2014, HE REPORTED THAT

10:24AM 12    ONE THERANOS TEST WAS SO UNRELIABLE THAT THERANOS WAS UNABLE TO

10:24AM 13    TELL IF THE VALUE WAS CRITICAL, MEANING THAT YOU NEEDED TO CALL

10:24AM 14    A DOCTOR RIGHT AWAY.

10:24AM 15        WHEN DR. ROSENDORFF REPORTED HIS CONCERNS, THE DEFENDANT

10:24AM 16    AND BALWANI TOOK STEPS TO FIRE HIM.

10:24AM 17        DR. ROSENDORFF ULTIMATELY LEFT THERANOS IN LATE 2014 AND

10:24AM 18    AFTERWARD BEGAN SHARING HIS CONCERNS WITH A REPORTER WHO WAS

10:24AM 19    INVESTIGATING.

10:24AM 20        YOU WILL ALSO HEAR FROM ERIKA CHEUNG, WHO WORKED INSIDE OF

10:24AM 21    THERANOS'S CLINICAL LABORATORY, AND OBSERVED FIRSTHAND HOW THE

10:25AM 22    MINIATURE BLOOD ANALYZER WAS WORKING, OR BETTER, NOT WORKING IN

10:25AM 23    THE CLINICAL LAB.

10:25AM 24        SHE WILL TELL YOU THAT THE MINIATURE BLOOD ANALYZER WAS

10:25AM 25    REPEATEDLY FAILING QUALITY CONTROL.

OPENING STATEMENT BY MR. LEACH                                      549

10:25AM   1        YOU WILL LEARN THAT LABORATORIES RUN QUALITY CONTROL EVERY

10:25AM   2    DAY, OR ON A REGULAR BASIS, TO ENSURE THAT THEIR DEVICES ARE

10:25AM   3    RUNNING THE WAY THEY'RE SUPPOSED TO.  IT'S LIKE CHECKING THE

10:25AM   4    SPEED ON A RADAR GUN FOR A BASEBALL GAME, OR CHECKING A SCALE

10:25AM   5    BEFORE YOU USE IT.

10:25AM   6        SHE WILL TELL YOU THAT THE THERANOS BLOOD ANALYZER WAS

10:25AM   7    FAILING REPEATEDLY.

10:25AM   8        THERANOS, SHE WILL TELL YOU, TURNED A BLIND EYE WHEN SHE

10:25AM   9    REPORTED HER CONCERNS.

10:25AM  10        SHE TELL YOU WHAT SHE SAW WAS SO CONCERNING THAT SHE

10:25AM  11    ULTIMATELY REPORTED IT TO THE CENTERS FOR MEDICARE AND MEDICAID

10:25AM  12    SERVICES.

10:25AM  13        AT THIS POINT I SHOULD TELL YOU A LITTLE BIT ABOUT CMS.

10:26AM  14    CMS IS ANOTHER FEDERAL AGENCY.  IT REGULATES LABORATORIES.

10:26AM  15        I TALKED A LITTLE BIT EARLIER ABOUT THE FDA.  THEY

10:26AM  16    REGULATE THE DISTRIBUTION OF MEDICAL DEVICES.

10:26AM  17        THERE'S A LITTLE BIT OF OVERLAP BETWEEN THE TWO.  I EXPECT

10:26AM  18    THAT YOU'LL HEAR SOMETHING ABOUT THAT.

10:26AM  19        BUT THE IMPORTANT POINT FOR NOW IS THIS:  IN SEPTEMBER OF

10:26AM  20    2015, CMS CONDUCTED AN INSPECTION OF THERANOS'S CLINICAL

10:26AM  21    LABORATORY AND SAW FIRSTHAND THE PROBLEMS THAT ERIKA CHEUNG WAS

10:26AM  22    RAISING AND THAT DR. ROSENDORFF HAD BEEN RAISING TO THE

10:26AM  23    DEFENDANT AND BALWANI ALL ALONG.

10:26AM  24        THE WHISTLEBLOWERS WERE THE FIRST PROBLEM, BUT THERE WAS A

10:26AM  25    SECOND PROBLEM, AND THAT IS THERANOS WAS PRODUCING DANGEROUSLY

10:26AM   1   INACCURATE RESULTS TO PATIENTS WHO HAD BOUGHT THERANOS'S BLOOD

10:26AM   2   TESTS THINKING THAT THEY WERE ACCURATE AND RELIABLE.

10:27AM   3       YOU WILL HEAR FROM SOME OF THOSE PATIENTS.  YOU WILL HEAR

10:27AM   4   FROM A PATIENT WHO BOUGHT A THERANOS TEST BELIEVING IT TO BE

10:27AM   5   ACCURATE AND RELIABLE, AND WAS WRONGLY TOLD THAT HE HAD RESULTS

10:27AM   6   CONSISTENT WITH PROSTATE CANCER.

10:27AM   7       YOU WILL HEAR ABOUT WOMEN WHO RECEIVED THE WRONG

10:27AM   8   INFORMATION ABOUT WHETHER THEY WERE OR WERE NOT PREGNANT.

10:27AM   9       YOU WILL ALSO HEAR THAT ELIZABETH HOLMES WAS WELL AWARE OF

10:27AM  10   THESE PROBLEMS.  YOU WILL SEE EMAIL AFTER EMAIL WHERE ISSUES

10:27AM  11   ARE BROUGHT TO HER ATTENTION.

10:27AM  12       FOR EXAMPLE, WITH RESPECT TO THERANOS'S PREGNANCY TEST,

10:27AM  13   YOU WILL LEARN THAT HOLMES'S OWN BROTHER, WHO HOLMES HIRED TO

10:27AM  14   WORK AT THE COMPANY, TOLD HER THAT THE TESTS WERE CAUSING

10:27AM  15   SERIOUS ISSUES AND PATIENT COMPLAINTS.

10:27AM  16       MONTHS LATER, HOLMES WAS TOLD OF A PREGNANT WOMAN WHO WAS

10:28AM  17   ADVISED TO CHANGE HER MEDICATION REGIME BASED ON A THERANOS

10:28AM  18   TEST THAT FALSELY INDICATED SHE WAS NO LONGER CARRYING A BABY.

10:28AM  19       THERANOS, THE EVIDENCE WILL SHOW, OFFERED THAT TEST FOR

10:28AM  20   MONTHS AFTER.

10:28AM  21       BY MAKING FALSE AND MISLEADING REPRESENTATIONS TO

10:28AM  22   INVESTORS AND PATIENTS, ELIZABETH HOLMES BECAME A BILLIONAIRE.

10:28AM  23       BUT IN OCTOBER OF 2015, THAT FACADE BEGAN TO CRUMBLE.

10:28AM  24       AROUND THAT TIME, AFTER SOME SKEPTICAL REPORTING,

10:28AM  25   INVESTORS STARTED TO ASK DIFFICULT QUESTIONS OF THE DEFENDANT:

10:28AM 1      HOW MANY TESTS CAN YOU REALLY RUN ON YOUR MINIATURE BLOOD

10:28AM 2  ANALYZER?

10:28AM 3      HOW MUCH REVENUE DO YOU REALLY HAVE?

10:28AM 4      ARE YOUR TESTS AS ACCURATE AS YOU SAY THEY ARE?

10:28AM 5      OUT OF OPENINGS, ELIZABETH HOLMES AGAIN DECIDED TO

10:29AM 6  MISLEAD.

10:29AM 7      WHEN A NATIONAL NEWS SHOW ASKED HER WHETHER THE THERANOS

10:29AM 8  BLOOD ANALYZER COULD DO MORE THAN 15 TESTS, SHE FALSELY STATED

10:29AM 9  THAT EVERY TEST OFFERED IN THE THERANOS LAB CAN RUN ON ITS

10:29AM 10 PROPRIETARY DEVICES.

10:29AM 11     WHEN QUESTIONED AT ANOTHER PUBLIC EVENT, SHE SAID THERANOS

10:29AM 12 NEVER USED COMMERCIALLY AVAILABLE LAB EQUIPMENT FOR FINGERSTICK

10:29AM 13 TESTS.

10:29AM 14     AFTER THE CMS INSPECTION, THERANOS SHUTTERED ITS CLINICAL

10:29AM 15 LABORATORY.  IT WAS NEVER ABLE TO GET THE MINIATURE BLOOD

10:29AM 16 ANALYZER ACCURATE ENOUGH FOR PATIENTS TO USE RELIABLY, AND IT

10:29AM 17 WENT BANKRUPT, LEAVING INVESTORS WITH HUNDREDS OF MILLIONS OF

10:29AM 18 DOLLARS IN LOSSES.

10:29AM 19     THE FRAUD THAT I HAVE JUST DESCRIBED GIVES RISE TO A

10:29AM 20 NUMBER OF DIFFERENT CHARGES:

10:30AM 21     FIRST, WIRE FRAUD.  THE DEFENDANT USED INTERSTATE WIRES TO

10:30AM 22 EXECUTE A SCHEME TO DEFRAUD THERANOS INVESTORS AND THERANOS

10:30AM 23 PATIENTS.

10:30AM 24     AND CONSPIRACY.  THE DEFENDANT AND BALWANI ENTERED INTO AN

10:30AM 25 AGREEMENT, A CRIMINAL PARTNERSHIP, TO COMMIT THE CRIME OF WIRE

10:30AM  1    FRAUD, TO DECEIVE AND TO CHEAT INVESTORS AND PATIENTS OUT OF

10:30AM  2    MONEY.

10:30AM  3        IN THE NEXT FEW MINUTES, I WANT TO GIVE YOU A BRIEF

10:30AM  4    OVERVIEW OF THERANOS AND THE DIFFERENT TYPES OF WITNESSES THAT

10:30AM  5    YOU WILL HEAR FROM WHO WILL PROVE THAT ELIZABETH HOLMES, THE

10:30AM  6    DEFENDANT, DEFRAUDED INVESTORS AND DEFRAUDED PATIENTS.

10:30AM  7        LET ME START WITH THERANOS.

10:30AM  8        HOLMES FORMED THERANOS IN 2003.  SHE WAS ITS FOUNDER,

10:31AM  9    CHIEF EXECUTIVE OFFICER, AND CHAIRMAN OF ITS BOARD OF

10:31AM 10    DIRECTORS.  SHE OWNED IT.  SHE CONTROLLED IT.  THE BUCK STOPPED

10:31AM 11    WITH HER.

10:31AM 12        AND AS YOU WILL HEAR FROM INSIDERS WHO WORKED WITH HER

10:31AM 13    CLOSELY, SHE WAS NOT AN ABSENTEE CEO.  SHE WAS THERE ALL OF THE

10:31AM 14    TIME.  SHE SWEATED THE DETAILS.  SHE WAS IN CHARGE.

10:31AM 15        FROM 2009 UNTIL 2016, HER NUMBER 2 WAS RAMESH BALWANI.  HE

10:31AM 16    ALSO WENT BY THE NAME SUNNY BALWANI.  HE HAD A SOFTWARE

10:31AM 17    BACKGROUND, NOT A LABORATORY BACKGROUND.

10:31AM 18        YOU WILL HEAR THAT IN 2009 WHEN THERANOS WAS DESPERATE FOR

10:31AM 19    CASH, AS I DESCRIBED EARLIER, HE LOANED MONEY TO THERANOS SO IT

10:31AM 20    COULD GET BY.

10:31AM 21        HE BECAME ITS COO AND ITS PRESIDENT.  AND HE RAN THE

10:31AM 22    COMPANY WITH THE DEFENDANT.

10:32AM 23        ELIZABETH HOLMES AND SUNNY BALWANI WERE MORE THAN BUSINESS

10:32AM 24    PARTNERS.  THEY WERE ALSO ROMANTIC PARTNERS.  THE DEFENDANT AND

10:32AM 25    BALWANI HAD BEEN ROMANTICALLY INVOLVED FOR MANY YEARS BEFORE HE

10:32AM  1    OFFICIALLY JOINED THERANOS AND THEY WERE ROMANTICALLY INVOLVED

10:32AM  2    AFTER.

10:32AM  3        THE DEFENDANT AND BALWANI CONTROLLED THERANOS AS EQUALS

10:32AM  4    AND MADE SIGNIFICANT DECISIONS IN CONSULTATION WITH EACH OTHER

10:32AM  5    AS PARTNERS DO.

10:32AM  6        BUT I DON'T WANT TO LEAVE YOU WITH THE IMPRESSION THAT

10:32AM  7    THERANOS WAS JUST A SHELL.  IT WAS A REAL COMPANY.  IT HAD MANY

10:32AM  8    EMPLOYEES.  IT HAD MANY SCIENTISTS AND MANY PROFESSIONALS WHO

10:32AM  9    BELIEVED IN SOME OF THE LOFTY CONCEPTS AND ASPIRATIONS THAT THE

10:32AM 10    DEFENDANT ARTICULATED, BUT WHO LACKED THE EXPOSURE TO THE FALSE

10:32AM 11    AND MISLEADING STATEMENTS TO INVESTORS OR THE ABILITY TO

10:33AM 12    QUESTION THEM.

10:33AM 13        I'VE PUT ON THE SCREEN HERE SOME OF THE INSIDERS THAT YOU

10:33AM 14    WILL HEAR ABOUT.  THEY FALL INTO TWO GROUPS:  ON THE LEFT, AS

10:33AM 15    YOU WILL SEE, ARE FOLKS IN THERANOS WHOSE PRINCIPAL ROLE WAS

10:33AM 16    RESEARCH AND DEVELOPMENT.  SOME SCIENTISTS WERE RESPONSIBLE FOR

10:33AM 17    WHAT ARE CALLED ASSAYS.  ASSAYS IS A FANCY WORD FOR BLOOD

10:33AM 18    TESTS.  YOU CAN PERFORM AN ASSAY ON A BENCH OR A TABLE OR ON A

10:33AM 19    BLOOD ANALYZER OR A DEVICE.

10:33AM 20        I HAVE HERE ON THE SCREEN TWO FOLKS WHO YOU WILL HEAR

10:33AM 21    ABOUT:  DANIEL YOUNG, WHO JOINED IN 2009 AND BECAME A VICE

10:33AM 22    PRESIDENT; AND ANOTHER IS SUREKHA GANGAKHEDKAR, WHO MANAGED

10:33AM 23    ASSAY DEVELOPMENT AND WHO RESIGNED TO ELIZABETH HOLMES JUST

10:33AM 24    BEFORE THE WALGREENS LAUNCH.

10:33AM 25        ON THE RIGHT OF THE SCREEN YOU HAVE WHAT IS CALLED THE

| | |
|---|---|
| 10:33AM 1 | CLIA LAB, OR THE CLINICAL LAB.  CLIA, C-L-I-A, IS AN ACRONYM |
| 10:34AM 2 | THAT YOU'RE GOING TO HEAR A LOT ABOUT.  IT STANDS FOR CLINICAL |
| 10:34AM 3 | LABORATORY IMPROVEMENT AMENDMENTS ACT.  IT'S NOT IMPORTANT THAT |
| 10:34AM 4 | YOU REMEMBER THAT. |
| 10:34AM 5 | WHAT IS IMPORTANT IS THIS:  IF YOU WANT TO BE IN THE BLOOD |
| 10:34AM 6 | TESTING BUSINESS, IF YOU WANT TO REPORT BLOOD TESTS TO PATIENTS |
| 10:34AM 7 | ON A COMMERCIAL BASIS, YOU NEED A CLIA LAB.  THAT'S ESSENTIALLY |
| 10:34AM 8 | HOW BLOOD TESTING SERVICES ARE BROUGHT TO THE PUBLIC FOR USE ON |
| 10:34AM 9 | PATIENTS. |
| 10:34AM 10 | RESEARCH AND DEVELOPMENT IS WHERE YOU ASPIRE.  THE CLIA |
| 10:34AM 11 | LAB IS WHERE YOU DELIVER RESULTS TO REAL PATIENTS. |
| 10:34AM 12 | YOU'LL SEE ON THE SLIDE HERE THAT THERE ARE THREE PEOPLE |
| 10:34AM 13 | THAT I WANT YOU TO REMEMBER FROM THERANOS'S CLIA LAB.  THESE |
| 10:34AM 14 | ARE THE LAB DIRECTORS.  THESE ARE THE MEDICAL DOCTORS WHO, |
| 10:34AM 15 | ALONG WITH THE DEFENDANT AND BALWANI, WERE IN CHARGE OF THE |
| 10:35AM 16 | RESULTS THAT WENT TO PATIENTS: |
| 10:35AM 17 | FIRST ON THE LEFT, FROM 2013 TO THE END OF 2014, YOU HAVE |
| 10:35AM 18 | DR. ADAM ROSENDORFF.  THOSE DATES ARE IMPORTANT.  REMEMBER, IN |
| 10:35AM 19 | SEPTEMBER OF 2013 THERANOS FIRST ANNOUNCED ITS COMMERCIAL BLOOD |
| 10:35AM 20 | TESTING SERVICES WITH WALGREENS. |
| 10:35AM 21 | AND YOU WILL HEAR THAT BETWEEN SEPTEMBER OF 2013 AND JUNE |
| 10:35AM 22 | OF 2015, THERANOS USED ITS MINIATURE BLOOD ANALYZER IN THE CLIA |
| 10:35AM 23 | LAB FOR ONLY 12 TESTS OUT OF THE HUNDREDS THAT WERE OFFERED. |
| 10:35AM 24 | YOU WILL ALSO LEARN THAT THERANOS USED THIRD PARTY |
| 10:35AM 25 | MACHINES MADE BY OTHERS TO DO THE REMAINDER OF THE TESTING, |

OPENING STATEMENT BY MR. LEACH

10:35AM 1    SOME USING FINGERSTICK SAMPLES, AND OTHERS USING VEIN DRAWS.

10:35AM 2        DR. ROSENDORFF WILL TELL YOU THAT THERANOS WAS DOING THAT

10:35AM 3    TESTING BADLY.  HE WILL TELL YOU ABOUT THE PROBLEMS THAT THEY

10:35AM 4    WERE HAVING WITH CHOLESTEROL TESTS, ABOUT THE PROBLEMS THAT

10:35AM 5    THEY WERE HAVING WITH POTASSIUM TESTS AND SODIUM TESTS.

10:36AM 6        YOU WILL LEARN THAT DR. ROSENDORFF BECAME PARTICULARLY

10:36AM 7    VOCAL IN RAISING CONCERNS ABOUT PROBLEMS IN THE CLIA LAB AND

10:36AM 8    HOW THERANOS WAS NOT DOING ITS TESTING THE RIGHT WAY, AND WHEN

10:36AM 9    HE DID SO, THE DEFENDANT AND BALWANI TOOK STEPS TO FORCE HIM

10:36AM 10   OUT.

10:36AM 11       WITH DR. ROSENDORFF GONE, WITH ALL OF THE ISSUES THAT HE

10:36AM 12   SPOTTED, WITH ONLY 12 TESTS BEING DONE ON THE MINIATURE BLOOD

10:36AM 13   ANALYZER, THE DEFENDANT AND BALWANI CHOSE TO HIRE BALWANI'S

10:36AM 14   DERMATOLOGIST TO RUN THIS REVOLUTIONARY CLIA LAB.  HIS NAME IS

10:36AM 15   DR. SUNIL DHAWAN.  HE WAS MR. BALWANI'S DERMATOLOGIST.

10:36AM 16       A DERMATOLOGIST SPECIALIZES IN SKIN CONDITIONS.

10:36AM 17       THE DEFENDANT AND BALWANI PUT HIM IN CHARGE OF ASSESSING

10:36AM 18   WHETHER WOMEN ARE PREGNANT, WHETHER PATIENTS HAD CANCER OR

10:36AM 19   WHETHER THEY HAD OTHER DISEASES.

10:37AM 20       DR. DHAWAN HAD NEVER RUN A LAB OUTSIDE OF HIS DERMATOLOGY

10:37AM 21   PRACTICE.  HE HAD NEVER SEEN OR USED A MINIATURE BLOOD

10:37AM 22   ANALYZER.  HE HAD NEVER SEEN OR USED THE FINGERSTICK TEST THAT

10:37AM 23   THERANOS WAS DOING.  AND HE PERFORMED NO MEANINGFUL WORK IN THE

10:37AM 24   CLIA LAB UNTIL SEPTEMBER OF 2015 WHEN CMS INSPECTORS STARTING

10:37AM 25   ASKING HARD QUESTIONS ABOUT WHAT WAS GOING ON IN THE LAB.

OPENING STATEMENT BY MR. LEACH                                    556

10:37AM  1        TO DR. DHAWAN'S RIGHT YOU HAVE DR. KINGSHUK DAS.  AFTER

10:37AM  2    INVESTORS STARTED ASKING QUESTIONS AND AFTER THE CMS

10:37AM  3    INSPECTION, THE DEFENDANT HIRED DR. DAS TO RUN THE LAB.

10:37AM  4        AND HE WILL TELL, I EXPECT, ABOUT WHAT HE SAW OF THE

10:37AM  5    MINIATURE BLOOD ANALYZER AND WHAT HE TOLD THE DEFENDANT.

10:37AM  6        THESE ARE SOME OF THE INSIDERS WITHIN THE COMPANY THAT YOU

10:37AM  7    WILL HEAR FROM AND ABOUT IN THIS TRIAL.

10:38AM  8        IN ADDITION TO HEARING FROM INSIDERS, YOU WILL ALSO HEAR

10:38AM  9    FROM SOME OF THE OUTSIDERS.  I EXPECT YOU WILL HEAR FROM

10:38AM 10    PFIZER, FROM SCHERING PLOUGH, FROM WALGREENS, FROM INDIVIDUALS

10:38AM 11    WITH KNOWLEDGE OF THE MILITARY'S USE OF THE MINIATURE BLOOD

10:38AM 12    ANALYZER.

10:38AM 13        THESE FOLKS WILL TELL YOU EXACTLY WHAT THEY WERE DOING AT

10:38AM 14    THERANOS, AND YOU WILL BE ABLE TO MEASURE UP THOSE FACTS WITH

10:38AM 15    WHAT THE DEFENDANT TOLD INVESTORS.

10:38AM 16        A THIRD CATEGORY THAT YOU WILL HEAR FROM AND ABOUT ARE THE

10:38AM 17    INVESTORS THEMSELVES.  THESE INCLUDE, I EXPECT, LISA PETERSON,

10:38AM 18    WHO HELPED MAKE INVESTMENT FOR A FIRM CALLED RDV.  THESE

10:38AM 19    INCLUDE, I EXPECT, BRIAN GROSSMAN WHO RAN AN INVESTMENT FUND

10:39AM 20    WHICH WE CALL PFM.

10:39AM 21        THEY AND OTHER INVESTORS WILL TELL YOU WHAT THE DEFENDANT

10:39AM 22    SAID REPEATEDLY TO MAKE THEM BELIEVE AND TO INVEST THEIR MONEY.

10:39AM 23        FINALLY, YOU WILL HEAR FROM PATIENTS AND FROM DOCTORS FOR

10:39AM 24    PATIENTS WHO PAID FOR OR RECEIVED FAULTY THERANOS BLOOD TESTS

10:39AM 25    WHEN THEY NEEDED THE RIGHT RESULTS TO MAKE THE RIGHT MEDICAL

10:39AM  1    DECISIONS.

10:39AM  2         OVER THE NEXT FEW WEEKS YOU'RE GOING TO HEAR A LOT ABOUT

10:39AM  3    ASSAYS, ABOUT QUALITY CONTROL, ABOUT THE FDA AND CMS AND THE

10:39AM  4    DIFFERENCE.

10:39AM  5         BUT THIS IS A CASE ABOUT FRAUD, ABOUT LYING AND CHEATING

10:39AM  6    TO GET MONEY.  IT'S A CRIME ON MAIN STREET, AND THAT'S A CRIME

10:39AM  7    IN SILICON VALLEY.

10:39AM  8         THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD HER

10:39AM  9    INVESTORS THAT SHE HAD DEVELOPED A MINIATURE BLOOD ANALYZER

10:40AM  10   THAT COULD VIRTUALLY DO ANY TEST.  IT COULD NOT.  IT NEVER DID

10:40AM  11   MORE THAN 12 TESTS IN THE CLINICAL LABORATORY, AND IT DID THEM

10:40AM  12   BADLY.

10:40AM  13        THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD HER

10:40AM  14   INVESTORS THE MILITARY WAS USING THE DEVICE IN THE FIELD.  IT

10:40AM  15   WAS NOT.

10:40AM  16        THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD THE

10:40AM  17   INVESTORS, PFIZER AND SCHERING PLOUGH AND OTHER PHARMACEUTICAL

10:40AM  18   COMPANIES, HAD COMPREHENSIVELY VALIDATED HER TECHNOLOGY.  THEY

10:40AM  19   HAD NOT.

10:40AM  20        THE EVIDENCE WILL SHOW THAT THE DEFENDANT GAVE INVESTORS

10:40AM  21   FINANCIAL PROJECTIONS PURPORTEDLY REPRESENTING THE TRUE

10:40AM  22   PROSPECT OF THE COMPANY.  THEY DID NOT.

10:40AM  23        THE EVIDENCE WILL SHOW THAT THE DEFENDANT INDUCED

10:40AM  24   WALGREENS OR INDUCED INVESTMENTS ON THE PROMISE OF A WALGREENS

10:40AM  25   ROLLOUT.  IT WAS A SPECTACULAR SUCCESS.  IT WAS NOT.

10:40AM   1         FINALLY, THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD

10:41AM   2    PATIENTS HER TESTS WERE ACCURATE AND RELIABLE.  THEY WERE NOT.

10:41AM   3         AND IN THE COURSE OF DOING SO, SHE SKEWED THE MEDICAL

10:41AM   4    DECISIONS OF PATIENTS AND PUT THEM AT RISK.

10:41AM   5         THANK YOU VERY MUCH FOR YOUR ATTENTION, LADIES AND

10:41AM   6    GENTLEMEN.  AT THE END OF THE CASE THE GOVERNMENT WILL HAVE

10:41AM   7    ANOTHER OPPORTUNITY TO SPEAK WITH YOU.

10:41AM   8         UNTIL THEN, LISTEN CAREFULLY TO THE EVIDENCE, FOLLOW THE

10:41AM   9    EVIDENCE CLOSELY.  WE TRY TO PRESENT FACTS IN A COHERENT ORDER,

10:41AM  10    BUT THAT'S NOT ALWAYS POSSIBLE, SO WITNESSES WITHIN THOSE

10:41AM  11    BUCKETS MIGHT COME AT DIFFERENT TIMES.

10:41AM  12         BUT PLEASE PAY CLOSE ATTENTION, AND AT THE END OF THE CASE

10:41AM  13    THE GOVERNMENT WILL STAND UP HERE AGAIN AND URGE YOU TO RETURN

10:41AM  14    THE ONLY VERDICT THAT IS SUPPORTED BY THE EVIDENCE, AND THAT IS

10:41AM  15    THAT THE DEFENDANT IS GUILTY OF CONSPIRACY AND WIRE FRAUD AS

10:41AM  16    CHARGED IN THE INDICTMENT.

10:41AM  17         THANK YOU.

10:41AM  18         THANK YOU, YOUR HONOR.

10:42AM  19              THE COURT:  THANK YOU, MR. LEACH.

10:42AM  20         DOES THE DEFENSE HAVE AN OPENING STATEMENT?

10:42AM  21              MR. WADE:  WE DO, YOUR HONOR.

10:42AM  22              THE COURT:  WOULD YOU LIKE TO BEGIN THAT NOW OR

10:42AM  23    WOULD YOU LIKE TO --

10:42AM  24              MR. WADE:  MAYBE I WILL START NOW AND I'LL FIND A

10:42AM  25    GOOD TIME FOR A BREAK.

| | | |
|---|---|---|
| 10:42AM | 1 | THE COURT:  THANK YOU.  LET'S DO THAT. |
| 10:42AM | 2 | LADIES AND GENTLEMEN, FEEL FREE TO STAND AND STRETCH FOR |
| 10:42AM | 3 | JUST A MOMENT. |
| 10:42AM | 4 | (STRETCHING.) |
| 10:43AM | 5 | **(MR. WADE GAVE HIS OPENING STATEMENT ON BEHALF OF THE** |
| 10:43AM | 6 | **DEFENDANT.)** |
| 10:43AM | 7 | MR. WADE:  MAY IT PLEASE THE COURT, COUNSEL, |
| 10:43AM | 8 | MS. HOLMES, AND MEMBERS OF THE JURY. |
| 10:43AM | 9 | ELIZABETH HOLMES DID NOT GO TO WORK EVERY DAY INTENDING TO |
| 10:43AM | 10 | LIE, CHEAT, AND STEAL. |
| 10:43AM | 11 | THE GOVERNMENT WOULD HAVE YOU BELIEVE HER COMPANY, HER |
| 10:43AM | 12 | ENTIRE LIFE, IS A FRAUD.  THAT IS WRONG.  THAT IS NOT TRUE. |
| 10:44AM | 13 | ELIZABETH HOLMES WORKED HERSELF TO THE BONE FOR 15 YEARS |
| 10:44AM | 14 | TRYING TO MAKE LAB TESTING CHEAPER AND MORE ACCESSIBLE.  SHE |
| 10:44AM | 15 | POURED HER HEART AND HER SOUL INTO THAT EFFORT. |
| 10:44AM | 16 | NOW, IN THE END, THERANOS FAILED, AND MS. HOLMES WALKED |
| 10:44AM | 17 | AWAY WITH NOTHING. |
| 10:44AM | 18 | BUT FAILURE IS NOT A CRIME.  TRYING YOUR HARDEST AND |
| 10:44AM | 19 | COMING UP SHORT IS NOT A CRIME. |
| 10:44AM | 20 | AND BY THE TIME THIS TRIAL IS OVER, YOU WILL SEE THAT THE |
| 10:45AM | 21 | VILLAIN THAT THE GOVERNMENT JUST PRESENTED IS ACTUALLY A |
| 10:45AM | 22 | LIVING, BREATHING, HUMAN BEING WHO DID HER VERY BEST EACH AND |
| 10:45AM | 23 | EVERY DAY.  AND SHE IS INNOCENT. |
| 10:45AM | 24 | OVER THE COURSE OF THIS TRIAL WE WILL SHOW YOU WHY. |
| 10:45AM | 25 | LET ME START 25 MILES NORTHWEST OF HERE RIGHT NEAR THE |

10:45AM  1    INTERSECTION OF 880 AND HIGHWAY 84.  THERE, ALMOST EXACTLY

10:45AM  2    THREE YEARS AGO TODAY, ELIZABETH HOLMES WALKED OUT OF THE

10:45AM  3    THERANOS FACILITY AT 7373 GATEWAY BOULEVARD IN NEWARK,

10:46AM  4    CALIFORNIA.  SHE TOOK THE LAST OF HER PERSONAL ITEMS.  SHE PUT

10:46AM  5    THEM IN THE BACK OF HER CAR.  SHE SAT DOWN BEHIND THE WHEEL.

10:46AM  6    SHE BUCKLED HER SEAT BELT, AND SHE DROVE AWAY.

10:46AM  7        THAT WAS THE LAST DAY SHE LEFT THERANOS.  IT WAS HER LAST

10:46AM  8    DAY WORKING AT A COMPANY THAT SHE HAD FOUNDED 15 YEARS EARLIER.

10:46AM  9    IT WAS HER LAST DAY DEVOTED TO A DREAM THAT SHE HAD SPENT

10:46AM 10    NEARLY HALF OF HER LIFE, HER ENTIRE ADULT LIFE PURSUING.

10:47AM 11        ELIZABETH HOLMES STARTED THERANOS AT THE AGE OF 19.  SHE

10:47AM 12    WALKED AWAY FROM A STANFORD EDUCATION AND BET HER COLLEGE

10:47AM 13    SAVINGS ON AN ENGINEERING IDEA THAT SHE THOUGHT WOULD TRANSFORM

10:47AM 14    HEALTH CARE.  AND SHE WENT TO WORK OFTEN SEVEN DAYS A WEEK,

10:47AM 15    NEARLY ALWAYS LATE INTO THE NIGHT, FOR 15 YEARS TO THAT VERY

10:47AM 16    LAST DAY.

10:47AM 17        THE HARD WORK MS. HOLMES DID TO BUILD THERANOS IS CENTRAL

10:47AM 18    TO THE PRINCIPAL QUESTIONS THAT YOU HAVE TO ANSWER IN THIS

10:47AM 19    CASE.  WAS THAT WORK REAL?  WHY WAS SHE DOING IT?  AND DID SHE

10:48AM 20    BELIEVE IN THERANOS'S TECHNOLOGY AS SHE SPOKE ABOUT IT TO HER

10:48AM 21    INVESTORS AND CUSTOMERS?

10:48AM 22        IT WAS REAL.  IT WAS INNOVATIVE.  AND MS. HOLMES BELIEVED

10:48AM 23    WITH ALL OF HER BEING THAT IT COULD TRANSFORM HEALTH CARE.

10:48AM 24        SHE WAS NOT ALONE IN THAT BELIEF BECAUSE THERANOS WAS NOT

10:48AM 25    JUST ONE PERSON.  IT WAS NOT JUST MS. HOLMES.  SHE WAS

10:49AM   1   SURROUNDED BY A TEAM OF HIGHLY TALENTED AND EXPERIENCED

10:49AM   2   COWORKERS, ADVISORS, AND MENTORS, AND TOGETHER THEY SPENT

10:49AM   3   15 YEARS BUILDING THAT COMPANY UP FROM NOTHING.

10:49AM   4       THERANOS PROVIDED HUNDREDS OF JOBS FOR THIS COMMUNITY.

10:49AM   5   JOBS TO SOFTWARE DEVELOPERS, SECURITY GUARDS, AND PRODUCT

10:49AM   6   ENGINEERS, MACHINISTS, ENGINEERING TECHNICIANS, AND JANITORS,

10:49AM   7   CHEMICAL ENGINEERS, EXECUTIVE ASSISTANTS, LAB WORKERS.

10:49AM   8       AND THAT TEAM ACHIEVED MUCH.  THERANOS WAS AWARDED 176

10:50AM   9   PATENTS.  THOSE PATENTS HAVE BEEN VALUED AT HUNDREDS OF

10:50AM  10   MILLIONS OF DOLLARS BY EXPERTS.

10:50AM  11       AS RECENTLY AS JULY OF THIS YEAR, THE U.S. GOVERNMENT

10:50AM  12   ISSUED A PATENT FOR WORK THAT OCCURRED AT THERANOS.

10:50AM  13       THERANOS DEVELOPED MORE THAN 235 SPECIALIZED TESTS THAT

10:50AM  14   COULD BE RUN ON SMALL SAMPLES OF BLOOD.  MANY OF THESE TESTS

10:50AM  15   HAD NEVER BEEN DONE THAT WAY BEFORE.

10:50AM  16       THERANOS'S SCIENTISTS VALIDATED ALL OF THOSE TESTS IN ITS

10:50AM  17   RESEARCH AND DEVELOPMENT LABORATORY:  TESTS SUCH AS

10:50AM  18   CHOLESTEROL, IRON, AND CALCIUM; TESTS FOR HORMONES LIKE

10:51AM  19   TESTOSTERONE; FOR VITAMINS LIKE B12 AND VITAMIN D; AND FOR

10:51AM  20   DISEASES LIKE THE FLU, LYME DISEASE, AND ZIKA.

10:51AM  21       THERANOS GENERATED NEARLY 8 MILLION TEST RESULTS.

10:51AM  22       IT OFTEN CHARGED PATIENTS A FRACTION OF THE PRICE OF

10:51AM  23   COMPETITORS.  MANY WHO NEVER COULD OTHERWISE HAVE AFFORDED A

10:51AM  24   TEST GOT THEIR TEST AT THERANOS WHERE PRICES WERE THE SAME

10:51AM  25   WHETHER YOU HAD HEALTH INSURANCE OR NOT.

| | | |
|---|---|---|
| 10:51AM | 1 | THERANOS RECEIVED FAVORABLE CUSTOMER REVIEWS FROM DOCTORS |
| 10:52AM | 2 | AND PATIENTS, LIKE THIS PHYSICIAN WHO TOLD THE COMPANY THAT HE |
| 10:52AM | 3 | ORDERED A $25 TEST AND GOT THE RESULTS IN FOUR HOURS, SOMETHING |
| 10:52AM | 4 | THAT A STANFORD PHYSICIAN SAYS WOULD HAVE COST HIM $750 AND |
| 10:52AM | 5 | TAKEN THREE DAYS AT STANFORD. |
| 10:52AM | 6 | HE EVEN CROSS-CHECKED THE RESULTS WITH TESTS HE HAD FROM |
| 10:52AM | 7 | STANFORD AND SAW THAT THEY MATCHED. |
| 10:52AM | 8 | THIS PATIENT, WHO HAD NO INSURANCE, TOLD THERANOS THAT |
| 10:52AM | 9 | LOWER PRICES MEANT GREATER ACCESS TO TESTING. |
| 10:52AM | 10 | THIS MOTHER TOLD THE COMPANY THAT SHE FLEW HER DAUGHTER TO |
| 10:53AM | 11 | ARIZONA TO GET TESTED, PAID FOR AIRLINE TICKETS AND TAXIS ON |
| 10:53AM | 12 | TOP OF THE LAB COSTS, AND STILL PAID HALF AS MUCH AS QUEST. |
| 10:53AM | 13 | THE EVIDENCE WILL SHOW THAT YOU 98.2 PERCENT OF CUSTOMERS |
| 10:53AM | 14 | SURVEYED SAID THAT THEY WOULD USE THIS SERVICE AGAIN. |
| 10:53AM | 15 | JOHNS HOPKINS UNIVERSITY, STANFORD UNIVERSITY, UCSF, THE |
| 10:53AM | 16 | MAYO CLINIC AND OTHERS COMMENTED FAVORABLY ON THERANOS'S |
| 10:53AM | 17 | TECHNOLOGY AND ITS PROMISE. |
| 10:53AM | 18 | IT WAS REAL.  IT WAS INNOVATIVE.  AND THERANOS BECAME A |
| 10:54AM | 19 | VALUABLE COMPANY. |
| 10:54AM | 20 | THE GOVERNMENT IS RIGHT.  MS. HOLMES OWNED ABOUT HALF OF |
| 10:54AM | 21 | IT.  THE VALUE OF HER STOCK ON PAPER GREW SIGNIFICANTLY OVER |
| 10:54AM | 22 | TIME.  FIRST WORTH TENS OF THOUSANDS, AND THEN MILLIONS, AND |
| 10:54AM | 23 | THEN TENS AND HUNDREDS OF MILLIONS.  AND ULTIMATELY, YES, IT |
| 10:54AM | 24 | WAS WORTH BILLIONS OF DOLLARS. |
| 10:54AM | 25 | BUT ON THAT DAY IN SEPTEMBER OF 2018 WHEN MS. HOLMES |

| | | |
|---|---|---|
| 10:54AM | 1 | WALKED OUT OF THAT THERANOS FACILITY FOR THE LAST TIME, IT WAS |
| 10:54AM | 2 | ALL GONE.  HER COLLEGE SAVINGS, HER BILLIONS WORTH OF STOCK, |
| 10:54AM | 3 | THE ENTIRE COMPANY, AND SHE LEFT HAVING NEVER SOLD A SINGLE |
| 10:55AM | 4 | SHARE OF STOCK.  NOT ONE. |
| 10:55AM | 5 | SHE PASSED ON EVERY OPPORTUNITY TO SELL, ON CHANCES TO |
| 10:55AM | 6 | MAKE HUNDREDS OF MILLIONS OF DOLLARS. |
| 10:55AM | 7 | SHE WAS ALL IN ON THERANOS.  MOTIVATED BY ITS MISSION, NOT |
| 10:55AM | 8 | MONEY.  COMMITTED TO THAT MISSION UNTIL THAT VERY LAST DAY. |
| 10:55AM | 9 | NOW, YOU MIGHT RIGHTLY ASK, GIVEN ALL OF ITS PROMISE AND |
| 10:55AM | 10 | ACHIEVEMENTS, WHY DID THERANOS FAIL? |
| 10:56AM | 11 | THERE ARE A LOT OF REASONS COMPANIES FAIL.  IT'S NEVER |
| 10:56AM | 12 | SIMPLE. |
| 10:56AM | 13 | BUT AS YOU WILL HEAR THE FULL STORY OF WHAT HAPPENED |
| 10:56AM | 14 | DURING THIS TRIAL, ASK YOURSELF, DID THERANOS FAIL BECAUSE IT |
| 10:56AM | 15 | WAS A FRAUDULENT SCHEME? |
| 10:56AM | 16 | WERE THE ENGINEERING, THE INVENTIONS, ALL OF THE |
| 10:56AM | 17 | ADVANCEMENTS MYTHS AND LIES? |
| 10:56AM | 18 | OR DID IT FAIL BECAUSE A YOUNG CEO, AND HER COMPANY, |
| 10:56AM | 19 | CONFRONTED AND COULD NOT OVERCOME BUSINESS OBSTACLES THAT |
| 10:56AM | 20 | OTHERS SAW BUT SHE NAIVELY UNDERESTIMATED? |
| 10:57AM | 21 | I WANT TO BE CLEAR AND CANDID WITH YOU TODAY AND |
| 10:57AM | 22 | THROUGHOUT THIS TRIAL.  THERANOS FAILED FOR A LOT OF REASONS, |
| 10:57AM | 23 | BUT IT FAILED IN PART BECAUSE IT MADE MISTAKES.  MS. HOLMES |
| 10:57AM | 24 | MADE MISTAKES. |
| 10:57AM | 25 | BUT MISTAKES ARE NOT CRIMES.  A FAILED BUSINESS DOES NOT |

OPENING STATEMENT BY MR. WADE                                   564

10:57AM   1     MAKE A CEO A CRIMINAL.

10:57AM   2         HERE THE EVIDENCE IS GOING TO SHOW YOU THAT SHE DID HER

10:57AM   3     LEVEL BEST DAY IN, DAY OUT TO MAKE THERANOS SUCCESSFUL.  AND

10:57AM   4     SHE GENUINELY, DEEPLY BELIEVED IT WOULD BE SUCCESSFUL.

10:57AM   5         BEING THE CEO OF A START-UP COMPANY IN SILICON VALLEY IS A

10:58AM   6     DIFFICULT JOB.  NAVIGATING BIG INDUSTRIES, LIKE TECHNOLOGY AND

10:58AM   7     HEALTH CARE, IS CHALLENGING AND COMPLEX.

10:58AM   8         SOMETIMES SUCCESS COMES ONLY AFTER SETBACKS.  THE PLAIN

10:58AM   9     TRUTH IS MANY MORE BUSINESSES FAIL, SMALL AND LARGE, THAN

10:58AM  10     SUCCEED.  BUT FAILURE IS NOT THE SAME THING AS FRAUD.

10:58AM  11         THE EVIDENCE IN THIS CASE WILL SHOW YOU THAT

10:58AM  12     ELIZABETH HOLMES DID NOT COMMIT CRIMES.  SHE COMMITTED HER LIFE

10:58AM  13     TO HER WORK, TO THE COMPANY AND ITS MISSION.

10:59AM  14         SHE SAW AN INDUSTRY CONTROLLED BY TWO OLD CORPORATE GIANTS

10:59AM  15     WHO DIDN'T SEEM TO CARE MUCH ABOUT THEIR PATIENTS, WHO CORNERED

10:59AM  16     THE MARKETS AND SAW LITTLE INCENTIVE TO INNOVATE.

10:59AM  17         SHE SAW AN OPPORTUNITY TO DO BETTER, TO BE DIFFERENT, AND

10:59AM  18     HER CORE IDEA WAS ACTUALLY KIND OF SIMPLE.  SHE WANTED TO MAKE

10:59AM  19     IT EASIER TO GET A TEST, AS EASY AS YOUR VISIT TO A PHARMACY OR

10:59AM  20     GROCERY STORE OR MAYBE EVEN IN YOUR OWN HOME.

10:59AM  21         SHE WANTED THE EXPERIENCE OF GETTING A TEST TO BE BETTER.

11:00AM  22         PART OF THAT MEANT ELIMINATING THOSE BIG NEEDLES.  PART OF

11:00AM  23     THAT MEANT MAKING THE LOCATION, THE ENVIRONMENT, MORE

11:00AM  24     COMFORTABLE AND INVITING.

11:00AM  25         SHE WANTED TESTS TO BE CHEAPER, AND SHE DIDN'T THINK YOU

OPENING STATEMENT BY MR. WADE                                           565

| | | |
|---|---|---|
| 11:00AM | 1 | SHOULD BE CHARGED MORE BECAUSE YOU DIDN'T HAVE HEALTH |
| 11:00AM | 2 | INSURANCE. |
| 11:00AM | 3 | SHE WANTED PRICES TO BE MORE TRANSPARENT.  YOU SHOULD KNOW |
| 11:00AM | 4 | HOW MUCH YOU'RE GOING TO PAY BEFORE YOU GET THE TEST, BECAUSE |
| 11:00AM | 5 | SHE DIDN'T THINK THERE SHOULD BE ANY SURPRISES WHEN YOU GOT THE |
| 11:00AM | 6 | BILL IN THE MAIL. |
| 11:00AM | 7 | BY IMPROVING THE TESTING EXPERIENCE, SHE THOUGHT PEOPLE |
| 11:00AM | 8 | WOULD GET TESTED MORE OFTEN AND THAT THIS WOULD LEAD TO BETTER |
| 11:01AM | 9 | INFORMATION ABOUT YOUR HEALTH.  THAT WAS HER GOAL.  THAT WAS |
| 11:01AM | 10 | WHAT THERANOS SOUGHT TO ACHIEVE.  THAT IS WHAT IT HAD STARTED |
| 11:01AM | 11 | TO DELIVER. |
| 11:01AM | 12 | NOW, MS. HOLMES'S BELIEF AND DETERMINATION WERE NO SECRET. |
| 11:01AM | 13 | IT WAS OBVIOUS TO EVERYONE AROUND HER, TO THE PEOPLE WHO |
| 11:01AM | 14 | INVESTED IN HER, TO THE PEOPLE WHO PARTNERED WITH HER, TO THE |
| 11:01AM | 15 | PEOPLE WHO ADVISED HER, AND IT WAS OBVIOUS FROM THE WALLS OF |
| 11:01AM | 16 | THERANOS ITSELF. |
| 11:01AM | 17 | THIS CASE IS ABOUT THE STORY OF THERANOS AND OF |
| 11:02AM | 18 | ELIZABETH HOLMES. |
| 11:02AM | 19 | THE STORY YOU HEARD FROM THE GOVERNMENT WAS ONLY PART OF |
| 11:02AM | 20 | THIS STORY.  THERE IS ANOTHER PART OF THIS STORY THAT THE |
| 11:02AM | 21 | GOVERNMENT HAS COMPLETELY IGNORED. |
| 11:02AM | 22 | KNOWING THAT THE COMPANY ULTIMATELY DID NOT SUCCEED, THE |
| 11:02AM | 23 | GOVERNMENT HAS PRESENTED THE EVENTS OF THE COMPANY THROUGH A |
| 11:02AM | 24 | DIRTY LENS, POINTING TO SELECT FACTS TO PORTRAY THE COMPANY |
| 11:02AM | 25 | UNFAVORABLY AND TO CAST MS. HOLMES AS A VILLAIN. |

11:02AM   1        WHEN YOU VIEW THE WORLD THROUGH A DIRTY LENS, EVERYTHING

11:02AM   2    LOOKS DIRTY.

11:02AM   3        BUT THERE ARE MANY MORE FACTS AND THERE'S A DIFFERENT

11:03AM   4    LENS, A CLEAN LENS, THE LENS OF EVERYDAY LIFE OF A COMPANY IN

11:03AM   5    SILICON VALLEY, AND WHEN YOU CONSIDER ALL OF THE FACTS, ALL OF

11:03AM   6    THEM THROUGH THAT CLEAN LENS, YOU WILL SEE A DIFFERENT PICTURE.

11:03AM   7        THE REALITY OF WHAT HAPPENED AT THERANOS IS FAR, FAR MORE

11:03AM   8    COMPLICATED THAN WHAT YOU HAVE HEARD ABOUT ELIZABETH HOLMES SO

11:03AM   9    FAR.  FAR MORE HUMAN AND REAL, AND OFTENTIMES FAR MORE, I HATE

11:03AM  10    TO SAY IT, BUT TECHNICAL AND COMPLICATED AND BORING.

11:03AM  11        IT WILL TAKE MANY WEEKS FOR YOU TO CONSUME THAT EVIDENCE

11:04AM  12    THAT WILL TELL YOU THIS STORY.  PLEASE BE PATIENT.  PLEASE.

11:04AM  13    WAIT FOR ALL OF THE EVIDENCE.  WAIT FOR THE WHOLE PICTURE.

11:04AM  14        I WILL PREVIEW SOME OF THAT EVIDENCE TODAY.

11:04AM  15        TO ASSESS MS. HOLMES'S STATEMENTS TO THERANOS'S INVESTORS

11:04AM  16    AND PATIENTS, YOU NEED CONTEXT.  YOU NEED TO UNDERSTAND

11:04AM  17    MS. HOLMES'S BACKGROUND AND EXPERIENCE, HOW SHE CAME TO FOUND

11:04AM  18    THERANOS, HOW THE TECHNOLOGY DEVELOPED OVER TIME, HOW THE

11:04AM  19    BUSINESS GREW.

11:04AM  20        AND, YES, ULTIMATELY WHY IT FAILED.

11:04AM  21        I'LL GIVE YOU A FRAMEWORK TO CONSIDER THAT EVIDENCE AND

11:04AM  22    SOME QUESTIONS TO ASK ALONG THE WAY.

11:05AM  23        BUT BEFORE I DO, LET ME TOUCH BRIEFLY ON YOUR JOB IN THIS

11:05AM  24    CASE.

11:05AM  25        THERE WILL BE MANY DISAGREEMENTS THAT YOU WILL SEE IN THIS

11:05AM   1    TRIAL, BUT THERE IS SOMETHING ON WHICH ALL OF THE LAWYERS IN

11:05AM   2    THIS ROOM AGREE.  YOU HAVE HEARD IT DURING JURY SELECTION, AND

11:05AM   3    IN THE JUDGE'S PRETRIAL INSTRUCTIONS THIS MORNING.

11:05AM   4         MS. HOLMES SITS THERE TODAY IN THIS COURTROOM INNOCENT.

11:05AM   5    SHE IS INNOCENT.  AND WHATEVER MAY HAVE BEEN SAID OR WRITTEN

11:05AM   6    ABOUT HER BEFORE TODAY IS GONE.

11:05AM   7         THE SLATE STARTS CLEAN IN THIS COURTROOM, IN THIS TRIAL.

11:06AM   8    AND THAT PRESUMPTION OF INNOCENCE REMAINS THROUGHOUT THE TRIAL.

11:06AM   9    IT CAN ONLY BE REMOVED AFTER THE TRIAL IS COMPLETE, AND THEN

11:06AM  10    ONLY IF YOU ALL AGREE, EACH AND EVERY ONE OF YOU UNANIMOUSLY,

11:06AM  11    THAT THE GOVERNMENT HAS MET ITS HEAVY, HEAVY BURDEN OF PROVING

11:06AM  12    BEYOND A REASONABLE DOUBT THAT MS. HOLMES COMMITTED A CRIME FOR

11:06AM  13    WHICH SHE IS CHARGED.  THAT ASSESSMENT MUST WAIT FOR ALL OF THE

11:06AM  14    EVIDENCE TO BE PRESENTED.

11:06AM  15         THEN AND ONLY THEN CAN YOU OBJECT -- CAN YOU CONSIDER ALL

11:06AM  16    OF THAT EVIDENCE FAIRLY AND OBJECTIVELY.  AND WHEN YOU DO, YOU

11:07AM  17    WILL SEE THAT THE GOVERNMENT CANNOT MEET ITS BURDEN.

11:07AM  18    MS. HOLMES COMMITTED NO FRAUD, NO CRIMES.  SHE IS INNOCENT.

11:07AM  19         YOUR HONOR, NOW MIGHT BE A GOOD TIME FOR OUR BREAK.  I

11:07AM  20    KNOW YOU LOOKED AT 11:00 O'CLOCK.

11:07AM  21             THE COURT:  LET'S DO THAT.  THANK YOU.

11:07AM  22         LADIES AND GENTLEMEN, WE'RE GOING TO TAKE OUR MORNING

11:07AM  23    BREAK TODAY.  I THINK THIS WILL BE ABOUT 30 MINUTES,

11:07AM  24    30 MINUTES.  WE'LL TAKE A 30 MINUTE BREAK.

11:07AM  25         YOU CAN RETURN TO THE JURY ROOM.

| 11:07AM | 1 | I'M GOING TO ASK MS. HERNANDEZ-PEREZ, IF YOU COULD WAIT, I |

11:07AM  1      I'M GOING TO ASK MS. HERNANDEZ-PEREZ, IF YOU COULD WAIT, I

11:07AM  2   DO HAVE A QUESTION FOR YOU.

11:07AM  3      YOU CAN TAKE YOUR BREAK, AND REMEMBER THE ADMONITION IN

11:07AM  4   PLACE.  AND YOU CAN TAKE THE BREAK NOW AND WE WILL CALL YOU

11:07AM  5   BACK, OR SUMMON YOU BACK, IN ABOUT 30 MINUTES OR SO.

11:07AM  6      MS. KRATZMANN WILL ESCORT YOU TO THE JURY ROOM.  THANK

11:07AM  7   YOU.

11:07AM  8      (JURY OUT AT 11:07 A.M.)

11:08AM  9      (PROCEEDINGS HELD IN THE PRESENCE OF JUROR 7.)

11:08AM  10          THE COURT:  THANK YOU.  PLEASE BE SEATED.

11:08AM  11      THE RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATE HAVE

11:08AM  12   LEFT.

11:08AM  13      JUROR NUMBER 7, MS. HERNANDEZ-PEREZ, IS PRESENT.

11:08AM  14      MS. HERNANDEZ-PEREZ, WHAT I WANTED YOU TO DO IS TO PLEASE

11:08AM  15   CALL YOUR EMPLOYER, YOUR BOSS, AND COULD YOU INVESTIGATE AS TO

11:08AM  16   WHETHER OR NOT YOUR BOSS, HE OR SHE, WOULD AGREE TO RESCHEDULE

11:09AM  17   YOUR WORK TIME FOR THE TUESDAY, WEDNESDAY, AND FRIDAYS?  MAYBE

11:09AM  18   CAN YOU SEE IF YOU COULD ADJUST YOUR SCHEDULE?  IF YOUR

11:09AM  19   EMPLOYER WOULD BE WILLING TO DO THAT IN SOME MANNER FOR YOU?

11:09AM  20   COULD YOU DO THAT OVER THE BREAK AND CALL THEM?

11:09AM  21          JUROR:  OKAY, YEAH.  WELL, I NEED TO SEE IF SHE'S IN

11:09AM  22   TODAY.  I'M NOT SURE IF SHE'S WORKING.

11:09AM  23          THE COURT:  OH.  OKAY.

11:09AM  24      WELL, WHY DON'T YOU MAKE -- GIVE YOUR BEST EFFORT, AND

11:09AM  25   WHOEVER SHE IS OR HER OR WHOEVER ELSE IS IN CHARGE THERE, CAN

OPENING STATEMENT BY MR. WADE                                        569

```
11:09AM   1    YOU DO THAT AND THEN LET ME KNOW?  WE'LL CALL YOU BACK IN JUST

11:09AM   2    BEFORE EVERYBODY COMES IN TO FIND OUT IF YOU WERE ABLE TO TALK

11:09AM   3    WITH HER.

11:09AM   4        IF NOT, I MAY HAVE YOU DO THAT TOMORROW, REACH OUT AND

11:09AM   5    TALK WITH HER TOMORROW.  BUT SEE WHAT YOU CAN DO TODAY.  I'M

11:09AM   6    SURE YOU'LL BE ABLE TO GET SOME INFORMATION.

11:09AM   7        SO JUST TO BE CLEAR, I'M NOT ASKING YOU TO CHANGE YOUR

11:09AM   8    SCHEDULE FOR FIVE DAYS A WEEK, MONDAY THROUGH FRIDAY.  JUST FOR

11:09AM   9    THE DAYS OF OUR TRIAL TO SEE IF THEY WOULD ALLOW YOU TO START A

11:09AM  10    LITTLE LATER THAN YOU NORMALLY DO.

11:10AM  11            JUROR:  OKAY.  WELL, I'LL TRY CALLING THEN.

11:10AM  12            THE COURT:  OKAY.  GREAT.  ALL RIGHT.  THANK YOU SO

11:10AM  13    MUCH.  THANK YOU.

11:10AM  14        (PROCEEDINGS HELD OUT OF THE PRESENCE OF JUROR NUMBER 7.)

11:10AM  15            THE COURT:  PLEASE BE SEATED.

11:10AM  16        THE RECORD SHOULD REFLECT THAT JUROR NUMBER 7 HAS LEFT.

11:10AM  17        ANYTHING FURTHER BEFORE WE BREAK FROM THE GOVERNMENT?

11:10AM  18            MR. LEACH:  NO, YOUR HONOR.

11:10AM  19            MR. WADE:  NO, YOUR HONOR.

11:10AM  20            THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL BE BACK IN

11:10AM  21    ABOUT 30 MINUTES.  THANK YOU.

11:10AM  22        (RECESS FROM 11:10 A.M. UNTIL 11:52 A.M.)

11:52AM  23        (JURY OUT AT 11:52 A.M.)

11:52AM  24            THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

11:52AM  25    PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.
```

| | | |
|---|---|---|
| 11:52AM | 1 | OUR JURY IS NOT PRESENT. |
| 11:52AM | 2 | IS OUR JURY READY, MS. KRATZMANN? |
| 11:52AM | 3 | THE CLERK:  YES. |
| 11:52AM | 4 | THE COURT:  MS. KRATZMANN DID SPEAK WITH JUROR |
| 11:52AM | 5 | NUMBER 7 AS TO WHETHER OR NOT SHE WAS ABLE TO REACH HER |
| 11:52AM | 6 | EMPLOYER, AND APPARENTLY THE MANAGER WILL NOT BE IN UNTIL |
| 11:53AM | 7 | FRIDAY. |
| 11:53AM | 8 | I SUPPOSE WE'LL HAVE TO ASK MS. HERNANDEZ-PEREZ HER |
| 11:53AM | 9 | SCHEDULE.  I THINK SHE TOLD US SHE WORKS FRIDAY AS WELL.  SO |
| 11:53AM | 10 | WE'LL CHAT WITH HER AGAIN AT THE BREAK WHEN WE FINISH TODAY. |
| 11:53AM | 11 | SO LET'S BRING THE JURY IN, PLEASE. |
| 11:53AM | 12 | THE CLERK:  YES, YOUR HONOR. |
| 11:54AM | 13 | (PAUSE IN PROCEEDINGS.) |
| 11:55AM | 14 | (JURY IN AT 11:55 A.M.) |
| 11:55AM | 15 | THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE |
| 11:55AM | 16 | SEATED.  WE'RE BACK IN SESSION.  OUR JURY AND ALTERNATES ARE |
| 11:55AM | 17 | PRESENT.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE |
| 11:55AM | 18 | AGAIN. |
| 11:55AM | 19 | MR. WADE, YOU WOULD LIKE TO CONTINUE WITH YOUR OPENING? |
| 11:55AM | 20 | MR. WADE:  THANK YOU, YOUR HONOR. |
| 11:56AM | 21 | **(MR. WADE RESUMED HIS OPENING STATEMENT ON BEHALF OF THE** |
| 11:56AM | 22 | **DEFENDANT.)** |
| 11:56AM | 23 | MR. WADE:  WELL, BEFORE THE BREAK I TOLD YOU ABOUT |
| 11:56AM | 24 | THE END OF THE STORY OF THERANOS, AND WHY DON'T I TAKE THIS AS |
| 11:56AM | 25 | A CHANCE TO BACK UP AND START AT THE BEGINNING. |

11:56AM   1      LIKE MANY WHO COME TO THIS AREA FOR SCHOOL OR BUSINESS,

11:56AM   2   MS. HOLMES IS NOT ORIGINALLY FROM HERE, THOUGH SHE HAS SPENT

11:56AM   3   HER ENTIRE ADULT LIFE HERE.  AND SHE CURRENTLY LIVES HERE WITH

11:56AM   4   HER PARTNER, BILLY, WHO IS IN THE FRONT ROW HERE TODAY, AND HER

11:56AM   5   CHILD, THEIR CHILD.

11:56AM   6      DURING THIS CASE YOU'LL HEAR EVIDENCE OF MS. HOLMES

11:56AM   7   TALKING ABOUT GOALS FOR HERSELF AND FOR THERANOS, OF CHANGING

11:57AM   8   THE WORLD, OF TRANSFORMING HEALTH CARE, THESE BIG IDEAS.  YOU

11:57AM   9   CAN TRACE THOSE IDEAS AND THAT SENSE OF PURPOSE BACK TO HER

11:57AM  10   FAMILY DINNER TABLE WHERE MS. HOLMES WAS ENCOURAGED TO TRY TO

11:57AM  11   DO GREAT THINGS FOR OTHER PEOPLE.

11:57AM  12      HER PARENTS, CHRIS AND NOEL HOLMES, HAD BOTH BEEN PUBLIC

11:57AM  13   SERVANTS.  THEY TRIED TO INSTILL IN ELIZABETH A DESIRE TO

11:57AM  14   CHANGE THE WORLD FOR THE BETTER, TO COMMIT HERSELF TO THE

11:57AM  15   PUBLIC GOOD.  MS. HOLMES'S MOTHER, NOEL, IS ALSO IN THE

11:57AM  16   COURTROOM HERE TODAY.

11:57AM  17      MS. HOLMES GRADUATED FROM HIGH SCHOOL IN 2002.  WHEN SHE

11:57AM  18   WAS A TEENAGER, YOU MAY RECALL THAT THE INTERNET WAS JUST

11:57AM  19   COMING INTO OUR LIVES AND IT WASN'T YET GLUED TO ALL OF OUR

11:58AM  20   HANDS.

11:58AM  21      REMEMBER IN THIS PERIOD WE HAD SURVIVED THE Y2K WITHOUT

11:58AM  22   THE WORLD CRASHING DOWN.  WE HAD MADE IT THROUGH THE DOT COM

11:58AM  23   BOOM, AND A BIT OF THE BUST.  CELL PHONES WERE COMMON, BUT THIS

11:58AM  24   WAS LONG BEFORE THE IPHONE.

11:58AM  25      AMAZON EXISTED.  BARELY.  IT SOLD ONLY BOOKS.

OPENING STATEMENT BY MR. WADE                                    572

11:58AM   1        MARK ZUCKERBERG HAD STARTED AT COLLEGE, BUT HAD NOT YET

11:58AM   2    STARTED FACEBOOK.  IT WAS A DIFFERENT TIME.

11:58AM   3        BUT TECHNOLOGY WAS EMERGING AND THIS AREA WAS THE

11:58AM   4    EPICENTER OF IT, AND IT WAS AN OBVIOUS DESTINATION FOR SOMEONE

11:58AM   5    WITH MS. HOLMES'S INTEREST, AND IT LED HER TO STANFORD

11:58AM   6    UNIVERSITY.

11:58AM   7        SHE ARRIVED THERE IN THE FALL OF 2002, AND SHE WAS

11:59AM   8    SURROUNDED BY STUDENTS AND FACULTY WHO SHARED HER INTERESTS AND

11:59AM   9    PASSIONS, INTERESTS LIKE TECHNOLOGY, ENGINEERING, HEALTH CARE.

11:59AM  10        SHE STARTED STUDYING CHEMICAL ENGINEERING.  SHE MET A

11:59AM  11    PROFESSOR WHO WAS PREEMINENT IN THE FIELD, PROFESSOR

11:59AM  12    CHANNING ROBERTSON.

11:59AM  13        PROFESSOR ROBERTSON HAD BEEN ON THE STANFORD FACULTY FOR

11:59AM  14    OVER 30 YEARS.  HE HAD BEEN HONORED AS ONE OF THE 100 PEOPLE

11:59AM  15    WHO HAD CHANGED THE WORLD.  HE WAS A LEGEND IN THAT FIELD.

11:59AM  16        MS. HOLMES TOOK A CLASS FROM HIM AND ENDED UP WORKING AS A

11:59AM  17    RESEARCH ASSISTANT IN HIS RESEARCH LAB.

11:59AM  18        IN THIS TIME PERIOD, MANY WERE FOCUSSED ON MAKING THINGS

11:59AM  19    SMALLER, ON MAKING THEM PORTABLE.

11:59AM  20        THE ENGINEERS CALLED THESE CONCEPTS MICRO OR NANO

12:00PM  21    TECHNOLOGIES.  LARGE SERVERS MOVED TO THUMB DRIVES.  THOUSANDS

12:00PM  22    OF CD'S WE USED TO KEEP ON OUR SHELVES COULD NOW BE ON AN IPOD

12:00PM  23    THAT CAME OUT JUST AS MS. HOLMES CAME TO STANFORD.

12:00PM  24        THESE INNOVATIONS, THINGS THAT WE TAKE FOR GRANTED TODAY,

12:00PM  25    WERE MADE POSSIBLE BY YEARS AND YEARS OF RESEARCH AND

OPENING STATEMENT BY MR. WADE                                    573

| | | |
|---|---|---|
| 12:00PM | 1 | DEVELOPMENT. |
| 12:00PM | 2 | THE EVIDENCE WILL SHOW THAT IN DR. ROBERTSON'S RESEARCH, |
| 12:00PM | 3 | IN HIS LAB, THEY WERE FOCUSSED ON MICRO TECHNOLOGIES RELATED TO |
| 12:00PM | 4 | FLUIDS, A SCIENCE OF MICROFLUIDICS.  AND MS. HOLMES WAS |
| 12:00PM | 5 | FASCINATED BY IT. |
| 12:00PM | 6 | AND HER INTEREST GREW DEEPER HER FIRST SUMMER OF COLLEGE |
| 12:00PM | 7 | WHEN SHE WAS ALSO LUCKY ENOUGH TO WORK IN SINGAPORE AT THE |
| 12:01PM | 8 | GENOME INSTITUTE, A WORLD RENOWNED LAB FOCUSSED ON MICRO |
| 12:01PM | 9 | TECHNOLOGIES RELATED TO INFECTIOUS DISEASE. |
| 12:01PM | 10 | THERE MS. HOLMES WORKED ON A NEW METHOD TO DETECT THE SARS |
| 12:01PM | 11 | VIRUS THAT PROMPTED THE OUTBREAK IN ASIA IN 2003, A PREDECESSOR |
| 12:01PM | 12 | TO THE SARS COVID-19 VIRUS THAT WE HAVE ALL GROWN TOO FAMILIAR |
| 12:01PM | 13 | WITH. |
| 12:01PM | 14 | DON'T GET ME WRONG.  IT WAS ENTRY LEVEL WORK.  IT WAS NOT |
| 12:01PM | 15 | GLAMOROUS, BUT SHE LOVED IT. |
| 12:01PM | 16 | AND THE EXPOSURE TO THESE CONCEPTS PROMPTED HER TO HAVE |
| 12:01PM | 17 | SOME NEW THOUGHTS AND AN IDEA BEGAN TO CRYSTALLIZE IN HER MIND |
| 12:01PM | 18 | YOU WILL SEE. |
| 12:01PM | 19 | SHE STARTED TO SKETCH OUT A SYSTEM THAT WOULD MINIATURIZE |
| 12:01PM | 20 | LAB TESTS.  HER ADVISOR AT THE GENOME INSTITUTE THOUGHT SHE WAS |
| 12:02PM | 21 | ON TO SOMETHING AND ENCOURAGED HER TO KEEP WORKING. |
| 12:02PM | 22 | SO WHEN THAT PROGRAM WAS DONE AND SHE HEADED HOME TO HER |
| 12:02PM | 23 | PARENTS' HOUSE BEFORE HEADING BACK TO COLLEGE, SHE SAT IN HER |
| 12:02PM | 24 | CHILDHOOD BEDROOM AND SHE DID SOMETHING UNUSUAL FOR SOMEONE WHO |
| 12:02PM | 25 | IS 19 YEARS OLD.  SHE IMMERSED HERSELF IN DENSE ACADEMIC |

12:02PM  1    LITERATURE IN THE FIELD OF DIAGNOSTIC TESTING.  SHE WORKED ON

12:02PM  2    DRAWINGS, AND SHE STARTED DRAFTING A PATENT APPLICATION THAT

12:02PM  3    DETAILED HER INVENTION.  THIS IS THAT APPLICATION.

12:02PM  4         MS. HOLMES FILED IT IN SEPTEMBER OF 2003 WHEN SHE WAS

12:02PM  5    19 YEARS OLD.

12:02PM  6         IT DESCRIBED A MINIATURIZED SYSTEM THAT WOULD CONDUCT A

12:03PM  7    TEST, COMMUNICATE THE RESULT OVER THE INTERNET, AND THEN

12:03PM  8    PROVIDE TREATMENT BACK TO THE PATIENT.

12:03PM  9         WHEN MS. HOLMES RETURNED TO COLLEGE THAT FALL,

12:03PM 10    PROFESSOR ROBERTSON AND OTHERS TOLD HER THAT THEY SAW

12:03PM 11    INCREDIBLE POTENTIAL IN THIS IDEA.

12:03PM 12         AND AS SHE CONTINUED TO DO RESEARCH, MS. HOLMES GREW MORE

12:03PM 13    PASSIONATE.

12:03PM 14         SHE WANTED TO TURN THIS IDEA INTO SOMETHING REAL.  SHE WAS

12:03PM 15    19 YEARS OLD.  SHE HAD AN IDEA, A DREAM, AND SHE HAD

12:03PM 16    ACCOMPLISHED SCIENTISTS AND ENGINEERS TELLING HER THAT IT HAD

12:03PM 17    REAL POTENTIAL.  SHE SAW THIS AS HER OPPORTUNITY TO MAKE A

12:03PM 18    DIFFERENCE.

12:03PM 19         NO PRODUCT, NO REAL CAPABILITY TO CREATE ONE, NO

12:03PM 20    EXPERIENCE IN BUSINESS.  SHE HAD LIMITED RESOURCES AND ONLY ONE

12:04PM 21    YEAR OF COLLEGE UNDER HER BELT.

12:04PM 22         YET SHE DECIDED TO TAKE A LEAP AND PURSUE THAT IDEA.  SHE

12:04PM 23    LEFT COLLEGE AND WENT TO WORK FULL TIME BUILDING A COMPANY.

12:04PM 24    SHE PLACED A BIG BET ON THIS IDEA.  SHE PUT ALL OF HER MONEY,

12:04PM 25    YOU WILL HEAR, ALL OF HERSELF, HER FUTURE, INTO THIS NEWLY

12:04PM   1      FORMED COMPANY THAT SOON BECAME THERANOS.

12:04PM   2           SHE WAS JUST 19 -- 20 -- HAD JUST TURNED 20 YEARS OLD.

12:04PM   3           AT THE SAME TIME, ELIZABETH RECONNECTED WITH A MAN THAT

12:04PM   4      SHE MET THE SUMMER OF HER SENIOR YEAR OF HIGH SCHOOL,

12:04PM   5      SUNNY BALWANI.  SHE MET MR. BALWANI DURING THE SUMMER OF 2002

12:04PM   6      WHEN SHE WAS ON A TRIP TO CHINA STUDYING LANGUAGE.  SHE WAS 18.

12:05PM   7      SHE HAD NOT YET STARTED COLLEGE.

12:05PM   8           MR. BALWANI WAS 37 YEARS OLD.

12:05PM   9           A YEAR AND A HALF LATER, AS SHE WAS TRYING TO FIGURE OUT

12:05PM   10     HOW TO BUILD HER BUSINESS, MR. BALWANI ENCOURAGED HER TO LEAVE

12:05PM   11     SCHOOL AND PURSUE HER IDEA.

12:05PM   12          AND YOU'LL HEAR THAT HE PURSUED A PERSONAL RELATIONSHIP

12:05PM   13     WITH HER AS WELL.  IN THIS CASE YOU'LL LEARN THAT CERTAIN

12:05PM   14     ASPECTS OF THAT RELATIONSHIP HAD A BIG IMPACT ON MS. HOLMES.

12:05PM   15          YOU'LL HEAR THAT TRUSTING AND RELYING ON MR. BALWANI AS

12:05PM   16     HER PRIMARY ADVISOR WAS ONE OF HER MISTAKES.

12:06PM   17          NOW, IN THE EARLIEST DAYS OF THE COMPANY, MS. HOLMES AND A

12:06PM   18     SMALL TEAM OF EMPLOYEES FOCUSSED ON RESEARCH AND DEVELOPMENT

12:06PM   19     WORK, WHAT THEY CALLED R&D, TRYING TO MAKE THAT IDEA INTO A

12:06PM   20     REALITY.

12:06PM   21          YOU'LL HEAR EVIDENCE OF LATE NIGHTS, WEEKENDS, SOMETIMES

12:06PM   22     OFTEN OUT OF NECESSITY, BUT MAYBE JUST AS OFTEN OUT OF

12:06PM   23     EXCITEMENT ABOUT THE PROGRESS THAT THEY WERE MAKING.

12:06PM   24          AND THE TEAM WORKED HARD, AND IT PAID OFF.  THEY MADE REAL

12:06PM   25     PROGRESS.  THERANOS DEVELOPED TESTS CALLED IMMUNO ASSAYS USING

12:06PM   1     A MUCH SMALLER SAMPLE OF BLOOD THAN EXISTING TESTS AT THAT

12:07PM   2     TIME.

12:07PM   3           SCIENTISTS BELIEVED THE ASSAYS THAT THEY DEVELOPED WERE

12:07PM   4     AMONG SOME OF THE MOST COMPLICATED AND DIFFICULT ASSAYS OUT

12:07PM   5     THERE.

12:07PM   6           NOW, OF COURSE THERE WERE ALSO SETBACKS, AND YOU MAY HEAR

12:07PM   7     ABOUT SOME OF THEM.  YOU UNDOUBTEDLY WILL.  BUT SETBACKS ARE

12:07PM   8     NOT UNUSUAL FOR A YOUNG COMPANY DOING NEW THINGS.

12:07PM   9           THERANOS CERTAINLY DIDN'T SEE MISTAKES AS CRIMES.  THEY

12:07PM  10     SAW THEM AS PART OF THE PATH TO SUCCESS.

12:07PM  11           THE GOVERNMENT MENTIONED THERANOS'S EARLY WORK WITH

12:07PM  12     PHARMACEUTICAL COMPANIES.  THERANOS DID DO WORK WITH SOME OF

12:07PM  13     THE BIGGEST PHARMACEUTICAL COMPANIES AND HOSPITALS IN THE

12:07PM  14     WORLD, COMPANIES LIKE NOVARTIS, AND MERCK, AND ASTRAZENECA AND

12:08PM  15     INSTITUTIONS LIKE STANFORD AND MAYO CLINIC.

12:08PM  16           PEOPLE WITHIN THERANOS THOUGHT THE PROJECTS FOR THE MOST

12:08PM  17     PART WERE SUCCESSFUL.  YOU CAN SEE THAT HERE IN A LIST OF

12:08PM  18     COMPLETED SUCCESSES THAT WAS SHARED WITH MS. HOLMES IN 2009.

12:08PM  19           NOW, YOU MAY HEAR DURING THIS CASE THAT THIS WAS NOT A BIG

12:08PM  20     DEAL FOR SOME OF THE LARGER PHARMACEUTICAL COMPANIES IN THE

12:08PM  21     WORLD.  YOU MAY HEAR THAT.

12:08PM  22           BUT YOU'LL HEAR THAT IT WAS A REAL BOOST OF CONFIDENCE TO

12:08PM  23     MANY AT THIS YOUNG COMPANY.  IT WAS A BIG DEAL.

12:08PM  24           YOU SHOULD ALSO KNOW THAT THERANOS GAINED FEEDBACK AS A

12:08PM  25     RESULT OF THAT BIG WORK ON HOW TO MOVE FORWARD AS A COMPANY AND

OPENING STATEMENT BY MR. WADE                                            577

12:08PM   1    WHERE TO FOCUS COMMERCIALLY.

12:09PM   2         AND YOU'LL SEE DURING THIS TRIAL THAT THERANOS'S RESEARCH

12:09PM   3    AND DEVELOPMENT TEAMS WERE GOING NONSTOP, ALWAYS WORKING ON

12:09PM   4    DEVELOPING AND EXPANDING AND IMPROVING THE COMPANY'S

12:09PM   5    TECHNOLOGY.

12:09PM   6         THAT TECHNOLOGY FELL INTO THREE CATEGORIES:  ASSAYS,

12:09PM   7    HARDWARE, AND SOFTWARE.

12:09PM   8         YOU'LL SEE DURING THE TRIAL THAT THE GOVERNMENT IS

12:09PM   9    FOCUSSED INTENSELY ON THE DEVICES THAT THERANOS WAS WORKING TO

12:09PM  10    DEVELOP.

12:09PM  11         THAT'S NOT SURPRISING.  A DEVICE IS TANGIBLE.  YOU CAN

12:09PM  12    TOUCH IT.  YOU CAN HOLD IT.

12:09PM  13         BUT THE DEVICE WAS NEVER THE FOUNDATIONAL BUILDING BLOCK

12:09PM  14    OF WHAT THERANOS SET OUT TO ACHIEVE.  INSTEAD, THE EVIDENCE

12:09PM  15    WILL SHOW THAT ELIZABETH FOCUSSED ON THE CHEMISTRY OF THE

12:10PM  16    ASSAYS THAT THERANOS WAS DEVELOPING.

12:10PM  17         AN ASSAY, AS MR. LEACH EXPLAINED, IS KIND OF A FANCY WORD

12:10PM  18    FOR A TEST.  IT'S A RECIPE THAT YOU USE, YOU TAKE A SAMPLE, YOU

12:10PM  19    MIX IT WITH SOME CHEMICALS, AND THAT CREATES A REACTION.  YOU

12:10PM  20    ADD DIFFERENT VARIABLES, LIKE TEMPERATURE AND TIME, AND YOU CAN

12:10PM  21    MEASURE THAT REACTION AND DELIVER A TEST RESULT.

12:10PM  22         THIS IS THE KEY TO LABORATORY TESTING.

12:10PM  23         MOST OF US WILL ONLY EXPERIENCE MAYBE 25 TO 40 DIFFERENT

12:10PM  24    KINDS OF ASSAYS DURING OUR LIVES.  YOU MAYBE HAVE THEM WHEN YOU

12:10PM  25    WENT TO THE DOCTOR, TESTS THAT MEASURE YOUR GLUCOSE AND SODIUM,

12:11PM   1    POTASSIUM, TESTOSTERONE, CHOLESTEROL, VITAMIN LEVELS, IRON.

12:11PM   2        YOU'LL SEE DURING THIS TRIAL THAT MS. HOLMES WANTED TO BE

12:11PM   3    ABLE TO TAKE THESE ROUTINE TESTS WHENEVER POSSIBLE WITH A SMALL

12:11PM   4    SAMPLE OF BLOOD.

12:11PM   5        THIS WAS NOT COMMON AT THAT TIME.  MANY OF THESE TESTS HAD

12:11PM   6    NOT BEEN DONE THAT WAY.  MANY THOUGHT IT WAS NOT POSSIBLE.

12:11PM   7        BUT THE ABILITY TO DO THE TESTS WITH SMALL AMOUNTS OF

12:11PM   8    BLOOD WAS CRITICAL TO WHAT MS. HOLMES WANTED TO DO.  THIS IS

12:11PM   9    WHERE THERANOS FOCUSSED AND EXCELLED.

12:11PM   10       OVER THE SPAN OF A DECADE, THERANOS DEVELOPED AND

12:11PM   11   VALIDATED MORE THAN 235 NEW SMALL SAMPLE TESTS IN ITS RESEARCH

12:11PM   12   AND DEVELOPMENT LABORATORY.  THIS WORK WAS DOCUMENTED ACROSS

12:12PM   13   MORE THAN 10,000 PAGES OF INTERNAL COMPANY DOCUMENTS.  IT

12:12PM   14   MEMORIALIZED YEARS OF WORK.  THAT'S THE EQUIVALENT OF 20 REAMS

12:12PM   15   OF PAPER FULL OF THESE VALIDATION REPORTS DOCUMENTING THAT HARD

12:12PM   16   WORK.

12:12PM   17       THE RESULTS WERE IMPRESSIVE.  THE ACHIEVEMENTS WERE REAL.

12:12PM   18       NOW, THE GOVERNMENT HAS TALKED A LOT ABOUT THE HARDWARE,

12:12PM   19   AND YOU'LL HEAR A LOT ABOUT THE HARDWARE IN THIS CASE.

12:12PM   20       THE COMPANY ALSO WORKED TO DEVELOP HARDWARE THAT WAS NEW

12:12PM   21   AND IMPRESSIVE.  YOU WILL SEE THAT THERANOS'S ENGINEERS

12:12PM   22   MINIATURIZED AND COMBINED TESTING TOOLS INTO A SINGLE DEVICE

12:12PM   23   THAT WAS SMALL AND PORTABLE.

12:12PM   24       IF YOU LOOK INSIDE, YOU CAN SEE THAT THERE'S REAL

12:12PM   25   TECHNOLOGY INSIDE AND THE RESULTS OF THE HARD WORK OF THE

12:13PM   1    RESEARCH AND DEVELOPMENT TEAM.  AND THROUGHOUT THIS CASE YOU

12:13PM   2    WILL HEAR ABOUT MANY DIFFERENT VERSIONS OF THIS DEVICE AS THEY

12:13PM   3    WERE CONTINUOUSLY WORKING TO IMPROVE AND BUILD THE NEXT

12:13PM   4    GENERATION PRODUCTS.

12:13PM   5        FOR ALL OF THESE ITEMS, YOU ALSO NEED SOFTWARE TO MAKE IT

12:13PM   6    WORK, AND THERANOS DEVELOPED THIS SOFTWARE FROM SCRATCH.  TODAY

12:13PM   7    WE ALL TAKE APPS FOR GRANTED.  ADVANCEMENTS HAVE MADE IT A LOT

12:13PM   8    EASIER TO DEVELOP APPS.  TEEN-AGE KIDS ARE DOING IT IN THEIR

12:13PM   9    BEDROOM.

12:13PM  10        BUT BACK THEN APPS WERE NEW AND FAR LESS COMMON, AND IT

12:13PM  11    REQUIRED THERANOS TO INVEST A LOT IN DEVELOPING THOSE -- THAT

12:13PM  12    SOFTWARE SO THAT PATIENTS COULD USE THEM TO GET -- TO ORDER

12:13PM  13    THEIR TESTS AND GET THE RESULTS DELIVERED TO THEM.

12:14PM  14        THE COMPANY ALSO HAD TO BUILD CUSTOM DATABASES THAT

12:14PM  15    CONNECTED TO THE TESTING HARDWARE, COMPUTED AND STORED TESTING

12:14PM  16    RESULTS, AND THEN COMMUNICATED THOSE RESULTS ELECTRONICALLY

12:14PM  17    DIRECTLY TO THE PATIENT OR TO THE PATIENT'S DOCTOR.  THAT WAS A

12:14PM  18    LOT OF HARD WORK, A LOT OF EFFORT.

12:14PM  19        NOW, I WANT TO TURN YOUR ATTENTION TO WHAT THE EVIDENCE

12:14PM  20    WILL SHOW WITH RESPECT TO A PERIOD IN 2009 AND '10, A TIME WHEN

12:14PM  21    THERANOS MADE A SIGNIFICANT TECHNOLOGICAL BREAKTHROUGH, ONE

12:14PM  22    THAT WAS THE RESULT OF YEARS OF INCREDIBLY HARD WORK BY THE

12:14PM  23    COMPANY'S SCIENTISTS.

12:14PM  24        YOU WILL LEARN THAT WHEN IT HAPPENED, IT CHANGED THE

12:14PM  25    COMPANY'S PERCEPTION OF WHAT WAS POSSIBLE.  IT OPENED THE DOOR

OPENING STATEMENT BY MR. WADE                                      580

12:14PM   1    TO NEW BUSINESS OPPORTUNITIES, TO A NEW WAY OF THINKING ABOUT

12:14PM   2    HOW IT COULD IMPACT HEALTH CARE.

12:15PM   3        SO WHAT HAPPENED?

12:15PM   4        WELL, IN 2009 -- BEFORE 2009, THERANOS COULD DO ONE METHOD

12:15PM   5    OF THOSE ASSAYS, IMMUNOASSAYS.

12:15PM   6        BUT AFTER THIS BREAKTHROUGH ON THE ASSAY RESEARCH AND

12:15PM   7    DEVELOPMENT, THEY HAD THE CAPACITY TO DO THREE ADDITIONAL

12:15PM   8    METHODS, FOUR IN TOTAL.

12:15PM   9        ALL, ALL FOUR CATEGORIES COULD USE THE SMALL SAMPLE

12:15PM   10   TECHNOLOGY, THE SMALL SAMPLE APPROACH.

12:15PM   11       THIS WAS A SIGNIFICANT EXPANSION OF POSSIBLE TESTS.  AND

12:15PM   12   YOU'LL SEE THAT ELIZABETH WAS TOLD BY THE COMPANY SCIENTISTS

12:15PM   13   THAT THEY COULD DEVELOP HARDWARE TO RUN THESE FOUR CATEGORIES

12:15PM   14   OF SMALL SAMPLE TESTS ON A SINGLE DEVICE.

12:16PM   15       SOMETHING LIKE THIS HAD NEVER BEEN DONE BEFORE.

12:16PM   16       AND YOU WILL LEARN THAT IN THIS SAME PERIOD, THERANOS

12:16PM   17   SCIENTISTS ESTIMATED THAT THE COMPANY COULD COVER 96 PERCENT OF

12:16PM   18   TESTS ORDERED IN THE UNITED STATES BY DEVELOPING 125 TESTS.

12:16PM   19       THIS OPENED UP HUGE NEW OPPORTUNITIES.  IF THE

12:16PM   20   BREAKTHROUGH COULD BE REALIZED, THERANOS COULD PUT A DEVICE

12:16PM   21   WITH THE ABILITY TO RUN A FULL RANGE OF COMMON TESTS IN ALL

12:16PM   22   KINDS OF DIFFERENT PLACES, HOSPITALS, DOCTOR'S OFFICES,

12:16PM   23   PHARMACIES, AIRPORTS, SCHOOLS.

12:16PM   24       SO WHAT DID THERANOS DO IN RESPONSE TO THIS BREAKTHROUGH?

12:16PM   25       YOU'LL HEAR THAT IT MADE A MASSIVE INVESTMENT TO DEVELOP

OPENING STATEMENT BY MR. WADE                                              581

12:16PM   1    AND VALIDATE THE TECHNOLOGY, AND YOU'LL SEE THE TANGIBLE

12:17PM   2    RESULTS OF THAT INVESTMENT.  HUNDREDS OF NEW ASSAYS WERE

12:17PM   3    DEVELOPED USING THE SMALL SAMPLE.  HUNDREDS OF PATENTS WORTH

12:17PM   4    MILLIONS UPON MILLIONS OF DOLLARS WERE FILED.  THE COMPANY'S

12:17PM   5    HARDWARE AND SOFTWARE TOOK STEPS FORWARD.

12:17PM   6         AND YOU'LL ALSO LEARN HOW THIS DEVELOPMENT INFLUENCED THE

12:17PM   7    WAY THAT MS. HOLMES SAW, THOUGHT, AND TALKED ABOUT THE COMPANY

12:17PM   8    AND WHAT IT WAS DOING AND WHERE IT WAS HEADING.

12:17PM   9         YOU'LL SEE HER BELIEFS IN EARLY DISCUSSIONS WITH POTENTIAL

12:17PM  10    RETAILERS WHO IT WANTED TO PARTNER WITH.

12:17PM  11         YOU WILL SEE THEM IN THE PATENTS THAT ARE FILED ON THE

12:17PM  12    COMPANY'S BEHALF.

12:17PM  13         YOU'LL SEE THEM IN WHAT SHE TOLD GOVERNMENT REGULATORS.

12:17PM  14         AND YOU'LL SEE THEM IN THE WAY THAT SHE LATER SPOKE

12:18PM  15    PUBLICLY ABOUT THIS TECHNOLOGY.

12:18PM  16         NOW, ELIZABETH WAS STILL YOUNG.  SHE LACKED MANY OF THE

12:18PM  17    SKILLS AND EXPERIENCE NEEDED TO GET ALL OF THIS WORK DONE IN

12:18PM  18    THE SCIENCE, THE ENGINEERING, AND THE BUSINESS.  AND SHE KNEW

12:18PM  19    THAT.

12:18PM  20         SO SHE RECRUITED AND HIRED AN INCREDIBLY TALENTED GROUP OF

12:18PM  21    PEOPLE WITH FAR GREATER EXPERTISE TO ASSUME A LOT OF THESE

12:18PM  22    IMPORTANT ROLES, A TEAM THAT WAS UNUSUALLY STRONG FOR A COMPANY

12:18PM  23    OF THIS AGE, OF THIS SIZE, AND ONE THAT CONTINUED TO STRENGTHEN

12:18PM  24    OVER TIME, A SLEW OF SCIENTISTS, ENGINEERS, BUSINESS PEOPLE,

12:18PM  25    AND LEGAL ADVISORS, AND A WIDE RANGE OF OTHER TALENTED

| 12:18PM | 1 | EMPLOYEES: 52 SCIENTISTS WITH PH.D.'S; 10 MEDICAL DOCTORS |
| 12:19PM | 2 | WORKED THERE; 37 EMPLOYEES WITH MASTER'S DEGREES IN SCIENCE OR |
| 12:19PM | 3 | TECHNOLOGY; AND AN ARMY OF HUNDREDS OF OTHER DEDICATED |
| 12:19PM | 4 | EMPLOYEES; SEASONED VETERANS FROM TOP COMPANIES IN GOVERNMENT, |
| 12:19PM | 5 | SOME OF THE BEST LAW FIRMS IN THE COMPANY TO ADVISE IT. |
| 12:19PM | 6 | THE ACHIEVEMENTS OF THERANOS CAME FROM THIS TEAM THAT |
| 12:19PM | 7 | MS. HOLMES ASSEMBLED.  THE DESIRE TO TRANSFORM HEALTH CARE AND |
| 12:19PM | 8 | THE COMMITMENT TO A BROADER MISSION AND PURPOSE YOU WILL HEAR |
| 12:19PM | 9 | EXTENDED BEYOND HER. |
| 12:19PM | 10 | AS THE COMPANY GREW, SOME OF THE SCIENTIFIC EXECUTIVES |
| 12:19PM | 11 | PUSHED MS. HOLMES TO ADD A MORE EXPERIENCED BUSINESS EXECUTIVE |
| 12:19PM | 12 | TO GUIDE OPERATIONS ON A DAY-TO-DAY BASIS. |
| 12:19PM | 13 | MR. BALWANI REENTERED THE PICTURE.  THE EVIDENCE WILL SHOW |
| 12:20PM | 14 | THAT ELIZABETH BELIEVED MR. BALWANI TO BE THE BEST BUSINESS |
| 12:20PM | 15 | EXECUTIVE THAT SHE KNEW.  SHE HAD BEEN RELYING ON HIS ADVICE IN |
| 12:20PM | 16 | THE BACKGROUND FOR YEARS AS SHE WAS BUILDING THERANOS AND AS IT |
| 12:20PM | 17 | WAS GROWING. |
| 12:20PM | 18 | AND SO WHEN SHE WAS ENCOURAGED TO BRING IN AN EXPERIENCED |
| 12:20PM | 19 | EXECUTIVE, SHE THOUGHT MR. BALWANI WOULD BE A GOOD FIT. |
| 12:20PM | 20 | YOU WILL HEAR HOW MR. BALWANI'S RELENTLESS DRIVE HELPED |
| 12:20PM | 21 | PUSH THE COMPANY FORWARD.  HE WAS THE SENIOR MANAGER WHO WAS |
| 12:20PM | 22 | RESPONSIBLE FOR MANY AREAS OF THE COMPANY'S OPERATIONS LIKE THE |
| 12:20PM | 23 | FINANCIAL MODELING AND THE CLINICAL LABORATORY WHERE PATIENT |
| 12:20PM | 24 | TESTING OCCURRED. |
| 12:20PM | 25 | YOU WILL ALSO HEAR THAT MR. BALWANI WAS HARD CHARGING.  HE |

OPENING STATEMENT BY MR. WADE                                                583

```
12:21PM   1    DEMANDED DEVOTION AND HARD WORK AND EXPECTED LONG HOURS FROM

12:21PM   2    THOSE WORKING WITH HIM.  HE EXPECTED THIS FROM HIMSELF AND FROM

12:21PM   3    EVERYONE, INCLUDING MS. HOLMES, BECAUSE TO HIM EVERY PROBLEM

12:21PM   4    HAD A SOLUTION IF EVERYONE WORKED HARD ENOUGH TO SOLVE IT.

12:21PM   5        NOW, YOU'LL LEARN THAT MR. BALWANI SOMETIMES DID NOT TAKE

12:21PM   6    WELL TO PEOPLE WHO DISAGREED WITH HIM.  YOU WILL HEAR THAT

12:21PM   7    SOMETIMES HE HAD A TEMPER, COULD LASH OUT, AND DID NOT ALWAYS

12:21PM   8    TREAT PEOPLE KINDLY.

12:21PM   9        YOU WILL LEARN HOW HE TESTED THE LIMITS OF SOME EMPLOYEES

12:21PM  10    AND PROMPTED OTHERS TO LEAVE THE COMPANY, OFTENTIMES ON BAD

12:21PM  11    TERMS.

12:21PM  12        AND I MENTIONED BEFORE THAT MR. BALWANI HAD A PERSONAL

12:22PM  13    RELATIONSHIP WITH MS. HOLMES.  THERE WAS A SIDE OF THAT

12:22PM  14    RELATIONSHIP THAT MANY PEOPLE SAW AND MAY TALK ABOUT DURING

12:22PM  15    THIS CASE.

12:22PM  16        BUT LIKE WITH MANY PERSONAL RELATIONSHIPS, THERE WAS

12:22PM  17    ANOTHER SIDE TO IT THAT MOST PEOPLE NEVER SAW.  YOU WILL HAVE

12:22PM  18    TO WAIT FOR ALL OF THE EVIDENCE AND THEN DECIDE HOW TO FAIRLY

12:22PM  19    VIEW THAT RELATIONSHIP IN ITS FULL.

12:22PM  20        LET ME RETURN TO THE BUSINESS AND HOW IT CONTINUED TO

12:22PM  21    DEVELOP IN 2009 AND 2010.

12:22PM  22        TODAY YOU CAN GO TO A PHARMACY AT CVS OR SAFEWAY OR

12:22PM  23    WAL-MART AND GET MUCH MORE THAN A PRESCRIPTION.  YOU CAN GET A

12:22PM  24    FLU SHOT OR A VACCINE, A COVID VACCINE.  MANY OF US GOT THEM

12:23PM  25    THERE.
```

OPENING STATEMENT BY MR. WADE                                          584

12:23PM   1          YOU CAN EVEN GET YOUR BLOOD DRAWN IN SOME LOCATIONS TODAY.

12:23PM   2          IN 2009, THIS WAS STILL A NEW CONCEPT, BUT RETAIL

12:23PM   3     COMPANIES WERE LOOKING FOR THESE OPPORTUNITIES.  THEY WERE

12:23PM   4     LOOKING FOR THE ABILITY TO PROVIDE NEW HEALTH CARE SERVICES IN

12:23PM   5     THEIR STORES.

12:23PM   6          THERANOS STARTED LOOKING TO BRING ITS TESTING TECHNOLOGY

12:23PM   7     TO CONSUMERS BY PARTNERING WITH RETAIL PHARMACIES AND IT MET,

12:23PM   8     YOU'LL HEAR, SOME OF THE BIGGEST RETAIL PHARMACIES AND GROCERY

12:23PM   9     STORES IN THE COUNTRY TO EXPLORE PARTNERSHIPS, COMPANIES LIKE

12:23PM  10     CVS AND WAL-MART AND TARGET.

12:23PM  11          PROGRESS WAS SLOW.  THERANOS HAD NO RETAIL EXPERIENCE, NO

12:24PM  12     LAB EXPERIENCE.  ITS PRODUCT WAS STILL MATURING.  IT HAD NO

12:24PM  13     FORMAL REGULATORY APPROVALS.

12:24PM  14          MS. HOLMES HAD THIS IDEA ABOUT HOW SHE COULD TRANSFORM

12:24PM  15     TESTING, BUT SHE WAS THEN ONLY 25 YEARS OLD AND HAD NO

12:24PM  16     MEANINGFUL BUSINESS EXPERIENCE.

12:24PM  17          MOST OF THESE SOPHISTICATED RETAILERS COULD SEE THAT,

12:24PM  18     COMPANIES LIKE WAL-MART AND CVS.  THEY SAID, NICE IDEA, MAYBE

12:24PM  19     LATER.

12:24PM  20          BUT SOME BIG AND EXPERIENCED RETAILERS WERE MORE DARING,

12:24PM  21     OR MAYBE MORE DESPERATE, TO GO AFTER THESE KINDS OF SERVICES.

12:24PM  22          WALGREENS AND SAFEWAY DECIDED THAT THEY WOULD NOT PASS ON

12:24PM  23     THIS OPPORTUNITY TO PARTNER WITH THERANOS.

12:25PM  24          NOW, THESE TWO COMPANIES HAD NOT SURVIVED FOR DECADES IN

12:25PM  25     BUSINESS BY IGNORING RISK.  WALGREENS AND SAFEWAY INVESTIGATED,

OPENING STATEMENT BY MR. WADE                                    585

12:25PM  1    RESEARCHED, AND QUESTIONED THERANOS AND TURNED IT UPSIDE DOWN,

12:25PM  2    ALL IN AN EFFORT TO ASSESS THOSE RISKS, AND YOU WILL HEAR ABOUT

12:25PM  3    THAT EVIDENCE IN THIS CASE.

12:25PM  4         IN CORPORATE AMERICA, IT'S CALLED DUE DILIGENCE, AND THEY

12:25PM  5    PERFORMED A LOT OF IT.  THESE COMPANIES BROUGHT IN ARMIES OF

12:25PM  6    EXECUTIVES, CONSULTANTS, SCIENTISTS, AND LAWYERS TO VET THE

12:25PM  7    BENEFITS AND THE RISKS OF THIS PARTNERSHIP.

12:25PM  8         YOU WILL HEAR THEY IDENTIFIED MANY RISKS, BUT THEY WANTED

12:25PM  9    A DEAL WITH THERANOS BECAUSE OF WHAT THEY THOUGHT THERANOS

12:25PM 10    COULD PROVIDE IT.

12:25PM 11         BUT YOU WILL LEARN THEY ALSO HAD GOOD LAWYERS.  AND IN THE

12:26PM 12    DEAL DOCUMENTS, THEY MADE SURE THAT THEY COULD WALK AWAY FROM

12:26PM 13    THERANOS OR CHANGE THE DEAL IF THEY WERE NOT HAPPY WITH HOW IT

12:26PM 14    WAS GOING.

12:26PM 15         WITH WALGREENS, THE SHARED GOAL WAS TO PUT A THERANOS

12:26PM 16    DEVICE IN EVERY WALGREENS STORE.  AND THIS WAS CRITICAL TO

12:26PM 17    ELIZABETH'S VISION AND WHAT SHE WANTED TO ACCOMPLISH IN

12:26PM 18    TRANSFORMING LAB TESTING.  YOU TAKE A SMALL SAMPLE OF BLOOD AND

12:26PM 19    TEST IT ON A PROPRIETARY DEVICE THAT WAS LOCATED IN THE RETAIL

12:26PM 20    STORE NEAR THE PATIENTS.

12:26PM 21         BUT THEN WALGREENS THREW A WRENCH IN THE DEAL.  IT WOULD

12:26PM 22    NOT PUT THERANOS'S DEVICE IN ITS STORES UNTIL THEY HAD CERTAIN

12:26PM 23    FDA APPROVALS.

12:27PM 24         THERANOS HAD A CHOICE.  THEY COULD EITHER WALK AWAY FROM

12:27PM 25    18 MONTHS OF WORK WITH WALGREENS OR THEY COULD FIND A NEW

12:27PM   1    SOLUTION TO SATISFY WALGREENS.

12:27PM   2        THEY FOUND A SOLUTION, A TWO-PHASE ROLLOUT.  YOU'LL HEAR

12:27PM   3    ABOUT THIS IN THIS CASE.

12:27PM   4        IN PHASE I, THERANOS WOULD CONDUCT ALL OF THE TESTING IN A

12:27PM   5    CENTRALIZED CLINICAL LAB.  THE SAMPLES WOULD BE COLLECTED OUT

12:27PM   6    AT WALGREENS LOCATIONS AND THEN SHIPPED TO THERANOS.

12:27PM   7        IN PHASE II, THEY WOULD DEPLOY A THERANOS DEVICE IN THE

12:27PM   8    WALGREENS STORE.  THIS WOULD ACHIEVE THAT VISION, BUT IT WOULD

12:27PM   9    ONLY COME AFTER CERTAIN FDA APPROVALS WERE IN PLACE.  THIS WAS

12:27PM  10    THE NEW PLAN.

12:28PM  11        WHAT YOU HEARD THE GOVERNMENT CRITICIZE ABOUT THE

12:28PM  12    OPERATIONS OF THE LAB IS PHASE I, WHEN THEY'RE OPERATING LIKE A

12:28PM  13    CENTRAL LAB.

12:28PM  14        BUT CONTRARY TO EVERYTHING THAT THE GOVERNMENT SUGGESTED,

12:28PM  15    PHASE I WAS ALWAYS VIEWED AS A TEMPORARY SOLUTION.  THERANOS

12:28PM  16    KNEW THAT, WALGREENS KNEW THAT, AND THE INVESTORS KNEW THAT.

12:28PM  17        PHASE II WAS ALWAYS THE GOAL.

12:28PM  18        THERANOS NEVER STOPPED WORKING TO GET THOSE FDA APPROVALS.

12:28PM  19    THERANOS ACTUALLY RECEIVED ITS FIRST FDA APPROVAL FOR ITS

12:28PM  20    DEVICE IN AN ASSAY IN 2015.

12:28PM  21        AND THE COMPANY EXPECTED OTHER APPROVALS WOULD SOON

12:28PM  22    FOLLOW.

12:28PM  23        BUT YOU'LL SEE THAT -- AS THE EVIDENCE COMES IN IN THIS

12:28PM  24    CASE, YOU WILL SEE THAT THERANOS BECAME DISTRACTED BY PHASE I.

12:29PM  25    ITS FOCUS WAS DIVERTED.  IT WAS SUPPOSED TO BE A SHORT TERM

12:29PM  1    SOLUTION, AN EASY DIVERSION TO FILL THAT GAP BEFORE FDA

12:29PM  2    APPROVALS, BUT IT WASN'T.

12:29PM  3         IT TOOK THERANOS FROM BEING A TECHNOLOGY COMPANY TO A

12:29PM  4    COMPANY THAT RAN A CENTRAL LAB.  IT TURNED IT INTO A COMPANY

12:29PM  5    THAT WAS MUCH TOO LIKE THOSE TWO CORPORATE BEHEMOTHS THAT IT

12:29PM  6    WAS TRYING TO DISPLACE.

12:29PM  7         YOU ALSO HEARD THE GOVERNMENT CRITICIZE THE FACT THAT

12:29PM  8    THERANOS DID NOT EXCLUSIVELY USE ONE OF THESE WHEN IT STARTED

12:29PM  9    PROCESSING TESTING SERVICES TO THE PUBLIC USING ITS CENTRAL LAB

12:29PM 10    (INDICATING).

12:29PM 11         THERANOS DID NOT HIDE THE USE OF THOSE BIG COMMERCIAL

12:30PM 12    TESTING DEVICES THAT THE GOVERNMENT SHOWED YOU PICTURES OF.  IT

12:30PM 13    WAS OPEN WITH THE GOVERNMENT ABOUT EXACTLY WHAT IT WAS DOING.

12:30PM 14         YOU WILL LEARN THAT THERANOS SHARED ITS TWO-PHASED

12:30PM 15    APPROACH WITH TWO CRITICAL REGULATORS, THE REGULATORS THE

12:30PM 16    GOVERNMENT MENTIONED, THE FDA AND CMS.

12:30PM 17         LOOK AT THIS DOCUMENT WHICH WAS SENT IN 2013 TO THE FDA

12:30PM 18    JUST AS THE COMPANY BEGAN OPERATIONS IN WALGREENS.

12:30PM 19         IT SHOWED PHASE I, THE CENTRAL LAB MODEL THAT I JUST WENT

12:30PM 20    THROUGH, AND IT SET FORTH THE DEVICES IN WHICH IT WOULD OPERATE

12:30PM 21    IN THAT MODEL, INCLUDING CONVENTIONAL, COMMERCIAL ANALYZERS.

12:31PM 22         THIS IS WHAT THE GOVERNMENT SAYS WAS HIDDEN IN THE

12:31PM 23    DOCUMENT THAT WENT TO THE FDA AND CMS.

12:31PM 24         YOU WILL ALSO LEARN THAT THERANOS TOLD REGULATORS EXACTLY

12:31PM 25    WHAT TESTS IT WAS RUNNING AND WAS PLANNING TO RUN ON EACH

OPENING STATEMENT BY MR. WADE                                   588

12:31PM   1    DEVICE.

12:31PM   2         NOW, YOU'RE GOING TO LEARN DURING THIS CASE AS THE

12:31PM   3    EVIDENCE COMES IN THAT THERANOS'S PARTNERSHIP WITH WALGREENS

12:31PM   4    HAS A LOT OF SIGNIFICANCE.  WE AGREE WITH THE GOVERNMENT ABOUT

12:31PM   5    THAT, BUT FOR A DIFFERENT REASON.

12:31PM   6         INVESTORS INVESTED WITH THERANOS LARGELY BECAUSE THEY SAW

12:31PM   7    THE WALGREENS PARTNERSHIP AS AN ENDORSEMENT OF THIS YOUNG

12:31PM   8    COMPANY.

12:31PM   9         BUT YOU WILL LEARN THAT THE TWO-PHASED APPROACH REQUIRED

12:32PM  10    THERANOS TO DO TOO MUCH TOO FAST AND TOO FAR BEYOND ITS

12:32PM  11    EXPERTISE.  A MISTAKE, NOT A FRAUD.

12:32PM  12         NOW, AS THESE PARTNERSHIPS WERE TAKING ROOT AND THEY BEGAN

12:32PM  13    OPERATING, WALGREENS AND SAFEWAY PUSHED THERANOS TO MARKET

12:32PM  14    ITSELF PUBLICLY AND ITS SERVICES.

12:32PM  15         SO AT THE SUGGESTION OF A BOARD MEMBER, MS. HOLMES CALLED

12:32PM  16    THE BEST MARKETING FIRM IN THE BUSINESS, CHIAT/DAY.  IT WAS A

12:32PM  17    FIRM THAT SPECIALIZED IN DISRUPTION.  CHIAT WAS RESPONSIBLE FOR

12:32PM  18    SOME OF THE BEST AD CAMPAIGNS IN HISTORY.  THEY LAUNCHED AND

12:32PM  19    DEFINES A LITTLE COMPANY ABOUT FIVE MILES TO THE WEST CALLED

12:33PM  20    APPLE, FIRST WITH THIS FAMOUS 1984 SUPERBOWL AD, AND LATER WITH

12:33PM  21    THEIR "THINK DIFFERENT" CAMPAIGN.

12:33PM  22         IT WAS AN IMPRESSIVE AND EXPERIENCED MARKETING FIRM.  AND

12:33PM  23    THE CHIAT/DAY TEAM TOLD ELIZABETH THE WAY TO MARKET THERANOS

12:33PM  24    WAS FOR IT TO BE DISRUPTIVE.

12:33PM  25         THEIR APPROACH FIT WELL WITH HOW ELIZABETH SAW HER COMPANY

OPENING STATEMENT BY MR. WADE                                      589

12:33PM  1    AND WHAT SHE THOUGHT IT COULD DO TO TRANSFORM THE LAB TESTING

12:33PM  2    EXPERIENCE AND HOW IT COULD BE DIFFERENT FROM THESE TWO OLD

12:33PM  3    CORPORATE BEHEMOTHS THAT HAD OCCUPIED THE LAB TESTING INDUSTRY

12:33PM  4    FOR DECADES.

12:33PM  5        CHIAT HELPED PRODUCE AND PUBLICLY LAUNCH THERANOS WITH A

12:33PM  6    CAMPAIGN THAT DEFINED THE COMPANY AS UNIQUE AND INDEPENDENT.

12:33PM  7        THEY SOUGHT TO DEFINE THERANOS'S SERVICES AS DIFFERENT,

12:34PM  8    NOT JUST THE TYPICAL LAB.

12:34PM  9        AND ALONG THE WAY, THEY CREATED IMAGES AND TAG LINES THAT

12:34PM  10   WERE DISTINCTIVE AND IMPACTFUL.

12:34PM  11       THE GOAL WAS NOT TO EXPLAIN THE PRECISE TESTS OR SERVICES

12:34PM  12   THAT THERANOS WAS PROVIDING AT ANY GIVEN TIME.  THE GOAL WAS TO

12:34PM  13   PIERCE THE CLUTTER OF PEOPLE'S DAILY LIVES AND GET THEM TO

12:34PM  14   CONNECT WITH THIS COMPANY, TO THINK DIFFERENTLY ABOUT THE

12:34PM  15   COMPANY, AND TO IDENTIFY WITH THERANOS AS A COMPANY THAT COULD

12:34PM  16   POSITIVELY IMPACT THEIR LIVES.

12:34PM  17       THIS WORK WAS POWERFUL.  THESE BRANDING EXPERTS HAD A

12:34PM  18   HAND, OR A VOICE AT LEAST, IN NEARLY EVERYTHING THAT THE

12:34PM  19   COMPANY COMMUNICATED IN THE YEARS TO FOLLOW, INCLUDING MANY OF

12:34PM  20   THE STATEMENTS THAT THE GOVERNMENT MAY WELL FOCUS ON IN THIS

12:35PM  21   CASE, LIKE THE WEBSITE IMAGES AND PRINT ADS, THE INTERIOR

12:35PM  22   DESIGN OF TESTING LOCATIONS, THE MEDIA INTERVIEWS, THE

12:35PM  23   SPEECHES, AND THE COMMERCIALS.  COMMERCIALS LIKE THIS ONE.

12:35PM  24       (VIDEO PLAYING OFF THE RECORD.)

12:35PM  25           MR. WADE:  THIS WAS NOT, AS THE GOVERNMENT

UNITED STATES COURT REPORTERS

12:35PM   1    SUGGESTED, MS. HOLMES ABANDONING THE PROJECT.  IT WAS SEEN AS

12:35PM   2    ESSENTIAL TO THE COMPANY'S GROWTH AND SUCCESS IN MOVING

12:35PM   3    FORWARD.

12:35PM   4        SOME OF CHIAT'S CAMPAIGN DID FOCUS ON MS. HOLMES AS A

12:35PM   5    FEMALE FOUNDER IN SILICON VALLEY.  THAT IS SOMETHING THAT WAS,

12:36PM   6    AND STILL IS, CONSIDERED FAR TOO RARE.

12:36PM   7        BUT MUCH, MUCH MORE OF THAT WORK WAS UNRELATED TO

12:36PM   8    ELIZABETH OR EVEN THE TECHNOLOGY.  IT FOCUSSED ON LOW PRICES,

12:36PM   9    EASY ACCESS, EARLY DETECTION, AND PHYSICAL COMFORT, ALL

12:36PM  10    IMPORTANT ASPECTS OF THE COMPANY'S MISSION AS YOU'LL LEARN

12:36PM  11    DURING THIS CASE.

12:36PM  12        NOW, WITH THE PUBLICITY OF THE COMPANY ALSO CAME GREATER

12:36PM  13    INTENTION TO PROTECTING THERANOS'S CONFIDENTIAL BUSINESS

12:36PM  14    INFORMATION AND TRADE SECRETS FROM PUBLIC DISCLOSURE, ITS

12:36PM  15    INTELLECTUAL PROPERTY.

12:36PM  16        YOU'RE GOING TO HEAR ABOUT HOW THE COMPANY TOOK A LOT OF

12:36PM  17    EFFORTS TO TRY TO PROTECT THEIR INTELLECTUAL PROPERTY.  THEY

12:36PM  18    SPENT MILLIONS ON LAWYERS TO FILE THE PATENTS, AND THEY

12:36PM  19    IMPLEMENTED PROTECTIONS TO ENSURE THAT THESE VALUABLE ASSETS

12:37PM  20    THAT IT HAD DEVELOPED REMAINED PROTECTED.

12:37PM  21        LET ME TURN SPECIFICALLY TO THE INVESTORS AND THE PATIENTS

12:37PM  22    THAT THE GOVERNMENT HAS FOCUSSED US ON HERE TODAY.

12:37PM  23        THERANOS'S VISION IN BRANDING WE WERE JUST TALKING ABOUT

12:37PM  24    ALSO CAUGHT THE EYES OF INVESTORS, BIG INVESTORS, SOPHISTICATED

12:37PM  25    PEOPLE WHO THOUGHT THAT THERANOS WOULD BE THE NEXT BIG THING,

OPENING STATEMENT BY MR. WADE                                               591

12:37PM   1    THE NEXT UNICORN INVESTMENT, ONE THAT MIGHT MAKE THEM A LOT OF

12:37PM   2    MONEY.

12:37PM   3         AND YOU'LL SEE THAT THE INVESTORS WERE IMPRESSED BY

12:37PM   4    MS. HOLMES'S VISION AND THEY DECIDED TO MAKE A WAGER.

12:37PM   5         BUT AS WITH MANY BETS, THIS ONE CAME WITH RISKS.  AND THEY

12:37PM   6    ASSESSED THOSE RISKS.  YOU'LL HEAR ABOUT IT.

12:37PM   7         BUT THEY WERE EAGER TO INVEST IN A TECH COMPANY, AND THEY

12:38PM   8    DECIDED THAT THE RISKS DID NOT OUTWEIGH THE POTENTIAL FOR

12:38PM   9    PROFITS.

12:38PM  10         MOST INVESTORS WHO INVESTED IN 2013 AND 2014 INVESTED

12:38PM  11    BECAUSE THERANOS HAD SUCCESSFULLY ENTERED INTO AN AGREEMENT

12:38PM  12    WITH WALGREENS.  WALGREENS TOUTED THAT PARTNERSHIP IN A BOLD

12:38PM  13    PUBLIC PRESS RELEASE ANNOUNCING A PLANNED NATIONAL ROLLOUT.

12:38PM  14         WALGREENS MADE OTHER POSITIVE PUBLIC STATEMENTS ABOUT THE

12:38PM  15    PARTNERSHIP THAT YOU'LL LEARN ABOUT DURING THIS CASE.

12:38PM  16         NOW, THE GOVERNMENT EVIDENTLY DOES NOT THINK THAT THE

12:38PM  17    INVESTORS RELIED ON THESE PUBLIC ASSERTIONS FROM ONE OF THE

12:38PM  18    BIGGEST NAMES IN CORPORATE AMERICA OR THE VISION THAT

12:38PM  19    MS. HOLMES SPELLED OUT.

12:38PM  20         INSTEAD, THE GOVERNMENT HAS FOCUSSED YOU ON WHAT THEY WANT

12:38PM  21    YOU TO BELIEVE, THAT THESE INCREDIBLY SOPHISTICATED INVESTORS

12:39PM  22    WERE DEFRAUDED BY ISOLATED PHRASES AND BULLET POINTS FROM MEDIA

12:39PM  23    ARTICLES AND SPEECHES, OR 250-PAGE SLIDE PRESENTATIONS, A

12:39PM  24    COUPLE OF WHICH THEY SHOWED YOU HERE TODAY.

12:39PM  25         BUT YOU HAVE TO LOOK AT THE BIGGER PICTURE.

12:39PM  1      OVER THE YEARS, MS. HOLMES INTERACTED WITH INVESTORS ALL

12:39PM  2   OF THE TIME.  SHE TALKED ABOUT A LOT OF THINGS THAT COULD

12:39PM  3   HAPPEN WITH THERANOS'S TECHNOLOGY, THINGS THAT MIGHT HAPPEN,

12:39PM  4   THINGS THAT SHE HOPED WOULD HAPPEN.  SHE TALKED ABOUT THE

12:39PM  5   ABILITY TO DO BLOOD TESTING MORE FREQUENTLY, TO SEE SMALL

12:39PM  6   CHANGES OVER TIME.

12:39PM  7      THE WAY THAT THERANOS'S TECHNOLOGY MIGHT HELP MONITOR AND

12:39PM  8   PREVENT THE SPREAD OF INFECTIOUS DISEASES DURING OUTBREAKS.

12:39PM  9      SHE TALKED WITH INVESTORS ABOUT THE POTENTIAL USES OF

12:40PM  10  THEIR TECHNOLOGY TO HELP SAVE AND TREAT SOLDIERS ON THE BATTLE

12:40PM  11  FIELD.

12:40PM  12     SHE TALKED ABOUT HOW THE TECHNOLOGY MIGHT BE USED IN

12:40PM  13  DEVELOPING COUNTRIES TO HELP PEOPLE WHO COULD NOT OTHERWISE

12:40PM  14  ACCESS TESTING.

12:40PM  15     SHE TALKED ABOUT ALL OF THOSE THINGS AND MANY, MANY, MANY

12:40PM  16  OTHER THINGS.

12:40PM  17     AND YOU WILL HEAR IN THE EVIDENCE THAT THE THREAD THAT

12:40PM  18  RUNS THROUGH ALL OF THOSE COMMUNICATIONS IS HER VISION FOR THE

12:40PM  19  IMPACT SHE THOUGHT THERANOS WOULD HAVE ON PATIENTS, ON PEOPLE

12:40PM  20  IN THEIR DAILY LIVES, AND ON THE LAB TESTING INDUSTRY AS A

12:40PM  21  WHOLE, THE WAY THAT IT COULD BE DISRUPTED.  THOSE BIG DREAMS.

12:40PM  22     SO AS YOU STEP BACK AND LOOK AT THE GOVERNMENT'S

12:40PM  23  ALLEGATIONS IN THIS CASES WITH RESPECT TO THESE INVESTORS,

12:40PM  24  CONSIDER THE FOLLOWING CONTEXT THAT WILL COME THROUGH IN THE

12:41PM  25  EVIDENCE.  I'M GOING TO FOCUS ON TWO THINGS:

OPENING STATEMENT BY MR. WADE                                         593

12:41PM   1        FIRST, THE EVIDENCE IS GOING TO SHOW YOU THAT THE

12:41PM   2   INVESTORS IN THIS CASE ARE INCREDIBLY SOPHISTICATED PEOPLE WHO

12:41PM   3   KNEW THE RISKS.

12:41PM   4        TO INVEST IN THERANOS, YOU NEEDED TO BE AT LEAST A

12:41PM   5   MULTIMILLIONAIRE, AND IN MANY CASES THEY WERE BILLIONAIRES.

12:41PM   6   THEY WERE SOME OF THE WEALTHIEST AND MOST SUCCESSFUL PEOPLE IN

12:41PM   7   THE WORLD.  PEOPLE LIKE MEDIA TYCOON RUPERT MURDOCH, THE HEIRS

12:41PM   8   TO THE WAL-MART FORTUNE, THE DEVOS FAMILY WHO MADE BILLIONS

12:41PM   9   FOUNDING AMWAY, AND PFM, A MAJOR HEDGE FUND THAT MANAGED

12:41PM  10   BILLIONS OF DOLLARS AND HAD DECADES OF SPECIALIZED EXPERTISE IN

12:41PM  11   HEALTH CARE INVESTMENTS.

12:41PM  12        THESE WERE SOPHISTICATED PEOPLE, AND THEY KNEW WHAT THEY

12:42PM  13   WERE BUYING.

12:42PM  14        HOW DO WE KNOW?

12:42PM  15        WELL, THE EVIDENCE WILL SHOW THAT THE RISKS WERE APPARENT

12:42PM  16   TO THESE INVESTORS.  THE INVESTORS THEMSELVES ACKNOWLEDGED IN

12:42PM  17   WRITING THE RISKS IN THE AGREEMENTS THAT THEY SIGNED

12:42PM  18   DOCUMENTING THEIR INVESTMENTS.

12:42PM  19        IN THOSE AGREEMENTS, THEY HAD TO CONFIRM THAT THEY COULD

12:42PM  20   PROPERLY ASSESS THE MERITS AND THE RISKS OF INVESTING IN A

12:42PM  21   STARTUP LIKE THERANOS.

12:42PM  22        IT'S RIGHT THERE IN THE LANGUAGE OF THE AGREEMENT.

12:42PM  23        THEY ALSO HAD TO CONFIRM THAT THEY RECOGNIZED THAT

12:42PM  24   THERANOS WAS A SPECULATIVE INVESTMENT.

12:42PM  25        THE EVIDENCE WILL SHOW YOU THAT THESE SOPHISTICATED

12:43PM   1    INVESTORS FACTORED THESE RISKS FACING THE COMPANY INTO THEIR

12:43PM   2    DECISIONS.

12:43PM   3        THEY CONSIDERED BUSINESS RISKS.  THEY WAS A YOUNG START-UP

12:43PM   4    COMPANY.  IT WAS MAKING A TRANSITION FROM BEING AN R&D COMPANY

12:43PM   5    TO ONE WITH A NATIONAL RETAIL PRESENCE.

12:43PM   6        NEITHER MS. HOLMES NOR MR. BALWANI HAD ANY PRIOR

12:43PM   7    EXPERIENCE IN RETAIL OPERATIONS.  THERANOS HAD NEVER OPERATED A

12:43PM   8    LARGE-SCALE LABORATORY.

12:43PM   9        THERANOS WOULD FACE COMPETITION FROM TWO GOLIATHS IN THE

12:43PM  10    INDUSTRY THAT CONTROLLED THE INDUSTRY THUS FAR.

12:43PM  11        AND AT THE TIME MANY PEOPLE INVESTED, THERANOS HAD NO

12:43PM  12    TESTING LOCATIONS.  NONE.

12:43PM  13        WHEN THREE OF THE GOVERNMENT'S WITNESSES INVESTED IN LATE

12:43PM  14    2013 AND 2014, THERANOS WAS TESTING IN THREE LOCATIONS.

12:44PM  15        NOW, THEY TALKED ABOUT A GOAL OF MORE THAN 8,000 LOCATIONS

12:44PM  16    NATIONWIDE.  THEY HAD THREE, AND THEY WERE ALL LISTED ON THE

12:44PM  17    COMPANY'S WEBSITE.

12:44PM  18        THE EVIDENCE WILL SHOW THAT SOME OF THESE QUESTIONS WERE

12:44PM  19    ADDRESSED NOT BY THERANOS, BUT BY WALGREENS, BECAUSE YOU'RE

12:44PM  20    GOING TO HEAR THAT INVESTORS RELIED ON WALGREENS'S STATEMENTS

12:44PM  21    TO GET COMFORTABLE WITH THEIR INVESTMENTS.

12:44PM  22        AND SOME OF THEM EVEN SPOKE DIRECTLY TO WALGREENS ABOUT

12:44PM  23    THEIR INVESTMENTS.

12:44PM  24        THE INVESTORS ALSO CONSIDERED THE REGULATORY RISK.  I

12:44PM  25    THINK WE PROBABLY ALL KNOW, MANY OF US KNOW THAT THE HEALTH

| 12:44PM | 1 | CARE SPACE IS HIGHLY REGULATED.  THERE ARE A LOT OF RULES. |
| 12:44PM | 2 | WE TALKED A LITTLE BIT ABOUT THE FDA.  THERANOS CLEARLY |
| 12:44PM | 3 | SAID TO INVESTORS THAT IT WAS SEEKING FDA APPROVAL OF ALL OF |
| 12:45PM | 4 | ITS DEVICES. |
| 12:45PM | 5 | BUT AT THE TIME EVERYONE INVESTED, EVERY SINGLE ONE OF |
| 12:45PM | 6 | THEM, THEY ALL KNEW THAT THERANOS HAD NO FDA APPROVALS.  NONE. |
| 12:45PM | 7 | AND THERE WAS ALWAYS A RISK THAT APPROVALS COULD TAKE TIME |
| 12:45PM | 8 | AND SLOW THE COMPANY'S PLANS DOWN.  YOU'LL SEE EVIDENCE OF |
| 12:45PM | 9 | THEIR AWARENESS OF THAT RISK. |
| 12:45PM | 10 | THERE WERE ALSO TWO AGENCIES THAT REGULATED THERANOS'S |
| 12:45PM | 11 | CLINICAL LABORATORIES.  THE FIRST WAS CMS.  THE SECOND WAS THE |
| 12:45PM | 12 | CALIFORNIA DEPARTMENT OF PUBLIC HEALTH. |
| 12:45PM | 13 | THERE WAS ALWAYS A RISK THAT A NEW COMPANY WITH NO PRIOR |
| 12:45PM | 14 | LAB EXPERIENCE MAY HAVE SOME ISSUES WITH LAB REGULATORS AS |
| 12:45PM | 15 | THEY'RE GETTING STARTED AND RUNNING. |
| 12:45PM | 16 | INVESTORS ALSO KNEW AND THOUGHT ABOUT THE TECHNOLOGY RISK. |
| 12:45PM | 17 | IT WAS WELL-KNOWN THAT THERANOS WAS NOT YET UP AND RUNNING ITS |
| 12:46PM | 18 | TESTS ON DEPLOYED DEVICES IN WALGREENS LOCATIONS.  EVERYONE |
| 12:46PM | 19 | KNEW THAT.  IT WAS IN PHASE I.  IT DIDN'T HAVE FDA APPROVAL. |
| 12:46PM | 20 | AND USE OF COMMERCIAL MACHINES IN PHASE I WAS NO SECRET. |
| 12:46PM | 21 | YOU SAW THE PRESENTATION TO THE FDA THAT LAID IT OUT. |
| 12:46PM | 22 | THAT WAS ALSO SHARED WITH CMS, THE LAB REGULATOR. |
| 12:46PM | 23 | YOU WILL HEAR TESTIMONY THAT PEOPLE SAW THOSE MACHINES AND |
| 12:46PM | 24 | KNEW THAT THEY WERE BEING USED IN CLIA LABORATORIES.  INDEED, |
| 12:46PM | 25 | THEY WOULD BE PRETTY HARD TO HIDE. |

12:46PM 1        THERE WERE ALSO PUBLIC DOCUMENTS THAT TALKED ABOUT HOW

12:46PM 2   THERANOS WAS USING THOSE VENOUS DRAWS THAT THE GOVERNMENT SPOKE

12:47PM 3   ABOUT IN ITS OPENING, DRAWS FROM THE VEIN AND NOT THE FINGER.

12:47PM 4   MANY PUBLIC DOCUMENTS THAT YOU'LL SEE IN THIS CASE THAT

12:47PM 5   DESCRIBE THAT.  DRAWS FOR COMMERCIAL ANALYZERS AT WALGREENS

12:47PM 6   LOCATIONS.

12:47PM 7        AND, OF COURSE, THERE'S THE FACT THAT MANY INVESTORS

12:47PM 8   THEMSELVES, YOU'LL HEAR THEM RIGHT UP THERE, THEY RECEIVED

12:47PM 9   VENOUS DRAWS WHEN THEY WENT TO LOOK AT THERANOS'S SERVICES, THE

12:47PM 10  TRADITIONAL METHOD DESIGNED FOR THE TRADITIONAL MACHINES.

12:47PM 11       SO AS YOU LISTEN TO THE GOVERNMENT EVIDENCE AND CONSIDER,

12:47PM 12  WHO ARE IN THESE INVESTOR MEETINGS THAT THEY'RE DESCRIBING, ASK

12:47PM 13  YOURSELF IF YOU REALLY THINK THAT THERE'S A FRAUD AFOOT IN

12:47PM 14  THESE INTERACTIONS.

12:47PM 15       ALSO ASK, IF MS. HOLMES INTENDED TO DEFRAUD THESE

12:47PM 16  INCREDIBLY WEALTHY INVESTORS TO GET THEIR MONEY, AS THE

12:47PM 17  GOVERNMENT ALLEGES, DON'T YOU THINK SHE MIGHT SELL SOME OF HER

12:48PM 18  STOCK TO TAKE ADVANTAGE OF THAT FRAUD?  TRY TO CASH IN?

12:48PM 19       OF COURSE SHE NEVER DID.

12:48PM 20       NOW, THE SECOND ISSUE WITH RESPECT TO INVESTORS THAT I

12:48PM 21  WANT YOU TO FOCUS ON IS THE FACT THAT ALMOST ALL OF THE PEOPLE

12:48PM 22  WHO ARE GOING TO COME UP AND TESTIFY IN THIS TRIAL ARE

12:48PM 23  INVESTORS WHO PUSHED OTHER PEOPLE TO INVEST MONEY IN THERANOS.

12:48PM 24       SOME OF THE MOST SUCCESSFUL PEOPLE WHO YOU JUST SAW ON

12:48PM 25  THAT SLIDE WON'T BE MENTIONED IN THIS TRIAL.

OPENING STATEMENT BY MR. WADE

12:48PM  1      INSTEAD, NEARLY EVERY ONE OF THE INVESTOR WITNESSES CALLED

12:48PM  2   ANALYZED THERANOS AS AN INVESTMENT FOR THEMSELVES, AND THEN

12:48PM  3   THEY ENCOURAGED THEIR FRIENDS, FAMILY, OR CLIENTS TO INVEST

12:49PM  4   SIGNIFICANT SUMS OF MONEY INTO THERANOS BASED ON THEIR ADVICE.

12:49PM  5      NOW, THOSE FRIENDS AND FAMILY NEVER HAD, OR HAD VERY

12:49PM  6   LIMITED INTERACTION WITH MS. HOLMES OR ANYONE ELSE AT THERANOS.

12:49PM  7      SO CONSIDER THE MOTIVES OF SOME OF THESE INVESTOR

12:49PM  8   WITNESSES AS THEY LOOK BACK AT THEIR INTERACTIONS WITH THE

12:49PM  9   COMPANY.

12:49PM 10      LET ME GIVE YOU ONE EXAMPLE.  THE GOVERNMENT MENTIONED IN

12:49PM 11   THE OPENING BRIAN GROSSMAN OF PFM, RUNS A HEDGE FUND.

12:49PM 12      BASED ON HIS HEDGE FUND'S DUE DILIGENCE AND BALANCING OF

12:49PM 13   RISK, PFM GOT DOZENS OF SECONDARY INVESTORS TO BUY INTO

12:49PM 14   THERANOS, INCLUDING THE HEDGE FUND'S CLIENTS, MR. GROSSMAN'S

12:49PM 15   FRIENDS, AND SEVERAL FAMILY MEMBERS.

12:49PM 16      WHEN THE INVESTMENT WENT SOUTH, DID HE WANT IT TO BE HIS

12:50PM 17   MISS?  HIS BAD BET?  HIS FAILURE TO ASSESS THE RISK?  OR

12:50PM 18   ELIZABETH HOLMES'S?  OR MR. BALWANI'S?  OR ANYONE ELSE'S?

12:50PM 19      ASK THESE QUESTIONS AS YOU CONSIDER THIS EVIDENCE WHEN IT

12:50PM 20   COMES BEFORE YOU IN THIS CASE.

12:50PM 21      YOU WILL SEE THIS DYNAMIC WITH MANY OTHER INVESTORS AND A

12:50PM 22   FULL AIRING OF THE EVIDENCE WILL SHOW THAT WHILE INVESTORS SAW

12:50PM 23   OBVIOUS PROMISE IN THIS COMPANY, THEY ALSO KNEW THE RISK.  THEY

12:50PM 24   KNEW IT WAS A GAMBLE.  THEY WEREN'T MISLED OR CHEATED BY

12:50PM 25   MS. HOLMES OR ANYONE ELSE.

OPENING STATEMENT BY MR. WADE                                      598

12:50PM   1        LET ME SHIFT TO THE PATIENTS.

12:51PM   2        I TOLD YOU I WANTED YOU TO SEE THE FULL PICTURE, TO SEE IT

12:51PM   3   FAIRLY.  I WANT TO BE CANDID WITH YOU, AND SO I WILL TELL YOU

12:51PM   4   THIS:  THERE WERE PROBLEMS WITH THERANOS'S CLINICAL LABORATORY.

12:51PM   5   THERE WERE.

12:51PM   6        THERE WERE PROCESSES AND PROCEDURES IN PLACE THAT WERE NOT

12:51PM   7   FOLLOWED, AND SOME OF THE TESTS THAT THERANOS OFFERED IN

12:51PM   8   HINDSIGHT WERE NOT PERFORMING AS WELL AS EXPECTED.

12:51PM   9        YOU'RE GOING TO HEAR ABOUT THAT IN THIS TRIAL.  AND IT'S

12:51PM   10  TRUE.

12:51PM   11       WE ACTUALLY EXPECT THE GOVERNMENT IS GOING TO CALL 20

12:51PM   12  WITNESSES, AS MANY AS 20 WITNESSES, THERANOS'S CUSTOMERS OR

12:51PM   13  DOCTORS TO TALK ABOUT THIS.

12:51PM   14       WE EXPECT THAT THEY'RE GOING TO EACH TESTIFY TO AN

12:52PM   15  INCIDENT WHERE THEY BELIEVED THEY RECEIVED AN INACCURATE LAB

12:52PM   16  TEST FROM THERANOS.

12:52PM   17       RECEIVING AN INACCURATE TEST OR RESULT IS A MISTAKE.  IT'S

12:52PM   18  A MISTAKE.

12:52PM   19       AND IT'S SOMETHING THAT EVERY LABORATORY TRIES TO AVOID.

12:52PM   20  NO LAB, NO LAB WANTS TO MAKE THESE KINDS OF MISTAKES.

12:52PM   21       BUT THE EVIDENCE WILL SHOW YOU THAT INACCURATE RESULTS ARE

12:52PM   22  GENERATED EVERY DAY IN LABORATORIES ACROSS AMERICA.

12:52PM   23       THE GOVERNMENT MAY ALSO CALL REGULATORS FROM CMS AND

12:52PM   24  THERANOS EMPLOYEES AS WITNESSES TO SAY THAT THERANOS'S CLINICAL

12:52PM   25  LABORATORY WAS NOT RUN PROPERLY.

12:53PM 1      AGAIN, THEY MAY SPEND DAYS OR EVEN WEEKS ON THESE FACTS.

12:53PM 2      AND IF WHAT THE GOVERNMENT IS TRYING TO SHOW IS THAT

12:53PM 3  THERANOS'S CLINICAL LABORATORY WAS NOT WELL RUN FROM LATE 2013

12:53PM 4  UNTIL 2016, WE'RE LIKELY GOING TO AGREE WITH WHAT THEY HAVE TO

12:53PM 5  SAY.  THERE'S NO NEED FOR THE GOVERNMENT TO SPEND SO MUCH TIME

12:53PM 6  PRESENTING YOU ALL OF THAT EVIDENCE.  THAT VERY POINT IS

12:53PM 7  SOMETHING THAT MS. HOLMES HERSELF HAS SAID PUBLICLY ON NUMEROUS

12:53PM 8  OCCASIONS.

12:53PM 9      POOR OPERATIONS IN THE LAB WAS PROBABLY ONE OF THERANOS'S

12:53PM 10 BIGGEST FAILS, ITS BIGGEST MISTAKE.

12:54PM 11     BUT IT WAS NOT A FRAUD.

12:54PM 12     LET ME BE CLEAR ABOUT WHAT THE ISSUE IS HERE, WHERE WE DO

12:54PM 13 DISAGREE WITH THE GOVERNMENT.

12:54PM 14     MS. HOLMES IS ACCUSED OF KNOWING THAT THERANOS'S CLINICAL

12:54PM 15 LABORATORY WAS INCAPABLE OF PROVIDING ACCURATE AND RELIABLE

12:54PM 16 RESULTS AT THE TIME THOSE RESULTS WERE BEING OFFERED TO

12:54PM 17 CUSTOMERS.

12:54PM 18     THAT IS SIMPLY NOT TRUE.

12:54PM 19     SHE SPENT HER ENTIRE ADULT LIFE TRYING TO TRANSFORM HEALTH

12:54PM 20 CARE IN A WAY THAT WOULD HELP PATIENTS, AND THE IDEA THAT SHE

12:54PM 21 KNOWINGLY PROVIDED THEM WITH INACCURATE RESULTS IS FALSE.

12:54PM 22     THE ALLEGATION FINDS NO SUPPORT IN THE EVIDENCE.

12:55PM 23     THE EVIDENCE WILL SHOW THAT MR. BALWANI HAD MANAGEMENT

12:55PM 24 OVERSIGHT AT THE LABORATORY DURING THIS PERIOD, AND IT WILL

12:55PM 25 SHOW THAT MR. BALWANI WORKED CLOSELY WITH THERANOS'S LABORATORY

OPENING STATEMENT BY MR. WADE                                    600

12:55PM  1    DIRECTOR, DR. ADAM ROSENDORFF AND ITS TOP SCIENTIST, DR. YOUNG.

12:55PM  2         WERE THERE DISAGREEMENTS?  ABSOLUTELY.

12:55PM  3         MR. BALWANI, DR. ROSENDORFF, AND DR. YOUNG OFTEN

12:55PM  4    DISAGREED, AND YOU'LL HEAR ABOUT IT.

12:55PM  5         WITH THESE THREE MEN, YOU HAD AN EXPERIENCED BUSINESS

12:55PM  6    EXECUTIVE, A MEDICAL DOCTOR WITH LABORATORY EXPERIENCE, AND A

12:55PM  7    BIOSCIENTIST WITH A PH.D. FROM THE MASSACHUSETTS INSTITUTE OF

12:55PM  8    TECHNOLOGY, ONE OF THE GREATEST SCIENTIFIC UNIVERSITIES IN THE

12:56PM  9    WORLD.  THAT IS A POWERFUL GROUP, A KNOWLEDGEABLE GROUP, AN

12:56PM  10   EXPERIENCED GROUP.  AND SOMETIMES THEY DID NOT SEE EYE TO EYE.

12:56PM  11        SHOULD MS. HOLMES HAVE TAKEN A MORE ACTIVE ROLE OR GOTTEN

12:56PM  12   SOMEONE ELSE WITH MORE EXPERIENCE RUNNING OPERATIONS INVOLVED

12:56PM  13   IN THAT LAB?  IN HINDSIGHT, THAT'S THE EASIEST QUESTION TO

12:56PM  14   ANSWER.

12:56PM  15        BUT THE EVIDENCE WILL SHOW THAT AT THE TIME, SHE HAD EVERY

12:56PM  16   REASON TO BELIEVE THAT THE LAB OPERATIONS WERE UNDER CONTROL

12:56PM  17   AND THAT AN APPROPRIATE SYSTEM WAS IN PLACE.

12:56PM  18        SO AS YOU CONSIDER THE GOVERNMENT'S ALLEGATIONS WITH

12:56PM  19   RESPECT TO THE PATIENTS IN THE LAB, KEEP SIGHT ON THE EVIDENCE

12:57PM  20   RELATING TO THESE TWO ISSUES.

12:57PM  21        DID MS. HOLMES BELIEVE THAT THE TESTS WERE ACCURATE AND

12:57PM  22   RELIABLE WHEN OFFERED TO PATIENTS?

12:57PM  23        AND UNDER FEDERAL STATE -- I'M SORRY -- UNDER STATE AND

12:57PM  24   FEDERAL LAB REGULATIONS, WHO IS RESPONSIBLE FOR ENSURING THAT

12:57PM  25   THE TESTS ARE ACCURATE, RELIABLE, AND SAFE FOR PATIENT USE?

OPENING STATEMENT BY MR. WADE                                    601

12:57PM   1          LET ME START WITH THE EASIEST ONE.

12:57PM   2          DID MS. HOLMES BELIEVE THE TESTS WERE ACCURATE AND

12:57PM   3     RELIABLE?

12:57PM   4          IN A WORD:  YES.

12:57PM   5          AND HER ACTIONS ARE THE BEST EVIDENCE OF THAT BECAUSE

12:57PM   6     YOU'LL LEARN THAT SHE USED THE TEST HERSELF.  SHE SENT HER

12:57PM   7     FAMILY MEMBERS TO BE TESTED.  WHAT BETTER EVIDENCE OF HER

12:57PM   8     BELIEF IN THE ACCURACY AND RELIABILITY OF THOSE TESTS CAN YOU

12:58PM   9     GIVE THAN THAT?

12:58PM  10          AND HER BELIEF CAME WITH GOOD REASON.  THERANOS WAS

12:58PM  11     OFFERING ITS PROPRIETARY TEST IN A CLINICAL LABORATORY THAT WAS

12:58PM  12     INSPECTED AND CERTIFIED PURSUANT TO FEDERAL CLIA LAB

12:58PM  13     REGULATIONS.

12:58PM  14          AND THE INDIVIDUAL TESTS, EACH TEST THAT WAS OFFERED IN

12:58PM  15     THE LAB WAS VALIDATED UNDER THOSE REGULATIONS BY A HIGHLY

12:58PM  16     TRAINED AND QUALIFIED STAFF MEMBER BEFORE THAT TEST COULD BE

12:58PM  17     OFFERED TO PATIENTS.

12:58PM  18          BY VALIDATING THAT TEST, THAT EXPERIENCED LAB STAFF WAS

12:58PM  19     CERTIFYING THAT THE TESTS ARE SUFFICIENTLY ACCURATE AND

12:58PM  20     RELIABLE FOR PATIENT USE.

12:59PM  21          SO IF A LAB TEST MADE IT THROUGH THE VALIDATION AND COULD

12:59PM  22     BE OFFERED TO PATIENTS, IT WAS BECAUSE THE INTERNAL EXPERTS

12:59PM  23     CONCLUDED THAT IT WAS SAFE AND ACCURATE AND RELIABLE FOR USE.

12:59PM  24     IT'S REALLY THAT SIMPLE.

12:59PM  25          NOW, THE GOVERNMENT SEEMS TO SUGGEST THAT IT WAS

OPENING STATEMENT BY MR. WADE                                    602

12:59PM   1    ELIZABETH HOLMES WHO MADE THE DECISION AS TO WHETHER A TEST WAS

12:59PM   2    APPROPRIATE FOR PATIENT USE, OR THAT SHE WAS THE ONE WHO SHOULD

12:59PM   3    DECIDE WHETHER A TEST THAT WASN'T FUNCTIONING PROPERLY SHOULD

12:59PM   4    BE PAUSED OR STOPPED.

12:59PM   5         THAT'S JUST NOT SO.  SHE PLAYED NO ROLE IN THAT DECISION.

12:59PM   6         MR. BALWANI OVERSAW THE CLINICAL LAB FROM A MANAGEMENT

12:59PM   7    STANDPOINT DURING THE RELEVANT TIME PERIOD, AND HE WAS WORKING

01:00PM   8    WITH THE INTERNAL EXPERTS TO ENSURE THAT IT WAS RUNNING

01:00PM   9    PROPERLY.

01:00PM   10        YOU WILL SEE THAT MS. HOLMES RELIED ON MR. BALWANI AND

01:00PM   11   THOSE INTERNAL EXPERTS TO ENSURE THAT THINGS WERE BEING DONE

01:00PM   12   PROPERLY.

01:00PM   13        THE EVIDENCE WILL ALSO SHOW THAT SHE WASN'T DIRECTING

01:00PM   14   PATIENT TESTING.  SHE DIDN'T MAKE THOSE JUDGMENTS.  THAT'S NOT

01:00PM   15   HOW LABORATORIES WORK.

01:00PM   16        LAB COMPANIES DON'T HAVE THEIR CEO'S DECIDING WHETHER A

01:00PM   17   TEST IS FIT TO OFFER OR NOT UNLESS THAT CEO IS QUALIFIED AND AN

01:00PM   18   EXPERT AND CAN LAWFULLY SERVE AS A LABORATORY DIRECTOR.

01:00PM   19        MS. HOLMES DIDN'T HAVE THOSE QUALIFICATIONS, NOT EVEN

01:00PM   20   CLOSE.

01:00PM   21        SO THAT PROMPTS THE SECOND QUESTION:  WHO IS RESPONSIBLE

01:01PM   22   FOR ENSURING THAT THE TESTS ARE ACCURATE AND RELIABLE AND SAFE

01:01PM   23   FOR PATIENT USE?

01:01PM   24        UNDER STATE AND FEDERAL REGULATION, IT IS THE LAB DIRECTOR

01:01PM   25   WHO IS RESPONSIBLE LEGALLY FOR THE OPERATIONS OF THE LAB.  AND

OPENING STATEMENT BY MR. WADE                                             603

01:01PM   1    IT IS THE LAB DIRECTOR WHO GETS TO DECIDE WHETHER TESTS ARE

01:01PM   2    SUFFICIENTLY ACCURATE AND RELIABLE TO BE OFFERED TO PATIENTS.

01:01PM   3        LET ME TALK A LITTLE BIT ABOUT WHAT YOU'LL LEARN ABOUT HOW

01:01PM   4    THAT WORKS.  BEING A LAB DIRECTOR REQUIRES A DEEP UNDERSTANDING

01:01PM   5    OF BLOOD TESTING, CHEMISTRY, BIOLOGY, AND MANY OTHER THINGS.

01:01PM   6        UNDER FEDERAL LAW, THAT PERSON MUST BE A MEDICAL DOCTOR OR

01:01PM   7    HAVE A PH.D. IN A LAB SCIENCE.

01:01PM   8        NOW, MS. HOLMES, OF COURSE, HAD NEITHER.  SHE HAD ABOUT A

01:01PM   9    YEAR OF COLLEGE, AND SHE KNEW SHE WASN'T QUALIFIED TO BE A LAB

01:02PM  10    DIRECTOR.  EVERYONE KNEW THAT.

01:02PM  11        SO THERANOS HIRED QUALIFIED LAB DIRECTORS.

01:02PM  12        YOU WILL HEAR FROM SOME OF THEM DURING THIS TRIAL.

01:02PM  13        OF PARTICULAR IMPORTANCE, IT WAS THE LAB DIRECTOR WHO WAS

01:02PM  14    RESPONSIBLE FOR DECIDING WHEN THERANOS TESTS WERE ACCURATE AND

01:02PM  15    RELIABLE TO BE OFFERED IN THE CLIA LAB.

01:02PM  16        THE FEDERAL REGULATIONS THAT GOVERN LAB OPERATIONS SET OUT

01:02PM  17    VERY SPECIFIC REQUIREMENTS THAT MAKE ABSOLUTELY CLEAR THAT IT

01:02PM  18    IS THE LAB DIRECTOR WHO IS RESPONSIBLE FOR VALIDATING THE TEST.

01:02PM  19        AS YOU CAN SEE RIGHT THERE IN THE LANGUAGE OF THE

01:02PM  20    REGULATIONS THAT IT IS THE LAB DIRECTOR WHO IS RESPONSIBLE FOR

01:02PM  21    ENSURING THE ACCURACY AND RELIABILITY OF TESTS, THE VERY THINGS

01:03PM  22    THAT THE GOVERNMENT IS COMPLAINING ABOUT IN THIS CASE.

01:03PM  23        SO AT THERANOS, THE LABORATORY DIRECTOR'S DECISION

01:03PM  24    REGARDING THE RELIABILITY AND ACCURACY OF A TEST WAS DOCUMENTED

01:03PM  25    IN A VALIDATION REPORT.

OPENING STATEMENT BY MR. WADE                                        604

01:03PM  1        HERE'S AN EXAMPLE OF THAT REPORT.

01:03PM  2        YOU CAN SEE SIGNATURES FROM THERANOS'S SCIENTISTS AND

01:03PM  3   APPROVED BY THE LAB DIRECTOR.  FIVE DIFFERENT SIGNATURES ON

01:03PM  4   THIS DOCUMENT.  NOT ONE OF THOSE SIGNATURES BELONGED TO

01:03PM  5   MS. HOLMES, NOT ON ANY OF THE VALIDATION REPORTS FOR ANY OF THE

01:03PM  6   TESTS THAT WERE OFFERED IN THE LAB, NOT A SINGLE ONE.

01:03PM  7        THERE WERE ALWAYS COMPANY SCIENTISTS AND LAB PERSONNEL,

01:03PM  8   THE INTERNAL EXPERTS, BECAUSE THEY WERE RESPONSIBLE FOR

01:03PM  9   ESTABLISHING AND ENSURING THE ACCURACY AND RELIABILITY OF THE

01:04PM 10   TESTS.

01:04PM 11        NOW, WE ANTICIPATE, BASED ON THE GOVERNMENT'S OPENING

01:04PM 12   STATEMENT, THAT YOU'LL HEAR A LOT ABOUT DR. ADAM ROSENDORFF

01:04PM 13   DURING THIS CASE.  HE JOINED THE COMPANY IN 2013.  HE WAS THE

01:04PM 14   LAB DIRECTOR WHEN THERANOS LAUNCHED ITS COMMERCIAL TESTING

01:04PM 15   BUSINESS WITH WALGREENS IN THE FALL OF 2013.  AND HE SERVED IN

01:04PM 16   THAT ROLE UNTIL DECEMBER OF 2014.

01:04PM 17        DR. ROSENDORFF HAD IMPRESSIVE QUALIFICATIONS AND

01:04PM 18   EXPERIENCE.  YOU'LL LEARN ABOUT IT.

01:04PM 19        THE EVIDENCE WILL SHOW THAT DR. ROSENDORFF SIGNED

01:04PM 20   VALIDATION REPORTS FOR NEARLY ALL OF THE TESTS AT ISSUE IN THIS

01:04PM 21   CASE AND THAT HE NEVER SIGNED, NOR FELT PRESSURED TO SIGN, A

01:04PM 22   VALIDATION REPORT THAT HE WAS NOT COMFORTABLE WITH.

01:05PM 23        NOW, ONCE A TEST IS VALIDATED AND BEING PERFORMED IN THE

01:05PM 24   LABORATORY, THE REGULATIONS ALSO PROVIDE THAT ONGOING

01:05PM 25   PERFORMANCE AND QUALITY ARE THE LAB DIRECTOR'S RESPONSIBILITY.

01:05PM   1          THE EVIDENCE WILL SHOW THAT DR. ROSENDORFF NEVER

01:05PM   2    AUTHORIZED THE REPORTING OF A TEST RESULT HE BELIEVED TO BE

01:05PM   3    INACCURATE.

01:05PM   4          THE EVIDENCE WILL SHOW THAT IF DR. ROSENDORFF HAD A

01:05PM   5    QUESTION ABOUT A PARTICULAR RESULT OR PERFORMANCE OF AN ASSAY,

01:05PM   6    HE DIDN'T HESITATE TO PULL THE ASSAY, STOP OFFERING IT IN THE

01:05PM   7    LAB, OR NOT REPORT RESULTS.

01:05PM   8          THAT'S EXACTLY WHAT IS SUPPOSED TO HAPPEN WHEN A PROBLEM

01:05PM   9    ARISES IN THE LAB, BECAUSE WHO IS RESPONSIBLE FOR DEALING WITH

01:06PM  10    PROBLEMS IN THE LAB WHEN AN ISSUE ARISES?

01:06PM  11          THE GOVERNMENT SUGGESTS MS. HOLMES.  IT'S NOT.  AGAIN,

01:06PM  12    IT'S THE LAB DIRECTOR.

01:06PM  13          THE REGULATIONS RECOGNIZE, YOU'LL LEARN IN THIS CASE, THAT

01:06PM  14    ALL LABS HAVE ERRORS SOMETIMES.  IT'S NOT A PERFECT BUSINESS.

01:06PM  15          THE REGULATIONS CONTEMPLATE, THEY EXPECT THAT THERE WILL

01:06PM  16    BE PROBLEMS.  SO THEY REQUIRE LABORATORIES TO SET UP PROCEDURES

01:06PM  17    TO IDENTIFY, INVESTIGATE, AND REMEDY PROBLEMS.

01:06PM  18          THE GOAL UNDER THE REGULATIONS IS FOR CONTINUOUS

01:06PM  19    IMPROVEMENT OF LABORATORY OPERATIONS.  THE LAB SHOULD DOCUMENT

01:06PM  20    ITS MISTAKES AND LEARN FROM THEM.

01:06PM  21          AND THERANOS HAD POLICIES AND PROCEDURES DESIGNED TO

01:07PM  22    IDENTIFY, INVESTIGATE, AND RESOLVE ANY POTENTIAL ISSUES AS THEY

01:07PM  23    AROSE.

01:07PM  24          AND THE LAB DIRECTOR AND HIS TEAM WERE EMPOWERED TO ENACT

01:07PM  25    AND ENFORCE THESE REGULATIONS.

OPENING STATEMENT BY MR. WADE                                      606

01:07PM   1        THE EVIDENCE WILL SHOW THAT NOT ONLY THAT THIS STRUCTURE

01:07PM   2    EXISTED, BUT THAT MS. HOLMES ACTED APPROPRIATELY IN DEFERENCE

01:07PM   3    TO THIS STRUCTURE.

01:07PM   4        SHE KNEW THE LAB HAD BEEN SET UP TO MEET CLIA REQUIREMENTS

01:07PM   5    AND HAD BEEN INSPECTED AND THEN CERTIFIED AS A HIGH COMPLEXITY

01:07PM   6    LAB, AND THAT IT WAS ROUTINELY AUDITED.

01:07PM   7        SHE DEFERRED TO THE PEOPLE WHO WERE QUALIFIED TO DICTATE

01:07PM   8    THE SUBSTANTIVE RESPONSE AND DECISION ABOUT WHETHER TO OFFER A

01:07PM   9    PARTICULAR TEST.

01:08PM   10       THE EVIDENCE WILL SHOW THAT TO THE EXTENT THAT MS. HOLMES

01:08PM   11   WAS INFORMED OF ISSUES WITH TESTS, SHE ENCOURAGED THOSE ISSUES

01:08PM   12   TO BE INVESTIGATED AND ALLOWED THERANOS'S PROCESS TO PLAY

01:08PM   13   ITSELF OUT.

01:08PM   14       AND THE USE OF THIS PROCESS REINFORCED HER CONFIDENCE THAT

01:08PM   15   THE SYSTEM WAS WORKING AS IT SHOULD.

01:08PM   16       NOW, THERE WILL BE NO EVIDENCE THAT MS. HOLMES INSTRUCTED

01:08PM   17   THAT ANY ASSAY THAT WAS NOT VALIDATED SHOULD BE RUN IN A

01:08PM   18   LABORATORY.  NONE.

01:08PM   19       THE SCIENTISTS, AND ULTIMATELY THE LAB DIRECTOR,

01:08PM   20   DETERMINED WHEN A TEST SATISFIED THOSE ACCURACY AND RELIABILITY

01:08PM   21   STANDARDS.

01:08PM   22       THERE WILL BE NO EVIDENCE THAT MS. HOLMES PURPORTED TO

01:09PM   23   OVERRULE ANY SCIENTIST'S RECOMMENDATION REGARDING WHETHER A

01:09PM   24   TEST COULD BE OFFERED.

01:09PM   25       THERE WILL BE NO EVIDENCE THAT A LAB DIRECTOR SAID NO AND

01:09PM  1    MS. HOLMES INSISTED, DO IT ANYWAY.

01:09PM  2         AS A RESULT OF ALL OF THIS, MS. HOLMES BELIEVED THAT

01:09PM  3    THERANOS'S TESTS WERE ACCURATE AND RELIABLE BECAUSE THE LAB

01:09PM  4    EXPERTS WHO HAD GREATER EXPERTISE, WHO HAD RESPONSIBILITY UNDER

01:09PM  5    THE REGULATIONS, SAID THAT THE TESTS WERE ACCURATE AND RELIABLE

01:09PM  6    ENOUGH TO BE OFFERED TO PATIENTS.  PLAIN AND SIMPLE.

01:09PM  7         ONE LAST POINT ABOUT THE TESTS THAT WERE PROVIDED TO

01:09PM  8    PATIENTS.

01:09PM  9         NOW, WE DON'T KNOW EXACTLY HOW MANY PATIENTS OR DOCTOR

01:10PM  10   WITNESSES THAT THE GOVERNMENT WILL OFFER IN THIS CASE.  WE WILL

01:10PM  11   SEE DURING THE WEEKS TO COME.

01:10PM  12        BUT YOU ALL HAVE NOTEBOOKS, AND SO WHEN YOU SEE ONE, MAKE

01:10PM  13   A TALLY IN THE BOOK.  COUNT.

01:10PM  14        BUT, PLEASE, WHEN YOU DO SO, DO IT NEXT TO THIS NUMBER:

01:10PM  15   8 MILLION.

01:10PM  16        THERANOS GENERATED NEARLY 8 MILLION TEST RESULTS FOR

01:10PM  17   PATIENTS.  THE GOVERNMENT HAS BEEN INVESTIGATING THIS CASE FOR

01:10PM  18   NEARLY FIVE YEARS.  IT HAS HAD A TEAM OF AGENTS WHO HAVE BEEN

01:10PM  19   ACTIVELY LOOKING FOR PATIENTS OR DOCTORS WHO HAD BAD

01:10PM  20   EXPERIENCES.

01:10PM  21        SO HOW MANY HAS THE GOVERNMENT FOUND?  10,000?  1,000?

01:11PM  22        WE THINK ABOUT 20, DOCTORS OR PATIENTS WHO MAY DESCRIBE

01:11PM  23   ABOUT 20 RESULTS.

01:11PM  24        SO WHAT PERCENTAGE OF 8 MILLION IS 20 RESULTS?  I HAD TO

01:11PM  25   LOOK UP HOW TO SAY THIS:  TWO AND A HALF TEN THOUSANDTHS OF

OPENING STATEMENT BY MR. WADE                                           608

01:11PM   1     1 PERCENT.

01:11PM   2          I WANT TO BE CLEAR, I DON'T MEAN TO BELITTLE IN ANY WAY OR

01:11PM   3     BE OFFENSIVE TO THOSE PATIENTS WHO MAY HAVE GOTTEN AN

01:11PM   4     INACCURATE RESULT.  GETTING AN ERRONEOUS RESULT IS A MISTAKE

01:11PM   5     AND NO ONE WANTS THAT TO HAPPEN.  IT SHOULDN'T HAPPEN.  WE KNOW

01:11PM   6     THAT.

01:11PM   7          AND AS THOSE PEOPLE COME IN AND TESTIFY, WE WILL LOOK AT

01:11PM   8     WHAT HAPPENED WITH THEIR TESTS AND WHY.

01:11PM   9          BUT THE QUESTION HERE IN THIS COURTROOM IS, WHAT IS THE

01:11PM  10     EVIDENTIARY SIGNIFICANCE OF 20 RESULTS IN THE FACE OF 8 MILLION

01:12PM  11     RESULTS PERFORMED?  HOW DOES THAT COMPARE TO TYPICAL ERROR

01:12PM  12     RATES WITHIN A LAB?

01:12PM  13          IS THAT REALLY MEANINGFUL EVIDENCE OF FRAUD?

01:12PM  14          KEEP SIGHT OF THESE QUESTIONS AS YOU HEAR FROM THE

01:12PM  15     PATIENTS DURING THIS TRIAL.

01:12PM  16          IT'S ALSO INTERESTING THAT THE GOVERNMENT ALLEGES FRAUD

01:12PM  17     WITH RESPECT TO TESTING, BUT IT DOES NOT EVEN ALLEGE

01:12PM  18     DEFICIENCIES WITH RESPECT TO THE OVERWHELMING MAJORITY OF

01:12PM  19     THERANOS'S ASSAYS.

01:12PM  20          THERANOS PERFORMED 226 DIFFERENT ASSAYS IN ITS CLINICAL

01:12PM  21     LAB.

01:12PM  22          THE GOVERNMENT'S ALLEGATIONS IDENTIFY ONLY 23 AS

01:13PM  23     DEFICIENT.

01:13PM  24          SO THE GOVERNMENT IS SUGGESTING THAT THERANOS'S TESTS WERE

01:13PM  25     CONSISTENTLY UNRELIABLE AND INACCURATE, YET THEY ONLY TAKE

01:13PM  1    ISSUE WITH ABOUT 10 PERCENT OF THE ASSAYS THERANOS PERFORMED.

01:13PM  2         AND WITH RESPECT TO THOSE ASSAYS, IT'S NOT EVEN CLEAR THAT

01:13PM  3    THE GOVERNMENT KNOWS THAT MUCH ABOUT THAT.  HOW MANY OF

01:13PM  4    THERANOS'S PATIENTS HAD EACH OF THESE 23 ASSAYS?  WHAT

01:13PM  5    TECHNOLOGY WAS USED TO PERFORM PARTICULAR TESTS?  WHEN WERE THE

01:13PM  6    TESTS DONE?  WHICH THERANOS LAB PERFORMED THE TEST?  THERE WERE

01:13PM  7    A COUPLE OF LABS.

01:13PM  8         WAIT AND SEE IF YOU GET AN ANSWER TO THESE QUESTIONS AND

01:13PM  9    CONSIDER HOW SIGNIFICANT THAT DATA IS TO THIS CASE.

01:14PM  10        NOW, YOU HEARD FROM THE GOVERNMENT ABOUT THERANOS'S

01:14PM  11   RESPONSE TO CRITICISMS FROM REGULATORS AND THE MEDIA IN LATE

01:14PM  12   2015.

01:14PM  13        THE GOVERNMENT WANTS YOU TO THINK THAT THIS IS EVIDENCE OF

01:14PM  14   A CRIME.

01:14PM  15        IT'S NO SUCH THING.

01:14PM  16        THERANOS PUSHED BACK AGAINST CERTAIN JOURNALISTS AND

01:14PM  17   REGULATORS BECAUSE IT BELIEVED IN GOOD FAITH IN THE WAY THAT IT

01:14PM  18   WAS ACTING IN CONDUCTING BUSINESS.  IT BELIEVED THOSE PEOPLE

01:14PM  19   WERE WRONG.

01:14PM  20        IT WOULD BE MORE CONCERNING IF THEY SAID, "YOU'VE GOT US."

01:14PM  21        INSTEAD, THEY DEFENDED THEMSELVES IN THEIR TECHNOLOGY.

01:15PM  22        BUT ALTHOUGH MS. HOLMES BELIEVED STRONGLY IN THE INTEGRITY

01:15PM  23   OF HER COMPANY, SHE REMAINED OPEN MINDED.  THAT'S THE SIDE OF

01:15PM  24   THIS THAT THE GOVERNMENT DIDN'T FOCUS ON.

01:15PM  25        IN CONNECTION WITH EXPANSIVE INQUIRIES FROM GOVERNMENT

OPENING STATEMENT BY MR. WADE                                        610

01:15PM  1    REGULATORS, THE COMPANY STARTED LOOKING AT THE ISSUES THAT WERE

01:15PM  2    RAISED.  SHE WORKED WITH A TEAM OF PEOPLE TO DIG DEEPER AND

01:15PM  3    DEEPER INTO DIFFERENT CORNERS OF THE COMPANY, AND SHE LEARNED

01:15PM  4    THAT THERE WERE AREAS OF CONCERN THAT SHE WAS PREVIOUSLY

01:15PM  5    UNAWARE OF, THAT THE INTERNAL EXPERTS HAD NOT PREVIOUSLY

01:15PM  6    FOCUSSED ON.

01:16PM  7        SHE SAW ENOUGH THAT SHE DECIDED SHE NEEDED TO BRING IN A

01:16PM  8    LARGE GROUP OF EXPERTS, INCLUDING OUTSIDE EXPERTS, TO ENGAGE

01:16PM  9    WITH REGULATORS TO FULLY ASSESS THE COMPANY AND TO ENSURE THAT

01:16PM  10   EVERYTHING WAS ON SOUND FOOTING GOING FORWARD.

01:16PM  11       AND SHE BROUGHT IN A SLEW OF OUTSIDE LAB EXPERTS,

01:16PM  12   INCLUDING THREE NEW LAB DIRECTORS WHO CAME IN AND SCOURED THE

01:16PM  13   COMPANY, EVERYTHING THAT THE COMPANY HAD DONE, SCIENTIFIC AND

01:16PM  14   TECHNICAL EXPERTS FROM ACROSS THE COUNTRY TO REVIEW THERANOS'S

01:16PM  15   ASSAY AND HARDWARE TECHNOLOGY AND GUIDE THE COMPANY MOVING

01:16PM  16   FORWARD.

01:16PM  17       SHE ENCOURAGED AND WELCOMED THOSE WHO WERE SKEPTICAL OF

01:17PM  18   WHAT THERANOS HAD BUILT.  SHE BROUGHT MEDICAL AND TECHNOLOGY

01:17PM  19   EXPERTS ON TO THE BOARD OF DIRECTORS AND ELEVATED THE MOST

01:17PM  20   EXPERIENCED SCIENTISTS FROM HER PRIOR BOARD, A PRESIDENTIAL

01:17PM  21   MEDAL OF FREEDOM WINNER WHO IS THE FORMER DIRECTOR OF THE CDC.

01:17PM  22       SHE HIRED NEW SCIENTIFIC AND TECHNICAL EXPERTS, PEOPLE

01:17PM  23   FROM SOME OF THE BEST HEALTH CARE COMPANIES IN THE COUNTRY.

01:17PM  24       MR. BALWANI, WHO HAD SUPERVISED THE LAB, WAS REMOVED FROM

01:17PM  25   THE COMPANY.

01:17PM   1        ELIZABETH HOLMES ENCOURAGED THESE EXPERTS TO DIG IN AND

01:17PM   2   REVIEW EVERYTHING THAT THEY NEEDED TO REVIEW, NO LIMITS, TO

01:17PM   3   HELP THE COMPANY ADDRESS THE SITUATION AND FIX WHATEVER THEY

01:17PM   4   FOUND.

01:18PM   5        AS YOU CONSIDER ALLEGATIONS ABOUT MS. HOLMES AND THE

01:18PM   6   EVIDENCE IN THIS CASE, THINK ABOUT ALL OF THESE PEOPLE WHO

01:18PM   7   SHE'S BRINGING IN TO LOOK INTO THINGS AND CONSIDER WHETHER A

01:18PM   8   PERSON WHO HAD BEEN COMMITTING THE GRAND FRAUD THAT THE

01:18PM   9   GOVERNMENT SUGGESTS WOULD HIRE SO MANY OUTSIDE EXPERTS TO COME

01:18PM  10   IN AND START TURNING OVER ROCKS.

01:18PM  11        CONSIDER WHETHER INSTEAD THESE ARE ACTIONS, WHETHER THESE

01:18PM  12   ACTIONS ARE EVIDENCE OF SOMEONE WHO BELIEVES THAT THEY HAVE

01:18PM  13   NOTHING TO HIDE, SOMEONE WHO BELIEVES THAT SHE'S ALWAYS ACTED

01:18PM  14   IN GOOD FAITH, SOMEONE WHO IS PREPARED AND WILLING TO ADDRESS

01:18PM  15   WHATEVER ISSUES THE EXPERTS MAY FIND.

01:18PM  16        I WANT TO PAY PARTICULAR FOCUS ON DR. KINGSHUK DAS WHO

01:19PM  17   MR. LEACH MENTIONED THIS MORNING.  YOU'RE GOING TO HEAR FROM

01:19PM  18   DR. DAS IN THIS CASE.  WE EXPECT THE GOVERNMENT IS GOING TO

01:19PM  19   CALL HIM AS A WITNESS.

01:19PM  20        AND WE EXPECT THAT YOU'RE GOING TO HEAR DR. DAS CRITICIZE

01:19PM  21   THE PERFORMANCE OF THERANOS'S CLINICAL LABORATORY BEFORE HE

01:19PM  22   ARRIVED.

01:19PM  23        HE'S GOING TO CRITICIZE PRIOR LAB DIRECTORS AND THEIR

01:19PM  24   PERFORMANCE.  HE MAY SAY THOSE LAB DIRECTORS WERE ASLEEP AT THE

01:19PM  25   WHEEL IN CERTAIN RESPECTS.  HE MAY SAY THAT THERE WERE SOME

OPENING STATEMENT BY MR. WADE                                    612

01:19PM   1    PROBLEMS WITH RESPECT TO THERANOS'S TESTS.

01:19PM   2         HERE'S THE THING THAT YOU NEED TO KEEP IN MIND ABOUT

01:19PM   3    DR. DAS AS YOU HEAR THAT EVIDENCE:  IT WAS ELIZABETH HOLMES WHO

01:20PM   4    HIRED DR. DAS.  IT WAS MS. HOLMES WHO ASKED HIM TO COME IN AND

01:20PM   5    START TURNING OVER THOSE ROCKS TO GET TO THE BOTTOM OF EVERY

01:20PM   6    ISSUE, AND IT WAS MS. HOLMES WHO WAS SURPRISED WHEN SHE LEARNED

01:20PM   7    ABOUT THE DEPTH OF SOME OF THE PROBLEMS IN THE LAB IN 2016

01:20PM   8    AFTER TESTING HAD STOPPED.

01:20PM   9         AND LET'S BE CLEAR, THIS IS A VERY TOUGH MOMENT FOR

01:20PM   10   MS. HOLMES.  IT WAS PAINFUL.  SHE HAD DEVOTED HER ENTIRE LIFE

01:20PM   11   SINCE SHE WAS 19 YEARS OLD TO THIS COMPANY.

01:20PM   12        BUT SHE WAS STILL WILLING TO LISTEN AND LEARN AND WORK HER

01:20PM   13   WAY FORWARD.

01:20PM   14        REMEMBER THE QUOTE FROM MICHAEL JORDAN THAT HAD BEEN ON

01:21PM   15   THE WALL OF THERANOS FOR ALL OF THOSE YEARS BEFORE SHE

01:21PM   16   ENCOUNTERED THOSE PROBLEMS.  SHE DIDN'T JUST PUT IT ON THE

01:21PM   17   WALL, SHE LIVED IT AND LEARNED FROM THERANOS'S MISTAKES AND

01:21PM   18   CONTINUED TO TRY TO SUCCEED AND GROW FROM THE FAILURES.

01:21PM   19        BUT THIS PERIOD, AND IN PARTICULAR THE FEEDBACK FROM SOME

01:21PM   20   OF THOSE EXPERTS, ALSO REINFORCED MS. HOLMES'S BELIEF THAT HER

01:21PM   21   VISION, HER LONG-TERM VISION FOR THERANOS AND ITS TECHNOLOGY

01:21PM   22   WERE VALID.  IT REINFORCED THAT THE APPROACH TO A TESTING

01:21PM   23   SYSTEM, ASSAYS, THE HARDWARE, THE SOFTWARE WERE SOUND.

01:21PM   24        THESE EXPERTS SAW REAL ACCOMPLISHMENT.  THEY SAW

01:21PM   25   POTENTIALLY LIFE SAVING APPLICATIONS THAT A THERANOS DEPLOYABLE

01:22PM  1    DEVICE COULD HAVE.

01:22PM  2         SO IN 2016, AND '17, AND '18, MS. HOLMES AND HER NEWLY

01:22PM  3    IMPROVED TEAM DID NOT WALLOW.  THEY WORKED DAY AND NIGHT TO TRY

01:22PM  4    TO PUSH THERANOS FORWARD.

01:22PM  5         SHE MAINTAINED HER BELIEF THAT THEY COULD FINISH WHAT THEY

01:22PM  6    STARTED AND HAVE THE IMPACT THAT THEY HAD HOPED FOR.

01:22PM  7         NOW, SADLY, YOU ALREADY KNOW THAT THE ENDING WAS AN

01:22PM  8    UNHAPPY ONE.  NOTWITHSTANDING ALL OF THOSE EFFORTS AND HARD

01:22PM  9    WORK TO TURN THERANOS AROUND, IT WASN'T ENOUGH.  THE PROGRESS,

01:22PM 10    INVESTMENT, AND GROWTH OF THE COMPANY SUFFERED UNDER THE

01:22PM 11    INTENSE GLARE OF MEDIA SPOTLIGHT.

01:23PM 12         YET NOTWITHSTANDING THIS, YOU'LL LEARN, YOU'LL HEAR IN

01:23PM 13    THIS CASE THAT TO THIS DAY THE INNOVATIONS AND INTELLECTUAL

01:23PM 14    PROPERTY THAT THERANOS DEVELOPED ARE WORTH HUNDREDS OF MILLIONS

01:23PM 15    OF DOLLARS AND THEY MAY WELL STILL SERVE AS THE TECHNOLOGICAL

01:23PM 16    INFORMATION OF FUTURE TRANSFORMATION OF TESTING IN THE

01:23PM 17    LABORATORY INDUSTRY.  COMPANIES TODAY ARE BUILDING ON

01:23PM 18    INNOVATIONS THAT THERANOS PIONEERED.

01:23PM 19         AND YOU'LL ALSO SEE THAT MS. HOLMES REMAINED STEADFAST IN

01:23PM 20    HER BELIEF IN THIS TECHNOLOGY THROUGHOUT THE TIME OF THE EVENTS

01:23PM 21    THAT YOU'LL BE FOCUSSED ON IN THIS CASE, ON THAT DAY IN HER CAR

01:23PM 22    IN NEWARK IN SEPTEMBER OF 2018, AND STILL TODAY.

01:24PM 23         SO AFTER THE EVIDENCE IS COMPLETE IN THIS TRIAL, WE WILL

01:24PM 24    COME BACK BEFORE YOU FOR CLOSING STATEMENTS.  AND WHEN WE DO,

01:24PM 25    WE'RE GOING TO ASK YOU TO VALIDATE HER HARD WORK, HER GOOD

OPENING STATEMENT BY MR. WADE                                        614

01:24PM   1    FAITH, AND HER COMMITMENT TO PUT MISSION OVER MONEY BY

01:24PM   2    CONFIRMING HER INNOCENCE WITH A VERDICT OF NOT GUILTY.

01:24PM   3         THANK YOU FOR YOUR TIME AND ATTENTION THIS AFTERNOON.

01:24PM   4         THANK YOU, YOUR HONOR.

01:24PM   5             THE COURT:  THANK YOU, MR. WADE.

01:24PM   6         THAT CONCLUDES THE OPENING STATEMENTS, LADIES AND

01:24PM   7    GENTLEMEN.

01:24PM   8         THE NEXT STEP IN THE TRIAL WOULD BE FOR THE GOVERNMENT TO

01:24PM   9    CALL WITNESSES.

01:24PM  10         LET ME JUST ASK, DOES ANYONE ON THE JURY, SHOULD WE TAKE A

01:24PM  11    SEVEN MINUTE BREAK FOR ANYBODY?

01:24PM  12         I SEE NO HANDS.

01:24PM  13         ALL RIGHT.  DOES THE GOVERNMENT HAVE A WITNESS TO CALL?

01:24PM  14             MR. LEACH:  YES, YOUR HONOR.

01:24PM  15         THE UNITED STATES CALLS SO HAN SPIVEY.

01:25PM  16             THE COURT:  THANK YOU.

01:25PM  17         LET ME REMIND THE PARTIES, THERE IS A WITNESS EXCLUSION

01:25PM  18    ORDER IN PLAY, SO IF YOU CAN COMPLY WITH THAT.

01:25PM  19         YOU HAVE SOMEONE COLLECTING YOUR WITNESS?

01:25PM  20             MR. LEACH:  I EXPECT SO.  LET ME MAKE SURE.

01:25PM  21             THE COURT:  FOLKS, YOU CAN STAND UP IF YOU WOULD

01:25PM  22    LIKE TO STRETCH YOUR LEGS BEFORE THE WITNESS COMES IN.

01:25PM  23         (STRETCHING.)

01:26PM  24             THE COURT:  GOOD AFTERNOON.  IF YOU WOULD PLEASE

01:26PM  25    COME FORWARD --

615

| | | |
|---|---|---|
| 01:26PM | 1 | PLEASE BE SEATED, LADIES AND GENTLEMEN. |
| 01:26PM | 2 | PLEASE COME FORWARD.  IF YOU WOULD STAND AND FACE OUR |
| 01:26PM | 3 | COURTROOM DEPUTY. |
| 01:26PM | 4 | RAISE YOUR RIGHT HAND.  SHE HAS A QUESTION FOR YOU. |
| 01:26PM | 5 | **(PLAINTIFF'S WITNESS, SO HAN SPIVEY, WAS SWORN.)** |
| 01:26PM | 6 | THE WITNESS:  YES. |
| 01:26PM | 7 | THE COURT:  PLEASE HAVE A SEAT UP HERE. |
| 01:26PM | 8 | FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU |
| 01:26PM | 9 | NEED.  I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THAT |
| 01:26PM | 10 | MICROPHONE. |
| 01:26PM | 11 | IF YOU'D LIKE, I THINK THERE'S A CLEAR FACE SHIELD THERE. |
| 01:26PM | 12 | IS THERE ONE? |
| 01:26PM | 13 | YES, GO AHEAD AND PUT THAT ONE ON IF YOU WOULD LIKE. |
| 01:26PM | 14 | THE WITNESS:  DO I HAVE TO PUT IT ON? |
| 01:26PM | 15 | THE COURT:  OH, YOU DON'T WANT TO PUT IT ON. |
| 01:26PM | 16 | THAT'S FINE.  DO YOU WANT TO KEEP YOUR MASK ON OR TAKE IT |
| 01:27PM | 17 | OFF? |
| 01:27PM | 18 | THE WITNESS:  I'LL DO THIS. |
| 01:27PM | 19 | THE COURT:  THAT'S GREAT.  THANK YOU. |
| 01:27PM | 20 | ALL RIGHT.  WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE |
| 01:27PM | 21 | STATE YOUR NAME AND THEN SPELL IT, PLEASE. |
| 01:27PM | 22 | THE WITNESS:  MY OFFICIAL NAME IS SO HAN SPIVEY. |
| 01:27PM | 23 | IT'S S-O, H-A-N, S-P-I-V-E-Y. |
| 01:27PM | 24 | I WAS KNOWN AS DANISE YAM AT THERANOS. |
| 01:27PM | 25 | THE COURT:  ALL RIGHT.  THANK YOU. |

UNITED STATES COURT REPORTERS

**ER-4301**

SPIVEY DIRECT BY MR. LEACH                                    616

01:27PM   1        IT'S GOING TO BE CHALLENGING, SO IF YOU COULD PULL THAT

01:27PM   2    MICROPHONE CLOSER TO YOU, OR SPEAK INTO IT THAT WOULD BE

01:27PM   3    HELPFUL.  MAYBE UNDERNEATH.

01:27PM   4        WE'RE ALL TRYING TO LEARN.

01:27PM   5        YEAH, IT WON'T GO IN.  THAT'S GOOD RIGHT THERE ACTUALLY.

01:27PM   6        ALL RIGHT.  COUNSEL.

01:27PM   7             MR. LEACH:  THANK YOU, YOUR HONOR.

01:27PM   8                    **DIRECT EXAMINATION**

01:27PM   9    BY MR. LEACH:

01:27PM  10    Q.   GOOD AFTERNOON, MS. SPIVEY.  CAN YOU HEAR ME OKAY?

01:27PM  11    A.   YES.

01:27PM  12    Q.   WOULD YOU PLEASE DESCRIBE YOUR EDUCATIONAL BACKGROUND AND

01:27PM  13    PROFESSIONAL BACKGROUND FOR US?

01:27PM  14    A.   YES.  I GOT MY UNDERGRADUATE DEGREE IN ACCOUNTING AT

01:28PM  15    CARLTON UNIVERSITY, AND I GRADUATED IN 1998, AND THEN I GOT MY

01:28PM  16    MBA AT THE UNIVERSITY OF ROCHESTER, GRADUATED IN 2005.

01:28PM  17    Q.   THANK YOU.  CARLTON UNIVERSITY.  IS THAT IN THE

01:28PM  18    UNITED STATES?

01:28PM  19    A.   IN OTTAWA, CANADA.

01:28PM  20    Q.   OTTAWA, CANADA.  OKAY.

01:28PM  21        AFTER RETAINING YOUR DEGREE FROM CARLTON UNIVERSITY, DID

01:28PM  22    YOU GO TO WORK?

01:28PM  23    A.   YES.  I WORKED AT DELOITTE HONG KONG.

01:28PM  24    Q.   DELOITTE HONG KONG.  WHAT IS THAT?

01:28PM  25    A.   DELOITTE IS A PUBLIC ACCOUNTING FIRM.

| | | |
|---|---|---|
| 01:28PM | 1 | Q.   OKAY.  AND WHAT WERE YOUR -- WHAT WAS YOUR JOB |
| 01:28PM | 2 | RESPONSIBILITY AT DELOITTE HONG KONG? |
| 01:28PM | 3 | A.   I WAS A SENIOR AUDITOR WHEN I LEFT DELOITTE HONG KONG. |
| 01:28PM | 4 | Q.   TELL ME A LITTLE BIT ABOUT THE RESPONSIBILITIES OF A |
| 01:28PM | 5 | SENIOR AUDITOR AT A FIRM SUCH AS DELOITTE? |
| 01:28PM | 6 | A.   IN GENERAL, MY ROLE WAS TO EXAMINE RECORDS AND DOCUMENTS |
| 01:29PM | 7 | FROM OUR AUDIT CLIENTS AND TO MAKE SURE THAT THEY ARE FAIRLY |
| 01:29PM | 8 | REPORTING THEIR FINANCIAL STATEMENTS. |
| 01:29PM | 9 | Q.   WHEN YOU ARE WORKING FOR AN ACCOUNTING FIRM LIKE DELOITTE, |
| 01:29PM | 10 | ARE YOU SOMEWHAT OUTSIDE OF THE COMPANY OR DO YOU WORK WITHIN |
| 01:29PM | 11 | THE COMPANY? |
| 01:29PM | 12 | A.   CAN YOU REPEAT THAT? |
| 01:29PM | 13 | Q.   WHEN YOU'RE WITH DELOITTE, ARE YOU PART OF THE COMPANIES |
| 01:29PM | 14 | THAT YOU'RE AUDITING OR ARE YOU SOMEWHAT SEPARATE AND MORE OF |
| 01:29PM | 15 | AN ADVISOR? |
| 01:29PM | 16 | DESCRIBE THAT ROLE FOR US, PLEASE, IF YOU COULD. |
| 01:29PM | 17 | A.   YEAH.  SO I -- WHEN I WORKED AT DELOITTE, I WAS AN |
| 01:29PM | 18 | EMPLOYEE AT DELOITTE, AND SO WE WERE INDEPENDENT FROM THE |
| 01:29PM | 19 | COMPANY THAT WE AUDIT. |
| 01:29PM | 20 | Q.   AND WHEN YOU'RE AUDITING A COMPANY SUCH AS DELOITTE, WHAT |
| 01:29PM | 21 | TYPES OF DOCUMENTS ARE YOU REVIEWING? |
| 01:29PM | 22 | A.   THAT WOULD BE INCLUDING THEIR GENERAL LEDGER, THEIR |
| 01:30PM | 23 | INVOICES, THEIR PAYROLL RECORDS AND CUSTOMER CONTRACTS, |
| 01:30PM | 24 | SOMETHING LIKE THAT. |
| 01:30PM | 25 | Q.   AND TO WHAT END ARE YOU REVIEWING THESE DOCUMENTS?  WHY |

SPIVEY DIRECT BY MR. LEACH                                      618

01:30PM  1    WERE YOU REVIEWING THESE DOCUMENTS AS A SENIOR AUDITOR AT

01:30PM  2    DELOITTE?

01:30PM  3    A.   THIS IS TO VERIFY THAT WHAT THE CLIENT PRESENTED IN THEIR

01:30PM  4    FINANCIAL STATEMENTS WE HAVE WITH -- THEY HAVE THE PROPER

01:30PM  5    DOCUMENTS TO SUPPORT WHERE THE NUMBER IS COMING FROM AND THAT'S

01:30PM  6    FAIRLY PRESENTED.

01:30PM  7    Q.   AND AT THE END OF THE AUDIT THAT YOU'RE PERFORMING AS THE

01:30PM  8    SENIOR AUDITOR, WOULD DELOITTE RENDER OPINIONS ON THE FINANCIAL

01:30PM  9    STATEMENTS OF THE COMPANIES THAT IT WAS AUDITING?

01:30PM  10   A.   YES.

01:30PM  11   Q.   OKAY.  YOU TALKED A LITTLE BIT ABOUT FINANCIAL STATEMENTS.

01:30PM  12        CAN YOU -- FOR THOSE OF US WHO ARE NOT FAMILIAR WITH

01:30PM  13   FINANCIAL STATEMENTS THAT COMPANIES MIGHT HAVE, CAN YOU TALK

01:30PM  14   ABOUT SOME OF THE TRADITIONAL ONES THAT YOU MIGHT REVIEW?

01:30PM  15   A.   YES.  THAT WOULD INCLUDE A BALANCE SHEET WHICH STATED THE

01:31PM  16   COMPANY'S FINANCIAL STATUS AS OF ANY GIVEN DATE.  THAT INCLUDES

01:31PM  17   THEIR ASSET BALANCE, LIABILITIES, AND THEIR EQUITY.

01:31PM  18        ANOTHER ONE WOULD BE THEIR STATEMENT OF INCOME, AND THAT

01:31PM  19   WOULD -- THAT WOULD SHOW THEIR REVENUE AND EXPENSES OF THE

01:31PM  20   GIVEN PERIOD OF TIME FOR THE COMPANY.

01:31PM  21        AND THERE WOULD BE STATEMENT OF CASH FLOW, WHICH SHOWS

01:31PM  22   WHAT THE CASH IS COMING IN AND OUT, THE ACTIVITIES COMING IN

01:31PM  23   AND OUT OF THE COMPANY.

01:31PM  24        AND THEN THERE WOULD BE STATEMENT OF EQUITIES.

01:31PM  25   Q.   THANK YOU.

SPIVEY DIRECT BY MR. LEACH                                          619

01:31PM   1        WHEN DID YOU LEAVE DELOITTE HONG KONG?

01:31PM   2   A.   IN 2003.

01:31PM   3   Q.   AND WHY DID YOU LEAVE DELOITTE HONG KONG?

01:31PM   4   A.   I WENT TO THE UNIVERSITY OF ROCHESTER TO GET MY MBA.

01:31PM   5   Q.   OKAY.  AND DID YOU SUCCEED IN GETTING YOUR MBA DEGREE?

01:31PM   6   A.   YES.

01:31PM   7   Q.   EXCELLENT.

01:31PM   8        DO YOU HOLD ANY PROFESSIONAL LICENSES?

01:32PM   9   A.   YES, I HAVE A CPA LICENSE.

01:32PM  10   Q.   AND WHAT IS A CPA LICENSE?

01:32PM  11   A.   IT'S CERTIFIED PUBLIC ACCOUNTANT.

01:32PM  12   Q.   AND WHAT DOES THAT LICENSE GIVE YOU AUTHORITY OR

01:32PM  13   PERMISSION TO DO?

01:32PM  14   A.   SO I CAN SIGN OFF ON OUR CLIENT'S ACCOUNTS IF I DECIDED TO

01:32PM  15   GO, LIKE, BE AN AUDITOR.

01:32PM  16   Q.   AND SO YOU OBTAINED YOUR MBA DEGREE FROM THE UNIVERSITY OF

01:32PM  17   ROCHESTER IN 2005.

01:32PM  18        WHAT DID YOU DO AFTER THAT?

01:32PM  19   A.   I JOINED DELOITTE'S SAN JOSE OFFICE.

01:32PM  20   Q.   DELOITTE'S SAN JOSE OFFICE HERE IN CALIFORNIA?

01:32PM  21   A.   CORRECT.

01:32PM  22   Q.   I SEE.  AND WHAT DID YOU DO FOR THEM?

01:32PM  23   A.   I WAS ALSO A SENIOR AUDITOR.

01:32PM  24   Q.   OKAY.  AND WERE YOU DOING WORK SIMILAR TO WHAT YOU WERE

01:32PM  25   DOING FOR DELOITTE IN HONG KONG?

01:32PM   1      A.   CORRECT.

01:32PM   2      Q.   AND WERE YOU DOING THAT FOR COMPANIES BASED HERE IN THE

01:32PM   3      UNITED STATES?

01:32PM   4      A.   CORRECT.

01:32PM   5      Q.   AND WERE YOU DOING THAT FOR PUBLIC COMPANIES, COMPANIES

01:32PM   6      WHO ARE TRADED ON THE STOCK MARKET?

01:32PM   7      A.   BOTH PUBLIC COMPANY AND PRIVATE COMPANY.

01:32PM   8      Q.   OKAY.  AND WHAT IS THE DIFFERENCE BETWEEN A PUBLIC COMPANY

01:33PM   9      AND A PRIVATE COMPANY IN YOUR MIND?

01:33PM   10     A.   FROM THE AUDIT PERSPECTIVE, THERE'S NOT MUCH DIFFERENCE.

01:33PM   11     WE PERFORM THE SAME PROCEDURES.

01:33PM   12     Q.   SO YOU REVIEW THE BALANCE SHEET?

01:33PM   13     A.   CORRECT.

01:33PM   14     Q.   DO YOU REVIEW THE INCOME STATEMENT?

01:33PM   15     A.   CORRECT.

01:33PM   16     Q.   AND DID YOU REVIEW STATEMENTS OF CASH FLOWS?

01:33PM   17     A.   YES.

01:33PM   18     Q.   OKAY.  HOW LONG WERE YOU WITH DELOITTE IN SAN JOSE?

01:33PM   19     A.   ABOUT ONE YEAR.

01:33PM   20     Q.   OKAY.  WHAT DID YOU DO AFTER THAT?

01:33PM   21     A.   I JOINED THERANOS.

01:33PM   22     Q.   OKAY.  AND WHAT YEAR WAS THAT?

01:33PM   23     A.   IN 2006.

01:33PM   24     Q.   AND WHAT WERE YOU ARE HIRED TO DO AT THERANOS IN 2006?

01:33PM   25     A.   I WAS HIRED AS A CORPORATE CONTROLLER.

SPIVEY DIRECT BY MR. LEACH                                    621

01:33PM  1    Q.   AS A CORPORATE CONTROLLER?  AM I HEARING THAT RIGHT?

01:33PM  2    A.   YES.

01:33PM  3    Q.   WONDERFUL.  THANK YOU.

01:33PM  4         CAN YOU TELL US A LITTLE BIT ABOUT WHAT YOUR DUTIES WERE

01:33PM  5    AS THE CORPORATE CONTROLLER OF THERANOS?

01:34PM  6    A.   SO I MANAGE AND DIRECT ALL ASPECTS OF THE ACCOUNTING

01:34PM  7    OPERATIONS.  THAT WOULD INCLUDE PROCESSING INVOICES AND DESIGN

01:34PM  8    THE INTERNAL CONTROL, PREPARE THE FINANCIAL STATEMENTS, AND

01:34PM  9    HANDLE PAYROLL AND KEEPING TRACK OF THEIR EQUITY RECORDS.

01:34PM  10   Q.   OKAY.  YOU MENTIONED SOMETHING CALLED DESIGNING INTERNAL

01:34PM  11   CONTROLS.  WHAT DOES THAT MEAN?

01:34PM  12   A.   IT'S ACCOUNTING PROCESSES AND PROCEDURES AND MAKING SURE

01:34PM  13   WE HAVE CHECKS AND BALANCES IN PLACE.

01:34PM  14   Q.   AND DID I HEAR YOU SAY YOU PREPARED FINANCIAL STATEMENTS

01:34PM  15   WHILE THE CORPORATE CONTROLLER AT THERANOS?

01:34PM  16   A.   YES.

01:34PM  17   Q.   AND DID THAT INCLUDE BALANCE SHEETS?

01:34PM  18   A.   YES.

01:34PM  19   Q.   AND DID THAT INCLUDE INCOME STATEMENTS?

01:34PM  20   A.   YES.

01:34PM  21   Q.   AND DID THAT INCLUDE STATEMENTS OF CASH FLOW?

01:34PM  22   A.   YES.

01:34PM  23   Q.   YOU ALSO SAID THAT YOU DID WORK AROUND THE EQUITY.  CAN

01:35PM  24   YOU EXPLAIN FOR US WHAT YOU MEANT BY THAT?

01:35PM  25   A.   SO MOSTLY IT WOULD BE IF THE COMPANY GRANTS OPTION TO

SPIVEY DIRECT BY MR. LEACH

01:35PM   1    EMPLOYEES, CONSULTING DIRECTORS, THEN I WOULD KEEP TRACK OF THE

01:35PM   2    NUMBER OF OPTIONS THAT WE GRANT AND THE VALUE THAT WE GRANT IT

01:35PM   3    AT AND THE DATE AND ALL OF THESE RECORDS OF OPTIONS.

01:35PM   4        I ALSO KEEP TRACK OF THE CAPITALIZATION SUMMARY FOR THE

01:35PM   5    COMPANY.  SO WHO -- THERE ARE SHAREHOLDERS WHO INVEST IN WHAT

01:35PM   6    SERIES OF THE PREFERRED STOCK.

01:35PM   7    Q.   I JUST WANT TO MAKE SURE THAT I'M TRACKING YOU,

01:35PM   8    MS. SPIVEY.  WHEN YOU SAY THE CAPITALIZATION RECORD, WHAT DO

01:35PM   9    YOU MEAN BY THAT?

01:35PM  10    A.   THAT MEANS THE NUMBER OF SHARES AND THE SHAREHOLDER IN

01:35PM  11    EACH CLASSIFICATION OF THE COMPANY STOCK.

01:35PM  12    Q.   AND YOU WERE RESPONSIBLE FOR KEEPING TRACK OF THAT?

01:35PM  13    A.   CORRECT.

01:36PM  14    Q.   HOW LONG DID YOU WORK AT THERANOS AS THE CORPORATE

01:36PM  15    CONTROLLER?

01:36PM  16    A.   FROM 2006 TO 2017.

01:36PM  17    Q.   WHY DID YOU LEAVE THERANOS IN MARCH OF 2017?

01:36PM  18    A.   THEY DECIDED TO OUTSOURCE THE ACCOUNTING FUNCTIONS, SO

01:36PM  19    THEY LAID OFF THE WHOLE ACCOUNTING TEAM.

01:36PM  20    Q.   WHEN YOU STARTED AS THE CORPORATE CONTROLLER OF THERANOS

01:36PM  21    IN 2006, WHO DID YOU REPORT TO?

01:36PM  22    A.   THE CFO AT THAT TIME.

01:36PM  23    Q.   CFO, IS THAT AN ACRONYM?

01:36PM  24    A.   YES.  IT'S CHIEF FINANCIAL OFFICER.

01:36PM  25    Q.   THE CHIEF FINANCIAL OFFICER?

SPIVEY DIRECT BY MR. LEACH                                    623

01:36PM  1        A.   YES.

01:36PM  2        Q.   AND WHO WAS THE CHIEF FINANCIAL OFFICER AT THE TIME THAT

01:36PM  3    YOU STARTED AT THERANOS?

01:36PM  4        A.   HOWARD BAILEY.

01:36PM  5        Q.   HOW LONG DID YOU WORK UNDER MR. BAILEY?

01:36PM  6        A.   HE LEFT AFTER -- A FEW MONTHS AFTER I JOINED THE COMPANY.

01:36PM  7        Q.   A FEW MONTHS AFTER YOU JOINED?

01:36PM  8        A.   YES.

01:37PM  9        Q.   DO YOU HAVE ANY INSIGHT AS TO WHY MR. BAILEY LEFT THE

01:37PM 10    COMPANY?

01:37PM 11        A.   NO.

01:37PM 12        Q.   AND AFTER MR. BAILEY LEFT THERANOS, DID THERANOS REPLACE

01:37PM 13    HIM WITH A CHIEF FINANCIAL OFFICER?

01:37PM 14        A.   NO.

01:37PM 15        Q.   AFTER MR. BAILEY LEFT THE COMPANY, WHO DID YOU START

01:37PM 16    REPORTING TO?

01:37PM 17        A.   RIGHT AFTER HE LEFT, I STARTED REPORTING TO

01:37PM 18    ELIZABETH HOLMES.

01:37PM 19        Q.   AND FOR WHAT PERIOD OF TIME DID YOU REPORT TO MS. HOLMES?

01:37PM 20        A.   SO AFTER HOWARD BAILEY LEFT THE COMPANY, I STARTED

01:37PM 21    REPORTING TO ELIZABETH HOLMES.

01:37PM 22             AND SOMETIME IN 2007, THERE WAS A SENIOR FINANCE, OR

01:37PM 23    SENIOR DIRECTOR OF FINANCE, AND I REPORTED TO HER FOR ABOUT ONE

01:37PM 24    YEAR.  AND THEN SHE LEFT THE COMPANY, AND THEN I REPORT TO

01:38PM 25    ELIZABETH HOLMES AGAIN UNTIL I LEFT THE COMPANY.

SPIVEY DIRECT BY MR. LEACH                                    624

01:38PM  1      Q.  SO AM I RIGHT THAT ROUGHLY THE TIME PERIOD 2008-2009 ALL

01:38PM  2      OF THE WAY TO YOUR DEPARTURE IN 2017, YOU REPORTED DIRECTLY TO

01:38PM  3      ELIZABETH HOLMES?

01:38PM  4      A.  YES.

01:38PM  5      Q.  IN BETWEEN THE TIME MR. BAILEY LEFT IN ROUGHLY 2007 UP

01:38PM  6      UNTIL THE TIME THAT YOU LEFT IN MARCH OF 2017, IN THAT TIME

01:38PM  7      PERIOD, DID THERANOS HIRE A CHIEF FINANCIAL OFFICER TO REPLACE

01:38PM  8      HIM?

01:38PM  9      A.  NO.

01:38PM 10      Q.  DID IT HIRE SOME FORM OF SENIOR DIRECTOR OF FINANCE LIKE

01:38PM 11      MS. SINGHAL WHO YOU MENTIONED?

01:38PM 12      A.  THAT'S THE ONLY ONE.

01:38PM 13      Q.  SHE'S THE ONLY EXAMPLE OF THAT?

01:38PM 14      A.  YES.

01:38PM 15      Q.  AND SHE LEFT SOMETIME IN 2007 OR 2008?

01:38PM 16      A.  CORRECT.

01:38PM 17      Q.  AND WERE YOU THE MOST SENIOR FINANCIAL OFFICER WITHIN

01:38PM 18      THERANOS FROM ROUGHLY 2008 UP UNTIL 2017?

01:39PM 19      A.  SORRY.  LET ME BACKTRACK A LITTLE BIT.

01:39PM 20      Q.  SURE.

01:39PM 21      A.  BECAUSE I THINK IN 2016 THE COMPANY HAS AN INTERIM CFO.

01:39PM 22      Q.  OKAY.  I DIDN'T MEAN TO INTERRUPT YOU.  THANK YOU FOR

01:39PM 23      POINTING THAT OUT.

01:39PM 24          LET ME ASK A BETTER QUESTION.  UP UNTIL THIS TIME PERIOD

01:39PM 25      IN ROUGHLY 2016, BETWEEN -- FROM 2008 UNTIL THAT POINT, WERE

SPIVEY DIRECT BY MR. LEACH                                                    625

01:39PM   1      YOU THE MOST SENIOR FINANCE OFFICER WITHIN THERANOS?

01:39PM   2      A.   YES.

01:39PM   3      Q.   AND I THINK YOU MENTIONED, DID YOUR DUTIES INCLUDE

01:39PM   4      PREPARING FINANCIAL STATEMENTS?

01:39PM   5      A.   YES.

01:39PM   6      Q.   DID YOUR DUTIES ENSURE, ENSURING THAT TRANSACTIONS WERE

01:39PM   7      APPROPRIATELY ENTERED INTO THE FINANCIAL SYSTEM?

01:39PM   8      A.   YES.

01:39PM   9      Q.   AND WHAT FINANCIAL SYSTEM DID THERANOS USE DURING YOUR

01:39PM   10     TENURE AS CORPORATE CONTROLLER?

01:39PM   11     A.   QAD.  QAD.

01:40PM   12     Q.   HOW REGULARLY DID YOU INTERACT WITH THE DEFENDANT WHEN YOU

01:40PM   13     WERE THE CORPORATE CONTROLLER?

01:40PM   14     A.   IT'S NOT REGULAR.

01:40PM   15     Q.   DID YOU MEET WITH HER WEEKLY?

01:40PM   16     A.   IT'S NOT REGULAR.  SOMETIMES IT'S WEEKLY.  IT MAY BE

01:40PM   17     BIWEEKLY.  SOMETHING LIKE THAT.

01:40PM   18     Q.   SO IT VARIED?  IS THAT WHAT YOU'RE SAYING?

01:40PM   19     A.   YES.

01:40PM   20     Q.   AND SOMETIMES IT WAS WEEKLY?

01:40PM   21     A.   RIGHT.

01:40PM   22     Q.   AND SOMETIMES IT WAS MORE THAN THAT?  SOMETIMES IT WAS

01:40PM   23     LESS THAN THAT?

01:40PM   24     A.   RIGHT.

01:40PM   25     Q.   DID YOU REGULARLY PROVIDE MS. HOLMES WITH DOCUMENTS

01:40PM   1    SUMMARIZING THE COMPANY'S FINANCIAL CONDITION?

01:40PM   2    A.   YES.

01:40PM   3    Q.   DID YOU REGULARLY PROVIDE MS. HOLMES WITH DOCUMENTS

01:40PM   4    SUMMARIZING THE COMPANY'S CASH POSITION?

01:40PM   5    A.   YES.

01:40PM   6    Q.   OKAY.  WAS IT PART OF YOUR JOB TO MAKE SURE THAT

01:40PM   7    MS. HOLMES WAS AWARE OF THE FINANCIAL STATE OF THE COMPANY?

01:40PM   8    A.   YES.

01:40PM   9    Q.   WHEN YOU JOINED THERANOS IN 2006, DID THERANOS HAVE AN

01:41PM   10   OUTSIDE AUDITOR?

01:41PM   11   A.   YES.

01:41PM   12   Q.   WHO WAS THE OUTSIDE AUDITOR?

01:41PM   13   A.   AT THE TIME I JOINED, IT WAS ERNST & YOUNG.

01:41PM   14   Q.   WHAT IS ERNST & YOUNG?

01:41PM   15   A.   ERNST & YOUNG IS A PUBLIC ACCOUNTING FIRM.

01:41PM   16   Q.   ARE THEY A COMPETITOR OF DELOITTE'S?

01:41PM   17   A.   YES.

01:41PM   18        (LAUGHTER.)

01:41PM   19   BY MR. LEACH:

01:41PM   20   Q.   ARE THERE FOUR BIG FIRM -- OR ARE THERE SOMETHING KNOWN AS

01:41PM   21   THE BIG FOUR ACCOUNTING FIRMS IN THE UNITED STATES?

01:41PM   22   A.   YES.

01:41PM   23   Q.   AND IS DELOITTE ONE OF THEM?

01:41PM   24   A.   YES.

01:41PM   25   Q.   AND IS ERNST & YOUNG ONE OF THEM?

SPIVEY DIRECT BY MR. LEACH                                          627

01:41PM   1    A.   YES.

01:41PM   2    Q.   AND I USED THAT TERM "OUTSIDE AUDITOR."  EXPLAIN FOR US

01:41PM   3    AGAIN, WHAT IS AN OUTSIDE AUDITOR?  WHAT WAS ERNST & YOUNG

01:41PM   4    DOING FOR THERANOS?

01:41PM   5    A.   SO THEY WERE THERE TO, SIMILAR TO WHAT I DID AT DELOITTE.

01:41PM   6    SO THEY EXAMINED THE ACCOUNTING RECORDS TO MAKE SURE THAT WHAT

01:42PM   7    WE PRESENTED TO -- THAT THE FINANCIAL STATEMENT THAT WE

01:42PM   8    PRESENTED TO THEM WAS FAIRLY STATED.

01:42PM   9    Q.   AND DID ERNST & YOUNG GIVE AN OPINION ON THERANOS'S

01:42PM  10    FINANCIAL STATEMENTS FOR THE YEAR 2006?

01:42PM  11    A.   YES.

01:42PM  12    Q.   ERNST & YOUNG WAS ABLE TO COME TO AN OPINION AND SAY THESE

01:42PM  13    ARE CORRECT IN ALL MATERIAL RESPECTS; IS THAT RIGHT?

01:42PM  14    A.   CORRECT.

01:42PM  15    Q.   AND DID ERNST & YOUNG GIVE AN OPINION ON THERANOS'S

01:42PM  16    FINANCIAL STATEMENTS IN 2007?

01:42PM  17    A.   YES.

01:42PM  18    Q.   AND HOW ABOUT 2008?

01:42PM  19    A.   THEY DID.

01:42PM  20    Q.   OKAY.  HOW ABOUT 2009?

01:42PM  21    A.   THEY WERE NO LONGER THE AUDITOR FOR THERANOS.

01:42PM  22    Q.   OKAY.  IN 2009, DID THERANOS STOP USING ERNST & YOUNG?

01:42PM  23    A.   YES.

01:42PM  24    Q.   AND DID YOU HAVE ANY ROLE IN DECIDING TO NO LONGER ENGAGE

01:42PM  25    ERNST & YOUNG?

SPIVEY DIRECT BY MR. LEACH                                              628

01:42PM   1      A.   NO.

01:42PM   2      Q.   DID THERANOS START USING A NEW AUDITOR AT THAT POINT IN

01:43PM   3   TIME?

01:43PM   4      A.   YES.   THERANOS ENGAGED KPMG.

01:43PM   5      Q.   IS THAT ANOTHER ONE OF THE BIG FOUR?

01:43PM   6      A.   YES.

01:43PM   7      Q.   AND DID YOU WORK WITH KPMG AUDITORS DURING THE TIME PERIOD

01:43PM   8   2009 TO 2015?

01:43PM   9      A.   YES.

01:43PM  10      Q.   OKAY.   AT ANY POINT IN TIME, DID KPMG RENDER AN OPINION ON

01:43PM  11   THERANOS'S 2009 FINANCIAL STATEMENTS?

01:43PM  12      A.   NO.

01:43PM  13      Q.   WHY DID KPMG NOT RENDER AN OPINION ON THERANOS'S 2009

01:43PM  14   FINANCIAL STATEMENTS?

01:43PM  15      A.   SO THEY REVIEWED IT, THE FINANCIAL STATEMENTS FOR 2009,

01:43PM  16   AND BECAUSE OF THE TIMING, IT WAS ALREADY TOWARDS THE END OF

01:43PM  17   2010, AND SO THEY DECIDED TO AUDIT THE FINANCIAL STATEMENT FOR

01:43PM  18   2010 SO THAT THEY CAN ISSUE ONE FINANCIAL STATEMENT FOR BOTH

01:43PM  19   YEARS.

01:43PM  20      Q.   OKAY.   SO KPMG EXPRESSED A DESIRE TO RENDER AN OPINION ON

01:44PM  21   TWO YEARS OF FINANCIAL STATEMENTS GIVEN THE TIMING OF THE

01:44PM  22   ENGAGEMENT?

01:44PM  23      A.   CORRECT.

01:44PM  24      Q.   OKAY.   DID KPMG EVER RENDER AN OPINION ON THE 2010

01:44PM  25   FINANCIAL STATEMENTS?

SPIVEY DIRECT BY MR. LEACH                                              629

01:44PM   1        A.    NO.

01:44PM   2        Q.    AND WHY WAS THAT?

01:44PM   3        A.    MY RECOLLECTION OF THAT IS THAT THERE'S SOME ISSUES WITH

01:44PM   4        THE OPTION VALUATION.

01:44PM   5        Q.    WHEN YOU SAY THERE WAS AN ISSUE WITH THE OPTION VALUATION,

01:44PM   6        WHAT DO YOU MEAN BY THAT?

01:44PM   7        A.    SO THERANOS GRANTED SOME OPTION IN MAY OF 2010, AND THEN

01:44PM   8        IN 2000 -- OR IN JULY OF 2010, THERANOS HAS A NEW ROUND OF

01:44PM   9        FINANCING.

01:44PM   10           SO KPMG SAID, WOULD THE FAIR MARKET -- OR THE VALUE THAT

01:44PM   11       WE GRANTED THE OPTION AT IN MAY OF 2010 WAS TOO LOW BECAUSE

01:45PM   12       WE -- THE COMPANY SHOULD HAVE TAKEN INTO ACCOUNT THE FUNDING

01:45PM   13       FROM THE FINANCING.

01:45PM   14       Q.    WHEN YOU SAY THERE WAS A FUNDING BY FINANCING IN THE

01:45PM   15       JULY 2010 TIME PERIOD, DOES THAT MEAN THERANOS RAISED MONEY

01:45PM   16       FROM INVESTORS?

01:45PM   17       A.    YES.

01:45PM   18       Q.    AT A PARTICULAR PRICE PER SHARE.  IS THAT FAIR?

01:45PM   19       A.    YES.

01:45PM   20       Q.    OKAY.  AND THERANOS HAD GRANTED SOME STOCK OPTIONS BEFORE

01:45PM   21       THAT FINANCING?  IS THAT WHAT YOU'RE SAYING?

01:45PM   22       A.    YES.

01:45PM   23       Q.    OKAY.  WHO HAD THERANOS GRANTED THOSE OPTIONS TO?

01:45PM   24       A.    IN MAY IT WAS GRANTED TO ELIZABETH HOLMES, AND THEN

01:45PM   25       THERE'S ALSO SOME FOR A LIST OF EMPLOYEES.

SPIVEY DIRECT BY MR. LEACH                                         630

01:45PM   1    Q.   AND WHEN YOU SAY "GRANTED OPTIONS," WHAT DO YOU MEAN BY

01:45PM   2    THAT.

01:45PM   3         LET ME ASK A BETTER QUESTION.  WHAT IS A STOCK OPTION?

01:46PM   4    A.   A STOCK OPTION IS GIVING THE EMPLOYEES OR THE OPTIONEE,

01:46PM   5    WHOEVER THAT WAS, AN OPTION TO BUY THE COMPANY STOCK AT A GIVEN

01:46PM   6    PRICE.

01:46PM   7    Q.   SO THERANOS HAD GRANTED AN OPTION TO MS. HOLMES AT A

01:46PM   8    PARTICULAR PRICE TO BUY THE SHARES, AND THEN LATER IT HAD A

01:46PM   9    FINANCING AT A DIFFERENT PRICE?

01:46PM  10         WAS THAT WHAT WAS CAUSING THE ISSUE?

01:46PM  11    A.   SO WHEN THE PRICE WAS -- WHEN THE OPTION WAS GRANTED IN

01:46PM  12    MAY, BECAUSE THERE WAS NO -- THERE'S NO SUCH FINANCING, SO THE

01:46PM  13    COMPANY'S FINANCIAL POSITION WOULD DICTATE THAT THE VALUE OF

01:46PM  14    THE COMPANY AT THAT TIME WOULD BE LOW.

01:46PM  15         AND BECAUSE OF THE FINANCING, THEN THE COMPANY'S FINANCIAL

01:46PM  16    POSITION WOULD HAVE IMPROVED AND THE VALUE OF THE COMPANY WOULD

01:46PM  17    HAVE INCREASED.

01:46PM  18    Q.   AND KPMG FELT WHAT ABOUT THIS?  WHAT DID THEY SAY TO YOU?

01:47PM  19    A.   AND KPMG FELT THAT THE OPTION GRANTED SHOULD HAVE

01:47PM  20    REFLECTED THE VALUE OF THE FINANCING, SO IT SHOULD HAVE BEEN

01:47PM  21    HIGHER.

01:47PM  22    Q.   SO WAS THIS ISSUE ABOUT THE STOCK OPTION VALUATION EVER

01:47PM  23    RESOLVED WITH KPMG?

01:47PM  24    A.   NO.

01:47PM  25    Q.   DID IT EVER RENDER AN OPINION ON THERANOS'S 2009 OR 2010

UNITED STATES COURT REPORTERS

**ER-4316**

SPIVEY DIRECT BY MR. LEACH                                      631

01:47PM   1      FINANCIAL STATEMENTS?

01:47PM   2      A.   NO.

01:47PM   3      Q.   HOW ABOUT IN 2011?  DID KPMG RENDER AN OPINION ON THE

01:47PM   4      FINANCIAL STATEMENTS FOR THAT YEAR?

01:47PM   5      A.   NO.

01:47PM   6      Q.   HOW ABOUT 2012?

01:47PM   7      A.   NO.

01:47PM   8      Q.   HOW ABOUT 2013?

01:47PM   9      A.   NO.

01:47PM   10     Q.   HOW ABOUT 2014?

01:47PM   11     A.   NO.

01:47PM   12     Q.   2015?

01:47PM   13     A.   NO.

01:47PM   14     Q.   AND YOU CONTINUED TO WORK WITH KPMG AUDITORS THROUGHOUT

01:47PM   15     THAT TIME PERIOD, BUT FROM 2009 TO 2015, THEY NEVER RENDERED AN

01:47PM   16     OPINION ON THERANOS'S FINANCIAL STATEMENTS?

01:48PM   17     A.   CORRECT.

01:48PM   18     Q.   OKAY.  WAS THAT UNUSUAL IN YOUR EXPERIENCE?

01:48PM   19     A.   YES.

01:48PM   20     Q.   HOW SO?

01:48PM   21     A.   USUALLY A COMPANY, FOR A PRIVATE COMPANY OR A SMALLER

01:48PM   22     PRIVATE COMPANY, WE USUALLY HAVE A FINANCIAL STATEMENT, AN

01:48PM   23     AUDITED FINANCIAL STATEMENT ONCE A YEAR.

01:48PM   24     Q.   AND WHAT ARE THE BENEFITS OF THE COMPANY OF HAVING AN

01:48PM   25     AUDITED FINANCIAL STATEMENT AS OPPOSED TO JUST THEIR OWN

SPIVEY DIRECT BY MR. LEACH                                          632

01:48PM   1      FINANCIAL STATEMENTS?

01:48PM   2      A.   IT GIVES CREDIBILITY.

01:48PM   3      Q.   THE AUDIT OPINION GIVES CREDIBILITY?

01:48PM   4      A.   CORRECT.

01:48PM   5      Q.   OKAY.  I'D LIKE TO FOCUS YOUR ATTENTION, MS. SPIVEY, IF WE

01:48PM   6      COULD, ON THE TIME PERIOD OF 2009.

01:48PM   7           YOU WERE THE CORPORATE CONTROLLER IN THAT TIME PERIOD?

01:48PM   8      A.   YES.

01:48PM   9      Q.   AS THE CORPORATE CONTROLLER, WERE YOU FAMILIAR WITH THE

01:48PM   10     COMPANY'S CASH POSITION IN EARLY 2009?

01:48PM   11     A.   YES.

01:48PM   12     Q.   HOW WOULD YOU DESCRIBE THE COMPANY'S CASH POSITION FOR US

01:49PM   13     IN EARLY 2009?

01:49PM   14     A.   THE COMPANY HAD PROBLEMS, OR ISSUES, WITH PAYING VENDOR AT

01:49PM   15     THAT TIME.

01:49PM   16     Q.   WHEN YOU SAY "THE COMPANY HAD PROBLEMS OR ISSUES PAYING

01:49PM   17     VENDORS AT THAT POINT IN TIME," WHAT DO YOU MEAN?

01:49PM   18     A.   SO DURING THAT, DURING THAT PERIOD, SO WE WOULD -- DURING

01:49PM   19     OUR NORMAL COURSE OF BUSINESS WE BUY, WE BUY SUPPLIES, WE BUY

01:49PM   20     EQUIPMENTS, WE BUY, YOU KNOW -- OR WE HAVE TO PAY RENT AND

01:49PM   21     SOMETHING LIKE THAT, AND WE USUALLY HAVE CREDIT TERMS LIKE THE

01:49PM   22     VENDOR WOULD GIVE US 30 DAYS OR 60 DAYS TO PAY THE BILL.

01:49PM   23           BUT WHEN THAT BILL COMES DUE SOMETIMES DURING THIS FIRST

01:49PM   24     HALF OF 2009, AND SOMETIMES I -- WE JUST DO NOT HAVE THE CASH

01:50PM   25     TO PAY ALL OF THEM ON TIME, SO I WOULD HAVE TO PICK AND CHOOSE

SPIVEY DIRECT BY MR. LEACH                                        633

01:50PM   1     WHICH ONE WE WANT TO PAY FIRST.

01:50PM   2     Q.    SO YOU WERE PICKING AND CHOOSING WHICH VENDORS THERANOS

01:50PM   3     WOULD PAY IN THIS EARLY 2009 TIME PERIOD?

01:50PM   4     A.    CORRECT.

01:50PM   5     Q.    DID YOU HAVE DISCUSSIONS WITH MS. HOLMES ABOUT THE

01:50PM   6     COMPANY'S CASH POSITION IN EARLY 2009?

01:50PM   7     A.    YES.

01:50PM   8     Q.    AT A HIGH LEVEL, WHAT WAS THE SUBSTANCE OF THOSE

01:50PM   9     DISCUSSIONS?

01:50PM   10    A.    I LET HER KNOW THAT WE WOULD NOT BE ABLE TO PAY ALL OF THE

01:50PM   11    VENDORS AND IN ONE INSTANCE THAT I ALSO TOLD HER THAT WE

01:50PM   12    WOULDN'T, YOU KNOW -- I ALSO SUGGEST TO HER THAT WE MAY HAVE TO

01:50PM   13    WITHHOLD HER PAYROLL SO THAT WE COULD PAY A FEW MORE VENDOR

01:50PM   14    WITH THE MONEY.

01:50PM   15          AND THERE'S ALSO A SITUATION THAT WE HAVE TO CONTACT THE

01:50PM   16    BANKER TO CLEAR A CHECK SO THAT WE CAN MAKE THE NEXT PAYROLL.

01:51PM   17    Q.    WHEN YOU SAY "WE HAD TO CONTACT A BANKER TO MAKE SURE THAT

01:51PM   18    WE WOULD MAKE THE NEXT PAYROLL," WHAT DO YOU MEAN?  TELL US

01:51PM   19    WHAT HAPPENED.

01:51PM   20    A.    SO FOR THAT TIME I ALREADY SUBMITTED THE PAYROLL RECORD,

01:51PM   21    AND SO THE NEXT DAY WE NEED TO HAVE MONEY IN THE BANK ACCOUNT

01:51PM   22    FOR THAT -- FOR THE PAYROLL COMPANY TO DRAW THE FUND TO PAY OUR

01:51PM   23    EMPLOYEES.

01:51PM   24          AND THEN WE FIND OUT THAT THE BANK DID NOT CLEAR THE CHECK

01:51PM   25    BECAUSE THEY HAVE TO HOLD THE CHECK FOR A CERTAIN PERIOD OF

SPIVEY DIRECT BY MR. LEACH                                    634

01:51PM  1    TIME WHEN WE DON'T HAVE OUR MONEY IN THE BANK ACCOUNT TO

01:51PM  2    SUPPORT THAT.

01:51PM  3            AND SO I BROUGHT THAT UP TO ELIZABETH HOLMES, AND WE WERE

01:51PM  4    IN A CONFERENCE ROOM TOGETHER, AND WE CALLED THE BANKER AND

01:51PM  5    TRIED TO CONVINCE HIM TO LET THAT GO ONE TIME WITHOUT A WAITING

01:51PM  6    PERIOD, AND HE REFUSED TO DO THAT.

01:52PM  7            SO I HAVE TO CONTACT THE -- OUR CUSTOMER WHO CUT THE CHECK

01:52PM  8    TO US, AND I HAVE TO CONTACT THE CUSTOMER AND HAVE HER CONTACT

01:52PM  9    THE BANKER TO PROVE THAT THEY -- THE ACTUAL -- THE CHECK WILL

01:52PM  10   BE CLEARED AS A LEGITIMATE CHECK.

01:52PM  11   Q.   WAS MS. HOLMES AWARE THAT YOU WERE DOING THAT?

01:52PM  12   A.   YES.  WE WERE IN THE CONFERENCE ROOM TOGETHER.

01:52PM  13   Q.   OKAY.  AND WAS ALL OF THIS AS PART OF AN EFFORT TO MAKE

01:52PM  14   SURE THAT THERANOS COULD PAY ITS EMPLOYEES AND MEET ITS

01:52PM  15   PAYROLL?

01:52PM  16   A.   YES.

01:52PM  17   Q.   LET ME MOVE FORWARD IN TIME IN 2009.  AT SOME POINT IN

01:52PM  18   2009 DID THE COMPANY RECEIVE SOME FORM OF LOAN THAT ALLEVIATED

01:52PM  19   SOME OF ITS CASH PROBLEMS?

01:52PM  20   A.   YES, AND THEN WE WERE ABLE TO GET A LOAN FROM FIDELITY.

01:52PM  21   Q.   WAS THAT -- WHAT IS FIDELITY?

01:52PM  22   A.   FIDELITY IS AN INVESTMENT BANK.

01:52PM  23   Q.   AND WAS THIS LOAN FROM FIDELITY SECURED IN ANY WAY OR DID

01:53PM  24   SOMEONE ASSIST ENABLING FIDELITY TO LOAN THAT TO THE COMPANY?

01:53PM  25   A.   YES.  MY UNDERSTANDING WAS THAT SUNNY BALWANI USED HIS

SPIVEY DIRECT BY MR. LEACH                                                635

01:53PM   1      PERSONAL FUNDS TO GUARANTEE OR USED THIS AS A COLLATERAL SO

01:53PM   2      THAT THERANOS COULD DRAW THE LOAN.

01:53PM   3      Q.   AND DID YOU TESTIFY EARLIER THAT SOME TIME IN 2010

01:53PM   4      THERANOS RAISED MONEY FROM INVESTORS?

01:53PM   5      A.   YES.

01:53PM   6      Q.   AND DO YOU RECALL APPROXIMATELY HOW MUCH MONEY THERANOS

01:53PM   7      RAISED FROM INVESTORS IN 2010?

01:53PM   8      A.   IT'S 45 MILLION.

01:53PM   9      Q.   I'D LIKE TO DRAW YOUR ATTENTION, MS. SPIVEY, TO A DOCUMENT

01:53PM   10     THAT WE'VE MARKED AS EXHIBIT 758.

01:53PM   11          MS. HOLLIMAN, IF YOU COULD CALL THAT UP FOR THE WITNESS

01:54PM   12     ONLY.

01:54PM   13             THE CLERK:  WE CAN'T DO THAT, YOUR HONOR.

01:54PM   14          (DISCUSSION OFF THE RECORD.)

01:54PM   15             MR. LEACH:  YOUR HONOR, IS IT THE COURT'S PREFERENCE

01:54PM   16     THAT WE USE THE ELECTRONIC COPY OR A HARD COPY?

01:54PM   17             THE COURT:  ARE WE ABLE TO CALL IT UP JUST FOR THE

01:54PM   18     WITNESS?

01:54PM   19          (DISCUSSION OFF THE RECORD.)

01:54PM   20             THE COURT:  WE'LL NEED TO USE A HARD COPY IF YOU

01:54PM   21     HAVE ONE.  I'M SORRY.

01:54PM   22             MR. LEACH:  OKAY.  MAY I APPROACH THE WITNESS,

01:54PM   23     YOUR HONOR?

01:54PM   24             THE COURT:  OF COURSE.

01:54PM   25             MR. LEACH:  (HANDING.)

SPIVEY DIRECT BY MR. LEACH                                    636

01:54PM   1              (DISCUSSION OFF THE RECORD.)

01:54PM   2                   MR. LEACH:  YOUR HONOR, I THINK THE WITNESS IS

01:54PM   3       REQUESTING TO TAKE THE FACE SHIELD OFF BECAUSE IT'S GETTING

01:54PM   4       BLURRY.

01:54PM   5                   THE COURT:  IT'S GETTING FOGGY?

01:54PM   6                   THE WITNESS:  NO.  I CANNOT SEE.

01:54PM   7                   THE COURT:  OH, WITH THE MASK.

01:54PM   8                   THE WITNESS:  WITH THIS THING.

01:54PM   9                   THE COURT:  THANK YOU.  I THINK WE HAVE AN AIR

01:55PM  10       FILTER ON BELOW YOU; IS THAT CORRECT?

01:55PM  11                   THE WITNESS:  YES.

01:55PM  12                   THE COURT:  YES.  YOU CAN TAKE THAT OFF.  THANK YOU.

01:55PM  13                   THE WITNESS:  THANK YOU.

01:55PM  14       BY MR. LEACH:

01:55PM  15       Q.   IS THAT BETTER, MS. SPIVEY?

01:55PM  16       A.   YES.

01:55PM  17       Q.   THANK YOU FOR DRAWING THAT TO OUR ATTENTION.

01:55PM  18            I'D LIKE TO DRAW YOUR ATTENTION TO WHAT IS IN THE BINDER

01:55PM  19       AS EXHIBIT 578.

01:55PM  20            IS THIS A TRUE AND CORRECT COPY OF AN EMAIL THAT YOU SENT

01:55PM  21       TO KPMG IN 2012 ATTACHING CERTAIN FINANCIAL INFORMATION FOR

01:55PM  22       THERANOS?

01:55PM  23       A.   YES.

01:55PM  24       Q.   AND AT THIS TIME WAS KPMG ENGAGED BY THERANOS TO ATTEMPT

01:55PM  25       TO AUDIT THE RECORDS OF THERANOS?

SPIVEY DIRECT BY MR. LEACH                                        637

01:55PM   1     A.   YES.

01:55PM   2     Q.   AND FOR THE ATTACHMENT, WAS THIS PREPARED IN THE ORDINARY

01:55PM   3     COURSE OF THERANOS'S BUSINESS?

01:56PM   4     A.   YES.

01:56PM   5     Q.   WAS IT PREPARED FROM RECORDS MAINTAINED IN THE REGULAR

01:56PM   6     COURSE OF THERANOS BUSINESS?

01:56PM   7     A.   YES.

01:56PM   8          MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 578 INTO

01:56PM   9     EVIDENCE.

01:56PM   10         MR. WADE:  NO OBJECTION, YOUR HONOR.

01:56PM   11         THE COURT:  IT'S ADMITTED.

01:56PM   12     WOULD YOU LIKE TO PUBLISH IT?

01:56PM   13         MR. LEACH:  YES, IF WE COULD PUBLISH IT.

01:56PM   14         THE COURT:  IT WILL BE PUBLISHED AT THIS TIME.

01:56PM   15     (GOVERNMENT'S EXHIBIT 578 WAS RECEIVED IN EVIDENCE.)

01:56PM   16   BY MR. LEACH:

01:56PM   17     Q.   MS. SPIVEY, I SEE AT THE TOP OF THIS DOCUMENT THE NAME

01:56PM   18     DANISE YAM.

01:56PM   19         WAS THAT THE NAME THAT YOU USED WHILE AT THERANOS?

01:56PM   20     A.   YES.

01:56PM   21     Q.   SO AS WE'RE LOOKING THROUGH SOME OF YOUR THERANOS RECORDS

01:56PM   22     IN YOUR EXAMINATION, WILL IT CONSISTENTLY BE DANISE YAM?

01:56PM   23     A.   YES.

01:56PM   24     Q.   OKAY.  AND THIS IS IN 2012 YOU'RE SENDING SOME 2010

01:56PM   25     FINANCIAL INFORMATION TO KPMG; IS THAT CORRECT?

UNITED STATES COURT REPORTERS

SPIVEY DIRECT BY MR. LEACH                                          638

01:56PM   1      A.   YES.

01:56PM   2      Q.   OKAY.  COULD WE PLEASE LOOK AT THE ATTACHMENT.

01:57PM   3           MS. SPIVEY, UP IN THE LEFT-HAND CORNER IT SAYS

01:57PM   4      THERANOS INC. YE 12/31/2011 TRIAL BALANCE.

01:57PM   5           DO YOU SEE THAT?

01:57PM   6      A.   YES.

01:57PM   7      Q.   AND WHAT DOES YE STAND FOR?

01:57PM   8      A.   YEAR END.

01:57PM   9      Q.   AND TRIAL BALANCE, WHAT IS THAT?

01:57PM  10      A.   IT'S THE COMPANY, IT'S THE COMPANY FINANCIAL BALANCE OF

01:57PM  11      EACH ACCOUNT THAT IS INCLUDING ALL OF THE FINANCIAL ACCOUNTS

01:57PM  12      INCLUDING THE ASSETS AND LIABILITY AND INCOME AND EXPENSES AND

01:57PM  13      EQUITY.

01:58PM  14      Q.   AND WAS THE TRIAL BALANCE SOMETHING THAT YOU MAINTAINED IN

01:58PM  15      THE ORDINARY COURSE OF YOUR BUSINESS?

01:58PM  16      A.   YES.

01:58PM  17      Q.   AND WAS THAT AN IMPORTANT DOCUMENT FOR YOU IN MAINTAINING

01:58PM  18      THERANOS'S FINANCIAL RECORDS?

01:58PM  19      A.   YES.

01:58PM  20      Q.   OKAY.  I DRAW YOUR ATTENTION DOWN TO THE LEFT PORTION OF

01:58PM  21      THE SCREEN THERE'S SOME TABS IN THE EXCEL FILE.  ONE SAYS TB.

01:58PM  22           IS THAT AN ABBREVIATION FOR TRIAL BALANCE?

01:58PM  23      A.   YES.

01:58PM  24      Q.   AND TO THE RIGHT IT SAYS 2-BS.  ARE YOU ABLE TO SEE THAT?

01:58PM  25      A.   YES.

SPIVEY DIRECT BY MR. LEACH                                          639

01:58PM   1      Q.   AND WHAT DOES THAT REFER TO?

01:58PM   2      A.   BALANCE SHEETS.

01:58PM   3      Q.   THERE'S ALSO ONE 3-IS.  WHAT IS THAT?

01:58PM   4      A.   INCOME STATEMENTS.

01:58PM   5      Q.   THAT'S THE FINANCIAL STATEMENT THAT MEASURES REVENUE LESS

01:58PM   6      EXPENSES FOR A PARTICULAR PERIOD?

01:58PM   7      A.   YES.  SORRY, YES.

01:58PM   8      Q.   AND THEN TO THE RIGHT PL BY GROUP.  WHAT DOES THAT MEAN?

01:58PM   9      A.   PROFIT AND LOSS BY GROUP.

01:58PM   10     Q.   AND THEN IS QAD.  QAD IS YOUR ACCOUNTING SYSTEM?

01:59PM   11     A.   YES.

01:59PM   12     Q.   AND I'D LIKE TO FOCUS ON THE TAB 3-IS IF WE COULD.

01:59PM   13           THE COURT:  SO, MR. LEACH, WE'RE ABOUT 2:00 O'CLOCK

01:59PM   14     RIGHT NOW.  ARE YOU GOING TO -- DO YOU INTEND TO GO THROUGH

01:59PM   15     SOMETHING?  IS THIS A GOOD TIME TO BREAK OR DO YOU WANT TO ASK

01:59PM   16     A COUPLE OF INITIAL QUESTIONS?

01:59PM   17           MR. LEACH:  I HAVE SOMEWHERE ABOUT FIVE TO TEN

01:59PM   18     INITIAL QUESTIONS ABOUT THIS TAB AND NOT THE OTHERS.

01:59PM   19           THE COURT:  WHY DON'T WE DO THAT AND JUST EXHAUST

01:59PM   20     THOSE.

01:59PM   21        LADIES AND GENTLEMEN, WE'RE GOING TO TAKE A FEW MINUTES TO

01:59PM   22     ALLOW MR. LEACH TO EXAMINE THIS TOPIC, AND THEN WE'LL BREAK FOR

01:59PM   23     THE DAY.

01:59PM   24     BY MR. LEACH:

01:59PM   25     Q.   WERE YOU INTENDING BY THIS EXCEL SPREADSHEET, MS. YAM, TO

SPIVEY DIRECT BY MR. LEACH                                    640

01:59PM   1    PROVIDE ACCURATE INFORMATION TO KPMG ABOUT THERANOS'S INCOME

01:59PM   2    STATEMENT FOR 2009, 2010, AND 2011?

01:59PM   3    A.   YES.

01:59PM   4    Q.   WHAT WAS THERANOS'S REVENUE FOR 2009?

01:59PM   5    A.   IT WAS $2,793,846.

02:00PM   6    Q.   AND WAS THERANOS'S REVENUE FOR 2010 $1,401,305?

02:00PM   7    A.   YES.

02:00PM   8    Q.   AND WAS THERANOS'S REVENUE FOR 2011 $518,248?

02:00PM   9    A.   YES.

02:00PM  10    Q.   AND IF WE SCROLL DOWN IN THE COLUMN B FOR THE INCOME

02:00PM  11    STATEMENT THERE'S A LINE FOR NET LOSS.

02:00PM  12         DO YOU SEE THAT?

02:00PM  13    A.   YES.

02:00PM  14    Q.   AND WHAT IS THE NET LOSS?

02:00PM  15    A.   THAT'S THE REVENUE AFTER SUBTRACTING FOR ALL OF THE

02:00PM  16    EXPENSES, AND THAT'S WHAT THE COMPANY BASICALLY WAS LOSING FOR

02:00PM  17    THAT YEAR.

02:00PM  18         MR. LEACH:   YOUR HONOR, THIS IS A CONVENIENT

02:00PM  19    STOPPING POINT?

02:00PM  20         THE COURT:   ALL RIGHT.   WE WILL BREAK NOW.

02:00PM  21    MS. SPIVEY, WE'RE GOING TO ASK YOU TO RETURN FRIDAY,

02:01PM  22    FRIDAY, IF YOU COULD BE HERE, WE'LL CONTINUE WITH YOUR

02:01PM  23    TESTIMONY AT 9:00 A.M., PLEASE.   SO IF YOU COULD PLEASE BE

02:01PM  24    AVAILABLE AND BE AVAILABLE IN THE COURTHOUSE.

02:01PM  25         YOU CAN STAND DOWN NOW.   THANK YOU.   JUST LEAVE THAT

UNITED STATES COURT REPORTERS

| 02:01PM | 1 | THERE. |
| 02:01PM | 2 | THE WITNESS:  OKAY. |
| 02:01PM | 3 | THE COURT:  THANK YOU. |
| 02:01PM | 4 | THE WITNESS:  THANK YOU. |
| 02:01PM | 5 | THE COURT:  LADIES AND GENTLEMEN, WE'RE GOING TO |

02:01PM 6  RECESS FOR THE DAY.  AS I INDICATED TO THE WITNESS, WE WILL NOT

02:01PM 7  BE HERE TOMORROW, THURSDAY.  WE WILL BEGIN ON FRIDAY AT

02:01PM 8  9:00 A.M.  I HOPE TO HAVE YOU IN YOUR SEATS AND TO HAVE

02:01PM 9  WITNESSES READY TO TESTIFY AT 9:00 A.M.

02:01PM 10     LET ME JUST -- I AM GOING TO READ TO YOU AGAIN AN

02:01PM 11  ADMONITION, AND I DO THIS BECAUSE I HOPE YOU REALIZE HOW

02:01PM 12  IMPORTANT IT IS.  THE GIST OF THIS IS THAT YOU NOT, NOT INDULGE

02:01PM 13  IN ANY MATERIAL REGARDING THIS CASE OUTSIDE OF THIS COURTROOM.

02:02PM 14     AS I INDICATED BEFORE THE TRIAL STARTED, YOU, AS JURORS,

02:02PM 15  WILL DECIDE THIS CASE BASED SOLELY ON THE EVIDENCE PRESENTED IN

02:02PM 16  THIS COURTROOM.  THIS MEANS THAT AFTER YOU LEAVE HERE FOR THE

02:02PM 17  NIGHT, YOU MUST NOT CONDUCT ANY INDEPENDENT RESEARCH ABOUT THIS

02:02PM 18  CASE, THE MATTERS IN THE CASE, THE LEGAL ISSUES IN THE CASE, OR

02:02PM 19  THE INDIVIDUALS OR OTHER ENTITIES INVOLVED IN THE CASE.

02:02PM 20     THIS IS IMPORTANT FOR THE SAME REASON THAT JURORS HAVE

02:02PM 21  LONG BEEN INSTRUCTED TO LIMIT THEIR EXPOSURE TO TRADITIONAL

02:02PM 22  FORMS OF MEDIA SUCH AS TELEVISIONS AND NEWSPAPERS.

02:02PM 23     YOU ALSO MUST NOT COMMUNICATE WITH ANYONE IN ANY WAY ABOUT

02:02PM 24  THIS CASE, AND YOU MUST IGNORE ANY INFORMATION ABOUT THE CASE

02:02PM 25  THAT YOU MIGHT SEE WHILE BROWSING THE INTERNET OR ON YOUR

| 02:02PM | 1 | SOCIAL MEDIA FEEDS. |
| 02:02PM | 2 | PLEASE RECALL WHEN WE WERE TALKING DURING THE JURY |
| 02:02PM | 3 | SELECTION PROCESS I SUGGESTED THAT I THINK YOU CANNOT DELETE |
| 02:03PM | 4 | NOTIFICATIONS BUT SOMEHOW DISABLE YOUR NOTIFICATIONS. |
| 02:03PM | 5 | I WOULD SUGGEST AND ENCOURAGE YOU TO THINK ABOUT THAT. |
| 02:03PM | 6 | THAT MIGHT HELP YOU TO AVOID ANY UNWANTED NOTIFICATIONS OR |
| 02:03PM | 7 | EXPOSURE TO INFORMATION. |
| 02:03PM | 8 | ANYTHING BEFORE I ASK THE JURY TO LEAVE FOR THE DAY, |
| 02:03PM | 9 | COUNSEL? |
| 02:03PM | 10 | MR. LEACH:  NO, YOUR HONOR. |
| 02:03PM | 11 | THE COURT:  ALL RIGHT.  I'M GOING TO ASK AGAIN JUROR |
| 02:03PM | 12 | NUMBER 7 IF YOU CAN REMAIN.  MS. HERNANDEZ-PEREZ, I HAVE A FEW |
| 02:03PM | 13 | QUESTIONS FOR YOU. |
| 02:03PM | 14 | AND LET ME ADVISE YOUR COLLEAGUES, SHE'S NOT IN TROUBLE. |
| 02:03PM | 15 | NOT AT ALL.  THIS IS ABOUT SCHEDULING ISSUES. |
| 02:03PM | 16 | (LAUGHTER.) |
| 02:03PM | 17 | THE COURT:  ONE THING I WOULD LIKE YOU TO THINK |
| 02:03PM | 18 | ABOUT, TOO, LADIES AND GENTLEMEN OF THE JURY, THE TIMING AND I |
| 02:03PM | 19 | KNOW SOME OF YOU LIVE FAR AND OVER THE HILL AS THEY SAY. |
| 02:03PM | 20 | AS WE GO FORWARD, I'D LIKE YOU TO THINK ABOUT WHETHER OR |
| 02:03PM | 21 | NOT, I THINK I MENTIONED THIS AT SOME POINT EARLIER, THINK |
| 02:03PM | 22 | ABOUT SHOULD WE START EARLIER AT 8:30, SHOULD WE END LATER, |
| 02:04PM | 23 | THOSE TYPES OF THINGS.  I WANT TO ADJUST THE SCHEDULE SUCH THAT |
| 02:04PM | 24 | WE CAN EFFICIENTLY CAPTURE EVERYTHING WE NEED HERE, BUT I WANT |
| 02:04PM | 25 | TO DO IT THAT'S COMFORTABLE FOR YOU AS WELL AND LESS INTRUSIVE |

| | | |
|---|---|---|
| 02:04PM | 1 | AS POSSIBLE.  THAT'S SOMETHING I MIGHT EXPLORE.  SO BE THINKING |
| 02:04PM | 2 | ABOUT THAT, PLEASE.  WE'LL TALK ABOUT THAT LATER ON. |
| 02:04PM | 3 | FOR NOW, HAVE A GOOD EVENING.  PLEASE REMEMBER THE |
| 02:04PM | 4 | ADMONITION.  WE'LL SEE YOU FRIDAY MORNING. |
| 02:04PM | 5 | WHERE SHOULD THEY REPORT, MS. KRATZMANN?  UPSTAIRS? |
| 02:04PM | 6 | THE CLERK:  FRIDAY MORNING, YES, THEY CAN REPORT |
| 02:04PM | 7 | UPSTAIRS. |
| 02:04PM | 8 | THE COURT:  OKAY.  AND THEN YOU WILL BE IN THE JURY |
| 02:04PM | 9 | ROOM. |
| 02:04PM | 10 | HAVE WE MISSED THE BREAKFAST ITEMS? |
| 02:04PM | 11 | THE CLERK:  THEY RECEIVED BREAKFAST THIS MORNING, |
| 02:04PM | 12 | YOUR HONOR. |
| 02:04PM | 13 | THE COURT:  OH.  GOOD.  OKAY.  THAT'S WHY THEY LOOK |
| 02:04PM | 14 | WELL FORTIFIED.  GREAT.  HAVE A GOOD EVENING FOLKS.  WE WILL |
| 02:04PM | 15 | SEE YOU FRIDAY. |
| 02:04PM | 16 | (JURY OUT AT 2:04 P.M.) |
| 11:08AM | 17 | (PROCEEDINGS HELD IN THE PRESENCE OF JUROR 7.) |
| 02:05PM | 18 | THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK |
| 02:05PM | 19 | YOU. |
| 02:05PM | 20 | THE RECORD SHOULD REFLECT THAT OUR JURORS AND ALTERNATES |
| 02:05PM | 21 | HAVE LEFT. |
| 02:05PM | 22 | JUROR NUMBER 7, MS. HERNANDEZ-PEREZ, REMAINS.  I'M SORRY |
| 02:05PM | 23 | YOU WEREN'T ABLE TO GET AHOLD OF YOUR SUPERVISOR.  SHE'S BACK |
| 02:05PM | 24 | FRIDAY? |
| 02:05PM | 25 | JUROR:  YES. |

02:05PM  1          THE COURT:  SO WHAT SHOULD WE DO,

02:05PM  2     MS. HERNANDEZ-PEREZ?  CAN YOU COME ON FRIDAY AND THEN CHECK

02:06PM  3     WITH HER ON FRIDAY MORNING?  WOULD THAT WORK?

02:06PM  4          JUROR:  I CAN TRY AND CALL AND SEE IF SHE'S THERE IN

02:06PM  5     THE MORNING.

02:06PM  6       BUT THEY DON'T OPEN THE STORE UNTIL 10:00 I THINK, SO THAT

02:06PM  7     WOULD BE LIKE IN THE MIDDLE OF THE --

02:06PM  8          THE COURT:  I SEE.  IS SHE EXPECTING YOU?  ARE YOU

02:06PM  9     EXPECTED TO BE AT WORK ON FRIDAY MORNING?

02:06PM 10          JUROR:  I SWITCHED A SHIFT, LIKE, WITH SOMEONE SO

02:06PM 11     IT'S AT 3:00.

02:06PM 12          THE COURT:  OH.  LOVELY.  THANK YOU FOR DOING THAT.

02:06PM 13     THAT WAS KIND OF YOU.

02:06PM 14       SO WE'LL SEE YOU ON FRIDAY MORNING AT 9:00 O'CLOCK THEN.

02:06PM 15     CAN YOU BE HERE?

02:06PM 16          JUROR:  YES.

02:06PM 17          THE COURT:  GREAT.  AND THEN SOME TIME DURING THE

02:06PM 18     BREAK CAN YOU REACH OUT TO HER?

02:06PM 19          JUROR:  YES.  OR I CAN ALSO TRY TALKING TO HER AT

02:06PM 20     WORK, WHICHEVER IS --

02:06PM 21          THE COURT:  OH.

02:06PM 22          JUROR:  WELL, I'M GOING TO WORK ON FRIDAY SO SHE

02:06PM 23     SHOULD BE THERE.

02:06PM 24          THE COURT:  OKAY.  WELL, MAYBE IT'S -- YOU KNOW,

02:06PM 25     THAT MIGHT MAKE IT EASIER FOR YOU, YOU PUT THE PERSONAL TOUCH

02:06PM  1    ON HER AND THAT SOMETIMES WORKS.

02:06PM  2              JUROR:  YEAH.

02:06PM  3         (LAUGHTER.)

02:06PM  4              THE COURT:  GOOD IDEA.  THANK YOU.

02:07PM  5         THANK YOU SO MUCH FOR ARRANGING YOUR SCHEDULE.  HAVE A

02:07PM  6    GOOD EVENING.

02:07PM  7              JUROR:  THANK YOU.

02:07PM  8         (PROCEEDINGS HELD OUT OF THE PRESENCE OF JUROR NUMBER 7.)

02:07PM  9              THE COURT:  PLEASE BE SEATED.  THE RECORD SHOULD

02:07PM  10   REFLECT THAT JUROR NUMBER 7 HAS LEFT.

02:07PM  11        ALL COUNSEL AND MS. HOLMES REMAIN.

02:07PM  12        I SHOULD HAVE ASKED YOU IF YOU HAD ANY QUESTIONS FOR

02:07PM  13   MS. PEREZ.

02:07PM  14        ANYTHING YOU WANTED TO ASK, MR. SCHENK?

02:07PM  15             MR. SCHENK:  NO, YOUR HONOR.

02:07PM  16             THE COURT:  MR. DOWNEY?

02:07PM  17             MR. DOWNEY:  NO.

02:07PM  18             THE COURT:  GREAT.  IT LOOKS LIKE SHE'S MAKING GREAT

02:07PM  19   EFFORTS TO SEE IF SHE CAN ARRANGE THINGS.  WE WILL SEE WHAT

02:07PM  20   HAPPENS ON FRIDAY.

02:07PM  21        ANYTHING BEFORE WE ADJOURN FOR THE DAY?

02:07PM  22             MR. LEACH:  NO, YOUR HONOR.

02:07PM  23             MR. WADE:  NO, YOUR HONOR.

02:07PM  24             THE COURT:  ALL RIGHT.  THANK YOU.

02:07PM  25        HAVE A GOOD EVENING AND A GOOD DAY OFF.  WE'LL SEE YOU

02:07PM   1          FRIDAY MORNING.   THANK YOU.

02:07PM   2                    MR. SCHENK:   THANK YOU.

02:07PM   3             (COURT ADJOURNED AT 2:07 P.M.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES COURT REPORTERS

1

2

3                          CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16             _____
               IRENE RODRIGUEZ, CSR, CRR
17             CERTIFICATE NUMBER 8076

18

19             _____
               LEE-ANNE SHORTRIDGE, CSR, CRR
20             CERTIFICATE NUMBER 9595

21             DATED:  SEPTEMBER 8, 2021

22

23

24

25

<pre>
 1

 2                    UNITED STATES DISTRICT COURT

 3                   NORTHERN DISTRICT OF CALIFORNIA

 4                        SAN JOSE DIVISION

 5
       UNITED STATES OF AMERICA,      )   CR-18-00258-EJD
 6                                    )
                        PLAINTIFF,    )   SAN JOSE, CALIFORNIA
 7                                    )
              VS.                     )   VOLUME 5
 8                                    )
       ELIZABETH A. HOLMES,           )   SEPTEMBER 9, 2021
 9                                    )
                        DEFENDANT.    )   PAGES 647 - 659
10     _____  )

11
                    TRANSCRIPT OF ZOOM TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
       A P P E A R A N C E S:
14
       FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                            BY:  JOHN C. BOSTIC
                                   JEFFREY B. SCHENK
16                            150 ALMADEN BOULEVARD, SUITE 900
                              SAN JOSE, CALIFORNIA 95113
17
                              BY:  ROBERT S. LEACH
18                                 KELLY VOLKAR
                              1301 CLAY STREET, SUITE 340S
19                            OAKLAND, CALIFORNIA 94612

20          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21
       OFFICIAL COURT REPORTER:
22                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
23

24          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
25
</pre>

```
 1      A P P E A R A N C E S: (CONT'D)

 2

 3   FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                             BY:  KEVIN M. DOWNEY
 4                                 LANCE A. WADE
                             725 TWELFTH STREET, N.W.
 5                           WASHINGTON, D.C. 20005

 6                           LAW OFFICE OF JOHN D. CLINE
                             BY:   JOHN D. CLINE
 7                           ONE EMBARCADERO CENTER, SUITE 500
                             SAN FRANCISCO, CALIFORNIA 94111

 8

 9   ALSO PRESENT:          FEDERAL BUREAU OF INVESTIGATION
                            BY:  ADELAIDA HERNANDEZ
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
         1    SAN JOSE, CALIFORNIA                    SEPTEMBER 9, 2021

         2                   P R O C E E D I N G S

         3        (ZOOM COURT CONVENED AT 3:33 P.M.)

03:33PM  4        (JURY OUT AT 3:33 P.M.)

03:33PM  5             THE COURT:  THANK YOU.  DID MR. LEACH JOIN US YET?

03:33PM  6    IT LOOKS LIKE HE'S TRYING TO.

03:33PM  7             MR. LEACH:  YES, YOUR HONOR, I'M HERE.  THANK YOU.

03:33PM  8             THE COURT:  ALL RIGHT.  THANK YOU.  LET'S CALL THIS

03:34PM  9    CASE.  THAT'S BEEN DONE.

03:34PM 10        LET ME JUST GET APPEARANCES OF THE PARTIES PLEASE FOR THE

03:34PM 11    RECORD.  WHO APPEARS FOR THE GOVERNMENT?

03:34PM 12             MR. SCHENK:  GOOD AFTERNOON, YOUR HONOR.

03:34PM 13        JEFF SCHENK ON BEHALF OF THE UNITED STATES.  I'M JOINED BY

03:34PM 14    JOHN BOSTIC, ROBERT LEACH, AND KELLY VOLKAR.

03:34PM 15             THE COURT:  GOOD AFTERNOON, EVERYONE.

03:34PM 16        AND FOR THE DEFENSE?

03:34PM 17             MR. DOWNEY:  GOOD AFTERNOON, YOUR HONOR.

03:34PM 18        KEVIN DOWNEY FOR MS. HOLMES.  LANCE WADE, AND JOHN CLINE

03:34PM 19    APPEAR AS WELL.  AND MS. HOLMES HAS WAIVED HER APPEARANCE.

03:34PM 20             THE COURT:  THANK YOU.  AND I THINK YOU SAID

03:34PM 21    MR. WADE IS JOINING YOU HERE, AND I SEE HIM HERE.

03:34PM 22             MR. DOWNEY:  YES.

03:34PM 23             THE COURT:  THANK YOU FOR THE SHORT NOTICE AND FOR

03:34PM 24    YOUR PARTICIPATION HERE.  I WANT TO TALK ABOUT TWO THINGS IN

03:34PM 25    REGARDS TO OUR TRIAL.
```

03:34PM  1          FIRST OF ALL, I DON'T KNOW, DID YOU RECEIVE A RECENT

03:34PM  2   FORWARD OF AN EMAIL FROM JUROR NUMBER 12 THAT WAS RECEIVED BY

03:34PM  3   MS. KRATZMANN?

03:34PM  4          MR. DOWNEY:  WE RECEIVED ONE FROM JUROR 9, I

03:35PM  5   BELIEVE, YOUR HONOR.

03:35PM  6          THE COURT:  ALL RIGHT.  IT SOUNDS LIKE YOU DID NOT

03:35PM  7   RECEIVE IT.

03:35PM  8      MR. BOSTIC, DID YOU?  I THOUGHT YOU WERE SHAKING YOUR HEAD

03:35PM  9   POSITIVE.  NO?

03:35PM 10          MR. BOSTIC:  SORRY, YOUR HONOR.  WRONG JUROR NUMBER

03:35PM 11   I THINK.

03:35PM 12          THE COURT:  WE DID -- I WANT TO TALK ABOUT JUROR

03:35PM 13   NUMBER 12 FIRST.  APPARENTLY SHE -- MS. KRATZMANN RECEIVED AN

03:35PM 14   EMAIL FROM JUROR NUMBER 12 ON SEPTEMBER 8TH AT 3:57 P.M.

03:35PM 15      SHE INDICATES TO MS. KRATZMANN THAT -- AND I'LL FORWARD

03:35PM 16   THIS TO COUNSEL.  I'LL HAVE IT FORWARDED TO YOU -- THAT "I

03:35PM 17   WORKED FOR KPMG FROM MAY-OCTOBER 2012 AS AN ADMINISTRATIVE

03:35PM 18   ASSISTANT FOR A NUMBER OF PARTNERS.

03:35PM 19      "DURING THIS TIME I WAS NEVER EXPOSED TO ANY INFORMATION

03:35PM 20   OR MATERIAL REGARDING THE HOLMES CASE.

03:35PM 21      "THE FIRST TIME I HEARD ABOUT THIS CASE WAS THE BROADCAST

03:36PM 22   OF THE TELEVISED EPISODES AS I NOTED IN MY QUESTIONNAIRE."

03:36PM 23      AND THEN SHE GOES FURTHER TO ASK INFORMATION ABOUT HOW TO

03:36PM 24   GET TO THE JURY ROOM ON THE FIFTH FLOOR.

03:36PM 25      THIS WAS SENT, AS I SAID, YESTERDAY AT 3:57 P.M.  I JUST

03:36PM  1    RECEIVED IT TODAY.

03:36PM  2        BUT ALSO I RECEIVED TODAY AN EMAIL THAT WAS SENT TO

03:36PM  3    MS. KRATZMANN SEPTEMBER 7TH AT 7:12 P.M.  THIS WAS IN RESPONSE

03:36PM  4    TO AN EMAIL THAT MS. KRATZMANN SENT TO ALL OF THE JURORS WITH

03:36PM  5    INSTRUCTIONS ON HOW TO GET IN AND THOSE TYPES OF THINGS, GET IN

03:36PM  6    THE COURTHOUSE, ACCESS THE COURTHOUSE AND THINGS.

03:36PM  7        BUT THIS JUROR ALSO ASKS, "THANK YOU FOR CONFIRMATION FOR

03:36PM  8    TOMORROW CLARIFYING THE TIME WE NEED TO BE AT THE COURTHOUSE.

03:36PM  9    I DO HAVE A QUESTION I THOUGHT OF OVER THE WEEKEND.

03:36PM 10        "I DON'T KNOW IF WE WILL HAVE FURTHER OPPORTUNITIES TO

03:36PM 11    TALK WITH YOU ONCE THE TRIAL BEGINS.

03:37PM 12        "MY QUESTION IS, WILL WE ALSO BE RESPONSIBLE FOR THE

03:37PM 13    (POTENTIAL) SENTENCING PHASE OF THIS TRIAL OR IS IT ALREADY

03:37PM 14    PREDETERMINED BASED ON THE CHARGES?"

03:37PM 15        AND THIS WAS SENT SEPTEMBER 7TH, AND I JUST RECEIVED THIS

03:37PM 16    EMAIL THIS AFTERNOON SO I DIDN'T HAVE A CHANCE TO RAISE IT

03:37PM 17    YESTERDAY WITH THIS JUROR.

03:37PM 18        WHAT I INTEND TO DO WITH THIS JUROR IS AT OUR NEXT SESSION

03:37PM 19    WE'LL CALL THIS JUROR UP AND WE'LL DO SOME EXAMINATION

03:37PM 20    REGARDING BOTH OF THESE QUESTIONS IF THAT MEETS WITH YOUR

03:37PM 21    APPROVAL, COUNSEL.  I THINK THAT'S WHAT I'D LIKE TO DO.  THAT

03:37PM 22    WOULD BE OUTSIDE OF THE PRESENCE OF THE OTHER JURORS.

03:37PM 23        ANY THOUGHTS, COMMENTS ABOUT THAT?

03:37PM 24            MR. SCHENK:  THAT'S FINE WITH THE GOVERNMENT.  THANK

03:37PM 25    YOU.

03:37PM   1          MR. DOWNEY:  THAT'S FINE WITH US AS WELL,

03:37PM   2     YOUR HONOR.

03:37PM   3          DID I UNDERSTAND THAT BOTH OF THOSE COMMUNICATIONS ARE

03:38PM   4     FROM JUROR 12?

03:38PM   5          THE COURT:  THAT'S CORRECT.

03:38PM   6          MR. DOWNEY:  OKAY.

03:38PM   7          THE COURT:  THAT'S CORRECT.  OKAY.  SO THAT'S WHAT

03:38PM   8     I'LL DO THE NEXT TIME WE'RE IN SESSION.  WE'LL CALL HER UP, AND

03:38PM   9     I'LL FOLLOW UP WITH SOME OF THE THINGS.

03:38PM  10          OF COURSE SHE WAS ADVISED DURING VOIR DIRE AND DURING

03:38PM  11     PREINSTRUCTIONS THAT THE JURORS ARE NOT TO CONSIDER PUNISHMENT

03:38PM  12     AND PERHAPS THAT ANSWERED HER QUESTION.  THIS WAS A

03:38PM  13     SEPTEMBER 7TH QUESTION IN REGARDS TO THAT.

03:38PM  14          BUT WE'LL GET CLARIFICATION ON THAT.

03:38PM  15          NOW LET'S MOVE TO JUROR NUMBER 9.  THIS IS WHY I REALLY

03:38PM  16     WANTED TO SPEAK WITH YOU.  THIS WAS AN EMAIL THAT WAS RECEIVED

03:38PM  17     TODAY ABOUT 1:50 P.M.  THE JUROR -- YOU'VE ALL RECEIVED THIS I

03:38PM  18     BELIEVE.

03:38PM  19          AM I ACCURATE ABOUT THAT?

03:38PM  20          MR. SCHENK:  YES.

03:38PM  21          MR. DOWNEY:  YES.

03:38PM  22          THE COURT:  SO THIS JUROR INDICATES THAT HE MAY HAVE

03:38PM  23     BEEN EXPOSED TO COVID OVER THE HOLIDAY WEEKEND.  HE HAS TEST

03:38PM  24     RESULTS, AWAITING LAB TESTS OR THE CONTACT IS AWAITING LAB

03:39PM  25     TESTS, AND IT APPEARS THAT THOSE SHOULD BE AVAILABLE WITHIN THE

03:39PM 1      NEXT 24 TO 48 HOURS.

03:39PM 2          THIS JUROR INDICATES ASYMPTOMATIC AND A NEGATIVE TEST,

03:39PM 3      OVER-THE-COUNTER TEST, AND HE'LL BE GETTING A LAB TEST

03:39PM 4      SATURDAY.

03:39PM 5          HE ASKS, "SHOULD I COME IN TOMORROW?"  AND I HAVE SOME

03:39PM 6      THOUGHTS ABOUT THIS.

03:39PM 7          LET ME JUST SUGGEST MY THOUGHT IS THAT PERHAPS WE SHOULD

03:39PM 8      GO DARK TOMORROW; WAIT FOR THE TEST RESULTS FROM THE CONTACT

03:39PM 9      PERSON THAT WE MIGHT KNOW ABOUT BY TOMORROW, SATURDAY, MAYBE

03:39PM 10     OVER THE WEEKEND; ASK HIM TO REPORT THOSE TO US; AND ASK HIM TO

03:39PM 11     REPORT HIS LAB TESTS.  HOPEFULLY HE'S GET THOSE ON MONDAY.

03:39PM 12     THOSE ARE MY THOUGHTS.

03:39PM 13         BUT I'M HAPPY TO HEAR FROM COUNSEL.

03:39PM 14             MR. SCHENK:  THANK YOU, YOUR HONOR.

03:39PM 15         I HAVE A FEW THOUGHTS, BUT LET ME START BY SAYING IF THE

03:39PM 16     COURT WANTS TO BE PARTICULARLY CAUTIOUS, ESPECIALLY AT THE

03:40PM 17     BEGINNING WITH POTENTIAL EXPOSURES, THE GOVERNMENT UNDERSTANDS

03:40PM 18     AND APPRECIATES THAT AND CERTAINLY WILL DEFER TO THE COURT.

03:40PM 19         WE SPENT A LITTLE BIT OF TIME LOOKING AT THE CDC GUIDANCE

03:40PM 20     IN A SITUATION LIKE THIS, AND WHAT WE UNDERSTAND THE CDC

03:40PM 21     GUIDANCE TO SUGGEST IS THAT WE CAN PROCEED WITH TRIAL TOMORROW,

03:40PM 22     AND THAT'S FOR A COUPLE OF REASONS.

03:40PM 23         THE FIRST IS THAT THIS JUROR IS VACCINATED, AND THE CDC

03:40PM 24     GUIDANCE FOR QUARANTINE PURPOSES SEEMS TO HAVE A FORK IN THE

03:40PM 25     ROAD AT THE VACCINATION STATUS OF THE INDIVIDUAL WHO MAY HAVE

03:40PM 1    BEEN EXPOSED.

03:40PM 2        THERE'S ALSO A FORK AT THE QUESTION OF WHETHER THE CONTACT

03:40PM 3    QUALIFIES AS A CLOSE CONTACT.  IT'S A LITTLE BIT HARD TO TELL

03:40PM 4    FROM THE COMMUNICATION FROM THIS JUROR WHETHER THAT WOULD

03:40PM 5    QUALIFY AS A CLOSE CONTACT.  IT CERTAINLY IS SAFER TO ASSUME

03:40PM 6    IT'S A CLOSE CONTACT AND THEN PROCEED THROUGH THE ANALYSIS AS

03:40PM 7    THOUGH THIS JUROR EXPERIENCED A CLOSE CONTACT.

03:41PM 8        BUT WE ALSO DON'T KNOW WHETHER THE CONTACT IS POSITIVE.

03:41PM 9    THERE WERE DIFFERENT RESULTS.  I THINK THAT'S AN ADDITIONAL

03:41PM 10   REASON WHY THE CDC GUIDANCE SUGGESTS THAT THE JUROR NEED NOT

03:41PM 11   QUARANTINE AT THIS STAGE.  THE JUROR DOES NOT HAVE SYMPTOMS,

03:41PM 12   THE JUROR IS VACCINATED, AND THOSE ARE SORT OF THE TWO

03:41PM 13   THRESHOLD QUESTIONS THAT THE CDC GUIDANCE ASKS BEFORE

03:41PM 14   DETERMINING WHETHER QUARANTINING IS NECESSARY.

03:41PM 15       SO I THINK UNDER THE CDC GUIDELINES IT WOULD BE FINE TO

03:41PM 16   PROCEED WITH TRIAL TOMORROW UNLESS THE JUROR BEGINS TO DISPLAY

03:41PM 17   SYMPTOMS.

03:41PM 18       THE ANALYSIS CHANGES IF THE JUROR DISPLAYS SYMPTOMS, AND

03:41PM 19   THE NOTE SEEMS TO SUGGEST THAT THE JUROR HAD NO SYMPTOMS AT

03:41PM 20   THIS POINT, OR OBVIOUSLY IF THE JUROR RECEIVES A POSITIVE TEST

03:41PM 21   THEN THE ANALYSIS CHANGES.

03:41PM 22       BUT I THINK AT THIS STAGE THAT WE'RE IN IT WOULD BE SAFE

03:41PM 23   TO PROCEED WITH TRIAL TOMORROW, BUT I UNDERSTAND THAT THE COURT

03:42PM 24   MIGHT DETERMINE IT'S BETTER ESPECIALLY AT THE BEGINNING TO BE A

03:42PM 25   LITTLE BIT SAFER, TO BE EXTRA CAREFUL, AND IF THAT'S THE

03:42PM 1    DIRECTION THE COURT IS GOING, THE GOVERNMENT IS CERTAINLY NOT

03:42PM 2    GOING TO OBJECT TO THAT.

03:42PM 3           THE COURT:  THANK YOU.

03:42PM 4        MR. DOWNEY?

03:42PM 5           MR. DOWNEY:  I WOULD BE GUIDED BY YOUR JUDGMENT,

03:42PM 6    YOUR HONOR.  I KNOW YOU HAVE CONSULTED WITH MEDICAL

03:42PM 7    PROFESSIONALS ON BEHALF OF THE NORTHERN DISTRICT, AND I KNOW

03:42PM 8    YOU'RE BALANCING A LOT OF FACTORS, SO HOWEVER THE COURT WANTS

03:42PM 9    TO PROCEED WE'RE FINE WITH.

03:42PM 10          THE COURT:  WELL, I DID.  THANK YOU.  I DID INDICATE

03:42PM 11   AT THE START OF THE TRIAL THAT SHOULD SOMETHING ARISE LIKE THIS

03:42PM 12   I WOULD FOLLOW CDC GUIDELINES, AND MR. SCHENK HAS ACCURATELY

03:42PM 13   REPORTED AND RECITED THE GUIDELINES AS TO WHAT TO DO IN THESE

03:42PM 14   CIRCUMSTANCES.

03:42PM 15       MR. SCHENK HAS ALSO POINTED OUT A VERY IMPORTANT FACT,

03:42PM 16   WHICH IS THAT WE'RE AT THE START OF THE TRIAL, AND WE HAVEN'T

03:42PM 17   FINISHED OUR FIRST WITNESS.

03:43PM 18       MY SENSE, AND I'M BEING PERHAPS OVERLY CAUTIOUS HERE, BUT

03:43PM 19   BECAUSE OF THE TIMING OF THIS REPORT IT PRESENTS, AND I GUESS

03:43PM 20   I'LL PUT IT THIS WAY, AN OPPORTUNITY TO BE OVERLY CAUTIOUS,

03:43PM 21   THAT IS, WE KNOW THAT THE CONTACT IS AWAITING LAB RESULTS, AND

03:43PM 22   IT SEEMS LIKE WE SHOULD HAVE THOSE OVER THE WEEKEND.

03:43PM 23       THIS JUROR REPORTS NO SYMPTOMS, HAS A NEGATIVE

03:43PM 24   OVER-THE-COUNTER TEST, AND THERE'S A LOT OF LITERATURE ON THE

03:43PM 25   ACCURACY OF THOSE TESTINGS AND THE ASSURANCE THAT THOSE TESTS

03:43PM   1   GIVE, AND WE'RE PLEASED THAT HE'S NEGATIVE, BUT HE'S GOING TO

03:43PM   2   GET A LAB TEST, IF YOU WILL, ON SATURDAY WHICH SHOULD YIELD A

03:43PM   3   RESULT.

03:43PM   4       I'M HOPING BECAUSE MONDAY AGAIN, THE TIMING IS IMPORTANT

03:43PM   5   HERE, BECAUSE MONDAY WE'RE DARK, IT MAY BE THAT HE'LL HAVE THE

03:43PM   6   RESULT BY THEN AND THAT WILL ALLOW US TO RECONVENE WITH GREATER

03:43PM   7   CONFIDENCE.

03:43PM   8       I KNOW SOME OF THE JURORS HAVE EXPRESSED IN THEIR

03:44PM   9   QUESTIONNAIRES AND IN OUR DISCUSSIONS SOME CONCERN ABOUT COVID.

03:44PM  10       MY SENSE IS THAT OUT OF AN ABUNDANCE OF CAUTION AND BELTS

03:44PM  11   AND SUSPENDERS, HOWEVER YOU WANT TO DESCRIBE IT, IT MIGHT BE

03:44PM  12   BEST FOR TOMORROW JUST BECAUSE OF THE TIMING TO TAKE ADVANTAGE

03:44PM  13   OF THE TIMING, THE WEEKEND, ON MONDAY, AND PERHAPS GO DARK

03:44PM  14   TOMORROW.

03:44PM  15       I SHOULD ALSO ASK HOW MUCH THIS INCONVENIENCES THE PARTIES

03:44PM  16   AS TO THEIR WITNESS SCHEDULES, TOO?  I RECOGNIZE THAT THIS

03:44PM  17   BRINGS INCONVENIENCE.

03:44PM  18       MR. SCHENK, DO YOU HAVE ANY THOUGHTS ON THAT?

03:44PM  19           MR. SCHENK:  YEAH.  IT'S DIFFICULT TO QUANTIFY.  YOU

03:44PM  20   KNOW, I THINK WE HAVE A LITTLE BIT OF A CONCERN ABOUT JUST THE

03:44PM  21   TOTAL NUMBER OF WITNESSES THAT WE WANT TO CALL OVER THE COURSE

03:44PM  22   OF THE NEXT SEVERAL MONTHS IN THIS TRIAL, BUT I CANNOT TELL THE

03:44PM  23   COURT THAT ONE DAY TOMORROW REALLY IS WHAT MAKES A DIFFERENCE.

03:44PM  24   THAT'S NOT THE CHALLENGE.

03:45PM  25       WE WILL SPEAK WITH OUR WITNESS THAT WAS ON THE STAND

03:45PM 1   YESTERDAY AND CONFIRM THAT EITHER WE WOULD FLY HER BACK OUT

03:45PM 2   MAYBE TONIGHT NOW AND THEN BRING HER BACK FOR TUESDAY OR

03:45PM 3   WHETHER SHE CAN STAY THROUGH TUESDAY.

03:45PM 4       SO IF WE COULD JUST HAVE A SHORT PERIOD OF TIME TO CONFIRM

03:45PM 5   THE SITUATION WITH THIS ONE PARTICULAR WITNESS.  BUT I IMAGINE

03:45PM 6   THAT'S SOMETHING THAT WE'RE GOING TO BE ABLE TO WORK AROUND.

03:45PM 7           THE COURT:  ALL RIGHT.  THANK YOU.

03:45PM 8       THE OTHER PIECE THAT COMES TO MIND IS YOU KNOW I SET OUR

03:45PM 9   SCHEDULE WITH LESS THAN A FULL DAY.  THAT WAS INTENTIONAL.  YOU

03:45PM 10  HEARD ME TALK ABOUT THE SAFETY PRECAUTIONS THAT I WANTED AND

03:45PM 11  HOPE THAT THAT SCHEDULE BRINGS.

03:45PM 12      ON THE OTHER SIDE, IT ALSO -- THAT SCHEDULE ALSO.  WITH

03:45PM 13  THE CONSENT OF OUR JURORS, ALLOWS US TO GO A LITTLE DEEPER INTO

03:45PM 14  THE DAY, AND IT MAY BE THAT WE'LL CAPTURE AN HOUR OR TWO OR

03:45PM 15  THREE OR FOUR OR FIVE PER WEEK GOING AN EXTRA HOUR OR SOMETHING

03:45PM 16  LIKE THAT.  SO THERE'S SOME BUILT-IN CUSHION THAT I THOUGHT OF,

03:46PM 17  CANDIDLY, WHEN I SAID WE WILL FINISH ABOUT 2:00 O'CLOCK.  I'M

03:46PM 18  HOPEFUL THAT WE CAN -- IF WE'RE DARK TOMORROW, WE CAN RECAPTURE

03:46PM 19  THE FOUR OR FIVE HOURS THAT WE MISS OVER THE COURSE OF THE

03:46PM 20  TRIAL IN SOME OTHER MEASURES.  THAT'S WHAT I THINK WE CAN DO.

03:46PM 21  I THINK WE'LL BE ABLE TO ACCOMPLISH THAT.

03:46PM 22      ANY OTHER THOUGHTS FROM ANYONE ELSE ABOUT THIS?

03:46PM 23          MR. SCHENK:  NO.  THANK YOU.

03:46PM 24          MR. DOWNEY:  NONE, YOUR HONOR, FROM US.  EITHER WAY

03:46PM 25  IS FINE.

| | | |
|---|---|---|
| 03:46PM | 1 | THE COURT:  OKAY.  WE ALSO HAVE TO COMMUNICATE WITH |
| 03:46PM | 2 | JUROR NUMBER 7 ABOUT HER AVAILABILITY.  TOMORROW SHE'S GOING TO |
| 03:46PM | 3 | SPEAK WITH HER EMPLOYER ABOUT WHETHER OR NOT SHE CAN RESCHEDULE |
| 03:46PM | 4 | HER WORK SO THAT MIGHT AFFORD HER SOME -- IF WE NOTIFY HER |
| 03:46PM | 5 | TONIGHT THAT WE'RE NOT IN SESSION TOMORROW, MAYBE SHE CAN GET |
| 03:46PM | 6 | TO WORK EARLIER AND THAT MIGHT BENEFIT THAT CONVERSATION. |
| 03:46PM | 7 | OF COURSE, THE OVERARCHING FACTOR HERE IS THAT IT'S A LONG |
| 03:47PM | 8 | TRIAL.  WE HAVE FIVE ALTERNATES.  IT'S A LITTLE, I DON'T WANT |
| 03:47PM | 9 | TO SAY OMINOUS, BUT IT'S OF CONCERN THAT BEFORE WE FINISH THE |
| 03:47PM | 10 | FIRST WITNESS WE HAVE AN ISSUE.  AND WE KNOW, AND WE'RE ALL |
| 03:47PM | 11 | READING THE NEWS FROM ACROSS THE COUNTRY, BUT FOR OUR SAKE |
| 03:47PM | 12 | AROUND THE COUNTY HERE WE'RE STILL HIGH NUMBERS, AND WE HOPE |
| 03:47PM | 13 | EVERYBODY CONTINUES TO BE SAFE. |
| 03:47PM | 14 | I THINK OUT OF AN ABUNDANCE OF CAUTION I'M GOING TO |
| 03:47PM | 15 | EXERCISE MY DISCRETION AND WE'LL BE DARK TOMORROW.  FRIDAY WE |
| 03:47PM | 16 | WILL BE DARK.  WE'LL CONTACT THIS JUROR NUMBER 9, AND KEEP IN |
| 03:47PM | 17 | CONTACT WITH HIM REGARDING TEST RESULTS OF HIS OWN AND HIS |
| 03:47PM | 18 | CONTACT.  WE HOPE THOSE COME BACK NEGATIVE.  AND WE'LL KEEP ALL |
| 03:47PM | 19 | OF YOU INFORMED. |
| 03:47PM | 20 | SO OUR NEXT SESSION THEN WOULD BE SEPTEMBER 14TH, |
| 03:48PM | 21 | SEPTEMBER 14TH.  WE'LL START AT 9:00 O'CLOCK.  THAT'S WHAT I'LL |
| 03:48PM | 22 | HAVE MS. KRATZMANN INDICATE. |
| 03:48PM | 23 | WE'LL BRING IN JUROR NUMBER 12 IN ADVANCE OF EVERYONE ELSE |
| 03:48PM | 24 | AND TALK WITH HER ABOUT THE ISSUES, AND I'LL HAVE THAT EMAIL |
| 03:48PM | 25 | FORWARDED TO YOU.  I'M SORRY YOU DON'T HAVE IT NOW.  BUT WE'LL |

03:48PM 1    GET THAT TO ALL PARTIES AND WE'LL TALK WITH HER.

03:48PM 2        WE'LL RECEIVE INFORMATION FROM JUROR NUMBER 7 AS TO

03:48PM 3    WHETHER OR NOT SHE WAS ABLE TO RESCHEDULE SUCH THAT SHE COULD

03:48PM 4    REMAIN AS A PARTICIPANT, AS A JUROR IN THIS CASE.

03:48PM 5        AND IF I HEAR ANYTHING ELSE THROUGH MS. KRATZMANN, I'LL

03:48PM 6    CERTAINLY PASS THAT ALONG TO YOU.

03:48PM 7        ANYTHING ELSE?

03:48PM 8            MR. SCHENK:  NO.  THANK YOU, YOUR HONOR.

03:48PM 9            MR. DOWNEY:  NO.

03:48PM 10           THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH FOR

03:48PM 11   BEING AVAILABLE ON SHORT NOTICE.  THAT'S THE ORDER OF THE

03:48PM 12   COURT.

03:48PM 13       WE'LL BE IN TOUCH WHEN I GET INFORMATION THROUGH

03:48PM 14   MS. KRATZMANN, AND IF ANYTHING ELSE COMES UP WE'LL MEET AGAIN.

03:48PM 15   THAT'S THE BENEFIT OF ZOOM I SUPPOSE.

03:49PM 16       ALL RIGHT.  THANK YOU VERY MUCH.  HAVE A GOOD LONG

03:49PM 17   WEEKEND.  THANK YOU.

03:49PM 18           THE CLERK:  COURT IS IN RECESS.

03:49PM 19       (COURT CONCLUDED AT 3:49 P.M.)

20

21

22

23

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16                    _____
                     IRENE RODRIGUEZ, CSR, RMR, CRR
17                    CERTIFICATE NUMBER 8074

18
                     DATED:  SEPTEMBER 9, 2021
19

20

21

22

23

24

25

1

2                     UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

      UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                      )
                        PLAINTIFF,     )   SAN JOSE, CALIFORNIA
7                                      )
            VS.                        )   VOLUME 6
8                                      )
      ELIZABETH A. HOLMES,             )   SEPTEMBER 14, 2021
9                                      )
                        DEFENDANT.     )   PAGES 660 - 854
10     _____ )

11                    TRANSCRIPT OF TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE EDWARD J. DAVILA
                     UNITED STATES DISTRICT JUDGE
13     A P P E A R A N C E S:

14

      FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                           BY:  JOHN C. BOSTIC
                                  JEFFREY B. SCHENK
16                           150 ALMADEN BOULEVARD, SUITE 900
                             SAN JOSE, CALIFORNIA 95113
17
                             BY:  ROBERT S. LEACH
18                                KELLY VOLKAR
                             1301 CLAY STREET, SUITE 340S
19                           OAKLAND, CALIFORNIA 94612

20          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

      OFFICIAL COURT REPORTERS:
22                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
                             CERTIFICATE NUMBER 8074
23                           LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
24
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                 TRANSCRIPT PRODUCED WITH COMPUTER

```
 1       A P P E A R A N C E S: (CONT'D)

 2

 3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
 4                                  LANCE A. WADE
                                    KATHERINE TREFZ
 5                                  JEAN RALPH FLEURMONT
                               725 TWELFTH STREET, N.W.
 6                             WASHINGTON, D.C. 20005

 7                             LAW OFFICE OF JOHN D. CLINE
                               BY:  JOHN D. CLINE
 8                             ONE EMBARCADERO CENTER, SUITE 500
                               SAN FRANCISCO, CALIFORNIA 94111
 9

10    ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                               BY:  ADELAIDA HERNANDEZ
11
                               OFFICE OF THE U.S. ATTORNEY
12                             BY:  LAKISHA HOLLIMAN, PARALEGAL
                                    MADDI WACHS, PARALEGAL
13
                               WILLIAMS & CONNOLLY
14                             BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

15                             TBC
                               BY:  BRIAN BENNETT, TECHNICIAN
16

17

18

19

20

21

22

23

24

25
```

1

2                          INDEX OF PROCEEDINGS

3        GOVERNMENT'S:

4        **SO HAN SPIVEY (A.K.A. DANISE YAM)**
         DIRECT EXAM BY MR. LEACH (RES.)          P. 685
5        CROSS-EXAM BY MR. WADE                   P. 740
         REDIRECT EXAM BY MR. LEACH               P. 783
6

7        **ERIKA CHEUNG**
         DIRECT EXAM BY MR. BOSTIC                P. 789
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        INDEX OF EXHIBITS

 2
                                     IDENT.    EVIDENCE
 3         GOVERNMENT'S:

 4         615                                    685
           792                                    689
 5         1901                                   685
           5206                                   696
 6         431                                    707
           5219                                   711
 7         5172                                   717
           5085                                   724
 8         5141                                   726
           3533                                   729
 9         3527                                   730
           5190                                   731
10         2623                                   732
           4859, PROVISIONALLY                    735
11         3233                                   737
           1853                                   762
12         256                                    784
           5388                                   801
13         5389                                   807
           3741, BATES 15286-15292                811
14         1287                                   845

15

16         DEFENDANT'S:

17         7753                                   749
           13711                                  760
18         7761                                   763
           13719                                  771
19         7091                                   776
           4176                                   780
20

21

22

23

24

25
```

UNITED STATES COURT REPORTERS

**ER-4351**

```
 1   SAN JOSE, CALIFORNIA                      SEPTEMBER 14, 2021

 2                          P R O C E E D I N G S

 3        (COURT CONVENED AT 8:42 A.M.)

 4        (JURY OUT AT 8:42 A.M.)

 5            THE COURT:  GOOD MORNING.  PLEASE BE SEATED.  THANK

 6   YOU AGAIN FOR YOUR COURTESY.

 7        LET'S GO ON THE RECORD IN OUR MATTER UNITED STATES VERSUS

 8   HOLMES.

 9        LET ME GET APPEARANCES OF THE PARTIES FOR TODAY, PLEASE.

10            MR. LEACH:  GOOD MORNING, YOUR HONOR.

11        ROBERT LEACH, JEFF SCHENK, AND JOHN BOSTIC FOR THE

12   UNITED STATES.

13            THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.

14        MR. WADE.

15            MR. DOWNEY:  GOOD MORNING, YOUR HONOR.

16            THE COURT:  OR MR. DOWNEY.

17            MR. DOWNEY:  I'M CLOSEST.

18            THE COURT:  OKAY.

19            MR. DOWNEY:  KEVIN DOWNEY FOR MS. HOLMES.

20        WITH ME ARE LANCE WADE, KATIE TREFZ, AND J.R. FLEURMONT,

21   AND OUR COCOUNSEL, JOHN CLINE, IS HERE, AND MS. HOLMES IS

22   PRESENT.

23            THE COURT:  THANK YOU.  GOOD MORNING, EVERYONE.

24        WE ARE OUTSIDE OF THE PRESENCE OF OUR JURY, AND I WANTED

25   TO TAKE UP A COUPLE OF MATTERS.
```

08:43AM 1        INITIALLY LET ME TALK ABOUT WE WERE NOT IN SESSION LAST

08:43AM 2   FRIDAY, AND THAT WAS OWING TO SOME CONVERSATION WE HAD WITH ONE

08:43AM 3   OF OUR JURORS, JUROR NUMBER 9, WHO INFORMED US OF POTENTIAL

08:43AM 4   CONTACT WITH AN INDIVIDUAL WHO HAD CONTRACTED OR WAS POSITIVE

08:44AM 5   FOR COVID.

08:44AM 6        OVER THE WEEKEND, AND I THINK YESTERDAY, MS. KRATZMANN

08:44AM 7   RECEIVED EMAIL INFORMATION, AND I THINK I SHARED THAT, THAT WAS

08:44AM 8   SHARED WITH COUNSEL THAT OUR JUROR RECEIVED TWO NEGATIVE TESTS,

08:44AM 9   ONE ON SEPTEMBER 9TH AND ANOTHER TEST ON SEPTEMBER 11TH, AND

08:44AM 10  BOTH OF THOSE TESTS WERE NEGATIVE.  WE RECEIVED THAT, AND WE'RE

08:44AM 11  HAPPY FOR THAT JUROR, AND THAT'S WHY WE'RE IN SESSION TODAY.

08:44AM 12       I THINK COUNSEL RECEIVED THAT INFORMATION, DID YOU?

08:44AM 13            MR. DOWNEY:  YES, YOUR HONOR.

08:44AM 14            MR. SCHENK:  YES, YOUR HONOR.

08:44AM 15            THE COURT:  GREAT.

08:44AM 16       AND THEN WE DID RECEIVE SOME OTHER INFORMATION REGARDING

08:44AM 17  JUROR NUMBER 7 WHO YOU RECALL HAD SOME ISSUES WITH HER

08:44AM 18  EMPLOYMENT.  I HAD ASKED HER TO TALK WITH HER EMPLOYER TO SEE

08:44AM 19  IF IT WERE POSSIBLE TO RESCHEDULE HER EMPLOYMENT SUCH THAT SHE

08:44AM 20  COULD REMAIN ON THE JURY.

08:45AM 21       WE RECEIVED, MS. KRATZMANN DID, AN EMAIL FROM JUROR

08:45AM 22  NUMBER 7 INDICATING THAT THAT WAS NOT POSSIBLE.  SO I THINK WE

08:45AM 23  SHARED THAT INFORMATION WITH COUNSEL AS WELL.

08:45AM 24       IN LIGHT OF THAT, I'M INCLINED TO EXCUSE HER FOR FINANCIAL

08:45AM 25  HARDSHIP REASONS.

08:45AM 1        BUT LET ME ASK COUNSEL IF THEY WISH TO COMMENT.

08:45AM 2            MR. SCHENK:  YES WE AGREE.  NO OBJECTION.

08:45AM 3            MR. DOWNEY:  NO OBJECTION TO EXCUSAL FOR HARDSHIP.

08:45AM 4            THE COURT:  THANK YOU VERY MUCH.

08:45AM 5        THEN JUROR NUMBER 7, MS. HERNANDEZ-PEREZ, IS EXCUSED.  AND

08:45AM 6    WE'LL ADVANCE ALTERNATE NUMBER 1 TO SEAT 7, AND THAT ALTERNATE

08:45AM 7    JUROR WILL REPLACE MS. HERNANDEZ-PEREZ AS A SEATING JUROR.

08:45AM 8    THANK YOU FOR THAT.  WE'LL DO THAT WHEN THE JURY COMES OUT.

08:45AM 9        THERE WILL BE GREAT FORMALITY WHEN HE MOVES FROM HIS SEAT

08:46AM 10   TO SEAT NUMBER 7.

08:46AM 11       I NEXT WANT TO TALK ABOUT THE GOVERNMENT HAD FILED

08:46AM 12   DOCUMENT 1014, WHICH WAS AN EX PARTE APPLICATION FOR IMMUNITY

08:46AM 13   FOR A WITNESS.

08:46AM 14       MR. SCHENK, MR. LEACH, CAN YOU JUST SPEAK TO ME A LITTLE

08:46AM 15   BIT ABOUT THIS, PLEASE.

08:46AM 16       THE DEFENSE HAS RECEIVED THIS ALSO I ASSUME.

08:46AM 17           MR. WADE:  WE HAVE, YOUR HONOR.

08:46AM 18           THE COURT:  ALL RIGHT.  THANK YOU.

08:46AM 19           MR. LEACH:  YES, YOUR HONOR.

08:46AM 20       THE GOVERNMENT ANTICIPATES CALLING AFTER ERIKA CHEUNG

08:46AM 21   MS. SUREKHA GANGADKHEDKAR WHO IS A FORMER EMPLOYEE OF THERANOS.

08:46AM 22   HER COUNSEL INDICATED TO ME THAT IF CALLED TO TESTIFY SHE WOULD

08:46AM 23   INVOKE HER FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION.

08:46AM 24       MY OFFICE HAS OBTAINED APPROVAL FROM DOJ TO IMMUNIZE HER

08:46AM 25   BECAUSE OF HER INVOCATION, AND THAT'S THE BASIS OF THE EX PARTE

08:46AM 1    APPLICATION.

08:46AM 2         THE COURT:  I SEE.  CAN YOU -- THANK YOU.  I HAVE

08:47AM 3    THAT BEFORE ME, AND I JUST HAVE A COUPLE OF QUESTIONS ABOUT

08:47AM 4    THIS.

08:47AM 5         SHOULD THE COURT BE CONCERNED THAT THIS POTENTIAL WITNESS

08:47AM 6    WHO IS IN ESSENCE GRANTED IMMUNITY, SHOULD I BE CONCERNED ABOUT

08:47AM 7    ANY COMPLICITY IN THE UNDERLYING CHARGES SUCH THAT I NEED TO

08:47AM 8    BALANCE THOSE INTERESTS WITH THE ORDER?

08:47AM 9         MR. LEACH:  I DON'T THINK THE COURT NEEDS TO DO

08:47AM 10   THAT.  I THINK THAT THE STATUTORY BASIS FOR IMMUNITY ARE LAID

08:47AM 11   OUT IN 18 U.S.C. SECTION 6002.  IT'S A DECISION FOR THE

08:47AM 12   EXECUTIVE BRANCH TO DECIDE IF IT'S IN THE PUBLIC INTEREST TO

08:47AM 13   CONFER IMMUNITY.

08:47AM 14   SO I THINK THE COURT'S ROLE IS TO ASSESS WHETHER THOSE

08:47AM 15   STATUTORY FACTORS ARE MET, AND I DON'T THINK THAT THE COURT

08:47AM 16   NEEDS TO DO ANY ANALYSIS BEYOND THAT.

08:47AM 17        THE COURT:  ALL RIGHT.  THANK YOU.

08:47AM 18   MR. DOWNEY, DO YOU WISH TO BE HEARD ON THIS?  MR. WADE?

08:48AM 19        MR. WADE:  I'M WALKING A LONG WAY, YOUR HONOR, TO

08:48AM 20   SAY THAT THE DEFENSE TAKES NO POSITION ON THIS MOTION.

08:48AM 21        THE COURT:  THANK YOU VERY MUCH.

08:48AM 22   I JUST WANTED TO MAKE THAT INITIAL INQUIRY, MR. LEACH.

08:48AM 23   I'M AWARE OF THE STATUTORY GROUNDS FOR THIS.  I HAVE THE

08:48AM 24   DOCUMENT IN FRONT OF ME, AND I WILL APPROVE THIS, AND I WILL

08:48AM 25   SIGN THIS, AND THIS WILL BE ON FILE TODAY.

08:48AM  1         MR. LEACH:  THANK YOU, YOUR HONOR.

08:48AM  2         THE COURT:  THANK YOU.

08:48AM  3     I WANT TO TURN NEXT TO AN ISSUE THAT WAS JUST RAISED THIS

08:48AM  4  MORNING TO ME.  I WAS SHARED AN EMAIL FROM THE COURT'S MEDIA

08:48AM  5  COORDINATOR AND THE COURT'S MEDIA COORDINATOR APPARENTLY

08:48AM  6  MONITORED ON SOMETHING CALLED "LAW 360," A TWITTER FEED FROM AN

08:49AM  7  INDIVIDUAL.

08:49AM  8     I'LL JUST READ THE QUOTE:  "THE WOMAN BEHIND ME WHO GREW

08:49AM  9  UP IN NJ IS A SPECTATOR," QUOTE, "'DON'T FORGET THE ME TOO

08:49AM 10  MOVEMENT,'" END QUOTE, "SHE SHOUTS AS JURORS WAIT TO GO THROUGH

08:49AM 11  SECURITY.

08:49AM 12     "A MAN IN A SUIT BEHIND HER TELLS HER TO BE QUIET BECAUSE

08:49AM 13  SHE COULD CAUSE A MISTRIAL.

08:49AM 14     "'THIS MAY BE HER ONLY DAY ATTENDING COURT,' SHE REPLIES."

08:49AM 15     THIS WAS FORWARDED FROM OUR MEDIA COORDINATOR, AND I

08:49AM 16  PRESUME YOU READ IT OFF OF THE TWITTER FEED.

08:49AM 17     LET ME JUST STATE THAT ANYONE WHO INTERFERES WITH A JUROR,

08:49AM 18  A SITTING JUROR IN A CASE RISKS INVESTIGATION FOR TAMPERING

08:49AM 19  WITH THE JURY AND THE COURT PROCESS, AND THAT COULD RESULT IN

08:49AM 20  AN INVESTIGATION BY THE COURT, AND THE COURT COULD ORDER AN

08:50AM 21  INVESTIGATION.

08:50AM 22     SO, COUNSEL, I JUST WANT TO TELL YOU, AND I THINK YOU'RE

08:50AM 23  AWARE OF THIS, IF ANYONE DOES INTERFERE OR ATTEMPT TO INTERFERE

08:50AM 24  WITH A JUROR, ANY OF THE JURORS, I'D LIKE IT TO BE BROUGHT TO

08:50AM 25  MY ATTENTION, PLEASE, AND I'LL TAKE WHATEVER ACTION I FEEL IS

08:50AM 1 APPROPRIATE.

08:50AM 2  SO THANK YOU FOR THAT.

08:50AM 3  ANYTHING FURTHER ON THAT?

08:50AM 4   MR. SCHENK:  NO.  THANK YOU, YOUR HONOR.

08:50AM 5   THE COURT:  MR. DOWNEY, ANYTHING?  MR. WADE?  SORRY.

08:50AM 6   MR. WADE:  NO, YOUR HONOR.

08:50AM 7   THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

08:50AM 8  NEXT I'D LIKE TO TAKE UP A QUESTION ABOUT JUROR NUMBER 12.

08:50AM 9 AND I BELIEVE MS. KRATZMANN SHARED SOME EMAILS THAT JUROR

08:50AM 10 NUMBER 12 SENT TO HER.  THERE'S A QUESTION ABOUT -- NOT A

08:50AM 11 QUESTION, BUT SHE HAD INDICATED THAT SHE HAD PREVIOUSLY WORKED

08:50AM 12 AT KPMG FROM MAY UNTIL OCTOBER IN 2012 AS AN ADMINISTRATIVE

08:51AM 13 ASSISTANT FOR A NUMBER OF PARTNERS.  SHE INDICATES SHE WAS

08:51AM 14 NEVER EXPOSED TO ANY INFORMATION OR MATERIAL REGARDING THE

08:51AM 15 CASE.  SHE FOLLOWED UP -- THIS WAS SEPTEMBER 8TH, I BELIEVE.

08:51AM 16  ON SEPTEMBER 12TH SHE FOLLOWED UP WITH AN EMAIL

08:51AM 17 INDICATING THAT SHE HAD A VERY GOOD FRIEND WHO WORKED AT KPMG

08:51AM 18 FOR 20-PLUS YEARS, HOWEVER, SHE WAS NOT IN A ROLE THAT WOULD

08:51AM 19 REVEAL ANY INFORMATION OR GAIN KNOWLEDGE OF ANY CASE OR

08:51AM 20 CLIENTS.  SHE APPARENTLY IS A SENIOR REPRESENTATIVE OFFICE

08:51AM 21 SERVICES.  THAT WAS RECEIVED.

08:51AM 22  THE OTHER EMAIL THAT WAS RECEIVED FROM THIS WITNESS, OR

08:51AM 23 EXCUSE ME, JUROR ON SEPTEMBER 7TH THE JUROR E-MAILED

08:51AM 24 MS. KRATZMANN ABOUT A QUESTION AND SHE HAD A QUESTION ABOUT

08:51AM 25 WHETHER OR NOT THE JURY WOULD BE RESPONSIBLE FOR POTENTIAL

08:52AM   1    SENTENCING PHASE IN THE CASE.

08:52AM   2         I THINK WE SHARED THAT WITH COUNSEL, THOSE EMAILS WITH

08:52AM   3    COUNSEL.

08:52AM   4         DO YOU HAVE THOSE?

08:52AM   5              MR. SCHENK:  YES.  YES, YOUR HONOR.

08:52AM   6              MR. DOWNEY:  YES, YOUR HONOR.

08:52AM   7              THE COURT:  THANK YOU.

08:52AM   8         MY THOUGHT WAS TO -- EXCUSE ME, IS TO BRING THIS JUROR OUT

08:52AM   9    THIS MORNING, OUTSIDE OF THE PRESENCE OF THE OTHER JURORS, AND

08:52AM  10    MAKE SOME INQUIRIES ABOUT THESE EMAILS.  I'LL ALLOW COUNSEL TO

08:52AM  11    ASK QUESTIONS IF YOU FEEL IT'S APPROPRIATE AS WELL.

08:52AM  12         ANY OBJECTION TO THAT PROCESS?

08:52AM  13              MR. SCHENK:  NO, YOUR HONOR.

08:52AM  14              MR. DOWNEY:  NO, YOUR HONOR.

08:52AM  15              THE COURT:  ALL RIGHT.  THANK YOU.

08:52AM  16         LET'S BRING JUROR NUMBER 12 OUT THEN.

08:52AM  17         COUNSEL, WHILE THAT IS HAPPENING, MY THOUGHT WAS I WOULD

08:52AM  18    READ, AFTER OUR DISCUSSION, I THINK I WILL READ TO THE JURY

08:52AM  19    ONCE THEY COME IN NINTH CIRCUIT MODEL INSTRUCTION 7.4, WHICH IS

08:52AM  20    THE JURY CONSIDERATION OF PUNISHMENT.

08:52AM  21         AS YOU RECALL IN MY VOIR DIRE, AND I BELIEVE ALSO IN MY

08:52AM  22    PRELIMINARY INSTRUCTIONS, I INSTRUCTED THE JURY THAT THEY ARE

08:52AM  23    NOT TO CONSIDER PUNISHMENT AT ALL, BUT I THOUGHT OUT OF AN

08:53AM  24    ABUNDANCE OF CAUTION I'LL READ THAT TO THEM.

08:53AM  25         AND LET ME INDICATE THAT I HAVE EDITED 7.4.  I HAVE LOOKED

08:53AM 1    AT THE SUBMISSION OF BOTH PARTIES IN YOUR JURY INSTRUCTIONS,

08:53AM 2    AND I'VE EDITED ACCORDING TO MS. HOLMES'S EDITS.  I'LL PASS YOU

08:53AM 3    DOWN THIS, AND YOU CAN LOOK AT IT.

08:53AM 4         KYLE, DO YOU WANT TO HAND THESE (HANDING).

08:53AM 5         THANK YOU.

08:53AM 6         GIVE ONE TO IRENE.

08:54AM 7         ANY COMMENT ON 7.4 AS I'VE EDITED IT?

08:54AM 8              MR. DOWNEY:  THAT INSTRUCTION IS FINE WITH THE

08:54AM 9    DEFENSE.

08:54AM 10             MR. LEACH:  YOUR HONOR, I DON'T HAVE THE BENEFIT OF

08:54AM 11   THE MODEL IN FRONT OF ME, BUT THIS INSTRUCTION IS FINE.

08:54AM 12        THE GOVERNMENT -- BEFORE THE FINAL INSTRUCTIONS IS GIVEN

08:54AM 13   WE WOULD LIKE TO LOOK AT IT ONE MORE TIME, BUT FOR PURPOSES OF

08:54AM 14   TODAY WE HAVE NO OBJECTION.

08:54AM 15             THE COURT:  ALL RIGHT.  THANK YOU.

08:54AM 16        (JUROR NUMBER 12 PRESENT.)

08:55AM 17             THE COURT:  GOOD MORNING.

08:55AM 18             JUROR:  GOOD MORNING.

08:55AM 19             THE COURT:  PLEASE BE SEATED, LADIES AND GENTLEMEN.

08:55AM 20        WE HAVE JUROR NUMBER 12 OUTSIDE OF THE PRESENCE OF THE

08:55AM 21   OTHER JURORS.

08:55AM 22        FIRST, BEFORE WE DO ANYTHING ELSE, I DO WANT TO ASK YOU

08:55AM 23   SOME QUESTIONS ABOUT SOME EMAILS THAT YOU SENT TO

08:55AM 24   MS. KRATZMANN.

08:55AM 25        BUT BEFORE I DO THAT, I DO WANT TO ASK YOU A QUESTION THAT

08:55AM 1    I'M GOING TO ASK YOUR COLLEAGUES IN JUST A MOMENT WHEN THEY

08:55AM 2    JOIN US, AND THAT IS THAT I'D LIKE TO KNOW WHETHER OR NOT,

08:55AM 3    SINCE OUR LAST IN-COURT APPEARANCE, SINCE YOUR LAST IN-COURT

08:55AM 4    APPEARANCE, WHETHER OR NOT YOU'VE SEEN, HEARD, READ, OR BEEN

08:55AM 5    SUBJECT TO ANY TYPE OF MEDIA OR CONVERSATION ABOUT THIS CASE OR

08:55AM 6    ANYTHING TO DO WITH IT?

08:55AM 7         HAVE ANY OF THOSE THINGS HAPPENED?

08:55AM 8              JUROR:  NO, NOT REALLY.

08:55AM 9              THE COURT:  SO I NEED TO INQUIRE.  WHEN YOU SAY "NOT

08:55AM 10   REALLY," TELL ME WHAT?

08:55AM 11             JUROR:  SO BEFORE I WAS SELECTED I HAD MENTIONED TO

08:55AM 12   A FRIEND THAT I WAS UP FOR JURY DUTY.  I NEVER MENTIONED WHAT

08:55AM 13   CASE IT WAS, BUT I GUESS THEY KIND OF FIGURED IT OUT, AND WHEN

08:56AM 14   THEY ASKED ME I DIDN'T CONFIRM OR DENY.

08:56AM 15        THURSDAY I GOT A TEXT FROM MY FRIEND'S WIFE ASKING ME IF I

08:56AM 16   WAS OKAY, AND I THOUGHT THAT WAS KIND OF WEIRD.  SO LATER HE

08:56AM 17   CALLED ME AND HE ASKED ME IF I WAS OKAY.  AND HE SAID THAT ON

08:56AM 18   THE NEWS THAT THERE WAS SOMETHING ABOUT -- I HAD MENTIONED, NO,

08:56AM 19   I DIDN'T HAVE COURT TODAY.

08:56AM 20        AND HE SAID, YEAH, I KNOW.

08:56AM 21        AND I SAID, WELL, HOW DO YOU KNOW?

08:56AM 22        AND HE SAID IT WAS ON THE NEWS.

08:56AM 23        I SAID DON'T TELL ME ANYTHING ABOUT IT, AND THEY DIDN'T

08:56AM 24   MENTION IT TO US SO THERE MUST BE SOME REASON WE DON'T KNOW.

08:56AM 25   SO THAT WAS IT.

08:56AM 1          THE COURT:  OH, I SEE.

08:56AM 2          JUROR:  BUT I DIDN'T SEE -- I DON'T WATCH THE LOCAL

08:56AM 3    NEWS BECAUSE OF THIS.

08:56AM 4          THE COURT:  OKAY.

08:56AM 5          JUROR:  AND THEY DON'T MENTION IT ON CABLE NEWS.

08:56AM 6          THE COURT:  OH, OKAY.  ALL RIGHT.

08:56AM 7        SO IN REGARDS TO WHETHER OR NOT YOU'VE SEEN, HEARD, OR

08:56AM 8    READ ANYTHING, COMMUNICATED YOURSELF OR ANYONE TO YOU ABOUT

08:56AM 9    THIS CASE, IS THAT ANSWER NO?

08:56AM 10          JUROR:  THE ANSWER IS NO.  YES.

08:56AM 11          THE COURT:  ALL RIGHT.  THANK YOU.

08:56AM 12        LET ME ASK COUNSEL IF THEY HAVE QUESTIONS FOR YOU ABOUT

08:57AM 13   THIS TOPIC?

08:57AM 14          MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

08:57AM 15          MR. DOWNEY:  NOTHING FROM US.

08:57AM 16          THE COURT:  ALL RIGHT.  THANK YOU.

08:57AM 17        I'D LIKE TO MOVE TO A COUPLE OF OTHER TOPICS AND THEY

08:57AM 18   INVOLVE KPMG.

08:57AM 19          JUROR:  UH-HUH.

08:57AM 20          THE COURT:  AND I THINK YOU SENT AN EMAIL TO

08:57AM 21   MS. KRATZMANN ABOUT YOUR CONNECTION WITH KPMG.

08:57AM 22          JUROR:  RIGHT.

08:57AM 23          THE COURT:  AND I HAVE THOSE IN FRONT OF ME HERE,

08:57AM 24   AND I KNOW YOU DON'T.  AND I'M AT A BIT OF AN ADVANTAGE.

08:57AM 25        I THINK YOU TOLD MS. KRATZMANN THAT IN MAY TO OCTOBER OF

08:57AM 1      2012 YOU WORKED AS AN ADMINISTRATIVE ASSISTANT THERE?

08:57AM 2              JUROR:  CORRECT.

08:57AM 3              THE COURT:  AND I THINK YOU TOLD MS. KRATZMANN THAT

08:57AM 4      YOU WERE NEVER EXPOSED TO ANY INFORMATION OR MATERIAL IN THIS

08:57AM 5      CASE?

08:57AM 6              JUROR:  CORRECT.

08:57AM 7              THE COURT:  AND WHAT WERE THE SCOPE OF YOUR DUTIES

08:57AM 8      THERE DURING YOUR EMPLOYMENT?

08:57AM 9              JUROR:  IT WAS, YOU KNOW, MAINLY DOING EXPENSES AND

08:57AM 10     CALENDAR MANAGING, AND JUST ADMINISTRATIVE SUPPORT, BASIC

08:57AM 11     SUPPORT.

08:57AM 12             THE COURT:  OKAY.  WERE YOU INVOLVED AT ALL IN ANY

08:57AM 13     OF THE WORK THAT ANY OF THE PARTNERS DID OR ANY OF THE

08:58AM 14     EMPLOYEES DID, THAT IS, ANY OF THE FINANCIAL WORK THAT THEY

08:58AM 15     DID?

08:58AM 16             JUROR:  OTHER THAN EXPENSES.

08:58AM 17             THE COURT:  OKAY.  AND TELL ME A LITTLE BIT ABOUT

08:58AM 18     THAT.  WERE YOU RECONCILING THE EXPENSES OR COORDINATING THOSE

08:58AM 19     IN SOME FASHION?

08:58AM 20             JUROR:  FOR THEIR REIMBURSEMENT, YES.

08:58AM 21             THE COURT:  I SEE.

08:58AM 22             JUROR:  OR PAYMENT OF THE CARD.

08:58AM 23             THE COURT:  I SEE.  SO IT WAS A COMPANY CREDIT CARD

08:58AM 24     THAT WAS USED?

08:58AM 25             JUROR:  CORRECT, IN MOST CASES.

08:58AM 1          THE COURT:  OKAY.  AND THEN WHAT WOULD YOU DO?  WHAT

08:58AM 2    WAS YOUR JOB IN THAT REGARD?  WHAT DID YOU DO?

08:58AM 3          JUROR:  SO BASICALLY IT WAS MANAGING THE CALENDARS.

08:58AM 4    AND, GOSH, IT'S BEEN A WHILE.  I DON'T REMEMBER MORE SPECIFICS,

08:58AM 5    BUT BASIC ADMINISTRATIVE SUPPORT, ANYTHING THAT THEY MAY HAVE

08:58AM 6    NEEDED AS FAR AS, YOU KNOW, COPIES OR EMAILS OR PHONE CALLS

08:58AM 7    OR --

08:58AM 8          THE COURT:  I SEE.  OKAY.

08:58AM 9          JUROR:  A LOT OF EXPENSING.

08:58AM 10         THE COURT:  OKAY.  AND YOU WERE -- WERE YOU JUST

08:58AM 11   MATCHING FIGURES?  I SAY JUST, PARDON ME.

08:59AM 12         JUROR:  YES.

08:59AM 13         THE COURT:  YOU WERE MATCHING THE REQUESTS WITH THE

08:59AM 14   RECEIPTS, THAT TYPE OF THING?

08:59AM 15         JUROR:  CORRECT.

08:59AM 16         THE COURT:  AND WERE YOU INVOLVED AT ALL IN ANY OF

08:59AM 17   THE AUDITING WORK OR ANYTHING THAT --

08:59AM 18         JUROR:  NO.  NO.  JUST PROCESSING ENGAGEMENT LETTERS

08:59AM 19   AND WHATEVER.  BUT NOTHING THAT I RECALL SPECIFICS AT ALL,

08:59AM 20   ESPECIALLY AT THIS POINT.

08:59AM 21         THE COURT:  SURE.

08:59AM 22      AND THEN YOU FOLLOWED UP INDICATING THAT YOU HAVE A GOOD

08:59AM 23   FRIEND WHO HAS WORKED THERE AT KPMG FOR 20 YEARS AND SHE'S NOT

08:59AM 24   IN A ROLE THAT WOULD REVEAL TO HER ANY INFORMATION?

08:59AM 25         JUROR:  CORRECT.

08:59AM 1          THE COURT:  TELL US ABOUT THAT.

08:59AM 2          JUROR:  SO SHE WORKED IN REPROGRAPHICS FOR MANY

08:59AM 3   BEING MANY, MANY YEARS AND JUST RECENTLY NOW SHE'S IN SOME SORT

08:59AM 4   OF SERVICE ROLE.

08:59AM 5          THE COURT:  I THINK YOU SAID SENIOR REPRESENTATIVE

08:59AM 6   OFFICER.

08:59AM 7          JUROR:  YES.

08:59AM 8          THE COURT:  RIGHT.  AND DO YOU TALK TO HER ABOUT HER

08:59AM 9   WORK OR ANYTHING?

08:59AM 10          JUROR:  NOT LIKE -- MORE OF A GOSSIPY KIND OF THING

09:00AM 11   RATHER THAN SPECIFICS ABOUT ANYTHING WORK RELATED.

09:00AM 12          THE COURT:  DID ANY OF THE GOSSIP, AND PARDON ME,

09:00AM 13   BUT DID ANY OF THAT TOUCH ON THIS CASE?

09:00AM 14          JUROR:  NO.  SHE DOESN'T EVEN KNOW I'M ON THIS JURY.

09:00AM 15          THE COURT:  I SEE.

09:00AM 16          JUROR:  SO I'VE TALKED TO NO ONE ELSE EXCEPT THIS

09:00AM 17   ONE PARTICULAR COUPLE BEFORE I GOT, YOU KNOW, PLACED ON JURY

09:00AM 18   DUTY.

09:00AM 19          THE COURT:  RIGHT.

09:00AM 20          JUROR:  AND JUST HAPPENED TO MENTION JURY DUTY

09:00AM 21   PERIOD AND NOT ANYTHING OTHER THAN THAT SPECIFICALLY.

09:00AM 22          THE COURT:  OKAY.

09:00AM 23          JUROR:  SO NO ONE ELSE REALLY KNOWS.

09:00AM 24          THE COURT:  OKAY.  IS THERE ANYTHING ABOUT YOUR --

09:00AM 25   AND YOU RAISE THIS.  I THINK WE HEARD SOME TESTIMONY AND THAT

| | | |
|---|---|---|
| 09:00AM | 1 | COMPANY'S NAME CAME UP LAST WEEK KPMG I THINK. |
| 09:00AM | 2 | JUROR:  OH, YES, THAT'S WHY I BROUGHT IT TO HER |
| 09:00AM | 3 | ATTENTION. |
| 09:00AM | 4 | THE COURT:  RIGHT.  AND THANK YOU FOR DOING THAT.  I |
| 09:00AM | 5 | APPRECIATE YOUR ATTENTION TO YOUR RESPONSIBILITIES. |
| 09:00AM | 6 | IS THERE ANYTHING ABOUT YOUR FORMER EMPLOYMENT AND THE |
| 09:00AM | 7 | FACT THAT YOU KNOW YOUR FRIEND WHO WORKS AT THIS KPMG, ANYTHING |
| 09:01AM | 8 | ABOUT THAT WILL AFFECT YOUR ABILITY TO CONTINUE TO BE FAIR AND |
| 09:01AM | 9 | IMPARTIAL AS YOU SIT AS A JUROR? |
| 09:01AM | 10 | JUROR:  NO.  LIKE I SAY, SHE HAS NO IDEA THAT I'M |
| 09:01AM | 11 | EVEN ON THE JURY. |
| 09:01AM | 12 | THE COURT:  OKAY. |
| 09:01AM | 13 | JUROR:  AND EVEN IF SHE DID, I THINK SHE HAS NO |
| 09:01AM | 14 | INFORMATION WHATSOEVER. |
| 09:01AM | 15 | THE COURT:  OKAY. |
| 09:01AM | 16 | JUROR:  PLUS I DON'T TELL ANYBODY SO IT DOESN'T COME |
| 09:01AM | 17 | UP SO I DON'T, YOU KNOW, FOR LACK OF A BETTER WAY OF DESCRIBING |
| 09:01AM | 18 | IT, BECOME COMFORTABLE TALKING ABOUT IT.  SO I JUST DON'T EVEN |
| 09:01AM | 19 | BRING IT UP TO ANYBODY. |
| 09:01AM | 20 | THE COURT:  WELL, THANK YOU.  AND THANK YOU FOR |
| 09:01AM | 21 | FOLLOWING MY ORDER IN THAT REGARD.  I APPRECIATE IT.  THANK |
| 09:01AM | 22 | YOU. |
| 09:01AM | 23 | I'M GOING TO TURN TO THESE LAWYERS AND SEE IF THEY HAVE |
| 09:01AM | 24 | ANY QUESTIONS FOR YOU. |
| 09:01AM | 25 | MR. SCHENK:  NOTHING FURTHER. |

09:01AM   1            MR. DOWNEY:  NO, YOUR HONOR.  I APPRECIATE IT BEING

09:01AM   2    BROUGHT TO OUR ATTENTION, BUT I DON'T HAVE ANY QUESTIONS.

09:01AM   3            THE COURT:  ALL RIGHT.  THANK YOU.

09:01AM   4        I DO WANT TO ASK YOU ABOUT YOUR EMAIL, ONE OTHER ISSUE,

09:01AM   5    AND YOU INDICATED TO MS. KRATZMANN THAT YOU HAD A QUESTION THAT

09:01AM   6    YOU THOUGHT OF OVER THE WEEKEND.  EXCUSE ME.

09:01AM   7        AND YOUR QUESTION WAS, "I DON'T KNOW IF WE WILL HAVE

09:01AM   8    FURTHER OPPORTUNITIES TO TALK WITH YOU ONCE THE TRIAL BEGINS.

09:02AM   9        "MY QUESTION IS, WILL WE ALSO BE RESPONSIBLE FOR THE

09:02AM   10   (POTENTIAL) SENTENCING PHASE OF THIS TRIAL OR IS IT ALREADY

09:02AM   11   PREDETERMINED BASED ON THE CHARGES."

09:02AM   12       AND THEN YOU ENDED SAYING "YOU CAN BCC EVERYONE WITH YOUR

09:02AM   13   ANSWER IF APPROPRIATE."

09:02AM   14       SO LET ME ASK YOU ABOUT THAT QUESTION.

09:02AM   15           JUROR:  WELL, TRIALS THAT I'VE SEEN ON T.V.

09:02AM   16   SOMETIMES HAVE A SENTENCING PHASE THAT THE JURY IS RESPONSIBLE

09:02AM   17   FOR, SO I JUST WANTED TO KNOW BECAUSE YOU GAVE A TIMEFRAME AND

09:02AM   18   THEN THAT WAS FOR, YOU KNOW, THE ANTICIPATION OF THE JURY

09:02AM   19   TIMELINE, AND THEN, OF COURSE, WE WOULD HAVE THE DELIBERATION

09:02AM   20   PHASE, AND THEN ONCE THAT'S OVER, THEN THERE WOULD BE, I WOULD

09:02AM   21   GUESS, I WASN'T SURE IF THERE WOULD BE A SENTENCING PHASE SO I

09:02AM   22   WAS KIND OF TRYING TO TIME OUT IF THAT WAS THE CASE HOW MUCH

09:02AM   23   TIME THAT WOULD INVOLVE.

09:03AM   24           THE COURT:  I SEE.

09:03AM   25           JUROR:  IF THERE WAS GOING TO BE AN EXTENDED TIME

09:03AM   1    BEYOND THE 13, 14 WEEKS THAT IS ANTICIPATED FOR THE TRIAL.

09:03AM   2        THE COURT:  OKAY.  I SEE.  ALL RIGHT.

09:03AM   3        DO YOU RECALL ME TELLING YOU AND YOUR COLLEAGUE JURORS

09:03AM   4    THAT THE JURY IS NOT TO CONSIDER SENTENCING, THAT'S NOT

09:03AM   5    SOMETHING THAT THEY SHOULD CONSIDER?

09:03AM   6        JUROR:  I DON'T RECALL.

09:03AM   7        THE COURT:  OKAY.  ALL RIGHT.

09:03AM   8        AND LET ME ASK A FOLLOW-UP.  YOU SAID "YOU CAN BCC

09:03AM   9    EVERYONE."  I ASSUME THAT MEANS THAT THE EMAIL WAS SENT BY

09:03AM  10    MS. KRATZMANN TO THE ENTIRE JURY?

09:03AM  11        JUROR:  YEAH.  SHE WANTED TO -- IN CASE SOMEBODY

09:03AM  12    ELSE HAD THAT QUESTION IN THEIR MIND, IF SHE WANTED TO SHARE

09:03AM  13    THAT ANSWER WITH THE REST OF THE JURY, THEN I DIDN'T HAVE ANY

09:03AM  14    OBJECTION TO THAT.

09:03AM  15        THE COURT:  I SEE.

09:03AM  16        JUROR:  OF COURSE NOT IT BEING ADDRESSED FROM ME BUT

09:03AM  17    FROM HER.

09:03AM  18        THE COURT:  RIGHT.  RIGHT.

09:03AM  19        LET ME ASK YOU, HAVE YOU TALKED WITH ANY OF YOUR FELLOW

09:03AM  20    JURORS ABOUT THAT QUESTION?

09:03AM  21        JUROR:  NO.

09:03AM  22        THE COURT:  THAT DIDN'T COME UP?

09:03AM  23        JUROR:  NO.  I FIGURED SHE DIDN'T ADDRESS IT SO I

09:04AM  24    WASN'T GOING TO BRING IT UP MYSELF.

09:04AM  25        THE COURT:  OKAY.  ALL RIGHT.

09:04AM 1    SO IF I TOLD YOU THIS MORNING THAT IN ANSWER TO YOUR

09:04AM 2    QUESTION THAT THE JURY IS NOT TO BE INVOLVED AT ALL, WON'T BE

09:04AM 3    INVOLVED AT ALL IN SENTENCING, ASSUMING THERE IS A SENTENCING,

09:04AM 4    THAT IS SOLELY IN THE PROVINCE OF THE COURT, YOU WOULD RESPECT

09:04AM 5    THAT?

09:04AM 6         JUROR:  OH, OF COURSE.

09:04AM 7         THE COURT:  AND YOU WOULD NOT CONSIDER PUNISHMENT AT

09:04AM 8    ALL DURING YOUR DELIBERATIONS?

09:04AM 9         JUROR:  NO.

09:04AM 10        THE COURT:  OKAY.  AND I JUST WANT TO EMPHASIZE

09:04AM 11   SOMETHING.  I TALKED ABOUT -- DO YOU REMEMBER ME TALKING ABOUT

09:04AM 12   THE PRESUMPTION OF INNOCENCE?

09:04AM 13        JUROR:  OH, OF COURSE.

09:04AM 14        THE COURT:  AND YOU UNDERSTAND THAT CARRIES

09:04AM 15   THROUGHOUT THE TRIAL THROUGH YOUR DELIBERATIONS?

09:04AM 16        JUROR:  YES.

09:04AM 17        THE COURT:  AND THE PURPOSE OF THE DELIBERATIONS IS

09:04AM 18   TO DETERMINE WHETHER OR NOT THE GOVERNMENT HAS MET THEIR

09:04AM 19   BURDEN.

09:04AM 20    I DON'T WANT TO GO INTO IT WITH YOU WHAT WE TALKED ABOUT

09:04AM 21   LAST WEEK, BUT IT'S IMPORTANT.  YOU UNDERSTAND ALL OF THAT?

09:04AM 22        JUROR:  I DO.  THANK YOU FOR CLARIFYING.

09:04AM 23        THE COURT:  OF COURSE.

09:04AM 24    WHAT I'M GOING TO DO IS TO READ THE INSTRUCTION AGAIN TO

09:05AM 25   YOU AND YOUR COLLEAGUES AGAIN JUST TO MAKE SURE THAT THERE'S

| | | |
|---|---|---|
| 09:05AM | 1 | CLARITY ON THAT. |
| 09:05AM | 2 | JUROR:  OKAY. |
| 09:05AM | 3 | THE COURT:  LET ME TURN IT OVER TO COUNSEL AND SEE |
| 09:05AM | 4 | IF THEY HAVE SOME QUESTIONS FOR YOU. |
| 09:05AM | 5 | MR. SCHENK:  NOTHING FURTHER.  THANK YOU. |
| 09:05AM | 6 | MR. DOWNEY:  NOTHING FROM US, YOUR HONOR. |
| 09:05AM | 7 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 09:05AM | 8 | THANK YOU VERY MUCH FOR SPENDING TIME WITH ME THIS |
| 09:05AM | 9 | MORNING.  I APPRECIATE IT. |
| 09:05AM | 10 | JUROR:  OF COURSE. |
| 09:05AM | 11 | THE COURT:  SO WE'RE GOING TO -- WELL, LET'S SEE. |
| 09:05AM | 12 | WHY DON'T WE HAVE YOU GO BACK.  COULD WE BRING EVERYONE OUT |
| 09:05AM | 13 | NOW?  IS EVERYONE READY TO PROCEED? |
| 09:05AM | 14 | MR. SCHENK:  YES, YOUR HONOR. |
| 09:05AM | 15 | THE CLERK:  I'M MISSING JUROR NUMBER 2.  I DON'T |
| 09:05AM | 16 | KNOW IF HE'S HERE. |
| 09:05AM | 17 | THE COURT:  LET'S HAVE YOU GO BACK FOR A MOMENT, AND |
| 09:05AM | 18 | MS. KRATZMANN WILL ESCORT YOU BACK TO THE JURY ROOM. |
| 09:05AM | 19 | JUROR:  OF COURSE. |
| 09:05AM | 20 | THE COURT:  THANK YOU FOR YOUR CANDOR THIS MORNING. |
| 09:05AM | 21 | WE APPRECIATE.  THANK YOU. |
| 09:05AM | 22 | JUROR:  OF COURSE.  YOU'RE WELCOME. |
| 09:05AM | 23 | (PROCEEDINGS HELD OUT OF THE PRESENCE OF JUROR NUMBER 12.) |
| 09:05AM | 24 | THE COURT:  ALL RIGHT.  PLEASE BE SEATED. |
| 09:05AM | 25 | I'M INFORMED THAT JUROR NUMBER 2 HAD NOT ARRIVED YET SO |

| 09:05AM | 1 | WE'LL GIVE THIS A MOMENT. |
| 09:07AM | 2 | (PAUSE IN PROCEEDINGS.) |
| 09:07AM | 3 | THE COURT:  I'M GOING TO STEP DOWN AND SEE WHAT IS |
| 09:07AM | 4 | GOING ON HERE.  HOPEFULLY WE CAN START IN JUST A MOMENT. |
| 09:07AM | 5 | THAT DID IT. |
| 09:10AM | 6 | (JURY IN AT 9:10 A.M.) |
| 09:10AM | 7 | THE COURT:  PLEASE BE SEATED.  THANK YOU. |
| 09:10AM | 8 | THE RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATES ARE |
| 09:10AM | 9 | NOW IN THE COURTROOM. |
| 09:10AM | 10 | GOOD MORNING EVERYONE.  BEFORE WE GO FURTHER, I SEE |
| 09:10AM | 11 | ALTERNATE JUROR NUMBER 1, MR. BEDNAR, SIR.  I'M GOING TO ASK |
| 09:10AM | 12 | YOU TO STAND UP, AND WE'RE GOING TO ASK YOU TO SIT IN JUROR |
| 09:10AM | 13 | NUMBER 7'S SEAT. |
| 09:10AM | 14 | WE EXCUSED A JUROR, AND SO ALTERNATE NUMBER 1, MR. BEDNAR, |
| 09:10AM | 15 | WILL NOW REPLACE JUROR NUMBER 7 AS A DELIBERATING JUROR. |
| 09:11AM | 16 | THANK YOU, SIR. |
| 09:11AM | 17 | AND OUR ALTERNATES CAN SCOOT OVER AND MAKE YOURSELF |
| 09:11AM | 18 | COMFORTABLE, AND WE'LL CONTINUE WITH OUR TRIAL. |
| 09:11AM | 19 | ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN. |
| 09:11AM | 20 | OUR JURY IS PRESENT. |
| 09:11AM | 21 | BEFORE I ASK THE GOVERNMENT IF THEY HAVE ADDITIONAL |
| 09:11AM | 22 | EXAMINATION OF A WITNESS, I DO WANT TO INQUIRE OF OUR JURY AND |
| 09:11AM | 23 | OUR ALTERNATES A QUESTION THAT I TOLD YOU I WOULD ASK EACH TIME |
| 09:11AM | 24 | WE WOULD START EACH DAY, AND THAT IS THAT IT'S IMPORTANT THAT |
| 09:11AM | 25 | YOU DECIDE THE CASE SOLELY, THIS CASE, SOLELY ON THE EVIDENCE |

09:11AM  1 AND THE LAW PRESENTED IN THE COURTROOM.  SO YOU MUST NOT LEARN

09:11AM  2 ANY INFORMATION ABOUT THIS CASE FROM SOURCES OUTSIDE OF THE

09:11AM  3 COURTROOM TO ENSURE FAIRNESS TO ALL PARTIES IN THE TRIAL.

09:11AM  4  I'LL NOW ASK YOU WHETHER OR NOT ANY OF YOU HAVE LEARNED

09:11AM  5 ABOUT OR SHARED INFORMATION ABOUT THIS CASE OUTSIDE OF THE

09:11AM  6 COURTROOM EVEN IF IT WAS ACCIDENTAL?

09:12AM  7  IF ANY OF YOU THINK YOU MAY HAVE DONE SO, WOULD YOU PLEASE

09:12AM  8 RAISE YOUR HAND AND LET US KNOW THAT.

09:12AM  9  I SEE NO HANDS.

09:12AM 10  THANK YOU VERY MUCH, LADIES AND GENTLEMEN.  I APPRECIATE

09:12AM 11 YOUR ATTENTION, CONTINUED ATTENTION TO THIS.

09:12AM 12  LET ME ALSO JUST FOR A MATTER OF COMFORT FOR A COUPLE OF

09:12AM 13 OUR JURORS, JUROR NUMBER 11 AND JUROR NUMBER 9, THOSE OF YOU

09:12AM 14 WHO ARE IN THE OUTSIDE SEATS, I THINK THOSE SEATS WILL RAISE IF

09:12AM 15 THAT'S HELPFUL TO YOU.  I DON'T KNOW IF YOU'VE FIGURED THAT

09:12AM 16 OUT, BUT IF YOU WOULD LIKE TO RAISE THE SEATING, I THINK

09:12AM 17 THERE'S A BUTTON ON IT THAT WOULD ALLOW YOU TO DO THAT IF YOU

09:12AM 18 WISH.

09:12AM 19  ALSO, IF ANY JUROR HAS ANY DIFFICULTY EITHER SEEING OR

09:12AM 20 HEARING ANY OF THE TESTIMONY, PLEASE RAISE YOUR HAND, LET ME

09:12AM 21 KNOW, AND WE'LL TRY TO CORRECT THAT.  SO THANK YOU VERY MUCH.

09:12AM 22  MR. LEACH, DO YOU HAVE A CONTINUING EXAMINATION?

09:12AM 23   MR. LEACH:  WE DO, YOUR HONOR.  THANK YOU.

09:12AM 24   THE COURT:  ALL RIGHT.  THANK YOU.

09:12AM 25  LET'S ASK THE WITNESS TO PLEASE COME IN.

09:13AM 1      ONE THING I DO WANT TO DO WHILE THAT'S HAPPENING, WE'LL

09:13AM 2    HAVE MS. SPIVEY TAKE THE SEAT AGAIN.  GOOD MORNING.

09:13AM 3          THE WITNESS:  GOOD MORNING.

09:13AM 4          THE COURT:  PLEASE HAVE A SEAT.  IN JUST A MOMENT

09:13AM 5    I'M GOING TO ASK YOU TO STATE YOUR NAME.

09:13AM 6      LADIES AND GENTLEMEN OF THE JURY, I DO WANT TO -- I AM

09:13AM 7    GOING TO READ YOU AN INSTRUCTION AGAIN.  I WANT TO READ THIS

09:13AM 8    INSTRUCTION NOW.  I'VE HAD SOME CONVERSATION WITH COUNSEL, AND

09:13AM 9    I THINK IT APPROPRIATE FOR ME TO READ TO YOU AN INSTRUCTION.

09:13AM 10   YOU WILL RECEIVE FINAL INSTRUCTIONS AT THE END OF THE CASE, BUT

09:13AM 11   FOR NOW I'D LIKE TO READ THIS INSTRUCTION TO YOU.

09:13AM 12     THE PUNISHMENT PROVIDED BY LAW FOR THIS CRIME IS FOR THE

09:13AM 13   COURT TO DECIDE.  YOU MAY NOT CONSIDER PUNISHMENT IN DECIDING

09:13AM 14   WHETHER THE GOVERNMENT HAS PROVED ITS CASE AGAINST MS. HOLMES

09:14AM 15   BEYOND A REASONABLE DOUBT.

09:14AM 16     SO THANK YOU VERY MUCH, LADIES AND GENTLEMEN.

09:14AM 17     COUNSEL, DO YOU HAVE QUESTIONS?

09:14AM 18     COULD YOU STATE YOUR NAME AGAIN, PLEASE, FOR THE RECORD.

09:14AM 19          THE WITNESS:  SO HAN SPIVEY.

09:14AM 20          THE COURT:  THANK YOU.

09:14AM 21          **(GOVERNMENT'S WITNESS, SO HAN SPIVEY, WAS PREVIOUSLY**

09:14AM 22   **SWORN.)**

09:14AM 23          THE COURT:  I JUST WANT TO REMIND THE WITNESS,

09:14AM 24   YOU'RE STILL UNDER OATH, MS. SPIVEY.

09:14AM 25     DO YOU UNDERSTAND THAT?

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    685

09:14AM  1          THE WITNESS:  YES.

09:14AM  2          MR. LEACH:  THANK YOU SO MUCH, YOUR HONOR.

09:14AM  3              **DIRECT EXAMINATION (RESUMED)**

09:14AM  4      BY MR. LEACH:

09:14AM  5      Q.  MS. SPIVEY, WHEN WE WERE LAST HERE WE WERE DISCUSSING WHAT

09:14AM  6      HAD BEEN MARKED AS EXHIBIT 578 AND THERANOS'S BALANCE SHEET AND

09:14AM  7      INCOME STATEMENT FROM 2010 AND 2009.

09:14AM  8          DO YOU RECALL THAT TESTIMONY?

09:14AM  9      A.  YES.

09:14AM  10     Q.  I'D LIKE TO NOW DRAW YOUR ATTENTION TO WHAT HAS BEEN

09:14AM  11     MARKED AS EXHIBIT 615.

09:15AM  12         YOUR HONOR, I UNDERSTAND THE PARTIES STIPULATE TO THE

09:15AM  13     ADMISSION OF 615?

09:15AM  14          MR. WADE:  WE DO, YOUR HONOR.

09:15AM  15          THE COURT:  ALL RIGHT.  THANK YOU.

09:15AM  16         THIS IS EXHIBIT 615?

09:15AM  17          MR. LEACH:  YES, YOUR HONOR.

09:15AM  18          THE COURT:  ALL RIGHT.  THANK YOU.  SO THAT WILL BE

09:15AM  19     ADMITTED BY STIPULATION.  IT MAY BE PUBLISHED.

09:15AM  20         (GOVERNMENT'S EXHIBIT 615 WAS ADMITTED.)

09:15AM  21          MR. LEACH:  THANK YOU, YOUR HONOR.

09:15AM  22     Q.  IF I COULD PLEASE --

09:15AM  23         MS. HOLLIMAN, IF YOU WOULD ZOOM INTO THE TOP HALF OF THE

09:15AM  24     EMAIL.  WONDERFUL.

09:15AM  25         DO YOU SEE THIS EMAIL?

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    686

09:15AM   1    A.   YES.

09:15AM   2    Q.   AND TO REFRESH US, DANISE YAM WAS THE NAME YOU WERE USING

09:15AM   3    AT THE TIME THAT YOU WERE AT THERANOS AS THE CORPORATE

09:15AM   4    CONTROLLER?

09:15AM   5    A.   YES.

09:15AM   6    Q.   AND DO YOU SEE ELIZABETH HOLMES NAME IN THE TO LINE?

09:16AM   7    A.   YES.

09:16AM   8    Q.   THERE'S AN ATTACHMENT TO THIS EMAIL.  IT SAYS, FINANCIAL

09:16AM   9    STATEMENT ANALYSIS TEMPLATE-THERANOS.PDF; AND THEN FS 12/31/11.

09:16AM   10        DO YOU SEE THAT?

09:16AM   11   A.   YES.

09:16AM   12   Q.   AND WHAT DOES THAT 12/31/11 REFER TO?

09:16AM   13   A.   DECEMBER 31, 2011.

09:16AM   14   Q.   AND WHAT DOES FS REFER TO?

09:16AM   15   A.   FINANCIAL STATEMENTS.

09:16AM   16   Q.   AND ARE YOU PROVIDING FINANCIAL STATEMENTS FOR THE TIME

09:16AM   17   PERIOD 2011 TO MS. HOLMES DURING THIS EMAIL?

09:16AM   18   A.   YES.

09:16AM   19   Q.   IF WE COULD GO TO PAGE 4, MS. HOLLIMAN.  AND IF WE COULD

09:16AM   20   PLEASE ZOOM IN ON THE TOP PORTION OF THE DOCUMENT.

09:16AM   21        UP AT THE TOP, MS. SPIVEY, IT SAYS THERANOS INC. AND

09:16AM   22   SUBSIDIARY CONSOLIDATED STATEMENTS OF OPERATIONS.

09:17AM   23        DO YOU SEE THAT?

09:17AM   24   A.   YES.

09:17AM   25   Q.   AND WHAT IS THE CONSOLIDATED STATEMENTS OF OPERATIONS?

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    687

09:17AM  1    A.   THAT'S THE CONSOLIDATED STATEMENTS.

09:17AM  2    Q.   AND TO THE RIGHT THERE ARE TWO COLUMNS FOR 2011 AND 2012.

09:17AM  3         WHAT DO THOSE CONVEY.

09:17AM  4         I'M SORRY, 2011 AND 2010.  WHAT DO THOSE COLUMNS CONVEY?

09:17AM  5    A.   THAT'S THE INCOME FOR THE YEAR OF 2010 AND 2011.

09:17AM  6    Q.   OKAY.  AND DID YOU BELIEVE THAT YOU WERE PROVIDING

09:17AM  7    ACCURATE INFORMATION TO THE DEFENDANT ABOUT THERANOS'S 2011 AND

09:17AM  8    2010 FINANCIAL STATEMENTS?

09:17AM  9    A.   YES.

09:17AM  10   Q.   THERE'S A LINE FOR REVENUE.

09:17AM  11        DO YOU SEE THAT?

09:17AM  12   A.   YES.

09:17AM  13   Q.   WHAT IS REVENUE?

09:17AM  14   A.   THAT'S THE INCOME THAT THE COMPANY GETS FOR PROVIDING

09:17AM  15   SERVICES.

09:18AM  16   Q.   AND WHAT WAS THERANOS'S REVENUE FOR 2010?

09:18AM  17   A.   $1,401,305.

09:18AM  18   Q.   AND THE REVENUE FOR 2011, WHAT WAS THAT?

09:18AM  19   A.   $518,248.

09:18AM  20   Q.   FURTHER DOWN IN THE INCOME STATEMENT THERE'S A LINE FOR

09:18AM  21   NET LOSS.

09:18AM  22        DO YOU SEE THAT?

09:18AM  23   A.   YES.

09:18AM  24   Q.   AND WHAT IS THE NET LOSS?

09:18AM  25   A.   THAT IS THE COMPANY THAT -- THAT'S THE MONEY THAT THE

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    688

09:18AM   1    COMPANY LOST FOR THAT YEAR.

09:18AM   2    Q.   SO THE NET LOSS FOR 2011 IS APPROXIMATELY $27.66 MILLION?

09:18AM   3    A.   YES.

09:18AM   4    Q.   AND THE LOSS FOR 2010 WAS APPROXIMATELY $16.2 MILLION?

09:18AM   5    A.   YES.

09:19AM   6    Q.   IF WE COULD GO TO PAGE 3, PLEASE.

09:19AM   7         AND IF WE CAN ZOOM IN, PLEASE, MS. HOLLIMAN ON THE TEXT ON

09:19AM   8    PAGE 3 ALL OF THE WAY DOWN TO THE MIDDLE.  WONDERFUL.  THANK

09:19AM   9    YOU.

09:19AM   10        MS. SPIVEY, DO YOU SEE AT THE TOP WHERE IT SAYS

09:19AM   11   CONSOLIDATED BALANCE SHEETS DECEMBER 2011 AND 2010?

09:19AM   12   A.   YES.

09:19AM   13   Q.   AND I DRAW YOUR ATTENTION TO A LINE ROUGHLY FOUR FROM THE

09:19AM   14   BOTTOM CALLED THE ACCUMULATED DEFICIT.  DOWN A LITTLE.  RIGHT

09:19AM   15   THERE (INDICATING).

09:19AM   16        THANK YOU, MS. HOLLIMAN.

09:19AM   17        DO YOU SEE THAT LINE, MS. SPIVEY?

09:19AM   18   A.   YES.

09:19AM   19   Q.   AND WHAT IS MEANT BY ACCUMULATED DEFICIT?

09:19AM   20   A.   THAT'S THE ACCUMULATED LOSSES FOR THE COMPANY SINCE

09:19AM   21   INCEPTION.

09:19AM   22   Q.   SO WHAT WAS THE ACCUMULATED DEFICIT FOR THERANOS IN 2010?

09:20AM   23   A.   76.5 MILLION.

09:20AM   24   Q.   AND WHAT DOES THAT MEAN?

09:20AM   25   A.   THAT MEANS SINCE INCEPTION THE COMPANY LOST 76.5 MILLION.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    689

09:20AM   1    Q.   WHEN YOU SAY "INCEPTION" THAT'S 2003, 2004?

09:20AM   2    A.   YES.

09:20AM   3    Q.   AND WHAT IS THE ACCUMULATED DEFICIT FOR THERANOS AS THE

09:20AM   4    YEAR ENDED 2011?

09:20AM   5    A.   ABOUT 104 MILLION.

09:20AM   6    Q.   IF I CAN NOW DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED

09:20AM   7    AS EXHIBIT 792.

09:20AM   8        I BELIEVE THE PARTIES STIPULATED TO THE ADMISSION OF THIS

09:20AM   9    EXHIBIT.

09:20AM  10            MR. WADE:  WE DO, YOUR HONOR.

09:20AM  11            THE COURT:  ALL RIGHT.  THANK YOU.

09:20AM  12        IT'S ADMITTED, AND IT MAY BE PUBLISHED.

09:20AM  13        (GOVERNMENT'S EXHIBIT 792 WAS RECEIVED IN EVIDENCE.)

09:21AM  14    BY MR. LEACH:

09:21AM  15    Q.   AND IF I COULD, LET'S START, MS. HOLLIMAN, WITH THE TOP

09:21AM  16    PORTION OF THE EMAIL IF WE COULD.  THANK YOU.

09:21AM  17        DO YOU SEE YOUR NAME IN THE FROM LINE, MS. SPIVEY?

09:21AM  18    A.   YES.

09:21AM  19    Q.   AND DO YOU SEE MS. HOLMES NAME IN THE TO LINE?

09:21AM  20    A.   YES.

09:21AM  21    Q.   AND DO YOU SEE THE DATE FEBRUARY 12TH, 2013?

09:21AM  22    A.   YES.

09:21AM  23    Q.   THERE ARE TWO ATTACHMENTS TO THIS EMAIL.  ONE IS TITLED

09:21AM  24    FS 2012.XLSX.

09:21AM  25        DO YOU SEE THAT?

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    690

09:21AM   1    A.   YES.

09:21AM   2    Q.   AND WHAT DOES FS STAND FOR?

09:21AM   3    A.   FINANCIAL STATEMENTS.

09:21AM   4    Q.   AND THE 2012, WHAT DOES THAT REFER TO?

09:21AM   5    A.   YEAR 2012.

09:21AM   6    Q.   IS THAT A DOCUMENT THAT YOU PREPARED?

09:21AM   7    A.   YES.

09:21AM   8    Q.   OKAY.  AND THE SUBJECT OF THIS EMAIL CHAIN IS STANFORD.

09:21AM   9         DO YOU SEE THAT?  OR IT INCLUDES THE NAME STANFORD.

09:21AM  10         DO YOU SEE THAT?

09:21AM  11    A.   YES.

09:21AM  12    Q.   AND WHAT RELATIONSHIP DID THERANOS HAVE WITH STANFORD?

09:22AM  13    A.   STANFORD IS A LANDLORD TO THERANOS.

09:22AM  14    Q.   AND IF I COULD NOW DRAW YOUR ATTENTION TO THE BOTTOM

09:22AM  15    PORTION OF PAGE 1, THE EMAIL THAT EXPANDS -- THAT GOES OVER

09:22AM  16    PAGE 1 TO PAGE 2.

09:22AM  17         MS. HOLLIMAN, I DON'T KNOW IF YOU CAN SHOW ALL OF THAT.

09:22AM  18         DO YOU SEE WHERE IT SAYS, "SOME TIME AGO WE MET WITH

09:22AM  19    STANFORD AND SHARED SOME FINANCIAL INFORMATION IN A TEMPLATE

09:22AM  20    THEY REQUESTED"?

09:22AM  21    A.   YES.

09:22AM  22    Q.   AND IN THIS EMAIL WERE YOU ATTEMPTING TO PROVIDE TRUE AND

09:22AM  23    ACCURATE INFORMATION ABOUT THERANOS'S FINANCIAL CONDITION TO

09:22AM  24    MS. HOLMES?

09:22AM  25    A.   YES.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    691

| | | |
|---|---|---|
| 09:22AM | 1 | Q.   LET ME PLEASE DRAW YOUR ATTENTION TO PAGE 6 OF THE |
| 09:22AM | 2 | DOCUMENT OF THE EXHIBIT.  P. |
| 09:22AM | 3 | AND I'D LIKE TO DISPLAY THE NATIVE FILE, IF WE COULD, |
| 09:22AM | 4 | MS. HOLLIMAN. |
| 09:23AM | 5 | MS. SPIVEY, DO YOU SEE THE TABS DOWN AT THE BOTTOM BS, IS, |
| 09:23AM | 6 | CF, AND TB? |
| 09:23AM | 7 | A.   YES. |
| 09:23AM | 8 | Q.   AND WHAT DO THOSE REFER TO? |
| 09:23AM | 9 | A.   BS IS BALANCE SHEETS, IS IS INCOME STATEMENT, AND CF IS |
| 09:23AM | 10 | CASH FLOW STATEMENT, AND TB IS TRIAL BALANCE. |
| 09:23AM | 11 | Q.   AND PLEASE, LET'S START WITH THE BALANCE SHEET.  WERE YOU |
| 09:23AM | 12 | TRYING TO PROVIDE ACCURATE INFORMATION TO MS. HOLMES ABOUT THE |
| 09:23AM | 13 | COMPANY'S ASSETS, LIABILITIES, AND STOCKHOLDERS EQUITY IN THIS |
| 09:23AM | 14 | DOCUMENT? |
| 09:23AM | 15 | A.   YES. |
| 09:23AM | 16 | Q.   UP IN ROW 5 AND 6 THERE WILL DATES, AND THERE IS A LINE |
| 09:24AM | 17 | WITH THREE ZEROS.  CAN YOU EXPLAIN WHAT THOSE THREE ZEROS MEANS |
| 09:24AM | 18 | FOR US? |
| 09:24AM | 19 | A.   THAT MEANS THAT THOSE NUMBERS PRESENTED IS IN THOUSANDS. |
| 09:24AM | 20 | Q.   OKAY.  SO IF WE LOOK AT THE CASH FOR YEAR END |
| 09:24AM | 21 | DECEMBER 31ST, 2012, THAT'S APPROXIMATELY $51 MILLION, NOT |
| 09:24AM | 22 | $51,000? |
| 09:24AM | 23 | A.   CORRECT. |
| 09:24AM | 24 | Q.   AND IF WE COULD GO TO THE LINE FOR THE ACCUMULATED DEFICIT |
| 09:24AM | 25 | DOWN BELOW LINE 32. |

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    692

09:24AM   1        WHAT WAS THE ACCUMULATED DEFICIT FOR THERANOS AS OF

09:24AM   2    DECEMBER 2012?

09:24AM   3    A.   APPROXIMATELY 161 MILLION.

09:24AM   4    Q.   NOW IF WE COULD PLEASE GO TO THE TAB IS.

09:25AM   5        WERE YOU TRYING TO PROVIDE ACCURATE INFORMATION TO

09:25AM   6    MS. HOLMES IN THIS TAB?

09:25AM   7    A.   YES.

09:25AM   8    Q.   AND DOES THIS INCOME STATEMENT COVER THE TIME PERIOD 2002

09:25AM   9    AND THE FIRST MONTH OF 2013?

09:25AM  10    A.   YES.

09:25AM  11    Q.   THERE APPEAR TO BE FOUR ROWS TO THE LEFT:  OPERATING LOSS,

09:25AM  12    INTEREST AND OTHER INCOME, NET, INTEREST EXPENSE, AND NET LOSS.

09:25AM  13        DO YOU SEE THOSE?

09:25AM  14    A.   YES.

09:25AM  15    Q.   AND THERE'S NO LINE FOR REVENUE IN THIS SPREADSHEET.  WHY

09:25AM  16    IS THAT?

09:25AM  17    A.   BECAUSE THERE WAS NO REVENUE FOR THE COMPANY.

09:25AM  18    Q.   SO THERE WAS NO REVENUE FOR THE COMPANY AT ALL IN 2012?

09:25AM  19    A.   CORRECT.

09:25AM  20    Q.   AND FOR THE YEAR 2012 THERE'S THE NUMBER IN RED,

09:25AM  21    PARENTHESIS, 57,111.  WHAT DOES THAT SIGNIFY?

09:26AM  22    A.   THAT'S THE COMPANY, ALL OF THE EXPENSES FOR THE COMPANY

09:26AM  23    FOR THE YEAR.

09:26AM  24    Q.   AND IS THAT IN MILLIONS OR IN THOUSANDS OR SOME OTHER

09:26AM  25    NUMBER?

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    693

09:26AM   1    A.   THAT'S 57 MILLION.

09:26AM   2    Q.   THAT WAS THE NET LOSS FOR 2012?

09:26AM   3    A.   RIGHT.

09:26AM   4    Q.   OKAY.  THANK YOU.  WE CAN TAKE THAT DOWN, MS. HOLLIMAN.

09:26AM   5         MS. SPIVEY, YOU SHOULD HAVE A BINDER IN FRONT OF YOU, AND

09:26AM   6    I'D LIKE TO DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED AS

09:26AM   7    EXHIBIT 1901.

09:26AM   8         DO YOU HAVE THAT IN FRONT OF YOU?

09:26AM   9    A.   YES.

09:26AM   10   Q.   DOES THIS APPEAR TO BE AN EMAIL THAT YOU AUTHORED?

09:26AM   11   A.   YES.

09:26AM   12   Q.   AND THERE ARE TWO NAMES AT THE TOP, MARK KUCHARSKI AND

09:26AM   13   DENNIS ONDYAK.

09:26AM   14        WHO ARE THEY?

09:26AM   15   A.   THEY ARE THE ACCOUNTANTS FOR THE TAX FIRM THAT THERANOS

09:27AM   16   USED.

09:27AM   17   Q.   AND DID YOU WORK WITH THOSE ACCOUNTANTS AT THE TAX FIRM IN

09:27AM   18   ORDER TO PREPARE ACCURATE TAX RETURNS ON BEHALF OF THERANOS?

09:27AM   19   A.   YES.

09:27AM   20   Q.   THERE'S A NUMBER OF ATTACHMENTS TO THIS EMAIL.  GENERALLY

09:27AM   21   SPEAKING, WHAT ARE THESE?

09:27AM   22   A.   THESE ARE THE SCHEDULE AND FINANCIAL INFORMATION THAT

09:27AM   23   THERANOS PROVIDED TO ACCOUNTANTS SO THAT THEY CAN PREPARE THE

09:27AM   24   TAX RETURN.

09:27AM   25   Q.   WERE THESE EXCEL FILES MADE AT OR NEAR THE TIME IN ORDER

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    694

09:27AM  1    TO PREPARE ACCURATE TAX RETURNS?

09:27AM  2    A.   YES.

09:27AM  3    Q.   AND DID YOU KEEP THESE DOCUMENTS IN THE ORDINARY COURSE OF

09:27AM  4    BUSINESS?

09:27AM  5    A.   YES.

09:27AM  6    Q.   OKAY.  AND WAS IT YOUR REGULAR PRACTICE TO PREPARE THESE

09:27AM  7    DOCUMENTS SO THAT THERANOS COULD ACCURATELY REPORT ITS INCOME

09:27AM  8    AND EXPENSES TO THE I.R.S.?

09:28AM  9    A.   YES.

09:28AM  10   Q.   ONE OF THE EXCEL SPREADSHEETS IS -- OR ONE OF THE

09:28AM  11   ATTACHMENTS IS TITLED TB 12/31/13.  IT'S THE SECOND ONE FROM

09:28AM  12   THE BOTTOM.

09:28AM  13       DO YOU SEE THAT?

09:28AM  14   A.   YES.

09:28AM  15   Q.   AND WHAT DOES TB STAND FOR?

09:28AM  16   A.   TRIAL BALANCE.

09:28AM  17   Q.   AND WHAT IS THAT TRIAL BALANCE FOR?

09:28AM  18   A.   2013.

09:28AM  19   Q.   AND DID YOU PREPARE THAT TRIAL BALANCE AND MAINTAIN THAT

09:28AM  20   IN THE ORDINARY COURSE OF BUSINESS?

09:28AM  21   A.   YES.

09:28AM  22   Q.   AND DID YOU PREPARE IT BASED ON DATA FROM THE QAD SYSTEM?

09:28AM  23   A.   YES.

09:28AM  24       MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 1901 AND THE

09:28AM  25   ATTACHMENTS TB 12-31-13.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    695

09:28AM   1                    THE COURT:  ANY OBJECTION?

09:28AM   2                    MR. WADE:  WE HAVE NO OBJECTION TO THE TRIAL

09:28AM   3       BALANCE.

09:28AM   4             WE OBJECT TO THE DOCUMENT ITSELF UNDER 401 AND 805.

09:29AM   5                    THE COURT:  DO YOU WISH TO RESPOND?

09:29AM   6                    MR. LEACH:  IT'S THE STATEMENT OF AN AGENT.

09:29AM   7                    THE COURT:  I THINK IT QUALIFIES UNDER 803, SO I'LL

09:29AM   8       ADMIT IT.

09:29AM   9             (GOVERNMENT'S EXHIBIT 1901 WAS RECEIVED IN EVIDENCE.)

09:29AM  10                    MR. LEACH:  IF YOU COULD PLEASE DISPLAY IT.

09:29AM  11             MS. KRATZMANN, IF I COULD USE THE ELMO?

09:29AM  12                    THE CLERK:  YES.

09:29AM  13       BY MR. LEACH:

09:30AM  14       Q.   MS. SPIVEY, WHILE MY LAPTOP IS REBOOTING LET ME ORIENT

09:30AM  15       HERE EVERYONE ON 1901.

09:30AM  16             DO YOU SEE YOUR NAME IN THE FROM LINE?

09:30AM  17       A.   YES.

09:30AM  18       Q.   DENNIS ONDYAK AND MARK KUCHARSKI, THEY'RE WITH THE TAX

09:30AM  19       PREPARATION FIRM?

09:30AM  20       A.   YES.

09:30AM  21       Q.   AND I WAS DRAWING YOUR ATTENTION TO TB 12/31/13.

09:30AM  22             DO YOU SEE THAT?

09:30AM  23       A.   YES.

09:30AM  24       Q.   LET ME PLEASE DRAW YOUR ATTENTION TO PAGE 59.

09:31AM  25             DO YOU SEE THE TITLE THERANOS INC. AND SUBSIDIARY AT THE

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    696

09:31AM   1      TOP?

09:31AM   2      A.   YES.

09:31AM   3      Q.   AND IS THIS THE INCOME STATEMENTS FOR YEAR ENDED

09:31AM   4      DECEMBER 31ST, 2013, 2012, 2011, AND 2010?

09:31AM   5      A.   YES.

09:31AM   6      Q.   WHAT WAS THE REVENUE FOR THERANOS FOR 2013?

09:31AM   7      A.   ZERO.

09:31AM   8      Q.   AND DOWN AT THE BOTTOM THERE'S A NET LOSS OF $92,367,725.

09:31AM   9           DO YOU SEE THAT?

09:31AM  10      A.   YES.

09:31AM  11      Q.   AND WHAT DOES THAT SIGNIFY?

09:31AM  12      A.   THAT'S ALL OF THE EXPENSES FOR THE YEAR.

09:31AM  13      Q.   FOR THE YEAR 2013?

09:31AM  14      A.   RIGHT.

09:32AM  15      Q.   THANK YOU, MS. SPIVEY.  WE CAN PUT THAT DOCUMENT TO THE

09:32AM  16      SIDE.

09:32AM  17           LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED AS

09:32AM  18      5206.  I BELIEVE WE STIPULATED TO THE ADMISSION OF 5206.

09:32AM  19                 MR. WADE:  WE DO, YOUR HONOR.

09:32AM  20                 THE COURT:  ALL RIGHT.  THANK YOU.  IT'S ADMITTED.

09:32AM  21      IT MAY BE PUBLISHED.

09:32AM  22           (GOVERNMENT'S EXHIBIT 5206 WAS RECEIVED IN EVIDENCE.)

09:32AM  23                 MR. LEACH:  MAY I APPROACH THE WITNESS, YOUR HONOR?

09:32AM  24                 THE COURT:  YES.

09:32AM  25      BY MR. LEACH:

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                          697

09:32AM  1    Q.   (HANDING.)

09:33AM  2         MS. SPIVEY, I'M PLACING ON THE SCREEN THE FIRST PAGE OF

09:33AM  3    EXHIBIT 5206.

09:33AM  4         DO YOU SEE YOUR NAME IN THE FROM LINE?

09:33AM  5    A.   YES.

09:33AM  6    Q.   AND IS THIS TO MS. HOLMES AND MR. BALWANI?

09:33AM  7    A.   YES.

09:33AM  8    Q.   THE SUBJECT OF THIS EMAIL IS 409A -- OR 409A VALUATION

09:33AM  9    ANALYSIS.

09:33AM  10        WHAT IS A 409A VALUATION ANALYSIS?

09:34AM  11   A.   THAT'S THE I.R.S. TAX CODE FOR THE VALUATION FOR OPTIONS.

09:34AM  12   Q.   WHAT DO YOU MEAN BY OPTIONS?

09:34AM  13   A.   THAT'S THE OPTION THAT WE GIVE TO EMPLOYEES, DIRECTOR,

09:34AM  14   CONSULTANTS, AND THEY CAN BUY COMPANY STOCK AT A PREDETERMINED

09:34AM  15   PRICE.

09:34AM  16   Q.   AND WHY WAS IT NECESSARY FOR THERANOS TO VALUE THESE STOCK

09:34AM  17   OPTIONS?

09:34AM  18   A.   SO THE COMPANY KNOWS WHAT THE PREDETERMINED PRICE SHOULD

09:34AM  19   BE.

09:34AM  20   Q.   OKAY.  AND IN THIS EMAIL YOU ARE WRITING TO MS. HOLMES,

09:34AM  21   "ATTACHED PLEASE FIND THE LATEST 409A REPORT.  THE VALUE GOES

09:34AM  22   UP FROM $1.56 (FROM $1.44 IN DECEMBER) DUE TO THE LATEST

09:34AM  23   FUNDING IN FEB AND MARCH 2015."

09:34AM  24        DO YOU SEE THAT LANGUAGE?

09:35AM  25   A.   YES.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                        698

09:35AM  1    Q.   AND WHAT DID YOU MEAN BY "THE LATEST FUNDING IN FEB AND

09:35AM  2    MARCH OF 2015"?

09:35AM  3    A.   LOOKING AT THIS EMAIL I BELIEVE THERE WAS A ROUND OF

09:35AM  4    FINANCING TO RAISE MONEY IN FEBRUARY AND MARCH OF 2015.

09:35AM  5    Q.   RAISE MONEY FROM WHOM?

09:35AM  6    A.   INVESTORS.

09:35AM  7    Q.   AND DOES THE COMPANY RECORD ANY TYPE OF EXPENSE RELATED TO

09:35AM  8    ITS STOCK OPTIONS IN ITS FINANCIAL STATEMENTS?

09:35AM  9    A.   YES.

09:35AM  10   Q.   AND DOES THAT HAVE ANY CONNECTION TO THE 409A VALUATION

09:35AM  11   ANALYSIS THAT YOU'RE TALKING ABOUT HERE?

09:35AM  12   A.   YES.

09:35AM  13   Q.   CAN YOU EXPLAIN THAT FOR US, PLEASE?

09:35AM  14   A.   SO EACH OPTION -- SO THE COMPANY WILL -- WHEN THE COMPANY

09:35AM  15   GRANT AN OPTION, THIS PART IS CONSIDERED AN EXPENSE ON THE

09:35AM  16   FINANCIAL STATEMENTS.  SO IT'S BASED ON THE -- HOW MUCH EXPENSE

09:36AM  17   THE COMPANY RECOGNIZED IS BASED ON THE VALUE.

09:36AM  18   Q.   AND ARE YOU PROCURING THIS REPORT IN ORDER TO MAKE SURE

09:36AM  19   THAT YOU GET THAT VALUE RIGHT IN THE FINANCIAL STATEMENTS?

09:36AM  20   A.   YES.

09:36AM  21   Q.   LET ME PLEASE DRAW YOUR ATTENTION TO PAGE 14.

09:36AM  22        I UNDERSTAND FROM MS. HOLLIMAN THAT WE CAN HAVE IT

09:36AM  23   DISPLAYED WITHOUT THE ELMO.

09:36AM  24        WERE YOU ABLE TO SEE PAGE 14 ON THE SCREEN, MS. SPIVEY?

09:36AM  25   A.   YES.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    699

09:36AM    1      Q.   THERE'S A NAME AT THE BOTTOM, ARANCA.  WHAT IS ARANCA?

09:36AM    2      A.   ARANCA IS THE INDEPENDENT FIRM THAT PROVIDE THE VALUATION

09:36AM    3      SERVICE TO THERANOS.

09:36AM    4      Q.   AND WHAT WAS ARANCA ENGAGED TO DO?

09:36AM    5      A.   LIKE THE ENGAGEMENT WOULD LET THERANOS KNOW WHAT THE FAIR

09:37AM    6      VALUE OF THE COMMON STOCK SHOULD BE.

09:37AM    7      Q.   OKAY.  DID YOU DO YOUR BEST TO PROVIDE ACCURATE

09:37AM    8      INFORMATION TO ARANCA?

09:37AM    9      A.   YES.

09:37AM   10      Q.   AND DID YOU CONSULT WITH MS. HOLMES ABOUT THE INFORMATION

09:37AM   11      YOU WERE PROVIDING TO ARANCA?

09:37AM   12      A.   YES.

09:37AM   13      Q.   AND WHY DID YOU DO THAT?

09:37AM   14      A.   BECAUSE SHE HAS THE BEST INFORMATION ON WHAT THE COMPANY

09:37AM   15      PROJECTION AND FORECAST IS.

09:37AM   16      Q.   AND WHAT TYPES OF INFORMATION DID YOU PROVIDE TO ARANCA?

09:37AM   17      A.   TYPICALLY IT WOULD BE THE HISTORICAL FINANCIAL

09:37AM   18      INFORMATION, AND THE PROJECTION FOR THE NEXT FIVE YEARS, AND

09:37AM   19      THE CAPITALIZATION RECORD FOR THE COMPANY.

09:37AM   20      Q.   WHEN YOU SAY "PROJECTION FOR THE NEXT FIVE YEARS," WHAT DO

09:37AM   21      YOU MEAN?

09:37AM   22      A.   THAT MEANS WHAT THE COMPANY FORECAST FOR THE FINANCIAL

09:37AM   23      INFORMATION FOR THE NEXT FIVE YEARS THAT -- LIKE THE REVENUE,

09:38AM   24      AND EXPENSES, AND CAPITAL EXPENDITURE, ET CETERA.

09:38AM   25      Q.   AND DID YOU HAVE DISCUSSIONS WITH MS. HOLMES ABOUT WHAT

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    700

09:38AM   1    FINANCIAL PROJECTIONS TO PROVIDE TO ARANCA?

09:38AM   2    A.   YES.

09:38AM   3    Q.   AND DID YOU HAVE MORE THAN ONE, MORE THAN ONE DISCUSSION?

09:38AM   4    A.   YES.

09:38AM   5    Q.   IF WE COULD ZOOM OUT, PLEASE, MS. HOLLIMAN.

09:38AM   6         I WANT TO DRAW YOUR ATTENTION TO THE MIDDLE OF THE PAGE

09:38AM   7    WHERE IT SAYS, "THERANOS INC., FMV OF COMMON STOCK AS OF

09:38AM   8    MARCH 25, 2015."

09:38AM   9         DO YOU SEE THAT?

09:38AM   10   A.   YES.

09:38AM   11   Q.   AND WHAT IS FMV?

09:38AM   12   A.   FAIR MARKET VALUE.

09:38AM   13   Q.   AND IF WE CAN PLEASE GO TO PAGE 17.  AND IF WE COULD

09:38AM   14   PLEASE ZOOM IN ON SECTION 1.1, THE BACKGROUND.

09:39AM   15        MS. SPIVEY, DO YOU SEE WHERE IT SAYS, "ARANCA, INC.,

09:39AM   16   ('ARANCA') HAS BEEN ENGAGED BY THERANOS'S INC., ('THERANOS' OR

09:39AM   17   "THE COMPANY') TO CONDUCT VALUATION ANALYSIS OF THE COMPANY AND

09:39AM   18   PREPARE A WRITTEN REPORT TO EXPRESS OUR OPINION ON THE FAIR

09:39AM   19   MARKET VALUE (FMV) OF ITS COMMON STOCK."

09:39AM   20        DO YOU SEE THAT LANGUAGE?

09:39AM   21   A.   YES.

09:39AM   22   Q.   AND IS THAT A FAIR SUMMARY OF WHAT ARANCA WAS ENGAGED TO

09:39AM   23   DO?

09:39AM   24   A.   YES.

09:39AM   25   Q.   NOW, IF WE COULD GO OUT, PLEASE, MS. HOLLIMAN, AND LOOK AT

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    701

09:39AM    1    SECTION 1.2, THE FIRST BULLET OR THE FIRST FOUR WOULD BE GREAT.

09:39AM    2    THANK YOU SO MUCH.

09:39AM    3        DO YOU SEE IN THE FIRST BULLET WHERE IT SAYS, "WE

09:39AM    4    UNDERSTAND THIS REPORT AND ITS CONCLUSIONS WOULD BE USED BY THE

09:39AM    5    COMPANY'S BOARD OF DIRECTORS SOLELY IN CONNECTION WITH

09:39AM    6    DETERMINING THE EXERCISE PRICE FOR GRANTING OPTIONS TO ITS

09:40AM    7    EMPLOYEES TO COMPLY WITH IRC SECTION 409A."

09:40AM    8        DO YOU SEE THAT LANGUAGE?

09:40AM    9    A.    YES.

09:40AM   10    Q.    AND WAS THAT YOUR UNDERSTANDING AT THE TIME WHEN ARANCA

09:40AM   11    WAS PREPARING THIS REPORT?

09:40AM   12    A.    YES.

09:40AM   13    Q.    IN THE FOURTH BULLET IT SAYS, "IN PREPARING OUR ANALYSIS,

09:40AM   14    DANISE YAM, CORPORATE CONTROLLER, PROVIDED INFORMATION

09:40AM   15    REGARDING THERANOS'S BUSINESS, PRODUCTS AND SERVICES,

09:40AM   16    OPERATIONS, PAST PERFORMANCE AND FINANCIAL RESULTS, FINANCIAL

09:40AM   17    CONDITION, DEVELOPMENT, AND BUDGET."

09:40AM   18        DO YOU SEE THAT LANGUAGE?

09:40AM   19    A.    YES.

09:40AM   20    Q.    IS THAT ACCURATE?

09:40AM   21    A.    YES.

09:40AM   22    Q.    AND IN THE COURSE OF DOING THAT, DID YOU CONSULT WITH

09:40AM   23    MS. HOLMES?

09:40AM   24    A.    YES.

09:40AM   25    Q.    THANK YOU.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    702

09:40AM   1          MS. HOLLIMAN, IF WE COULD PLEASE GO TO PAGE 19.  AND IF WE

09:40AM   2     COULD ZOOM IN ON THE TOP PART.  GREAT.

09:41AM   3          MS. SPIVEY, DO YOU SEE WHERE IT SAYS, "DURING THE COURSE

09:41AM   4     OF OUR ANALYSIS WE HAVE CONDUCTED LIMITED REVIEWS, INQUIRIES,

09:41AM   5     AND INTERVIEWS."

09:41AM   6          DO YOU SEE THAT LANGUAGE?

09:41AM   7     A.   YES.

09:41AM   8     Q.   AND IN BULLET NUMBER 2 IT SAYS, "REVIEW OF FINANCIAL

09:41AM   9     STATEMENTS."

09:41AM   10         DO YOU SEE THAT LANGUAGE?

09:41AM   11    A.   YES.

09:41AM   12    Q.   IS THAT ACCURATE?

09:41AM   13    A.   YES.

09:41AM   14    Q.   AND HOW ABOUT NUMBER 3, "REVIEW OF FORECASTED FINANCIAL

09:41AM   15    STATEMENTS."

09:41AM   16         IS THAT ACCURATE?

09:41AM   17    A.   YES.

09:41AM   18    Q.   IF WE CAN ZOOM OUT, PLEASE, MS. HOLLIMAN, AND NOW GO TO

09:41AM   19    PAGE 2, THE NEXT PAGE.

09:41AM   20         AND IF WE CAN ZOOM IN ON THE SUMMARY OF FINDINGS DOWN AT

09:41AM   21    THE BOTTOM.  THANK YOU.

09:42AM   22         DO YOU SEE A SIGNATURE ON THIS, MS. SPIVEY?

09:42AM   23    A.   YES.

09:42AM   24    Q.   AND THE NAME IS HEMENDRA ARAN.  IS THAT THE PERSON FROM

09:42AM   25    ARANCA WHO YOU WORKED WITH IN PART TO PREPARE THIS VALUATION

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                     703

09:42AM 1    ANALYSIS?

09:42AM 2    A.   YES.

09:42AM 3    Q.   HOW LONG DID THERANOS USE ARANCA FOR?

09:42AM 4    A.   THEY USED IT BEFORE I JOINED THE COMPANY.

09:42AM 5    Q.   AND YOU JOINED WHEN?  CAN YOU PLEASE REMIND US.

09:42AM 6    A.   2006.

09:42AM 7    Q.   OKAY.  IF WE COULD PLEASE GO TO PAGE 20.  I'M SORRY, PAGE

09:42AM 8    23, MS. HOLLIMAN.  WONDERFUL.

09:42AM 9        IF WE COULD PLEASE ZOOM IN ON THE TABLE AT THE TOP.

09:43AM 10       DO YOU HAVE THAT IN FRONT OF YOU, MS. SPIVEY?

09:43AM 11   A.   YES.

09:43AM 12   Q.   IN THIS TABLE THERE'S A LIST OF CLASS OF STOCK.

09:43AM 13       DO YOU SEE THAT?

09:43AM 14   A.   YES.

09:43AM 15   Q.   AND THERE'S SERIES A, B, C, C-1, C-1 WITH AN ASTERISK, AND

09:43AM 16   C-2.

09:43AM 17       WHAT DO THOSE REPRESENT?

09:43AM 18   A.   THOSE ARE THE DIFFERENT SERIES OF PREFERRED STOCK.

09:43AM 19   Q.   HOW DOES SERIES A DIFFER FROM SERIES B?

09:43AM 20   A.   THAT WAS DEPENDING ON THE TIME OF THE INVESTMENT.

09:43AM 21   Q.   OKAY.  IS IT FAIR TO ASSUME FROM THIS THAT THE C-2 SERIES

09:43AM 22   COMES LATER THAN THE SERIES A INVESTORS?

09:43AM 23   A.   YES.

09:43AM 24   Q.   OKAY.  I WANT TO FOCUS ON THE SERIES C-2.  THERE'S AN

09:43AM 25   ISSUE PRICE OF $17 IF YOU GO TO THE RIGHT.  WHAT DOES THAT $17

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                704

09:43AM   1    REPRESENT?

09:43AM   2    A.   THAT EACH SHARE OF THE PREFERRED STOCK C-2 COSTS $17.

09:44AM   3    Q.   IS THAT THE PRICE PER SHARE THAT INVESTORS WERE PAYING FOR

09:44AM   4    C-2 INVESTMENTS?

09:44AM   5    A.   YES.

09:44AM   6    Q.   AND TO THE RIGHT THERE'S A COLUMN FOR INVESTED CAPITAL,

09:44AM   7    $730,109,863.

09:44AM   8        WHAT DOES THAT REPRESENT?

09:44AM   9    A.   THAT REPRESENTS THE AMOUNT OF MONEY THAT THERANOS RECEIVED

09:44AM   10   FROM THE C-2 INVESTORS.

09:44AM   11   Q.   OKAY.  AND ROUGHLY WHAT TIME PERIOD WAS THE C-2 FINANCING

09:44AM   12   ROUND?

09:44AM   13   A.   PROBABLY 2014, 2015.

09:44AM   14   Q.   SO LATER ON IN THE COMPANY'S TENURE?

09:44AM   15   A.   RIGHT.

09:44AM   16   Q.   OKAY.  LET'S PLEASE GO NOUN TO PAGE 54.  ACTUALLY, I THINK

09:45AM   17   IT'S FURTHER DOWN, WHICH I'M LOOKING FOR SECTION 7.2,

09:45AM   18   MS. HOLLIMAN, WHICH I'LL GET YOU.

09:45AM   19       PAGE 67.  MY APOLOGIES.

09:45AM   20       IF WE COULD ZOOM IN, PLEASE, ON THE TOP HALF OF THIS WHERE

09:45AM   21   THERE'S HISTORICAL FINANCIALS INCOME STATEMENT.  THANK YOU.

09:45AM   22       DO YOU SEE WHERE IT SAYS 7.2.1 INCOME STATEMENT,

09:45AM   23   MS. SPIVEY?

09:45AM   24   A.   YES.

09:45AM   25   Q.   AND THERE'S A ROW SUMMARY INCOME STATEMENT IN 3 ZEROS,

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                                705

09:46AM  1    DECEMBER 11TH, DECEMBER 12TH, AND THEN IT MOVES FORWARD.

09:46AM  2         ARE THOSE THE YEAR ENDS FOR THOSE INCOME STATEMENTS?

09:46AM  3    A.   YES.

09:46AM  4    Q.   AND BENEATH THAT IT SAYS F Y-A.  WHAT DOES FY-A MEAN?

09:46AM  5    A.   FINANCIAL YEAR ACTUAL.

09:46AM  6    Q.   SO THOSE ARE THE REAL RESULTS AS COMPARED TO PROJECTED

09:46AM  7    RESULTS?

09:46AM  8    A.   YES.

09:46AM  9    Q.   AND DID YOU DO YOUR BEST TO PROVIDE ACCURATE INFORMATION

09:46AM 10    TO ARANCA ON THESE POINTS?

09:46AM 11    A.   YES.

09:46AM 12    Q.   AND IN DECEMBER OF '14 THERE'S A NUMBER 150.

09:46AM 13         DO YOU SEE THAT?

09:46AM 14    A.   YES.

09:46AM 15    Q.   AND WHAT DOES THAT MEAN?

09:46AM 16    A.   THAT'S THE INCOME THAT THE COMPANY RECORDED FOR SERVICES

09:46AM 17    PROVIDED.

09:46AM 18    Q.   SO $150,000?

09:46AM 19    A.   YES.

09:46AM 20    Q.   AND TO THE RIGHT FOR THE PERIOD ENDING MARCH 15TH THERE'S

09:46AM 21    THE NUMBER 14.

09:46AM 22         DO YOU SEE THAT?

09:46AM 23    A.   YES.

09:46AM 24    Q.   AND WHAT DOES THAT MEAN?

09:47AM 25    A.   THAT'S THE REVENUE THAT THE COMPANY RECORDED FOR SERVICES

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                706

| | | |
|---|---|---|
| 09:47AM | 1 | PROVIDED. |
| 09:47AM | 2 | Q.  $14,000? |
| 09:47AM | 3 | A.  $14,000, YES. |
| 09:47AM | 4 | Q.  OKAY.  AND DO YOU RECALL THINGS GETTING MATERIALLY BETTER |
| 09:47AM | 5 | FOR THE YEAR 2015? |
| 09:47AM | 6 | A.  NO. |
| 09:47AM | 7 | Q.  I'M SORRY? |
| 09:47AM | 8 | A.  NO. |
| 09:47AM | 9 | Q.  LET'S LOOK AT THE NEXT PAGE, PLEASE.  PAGE 68.  THERE'S A |
| 09:47AM | 10 | BALANCE SHEET AT THE TOP. |
| 09:47AM | 11 | ACTUALLY, IF WE COULD ZOOM IN ON THE ENTIRETY OF THE TEXT, |
| 09:47AM | 12 | MS. HOLLIMAN.  PERFECT.  THANK YOU. |
| 09:47AM | 13 | ALL RIGHT.  DID YOU PROVIDE THIS BALANCE SHEET, THE |
| 09:47AM | 14 | INFORMATION IN THIS BALANCE SHEET TO ARANCA, MS. SPIVEY? |
| 09:47AM | 15 | A.  YES. |
| 09:47AM | 16 | Q.  AND DOWN TOWARDS THE BOTTOM THERE'S A LINE FOR SOMETHING |
| 09:47AM | 17 | CALLED RETAINED EARNINGS. |
| 09:48AM | 18 | DO YOU SEE THAT ROW, MS. SPIVEY? |
| 09:48AM | 19 | A.  YES. |
| 09:48AM | 20 | Q.  AND WHAT IS RETAINED EARNINGS? |
| 09:48AM | 21 | A.  THAT'S THE ACCUMULATED INCOME AND LOSS FOR THE YEAR. |
| 09:48AM | 22 | Q.  AND IS THAT SYNONYMOUS WITH ACCUMULATED DEFICIT? |
| 09:48AM | 23 | A.  YES. |
| 09:48AM | 24 | Q.  AND THE TERM THAT WE SAW IN PRIOR SPREADSHEETS? |
| 09:48AM | 25 | A.  YES. |

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                          707

09:48AM   1    Q.   WHAT WAS THE ACCUMULATED DEFICIT OR RETAINED EARNINGS AS

09:48AM   2    OF DECEMBER 2014 --

09:48AM   3    A.   I --

09:48AM   4    Q.   IF WE COULD ZOOM OUT FOR THE WITNESS.

09:48AM   5    A.   APPROXIMATELY 376 MILLION.

09:48AM   6    Q.   AND THAT'S THE ACCUMULATED DEFICIT AS OF 2013?  OR 2014,

09:49AM   7    EXCUSE ME?

09:49AM   8    A.   YES.

09:49AM   9    Q.   OKAY.  THANK YOU.

09:49AM  10         WE CAN TAKE THIS DOWN, PLEASE, MS. HOLLIMAN.

09:49AM  11         I'D LIKE TO SHIFT FOCUS A LITTLE BIT FROM THERANOS'S

09:49AM  12    OVERALL FINANCIAL CONDITION AND TALK ABOUT SOME PARTICULAR

09:49AM  13    RELATIONSHIPS THAT THERANOS HAD, MS. SPIVEY.

09:49AM  14         I'D LIKE TO DRAW YOUR ATTENTION, PLEASE, TO EXHIBIT 431.

09:49AM  15    I BELIEVE WE HAVE STIPULATED TO THE ADMISSION OF 431.

09:49AM  16              MR. WADE:  WE HAVE, YOUR HONOR.

09:49AM  17              THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE

09:49AM  18    PUBLISHED.

09:49AM  19         (GOVERNMENT'S EXHIBIT 431 WAS RECEIVED IN EVIDENCE.)

09:49AM  20    BY MR. LEACH:

09:49AM  21    Q.   LET'S FOCUS ON THE TOP PORTION OF THIS EMAIL, MS. SPIVEY.

09:50AM  22         DO YOU SEE YOUR FORMER NAME IN THE TOP PART OF THE EMAIL?

09:50AM  23    A.   YES.

09:50AM  24    Q.   AND THIS IS TO AN INDIVIDUAL AT KPMG.  REMIND US, WE'VE

09:50AM  25    TALKED A LITTLE BIT ABOUT KPMG LAST WEEK, WHAT WAS KPMG DOING

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)          708

09:50AM  1      FOR THERANOS?

09:50AM  2      A.   KPMG WAS THE AUDITOR TO THERANOS.

09:50AM  3      Q.   OKAY.  AND THE SUBJECT IS FOR PFIZER REV REC.

09:50AM  4           DO YOU SEE THAT?

09:50AM  5      A.   YES.

09:50AM  6      Q.   AND WHAT IS REV REC?

09:50AM  7      A.   IT'S REVENUE RECOGNITION.

09:50AM  8      Q.   AND WHAT DOES THAT MEAN?

09:50AM  9      A.   THAT MEANS HOW MUCH MONEY THAT THE -- REVENUE THAT THE

09:50AM  10     COMPANY CAN RECORD FOR THE YEAR.

09:50AM  11     Q.   AND WHY WERE YOU FORWARDING THIS EMAIL TO KPMG IN OR

09:50AM  12     AROUND 2011?

09:50AM  13     A.   THIS IS TO BACK UP THE REVENUE THAT THE COMPANY RECORDED

09:50AM  14     IN THE FINANCIAL BOOK.

09:50AM  15     Q.   REVENUE RELATING TO WHICH CUSTOMER?

09:50AM  16     A.   PFIZER.

09:50AM  17     Q.   OKAY.  I'D LIKE TO DRAW YOUR ATTENTION TO THE FIRST EMAIL

09:50AM  18     IN THIS CHAIN.  IF I CAN ZOOM OUT A LITTLE BIT, MS. HOLLIMAN.

09:51AM  19     MAYBE THE TOP HALF OF THE DOCUMENT WOULD BE GOOD.

09:51AM  20          DO YOU SEE THE EMAIL FROM ELIZABETH HOLMES TO AIDAN POWER

09:51AM  21     AND CRAIG LIPSET ON OCTOBER 10TH, 2008?

09:51AM  22     A.   YES.

09:51AM  23     Q.   AND WHO DO YOU UNDERSTAND THOSE FOLKS TO BE?

09:51AM  24     A.   YES.

09:51AM  25     Q.   AND WHO DO YOU UNDERSTAND THOSE FOLKS TO BE?

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    709

09:51AM   1     A.   I'M NOT SURE.

09:51AM   2     Q.   AND DO YOU BELIEVE THEM TO BE WITH PFIZER?

09:51AM   3     A.   I'M NOT SURE.

09:51AM   4     Q.   OKAY.  THERE'S A NAME IN THE CC LINE MARC THIBONNIER.  WHO

09:51AM   5     IS HE?

09:51AM   6     A.   HE'S THE CHIEF MEDICAL OFFICER AT THAT TIME.

09:51AM   7     Q.   BACK IN 2008?

09:51AM   8     A.   YES.

09:51AM   9     Q.   AND MS. HOLMES WROTE IN THE SECOND PARAGRAPH, "IN THE

09:51AM  10     INTEREST OF FINISHING AS QUICKLY AS POSSIBLE, WE VARIED THE

09:52AM  11     ENROLLMENT SCHEDULES OF SOME OF OUR EXISTING AND NEW PATIENTS,

09:52AM  12     AS YOU WILL SEE IN THE ATTACHED.

09:52AM  13         "THROUGHOUT THIS PROCESS, WE HAVE BEEN COMPILING THE DATA

09:52AM  14     FOR OUR FINAL REPORT.  I'M VERY PLEASED TO PRESENT YOU WITH THE

09:52AM  15     FINAL DATA -- SEE THE ATTACHED STUDY REPORT."

09:52AM  16         DO YOU SEE THAT LANGUAGE?

09:52AM  17     A.   YES.

09:52AM  18     Q.   AND MS. HOLMES FORWARDS THIS TO YOU SHORTLY AFTER SENDING

09:52AM  19     IT TO AIDAN POWER AND CRAIG LIPSET AND WRITES, "THE REPORT HAS

09:52AM  20     BEEN SUBMITTED.  WE CAN NOW INVOICE FOR THE REMAINING 400K."

09:52AM  21         DO YOU SEE THAT LANGUAGE?

09:52AM  22     A.   YES.

09:52AM  23     Q.   AND WHAT DID THAT MEAN?

09:52AM  24     A.   SO MY RECOLLECTION OF THIS CONSIDER IS THAT THERANOS WOULD

09:52AM  25     PROVIDE A STUDY REPORT TO PFIZER FOR A TOTAL OF $900,000 AND

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    710

09:52AM  1    PFIZER WOULD -- ALREADY PAID $500,000 BEFORE 2008, AND THE

09:52AM  2    REMAINING 400,000 WOULD BE PAID WHEN THERANOS PROVIDED THE

09:53AM  3    REPORTS.

09:53AM  4    Q.   IS THIS MS. HOLMES GIVING YOU DIRECTION TO RECOGNIZE

09:53AM  5    ADDITIONAL REVENUE ON THE PFIZER CONTRACT?

09:53AM  6    A.   TO INVOICE FOR THE REMAINING AMOUNT.

09:53AM  7    Q.   WHAT DO YOU MEAN BY "INVOICE"?

09:53AM  8    A.   TO SEND PFIZER THE INVOICE SO THEY WOULD PAY THE AMOUNT.

09:53AM  9    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO PAGE 3 OF THIS

09:53AM  10   DOCUMENT.

09:53AM  11       IF WE COULD ZOOM IN ON THE TOP PORTION OF PAGE 3.  LET'S

09:53AM  12   INCLUDE ALL OF THE TEXT AT THE TOP, PLEASE.  THERE WE GO.

09:53AM  13   THANK YOU, MS. HOLLIMAN.

09:53AM  14       MS. SPIVEY, DO YOU -- THERE'S A LOGO AT THE TOP THAT SAYS,

09:54AM  15   "THERANOS REDEFINING HEALTHCARE."

09:54AM  16       DO YOU SEE THAT?

09:54AM  17   A.   YES.

09:54AM  18   Q.   AND IS THAT THERANOS'S OLD LOGO?

09:54AM  19   A.   YES.

09:54AM  20   Q.   AND DID THAT CHANGE AT SOME POINT IN TIME?

09:54AM  21   A.   YES.

09:54AM  22   Q.   OKAY.  AND THEN IT SAYS, THERANOS'S ANGIOGENESIS STUDY

09:54AM  23   REPORT PREPARED FOR DR. AIDAN POWER, PFIZER, INC."

09:54AM  24       DO YOU SEE THAT LANGUAGE?

09:54AM  25   A.   YES.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                                711

09:54AM   1    Q.   AND DO YOU BELIEVE THAT TO BE THE REPORT THAT MS. HOLMES

09:54AM   2    WAS REFERRING TO IN HER EMAIL THAT SHE WAS FORWARDING TO YOU?

09:54AM   3    A.   YES.

09:54AM   4    Q.   AND DO YOU BELIEVE THAT THIS WAS PROVIDED TO PFIZER AS

09:54AM   5    SUPPORT FOR THE INVOICE?

09:54AM   6    A.   YES.

09:54AM   7    Q.   LET ME PLEASE DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED

09:54AM   8    AS 5219.

09:54AM   9         AND I BELIEVE THE PARTIES HAVE AGREED TO THE ADMISSION OF

09:54AM   10   5219?

09:54AM   11             MR. WADE:   WE DO, YOUR HONOR.

09:54AM   12             THE COURT:   ALL RIGHT.   THANK YOU.   IT'S ADMITTED

09:54AM   13   AND MAY BE PUBLISHED.

09:54AM   14       (GOVERNMENT'S EXHIBIT 5219 WAS RECEIVED IN EVIDENCE.)

09:55AM   15             MR. LEACH:   MS. HOLLIMAN, IF WE CAN PLEASE ZOOM IN

09:55AM   16   ON THE TOP HALF OF THIS.

09:55AM   17   Q.   DO YOU SEE YOUR NAME IN THE FROM LINE, MS. SPIVEY?

09:55AM   18   A.   YES.

09:55AM   19   Q.   AND IS THIS AN EMAIL THAT YOU SENT TO FOLKS AT KPMG IN

09:55AM   20   CONNECTION WITH THEIR AUDIT WORK?

09:55AM   21   A.   YES.

09:55AM   22   Q.   AND DID KPMG EVER RENDER AN OPINION ON THERANOS'S

09:55AM   23   FINANCIAL STATEMENTS?

09:55AM   24   A.   NO.

09:55AM   25   Q.   THERE ARE TWO EXCEL -- OR FOUR EXCEL SPREADSHEETS ON THIS,

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                          712

09:55AM  1    TWO TITLED CONTRACT SUMMARY.

09:55AM  2        DO YOU SEE THOSE?

09:55AM  3    A.   YES.

09:55AM  4    Q.   ARE THOSE DOCUMENTS THAT YOU PREPARED?

09:55AM  5    A.   YES.

09:55AM  6    Q.   OKAY.  IF WE COULD PLEASE DISPLAY PAGE 14, THE NATIVE

09:55AM  7    FILE.  IF WE COULD MOVE TO THE LEFT, PLEASE, MS. HOLLIMAN.

09:56AM  8        I THINK WE NEED TO MOVE THIS OVER TO THE LEFT.  THERE WE

09:56AM  9    GO.  AND IF WE COULD GO ALL OF THE WAY TO THE TOP, PLEASE.

09:56AM  10   WONDERFUL.  THANK YOU.

09:56AM  11       UP IN THE RIGHT-HAND CORNER IT SAYS, "THERANOS INC. SALES

09:56AM  12   CONTRACT SUMMARY YE 12/31/2009."

09:56AM  13       WHAT DOES YE STAND FOR?

09:56AM  14   A.   YEAR ENDED.

09:56AM  15   Q.   AND IN THE FIRST COLUMN THERE'S A CUSTOMER AND IT SAYS

09:56AM  16   ASTRAZENECA.

09:56AM  17       WHAT IS MEANT BY THAT?

09:56AM  18   A.   THE CUSTOMER IS ASTRAZENECA.

09:56AM  19   Q.   AND WAS ASTRAZENECA A PHARMACEUTICAL COMPANY THAT THERANOS

09:57AM  20   DID SOME BUSINESS WITH?

09:57AM  21   A.   YES.

09:57AM  22   Q.   AND TO THE RIGHT IN THE COLUMN UNDER D IT SAYS 1/31/2008.

09:57AM  23       DO YOU SEE THAT?

09:57AM  24   A.   YES.

09:57AM  25   Q.   AND WHAT DOES THAT REFER TO?

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                                713

09:57AM  1     A.   THE CONTRACT WAS EFFECTIVE ON THAT DATE.

09:57AM  2     Q.   AND THEN THERE'S A LINE CONTRACT TOTAL, 25,000.

09:57AM  3          DO YOU SEE THAT?

09:57AM  4     A.   YES.

09:57AM  5     Q.   AND WHAT DOES THAT MEAN?

09:57AM  6     A.   THERANOS WOULD PROVIDE SERVICES OR PRODUCT FOR THAT

09:57AM  7     CONTRACT AMOUNT.

09:57AM  8     Q.   OKAY.  AND THERE ARE TWO CONTRACTS HERE FOR ASTRAZENECA

09:57AM  9     AND ONE TOTALLED 25,000 AND ONE TOTALLED 225,000.

09:57AM  10         IF WE CAN GO DOWN TO THE NEXT ROW.  OTHER THAN THOSE TWO

09:57AM  11    CONTRACTS, DID THERANOS HAVE ANY REVENUE GENERATING CONTRACTS

09:57AM  12    WITH ASTRAZENECA?

09:58AM  13    A.   NO.

09:58AM  14    Q.   AND IN ROW 2 THERE'S CELGENE CORPORATION.

09:58AM  15         DO YOU SEE THAT?

09:58AM  16    A.   YES.

09:58AM  17    Q.   AND THE AMOUNT OF THAT CONTRACT IS $106,000.

09:58AM  18         DO YOU SEE THAT?

09:58AM  19    A.   YES.

09:58AM  20    Q.   AND I'LL COME BACK TO CELGENE IN A MOMENT.  BUT LET ME

09:58AM  21    FIRST ASK ABOUT ROW 11, NOVARTIS.

09:58AM  22         DO YOU SEE THAT?

09:58AM  23    A.   YES.

09:58AM  24    Q.   AND WHAT IS THE DATE OF THE NOVARTIS CONTRACT?

09:58AM  25    A.   JUNE 24TH, 2008.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                714

09:58AM   1     Q.   AND WHAT IS THE AMOUNT?

09:58AM   2     A.   65,000.

09:58AM   3     Q.   AND IF WE CAN SCROLL DOWN A LITTLE MORE.

09:58AM   4          OUTSIDE OF THAT 65,000 NOVARTIS CONTRACT, DID THERANOS

09:58AM   5     HAVE ANY REVENUE GENERATING CONTRACTS WITH NOVARTIS?

09:58AM   6     A.   NO.

09:58AM   7     Q.   IN ROW, IN ROW 12 THERE'S CENTOCOR, AND I'LL COME BACK TO

09:58AM   8     THAT IN A MOMENT, MS. SPIVEY.

09:58AM   9          I WANTED TO ASK ABOUT ROW 13, MERCK, FOR $12,000.  OUTSIDE

09:58AM   10    OF THAT AGREEMENT, DID THERANOS HAVE ANY REVENUE GENERATING

09:58AM   11    CONTRACTS WITH MERCK?

09:59AM   12    A.   NO.

09:59AM   13    Q.   AND FURTHER DOWN THE ROW THERE'S PFIZER.

09:59AM   14         DO YOU SEE THAT?

09:59AM   15    A.   YES.

09:59AM   16    Q.   AND DO YOU BELIEVE THAT TO BE A REFERENCE TO THE EXHIBIT

09:59AM   17    THAT WE JUST LOOKED AT?

09:59AM   18    A.   YES.

09:59AM   19    Q.   AND THAT WAS A $900,000 CONTRACT?

09:59AM   20    A.   YES.

09:59AM   21    Q.   OUTSIDE OF THIS $900,000 CONTRACT WITH PFIZER DATED

09:59AM   22    DECEMBER 15TH, 2006, DID THERANOS HAVE ANY REVENUE GENERATING

09:59AM   23    CONTRACTS WITH PFIZER?

09:59AM   24    A.   NO.

09:59AM   25    Q.   HOW ABOUT THE MAYO CLINIC IN ROW 15.  OUTSIDE OF THE

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                      715

09:59AM   1      $60,000 CONTRACT REFERENCED THERE, DID THERANOS HAVE ANY

09:59AM   2      REVENUE GENERATION CONTRACTS WITH THE MAYO CLINIC?

09:59AM   3      A.   NO.

09:59AM   4      Q.   IN ROW 18 THERE'S SCHERING-PLOUGH.

09:59AM   5           DO YOU SEE THAT?

09:59AM   6      A.   YES.

09:59AM   7      Q.   AND WHAT WAS THE VALUE OF THE SCHERING-PLOUGH AGREEMENT?

09:59AM   8      A.   279,000.

09:59AM   9      Q.   AND WHAT WAS THE DATE?

09:59AM   10     A.   APRIL 30TH, 2009.

10:00AM   11     Q.   OUTSIDE OF THIS AGREEMENT, DID THERANOS HAVE ANY REVENUE

10:00AM   12     GENERATING CONTRACTS WITH SCHERING-PLOUGH?

10:00AM   13     A.   NO.

10:00AM   14     Q.   AND LET ME PLEASE NOW DRAW YOUR -- I WANT TO GO BACK TO

10:00AM   15     CENTOCOR AND CELGENE IN THE CONTEXT OF PAGE 16 OF THIS EXHIBIT,

10:00AM   16     ANOTHER EXCEL FILE.  WONDERFUL.

10:00AM   17          WE'RE NOW LOOKING AT PAGE 6 OF THIS EXHIBIT, MS. SPIVEY.

10:00AM   18     UP AT THE TOP IT SAYS YE 12/31/2009.

10:01AM   19          DO YOU ACTUALLY BELIEVE THIS TO BE THE CONTRACTS REVENUE

10:01AM   20     ANALYSIS FOR 2010?

10:01AM   21     A.   I BELIEVE SO.

10:01AM   22     Q.   AND OUTSIDE OF THE CONTRACTS ON THIS SPREADSHEET FOR

10:01AM   23     CENTOCOR AND CELGENE, DID THERANOS HAVE ANY REVENUE GENERATING

10:01AM   24     CONTRACTS WITH THOSE TWO PHARMACEUTICAL COMPANIES?

10:01AM   25     A.   NO.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                716

| | | |
|---|---|---|
| 10:01AM | 1 | Q.   DOWN AT THE -- IN ROW 11 THERE'S A REFERENCE TO SOMETHING |
| 10:01AM | 2 | CALLED THE AMERICAN BURN ASSOCIATION. |
| 10:01AM | 3 | WHAT IS THAT? |
| 10:01AM | 4 | A.   WHAT DO YOU MEAN? |
| 10:01AM | 5 | Q.   WHAT WAS THAT CONTRACT?  WHAT WAS THAT ARRANGEMENT? |
| 10:01AM | 6 | A.   OH.  SO THERANOS WOULD PROVIDE SOME -- THE CARTRIDGES AND |
| 10:01AM | 7 | THE DEVICE TO AMERICAN BURN ASSOCIATION FOR THE AMOUNT OF THE |
| 10:01AM | 8 | CONTRACT TOTAL OF 288,000. |
| 10:02AM | 9 | Q.   OUTSIDE OF THE CONTRACT LISTED HERE, DID THERANOS HAVE ANY |
| 10:02AM | 10 | REVENUE GENERATING CONTRACTS WITH THE AMERICAN BURN |
| 10:02AM | 11 | ASSOCIATION? |
| 10:02AM | 12 | A.   NO. |
| 10:02AM | 13 | Q.   DID THERANOS HAVE ANY REVENUE GENERATING CONTRACTS WITH |
| 10:02AM | 14 | THE DEPARTMENT OF DEFENSE? |
| 10:02AM | 15 | A.   NO. |
| 10:02AM | 16 | Q.   HOW ABOUT THE UNITED STATES MILITARY? |
| 10:02AM | 17 | A.   NO. |
| 10:02AM | 18 | Q.   HOW ABOUT ANY HOSPITAL CHAINS? |
| 10:02AM | 19 | A.   NO. |
| 10:02AM | 20 | Q.   THANK YOU, MS. HOLLIMAN.  YOU CAN TAKE THAT DOWN. |
| 10:02AM | 21 | I'D LIKE TO NOW DRAW YOUR ATTENTION, MS. HOLMES, TO |
| 10:02AM | 22 | EXHIBIT 5172.  I BELIEVE THAT THE PARTIES STIPULATE TO THE |
| 10:02AM | 23 | ADMISSION OF 5172. |
| 10:02AM | 24 | MR. WADE:  WE DO, YOUR HONOR. |
| 10:02AM | 25 | THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE |

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    717

10:02AM  1    PUBLISHED.

10:02AM  2         (GOVERNMENT'S EXHIBIT 5172 WAS RECEIVED IN EVIDENCE.)

10:02AM  3    BY MR. LEACH:

10:02AM  4    Q.   BEFORE WE GET TO THE EXHIBIT, MS. SPIVEY, I'D LIKE TO DRAW

10:03AM  5    YOUR ATTENTION THAT LAST WEEK WE TALKED ABOUT THE TIME PERIOD

10:03AM  6    OF 2009.  WAS THERANOS SHORT ON CASH AT THE BEGINNING OF 2009?

10:03AM  7    A.   YES.

10:03AM  8    Q.   AND HOW WOULD YOU DESCRIBE THE COMPANY'S CASH POSITION AT

10:03AM  9    THAT TIME PERIOD?

10:03AM  10   A.   THE CASH POSITION WAS VERY TIGHT IN 2009.

10:03AM  11   Q.   AND I'D LIKE TO NOW MOVE FORWARD IN TIME TO 2013.

10:03AM  12        DO YOU HAVE THAT TIMEFRAME IN MIND?

10:03AM  13   A.   YES.

10:03AM  14   Q.   OKAY.  IN 2013 WAS THERANOS ALSO EXPERIENCING SOME CASH

10:03AM  15   DIFFICULTIES?

10:03AM  16   A.   IT STARTED TO GET A BIT TIGHT, NOT TO THE EXTENT OF 2009,

10:03AM  17   BUT WE WERE WATCHING THE CASH POSITION VERY CLOSELY.

10:03AM  18   Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO 5172 IF WE COULD.

10:04AM  19        UP IN THE TOP LEFT-HAND CORNER OF THIS THERANOS

10:04AM  20   SPREADSHEET IT SAYS THERANOS CASH BALANCE.

10:04AM  21        DO YOU SEE THAT?

10:04AM  22   A.   YES.

10:04AM  23   Q.   AND IS THIS A DOCUMENT THAT YOU PREPARED?

10:04AM  24   A.   YES.

10:04AM  25   Q.   AND WHY DID YOU PREPARE THIS?

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                                    718

10:04AM  1    A.   TO SHOW ELIZABETH HOLMES AND SUNNY BALWANI OF THE CASH

10:04AM  2    POSITION IN EACH WEEK.

10:04AM  3    Q.   DID YOU DO THAT ON A REGULAR BASIS?

10:04AM  4    A.   YES.  WEEKLY.

10:04AM  5    Q.   USING DOCUMENTS SUCH AS EXHIBIT 5172?

10:04AM  6    A.   YES.

10:04AM  7    Q.   OKAY.  MS. HOLLIMAN, IF WE COULD MOVE TO THE LEFT TO

10:04AM  8    COLUMNS EL AND E9.  A LITTLE MORE TO THE LEFT.  THERE WE GO.

10:04AM  9    LET'S USE E9 IF WE COULD.

10:05AM  10        I'M SORRY, EN.  EXCUSE ME.

10:05AM  11        IN COLUMN EN, MS. SPIVEY, THERE'S TWO ROWS BEGINNING AND

10:05AM  12   ENDING.  WHAT DO THOSE ROWS SIGNIFY?

10:05AM  13   A.   THAT'S THE WEEK STARTING SEPTEMBER 23RD.

10:05AM  14   Q.   THERE WE GO.  LET'S LEAVE IT RIGHT THERE, MS. HOLLIMAN.

10:05AM  15   THANK YOU.

10:05AM  16        SO 9-23 TO 9-29, THAT'S THE LAST WEEK OF SEPTEMBER 2013?

10:05AM  17   A.   YES.

10:05AM  18   Q.   OKAY.  AND WHAT WAS THE TOTAL CASH BALANCE FOR THAT WEEK?

10:06AM  19   A.   AS OF 9-29 THE CASH BALANCE WAS ABOUT 14.5 MILLION.

10:06AM  20   Q.   OKAY.  AND IF WE COULD GO JUST A LITTLE BIT TO THE LEFT,

10:06AM  21   MS. HOLLIMAN, PLEASE.

10:06AM  22        AND THE WEEK BEFORE THAT WAS THE TOTAL CASH BALANCE

10:06AM  23   16.6 MILLION?

10:06AM  24   A.   YES.

10:06AM  25   Q.   AND THE WEEK BEFORE THAT IT WAS 18.82 MILLION?

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                           719

10:06AM  1    A.   YES.

10:06AM  2    Q.   AND IS THIS WHAT YOU WERE REFERRING TO WHEN YOU WERE

10:06AM  3    SAYING THAT THINGS WERE GETTING TIGHT?

10:06AM  4    A.   YES.

10:06AM  5    Q.   IN ROW 14 THERE'S SOME AMOUNTS FOR TOTAL PAYMENTS.

10:06AM  6         DO YOU SEE THAT?  IN ROW 24.

10:06AM  7    A.   YES.

10:06AM  8    Q.   WHAT DOES TOTAL PAYMENTS REPRESENT?

10:06AM  9    A.   THAT'S THE AMOUNTS THAT THERANOS OR THE CASH THAT THERANOS

10:07AM  10   BURNED FOR THAT WEEK.

10:07AM  11   Q.   AND DID YOU SAY BURNED?

10:07AM  12   A.   SPENT.

10:07AM  13   Q.   OKAY.  ARE YOU FAMILIAR WITH THE TERM BURN RATE?

10:07AM  14   A.   YES.

10:07AM  15   Q.   AND WHAT DOES BURN RATE MEAN?

10:07AM  16   A.   THAT'S ALL OF THE EXPENSES AND OUTGOING PAYMENTS.

10:07AM  17   Q.   OKAY.  AND SO DOES THIS INDICATE THAT IN THE WEEK OF

10:07AM  18   SEPTEMBER 23RD, 2013, THERANOS WAS SPENDING $2.16 MILLION IN

10:07AM  19   CASH?

10:07AM  20   A.   YES.

10:07AM  21   Q.   AND THE WEEK BEFORE THAT IT WAS 2.217?

10:07AM  22   A.   YES.

10:07AM  23   Q.   AND THE WEEK BEFORE THAT IT WAS 1.194 MILLION?

10:07AM  24   A.   YES.

10:07AM  25   Q.   AND DOES THAT ROUGHLY APPROXIMATE THE WEEKLY BURN RATE OF

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    720

10:07AM   1    THERANOS DURING THIS TIME PERIOD?

10:07AM   2    A.   YES.

10:07AM   3    Q.   IF WE COULD DOWN FURTHER IN ROW 27 THERE'S A LINE FOR

10:08AM   4    OPTION STOCK PROCEEDS.

10:08AM   5         DO YOU SEE THAT?

10:08AM   6    A.   YES.

10:08AM   7    Q.   WHAT DOES THAT REFER TO?

10:08AM   8    A.   THAT'S THE MONEY THAT THERANOS RECEIVED EITHER FROM

10:08AM   9    EXERCISED OPTION OR FROM SELLING STOCK.

10:08AM  10    Q.   SO DOES THIS REFLECT THAT IN THE WEEK OF SEPTEMBER 30TH,

10:08AM  11    2013, THERANOS RECEIVED $21 MILLION THROUGH THE EXERCISE OF

10:08AM  12    OPTIONS OR THE SALE OF STOCK TO AN INVESTOR?

10:08AM  13    A.   YES.

10:08AM  14    Q.   AND IF WE COULD PLEASE MOVE TO THE RIGHT, MS. HOLLIMAN --

10:08AM  15    PERFECT.  FEBRUARY 3RD, 2014, THERE'S A LINE FOR $114,559,985.

10:09AM  16         MAYBE WE CAN MOVE UP A LITTLE BIT SO WE CAN SEE IT,

10:09AM  17    MS. HOLLIMAN.  THERE WE GO.  DOWN A LITTLE MORE, PLEASE.  RIGHT

10:09AM  18    HERE, THIS NUMBER (INDICATING).

10:09AM  19         DOES THAT -- DOES $114 MILLION REPRESENT MONEY RECEIVED

10:09AM  20    FROM THE EXERCISE OF STOCK OPTIONS OR INVESTMENTS FROM

10:09AM  21    INVESTORS?

10:09AM  22    A.   YES.

10:09AM  23    Q.   OKAY.  AS THE CORPORATE CONTROLLER --

10:09AM  24         WILL YOU TAKE THAT DOWN, MS. HOLLIMAN.  THANK YOU.

10:09AM  25         AS THE CORPORATE CONTROLLER OF THERANOS, WERE YOU

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                              721

10:09AM  1    RESPONSIBLE FOR MONITORING THE COMPANY'S SPENDING ON PARTICULAR

10:09AM  2    EXPENSES?

10:09AM  3    A.   YES.

10:10AM  4    Q.   AND WERE YOU -- DO YOU KNOW WHETHER THE DEFENDANT EARNED A

10:10AM  5    SALARY DURING HER TIME AT THERANOS?

10:10AM  6    A.   YES.

10:10AM  7    Q.   AND FOR THE TIME PERIOD OF 2015, APPROXIMATELY WHAT AMOUNT

10:10AM  8    WAS THE DEFENDANT'S SALARY?

10:10AM  9    A.   400,000.

10:10AM  10   Q.   $400,000?

10:10AM  11   A.   YES.

10:10AM  12   Q.   BUT FOR THE TIME PERIOD 2010 THROUGH 2014, DO YOU KNOW

10:10AM  13   APPROXIMATELY WHAT THE DEFENDANT'S SALARY WAS?

10:10AM  14   A.   200,000.

10:10AM  15   Q.   $200,000?

10:10AM  16   A.   RIGHT.

10:10AM  17   Q.   ARE YOU FAMILIAR WITH A COMPANY CALLED FLIGHT

10:10AM  18   LOGISTICS INC.?

10:10AM  19   A.   YES.

10:10AM  20   Q.   AND WHAT IS FLIGHT LOGISTICS INC.?

10:10AM  21   A.   IT'S THE COMPANY THAT PROVIDE PRIVATE JET SERVICES TO

10:10AM  22   THERANOS.

10:10AM  23   Q.   AND WHEN YOU SAY IT'S THE COMPANY THAT PROVIDED PRIVATE

10:10AM  24   JET SERVICES TO THERANOS, WHAT DO YOU MEAN?

10:10AM  25   A.   THAT MEANS WHEN ELIZABETH HOLMES AND -- USED TO TRAVEL

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                722

10:11AM  1    THROUGH A PRIVATE JET, THAT WE WOULD PAY THROUGH THAT COMPANY

10:11AM  2    AND THEY WOULD ARRANGE THE FLIGHT FOR THERANOS.

10:11AM  3    Q.   AND DID YOU HAVE A ROLE IN ARRANGING FLIGHTS FOR

10:11AM  4    MS. HOLMES ON THIS PRIVATE JET?

10:11AM  5    A.   NO.

10:11AM  6    Q.   OKAY.  WHO HANDLED THAT?

10:11AM  7    A.   I'M NOT SURE.

10:11AM  8    Q.   WERE YOU REQUIRED TO APPROVE THE INVOICES FOR A PRIVATE

10:11AM  9    JET BY THE DEFENDANT?

10:11AM  10   A.   YES.

10:11AM  11   Q.   AND WHO ELSE USED THIS PRIVATE JET THAT THERANOS WAS

10:11AM  12   PAYING FOR?

10:11AM  13   A.   I CAN'T REMEMBER.

10:11AM  14   Q.   OKAY.  AND WHAT TYPES OF PURPOSES WAS THIS PRIVATE JET

10:11AM  15   USED FOR?  WHERE WAS THE DEFENDANT GOING?

10:11AM  16   A.   I'M NOT SURE.

10:11AM  17   Q.   OKAY.  DO YOU HAVE A BALLPARK OF HOW MUCH MONEY THERANOS

10:11AM  18   SPENT ON PRIVATE JETS FOR MS. HOLMES'S USE?

10:12AM  19   A.   I CAN'T RECALL.

10:12AM  20   Q.   MORE THAN 500,000?

10:12AM  21   A.   I CAN'T RECALL.

10:12AM  22   Q.   MORE THAN A MILLION?

10:12AM  23   A.   I DON'T KNOW.

10:12AM  24   Q.   OKAY.  ARE YOU FAMILIAR WITH A COMPANY CALLED SIEMENS?

10:12AM  25   A.   YES.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                723

10:12AM   1    Q.   AND WHAT IS SIEMENS?

10:12AM   2    A.   WE -- THERANOS PURCHASED EQUIPMENT AND SOME LAB SUPPLIES

10:12AM   3    FROM THAT COMPANY.

10:12AM   4    Q.   OKAY.  AND WERE YOU RESPONSIBLE FOR APPROVING INVOICES

10:12AM   5    FROM SIEMENS?

10:12AM   6    A.   NO.

10:12AM   7    Q.   WHO WAS RESPONSIBLE FOR DOING THAT?

10:12AM   8    A.   SO THERANOS USED QAD AND A PURCHASING SYSTEM, WHICH I

10:12AM   9    CAN'T REMEMBER WHAT IT'S CALLED, BUT THERE'S AN APPROVAL SYSTEM

10:12AM  10    THAT THERANOS USED.

10:12AM  11        SO THE STAFF WILL SUBMIT A PURCHASE REQUISITION, AND IT

10:13AM  12    WOULD GO THROUGH THE APPROVAL PROCESS BASED ON THE AMOUNT, AND

10:13AM  13    SO AFTER IT'S APPROVED, THEN THE PURCHASING TEAM WILL PLACE THE

10:13AM  14    PURCHASE ORDER.

10:13AM  15        AND WHEN THE COMPANY RECEIVED WHAT WE PURCHASED, ACCORDING

10:13AM  16    TO THE PURCHASE ORDER, THEN THE STAFF WILL RECEIVE THAT INTO

10:13AM  17    QAD.

10:13AM  18        SO FROM AN ACCOUNTING PERSPECTIVE, I ONLY -- WE ONLY LOOK

10:13AM  19    AT WHAT HAS BEEN RECEIVED AND THEN AFTER WE MATCH UP WITH THE

10:13AM  20    INVOICE AND THEN WE CAN PROCESS PAYMENT.

10:13AM  21    Q.   OKAY.  SO YOU KNOW THE COMPANY SPENT MONEY ON SIEMENS FOR

10:13AM  22    SOME TYPE OF EQUIPMENT; IS THAT FAIR?

10:13AM  23    A.   YES.

10:13AM  24    Q.   BUT YOU WEREN'T RESPONSIBLE FOR APPROVING THAT?

10:13AM  25    A.   I WASN'T INVOLVED IN THAT APPROVAL PROCESS.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                          724

10:13AM  1    Q.   OKAY.  AND DID YOU HAVE ANY INSIGHT INTO WHAT THE SIEMENS

10:13AM  2    EQUIPMENT WAS BEING USED FOR?

10:13AM  3    A.   NO.

10:13AM  4    Q.   OKAY.  LET ME SHIFT TOPICS, MS. SPIVEY.  THE LAST TOPIC I

10:14AM  5    WANT TO GO BACK TO IS ARANCA.  YOU SHOULD HAVE IN BINDER

10:14AM  6    NUMBER 2 EXHIBIT 5085.

10:14AM  7         DOES THIS APPEAR TO BE AN EMAIL FROM YOU TO

10:14AM  8    ELIZABETH HOLMES DATED MAY 25TH, 2013?

10:14AM  9    A.   YES.

10:14AM  10   Q.   AND DOES THE SUBJECT APPEAR TO BE 409A?

10:14AM  11   A.   YES.

10:14AM  12   Q.   AND, AGAIN, WHAT IS 409A?

10:15AM  13   A.   IT'S THE I.R.S. TEST CODE FOR STOCK OPTION.

10:15AM  14   Q.   AND FROM TIME TO TIME DID YOU HAVE DISCUSSIONS WITH

10:15AM  15   MS. HOLMES ABOUT 409A ANALYSES?

10:15AM  16   A.   YES.

10:15AM  17            MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 5085.

10:15AM  18            MR. WADE:  NO OBJECTION, YOUR HONOR.

10:15AM  19            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:15AM  20       (GOVERNMENT'S EXHIBIT 5085 WAS RECEIVED IN EVIDENCE.)

10:15AM  21   BY MR. LEACH:

10:15AM  22   Q.   AND, MS. HOLLIMAN, IF WE COULD PLEASE ZOOM IN ON THE TOP

10:15AM  23   PORTION WITH THE TEXT.

10:15AM  24        DO YOU SEE THE EMAIL AT THE BOTTOM WHERE MS. HOLMES

10:15AM  25   APPEARS TO WRITE, "CAN YOU FORWARD ME THE LATEST YOU HAVE ON

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)

| | | |
|---|---|---|
| 10:15AM | 1 | GETTING THIS DONE AGAIN -- I AM GOING TO GET WHATEVER WE NEED |
| 10:15AM | 2 | DONE DONE THIS WEEKEND." |
| 10:16AM | 3 | DO YOU SEE THAT LANGUAGE? |
| 10:16AM | 4 | A.   YES. |
| 10:16AM | 5 | Q.   AND YOU WRITE BACK, "HERE ARE THE THREE LATEST MODEL WE |
| 10:16AM | 6 | HAVE." |
| 10:16AM | 7 | THERE'S A LINE FOR 5/31/10, 7/01/10, 7/01/11. |
| 10:16AM | 8 | WHAT DO THOSE DATES REFER TO? |
| 10:16AM | 9 | A.   MAY 31ST, 2010, JULY 1ST, 2010, AND JULY 1ST, 2011. |
| 10:16AM | 10 | Q.   AND ARE THOSE DATES OF MODELS THAT ARANCA WAS PREPARING? |
| 10:16AM | 11 | A.   YES. |
| 10:16AM | 12 | Q.   AND FOR THE MAY 31ST, 2010, YOU WROTE, "BASED ON THIS |
| 10:16AM | 13 | MODEL, ARANCA CAME BACK WITH A VALUE OF $0.44." |
| 10:16AM | 14 | IS THAT THE PRICE PER SHARE FOR COMMON STOCK? |
| 10:16AM | 15 | A.   YES. |
| 10:16AM | 16 | Q.   AND "THE IMPACT WAS THAT YOUR OPTION PLUS ALL OF THE OTHER |
| 10:16AM | 17 | OPTIONS THAT WERE GRANTED IN JUNE WOULD BE GRANTED BELOW |
| 10:16AM | 18 | VALUE." |
| 10:16AM | 19 | WHAT DOES THAT MEAN? |
| 10:16AM | 20 | A.   SO THE COMPANY GRANTED OPTIONS TO ELIZABETH HOLMES IN MAY |
| 10:17AM | 21 | AND ALSO TO A LIST OF EMPLOYEES IN JUNE 2010 AT A LOWER VALUE. |
| 10:17AM | 22 | Q.   AND WHAT DOES THAT MEAN?  WHAT CONSEQUENCE DOES THAT HAVE? |
| 10:17AM | 23 | A.   IF THE COMPANY GRANTED OPTION BELOW FAIR MARKET VALUE, |
| 10:17AM | 24 | THEN IT WOULD TRIGGER TAX CONSEQUENCE TO THE OPTIONEE. |
| 10:17AM | 25 | Q.   AND THE OPTIONEE HERE WOULD BE THE DEFENDANT, MS. HOLMES? |

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    726

| | | |
|---|---|---|
| 10:17AM | 1 | A.    TO MS. HOLMES AND TO THE OTHER OPTIONEES THAT WE GRANTED |
| 10:17AM | 2 | THE OPTION IN JUNE. |
| 10:17AM | 3 | Q.    YOU TESTIFIED LAST WEEK THAT KPMG WAS ALSO RAISING |
| 10:18AM | 4 | QUESTIONS WITH RESPECT TO THE VALUE OF THE OPTION GRANT IN |
| 10:18AM | 5 | 2010. |
| 10:18AM | 6 | DO YOU UNDERSTAND THAT TESTIMONY? |
| 10:18AM | 7 | A.    YES. |
| 10:18AM | 8 | Q.    AND DID THAT ISSUE EVER GET RESOLVED WITH KPMG? |
| 10:18AM | 9 | A.    NO. |
| 10:18AM | 10 | Q.    AND IN THE DISCUSSION WITH KPMG, WERE THEY ADVOCATING FOR |
| 10:18AM | 11 | A HIGHER PRICE FOR THE OPTIONS OR A LOWER PRICE FOR THE |
| 10:18AM | 12 | OPTIONS? |
| 10:18AM | 13 | A.    HIGHER. |
| 10:18AM | 14 | Q.    THANK YOU.  WE CAN PUT THIS ASIDE, MS. HOLLIMAN. |
| 10:18AM | 15 | LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED AS |
| 10:18AM | 16 | EXHIBIT 5141. |
| 10:18AM | 17 | I UNDERSTAND THAT WE ARE STIPULATING TO THE ADMISSION OF |
| 10:18AM | 18 | 5141? |
| 10:18AM | 19 | MR. WADE:  THAT'S CORRECT, YOUR HONOR. |
| 10:18AM | 20 | THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE |
| 10:18AM | 21 | PUBLISHED. |
| 10:18AM | 22 | (GOVERNMENT'S EXHIBIT 5141 WAS RECEIVED IN EVIDENCE.) |
| 10:18AM | 23 | BY MR. LEACH: |
| 10:19AM | 24 | Q.    PERFECT, MS. HOLLIMAN.  THANK YOU. |
| 10:19AM | 25 | DO YOU SEE YOUR NAME AT THE TOP OF THIS EMAIL, MS. SPIVEY? |

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                          727

10:19AM  1      A.   YES.

10:19AM  2      Q.   AND THE DATE IS DECEMBER 8TH, 2013?

10:19AM  3      A.   YES.

10:19AM  4      Q.   AND IT'S TO SOMEONE NAMED VALESKA HINTZ.

10:19AM  5           WHO IS THAT?

10:19AM  6      A.   SHE'S THE SENIOR ATTORNEY AT THERANOS.

10:19AM  7      Q.   AND YOU HAVE COPIED MS. HOLMES ON THIS EMAIL; IS THAT

10:19AM  8      RIGHT?

10:19AM  9      A.   YES.

10:19AM  10     Q.   THE SUBJECT IS 409A VALUATION REPORTS.

10:19AM  11          DO YOU SEE THAT?

10:19AM  12     A.   YES.

10:19AM  13     Q.   AND IS THAT A REFERENCE TO THESE 409A VALUATION REPORTS

10:19AM  14     THAT ARANCA WAS PREPARING?

10:19AM  15     A.   YES.

10:19AM  16     Q.   AND LET'S LOOK AT PAGE 2, PLEASE.

10:19AM  17          WE'RE LOOKING AT PAGE 2 OF THE EXHIBIT, THE ATTACHMENT TO

10:19AM  18     THE EMAIL.  IS THIS ARANCA REPORT VALUING THERANOS'S COMMON

10:19AM  19     STOCK AS OF SEPTEMBER 30TH, 2013?

10:19AM  20     A.   YES.

10:20AM  21     Q.   AND IF I COULD DRAW YOUR ATTENTION TO PAGE 38.

10:20AM  22          THANK YOU, MS. HOLLIMAN.  THERE WE GO.  AND IF WE COULD

10:20AM  23     ZOOM IN ON THE TOP PORTION, THE TABLE AT THE TOP.

10:20AM  24          MS. YAM, I DRAW YOUR ATTENTION TO THE EXISTING

10:20AM  25     SHAREHOLDERS AS OF SEPTEMBER 30TH, 2013, AND I DON'T SEE A

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                728

10:20AM   1    REFERENCE TO THE C-2 INVESTORS.

10:20AM   2        IS IT FAIR TO CONCLUDE FROM THIS THAT THE C-2 INVESTORS

10:20AM   3    COME THEREAFTER?

10:20AM   4    A.   YES.

10:20AM   5    Q.   AND IF WE COULD PLEASE GO TO PAGE 51.

10:21AM   6        MS. SPIVEY, THERE'S A SUMMARY INCOME STATEMENT AT THE TOP

10:21AM   7    WITH DIFFERENT YEARS GOING OUT TO 2017.

10:21AM   8        DO YOU SEE THAT?

10:21AM   9    A.   YES.

10:21AM  10    Q.   AND THERE'S A ROW WITH 3 MTH-F, FY-F.  DO YOU SEE THAT?

10:21AM  11    A.   YES.

10:21AM  12    Q.   AND HELP US TO UNDERSTAND WHAT THAT MEANS?

10:21AM  13    A.   SO THE FIRST COLUMN IS 3 MONTH FORECAST AND 2013, AND THE

10:21AM  14    NEXT ROW IS FOR THE YEAR 2013 FORECAST SO ON AND SO FORTH.

10:21AM  15    Q.   SO THE F IS FOR THE FORECAST?

10:21AM  16    A.   YES.

10:21AM  17    Q.   AND THESE FORECASTED REVENUE NUMBERS, WHERE DOES ARANCA

10:22AM  18    GET THOSE?

10:22AM  19    A.   THEY GOT THAT FROM ME.

10:22AM  20    Q.   AND WHERE DID YOU GET THEM FROM?

10:22AM  21    A.   FROM ELIZABETH HOLMES.

10:22AM  22    Q.   WHAT WAS THE REVENUE FORECAST THAT THERANOS PROVIDED FOR

10:22AM  23    YEAR ENDED 2013?

10:22AM  24    A.   50 MILLION.

10:22AM  25    Q.   HOW ABOUT 2015 OR 2014?

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    729

| | | |
|---|---|---|
| 10:22AM | 1 | A.   ABOUT 90 MILLION. |
| 10:22AM | 2 | Q.   AND 2015? |
| 10:22AM | 3 | A.   112 MILLION. |
| 10:22AM | 4 | Q.   AND YOU'VE HAD DISCUSSION WITH MS. HOLMES ABOUT THESE |
| 10:22AM | 5 | NUMBERS? |
| 10:22AM | 6 | A.   YES. |
| 10:22AM | 7 | Q.   DID YOU EVER PROVIDE FINANCIAL PROJECTIONS TO INVESTORS? |
| 10:22AM | 8 | A.   NO. |
| 10:22AM | 9 | Q.   DID MS. HOLMES OR MR. BALWANI ASK YOU TO PREPARE REVENUE |
| 10:22AM | 10 | PROJECTIONS FOR ANYBODY INTERESTED IN INVESTING IN THE COMPANY? |
| 10:22AM | 11 | A.   NO. |
| 10:22AM | 12 | Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO EXHIBIT 3533. |
| 10:23AM | 13 | I BELIEVE WE HAVE STIPULATED TO THE ADMISSION OF 3533? |
| 10:23AM | 14 | MR. WADE:  WE HAVE, YOUR HONOR. |
| 10:23AM | 15 | THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE |
| 10:23AM | 16 | PUBLISHED. |
| 10:23AM | 17 | (GOVERNMENT'S EXHIBIT 3533 WAS RECEIVED IN EVIDENCE.) |
| 10:23AM | 18 | MR. LEACH:  IF WE CAN PLEASE ZOOM IN, MS. HOLLIMAN, |
| 10:23AM | 19 | ON JUST THE TEXT TO ABOUT RIGHT HERE (INDICATING). |
| 10:23AM | 20 | Q.   DO YOU SEE YOUR NAME IN THE FROM LINE ON THIS EMAIL, |
| 10:23AM | 21 | MS. SPIVEY? |
| 10:23AM | 22 | A.   YES. |
| 10:23AM | 23 | Q.   AND DO YOU SEE MS. HOLMES'S NAME IN THE TO LINE? |
| 10:23AM | 24 | A.   YES. |
| 10:23AM | 25 | Q.   AND THE SUBJECT IS 409A PREP.  IS THIS ANOTHER REFERENCE |

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    730

10:23AM   1    TO DISCUSSIONS ABOUT 409A VALUATIONS?

10:24AM   2    A.   YES.

10:24AM   3    Q.   AND IS THIS AN EXAMPLE OF YOU CONSULTING WITH THE

10:24AM   4    DEFENDANT ABOUT WHAT REVENUE PROJECTIONS TO PROVIDE TO ARANCA?

10:24AM   5    A.   YES.

10:24AM   6    Q.   THANK YOU.  IF WE COULD NOW LOOK AT 3527.

10:24AM   7        I BELIEVE WE HAVE STIPULATED TO 3527.

10:24AM   8            MR. WADE:  WE HAVE, YOUR HONOR.

10:24AM   9            THE COURT:  THANK YOU.  IT'S ADMITTED, AND MAY BE

10:24AM   10   PUBLISHED.

10:24AM   11       (GOVERNMENT'S EXHIBIT 3527 WAS RECEIVED IN EVIDENCE.)

10:24AM   12           MR. LEACH:  THAT'S GOOD, MS. HOLLIMAN.  RIGHT THERE.

10:24AM   13   THANK YOU.

10:24AM   14       IS THERE SOME WAY TO DELETE MY WRITING?  THANK YOU.

10:24AM   15   Q.   MS. SPIVEY, IS THIS ANOTHER EXAMPLE OF YOU DISCUSSING 409A

10:25AM   16   VALUATIONS WITH THE DEFENDANT?

10:25AM   17   A.   YES.

10:25AM   18   Q.   OKAY.  IN THE MIDDLE ON DECEMBER 22ND, 2014, YOU WROTE "I

10:25AM   19   SENT OVER THE PROJECTION TO ARANCA LAST NIGHT.  THEY KNOW WE

10:25AM   20   HAVE A DEADLINE BEFORE THE END OF THE YEAR AND WILL WORK WITH

10:25AM   21   THAT.

10:25AM   22       "I USED THE SAME ASSUMPTIONS FOR REVENUE AS IN OCTOBER,

10:25AM   23   ROUGHLY $100M, $300M, $300M, AND $500M IN 2015 THRU 2018."

10:25AM   24       WHAT DID YOU MEAN BY THAT?

10:25AM   25   A.   THAT'S THE REVENUE PROJECTION THAT WE USE FOR THE

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    731

10:25AM  1    FORECAST.

10:25AM  2    Q.   THAT YOU WOULD USE FOR THE LAST FORECAST?

10:25AM  3    A.   RIGHT.

10:25AM  4    Q.   AND ARE YOU ASKING FOR PERMISSION TO USE THOSE SAME

10:25AM  5    FORECASTS FOR THE NEXT VALUATION?

10:25AM  6    A.   CORRECT.

10:25AM  7    Q.   AND MS. HOLMES WRITES BACK, "100M FOR 15 RIGHT."

10:26AM  8         YOU REPLY, "YES."

10:26AM  9         AND THEN SHE WRITES, "THX."

10:26AM  10        DO YOU SEE THAT?

10:26AM  11   A.   YES.

10:26AM  12   Q.   AND WHAT DID THAT MEAN?  WHAT ARE YOU TALKING ABOUT THERE?

10:26AM  13   A.   FROM HERE SHE WANTS TO CONFIRM THAT WE USE 100 MILLION FOR

10:26AM  14   2015, AND I RESPOND YES.

10:26AM  15   Q.   AND THAT'S 115 MILLION IN REVENUE FOR THE YEAR END 2015?

10:26AM  16   A.   100 MILLION, YES.

10:26AM  17   Q.   AND THE DATE OF THIS EMAIL EXCHANGE IS THE END OF 2014?

10:26AM  18   A.   YES.

10:26AM  19   Q.   LET ME DRAW YOUR ATTENTION TO EXHIBIT 5190.

10:26AM  20        I BELIEVE WE HAVE STIPULATED TO THE ADMISSION OF 5190?

10:27AM  21            MR. WADE:  WE HAVE, YOUR HONOR.

10:27AM  22            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:27AM  23        (GOVERNMENT'S EXHIBIT 5190 WAS RECEIVED IN EVIDENCE.)

10:27AM  24   BY MR. LEACH:

10:27AM  25   Q.   MS. SPIVEY, IS THIS AN EMAIL WITH YOU SENDING THE FINAL

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                732

10:27AM   1    DECEMBER 2014 ARANCA VALUATION REPORTS TO MS. HOLMES?

10:27AM   2    A.   YES.

10:27AM   3    Q.   OKAY.  AND IS THE REPORT ATTACHED IN THERANOS 409A REPORT,

10:27AM   4    DECEMBER 15TH, 2014?

10:27AM   5    A.   YES.

10:27AM   6    Q.   AND IS THIS ANOTHER EXAMPLE OF YOU DISCUSSING 409A

10:27AM   7    ANALYSES WITH MS. HOLMES?

10:27AM   8    A.   YES.

10:27AM   9    Q.   OKAY.  ONE MORE FOR ARANCA.  IF WE CAN PLEASE LOOK AT

10:27AM   10   EXHIBIT 2623.

10:27AM   11        I BELIEVE WE HAVE STIPULATED TO THE ADMISSION OF 2623?

10:28AM   12             MR. WADE:  THAT'S CORRECT, YOUR HONOR.

10:28AM   13             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:28AM   14        (GOVERNMENT'S EXHIBIT 2623 WAS RECEIVED IN EVIDENCE.)

10:28AM   15   BY MR. LEACH:

10:28AM   16   Q.   IF WE CAN PLEASE LOOK AT PAGE 2 OF THIS EMAIL THREAD.  AND

10:28AM   17   IF WE CAN HIGHLIGHT THE TOP PART OF THE PAGE DOWN TO THE TABLE.

10:28AM   18        THE SUBJECT OF THIS IS SUNIL DHAWAN.

10:28AM   19        DO YOU KNOW WHO SUNIL DHAWAN IS?

10:28AM   20   A.   HE WAS THE CONTRACT LAB DIRECTOR AT THERANOS.

10:28AM   21   Q.   THANK YOU.  AND DOES THIS EMAIL THREAD RELATE TO POSSIBLE

10:29AM   22   OPTION GRANTS FOR DR. DHAWAN?

10:29AM   23   A.   YES.

10:29AM   24   Q.   AND YOU WROTE TO ELIZABETH HOLMES AND SUNNY BALWANI ON

10:29AM   25   JUNE 27TH, 2015, "PLEASE SEE ATTACHED FOR THE FULL PROJECTION

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    733

10:29AM   1     MODEL.  THE QUICKEST TURNAROUND TIME IS TWO WEEKS, DEPENDING ON

10:29AM   2     HOW MUCH CHANGES TO THE ASSUMPTIONS WE ARE MAKING.  THE

10:29AM   3     ASSUMPTIONS WE HAD BEEN USING SINCE SEPTEMBER 2014 WERE AS

10:29AM   4     FOLLOWS."

10:29AM   5         AND THEN THERE'S A COLUMN WITH REVENUE NUMBERS FOR 2015 TO

10:29AM   6     2018.

10:29AM   7         DO YOU SEE THOSE?

10:29AM   8     A.  YES.

10:29AM   9     Q.  AND WHAT DID YOU MEAN "THE ASSUMPTIONS WE HAD BEEN USING

10:29AM  10     SINCE SEPTEMBER 2014 WERE AS FOLLOWS"?

10:29AM  11     A.  THESE ARE THE ASSUMPTIONS THAT THE COMPANY USED TO CREATE

10:29AM  12     AND PROJECT ALL OF THE FORECAST FINANCIAL STATEMENTS.

10:29AM  13     Q.  AND AM I RIGHT TO READ THIS AS YOU TELLING SINCE SEPTEMBER

10:30AM  14     OF 2014 THERANOS HAD BEEN TELLING ARANCA THAT ITS PROJECTED

10:30AM  15     REVENUE FOR 2015 WAS $113 MILLION?

10:30AM  16     A.  YES.

10:30AM  17     Q.  LET ME PLEASE DRAW YOUR ATTENTION TO EXHIBIT 4859.

10:30AM  18         DO YOU HAVE 4859 IN FRONT OF YOU, MS. SPIVEY?

10:30AM  19     A.  YES.

10:30AM  20     Q.  OKAY.  PRIOR TO 2015, HAD YOU EVER SEEN THIS DOCUMENT

10:31AM  21     BEFORE?

10:31AM  22     A.  NO.

10:31AM  23     Q.  DID YOU HAVE ANY ROLE IN PREPARING FINANCIAL PROJECTIONS

10:31AM  24     FOR INVESTORS?

10:31AM  25     A.  NO.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    734

10:31AM  1    Q.   AND DID YOU HAVE ANY IDEA WHERE THIS DOCUMENT CAME FROM?

10:31AM  2    A.   NO.

10:31AM  3    Q.   DO YOU HAVE ANY IDEA WHAT SUPPORT THERE WAS FOR THE

10:31AM  4    PARTICULAR NUMBERS ON THE RIGHT SIDE OF THIS DOCUMENT?

10:31AM  5    A.   NO.

10:31AM  6    Q.   DID YOU PROVIDE ANY INFORMATION TO MS. HOLMES OR

10:31AM  7    MR. BALWANI ABOUT THE INFORMATION IN THE RIGHT TWO COLUMNS OF

10:31AM  8    THIS DOCUMENT?

10:31AM  9    A.   NO.

10:31AM 10         MR. LEACH:  YOUR HONOR, I'D LIKE TO OFFER 4859 RIGHT

10:31AM 11    NOW.  I THINK THIS WILL COME IN THROUGH ANOTHER WITNESS, AND I

10:31AM 12    THINK IT MAY AID TO GO THROUGH IT NOW.

10:31AM 13         MR. WADE:  WE WOULD OBJECT UNDER 602 AND 802.

10:32AM 14         THE COURT:  DO YOU HAVE A FOUNDATIONAL WITNESS THAT

10:32AM 15    IS AVAILABLE?

10:32AM 16         MR. LEACH:  YES, LATER IN THE TRIAL, YES.

10:32AM 17         THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, I'M

10:32AM 18    GOING TO ADMIT THIS NOW PROVISIONALLY, THAT IS TO SAY THAT I AM

10:32AM 19    GOING TO ALLOW EXAMINATION BY BOTH SIDES ON THIS NOW SUBJECT TO

10:32AM 20    THE FOUNDATION BEING LAID FOR ITS ADMITTANCE LATER.

10:32AM 21         IF THAT DOESN'T HAPPEN, YOU'LL HEAR ME TELL YOU TO STRIKE

10:32AM 22    ANY TESTIMONY AND THIS EXHIBIT.

10:32AM 23         IF THE FOUNDATION IS LAID, I WILL TELL YOU THAT AND INFORM

10:32AM 24    YOU OF THAT AS WELL THAT IT MAY BE CONSIDERED.

10:32AM 25         SO FOR NOW IT'S ADMITTED PROVISIONALLY, SUBJECT TO THE

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                    735

10:32AM   1    FOUNDATION BEING LAID IN THE FUTURE.

10:32AM   2         (GOVERNMENT'S EXHIBIT 4859 WAS PROVISIONALLY RECEIVED IN

10:32AM   3    EVIDENCE.)

10:32AM   4              MR. LEACH:  THANK YOU, YOUR HONOR.  UNDERSTOOD.

10:32AM   5              THE COURT:  SO IT MAY BE PUBLISHED AT THIS TIME.

10:33AM   6    BY MR. LEACH:

10:33AM   7    Q.   MS. SPIVEY, COULD YOU SEE IN THE UPPER LEFT-HAND CORNER

10:33AM   8    WHERE IT SAYS PROJECTED STATEMENT OF INCOME?

10:33AM   9    A.   YES.

10:33AM  10    Q.   AND THERE'S SOME HANDWRITING ON THIS PAGE.  YOU DON'T KNOW

10:33AM  11    WHOSE HANDWRITING THAT IS?

10:33AM  12    A.   I DON'T KNOW.

10:33AM  13    Q.   AND THERE ARE TWO COLUMNS FOR 1231, 2014, AND 12/31/2015.

10:33AM  14         DO YOU SEE THOSE?

10:33AM  15    A.   YES.

10:33AM  16    Q.   AND THERE'S A REVENUE PROJECTION FOR DECEMBER 31ST, 2014,

10:33AM  17    OF $140 MILLION.

10:33AM  18         DO YOU SEE THAT?

10:33AM  19    A.   YES.

10:33AM  20    Q.   AND DID YOU PROVIDE THAT NUMBER TO ANYBODY?

10:33AM  21    A.   NO.

10:33AM  22    Q.   AND DO YOU HAVE ANY IDEA WHERE THAT NUMBER CAME FROM?

10:33AM  23    A.   NO.

10:33AM  24    Q.   TO THE RIGHT THERE'S A TOTAL REVENUE OF 990 MILLION FOR

10:33AM  25    DECEMBER 31ST, 2015.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                          736

10:33AM   1           DO YOU SEE THAT?

10:33AM   2      A.   YES.

10:33AM   3      Q.   AND DID YOU PROVIDE THAT NUMBER TO SOMEBODY?

10:33AM   4      A.   NO.

10:33AM   5      Q.   DO YOU HAVE ANY IDEA WHERE THAT NUMBER CAME FROM?

10:34AM   6      A.   NO.

10:34AM   7      Q.   DO YOU HAVE ANY EXPLANATION FOR WHY THAT NUMBER IS

10:34AM   8    DIFFERENT THAN THE NUMBERS THAT WERE PROVIDED TO ARANCA?

10:34AM   9      A.   NO.

10:34AM   10     Q.   AND CAN YOU THINK OF ANY REASON WHY THERANOS WOULD PROVIDE

10:34AM   11   ONE SET OF NUMBERS TO ARANCA AND A DIFFERENT SET OF NUMBERS TO

10:34AM   12   A DIFFERENT AUDIENCE?

10:34AM   13     A.   NO, I DON'T KNOW.

10:34AM   14     Q.   THANK YOU, MS. HOLLIMAN.  YOU CAN PLEASE TAKE THAT DOWN.

10:34AM   15           LET ME DRAW YOUR ATTENTION TO EXHIBIT 3233.

10:34AM   16             THE COURT:  I'M SORRY, WHAT EXHIBIT IS IT?

10:35AM   17             MR. LEACH:  3233, YOUR HONOR.

10:35AM   18             THE COURT:  THANK YOU.

10:35AM   19   BY MR. LEACH:

10:35AM   20     Q.   DOES THIS APPEAR TO BE A COPY OF THERANOS'S TAX RETURN FOR

10:35AM   21   THE YEAR ENDED DECEMBER 31ST, 2015, MS. SPIVEY?

10:35AM   22     A.   YES.

10:35AM   23     Q.   AND DID YOU HAVE A HAND IN PREPARING THIS OR GIVING

10:35AM   24   INFORMATION TO CONSULTANTS TO PREPARE THIS?

10:35AM   25     A.   YES.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                          737

10:35AM   1    Q.   AND DID THERANOS PREPARE TAX RETURNS IN THE ORDINARY

10:35AM   2    COURSE OF BUSINESS?

10:35AM   3    A.   YES.

10:35AM   4    Q.   WAS IT MADE AT OR NEAR THE TIME OF THE INFORMATION IN THE

10:35AM   5    QAD SYSTEM AND OTHER FINANCIAL RECORDS?

10:35AM   6    A.   YES.

10:35AM   7    Q.   AND WAS IT THERANOS'S PRACTICE TO KEEP ITS TAX RETURNS SO

10:35AM   8    THAT IT COULD DEMONSTRATE ITS INCOME AND EXPENSES TO THE

10:35AM   9    I.R.S.?

10:35AM   10   A.   YES.

10:35AM   11            MR. LEACH:   YOUR HONOR, I OFFER EXHIBIT 3233.

10:35AM   12            MR. WADE:   WE OBJECT UNDER 401, YOUR HONOR.

10:35AM   13            THE COURT:   THANK YOU.   THE OBJECTION IS OVERRULED.

10:36AM   14   IT MAY BE ADMITTED UNDER 803.   THE FOUNDATION HAS BEEN LAID.

10:36AM   15      IT MAY BE PUBLISHED.

10:36AM   16      (GOVERNMENT'S EXHIBIT 3233 WAS RECEIVED IN EVIDENCE.)

10:36AM   17            MR. LEACH:   LET'S ZOOM IN BRIEFLY, PLEASE,

10:36AM   18   MS. HOLLIMAN AT THE TOP OF THE TEXT.

10:36AM   19   Q.   DO YOU SEE THE DATE DECEMBER 31ST, 2015, MS. SPIVEY?

10:36AM   20   A.   YES.

10:36AM   21   Q.   AND THERE'S A REFERENCE TO MOSS ADAMS LLP.   IS THAT THE

10:36AM   22   TAX PREPARATION FIRM?

10:36AM   23   A.   YES.

10:36AM   24   Q.   AND LET ME PLEASE DRAW YOUR ATTENTION TO PAGE 4 THERE'S AN

10:36AM   25   ENTRY OF $429,210 FOR GROSS RECEIPTS OR SALES.

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                738

10:37AM   1        DO YOU SEE THAT?

10:37AM   2    A.   YES.

10:37AM   3    Q.   AND DO YOU BELIEVE THAT TO BE THE REVENUE FOR THERANOS IN

10:37AM   4    2015?

10:37AM   5    A.   YES.

10:37AM   6    Q.   AND IF I COULD PLEASE DRAW YOUR ATTENTION TO PAGE 8

10:37AM   7    THERE'S A NUMBER NEGATIVE $585,079,242.

10:37AM   8        DO YOU SEE THAT IN RETAINED EARNINGS?

10:37AM   9    A.   YES.

10:37AM   10    Q.   IS THAT A REFERENCE TO THERANOS'S ACCUMULATED DEFICIT FROM

10:37AM   11    2003 UP THROUGH 2015?

10:37AM   12    A.   YES.

10:37AM   13    Q.   THANK YOU, MS. SPIVEY.

10:38AM   14        THANK YOU, YOUR HONOR.  I HAVE NOTHING FURTHER.

10:38AM   15            THE COURT:  THANK YOU.

10:38AM   16    CROSS-EXAMINATION?

10:38AM   17            MR. WADE:  YES, YOUR HONOR.

10:38AM   18        YOUR HONOR, MAYBE THE JURY WOULD LIKE TO STAND UP AS I'M

10:38AM   19    JUST TRANSITIONING MY MATERIALS?

10:38AM   20            THE COURT:  WELL, THANK YOU FOR THAT.

10:38AM   21        FOLKS, YOU MAY STAND IF YOU WOULD LIKE.

10:38AM   22        (STRETCHING.)

10:39AM   23            THE COURT:  LET ME ASK COUNSEL, WILL WE BE RECESSING

10:39AM   24    AT 11:00?

10:39AM   25            MR. DOWNEY:  I THINK SOME TIME BETWEEN 11:00 AND

SPIVEY DIRECT EXAM BY MR. LEACH (RES.)                739

10:39AM  1      11:15.  WHATEVER SEEMS SENSIBLE.

10:39AM  2              THE COURT:  THANK YOU.  THANK YOU FOR THAT.

10:39AM  3          (PAUSE IN PROCEEDINGS.)

10:39AM  4              THE COURT:  LADIES AND GENTLEMEN OF THE JURY, ONE

10:39AM  5      THING I'M GOING TO ASK YOU TO DO IS TO LOOK AT YOUR SCHEDULES

10:39AM  6      OVER THE NEXT DAY AND MAYBE TODAY.  IT MAY BE THAT I'M GOING TO

10:39AM  7      ASK YOU IF WE COULD -- I TOLD YOU THAT WE END AT 2:00 P.M.  I

10:39AM  8      MAY ASK IF WE CAN EXTEND THAT AN HOUR TO MAYBE GO UNTIL

10:39AM  9      3:00 O'CLOCK ON SOME DAYS JUST TO CAPTURE EXTRA TIME.

10:39AM 10          WE LOST FRIDAY'S TESTIMONY, AS YOU KNOW.  I'D LIKE TO GET

10:39AM 11      US ON SCHEDULE AND KEEP US ON SCHEDULE FOR YOUR CONVENIENCE.

10:39AM 12      BUT I JUST WANT TO LET YOU KNOW IN ADVANCE OF THAT FOR YOUR

10:40AM 13      PLANNING IF YOU MIGHT INVESTIGATE MAYBE ENDING AT 3:00 O'CLOCK.

10:40AM 14          CANDIDLY, THERE MAY BE SOME DAYS THAT I'M GOING TO ASK YOU

10:40AM 15      MAYBE WE'LL GO UNTIL 4:00 O'CLOCK.  I'M NOT GOING TO KEEP YOU

10:40AM 16      UNTIL 5:00, I PROMISE YOU THAT, ON ANY DAY.

10:40AM 17          I DO WANT TO POINT OUT ONE OTHER THING.  I THINK WE DO

10:40AM 18      HAVE THE HEPA FILTERS NOW IN THE COURTROOM, AND THEY SHOULD BE

10:40AM 19      BY COUNSEL TABLE.  I THINK THAT'S RIGHT.  I HAVEN'T HEARD THEM

10:40AM 20      KICK THEM OVER YET SO I ASSUME THAT THEY'RE WELL PLACED.

10:40AM 21          BUT I JUST WANT TO LET YOU KNOW THAT, LADIES AND

10:40AM 22      GENTLEMEN, WE DO HAVE SOME ADDITIONAL FILTRATION HERE IN THE

10:40AM 23      COURTROOM.

10:40AM 24      ///

10:40AM 25      ///

SPIVEY CROSS BY MR. WADE                                             740

| | | |
|---|---|---|
| 10:40AM | 1 | **CROSS-EXAMINATION** |
| 10:40AM | 2 | BY MR. WADE: |
| 10:40AM | 3 | Q.   GOOD MORNING, MS. SPIVEY. |
| 10:40AM | 4 | A.   GOOD MORNING. |
| 10:40AM | 5 | Q.   MY NAME IS LANCE WADE.  I REPRESENT MS. HOLMES.  I'D LIKE |
| 10:40AM | 6 | TO ASK YOU A FEW QUESTIONS HERE THIS MORNING. |
| 10:40AM | 7 | A.   OKAY. |
| 10:40AM | 8 | Q.   WE'VE NEVER MET BEFORE; CORRECT? |
| 10:41AM | 9 | A.   NO. |
| 10:41AM | 10 | Q.   IT'S NICE TO MEET YOU. |
| 10:41AM | 11 | MS. YAM, I'D LIKE TO START WITH GOVERNMENT EXHIBIT 5702. |
| 10:41AM | 12 | IF WE COULD CALL THAT UP. |
| 10:41AM | 13 | THE CLERK:  COUNSEL, THAT HAS NOT BEEN ADMITTED. |
| 10:41AM | 14 | MR. WADE:  I'M SORRY.  I CALLED THE WRONG NUMBER. |
| 10:41AM | 15 | 5172. |
| 10:42AM | 16 | Q.   DO YOU RECALL THIS DOCUMENT, MS. SPIVEY? |
| 10:42AM | 17 | A.   YES. |
| 10:42AM | 18 | Q.   AND THIS IS A DOCUMENT THAT RELATES TO THE CASH FLOW OF |
| 10:42AM | 19 | THE COMPANY FROM THE PERIOD 2011 UNTIL THE END OF 2015? |
| 10:42AM | 20 | A.   YES. |
| 10:42AM | 21 | Q.   AND THIS WAS THE TYPE OF DOCUMENTS THAT YOU WOULD |
| 10:42AM | 22 | REGULARLY PROVIDE MS. HOLMES? |
| 10:42AM | 23 | A.   YES. |
| 10:42AM | 24 | Q.   AND IT WAS FOCUSSED ON THE CASH? |
| 10:42AM | 25 | A.   YES. |

SPIVEY CROSS BY MR. WADE

10:42AM 1  Q.  AND THAT WAS AN AREA OF THE FINANCES THAT MS. HOLMES WAS

10:42AM 2  MOST KEENLY FOCUSSED ON?

10:42AM 3  A.  I'M NOT SURE.  I PROVIDE THIS ON A WEEKLY BASIS.

10:42AM 4  Q.  THIS WAS THE REPORT THAT YOU PROVIDED TO HER MOST

10:42AM 5  FREQUENTLY?

10:42AM 6  A.  YES.

10:42AM 7  Q.  AND WE'VE TALKED ABOUT SOME DIFFERENT ACCOUNTING

10:42AM 8  PRINCIPLES HERE THIS MORNING.  I'D LIKE TO EXPLORE THE

10:43AM 9  DIFFERENCES BETWEEN CASH AND REVENUE.  OKAY?

10:43AM 10  A.  UH-HUH, YES.

10:43AM 11  Q.  THEY'RE NOT THE SAME; CORRECT?

10:43AM 12  A.  CORRECT.

10:43AM 13  Q.  AND WHEN CASH COMES IN THE DOOR FROM A CUSTOMER AND GOES

10:43AM 14  INTO THE THERANOS BANK ACCOUNT, THAT DOESN'T MEAN THAT IT'S

10:43AM 15  REVENUE; CORRECT?

10:43AM 16  A.  CORRECT.

10:43AM 17  Q.  SOMETIMES IT'S CONSIDERED DEFERRED REVENUE?

10:43AM 18  A.  YES.

10:43AM 19  Q.  AND IT WILL SIT ON THE BOOKS OF THE COMPANY AS DEFERRED

10:43AM 20  REVENUE UNTIL CERTAIN CONDITIONS ARE MET AND IT CAN BE

10:43AM 21  RECOGNIZED IN THE REVENUE; CORRECT?

10:43AM 22  A.  CORRECT.

10:43AM 23  Q.  BUT THE CASH IS IN THE BANK ACCOUNT; CORRECT?

10:43AM 24  A.  YES.

10:43AM 25  Q.  AND THE CASH CAN BE SPENT BY THE COMPANY; CORRECT?

SPIVEY CROSS BY MR. WADE                                         742

10:43AM  1    A.   YES.

10:43AM  2    Q.   AND IN THIS CASE THE CASH WAS INVESTED BY THE COMPANY INTO

10:43AM  3    VARIOUS THINGS LIKE RESEARCH AND DEVELOPMENT?

10:43AM  4    A.   YES.

10:43AM  5    Q.   AND SO WHEN MR. LEACH WAS ASKING ABOUT REVENUE, HE WAS

10:44AM  6    FOCUSSED ON AN ACCOUNTING JUDGMENT THAT IS MADE; CORRECT?

10:44AM  7    A.   CAN YOU REPEAT THAT.

10:44AM  8    Q.   SURE.  LET ME TRY IT A DIFFERENT WAY.

10:44AM  9         THERE ARE MANY RULES THAT RELATE TO WHEN YOU CAN RECOGNIZE

10:44AM  10   CASH AS REVENUE; CORRECT?

10:44AM  11   A.   YES.

10:44AM  12   Q.   AND THERE ARE A LOT OF ACCOUNTING CONCEPTS RELATED TO

10:44AM  13   THAT?

10:44AM  14   A.   YES.

10:44AM  15   Q.   AND, IN FACT, IN THIS TIME PERIOD THERE WERE NUMEROUS

10:44AM  16   ACCOUNTING PRINCIPLES AND OPINIONS THAT RELATED TO REVENUE

10:44AM  17   RECOGNITION; CORRECT?

10:44AM  18   A.   YES.

10:44AM  19   Q.   AND THAT'S A PRETTY TECHNICAL ACCOUNTING JUDGMENT;

10:44AM  20   CORRECT?

10:44AM  21   A.   YES.

10:44AM  22   Q.   AND THAT WAS A JUDGMENT THAT YOU WERE INTERACTING WITH

10:44AM  23   FREQUENTLY WITH KPMG AND OTHERS; CORRECT?

10:44AM  24   A.   YES.

10:44AM  25   Q.   AND OFTENTIMES IT WOULD HINGE ON VERY PARTICULAR ELEMENTS

SPIVEY CROSS BY MR. WADE                                    743

10:44AM   1    OF FACTS AND CIRCUMSTANCES THAT RELATED TO A PARTICULAR

10:44AM   2    CONTRACT; CORRECT?

10:44AM   3    A.   YES.

10:44AM   4    Q.   AND SO YOU'D HAVE TO LOOK AT THE TERMS OF A CONTRACT, FOR

10:45AM   5    EXAMPLE, AND ASSESS WHETHER IT WOULD MEET THE TECHNICAL

10:45AM   6    PROVISION OF THE ACCOUNTING?

10:45AM   7    A.   YES.

10:45AM   8    Q.   AND THAT'S A VERY DETAILED ANALYSIS?

10:45AM   9    A.   YES.

10:45AM   10   Q.   THAT WAS DONE BY YOU AND OTHER ACCOUNTANTS WITHIN THE

10:45AM   11   COMPANY?

10:45AM   12   A.   YES.

10:45AM   13   Q.   AND IN CONJUNCTION WITH DISCUSSIONS ABOUT THOSE MATTERS

10:45AM   14   WITH YOUR OUTSIDE ACCOUNTANTS FROM TIME TO TIME; CORRECT?

10:45AM   15   A.   YES.

10:45AM   16   Q.   AND, IN FACT, WE SAW ONE EMAIL BY MR. LEACH WHERE SOME

10:45AM   17   INFORMATION WAS FORWARDED A FEW MONTHS AFTER IT WAS RECEIVED SO

10:45AM   18   THAT THE ACCOUNTANTS COULD GIVE THEIR VIEW FOR WHETHER A PFIZER

10:45AM   19   CONTRACT COULD BE RECOGNIZED AS REVENUE; CORRECT?

10:45AM   20   A.   YES.

10:45AM   21   Q.   BUT THAT MONEY HAD BEEN IN THE DOOR FOR A LONG TIME?

10:45AM   22   A.   YES.

10:45AM   23   Q.   AND THE COMPANY HAD BEEN USING THAT MONEY FOR A LONG TIME?

10:45AM   24   A.   YES.

10:45AM   25   Q.   I'LL COME BACK TO SOME DETAILS RELATING TO THAT IN A

SPIVEY CROSS BY MR. WADE

| | | |
|---|---|---|
| 10:46AM | 1 | MINUTE, BUT LET ME SHIFT TO SOME OF YOUR TESTIMONY WITH RESPECT |
| 10:46AM | 2 | TO CHALLENGES THAT THE COMPANY FACED IN 2009. |
| 10:46AM | 3 | DO YOU RECALL THAT TESTIMONY? |
| 10:46AM | 4 | A.   YES. |
| 10:46AM | 5 | Q.   AND DO YOU RECALL IN LATE 2008 AND EARLY 2009 THE COUNTRY |
| 10:46AM | 6 | WAS EXPERIENCING A FINANCIAL CRISIS? |
| 10:46AM | 7 | A.   YES. |
| 10:46AM | 8 | Q.   AND DO YOU RECALL THAT BEAR STEARNS COLLAPSED IN OCTOBER |
| 10:46AM | 9 | OF 2008 AND IT PRECIPITATED A FINANCIAL CRISIS THAT BESET THE |
| 10:46AM | 10 | COUNTRY FOR A NUMBER OF YEARS? |
| 10:46AM | 11 | A.   YES. |
| 10:46AM | 12 | Q.   AND AS A RESULT OF THAT A LOT OF COMPANIES WERE GOING |
| 10:46AM | 13 | THROUGH HARD TIMES; CORRECT? |
| 10:46AM | 14 | A.   I'M NOT SURE. |
| 10:46AM | 15 | Q.   WELL, WERE YOU AWARE OF AT LEAST ONE COMPANY THAT WAS |
| 10:46AM | 16 | GOING THROUGH HARD TIMES? |
| 10:46AM | 17 | A.   THERANOS. |
| 10:46AM | 18 | (LAUGHTER.) |
| 10:46AM | 19 | BY MR. WADE: |
| 10:46AM | 20 | Q.   OKAY.   AND THERE WERE A LOT OF WORKERS AT THAT TIME WHO |
| 10:47AM | 21 | WERE GOING THROUGH HARD TIMES AS A RESULT OF A FINANCIAL |
| 10:47AM | 22 | CRISIS; CORRECT? |
| 10:47AM | 23 | A.   I'M NOT SURE. |
| 10:47AM | 24 | Q.   YOU'RE NOT AWARE OF ANY OF THAT? |
| 10:47AM | 25 | A.   NOPE. |

SPIVEY CROSS BY MR. WADE                                                    745

10:47AM  1     Q.   OKAY.  AND IN THIS TIME PERIOD MS. HOLMES WAS VERY

10:47AM  2     FOCUSSED ON THE CASH MANAGEMENT OF THE COMPANY; CORRECT?

10:47AM  3     A.   YES.

10:47AM  4     Q.   AND IT WAS SIMILAR TO THE TYPE OF ANALYSIS THAT WE WERE

10:47AM  5     DISCUSSING IN CONNECTION WITH THE EXHIBIT?

10:47AM  6     A.   YES.

10:47AM  7     Q.   SHE WOULD LOOK AT MONEY COMING IN AND MONEY GOING OUT?

10:47AM  8     A.   YES.

10:47AM  9     Q.   AND THERE WOULD BE A NEED AS A STRUGGLING BUSINESS TO

10:47AM  10    PRIORITIZE THOSE DEMANDS; CORRECT?

10:47AM  11    A.   YES.

10:47AM  12    Q.   AND YOU WORKED WITH HER HARD ON THAT TO TRY AND DO THAT

10:47AM  13    CORRECTLY?

10:47AM  14    A.   YES.

10:47AM  15    Q.   AND ENSURING THAT THERANOS EMPLOYEES WOULD GET PAID WAS A

10:47AM  16    PARTICULAR FOCUS FOR MS. HOLMES; CORRECT?

10:47AM  17    A.   I'M NOT -- I MEAN, I'M NOT SURE WHAT SHE PRIORITIZE OR HOW

10:48AM  18    SHE PRIORITIZE.

10:48AM  19    Q.   WELL, YOU RECALL YOUR TESTIMONY YESTERDAY ABOUT THE

10:48AM  20    PAYROLL -- I'M SORRY, NOT YESTERDAY.  IT FEELS LIKE YESTERDAY

10:48AM  21    MAYBE.

10:48AM  22         YOU RECALL YOUR TESTIMONY LAST WEEK WITH RESPECT TO THE

10:48AM  23    PAYROLL AND EFFORTS TO ENSURE THAT PAYROLL WAS MADE?

10:48AM  24    A.   YES.

10:48AM  25    Q.   AND THERE WERE SOME EXTRAORDINARY EFFORTS TO MAKE SURE

SPIVEY CROSS BY MR. WADE                                                746

10:48AM  1    THAT A CHECK CLEARED THE BANK SO THAT THE PAYROLL WOULD CLEAR.

10:48AM  2        DO YOU RECALL THAT?

10:48AM  3    A.   YES.

10:48AM  4    Q.   AND THAT WAS SOMETHING THAT MS. HOLMES CARED A LOT ABOUT

10:48AM  5    IN THAT INSTANCE; CORRECT?

10:48AM  6    A.   IN THAT INSTANCE, YES.

10:48AM  7    Q.   AND, IN FACT, THE COMPANY ALWAYS MADE ITS PAYROLL, DID IT

10:48AM  8    NOT?

10:48AM  9    A.   YES.

10:48AM  10   Q.   THAT'S TRUE IN THE ENTIRE TIME PERIOD THAT YOU WORKED AT

10:48AM  11   THE COMPANY?

10:48AM  12   A.   YES.

10:48AM  13   Q.   NOW, WHEN YOU STARTED AT THE COMPANY IN 2006, THERANOS

10:48AM  14   ALREADY HAD SOME INVESTORS?

10:48AM  15   A.   YES.

10:48AM  16   Q.   AND THE COMPANY WAS INVESTING A LOT OF ITS CAPITAL IN

10:49AM  17   RESEARCH AND DEVELOPMENT?

10:49AM  18   A.   YES.

10:49AM  19   Q.   AND FROM THE TIME THAT YOU ARRIVED AT THERANOS THAT

10:49AM  20   CONTINUED INVESTMENT CONTINUED UNTIL 2015; CORRECT?

10:49AM  21   A.   YES.

10:49AM  22   Q.   AND THAT WAS TYPICALLY THE LARGEST EXPENDITURE THAT THE

10:49AM  23   COMPANY MADE?

10:49AM  24   A.   I'M NOT SURE.

10:49AM  25   Q.   WE CAN LOOK AT SOME DETAILED EXPENSE RECORDS IN A MOMENT

SPIVEY CROSS BY MR. WADE                                    747

10:49AM   1    THAT MIGHT HELP REFRESH YOUR RECOLLECTION ON THAT.

10:49AM   2         YOU TALKED A BIT ABOUT THE PHARMACEUTICAL COMPANIES THAT

10:49AM   3    THERANOS DID BUSINESS WITH.

10:49AM   4         DO YOU RECALL THAT TESTIMONY?

10:49AM   5    A.   YES.

10:49AM   6    Q.   AND THERANOS RECEIVED MILLIONS OF DOLLARS FROM CONTRACTS

10:50AM   7    THAT IT HAD AND WORK THAT IT DID WITH THOSE COMPANIES; CORRECT?

10:50AM   8    A.   YES.

10:50AM   9    Q.   AND INITIALLY THAT WAS CASH THAT CAME IN THE DOOR?

10:50AM   10   A.   YES.

10:50AM   11   Q.   AND CUSTOMER RECEIPTS?

10:50AM   12   A.   YES.

10:50AM   13   Q.   AND THEN AT DIFFERENT POINTS IN TIME IT WOULD BE

10:50AM   14   RECOGNIZED AS REVENUE?

10:50AM   15   A.   YES.

10:50AM   16   Q.   AFTER YOUR ACCOUNTING JUDGMENTS WERE MADE?

10:50AM   17   A.   YES.

10:50AM   18   Q.   AND THERE WERE SOMETIMES WHERE THE COMPANY WAS SUPPORTED

10:50AM   19   BY BANK LOANS?

10:50AM   20   A.   YES.

10:50AM   21   Q.   AND THERE WERE MANY TIMES WHEN THERANOS HAD LARGE AMOUNTS

10:50AM   22   OF CASH IN THE BANK BUT IT ACCEPTED ADDITIONAL INVESTMENTS

10:50AM   23   ANYWAY; CORRECT?

10:50AM   24   A.   YES.

10:50AM   25   Q.   IN FACT, LET'S LOOK AT 5172 AGAIN.  LET ME BRING YOU TO

SPIVEY CROSS BY MR. WADE                                         748

10:50AM   1    COLUMN GR.  AND THIS IS FOR THE WEEK OF OCTOBER 2014; CORRECT?

10:51AM   2    A.   YES.

10:51AM   3    Q.   AND AT THIS TIME THE COMPANY HAD A HUNDRED MILLION DOLLARS

10:51AM   4    IN THE BANK?

10:51AM   5    A.   YES.

10:51AM   6    Q.   AND IF YOU LOOK IN COLUMN GS, NOTWITHSTANDING THE FACT

10:51AM   7    THAT IT HAD $113 MILLION IN THE BANK, IT TOOK AN ADDITIONAL

10:51AM   8    INVESTMENT OF $130 MILLION; CORRECT?

10:51AM   9    A.   YES.

10:51AM   10   Q.   AND THAT'S REFLECTED IN ROW 27?

10:51AM   11   A.   YES.

10:51AM   12   Q.   AND IN EARLY NOVEMBER 2014, IF WE CAN GO TO GT, YOU SEE

10:52AM   13   THE COMPANY HAD SIGNIFICANT CASH ON HAND.

10:52AM   14        DO YOU SEE THAT?

10:52AM   15   A.   YES.

10:52AM   16   Q.   I'M SORRY.  LET ME FOCUS YOU FIRST ON GS.  GS THEY HAVE

10:52AM   17   $233 MILLION ON HAND; CORRECT?

10:52AM   18   A.   YES.

10:52AM   19   Q.   AND THEN NOTWITHSTANDING THAT THEY TOOK IN THE NEXT WEEK

10:52AM   20   ANOTHER HUNDRED MILLION DOLLAR INVESTMENT?

10:52AM   21   A.   YES.

10:52AM   22   Q.   AND THIS PATTERN OCCURRED THROUGHOUT 2014 AND '15?

10:52AM   23   A.   YES.

10:52AM   24   Q.   THERANOS WASN'T JUST RECEIVING INVESTMENT BECAUSE IT

10:52AM   25   NEEDED IMMEDIATE CASH?

SPIVEY CROSS BY MR. WADE                                    749

| | | |
|---|---|---|
| 10:53AM | 1 | A.   CORRECT. |
| 10:53AM | 2 | Q.   YOU TESTIFIED ON DIRECT ABOUT THAT TIME PERIOD IN 2009, |
| 10:53AM | 3 | AND I'D LIKE TO FOCUS ON SOME PAYMENTS THAT WERE RECEIVED IN |
| 10:53AM | 4 | 2009. |
| 10:53AM | 5 | AND I'LL DO THAT BY BRINGING UP EXHIBITS 7753, WHICH I |
| 10:53AM | 6 | BELIEVE THAT THE GOVERNMENT HAS STIPULATED TO ADMITTING? |
| 10:53AM | 7 | MR. LEACH:  THAT'S CORRECT, YOUR HONOR. |
| 10:53AM | 8 | THE COURT:  ALL RIGHT.  THAT IS ADMITTED, AND IT MAY |
| 10:53AM | 9 | BE PUBLISHED. |
| 10:53AM | 10 | (DEFENDANT'S EXHIBIT 7753 WAS RECEIVED IN EVIDENCE.) |
| 10:53AM | 11 | BY MR. WADE: |
| 10:53AM | 12 | Q.   AND DO YOU SEE THIS IS AN EMAIL THAT YOU -- IF WE CAN BLOW |
| 10:54AM | 13 | UP THE TOP.  I'M JUST FOCUSSED ON THE DATE, MS. SPIVEY.  THIS |
| 10:54AM | 14 | IS A DOCUMENT THAT YOU PREPARED IN NOVEMBER 2016 AT THE REQUEST |
| 10:54AM | 15 | OF SOME COMPANY EMPLOYEES AND AGENTS AND IT INCLUDED A LIST OF |
| 10:54AM | 16 | RECEIPTS FROM PHARMA. |
| 10:54AM | 17 | DO YOU SEE THAT? |
| 10:54AM | 18 | A.   YES. |
| 10:54AM | 19 | Q.   AND A CONTRACT SUMMARY? |
| 10:54AM | 20 | A.   YES. |
| 10:54AM | 21 | Q.   AND SOME OF THE RELATED CONTRACTS FOR THAT. |
| 10:54AM | 22 | DO YOU RECALL COMPILING THIS? |
| 10:54AM | 23 | A.   LOOKING AT THIS EMAIL, I DON'T RECALL IT OUTSIDE OF THIS |
| 10:54AM | 24 | EMAIL. |
| 10:54AM | 25 | Q.   OKAY.  BUT YOU RECALL THAT YOU KEPT SOME OF THESE RECORDS |

SPIVEY CROSS BY MR. WADE                                    750

10:54AM   1    DURING YOUR TIME AT THE COMPANY?

10:54AM   2    A.   YES.

10:54AM   3    Q.   AND I'D LIKE TO LOOK AT THE ATTACHMENT AND BRING UP BATES

10:54AM   4    ENDING 5721.

10:56AM   5         (PAUSE IN PROCEEDINGS.)

10:56AM   6         MR. WADE:   I WOULD ASK THE COURT'S INDULGENCE WHILE

10:56AM   7    WE IRON OUT A TECHNICAL DETAIL.

10:56AM   8         THE COURT:   YES, OF COURSE.

10:56AM   9         (PAUSE IN PROCEEDINGS.)

10:56AM  10    BY MR. WADE:

10:56AM  11    Q.   I'VE CALLED UP AN ATTACHMENT TO EXHIBIT 7753.  AND DO YOU

10:56AM  12    SEE THAT THIS IS A DOCUMENT THAT SHOWS WHEN DIFFERENT PAYMENTS

10:56AM  13    WERE RECEIVED FROM THE PHARMACEUTICAL COMPANIES THAT THERANOS

10:56AM  14    DID WORK FOR?

10:57AM  15    A.   YES.

10:57AM  16    Q.   AND CAN YOU SEE FROM THIS THAT THERANOS, FROM JANUARY TO

10:57AM  17    MARCH OF 2009, IF I CAN PULL THAT UP.

10:57AM  18         DO YOU SEE THAT?  DO YOU SEE IN THAT TIME PERIOD THERANOS

10:57AM  19    RECEIVED ABOUT $3.7 MILLION IN PAYMENTS FROM CELGENE, CENTOCOR,

10:57AM  20    AND THE MAYO CLINIC?

10:57AM  21    A.   YES.

10:57AM  22    Q.   AND IN THE APRIL THROUGH JUNE PERIOD OF 2009 THE COMPANY

10:57AM  23    RECEIVED $1.8 MILLION IN PAYMENTS FROM CENTOCOR AND

10:57AM  24    SCHERING-PLOUGH?

10:57AM  25    A.   YES.

SPIVEY CROSS BY MR. WADE                                    751

| | | |
|---|---|---|
| 10:57AM | 1 | Q.   AND THEN IN THE PERIODS THAT FOLLOW, IF WE SCROLL TO THE |
| 10:58AM | 2 | RIGHT YOU SEE IN THE 2009 AND 2010 PERIOD THEY'RE APPROACHING |
| 10:58AM | 3 | ANOTHER $2 MILLION IN PAYMENTS? |
| 10:58AM | 4 | A.   HUH, WHERE AM I LOOKING AT? |
| 10:58AM | 5 | Q.   WELL, YOU SEE CELGENE THERE'S 1.4 MILLION COMBINED IN |
| 10:58AM | 6 | 2010? |
| 10:58AM | 7 | DO YOU SEE THAT? |
| 10:58AM | 8 | A.   1.1 MILLION, RIGHT. |
| 10:59AM | 9 | THE CLERK:  DO YOU WANT ME TO CLEAR IT? |
| 10:59AM | 10 | MR. WADE:  PLEASE. |
| 10:59AM | 11 | Q.   THE PAYMENT IS RIGHT NEAR THE PENCIL AND GOING TO THE |
| 10:59AM | 12 | RIGHT. |
| 10:59AM | 13 | DO YOU SEE THAT? |
| 10:59AM | 14 | A.   YES. |
| 10:59AM | 15 | Q.   AND FROM THE AMERICAN BURN ASSOCIATION THERE WAS A |
| 10:59AM | 16 | $250,000 PAYMENT? |
| 10:59AM | 17 | A.   YES. |
| 10:59AM | 18 | Q.   ACTUALLY TWO PAYMENTS, ONE FOR 250,000 AND ONE FOR 38,000? |
| 10:59AM | 19 | A.   YES. |
| 10:59AM | 20 | Q.   AND THAT AMERICAN BURN ASSOCIATION, THAT WAS WORK THAT WAS |
| 10:59AM | 21 | DONE IN CONNECTION WITH THE DEPARTMENT OF DEFENSE? |
| 10:59AM | 22 | A.   YES. |
| 11:00AM | 23 | (PAUSE IN PROCEEDINGS.) |
| 11:00AM | 24 | BY MR. WADE: |
| 11:00AM | 25 | Q.   I'D LIKE TO TALK QUICKLY ABOUT THE STOCK OPTIONS ISSUE |

SPIVEY CROSS BY MR. WADE                                                    752

| 11:00AM | 1 | THAT YOU'VE BEEN ASKED QUESTIONS ABOUT IN CONNECTIONS WITH THE |
| 11:00AM | 2 | DEALING WITH KPMG. |
| 11:00AM | 3 | DO YOU RECALL THAT TESTIMONY? |
| 11:00AM | 4 | A.   YES. |
| 11:00AM | 5 | Q.   AND THE ISSUE RELATED TO OPTIONS THAT WERE GRANTED ON MAY |
| 11:00AM | 6 | 31ST, 2010? |
| 11:00AM | 7 | A.   YES. |
| 11:00AM | 8 | Q.   AND THOSE WERE OPTIONS THAT WERE GRANTED AND APPROVED AT |
| 11:00AM | 9 | THE MEETING OF THE THERANOS BOARD OF DIRECTORS? |
| 11:00AM | 10 | A.   YES. |
| 11:00AM | 11 | Q.   AND THE OPTION PRICE THAT IS REFLECTED HAS TO REFLECT THE |
| 11:00AM | 12 | FAIR MARKET VALUE ON THE DATE THAT THEY'RE GRANTED; CORRECT? |
| 11:01AM | 13 | A.   YES. |
| 11:01AM | 14 | Q.   AND PART OF THAT IS THAT IF THE OPTION IS BELOW FAIR |
| 11:01AM | 15 | MARKET VALUE, THERE'S AN EXPENSE THAT THE COMPANY TAKES? |
| 11:01AM | 16 | A.   RIGHT. |
| 11:01AM | 17 | Q.   BECAUSE THAT WOULD BE A NON-CASH COMPENSATION EXPENSE? |
| 11:01AM | 18 | A.   RIGHT. |
| 11:01AM | 19 | Q.   BUT THERE'S NO COMPENSATION EXPENSE IF THEY'RE DONE ON |
| 11:01AM | 20 | FAIR MARKET VALUE ON DATE OF AGREEMENT? |
| 11:01AM | 21 | A.   YES. |
| 11:01AM | 22 | Q.   AND YOU ALSO AVOID CREATING VARIOUS TAX IMPLICATIONS IF |
| 11:01AM | 23 | YOU DO THEM ON FAIR MARKET VALUE, AT FAIR MARKET VALUE ON THE |
| 11:01AM | 24 | DAY OF THE GRANT? |
| 11:01AM | 25 | A.   YES. |

SPIVEY CROSS BY MR. WADE                                    753

```
11:01AM   1    Q.   AND SO THERE'S AN EFFORT THAT IS MADE IN GOOD FAITH BY THE

11:01AM   2    COMPANY TO TRY AND ASSESS THE FAIR MARKET VALUE SO THAT IT

11:01AM   3    COMPLIES WITH ALL OF THOSE REQUIREMENTS; CORRECT?

11:01AM   4    A.   YES.

11:01AM   5    Q.   AND THAT'S THE PROCESS THAT YOU WERE ENGAGED IN WITH

11:01AM   6    VARIOUS PROFESSIONAL FIRMS IN CONNECTION WITH THESE OPTIONS?

11:01AM   7    A.   YES.

11:01AM   8    Q.   DO YOU RECALL THAT IN THIS TIME PERIOD IT WAS ACTUALLY YOU

11:01AM   9    WHO REACHED OUT TO KPMG TO SEEK SPECIFIC ASSISTANCE FROM THEM

11:02AM  10    IN ANALYZING THESE OPTIONS?

11:02AM  11    A.   WHAT DOES THAT MEAN?

11:02AM  12    Q.   WELL, LET ME SEE IF I CAN REFRESH YOUR RECOLLECTION.

11:02AM  13         MAY I APPROACH, YOUR HONOR?

11:02AM  14             THE COURT:  YES.

11:02AM  15    BY MR. WADE:

11:02AM  16    Q.   (HANDING.)

11:02AM  17         MS. SPIVEY, I'M SHOWING YOU WHAT HAS BEEN MARKED FOR

11:03AM  18    IDENTIFICATION PURPOSES AT THIS POINT IS DX 13744.

11:03AM  19         DO YOU RECOGNIZE THIS EMAIL?

11:03AM  20    A.   YES.

11:03AM  21    Q.   AND DOES THIS REFRESH YOUR RECOLLECTION THAT YOU REACHED

11:03AM  22    OUT TO KPMG BECAUSE YOU WANTED TO GET ITS TAKE ON THESE STOCK

11:03AM  23    OPTIONS MATTERS?

11:03AM  24    A.   YES.

11:03AM  25    Q.   IT WASN'T KPMG RAISING AN ISSUE.  YOU, ON BEHALF OF THE
```

SPIVEY CROSS BY MR. WADE                                              754

11:03AM   1    COMPANY, ACTUALLY REACHED OUT AND SOLICITED THEIR ADVICE?

11:03AM   2    A.   I BELIEVE MY RECOLLECTION OF THIS IS THAT THEY PERFORMED

11:03AM   3    THE AUDIT OF THE FINANCIAL STATEMENT FOR THE COMPANY, AND THIS

11:04AM   4    WAS PART OF THE ISSUE THAT THEY RAISED AND THE COMPANY AND KPMG

11:04AM   5    WAS TRYING TO WORK TOGETHER TO RESOLVE THAT.

11:04AM   6    Q.   DIDN'T YOU TELL KPMG IN APRIL OF 2011 THAT WITH RESPECT TO

11:04AM   7    THE 409A ISSUE WE WOULD LIKE TO GET THEIR TAKE ON THIS MATTER?

11:04AM   8    A.   YES.

11:04AM   9    Q.   AND DIDN'T YOU ADVISE KPMG THAT YOU HAD DISCUSSED THESE

11:04AM   10   ISSUES WITH LEGAL AND VALUATION FIRMS?

11:04AM   11   A.   YES.

11:04AM   12   Q.   AND THAT THOSE PROFESSIONALS SUGGESTED THAT YOU REACH OUT

11:04AM   13   TO KPMG?

11:04AM   14          MR. LEACH:   YOUR HONOR, CAN HE BE CLEAR IF THIS IS

11:04AM   15   REFRESHING THE RECOLLECTION OR READING FROM THE DOCUMENT.

11:05AM   16          THE COURT:   WELL, THE DOCUMENT IS NOT IN EVIDENCE.

11:05AM   17          MR. LEACH:   RIGHT.

11:05AM   18          THE COURT:   I DON'T KNOW IF YOU'RE READING FROM THE

11:05AM   19   DOCUMENT.

11:05AM   20      IF YOU'RE SEEKING TO REFRESH THE RECOLLECTION OF THIS

11:05AM   21   WITNESS, PLEASE DO SO BY THE QUESTION.

11:05AM   22          MR. WADE:   I'M SEEKING TO REFRESH HER RECOLLECTION

11:05AM   23   IF SHE RECALLS TELLING KPMG WHETHER THEY WERE REFERRED TO THE

11:05AM   24   ACCOUNTANTS BY THEIR LEGAL AND VALUATION ADVISORS.

11:05AM   25          THE COURT:   DO YOU UNDERSTAND THE QUESTION?

SPIVEY CROSS BY MR. WADE                                            755

11:05AM  1        MS. SPIVEY, DO YOU UNDERSTAND HIS QUESTION?

11:05AM  2              THE WITNESS:  CAN YOU REPEAT.

11:05AM  3   BY MR. WADE:

11:05AM  4   Q.   DOES LOOKING AT THIS DOCUMENT REFRESH YOUR RECOLLECTION

11:05AM  5   THAT YOU WERE CONSULTING WITH LEGAL AND VALUATION ADVISORS ON

11:05AM  6   THESE OPTION ISSUES?

11:05AM  7   A.   YES.

11:05AM  8   Q.   AND DOES IT REFRESH YOUR RECOLLECTION THAT AS A RESULT OF

11:05AM  9   THOSE CONSULTATIONS YOU WANTED TO REACH OUT TO KPMG?

11:05AM 10   A.   I CAN'T RECALL WHETHER THEY RAISED THE ISSUE AND WE

11:06AM 11   RESPOND OR WE REACHED OUT TO THEM.  I CAN'T RECALL THAT.

11:06AM 12   Q.   AND 13744 DOES NOT REFRESH YOUR RECOLLECTION ON THAT

11:06AM 13   POINT?

11:06AM 14   A.   NO.

11:06AM 15   Q.   OKAY.  DO YOU RECALL WHETHER THERE WAS A REQUEST

11:06AM 16   IMMEDIATELY FOLLOWING THIS OR IN THE WEEK THAT FOLLOWED THIS TO

11:06AM 17   HAVE KPMG PERFORM SOME SPECIAL PROCEDURES RELATING TO LOOKING

11:06AM 18   AT THESE OPTIONS?

11:06AM 19   A.   I DON'T REMEMBER.

11:06AM 20   Q.   LET ME SEE IF I CAN REFRESH YOUR RECOLLECTION.

11:07AM 21        MAY I APPROACH?

11:07AM 22              THE COURT:  YES.

11:07AM 23   BY MR. WADE:

11:07AM 24   Q.   (HANDING.)

11:07AM 25              THE COURT:  SO, MR. WADE, YOUR QUESTION IS, DO YOU

UNITED STATES COURT REPORTERS

**ER-4443**

SPIVEY CROSS BY MR. WADE                                    756

11:07AM  1    RECALL THAT THERE WAS A REQUEST IMMEDIATELY FOLLOWING THIS OR

11:07AM  2    IN THE WEEK FOLLOWING THIS TO HAVE KPMG PERFORM SOME SPECIAL

11:07AM  3    PROCEDURES RELATING TO THE OPTIONS?

11:07AM  4             MR. WADE:  CORRECT.

11:07AM  5             THE COURT:  ALL RIGHT.  SO THAT'S THE QUESTION,

11:07AM  6    MS. SPIVEY.

11:07AM  7        LOOK AT THIS DOCUMENT AND SEE IF THIS DOCUMENT REFRESHES

11:07AM  8    YOUR RECOLLECTION AS TO THAT QUESTION.

11:07AM  9        (PAUSE IN PROCEEDINGS.)

11:07AM  10            THE COURT:  HAVE YOU FINISHED LOOKING AT THAT

11:07AM  11   DOCUMENT?

11:07AM  12            THE WITNESS:  YES.

11:08AM  13   BY MR. WADE:

11:08AM  14   Q.   DOES THAT REFRESH YOUR RECOLLECTION ON THAT?

11:08AM  15   A.   I DON'T REMEMBER THIS DOCUMENT.

11:08AM  16   Q.   OKAY.  AND YOU DON'T RECALL KPMG LOOKING AT THAT ISSUE IN

11:08AM  17   THAT TIME PERIOD?

11:08AM  18   A.   I REMEMBER THEY -- THERANOS AND KPMG DISCUSSED THIS ISSUE,

11:08AM  19   BUT I DID NOT REMEMBER THIS PARTICULAR DOCUMENT THAT THEY

11:08AM  20   PERFORMED.

11:08AM  21   Q.   DO YOU RECALL THAT KPMG CONCLUDED BASED ON THEIR TEST WORK

11:08AM  22   THAT THE SHARE BASED PAYMENT EXPENSE APPEARS TO BE COMPLETE AND

11:08AM  23   ACCURATE, EXIST, AND BE PROPERLY VALUED AND PRESENTED?

11:08AM  24        DO YOU RECALL THAT?

11:08AM  25   A.   NO.

SPIVEY CROSS BY MR. WADE                                        757

11:08AM  1          MR. LEACH:  OBJECTION.  HEARSAY.

11:08AM  2          THE COURT:  I'LL LET THE ANSWER REMAIN.

11:08AM  3      YOU CAN ASK ANOTHER QUESTION.

11:08AM  4          THE WITNESS:  ARE YOU STILL LOOKING AT THIS DOCUMENT

11:08AM  5  THAT --

11:08AM  6  BY MR. WADE:

11:08AM  7  Q.  I'M JUST ASKING IF YOU RECALL THAT KPMG CAME TO THE

11:08AM  8  CONCLUSION THAT THERANOS'S VIEWS WITH RESPECT TO THE PRICING OF

11:09AM  9  THOSE OPTIONS WAS ACCURATE?

11:09AM 10  A.  NO.

11:09AM 11  Q.  AND THIS DOCUMENT DOESN'T REFRESH YOUR RECOLLECTION AS TO

11:09AM 12  THAT?

11:09AM 13  A.  NO.

11:09AM 14          MR. WADE:  YOUR HONOR, MAYBE NOW WOULD BE A GOOD

11:09AM 15  TIME FOR A BREAK.

11:09AM 16          THE COURT:  FOLKS, LET'S TAKE OUR RECESS NOW.  LET'S

11:09AM 17  TAKE ABOUT 30 MINUTES, IT PROBABLY WILL BE 35 MINUTES BY THE

11:09AM 18  TIME WE GET YOU BACK IN HERE.

11:09AM 19      SO PLEASE RECALL MY ADMONITION.  YOU'RE NOT TO DISCUSS THE

11:09AM 20  CASE WITH ANYONE, INCLUDING YOURSELVES.  DON'T REACH ANY

11:09AM 21  CONCLUSIONS ABOUT ANYTHING UNTIL THE CASE HAS BEEN PRESENTED TO

11:09AM 22  YOU FOR YOUR DELIBERATIONS.

11:09AM 23      HAVE A GOOD BREAK.  THANK YOU.

11:09AM 24      MS. SPIVEY, YOU CAN STAND DOWN AS WELL.  THANK YOU.

11:09AM 25          THE WITNESS:  THANK YOU.

SPIVEY CROSS BY MR. WADE                                    758

| | | |
|---|---|---|
| 11:14AM | 1 | (RECESS FROM 11:14 A.M. UNTIL 11:49 A.M.) |
| 11:49AM | 2 | THE COURT:  PLEASE BE SEATED.  THANK YOU.  WE'RE |
| 11:49AM | 3 | BACK ON THE RECORD.  OUR JURY IS PRESENT, AND ALTERNATES ARE |
| 11:49AM | 4 | PRESENT, AND COUNSEL AND THE DEFENDANT ARE PRESENT. |
| 11:49AM | 5 | IF WE CAN GET OUR WITNESS BACK. |
| 11:50AM | 6 | GOOD AFTERNOON, MS. SPIVEY. |
| 11:50AM | 7 | MR. WADE, WOULD YOU LIKE TO CONTINUE? |
| 11:50AM | 8 | MR. WADE:  I WOULD, YOUR HONOR.  THANK YOU. |
| 11:50AM | 9 | Q.  GOOD AFTERNOON, MS. SPIVEY. |
| 11:50AM | 10 | I'D LIKE TO TALK BRIEFLY ABOUT MR. BALWANI. |
| 11:50AM | 11 | A.  YES. |
| 11:50AM | 12 | Q.  HE JOINED THE COMPANY IN 2009; IS THAT CORRECT? |
| 11:50AM | 13 | A.  YES.  YES. |
| 11:50AM | 14 | Q.  AND WHEN HE JOINED THE COMPANY, HE REPORTED DIRECTLY TO -- |
| 11:50AM | 15 | YOU REPORTED DIRECTLY TO HIM AS WELL; CORRECT? |
| 11:50AM | 16 | A.  REPORTED?  I REPORTED DIRECTLY TO ELIZABETH HOLMES. |
| 11:50AM | 17 | Q.  YOU DIDN'T ALSO DIRECTLY REPORT TO MR. BALWANI? |
| 11:51AM | 18 | A.  I WOULD KEEP HIM INVOLVED. |
| 11:51AM | 19 | Q.  YOU KEPT HIM INVOLVED IN THE FINANCIAL AFFAIRS OF THE |
| 11:51AM | 20 | COMPANY? |
| 11:51AM | 21 | A.  CORRECT. |
| 11:51AM | 22 | Q.  AND YOU PROVIDED HIM INFORMATION I THINK WE TALKED ABOUT |
| 11:51AM | 23 | EARLIER TODAY? |
| 11:51AM | 24 | A.  YES. |
| 11:51AM | 25 | Q.  AND WITH RESPECT TO THESE 409A ISSUES AND THE ARANCA |

SPIVEY CROSS BY MR. WADE

| | | |
|---|---|---|
| 11:51AM | 1 | ISSUES, HE WAS SOMETIMES INVOLVED IN REVIEWING THE MATERIALS |
| 11:51AM | 2 | THAT WENT TO THE VALUATION FIRM AS WELL; CORRECT? |
| 11:51AM | 3 | A.  YES. |
| 11:51AM | 4 | Q.  AND DO YOU RECALL THAT MR. BALWANI WAS PARTICULARLY |
| 11:51AM | 5 | INVOLVED IN DEVELOPING SOME MODELS WITHIN THE COMPANY? |
| 11:52AM | 6 | A.  I'M NOT SURE. |
| 11:52AM | 7 | Q.  YOU DON'T RECALL HIM BEING INVOLVED IN ANY FINANCIAL |
| 11:52AM | 8 | MODELS? |
| 11:52AM | 9 | A.  NO. |
| 11:52AM | 10 | Q.  DO YOU RECALL HIM BEING INVOLVED IN FINANCIAL PROJECTIONS? |
| 11:52AM | 11 | A.  AS FAR AS I CAN REMEMBER FROM MY POINT IT'S ONLY FOR THE |
| 11:52AM | 12 | 409A. |
| 11:52AM | 13 | Q.  409A PURPOSE? |
| 11:52AM | 14 | A.  RIGHT. |
| 11:52AM | 15 | Q.  LET ME PUT UP DTX 13710, WHICH I BELIEVE THE GOVERNMENT |
| 11:52AM | 16 | HAS STIPULATED TO. |
| 11:52AM | 17 | THE CLERK:  CAN YOU SAY THAT NUMBER AGAIN, PLEASE, |
| 11:52AM | 18 | COUNSEL. |
| 11:52AM | 19 | MR. WADE:  13710. |
| 11:53AM | 20 | MR. LEACH:  I DON'T BELIEVE I HAVE THAT. |
| 11:53AM | 21 | MR. WADE:  SORRY, BOB.  I'LL SKIP TO THE NEXT ONE. |
| 11:53AM | 22 | Q.  LET ME SHOW YOU EXHIBIT 13711. |
| 11:53AM | 23 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 11:53AM | 24 | THE COURT:  THAT'S RECEIVED. |
| 11:53AM | 25 | YOU'RE ASKING THAT THAT BE ADMITTED? |

SPIVEY CROSS BY MR. WADE                                          760

11:53AM   1           MR. WADE:  YES, YOUR HONOR.

11:53AM   2           THE COURT:  IT'S RECEIVED WITHOUT OBJECTION, AND IT

11:53AM   3     MAY BE PUBLISHED.

11:53AM   4           (DEFENDANT'S EXHIBIT 13711 WAS RECEIVED IN EVIDENCE.)

11:53AM   5     BY MR. WADE:

11:53AM   6     Q.   MS. YAM, WE WERE TALKING ABOUT YOUR 409A PROJECTIONS WITH

11:53AM   7     MR. BALWANI; CORRECT?

11:53AM   8     A.   YES.

11:53AM   9     Q.   AND ON THIS MS. HOLMES IS ASKING WHAT DROVE THE

11:54AM  10     $50 MILLION IN REVENUE PROJECTION.

11:54AM  11           DO YOU SEE THAT?

11:54AM  12     A.   YES.

11:54AM  13     Q.   AND WHAT WAS YOUR RESPONSE?

11:54AM  14     A.   SUNNY'S ESTIMATE.

11:54AM  15     Q.   SO THAT WAS INFORMATION THAT YOU RECEIVED FROM

11:54AM  16     MR. BALWANI?

11:54AM  17     A.   YES.

11:54AM  18     Q.   AND MR. BALWANI WORKED WITH YOU ON THE PREPARATION OF

11:54AM  19     FINANCIAL INFORMATION IN ADVANCE OF BOARD MEETINGS; CORRECT?

11:54AM  20     A.   USUALLY I GOT THE DATA FROM THE QAD SYSTEM.

11:54AM  21     Q.   AND YOU PREPARED BALANCE SHEETS FOR THOSE QUARTERLY BOARD

11:54AM  22     MEETINGS?

11:54AM  23     A.   RIGHT.

11:54AM  24     Q.   AND YOU PROVIDED THOSE TO MR. BALWANI?

11:54AM  25     A.   YES.

SPIVEY CROSS BY MR. WADE                                              761

| 11:54AM | 1 | Q.   I'D LIKE TO PUBLISH DOCUMENT EXHIBIT 4859, PLEASE. |
| 11:55AM | 2 |        THIS IS ALREADY IN EVIDENCE, YOUR HONOR. |
| 11:55AM | 3 |              THE COURT:  ALL RIGHT. |
| 11:55AM | 4 | BY MR. WADE: |
| 11:55AM | 5 | Q.   DO YOU RECALL THE GOVERNMENT SHOWING YOU THIS DOCUMENT? |
| 11:55AM | 6 | A.   YES. |
| 11:55AM | 7 | Q.   AND YOU DIDN'T HAVE ANY FAMILIARITY WITH THIS DOCUMENT? |
| 11:55AM | 8 | A.   CORRECT. |
| 11:55AM | 9 | Q.   DO YOU KNOW THE PURPOSE FOR WHICH IT WAS PREPARED? |
| 11:55AM | 10 | A.   NO. |
| 11:55AM | 11 | Q.   DO YOU KNOW WHETHER IT WAS PROVIDED TO INVESTORS? |
| 11:55AM | 12 | A.   NO. |
| 11:55AM | 13 | Q.   DO YOU KNOW WHAT DISCUSSIONS OCCURRED IN CONNECTION WITH |
| 11:55AM | 14 | THE HANDWRITING THAT IS ASSOCIATED? |
| 11:55AM | 15 | A.   NO. |
| 11:55AM | 16 | Q.   DO YOU SEE UP IN THE UPPER LEFT-HAND CORNER WHERE IT SAYS |
| 11:56AM | 17 | "PROJECTED STATEMENT OF INCOME"? |
| 11:56AM | 18 | A.   YES. |
| 11:56AM | 19 | Q.   AND DO YOU KNOW WHAT "INCOME" MEANS IN THE CONTEXT OF THIS |
| 11:56AM | 20 | DOCUMENT? |
| 11:56AM | 21 | A.   THE REVENUE THAT THE COMPANY PROJECTED. |
| 11:56AM | 22 | Q.   WELL, IT SAYS TOTAL REVENUE DOWN BELOW; CORRECT? |
| 11:56AM | 23 | A.   RIGHT. |
| 11:56AM | 24 | Q.   AND DO YOU KNOW WHAT ACCOUNTING PRINCIPLES WERE USED IN |
| 11:56AM | 25 | CONNECTION WITH THE PREPARATION OF THIS? |

SPIVEY CROSS BY MR. WADE                                              762

```
11:56AM   1    A.   NO.

11:56AM   2    Q.   NO.  DO YOU KNOW WHO PREPARED THIS DOCUMENT?

11:56AM   3    A.   NO.

11:56AM   4    Q.   DO YOU KNOW WHEN THIS DOCUMENT WAS PREPARED?

11:56AM   5    A.   NO.

11:56AM   6    Q.   I'D LIKE TO SHOW YOU DOCUMENT NUMBER 1853, WHICH I BELIEVE

11:57AM   7    THE GOVERNMENT HAS STIPULATED TO.

11:57AM   8         MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:57AM   9         THE COURT:  IT MAY BE ADMITTED.

11:57AM  10         (GOVERNMENT'S EXHIBIT 1853 WAS RECEIVED IN EVIDENCE.)

11:57AM  11    BY MR. WADE:

11:57AM  12    Q.   DO YOU SEE I HAVE ON THE SCREEN 1853, MS. YAM?

11:57AM  13    A.   YES.

11:57AM  14    Q.   AND DOES THAT DOCUMENT LOOK FAMILIAR TO EXHIBIT 4859 WHICH

11:57AM  15    WE WERE JUST LOOKING AT?

11:57AM  16    A.   YES.

11:57AM  17    Q.   OKAY.  AND THIS VERSION HAS TWO PAGES.  I'D LIKE TO TURN

11:57AM  18    YOUR ATTENTION TO THE SECOND PAGE OF THIS DOCUMENT.

11:57AM  19         DO YOU SEE THIS DOCUMENT?

11:57AM  20    A.   YES.

11:57AM  21    Q.   AND IS THIS A DOCUMENT THAT YOU'RE FAMILIAR WITH?

11:58AM  22    A.   YES.

11:58AM  23    Q.   AND IS THIS A DOCUMENT THAT YOU BELIEVE YOU PREPARED?

11:58AM  24    A.   YES.

11:58AM  25    Q.   AND THIS DOCUMENT IS DATED AS OF JULY 14TH, 2014; CORRECT?
```

SPIVEY CROSS BY MR. WADE                                         763

11:58AM   1    A.   YES.

11:58AM   2    Q.   AND DO YOU SEE ABOUT MAYBE TWO-THIRDS OF THE WAY DOWN THE

11:58AM   3    PAGE THERE'S AN INDICATION OF DEFERRED REVENUE AND CUSTOMER

11:58AM   4    DEPOSITS?

11:58AM   5         DO YOU SEE THAT?

11:58AM   6    A.   YES.

11:58AM   7    Q.   AND THE AMOUNT THERE IS HOW MUCH?

11:58AM   8    A.   ABOUT 169 MILLION.

11:58AM   9    Q.   ABOUT $169 MILLION?

11:58AM   10   A.   YES.

11:58AM   11   Q.   AND THAT WAS INFORMATION THAT MR. BALWANI -- YOU PROVIDED

11:58AM   12   TO -- STRIKE THAT.

11:58AM   13        THAT WAS INFORMATION THAT YOU PROVIDED IN CONNECTION WITH

11:58AM   14   THIS EXHIBIT?

11:58AM   15   A.   YES.

11:58AM   16   Q.   AND IF I COULD PUT UP DOCUMENT 7761, AND WITH THE

11:59AM   17   GOVERNMENT'S STIPULATION MOVE THAT INTO EVIDENCE, YOUR HONOR.

11:59AM   18            MR. LEACH:   NO OBJECTION, YOUR HONOR.

11:59AM   19            THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

11:59AM   20        (DEFENDANT'S EXHIBIT 7761 WAS RECEIVED IN EVIDENCE.)

11:59AM   21   BY MR. WADE:

11:59AM   22   Q.   AND IF WE CAN BLOW UP THE TOP, PLEASE.

11:59AM   23        MS. YAM, DO YOU SEE THIS IS AN EMAIL BETWEEN YOU AND

11:59AM   24   MR. BALWANI ON JULY 15TH, 2014?

11:59AM   25   A.   YES.

SPIVEY CROSS BY MR. WADE                                              764

11:59AM   1   Q.   AND THE SUBJECT MATTER IS BS AT 063014?

11:59AM   2   A.   YES.

11:59AM   3   Q.   AND DO YOU KNOW WHAT THAT REFERS TO?

11:59AM   4   A.   BALANCE SHEET AS OF JUNE 30TH, 2014.

11:59AM   5   Q.   AND IF WE CAN LOOK AT THE ATTACHMENT TO THIS EMAIL.

12:00PM   6        DOES THIS APPEAR TO BE -- I'LL DRAW YOUR ATTENTION TO THE

12:00PM   7   DEFERRED REVENUE AND CUSTOMER DEPOSITS ON LINE 25 OF THIS

12:00PM   8   BALANCE SHEET.

12:00PM   9        DO YOU SEE THAT?

12:00PM  10   A.   YES.

12:00PM  11   Q.   AND THAT'S ALMOST 169 MILLION THERE?

12:00PM  12   A.   YES.

12:00PM  13   Q.   AND SO YOU BELIEVE THAT THIS IS THE INFORMATION THAT MADE

12:00PM  14   IT INTO EXHIBIT 1853?

12:00PM  15   A.   YES.

12:00PM  16   Q.   IT APPEARS TO MATCH?

12:00PM  17   A.   YES.

12:00PM  18   Q.   SO THE FINANCIAL INFORMATION THAT YOU PROVIDED TO

12:00PM  19   MR. BALWANI MADE IT INTO THIS DOCUMENT, THE EXHIBIT 1853;

12:01PM  20   CORRECT?

12:01PM  21   A.   YES.

12:01PM  22   Q.   IF I COULD BRING UP 1853 AGAIN.

12:01PM  23        FOCUSSING ON PAGE 1 OF THIS EXHIBIT, DO YOU RECALL WHETHER

12:01PM  24   YOU EVER SAW A LIVE SPREADSHEET, A NATIVE FILE THAT DEPICTED

12:01PM  25   THIS INFORMATION?

SPIVEY CROSS BY MR. WADE

12:01PM  1    A.   NO.

12:01PM  2    Q.   NO, YOU DON'T BELIEVE THAT YOU DID SEE THAT?

12:01PM  3    A.   I DON'T THINK SO.

12:01PM  4    Q.   SO YOU DON'T KNOW IF THIS IS A SPREADSHEET, YOU DON'T KNOW

12:01PM  5    WHETHER THERE'S OTHER INFORMATION THAT FED INTO IT; CORRECT?

12:01PM  6    A.   CORRECT.

12:01PM  7    Q.   I'D LIKE TO ASK YOU A COUPLE OF QUESTIONS ABOUT INVESTORS,

12:02PM  8    AND I CAN TAKE THIS DOCUMENT DOWN.

12:02PM  9         YOU DIDN'T ATTEND MEETINGS WITH POTENTIAL INVESTORS, DID

12:02PM  10   YOU?

12:02PM  11   A.   NO.

12:02PM  12   Q.   YOU WERE THE CONTROLLER AT THE COMPANY?

12:02PM  13   A.   CORRECT.

12:02PM  14   Q.   AND YOUR PRINCIPAL JOB WAS THE ACCOUNTING OF THE COMPANY?

12:02PM  15   A.   YES.

12:02PM  16   Q.   AND DEALING WITH INVESTORS WAS NOT ONE OF YOUR JOB

12:02PM  17   RESPONSIBILITIES?

12:02PM  18   A.   RIGHT.

12:02PM  19   Q.   AND ARE YOU AWARE THAT THE COMPANY SOMETIMES WOULD HAVE

12:02PM  20   MEETINGS WITH POTENTIAL INVESTORS WHERE THEY WOULD PROVIDE

12:02PM  21   INFORMATION ABOUT THE COMPANY?

12:02PM  22   A.   I HAVE NO PERSONAL KNOWLEDGE OF THAT.

12:02PM  23   Q.   DID YOU KNOW WHETHER THAT WAS HAPPENING OR NOT?

12:02PM  24   A.   I DON'T KNOW.

12:02PM  25   Q.   BUT YOU KNOW THE COMPANY RECEIVED MONEY FROM INVESTORS?

SPIVEY CROSS BY MR. WADE                                          766

| | | |
|---|---|---|
| 12:03PM | 1 | A.   YES. |
| 12:03PM | 2 | Q.   SO IT MUST HAVE COME FROM SOMEWHERE? |
| 12:03PM | 3 | A.   YES. |
| 12:03PM | 4 | Q.   WHEN YOU WERE ASKED OR IF YOU WERE ASKED TO PROVIDE |
| 12:03PM | 5 | INFORMATION TO INVESTORS, DID YOU ALWAYS PROVIDE ACCURATE |
| 12:03PM | 6 | INFORMATION? |
| 12:03PM | 7 | A.   YES. |
| 12:03PM | 8 | Q.   AND, IN FACT, WHENEVER YOU WERE REQUESTED TO PROVIDE |
| 12:03PM | 9 | INFORMATION TO ANYONE, DID YOU ALWAYS TRY TO PROVIDE ACCURATE |
| 12:03PM | 10 | INFORMATION? |
| 12:03PM | 11 | A.   YES. |
| 12:03PM | 12 | Q.   YOU'RE A CPA; CORRECT? |
| 12:03PM | 13 | A.   YES. |
| 12:03PM | 14 | Q.   AND YOU'RE A LICENSED PROFESSIONAL? |
| 12:03PM | 15 | A.   YES. |
| 12:03PM | 16 | Q.   AND YOU ALWAYS TRIED TO PROVIDE THE MOST ACCURATE |
| 12:03PM | 17 | FINANCIAL INFORMATION THAT YOU COULD? |
| 12:03PM | 18 | A.   YES. |
| 12:03PM | 19 | Q.   SOMETIMES ACCOUNTING RECORDS ARE NOT STATIC; CORRECT? |
| 12:03PM | 20 | A.   I'M NOT SURE WHAT THAT MEANS. |
| 12:03PM | 21 | Q.   LET ME SEE IF I CAN UNPACK THAT. |
| 12:03PM | 22 | YOU SOMETIMES MAKE ENTRIES INTO THE BOOKS AND RECORDS OF |
| 12:03PM | 23 | THE COMPANY AND HAVE TO CHANGE THOSE IN THE FUTURE AFTER |
| 12:03PM | 24 | ADDITIONAL ACCOUNTING JUDGMENTS ARE MADE WITH RESPECT TO A |
| 12:04PM | 25 | PARTICULAR ENTRY; IS THAT RIGHT? |

SPIVEY CROSS BY MR. WADE                                                767

| | | |
|---|---|---|
| 12:04PM | 1 | A.   YES. |
| 12:04PM | 2 | Q.   ONE EXAMPLE OF THAT WOULD BE DEFERRED REVENUE THAT WE |
| 12:04PM | 3 | TALKED ABOUT EARLIER; CORRECT? |
| 12:04PM | 4 | A.   YES. |
| 12:04PM | 5 | Q.   AND YOU MIGHT BOOK THE REVENUE, BUT THEN DECIDE THAT SOME |
| 12:04PM | 6 | OF IT WOULD NEED TO BE DEFERRED? |
| 12:04PM | 7 | A.   YES. |
| 12:04PM | 8 | Q.   OR YOU MIGHT DEFER REVENUE AND THEN DECIDE THAT SOME OF IT |
| 12:04PM | 9 | MIGHT NEED TO BE RECOGNIZED? |
| 12:04PM | 10 | A.   RIGHT. |
| 12:04PM | 11 | Q.   AND IN CONNECTION WITH THE FINANCIAL ACTIVITY OF THE |
| 12:04PM | 12 | COMPANY, THERE ARE A VARIETY OF DIFFERENT REPORTS THAT YOU |
| 12:04PM | 13 | PREPARE? |
| 12:04PM | 14 | A.   YES. |
| 12:04PM | 15 | Q.   WE'VE SEEN MANY OF THEM TODAY AND THEY PROVIDE DIFFERENT |
| 12:04PM | 16 | VANTAGE POINTS INTO THE FINANCIAL PERFORMANCE OF THE COMPANY? |
| 12:04PM | 17 | A.   YES. |
| 12:04PM | 18 | Q.   AND WE SAW INCOME STATEMENTS THAT PROVIDE ONE VIEWPOINT; |
| 12:04PM | 19 | CORRECT? |
| 12:04PM | 20 | A.   YES. |
| 12:05PM | 21 | Q.   AND THOSE USUALLY INVOLVE GAAP ACCOUNTING; CORRECT? |
| 12:05PM | 22 | A.   YES. |
| 12:05PM | 23 | Q.   AND WE SAW A BALANCE SHEET? |
| 12:05PM | 24 | A.   YES. |
| 12:05PM | 25 | Q.   AND THAT USUALLY DISPLAYS THE COMPANY'S ASSETS, |

SPIVEY CROSS BY MR. WADE                                              768

12:05PM   1     LIABILITIES, AND SHAREHOLDER'S EQUITY?

12:05PM   2     A.   YES.

12:05PM   3     Q.   AND THEN WE SAW THE CASH FLOW STATEMENT WHICH JUST TRACKS

12:05PM   4     THE CASH IN AND OUT?

12:05PM   5     A.   RIGHT.

12:05PM   6     Q.   AND WITH RESPECT TO ARANCA, WE SAW SOME VALUATION REPORTS;

12:05PM   7     CORRECT?

12:05PM   8     A.   YES.

12:05PM   9     Q.   AND WE FOCUSSED ON A COUPLE OF PARAGRAPHS WITHIN THOSE

12:05PM   10    REPORTS.

12:05PM   11         DO YOU RECALL THAT?

12:05PM   12    A.   YES.

12:05PM   13    Q.   BUT THOSE DOCUMENTS ARE EXTREMELY LENGTHY; CORRECT?

12:05PM   14    A.   YES.

12:05PM   15    Q.   MAYBE 150 PAGES?

12:05PM   16    A.   SOMETHING LIKE THAT.

12:05PM   17    Q.   AND THEY PROVIDE VERY DETAILED ANALYSES?

12:05PM   18    A.   YES.

12:05PM   19    Q.   AND THEY PROVIDE MANY DIFFERENT VALUATION APPROACHES?

12:06PM   20    A.   YES.

12:06PM   21    Q.   AND OFTENTIMES THAT COME UP WITH DIFFERENT ANSWERS?

12:06PM   22    A.   YES.

12:06PM   23    Q.   SOMETIMES THOSE ANSWERS AS TO VALUATION CAN RANGE

12:06PM   24    SIGNIFICANTLY?

12:06PM   25    A.   I'M NOT SURE.

SPIVEY CROSS BY MR. WADE                                        769

12:06PM  1    Q.   THEY CAN -- THERE CAN BE SIGNIFICANT DIFFERENCES BETWEEN

12:06PM  2    THE VALUATIONS BASED UPON DIFFERENT VALUATION METHODS?

12:06PM  3    A.   THERE ARE USUALLY DIFFERENCES.

12:06PM  4    Q.   WELL, LET ME PULL UP ONE OF THEM AND WE CAN ASK RELATED TO

12:06PM  5    THAT EXHIBIT 5206, WHICH IS ALREADY IN EVIDENCE.

12:06PM  6         I'D LIKE TO TURN TO PAGE 52 AT THE BOTTOM.

12:07PM  7         SORRY, 52.

12:07PM  8              MR. BENNETT:  BATES NUMBER?

12:07PM  9              MR. WADE:  1078552.

12:08PM 10    Q.   AND THIS IS THE EMAIL CHAIN IN EXHIBIT 5206, IN WHICH THE

12:08PM 11    ARANCA REPORT WAS ULTIMATELY TRANSMITTED TO THE COMPANY.

12:08PM 12         DO YOU RECALL THAT EMAIL CHAIN?

12:08PM 13    A.   YES.

12:08PM 14    Q.   AND WITHIN THIS CHAIN DO YOU SEE THAT YOU ARE BEING

12:08PM 15    PROVIDED SOME INFORMATION BY ARUN MONTENA AT ARANCA?

12:08PM 16    A.   YES.

12:08PM 17    Q.   AND HE'S TALKING ABOUT SOME DIFFERENT VALUATION APPROACHES

12:08PM 18    WITHIN THIS EMAIL?

12:08PM 19    A.   YES.

12:08PM 20    Q.   AND HOW ONE OF THOSE VALUATION APPROACHES VALUED THE

12:08PM 21    COMPANY AT $1.96 BILLION?

12:08PM 22    A.   YES.

12:08PM 23    Q.   AND HOW ONE OF THE VALUATION APPROACHES VALUED THE COMPANY

12:08PM 24    AT $9.5 BILLION?

12:08PM 25    A.   YES.

SPIVEY CROSS BY MR. WADE                                    770

| | | |
|---|---|---|
| 12:09PM | 1 | Q.   THAT WAS THE POST MONEY VALUATION? |
| 12:09PM | 2 | A.   YES. |
| 12:09PM | 3 | Q.   AND SO IS IT FAIR TO SAY BASED ON DIFFERENT METHODOLOGIES, |
| 12:09PM | 4 | THERE CAN BE A PRETTY FAIR RANGE IN THE VALUATIONS OF A |
| 12:09PM | 5 | COMPANY? |
| 12:09PM | 6 | A.   YES. |
| 12:09PM | 7 | (PAUSE IN PROCEEDINGS.) |
| 12:10PM | 8 | BY MR. WADE: |
| 12:10PM | 9 | Q.   WE TALKED ABOUT, BEFORE THE BREAK, HOW SOMETIMES CASH HAD |
| 12:10PM | 10 | TO BE REFERRED TO AS DEFERRED REVENUE. |
| 12:10PM | 11 | DO YOU RECALL THAT? |
| 12:10PM | 12 | A.   YES. |
| 12:10PM | 13 | Q.   AND THAT WAS THE RESULT OF THE APPLICATION OF ACCOUNTING |
| 12:10PM | 14 | PRINCIPLES? |
| 12:10PM | 15 | A.   YES. |
| 12:10PM | 16 | Q.   AND SOMETIMES WHEN YOU COULD RECOGNIZE THE REVENUE WOULD |
| 12:10PM | 17 | BE SUBJECT TO DEBATE? |
| 12:10PM | 18 | A.   YES. |
| 12:10PM | 19 | Q.   I'D LIKE TO SHOW YOU AND MOVE INTO EVIDENCE DTX 13719, |
| 12:10PM | 20 | WHICH I BELIEVE THE GOVERNMENT HAS STIPULATED TO. |
| 12:10PM | 21 | MR. LEACH:   THAT'S CORRECT, YOUR HONOR.   NO |
| 12:10PM | 22 | OBJECTION. |
| 12:10PM | 23 | THE COURT:   ALL RIGHT.   IT'S ADMITTED, AND IT MAY BE |
| 12:10PM | 24 | PUBLISHED. |
| 12:10PM | 25 | (DEFENDANT'S EXHIBIT 13719 WAS RECEIVED IN EVIDENCE.) |

SPIVEY CROSS BY MR. WADE                                              771

12:11PM  1    BY MR. WADE:

12:11PM  2    Q.   I'D LIKE TO START AT THE BOTTOM OF THIS EMAIL CHAIN IN

12:11PM  3    WHICH YOU SENT DECEMBER 12TH, 2014.

12:11PM  4         DO YOU SEE THAT?

12:11PM  5    A.   YES.

12:11PM  6    Q.   AND THIS SAYS IN HERE, YOU WRITE, "AFTER ADDING BACK 50

12:11PM  7    MILLION, THE DEFERRED REVENUE IS 168 MILLION."

12:11PM  8         DO YOU SEE THAT?

12:11PM  9    A.   YES.

12:11PM  10   Q.   AND IT TALKS WHAT THAT INCLUDES; RIGHT?

12:11PM  11   A.   YES.

12:11PM  12   Q.   AND THAT INCLUDES MONEY THAT YOU RECEIVED FROM CUSTOMERS

12:11PM  13   OVER A PERIOD OF TIME?

12:11PM  14   A.   YES.

12:11PM  15   Q.   AND IF I CAN MOVE TO THE NEXT EMAIL IN THE CHAIN.  THAT'S

12:11PM  16   AN EMAIL IN RESPONSE FROM MR. BALWANI TO YOU AND MS. HOLMES.

12:12PM  17        DO YOU SEE THAT?

12:12PM  18   A.   YES.

12:12PM  19   Q.   AND THAT'S DECEMBER 12TH, 2014?

12:12PM  20   A.   YES.

12:12PM  21   Q.   AND HE'S SUGGESTING THAT CELGENE SHOULD BE RECOGNIZED IN

12:12PM  22   2013.

12:12PM  23        DO YOU SEE THAT?

12:12PM  24   A.   YES.

12:12PM  25   Q.   AND HE THEN SAYS KEEP 165 AS DEFERRED AND -- FOR 2013.

SPIVEY CROSS BY MR. WADE                                                772

12:12PM    1          DO YOU SEE THAT?

12:12PM    2     A.   YES.

12:12PM    3     Q.   AND HE'S SUGGESTING THAT THE 165 MILLION COULD BE

12:12PM    4     RECOGNIZED -- COULD BE CATEGORIZED AS DEFERRED REVENUE?

12:12PM    5     A.   YES.

12:12PM    6     Q.   THAT'S FOR THE 2013 PERIOD?

12:12PM    7     A.   YES.

12:12PM    8     Q.   HE THEN SAYS, "BUT IN 2014, WE WILL RECOGNIZE AT LEAST 100

12:12PM    9     MILLION OF IT."

12:12PM   10          DO YOU SEE THAT?

12:12PM   11     A.   YES.

12:12PM   12     Q.   AND THIS EMAIL IS SENT ON DECEMBER 12TH, 2014; CORRECT?

12:12PM   13     A.   YES.

12:12PM   14     Q.   AND JUST SO WE'RE CLEAR, IT'S NOT AS THOUGH 100 MILLION IS

12:13PM   15     JUST GOING TO FALL OUT OF THE SKY IN DECEMBER OF 2014; CORRECT?

12:13PM   16     A.   RIGHT.

12:13PM   17     Q.   THAT 100 MILLION HAD BEEN BOOKED INTO THE COMPANY AS CASH;

12:13PM   18     CORRECT?

12:13PM   19     A.   YES.

12:13PM   20     Q.   AND MR. BALWANI IS EXPRESSING THE VIEW THAT 100 MILLION OF

12:13PM   21     THAT COULD BE RECOGNIZED IN 2014?

12:13PM   22     A.   YES.

12:13PM   23     Q.   NOW, DO YOU RECALL AT THE END OF 2013 OR THE BEGINNING OF

12:13PM   24     2014 THE COMPANY RECEIVED A $75 MILLION PAYMENT FROM WALGREENS?

12:14PM   25     A.   YES.

773
SPIVEY CROSS BY MR. WADE

12:14PM 1    Q.   AND THAT WAS BOOKED AS REVENUE IN -- ON DECEMBER 31ST,

12:14PM 2    2013?

12:14PM 3    A.   NO.

12:14PM 4    Q.   IT WAS BOOKED ON -- IT WAS ADDED TO THE BOOKS AS CASH ON

12:14PM 5    DECEMBER 31ST OF 2013?

12:14PM 6    A.   YES.

12:14PM 7    Q.   AND IT WAS DEFERRED REVENUE AT THAT POINT?

12:14PM 8    A.   YES.

12:14PM 9    Q.   AND THAT WAS AMONG THIS MONEY THAT THERE WAS DISCUSSION AS

12:14PM 10   TO WHEN IT COULD BE RECOGNIZED; CORRECT?

12:14PM 11   A.   YES.

12:14PM 12   Q.   IF WE CAN GO TO DTX 5172, WHICH IS ALREADY IN EVIDENCE,

12:15PM 13   AND I'D LIKE TO GO TO ROW 26 WHERE IT SAYS "CUSTOMER RECEIPTS."

12:15PM 14       DO YOU SEE THAT?

12:15PM 15   A.   YES.

12:15PM 16   Q.   AND WE'VE BEEN TALKING A LITTLE BIT ABOUT WHEN MONEY WAS

12:15PM 17   RECEIVED FROM CUSTOMERS.

12:15PM 18       DO YOU RECALL THAT TESTIMONY?

12:15PM 19   A.   YES.

12:15PM 20   Q.   AND THIS IS WHERE IT WOULD SHOW UP; CORRECT?

12:15PM 21   A.   YES.

12:15PM 22   Q.   AND SO, FOR EXAMPLE, COLUMN DC IN THE FIRST WEEK OF 2013

12:15PM 23   SHOWS $25 MILLION IN CUSTOMER RECEIPTS; CORRECT?

12:15PM 24   A.   YES.

12:15PM 25   Q.   AND DO YOU KNOW WHERE THAT PAYMENT WAS FROM?

SPIVEY CROSS BY MR. WADE                                          774

| | | |
|---|---|---|
| 12:15PM | 1 | A.   I DON'T REMEMBER. |
| 12:15PM | 2 | Q.   OKAY.  WELL, LET ME START BACK.  LET ME GO TO COLUMN D AND |
| 12:16PM | 3 | WE'LL RUN THROUGH AND JUST GET A SENSE OF THE CUSTOMER |
| 12:16PM | 4 | RECEIPTS. |
| 12:16PM | 5 | IN COLUMN D, WE START SMALL, ROW 26.  I'LL STAY IN ROW 26 |
| 12:16PM | 6 | THROUGHOUT. |
| 12:16PM | 7 | DO YOU SEE THERE'S $462 THERE? |
| 12:16PM | 8 | A.   YES. |
| 12:16PM | 9 | Q.   AND AS YOU WORK YOUR WAY ACROSS COLUMN H, THERE'S 60,000? |
| 12:16PM | 10 | A.   YES. |
| 12:16PM | 11 | Q.   AND COLUMN J, THERE'S 201,000? |
| 12:16PM | 12 | A.   YES. |
| 12:16PM | 13 | Q.   AND IN COLUMN N4, 358? |
| 12:16PM | 14 | A.   YES. |
| 12:16PM | 15 | Q.   AND LET ME JUMP TO COLUMN AC. |
| 12:16PM | 16 | DO YOU SEE THERE THAT'S $5 MILLION? |
| 12:16PM | 17 | A.   YES. |
| 12:16PM | 18 | Q.   AND COLUMN AH IS $30 MILLION? |
| 12:16PM | 19 | A.   YES. |
| 12:16PM | 20 | Q.   COLUMN AO, ANOTHER 5 MILLION COMES IN? |
| 12:17PM | 21 | A.   YES. |
| 12:17PM | 22 | Q.   COLUMN AU, THERE'S $15 MILLION? |
| 12:17PM | 23 | A.   YES. |
| 12:17PM | 24 | Q.   COLUMN AZ, DO YOU SEE 18 MILLION -- 18.5 MILLION? |
| 12:17PM | 25 | A.   YES. |

SPIVEY CROSS BY MR. WADE                                    775

| | | |
|---|---|---|
| 12:17PM | 1 | Q.   COLUMN BY, DO YOU SEE 40 MILLION? |
| 12:17PM | 2 | A.   YES. |
| 12:17PM | 3 | Q.   DC, DO YOU SEE 25 MILLION? |
| 12:17PM | 4 | A.   YES. |
| 12:17PM | 5 | Q.   DD IS 4 MILLION? |
| 12:17PM | 6 | A.   YES. |
| 12:17PM | 7 | Q.   AND IF I GO TO FC, THAT WAS -- THOSE WERE CUSTOMER |
| 12:17PM | 8 | RECEIPTS FOR $75 MILLION FROM WALGREENS THAT WE MENTIONED A |
| 12:17PM | 9 | MINUTE AGO. |
| 12:18PM | 10 |     DO YOU SEE THAT? |
| 12:18PM | 11 | A.   YES. |
| 12:18PM | 12 | Q.   AND IN ALL, THE COMPANY RECEIVED FROM CUSTOMERS HUNDREDS |
| 12:18PM | 13 | OF MILLIONS OF DOLLARS; CORRECT? |
| 12:18PM | 14 | A.   YES. |
| 12:18PM | 15 | Q.   AND IT RECEIVED THESE PAYMENTS FROM CAPITAL BLUE CROSS? |
| 12:18PM | 16 | A.   YES. |
| 12:18PM | 17 | Q.   AND SAFEWAY? |
| 12:18PM | 18 | A.   YES. |
| 12:18PM | 19 | Q.   AND WALGREENS? |
| 12:18PM | 20 | A.   YES. |
| 12:18PM | 21 | Q.   AND BLUE CROSS BLUE SHIELD OF WYOMING? |
| 12:18PM | 22 | A.   YES. |
| 12:18PM | 23 | Q.   AND BLUE CROSS BLUE SHIELD OF MASSACHUSETTS? |
| 12:18PM | 24 | A.   YES. |
| 12:18PM | 25 | Q.   AND BLUE CROSS BLUE SHIELD OF NORTH CAROLINA? |

SPIVEY CROSS BY MR. WADE                                              776

12:18PM   1      A.   YES.

12:18PM   2      Q.   AND A LOT OF THIS MONEY WAS CASH THAT WAS RECEIVED AND

12:18PM   3      USED, BUT IT WAS BOOKED AS DEFERRED REVENUE; CORRECT?

12:18PM   4      A.   YES.

12:18PM   5      Q.   I'D LIKE TO RETURN BRIEFLY TO THE BURN STUDY WE HEARD

12:19PM   6      ABOUT AND SHOW YOU DOCUMENT 7091, WHICH I BELIEVE THE

12:19PM   7      GOVERNMENT STIPULATED TO ADMIT.

12:19PM   8           WE MOVE THE ADMISSION, YOUR HONOR.

12:19PM   9             MR. LEACH:  THAT'S CORRECT, YOUR HONOR, NO

12:19PM   10     OBJECTION.

12:19PM   11            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:19PM   12        (DEFENDANT'S EXHIBIT 7091 WAS RECEIVED IN EVIDENCE.)

12:19PM   13     BY MR. WADE:

12:19PM   14     Q.   LET ME BLOW UP THE TOP SO WE CAN ORIENT YOU.

12:19PM   15          THIS IS AN EMAIL THAT YOU RECEIVED IN DECEMBER OF 2009.

12:19PM   16          DO YOU SEE THAT?

12:19PM   17     A.   YES.

12:19PM   18     Q.   AND THIS MAKES YOU AWARE OF INFORMATION RELATING TO

12:20PM   19     PAYMENTS THAT WERE TO BE PROVIDED BY THE BURN CENTER?

12:20PM   20     A.   YES.

12:20PM   21     Q.   FOR THE BURN STUDY?  I'M SORRY.

12:20PM   22     A.   YES.

12:20PM   23     Q.   AND IF WE CAN TURN TO -- AS ONE OF YOUR ROLES IN

12:20PM   24     DETERMINING REVENUE RECOGNITION AND BOOKING ITEMS ON THE BOOKS

12:20PM   25     OF THE COMPANY, WOULD YOU OFTENTIMES GET CONTRACT DOCUMENTATION

777
SPIVEY CROSS BY MR. WADE

12:20PM    1    AND INFORMATION TO KEEP IN YOUR FILES?

12:20PM    2    A.   YES.

12:20PM    3    Q.   OKAY.  I'D LIKE TO LOOK AT THE DOCUMENT THAT FOLLOWS THE

12:20PM    4    ATTACHMENT.

12:20PM    5    A.   YES.

12:20PM    6    Q.   AND THIS PARTICULAR DOCUMENT WAS A GRANT THAT WAS

12:20PM    7    PROVIDED; CORRECT?

12:20PM    8    A.   YES.

12:20PM    9    Q.   AND SO IN THIS PARTICULAR CASE WITH THE BURN STUDY, THIS

12:21PM   10    IS -- THIS WAS EFFECTIVELY THE CONTRACT; IS THAT RIGHT?

12:21PM   11    A.   I DON'T RECALL THIS DOCUMENT.

12:21PM   12    Q.   OKAY.  BUT YOU RECALL -- YOU SAW THAT YOU RECEIVED THIS

12:21PM   13    DOCUMENT AS PART OF THAT EMAIL?

12:21PM   14    A.   YES.

12:21PM   15    Q.   AND THIS WOULD HAVE BEEN A DOCUMENT THAT MIGHT HAVE GIVEN

12:21PM   16    YOU INFORMATION THAT YOU WOULD USE TO DETERMINE REVENUE

12:21PM   17    RECOGNITION; IS THAT FAIR?  MAYBE IF WE LOOK AT THE FULL

12:21PM   18    DOCUMENT YOU CAN TAKE A LOOK.

12:21PM   19         (PAUSE IN PROCEEDINGS.)

12:21PM   20              THE WITNESS:  I AM NOT SURE.  I DON'T RECALL THIS

12:21PM   21    DOCUMENT.

12:21PM   22    BY MR. WADE:

12:21PM   23    Q.   YOU DON'T RECALL THE DOCUMENT?

12:21PM   24    A.   NO.

12:21PM   25    Q.   OKAY.  THANK YOU.

SPIVEY CROSS BY MR. WADE                                    778

12:22PM  1          AS THE CONTROLLER OF THE COMPANY, DID YOU HAVE A SENSE FOR

12:22PM  2   HOW THE COMPANY WAS SPENDING ITS MONEY?

12:22PM  3   A.   YES.

12:22PM  4   Q.   AND ONE OF THE THINGS THAT YOU WOULD DO WAS BOOK,

12:22PM  5   CATEGORIZE DIFFERENT EXPENSES ACCORDING TO DIFFERENT PARTS OF

12:22PM  6   THE BUSINESS; CORRECT?

12:22PM  7   A.   YES.

12:22PM  8   Q.   AND THAT INCLUDES, FOR EXAMPLE, FOR RESEARCH AND

12:22PM  9   DEVELOPMENT?

12:22PM  10  A.   YES.

12:22PM  11  Q.   OR ADMINISTRATIVE EXPENSES?

12:22PM  12  A.   YES.

12:22PM  13  Q.   AND SO AS EXPENSES WOULD COME IN, YOU WOULD CATEGORIZE HOW

12:22PM  14  IT WAS DEPICTED IN THE FINANCIAL STATEMENTS?

12:22PM  15  A.   YES.

12:22PM  16  Q.   I'D LIKE TO SHOW YOU DX 578, WHICH I BELIEVE IS -- WHICH

12:23PM  17  IS ALREADY IN EVIDENCE.

12:23PM  18      DO YOU RECALL THIS DOCUMENT?  THESE WERE SOME FINANCIAL

12:23PM  19  STATEMENTS THAT WERE EMAILED TO KPMG?

12:23PM  20  A.   YES.

12:23PM  21  Q.   AND I'D LIKE TO LOOK AT THE ATTACHMENT THAT INCLUDES THE

12:23PM  22  TRIAL BALANCE.

12:24PM  23      WHILE WE'RE PULLING THAT UP, WHAT IS THE TRIAL BALANCE?

12:24PM  24  A.   IT'S THE FINANCIAL ACCOUNTS, ALL OF THE FINANCIAL ACCOUNTS

12:24PM  25  OF THE COMPANY THAT HAS ALL OF THE ASSETS, LIABILITY,

SPIVEY CROSS BY MR. WADE                                               779

12:24PM  1    SHAREHOLDER'S EQUITY, EXPENSES, INCOME.

12:24PM  2    Q.   OKAY.  AND IF I CAN GO TO THE BS TAB.  THIS IS THE

12:24PM  3    CONSOLIDATED BALANCE SHEET THAT WE LOOKED AT EARLIER.

12:24PM  4         DO YOU RECALL THAT?

12:24PM  5    A.   YES.

12:24PM  6    Q.   AND IF WE CAN SCROLL DOWN.

12:25PM  7         DO YOU SEE IN COLUMN B THERE THE DEFERRED REVENUE?

12:25PM  8    A.   YES.

12:25PM  9    Q.   AND THAT'S $77 MILLION IN DEFERRED REVENUE?

12:25PM  10   A.   YES.

12:25PM  11   Q.   IF WE CAN GO TO THE PL BY GROUP.  THIS SHOWS THE

12:25PM  12   CATEGORIZATION OF SOME OF THE EXPENSES; IS THAT CORRECT?

12:25PM  13   A.   YES.

12:25PM  14   Q.   AND IF WE CAN -- YOU SEE IN COLUMN I IT SAYS R&D?

12:25PM  15   A.   YES.

12:25PM  16   Q.   AND THAT IN COLUMN K IT SAYS GRAND TOTAL?

12:25PM  17   A.   YES.

12:25PM  18   Q.   AND IF WE CAN GO TO THE BOTTOM.

12:26PM  19        DO YOU SEE IN COLUMN I IT SHOWS $21.9 MILLION IN R&D

12:26PM  20   EXPENSES?

12:26PM  21   A.   YES.

12:26PM  22   Q.   AND THAT'S OUT OF 26.2 MILLION IN TOTAL?

12:26PM  23   A.   YES.

12:26PM  24   Q.   AND DO YOU RECALL THE YEAR THIS IS FOR?

12:26PM  25   A.   WAS IT 2010?

SPIVEY CROSS BY MR. WADE                                           780

| | | |
|---|---|---|
| 12:26PM | 1 | Q.   WE CAN GO TO THE TOP.  LET'S GO TO THE BALANCE SHEET. |
| 12:26PM | 2 | THAT WILL SHOW THE DATE CLEARLY. |
| 12:26PM | 3 | THAT WAS FOR 2011? |
| 12:26PM | 4 | A.   IT COULD BE.  I DON'T KNOW.  I HAVEN'T LOOKED AT THE DATA. |
| 12:27PM | 5 | Q.   LET ME PULL UP DTX 4176, WHICH I BELIEVE IS IN EVIDENCE. |
| 12:27PM | 6 | THE CLERK:  CAN YOU SAY THAT NUMBER AGAIN, PLEASE, |
| 12:27PM | 7 | COUNSEL. |
| 12:27PM | 8 | COUNSEL, WHAT IS THE NUMBER? |
| 12:27PM | 9 | MR. WADE:  4176, WHICH I WILL MOVE INTO EVIDENCE |
| 12:27PM | 10 | ACTUALLY, YOUR HONOR.  I APOLOGIZE.  WITH STIPULATION. |
| 12:27PM | 11 | MR. LEACH:  NO OBJECTION.  THANK YOU, YOUR HONOR. |
| 12:27PM | 12 | THE COURT:  IT'S ADMITTED.  IT CAN BE PUBLISHED. |
| 12:27PM | 13 | (DEFENDANT'S EXHIBIT 4176 WAS RECEIVED IN EVIDENCE.) |
| 12:27PM | 14 | BY MR. WADE: |
| 12:27PM | 15 | Q.   AND DO YOU SEE HERE -- DO YOU RECOGNIZE THIS DOCUMENT? |
| 12:28PM | 16 | A.   YES. |
| 12:28PM | 17 | Q.   AND WHAT IS THIS DOCUMENT? |
| 12:28PM | 18 | A.   THAT'S THE CONSOLIDATED INCOME STATEMENTS FOR THE COMPANY. |
| 12:28PM | 19 | Q.   AND DOES IT SHOW THE OPERATING EXPENSES? |
| 12:28PM | 20 | A.   YES. |
| 12:28PM | 21 | Q.   AND FOR 2013, WHAT WERE THE TOTAL OPERATING EXPENSES? |
| 12:28PM | 22 | A.   92 MILLION. |
| 12:28PM | 23 | Q.   AND THE AMOUNT THAT WAS SPENT ON RESEARCH AND DEVELOPMENT? |
| 12:28PM | 24 | A.   ABOUT 68 MILLION. |
| 12:28PM | 25 | Q.   AND FOR 2012, WHAT WERE THE TOTAL OPERATING EXPENSES? |

SPIVEY CROSS BY MR. WADE                                    781

12:28PM   1    A.   ABOUT 67 MILLION.

12:28PM   2    Q.   AND THE TOTAL AMOUNT SPENT ON RESEARCH AND DEVELOPMENT?

12:28PM   3    A.   ABOUT 53 MILLION.

12:28PM   4    Q.   AND FOR 2011, YOU SEE THAT THERE WAS 28.2 MILLION IN TOTAL

12:28PM   5    OPERATING EXPENSES?

12:28PM   6    A.   YES.

12:28PM   7    Q.   AND 22 MILLION IN RESEARCH AND DEVELOPMENT?

12:29PM   8    A.   YES.

12:29PM   9    Q.   AND SO YOU SEE THERE THAT THERE ARE OPERATING LOSSES?

12:29PM  10    A.   YES.

12:29PM  11    Q.   AND THE GOVERNMENT PREVIOUSLY REFERRED TO ACCUMULATED

12:29PM  12    DEFICIT.

12:29PM  13         DO YOU RECALL THAT?

12:29PM  14    A.   YES.

12:29PM  15    Q.   AND A BIG REASON FOR THESE OPERATING LOSSES WAS BECAUSE OF

12:29PM  16    THE SIGNIFICANT INVESTMENT AND THE RESEARCH AND DEVELOPMENT; IS

12:29PM  17    THAT RIGHT?

12:29PM  18    A.   YES.

12:29PM  19    Q.   DID YOU MAINTAIN THE CAPITALIZATION TABLE FOR THE COMPANY

12:29PM  20    AS WELL?

12:29PM  21    A.   YES.

12:29PM  22    Q.   AND THAT IS A LISTING THAT IDENTIFIES THE VARIOUS

12:29PM  23    SHAREHOLDERS?

12:29PM  24    A.   YES.

12:29PM  25    Q.   AND YOU WOULD TRACK THAT AS NEW SHAREHOLDERS WOULD BE

SPIVEY CROSS BY MR. WADE                                          782

| | | |
|---|---|---|
| 12:30PM | 1 | ADDED? |
| 12:30PM | 2 | A.   YES. |
| 12:30PM | 3 | Q.   AND WHO WAS THE LARGEST SHAREHOLDER? |
| 12:30PM | 4 | A.   I'M NOT SURE. |
| 12:30PM | 5 | Q.   WAS MS. HOLMES THE LARGEST SHAREHOLDER? |
| 12:30PM | 6 | A.   I WOULD THINK SO, BUT I, I DON'T, I DON'T REMEMBER. |
| 12:30PM | 7 | Q.   WELL, MS. HOLMES OWNED ABOUT HALF OF THE COMPANY; CORRECT? |
| 12:30PM | 8 | A.   I DON'T REMEMBER AT THIS TIME. |
| 12:30PM | 9 | Q.   THAT WASN'T SOMETHING YOU FOCUSSED ON? |
| 12:30PM | 10 | A.   I WOULD HAVE TO LOOK AT THE DATA. |
| 12:30PM | 11 | Q.   DO YOU RECALL PROCESSING ANY STOCK SALES FOR MS. HOLMES? |
| 12:30PM | 12 | A.   I'M SORRY? |
| 12:30PM | 13 | Q.   DID YOU EVER PROCESS ANY STOCK SALES FOR MS. HOLMES? |
| 12:30PM | 14 | A.   NO. |
| 12:30PM | 15 | Q.   SHE NEVER SOLD ANY STOCK, DID SHE? |
| 12:30PM | 16 | A.   NO. |
| 12:31PM | 17 | MR. WADE:  THE COURT'S INDULGENCE. |
| 12:31PM | 18 | (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.) |
| 12:31PM | 19 | MR. WADE:  WE HAVE NO FURTHER QUESTIONS, YOUR HONOR. |
| 12:31PM | 20 | THE COURT:  RECROSS?  EXCUSE ME.  REDIRECT? |
| 12:31PM | 21 | MR. LEACH:  VERY BRIEFLY, YOUR HONOR.  THANK YOU. |
| 12:31PM | 22 | /// |
| 12:31PM | 23 | /// |
| 12:31PM | 24 | /// |
| 12:31PM | 25 | /// |

SPIVEY REDIRECT BY MR. LEACH                                      783

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 12:31PM  | 1  | **REDIRECT EXAMINATION**                                     |
| 12:31PM  | 2  | BY MR. LEACH:                                                 |
| 12:31PM  | 3  | Q.   GOOD MORNING AGAIN, MS. SPIVEY.                          |
| 12:31PM  | 4  |      MR. WADE ASKED YOU A LOT OF QUESTIONS ABOUT DEFERRED     |
| 12:31PM  | 5  | REVENUE.                                                      |
| 12:31PM  | 6  |      DO YOU RECALL THAT TESTIMONY?                            |
| 12:31PM  | 7  | A.   YES.                                                     |
| 12:31PM  | 8  | Q.   WHAT IS DEFERRED REVENUE?                                |
| 12:31PM  | 9  | A.   IT'S MONEY THAT THE COMPANY RECEIVED BUT WE HAVE NOT     |
| 12:32PM  | 10 | PROVIDES SERVICES OR PRODUCT.                                 |
| 12:32PM  | 11 | Q.   HAVE YOU EARNED THE REVENUE AT THAT POINT?               |
| 12:32PM  | 12 | A.   NO.                                                      |
| 12:32PM  | 13 | Q.   AND IF YOU DON'T PERFORM UNDER THE CONTRACT, IF YOU DON'T|
| 12:32PM  | 14 | EARN THE REVENUE, DO YOU GET TO KEEP THE MONEY?              |
| 12:32PM  | 15 | A.   DEPENDING ON THE CONTRACTS.  THERE COULD BE A CLAUSE FOR A|
| 12:32PM  | 16 | REFUND.                                                       |
| 12:32PM  | 17 | Q.   SO THE REASON THAT YOU DON'T MOVE DEFERRED REVENUE INTO  |
| 12:32PM  | 18 | REVENUE IS BECAUSE THE COMPANY HASN'T DONE WHAT IT NEEDS TO IN|
| 12:32PM  | 19 | ORDER TO EARN THAT MONEY; IS THAT FAIR?                       |
| 12:32PM  | 20 | A.   YES.                                                     |
| 12:32PM  | 21 | Q.   AND IS THERE SOME POSSIBILITY THAT YOU HAVE TO GIVE THAT |
| 12:32PM  | 22 | MONEY BACK?                                                   |
| 12:32PM  | 23 | A.   YES.                                                     |
| 12:32PM  | 24 | Q.   MR. WADE ALSO ASKED YOU ABOUT THE COMPANY'S FINANCIAL    |
| 12:32PM  | 25 | CONDITION IN 2009.  I'D LIKE TO BRING YOUR ATTENTION TO       |

SPIVEY REDIRECT BY MR. LEACH                    784

| | | |
|---|---|---|
| 12:32PM | 1 | EXHIBIT 256, WHICH I THINK WE STIPULATE TO THE ADMISSION OF. |
| 12:33PM | 2 | MR. WADE:  YES, YOUR HONOR. |
| 12:33PM | 3 | THE COURT:  THANK YOU.  IT IS ADMITTED, AND IT MAY |
| 12:33PM | 4 | BE PUBLISHED. |
| 12:33PM | 5 | (GOVERNMENT'S EXHIBIT 256 WAS RECEIVED IN EVIDENCE.) |
| 12:33PM | 6 | BY MR. LEACH: |
| 12:33PM | 7 | Q.   AND IF WE CAN PLEASE LOOK AT THE -- DO YOU SEE YOUR EMAIL |
| 12:33PM | 8 | IN THE TOP, MS. SPIVEY?  DO YOU SEE YOUR NAME AT THE TOP OF THE |
| 12:33PM | 9 | EMAIL? |
| 12:33PM | 10 | A.   YES. |
| 12:33PM | 11 | Q.   AND DO YOU SEE THAT THIS IS AN EMAIL TO ELIZABETH HOLMES? |
| 12:33PM | 12 | A.   YES. |
| 12:33PM | 13 | Q.   AND DO YOU ATTACH FINANCIAL STATEMENTS FOR THE PERIOD |
| 12:33PM | 14 | ENDING DECEMBER 2009? |
| 12:33PM | 15 | A.   YES. |
| 12:33PM | 16 | Q.   LET ME DRAW YOUR ATTENTION TO THE NATIVE FILE, WHICH I |
| 12:33PM | 17 | BELIEVE IS PAGE 5. |
| 12:34PM | 18 | IF I COULD DRAW YOUR ATTENTION, PLEASE, TO THE TAB MONTHLY |
| 12:34PM | 19 | PL.  IF WE CAN MOVE A LITTLE BIT TO THE LEFT, PLEASE, |
| 12:34PM | 20 | MS. HOLLIMAN.  PERFECT.  THANK YOU. |
| 12:34PM | 21 | THERE'S A LINE THERE FOR TOTAL OPERATING EXPENSES. |
| 12:34PM | 22 | DO YOU SEE THAT, MS. SPIVEY? |
| 12:34PM | 23 | A.   YES. |
| 12:34PM | 24 | Q.   AND IN JANUARY IT'S 936,000? |
| 12:34PM | 25 | A.   YES. |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Amy Mason Saharia
AMY MASON SAHARIA

April 17, 2023