No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

## EXCERPTS OF RECORD
## VOL. XVII of LVII | ER-4474 to ER-4753

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA 98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 200024
  (202) 434-5000
  asaharia@wc.com

SPIVEY REDIRECT BY MR. LEACH                                    785

12:34PM   1    Q.   AND FEBRUARY $1 MILLION?

12:34PM   2    A.   YES.

12:34PM   3    Q.   THOSE ARE THE MONTHLY EXPENSES THAT THE COMPANY IS

12:34PM   4    INCURRING DURING THAT TIME PERIOD?

12:34PM   5    A.   YES.

12:34PM   6    Q.   AND WOULD THOSE AMOUNTS HAVE TO BE OFFSET BY ANY CASH FROM

12:34PM   7    THE PHARMACEUTICAL CONTRACTS THAT MIGHT BE COMING IN AT ANY

12:35PM   8    PARTICULAR TIME?

12:35PM   9    A.   CAN YOU REPEAT?

12:35PM  10    Q.   LET ME ASK YOU A BETTER QUESTION.

12:35PM  11         MR. WADE SHOWED YOU SOME RECEIPTS FROM PHARMACEUTICAL

12:35PM  12    CONTRACTS DURING YOUR CROSS-EXAMINATION.

12:35PM  13         DO YOU RECALL THAT TESTIMONY?

12:35PM  14    A.   YES.

12:35PM  15    Q.   AND WOULD THOSE CASH RECEIPTS BE OFFSET BY EXPENSES THAT

12:35PM  16    THE COMPANY IS INCURRING DURING THAT SAME TIME PERIOD?

12:35PM  17    A.   YES.

12:35PM  18    Q.   THANK YOU.  WE CAN TAKE THAT DOWN, MS. HOLLIMAN.

12:35PM  19         AND IF WE CAN PLEASE GO BACK TO MR. WADE ASKED YOU A

12:35PM  20    COUPLE OF QUESTIONS ABOUT DIFFERENT VALUATION METHODS FOR THE

12:35PM  21    409 ANALYSIS, AND HE DREW YOUR ATTENTION TO EXHIBIT 5206,

12:35PM  22    PAGE 4.

12:36PM  23         DO YOU RECALL THIS EMAIL WHERE YOU WERE BEING ASKED

12:36PM  24    QUESTIONS ABOUT THE DIFFERENT VALUATION METHODS THAT WENT INTO

12:36PM  25    ARANCA'S ANALYSIS?

SPIVEY REDIRECT BY MR. LEACH

| | | |
|---|---|---|
| 12:36PM | 1 | A.   YES. |
| 12:36PM | 2 | Q.   AND DO YOU RECALL ATTENTION BEING DRAWN -- WHOOPS. |
| 12:36PM | 3 | IF WE CAN ZOOM OUT, PLEASE, MS. HOLLIMAN.  THANK YOU. |
| 12:36PM | 4 | I THINK YOU WERE ASKED ABOUT THIS THING CALLED A POST |
| 12:36PM | 5 | MONEY VALUATION OF 9.5 BILLION? |
| 12:36PM | 6 | A.   YES. |
| 12:36PM | 7 | Q.   DO YOU RECALL BEING ASKED ABOUT THAT? |
| 12:36PM | 8 | A.   YES. |
| 12:36PM | 9 | Q.   AND THAT'S BASED ON THE RECENT SERIES C-2 FUNDING. |
| 12:36PM | 10 | DO YOU SEE THAT LANGUAGE? |
| 12:36PM | 11 | A.   YES. |
| 12:36PM | 12 | Q.   AND IS THAT ESSENTIALLY THE VALUE ASSIGNED TO THE SHARE |
| 12:36PM | 13 | PRICE FOR THE C-2 FINANCING? |
| 12:36PM | 14 | A.   THE SHARE PRICE. |
| 12:36PM | 15 | Q.   WELL, I THINK WE TALKED EARLIER ABOUT THE C-2 SHARE PRICE |
| 12:36PM | 16 | BEING $17 A SHARE.  IF YOU MULTIPLY THAT BY THE NUMBER OF |
| 12:37PM | 17 | SHARES, YOU GET SOMETHING IN THE NEIGHBORHOOD OF $9.5 BILLION? |
| 12:37PM | 18 | MR. WADE:  OBJECTION, YOUR HONOR.  602 AND 701, 702. |
| 12:37PM | 19 | THE COURT:  OVERRULED.  I DON'T THINK THIS CALLS FOR |
| 12:37PM | 20 | EXPERT TESTIMONY.  IT'S MULTIPLICATION OF THE FIGURES, SO -- |
| 12:37PM | 21 | DO YOU WANT TO REPEAT THE QUESTION? |
| 12:37PM | 22 | BY MR. LEACH: |
| 12:37PM | 23 | Q.   SURE.  DO YOU UNDERSTAND THE POST MONEY VALUATION REFERRED |
| 12:37PM | 24 | HERE TO BE BASED ON THE C-2 SHARE PRICE? |
| 12:37PM | 25 | A.   YES. |

SPIVEY REDIRECT BY MR. LEACH

12:37PM  1    Q.  OKAY.  AND THEN AT THE BOTTOM OF THIS PARAGRAPH IT SAYS,

12:37PM  2    "WE HAVE NOT ASSIGNED ANY WEIGHT TO THIS APPROACH."

12:37PM  3         DO YOU SEE THAT LANGUAGE?

12:37PM  4    A.  YES.

12:37PM  5    Q.  AND DO YOU UNDERSTAND THAT TO BE ARANCA TELLING YOU THAT

12:37PM  6    EVEN THOUGH THE C-2 FINANCING IS AT THIS PRICE, WE'RE NOT

12:37PM  7    ASSIGNING THAT ANY WEIGHT IN HOW WE VALUE THESE STOCK OPTIONS?

12:37PM  8    A.  YES.

12:37PM  9    Q.  OKAY.  THANK YOU, MS. SPIVEY.

12:38PM  10        THANK YOU, YOUR HONOR.  I HAVE NOTHING FURTHER.

12:38PM  11             MR. WADE:  NOTHING FURTHER, YOUR HONOR.

12:38PM  12             THE COURT:  MAY THIS WITNESS BE EXCUSED?

12:38PM  13             MR. LEACH:  YES, YOUR HONOR.

12:38PM  14             MR. WADE:  YES, YOUR HONOR.

12:38PM  15             THE COURT:  THANK YOU.  YOU'RE EXCUSED.  THANK YOU.

12:38PM  16             THE WITNESS:  THANK YOU.

12:38PM  17             THE COURT:  DOES THE GOVERNMENT HAVE ANOTHER

12:38PM  18    WITNESS?

12:38PM  19             MR. BOSTIC:  YES, YOUR HONOR.

12:38PM  20        THE UNITED STATES CALLS ERIKA CHEUNG.

12:39PM  21        MAY I APPROACH THE STAND, YOUR HONOR?

12:39PM  22             THE COURT:  YES.

12:39PM  23        IF YOU COULD COME FORWARD, PLEASE, AND I'LL HAVE YOU STAND

12:39PM  24    BY THE WITNESS STAND THERE.  OUR COURTROOM DEPUTY WILL PLACE

12:39PM  25    YOU OATH.  AND IF YOU'LL RAISE YOUR RIGHT HAND, SHE HAS A

SPIVEY REDIRECT BY MR. LEACH                                        788

12:39PM   1      QUESTION FOR YOU.

12:39PM   2              **(GOVERNMENT'S WITNESS, ERIKA CHEUNG, WAS SWORN.)**

12:39PM   3              THE WITNESS:  YES.

12:39PM   4              THE CLERK:  THANK YOU.

12:39PM   5              THE COURT:  THANK YOU.  PLEASE HAVE A SEAT HERE.

12:39PM   6      MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THE CHAIR AND

12:39PM   7      MICROPHONE AS YOU NEED.

12:39PM   8          I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

12:40PM   9          WHEN YOU ARE COMFORTABLE, COULD YOU PLEASE STATE YOUR NAME

12:40PM  10      AND THEN SPELL IT, PLEASE.

12:40PM  11              THE WITNESS:  MY NAME IS ERIKA CHEUNG.  AND THAT'S

12:40PM  12      SPELLED E-R-I-K-A, AND LAST NAME CHEUNG, C-H-E-U-N-G.

12:40PM  13              THE COURT:  THANK YOU.  COUNSEL.

12:40PM  14              MR. BOSTIC:  THANK YOU, YOUR HONOR.  AND,

12:40PM  15      YOUR HONOR, PLEASE CORRECT ME IF I'M WRONG, MY UNDERSTANDING IS

12:40PM  16      THAT IF WITNESSES ARE VACCINATED, THE COURT IS AMENABLE TO THEM

12:40PM  17      TESTIFYING WITHOUT A MASK?

12:40PM  18              THE COURT:  YES.

12:40PM  19              MR. BOSTIC:  MS. CHEUNG, MAY I ASK IF YOU'RE

12:40PM  20      COMFORTABLE DISCLOSING AND IF YOU'RE VACCINATED, IF THAT IS

12:40PM  21      TRUE WOULD YOU LIKE TO REMOVE YOUR MASK?

12:40PM  22              THE WITNESS:  I'M VACCINATED AND I AM COMFORTABLE

12:40PM  23      TAKING OFF MY MASK.

12:40PM  24              THE COURT:  ALL RIGHT.  THANK YOU.  YOU MAY DO SO.

12:40PM  25              MR. BOSTIC:  AND, YOUR HONOR, DOES THE SAME GO FOR

CHEUNG DIRECT BY MR. BOSTIC                                                789

| | | |
|---|---|---|
| 12:40PM | 1 | QUESTIONING COUNSEL? |
| 12:40PM | 2 | THE COURT:  IT DOES.  AND I THINK WE ESTABLISHED |
| 12:40PM | 3 | THAT ALL PARTIES ON ALL TEAMS ARE ALL VACCINATED. |
| 12:40PM | 4 | MR. BOSTIC:  YES, YOUR HONOR. |
| 12:40PM | 5 | THE COURT:  AND, MS. CHEUNG, JUST TO LET YOU KNOW, |
| 12:40PM | 6 | WE HAVE AN AIR FILTER SYSTEM JUST BELOW YOU AND I THINK IT'S |
| 12:40PM | 7 | OPERATIONAL NOW. |
| 12:40PM | 8 | THE WITNESS:  YEAH, IT IS. |
| 12:40PM | 9 | THE COURT:  GREAT.  THANK YOU. |
| 12:40PM | 10 | COUNSEL. |
| 12:40PM | 11 | **DIRECT EXAMINATION** |
| 12:40PM | 12 | BY MR. BOSTIC: |
| 12:40PM | 13 | Q.  GOOD AFTERNOON, MS. CHEUNG. |
| 12:41PM | 14 | A.  GOOD AFTERNOON. |
| 12:41PM | 15 | Q.  WAS THERE A TIME WHEN YOU WERE EMPLOYED BY A COMPANY |
| 12:41PM | 16 | CALLED THERANOS? |
| 12:41PM | 17 | A.  YES. |
| 12:41PM | 18 | Q.  AND WHEN YOU WERE AT THERANOS, WHAT WAS YOUR JOB TITLE AND |
| 12:41PM | 19 | DESCRIPTION? |
| 12:41PM | 20 | A.  SO MY JOB TITLE AND DESCRIPTION WAS LAB ASSOCIATE, AND I |
| 12:41PM | 21 | CAME INTO THE COMPANY WORKING IN THE RESEARCH AND DEVELOPMENT |
| 12:41PM | 22 | LAB WHEN I FIRST STARTED WORKING FOR THE COMPANY. |
| 12:41PM | 23 | Q.  OKAY.  DID YOU REMAIN IN THE RESEARCH AND DEVELOPMENT LAB |
| 12:41PM | 24 | FOR YOUR ENTIRE TIME AT THE COMPANY? |
| 12:41PM | 25 | A.  NO.  I WAS FIRST IN THE RESEARCH AND DEVELOPMENT LAB AS A |

CHEUNG DIRECT BY MR. BOSTIC

| | | |
|---|---|---|
| 12:41PM | 1 | LAB ASSOCIATE, AND THEN WAS INTEGRATED INTO THE CLINICAL LAB AS |
| 12:41PM | 2 | A LAB ASSOCIATE WHERE THE CLINICAL LAB IS EFFECTIVELY WHERE THE |
| 12:41PM | 3 | PATIENT PROCESSING OCCURRED OR OCCURS AT THERANOS. |
| 12:41PM | 4 | Q.   WHAT WERE YOUR DATES OF EMPLOYMENT AT THERANOS? |
| 12:41PM | 5 | A.   I WORKED AT THERANOS OCTOBER 2013 TO ABOUT APRIL OF 2014. |
| 12:41PM | 6 | Q.   OKAY.   APPROXIMATELY SIX MONTHS GIVE OR TAKE? |
| 12:41PM | 7 | A.   YES. |
| 12:41PM | 8 | Q.   HOW DID YOUR EMPLOYMENT AT THERANOS END?   WERE YOU |
| 12:41PM | 9 | TERMINATED?   LAID OFF?   DID YOU RESIGN? |
| 12:42PM | 10 | A.   I RESIGNED. |
| 12:42PM | 11 | Q.   AND IN GENERAL TERMS, WHAT WAS THE REASON FOR RESIGNING |
| 12:42PM | 12 | FROM YOUR JOB AT THERANOS? |
| 12:42PM | 13 | A.   I LEFT THERANOS BECAUSE I WAS UNCOMFORTABLE PROCESSING |
| 12:42PM | 14 | PATIENT SAMPLES AND I DID NOT FEEL THAT THE TECHNOLOGY THAT WE |
| 12:42PM | 15 | WERE USING IN ORDER TO PROCESS PATIENT SAMPLES WAS ADEQUATE |
| 12:42PM | 16 | ENOUGH TO BE ENGAGING IN THAT BEHAVIOR OF PROCESSING PATIENT |
| 12:42PM | 17 | SAMPLES. |
| 12:42PM | 18 |     AFTER LOTS OF CONVERSATIONS WITH VARIOUS EXECUTIVES AND |
| 12:42PM | 19 | PEOPLE WITHIN THE ORGANIZATION, I HAD MADE THE DECISION TO |
| 12:42PM | 20 | LEAVE THE ORGANIZATION. |
| 12:42PM | 21 | Q.   OKAY.   LET'S GO BACK IN TIME A LITTLE BIT. |
| 12:42PM | 22 |     CAN YOU SUMMARIZE YOUR EDUCATION FOR ME BEGINNING POST |
| 12:42PM | 23 | HIGH SCHOOL? |
| 12:42PM | 24 | A.   POST HIGH SCHOOL EDUCATION, I GRADUATED FROM |
| 12:42PM | 25 | U.C. BERKELEY, UNIVERSITY OF CALIFORNIA BERKELEY, AND I |

CHEUNG DIRECT BY MR. BOSTIC

| | | |
|---|---|---|
| 12:42PM | 1 | RECEIVED A DEGREE IN MOLECULAR AND CELLULAR BIOLOGY AND A |
| 12:43PM | 2 | BACHELOR'S IN LINGUISTICS, SO A DUAL DEGREE. |
| 12:43PM | 3 | Q.   WAS THERANOS YOUR FIRST EMPLOYMENT OUT OF COLLEGE? |
| 12:43PM | 4 | A.   YES. |
| 12:43PM | 5 | Q.   AND HOW DID YOU FIRST HEAR ABOUT THE COMPANY THERANOS? |
| 12:43PM | 6 | A.   I FIRST HEARD ABOUT THERANOS AT A STUDENT CAREER FAIR AT |
| 12:43PM | 7 | THE U.C. BERKELEY CAMPUS, AND ESSENTIALLY THEY'RE BOOTHS SET UP |
| 12:43PM | 8 | WITH DIFFERENT COMPANIES, AND THERANOS HAD PROBABLY THE MOST |
| 12:43PM | 9 | POPULAR BOOTH.  IT HAD KIND OF A LINE OUT THE DOOR OF PEOPLE |
| 12:43PM | 10 | WAITING TO TALK TO THE RECRUITER THERE, AND SO I WAITED IN LINE |
| 12:43PM | 11 | TO TALK TO ONE OF THE RECRUITERS TO BE A PART OF THE COMPANY. |
| 12:43PM | 12 | Q.   AND AT THAT TIME DID YOU KNOW MUCH ABOUT THE BUSINESS OF |
| 12:43PM | 13 | THE COMPANY, WHAT IT WAS DOING? |
| 12:43PM | 14 | A.   NO. |
| 12:43PM | 15 | Q.   DID YOU THEN GO THROUGH THE JOB INTERVIEW PROCESS FOR A |
| 12:43PM | 16 | POSITION AT THERANOS? |
| 12:43PM | 17 | A.   YES.  SO ESSENTIALLY AFTER WAITING IN LINE, I HANDED OVER |
| 12:43PM | 18 | MY RESUME TO THE RECRUITER, AND SHE SAID WE'RE HIRING A WHOLE |
| 12:44PM | 19 | BUNCH OF PEOPLE FOR MANY DIFFERENT POSITIONS, LET ME SUBMIT |
| 12:44PM | 20 | YOUR RESUME AND GIVE YOU A CALL TO SEE WHAT OPENING POSITIONS |
| 12:44PM | 21 | YOU'LL HAVE. |
| 12:44PM | 22 | SO AFTER I SUBMITTED MY RESUME I HAD GOTTEN A CALL BACK |
| 12:44PM | 23 | AND THEY HAD TOLD ME THAT I HAD A PHONE INTERVIEW WITH THE |
| 12:44PM | 24 | COMPANY FOR A POTENTIAL POSITION, AN ENTRY LEVEL POSITION. |
| 12:44PM | 25 | AND THEN I PROCEEDED TO GO THROUGH THEIR INTERVIEW PROCESS |

CHEUNG DIRECT BY MR. BOSTIC                                     792

12:44PM  1    FROM THAT POINT FORWARD.

12:44PM  2    Q.   AND DID THE INTERVIEW PROCESS INCLUDE INTERVIEWS WITH

12:44PM  3    EITHER ELIZABETH HOLMES OR RAMESH "SUNNY" BALWANI?

12:44PM  4    A.   YES, WITH BOTH RAMESH BALWANI AND ELIZABETH HOLMES.

12:44PM  5    Q.   OKAY.  AND WAS THAT THE ORDER THAT THEY OCCURRED IN FIRST

12:44PM  6    MR. BALWANI AND THEN MS. HOLMES IF YOU RECALL?

12:44PM  7    A.   YES.

12:44PM  8    Q.   DURING THOSE INTERVIEWS -- WELL, LET'S START WITH THE

12:44PM  9    INTERVIEW WITH MR. BALWANI FIRST.

12:44PM  10        DO YOU RECALL LEARNING ANYTHING ABOUT THE COMPANY DURING

12:44PM  11   YOUR CONVERSATION WITH HIM?

12:44PM  12   A.   I DIDN'T LEARN TOO MUCH.  I UNDERSTOOD THAT IT WAS A

12:44PM  13   MEDICAL DIAGNOSTIC COMPANY, THAT THERE WERE SORT OF GRAND

12:45PM  14   ENVISIONS OF WHAT THEY WERE GOING TO ACCOMPLISH, BUT IN TERMS

12:45PM  15   OF THE QUESTIONS THAT I ASKED DURING THE INTERVIEW IT WAS TOLD

12:45PM  16   TO ME THAT THEY, YOU KNOW, HAD CONFIDENTIALITY AROUND THE

12:45PM  17   TECHNOLOGY THAT THEY WERE BUILDING AND I WOULD FIND OUT ONCE I

12:45PM  18   STARTED WORKING FOR THE COMPANY AND MORE SPECIFICS ABOUT WHAT

12:45PM  19   IT WAS THAT WE WERE WORKING ON AND THE TECHNOLOGY THAT WE WERE

12:45PM  20   DEALING WITH.

12:45PM  21   Q.   HOW ABOUT YOUR INTERVIEW WITH MS. HOLMES, HOW DID THAT

12:45PM  22   COMPARE IN THAT REGARD?

12:45PM  23   A.   I ALSO -- IN MY INTERVIEW WITH MS. HOLMES I THINK I WAS

12:45PM  24   MORE KIND OF STAR STRUCK BECAUSE OF WHAT I HAD READ ON THE

12:45PM  25   INTERNET WITH HER.  I ASKED A COUPLE OF QUESTIONS, AND SHE SAID

CHEUNG DIRECT BY MR. BOSTIC

12:45PM   1    YOU'LL FIND OUT ONCE YOU START WORKING FOR THE COMPANY AS WELL

12:45PM   2    ABOUT THE TECHNOLOGY WE'RE WORKING WITH AND SEE WHAT IT IS THAT

12:45PM   3    WE'RE ALL ABOUT AND WHAT THE PROSPECTS BASICALLY OF THE COMPANY

12:45PM   4    ARE GOING TO BE RIGHT NOW AND IN THE FUTURE.

12:45PM   5    Q.   AND YOU WERE IN THE MIDST OF THE JOB APPLICATION PROCESS,

12:45PM   6    SO I TAKE IT YOU WERE INTERESTED IN THE POSITION; IS THAT

12:46PM   7    CORRECT?

12:46PM   8    A.   YES.

12:46PM   9    Q.   SEPARATE FROM THAT, WERE YOU EXCITED ABOUT THE PROSPECT OF

12:46PM   10   WORKING AT THERANOS?

12:46PM   11   A.   I WAS VERY EXCITED ABOUT THE PROSPECT OF WORKING FOR

12:46PM   12   THERANOS BASED ON THE VERY LITTLE INFORMATION THAT WAS ABOUT

12:46PM   13   THE COMPANY, IT HAD WHAT WOULD APPEAR TO BE A REALLY EXCITING

12:46PM   14   TECHNOLOGY WHERE THEY WERE ESSENTIALLY GOING TO PREVENT PEOPLE

12:46PM   15   FROM GETTING LAB DIAGNOSTICS THAT WERE PAINFUL BY DOING VENOUS

12:46PM   16   DRAWS BY A FINGERSTICK, THAT IT WOULD BE AFFORDABLE, THAT THERE

12:46PM   17   WAS COMPLETE PRICE TRANSPARENCY, WHICH IS SOMETHING THAT I WAS

12:46PM   18   EXCITED ABOUT, SOMETHING THAT WAS GOING TO BE MORE ACCESSIBLE.

12:46PM   19   SO ESSENTIALLY INSTEAD OF JUST GETTING YOUR BLOOD TESTS DONE

12:46PM   20   ONCE OR TWICE, YOU COULD GET IT MULTIPLE TIMES.

12:46PM   21       SO BETWEEN THE TECHNOLOGY, BETWEEN WHAT I HAD HEARD ABOUT

12:46PM   22   MS. HOLMES, AND THE FACT THAT WE WERE IN THE SILICON VALLEY AND

12:46PM   23   IT HAD SORT OF THIS HYPE ABOUT BEING THIS KIND OF A STARTUP, I

12:46PM   24   WAS REALLY EXCITED TO WORK WITH THERANOS AND HAD ACTUALLY

12:46PM   25   TURNED DOWN OTHER JOB OPPORTUNITIES TO WORK WITH THEM.

CHEUNG DIRECT BY MR. BOSTIC

12:47PM  1    Q.   WHAT WAS ABOUT IT MS. HOLMES IN PARTICULAR THAT INCREASED

12:47PM  2    THE APPEAL OF THE COMPANY TO YOU?

12:47PM  3    A.   I THINK IN THE INTERVIEW THAT I HAD SEEN WITH THE STANFORD

12:47PM  4    TECHNOLOGY VENTURE PROGRAM SHE HAD TALKED ABOUT ESSENTIALLY

12:47PM  5    WHAT THE TECHNOLOGY COULD DO, WHAT POINT OF CARE DIAGNOSTICS

12:47PM  6    COULD DO.

12:47PM  7         SO INSTEAD OF JUST HAVING A ONE TIME STAMP OF YOUR BLOOD

12:47PM  8    DIAGNOSTICS YOU COULD HAVE MULTIPLE BECAUSE IT WAS EASIER, LESS

12:47PM  9    PAINFUL, CHEAPER, AND IT WOULD HAVE A SORT OF DYNAMIC STORY

12:47PM  10   LINE OF WHAT YOUR HEALTH WAS, WHICH COULD REALLY CHANGE THE WAY

12:47PM  11   IN WHICH WE TREAT PATIENTS.

12:47PM  12        AND SHE HAD A CHARISMA TO HER, RIGHT?  SHE WAS VERY

12:47PM  13   ARTICULATE.  SHE HAD A STRONG SENSE OF CONVICTION ABOUT HER

12:47PM  14   MISSION.

12:47PM  15        AND ALSO AT THAT TIME SHE WAS ONE OF THE FEW, YOU KNOW,

12:47PM  16   FEMALE ENTREPRENEURS WHO MANAGED TO GET THIS SORT OF UNICORN

12:47PM  17   STATUS OF A COMPANY, WHICH MEANS THAT IT HAD A VALUATION OF

12:47PM  18   OVER A BILLION DOLLARS, AND TO HELP SUPPORT SOMEONE WHO HAD

12:48PM  19   WHAT APPEARED TO BE STRONG LEADERSHIP, A STRONG MISSION, AND

12:48PM  20   WHO COULD POTENTIALLY SET AN EXAMPLE FOR OTHER WOMEN TO GET

12:48PM  21   EXCITED ABOUT SCIENCE AND ENGINEERING.

12:48PM  22        IT SEEMED LIKE A COMPANY THAT I WANTED TO BE APART OF AND

12:48PM  23   TO HELP BUILD AND GROW.

12:48PM  24   Q.   AT THE CONCLUSION OF THE APPLICATION PROCESS, WERE YOU

12:48PM  25   OFFERED A POSITION AT THERANOS?

CHEUNG DIRECT BY MR. BOSTIC

| | | |
|---|---|---|
| 12:48PM | 1 | A.  YES. |
| 12:48PM | 2 | Q.  AND DID YOU ACCEPT? |
| 12:48PM | 3 | A.  YES. |
| 12:48PM | 4 | Q.  AND FOR THE REASONS THAT WE JUST DISCUSSED? |
| 12:48PM | 5 | A.  YES. |
| 12:48PM | 6 | Q.  WHEN YOU STARTED AT THE COMPANY, DID YOU SIGN A |
| 12:48PM | 7 | NONDISCLOSURE AGREEMENT? |
| 12:48PM | 8 | A.  YES. |
| 12:48PM | 9 | Q.  DURING THE EARLY DAYS OF YOUR EMPLOYMENT WITH THE COMPANY, |
| 12:48PM | 10 | DID YOU GET A SENSE OF WHETHER INFORMATION WAS RESTRICTED AT |
| 12:48PM | 11 | THE COMPANY?  IN OTHER WORDS, WHETHER THERE WAS INFORMATION |
| 12:48PM | 12 | THAT YOU WERE LEARNING THAT COULD NOT BE SHARED OUTSIDE OF THE |
| 12:48PM | 13 | COMPANY? |
| 12:48PM | 14 | A.  YES. |
| 12:48PM | 15 | Q.  AND HOW DID YOU GET THAT SENSE? |
| 12:48PM | 16 | A.  WHEN WE DID OUR ENTRY INTERVIEW INTO THE COMPANY, WE SAT |
| 12:48PM | 17 | DOWN WITH CHRISTIAN HOLMES, WHO WAS ONE OF THE PROJECT MANAGERS |
| 12:49PM | 18 | OF THE COMPANY, AND HE ESSENTIALLY TOLD US THAT SECRECY WAS |
| 12:49PM | 19 | VERY IMPORTANT BECAUSE WE NEEDED TO GUARD INFORMATION TO ENSURE |
| 12:49PM | 20 | THAT COMPETITORS WOULD NOT FIGURE OUT WHAT WE WERE DOING WITHIN |
| 12:49PM | 21 | THE COMPANY AND THAT WE COULDN'T PUT -- SAY THAT WE WORKED AT |
| 12:49PM | 22 | THERANOS ON OUR LINKEDIN PROFILES OR HAVE VERY DESCRIPTIVE |
| 12:49PM | 23 | INDICATIONS ABOUT WHAT OUR ROLES AND RESPONSIBILITIES WERE, AND |
| 12:49PM | 24 | IT WAS VERY IMPORTANT FOR US TO KEEP INFORMATION ABOUT WHAT WE |
| 12:49PM | 25 | WERE DOING IN THE COMPANY INTERNAL. |

CHEUNG DIRECT BY MR. BOSTIC                                              796

```
12:49PM   1        SO IT WAS VERY CLEAR FROM THE VERY BEGINNING WORKING THERE
12:49PM   2   THE FIRST DAY ON THE JOB THAT WE NEEDED TO KEEP INFORMATION
12:49PM   3   CONFIDENTIAL AND SECRET AND THAT IT WAS MEANT FOR SORT OF
12:49PM   4   INTERNAL VIEWING.
12:49PM   5   Q.   REMIND ME OR REPEAT, WHAT WAS CHRISTIAN HOLMES'S TITLE AT
12:49PM   6   THE COMPANY AGAIN?
12:49PM   7   A.   CHRISTIAN HOLMES'S TITLE, HE WAS ONE OF THE LEAD PROJECT
12:49PM   8   MANAGERS.
12:49PM   9   Q.   IN ADDITION TO THAT WAS HE ALSO ELIZABETH HOLMES'S
12:50PM  10   BROTHER?
12:50PM  11   A.   YES.
12:50PM  12   Q.   NOW THAT YOU WERE EMPLOYED AT THE COMPANY, DID YOU DEVELOP
12:50PM  13   A SENSE OF WHAT BUSINESS THE COMPANY WAS IN?  WHAT THE COMPANY
12:50PM  14   DID?
12:50PM  15   A.   YES.
12:50PM  16   Q.   AND HOW WOULD YOU DESCRIBE THAT AT A HIGH LEVEL?
12:50PM  17   A.   SO AT A HIGH LEVEL THERANOS WAS CREATING A NEW TYPE OF
12:50PM  18   MEDICAL DEVICE WHERE ESSENTIALLY INSTEAD OF RUNNING VENOUS DRAW
12:50PM  19   BLOOD SAMPLES THEY WERE RUNNING A FINGERSTICK.
12:50PM  20        YOU WOULD TAKE THIS FINGERSTICK SAMPLE AND PUT IT INTO A
12:50PM  21   TESTING KIT, AND STICK IT INTO A MACHINE, AND THEN IT WOULD
12:50PM  22   GIVE YOU ALL OF THE RESULTS THAT YOU WOULD NEED FOR YOUR LAB
12:50PM  23   DIAGNOSTICS THAT AT THAT POINT A DOCTOR WOULD TYPICALLY ORDER.
12:50PM  24        SO IT WAS A PATIENT PROCESSING COMPANY IN ADDITION TO AN
12:50PM  25   INNOVATIVE MEDICAL DEVICE COMPANY.
```

CHEUNG DIRECT BY MR. BOSTIC

12:50PM   1    Q.   BASED ON YOUR UNDERSTANDING AT THE TIME, DID THERANOS HAVE

12:50PM   2    ANY COMPETITORS IN THE BLOOD TESTING FIELD?

12:50PM   3    A.   THEY DID, YES.

12:51PM   4    Q.   WHO WERE THE CHIEF COMPETITORS IF YOU HAVE A SENSE?

12:51PM   5    A.   THE CHIEF COMPETITORS WERE LAB CORP. AND

12:51PM   6    QUEST DIAGNOSTICS.

12:51PM   7    Q.   AND WAS THERE ANYTHING ABOUT THERANOS THAT SET THAT

12:51PM   8    COMPANY APART FROM THOSE TWO COMPETITORS THAT YOU MENTIONED?

12:51PM   9    A.   YES.

12:51PM   10   Q.   AND WHAT WAS THAT?

12:51PM   11   A.   SO THE BIGGEST THING THAT SET THERANOS APART WAS

12:51PM   12   EVENTUALLY THE GOAL OF THERANOS WAS THE FACT THAT THESE DEVICES

12:51PM   13   WOULD BE SET UP IN PHARMACIES ACROSS THE U.S., SO IN WALGREENS.

12:51PM   14   SO INSTEAD OF HAVING YOUR BLOOD TUBES SORT OF SENT TO A

12:51PM   15   CENTRALIZED LABORATORY FACILITY LIKE LAB CORP.,

12:51PM   16   QUEST DIAGNOSTICS, IT COULD BE RUN ONSITE.  SO IT COULD BE RUN

12:51PM   17   AT THE WALGREENS LOCATION AND HAVING A MORE SORT OF

12:51PM   18   DECENTRALIZED WAY OF TESTING PEOPLE WAS SOMETHING THAT YOU

12:51PM   19   HADN'T QUITE SEEN YET.

12:51PM   20   Q.   YOU MENTIONED A MINUTE AGO THE METHOD OF DRAWING BLOOD

12:51PM   21   FROM A FINGERSTICK AS WELL?

12:51PM   22   A.   YES.

12:51PM   23   Q.   AND WAS THAT SOMETHING THAT WAS RELATIVELY UNIQUE TO

12:52PM   24   THERANOS AS COMPARED TO THE COMPETITOR COMPANIES THAT YOU

12:52PM   25   MENTIONED?

CHEUNG DIRECT BY MR. BOSTIC                                      798

| | | |
|---|---|---|
| 12:52PM | 1 | A.   YES. |

12:52PM   2    Q.   YOU SAID THAT YOUR INITIAL PLACEMENT AT THE COMPANY WAS IN

12:52PM   3    THE RESEARCH AND DEVELOPMENT LAB; IS THAT CORRECT?

12:52PM   4    A.   THAT IS CORRECT.

12:52PM   5    Q.   AND JUST ONE MORE TIME, WHAT WAS YOUR JOB TITLE THERE?

12:52PM   6    A.   I WAS A LAB ASSOCIATE.

12:52PM   7    Q.   WHEN YOU JOINED THE COMPANY, WAS THERANOS ALREADY OFFERING

12:52PM   8    BLOOD TESTING SERVICES TO THE PUBLIC?

12:52PM   9    A.   YES.

12:52PM   10   Q.   AND THIS WOULD HAVE BEEN IN OCTOBER 2013 YOU SAID?

12:52PM   11   A.   YES.

12:52PM   12   Q.   AND WHAT DEPARTMENT OR GROUP IN THERANOS HANDLED PATIENT

12:52PM   13   BLOOD TESTING?

12:52PM   14   A.   IN OCTOBER OF 2013 IT WAS THE RESEARCH AND DEVELOPMENT

12:52PM   15   DEPARTMENT FOR FINGERSTICK SAMPLES.

12:52PM   16   Q.   WAS THERE ALSO A CLINICAL LAB OPERATING AT THAT TIME?

12:52PM   17   A.   YES.

12:52PM   18   Q.   AND DID THE CLINICAL LAB ALSO HAVE A ROLE IN CONDUCTING

12:52PM   19   PATIENT TESTING?

12:52PM   20   A.   YES.

12:52PM   21   Q.   CAN YOU EXPLAIN AGAIN IN GENERAL TERMS THE DIFFERENCE

12:52PM   22   BETWEEN THE RESEARCH AND DEVELOPMENT DEPARTMENT VERSUS THE

12:53PM   23   CLINICAL LABORATORY DEPARTMENT AT THERANOS?

12:53PM   24   A.   JUST TO MAKE SURE I UNDERSTAND THE QUESTION.  EXPLAIN THE

12:53PM   25   DIFFERENCES BETWEEN THE RESEARCH AND DEVELOPMENT LAB AND THE

CHEUNG DIRECT BY MR. BOSTIC                                          799

12:53PM  1      CLINICAL LAB?

12:53PM  2      Q.   EXACTLY.

12:53PM  3      A.   SO IN THE RESEARCH AND DEVELOPMENT LAB, THAT WAS THE

12:53PM  4      CREATION OF ALL OF THE DIFFERENT BLOOD TESTS.

12:53PM  5           SO THE RESEARCH AND DEVELOPMENT LAB WAS THE LABORATORY

12:53PM  6      WHERE WE WERE DEVELOPING ALL OF THE TESTS THAT WE WERE GOING TO

12:53PM  7      RUN ON FINGERSTICK SAMPLES.  AND SO THE DEVELOPMENT HAPPENED

12:53PM  8      THERE IN ADDITION TO THE VALIDATION TO MAKE SURE ARE THESE

12:53PM  9      ACCURATE TESTS?  DO THEY OPERATE RELIABLY?  AND, YOU KNOW, THIS

12:53PM  10     WAS THE PLACE WHERE ALL OF THE NEW TESTS THAT WE HADN'T

12:53PM  11     DEVELOPED YET WERE ONGOING AND WORKING.

12:53PM  12          AND THEN IN THE CLINICAL LAB, THE CLINICAL LAB IS WHERE

12:53PM  13     YOU ACTIVELY PROCESS PATIENT SAMPLES.  SO WHEN A DOCTOR HAS A

12:54PM  14     REQUEST, IT GETS SENT TO THE CLINICAL LAB, AND WE FIGURE OUT IN

12:54PM  15     THE CLINICAL LAB HOW TO RUN THAT PATIENT SAMPLE.

12:54PM  16          SO THAT'S THE DIFFERENCE.

12:54PM  17     Q.   SO A GIVEN TEST WOULD BEGIN IN THE RESEARCH AND

12:54PM  18     DEVELOPMENT SECTION OR LAB, AND THEN ONCE IT WAS READY IT WOULD

12:54PM  19     BE MOVED INTO THE CLINICAL LAB FOR PATIENT TESTING?

12:54PM  20     A.   YES.

12:54PM  21     Q.   AND YOU WORKED IN BOTH OF THESE LABS AT THERANOS; CORRECT?

12:54PM  22     A.   YES.

12:54PM  23     Q.   AND DURING YOUR TIME AT THE COMPANY, DID YOU BECOME

12:54PM  24     GENERALLY FAMILIAR WITH WHAT KINDS OF TESTS THERANOS WAS

12:54PM  25     CONDUCTING?

CHEUNG DIRECT BY MR. BOSTIC                                    800

12:54PM  1    A.   YES.

12:54PM  2    Q.   HOW ABOUT THE DEVICES USED BY THE COMPANY.  AS PART OF

12:54PM  3    YOUR ROLE DID YOU BECOME FAMILIAR WITH THE KINDS OF ANALYZERS

12:54PM  4    THAT THERANOS WAS USING TO TEST PATIENT BLOOD SAMPLES?

12:54PM  5    A.   YES.

12:54PM  6    Q.   AND DID THERANOS MANUFACTURE SOME BLOOD ANALYZERS?

12:54PM  7    A.   YES, THEY DID.

12:54PM  8    Q.   WHAT WERE THOSE?

12:55PM  9    A.   THE DEVICES THAT THERANOS MANUFACTURED WERE THE EDISON,

12:55PM 10    THE EDISON DEVICES.

12:55PM 11    Q.   AND WERE THERE DIFFERENT VERSIONS OF THE EDISON DEVICES?

12:55PM 12    A.   YES.  SO THERE WAS THE EDISON 3.0'S AND THE EDISON 3.5'S.

12:55PM 13    Q.   AND WERE THOSE TWO DIFFERENT VERSIONS OF THE SAME BASIC

12:55PM 14    DEVICE?

12:55PM 15    A.   YES.

12:55PM 16    Q.   AND THERE'S A BINDER ON THE DESK IN FRONT OF YOU.  IF I

12:55PM 17    COULD ASK YOU TO OPEN THAT AND TURN TO A TAB LABELLED

12:55PM 18    EXHIBIT 5388.

12:55PM 19         LET ME KNOW WHEN YOU'RE THERE.

12:55PM 20    A.   IS IT IN THE FRONT OF 5388 OR THE BACK?

12:55PM 21    Q.   IT SHOULD BE IN THE BACK.  I THINK IT'S THE SECOND TO THE

12:55PM 22    LAST TAB IN THE BINDER.

12:55PM 23    A.   YES.

12:55PM 24    Q.   AND YOU SHOULD BE LOOKING AT AN IMAGE.

12:55PM 25    A.   YES.

CHEUNG DIRECT BY MR. BOSTIC                                    801

```
12:55PM   1    Q.   AND DO YOU RECOGNIZE WHAT IS DEPICTED IN THAT IMAGE?

12:55PM   2    A.   YES.

12:56PM   3    Q.   AND WHAT IS IT?

12:56PM   4    A.   THAT'S THE EDISON DEVICE.

12:56PM   5    Q.   AND IS THIS A TRUE AND CORRECT IMAGE OF THE EDISON DEVICE?

12:56PM   6    A.   YES.

12:56PM   7         MR. BOSTIC:  YOUR HONOR, I WOULD MOVE EXHIBIT 5388

12:56PM   8    INTO EVIDENCE AT THIS TIME.

12:56PM   9         MR. WADE:  NO OBJECTION.

12:56PM  10         THE COURT:  IT'S RECEIVED AND MAY BE PUBLISHED.

12:56PM  11     (GOVERNMENT'S EXHIBIT 5388 WAS RECEIVED IN EVIDENCE.)

12:56PM  12         MR. BOSTIC:  LET'S GET THAT UP ON THE SCREEN,

12:56PM  13    MS. HOLLIMAN.

12:56PM  14         OKAY.

12:56PM  15    Q.   MS. CHEUNG, DO YOU NOW SEE ON THE SCREEN IN FRONT OF YOU

12:56PM  16    THE IMAGE THAT WE WERE TALKING ABOUT?

12:56PM  17    A.   YES.

12:56PM  18    Q.   AND YOU SAID THIS WAS THE EDISON.  WHAT DOES THIS LOOK

12:56PM  19    LIKE IN PERSON?  CAN YOU EXPLAIN, FOR EXAMPLE, HOW BIG IT WAS?

12:56PM  20    A.   IT WAS ABOUT THE SIZE OF A, LIKE, DESKTOP COMPUTER, MAYBE

12:56PM  21    SLIGHTLY BIGGER.

12:56PM  22    Q.   AND THE SCREEN IN FRONT, IS THAT A TOUCH SCREEN?

12:56PM  23    A.   YES.

12:56PM  24    Q.   DURING YOUR TIME AT THE COMPANY, DID YOU BECOME FAMILIAR

12:56PM  25    WITH THE USE OF THE EDISON ANALYZER?
```

CHEUNG DIRECT BY MR. BOSTIC                                    802

12:56PM   1    A.   YES.

12:56PM   2    Q.   AND CAN YOU DESCRIBE WHAT THE STEPS WERE INVOLVED IN

12:57PM   3    RUNNING A SAMPLE ON THE EDISON?

12:57PM   4    A.   YES.  SO WHEN A PATIENT WOULD GET THEIR BLOOD COLLECTED,

12:57PM   5    IT WOULD BE IN A CONTAINER CALLED A NANOTAINER.

12:57PM   6         THAT NANOTAINER WOULD BE TAKEN TO THE LABORATORY WHERE WE

12:57PM   7    WOULD BASICALLY SORT WHO GOT ACCESS TO THE BLOOD SAMPLE FIRST.

12:57PM   8         AND THEN ONCE WE WOULD GET THE BLOOD SAMPLE, WE WOULD RUN

12:57PM   9    IT THROUGH SOMETHING CALLED A TECAN, AND THEN PUT THIS BLOOD

12:57PM  10    SAMPLE INTO A CARTRIDGE.

12:57PM  11         AND THAT CARTRIDGE WOULD THEN BE PUT INTO THIS DEVICE.

12:57PM  12    AND WE WOULD SCAN A BAR CODE, AND WE WOULD HIT START IF IT WAS

12:57PM  13    THE ACCURATE TEST, MAKING SURE YOU CHECK.

12:57PM  14         AND THEN ONCE WE CONFIRMED IT WAS THE ACCURATE TEST, WE

12:57PM  15    WOULD START IT, AND IT WOULD RUN.

12:57PM  16         AND EVENTUALLY THE RESULTS WOULD COME THROUGH A BACK-END

12:57PM  17    SYSTEM CALLED ALCHEMIST, IT'S A-L-C-H-E-M-I-S-T.

12:58PM  18         AND FROM THERE WE WOULD GET THE PATIENT RESULTS.

12:58PM  19         AND THAT'S HOW WE USE THE EDISON DEVICES.

12:58PM  20    Q.   I JUST WANT TO FOLLOW UP ON ONE STEP YOU MENTIONED.  YOU

12:58PM  21    MENTIONED I THINK A DEVICE CALLED THE TECAN; IS THAT CORRECT?

12:58PM  22    A.   YES.

12:58PM  23    Q.   AND IS THAT T-E-C-A-N?

12:58PM  24    A.   YES.

12:58PM  25    Q.   AND WHAT DID THE TECAN DO IN THIS PROCESS?

CHEUNG DIRECT BY MR. BOSTIC                                            803

```
12:58PM   1    A.   SO THE TECAN WAS A LIQUID HANDLING DEVICE.  ESSENTIALLY

12:58PM   2    WHAT IT DOES IS THAT IT'S ABLE TO DISPENSE AND DISPENSE VERY

12:58PM   3    SMALL QUANTITIES OF LIQUID INTO VERY SPECIFIC LOCATIONS.  SO

12:58PM   4    IT'S A ROBOTIC SYSTEM.

12:58PM   5         YEAH, IT'S ROBOTICS LIQUID HANDLING DEVICE.

12:58PM   6    Q.   AND DID THE TECAN ADD TO OR TAKE ANYTHING AWAY FROM THE

12:58PM   7    BLOOD SAMPLE?

12:58PM   8    A.   IT WOULD DILUTE THE BLOOD SAMPLE.

12:58PM   9    Q.   SO, IN OTHER WORDS, IT WOULD ADD A LIQUID TO THE BLOOD

12:59PM  10    SAMPLE?

12:59PM  11    A.   YES.

12:59PM  12    Q.   AND WHAT LIQUID WAS USED TO DILUTE THE BLOOD SAMPLES?

12:59PM  13    A.   TYPICALLY IT WOULD BE SOME SORT OF REAGENT.  IT WOULD BE

12:59PM  14    SOMETHING LIKE PBS OR PSA, DEPENDING ON WHAT TYPE OF TEST IT

12:59PM  15    WAS.  THERE WERE DIFFERENT DILUTION BUFFERS THAT WOULD BE USED.

12:59PM  16    Q.   AND WAS THE TECAN DEVICE, THE TECAN MACHINE MANUFACTURED

12:59PM  17    BY THERANOS?

12:59PM  18    A.   NO.

12:59PM  19    Q.   WAS IT SOMETHING THAT HAD BEEN INVENTED BY OR DEVELOPED BY

12:59PM  20    THERANOS?

12:59PM  21    A.   NO.

12:59PM  22    Q.   AND WHAT DID IT LOOK LIKE, THE TECAN DEVICE?

12:59PM  23    A.   IT'S A VERY LARGE DEVICE.  IT'S PROBABLY, IF YOU FLIPPED A

12:59PM  24    REFRIGERATOR ON ITS SIDE IT WOULD BE ABOUT THAT SIZE, AND IT

12:59PM  25    HAS KIND OF LIKE A TABLETOP WHERE YOU CAN SORT OF SET UP
```

CHEUNG DIRECT BY MR. BOSTIC                                                                 804

12:59PM   1    DIFFERENT SETUPS IN ORDER TO TELL THE ROBOTIC SYSTEM WHERE TO

12:59PM   2    PLACE THE LIQUID OR WHERE TO TAKE LIQUID FROM, OR WHAT TO PUT

12:59PM   3    IT INTO.

12:59PM   4        SO IT'S A PRETTY LARGE TABLETOP ROBOTICS DEVICE, YEAH.

01:00PM   5    Q.   THE EDISON ANALYZER, COULD IT RUN DIFFERENT TYPES OF

01:00PM   6    TESTS -- WELL, LET ME ASK A DIFFERENT QUESTION.

01:00PM   7        IN YOUR EXPERIENCE USING THE EDISON ANALYZER, WAS IT USED

01:00PM   8    TO RUN MULTIPLE TYPES OF TESTS ON THE SAME SAMPLE AT ONE TIME?

01:00PM   9    A.   THE EDISON DEVICE COULD ONLY RUN ONE TYPE OF TEST FOR ONE

01:00PM  10    PATIENT AT A GIVEN TIME.

01:00PM  11    Q.   IN OTHER WORDS, ONE DEVICE COULD ONLY RUN ONE TYPE OF

01:00PM  12    SAMPLE ON ONE DEVICE AT ONE TIME?

01:00PM  13    A.   YES.

01:00PM  14    Q.   WERE THERE OTHER BLOOD ANALYZERS THAT THERANOS

01:00PM  15    MANUFACTURED IN HOUSE?

01:00PM  16    A.   THERE WAS ONE OTHER THAT THERANOS DEVELOPED, YEAH.

01:00PM  17    Q.   SO LET ME ASK A BETTER QUESTION, WHICH IS DURING YOUR TIME

01:01PM  18    AT THE COMPANY, WERE THERE ANY OTHER THERANOS MANUFACTURED

01:01PM  19    DEVICES THAT WERE USED FOR PATIENT SAMPLE TESTING?

01:01PM  20    A.   NO.

01:01PM  21    Q.   WERE THERE OTHER THERANOS ANALYZERS THAT WERE BEING USED

01:01PM  22    BUT NOT FOR PATIENT TESTING?

01:01PM  23    A.   YES.

01:01PM  24    Q.   AND CAN YOU DESCRIBE WHICH OF THOSE YOU BECAME FAMILIAR

01:01PM  25    WITH?

CHEUNG DIRECT BY MR. BOSTIC

01:01PM 1    A.   SO THERE WAS ANOTHER DEVICE CALLED THE 4.0'S WHICH WAS

01:01PM 2    ESSENTIALLY A DEVICE THAT WAS MEANT TO BE ABLE TO PROCESS ALL

01:01PM 3    OF THE DIFFERENT TYPES OF TESTS THAT WE RUN WITH DIFFERENT

01:01PM 4    TYPES OF METHODOLOGY.

01:01PM 5         YOU KNOW, ONE WOULD BE A CHEMISTRY METHODOLOGY, AND AN

01:01PM 6    IMMUNOCHEMISTRY METHODOLOGY, MICROBIOLOGY.  SO IT WAS SUPPOSED

01:01PM 7    TO BE THIS AGGREGATIVE DEVICE, AND THAT WAS THE 4.0.

01:01PM 8    Q.   AND YOU SAID "SUPPOSED TO BE."  WHY ARE YOU USING THAT

01:01PM 9    TERM INSTEAD OF JUST SAYING WHAT THE DEVICE COULD DO?

01:01PM 10   A.   IT WAS STILL IN DEVELOPMENT WHILE I WAS THERE.  IT DIDN'T

01:01PM 11   HAVE THAT CAPACITY WHILE I WAS WORKING FOR THE COMPANY.

01:01PM 12   Q.   YOU SAID THAT THAT DEVICE -- AND DID YOU CALL IT THE 4.0?

01:02PM 13   A.   YES.

01:02PM 14   Q.   AND YOU SAID THAT THAT DEVICE WAS SUPPOSED TO BE ABLE TO

01:02PM 15   DO ALL OF THE KINDS OF TESTS THAT THERANOS OFFERED; IS THAT

01:02PM 16   CORRECT?

01:02PM 17   A.   YES.

01:02PM 18   Q.   WOULD THAT MAKE IT DIFFERENT FROM THE EDISON DEVICE?

01:02PM 19   A.   YES.

01:02PM 20   Q.   AND HOW SO?

01:02PM 21   A.   THE EDISON DEVICES COULD ONLY RUN ABOUT 12 DIFFERENT TYPES

01:02PM 22   OF TESTS, AND THEY WERE IMMUNO ASSAYS, SO THEY WERE

01:02PM 23   IMMUNOCHEMISTRY TESTS.  ANOTHER TERM FOR THEM IS AN ELISA, SO

01:02PM 24   IT'S E-L-I-S-A.

01:02PM 25   Q.   AND THAT WAS JUST A SUBSET OF THE TOTAL SET OF TESTS THAT

CHEUNG DIRECT BY MR. BOSTIC                                          806

01:02PM   1    THERANOS WAS OFFERING AT THE TIME?

01:02PM   2    A.   YES.

01:02PM   3    Q.   I THINK YOU JUST ANSWERED THIS QUESTION AS WELL, BUT JUST

01:02PM   4    TO BE CLEAR, DURING YOUR TIME AT THERANOS, DID THERANOS RUN

01:02PM   5    PATIENT BLOOD TESTS ONLY ON THE EDISON, THE THERANOS BUILT

01:03PM   6    ANALYZER?

01:03PM   7    A.   NO.

01:03PM   8    Q.   DID IT USE OTHER TYPES OF DEVICES FOR PATIENT BLOOD SAMPLE

01:03PM   9    TESTING?

01:03PM   10   A.   YES.

01:03PM   11   Q.   WHAT WERE THE OTHER TYPES OF DEVICES THAT THERANOS USED

01:03PM   12   FOR PATIENT SAMPLE TESTING?

01:03PM   13   A.   SO THERANOS HAD UTILIZED OTHER FDA APPROVED MACHINES THAT

01:03PM   14   THEY HAD MODIFIED IN ORDER TO BE ABLE TO HANDLE THE SMALL BLOOD

01:03PM   15   SAMPLES THAT WE HAD.

01:03PM   16        SO ONE OF THEM FOR CHEMISTRY SAMPLES WAS CALLED THE

01:03PM   17   SIEMENS ADVIA, AND THAT'S A NORMAL FDA APPROVED MACHINE THAT

01:03PM   18   YOU WOULD FIND IN HOSPITALS AND YOU CAN BUY OFF THE SHELF.

01:03PM   19        ANOTHER ONE FOR ALL OF THE HEMATOLOGY SAMPLES WE WOULD USE

01:03PM   20   A MACHINE CALLED THE BSD FORTESSA, IT'S A FLOW CYTOMETER, AND

01:03PM   21   THAT WAS ANOTHER DEVICE THAT WE USED IN ORDER TO RUN ALL OF THE

01:04PM   22   CYTOLOGY OR HEMATOLOGY SAMPLES.

01:04PM   23   Q.   THE DEVICES THAT YOU'RE TALKING ABOUT RIGHT NOW, WERE

01:04PM   24   THOSE DEVICES MANUFACTURED OR DEVELOPED BY THERANOS?

01:04PM   25   A.   NO.

CHEUNG DIRECT BY MR. BOSTIC

01:04PM  1    Q.   WERE THEY INSTEAD DEVELOPED AND SOLD BY THIRD PARTY

01:04PM  2    COMPANIES?

01:04PM  3    A.   YES.

01:04PM  4    Q.   IN THE BINDER IN FRONT OF YOU, CAN I ASK YOU TO TURN TO

01:04PM  5    EXHIBIT 5389.  THAT SHOULD BE JUST THE NEXT ONE IN ORDER.

01:04PM  6         YOU SHOULD SEE AN IMAGE THERE.

01:04PM  7    A.   YES.

01:04PM  8    Q.   AND DO YOU RECOGNIZE WHAT IS DEPICTED IN THAT IMAGE?

01:04PM  9    A.   YES.  THIS IS THE SIEMENS ADVIA.

01:04PM  10   Q.   IS THE IMAGE MARKED AS EXHIBIT 5389 A TRUE AND CORRECT

01:04PM  11   DEPICTION OF THAT DEVICE BASED ON YOUR EXPERIENCE?

01:04PM  12   A.   YES.

01:04PM  13        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT WOULD MOVE

01:04PM  14   TO ADMIT EXHIBIT 5389 AT THIS TIME.

01:04PM  15        MR. WADE:  NO OBJECTION, YOUR HONOR.

01:04PM  16        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:04PM  17   (GOVERNMENT'S EXHIBIT 5389 WAS RECEIVED IN EVIDENCE.)

01:04PM  18   BY MR. BOSTIC:

01:04PM  19   Q.   MS. CHEUNG, ARE WE NOW LOOKING AT THE SIEMENS ADVIA

01:05PM  20   ANALYZER?

01:05PM  21   A.   YES.

01:05PM  22   Q.   AND WHAT DID THIS LOOK LIKE IN PERSON?

01:05PM  23   A.   THIS DEVICE, IT'S LARGER.  IT'S ABOUT THE SIZE OF -- IT

01:05PM  24   WOULD BE LIKE THE SIZE OF A WASHER AND DRYER IF YOU PUT IT

01:05PM  25   TOGETHER, SO IT WAS QUITE LARGE.  YOU COULD FIT PROBABLY TWO TO

CHEUNG DIRECT BY MR. BOSTIC                                    808

01:05PM 1    THREE PEOPLE IN FRONT OF IT.

01:05PM 2        AND YOU OPEN THIS CASING AND ESSENTIALLY IT WILL HAVE A

01:05PM 3    PLACE WHERE YOU CAN PUT ALL OF THE VENOUS TUBES, THE BLOOD

01:05PM 4    TUBES FOR VENOUS DRAWS IN THERE WITH DIFFERENT BAR CODES SO YOU

01:05PM 5    CAN SCAN IT AND ACTUALLY PROCESS THE PATIENT SAMPLES.

01:05PM 6    Q.   THIS DEVICE WAS MANY TIMES LARGER THAN THE EDISON

01:05PM 7    ANALYZER; CORRECT?

01:05PM 8    A.   YES.

01:05PM 9    Q.   YOU SAID THAT THE EDISON ANALYZER COULD ONLY RUN ONE TYPE

01:05PM 10   OF ASSAY OR ONE TYPE OF TEST ON ONE PATIENT SAMPLE AT A TIME;

01:05PM 11   IS THAT RIGHT?

01:05PM 12   A.   CAN YOU REPEAT THAT.

01:05PM 13   Q.   I THINK YOU SAID THAT THE EDISON ANALYZER COULD ONLY RUN

01:06PM 14   ONE TYPE OF TEST ON ONE PATIENT SAMPLE AT A TIME; IS THAT

01:06PM 15   CORRECT?

01:06PM 16   A.   YES.

01:06PM 17   Q.   AND WAS THAT TRUE FOR THE SIEMENS ADVIA AS WELL?

01:06PM 18   A.   NO.

01:06PM 19   Q.   AND HOW WAS IT DIFFERENT?

01:06PM 20   A.   SO THE SIEMENS ADVIA WAS DIFFERENT BECAUSE YOU COULD

01:06PM 21   ESSENTIALLY PLACE THE VENOUS TUBE IN THERE AND SCAN THE BAR

01:06PM 22   CODE, AND IT WOULD BE ABLE TO DETERMINE, YOU KNOW, MAYBE A

01:06PM 23   BLOOD SAMPLE HAS NUMEROUS TYPES OF CHEMISTRY TESTS THAT IT

01:06PM 24   NEEDS TO RUN, AND IT WOULD RUN THEM IN CONJUNCTION WITH ONE

01:06PM 25   ANOTHER.  AND IT WOULD RUN BASICALLY MULTIPLE TESTS, MULTIPLE

CHEUNG DIRECT BY MR. BOSTIC                                      809

01:06PM   1    DIFFERENT TYPES OF TESTS ON MULTIPLE DIFFERENT SAMPLES.

01:06PM   2         THERE WOULD BE SOME SORT OF CAP, LIKE MAY BE 30 PATIENTS,

01:06PM   3    LET'S SAY 30 TO 40 PATIENTS.

01:06PM   4         YEAH, YOU COULD RUN MULTIPLE PATIENTS, MULTIPLE DIFFERENT

01:06PM   5    TYPES OF TESTS WITHIN A GIVEN, WHAT WE WOULD CALL A RUN.

01:06PM   6         SO ONCE YOU FILL UP ALL OF THE SLOTS FOR ALL OF THE VENOUS

01:06PM   7    TUBES AND ALL OF THE SLOTS FOR ALL OF THE TESTING, THEN YOU

01:07PM   8    COULD START IT AND HAVE IT GO TO COMPLETION TO RUN ALL OF THE

01:07PM   9    PATIENTS IN DIFFERENT TYPES OF TESTS.

01:07PM   10   Q.   THE SIEMENS ADVIA ANALYZER, THE WAY IT COMES FROM THE

01:07PM   11   FACTORY, IS IT CAPABLE OF PROCESSING A SMALL FINGERSTICK BLOOD

01:07PM   12   SAMPLES AS FAR AS YOU KNOW?

01:07PM   13   A.   NO.

01:07PM   14   Q.   DID THERANOS MAKE CHANGES TO ITS SIEMENS ADVIA TO ALLOW

01:07PM   15   THEM TO RUN SMALL FINGERSTICK SAMPLES?

01:07PM   16   A.   YES.

01:07PM   17   Q.   AND WHAT WERE THOSE CHANGES GENERALLY SPEAKING?

01:07PM   18   A.   SO INSTEAD OF -- WHERE THE PATIENT PROCESSING HAPPENS ARE

01:07PM   19   IN THESE LITTLE CUPS, AND THEY'RE CALLED J-CUPS, AND THAT'S

01:07PM   20   WHAT SIEMENS ENDS UP SELLING TO YOU IN ORDER TO DO THE

01:07PM   21   PROCESSING.

01:07PM   22         BUT THERANOS HAD 3D PRINTED THESE THINGS CALLED T-CUPS, SO

01:07PM   23   THEY WERE SHORTER, AND WOULD PLACE THE T-CUPS BASICALLY INSIDE

01:07PM   24   OF THE SIEMENS ADVIA IN ORDER TO RUN THE FINGERSTICK SAMPLES

01:08PM   25   THAT HAD THESE SMALLER VOLUMES OF BLOOD.

CHEUNG DIRECT BY MR. BOSTIC                                        810

01:08PM  1    Q.   AND WHY WAS THE DIFFERENT CUP NECESSARY?

01:08PM  2    A.   BECAUSE IT WAS -- THE MACHINE WASN'T BUILT TO BE ABLE TO

01:08PM  3    DO THE PROCESSING ON THAT SMALL OF A VOLUME THAT WE HAD

01:08PM  4    COLLECTED UTILIZING THE SORT OF NANOTAINERS AND FINGERSTICK

01:08PM  5    COLLECTION.

01:08PM  6    Q.   FOR A SAMPLE TO BE RUN -- LET ME START AGAIN.

01:08PM  7         FOR A FINGERSTICK SAMPLE TO BE RUN ON THE SIEMENS ADVIA,

01:08PM  8    DOES IT NEED TO FIRST BE DILUTED ON THE TECAN DEVICE AS WELL?

01:08PM  9    A.   YES.

01:08PM  10   Q.   FOR A FINGERSTICK SAMPLE TO BE RUN ON A SIEMENS ADVIA, DID

01:08PM  11   IT FIRST HAVE TO BE DILUTED USING THE TECAN DEVICE, T-E-C-A-N?

01:08PM  12   A.   YES.

01:08PM  13   Q.   AND SIMILAR TO RUNNING A SAMPLE ON THE EDISON ANALYZER?

01:09PM  14   A.   YES.

01:09PM  15   Q.   AND CAN I ASK YOU TO TURN IN YOUR BINDER TO EXHIBIT 3741.

01:09PM  16   I'LL ASK YOU TO LOOK AT THE FIRST SEVEN PAGES OF THIS EXHIBIT,

01:09PM  17   PLEASE.

01:09PM  18        HAVE YOU PREVIOUSLY HAD A CHANCE TO REVIEW THIS DOCUMENT

01:09PM  19   IN DETAIL?

01:09PM  20   A.   YES.

01:09PM  21   Q.   AND DO YOU RECOGNIZE THIS DOCUMENT?

01:09PM  22   A.   YES.

01:09PM  23   Q.   WHAT IS IT?

01:09PM  24   A.   THIS IS THERANOS'S TESTING MENU.

01:09PM  25   Q.   AND IS THIS REPRESENTATIVE OF THE TESTING MENU

CHEUNG DIRECT BY MR. BOSTIC

01:09PM  1    APPROXIMATELY DURING THE TIME THAT YOU WORKED AT THE COMPANY?

01:09PM  2    A.   YES.

01:09PM  3              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:09PM  4    ADMIT EXHIBIT 3741 AT THIS TIME -- OR SORRY.  THE GOVERNMENT

01:09PM  5    MOVES TO ADMIT PAGES 1 THROUGH 7 OF EXHIBIT 3741, AND WE'LL

01:09PM  6    MARK THAT AS EXHIBIT 3741A IF WE CAN.

01:10PM  7              MR. WADE:  YOUR HONOR, MAY I INQUIRE OF THE BATES

01:10PM  8    RANGE SO I'M CLEAR ON WHAT IS COMING IN.

01:10PM  9              MR. BOSTIC:  SO THIS WILL BE BATES 15286 THROUGH

01:10PM  10   15292.

01:10PM  11             MR. WADE:  NO OBJECTION, YOUR HONOR.

01:10PM  12             THE COURT:  THESE PAGES ARE ADMITTED, AND THEY MAY

01:10PM  13   BE PUBLISHED.

01:10PM  14        (GOVERNMENT'S EXHIBIT 3741, BATES PAGES 15286 THROUGH

01:10PM  15   15292, WAS RECEIVED IN EVIDENCE.)

01:10PM  16             MR. BOSTIC:  MS. HOLLIMAN, IF WE COULD PUT UP PAGE 6

01:10PM  17   OF EXHIBIT 3741.

01:10PM  18   Q.   MS. CHEUNG, ARE YOU SEEING IN FRONT OF YOU ONE OF THE

01:10PM  19   PAGES FROM WHAT YOU SAID WAS THE TEST MENU?

01:10PM  20   A.   YES.

01:10PM  21   Q.   AND I WON'T ASK YOU TO PROVIDE AN EXHAUSTIVE LIST, BUT

01:10PM  22   LOOKING AT THESE TESTS, CAN YOU GIVE US SOME EXAMPLES OF SOME

01:10PM  23   TESTS THAT THE EDISON ANALYZER COULD DO?

01:10PM  24   A.   SOME EXAMPLES OF THE TESTS THAT THE EDISON COULD DO.

01:10PM  25   Q.   YES, PLEASE.  EITHER REFERENCING THIS OR FROM YOUR MEMORY?

CHEUNG DIRECT BY MR. BOSTIC                                              812

01:10PM  1    A.   SO THE EDISON COULD DO -- WHILE I WAS WORKING THERE?

01:11PM  2    Q.   YES, PLEASE.

01:11PM  3    A.   THE EDISON COULD DO ABOUT MAYBE THREE TESTS ON THE

01:11PM  4    THYROID, THYROID SECTION.

01:11PM  5         WE COULD DO ABOUT TWO ON THE REPRODUCTIVE HEALTH SECTION.

01:11PM  6         AND MAYBE ONE ON THE -- YES, ONE ON THE ALPHABETICAL TEST

01:11PM  7    SECTION.

01:11PM  8    Q.   AND YOU SAID IN TOTAL THE NUMBER OF TESTS THAT THE EDISON

01:11PM  9    COULD RUN IN YOUR EXPERIENCE WAS APPROXIMATELY HOW MANY?

01:11PM 10    A.   IT WAS LIKE, DEPENDING ON THE TIME, IT WAS BETWEEN 4 TO

01:11PM 11    MAX 12.

01:11PM 12    Q.   WE HAVE ALSO BEEN TALKING ABOUT THERANOS'S USE OF MODIFIED

01:12PM 13    THIRD PARTY DEVICES.

01:12PM 14         DO YOU SEE ANY TESTS ON THIS PANEL THAT THERANOS RELIED ON

01:12PM 15    MODIFIED THIRD PARTY DEVICES TO RUN?

01:12PM 16    A.   YES.

01:12PM 17    Q.   AND WHICH ONES OF THOSE THAT STAND OUT TO YOU?

01:12PM 18    A.   THE COMMON PANELS, SO THINGS LIKE CBC, CBC WITH

01:12PM 19    DIFFERENTIAL, THE LIPID PANEL, THERE'S THE ELECTROLYTES PANEL,

01:12PM 20    THE COMPREHENSIVE METABOLIC PANEL, AND WE COULD ALSO DO -- ON

01:12PM 21    THE MODIFIED, AGAIN, JUST FOR CLARIFICATION?

01:12PM 22    Q.   JUST ON THE MODIFIED FOR NOW, UH-HUH.

01:12PM 23    A.   WE COULD DO SOME OF THE ALPHABETICAL TESTS AS WELL, THINGS

01:12PM 24    LIKE THE -- LIKE MAGNESIUM, I BELIEVE, IRON.

01:13PM 25    Q.   FAIR TO SAY THAT THE THIRD PARTY MODIFIED DEVICES COULD DO

CHEUNG DIRECT BY MR. BOSTIC                                          813

01:13PM   1    SIGNIFICANTLY MORE TYPES OF ASSAYS THAN THE THERANOS-BUILT

01:13PM   2    EDISON?

01:13PM   3    A.   YES.

01:13PM   4    Q.   AND WERE THERE SOME -- LET ME FIRST ASK, THE TEST THAT

01:13PM   5    COULD NOT BE RUN ON THE EDISON, FOR EXAMPLE, YOU LISTED SEVERAL

01:13PM   6    OF THE COMMON PANELS IN THAT LIST; IS THAT RIGHT?

01:13PM   7    A.   YES.

01:13PM   8    Q.   AND ARE THEY CALLED COMMON PANELS BECAUSE THEY'RE COMMON

01:13PM   9    AND FREQUENTLY ORDERED?

01:13PM  10    A.   YES.

01:13PM  11    Q.   LOOKING AT THE TEST MENU, WERE THERE SOME THAT COULD NOT

01:13PM  12    BE RUN ON THE EDISON OR THE THIRD PARTY MODIFIED?

01:13PM  13    A.   YES.

01:13PM  14    Q.   AND WHAT DID THERANOS DO TO RUN THOSE TESTS?

01:14PM  15    A.   SO THERANOS ARE SOME OF THESE FDA APPROVED MACHINES, SORT

01:14PM  16    OF PREDICATED MACHINES IN AN UPSTAIRS LABORATORY WHERE THEY

01:14PM  17    COULD RUN SOME VENOUS SAMPLES, SO THEY WOULD COLLECT A VENOUS

01:14PM  18    TUBE AND RUN THEM IN THE UPSTAIRS LABORATORY.

01:14PM  19        AND IF IT WAS SOMETHING THAT WE DIDN'T POSSESS IN HOUSE IN

01:14PM  20    ORDER TO PROCESS, IT WOULD BE SENT TO AN ORGANIZATION CALLED

01:14PM  21    ARUP, IT'S A-R-U-P, LABORATORIES, ALL CAPS FOR A-R-U-P, IN

01:14PM  22    ORDER TO DO THE ONES THAT WE DIDN'T HAVE IN-HOUSE CAPABILITIES

01:14PM  23    TO RUN.

01:14PM  24    Q.   SO NOW WE'RE TALKING ABOUT DEVICES THAT WERE NOT INVENTED

01:14PM  25    OR MANUFACTURED BY THERANOS; IS THAT CORRECT?

CHEUNG DIRECT BY MR. BOSTIC                                              814

01:14PM  1      A.   YES.

01:14PM  2      Q.   AND DEVICES THAT HAVE NOT BEEN CHANGED OR ALTERED BY

01:14PM  3      THERANOS IN ANY WAY?

01:14PM  4      A.   YES.

01:14PM  5      Q.   ARE THESE DEVICES THAT ANY BLOOD LAB TO YOUR KNOWLEDGE

01:14PM  6      COULD PURCHASE AND OPERATE THE SAME WAY THAT THERANOS DID?

01:15PM  7      A.   YES.

01:15PM  8      Q.   AM I UNDERSTANDING CORRECTLY THAT EVEN THOSE CATEGORIES

01:15PM  9      THAT WE'VE TALKED ABOUT, THE THERANOS'S BUILT EDISON, THE

01:15PM  10     MODIFIED THIRD PARTY DEVICES, AND THE UNMODIFIED STORE BOUGHT

01:15PM  11     THIRD PARTY DEVICES, THOSE THREE CATEGORIES WERE STILL NOT

01:15PM  12     SUFFICIENT FOR THERANOS TO BE ABLE TO CONDUCT ALL OF THE

01:15PM  13     TESTING THAT IT OFFERED?

01:15PM  14     A.   YES.

01:15PM  15     Q.   AND HOW DID IT HANDLE THE KINDS OF TESTS THAT IT COULD NOT

01:15PM  16     PERFORM IN HOUSE?

01:15PM  17     A.   IT WOULD SEND THEM OFF TO A THIRD PARTY ESSENTIALLY TO RUN

01:15PM  18     THOSE SAMPLES.

01:15PM  19     Q.   AND THAT WAS AN INDEPENDENT THIRD PARTY NOT AFFILIATED

01:15PM  20     WITH THERANOS?

01:15PM  21     A.   YES.

01:15PM  22     Q.   I'D LIKE TO TALK A LITTLE BIT ABOUT YOUR WORK IN THE

01:15PM  23     RESEARCH AND DEVELOPMENT LAB?

01:15PM  24     A.   OKAY.

01:15PM  25     Q.   WHEN YOU WERE WORKING IN R&D, DID YOU COME TO UNDERSTAND

CHEUNG DIRECT BY MR. BOSTIC                                                815

01:15PM  1    WHAT VALIDATION MEANT, THE PROCESS OF VALIDATION AT THERANOS?

01:15PM  2    A.   YES.

01:15PM  3    Q.   AND WHAT WAS VALIDATION?

01:15PM  4    A.   SO VALIDATIONS, VALIDATION IS ESSENTIALLY A SERIES OF

01:16PM  5    EXPERIMENTS THAT YOU RUN WHEN YOU DEVELOP A TYPE OF LABORATORY

01:16PM  6    TEST OR DIAGNOSTIC TEST.

01:16PM  7         SO IT WILL CHECK THINGS LIKE IS THE TEST ACCURATE?  IS IT

01:16PM  8    PRECISE?

01:16PM  9         BECAUSE WE WERE DOING FINGERSTICKS VERSUS VENOUS DRAWS, IS

01:16PM  10   THERE A DIFFERENCE BETWEEN THOSE AND HOW DO WE ACCOMMODATE FOR

01:16PM  11   THOSE DIFFERENCES?

01:16PM  12        IT WOULD CHECK THINGS LIKE THE STABILITY OF, YOU KNOW, DO

01:16PM  13   YOU RUN IT IN A DIFFERENT TYPE OF COLLECTION UNIT?  YOU KNOW,

01:16PM  14   DO YOU HAVE TO HAVE A CERTAIN TYPE OF CODING?

01:16PM  15        SO ESSENTIALLY IT'S A VERY COMPREHENSIVE SET OF

01:16PM  16   EXPERIMENTS THAT YOU RUN IN ORDER TO MAKE SURE THAT THE NEW

01:16PM  17   TEST THAT YOU'RE DEVELOPING IS, IS UP TO A QUALITY THAT IS

01:16PM  18   APPROPRIATE TO TEST ON PATIENTS.

01:16PM  19   Q.   AND IN YOUR EXPERIENCE IS THAT PROCESS SUPPOSED TO HAPPEN

01:16PM  20   BEFORE, DURING, OR AFTER THE ACTUAL USE OF THAT ASSAY FOR A

01:16PM  21   PATIENT TESTING?

01:16PM  22   A.   IT'S SUPPOSED TO HAPPEN BEFORE.

01:17PM  23   Q.   AND DOES A GIVEN TEST OR ASSAY NEED TO PASS VALIDATION

01:17PM  24   BEFORE IT CAN BE USED FOR CLINICAL PATIENT TESTING?

01:17PM  25   A.   YES.

CHEUNG DIRECT BY MR. BOSTIC                                                      816

01:17PM  1    Q.   YOU MENTIONED BEFORE THAT WHEN YOU JOINED THE COMPANY IN

01:17PM  2    OCTOBER OF 2013, THE COMPANY WAS ALREADY CONDUCTING PATIENT

01:17PM  3    TESTING; IS THAT RIGHT?

01:17PM  4    A.   YES.

01:17PM  5    Q.   AND DOES THAT MEAN THAT ALL OF THE VALIDATION WORK WAS

01:17PM  6    DONE AND THERE WAS NOTHING TO DO IN THE R&D LAB?

01:17PM  7    A.   NO.

01:17PM  8    Q.   AND WHAT WAS STILL HAPPENING IN THE R&D LAB?

01:17PM  9    A.   THE RESEARCH AND DEVELOPMENT LAB WAS STILL VALIDATING SOME

01:17PM  10   OF THE DIFFERENT ASSAYS AND TESTS FOR THE EDISON DEVICES WHEN I

01:17PM  11   CAME TO THE COMPANY.

01:17PM  12   Q.   WAS THAT PART OF AN EFFORT TO TRY TO GET MORE TESTS RUN ON

01:17PM  13   THE THERANOS DEVICE?

01:17PM  14   A.   YES.

01:17PM  15   Q.   DID YOU WORK ON VALIDATION WHEN YOU WERE AT THERANOS?

01:17PM  16   A.   YES.

01:17PM  17   Q.   WHEN YOU LEFT THE COMPANY IN APRIL OF 2014, WAS VALIDATION

01:17PM  18   WORK COMPLETE AT THAT POINT OR WAS IT STILL ONGOING IN R&D?

01:18PM  19   A.   IT WAS STILL ONGOING IN R&D.

01:18PM  20   Q.   DID THE VALIDATION WORK INVOLVE TESTING THE ANALYZER BY

01:18PM  21   HAVING IT RUN BLOOD SAMPLES?

01:18PM  22   A.   YES.

01:18PM  23   Q.   AND WHERE DID THE BLOOD SAMPLES COME FROM IN THE THERANOS

01:18PM  24   R&D LAB?

01:18PM  25   A.   THE BLOOD SAMPLES CAME FROM -- SOMETIMES THEY WERE

CHEUNG DIRECT BY MR. BOSTIC

01:18PM  1    PURCHASED AND OTHER TIMES THEY WERE COLLECTED FROM EMPLOYEES.

01:18PM  2    SO EMPLOYEES WOULD ESSENTIALLY DONATE THEIR BLOOD TO THERANOS

01:18PM  3    IN EXCHANGE FOR, LIKE, CASH FOR BOTH FINGERSTICK AND VENOUS

01:18PM  4    DRAWS IN ORDER TO CONDUCT THE RESEARCH STUDIES.

01:18PM  5    Q.   DID YOU PERSONALLY EVER DONATE BLOOD TO THE RESEARCH

01:18PM  6    PROCESS?

01:18PM  7    A.   YES.

01:18PM  8    Q.   ON MULTIPLE OCCASIONS?

01:18PM  9    A.   YES.

01:18PM 10    Q.   AND WHEN YOU DID THAT, DID YOU GET RESULTS BACK FROM THE

01:18PM 11    TESTS THAT WERE RUN ON YOUR BLOOD?

01:18PM 12    A.   YES.

01:18PM 13    Q.   AND DID ANYTHING STAND OUT TO YOU ABOUT THE SPECIFIC TEST

01:18PM 14    RESULTS THAT YOU GOT BACK ON YOUR SAMPLES?

01:18PM 15    A.   WHAT WE WERE -- WHAT I NOTICED WHEN I HAD -- ESSENTIALLY

01:19PM 16    WHAT WE WOULD DO IS WE WOULD MEMORIZE THE KIND OF NUMBER THAT

01:19PM 17    WAS CREATED ONCE THEY TOOK OUR BLOOD SAMPLES.  AND SO WE WOULD

01:19PM 18    RUN IT.

01:19PM 19       IN MY CASE I WAS IN CHARGE OF RUNNING VITAMIN D SAMPLES,

01:19PM 20    AND SO WHEN I WOULD RUN MY VITAMIN D, IT WOULD ALWAYS COME OUT

01:19PM 21    THAT I HAD A VITAMIN D DEFICIENCY, WHICH REALLY WOULDN'T MATCH

01:19PM 22    UP WITH WHAT WE WOULD RUN ON THE PREDICATE DEVICES.

01:19PM 23       SO I STARTED TO NOTICE THAT THERE WAS A SLIGHT DISCREPANCY

01:19PM 24    BETWEEN WHAT WAS DONE ON THE EDISON DEVICES VERSUS WHAT WAS

01:19PM 25    DONE ON THE UPSTAIRS CLINICAL LAB FOR THE VENOUS DRAWS.

CHEUNG DIRECT BY MR. BOSTIC                                              818

| | | |
|---|---|---|
| 01:19PM | 1 | Q.   AND JUST TO BE CLEAR, AROUND THE TIME THAT YOU WERE HAVING |
| 01:19PM | 2 | YOUR BLOOD SAMPLE TESTED AS PART OF THE R&D PROCESS ON THE |
| 01:19PM | 3 | THERANOS ANALYZER -- |
| 01:19PM | 4 | A.   RIGHT. |
| 01:19PM | 5 | Q.   -- WERE YOU ALSO ABLE TO SEE RESULTS FROM YOUR BLOOD |
| 01:20PM | 6 | ANALYSIS RUN ON A THIRD PARTY DEVICE? |
| 01:20PM | 7 | A.   YES, BECAUSE WE WERE FREQUENTLY RUNNING SORT OF THE |
| 01:20PM | 8 | COMPARATIVE STUDIES. |
| 01:20PM | 9 | Q.   I SEE.  AND THAT'S THE BASIS FOR YOU SAYING THAT YOU SAW |
| 01:20PM | 10 | SOME DISAGREEMENT BETWEEN THE TWO? |
| 01:20PM | 11 | A.   YES. |
| 01:20PM | 12 | Q.   DID THERANOS EVER RUN DEMONSTRATIONS OF ITS TECHNOLOGY FOR |
| 01:20PM | 13 | VIP GUESTS OR POTENTIAL INVESTORS WHO CAME TO THE COMPANY? |
| 01:20PM | 14 | A.   YES. |
| 01:20PM | 15 | Q.   AND DID YOU HAVE AN UNDERSTANDING AT THE TIME OF WHO THOSE |
| 01:20PM | 16 | GUESTS WERE GENERALLY SPEAKING? |
| 01:20PM | 17 | A.   WE UNDERSTOOD THEM TO BE VERY IMPORTANT PEOPLE.  SO THEY |
| 01:20PM | 18 | WOULD BE CALLED DEMO PATIENTS OR VIP PATIENTS ESSENTIALLY THAT |
| 01:20PM | 19 | WOULD COME IN. |
| 01:20PM | 20 | Q.   WERE YOU EVER INVOLVED IN HELPING WITH THOSE DEMOS OR |
| 01:20PM | 21 | RUNNING THOSE DEMOS? |
| 01:20PM | 22 | A.   YES. |
| 01:20PM | 23 | Q.   AND WHAT WAS YOUR ROLE? |
| 01:20PM | 24 | A.   I WAS IN CHARGE OF ANY DEMOS THAT CAME IN THAT REQUIRED |
| 01:21PM | 25 | EDISON TESTING. |

CHEUNG DIRECT BY MR. BOSTIC                                          819

| | | |
|---|---|---|
| 01:21PM | 1 | SO ANY OF THE EDISON TESTS THAT CAME IN, I WOULD BE IN |
| 01:21PM | 2 | CHARGE OF RUNNING THOSE DEMO SAMPLES. |
| 01:21PM | 3 | Q. WHEN THESE DEMOS WERE HAPPENING -- WE'VE TALKED ABOUT THE |
| 01:21PM | 4 | RESEARCH AND DEVELOPMENT LAB, THAT WAS OPERATIONAL; CORRECT? |
| 01:21PM | 5 | A. YES. |
| 01:21PM | 6 | Q. AND THERE WAS ALSO A CLINICAL LAB WHERE PATIENT TESTING |
| 01:21PM | 7 | WAS HAPPENING; IS THAT RIGHT? |
| 01:21PM | 8 | A. YES. |
| 01:21PM | 9 | Q. AND BETWEEN THOSE TWO WHERE WERE THE DEMO SAMPLES RUN OR |
| 01:21PM | 10 | WERE THEY SOMETIMES IN BOTH? |
| 01:21PM | 11 | A. SO IN THE BEGINNING OF STARTING TO WORK THERE THEY WERE |
| 01:21PM | 12 | RAN IN THE RESEARCH AND DEVELOPMENT LAB, BUT THEN EVENTUALLY -- |
| 01:21PM | 13 | AND THIS IS FOR THE EDISONS, THEY WERE RUN IN THE CLINICAL LAB. |
| 01:21PM | 14 | Q. I'LL ASK YOU TO TURN IN YOUR BINDER TO EXHIBIT 1227, |
| 01:21PM | 15 | PLEASE. |
| 01:22PM | 16 | DO YOU RECOGNIZE EXHIBIT 1227? |
| 01:22PM | 17 | A. YES. |
| 01:22PM | 18 | Q. AND IS THIS AN EMAIL THAT YOU RECEIVED DURING YOUR TIME AS |
| 01:22PM | 19 | AN EMPLOYEE AT THERANOS? |
| 01:22PM | 20 | A. YES. |
| 01:22PM | 21 | Q. IS THIS A TRUE AND ACCURATE COPY OF THAT EMAIL? |
| 01:22PM | 22 | A. YES. |
| 01:22PM | 23 | MR. BOSTIC: YOUR HONOR, I'LL MOVE EXHIBIT 1227 INTO |
| 01:22PM | 24 | EVIDENCE AT THIS TIME. |
| 01:22PM | 25 | MR. WADE: YOUR HONOR, MAY WE APPROACH ON THESE |

820

CHEUNG DIRECT BY MR. BOSTIC

| | | |
|---|---|---|
| 01:22PM | 1 | DOCUMENTS?  I THINK THERE ARE A NUMBER OF SIMILAR DOCUMENTS |
| 01:22PM | 2 | COMING UP. |
| 01:22PM | 3 | THE COURT:  DO YOU HAVE OTHER DOCUMENTS SIMILAR TO |
| 01:22PM | 4 | THIS CLASS THAT YOU'LL BE EXAMINING THIS WITNESS ON? |
| 01:22PM | 5 | MR. BOSTIC:  THERE ARE OTHER EMAILS IF THAT'S WHAT |
| 01:22PM | 6 | DEFENSE COUNSEL IS REFERRING TO, YES, YOUR HONOR. |
| 01:22PM | 7 | THE COURT:  OKAY.  ALL RIGHT.  LET'S HAVE A |
| 01:22PM | 8 | SIDE-BAR.  FOLKS, I'M GOING TO MEET WITH COUNSEL IN THE BACK IN |
| 01:22PM | 9 | THE JURY ROOM NOW.  WE'LL HAVE OUR COURT REPORTER GO BACK AS |
| 01:23PM | 10 | WELL. |
| 01:23PM | 11 | LADIES AND GENTLEMEN, WE'RE GOING TO LEAVE THE COURTROOM. |
| 01:23PM | 12 | YOU'RE NOT TO DISCUSS THE CASE AT ALL AMONGST YOURSELVES. |
| 01:23PM | 13 | COUNSEL, DO YOU HAVE AN IDEA OF HOW LONG THIS WILL BE? |
| 01:23PM | 14 | MR. WADE:  HOPEFULLY NOT LONG.  FIVE OR TEN MINUTES. |
| 01:23PM | 15 | THE COURT:  WHY DON'T WE DO THIS.  RATHER THAN DO |
| 01:23PM | 16 | THAT, WHY DON'T WE EXCUSE OUR JURY FOR JUST A SECOND.  LET'S DO |
| 01:23PM | 17 | THAT. |
| 01:23PM | 18 | LADIES AND GENTLEMEN, WHY DON'T YOU GO BACK TO THE JURY |
| 01:23PM | 19 | ROOM, PLEASE.  I'LL REMAIN HERE. |
| 01:23PM | 20 | MS. CHEUNG, YOU CAN STEP DOWN.  IF YOU WOULD GO OUTSIDE OF |
| 01:23PM | 21 | THE COURTROOM, PLEASE. |
| 01:24PM | 22 | (JURY OUT AT 1:24 P.M.) |
| 01:24PM | 23 | THE COURT:  PLEASE BE SEATED.  THE RECORD SHOULD |
| 01:24PM | 24 | REFLECT THAT OUR JURY AND ALTERNATES HAVE LEFT THE ROOM. |
| 01:24PM | 25 | MS. CHEUNG IS OUTSIDE.  YES.  SHE'S OUTSIDE. |

01:24PM   1          ALL COUNSEL AND THE DEFENDANT REMAIN.

01:24PM   2              MR. WADE:  THANK YOU, YOUR HONOR.

01:24PM   3          THERE ARE A NUMBER OF EXHIBITS THAT ARE ABOUT TO BE

01:24PM   4   INTRODUCED, I BELIEVE, BASED ON COUNSEL'S COURTESY DISCLOSURE

01:24PM   5   OF THESE DOCUMENTS IN ADVANCE OF THE TESTIMONY THAT ARE

01:24PM   6   BUSINESS RECORDS, AND CONTAIN -- THAT ARE NOT BUSINESS RECORDS

01:24PM   7   AND THAT CONTAIN HEARSAY WITHIN THEM.

01:24PM   8          IN ADDITION, WE WOULD SUGGEST TO THE COURT VIRTUALLY ALL

01:24PM   9   OF THE DOCUMENTS THAT ARE ABOUT TO BE OFFERED, AND I BELIEVE A

01:24PM  10   LOT OF THE TESTIMONY BASED ON THE 302, DOESN'T INVOLVE OUR

01:24PM  11   CLIENT IN ANY WAY SO IT WOULD NOT BE RELEVANT UNDER 401.

01:25PM  12          IT CERTAINLY IS NOT RELEVANT TO HER STATE OF MIND IF SHE'S

01:25PM  13   NOT AWARE OF IT.  AND SOME OF THESE ISSUES THAT ARE ABOUT TO

01:25PM  14   COME UP MAY HAVE -- I ASSUME THE GOVERNMENT IS GOING TO CONTEND

01:25PM  15   THAT THEY REFLECT LAB DEFICIENCIES OF SOME KIND, BUT, YOU KNOW,

01:25PM  16   THIS PERSON IS NOT AN EXPERT, AND NOT -- IS NOT IN A POSITION

01:25PM  17   TO OPINE ON THOSE.

01:25PM  18          MS. HOLMES WASN'T AWARE OF MANY OF THESE THINGS.

01:25PM  19          SO I WANTED TO FLAG THIS ISSUE.  AND IN PARTICULAR THE

01:25PM  20   DOCUMENTS THAT THEY SEEK TO BE ADMITTED, I THINK THE

01:25PM  21   NINTH CIRCUIT LAW IS CLEAR ON THESE EMAILS THAT DON'T GO TO OUR

01:25PM  22   CLIENT, YOU KNOW, BEING HEARSAY AND IN SOME CASES LAYERED

01:25PM  23   HEARSAY AND SHOULD NOT BE ADMISSIBLE.

01:25PM  24              THE COURT:  MR. BOSTIC?

01:25PM  25              MR. BOSTIC:  YOUR HONOR, I DISAGREE.  I THINK THE

CHEUNG DIRECT BY MR. BOSTIC                                              822

01:25PM   1    RECORDS THAT THE GOVERNMENT IS GOING TO OFFER ARE BUSINESS

01:25PM   2    RECORDS.  I'D ASK FOR AN OPPORTUNITY TO LAY A FOUNDATION FOR

01:25PM   3    THAT WITH THIS WITNESS.  I THINK WE CAN DO THAT.

01:26PM   4         SEPARATELY, I THINK SEVERAL OF THESE DOCUMENTS ARE COMING

01:26PM   5    IN FOR A NONHEARSAY PURPOSE.  NOT ON ALL OF THEM BUT ON SOME

01:26PM   6    THE COURT WILL SEE THAT ISSUES WERE ULTIMATELY RAISED TO

01:26PM   7    MR. BALWANI, WHO IS THE CHARGED COCONSPIRATOR IN THIS CASE, HIS

01:26PM   8    KNOWLEDGE OF ISSUES AT THERANOS IS RELEVANT AND ADMISSIBLE

01:26PM   9    HERE.

01:26PM  10         SEPARATELY, I THINK THAT TO THE EXTENT THAT THESE

01:26PM  11    DOCUMENTS AND MS. CHEUNG'S TESTIMONY WILL SHOW THAT ISSUES WERE

01:26PM  12    FREQUENT IN THE THERANOS LAB, THAT THEY WERE SERIOUS, THAT THEY

01:26PM  13    WERE FREQUENTLY ELEVATED, THAT THEY WERE GENERALLY KNOWN.

01:26PM  14         THE JURY COULD INFER FROM THAT AND FROM OTHER EVIDENCE

01:26PM  15    THAT THE DEFENDANT AND THE COCONSPIRATOR WERE AWARE OF THESE

01:26PM  16    ISSUES.

01:26PM  17         FINALLY, AT THE CONCLUSION OF THE WITNESS'S TESTIMONY I

01:26PM  18    EXPECT THAT SHE WILL TESTIFY ABOUT ISSUES THAT SHE DID RAISE

01:26PM  19    DIRECTLY TO MR. BALWANI BEFORE SHE LEFT AND THE REASONS WHY SHE

01:27PM  20    DID NOT RAISE ISSUES TO MS. HOLMES, SPECIFICALLY THAT SHE WAS

01:27PM  21    SHOWN AN EMAIL BY ANOTHER EMPLOYEE SENT DIRECTLY TO MS. HOLMES

01:27PM  22    RAISING SOME OF THESE ISSUES.

01:27PM  23         SO ULTIMATELY THESE ISSUES DO PERCOLATE UP TO THE

01:27PM  24    DEFENDANTS IN THE CASE.  THE WITNESS SHOULD BE ABLE TO DESCRIBE

01:27PM  25    WHAT SHE ACTUALLY WITNESSED AT THE GROUND LEVEL IN THE LAB TO

CHEUNG DIRECT BY MR. BOSTIC                                           823

01:27PM  1    EXPLAIN HOW THOSE CONCERNS DEVELOPED AND WHY THEY EVENTUALLY

01:27PM  2    PROMPTED HER TO TAKE THAT ACTION.

01:27PM  3              THE COURT:  SO I THINK SHE CAN, AS YOU SUGGEST, SHE

01:27PM  4    CAN TESTIFY ABOUT HER PERCIPIENT OBSERVATIONS, THOSE THINGS

01:27PM  5    THAT SHE EXPERIENCED, AND IF THERE ARE SPECIFIC COMMENTS FROM

01:27PM  6    EITHER THIS DEFENDANT TO HER, SHE CAN CERTAINLY TALK ABOUT

01:27PM  7    THAT.

01:27PM  8         BUT WHAT ABOUT, MR. WADE SUGGESTS, THESE AREN'T BUSINESS

01:27PM  9    RECORDS AND THERE MAY NOT BE AN OPPORTUNITY TO PROVE THOSE UP?

01:28PM 10              MR. BOSTIC:  I THINK, YOUR HONOR, THEY SHOULD BE

01:28PM 11    CONSIDERED BUSINESS RECORDS.  THE WITNESS'S ROLE AT THE COMPANY

01:28PM 12    WORKING IN THE LAB, I EXPECT THAT SHE WILL EXPLAIN, IF GIVEN A

01:28PM 13    CHANCE, THAT THAT EMAIL WAS THE PRINCIPAL MEANS OF

01:28PM 14    COMMUNICATION AND THE MEANS BY WHICH EMPLOYEES IN THE LAB

01:28PM 15    TRANSMITTED IMPORTANT INFORMATION TO EACH OTHER ABOUT THE

01:28PM 16    OPERATIONS OF THE COMPANY AND THE BUSINESS AFFAIRS OF THE

01:28PM 17    COMPANY AT THAT TIME.

01:28PM 18         I THINK THAT DOES MAKE THEM ADMISSIBLE UNDER 803(6).  THAT

01:28PM 19    RULE AND THE COMMENTARY TALKS ABOUT THE IMPORTANCE OF

01:28PM 20    SITUATIONS WHERE THERE'S A DUTY TO BE ACCURATE IN REPORTING AND

01:28PM 21    WHERE THAT IS IMPORTANT, AND THAT WAS CERTAINLY THE CASE HERE.

01:28PM 22         I THINK THAT IF GIVEN THE CHANCE, THE WITNESS WILL

01:28PM 23    EXPLAIN THAT BOTH ON THE R&D SIDE, AND, OF COURSE, ON THE

01:28PM 24    CLINICAL SIDE WHEN DEALING WITH PATIENT TESTING IT WAS VERY

01:28PM 25    IMPORTANT THAT INFORMATION BE TRANSMITTED CONTEMPORANEOUSLY,

824

CHEUNG DIRECT BY MR. BOSTIC

01:28PM  1    ACCURATELY REFLECTING THE TRUE EVENTS, AND THAT THE PURPOSE OF

01:29PM  2    THESE EMAILS WAS TO TRANSMIT THAT INFORMATION, TO PRESERVE AND

01:29PM  3    MAINTAIN THAT INFORMATION, AND TO FACILITATE THE OPERATION OF

01:29PM  4    THE BUSINESS.

01:29PM  5        I THINK THAT PUTS THEM SQUARELY WITHIN THE COVERAGE OF THE

01:29PM  6    RULE.

01:29PM  7            THE COURT:  YOU THINK HER TESTIMONY WILL ALLOW THESE

01:29PM  8    TO COME IN UNDER 803(6)?

01:29PM  9            MR. BOSTIC:  I DO, YOUR HONOR.

01:29PM  10           MR. WADE:  YOUR HONOR, WE WELCOME THE OPPORTUNITY TO

01:29PM  11   BRIEF THIS.  IT'S 1:30.  WE'RE APPROACHING 2:00 O'CLOCK.  MAYBE

01:29PM  12   WE CAN GO -- WE HAVE A BENCH MEMORANDUM I CAN HAND UP.

01:29PM  13   UNFORTUNATELY, I ONLY HAVE ONE COPY.

01:29PM  14           THE COURT:  WELL, WHO GETS IT, HE DOES OR ME?

01:29PM  15           MR. WADE:  YOU KNOW THE ANSWER TO THAT, YOUR HONOR.

01:29PM  16       (LAUGHTER.)

01:29PM  17           MR. WADE:  AND WE WILL FILE THIS ON ECF SO EVERYONE

01:29PM  18   HAS NOTICE OF IT, BUT THE LAW IN THE NINTH CIRCUIT IS CLEAR ON

01:29PM  19   THIS.  THEY ARE CONSIDERED BUSINESS RECORDS THAT ARE EMAILS AND

01:29PM  20   WHETHER THEY'RE ADMISSIBLE, AND THEY'RE NOT.  AND IN MANY CASES

01:29PM  21   THESE DOCUMENTS ARE LAYERED HEARSAY.

01:29PM  22       SO --

01:29PM  23           THE COURT:  WELL, EMAILS CAN BE BUSINESS RECORDS.

01:29PM  24   IT'S NOT A WHOLESALE PRECLUSION.

01:30PM  25           MR. WADE:  YOUR HONOR IS ABSOLUTELY RIGHT, ALTHOUGH

CHEUNG DIRECT BY MR. BOSTIC                                     825

01:30PM   1    THE LIMITATIONS UNDER THE LAW ARE PRETTY LIMITED.

01:30PM   2        FOR EXAMPLE, THE PHILLIPS CASE COUNSEL SUGGESTED THAT THE

01:30PM   3    STATE OF MIND OF THE COCONSPIRATOR WOULD BE A NONHEARSAY

01:30PM   4    PURPOSE.  UNDER THE PHILLIPS CASE IN THE NINTH CIRCUIT THAT'S

01:30PM   5    NOT THE CASE.  ONLY ACTS IN FURTHERANCE OF THE CONSPIRACY.

01:30PM   6        THE MENTAL STATE OF THE COCONSPIRATOR IS NOT A BASIS TO

01:30PM   7    OFFER A DOCUMENT FOR A NONHEARSAY PURPOSE.

01:30PM   8            THE COURT:  SO I THINK I KNOW WHERE YOU'RE -- I

01:30PM   9    THINK I TRACK WHERE YOU'RE GOING WITH THIS, BUT I WAS CURIOUS

01:30PM  10    WHETHER OR NOT YOU WERE GOING TO TRY, THE GOVERNMENT IS GOING

01:30PM  11    TO OFFER ANY OF THIS EVIDENCE OR THIS -- THESE DIALOGUES UNDER

01:30PM  12    AN E EXCEPTION, THAT IS, A CONSPIRACY.

01:30PM  13        IS THAT SOMETHING THAT YOU'RE GOING TO TRY TO DO, A

01:30PM  14    STATEMENT IN FURTHERANCE OF?  I HAVEN'T HEARD IT YET, LET ME

01:30PM  15    JUST SAY THAT.

01:31PM  16        AND YOUR QUESTIONING DON'T SEEM TO BE DESIGNED TO CREATE

01:31PM  17    THAT YET.  I'M JUST ASKING IF THAT IS SOMETHING THAT WE'RE

01:31PM  18    GOING TO SEE AS WELL.

01:31PM  19            MR. BOSTIC:  I THINK, YOUR HONOR, FOR SOME OF THE

01:31PM  20    EXHIBITS THAT I'M CONTEMPLATING INTRODUCING, YES, THAT

01:31PM  21    PROVISION WILL APPLY.

01:31PM  22        I THINK THAT FOR OTHERS 801(D)(2)(D) STATEMENT OF AN AGENT

01:31PM  23    WILL APPLY.

01:31PM  24        I THINK THIS NEEDS TO BE ANALYZED ON A CASE-BY-CASE BASIS

01:31PM  25    FOR THESE EMAILS, BUT I DO THINK THAT GENERALLY THEY'RE

CHEUNG DIRECT BY MR. BOSTIC                                    826

01:31PM   1    ADMISSIBLE AS A BUSINESS RECORD IN THIS CASE.

01:31PM   2            THE COURT:  OKAY.  SO UNDER THE (2)(D)(2) ANALYSIS,

01:31PM   3    I WAS LOOKING AT THAT, TOO, AND WONDERING CAN THIS WITNESS LAY

01:31PM   4    A FOUNDATION FOR THAT?

01:31PM   5            MR. BOSTIC:  I BELIEVE SO, YOUR HONOR.

01:31PM   6        I BELIEVE THIS WITNESS COULD TESTIFY ABOUT THE REPORTING

01:31PM   7    RELATIONSHIP THAT SHE HAD TO OTHERS IN THE COMPANY AND HOW THAT

01:31PM   8    ULTIMATELY LED TO MS. HOLMES.

01:31PM   9        I THINK SHE WILL BE ABLE TO IDENTIFY THE PARTICIPANTS ON

01:31PM   10   THE EMAILS IN PARTICULAR, IDENTIFYING THEM ALSO AS EMPLOYEES OF

01:32PM   11   THE COMPANY AND AGENTS OF MS. HOLMES, AND EXPLAIN HOW THEY FIT

01:32PM   12   INTO THAT GENERAL ORG CHART AND REPORTING STRUCTURE.

01:32PM   13           THE COURT:  SO HOW DOES THAT RELATE TO THIS WITNESS

01:32PM   14   IF SHE WAS NOT A DIRECT REPORT?  I DON'T KNOW IF SHE WAS OR

01:32PM   15   NOT.

01:32PM   16       IF SHE'S A DIRECT REPORT, IT MAKES IT EASY -- OR EASIER.

01:32PM   17   BUT IF SHE'S NOT A DIRECT REPORT, WE'LL PROBABLY HAVE -- I'M

01:32PM   18   JUST ANTICIPATING THAT MR. WADE WILL OBJECT TO THAT LINEUP.

01:32PM   19           MR. BOSTIC:  SO I'M NOT AWARE OF THE CASE LAW,

01:32PM   20   YOUR HONOR, THAT SAYS THAT AN AGENT CANNOT BE REPORTING TO THE

01:32PM   21   PRINCIPAL THROUGH A LAYER, INCLUDING SOMEONE ELSE.  I HAVEN'T

01:32PM   22   SEEN THAT.  I'M HAPPY TO REVIEW IT, OF COURSE, IF DEFENSE

01:32PM   23   COUNSEL IS AWARE.

01:32PM   24           THE COURT:  WELL, WE'LL LET'S SEE IF HE RAISES IT.

01:32PM   25           MR. WADE:  YOUR HONOR, KNOWS FROM THE MOTION IN

CHEUNG DIRECT BY MR. BOSTIC                                    827

01:32PM   1   LIMINE BRIEFING THAT THERE HAS TO BE SOME TIE HERE TO OUR

01:32PM   2   CLIENT.  THE CEO IS NOT RESPONSIBLE FOR EVERY COMMUNICATION

01:33PM   3   THAT OCCURS WITHIN THE COMPANY.  THEY HAVE TO PROFFER SOME

01:33PM   4   BASIS AND SHOW SOME EVIDENCE THAT GOES FORWARD APART FROM JUST

01:33PM   5   A REPORTING RELATIONSHIP.

01:33PM   6       TO THE BEST OF OUR KNOWLEDGE BASED ON THE STATEMENTS OF

01:33PM   7   THE WITNESS WHO WE HAVE NEVER SPOKEN WITH BEFORE, THE INTERVIEW

01:33PM   8   THAT YOU JUST HEARD IS THE LONGEST CONVERSATION THAT SHE EVER

01:33PM   9   HAD WITH OUR CLIENT, AND SO SHE WAS NOT INTERACTING WITH HER ON

01:33PM  10   A DAILY BASIS.

01:33PM  11       THE EVIDENCE IS PRETTY CLEAR THAT MR. BALWANI WAS THE

01:33PM  12   MANAGER FROM A NON-LAB STANDPOINT, WAS THE MANAGER OVERSEEING

01:33PM  13   THE LAB.

01:33PM  14       SO I DON'T THINK THAT THE GOVERNMENT CAN ADMIT IT ON THAT

01:33PM  15   BASIS, AND I DON'T THINK THAT THEY -- MANY OF THESE STATEMENTS

01:33PM  16   ARE NOT, ARE NOT DOCUMENTS THAT ARE STATEMENTS IN FURTHERANCE

01:33PM  17   OF THE CONSPIRACY EVEN IF, YOU KNOW, EVEN IF WE GET TO THAT

01:33PM  18   LEVEL AS THE COURT WAS REFERRING TO THAT EXCEPTION.

01:33PM  19       SO, YOU KNOW, WHAT I'M -- I KNOW THE COURT DENIED OUR 1000

01:34PM  20   MOTION ON THIS, AND IN PART THERE WAS A TIMING ISSUE ON THIS.

01:34PM  21   THIS IS WHERE WE ARE NOW BECAUSE I THINK EVERY DOCUMENT, YOU

01:34PM  22   KNOW, IS GOING TO PRESENT THE NEED TO, THE NEED TO COME TO

01:34PM  23   SIDE-BAR AND TO RAISE THESE ISSUES BECAUSE THEY'RE CLEARLY

01:34PM  24   HEARSAY.

01:34PM  25       YOU HEARD THE GOVERNMENT SUGGESTING THAT THEY CAN OFFER A

828

CHEUNG DIRECT BY MR. BOSTIC

01:34PM  1    HEARSAY STATEMENT OF ANOTHER WITNESS TO OUR CLIENT THAT THIS

01:34PM  2    WITNESS OBTAINED KNOWLEDGE OF, YOU KNOW, INTO THE CASE, WHICH

01:34PM  3    THAT IS A NEW ONE FOR ME, YOUR HONOR.

01:34PM  4        SO I JUST WANT TO FIND AN ORDERLY WAY TO TRY TO DEAL WITH

01:34PM  5    THIS WITHOUT DERAILING THE TRIAL.

01:34PM  6            THE COURT:  ALL RIGHT.

01:34PM  7            MR. BOSTIC:  YOUR HONOR, ON THAT, I WOULD JUST

01:34PM  8    BRIEFLY COMMENT THAT I THINK WE NEED TO RESIST THE RULE THAT A

01:34PM  9    DOCUMENT IS NOT RELEVANT UNLESS MS. HOLMES'S NAME IS ON IT, AN

01:34PM  10   EVENT DOESN'T EXIST UNLESS SHE WAS PRESENT FOR IT.  THAT'S NOT

01:34PM  11   HOW IT WORKS.

01:34PM  12       THERE WILL BE SUBSTANTIAL EVIDENCE THROUGHOUT THE TRIAL

01:34PM  13   SHOWING AND ESTABLISHING MS. HOLMES'S INVOLVEMENT IN THE

01:35PM  14   AFFAIRS OF THE COMPANY GENERALLY.  THE TYPES OF INFLUENCE,

01:35PM  15   INTERACTION, AND DIRECTION THAT SHE APPLIED WHEN SHE WAS AT THE

01:35PM  16   COMPANY, IN PARTICULAR THE LEVEL OF COMMUNICATION AND THE

01:35PM  17   PERVASIVE NATURE OF THE COMMUNICATION BETWEEN MR. BALWANI AND

01:35PM  18   MS. HOLMES, THAT IS ALL SUITABLE EVIDENCE FOR THE JURY TO INFER

01:35PM  19   THAT MS. HOLMES WAS AWARE OF THE HAPPENINGS AT THERANOS.

01:35PM  20       THE GOVERNMENT SHOULD BE ALLOWED TO SHOW WHAT WAS

01:35PM  21   HAPPENING AT THE COMPANY, MS. HOLMES'S KNOWLEDGE OF WHAT WAS

01:35PM  22   HAPPENING AT THE COMPANY.  THOSE TWO THINGS DON'T NECESSARILY

01:35PM  23   NEED TO HAPPEN SIMULTANEOUSLY.  OF COURSE, ONLY ONE PERSON CAN

01:35PM  24   FIT ON THE WITNESS STAND AT A TIME SO WE WOULD ASK FOR SOME

01:35PM  25   LATITUDE TO DEVELOP IT.

CHEUNG DIRECT BY MR. BOSTIC

01:35PM   1          THE COURT:  WELL, I APPRECIATE THAT.  YOU'RE

01:35PM   2     CREATING THE LADDER, IF YOU WILL, THAT MOVES UPWARDS.

01:35PM   3          BUT I THINK TO MR. WADE'S POINT, THERE MIGHT BE SOME

01:35PM   4     FOUNDATIONAL ISSUES THAT WE SHOULD CLEAR UP FIRST.

01:35PM   5          LET ME ASK YOU THIS, AND HE HAS SOME LAW THAT HE WOULD

01:36PM   6     LIKE TO GIVE TO THE COURT AND HE'S, OF COURSE, GOING TO GIVE IT

01:36PM   7     TO YOU.  I THINK COUNSEL SHOULD HAVE AN OPPORTUNITY TO LOOK AT

01:36PM   8     THIS AND RESPOND.

01:36PM   9          IS THERE ANY -- ARE THERE ANY OTHER QUESTIONS THAT YOU CAN

01:36PM  10     POSE TO THIS WITNESS BEYOND THESE ISSUES?

01:36PM  11          AND WHAT I'D LIKE TO DO IN THE INTERIM ALSO IS I'M CURIOUS

01:36PM  12     TO KNOW WHICH EXHIBITS THAT YOU THINK MIGHT FALL UNTO

01:36PM  13     MR. WADE'S OBJECTION SO I COULD REVIEW THAT AS WELL, IF THEY'RE

01:36PM  14     ALL THE SAME CATEGORY OF DOCUMENTS, IT'S THE EMAILS IT SOUNDS

01:36PM  15     LIKE.

01:36PM  16          MR. BOSTIC:  YOUR HONOR, I WANT TO BE HELPFUL TO THE

01:36PM  17     COURT'S ANALYSIS HERE.  I'M NOT SURE I'M IN THE BEST POSITION

01:36PM  18     TO PREDICT WHAT THE OBJECTION IS GOING TO BE.  THE GOVERNMENT

01:36PM  19     PROVIDED THE DEFENSE NOTICE LAST WEEK OF THE SPECIFIC EXHIBITS

01:36PM  20     THAT IT INTENDED TO INTRODUCE THROUGH MS. CHEUNG.

01:36PM  21          IF THE DEFENSE'S POSITION IS THAT THESE OBJECTIONS APPLY

01:36PM  22     IT TO EACH AND EVERY SINGLE EMAIL THAT THE GOVERNMENT INTENDS

01:37PM  23     TO INTRODUCE, THEN I THINK WE HAVE OUR ANSWERS, BUT I'M NOT

01:37PM  24     SURE.

01:37PM  25          MR. WADE:  I THINK THEY DO, YOUR HONOR.

CHEUNG DIRECT BY MR. BOSTIC                                              830

01:37PM  1              THE COURT:  OKAY.

01:37PM  2              MR. WADE:  WITH POSSIBLY ONE EXCEPTION, WHICH MAY

01:37PM  3    NOT BE ADMISSIBLE FOR A DIFFERENT PURPOSE.

01:37PM  4         BUT THAT'S WHY WE DIDN'T STIPULATE.

01:37PM  5         AS THE COURT SAW WITH MS. SPIVEY, WE STIPULATED ON ALMOST

01:37PM  6    EVERY DOCUMENT.

01:37PM  7         WE DID NOT STIPULATE TO THESE BECAUSE OF THE HEARSAY

01:37PM  8    ISSUES.  SO I WOULD SUGGEST IF THE COURT HAS A BINDER, IT'S

01:37PM  9    VIRTUALLY EVERY DOCUMENT IN THE BINDER.

01:37PM 10         AND THE COURT WILL NOTE, I THINK THERE'S ONE EXCEPTION,

01:37PM 11    MAYBE THERE'S TWO WITHIN THE BINDER THAT ACTUALLY GO TO OUR

01:37PM 12    CLIENT.  MANY OF THEM ARE LOWER LEVEL ISSUES THAT HAPPEN WITHIN

01:37PM 13    THE LAB.

01:37PM 14         MS. CHEUNG, AS SHE TESTIFIED, WAS AN ENTRY LEVEL EMPLOYEE.

01:37PM 15    THERE WERE SEVERAL LEVELS, YOU KNOW, BETWEEN HER AND EVEN THE

01:37PM 16    LAB DIRECTOR, BUT SHE'S INTERACTING, YOU KNOW, WITH PEOPLE

01:37PM 17    WITHIN THE LAB.  THERE'S NOT AN INDICATION FROM THESE DOCUMENTS

01:38PM 18    THAT THEY GO TO OUR CLIENT.

01:38PM 19         IF THE ISSUE DOES GO TO OUR CLIENT, THEY CAN CALL THE

01:38PM 20    WITNESS WHO BROUGHT IT TO OUR CLIENT OR OFFER THE EVIDENCE

01:38PM 21    THROUGH A COCONSPIRATOR EXCEPTION THAT BRINGS IT TO OUR CLIENT.

01:38PM 22         BUT THEY CAN'T JUST DUMP EVERY ISSUE IN THE LAB AND

01:38PM 23    SUGGEST THAT'S IMPUTABLE TO OUR CLIENT.  THE COURT NOTED THE

01:38PM 24    RISK IN THE MOTION IN LIMINE ORDER WHERE THERE'S A RISK THAT

01:38PM 25    OUR CLIENT COULD BE FOUND GUILTY BECAUSE OF NEGLIGENT PRACTICES

CHEUNG DIRECT BY MR. BOSTIC

01:38PM   1    WITHIN THE LAB.

01:38PM   2            THE COURT:  THAT WAS GOING TO -- WHAT I WAS TALKING

01:38PM   3    ABOUT IS THAT WAS GOING TO A VIOLATION OF A REGULATORY THAT

01:38PM   4    CAN'T BE CONSIDERED.

01:38PM   5            MR. WADE:  SURE.

01:38PM   6            THE COURT:  AND I UNDERSTAND THAT.

01:38PM   7        MR. BOSTIC, ARE THERE -- I WANT TO GIVE YOU -- I'M GOING

01:38PM   8    TO LOOK AT THIS.  HE'S OFFERED ME SOME LAW THAT I NEED TO LOOK

01:38PM   9    AT, AND I WANT YOU TO LOOK AT IT ALSO.

01:38PM  10        IS THERE ANOTHER LINE OF QUESTIONING THAT YOU CAN CONDUCT

01:38PM  11    FOR 20 MINUTES WITH THIS WITNESS?  WILL THAT BREAK IT UP?  IF

01:38PM  12    NOT, WE CAN TAKE A RECESS NOW AND YOU'LL HAVE 20 EXTRA MINUTES

01:39PM  13    TO GO OVER THIS DOCUMENT.

01:39PM  14            MR. BOSTIC:  YOUR HONOR, I WONDER IF THE ONE

01:39PM  15    EXCEPTION -- WELL, I DON'T WANT TO GUESS.  IF COUNSEL WILL TELL

01:39PM  16    ME WHAT THE ONE EXCEPTION IS TO THE OBJECTION, WE MIGHT BE ABLE

01:39PM  17    TO EXPLORE THAT WITH THE WITNESS.

01:39PM  18            MR. WADE:  WELL, I DIDN'T STIPULATE TO ANY OF THEM.

01:39PM  19            THE COURT:  I THOUGHT YOU SAID THERE MIGHT BE ONE.

01:39PM  20            MR. WADE:  THERE MIGHT BE ONE DEPENDING ON HOW THEY

01:39PM  21    OFFER THE DOCUMENT.

01:39PM  22        I BELIEVE 1287 OUR CLIENT RECEIVES, BUT THE ISSUES ON

01:39PM  23    WHICH MS. CHEUNG IS COMMUNICATING ARE NOT, ARE NOT -- SHE'S NOT

01:39PM  24    ON THE EMAIL CHAIN WITH OUR CLIENT.

01:39PM  25        DOES THE COURT HAVE THAT DOCUMENT?  I APOLOGIZE.

| | | |
|---|---|---|
| 01:39PM | 1 | THE COURT:  I HAVE 1287, YES. |
| 01:39PM | 2 | MR. BOSTIC:  YOUR HONOR, I WOULD ALSO DRAW THE |
| 01:39PM | 3 | COURT'S ATTENTION TO 1289, WHICH IS THAT SAME EMAIL CHAIN. |
| 01:39PM | 4 | I'D SUBMIT THAT WE SHOULD BE ABLE TO AT LEAST EXPLORE |
| 01:40PM | 5 | THESE WITH THIS WITNESS PENDING RESOLUTION OF THE DEFENSE'S |
| 01:40PM | 6 | OBJECTIONS. |
| 01:40PM | 7 | THE COURT:  DO YOU SEE 1289, MR. WADE? |
| 01:40PM | 8 | MR. WADE:  I'M SORRY, YOUR HONOR? |
| 01:40PM | 9 | THE COURT:  1289?  MR. BOSTIC IS SUGGESTING THAT AT |
| 01:40PM | 10 | A MINIMUM WE GO FORWARD WITH 1289.  MS. CHEUNG'S NAME IS ON |
| 01:40PM | 11 | THESE EMAILS. |
| 01:40PM | 12 | MR. BOSTIC:  AND THE CHAIN IS FORWARDED TO |
| 01:40PM | 13 | MS. HOLMES AT THE TOP OF 1287. |
| 01:40PM | 14 | THE COURT:  SO IT SEEMS FOUNDATIONALLY WE CAN GO |
| 01:40PM | 15 | THROUGH THIS ONE. |
| 01:40PM | 16 | MR. WADE:  I THINK WE CAN GO THROUGH 1287, |
| 01:41PM | 17 | YOUR HONOR.  I HAVEN'T -- MY ONLY HESITATION IS THAT I |
| 01:41PM | 18 | HAVEN'T -- I NOW WANT TO JUST LOOK TO MAKE SURE THERE'S NO |
| 01:41PM | 19 | LAYERED HEARSAY WITHIN HERE, BUT IT DID GO TO OUR CLIENT.  SO |
| 01:41PM | 20 | AS LONG AS IT'S NOT OFFERED FOR THE TRUTH. |
| 01:41PM | 21 | THE COURT:  AND THIS IS -- 1287, IT LOOKS LIKE |
| 01:41PM | 22 | FOUNDATIONALLY 1289 CONNECTS WITH THIS. |
| 01:41PM | 23 | MR. BOSTIC:  CORRECT, YOUR HONOR. |
| 01:41PM | 24 | THE COURT:  LET'S -- WHY DON'T WE DO THIS, WE HAVE |
| 01:41PM | 25 | 15 MINUTES LEFT IN THE DAY.  WHY DON'T I LET YOU START WITH |

| | | |
|---|---|---|
| 01:41PM | 1 | THESE THEN, MR. BOSTIC.  I'M SORRY TO INTERRUPT YOUR |
| 01:41PM | 2 | PRESENTATION HERE, BUT DO YOU HAVE A COPY OF THE -- WHAT YOU |
| 01:41PM | 3 | WANT TO GIVE ME, YOUR BRIEF? |
| 01:41PM | 4 | MR. WADE:  I WILL HAND THIS UP.  AND MY APOLOGIES |
| 01:41PM | 5 | FOR NOT BRINGING TWO COPIES.  WE'LL SEND ONE TO THE GOVERNMENT, |
| 01:41PM | 6 | AND WE CAN FILE IT ON PACER. |
| 01:41PM | 7 | THE COURT:  KYLE, CAN YOU MAKE A COPY? |
| 01:41PM | 8 | MR. DOWNEY:  I HAVE ONE, YOUR HONOR, AND I'LL GIVE |
| 01:41PM | 9 | IT. |
| 01:41PM | 10 | THE COURT:  THANK YOU. |
| 01:41PM | 11 | MR. BOSTIC:  VERY BRIEFLY, YOUR HONOR, A PROCESS |
| 01:41PM | 12 | POINT, IF I COULD. |
| 01:41PM | 13 | WE HAVE HAD A COUPLE OF DISCUSSIONS, THE PARTIES AND THE |
| 01:42PM | 14 | COURT, ABOUT THE MOST EFFICIENT WAY OF RAISING DEFENSE |
| 01:42PM | 15 | OBJECTIONS TO GOVERNMENT EVIDENCE.  THERE WAS SOME DISCUSSION |
| 01:42PM | 16 | ABOUT FILING WEEKLY MOTIONS ON MONDAY MORNINGS.  I UNDERSTAND |
| 01:42PM | 17 | THAT THE COURT EXPRESSED A PREFERENCE THAT THOSE ISSUES BE |
| 01:42PM | 18 | RAISED SOONER.  I THINK THE COURT PROPOSED SATURDAY AS A |
| 01:42PM | 19 | DEADLINE FOR THAT.  THE GOVERNMENT WAS IN AGREEMENT WITH THE |
| 01:42PM | 20 | COURT THERE. |
| 01:42PM | 21 | THIS SEEMS TO BE A STEP IN THE OPPOSITE DIRECTION RAISING |
| 01:42PM | 22 | AN ISSUE THAT IS ALREADY BRIEFED BUT NOT TO THE GOVERNMENT'S |
| 01:42PM | 23 | KNOWLEDGE WHILE A WITNESS IS ON THE STAND. |
| 01:42PM | 24 | I'M HOPEFUL THAT WE CAN FIND A MORE EFFICIENT WAY TO DEAL |
| 01:42PM | 25 | WITH THESE DISPUTES IN THE FUTURE. |

834

CHEUNG DIRECT BY MR. BOSTIC

01:42PM 1      MR. WADE:  WE RAISED -- WE FILED MOTION 1000 AND THE

01:42PM 2    GOVERNMENT DIDN'T LIKE THAT, SO WE UNDERSTOOD IT WAS OUR

01:42PM 3    PREFERENCE TO DEFER ON MS. CHEUNG PER THE COURT'S ORDER.

01:42PM 4      SO WE'RE HERE TO DO THAT.

01:42PM 5      WE'LL RAISE ISSUES AS PROMPTLY AS WE CAN.

01:42PM 6      THE COURT:  I THOUGHT YOU SAID YOU HAD THIS LAST

01:42PM 7    WEEK?  I THOUGHT YOU SAID YOU HAD THIS LAST WEEK OR LOOKED AT

01:43PM 8    THIS LAST WEEK?

01:43PM 9      MR. WADE:  WE FILED THE MOTION LAST WEEK.  THE

01:43PM 10   1000 MOTION, AS THE COURT KNOWS, WAS RULED ON LAST WEEK.

01:43PM 11     THE COURT:  RIGHT.  RIGHT.

01:43PM 12     MR. WADE:  THE GOVERNMENT EXHIBITS WITH RESPECT TO

01:43PM 13   MS. CHEUNG, YOU KNOW, WE HAVE HAD TO PULL THEM AND SORT OF GO

01:43PM 14   THROUGH A PROCESS, BUT IF THE COURT PREFERS US TO RAISE THEM IN

01:43PM 15   THE MORNING, I WOULD HAVE BEEN HAPPY TO RAISE THIS.

01:43PM 16     THE REASON I WAITED UNTIL NOW IS BECAUSE I THOUGHT IT WAS

01:43PM 17   THE COURT'S PREFERENCE TO COME FORWARD AFTER WE SAW HOW THE

01:43PM 18   EVIDENCE WAS GOING TO COME IN.

01:43PM 19     THE COURT:  WELL, THAT'S HOW -- THAT'S WHAT THE

01:43PM 20   ORDER SUGGESTS IT WAS PREMATURE TO MAKE OBJECTIONS AT THAT

01:43PM 21   POINT.

01:43PM 22     BUT IF YOU KNOW IN ADVANCE WHAT THE OBJECTIONS ARE GOING

01:43PM 23   TO BE BASED ON THE DOCUMENTATION THAT YOU RECEIVE, THAT'S

01:43PM 24   HELPFUL TO -- SO WE DON'T HAVE TO WASTE THE JURY'S TIME

01:43PM 25   OBVIOUSLY, AND I WOULD PREFER TO DO IT WHEN WE -- TO DO THESE

CHEUNG DIRECT BY MR. BOSTIC

01:43PM  1   DISCUSSIONS OUTSIDE, OF COURSE, THE PRESENCE OF THE JURY, BUT

01:43PM  2   ALSO BEFORE THE JURY COMES INTO THE COURTROOM, THAT'S HELPFUL

01:43PM  3   TO THEM.

01:44PM  4        YOU'VE HEARD ME TELL THEM TODAY I MIGHT ASK THEM TO STAY A

01:44PM  5   LITTLE LATER ON SOME DAYS SO WE CAN CAPTURE TIME AND STAY ON

01:44PM  6   SEQUENCE.  THIS IS COUNTER TO THAT.

01:44PM  7        BUT LET'S DEVELOP A PROTOCOL WHERE WE CAN MEET IN THE

01:44PM  8   MORNING, AND I'LL GET HERE AS EARLY AS YOU WOULD LIKE SO WE CAN

01:44PM  9   DISCUSS THESE ISSUES.

01:44PM 10        BUT FOR NOW WHY DON'T WE -- LET'S CALL THE JURY BACK,

01:44PM 11   WE'LL PROCEED WITH -- MR. BOSTIC, YOU CAN LAY SOME FOUNDATION

01:44PM 12   AND START ON THESE EXHIBITS 1287 AND 1289 AND SEE WHAT KIND OF

01:44PM 13   FOUNDATION YOU CAN LAY.

01:44PM 14        I'LL LOOK AT THESE DOCUMENTS TOMORROW.  WE'RE IN SESSION

01:44PM 15   TOMORROW.  I MIGHT TELL THE JURY THAT WE WON'T HAVE THEM OUT

01:44PM 16   UNTIL 9:30 JUST TO GIVE US A FULL OPPORTUNITY TO DISCUSS THESE

01:44PM 17   TOMORROW.  MAYBE WE WILL MEET AT 8:00.  WE'LL TALK ABOUT THAT

01:44PM 18   AFTER THE JURY LEAVES TODAY.  ALL RIGHT.

01:44PM 19             MR. WADE:  THANK YOU, YOUR HONOR.

01:45PM 20             MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:45PM 21        (PAUSE IN PROCEEDINGS.)

01:45PM 22        (JURY IN AT 1:45 P.M.)

01:46PM 23             THE COURT:  THANK YOU.  PLEASE BE SEATED.  WE'RE

01:46PM 24   BACK ON THE RECORD.  OUR JURY AND ALTERNATES ARE PRESENT.

01:47PM 25        THE WITNESS IS ON THE STAND, AND ALL PARTIES PREVIOUSLY

CHEUNG DIRECT BY MR. BOSTIC                               836

01:47PM   1    PRESENT ARE PRESENT ONCE AGAIN.

01:47PM   2         I'M SORRY FOR THE INTERRUPTION, LADIES AND GENTLEMEN.

01:47PM   3         MR. BOSTIC.

01:47PM   4             MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:47PM   5    Q.   WELCOME BACK, MS. CHEUNG.

01:47PM   6         CAN I DIRECT YOUR ATTENTION, PLEASE, TO EXHIBIT 1289 IN

01:47PM   7    THE BINDER IN FRONT OF YOU?

01:47PM   8    A.   YES.

01:47PM   9    Q.   LET ME KNOW ONCE YOU'RE THERE?

01:47PM   10   A.   I'M AT 1289.

01:47PM   11   Q.   OKAY.  IF YOU WOULD LOOK AT PAGE 2 OF 1289, DO YOU SEE AN

01:47PM   12   EMAIL THAT BEGINS THIS CHAIN?

01:47PM   13        IT SHOULD JUST BE ON THE BACK OF THAT FIRST PAGE.

01:47PM   14   A.   OH, YES.

01:47PM   15   Q.   ARE YOU LOOKING AT AN EMAIL FROM YOU TO OTHER EMPLOYEES AT

01:47PM   16   THERANOS?

01:47PM   17   A.   YES.

01:47PM   18   Q.   AND LOOKING AT THIS EMAIL CHAIN, DO YOU HAVE A

01:47PM   19   RECOLLECTION OF THE EVENTS THAT IT COVERS?

01:48PM   20   A.   YES.

01:48PM   21   Q.   AND CAN YOU EXPLAIN -- WE'LL GO THROUGH THIS IN SOME MORE

01:48PM   22   DETAIL, BUT CAN YOU EXPLAIN GENERALLY WHAT WAS HAPPENING?

01:48PM   23   A.   A PATIENT SAMPLE CAME INTO THE WALGREENS LOCATION IN

01:48PM   24   PALO ALTO TO HAVE THEIR VITAMIN D TESTED, AND ESSENTIALLY I WAS

01:48PM   25   PREPPING TO RUN THIS VITAMIN D SAMPLE.  AND BEFORE YOU RUN A

CHEUNG DIRECT BY MR. BOSTIC                                              837

| | | |
|---|---|---|
| 01:48PM | 1 | VITAMIN D SAMPLE YOU HAVE TO RUN SOMETHING CALLED QUALITY |
| 01:48PM | 2 | CONTROLS, AND THEY HAVE TO PASS IN ORDER TO RUN THE PATIENT |
| 01:48PM | 3 | SAMPLE. |
| 01:48PM | 4 | SO IN THIS EMAIL I'M NOTIFYING DIFFERENT PEOPLE WITHIN THE |
| 01:48PM | 5 | CLINICAL LAB AND THE RESEARCH AND DEVELOPMENT LAB AND THE HELP |
| 01:48PM | 6 | LINE CALLED NORMANDY 911 THAT THE QC'S AREN'T PASSING AND |
| 01:48PM | 7 | TRYING TO FIGURE OUT WHAT I'M SUPPOSED TO DO. |
| 01:48PM | 8 | Q.   AND DO YOU REMEMBER THESE EVENTS? |
| 01:48PM | 9 | A.   YES. |
| 01:48PM | 10 | Q.   LET ME ASK YOU A FEW QUESTIONS ABOUT HOW YOU USED EMAIL AT |
| 01:49PM | 11 | THERANOS IF THAT'S OKAY. |
| 01:49PM | 12 | A.   OKAY. |
| 01:49PM | 13 | Q.   FIRST, DID YOU REGULARLY SEND EMAILS AS PART OF YOUR WORK |
| 01:49PM | 14 | AT THERANOS? |
| 01:49PM | 15 | A.   YES. |
| 01:49PM | 16 | Q.   AND WAS IT YOUR PRACTICE TO SEND EMAILS LIKE THESE AT OR |
| 01:49PM | 17 | NEAR THE TIME OF THE EVENTS THAT YOU WERE DESCRIBING IN THE |
| 01:49PM | 18 | EMAILS? |
| 01:49PM | 19 | A.   YES. |
| 01:49PM | 20 | Q.   IN RESEARCH AND DEVELOPMENT AND IN THE CLINICAL LAB, DID |
| 01:49PM | 21 | YOU AND OTHER EMPLOYEES AT THERANOS USE INFORMATION TO CONVEY |
| 01:49PM | 22 | INFORMATION IN THE COURSE OF REGULARLY CONDUCTED ACTIVITIES OF |
| 01:49PM | 23 | THE COMPANY? |
| 01:49PM | 24 | A.   YES. |
| 01:49PM | 25 | Q.   IN THE WORK THAT YOU DID AND THE WORK THAT OTHERS DID AT |

CHEUNG DIRECT BY MR. BOSTIC                                          838

01:49PM   1    THERANOS IN R&D AND IN THE CLINICAL LAB, WAS IT IMPORTANT TO

01:49PM   2    CONVEY INFORMATION IN EMAILS ACCURATELY?

01:49PM   3    A.   YES.

01:49PM   4    Q.   AND WERE THESE KINDS OF EMAILS RELIED UPON BY INDIVIDUALS

01:49PM   5    AT THERANOS SUCH THAT IT WAS ESSENTIAL TO REPORT INFORMATION

01:49PM   6    ACCURATELY IN THE EMAILS?

01:50PM   7    A.   YES.

01:50PM   8    Q.   DID YOU ALSO, WHEN YOU WERE AT THERANOS, USE EMAILS TO

01:50PM   9    MEMORIALIZE OR PRESERVE INFORMATION SO IT COULD BE REFERRED

01:50PM   10   BACK TO LATER?

01:50PM   11   A.   YES.

01:50PM   12   Q.   DID THERANOS SET UP ANY SPECIFIC EMAIL GROUPS OR EMAIL

01:50PM   13   ALIASES OR ADDRESSES TO BE USED TO FACILITATE THE FUNCTIONS

01:50PM   14   THAT WE'VE BEEN TALKING ABOUT?

01:50PM   15   A.   YES.

01:50PM   16   Q.   AND WHAT WERE SOME OF THEM IF YOU REMEMBER?

01:50PM   17   A.   SO WE CREATED DIFFERENT GROUPS FOR DIFFERENT DEPARTMENTS,

01:50PM   18   SO DIFFERENT RESEARCH AND DEVELOPMENT LABS WOULD HAVE THEIR OWN

01:50PM   19   SORT OF GROUP, EMAIL GROUP.

01:50PM   20        AND WE ALSO HAD THEM IN THIS CASE FOR A HELP LINE.  SO IF

01:50PM   21   WE HAD ANY ISSUES IN THE LABORATORY, WE HAD NORMANDY 911, WHICH

01:50PM   22   WAS TO ESSENTIALLY CONTACT A GROUP OF PEOPLE WHO COULD HELP

01:50PM   23   TROUBLESHOOT ANY PROBLEMS THAT MAY HAVE AROSE WHILE WE WERE

01:51PM   24   WORKING.

01:51PM   25   Q.   AND HOW DID YOU CONTACT THE NORMANDY 911 GROUP?  WHAT WAS

CHEUNG DIRECT BY MR. BOSTIC                                          839

01:51PM  1    THE MECHANISM AT THERANOS?

01:51PM  2    A.   YOU JUST CC'D THAT GROUP TAG.

01:51PM  3    Q.   AND SO YOU WOULD SEND AN EMAIL TO AN EMAIL ADDRESS

01:51PM  4    NORMANDY 911?

01:51PM  5    A.   YES.

01:51PM  6    Q.   AT THERANOS.COM OR SOMETHING LIKE THAT?

01:51PM  7    A.   YES.

01:51PM  8    Q.   AND THAT EMAIL ADDRESS WAS CREATED BY THE COMPANY ITSELF?

01:51PM  9    A.   YES.

01:51PM  10   Q.   GOING BACK TO EXHIBIT 1289.  WE TALKED ABOUT THE BASIC

01:51PM  11   SITUATION INVOLVING HERE I THINK YOU SAID A QC FAILURE; IS THAT

01:51PM  12   CORRECT?

01:51PM  13   A.   YES.

01:51PM  14   Q.   AND I'LL POINT YOUR ATTENTION TO PAGE 1 OF THAT EXHIBIT.

01:51PM  15   YOU WILL SEE AT THE TOP THE EMAIL CHAIN ENDS WITH AN EMAIL FROM

01:51PM  16   MR. BALWANI; IS THAT CORRECT?

01:51PM  17   A.   YES.

01:51PM  18   Q.   AND CAN YOU FLIP BACK ONE EXHIBIT TO EXHIBIT 1287, PLEASE.

01:52PM  19        DO YOU SEE EXHIBIT 1287?

01:52PM  20   A.   YES.

01:52PM  21   Q.   IS THAT ANOTHER VERSION OR A DIFFERENT PORTION OF THIS

01:52PM  22   SAME EMAIL CHAIN?

01:52PM  23   A.   YES.

01:52PM  24   Q.   AT THE TOP OF EXHIBIT 1287 DO YOU SEE A COUPLE OF

01:52PM  25   EXCHANGES WHERE MS. HOLMES IS EITHER THE SENDER OR RECIPIENT OF

CHEUNG DIRECT BY MR. BOSTIC                                                840

01:52PM   1      EMAILS?

01:52PM   2      A.   YES.

01:52PM   3              MR. BOSTIC:  YOUR HONOR, AT THIS TIME THE GOVERNMENT

01:52PM   4      WOULD MOVE TO ADMIT EXHIBIT 1289.

01:52PM   5              MR. WADE:  YOUR HONOR, I HAVE NO OBJECTION TO EVERY

01:52PM   6      EMAIL IN 1289 WITH THE EXCEPTION OF THE TOP EMAIL, WHICH IS NOT

01:52PM   7      INCLUDED IN 1287.

01:52PM   8              THE COURT:  THE EMAIL AT THE TOP OF THE PAGE ON THE

01:52PM   9      FIRST PAGE OF 3069?

01:53PM  10              MR. WADE:  I'M SORRY, 1289 I BELIEVE IS WHAT THE

01:53PM  11      GOVERNMENT IS MOVING; IS THAT CORRECT?

01:53PM  12              MR. BOSTIC:  BATES ENDING IN 3069.

01:53PM  13              MR. WADE:  BATES, CORRECT.  YES, YOUR HONOR, THE TOP

01:53PM  14      EMAIL OF THAT CHAIN.

01:53PM  15              THE COURT:  MR. BOSTIC?

01:53PM  16              MR. BOSTIC:  I BELIEVE THAT EMAIL SHOULD BE

01:53PM  17      ADMITTED, YOUR HONOR.  IT PROVIDES THE REACTION OF THE

01:53PM  18      COCONSPIRATOR IN THIS CASE, AND I THINK THAT'S RELEVANT.

01:53PM  19              MR. WADE:  SHOULD WE APPROACH, YOUR HONOR?

01:53PM  20              THE COURT:  I SEE THE COCONSPIRATOR'S NAME HERE.

01:53PM  21          WHAT IS THE -- IS HE A RECIPIENT?

01:53PM  22              MR. BOSTIC:  HE'S A SENDER IN THE EMAIL MESSAGE THAT

01:53PM  23      WE'RE REFERENCING, YOUR HONOR.

01:53PM  24              THE COURT:  I SEE.  IT'S A THREE HOLE PUNCH, AND

01:53PM  25      IT'S PUNCHED OUT IN THE TITLE OF THE COPY THAT I HAVE.

CHEUNG DIRECT BY MR. BOSTIC                                          841

01:53PM   1              MR. BOSTIC:  YOUR HONOR, FOR EXPEDIENCY, WE CAN

01:54PM   2   DEFER ON 1289 FOR NOW.  I CAN ASK THE WITNESS ABOUT THE EVENTS

01:54PM   3   INDEPENDENT OF THE EMAIL.

01:54PM   4              THE COURT:  SURE.  ALL RIGHT.  LET'S DO THAT.  WE'LL

01:54PM   5   TALK ABOUT THIS TOMORROW.

01:54PM   6   BY MR. BOSTIC:

01:54PM   7   Q.   MS. CHEUNG, YOU MENTIONED A CONCEPT CALLED QC OR QUALITY

01:54PM   8   CONTROL?

01:54PM   9   A.   YES.

01:54PM  10   Q.   AND WHAT IS QC AND HOW DID IT WORK AT THERANOS?

01:54PM  11   A.   SO QC STANDS FOR QUALITY CONTROLS, AND ESSENTIALLY QUALITY

01:54PM  12   CONTROL IS A SYSTEM THAT YOU SET UP BEFORE YOU RUN PATIENT

01:54PM  13   SAMPLES.

01:54PM  14        SO A QUALITY CONTROL ITSELF IS A SAMPLE WHERE YOU HAVE A

01:54PM  15   KNOWN CONCENTRATION OF WHATEVER YOU'RE TRYING TO TEST.  SO, FOR

01:54PM  16   EXAMPLE, IF YOU'RE TRYING TO TEST VITAMIN D, YOU KNOW THAT THE

01:54PM  17   QUALITY CONTROL SAMPLE IS 12 MICROGRAMS PER MIL.

01:54PM  18        SO WHAT YOU'LL DO IS RUN THESE QUALITY CONTROL SAMPLES

01:55PM  19   PRIOR TO RUNNING A PATIENT SAMPLE TO MAKE SURE EVERYTHING IN

01:55PM  20   YOUR SYSTEM IS WORKING ACCURATELY.

01:55PM  21        BECAUSE THERE ARE SO MANY DIFFERENT MOVING PARTS, YOU WANT

01:55PM  22   TO MAKE SURE THAT THE DEVICE, THE CHEMICALS THAT YOU USE, THE

01:55PM  23   CHEMISTRY, EVERYTHING, THE TECHNICIAN IS TRAINED PROPERLY, IS

01:55PM  24   WORKING EFFECTIVELY SO YOU RUN THIS QUALITY CONTROL SAMPLE TO

01:55PM  25   SEE IF IT PASSES OR FAILS IN ORDER TO ALLOW YOU THEN TO PROCESS

01:55PM  1    A PATIENT SAMPLE.

01:55PM  2        SO IT'S KIND OF LIKE AN ASSURANCE SYSTEM BEFORE RUNNING A

01:55PM  3    PATIENT SAMPLE.

01:55PM  4    Q.   SO A BLOOD TEST, THE GOAL IS TO TEST THE CONCENTRATION OF

01:55PM  5    A CERTAIN SUBSTANCE IN THE BLOOD GENERALLY SPEAKING?

01:55PM  6    A.   YES.

01:55PM  7    Q.   AND SO FOR THIS QUALITY CONTROL STEP, IF I'M UNDERSTANDING

01:55PM  8    CORRECTLY, YOU TAKE A SAMPLE THAT HAS A KNOWN CONCENTRATION?

01:55PM  9    A.   RIGHT.

01:55PM  10   Q.   AND THE GOAL IS TO SEE IF THE DEVICE CAN RETURN THE RESULT

01:55PM  11   THAT MATCHES WITH THAT KNOWN CONCENTRATION?

01:56PM  12   A.   YEAH.  SO IT WILL EITHER BE A TYPE OF CONCENTRATION, SO

01:56PM  13   YOU WANT THE SAME CONCENTRATION, OR SOMETIMES IT WILL BE A

01:56PM  14   POSITIVE OR A NEGATIVE VALUE OR YOU WILL KNOW YOU HAVE A

01:56PM  15   POSITIVE VALUE OR A NEGATIVE VALUE.  SO IT COULD BE EITHER OF

01:56PM  16   THOSE TYPES OF SETUPS.

01:56PM  17   Q.   AND HOW OFTEN WAS -- HOW OFTEN DID QUALITY CONTROL HAVE TO

01:56PM  18   BE PERFORMED AT THERANOS WHEN YOU WERE WORKING THERE?

01:56PM  19   A.    AT THERANOS WE PERFORMED QUALITY CONTROLS TYPICALLY AT THE

01:56PM  20   BEGINNING OF THE DAY BEFORE WE WERE GOING TO RUN ALL OF OUR

01:56PM  21   PATIENT SAMPLES.

01:56PM  22   Q.   DID QUALITY CONTROL HAVE TO BE PERFORMED JUST ON ONE

01:56PM  23   REPRESENTATIVE DEVICE OR DID IT HAVE TO BE PERFORMED ON EACH

01:56PM  24   DEVICE THAT WAS GOING TO BE USED FOR PATIENT TESTING?

01:56PM  25   A.    IT HAS TO BE RUN ON EACH DEVICE THAT IS GOING TO BE USED

CHEUNG DIRECT BY MR. BOSTIC                                        843

01:56PM  1      FOR PATIENT TESTING.

01:56PM  2      Q.   AND DOES IT HAVE TO BE RUN FOR EACH KIND OF TEST FOR EACH

01:56PM  3      ASSAY THAT IS GOING TO BE USED THAT DAY OR JUST FOR CERTAIN

01:56PM  4      EXAMPLE ASSAYS?

01:56PM  5      A.   IT HAS TO BE RUN FOR EACH ASSAY.  SO EACH TEST THAT YOU

01:57PM  6      RUN YOU HAVE TO RUN QC'S FOR.

01:57PM  7      Q.   AND WHAT HAPPENS IF A DEVICE FAILS QC ON A CERTAIN DAY FOR

01:57PM  8      A CERTAIN ASSAY?

01:57PM  9      A.   SO TYPICALLY IF A QC FAILS, YOU HAVE TO INVESTIGATE WHY

01:57PM 10      DID IT FAIL, AND YOU HAVE TO COME UP WITH SOME SORT OF

01:57PM 11      CORRECTIVE ACTION IN ORDER TO MAKE SURE THAT THEY PASS AND THAT

01:57PM 12      THE SYSTEM IS WORKING.

01:57PM 13          SO, FOR EXAMPLE, IF IT FAILS, YOU WILL LOOK AND SEE, OKAY,

01:57PM 14      LET'S LOOK AT THE SOLUTIONS I'M USING, YOU KNOW, IS ANYTHING

01:57PM 15      EXPIRED?

01:57PM 16          OR MAYBE I MADE SOME SORT OF A MISTAKE, AND YOU'LL TRY AND

01:57PM 17      BASICALLY RE-CORRECT FOR ANY POTENTIAL ERROR THAT YOU MIGHT

01:57PM 18      HAVE.

01:57PM 19          IT KIND OF WORKS LIKE A FLAG SYSTEM TO LET YOU KNOW THAT

01:57PM 20      SOMETHING IS OFF OR SOMETHING IS WRONG AND SO YOU HAVE TO

01:57PM 21      INVESTIGATE WHAT THAT IS.

01:57PM 22      Q.   AND IN THAT CASE IF A DEVICE FAILS QC FOR A CERTAIN ASSAY

01:57PM 23      ON A CERTAIN DAY, CAN IT CONTINUE TO BE USED FOR PATIENT

01:57PM 24      TESTING WHILE THE PROBLEM IS INVESTIGATED?

01:57PM 25      A.   NO.

CHEUNG DIRECT BY MR. BOSTIC                                      844

| | | |
|---|---|---|
| 01:57PM | 1 | Q.   CAN THE MACHINE BE USED AGAIN BEFORE IT PASSES -- SORRY. |
| 01:58PM | 2 | WHEN A MACHINE FAILS QC, CAN IT BE USED AGAIN FOR PATIENT |
| 01:58PM | 3 | TESTING BEFORE IT PASSES QC? |
| 01:58PM | 4 | A.   CAN YOU REPEAT THAT QUESTION. |
| 01:58PM | 5 | Q.   SURE.  IF A DEVICE FAILS QC, ARE YOU ALLOWED TO USE IT FOR |
| 01:58PM | 6 | PATIENT TESTING AGAIN BEFORE IT PASSES QC? |
| 01:58PM | 7 | A.   NO, YOU CAN'T USE IT FOR PATIENT TESTING. |
| 01:58PM | 8 | Q.   SO GOING BACK TO THE EMAIL THAT YOU SEE IN FRONT OF YOU. |
| 01:58PM | 9 | WHAT WAS THE DATE WHEN THIS SITUATION OCCURRED WITH THE QC |
| 01:58PM | 10 | RESULT YOU REFERENCED EARLIER? |
| 01:58PM | 11 | A.   THE DATE WAS NOVEMBER 30TH, 2013. |
| 01:58PM | 12 | Q.   OKAY.  AND ON THAT DATE DO YOU REMEMBER SENDING AN EMAIL |
| 01:58PM | 13 | TO THE NORMANDY 911 EMAIL ADDRESS? |
| 01:58PM | 14 | A.   YES. |
| 01:58PM | 15 | Q.   AND WHAT WAS THE REASON FOR SENDING THAT EMAIL? |
| 01:58PM | 16 | A.   THE REASON FOR SENDING THAT IS BECAUSE THE QC'S DIDN'T |
| 01:58PM | 17 | PASS, AND I WAS TRYING TO TROUBLESHOOT DIFFERENT SOLUTIONS AND |
| 01:58PM | 18 | NOTHING WAS WORKING BECAUSE THEY KEPT REPEATEDLY FAILING. |
| 01:59PM | 19 | Q.   AND BECAUSE THE QC'S FAILED, YOU WEREN'T ALLOWED TO RUN |
| 01:59PM | 20 | THE PATIENT SAMPLE THAT YOU NEEDED TO RUN; IS THAT CORRECT? |
| 01:59PM | 21 | A.   THAT IS CORRECT. |
| 01:59PM | 22 | Q.   AND WHAT WAS THE ASSAY INVOLVED HERE? |
| 01:59PM | 23 | A.   THE ASSAY WAS VITAMIN D. |
| 01:59PM | 24 | Q.   DO YOU HAVE AN UNDERSTANDING FROM YOUR TIME AT THERANOS OF |
| 01:59PM | 25 | WHAT THE VITAMIN D TEST IS AND WHY IT'S IMPORTANT? |

CHEUNG DIRECT BY MR. BOSTIC

01:59PM 1      A.   THE VITAMIN D TEST IS TO CHECK FOR THE MINERAL VITAMIN D,

01:59PM 2      AND SO IT WILL INDICATE TO A PATIENT WHETHER THEY HAVE A

01:59PM 3      DEFICIENCY, WHETHER THEY'RE OVERDOSING, IF THEY'RE TAKING

01:59PM 4      SUPPLEMENTS OR WHETHER THEY'RE IN THE NORMAL RANGE.

01:59PM 5      Q.   I'LL ASK YOU TO TURN BACK TO EXHIBIT 1287.

01:59PM 6             MR. WADE:  YOUR HONOR, ARE WE REFRESHING

01:59PM 7      RECOLLECTION NOW?

01:59PM 8             THE COURT:  HE HASN'T ASKED A QUESTION YET.

01:59PM 9             MR. WADE:  OKAY.  I JUST -- WE'RE GOING -- I'M JUST

01:59PM 10     SEEKING CLARIFICATION.

02:00PM 11            MR. BOSTIC:  MY NEXT STEP IS TO SEEK TO MOVE

02:00PM 12     EXHIBIT 1287 INTO EVIDENCE.

02:00PM 13            MR. WADE:  WITHOUT OBJECTION.

02:00PM 14            THE COURT:  IT MAY BE PUBLISHED.  THANK YOU.

02:00PM 15        (GOVERNMENT'S EXHIBIT 1287 WAS RECEIVED IN EVIDENCE.)

02:00PM 16     BY MR. BOSTIC:

02:00PM 17     Q.   DO YOU SEE A VERSION OF THIS EMAIL CHAIN ON THE SCREEN IN

02:00PM 18     FRONT OF YOU, MS. CHEUNG?

02:00PM 19     A.   YES.

02:00PM 20     Q.   I'LL DIRECT YOUR ATTENTION TO THE BOTTOM OF PAGE 1.  IF WE

02:00PM 21     CAN ZOOM DOWN TO -- YES, TO THE BOTTOM THERE, MS. HOLLIMAN.

02:00PM 22     THANK YOU.

02:00PM 23        THERE'S A MESSAGE FROM MR. BALWANI IN THE MIDDLE OF THE

02:00PM 24     TEXT THERE ON NOVEMBER 30TH, 2013, AT 7:10 A.M.

02:01PM 25            DO YOU SEE THAT?

CHEUNG DIRECT BY MR. BOSTIC

02:01PM  1    A.    YES.

02:01PM  2    Q.    AND MR. BALWANI REMARKS, "THIS IS BEYOND UNACCEPTABLE

02:01PM  3    PERFORMANCE."

02:01PM  4         DO YOU SEE THAT?

02:01PM  5    A.    YES.

02:01PM  6    Q.    AND FROM YOUR STANDPOINT AS AN EMPLOYEE OF THE COMPANY,

02:01PM  7    DID YOU AGREE THAT THIS WAS BEYOND UNACCEPTABLE PERFORMANCE FOR

02:01PM  8    THE THERANOS ASSAY AT THIS TIME?

02:01PM  9    A.    YES, THAT THE QC FAILED.

02:01PM  10   Q.    MS. HOLMES THEN RESPONDS TO THAT MESSAGE AND ASKS "DO WE

02:01PM  11   HAVE ENOUGH SAMPLE TO RUN THIS ONE ON TRADITIONAL METHODS?"

02:01PM  12        DO YOU SEE THAT?

02:01PM  13   A.    YES.

02:01PM  14   Q.    AND WHAT WAS YOUR UNDERSTANDING WHAT SHE MEANT WHEN SHE

02:01PM  15   SAID "TRADITIONAL METHODS"?  WHAT DOES THAT MEAN?

02:01PM  16   A.    TRADITIONAL METHODS MEANS IS THE PREDICATE METHOD, SO IT'S

02:01PM  17   THE MACHINES THAT WE HAD IN THAT UPSTAIRS LABORATORY, THE SORT

02:01PM  18   OF OFF-THE-SHELF MACHINES.  SO THIS WOULD HAVE LIKELY BEEN THE

02:02PM  19   DIASORIN, WHICH IS UTILIZED FOR VITAMIN D SAMPLES.

02:02PM  20   Q.    AND YOU SAID DIASORIN.  IS THAT ANOTHER MANUFACTURER

02:02PM  21   BESIDES THERANOS?

02:02PM  22   A.    YEAH, IT'S LIKE THE DIASORIN LIAISON.  IT'S THE MACHINE

02:02PM  23   USED TO PROCESS VITAMIN D SAMPLES.

02:02PM  24   Q.    SO, IN OTHER WORDS, MS. HOLMES IS ASKING HERE WHETHER THE

02:02PM  25   SAMPLE IS LARGE ENOUGH TO FORGET ABOUT USING THE THERANOS

CHEUNG DIRECT BY MR. BOSTIC

02:02PM 1    TECHNOLOGY ALTOGETHER AND SIMPLY RELY ON GENERAL STORE BOUGHT

02:02PM 2    ANALYZERS; IS THAT CORRECT?

02:02PM 3    A.   YES.

02:02PM 4    Q.   THANK YOU, MS. HOLLIMAN.  LET'S ZOOM OUT AND ZOOM IN ON

02:02PM 5    THE NEXT -- KIND OF THE NEXT MIDDLE THIRD OF THE DOCUMENT,

02:02PM 6    PLEASE.

02:02PM 7         LET'S SAY FROM THE LINE ABOUT ONE-THIRD DOWN, FROM ABOUT

02:02PM 8    THERE (INDICATING).

02:02PM 9         SORRY.  LET'S GO BACK.  AND FROM WHERE I MARKED NEAR THE

02:03PM 10   TOP, STARTING FROM THERE GOING DOWN.  CORRECT.  PERFECT.  THANK

02:03PM 11   YOU.

02:03PM 12        NISHIT DOSHI RESPONDS TO MS. HOLMES'S QUESTION; CORRECT?

02:03PM 13   A.   YES.

02:03PM 14   Q.   AND WHAT IS THE ANSWER TO HER QUESTION AND WHETHER IT IS

02:03PM 15   POSSIBLE TO JUST USE THIRD PARTY DEVICES AND NOT THERANOS

02:03PM 16   DEVICES FOR THIS?

02:03PM 17   A.   HE'S EFFECTIVELY SAYING THAT WE NEED A LARGER SAMPLE, SO

02:03PM 18   WE NEED 150 MICROLITERS OF SERUM, WHICH SERUM IS A DIFFERENT

02:03PM 19   TYPE OF TUBE AND NOT EDTA PLASMA.

02:03PM 20        SO SOMETIMES YOU HAVE DIFFERENT COATINGS ON DIFFERENT

02:03PM 21   TYPES OF TUBES.  SO WE DON'T HAVE ENOUGH SAMPLE AND THE RIGHT

02:03PM 22   TYPE OF SAMPLE IN ORDER TO RUN IT ON THE LIAISON, WHICH IS THIS

02:03PM 23   PREDICATE METHOD MACHINE, THE VENOUS OFF-THE-SHELF FDA-APPROVED

02:03PM 24   MACHINE THAT YOU WOULD RUN VITAMIN D SAMPLES ALTERNATIVELY ON.

02:03PM 25   Q.   MS. HOLMES THEN RESPONDS AND ASKING HOW FAST WE CAN

CHEUNG DIRECT BY MR. BOSTIC                                              848

02:04PM   1    RESOLVE THIS ISSUE.

02:04PM   2         DO YOU SEE THAT?

02:04PM   3    A.   YES.

02:04PM   4    Q.   AND DANIEL YOUNG RESPONDS.  WHO WAS DANIEL YOUNG AT THE

02:04PM   5    COMPANY?

02:04PM   6    A.   DANIEL YOUNG WAS THE VICE PRESIDENT OF THE COMPANY.

02:04PM   7    Q.   WHAT WAS HIS FUNCTION AT THE COMPANY, IF YOU HAVE AN

02:04PM   8    UNDERSTANDING OF WHAT HIS JOB ENTAILED?

02:04PM   9    A.   SO DANIEL YOUNG WAS THE VICE PRESIDENT, AND HE TENDED TO

02:04PM  10    HAVE OVERSIGHT OVER ALL OF THE RESEARCH AND DEVELOPMENT

02:04PM  11    ACTIVITIES.

02:04PM  12         AND THEN SPECIFICALLY WHEN IT CAME TO SORT OF THIS

02:04PM  13    INTEGRATION, HELPING TO BASICALLY MAKE IT POSSIBLE SO THAT

02:04PM  14    THERANOS COULD PROCESS EVEN MORE SAMPLES THAN WE CURRENTLY HAD

02:04PM  15    CAPACITY OF.  SO THAT WAS MY UNDERSTANDING OF WHAT HIS ROLE

02:04PM  16    WAS.

02:04PM  17         HE KIND OF OVERSAW A LOT OF THE R&D AND A LOT OF THE

02:04PM  18    SCIENTISTS AND ALSO THIS INTEGRATION OF GETTING THESE NEW TYPES

02:04PM  19    OF TESTS THAT WE WERE DEALING WITH INTO THE CLINICAL SETTING.

02:04PM  20         HE WAS KIND OF A LEAD PERSON THAT WE WOULD CONTACT TO

02:04PM  21    DISCUSS WHAT WE WERE WORKING ON OR ANY ISSUES THAT WE HAD IN

02:04PM  22    THAT REGARD.

02:05PM  23    Q.   HIS ANSWER TO MS. HOLMES IS "THIS HAS BEEN RESOLVED.

02:05PM  24    SAMPLE IS BEING RUN ON THE EDISON."

02:05PM  25         IS THAT CORRECT?

CHEUNG DIRECT BY MR. BOSTIC                                          849

02:05PM   1    A.   YES.

02:05PM   2    Q.   AND MS. HOLMES ASKS "WHAT IS THE RESOLUTION?"

02:05PM   3         LET'S ZOOM OUT AND GO TO THE TOP EMAIL ON THE CHAIN,

02:05PM   4    PLEASE, THE TOP PORTION.  THANK YOU.  THERE'S AN EMAIL FROM

02:05PM   5    SURAJ SAKSENA.  WHO WAS SURAJ SAKSENA AT THERANOS?

02:05PM   6    A.   SURAJ SAKSENA WAS A TEAM LEAD.  HE WAS A SCIENTIST ON THE

02:05PM   7    BINDERS TEAM AND HE ALSO WORKED ON THE ELISA AND ALSO ON

02:05PM   8    PRODUCTION.

02:05PM   9    Q.   AND HIS RESPONSE SAYS, "HI ELIZABETH.  2 OUTLIERS HAD TO

02:05PM  10    BE MANUALLY REMOVED TO PASS QC.  FOR FUTURE, WE WILL

02:06PM  11    INCORPORATE AUTOMATIC OUTLIER DETECTION AND REMOVAL FROM

02:06PM  12    ANALYSIS."

02:06PM  13         CAN YOU EXPLAIN WHAT THAT MEANS, "2 OUTLIERS HAD TO BE

02:06PM  14    MANUALLY REMOVED TO PASS QC"?

02:06PM  15    A.   SO ESSENTIALLY THE PATIENT RESULTS AND THE QC RESULTS WERE

02:06PM  16    ALL DERIVED FROM AN AGGREGATION OF SIX DATA POINTS.  AND SURAJ

02:06PM  17    IS TALKING ABOUT THIS, LIKE, PROCESS AT THERANOS WHERE THEY

02:06PM  18    WOULD DELETE TWO DATA POINTS IF A QC FAILED OR IF A THERE WAS

02:06PM  19    SOME INSTANCE WHERE WE WEREN'T GETTING LIKE THE QC TO PASS OR

02:06PM  20    INVALIDATION STUDIES, THIS WAS ALSO CONDUCTED LIKE THIS SORT OF

02:06PM  21    OUTLIER REMOVAL.

02:06PM  22         SO LET'S TAKE TWO DATA POINTS OUT OF THE SIX DATA POINTS

02:06PM  23    THAT WE HAVE TO SEE IF THAT CHANGES THE RESULTS THAT WE'RE

02:06PM  24    GETTING.

02:06PM  25    Q.   AND IS THIS A PROCESS THAT YOU BECAME FAMILIAR WITH DURING

CHEUNG DIRECT BY MR. BOSTIC                                          850

02:06PM    1    YOUR TIME AT THERANOS?

02:06PM    2    A.   YES.

02:06PM    3    Q.   AND IS THIS A PROCESS THAT YOU AGREED WITH OR DISAGREED

02:06PM    4    WITH?

02:06PM    5    A.   I DISAGREED WITH.

02:06PM    6    Q.   BY SAYING OUTLIERS WERE REMOVED, DOES THAT MEAN THAT THOSE

02:07PM    7    RESULTS NEVER EXISTED IN THE FIRST PLACE OR JUST THAT THEY WERE

02:07PM    8    IGNORED OR DISREGARDED FOR PURPOSES OF QUALITY CONTROL?

02:07PM    9    A.   THEY WERE IGNORED AND DISREGARDED FOR THE PURPOSES OF

02:07PM   10    QUALITY CONTROL.

02:07PM   11         MR. BOSTIC:  YOUR HONOR, THERE'S MORE TO TALK ABOUT

02:07PM   12    ON THIS TOPIC, BUT THIS MIGHT BE A GOOD TIME TO BREAK FOR THE

02:07PM   13    DAY.

02:07PM   14         THE COURT:  LET'S DO THAT.

02:07PM   15    LADIES AND GENTLEMEN, WE'LL TAKE OUR RECESS AT THIS TIME.

02:07PM   16    I WANT TO TELL YOU TOMORROW I'M HOPEFUL THAT WE CAN BEGIN AT

02:07PM   17    9:00 O'CLOCK TOMORROW.  IT MAY BE -- I'M PROBABLY GOING TO WANT

02:07PM   18    TO TALK TO THE LAWYERS IN ADVANCE, BUT I'M QUITE CONFIDENT THAT

02:07PM   19    WE WILL BE ABLE TO BEGIN AT THE LATEST AT 9:30, BUT I'M

02:07PM   20    SHOOTING FOR 9:00 O'CLOCK.  I JUST WANT TO GIVE YOU A HEADS UP

02:07PM   21    ON THAT.

02:07PM   22    WE'LL TAKE OUR RECESS TODAY.  I DO, ONCE AGAIN, WANT TO

02:07PM   23    ADMONISH YOU ABOUT THE NEED TO DECIDE THIS CASE SOLELY ON THE

02:07PM   24    EVIDENCE PRESENTED IN THE COURTROOM.  AGAIN, THIS MEANS THAT

02:07PM   25    YOU'RE NOT TO DO ANY RESEARCH ABOUT THE CASE, ANYTHING TO DO

CHEUNG DIRECT BY MR. BOSTIC                                              851

02:08PM  1    WITH THE CASE, INCLUDING ANY INDEPENDENT RESEARCH.  YOU SHOULD

02:08PM  2    LIMIT YOUR EXPOSURE TO TRADITIONAL FORMS OF MEDIA INFORMATION,

02:08PM  3    AND YOU MUST NOT COMMUNICATE WITH ANYONE IN ANY WAY ABOUT THIS

02:08PM  4    CASE, AND YOU MUST IGNORE ANY INFORMATION ABOUT THE CASE THAT

02:08PM  5    YOU MIGHT SEE WHILE BROWSING THE INTERNET OR ON YOUR SOCIAL

02:08PM  6    MEDIA FEEDS.

02:08PM  7         AGAIN, TOMORROW MORNING I'M GOING TO ASK YOU THE OTHER

02:08PM  8    QUESTION, WHETHER OR NOT ANY OF YOU HAVE BEEN EXPOSED TO

02:08PM  9    INFORMATION.  I HOPE YOU APPRECIATE THE SOMEWHAT REDUNDANCY OF

02:08PM  10   THIS, BUT I HOPE YOU ALSO APPRECIATE HOW IMPORTANT IT IS FOR

02:08PM  11   THIS CASE AND FOR YOUR DELIBERATIONS TO BE DECIDED ONLY ON THE

02:08PM  12   EVIDENCE HERE.

02:08PM  13        WITH THAT, WE'LL SEE YOU TOMORROW MORNING.

02:08PM  14        MS. KRATZMANN WILL TELL YOU WHERE TO COLLECT YOURSELVES

02:08PM  15   AND HOW THAT IS GOING TO BE ENGAGED.

02:08PM  16        I UNDERSTAND THERE'S ANOTHER JURY TRIAL GOING ON IN OUR

02:08PM  17   COURTHOUSE, AND IT MIGHT CREATE SOME CHALLENGES AS FAR AS

02:08PM  18   ELEVATORS AND THINGS.  ALTHOUGH I BELIEVE WE HAVE WORKED THE

02:08PM  19   TIMING OUT ON THAT.

02:08PM  20        BUT IN ANY EVENT, HAVE A GOOD EVENING.  PLEASE REMEMBER

02:09PM  21   THE ADMONITION.  I HOPE WE CAN START AT 9:00 O'CLOCK.

02:09PM  22   REALISTICALLY IT'S PROBABLY GOING TO BE A LITTLE BIT AFTER

02:09PM  23   THAT, JUST TO BE CANDID, BUT WE'LL DO THE BEST THAT WE CAN.

02:09PM  24        TOMORROW WE MIGHT GO LATER.  I ASKED YOU TO CHECK ON THAT,

02:09PM  25   BUT WE'LL FOLLOW UP ON THAT TOMORROW.  THANK YOU.

02:09PM 1 　　　　MS. CHEUNG, YOU CAN STEP DOWN AS WELL.  IF YOU COULD BE

02:09PM 2 AVAILABLE TOMORROW AT 9:00 O'CLOCK, PLEASE.

02:10PM 3 　　　　(JURY OUT AT 2:10 P.M.)

02:10PM 4 　　　　　　THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

02:10PM 5 YOU.

02:10PM 6 　　　　THE RECORD SHOULD REFLECT OUR JURY HAS LEFT FOR THE DAY.

02:10PM 7 　　　　MS. CHEUNG, OUR WITNESS, HAS LEFT THE COURTROOM.

02:10PM 8 　　　　COUNSEL, I THINK THE PROSECUTION -- YOU HAVE A COPY OF

02:10PM 9 THIS, OF THE BRIEF?

02:10PM 10 　　　　　　MR. BOSTIC:  WE DO, YOUR HONOR.

02:10PM 11 　　　　　　THE COURT:  YOU CAN LOOK THAT OVER TONIGHT.  IF YOU

02:10PM 12 HAVE ANYTHING YOU WANT TO PREPARE IN WRITING AND YOU FINISH IT

02:10PM 13 THIS EVENING, I APPRECIATE YOU SENDING IT OVER SO I CAN LOOK AT

02:10PM 14 IT BEFORE TOMORROW MORNING, AND THEN WE'LL HAVE A FULLER

02:10PM 15 DISCUSSION ABOUT THIS TOMORROW.

02:10PM 16 　　　　MR. WADE?

02:10PM 17 　　　　　　MR. WADE:  YOUR HONOR, IN LIGHT OF SOME OF THE

02:10PM 18 ISSUES THAT CAME UP, IF THERE'S ANYTHING THAT -- ANY CASE LAW

02:10PM 19 THAT WE THINK WOULD SHED ANY FURTHER LIGHT ON THIS, WE'LL FILE

02:11PM 20 IT AS WELL.  THIS WAS NOT A SUBMISSION THAT WAS SPECIFIC TO

02:11PM 21 THESE EMAILS.  IT WAS JUST A BENCH MEMO THAT WE HAD ON BUSINESS

02:11PM 22 RECORDS.

02:11PM 23 　　　　IF IN LIGHT OF SOME OF THE ISSUES THAT THE GOVERNMENT HAS

02:11PM 24 RAISED THERE ARE PARTICULAR ITEMS THAT COME UP, WE'LL FILE THEM

02:11PM 25 WITH THE COURT AND GIVE THEM TO THE GOVERNMENT AS QUICKLY AS WE

| | | |
|---|---|---|
| 02:11PM | 1 | CAN. |
| 02:11PM | 2 | THE COURT:  YOU'RE SAYING IN RESPONSE TO WHAT THEY |
| 02:11PM | 3 | FILE? |
| 02:11PM | 4 | MR. WADE:  THEY RAISED, FOR EXAMPLE, THE AGENCY |
| 02:11PM | 5 | ISSUE WHICH IS SUGGESTING THAT A WHOLE SLEW OF DOCUMENTS CAN |
| 02:11PM | 6 | COME IN.  IF WE THINK THERE'S SOME CASE LAW ON POINT, WE MAY |
| 02:11PM | 7 | SUBMIT A ONE PAGER OR A VERY SHORT SUBMISSION JUST IN THE |
| 02:11PM | 8 | SPIRIT OF GIVING EVERYONE NOTICE AS QUICKLY AS POSSIBLE. |
| 02:11PM | 9 | THE COURT:  WELL, LET'S -- I DON'T KNOW WHAT THE -- |
| 02:11PM | 10 | WE'VE TALKED ABOUT A BUSINESS RECORD EXCEPTION, WE'VE TALKED |
| 02:11PM | 11 | ABOUT VICARIOUS ADMISSIONS, WE'VE TALKED ABOUT, I THINK, AN |
| 02:11PM | 12 | AGENCY TYPE OF THEORY FOR ADMISSION UNDER 801(D)(2) AND PERHAPS |
| 02:11PM | 13 | (E) AND PERHAPS (D), PERHAPS (C), IF YOU WANT TO LOOK AT THOSE. |
| 02:12PM | 14 | I THINK THIS IS WHAT WE TALKED ABOUT IN OUR DISCUSSION.  THERE |
| 02:12PM | 15 | MIGHT BE ALTERNATIVE WAYS THAT THIS COULD BE AT LEAST ARGUABLY |
| 02:12PM | 16 | ADMITTED.  SO IF THERE'S GOING TO BE DISCUSSION ABOUT THAT, I'M |
| 02:12PM | 17 | HAPPY TO RECEIVE YOUR COMMENTS. |
| 02:12PM | 18 | MR. WADE:  AND I'M NOT SUGGESTING -- WE WOULDN'T |
| 02:12PM | 19 | FILE A MOTION THAT WOULD REQUIRE A RULING OR ANYTHING TO THAT |
| 02:12PM | 20 | EFFECT.  IT'S JUST THAT IF WE NOTE SOME AUTHORITY, WE'LL BRING |
| 02:12PM | 21 | IT TO EVERYONE'S ATTENTION SO THEY HAVE AS MUCH NOTICE AS |
| 02:12PM | 22 | POSSIBLE. |
| 02:12PM | 23 | THE COURT:  OKAY.  ANYTHING FURTHER? |
| 02:12PM | 24 | MR. BOSTIC:  NOT ON THIS ISSUE. |
| 02:12PM | 25 | THE COURT:  ANYTHING FROM YOUR SIDE? |

854

02:12PM    1                    MR. WADE:  NO, YOUR HONOR.

02:12PM    2                    THE COURT:  ALL RIGHT.  HAVE A GOOD EVENING.

02:12PM    3          THANKS.

02:12PM    4              (COURT ADJOURNED AT 2:12 P.M.)

           5

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1

2

3                          CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16    _____
      IRENE RODRIGUEZ, CSR, CRR
      CERTIFICATE NUMBER 8076

17

18    _____
      LEE-ANNE SHORTRIDGE, CSR, CRR
19    CERTIFICATE NUMBER 9595

20

21         DATED:  SEPTEMBER 14, 2021

22

23

24

25

855

1

2                   UNITED STATES DISTRICT COURT

3                 NORTHERN DISTRICT OF CALIFORNIA

4                      SAN JOSE DIVISION

5

   UNITED STATES OF AMERICA,      )  CR-18-00258-EJD
6                                 )
                   PLAINTIFF,     )  SAN JOSE, CALIFORNIA
7                                 )
        VS.                       )  VOLUME 7
8                                 )
   ELIZABETH A. HOLMES,           )  SEPTEMBER 15, 2021
9                                 )
                   DEFENDANT.     )  PAGES 855 - 1059
10   _____)

11                  TRANSCRIPT OF TRIAL PROCEEDINGS

12             BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
13
   A P P E A R A N C E S:
14

   FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                        BY:  JOHN C. BOSTIC
                               JEFFREY B. SCHENK
16                        150 ALMADEN BOULEVARD, SUITE 900
                          SAN JOSE, CALIFORNIA 95113
17
                          BY:  ROBERT S. LEACH
18                             KELLY VOLKAR
                          1301 CLAY STREET, SUITE 340S
19                        OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

   OFFICIAL COURT REPORTERS:
22                        IRENE L. RODRIGUEZ, CSR, RMR, CRR
                          CERTIFICATE NUMBER 8074
23                        LEE-ANNE SHORTRIDGE, CSR, CRR
                          CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S:  (CONT'D)

 2


 3

        FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
 4                              BY:  KEVIN M. DOWNEY
                                     LANCE A. WADE
 5                                   KATHERINE TREFZ
                                725 TWELFTH STREET, N.W.
 6                              WASHINGTON, D.C. 20005

 7                              LAW OFFICE OF JOHN D. CLINE
                                BY:  JOHN D. CLINE
 8                              ONE EMBARCADERO CENTER, SUITE 500
                                SAN FRANCISCO, CALIFORNIA 94111
 9


10      ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                                BY:  ADELAIDA HERNANDEZ
11
                                OFFICE OF THE U.S. ATTORNEY
12                              BY:  LAKISHA HOLLIMAN, PARALEGAL
                                     MADDI WACHS, PARALEGAL
13
                                WILLIAMS & CONNOLLY
14                              BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

15                              TBC
                                BY:  BRIAN BENNETT, TECHNICIAN
16

17

18

19

20

21

22

23

24

25
```

INDEX OF PROCEEDINGS

GOVERNMENT'S:


**ERIKA CHEUNG**
DIRECT EXAM BY MR. BOSTIC (RES.)                    P. 897
CROSS-EXAM BY MR. WADE                              P. 990

INDEX OF EXHIBITS

                                    IDENT.      EVIDENCE

GOVERNMENT'S:

1227                                            899
1557                                            908
1323                                            916
1431                                            926
1512                                            937
1548                                            943
1587                                            957
1617                                            959
1633                                            962
1660                                            974
2567                                            983
1176                                            995


DEFENDANT'S:

9412                                            1033
9368                                            1040
9387                                            1041
9925                                            1043

```
 1    SAN JOSE, CALIFORNIA                    SEPTEMBER 15, 2021

 2                     P R O C E E D I N G S

 3         (COURT CONVENED AT 8:37 A.M.)

 4         (JURY OUT AT 8:37 A.M.)

 5              THE COURT:  WE ARE BACK ON THE RECORD IN THE HOLMES

 6    MATTER.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

 7         WE'RE OUTSIDE OF THE PRESENCE OF OUR JURY, AND I WANTED TO

 8    TALK TO YOU ABOUT OUR CONVERSATION YESTERDAY REGARDING EMAILS.

 9    LET ME INDICATE THAT I DID RECEIVE, AND I SEE -- I THINK IT WAS

10    MS. VOLKAR APPARENTLY WAS UP UNTIL MIDNIGHT LAST NIGHT.  I

11    THINK THIS WAS FILED AT 11:53 P.M., AND THIS I AM REFERRING TO

12    IS DOCUMENT 1019, AND I DID RECEIVE THAT.

13         HAS THE DEFENSE RECEIVED THAT, MR. WADE?

14              MR. WADE:  WE DID, YOUR HONOR.

15              THE COURT:  THANK YOU.  THIS IS THE UNITED STATES'

16    MEMORANDUM OF LAW REGARDING THE EXHIBITS FOR MS. CHEUNG IN

17    RESPONSE TO YOUR FILING YESTERDAY, MR. WADE.

18         SO ANYTHING?  MR. BOSTIC, ARE YOU SPEAKING TO THIS?

19              MR. BOSTIC:  YES, YOUR HONOR.

20              THE COURT:  AND I'M HAPPY TO HEAR FROM YOU IF

21    THERE'S ANYTHING ELSE YOU'D LIKE ME TO KNOW.

22              MR. BOSTIC:  GOOD MORNING, YOUR HONOR.

23         I WON'T REITERATE WHAT IS IN THE BRIEFS, BUT JUST TO DRIVE

24    HOME THAT THE NINTH CIRCUIT HAS RULED ON THIS ISSUE RECENTLY.

25              YESTERDAY I THINK I HEARD DEFENSE COUNSEL SAY THAT THE
```

| | | |
|---|---|---|
| 08:38AM | 1 | NINTH CIRCUIT LAW WAS CLEAR ON THIS ISSUE.  I'M NOT SURE THAT'S |
| 08:38AM | 2 | THE CASE, OR AT LEAST IF IT IS CLEAR, IT IS IN THE GOVERNMENT'S |
| 08:38AM | 3 | FAVOR RATHER THAN THE DEFENSE'S FAVOR. |
| 08:38AM | 4 | THE COURT:  MAYBE HE WAS SPEAKING TO -- |
| 08:38AM | 5 | MR. BOSTIC:  THE LISCHEWSKI CASE? |
| 08:38AM | 6 | THE COURT:  -- THE LISCHEWSKI CASE.  WE'LL HEAR FROM |
| 08:38AM | 7 | MR. WADE IN JUST A MOMENT. |
| 08:38AM | 8 | MR. BOSTIC:  THAT WASN'T MY SENSE, YOUR HONOR.  I DO |
| 08:38AM | 9 | HAVE COPIES OF THAT CASE FOR THE COURT IF IT WOULD BE HELPFUL |
| 08:39AM | 10 | (HANDING.) |
| 08:39AM | 11 | THE COURT:  I'VE READ THAT CASE, BUT I'M HAPPY TO |
| 08:39AM | 12 | RECEIVE IT.  THANK YOU. |
| 08:39AM | 13 | YOU'VE SEEN THIS? |
| 08:39AM | 14 | MR. WADE:  I DO, YOUR HONOR.  MAY I COME UP? |
| 08:39AM | 15 | THE COURT:  OF COURSE, OF COURSE. |
| 08:39AM | 16 | MR. BOSTIC:  THE POINT OF THE DISCUSSION IN |
| 08:39AM | 17 | LISCHEWSKI IS SIMPLY THAT EMAILS CAN QUALIFY AS BUSINESS |
| 08:39AM | 18 | RECORDS. |
| 08:39AM | 19 | THE MONOTYPE CASE CITED BY THE DEFENSE, FIRST OF ALL, WAS |
| 08:39AM | 20 | FROM 1994.  IT WAS A VERY DIFFERENT TIME, ESPECIALLY WHEN IT |
| 08:39AM | 21 | CAME TO THE USE OF EMAIL AND THE RELEVANCE OF EMAILS IN |
| 08:39AM | 22 | BUSINESS.  I DON'T THINK I HAD A COMPUTER OR THAT THERE WAS A |
| 08:39AM | 23 | COMPUTER IN MY HOUSE IN 1994.  TIMES ARE VERY DIFFERENT NOW AND |
| 08:39AM | 24 | THE LAW IS STARTING TO REFLECT THAT. |
| 08:39AM | 25 | THE EMAIL AT ISSUE IN THE MONOTYPE CASE WAS ALSO VERY |

08:39AM 1    DIFFERENT FROM THE EMAILS THAT WE'RE ATTEMPTING TO OFFER FOR

08:39AM 2    EVIDENCE IN THIS CASE.

08:39AM 3        IN THAT CASE THE COURT NOTED THAT THE CORRESPONDENCE

08:39AM 4    INCLUDED OFFENSIVE OR DEROGATORY REMARKS ABOUT AN EMPLOYEE AT

08:39AM 5    THAT COMPANY.

08:39AM 6        OBVIOUSLY THAT KIND OF CONTENT WOULD NOT BE NATURALLY PART

08:40AM 7    OF THE BUSINESS RECORDS OF THE COMPANY, SO IT'S UNDERSTANDABLE

08:40AM 8    THAT THE COURT IN THAT CASE DECIDED THAT THAT KIND OF CASUAL

08:40AM 9    COMMUNICATION BETWEEN EMPLOYEES, THE KIND OF COMMUNICATION THAT

08:40AM 10   COULD JUST AS EASILY HAVE HAPPENED IN PERSON BY A WATER COOLER,

08:40AM 11   WOULD NOT QUALIFY FOR ADMISSION UNDER THE BUSINESS RECORDS

08:40AM 12   HEARSAY RULE.

08:40AM 13       IN LISCHEWSKI IN CONTRAST, THE COURT MADE CLEAR THAT AN

08:40AM 14   EMAIL CAN QUALIFY AS A BUSINESS RECORD WHEN IT IS WRITTEN AT OR

08:40AM 15   NEAR THE TIME OF THE CONVERSATION OR THE RELEVANT EVENTS WHEN

08:40AM 16   THE EMAIL IS KEPT IN THE COURSE OF A REGULARLY CONDUCTED

08:40AM 17   ACTIVITY OF A BUSINESS AND WAS PREPARED AS PART OF A BUSINESS'S

08:40AM 18   REGULAR PRACTICE.

08:40AM 19       THAT APPLIES TO PERHAPS ALL OF THE EMAILS THAT WE'RE

08:40AM 20   SEEKING TO ADMIT FOR THE TRUTH IN THIS CASE WITH MS. CHEUNG ON

08:40AM 21   THE STAND.

08:40AM 22       WE'RE TALKING ABOUT EMAILS HERE THAT WERE CENTRAL TO THE

08:40AM 23   OPERATION OF THE CORE OF THERANOS'S BUSINESS, SPECIFICALLY THE

08:41AM 24   R&D LABS AND THE CLINICAL TESTING LAB.

08:41AM 25       EMAIL HAPPENS TO BE THE MEDIAN THAT THE EMPLOYEES IN THESE

08:41AM 1    DEPARTMENTS USED TO SHARE IMPORTANT INFORMATION WITH EACH OTHER

08:41AM 2    REGARDING ISSUES THAT THEY WERE PRESENTLY ENCOUNTERING IN THE

08:41AM 3    LAB.  EMAIL WAS THE MEDIAN BY WHICH THEY DOCUMENTED THOSE

08:41AM 4    ISSUES, DISSEMINATED THAT THROUGHOUT THE COMPANY, AND

08:41AM 5    MEMORIALIZED THOSE ISSUES FOR FUTURE REFERENCE.

08:41AM 6        THEY HAD A DUTY TO REPORT ACCURATELY IN THOSE EMAILS

08:41AM 7    BECAUSE OF THE STAKES, AND IT WAS IMPORTANT TO GET THOSE FACTS

08:41AM 8    RIGHT BECAUSE AT THE END OF THE DAY THE VALIDITY OF PATIENT

08:41AM 9    TESTING DEPENDED ON THE ACCURATE CONVEYING OF THE INFORMATION

08:41AM 10   THAT THEY NEEDED TO CONVEY IN THOSE CASES.

08:41AM 11       I KNOW THE COURT HAS A SET OF THE EXHIBITS THAT WE'RE

08:41AM 12   OFFERING UNDER THAT DOCTRINE, AND I'M HAPPY TO DISCUSS ANY

08:41AM 13   INDIVIDUALLY, BUT FOR NOW I THINK WE WOULD JUST EMPHASIZE THAT

08:42AM 14   A BLANKET RULE PROHIBITING THE INTRODUCTION OF THESE DOCUMENTS

08:42AM 15   WOULD BE OVERBROAD.

08:42AM 16       THE GOVERNMENT WOULD LIKE THE OPPORTUNITY TO LAY A

08:42AM 17   FOUNDATION FOR THESE DOCUMENTS PURSUANT TO THE RULE, AND TO

08:42AM 18   OVERCOME THE DEFENDANT'S HEARSAY OBJECTION.

08:42AM 19       I'M HAPPY TO ADDRESS THE RELEVANCE POINT SEPARATELY, BUT

08:42AM 20   I'M NOT SURE IF THE COURT HAS ANY QUESTIONS ON THAT.

08:42AM 21           THE COURT:  NO, I DON'T.  I'M GOING TO TURN TO

08:42AM 22   MR. WADE RIGHT NOW.

08:42AM 23       BUT I DO WANT TO COME BACK TO SOMETHING THAT IS ON PAGE 4

08:42AM 24   OF MS. VOLKAR'S FILING.  IT'S AT LINE 27 REGARDING

08:42AM 25   EXHIBIT 1589, BUT WE CAN TALK ABOUT THAT.  THAT'S A DIFFERENT

08:42AM   1      ISSUE.

08:42AM   2           MR. WADE.

08:42AM   3              MR. WADE:  GOOD MORNING, YOUR HONOR.  THANK YOU.

08:42AM   4      THE LISCHEWSKI CASE, IF I'M PRONOUNCING THAT CASE

08:42AM   5      CORRECTLY, IT IS AN UNPUBLISHED DECISION FROM THE NINTH CIRCUIT

08:42AM   6      WHERE THEY RULED THAT THE -- IT WAS NOT ABUSE OF DISCRETION TO

08:42AM   7      ADMIT TWO EMAILS.  THE CONTENT OF THE EMAILS AND THE CONTEXT IN

08:43AM   8      WHICH THOSE WERE OFFERED IS NOWHERE IN THE OPINION BECAUSE IT'S

08:43AM   9      A NONPRECEDENTIAL OPINION, SO THE NINTH CIRCUIT MADE QUICK WORK

08:43AM   10     OF THAT CASE, SO I DON'T THINK IT GIVES US A LOT OF GUIDANCE IN

08:43AM   11     THIS CASE.

08:43AM   12          WE'RE TALKING ABOUT FAR MORE THAN TWO EMAILS.  WE'RE

08:43AM   13     TALKING ABOUT, IT WOULD APPEAR BASED ON DISCLOSURES FROM THE

08:43AM   14     GOVERNMENT, DOZENS, IF NOT HUNDREDS, OF EMAILS THAT RELATE TO

08:43AM   15     THIS.

08:43AM   16          THE GOVERNMENT'S POSITION ON THIS WOULD ESSENTIALLY EXEMPT

08:43AM   17     FROM THE HEARSAY RULES EMAIL OF ANY BUSINESS, AND THE EXCEPTION

08:43AM   18     FOR BUSINESS RECORDS IS SUPPOSED TO BE A FUNCTION THAT IS

08:43AM   19     SPECIFICALLY DESIGNED TO CAPTURE A FORMAL FUNCTION OF THE

08:43AM   20     BUSINESS.

08:43AM   21          THE PROCEDURES THAT ARE SET IN PLACE IN THE LAB HERE ARE

08:43AM   22     EXTENSIVE.  THEY'RE STANDARD OPERATING PROCEDURES.  THERE ARE

08:43AM   23     ISSUES FOR RAISING -- THERE ARE POLICIES FOR RAISING THINGS,

08:43AM   24     HOW THEY'RE SUPPOSED TO BE DOCUMENTED AND WHAT THE RULES ARE.

08:43AM   25          IT MAY BE THE MOST POLICY DRIVEN AREA ALMOST WITHIN ANY

08:44AM 1    COMPANY.  THE COURT WILL SEE, AS WE GET INTO THE CASE OVER THE

08:44AM 2    NEXT COUPLE OF WITNESSES, THERE ARE A TREMENDOUS NUMBER OF

08:44AM 3    POLICIES.  THESE EMAILS WERE NOT SENT PURSUANT TO THIS POLICY.

08:44AM 4         THE FACT THAT THEY SENT ONE TO AN EMAIL GROUP, WHICH

08:44AM 5    EXISTS IN ANY BUSINESS IN AMERICA, DOES NOT RENDER IT A

08:44AM 6    BUSINESS RECORD.  I BELIEVE THAT'S ONE OF THE ONLY EMAILS THAT

08:44AM 7    ACTUALLY GOES TO THAT GROUP.

08:44AM 8         SO WE CAN'T EXEMPT EVERY EMAIL BECAUSE THEIR EMAIL SERVERS

08:44AM 9    ARE REGULARLY KEPT AND PEOPLE REGULARLY SERVE -- REGULARLY USE

08:44AM 10   THE EMAILS, WE CAN'T EXEMPT THEM FROM THE HEARSAY RULES.

08:44AM 11        TELEPHONES HAVE BEEN USED WITHIN BUSINESSES FOR A LONG

08:44AM 12   TIME, AND THAT DOESN'T MEAN THAT IF THAT'S THE MEANS OF

08:44AM 13   COMMUNICATION THAT YOU USE WITHIN A BUSINESS, THAT YOU CAN --

08:44AM 14   YOU WOULD PICK UP AND HAVE A CONVERSATION WITH SOMEONE, THAT

08:44AM 15   THAT SUDDENLY EXEMPTS THEM FROM THE HEARSAY RULES.

08:44AM 16        IF YOU LOOK AT MANY OF THE EMAILS IN THIS CASE, THEY'RE

08:45AM 17   EXACTLY THE KIND OF COMMUNICATIONS THAT COULD WELL HAPPEN --

08:45AM 18   YOU KNOW, BACK IN THE DAY, YOUR HONOR, WHEN WE WEREN'T USING

08:45AM 19   EMAIL TO COMMUNICATE IMPERSONALLY ABOUT ANYTHING, WE WOULD PICK

08:45AM 20   UP THE PHONE AND CALL AND SAY, HEY, THIS THING CAME UP IN THE

08:45AM 21   LAB, WHAT DO YOU THINK I SHOULD DO?

08:45AM 22        AND THE RESPONSE IS, YOU MIGHT WANT TO LOOK AT THE -- YOU

08:45AM 23   MIGHT WANT TO RECALIBRATE, OR YOU MIGHT WANT TO DO THIS OR DO

08:45AM 24   THAT.

08:45AM 25        THAT'S A CASUAL CONVERSATION ABOUT THE OPERATION OF THE

08:45AM   1    BUSINESS THAT IS NOT REQUIRED BY THE BUSINESS.  IT'S NOT A

08:45AM   2    STANDARD METHOD OF THE BUSINESS.  IT'S CATCH-AS-CATCH-CAN, LIKE

08:45AM   3    ALMOST EVERY EMAIL IS IN ANY BUSINESS.

08:45AM   4        SO I THINK THE GOVERNMENT'S READING IS FAR, FAR TOO BROAD

08:45AM   5    AND WOULD RESULT IN A LOT OF EMAILS, YOU KNOW, TUMBLING INTO

08:45AM   6    THIS CASE THAT ARE HEARSAY.

08:45AM   7        ONE OTHER THING I WOULD NOTE JUST WITH RESPECT TO THIS

08:45AM   8    ISSUE, AND EVERY EVIDENTIARY ISSUE, AS THE COURT KNOWS, THIS IS

08:46AM   9    A DOCUMENT-BY-DOCUMENT ANALYSIS, AND SO THE GOVERNMENT HAS

08:46AM  10    IDENTIFIED MANY OF THEM.

08:46AM  11        WE THINK THE AT-ISSUE EMAILS ARE EXHIBITS 1431, 1512,

08:46AM  12    1522, 1524, 1528, 1530, 1548, 1557, 1587, 1589, 1595, 1611,

08:46AM  13    1617, AND 1633.

08:46AM  14        I WILL ALSO NOTE, YOUR HONOR, THAT WITH RESPECT TO

08:47AM  15    EXHIBITS 1431, 1512, 1587, AND 1617, THERE IS HEARSAY WITHIN

08:47AM  16    HEARSAY, AND WE WOULD OBJECT TO THAT BOTH UNDER 802 AND 805.

08:47AM  17            THE COURT:  OKAY.  THANK YOU.

08:47AM  18        MR. BOSTIC?

08:47AM  19            MR. BOSTIC:  EXCUSE ME.

08:47AM  20        THE DEFENSE IS INCORRECT THAT THE GOVERNMENT'S ARGUMENT

08:47AM  21    APPLIES TO EVERY EMAIL SENT BY A BUSINESS, OR EVEN EVERY EMAIL

08:47AM  22    SENT BY THERANOS.

08:47AM  23        THE CASE LAW IS STARTING TO MAKE CLEAR THAT EMAIL IS JUST

08:47AM  24    ANOTHER MEDIAN BY WHICH EMPLOYEES OF THE COMPANY CAN

08:47AM  25    COMMUNICATE.  THAT MEANS THAT EMAILS ARE NOT AUTOMATICALLY

08:47AM 1    BUSINESS RECORDS.  THAT IS NOT THE GOVERNMENT'S POSITION.

08:48AM 2        IT IS NOT THE GOVERNMENT'S POSITION THAT EVERY EMAIL SENT

08:48AM 3    OR RECEIVED BY A THERANOS EMPLOYEE IS A BUSINESS RECORD.

08:48AM 4        THE DEFENSE IS CORRECT THAT THIS IS A DOCUMENT-BY DOCUMENT

08:48AM 5    CONSIDERATION.  AND IN THIS CASE, THE SPECIFIC EMAILS THAT THE

08:48AM 6    GOVERNMENT IS OFFERING QUALIFY BUSINESS RECORDS NOT BECAUSE

08:48AM 7    THEY WERE SENT TO AND FROM THERANOS EMPLOYEES, BUT BECAUSE OF

08:48AM 8    THEIR CONTENT, BECAUSE OF THEIR PURPOSE, BECAUSE OF HOW THEIR

08:48AM 9    PURPOSE AND THEIR USE CONTRIBUTED TO THE FUNCTIONING OF THE

08:48AM 10   LABS AT THERANOS.

08:48AM 11       DEFENSE COUNSEL HAS MADE SOME REPRESENTATIONS TO THE COURT

08:48AM 12   OR CHARACTERIZATIONS ABOUT THE LEVEL OF STANDARD OPERATING

08:48AM 13   PROCEDURES ENFORCED AT THERANOS AT THE TIME.

08:48AM 14       RESPECTFULLY, I THINK THAT WE SHOULD LISTEN TO THE WITNESS

08:48AM 15   WHEN IT COMES TO THE SIGNIFICANCE OF THESE EMAILS.  I THINK

08:48AM 16   IT'S UP TO THE WITNESS WHO IS ON THE STAND, TESTIFYING UNDER

08:48AM 17   OATH, ABOUT THESE VERY EVENTS AND HOW THESE RECORDS CAME TO BE.

08:48AM 18       I THINK IT'S UP TO THAT WITNESS TO PROVIDE THE FOUNDATION

08:48AM 19   FOR BOTH THE RELIABILITY OF THESE DOCUMENTS AND HOW THEY FIT

08:49AM 20   INTO THE OPERATION IN THE REGULAR COURSE OF BUSINESS AT

08:49AM 21   THERANOS.

08:49AM 22       SO WITH DUE RESPECT TO COUNSEL'S ARGUMENTS, I THINK THAT

08:49AM 23   THEY'RE PREMATURE AND THEY MISS THE POINT, BECAUSE WE NEED TO

08:49AM 24   LET THE WITNESS HAVE THE OPPORTUNITY TO LAY THE FOUNDATION FOR

08:49AM 25   THE ADMISSION OF THESE DOCUMENTS AS BUSINESS RECORDS, AND I

08:49AM 1    THINK WITH THE WITNESS'S TESTIMONY, IT WILL BECOME CLEAR THAT

08:49AM 2    THESE ARE NOT CASUAL COMMUNICATIONS.  THESE ARE COMMUNICATIONS

08:49AM 3    THAT THESE EMPLOYEES HAD A DUTY TO SEND, TO REPORT ON AND

08:49AM 4    MEMORIALIZE THESE EVENTS, AND PARTLY BECAUSE OF THAT AND FOR

08:49AM 5    OTHER REASONS, THEY CARRY THE HALLMARKS OF RELIABILITY THAT

08:49AM 6    PLACE THEM SQUARELY WITHIN THE BUSINESS RECORDS EXCEPTION TO

08:49AM 7    THE RULE.

08:49AM 8           THE COURT:  THANK YOU.

08:49AM 9       YOU KNOW, COUNSEL, I THINK YOU BOTH TOUCHED ON IT THAT WE

08:49AM 10   HAVE COME A LONG WAY, HAVEN'T WE, IN THE COURSE OF LITIGATION,

08:49AM 11   IN THE COURSE OF BUSINESS PRACTICES.

08:50AM 12      THERE WAS A TIME DECADES AGO, PROBABLY EVERYONE IN THIS

08:50AM 13   COURTROOM IS TOO YOUNG TO REMEMBER, BUT BUSINESSES USED TO

08:50AM 14   COMMUNICATE BY THE DEVICE THAT WAS POWERED BY A PNEUMATIC

08:50AM 15   SYSTEM, TUBES WERE RUN THROUGH BUSINESSES, AND MEMOS,

08:50AM 16   HANDWRITTEN MEMOS AND DOCUMENTS WERE EXCHANGED WITHIN

08:50AM 17   BUSINESSES THROUGH THE USE OF PNEUMATIC TUBES.  THEY WOULD GO

08:50AM 18   UP TO THE TENTH FLOOR, THE BASEMENT, ET CETERA, AND THOSE WERE

08:50AM 19   THE DAYS WHEN THINGS WERE MEMORIALIZED BY HAND.

08:50AM 20      WELL, WE HAVE COME A LONG WAY SINCE THEN, HAVEN'T WE?

08:50AM 21   WE'VE, PARTICULARLY IN SILICON VALLEY, WHICH SOME PEOPLE CLAIM

08:50AM 22   IS THE BIRTH PLACE OF TECHNOLOGY AND COMPUTERS, AND WE KNOW

08:50AM 23   THAT BUSINESSES ARE MOVING AWAY FROM PAPER RECORDS.  IT'S

08:50AM 24   DIFFICULT TO FIND BUSINESSES -- LITIGATION IN CIVIL AND

08:50AM 25   CRIMINAL CASES OFTENTIMES REVOLVE AROUND DISCOVERY ISSUES,

08:50AM 1    DON'T THEY, AND THE METADATA.  THERE'S LITIGATION ABOUT WHAT

08:51AM 2    SEARCH TERMS SHOULD BE USED TO SEARCH ELECTRONIC RECORDS THAT

08:51AM 3    BUSINESSES HAVE?  WE KNOW THIS.  THAT HAPPENS.

08:51AM 4        WE HAVE BOOKS AND VOLUMES ON E-DISCOVERY AND COURTS HAVE

08:51AM 5    RULES ON SOMETHING CALLED E-DISCOVERY.  I THINK ALL OF THIS

08:51AM 6    SUGGESTS THAT THE COURTS HAVE TRIED TO KEEP UP WITH TECHNOLOGY

08:51AM 7    AS BEST WE CAN.  IT'S A RACE, AS WE KNOW, AND SOMETIMES THE

08:51AM 8    COURT IS HEAD-AND-HEAD WITH THAT, BUT OFTENTIMES COURTS AND

08:51AM 9    OTHER BUSINESSES TRY TO KEEP UP WITH TECHNOLOGY THAT CHANGES BY

08:51AM 10   THE MINUTE.

08:51AM 11       BUT WHAT THIS SAYS IS, AND I THINK WE ALL RECOGNIZE THIS,

08:51AM 12   THAT THE BUSINESS COMMUNITY HAS CHANGED THE WAY IT PRACTICES

08:51AM 13   DRAMATICALLY.  IT'S CHANGED THE LEGAL WAY THAT THE LAW IS

08:51AM 14   PRACTICED.  MANY OF YOU DON'T HAVE WHAT IS CALLED A PAPER

08:51AM 15   CALENDAR ANYMORE.  YOU USE YOUR DEVICE TO KEEP TRACK OF THINGS.

08:52AM 16       SO THIS ALL JUST TALKS ABOUT THE CHANGE OF BUSINESS, THE

08:52AM 17   WAY THE COURTS RUN THINGS.  I THINK IT SPEAKS TO THE COMMUNITY

08:52AM 18   RECOGNITION THAT THINGS HAVE CHANGED.

08:52AM 19       EMAIL IS ONE OF THOSE, ONE OF THOSE THINGS THAT IS SO

08:52AM 20   IMPORTANT TO BUSINESSES.  IT'S IMPORTANT TO OUR DAILY LIVES, OF

08:52AM 21   COURSE, AND EMAIL HAS INTEGRATED ITSELF, WE KNOW FROM THESE

08:52AM 22   CASES THAT YOU'VE ALL TALKED ABOUT, INTO BUSINESS LIFE.

08:52AM 23       HOW DOES, HOW DOES THAT EMAIL WORK IN THE BUSINESS?  HOW

08:52AM 24   DO BUSINESSES TREAT EMAIL?  IS IT ANALOGOUS TO THE PNEUMATIC

08:52AM 25   TUBES THAT I TALKED ABOUT THAT SEND A WRITTEN NOTE FROM THE

08:52AM  1    FIRST FLOOR TO THE FIFTH?  IT IS.  MAYBE THAT'S HOW

08:52AM  2    COMMUNICATIONS ARE DONE.

08:52AM  3        THIS WITNESS, MS. CHEUNG, TESTIFIED ABOUT THE USE OF

08:52AM  4    EMAIL, AND THERE ARE SOME EXHIBITS THAT ARE ALREADY IN

08:52AM  5    EVIDENCE, ABOUT HOW EMAIL WAS USED IN THERANOS IN THE LAB WHERE

08:53AM  6    SHE WORKED AND THE COMMUNICATION SHE WORKED, SHE WORKED AND

08:53AM  7    EXCHANGED WITH HER FELLOW EMPLOYEE, SUBORDINATES, AND HIGHER

08:53AM  8    UPS.

08:53AM  9        SHE TESTIFIED YESTERDAY THAT THE NORMANDY 911 SYSTEM WAS A

08:53AM  10   SYSTEM THAT WAS CREATED BY THE -- HER EMPLOYER FOR THAT

08:53AM  11   SPECIFIC PURPOSE OF COMMUNICATING.  NORMANDY 911 SUGGESTS IT

08:53AM  12   WAS -- AND I THINK SHE OPINED -- THAT IT WAS A CREATION BY

08:53AM  13   THERANOS WHEREBY LAB TECHNICIANS COULD COMMUNICATE WITH HASTE

08:53AM  14   WHEN SOMETHING CAME IN THE LAB THAT REQUIRED SOME IMMEDIATE

08:53AM  15   ATTENTION, THAT WAS ONE OF THE GROUPS THAT WAS USED.  THAT

08:53AM  16   SUGGESTS THAT THAT WAS A TOOL THAT THE BUSINESS CREATED FOR

08:53AM  17   THAT PARTICULAR FUNCTION.

08:53AM  18       I BELIEVE SHE ALSO TESTIFIED THAT THIS EMAIL AND THIS

08:53AM  19   SYSTEM WAS SOMETHING THAT WAS CREATED SUCH THAT IT COULD BE

08:54AM  20   USED AS, SHE DIDN'T USE THE WORD ARCHIVE, BUT IT SOUNDED LIKE

08:54AM  21   THAT'S WHAT SHE WAS SPEAKING TO.  THE INFORMATION THAT WAS

08:54AM  22   EXCHANGED IN THE EMAILS COULD BE REVIEWED AND USED FOR

08:54AM  23   LABORATORY PURPOSES.

08:54AM  24       AND I CERTAINLY UNDERSTAND THAT AS THE LABORATORY IS DOING

08:54AM  25   ITS WORK, INSTEAD OF A WRITTEN MEMO -- AGAIN, GOING BACK TO MY

08:54AM  1    SPEAKING ABOUT THE PNEUMATIC TUBE -- THERE'S AN ELECTRONIC

08:54AM  2    RECORD THAT SOMEONE CAN PULL UP AND LET'S SEE WHAT HAPPENED ON

08:54AM  3    TEXT X.

08:54AM  4         SO IT PROVIDES IMMEDIATE RESULTS OF WHAT IS HAPPENING IN

08:54AM  5    REALTIME.

08:54AM  6         THE TESTIMONY SO FAR SEEMS TO SUGGEST THAT THAT WAS

08:54AM  7    SOMETHING THAT WAS CRITICAL TO THE LAB, GETTING THE TEST

08:54AM  8    RESULTS, GETTING QC DONE.  AND, OF COURSE, ANY BUSINESS WE KNOW

08:54AM  9    GETTING THE FOUNDATIONAL WORK OF A BUSINESS ACCOMPLISHED IS THE

08:54AM  10   PRIME DIRECTIVE.

08:55AM  11        IT SEEMS LIKE SO FAR FROM THE TESTIMONY SHE HAS SAID THAT

08:55AM  12   THIS EMAIL WAS PART OF THAT PROCESS.

08:55AM  13        I FEEL COMFORTABLE AND CONFIDENT ABOUT HER TESTIMONY ABOUT

08:55AM  14   THE 911 NORMANDY.

08:55AM  15        SHE DID TESTIFY ABOUT EMAIL IN GENERAL, BUT I'M GOING TO

08:55AM  16   SUGGEST, MR. BOSTIC, MAYBE A LITTLE BIT LARGER, GREATER

08:55AM  17   FOUNDATION WOULD NEED TO BE LAID ABOUT THE USE OF THE EMAIL IN

08:55AM  18   GENERAL AND WHETHER OR NOT THAT EMAIL PROCESS WAS SOMETHING

08:55AM  19   THAT WAS RELIED ON IN THE LAB AS IT RELATES TO THE EXHIBITS

08:55AM  20   THAT YOU'RE SEEKING TO ADMIT.

08:55AM  21        I LOOKED AT THE EXHIBITS.  I DON'T SEE THAT THESE FIT IN A

08:55AM  22   CASUAL CONVERSATION.  WE KNOW THE CASES SPEAK TO THAT.  WHO WON

08:55AM  23   A GAME?  ARE YOU GOING TO A BARBECUE?  DEROGATORY COMMENTS

08:55AM  24   ABOUT OTHER EMPLOYEES, THOSE ARE OBVIOUSLY CASUAL TYPE OF

08:55AM  25   CONVERSATIONS THAT WOULD NOT FOLLOW UNDER A BUSINESS RECORD AND

08:56AM  1    803(6) WOULD NOT PERMIT THOSE TYPES OF EMAILS TO COME IN.

08:56AM  2         BUT I DO THINK THAT, AS I SAID, I DO THINK THAT THE

08:56AM  3    FOUNDATION HAS BEEN LAID UNDER 803(6), AT LEAST AS TO THE

08:56AM  4    NORMANDY.  IT SEEMS TO ME THAT THAT IS -- THIS WITNESS HAS LAID

08:56AM  5    A FOUNDATION FOR THOSE EXHIBITS THAT SEEK TO BE ADMITTED UNDER

08:56AM  6    THAT.

08:56AM  7         SHE MAY HAVE ESTABLISHED A FOUNDATION OR A GENERAL EMAIL

08:56AM  8    PRACTICE, BUT IT'S ONLY AS TO THE LAB AND THESE EXHIBITS,

08:56AM  9    MR. WADE.

08:56AM 10         I AGREE WITH YOU, NOT EVERY EMAIL IS A BUSINESS RECORD.

08:56AM 11    WE HAD THAT DISCUSSION YESTERDAY.  I THINK I ENDED SAYING YOU

08:56AM 12    AGREE THAT SOME EMAILS CAN BE BUSINESS RECORDS, AND I DON'T

08:56AM 13    THINK YOU PART COMPANY WITH THAT.

08:56AM 14         BUT IT DEPENDS ON --

08:56AM 15              MR. WADE:  YES.

08:56AM 16              THE COURT:  BUT IT DEPENDS -- BUT I APPRECIATE YOU

08:56AM 17    BRINGING ME YOUR ARGUMENT THAT AT LEAST SOME OF THESE EXHIBITS

08:56AM 18    ARE NOT.

08:56AM 19         YOU SUGGEST IN YOUR FIVE PAGE MEMO THAT THE COURT NEEDS TO

08:56AM 20    LOOK AT THESE INDIVIDUALLY, AND THAT'S CORRECT, WE HAVE TO GO

08:57AM 21    THROUGH THAT.  AND I THINK THAT'S WHAT MR. BOSTIC IS SUGGESTING

08:57AM 22    THAT HE'LL DO WITH THIS WITNESS IS TO LOOK AT EACH EXHIBIT, GO

08:57AM 23    THROUGH THE EXHIBIT, AND SEE WHETHER OR NOT IT MEETS THE

08:57AM 24    REQUIREMENTS OF 803.

08:57AM 25         IT SEEMS, AT LEAST SO FAR, THIS WITNESS HAS TESTIFIED

08:57AM   1    REGARDING ACTS, UNDER 803(6)(A), UNDER ACTS THAT ARE

08:57AM   2    CONTEMPORANEOUS WITH THE EMAIL, AND THE PERCIPIENT OBSERVATIONS

08:57AM   3    AS A LAB ANALYST, SHE HAS KNOWLEDGE OF THE MATERIAL THAT WAS

08:57AM   4    DISCUSSED.

08:57AM   5         I THINK SHE TALKED ABOUT 803(6)(B), THAT SHE HAD

08:57AM   6    EXPERIENCED THAT THESE RECORDS WERE KEPT IN THE NORMAL COURSE

08:57AM   7    OF BUSINESS.

08:57AM   8         IT WOULD APPEAR THAT THE DUTY TO KEEP THESE RECORDS WAS

08:57AM   9    PARAMOUNT TO THE LAB EMPLOYEES AS THE SPECIFIC INFORMATION THAT

08:57AM  10    WAS EXCHANGED.

08:58AM  11         SHE ALSO TESTIFIED THAT THIS RECORD OF EMAIL WAS A REGULAR

08:58AM  12    PRACTICE OF THE BUSINESS.  IT SHOWS THAT -- HER TESTIMONY SO

08:58AM  13    FAR SHOWS THAT SHE REGULARLY USED EMAIL.

08:58AM  14         NOW, WAS THIS A POLICY?  WAS IT PART OF A MANAGEMENT

08:58AM  15    SCHEME THAT SHE HAD OR SHE HAD TO BE INFORMED OF?  PART OF

08:58AM  16    TRAINING?  WE DON'T KNOW THAT YET.  THAT'S NOT IN EVIDENCE.

08:58AM  17         BUT CERTAINLY SO FAR BY PRACTICE IT APPEARS THAT THAT'S

08:58AM  18    HOW THE LAB RAN, AND THAT'S HOW SHE SUGGESTED THE EMAIL WAS.

08:58AM  19    SHE WAS TO REPORT TO WHOEVER ABOUT WHATEVER RESULTS SHE HAD.

08:58AM  20         SHE WOULD BE FOUND UNDER (D )TO BE A QUALIFIED WITNESS TO

08:58AM  21    TESTIFY AND OFFER THIS EXAMPLE OF EMAIL.  THAT, AS YOU KNOW, IS

08:59AM  22    TO BE BROADLY INTERPRETED.  THE WITNESS ONLY NEEDS TO

08:59AM  23    UNDERSTAND THE RECORDKEEPING SYSTEM.

08:59AM  24         SHE HAS TESTIFIED ABOUT THAT, THE EMAIL WAS USED, IT WAS

08:59AM  25    USED AS -- MY WORD -- ARCHIVAL, IT WAS USED TO LOOK AT AND

08:59AM  1   REVIEW FOR OTHER TESTING PURPOSES.

08:59AM  2        AND THEN 803(6)(E) TALKS ABOUT RELIABILITY.  SHE'S A

08:59AM  3   LAB -- HIRED AS A LAB ANALYST.  SHE SPEAKS ABOUT THE EMAIL

08:59AM  4   BEING USED REGULARLY FOR LAB FUNCTIONING PURPOSES.

08:59AM  5        I DON'T SEE, AT LEAST SO FAR, THAT THESE EMAILS, THE ONES

08:59AM  6   THAT WE'VE TALKED ABOUT, ARE A CASUAL CONVERSATION.

08:59AM  7        I AGREE WITH YOU, MR. WADE, NOT EVERY EMAIL COMES IN.

08:59AM  8        BUT THE ONES AT LEAST THAT SHE'S TALKED ABOUT HERETOFORE I

08:59AM  9   DO THINK FALL UNDER 803 AND THE CRITERIA UNDER 803 AS I'VE GONE

08:59AM  10  THROUGH THEM, AND AT LEAST AS TO THE ESTABLISHMENT OF THOSE

08:59AM  11  CRITERIA FOR WHAT YOU'VE PUT IN, I WOULD OVERRULE YOUR

09:00AM  12  OBJECTION, MR. WADE, AS TO THOSE.

09:00AM  13       NOW, AS TO THE OTHERS THAT YOU SEEK TO ADMIT, I APPRECIATE

09:00AM  14  YOU GIVING US ADVANCE NOTICE OF THAT AND YOUR OBSERVATIONS,

09:00AM  15  TOO, MR. WADE.

09:00AM  16       WE CAN GO THROUGH THOSE EACH TIME AS YOU SEEK TO ADMIT

09:00AM  17  THEM.  I DON'T KNOW IF YOU'RE GOING TO SEEK TO ADMIT THE SERIES

09:00AM  18  THAT MR. WADE SPOKES TO HERE.  THAT'S ENTIRELY UP TO YOU,

09:00AM  19  MR. BOSTIC.

09:00AM  20       I DID HAVE A QUESTION.  I ASKED YOU TO LOOK AT THAT ONE

09:00AM  21  COMMENT YOU MADE.  IT'S ON A DIFFERENT TOPIC ON PAGE 4,

09:00AM  22  EXHIBIT 5189, AND THIS IS RELATED TO ADOPTIVE ADMISSIONS, I

09:00AM  23  THINK UNDER 801(2)(D)(2).

09:00AM  24            MR. BOSTIC:  YES, YOUR HONOR.  ARE YOU REFERRING TO

09:00AM  25  EXHIBIT 1589?

09:00AM 1          THE COURT:  YES.  I WASN'T SURE HOW THAT FIT INTO

09:00AM 2    THAT CATEGORY.  MAYBE I HAVE THE WRONG EXHIBIT.

09:01AM 3          MR. BOSTIC:  SO, YOUR HONOR, 1589 SHOULD BE AT THE

09:01AM 4    TOP, A FEBRUARY 26TH, 2014, EMAIL.

09:01AM 5          THE COURT:  LET'S SEE.

09:01AM 6       (PAUSE IN PROCEEDINGS.)

09:01AM 7          THE COURT:  YES, I THINK I HAVE THAT.  YES.

09:01AM 8          MR. BOSTIC:  AND THE TOP MESSAGE IS FROM THE WITNESS

09:01AM 9    ERIKA CHEUNG TO JAMIE LIU.

09:01AM 10      BUT JUST BELOW THAT ON EXHIBIT 1589 IS AN EMAIL MESSAGE

09:01AM 11   FROM SUNNY BALWANI TO ERIKA CHEUNG, ADAM ROSENDORFF, THE LAB

09:01AM 12   DIRECTOR, AND SEVERAL OTHER EMPLOYEES AT THERANOS EXPLAINING --

09:01AM 13   FIRST OF ALL, REACTING TO SOME DISCUSSION OF QUALITY CONTROL

09:01AM 14   ISSUES DISCUSSED BELOW IN THE EMAIL, AND ALSO STATING THAT, OR

09:02AM 15   PROVIDING HIS INPUT ON HOW VALIDATION WORK WAS HANDLED FOR THE

09:02AM 16   ASSAYS PREVIOUSLY.

09:02AM 17      THAT STATEMENT BY MR. BALWANI SHOULD BE ADMISSIBLE, FIRST

09:02AM 18   OF ALL, AS A BUSINESS RECORD.  THESE ARE BUSINESS RECORD

09:02AM 19   COMMUNICATIONS.

09:02AM 20      BUT ALTERNATIVELY, UNDER RULE 801(D)(2) AS A STATEMENT OF

09:02AM 21   AN AGENT OF THE DEFENDANT, MS. HOLMES.

09:02AM 22          THE COURT:  OKAY.  SO THAT FOUNDATION WOULD HAVE TO

09:02AM 23   BE LAID STILL, I THINK.  YOU HAVEN'T DONE THAT YET.

09:02AM 24      WHAT YOU'RE SUGGESTING IS THAT, IF NEED BE, YOU'LL LAY THE

09:02AM 25   FOUNDATION UNDER 801(D)(2)(D).

| | | |
|---|---|---|
| 09:02AM | 1 | MR. BOSTIC:  CORRECT, YOUR HONOR. |
| 09:02AM | 2 | I THINK THAT WILL INVOLVE EXPLORING WITH THE WITNESS |
| 09:02AM | 3 | MR. BALWANI'S ROLE IN THE COMPANY AND HOW HE FIT INTO THE |
| 09:02AM | 4 | OVERALL STRUCTURE. |
| 09:02AM | 5 | THE COURT:  AND WE'RE PREMATURE.  WE HAVEN'T GOTTEN |
| 09:02AM | 6 | THERE YET I DON'T THINK. |
| 09:02AM | 7 | MR. WADE:  YOUR HONOR, OUR OBJECTION ON THIS, THE |
| 09:02AM | 8 | GOVERNMENT HAS NOTICED THE STATEMENT ON THE BOTTOM OF 158 -- |
| 09:03AM | 9 | I'M SORRY -- AT THE TOP OF PAGE 2 OF EXHIBIT 1589.  "I'M |
| 09:03AM | 10 | ALREADY EXTREMELY IRRITATED." |
| 09:03AM | 11 | I DON'T KNOW IF THE COURT HAS THE DOCUMENT IN FRONT OF IT. |
| 09:03AM | 12 | THE COURT:  I JUST HAVE THE EXHIBIT IN FRONT OF ME. |
| 09:03AM | 13 | MR. WADE:  ON PAGE 2 OF THE EXHIBIT, THE FIRST FULL |
| 09:03AM | 14 | PARAGRAPH STARTING WITH "HOWEVER." |
| 09:03AM | 15 | THE COURT:  YES. |
| 09:03AM | 16 | MR. WADE:  THE SECOND SENTENCE IN, "I AM ALREADY |
| 09:03AM | 17 | EXTREMELY IRRITATED." |
| 09:03AM | 18 | DO YOU SEE THAT SENTENCE? |
| 09:03AM | 19 | THE COURT:  YES. |
| 09:03AM | 20 | MR. WADE:  THE GOVERNMENT NOTED THAT AS A |
| 09:03AM | 21 | COCONSPIRATOR STATEMENT PURSUANT TO LOCAL RULE 16.SOMETHING. |
| 09:03AM | 22 | WE DISAGREE WITH THAT BEING OFFERED BECAUSE IT'S NOT |
| 09:03AM | 23 | OFFERED IN THE -- IN FURTHERANCE OF ANY CONSPIRACY.  I DON'T |
| 09:03AM | 24 | THINK THEY'VE LAID THAT FOUNDATION. |
| 09:03AM | 25 | THE COURT:  RIGHT. |

09:03AM  1          MR. WADE:  I DON'T THINK THEY CAN LAY THAT

09:03AM  2   FOUNDATION, SO WE WOULD OBJECT ON THAT BASIS.

09:03AM  3          WE WOULD OBJECT ON THE BUSINESS -- YOU KNOW, ON HEARSAY

09:04AM  4   GROUNDS AS WELL.

09:04AM  5          THE COURT:  SURE.  OKAY.

09:04AM  6          MR. WADE:  YOUR HONOR, I JUST NOTE FOR THE RECORD, I

09:04AM  7   UNDERSTAND THE COURT'S RULING AND WE'LL DEAL WITH THESE AS THE

09:04AM  8   DOCUMENTS GO THROUGH.

09:04AM  9          I JUST DO WANT TO MAKE CLEAR ON THE SPECIFIC EXHIBITS THE

09:04AM  10  POINT THAT WE MADE YESTERDAY, THAT IN ADDITION TO THIS, GIVEN

09:04AM  11  THAT THESE DOCUMENTS THAT THE GOVERNMENT HAS OFFERED, THE

09:04AM  12  SPECIFIC EXHIBITS I IDENTIFIED DON'T GO TO OUR CLIENT AND SO

09:04AM  13  IT'S NOT RELEVANT TO HER KNOWLEDGE, AND IT HAS ONLY -- GIVEN

09:04AM  14  THE ALLEGATIONS IN THE CASE, WHICH IS A WIRE FRAUD CASE, NOT A

09:04AM  15  DEFICIENT LAB PRACTICES CASE, IT HAS ONLY MINIMAL RELEVANCE.

09:04AM  16         WE WOULD ALSO OBJECT TO THEIR ADMISSION UNDER 401 AND 403.

09:04AM  17         BUT I UNDERSTAND THE COURT'S RULING AND I'LL LEAVE THAT

09:04AM  18  ISSUE AT THAT.

09:04AM  19         THERE ARE A COUPLE OF OTHER PRELIMINARY MATTERS THAT MIGHT

09:04AM  20  MAKE SENSE TO AT LEAST FLAG SO WE'RE AWARE OF THEM --

09:04AM  21         THE COURT:  SURE.

09:05AM  22         MR. WADE:  -- GOING FORWARD IF THIS IS THE

09:05AM  23  APPROPRIATE TIME TO DO THAT.

09:05AM  24         THE COURT:  WELL, IT PROBABLY IS SINCE WE'RE OUTSIDE

09:05AM  25  OF THE PRESENCE OF THE JURY, I THINK.

| | | |
|---|---|---|
| 09:05AM | 1 | MR. WADE:  I THINK THAT MIGHT BE THE MOST EFFICIENT |
| 09:05AM | 2 | WAY TO DO IT. |
| 09:05AM | 3 | THERE ARE A COUPLE OF STATEMENTS THAT THE GOVERNMENT |
| 09:05AM | 4 | APPEARS INCLINED TO OFFER.  IT'S NOT CLEAR BECAUSE, AS THE |
| 09:05AM | 5 | COURT KNOWS, THEY -- WE FILED A PRETTY BROAD MOTION WITH |
| 09:05AM | 6 | RESPECT TO MS. CHEUNG AND STATEMENTS UNDER 302, AND THE |
| 09:05AM | 7 | GOVERNMENT'S RESPONSE WAS LARGELY, WE UNDERSTAND THE RULES OF |
| 09:05AM | 8 | EVIDENCE, WE'RE ONLY GOING TO OFFER ADMISSIBLE EVIDENCE. |
| 09:05AM | 9 | SO IT'S NOT CLEAR WHETHER THIS IS AN ISSUE, BUT IT'S A |
| 09:05AM | 10 | POTENTIALLY SIGNIFICANT ONE, SO I WANTED TO RAISE IT IN ADVANCE |
| 09:05AM | 11 | SO WE COULD ADDRESS IT IF NEED BE. |
| 09:05AM | 12 | THERE ARE A COUPLE OF THESE.  THE FIRST, YOUR HONOR, IS |
| 09:05AM | 13 | THERE'S AN INTERACTION BETWEEN MS. CHEUNG AND MR. SHULTZ. |
| 09:05AM | 14 | THERE ARE SEVERAL INTERACTIONS WITH MS. CHEUNG AND MR. SHULTZ, |
| 09:05AM | 15 | AND THEN THERE ARE SOME SUBSEQUENT INTERACTIONS BETWEEN THE TWO |
| 09:06AM | 16 | OF THEM AND FORMER SECRETARY OF STATE GEORGE SHULTZ. |
| 09:06AM | 17 | ALL OF THOSE INVOLVE ENOUGH LAYERS OF HEARSAY THAT THEY |
| 09:06AM | 18 | WOULD BE A GREAT LAW SCHOOL EXAMINATION QUESTION, BUT WE WOULD |
| 09:06AM | 19 | OBJECT TO THE ADMISSIBILITY OF THOSE STATEMENTS.  THEY'RE NOT |
| 09:06AM | 20 | RELEVANT, THEY'RE HIGHLY, HIGHLY PREJUDICIAL GIVEN THE NATURE |
| 09:06AM | 21 | OF THE STATEMENTS THAT ARE SET FORTH IN THE 302, AND THEY'RE |
| 09:06AM | 22 | MULTIPLE LAYERED HEARSAY. |
| 09:06AM | 23 | SO WE WOULD OBJECT TO THEM UNDER 802 AND 805. |
| 09:06AM | 24 | I CAN PAUSE THERE, YOUR HONOR, IF WE WANT TO GIVE THE |
| 09:06AM | 25 | GOVERNMENT A CHANCE TO ADDRESS THAT ISSUE BEFORE MOVING TO THE |

| | | |
|---|---|---|
| 09:06AM | 1 | NEXT ONE. |
| 09:06AM | 2 | THE COURT: MR. BOSTIC? |
| 09:06AM | 3 | MR. BOSTIC: I'M HAPPY TO ADDRESS IT, YOUR HONOR. |
| 09:06AM | 4 | FIRST OF ALL, I'M NOT SURE EXACTLY WHAT STATEMENTS OR |
| 09:06AM | 5 | INTERACTIONS BETWEEN ERIKA CHEUNG AND TYLER SHULTZ THAT THE |
| 09:07AM | 6 | DEFENSE COUNSEL IS REFERENCING. |
| 09:07AM | 7 | THE CONVERSATION THAT THE TWO OF THEM HAD WITH SECRETARY |
| 09:07AM | 8 | SHULTZ, A MEMBER OF THE BOARD OF DIRECTORS, I STRUGGLE TO SEE |
| 09:07AM | 9 | HOW OR TO UNDERSTAND HOW EMPLOYEES RAISING CONCERNS TO A MEMBER |
| 09:07AM | 10 | OF THE BOARD OF THE COMPANY, A MEMBER OF THE BOARD WHO HAD |
| 09:07AM | 11 | FREQUENT COMMUNICATIONS WITH THE CEO OF THAT COMPANY WHO IS THE |
| 09:07AM | 12 | DEFENDANT ON TRIAL HERE, ARE NOT RELEVANT OR PREJUDICIAL. |
| 09:07AM | 13 | WHEN EMPLOYEES RAISE CONCERNS TO THE BOARD OF A COMPANY, |
| 09:07AM | 14 | IT, IT IS RELEVANT TO THE QUESTION OF WHETHER THE CEO WAS AWARE |
| 09:07AM | 15 | OF THOSE CONCERNS AND THOSE ISSUES. |
| 09:07AM | 16 | I THINK HERE'S WHERE THE PARTIES PART WAYS GENERALLY IN |
| 09:07AM | 17 | HOW THEY VIEW EVIDENCE OF MS. HOLMES'S KNOWLEDGE OF WHAT WAS |
| 09:07AM | 18 | HAPPENING AT THE COMPANY. |
| 09:07AM | 19 | THE DEFENSE IS TAKING THE POSITION IMPLICITLY THAT ONLY |
| 09:07AM | 20 | DIRECT EVIDENCE OF HER KNOWLEDGE IS ADMISSIBLE. |
| 09:07AM | 21 | I'M NOT AWARE THAT THEY HAVE CITED ANY CASE LAW OR |
| 09:07AM | 22 | AUTHORITY THAT IMPOSES SO STRICT A RULE. |
| 09:08AM | 23 | THE GENERAL RULE IN CASES IS THAT CIRCUMSTANTIAL EVIDENCE |
| 09:08AM | 24 | IS ALSO ADMISSIBLE TO PROVE FACTS. EVIDENCE IS RELEVANT IF IT |
| 09:08AM | 25 | TENDS TO MAKE A FACT IN CONTENTION MORE OR LESS LIKELY. |

09:08AM   1      HERE WHEN AN EMPLOYEE DISCUSSES CONCERNS WITH OTHER

09:08AM   2   EMPLOYEES, OR EVEN BETTER, RAISES THOSE CONCERNS UP THE CHAIN

09:08AM   3   TO SOMEONE WHO, IN MANY CASES REPORTS DIRECTLY TO THE

09:08AM   4   DEFENDANT, TO A BOARD MEMBER WHO FREQUENTLY INTERACTS WITH THE

09:08AM   5   DEFENDANT AND HAS SOME AUTHORITY OSTENSIBLY OVER THE OPERATION

09:08AM   6   OF THE COMPANY, THOSE FACTS UNDER 401 INCREASE THE LIKELIHOOD

09:08AM   7   THAT THE DEFENDANT WAS AWARE OF THESE ISSUES, AND THEY

09:08AM   8   CONSTITUTE CIRCUMSTANTIAL EVIDENCE OF MS. HOLMES'S KNOWLEDGE OF

09:08AM   9   THESE ISSUES, SO THEY SHOULD BE ADMISSIBLE FOR THAT REASON.

09:08AM   10           THE COURT:  IS THIS THE, IS THIS THE CONVERSATION IN

09:08AM   11   THE 302 THAT I THINK, MR. WADE, YOU IDENTIFIED IT'S ON BATES

09:09AM   12   4918?

09:09AM   13           MR. WADE:  IS THAT DOCKET 1000-2 AT 6 AND 7?

09:09AM   14           THE COURT:  1000-1, MS. SAHARIA'S DECLARATION IN

09:09AM   15   SUPPORT.

09:09AM   16           MR. WADE:  YEAH, I BELIEVE WE'RE TALKING ABOUT THE

09:09AM   17   SAME CONVERSATION.

09:09AM   18       AND JUST SO WE'RE CLEAR, THE ISSUE HERE IS HEARSAY.  THERE

09:09AM   19   ARE MULTIPLE LAYERS.  SO IF WE TAKE IT BRICK BY BRICK, THERE

09:09AM   20   ARE COMMUNICATIONS BETWEEN TWO EMPLOYEES, MR. SHULTZ AND

09:09AM   21   MS. CHEUNG.

09:09AM   22       THOSE COMMUNICATIONS GO BACK AND FORTH AND ARE HEARSAY.

09:09AM   23   THERE ARE THEN COMMUNICATIONS FROM EACH OF THEM POTENTIALLY TO

09:10AM   24   SECRETARY SHULTZ, AND WHO IS NOW DECEASED, AND THEN THERE ARE

09:10AM   25   COMMUNICATIONS BACK TO THE TWO OF THEM FROM SECRETARY SHULTZ TO

09:10AM 1       THEM.

09:10AM 2           THERE'S ALSO A RELATED ISSUE, YOUR HONOR, WHICH RELATES TO

09:10AM 3       EXHIBIT 1660, WHICH IS AN EMAIL FROM MR. SHULTZ TO MS. HOLMES

09:10AM 4       WITH RESPECT TO HIS ISSUES, HIS CONCERNS THAT HE COMMUNICATED

09:10AM 5       TO MS. HOLMES.

09:10AM 6           OF COURSE THE GOVERNMENT CAN CALL MR. SHULTZ TO TESTIFY

09:10AM 7       ABOUT HIS INTERACTIONS, BUT THE FACT THAT MR. SHULTZ

09:10AM 8       COMMUNICATED WITH MS. CHEUNG IS HEARSAY AND THOSE

09:10AM 9       COMMUNICATIONS ARE NOT ADMISSIBLE FOR THAT PURPOSE.

09:10AM 10          THEY'RE ALSO HIGHLY PREJUDICIAL AND ONLY MINIMALLY

09:11AM 11      RELEVANT.  THEY HAVE EVIDENCE THAT THEY CAN OFFER WITH RESPECT

09:11AM 12      TO THOSE COMMUNICATIONS.

09:11AM 13          SO THEY HAVE THE MEANS BY WHICH TO DO THAT.  THEY

09:11AM 14      SHOULDN'T BE ABLE TO BRING OR SMUGGLE HEARSAY IN THROUGH

09:11AM 15      MS. CHEUNG.  THEY CAN CALL MR. SHULTZ AND HE CAN BE

09:11AM 16      CROSS-EXAMINED, AND THAT'S THE WAY TO DEAL WITH IT.

09:11AM 17          SO THERE ARE REALLY TWO ISSUES THERE, YOUR HONOR.  ONE IS

09:11AM 18      THAT EXHIBIT, AND THE OTHER IS, ARE THESE NUMEROUS DIFFERENT

09:11AM 19      COMMUNICATIONS?

09:11AM 20          AND WE'RE LOOKING AT AN EXCERPT FROM A 302, AND MAYBE THE

09:11AM 21      GOVERNMENT CAN PROVIDE A PROFFER OF WHAT IT EXPECTS WILL COME,

09:11AM 22      BUT I THINK THERE IS SIGNIFICANT HEARSAY ISSUES AND HUGE 403

09:11AM 23      ISSUES THERE BECAUSE WE CAN'T CROSS-EXAMINE THOSE STATEMENTS

09:11AM 24      AND SO THERE ARE CONFRONTATION ISSUES AND THE LIKE.

09:11AM 25              THE COURT:  WELL, I'M JUST LOOKING AT THE 302.  I'M

09:11AM 1    NOT LOOKING AT THESE OTHER EMAILS THAT YOU'RE TALKING ABOUT.  I

09:11AM 2    DON'T HAVE THOSE.

09:11AM 3        SO, MR. BOSTIC?

09:12AM 4            MR. WADE:  I BELIEVE THE COURT HAS 16 -- IF YOU HAVE

09:12AM 5    THE GOVERNMENT'S EXHIBIT BINDER, I BELIEVE YOU HAVE 1660.

09:12AM 6            THE COURT:  I'M TALKING ABOUT IN YOUR DOCUMENT.

09:12AM 7            MR. WADE:  OH.

09:12AM 8            THE COURT:  WHEN YOU FILED YOUR INITIAL OBJECTIONS

09:12AM 9    TO THIS IN MS. SAHARIA'S DECLARATION, THOSE ARE RELATED TO THE

09:12AM 10   302.

09:12AM 11           MR. WADE:  THAT'S CORRECT, YOUR HONOR.

09:12AM 12       AND THEN WE RECEIVED SOME ADDITIONAL DISCOVERY FROM THE

09:12AM 13   GOVERNMENT AFTER WE FILED THAT MOTION, AND SO OUR KNOWLEDGE OF

09:12AM 14   THAT HAS INCREASED AND THE GOVERNMENT NOTICED THEIR SPECIFIC

09:12AM 15   EXHIBITS AND SO THERE'S THIS EXHIBIT THAT MAY COME UP BEFORE

09:12AM 16   THE COURT AND WE WANTED TO -- GIVEN WE DEFERRED RULING ON THAT,

09:12AM 17   WE WANTED TO RAISE THAT.

09:12AM 18           MR. BOSTIC:  YOUR HONOR, I THINK THERE'S SOME

09:12AM 19   CONFUSION HERE ABOUT THE -- EXCUSE ME -- THE WAY TO ANALYZE

09:12AM 20   THIS TESTIMONY AND THIS PARTICULAR EXHIBIT, 1660.  THIS IS

09:12AM 21   ACTUALLY NOT A HEARSAY ISSUE.

09:12AM 22       THE PURPOSE OF INTRODUCING THAT TESTIMONY ABOUT THOSE

09:12AM 23   CONVERSATIONS, THE CONVERSATION WITH ERIKA CHEUNG AND

09:13AM 24   TYLER SHULTZ, WITH HIS GRANDFATHER, GEORGE SHULTZ, THE MEMBER

09:13AM 25   OF THE BOARD, AND THE COMMUNICATION WITH MS. HOLMES IS NOT FOR

09:13AM  1    THE TRUTH OF THE SUBSTANCE OF THOSE CONVERSATIONS OR

09:13AM  2    COMMUNICATIONS, BUT RATHER TO SHOW NOTICE TO MS. HOLMES, NOTICE

09:13AM  3    TO THE COMPANY GENERALLY, NOTICE TO HIGH LEVELS AT THE COMPANY.

09:13AM  4        FOR THAT PURPOSE, WE ARE NOT GOING TO BE ASKING THE JURY,

09:13AM  5    FOR EXAMPLE, WITH EXHIBIT 1660, WHICH IS AN EMAIL SENT BY

09:13AM  6    TYLER SHULTZ TO ELIZABETH HOLMES OF WHICH ERIKA CHEUNG WAS

09:13AM  7    AWARE, WE'RE NOT GOING TO BE ASKING THE JURY TO TAKE AT FACE

09:13AM  8    VALUE THE CLAIMS IN THAT LETTER OR THAT EMAIL.  THIS IS AN

09:13AM  9    EMAIL WHERE TYLER SHULTZ RAISED CONCERNS TO MS. HOLMES, AND THE

09:13AM  10   POINT HERE IS TO SHOW THAT THOSE CONCERNS WERE RAISED.  THE

09:13AM  11   GOVERNMENT IS ENTITLED TO DO THAT.

09:13AM  12       MS. CHEUNG'S OTHER TESTIMONY, HER TESTIMONY ABOUT HER

09:13AM  13   PERSONAL OBSERVATIONS AT THE LAB, HER EXPERIENCE WITH PROBLEMS,

09:13AM  14   THAT WILL SUBSTANTIATE, THAT WILL SHOW WHAT ISSUES THERE WERE

09:14AM  15   IN THE LAB, WHAT THE DEFICIENCIES WERE AND THE ACCURACY OF

09:14AM  16   THERANOS'S TESTS.

09:14AM  17       THE EMAIL FROM TYLER SCHULTZ TO MS. HOLMES IS ABOUT

09:14AM  18   NOTICE, AND, THEREFORE, IT DOESN'T FALL WITHIN A HEARSAY

09:14AM  19   ANALYSIS.

09:14AM  20           THE COURT:  SO IF THE COURT WERE TO ALLOW IT TO COME

09:14AM  21   IN FOR THAT PURPOSE, EXCUSE ME, THE COURT WOULD ADMONISH THE

09:14AM  22   JURY THAT IT'S NOT ADMITTED FOR THE TRUTH OF THE MATTER

09:14AM  23   ASSERTED, BUT IT ONLY GOES AND THEY MAY CONSIDER IT ONLY AS TO

09:14AM  24   THE ISSUE OF NOTICE, AND THEY CAN THEN GIVE IT WHATEVER WEIGHT

09:14AM  25   THEY FEEL IS APPROPRIATE AT THAT POINT.

09:14AM 1       MR. WADE?

09:14AM 2          MR. WADE:  YOUR HONOR, WE WOULD STRONGLY OBJECT TO

09:14AM 3   THE ADMISSION OF THIS DOCUMENT FOR THAT PURPOSE THROUGH THIS

09:14AM 4   WITNESS.  IT'S -- THE INTERACTIONS WITH THIS WITNESS ON THESE

09:14AM 5   ISSUES, WHICH SHE WASN'T A DIRECT PARTY TO, ARE NOT -- ARE

09:14AM 6   HIGHLY PREJUDICIAL.

09:15AM 7       THEY HAVE A WITNESS WHO THEY CAN CALL.  THEY SEEM

09:15AM 8   DISINCLINED TO WANT TO CALL MR. SHULTZ FOR SOME REASON, I

09:15AM 9   ASSUME GIVEN THAT THEY WANT TO BRING THIS EXHIBIT IN THROUGH

09:15AM 10  MS. CHEUNG.

09:15AM 11      BUT THE COMMUNICATIONS BETWEEN -- TO LAY THE FOUNDATION TO

09:15AM 12  GET IT THROUGH WITH THIS WITNESS, THEY HAVE TO REFLECT HEARSAY

09:15AM 13  COMMUNICATIONS BETWEEN MS. CHEUNG AND MR. SHULTZ WHICH ARE

09:15AM 14  HEARSAY.

09:15AM 15       THE COURT:  WELL, WOULD THEY BE HEARSAY IF IT THEY

09:15AM 16  WERE CONVERSATIONS THAT DESCRIBED SUBSEQUENT CONDUCT, THAT IS,

09:15AM 17  IT IS NOT ADMITTED FOR THE TRUTH OF WHAT IS SUGGESTED IN THE

09:15AM 18  CONVERSATION IF THERE WAS ANY, BUT RATHER IT JUST GOES TO SHOW

09:15AM 19  SUBSEQUENT CONDUCT OF THE PARTY?

09:15AM 20     I DON'T KNOW IF THAT'S WHAT YOU WERE GETTING TO.

09:15AM 21       MR. BOSTIC:  THAT'S PARTLY IT, YOUR HONOR.

09:15AM 22     SO, FIRST OF ALL, DURING MS. CHEUNG'S TESTIMONY, SHE'S

09:15AM 23  GOING TO TALK ABOUT SPECIFIC ISSUES AND PROBLEMS THAT SHE SAW

09:15AM 24  IN THE LAB.

09:16AM 25     IT SO HAPPENS THAT THE EMAIL FROM TYLER SHULTZ TO

09:16AM 1    ELIZABETH HOLMES RAISES SEVERAL OF THOSE SAME ISSUES TO THE

09:16AM 2    DEFENDANT DIRECTLY.

09:16AM 3        I SHOULD ALSO NOTE THAT THE PARTIES HAVE ENTERED INTO A

09:16AM 4    STIPULATION REGARDING THE AUTHENTICITY OF EMAILS TO AND FROM

09:16AM 5    THERANOS EMPLOYEES THAT COVERS THIS VERY DOCUMENT.

09:16AM 6        SO THERE'S NO DISPUTE THAT THIS EMAIL IS WHAT IT APPEARS

09:16AM 7    TO BE, THAT IT WAS SENT FROM TYLER SHULTZ TO MS. HOLMES ON THIS

09:16AM 8    DATE.  THAT'S MY UNDERSTANDING.

09:16AM 9        SO THE QUESTION IS, WHY DOES IT COME IN?  IT COMES IN

09:16AM 10   BECAUSE IT CONNECTS THE TESTIMONY, THE EVIDENCE ABOUT PROBLEMS

09:16AM 11   IN THE LAB, TO MS. HOLMES'S AWARENESS.

09:16AM 12       WE WILL NOT ASK THE JURY TO RELY ON THE TRUTH OF THE

09:16AM 13   STATEMENTS IN THAT EMAIL.  BUT THE FACT THAT HERE'S

09:16AM 14   COMMUNICATION PUTTING MS. HOLMES ON NOTICE OF THESE ISSUES THAT

09:16AM 15   HAVE PREVIOUSLY BEEN DISCUSSED AND PROVEN SEPARATELY IS HIGHLY

09:16AM 16   RELEVANT IN THIS CASE.

09:16AM 17       AND AS FAR AS MS. CHEUNG'S ABILITY TO COMMENT ON IT, IT'S

09:16AM 18   RELEVANT TO EXPLAIN HER SUBSEQUENT ACTIONS, BECAUSE HER

09:17AM 19   KNOWLEDGE OF THIS EMAIL IS THE SOLE OR PRIMARY REASON WHY SHE

09:17AM 20   DID NOT RAISE HER CONCERNS DIRECTLY TO MS. HOLMES.

09:17AM 21       SHE WILL TESTIFY ABOUT A CONVERSATION THAT SHE HAD WITH

09:17AM 22   MR. BALWANI WHERE SHE RAISED HER CONCERNS TO HIM BASED ON HER

09:17AM 23   EXPERIENCES THAT SHE IS GOING TO DESCRIBE, BUT SHE DID NOT GO

09:17AM 24   TO MS. HOLMES, AND THIS IS WHY, BECAUSE BASED ON THIS, SHE

09:17AM 25   UNDERSTOOD THAT MS. HOLMES HAD ALREADY HAD THE CHANCE TO BECOME

09:17AM  1    AWARE OF THESE ISSUES.

09:17AM  2            THE COURT:  WELL, I THINK THAT'S WHAT I GLEANED FROM

09:17AM  3    LOOKING AT SOME OF THE EARLIER PLEADINGS ON THIS ISSUE, THAT

09:17AM  4    THIS WOULD GO TO, AND THIS WITNESS WOULD PERHAPS TESTIFY -- I

09:17AM  5    DON'T KNOW IF SHE WILL, BUT WOULD PERHAPS TESTIFY THAT, AS

09:17AM  6    MR. BOSTIC JUST SAID, IT WAS MY WORD, FUTILE, TO GO FURTHER

09:17AM  7    BECAUSE IN HER OPINION, KNOWLEDGE, INFORMATION BASE, IT HAD

09:17AM  8    ALREADY BEEN REPORTED TO MS. HOLMES.  I THINK THAT'S WHAT

09:17AM  9    YOU'RE ARGUING.  I THINK THAT'S WHAT I CAPTURED IN SOME OF THE

09:17AM  10   PLEADINGS.

09:17AM  11       SO IT DOES, AS I SAID EARLIER, EXPLAIN HER SUBSEQUENT

09:18AM  12   CONDUCT OF DOING WHATEVER SHE DID AFTER THAT.

09:18AM  13           MR. WADE:  WE DON'T THINK THAT THAT'S IN ANY WAY

09:18AM  14   RELEVANT TO THIS WIRE FRAUD CASE, YOUR HONOR.  WHY THE WITNESS

09:18AM  15   DID OR DIDN'T DO SOMETHING IS NOT RELEVANT.

09:18AM  16       SHE REPORTED SOMETHING TO MR. BALWANI AND MR. BALWANI

09:18AM  17   REACTED.  THAT'S ADMISSIBLE.

09:18AM  18       BUT WHY SHE CHOSE NOT TO REPORT IT TO SOMEONE ELSE OR --

09:18AM  19   IS NOT RELEVANT.

09:18AM  20           THE COURT:  IS IT RELEVANT TO THE -- AGAIN, I'M

09:18AM  21   JUST -- WE HAVEN'T HEARD THIS TESTIMONY, BUT WOULD IT BE

09:18AM  22   RELEVANT TO HER SUBSEQUENT CONDUCT OF REPORTING TO AN AGENCY?

09:18AM  23           MR. WADE:  HER SUBSEQUENT CONDUCT OF REPORTING TO AN

09:18AM  24   AGENCY ISN'T RELEVANT, EITHER.

09:18AM  25           THE COURT:  MR. BOSTIC?

09:18AM 1          MR. WADE:  AND IT'S HIGHLY PREJUDICIAL ON BOTH OF

09:18AM 2    THESE PIECES OF EVIDENCE.

09:18AM 3          MR. BOSTIC:  I DISAGREE, YOUR HONOR.  I THINK HER

09:19AM 4    ACTION IN REPORTING IT TO AN AGENCY, FIRST OF ALL, WAS PROMPTED

09:19AM 5    BY ACTIONS TAKEN BY THERANOS IN SENDING HER A THREATENING

09:19AM 6    LETTER, AND IT WAS ALSO PROMPTED BY, OF COURSE, HER

09:19AM 7    OBSERVATIONS OF THE ISSUES IN THE LAB.

09:19AM 8       THE FACT THAT SHE TOOK THAT STEP OF REPORTING THE

09:19AM 9    DEFICIENCIES AT THERANOS TO CMS, TO A GOVERNMENTAL REGULATORY

09:19AM 10   AGENCY, SHOWS HER STATE OF MIND, SHOWS -- IT'S RELEVANT TO HER

09:19AM 11   CREDIBILITY WHEN IT COMES TO HER PERCEPTION OF THE SERIOUSNESS

09:19AM 12   OF THESE ISSUES, AND FOR THOSE REASONS IT SHOULD BE ADMISSIBLE

09:19AM 13   AND THE JURY SHOULD HAVE A CHANCE TO HEAR ABOUT THAT.

09:19AM 14         MR. WADE:  WE HAVEN'T ATTACKED HER CREDIBILITY ON

09:19AM 15   THESE ISSUES, YOUR HONOR, AND HER STATE OF MIND IS NOT RELEVANT

09:19AM 16   WITH RESPECT.

09:19AM 17         THE COURT:  OKAY.

09:19AM 18         MR. WADE:  THAT LEADS TO THE OTHER ISSUE.  THERE ARE

09:19AM 19   SEVERAL PIECES OF EVIDENCE THAT IT SEEMS LIKE THE GOVERNMENT

09:19AM 20   WANTS TO OFFER WITH RESPECT TO HER EMOTIONAL STATE IN RESPONSE

09:19AM 21   TO THINGS THAT ARE OCCURRING WITHIN THE COMPANY.

09:19AM 22      WE DON'T SEE THAT AS IN ANY WAY RELEVANT.  IT'S HIGHLY

09:20AM 23   PREJUDICIAL UNDER 403.

09:20AM 24      HER REACTION AND HOW SHE FELT ABOUT WHAT WAS HAPPENING IS

09:20AM 25   NOT RELEVANT TO THIS WIRE FRAUD CASE.

09:20AM 1     WHAT SHE DID, WHO SHE COMMUNICATED WITH, THAT'S RELEVANT.

09:20AM 2     HER STATE OF MIND WITH RESPECT TO WHY SHE DIDN'T DO

09:20AM 3  SOMETHING OR DID DO SOMETHING, HOW HER HOPES AND DREAMS WERE

09:20AM 4  DASHED AND SHE DECIDED TO LEAVE, WHICH I'VE HEARD THIS STORY

09:20AM 5  TOLD, AND SHE, SHE -- I UNDERSTAND SHE FEELS THAT WAY.

09:20AM 6     BUT WE HAVE NOT ATTACKED THAT, IT'S NOT AN ISSUE, AND WE

09:20AM 7  DON'T THINK THAT IT'S APPROPRIATE FOR HER TO SAY HOW SHE FELT

09:20AM 8  ABOUT THESE INTERACTIONS.

09:20AM 9     THE COURT:  I THINK SHE'S TESTIFIED TO SOME OF THE

09:20AM 10  REASONS WHY SHE LEFT, I THINK.

09:20AM 11     MR. WADE:  SHE TESTIFIED IN A GENERAL WAY AND WE

09:20AM 12  DIDN'T OBJECT TO THAT, YOUR HONOR.

09:20AM 13     THE COURT:  RIGHT.

09:20AM 14     MR. WADE:  BUT IT IS ONE OF THE ISSUES THAT WE RAISE

09:20AM 15  IN OUR MOTION AND I WANT TO RERAISE NOW BECAUSE IT SEEMS LIKE

09:21AM 16  THE EXAMINATION IS DESIGNED TO PULL OUT THAT EVIDENCE, AND

09:21AM 17  IT'S -- IT'S HIGHLY INFLAMMATORY, ALL BEARING IN MIND SHE HAD

09:21AM 18  ONE INTERACTION, SUBSTANTIVE INTERACTION WITH OUR CLIENT, YOU

09:21AM 19  KNOW, AS BEST WE CAN TELL HERE.

09:21AM 20     SO THIS IS, THIS IS IN THE CHEAPEST SEATS OF THE HOUSE IN

09:21AM 21  TERMS OF RELEVANCE WITH RESPECT TO OUR CLIENT.

09:21AM 22     IF THERANOS ITSELF WAS ON TRIAL, MAYBE A LOT OF THIS WOULD

09:21AM 23  BE A DIFFERENT STORY.  BUT IT'S NOT.  OUR CLIENT IS ON TRIAL.

09:21AM 24     A LOT OF THE INCIDENTS SHE TALKS ABOUT, OUR CLIENT -- THE

09:21AM 25  GOVERNMENT HAS NOT TIED THEM TO OUR CLIENT.  THE GOVERNMENT

09:21AM 1    WANTS TO OFFER THAT EVIDENCE.  WE HAVE A STANDING OBJECTION

09:21AM 2    WITH RESPECT TO ALL OF IT UNDER 401 AND 403.

09:21AM 3         BUT TO LAYER ON TOP OF THAT HOW SHE FELT ABOUT THAT AND

09:21AM 4    WHAT THAT MEANT ABOUT HER EXPERIENCE, YOU KNOW, AS A YOUNG

09:21AM 5    PROFESSIONAL IS INCREDIBLY INFLAMMATORY TESTIMONY THAT IS

09:22AM 6    HIGHLY PREJUDICIAL TO OUR CLIENT AND, FRANKLY, NOT RELEVANT.

09:22AM 7         THE COURT:  LET ME ASK.  MR. BOSTIC, ARE YOU

09:22AM 8    INCLINED TO INQUIRE DEEPLY INTO HER PERSONAL FEELINGS AND HER

09:22AM 9    CAREER BEING DASHED, ET CETERA?

09:22AM 10        MR. BOSTIC:  I'M SORRY, YOUR HONOR.

09:22AM 11        THE COURT:  NO.  ARE YOU GOING TO TRY TO EVOKE SOME

09:22AM 12   EMOTIONAL RESPONSE FROM THE WITNESS ON THE STAND?

09:22AM 13        MR. BOSTIC:  BY NO MEANS IS THAT THE FOCUS OF THE

09:22AM 14   GOVERNMENT'S INQUIRY, YOUR HONOR.  BY NO MEANS IS THAT THE

09:22AM 15   PURPOSE OF THIS WITNESS'S TESTIMONY.

09:22AM 16        AT THE SAME TIME, THOUGH, I'M NOT AWARE OF ANY RULE THAT

09:22AM 17   PROHIBITS WITNESSES FROM EXPLAINING WHY THEY TOOK A GIVEN

09:22AM 18   ACTION OR WHY THEY DIDN'T TAKE A GIVEN ACTION FOR EXPLAINING

09:22AM 19   THE EFFECTS THAT AN EVENT HAD ON THEIR THOUGHT PROCESSES AND

09:22AM 20   THEIR DECISION MAKING PROCESS FOR WHAT THEY DID NEXT.

09:22AM 21        THAT SEEMS TO BE A CORE ELEMENT OF WHAT MANY WITNESSES

09:22AM 22   FREQUENTLY TESTIFY TO.

09:22AM 23        SO I TAKE MR. WADE'S POINT AS A POINT UNDER 403.  THE

09:22AM 24   GOVERNMENT IS AWARE OF 403.

09:22AM 25        CONCEIVABLY, WHEN IT COMES TO EMOTIONALLY CHARGED

09:23AM 1     TESTIMONY, THERE COULD BE A THRESHOLD BEYOND WHICH THE

09:23AM 2     PROBATIVE VALUE OF THAT TESTIMONY STARTS TO BE OUTWEIGHED OR

09:23AM 3     SUBSTANTIALLY OUTWEIGHED BY THE PREJUDICIAL EFFECT OF IT.

09:23AM 4         THE GOVERNMENT HAS NO INTENTION OF GETTING ANYWHERE NEAR

09:23AM 5     THAT LINE IN THIS CASE.

09:23AM 6         BUT 403 DOESN'T REQUIRE WITNESSES TO TESTIFY AS

09:23AM 7     AUTOMATONS, SCRUBBING THEIR TESTIMONY OF ANYTHING THAT MIGHT

09:23AM 8     PROVOKE AN EMOTIONAL REACTION.  THEY SHOULD BE ABLE TO TELL THE

09:23AM 9     STORY OF WHAT HAPPENED AND WHY THEY DID WHAT THEY DID.

09:23AM 10        AS FAR AS THE RELEVANCE HERE AND THE CONNECTION TO

09:23AM 11    MS. HOLMES, I'LL BRIEFLY COMMENT WE ARE AT THE BEGINNING OF THE

09:23AM 12    TRIAL.  THIS WITNESS IS GOING TO TESTIFY ABOUT PROBLEMS THAT

09:23AM 13    SHE SAW IN THE LAB.  SUBSEQUENT WITNESSES WILL TESTIFY ABOUT

09:23AM 14    THEIR AWARENESS OF THOSE PROBLEMS AND HOW THAT INFORMATION WAS

09:23AM 15    ELEVATED TO THE TOP OF THE COMPANY, INCLUDING MS. HOLMES AND

09:23AM 16    MR. BALWANI.

09:23AM 17             THE COURT:  ALL RIGHT.  THANK YOU.

09:23AM 18        THANK YOU FOR THE DISCUSSION HERE.

09:23AM 19        AND, MR. WADE, I THINK YOU'VE PUT THE COURT AND MR. BOSTIC

09:23AM 20    ON NOTICE ABOUT YOUR CONCERNS ABOUT 403 ISSUES REGARDING

09:24AM 21    MS. CHEUNG AND HER PERSONAL EMOTIONAL FEELINGS AS TO WHAT MIGHT

09:24AM 22    HAPPEN.

09:24AM 23        AND I AGREE WITH YOU.  I DON'T THINK THAT MR. BOSTIC IS

09:24AM 24    GOING TO ASK QUESTIONS TO TRY TO ENGENDER AN EMOTIONAL RESPONSE

09:24AM 25    FROM THE WITNESS.  THAT'S NOT SOMETHING THAT HE WANTS TO DO,

09:24AM 1    NEEDS TO DO.  HE WANTS THE INFORMATION FROM THE WITNESS.

09:24AM 2        BUT WITNESSES TESTIFY IN DIFFERENT MANNERS.  WE'LL MANAGE

09:24AM 3    THAT.

09:24AM 4        AND I DON'T THINK MS. CHEUNG, I'VE JUST KNOWN HER HERE

09:24AM 5    FROM HER TESTIMONY OF ABOUT 75 MINUTES YESTERDAY.  SHE DOESN'T

09:24AM 6    SEEM TO BE THE KIND OF PERSON WHO IS GOING TO DO THAT, BUT

09:24AM 7    LET'S SEE WHAT IT BRINGS.

09:24AM 8        MR. WADE:  I'M JUST BASING IT ON STATEMENTS THAT SHE

09:24AM 9    MADE TO THE GOVERNMENT AND FLAGGING IT FOR THE COURT, AND I

09:24AM 10   APPRECIATE THAT.

09:24AM 11       THE COURT:  SURE.

09:24AM 12       MR. WADE:  I DON'T KNOW IF THE COURT WANTS TO DEFER

09:24AM 13   RULING ON THESE LAYERED HEARSAY ISSUES.

09:24AM 14       THE COURT:  I THINK I'D LIKE TO BRING THE JURY IN.

09:24AM 15       MR. WADE:  OKAY.

09:24AM 16       THE COURT:  I DON'T WANT TO DENY YOU AN OPPORTUNITY

09:24AM 17   TO BE HEARD, MR. WADE.  YOU HAVE GIVEN ME SOME HELPFUL

09:25AM 18   SUGGESTIONS ABOUT HOW I SHOULD, THE COURT SHOULD LOOK AT THE

09:25AM 19   EVIDENCE.  YOU'VE HEARD ME TALK ABOUT THE 803 ISSUES REGARDING

09:25AM 20   BUSINESS RECORDS, I'VE RULED ON THAT, AND I THINK WE CAN GO

09:25AM 21   FORWARD WITH BRINGING THE JURY OUT.

09:25AM 22       MR. WADE:  VERY WELL, YOUR HONOR.

09:25AM 23       JUST ONE SMALL POINT.  I'LL JUST FLAG THE ISSUE.  WE DON'T

09:25AM 24   NEED TO ADDRESS IT.

09:25AM 25       THE COURT:  SURE.

09:25AM 1          MR. WADE:  THE ISSUE RELATING TO THE REPORTING TO

09:25AM 2   CMS WHICH OCCURRED I THINK A LITTLE OVER -- ABOUT A YEAR AFTER

09:25AM 3   SHE LEFT THE COMPANY AND A FEW MONTHS AFTER SHE RECEIVED THE

09:25AM 4   LETTER FROM MR. BOIES, WITH THE FACILITATION OF A

09:25AM 5   "WALL STREET JOURNAL" REPORTER WHO HELPED HER FIND A LAWYER, ET

09:25AM 6   CETERA.

09:25AM 7         THAT'S UNDER -- THAT'S EXHIBIT 2931.  THERE'S A VERY

09:25AM 8   INFLAMMATORY EMAIL THAT INCLUDES LAYERED HEARSAY, IT IS

09:25AM 9   HEARSAY, AND WE DON'T THINK THAT THAT HAS ANY APPROPRIATE ROLE

09:25AM 10  IN THIS CASE AND IT SHOULD BE EXCLUDED UNDER 401 AND 403 AND

09:26AM 11  THE HEARSAY RULES.

09:26AM 12         THE COURT:  OKAY.  THANK YOU FOR FLAGGING THAT.

09:26AM 13    I DON'T KNOW IF YOU'RE SEEKING TO EXAMINE ON THAT OR NOT.

09:26AM 14         MR. BOSTIC:  I MAY, YOUR HONOR.

09:26AM 15    FOR THE COURT'S BACKGROUND, I BELIEVE THIS IS MS. CHEUNG'S

09:26AM 16  COMMUNICATIONS WITH CMS DIRECTLY.  THE GOVERNMENT WOULD NOT

09:26AM 17  INTEND TO INTRODUCE THAT FOR THE TRUTH OF THE STATEMENTS

09:26AM 18  THEREIN.

09:26AM 19    MS. CHEUNG IS ON THE STAND.  SHE CAN TALK ABOUT WHAT SHE

09:26AM 20  SAW AT THERANOS.  THAT'S WHY SHE'S HERE.

09:26AM 21    THE EXHIBIT IS ADMISSIBLE TO SHOW THAT CMS WAS MADE AWARE

09:26AM 22  OF THESE ISSUES.

09:26AM 23    BY THE WAY, LATER ON IN THE CASE, THE GOVERNMENT MAY

09:26AM 24  PRESENT TESTIMONY FROM A CMS WITNESS WHO WILL EXPLAIN WHAT THEY

09:26AM 25  SAW AT THERANOS.  THE GOVERNMENT SHOULD BE ALLOWED TO LAY THE

09:26AM 1    FOUNDATION FOR WHY CMS WAS INVOLVED IN THE FIRST PLACE AND TO

09:26AM 2    EXPLAIN THAT CAUSAL CHAIN FOR THE JURY.

09:26AM 3         THE COURT:  WELL, TO MR. WADE'S POINT, DO YOU NEED

09:26AM 4    TO INTRODUCE THE EMAIL FOR THAT PURPOSE?  IT SEEMS LIKE SHE

09:27AM 5    COULD TESTIFY, "I DID THIS BECAUSE I WAS," AND THIS GETS INTO

09:27AM 6    SOME OF THOSE OTHER AREAS, "I WAS UPSET."

09:27AM 7         SHE ALREADY TESTIFIED ABOUT WHY SHE LEFT.

09:27AM 8         THE COURT WOULD GIVE SOME LATITUDE TO -- NOTWITHSTANDING

09:27AM 9    YOUR COMMENTS, BUT THE COURT WOULD GIVE SOME LATITUDE AS TO WHY

09:27AM 10   SHE FELT SHE NEEDED TO REPORT TO AN AGENCY.

09:27AM 11        IT MAY NOT -- I DON'T KNOW IF YOU NEED THE EMAIL FOR THAT

09:27AM 12   PURPOSE, PARTICULARLY IF YOU HAVE CMS WHO IS GOING TO COME IN

09:27AM 13   AND CORROBORATE THE REPORTING, ET CETERA.

09:27AM 14        THAT'S JUST AN OBSERVATION AT A HIGH LEVEL.  I DON'T KNOW.

09:27AM 15        MR. BOSTIC:  THE COURT'S COMMENTS ARE WELL TAKEN.  I

09:27AM 16   THINK IF THE EMAIL ISN'T INTRODUCED FOR THE TRUTH, THEN IT

09:27AM 17   AVOIDS THE HEARSAY CONCERNS THAT THE DEFENSE IS RAISING, BUT I

09:27AM 18   TAKE THE COURT'S POINT.

09:27AM 19        THE COURT:  OR IT COULD BE SANITIZED.  I DON'T KNOW.

09:27AM 20        MR. WADE:  THERE ARE MULTIPLE LAYERS OF HEARSAY AND

09:27AM 21   FOUNDATIONAL ISSUES WITHIN THAT EMAIL, YOUR HONOR.

09:27AM 22        AND JUST WITH RESPECT TO MY COLLEAGUE, THE CMS INSPECTION

09:27AM 23   WAS WELL UNDERWAY BY THE TIME THIS EMAIL WAS SENT, AND SO THIS

09:28AM 24   WAS NOT -- THIS IS NOT WHAT PRECIPITATED THE CMS INSPECTION.

09:28AM 25   THAT'S WHAT THE CHRONOLOGY WILL SHOW.

| | | |
|---|---|---|
| 09:28AM | 1 | SO IF THE GOVERNMENT CAN PROFFER THE FACTS THAT SHOW |
| 09:28AM | 2 | OTHERWISE, THEN, YOU KNOW, IT MIGHT BE RELEVANT. |
| 09:28AM | 3 | BUT THE COURT WELL KNOWS THAT THE CMS ISSUES ARE GOING TO |
| 09:28AM | 4 | COME IN.  THEY HAVE WITNESSES THAT THEY CAN CALL TO RAISE THOSE |
| 09:28AM | 5 | ISSUES WITHOUT DEALING WITH THESE INCREDIBLY INFLAMMATORY |
| 09:28AM | 6 | STATEMENTS. |
| 09:28AM | 7 | THE COURT:  YEAH.  AND I DON'T KNOW IF THIS WITNESS |
| 09:28AM | 8 | WAS AWARE THAT THERE WAS AN INVESTIGATION ALREADY OR NOT.  THAT |
| 09:28AM | 9 | MIGHT BE PART OF HER TESTIMONY, TOO.  I JUST DON'T KNOW. |
| 09:28AM | 10 | MR. WADE:  JUST SO I CAN GET THE COURT'S PREFERENCE |
| 09:28AM | 11 | ON THESE EMAILS THAT WE'VE RAISED.  MR. BOSTIC IS GOING TO LAY |
| 09:28AM | 12 | A FOUNDATION WITH RESPECT TO THESE DOCUMENTS. |
| 09:28AM | 13 | WOULD YOU LIKE ME TO RELODGE MY OBJECTION OR DO YOU WANT |
| 09:28AM | 14 | TO -- I'M NOT GOING TO DO A SPEAKING OBJECTION IN FRONT OF THE |
| 09:28AM | 15 | JURY, BUT WOULD YOU LIKE ME TO RELODGE THE OBJECTION WITH |
| 09:28AM | 16 | RESPECT TO EACH DOCUMENT, OR IS A STANDING OBJECTION SUFFICIENT |
| 09:28AM | 17 | ON THESE DOCUMENTS? |
| 09:28AM | 18 | THE COURT:  WELL, I'M HAPPY TO RECEIVE YOUR |
| 09:28AM | 19 | OBJECTIONS AS A STANDING OBJECTION. |
| 09:29AM | 20 | IF YOU WOULD LIKE TO MAKE A RECORD OF IT, YOU CAN STAND |
| 09:29AM | 21 | UP, I'LL TURN TO YOU AND I'LL ASK AND YOU'LL SAY, PER OUR |
| 09:29AM | 22 | PREVIOUS CONVERSATION, AND I'LL SAY, THANK YOU, THE COURT'S |
| 09:29AM | 23 | RULING WILL REMAIN. |
| 09:29AM | 24 | MR. WADE:  OKAY.  THANK YOU. |
| 09:29AM | 25 | THE COURT:  WHATEVER YOU WOULD LIKE.  I'M HAPPY TO |

09:29AM  1    HAVE YOU MAKE YOUR RECORD AS YOU WOULD LIKE IT TO BE MADE.

09:29AM  2              MR. WADE:  THANK YOU VERY MUCH, YOUR HONOR.

09:29AM  3              THE COURT:  YOU'RE WELCOME.

09:29AM  4              MR. WADE:  I HOPE THE JURY GOT BAGELS THIS MORNING.

09:29AM  5              THE COURT:  AND LOTS OF THEM.

09:29AM  6         LET ME ASK, JUST BEFORE WE -- BEFORE I STEP DOWN AND WE

09:29AM  7    BRING THE JURY OUT, SHOULD WE BREAK THEN?  DO WE NEED TO BREAK

09:29AM  8    AT ABOUT 10:45?  IS THAT SOMETHING THAT WOULD WORK FOR THE

09:29AM  9    PARTIES?

09:29AM  10             MS. TREFZ:  YES, PLEASE, YOUR HONOR.

09:29AM  11             MR. BOSTIC:  THAT'S FINE FOR THE GOVERNMENT.

09:29AM  12             THE COURT:  WE'LL DO THAT AND TAKE A LITTLE EARLIER

09:29AM  13   BREAK.  I'LL ASK, CAN ANY OF YOU STAY A LITTLE LATER THAN

09:29AM  14   2:00 O'CLOCK TODAY?  DO YOU HAVE ANYTHING ELSE TO DO?

09:29AM  15        (LAUGHTER.)

09:29AM  16             MR. BOSTIC:  WE'RE AT THE COURT'S DISCRETION,

09:29AM  17   YOUR HONOR.

09:29AM  18             THE COURT:  GREAT.  THANK YOU.  WE'LL ASK THE JURY

09:29AM  19   IF WE CAN DO THAT.

09:29AM  20        LET'S TAKE A RECESS FOR JUST A MOMENT AND WE'LL BRING THE

09:29AM  21   JURY OUT.  THANK YOU.

09:29AM  22             THE CLERK:  COURT IS IN RECESS.

09:30AM  23        (RECESS FROM 9:30 A.M. UNTIL 9:38 A.M.)

09:38AM  24        (JURY IN AT 9:38 A.M.)

09:38AM  25             THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

09:38AM 1    ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.  OUR

09:38AM 2    JURY AND ALTERNATES ARE PRESENT.

09:38AM 3        GOOD MORNING, LADIES AND GENTLEMEN.  I THINK I TOLD YOU

09:38AM 4    YESTERDAY THERE PROBABLY WOULD BE A DELAY AND I WAS TRUE TO

09:38AM 5    THAT.  THANK YOU FOR YOUR PATIENCE, THOUGH.  I DID NEED TO

09:38AM 6    SPEAK TO THE LAWYERS ABOUT SOME MATTERS OUTSIDE OF YOUR

09:38AM 7    PRESENCE.

09:38AM 8        I'M GOING TO FIRST ASK YOU AGAIN THAT QUESTION, OVERNIGHT

09:38AM 9    DID ANY OF YOU, WERE ANY OF YOU SUBJECTED TO, DID YOU READ,

09:38AM 10   HEAR, OR WERE YOU COMMUNICATED BY ANYONE OR DID YOU COMMUNICATE

09:38AM 11   WITH ANYONE ABOUT ANY ISSUES INVOLVING THIS CASE, THAT IS,

09:38AM 12   THROUGH THE MEDIA, INTERNET, RADIO, OR HARD COPY NEWS PRINT?

09:38AM 13       ANYONE PLEASE RAISE YOUR HAND IF THAT IS THE CASE.

09:38AM 14       ALSO LET ME SAY, WHEN I ASK THIS QUESTION, YOU SHOULD ALSO

09:39AM 15   BE ASSURED YOU CAN SPEAK WITH US PRIVATELY.  IF YOU WANTED TO

09:39AM 16   DISCUSS SOMETHING PRIVATELY OUTSIDE OF THE PRESENCE OF YOUR

09:39AM 17   COLLEAGUES, WE CAN DO THAT AS WELL.

09:39AM 18       SO ANYONE?

09:39AM 19       I SEE NO HANDS.  THANK YOU.

09:39AM 20       ONE OTHER TOPIC.  I NEED TO TAKE A BREAK TODAY AT ABOUT

09:39AM 21   10:45.  SO I'M SORRY, WE'RE PROBABLY GOING TO GET A LITTLE BIT

09:39AM 22   OVER AN HOUR OF TESTIMONY IN THIS MORNING.  WE'LL TAKE THAT

09:39AM 23   BREAK, AND THEN WE'LL RESUME AFTER ABOUT 40 MINUTES OR SO.  I

09:39AM 24   APOLOGIZE FOR THAT.

09:39AM 25       LET ME ASK YOU ABOUT GOING LATER TODAY.  IS THERE ANYONE

| | | |
|---|---|---|
| 09:39AM | 1 | WHO THAT WOULD BE A PROBLEM FOR?  ANY OF YOU?  IF WE WENT |
| 09:39AM | 2 | PERHAPS AN HOUR LATER TODAY UNTIL PERHAPS 3:00 O'CLOCK? |
| 09:39AM | 3 | I SEE NO HANDS. |
| 09:39AM | 4 | WHAT I'LL DO IS THEN WE'LL HAVE AN ADDITIONAL BREAK FOR |
| 09:39AM | 5 | YOU, THOUGH.  WE WON'T GO STRAIGHT THROUGH.  WE'LL HAVE A |
| 09:39AM | 6 | SHORTER BREAK, AND I'LL COORDINATE WITH COUNSEL AND |
| 09:40AM | 7 | MS. KRATZMANN ABOUT WHEN THAT SHOULD BE. |
| 09:40AM | 8 | SO THANK YOU.  THANK YOU VERY MUCH. |
| 09:40AM | 9 | MR. BOSTIC, YOU HAVE A WITNESS? |
| 09:40AM | 10 | MR. BOSTIC:  YES, YOUR HONOR.  THE GOVERNMENT WOULD |
| 09:40AM | 11 | LIKE TO CONTINUE WITH ERIKA CHEUNG. |
| 09:40AM | 12 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 09:40AM | 13 | PLEASE TAKE THE STAND. |
| 09:40AM | 14 | WHEN YOU'RE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 09:40AM | 15 | AGAIN, PLEASE. |
| 09:40AM | 16 | THE WITNESS:  MY NAME IS ERIKA CHEUNG. |
| 09:40AM | 17 | THE COURT:  THANK YOU.  I JUST WANT TO REMIND YOU |
| 09:40AM | 18 | YOU'RE STILL UNDER OATH.  I THINK YOU TOLD US YOUR VACCINATION |
| 09:40AM | 19 | STATUS YESTERDAY.  IF YOU WOULD LIKE TO REMOVE YOUR MASK, YOU |
| 09:40AM | 20 | MAY. |
| 09:40AM | 21 | THE WITNESS:  OKAY.  THANK YOU. |
| 09:40AM | 22 | **(GOVERNMENT'S WITNESS, ERIKA CHEUNG, WAS PREVIOUSLY** |
| 09:40AM | 23 | **SWORN.)** |
| 09:40AM | 24 | /// |
| 09:40AM | 25 | /// |

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              897

09:40AM   1                  **DIRECT EXAMINATION (RESUMED)**

09:40AM   2     BY MR. BOSTIC:

09:40AM   3     Q.   WELCOME BACK, MS. CHEUNG.

09:41AM   4     A.   THANK YOU.

09:41AM   5     Q.   I'D LIKE TO CIRCLE BACK TO A TOPIC WE BRIEFLY TOUCHED ON

09:41AM   6     YESTERDAY.

09:41AM   7          DID THERANOS EVER RUN DEMONSTRATIONS OF ITS TECHNOLOGY FOR

09:41AM   8     VIP VISITORS TO THE COMPANY?

09:41AM   9     A.   YES.

09:41AM   10    Q.   AND BASED ON YOUR UNDERSTANDING AT THE TIME, WHAT KINDS OF

09:41AM   11    VISITORS WERE THOSE?

09:41AM   12    A.   THEY WERE INVESTORS OR PATIENTS.

09:41AM   13    Q.   PEOPLE THAT THE COMPANY WAS TRYING TO IMPRESS?

09:41AM   14    A.   YES.

09:41AM   15    Q.   IS THERE A BINDER OF DOCUMENTS IN FRONT OF YOU?

09:41AM   16    A.   YES.

09:41AM   17    Q.   AND WOULD YOU TURN TO EXHIBIT 1227 IN THAT BINDER, PLEASE.

09:41AM   18         ONCE YOU'RE THERE, WOULD YOU LET ME KNOW IF YOU RECOGNIZE

09:41AM   19    THAT DOCUMENT?

09:41AM   20    A.   YES, ID O.

09:41AM   21    Q.   WHAT IS THE DOCUMENT MARKED AS 1227?

09:41AM   22    A.   THIS IS AN EMAIL FROM UYEN DO EFFECTIVELY EXPLAINING THAT

09:42AM   23    WE'LL HAVE A DEMO PATIENT AND THAT I'LL HAVE TO RUN IT, AND

09:42AM   24    THEN IT GIVES ME THE WHOLE THREAD OF EMAILS BASICALLY LETTING

09:42AM   25    ME KNOW OF ALL OF THE DEMO PATIENTS THAT WE WILL LIKELY RECEIVE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              898

09:42AM   1    WITHIN THE NEXT WEEK.

09:42AM   2    Q.   WERE EMAILS LIKE THESE TYPICALLY USED AT THERANOS FOR THE

09:42AM   3    PURPOSE OF COORDINATING THESE DEMOS?

09:42AM   4    A.   YEAH.  YES.

09:42AM   5    Q.   AND WERE THEY THE MAIN METHOD OF COMMUNICATION FOR

09:42AM   6    COORDINATING THESE DEMOS?

09:42AM   7    A.   YES.

09:42AM   8    Q.   AND WERE DEMOS LIKE THESE A REGULAR PART OF THERANOS'S

09:42AM   9    BUSINESS AT THE TIME?

09:42AM   10   A.   YES.

09:42AM   11   Q.   WAS IT IMPORTANT IN THE EMAILS CONCERNING THESE DEMOS TO

09:42AM   12   BE ACCURATE ABOUT THE DETAILS ABOUT HOW THE DEMOS WOULD BE RUN

09:42AM   13   AND WHAT WOULD BE INVOLVED?

09:42AM   14   A.   YES.

09:42AM   15   Q.   AND WHY WAS IT IMPORTANT TO BE ACCURATE IN THESE EMAILS?

09:42AM   16   A.   IT WAS IMPORTANT TO BE ACCURATE BECAUSE WE HAD TO MAKE

09:42AM   17   SURE THAT THE SAMPLES WERE RUN PROPERLY, THAT THE RIGHT TEST

09:43AM   18   ASSOCIATED WITH EACH OF THE DEMO SAMPLES WERE RUN BECAUSE WE

09:43AM   19   HAD TO COORDINATE AMONGST DIFFERENT TEAMS.

09:43AM   20        SO FOR THE EDISON TEAM, YOU KNOW, WE WERE IN CHARGE OF,

09:43AM   21   SAY, THYROID STIMULATING HORMONE OR VITAMIN D, VERSUS ANOTHER

09:43AM   22   TEAM WAS IN CHARGE OF A CHEM 14 PANEL OR A METABOLIC PANEL.

09:43AM   23        AND SO IT WAS VERY CRUCIAL TO MAKE SURE THAT ALL OF US

09:43AM   24   WERE ON THE SAME PAGE ABOUT WHAT PATIENT WAS COMING IN AT WHAT

09:43AM   25   TIME, HOW MUCH TIME DID WE HAVE TO PROCESS IT, AND WHAT WERE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                 899

09:43AM   1    THE SPECIFIC TESTS THAT NEEDED TO BE RUN ON THAT PATIENT AND

09:43AM   2    WHO DID WE NEED TO DIRECT THAT INFORMATION TO, BECAUSE IT WAS

09:43AM   3    TYPICALLY HANDLED BY THE PRODUCT MANAGERS INSTEAD OF A

09:43AM   4    DIFFERENT SYSTEM WE USED FOR PATIENT RESULTS.

09:43AM   5    Q.   SO IN ESSENCE, WERE EMAILS LIKE THESE FUNCTIONING AS THE

09:43AM   6    ORDER FORMS, FOR EXAMPLE, FOR THE TESTS THAT WERE GOING TO BE

09:44AM   7    RUN?

09:44AM   8    A.   YES.

09:44AM   9    Q.   AND DID THEY ALSO HAVE THE FUNCTION OF REPORTING RESULTS

09:44AM  10    AND DISCUSSING ANY ISSUES THAT CAME UP DURING THE DEMOS?

09:44AM  11    A.   YES.

09:44AM  12    Q.   WERE THE EMAILS THEN PRESERVED SO THAT THEY COULD BE

09:44AM  13    REFERRED TO LATER IF NEEDED?

09:44AM  14    A.   YES.

09:44AM  15    Q.   AND WERE EMAILS LIKE THIS PREPARED CONTEMPORANEOUSLY, IN

09:44AM  16    OTHER WORDS, AROUND THE TIME THAT THE ACTUAL DEMOS WERE

09:44AM  17    OCCURRING?

09:44AM  18    A.   YES.

09:44AM  19         MR. BOSTIC:  YOUR HONOR, AT THIS TIME THE GOVERNMENT

09:44AM  20    WOULD MOVE TO ADMIT EXHIBIT 1227.

09:44AM  21         MR. WADE:  NOTHING NEW, YOUR HONOR.

09:44AM  22         THE COURT:  THANK YOU.  IT WILL BE ADMITTED, AND

09:44AM  23    I'LL NOTE OUR CONVERSATION PREVIOUSLY, MR. WADE.

09:44AM  24    (GOVERNMENT'S EXHIBIT 1227 WAS RECEIVED IN EVIDENCE.)

09:44AM  25         MR. BOSTIC:  MAY WE PUBLISH?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              900

09:44AM   1              THE COURT:  YES.

09:44AM   2              MR. BOSTIC:  MS. HOLLIMAN, CAN WE PROJECT

09:44AM   3    EXHIBIT 1227, AND LET'S START WITH PAGE 6 OF THAT EXHIBIT.

09:44AM   4         IF WE CAN ZOOM IN ON THE TOP HALF.  LET'S CAPTURE ALL OF

09:45AM   5    THE TEXT.  THANK YOU.

09:45AM   6    Q.   MS. CHEUNG, IS EXHIBIT 1227 SHOWING UP ON YOUR SCREEN?

09:45AM   7    A.   YES.

09:45AM   8    Q.   THE FIRST EMAIL IS FROM SOMEONE NAMED DANIEL EDLIN.  WHO

09:45AM   9    WAS DAN EDLIN AT THERANOS?

09:45AM   10   A.   DANIEL EDLIN WAS ONE OF THE PROJECT MANAGERS OR

09:45AM   11   COORDINATORS MANAGERS.

09:45AM   12   Q.   AND IS THIS EMAIL DESCRIBING AN UPCOMING DEMO AS YOU

09:45AM   13   PREVIOUSLY DISCUSSED?

09:45AM   14   A.   YES.

09:45AM   15   Q.   AND IN THE EMAIL THERE'S A LINE THAT BEGINS THE "DEFAULT

09:45AM   16   TEST LIST FOR ALL OF THESE DEMOS IS."

09:45AM   17        DO YOU SEE THAT?

09:45AM   18   A.   YES.

09:45AM   19   Q.   AND CAN YOU PLEASE READ INTO THE RECORD WHAT DEFAULT TESTS

09:45AM   20   WOULD BE RUN FOR THESE DEMOS?

09:45AM   21   A.   SO READ THE STATEMENT?

09:45AM   22   Q.   YES, PLEASE.

09:45AM   23   A.   THE DEFAULT TEST LIST FOR ALL OF THESE DEMOS IS CHEM 14,

09:45AM   24   LIPIDS, CBC, AND VITAMIN D/TSH/PSA.

09:46AM   25   Q.   CAN YOU EXPLAIN BRIEFLY BASED ON YOUR UNDERSTANDING WHAT

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              901

09:46AM   1   THOSE ASSAYS OR TESTS WERE?

09:46AM   2   A.   YES.  SO CHEM 14 IS A GENERAL CHEMISTRY PANEL; LIPIDS IS

09:46AM   3   ALSO A GENERAL CHEMISTRY PANEL; CBC IS A HEMATOLOGY SAMPLE; AND

09:46AM   4   THEN VITAMIN D/TSH AND PSA ARE AN EDISON TEST.  SO THEY WERE

09:46AM   5   IMMUNOASSAYS, AND THAT'S THE BREAKDOWN OF THESE DIFFERENT TYPES

09:46AM   6   OF TESTS.

09:46AM   7   Q.   YOU MENTIONED THAT SOME OF THESE WERE PANELS.  WHAT DOES

09:46AM   8   THAT MEAN WHEN A TEST IS A PANEL?

09:46AM   9   A.   A PANEL IS ESSENTIALLY A WHOLE SERIES OF DIFFERENT TYPES

09:46AM  10   OF TESTS.  SO LIPIDS, LIKE, FOR EXAMPLE, CBC, IT WOULD BE YOUR

09:46AM  11   RED BLOOD CELLS, IT WOULD BE YOUR WHITE BLOOD CELLS, AND IT

09:46AM  12   WOULD ENCOMPASS NUMEROUS TESTS AND NUMEROUS POINTS OF INTEREST

09:47AM  13   WITHIN THAT ONE NAME OF A PANEL.

09:47AM  14   Q.   AND WHICH OF THESE ASSAYS ARE PANELS AND WHICH ARE NOT?

09:47AM  15   A.   THE PANELS ARE CHEM 14, LIPIDS, CBC.  AND THE TESTS THAT

09:47AM  16   ARE NOT PANELS ARE VITAMIN D, TSH, AND PSA.

09:47AM  17   Q.   SO, IN OTHER WORDS, THOSE LAST THREE ARE JUST SINGLE

09:47AM  18   TESTS, WHERE THE PREVIOUS ONES ARE MULTIPLE TESTS IN GROUPS?

09:47AM  19   A.   YES.

09:47AM  20   Q.   JUST TO BE CLEAR, IS THIS EMAIL CHAIN DISCUSSING A SERIES

09:47AM  21   OF UPCOMING DEMOS?

09:47AM  22   A.   YES.

09:47AM  23   Q.   LOOKING AT THIS LIST OF ASSAYS, WHICH OF THESE ASSAYS

09:47AM  24   COULD BE RUN ON THE THERANOS MANUFACTURED ANALYZER?

09:47AM  25   A.   THE THERANOS MANUFACTURED DEVICE WAS THE EDISON DEVICE,

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    902

09:47AM  1    AND THE ONLY TEST THAT THAT THE EDISONS COULD RUN ARE VITAMIN D,

09:48AM  2    TSH, AND PSA.

09:48AM  3    Q.   AND WHAT DEVICES DID THERANOS USE FOR THE PANELS, THE

09:48AM  4    CHEM 14, THE LIPIDS, THE CBC IF THOSE COULD NOT BE RUN ON THE

09:48AM  5    THERANOS MANUFACTURED DEVICE?

09:48AM  6    A.   SO THERANOS UTILIZED THE SIEMENS ADVIA, THE MODIFIED

09:48AM  7    SIEMENS ADVIA WHERE WE USED THE T-CUPS INSTEAD OF THE J-CUPS,

09:48AM  8    AND THAT WAS THE CHEM 14 AND THE LIPIDS.

09:48AM  9         AND THEN WE UTILIZED BD FORTESSA, THAT WAS A FLOW

09:48AM  10   CYTOMETER, AND THE FLOW CYTOMETER WAS USED TO RUN CBC.

09:48AM  11   Q.   AND THOSE TWO DEVICES, WERE THEY MANUFACTURED BY COMPANIES

09:48AM  12   OTHER THAN THERANOS?

09:48AM  13   A.   YES.

09:48AM  14   Q.   SO DOES THAT MEAN THAT IF SOMEONE CAME IN FOR A DEMO AND

09:48AM  15   HAD THESE ASSAYS RUN -- WELL, LET ME ASK, WOULD THEY GET BACK A

09:48AM  16   REPORT OF THE RESULTS?

09:48AM  17   A.   YES.

09:48AM  18   Q.   AND WOULD THAT REPORT INCLUDE THREE RESULTS THAT WERE FROM

09:49AM  19   A THERANOS MANUFACTURED ANALYZER AND SEVERAL ADDITIONAL RESULTS

09:49AM  20   THAT WERE FROM NON-THERANOS MANUFACTURED ANALYZERS?

09:49AM  21   A.   YES.

09:49AM  22   Q.   LET'S TURN TO PAGE 4 IN THIS EXHIBIT IF WE CAN.  LET'S

09:49AM  23   ZOOM IN ON THE MIDDLE THIRD ONCE WE GET TO PAGE 4.  LET'S

09:49AM  24   CAPTURE FROM THERE AND INCLUDE THAT ENTIRE EMAIL MESSAGE IF WE

09:49AM  25   CAN.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                      903

09:49AM   1         THAT'S GOOD.  THANK YOU.

09:49AM   2         IS THAT TEXT SHOWING UP ON YOUR SCREEN, MS. CHEUNG?

09:49AM   3   A.   YES.

09:49AM   4   Q.   AND WE SEE HERE AN EMAIL IN THE SAME CHAIN FROM SOMEONE

09:49AM   5   NAMED MAX FOSQUE.  WHO WAS THAT AT THERANOS?

09:50AM   6   A.   MAX FOSQUE WAS ALSO A PROGRAM OR PRODUCT MANAGER AT

09:50AM   7   THERANOS.

09:50AM   8   Q.   IS THIS MESSAGE RELATED TO THAT SAME SERIES OF DEMOS THAT

09:50AM   9   WE PREVIOUSLY DISCUSSED?

09:50AM  10   A.   YES.

09:50AM  11   Q.   I'D LIKE TO DRAW YOUR ATTENTION TO THE SECTION OF HIS

09:50AM  12   EMAIL WHERE HE LISTS SOME BULLET POINTS, AND THE THIRD ONE DOWN

09:50AM  13   SAYS "TESTS INCLUDE:  CBC AND CHEM 14, WITH VITAMIN D ADDED IF

09:50AM  14   EVERYTHING IS GOING SMOOTHLY."

09:50AM  15         DO YOU SEE THAT?

09:50AM  16   A.   YES.

09:50AM  17   Q.   AND WHAT IS YOUR UNDERSTANDING OF WHAT THAT MEANT, "IF

09:50AM  18   EVERYTHING IS GOING SMOOTHLY"?

09:50AM  19   A.   SO TYPICALLY WE HAD A CERTAIN TIMEFRAME IN WHICH WE HAD TO

09:50AM  20   RUN THESE SAMPLES.  SO TYPICALLY WE WOULD TRY AND GET THE DEMO

09:50AM  21   SAMPLES OUT WITHIN TWO HOURS.

09:50AM  22         AND IF IT WAS THE CASE THAT WE WERE RUNNING OVERTIME

09:50AM  23   BECAUSE MAYBE THE CBC, THE HEMATOLOGY TEAM OR THE CHEM PANEL

09:50AM  24   WAS RUNNING LATE OR DELAYED FOR SOME REASON, THEN THEY WOULD

09:51AM  25   JUST -- THEY WOULD STICK TO THEIR SAMPLES BEFORE US RECEIVING

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          904

09:51AM   1    THE BLOOD SAMPLES SO WE COULD START PROCESSING THE VITAMIN D

09:51AM   2    SAMPLE WITH THE EDISON DEVICES.

09:51AM   3        SO IT'S TYPICALLY IN REFERENCE TO THE FACT OF ARE THINGS

09:51AM   4    RUNNING ON TIME, ARE WE -- DID THE QC'S PASS BEFORE WE RAN THE

09:51AM   5    DEMO.  THERE WERE TYPICALLY DELAYS.  WERE THERE ANY TYPE OF

09:51AM   6    DELAYS?  AND IF THERE WERE DELAYS, THEN WE WOULDN'T RUN THE

09:51AM   7    EDISON TEST.  THEY WERE TYPICALLY RAN LAST.

09:51AM   8    Q.   SO IF SOMETHING WENT WRONG IN THE PROCESS, THE TESTS RUN

09:51AM   9    ON THE EDISON ANALYZER, ON THE THERANOS ANALYZER, WOULD BE

09:51AM   10   ABANDONED AND INSTEAD THE DEMO WOULD ONLY INVOLVE THE THIRD

09:51AM   11   PARTY DEVICES?

09:51AM   12   A.   YES.

09:51AM   13   Q.   WHEN IT TALKS ABOUT EVERYTHING GOING SMOOTHLY AND YOU

09:51AM   14   MENTIONED PROBLEMS OCCURRING, DID PROBLEMS FREQUENTLY OCCUR

09:51AM   15   DURING DEMOS AND GENERAL TESTING AT THERANOS?

09:52AM   16   A.   YES.

09:52AM   17   Q.   CAN YOU TELL ME ABOUT HOW THE WORKFLOW OPERATED IN

09:52AM   18   THERANOS WITH THESE DEMOS?  WHAT WOULD HAPPEN ONCE THE SAMPLE

09:52AM   19   WAS ACTUALLY OBTAINED GIVEN THAT THESE DIFFERENT DEVICES NEEDED

09:52AM   20   TO BE USED TO RUN THESE PANELS AND TESTS?

09:52AM   21   A.   SO ONCE THE PHLEBOTOMIST HAD OBTAINED THE SAMPLES IN THE

09:52AM   22   NANOTAINER, THE SMALL BLOOD COLLECTION UNIT, THEY WOULD BRING

09:52AM   23   IT TO THE NORMANDY LAB, SO IT WAS A BACK LABORATORY ON THE

09:52AM   24   BOTTOM FLOOR OF THE BUILDING AT 1601 SOUTH CALIFORNIA.

09:52AM   25       WHAT WOULD HAPPEN IS IT WOULD COME DOWN TO THE SORTING

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                905

09:52AM   1    STATION WHERE ALL TYPICALLY THREE OF THE TEAMS, THE CHEMISTRY

09:53AM   2    TEAM, THE CYTOMETRY OR THE HEMATOLOGY TEAM, AND THE EDISON TEAM

09:53AM   3    WOULD ALL WAIT ON STANDBY TO FIGURE OUT, OKAY, WHO GETS THE

09:53AM   4    SAMPLE FIRST.

09:53AM   5         AND BASICALLY THEY WOULD GRAB THE SAMPLE, COLLECT WHATEVER

09:53AM   6    BLOOD THEY NEEDED USING THE TECAN MACHINE, BRING IT BACK TO

09:53AM   7    THIS MAIN REFRIGERATOR, AND THEN WE AGAIN WOULD SORT OUT WHO

09:53AM   8    GETS IT NEXT.

09:53AM   9         AND THEN IT WOULD GO TO, SAY, THE HEMATOLOGY TEAM BECAUSE

09:53AM   10   THERE ARE DIFFERENT TYPES OF PREPARATION THAT YOU HAVE TO DO

09:53AM   11   FOR DIFFERENT TYPES OF TESTS.

09:53AM   12        AND THEN IN THE CASE OF THE EDISONS, ONCE WE GOT THE

09:53AM   13   SAMPLE, WE WOULD PUT IT THROUGH THE TECAN MACHINE, IT WOULD

09:53AM   14   DISPENSE THE SMALL AMOUNT OF BLOOD IN THE DILUENT INTO THE

09:53AM   15   CARTRIDGES, WE WOULD GRAB THE CARTRIDGES, TAKE THEM TO THE

09:53AM   16   EDISON DEVICES, AND MAKE SURE THERE WAS A BAR CODE ON THEM,

09:53AM   17   SCAN THE BAR CODE, AND MAKE SURE THERE WAS THE APPROPRIATE

09:54AM   18   TEST, PUT THEM IN THE MACHINE, CLICK START.

09:54AM   19        WE WOULD WAIT FOR IT TO PROCESS ANYWHERE FROM, LIKE,

09:54AM   20   45 MINUTES TO AN HOUR AND A HALF DEPENDING ON THE TEST, AND THE

09:54AM   21   RESULTS WOULD GET PUT INTO A DIFFERENT SYSTEM, CALLED

09:54AM   22   ALCHEMIST, AND WE WOULD TAKE THE DATA FROM THERE AND INSERT IT

09:54AM   23   INTO A SPREADSHEET.

09:54AM   24        AND THAT WAS KIND OF THE FLOW AND THE PROCESS.

09:54AM   25        EACH OF THE TEAMS HAD A DIFFERENT KIND OF FLOW AND PROCESS

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                906

09:54AM   1    DEPENDING ON THE MACHINE THAT THEY WERE USING.

09:54AM   2    Q.   SO FOR THE ASSAY GROUP THAT WE'VE BEEN LOOKING AT FOR

09:54AM   3    THESE DEMOS, HOW MANY TEAMS WOULD BE INVOLVED TO RUN THE LIST

09:54AM   4    OF TESTS THAT WE'VE BEEN LOOKING AT?

09:54AM   5    A.   FOR THE CBC, CHEM 14, AND VITAMIN D, THAT SET?

09:54AM   6    Q.   CORRECT.

09:54AM   7    A.   SO THERE ARE THREE TEAMS.

09:54AM   8    Q.   SO THREE SEPARATE TEAMS OF LAB TECHNICIANS OR LAB STAFF

09:54AM   9    WOULD BE INVOLVED IN RUNNING THIS SINGLE SAMPLE?

09:54AM   10   A.   YES, AND SOME SCIENTISTS, YEAH.

09:54AM   11   Q.   AND HOW MANY DIFFERENT TYPES OF DEVICES, OR DIFFERENT

09:54AM   12   TYPES OF ANALYZERS, WOULD BE USED TO PROCESS THIS SINGLE

09:55AM   13   SAMPLE?

09:55AM   14   A.   IN TERMS OF ANALYZERS, WHAT'S ACTUALLY RUNNING THE SAMPLE,

09:55AM   15   IT WAS THREE.

09:55AM   16   Q.   AND ONE OF THOSE BEING MANUFACTURED BY THERANOS; CORRECT?

09:55AM   17   A.   YES.

09:55AM   18   Q.   WAS THAT WORKFLOW THAT YOU JUST DESCRIBED THE SAME AS THE

09:55AM   19   WORKFLOW THAT WAS USED GENERALLY FOR CLINICAL PATIENT TESTING

09:55AM   20   AT THERANOS?

09:55AM   21   A.   BY "CLINICAL PATIENT TESTING" DO YOU MEAN VENOUS SAMPLES?

09:55AM   22   Q.   I MEAN CLINICAL PATIENT TESTING IN THE NORMAL COURSE OF

09:55AM   23   BUSINESS AS OPPOSED TO DEMOS.

09:55AM   24   A.   YES, IN TERMS OF THE PATIENT PROCESSING AND THE -- IT WAS

09:55AM   25   THE SAME PROCESS THAT WE UTILIZED FOR WALGREENS PATIENTS AT

CHEUNG DIRECT BY MR. BOSTIC (RES.)                               907

09:55AM   1    THERANOS.

09:55AM   2    Q.   YOU DISCUSSED PREVIOUSLY HOW YOU SPENT TIME IN BOTH THE

09:55AM   3    R&D LAB AT THERANOS AND ALSO IN THE CLINICAL LAB; IS THAT

09:55AM   4    CORRECT?

09:55AM   5    A.   YES.

09:55AM   6    Q.   AND WAS YOUR TRANSITION FROM ONE TO THE OTHER A CLEAN

09:55AM   7    BREAK, OR DID YOUR RESPONSIBILITIES OVERLAP DURING THESE

09:55AM   8    PERIODS OF TIME?

09:55AM   9    A.   THERE WAS SOME OVERLAP OF RESPONSIBILITIES FOR A BIT OF

09:56AM   10   TIME.

09:56AM   11   Q.   COULD I ASK YOU TO TURN TO EXHIBIT 1557 IN THE BINDER IN

09:56AM   12   FRONT OF YOU.  ONCE YOU'RE THERE, LET ME KNOW IF YOU RECOGNIZE

09:56AM   13   1557.

09:56AM   14   A.   I DO.

09:56AM   15   Q.   AND WHAT IS 1557?

09:56AM   16   A.   1557 IS ESSENTIALLY MARK PANDORI, WHO IS THE LAB DIRECTOR

09:56AM   17   AT THERANOS IN THERANOS'S CLINICAL LAB, GIVING ME A VERY

09:56AM   18   DETAILED LIST OF WHAT MY KEY ROLE AND RESPONSIBILITIES ARE AND

09:56AM   19   DUTIES ARE.  SO IT'S JUST CREATING A MORE FORMALIZED STRUCTURE

09:56AM   20   AROUND WHAT I WAS RESPONSIBLE FOR WHILE WORKING IN THE CLINICAL

09:56AM   21   LAB.

09:56AM   22   Q.   AND IF YOU TURN TO PAGE 2 OF THAT EXHIBIT.  TAKE A LOOK AT

09:56AM   23   IT.  MY QUESTION IS, DOES THAT ACCURATELY REFLECT YOUR

09:56AM   24   RESPONSIBILITIES AS YOU UNDERSTOOD THEM WHEN YOU WERE AT

09:56AM   25   THERANOS?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          908

| | | |
|---|---|---|
| 09:56AM | 1 | A.  YES. |
| 09:57AM | 2 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO |
| 09:57AM | 3 | ADMIT INTO EVIDENCE EXHIBIT 1557. |
| 09:57AM | 4 | MR. WADE:  NO OBJECTION. |
| 09:57AM | 5 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 09:57AM | 6 | (GOVERNMENT'S EXHIBIT 1557 WAS RECEIVED IN EVIDENCE.) |
| 09:57AM | 7 | BY MR. BOSTIC: |
| 09:57AM | 8 | Q.  LET'S LOOK AT PAGE 2 OF EXHIBIT 1557.  THANK YOU, |
| 09:57AM | 9 | MS. HOLLIMAN.  IF WE CAN ZOOM IN ON THE FIVE ITEMS.  PERFECT. |
| 09:57AM | 10 | THANK YOU. |
| 09:57AM | 11 | MS. CHEUNG, ITEM 2 ON THIS LIST SAYS DAILY PERFORM |
| 09:57AM | 12 | LABORATORY TESTING AS DIRECTED BY THE SCHEDULE. |
| 09:57AM | 13 | IS THAT REFERRING TO CLINICAL PATIENT TESTING? |
| 09:57AM | 14 | A.  YES. |
| 09:57AM | 15 | Q.  AND WAS PERFORMING CLINICAL PATIENT TESTING PART OF YOUR |
| 09:58AM | 16 | REGULAR DUTIES AT THERANOS? |
| 09:58AM | 17 | A.  YES. |
| 09:58AM | 18 | Q.  AND ITEM 4 SAYS, "AS NEEDED (OR MONTHLY):  VERIFY THAT SOP |
| 09:58AM | 19 | FOR EDISON TESTS ARE ACCURATE FOR HOW THEY ARE CURRENTLY |
| 09:58AM | 20 | ACTUALLY PERFORMED." |
| 09:58AM | 21 | DO YOU SEE THAT? |
| 09:58AM | 22 | A.  YES. |
| 09:58AM | 23 | Q.  AND CAN YOU EXPLAIN WHAT THAT MEANT AS FAR AS YOUR |
| 09:58AM | 24 | RESPONSIBILITIES? |
| 09:58AM | 25 | A.  SO AT THERANOS THERE WERE SOP'S, WHICH ARE STANDARD |

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              909

| | | |
|---|---|---|
| 09:58AM | 1 | OPERATING PROCEDURES, AND ESSENTIALLY THEY WILL TELL PEOPLE |
| 09:58AM | 2 | LIKE ME WHO ARE LAB ASSOCIATES OR THE CLINICAL LAB SCIENTISTS |
| 09:58AM | 3 | WHAT ARE THE STEPS AND THE PROCEDURES THAT YOU HAVE TO FOLLOW |
| 09:58AM | 4 | IN ORDER TO CONDUCT A TEST. |
| 09:58AM | 5 | AND WE HAD STANDARD OPERATING PROCEDURES FOR EACH OF THE |
| 09:58AM | 6 | TESTS.  SO VITAMIN D HAD ITS OWN STANDARD OPERATING PROCEDURE. |
| 09:58AM | 7 | AND SOMETIMES THESE STANDARD OPERATING PROCEDURES WERE |
| 09:58AM | 8 | GENERATED BY THE RESEARCH AND DEVELOPMENT LAB, BUT THE |
| 09:58AM | 9 | CONVERSION OVER TO THE CLINICAL LAB, THERE WAS SOMETIMES NOT |
| 09:58AM | 10 | ACCURATE INFORMATION IN TERMS OF HOW WE WERE RUNNING IT ON A |
| 09:59AM | 11 | DAY-TO-DAY BASIS BECAUSE THERE STILL WAS NOT THAT TRANSFER OF |
| 09:59AM | 12 | WHAT OUR WORD OF MOUTH PRACTICES WERE VERSUS WHAT WAS DICTATED |
| 09:59AM | 13 | IN THAT ACTUAL STANDARD OPERATING PROCEDURE. |
| 09:59AM | 14 | SO THAT'S ESSENTIALLY WHAT THIS RESPONSIBILITY WAS IS WHEN |
| 09:59AM | 15 | I -- MARK WAS TRYING TO GET ME TO MAKE SURE THAT I RECORRECTED |
| 09:59AM | 16 | THE STANDARD OPERATING PROCEDURES BASED ON WHAT WE HAD DONE AND |
| 09:59AM | 17 | BASED ON WHAT OTHER SCIENTISTS IN THE RESEARCH AND DEVELOPMENT |
| 09:59AM | 18 | LAB HAD TOLD ME, YOU KNOW, HEY, WE NEED TO CORRECT THIS, OR THE |
| 09:59AM | 19 | MEDICAL DIRECTOR TOLD ME THAT THIS IS NOT ACTUALLY APPROPRIATE. |
| 09:59AM | 20 | SO THAT WAS THE KIND OF KEY DUTY THAT WAS LISTED HERE. |
| 09:59AM | 21 | Q.   ITEM 5 ON THE LIST SAYS "CONTINUOUS:  ASSIST IN ANY |
| 09:59AM | 22 | ONGOING VALIDATIONS, CALIBRATIONS OR REQUEST OPERATIONS, AS |
| 09:59AM | 23 | NECESSARY." |
| 09:59AM | 24 | WE TALKED ABOUT WHAT VALIDATION MEANT BEFORE; CORRECT? |
| 09:59AM | 25 | A.   CORRECT. |

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              910

09:59AM  1    Q.   AND WAS THAT AN ACTIVITY THAT OCCURRED IN THE RESEARCH AND

09:59AM  2    DEVELOPMENT LAB?

09:59AM  3    A.   YES.

09:59AM  4    Q.   AND SO IN OTHER WORDS, ALTHOUGH YOU WERE GOING TO BE

10:00AM  5    WORKING IN THE CLINICAL LAB, YOUR DUTIES WOULD STILL INCLUDE

10:00AM  6    SOME VALIDATION OR R&D WORK?

10:00AM  7    A.   YES.

10:00AM  8    Q.   WE ALSO TALKED PREVIOUSLY ABOUT QC.  SO WHAT DOES QC STAND

10:00AM  9    FOR?

10:00AM  10   A.   SO QC STANDS FOR QUALITY CONTROL.

10:00AM  11   Q.   AT A HIGH LEVEL, CAN YOU EXPLAIN WHAT THAT MEANT AT

10:00AM  12   THERANOS AND REMIND THE JURY HOW THAT WAS CONDUCTED.

10:00AM  13   A.   YEAH.  SO QUALITY CONTROL OPERATIONS ARE ESSENTIALLY A

10:00AM  14   CHECK TO SEE IF YOUR DIAGNOSTIC SYSTEM IS WORKING PROPERLY.

10:00AM  15        SO WHAT YOU TYPICALLY WILL DO IS THAT YOU'LL HAVE THESE

10:00AM  16   SAMPLES WHERE YOU KNOW THE CONCENTRATION AT DIFFERENT LEVELS.

10:00AM  17   SO THERE WILL BE A LOW LEVEL, MAYBE A MIDDLE LEVEL, AND A HIGH

10:00AM  18   LEVEL.

10:00AM  19        AND YOU'RE SUPPOSED TO RUN THEM BEFORE YOU RUN A PATIENT

10:00AM  20   SAMPLE TO CHECK THAT EVERYTHING IS WORKING APPROPRIATELY.

10:00AM  21        SO BASICALLY IF I HAVE A LOW LEVEL QC SAMPLE, I NEED TO

10:00AM  22   MAKE SURE THAT IT'S 5 MICROGRAMS FOR MIL FOR SOMETHING LIKE

10:01AM  23   VITAMIN D, AND I'LL RUN IT IN MY SYSTEM AND I EITHER PASS OR

10:01AM  24   FAIL FOR THAT.  AND SO I GET SOMETHING RELATIVELY IN THE RANGE

10:01AM  25   OF 5 MICROGRAMS FOR MIL, OR I DON'T.

CHEUNG DIRECT BY MR. BOSTIC (RES.)

| | | |
|---|---|---|
| 10:01AM | 1 | AND THIS IS A VERY STANDARD PROCEDURE FOR ANY TYPE OF |
| 10:01AM | 2 | DIAGNOSTIC USUALLY JUST TO MAKE SURE THAT THE WHOLE SYSTEM, THE |
| 10:01AM | 3 | MEDICAL DIAGNOSTIC SYSTEM IS WORKING APPROPRIATELY SO YOU CAN |
| 10:01AM | 4 | EFFECTIVELY OR, LIKE, SAFELY PROCEED WITH PROCESSING A PATIENT |
| 10:01AM | 5 | SAMPLE. |
| 10:01AM | 6 | Q.   AND WHAT HAPPENED WHEN A DEVICE FAILED QC, IN OTHER WORDS, |
| 10:01AM | 7 | WHEN IT DIDN'T RETURN THE CORRECT ANSWER FOR THE TEST SAMPLE? |
| 10:01AM | 8 | A.   IF WE FAILED QC, TYPICALLY WE WOULD HAVE TO CONDUCT SOME |
| 10:01AM | 9 | SORT OF INVESTIGATION OF WHY THE QC FAILED.  SO WE WOULD HAVE |
| 10:01AM | 10 | TO SAY, YOU KNOW, WAS IT MACHINE ERROR?  WAS IT MAYBE A |
| 10:02AM | 11 | TRAINING ERROR OR SOMETHING? |
| 10:02AM | 12 | AND WE WOULD EITHER HAVE TO IDENTIFY WHAT THE ISSUE WAS |
| 10:02AM | 13 | AND THEN PROCEED TO RUN QC'S AGAIN, OR WE WOULD HAVE TO USE |
| 10:02AM | 14 | DIFFERENT SETS OF MACHINES OR RECALIBRATE THE SYSTEM TO MAKE |
| 10:02AM | 15 | SURE THAT IT WAS CALIBRATED APPROPRIATELY FOR WHATEVER TEST WE |
| 10:02AM | 16 | HAPPENED TO BE RUNNING. |
| 10:02AM | 17 | Q.   DID THERANOS ANALYZERS THAT YOU WORKED WITH FREQUENTLY |
| 10:02AM | 18 | FAIL QC DURING YOUR TIME AT THE COMPANY? |
| 10:02AM | 19 | A.   YES. |
| 10:02AM | 20 | Q.   AND WHEN YOU WERE LAST ON THE STAND WE DISCUSSED AN |
| 10:02AM | 21 | EXAMPLE OF AN INCIDENT WHERE THAT HAPPENED. |
| 10:02AM | 22 | DO YOU RECALL THAT? |
| 10:02AM | 23 | A.   YES.  THE THANKSGIVING EXAMPLE. |
| 10:02AM | 24 | Q.   THERE WAS ALSO SOME DISCUSSION DURING THAT TIME OF HOW |
| 10:02AM | 25 | THERANOS TREATED OUTLIERS IN THE DATA SET. |

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          912

10:02AM   1        DO YOU RECALL THAT DISCUSSION?

10:02AM   2    A.   YES.

10:02AM   3    Q.   CAN YOU EXPLAIN WHERE THOSE OUTLIERS CAME FROM?  HOW WAS

10:03AM   4    IT THAT THERE WERE MULTIPLE RESULTS IN THE THERANOS DATA SET?

10:03AM   5    A.   SO ESSENTIALLY IN ORDER TO GENERATE A PATIENT RESULT,

10:03AM   6    THERANOS HAD SIX DIFFERENT DATA POINTS THAT WERE GENERATED FOR

10:03AM   7    EACH OF TESTS THAT WERE RUN.

10:03AM   8        SO, FOR EXAMPLE, YOU HAVE ONE PATIENT.  IT NEEDS A

10:03AM   9    VITAMIN D SAMPLE.  SO WHAT WE WOULD DO IS THAT WE WOULD HAVE

10:03AM   10   CARTRIDGES THAT WOULD HAVE TWO REACTION TIPS IN IT, AND YOU

10:03AM   11   WOULD RUN THREE OF THESE CARTRIDGES ON THREE DIFFERENT DEVICES

10:03AM   12   IN ORDER TO GENERATE A POOL OF SIX RESULTS.

10:03AM   13       SO THE OUTLIER DELETION HAPPENED FOR TWO OF THESE SIX

10:03AM   14   GENERATED DATA POINTS.

10:03AM   15   Q.   AND WHEN YOU SAY "OUTLIER DELETION," WHAT DOES THAT MEAN

10:03AM   16   IN PLAIN LANGUAGE?

10:03AM   17   A.   OUTLIER DELETION?  SO TYPICALLY OR WHAT IT WAS DEFINED AT

10:04AM   18   THERANOS?

10:04AM   19   Q.   HOW WAS IT DEFINED AT THERANOS?  HOW DID IT WORK IN

10:04AM   20   PRACTICE?

10:04AM   21   A.   SO OUTLIER DELETION IS SOMETHING THAT YOU DO IN THE EVENT

10:04AM   22   THAT THERE'S SOME SORT OF REALLY OUTLANDISH DATA POINT.

10:04AM   23       SO, SAY, IF I'M A TECHNICIAN AND I TRIP AND FALL AND IT

10:04AM   24   PRODUCES SOME SORT OF VERY BIZARRE RESULT, LIKE A ZERO, OR IT'S

10:04AM   25   SO HIGH THAT THE SYSTEM CANNOT DETECT IT, YOU TYPICALLY WILL

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          913

10:04AM   1    DELETE THAT.

10:04AM   2         BUT AT THERANOS WHAT WAS HAPPENING IS IT WAS BASICALLY ANY

10:04AM   3    TWO DATA POINTS THAT WOULD BASICALLY NOT HIT THE METRICS THAT

10:04AM   4    WE NEEDED.

10:04AM   5         SO FOR THE QC, FOR EXAMPLE, YOU WOULD DELETE TWO OF THE

10:04AM   6    DATA POINTS THAT WOULD BASICALLY THEN ALLOW YOU TO PASS QC'S.

10:04AM   7         SO IT -- THERE WAS NO STANDARD PROTOCOL AT THERANOS FOR

10:04AM   8    WHAT OUTLIER DELETION WAS.  IT WAS SOMETHING THAT WAS CONDUCTED

10:04AM   9    QUITE FREQUENTLY, AND IN NORMAL SENSE THIS WOULD BE CONSIDERED

10:05AM   10   CHERRY PICKING, WHERE YOU'RE ESSENTIALLY PICKING THE BEST DATA

10:05AM   11   POINTS TO MAKE IT APPEAR THAT THE QUALITY OF THE DATA IS BETTER

10:05AM   12   THAN IT IS.

10:05AM   13   Q.   AND WHAT HAPPENS TO THE DATA POINTS, THE RESULTS THAT ARE

10:05AM   14   DEEMED OUTLIERS?  ARE THEY REPORTED TO THE PATIENT, FOR

10:05AM   15   EXAMPLE?

10:05AM   16   A.   NO.

10:05AM   17   Q.   DID THE INFORMATION REPORTED TO THE PATIENT, IF YOU KNOW,

10:05AM   18   INCLUDE ANYTHING ABOUT THIS PRACTICE OF OUTLIER DELETION?

10:05AM   19   A.   NO.

10:05AM   20   Q.   AND TO BE CLEAR ABOUT WHAT WE'RE TALKING ABOUT, THESE

10:05AM   21   DIFFERENT DATA POINTS, IS IT CORRECT THAT EVERY TIME AN ASSAY

10:05AM   22   WAS RUN ON A THERANOS ANALYZER FOR A PATIENT TEST, IT WAS RUN

10:05AM   23   SIX TIMES TO GENERATE THOSE SIX DIFFERENT RESULTS?

10:05AM   24   A.   IT WAS RUN -- CAN YOU REPEAT THAT QUESTION?

10:05AM   25   Q.   SURE.  THE QUESTION IS, HOW DO WE ARRIVE AT SIX RESULTS?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                           914

10:06AM   1    IS IT THAT THE TEST IS ACTUALLY BEING PERFORMED SIX TIMES IN

10:06AM   2    PARALLEL?

10:06AM   3    A.   SO IT'S BEING RUN SIX TIMES IN PARALLEL, BUT EACH OF THE

10:06AM   4    TESTING CARTRIDGES HAVE TWO REACTIONS IN IT.  SO THE SAME

10:06AM   5    SAMPLE IS BEING RUN SIX TIMES, BUT ON THREE DIFFERENT MACHINES.

10:06AM   6    Q.   SO EACH TEST IS YIELDING SIX RESULTS BECAUSE OF THE THREE

10:06AM   7    TIMES TWO THAT YOU JUST MENTIONED?

10:06AM   8    A.   YES.  YES.

10:06AM   9    Q.   I'LL ASK YOU TO LOOK AT EXHIBIT 1323 IN YOUR BINDER.

10:06AM  10         LET ME KNOW IF YOU RECOGNIZE THAT DOCUMENT ONCE YOU GET

10:06AM  11    THERE.

10:06AM  12    A.   YES.

10:07AM  13    Q.   AND WHAT IS EXHIBIT 1323?

10:07AM  14    A.   LET ME MAKE SURE.  YEAH.

10:07AM  15         EXHIBIT 12 -- WHAT IS IT?

10:07AM  16    Q.   1323.

10:07AM  17    A.   1323 IS AN EMAIL BETWEEN ME AND ONE OF THE LEAD

10:07AM  18    SCIENTISTS, TWO OF THE LEAD SCIENTISTS AT THERANOS.

10:07AM  19    Q.   AND DOES THE EMAIL CHAIN BEGIN WITH AN EMAIL FROM YOU TO

10:07AM  20    TWO OTHER EMPLOYEES AT THERANOS?

10:07AM  21    A.   YES.

10:07AM  22    Q.   AND GENERALLY SPEAKING, WHAT IS THE SUBJECT MATTER OF THE

10:07AM  23    EMAIL?

10:07AM  24    A.   SO THE SUBJECT MATTER OF THIS EMAIL IS I'M TRYING TO

10:07AM  25    CONSULT TWO PEOPLE IN THE RESEARCH AND DEVELOPMENT LAB ABOUT,

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    915

10:07AM   1    YOU KNOW, BASICALLY SAYING THERE'S NO PATIENT SAMPLE TONIGHT,

10:07AM   2    BUT I RAN THE QC'S AND THEY'RE NOT PASSING.

10:07AM   3    Q.   WAS EMAIL A PRIMARY WAY THAT YOU RECORDED AND CONVEYED

10:08AM   4    INFORMATION TO OTHERS AT THERANOS ABOUT INSTANCES LIKE THESE

10:08AM   5    WHERE QC'S FAILED FOR A THERANOS DEVICE?

10:08AM   6    A.   YES.

10:08AM   7    Q.   AND WAS THAT PART OF THE STANDARD PRACTICE OF OPERATION IN

10:08AM   8    THE LAB?

10:08AM   9    A.   YES.

10:08AM   10   Q.   AND SPECIFICALLY WAS THE USE OF EMAIL TO CONVEY

10:08AM   11   INFORMATION LIKE THIS PART OF THE STANDARD PRACTICE IN THE

10:08AM   12   COURSE OF THERANOS'S BUSINESS PRACTICES?

10:08AM   13   A.   YES.

10:08AM   14   Q.   WAS IT IMPORTANT TO CONVEY INFORMATION LIKE THIS ABOUT

10:08AM   15   INDIVIDUAL QC FAILURES ACCURATELY TO OTHERS AT THERANOS?

10:08AM   16   A.   YES.

10:08AM   17   Q.   SO WAS IT IMPORTANT THAT EMAILS LIKE THIS BE ACCURATE?

10:08AM   18   A.   YES.

10:08AM   19   Q.   AND WAS IT STANDARD PRACTICE AT THERANOS IN THE LAB TO

10:08AM   20   PROVIDE THIS EMAIL NOTIFICATION CONTEMPORANEOUSLY, IN OTHER

10:08AM   21   WORDS, AT THE TIME THAT THE QC FAILURE WAS OCCURRING?

10:08AM   22   A.   YES.

10:08AM   23            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:08AM   24   ADMIT EXHIBIT 1323.

10:08AM   25            MR. WADE:  NOTHING NEW ON THIS ONE, YOUR HONOR.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    916

10:08AM   1         THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

10:09AM   2    PUBLISHED.  THANK YOU.

10:09AM   3         (GOVERNMENT'S EXHIBIT 1323 WAS RECEIVED IN EVIDENCE.)

10:09AM   4         MR. BOSTIC:  LET'S PROJECT THAT ON THE SCREEN,

10:09AM   5    MS. HOLLIMAN.  LET'S ZOOM IN ON THE BOTTOM MESSAGE.

10:09AM   6    Q.   MS. CHEUNG, IS THIS THE EMAIL THAT WE'VE BEEN DISCUSSING?

10:09AM   7    A.   YES.

10:09AM   8    Q.   AND DOES THIS REFERENCE ANOTHER QUALITY CONTROL FAILURE AT

10:09AM   9    THERANOS?

10:09AM  10    A.   YES.

10:09AM  11    Q.   AND CAN YOU TELL WHETHER THIS WAS IN RESEARCH AND

10:09AM  12    DEVELOPMENT OR THE CLINICAL LAB AT THERANOS?

10:09AM  13    A.   THIS WAS IN THE RESEARCH AND DEVELOPMENT LAB AT THERANOS.

10:09AM  14    Q.   AND IN YOUR EMAIL YOU MENTION A BIAS CORRECTION.  WHAT IS

10:09AM  15    A BIAS CORRECTION?

10:09AM  16    A.   THE BIAS CORRECTION WAS ESSENTIALLY AN ORDER TO -- WE

10:09AM  17    WOULD GET A MEAN OF ALL OF THE AGGREGATIVE RESULTS AND THEN RUN

10:09AM  18    IT THROUGH A BIAS CORRECTION, SORT OF A CALIBRATION CURVE IN

10:10AM  19    ORDER TO GET THE FINAL RESULT, AND THERE WERE DIFFERENT WAYS

10:10AM  20    THAT THAT WAS CREATED.

10:10AM  21         THERE WAS -- WHAT WE DID IN RESEARCH AND DEVELOPMENT AND

10:10AM  22    SARAH SIVARAMAN HAD HER OWN -- HAD HER OWN PROCEDURES OF WHAT

10:10AM  23    THEY CREATED IN THE CLINICAL LAB.

10:10AM  24    Q.   YOUR EMAIL SAYS, "I RECEIVED THE NEW RANGE FROM SARAH WITH

10:10AM  25    THE BIAS CORRECTION, BUT THE QC'S ARE STILL FAILING."

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                  917

10:10AM   1        DOES THAT MEAN THAT THIS QC FAILURE WAS AN ONGOING OR

10:10AM   2    PREEXISTING PROBLEM AT THE THERANOS LAB?

10:10AM   3    A.   YES.

10:10AM   4    Q.   AND THE BIAS CORRECTION, WAS IT DESIGNED IN SOME WAY TO

10:10AM   5    HOPEFULLY FIX THE QC FAILURE?

10:10AM   6    A.   YES.

10:10AM   7    Q.   AND DO YOU REMEMBER WHETHER THE BIAS CORRECTION ACTUALLY

10:10AM   8    SUCCEEDED IN FIXING THE QC FAILURE PROBLEM?

10:10AM   9    A.   NO.

10:10AM   10   Q.   SORRY.  I ASKED A BAD QUESTION.

10:10AM   11        IF YOU RECALL --

10:10AM   12   A.   YEAH.

10:10AM   13   Q.   -- DID THE BIAS CORRECTION FIX THE QC FAILURE PROBLEM AT

10:11AM   14   THERANOS?

10:11AM   15   A.   IT DID NOT FIX THE QC FAILURE PROBLEM.

10:11AM   16   Q.   YOU SAID THIS WAS IN THE RESEARCH AND DEVELOPMENT LAB.

10:11AM   17   DID PROBLEMS LIKE THESE IN THE RESEARCH AND DEVELOPMENT LAB

10:11AM   18   CAUSE ANY CONCERNS FOR YOU IN TERMS OF THE ACTIVITIES IN THE

10:11AM   19   CLINICAL LAB WHERE PATIENT TESTING WAS HANDLED?

10:11AM   20   A.   YES.

10:11AM   21   Q.   AND WHY IS THAT?

10:11AM   22   A.   IT CAUSED CONCERNS BECAUSE QC'S ARE REALLY AN INDICATION

10:11AM   23   OF HOW YOUR TESTING SYSTEM WOULD OPERATE IF YOU WERE RUNNING

10:11AM   24   ACTUAL PATIENT SAMPLES.

10:11AM   25        SO IF YOU'RE HAVING AN IMMENSE AMOUNT OF FAILURES IN THE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                               918

10:11AM 1    QC SYSTEM WHERE YOU KNOW THE CONCENTRATION, YOU KNOW WHAT THE

10:11AM 2    SAMPLE IS, YOU KNOW WHAT THE RIGHT ANSWER IS, IF THEY'RE

10:11AM 3    FAILING CONSTANTLY, THAT MEANS WHEN YOU'RE GOING AND TRYING TO

10:11AM 4    BE THE AUTHORITY ON GIVING A PATIENT WHAT THEIR TEST RESULT IS,

10:11AM 5    IT DOESN'T GIVE YOU THE CONFIDENCE THAT IT'S VERY RELIABLE.

10:11AM 6        SO IT WAS VERY CONCERNING IN A RESEARCH CONTEXT BECAUSE

10:12AM 7    ONCE THAT TRANSLATES TO A PATIENT SETTING, YOU KNOW, THAT'S --

10:12AM 8    IT'S GIVING YOU A GOOD INDICATION THAT THE SYSTEM ISN'T WORKING

10:12AM 9    RELIABLY ENOUGH TO FEEL CONFIDENT AND COMFORTABLE IN RUNNING A

10:12AM 10   PATIENT SAMPLE.

10:12AM 11       SO IT WAS CONCERNING FOR ME.

10:12AM 12   Q.   AND WAS THIS A CONCERN THAT YOU HAD AT THE TIME OR ONLY IN

10:12AM 13   RETROSPECT?

10:12AM 14   A.   IT WAS A CONCERN THAT I HAD AT THE TIME.

10:12AM 15   Q.   WE SPOKE ABOUT RESTRICTION OF INFORMATION DURING YOUR TIME

10:12AM 16   AT THERANOS.

10:12AM 17       WHAT WAS YOUR SENSE OF HOW FREELY INFORMATION FLOWED

10:12AM 18   BETWEEN RESEARCH AND DEVELOPMENT AND THE CLINICAL LAB, SINCE

10:12AM 19   YOU WORKED IN BOTH?

10:12AM 20   A.   IT -- I WAS IN A PARTICULAR POSITION WHERE I UNDERSTOOD

10:12AM 21   THE INFORMATION BETWEEN BOTH, BUT THERE WAS A LOT OF

10:12AM 22   RESTRICTIONS IN THE INFORMATION WHERE WE HAD TWO DIFFERENT

10:12AM 23   DRIVES AND WHERE WE COULD SHARE INFORMATION THAT ONLY CERTAIN

10:12AM 24   PEOPLE HAD ACCESS TO.

10:13AM 25       AS I WAS WORKING FOR THE COMPANY, IT GOT MORE AND MORE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              919

10:13AM   1    RESTRICTIVE WHERE THERE WASN'T SUPPOSED TO BE MUCH

10:13AM   2    CROSS-COMMUNICATION WITH THE CLINICAL LAB AND OTHER TEAMS, BUT

10:13AM   3    THERE WASN'T -- YOU HAD TO MAKE A VERY CONCERTED EFFORT TO WALK

10:13AM   4    UP AND TALK TO PEOPLE IN ORDER TO GET THE INFORMATION THAT YOU

10:13AM   5    NEEDED AMONGST DIFFERENT DEPARTMENTS.

10:13AM   6    Q.    AND IF YOU HAVE AN UNDERSTANDING OF THIS, WAS THAT JUST

10:13AM   7    BECAUSE OF THE WAY THE BUILDING WAS LAID OUT OR THE WAY THAT

10:13AM   8    INFORMATION WAS STORED, OR DID YOU GET THE SENSE THAT THAT WAS

10:13AM   9    A DELIBERATE THING?

10:13AM   10        FOR EXAMPLE, DID YOU GET ANY INSTRUCTIONS ABOUT HOW

10:13AM   11   INFORMATION WAS TO BE SHARED BETWEEN GROUPS?

10:13AM   12   A.    I FELT IT WAS A DELIBERATE THING, BECAUSE EVEN IN THE WAY

10:13AM   13   IN WHICH THE BUILDING WAS CONSTRUCTED, WE ONLY HAD CARD KEY

10:13AM   14   ACCESS TO CERTAIN AREAS AND CERTAIN PEOPLE WERE ONLY ALLOWED IN

10:13AM   15   CERTAIN PARTS OF THE BUILDING DESPITE -- YOU KNOW, I WORKED IN

10:13AM   16   THE CLINICAL LAB, BUT ONLY CERTAIN PEOPLE IN THE CLINICAL LAB

10:13AM   17   WOULD HAVE ACCESS TO THE RESEARCH AND DEVELOPMENT LAB WHERE

10:14AM   18   PATIENT PROCESSING WAS ACTUALLY HAPPENING.

10:14AM   19        SO, YEAH, THAT WAS --

10:14AM   20   Q.    YOU SAID LATER IN YOUR TIME AT THE COMPANY THAT YOU

10:14AM   21   PERCEIVED SOME ADDITIONAL RESTRICTIONS ON INFORMATION SHARING

10:14AM   22   BETWEEN EMPLOYEES.

10:14AM   23        WHAT FORM DID THAT TAKE?

10:14AM   24   A.    ESPECIALLY WHILE WORKING IN THE CLINICAL LAB, WE WERE

10:14AM   25   DIRECTED THAT WE SHOULDN'T BE TALKING ABOUT THE ONGOINGS OF

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                920

10:14AM   1   WHAT WAS HAPPENING IN THE CLINICAL LAB WITH EMPLOYEES IN OTHER

10:14AM   2   DEPARTMENTS; THAT IT WAS MEANT TO BE HELD AND KEPT WITHIN CLIA

10:14AM   3   AND THAT WE SHOULDN'T BE SHARING INFORMATION WITH OTHER

10:14AM   4   EMPLOYEES WITHIN THE ORGANIZATION ABOUT WHAT THE PROCEEDINGS OF

10:14AM   5   THE CLINICAL LAB WERE, DESPITE THE FACT THAT OUR WORK IN THE

10:14AM   6   CLINICAL LAB WAS HEAVILY RELIANT AND DEPENDENT ON WHAT WAS

10:14AM   7   OCCURRING IN THE RESEARCH AND DEVELOPMENT LAB.

10:14AM   8   Q.   DID THAT INFORMATION THAT YOU UNDERSTOOD YOU WEREN'T

10:15AM   9   SUPPOSED TO SHARE INCLUDE INFORMATION ABOUT PROBLEMS THAT WERE

10:15AM  10   BEING ENCOUNTERED IN THE CLINICAL LAB?

10:15AM  11   A.   YES.

10:15AM  12   Q.   AND WHO GAVE YOU THE INSTRUCTIONS NOT TO SHARE INFORMATION

10:15AM  13   LIKE THAT?

10:15AM  14   A.   SUNNY BALWANI.

10:15AM  15   Q.   AND WHAT FORM DID THOSE INSTRUCTIONS TAKE?

10:15AM  16   A.   EMAIL.

10:15AM  17   Q.   THE INCIDENTS THAT WE'VE LOOKED AT SO FAR WHERE QC FAILED,

10:15AM  18   WERE THOSE ISOLATED INCIDENTS AT THERANOS?  WERE THEY UNIQUE?

10:15AM  19   OR DID THINGS LIKE THAT OCCUR REGULARLY?

10:15AM  20   A.   THEY OCCURRED REGULARLY.

10:15AM  21   Q.   WHEN IT CAME TO QUALITY CONTROL FOR THE THERANOS EDISON

10:15AM  22   ANALYZER, WHAT WAS YOUR OVERALL SENSE OF ITS PERFORM IN QC?

10:15AM  23   A.   IT HAD VERY POOR PERFORMANCE.  WE WERE HAVING QC FAILURES

10:15AM  24   AT A MAXIMUM EVERY THREE DAYS, POSSIBLY MORE.

10:15AM  25   Q.   WE JUST LOOKED AT AN INCIDENT IN DECEMBER OF 2013.  AROUND

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              921

10:16AM  1    THAT TIME, DECEMBER 2013, JANUARY 2014, DID YOU RAISE THE

10:16AM  2    CONCERNS THAT YOU HAD WITH ANYONE HIGHER UP AT THERANOS?

10:16AM  3    A.   I HAD RAISED MY CONCERNS WITH A LOT OF THE HEAD -- LEAD

10:16AM  4    SCIENTISTS WITHIN THE RESEARCH AND DEVELOPMENT LAB, IN ADDITION

10:16AM  5    TO THE LAB DIRECTOR AND MEDICAL DIRECTOR AT THERANOS, AND EVEN

10:16AM  6    RAISED CONCERNS TO THE VICE PRESIDENT, DANIEL YOUNG.

10:16AM  7    Q.   LET'S BREAK THAT DOWN A LITTLE BIT.  THE INDIVIDUALS YOU

10:16AM  8    MENTIONED FIRST, THE SENIOR PEOPLE IN THE RESEARCH AND

10:16AM  9    DEVELOPMENT LAB, THE LAB DIRECTOR, WHO ARE THE NAMES OF THOSE

10:16AM 10    INDIVIDUALS?

10:16AM 11    A.   SO IN TERMS OF WHO IS IN CHARGE OF THE IMMUNOASSAY TEAM,

10:16AM 12    AT THAT TIME THAT IS SHARADA SIVARAMAN; AND THEN AT THE

10:16AM 13    CLINICAL LAB, THE LAB DIRECTOR IS MARK PANDORI, AND

10:16AM 14    ADAM ROSENDORFF, WHO WAS THE MEDICAL DIRECTOR; AND THEN THE

10:16AM 15    VICE PRESIDENT WAS DANIEL YOUNG.

10:17AM 16    Q.   WHAT DO YOU REMEMBER ABOUT SPECIFICALLY YOUR CONVERSATION

10:17AM 17    WITH DANIEL YOUNG ABOUT THESE ISSUES?

10:17AM 18    A.   ONE OF THE --

10:17AM 19           MR. WADE:  YOUR HONOR, IF I COULD JUST OBJECT ON

10:17AM 20    HEARSAY GROUNDS DEPENDING ON THE NATURE OF THE ANSWER.  THE

10:17AM 21    QUESTION MAY HAVE CALLED FOR HEARSAY.

10:17AM 22           THE COURT:  THANK YOU.  YOU CAN FINISH YOUR

10:17AM 23    QUESTION.

10:17AM 24    BY MR. BOSTIC:

10:17AM 25    Q.   THE QUESTION, MS. CHEUNG, WAS, WHAT DO YOU REMEMBER ABOUT

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          922

10:17AM  1    WHAT WAS DISCUSSED BETWEEN YOU AND DANIEL YOUNG DURING THAT

10:17AM  2    CONVERSATION?

10:17AM  3    A.   SO WE HAD A MEETING BETWEEN SHARADA SIVARAMAN AND

10:17AM  4    DANIEL YOUNG AND MYSELF BECAUSE OF THE QC FAILURES HAPPENING SO

10:17AM  5    FREQUENTLY, AND WE WERE TRYING TO SORT OF TROUBLESHOOT WHAT WAS

10:17AM  6    THE NATURE OF THE PROBLEM.

10:17AM  7         SO OFTEN WHAT WAS HAPPENING WAS THAT WE WOULD TRY AND COME

10:17AM  8    UP WITH DIFFERENT REASONING.  SO THE QC MATERIAL THAT YOU USE,

10:17AM  9    THE SAMPLES TENDED TO BE PURCHASED BY THIRD PARTIES, AND THERE

10:17AM  10   ARE WAYS IN WHICH YOU CAN CREATE THEM ACTUALLY IN HOUSE.

10:17AM  11        SO IT WAS ALWAYS THE CASE THAT WE WERE COMING UP WITH ANY

10:18AM  12   POSSIBLE EXPLANATION OF WHY THESE FAILURES WERE HAPPENING, AND

10:18AM  13   SO THE DISCUSSION WITH DANIEL YOUNG WAS, OKAY, WELL, GO RUN

10:18AM  14   THIS EXPERIMENT TO TRY AND FIGURE OUT, IS IT THE QC MATERIAL?

10:18AM  15   AND IF WE EITHER DEVELOP SOMETHING IN HOUSE VERSUS BUYING THEM

10:18AM  16   EXTERNAL, MAYBE THAT WILL MAKE THE DIFFERENCE AND MAKE THEM

10:18AM  17   PASS.

10:18AM  18        SO THESE WERE THE DISCUSSIONS THAT I HAD WITH

10:18AM  19   DANIEL YOUNG.

10:18AM  20        AND THEN ALSO JUST SHOWCASING THE DATA OF JUST THE

10:18AM  21   FREQUENCY OF THE QC FAILURES.

10:18AM  22   Q.   WHO ASKED FOR THAT MEETING?  HOW DID IT COME TO OCCUR?

10:18AM  23   A.   THE -- I HAD WORKED WITH SURAJ, WHO WAS PART OF OUR TEAM,

10:18AM  24   AND I ASKED DANIEL YOUNG TO ALL MEET TO SORT OF BRAINSTORM

10:18AM  25   ABOUT WHAT TO DO ABOUT THESE ISSUES BECAUSE IT CREATED NOT ONLY

CHEUNG DIRECT BY MR. BOSTIC (RES.)

10:18AM  1  THE PROBLEMS WITH THE QC FAILING, BUT IT CAUSED A WHOLE WEALTH

10:19AM  2  OR OTHER OPERATIONAL ISSUES WITHIN THERANOS, TOO.

10:19AM  3  Q.   I UNDERSTOOD FROM YOUR TESTIMONY THAT MANY DIFFERENT

10:19AM  4  POSSIBLE REASONS FOR THE QC FAILURES WERE DISCUSSED.

10:19AM  5  A.   YES.

10:19AM  6  Q.   IN THOSE DISCUSSIONS, DID YOU FEEL LIKE THERE WAS A

10:19AM  7  POSSIBLE EXPLANATION THAT WAS IGNORED OR NOT GIVEN ENOUGH

10:19AM  8  ATTENTION?

10:19AM  9  A.   WELL, I MEAN, I THINK THE MOST OBVIOUS ONE, THE FACT THAT

10:19AM  10  THEY WERE HAPPENING SO FREQUENTLY IS JUST THE TESTING SYSTEM,

10:19AM  11  THE EDISON DEVICES DIDN'T WORK.  THEY WEREN'T WORKING ON THE

10:19AM  12  ASSAYS AND IN COMBINATION WITH THE DEVICE, IN COMBINATION WITH

10:19AM  13  THE CARTRIDGES JUST WASN'T ADEQUATE ENOUGH AND WASN'T

10:19AM  14  PERFORMING RELIABLY OR EFFECTIVELY TO THE STANDARDS THAT YOU

10:19AM  15  WOULD TYPICALLY SEE FOR ANY OTHER TYPE OF MEDICAL DIAGNOSTIC,

10:19AM  16  AND THAT WAS KIND OF THE OBVIOUS BUT -- OBVIOUS EXPLANATION OF

10:19AM  17  WHY THE QC'S WERE FAILING.

10:19AM  18  Q.   DID YOU FEEL LIKE, IN THAT DISCUSSION WITH DANIEL YOUNG,

10:20AM  19  NOT ENOUGH ATTENTION WAS PAID TO THAT POSSIBILITY?

10:20AM  20  A.   YES.

10:20AM  21  Q.   I'D DIRECT YOU TO EXHIBIT 1431 IN THE BINDER IN FRONT OF

10:20AM  22  YOU.  ONCE YOU'RE THERE, TAKE A LOOK AT IT AND LET ME KNOW IF

10:20AM  23  YOU RECOGNIZE THAT DOCUMENT.

10:20AM  24  A.   YES.

10:20AM  25  Q.   WHAT IS EXHIBIT 1431?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              924

10:20AM  1    A.   EXHIBIT 1431 IS ANOTHER INCIDENT OF THE QC'S FAILING AND

10:20AM  2    WE -- ADAM ROSENDORFF, WHO IS THE MEDICAL DIRECTOR, AND

10:20AM  3    SHARADA SIVARAMAN, WHO WAS THE LEAD FOR THE IMMUNOASSAY TEAM,

10:20AM  4    ARE KIND OF DISCUSSING, WHAT DO WE DO ABOUT THE QUALITY CONTROL

10:20AM  5    FAILURES AND TRYING TO COME TO AN UNDERSTANDING OF HOW SHOULD

10:20AM  6    WE RESOLVE SOME ISSUES IN TERMS OF THE DATA THAT WE WERE

10:21AM  7    OBTAINING FROM THE QUALITY CONTROL FAILURES.

10:21AM  8    Q.   I'LL DIRECT YOUR ATTENTION TO PAGE 6 OF THE EXHIBIT.  DOWN

10:21AM  9    AT THE BOTTOM THERE'S AN EMAIL FROM ADAM ROSENDORFF TO YOU.

10:21AM  10        DO YOU SEE THAT?

10:21AM  11   A.   PAGE?

10:21AM  12   Q.   PAGE 6.  THEY'RE NUMBERED IN THE CENTER.

10:21AM  13   A.   OH, OKAY.  GOT IT.

10:21AM  14   Q.   AND DO YOU SEE THE EMAIL FROM ADAM ROSENDORFF TO YOU AT

10:21AM  15   THE BOTTOM OF THE PAGE?

10:21AM  16   A.   YES.

10:21AM  17   Q.   AND IF YOU TURN THE PAGE, YOU'LL SEE THAT THAT EMAIL TO

10:21AM  18   YOU CONTAINS SOME DATA.

10:21AM  19   A.   TURN THE PAGE TO 5?

10:21AM  20   Q.   SORRY.  FORWARD TO PAGE 7?

10:21AM  21   A.   YES.

10:21AM  22   Q.   AND WHAT IS THAT DATA THAT IS INCLUDED IN THAT EMAIL?

10:21AM  23   A.   SO THE DATA INCLUDED IN THIS EMAIL ARE THE QC RANGES THAT

10:21AM  24   WE HAVE FOR DIFFERENT TESTS.

10:21AM  25        SO WE HAVE TOTAL TESTOSTERONE; WE HAVE HEPATITIS C; AND

10:22AM  1    FREE T4; WE HAVE TSH, WHICH IS ALSO A THYROID TEST; AND THEN

10:22AM  2    TPSA, WHICH IS A PROSTATE CANCER BIOMARKER, AND ESSENTIALLY

10:22AM  3    GIVING THE QC RANGES FOR EACH OF THOSE TESTS.

10:22AM  4    Q.   AND WAS QC RELATED INFORMATION LIKE THIS GENERALLY

10:22AM  5    TRANSMITTED BY EMAIL DURING YOUR TIME AT THERANOS?

10:22AM  6    A.   YES.

10:22AM  7    Q.   AND WAS EMAIL THE WAY IN WHICH YOU AND OTHER EMPLOYEES IN

10:22AM  8    THE LAB SHARED AND DOCUMENTED QC DATA LIKE THIS?

10:22AM  9    A.   YES.

10:22AM  10   Q.   AND WAS IT ALSO THE STANDARD PRACTICE AT THERANOS TO

10:22AM  11   DISCUSS AND CONSULT ABOUT QC DATA OVER EMAIL?

10:22AM  12   A.   YES.

10:22AM  13   Q.   AND IN EMAILS LIKE THESE, WAS IT IMPORTANT TO BE ACCURATE

10:22AM  14   AND REPORT THAT DATA CORRECTLY?

10:23AM  15   A.   YES.

10:23AM  16   Q.   AND WERE EMAILS LIKE THESE PRESERVED SO THAT THEY CAN BE

10:23AM  17   REFERENCED BACK IN THE FUTURE?

10:23AM  18   A.   YES.

10:23AM  19        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:23AM  20   ADMIT EXHIBIT 1431 AT THIS TIME.

10:23AM  21        MR. WADE:  NOTHING NEW, YOUR HONOR.

10:23AM  22        THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

10:23AM  23   PUBLISHED.

10:23AM  24        MR. BOSTIC:  WHAT'S -- MAY I PUBLISH, YOUR HONOR?

10:23AM  25        THE COURT:  YES.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                926

10:23AM   1          (GOVERNMENT'S EXHIBIT 1431 WAS RECEIVED IN EVIDENCE.)

10:23AM   2              MR. BOSTIC:  MS. HOLLIMAN, LET'S PROJECT THIS AND GO

10:23AM   3      TO PAGE 6 IF WE CAN.

10:23AM   4          LET'S ZOOM IN ON THE MIDDLE MESSAGE.

10:23AM   5      Q.   MS. CHEUNG, DO YOU SEE IN FRONT OF YOU AN EMAIL FROM

10:23AM   6      ADAM ROSENDORFF TO YOU ON JANUARY 15TH, 2014?

10:23AM   7      A.   YES.

10:23AM   8      Q.   AND HE'S ASKING YOU ABOUT THE VITAMIN D RANGES; IS THAT

10:23AM   9      CORRECT?

10:23AM  10      A.   THAT'S CORRECT.

10:23AM  11      Q.   AND WE CAN EXIT OUT OF THAT PAGE, AND LET'S GO TO PAGE 5

10:24AM  12      IN THIS SAME EXHIBIT.

10:24AM  13          LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

10:24AM  14          DO YOU SEE ANOTHER MESSAGE FROM ADAM ROSENDORFF TO YOU IN

10:24AM  15      THAT SAME EMAIL CHAIN?

10:24AM  16      A.   YES.

10:24AM  17      Q.   HE SAYS THE CV PERCENTAGE AT 18 -- IS THAT NANOGRAMS PER

10:24AM  18      MILLILITER?

10:24AM  19      A.   YES.

10:24AM  20      Q.   IS WAY TOO HIGH.  33 PERCENT.

10:24AM  21          WHAT IS CV?

10:24AM  22      A.   CV IS THE COEFFICIENT OF VARIANCE.

10:24AM  23      Q.   AND WHAT DOES THAT MEAN?

10:24AM  24      A.   SO THE COEFFICIENT OF VARIANCE IS TO ESSENTIALLY TELL YOU

10:24AM  25      HOW MUCH VARIABILITY YOU HAVE AMONGST DATA POINTS THAT ARE THE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                            927

10:24AM  1    SAME.

10:24AM  2        SO BECAUSE WE WERE TAKING THESE AVERAGES OF THESE

10:24AM  3    DIFFERENT DATA POINTS IN ORDER TO GET ONE RESULT, IT'S TO KIND

10:24AM  4    OF CHECK AND SEE BASED ON THE AVERAGE HOW MUCH DEVIATION DO YOU

10:25AM  5    HAVE AND HOW MUCH VARIABILITY DO YOU HAVE AMONGST THAT SET OF

10:25AM  6    DATA POINTS.

10:25AM  7    Q.   AND GENERALLY SPEAKING IS VARIABILITY A GOOD THING IN LAB

10:25AM  8    TESTING OR IS IT SOMETHING TO BE AVOIDED?

10:25AM  9    A.   IT'S SOMETHING TO BE AVOIDED.

10:25AM 10    Q.   WHY IS THAT?

10:25AM 11    A.   BECAUSE YOU DON'T WANT A SITUATION WHERE IF YOU ARE

10:25AM 12    RUNNING PATIENT RESULTS THAT YOU ARE KIND OF MISSING THE MARK

10:25AM 13    ON THE ACCURACY OR NOT GETTING A PRECISE ENOUGH RESULT AMONGST

10:25AM 14    A PATIENT SAMPLE.

10:25AM 15        SO YOU TEND TO WANT TO HAVE HIGH ACCURACY AND HIGH

10:25AM 16    PRECISION IN YOUR PATIENT RESULT TO MAKE SURE THAT YOU'RE KIND

10:25AM 17    OF HITTING THE MARK ON GETTING AN ACCURATE ANSWER OF DIAGNOSTIC

10:25AM 18    THAT YOU WOULD RUN.

10:25AM 19        SO YOU WANT RELATIVELY LOW CV'S BECAUSE IT'S A WAY TO KIND

10:25AM 20    OF SHOWCASE, YOU KNOW, ARE YOU GETTING PRECISE ENOUGH VALUES

10:25AM 21    OVER TIME.

10:26AM 22    Q.   SO A HIGH CV WOULD INDICATE A HIGH LEVEL OF VARIABILITY?

10:26AM 23    A.   YES.

10:26AM 24    Q.   AND WOULD THAT CALL INTO QUESTION THE ACCURACY OF

10:26AM 25    INDIVIDUAL TESTS?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                      928

10:26AM   1    A.   YES, AND THE PRECISION OF IT.

10:26AM   2    Q.   IN OTHER WORDS, WE'RE TALKING ULTIMATELY ABOUT THE

10:26AM   3    RELIABILITY OF THE RESULTS THAT ARE BEING RECORDED BY THESE

10:26AM   4    TESTS; CORRECT?

10:26AM   5    A.   YES.

10:26AM   6    Q.   AND A HIGH CV IS UNDESIRABLE?

10:26AM   7    A.   YES.

10:26AM   8    Q.   IN THIS CASE DR. ROSENDORFF SAYS THAT THE CV IS WAY TOO

10:26AM   9    HIGH AND HE SAYS ACCORDING TO OUR VALIDATIONS IT SHOULD BE

10:26AM   10   AROUND 20 PERCENT.

10:26AM   11       WHAT IS YOUR UNDERSTANDING OF WHAT THAT MEANT?

10:26AM   12   A.   SO THE VALIDATION STUDIES ARE THE EXPERIMENTS THAT WE RUN

10:26AM   13   TO SHOW THAT THEY'RE APPROVED AND OF A HIGH QUALITY STANDARD TO

10:26AM   14   START RUNNING ON PATIENTS.

10:26AM   15       AND FROM OUR EXPERIMENTS IT HAD COME OUT THAT OUR TESTS

10:26AM   16   HAD A 20 PERCENT CV, BUT WHEN WE'RE RUNNING THE QUALITY CONTROL

10:26AM   17   SAMPLES, THE CV IS AT 33 PERCENT.  SO ITS MUCH HIGHER THAN WE

10:27AM   18   ANTICIPATED OR WHAT WE HAD ARTICULATED IN OUR VALIDATION

10:27AM   19   EXPERIMENTS.

10:27AM   20       AND THE LLOQ JUST MEANS A LOWER LIMIT OF QUANTIFICATION,

10:27AM   21   SO THAT'S WHERE LOW VALUE OF VITAMIN D.

10:27AM   22   Q.   AND THIS IS ALL IN CONNECTION WITH THE VITAMIN D TEST AT

10:27AM   23   THERANOS?

10:27AM   24   A.   YES.  OH, LET ME DOUBLE CHECK.  YES, I BELIEVE SO.

10:27AM   25   Q.   AND LET'S GO BACK TO PAGE 6 OF THE EXHIBIT IF WE CAN.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              929

10:27AM  1       ZOOM BACK IN ON THAT EMAIL MESSAGE.

10:27AM  2       DO YOU SEE HERE THAT DR. ROSENDORFF IS MENTIONING

10:27AM  3   VITAMIN D.  DOES THAT REFRESH YOUR MEMORY ABOUT WHICH ASSAY

10:27AM  4   WE'RE TALKING ABOUT HERE?

10:27AM  5   A.   YES.

10:27AM  6   Q.   AND LET'S GO TO PAGE 3, PLEASE.  LET'S ZOOM IN ON THE

10:28AM  7   BOTTOM MESSAGE WHERE IT BEGINS "HI ADAM."

10:28AM  8       THIS IS AN EMAIL FROM SHARADA SIVARAMAN; CORRECT?

10:28AM  9   A.   YES.

10:28AM  10  Q.   SHE SAYS, "THE CV'S ARE HIGH BETWEEN DEVICES IF YOU SEE

10:28AM  11  FOR THE DATA IN THE DAILY QC THE WITHIN CARTRIDGE CV'S ARE

10:28AM  12  REALLY TIGHT."

10:28AM  13      DO YOU SEE THAT?

10:28AM  14  A.   YES.

10:28AM  15  Q.   AND CAN YOU TELL US WHAT SHE MEANS WHEN SHE SAYS "CV'S

10:28AM  16  BETWEEN DEVICES"?

10:28AM  17  A.   SO BECAUSE THERANOS USED THREE DIFFERENT DEVICES IN ORDER

10:28AM  18  TO GENERATE ONE PATIENT SAMPLE, THE CARTRIDGES HAVE TWO TESTING

10:28AM  19  REACTIONS IN THEM.

10:28AM  20      SO THE CV'S IN TERMS OF WHAT YOU SEE IN THE CARTRIDGES IS

10:28AM  21  TIGHT BUT NOT NECESSARILY BETWEEN THE DEVICES.

10:28AM  22  Q.   SO I WANT TO CIRCLE BACK ON SOMETHING YOU SAID.  YOU SAID

10:29AM  23  THERANOS USED THREE DEVICES TO GENERATE RESULTS FOR ONE PATIENT

10:29AM  24  SAMPLE; IS THAT CORRECT?

10:29AM  25  A.   THAT'S CORRECT.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    930

10:29AM   1    Q.   SO IN ORDER TO RETURN RESULTS FOR A SINGLE PATIENT SAMPLE

10:29AM   2    FOR A SINGLE TEST LIKE VITAMIN D, FOR EXAMPLE, HOW MANY EDISON

10:29AM   3    DEVICES WOULD BE REQUIRED?

10:29AM   4    A.   THREE EDISON DEVICES.

10:29AM   5    Q.   ALL RUNNING THE SAME SAMPLE?

10:29AM   6    A.   YES.

10:29AM   7    Q.   AND ALL CONDUCTING THE SAME TEST FOR VITAMIN D?

10:29AM   8    A.   YES, FOR THE SAME PATIENT.

10:29AM   9    Q.   AND WHAT WAS YOUR UNDERSTANDING OF WHY THREE DEVICES WERE

10:29AM   10   USED FOR EACH ASSAY, FOR EACH SAMPLE INSTEAD OF JUST ONE

10:29AM   11   DEVICE?

10:29AM   12   A.   I DON'T KNOW.

10:29AM   13   Q.   AT THIS TIME WOULD ONE DEVICE HAVE BEEN ABLE TO GENERATE

10:29AM   14   SIX DIFFERENT RESULTS?

10:29AM   15   A.   NO.

10:29AM   16   Q.   WHEN WE LOOKED BEFORE AT THE LIST OF ASSAYS FOR THE DEMO,

10:29AM   17   DO YOU RECALL THAT?

10:29AM   18   A.   YES.

10:29AM   19   Q.   AND IT INCLUDED THREE ASSAYS THAT WOULD HAVE BEEN RUN ON

10:30AM   20   THE EDISON; IS THAT CORRECT?

10:30AM   21   A.   YES.

10:30AM   22   Q.   AND HOW MANY EDISON DEVICES WOULD HAVE BEEN REQUIRED TO

10:30AM   23   RUN THOSE THREE TESTS ON THAT SINGLE PATIENT SAMPLE?

10:30AM   24   A.   ON THAT SINGLE?  IF IT WAS A VITAMIN D TSH/PSA.

10:30AM   25   Q.   CORRECT.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                931

10:30AM   1      A.   SO IT WOULD REQUIRE NINE EDISON DEVICES FOR THAT ONE

10:30AM   2      SAMPLE.

10:30AM   3      Q.   SO JUST SO I AM CLEAR, THIS VIP COMES IN AND A FINGERSTICK

10:30AM   4      SAMPLE IS DRAWN; IS THAT CORRECT?

10:30AM   5      A.   YES.

10:30AM   6      Q.   AND THE FINGERSTICK SAMPLE IS BROUGHT DOWN TO THE LAB

10:30AM   7      WHERE THE TEAMS MEET TO DIVIDE UP THE SAMPLE; IS THAT CORRECT?

10:30AM   8      A.   THAT IS CORRECT.

10:30AM   9      Q.   AND THE SAMPLE IS RUN ON MULTIPLE DEVICES?

10:30AM   10     A.   YES.

10:30AM   11     Q.   AND THAT SAMPLE WOULD NEED TO BE RUN ON NINE INDIVIDUAL

10:30AM   12     EDISON DEVICES IN ORDER TO RETURN RESULTS FOR THOSE THREE

10:30AM   13     EDISON ASSAYS?

10:30AM   14     A.   YES.

10:30AM   15     Q.   AND EACH OF THE EDISON DEVICES YOU SAID WAS ABOUT THE SIZE

10:31AM   16     OF A COMPUTER TOWER?

10:31AM   17     A.   YES.

10:31AM   18     Q.   AND THAT DOESN'T INCLUDE THE NON-THERANOS MANUFACTURED

10:31AM   19     DEVICES THAT WOULD BE USED TO RUN THE PANELS; IS THAT CORRECT?

10:31AM   20     A.   THAT IS CORRECT.

10:31AM   21     Q.   HOW MANY ADDITIONAL DEVICES WOULD BE REQUIRED TO COMPLETE

10:31AM   22     THAT DEMO BASED ON THE ASSAY LIST THAT WE LOOKED AT?

10:31AM   23     A.   YOU WOULD NEED -- FOR THE WHOLE TOTAL, SO YOU WOULD NEED

10:31AM   24     THE SIEMENS ADVIA, YOU WOULD NEED THE CYTOMETER, YOU WOULD NEED

10:31AM   25     PROBABLY AT LEAST TWO DIFFERENT TECANS, AND THEN NINE EDISON

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    932

10:31AM 1      DEVICES.

10:31AM 2      Q.   SO TWO OF THOSE THIRD PARTY DEVICES WERE ANALYZERS;

10:31AM 3      CORRECT?

10:31AM 4      A.   YES.

10:31AM 5      Q.   IN ADDITION TO THE NINE EDISON ANALYZERS?

10:31AM 6      A.   YES.

10:31AM 7      Q.   SO DOES THAT MEAN A TOTAL OF 11 BLOOD ANALYZERS WOULD BE

10:31AM 8      REQUIRED TO RUN THAT SINGLE PATIENT SAMPLE?

10:31AM 9      A.   YES.

10:31AM 10     Q.   GOING BACK TO SHARADA'S EMAIL THAT IS ON THE SCREEN.

10:32AM 11          SHE CONTINUES, "SINCE WE ARE ALLOWED TO REMOVE 2 DATA

10:32AM 12     POINTS FROM 6 (1 CARTRIDGE OUT OF 3), I HAVE ATTEMPTED TO DO

10:32AM 13     THAT WITH BOTH THE LEVEL 1 AND 2 DATA AND IT IMPROVES THINGS."

10:32AM 14          IS REMOVING TWO DATA POINTS FROM SIX, IS THAT THE OUTLIER

10:32AM 15     REMOVAL THAT WE HAVE BEEN DISCUSSING?

10:32AM 16     A.   YES.

10:32AM 17     Q.   LET'S ZOOM OUT OF THAT AND ZOOM TO THE TOP OF THE NEXT

10:32AM 18     PAGE, PLEASE.

10:32AM 19          DO YOU SEE AN EMAIL FROM ADAM ROSENDORFF TO

10:32AM 20     SHARADA SIVARAMAN AND YOU?

10:32AM 21     A.   YES.

10:32AM 22     Q.   AND DR. ROSENDORFF SAYS, "SINCE 3 DEVICES ARE BEING USED

10:32AM 23     AS ONE TESTING SYSTEM, FOR THE PURPOSES OF QC WE MUST CONSIDER

10:32AM 24     THEM AS ONE TESTING SYSTEM/DEVICE.  THEREFORE THE WITHIN

10:32AM 25     CARTRIDGE CV IS NOT RELEVANT."

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    933

10:33AM  1      HE THEN ASKS AT THE BOTTOM "IN CONSIDERING QC, IF THE CV'S

10:33AM  2   ARE VERY HIGH OR THE RANGES OVERLAP, WHICH 2 DATA POINTS SHOULD

10:33AM  3   WE REMOVE FROM THE DATA SET FOR QC GOING FORWARD?  IS THERE A

10:33AM  4   PROTOCOL FOR THIS?"

10:33AM  5      WHAT WAS HE ASKING THERE IF YOU UNDERSTAND?

10:33AM  6   A.   HE WAS ASKING IF THERE WAS A PROCEDURE OR AN OPERATING

10:33AM  7   PLAN IN ORDER TO GIVE SOME CLARITY ON WHEN SHOULD WE DELETE

10:33AM  8   THESE OUTLIERS OR NOT AND TRYING TO FIGURE OUT IF THERE WAS

10:33AM  9   SOME CLEAR CONSENSUS ABOUT WHAT THAT PROCESS LOOKED LIKE.

10:33AM  10  Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.

10:33AM  11     LET'S ZOOM IN ON THAT SECTION OF THE DOCUMENT.  GREAT.

10:34AM  12  THANK YOU.

10:34AM  13     DO YOU SEE AN EMAIL FROM SHARADA SIVARAMAN IN RESPONSE TO

10:34AM  14  DR. ROSENDORFF AND YOU?

10:34AM  15  A.   YES.

10:34AM  16  Q.   CAN YOU PLEASE READ FOR THE RECORD THE SECOND PARAGRAPH OR

10:34AM  17  THE FIRST SENTENCE OF THE SECOND PARAGRAPH.

10:34AM  18  A.   "AT THIS TIME"?

10:34AM  19  Q.   UH-HUH.

10:34AM  20  A.   "AT THIS TIME OUR OUTLIER REMOVAL PROCEDURE IS MANUAL (WE

10:34AM  21  CAN REMOVE 2 OUT OF THE 6 DATA POINTS) AND IT ALSO DEPENDS ON

10:34AM  22  THE DATA SET.  SEE EXAMPLE BELOW FROM THE ORIGINAL DATA SET

10:34AM  23  THAT ERIKA SENT OUT."

10:34AM  24  Q.   THAT'S GOOD.  THANK YOU.

10:34AM  25     DURING YOUR TIME AT THERANOS, DID YOU HAVE EXPERIENCE

UNITED STATES COURT REPORTERS

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                934

10:34AM    1    OBSERVING THIS PROCESS OF REMOVING OUTLIERS FROM DATA SETS?

10:34AM    2    A.   YES.

10:34AM    3    Q.   AND WHAT DOES IT MEAN WHEN SHARADA SAYS, "AT THIS TIME OUR

10:34AM    4    OUTLIER REMOVAL PROCEDURE IS MANUAL"?

10:34AM    5    A.   THAT MEANS IT'S LEFT UP TO THE INDIVIDUAL WHO IS MANAGING

10:34AM    6    THE DATA TO DETERMINE WHAT THE OUTLIERS ARE.

10:35AM    7    Q.   AND IF YOU HAD THE CHANCE TO OBSERVE THAT PROCESS IN

10:35AM    8    ACTION, WHAT DID IT LOOK LIKE?  WHAT WERE THE STEPS?  WHAT WERE

10:35AM    9    THE RULES?

10:35AM   10    A.   THERE WEREN'T -- THE PROBLEM WITH THE OUTLIER PROCEDURE

10:35AM   11    WERE THAT THERE WERE NO RULES, THERE WERE NO BEST PRACTICES,

10:35AM   12    THERE WERE NO RULES, THERE WAS NOT PROTOCOL, IT WAS REALLY LEFT

10:35AM   13    TO WHOEVER HAPPENED TO BE OBSERVING THE DATA, AND THAT COULD BE

10:35AM   14    SOMEONE WHO IS A SCIENTIST, THAT COULD BE SOMEONE WHO IS AN

10:35AM   15    ENTRY LAB ASSOCIATE.  IT WASN'T VERY CLEAR WHAT THEY WOULD DO.

10:35AM   16        AND FREQUENTLY WHAT YOU WOULD SEE HAPPEN IS THAT THE

10:35AM   17    OUTLIER REMOVAL PROCESS WOULD BE IMPLEMENTED WHEN SOMETHING WAS

10:35AM   18    GOING WRONG.

10:35AM   19        SO, FOR EXAMPLE, IN THE VALIDATION EXPERIMENTS, IF IT WAS

10:35AM   20    THE CASE THAT WE WERE NOT HITTING THE APPROPRIATE ACCURACY THAT

10:35AM   21    WE WANTED, THEN IT WAS, WELL, LIKE LET'S GO AND COMB THROUGH

10:35AM   22    ALL OF THE DATA TO SEE IF WE CAN START REMOVING OUTLIERS TO

10:36AM   23    MAKE IT APPEAR THAT THE ACCURACY IS BETTER THAN IT IS.

10:36AM   24        OR IN THE CONTEXT OF THE QUALITY CONTROL DATA, LET'S SEE

10:36AM   25    IF WE CAN COMB THROUGH THE QUALITY CONTROL DATA AND MANIPULATE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              935

10:36AM  1    THE NUMBERS TO FIGURE OUT DOES THIS REMOVE THE OUTLIERS IN

10:36AM  2    ORDER TO SEE IF IT HAS THE QUALITY CONTROLS PASS, BECAUSE THEY

10:36AM  3    WERE FAILING SO OFTEN.

10:36AM  4         SO THERE WASN'T A CLEAR PROTOCOL OR PROCEDURE OR RULES.

10:36AM  5    IT WAS JUST SOMETHING THAT WAS KIND OF STATED YOU CAN REMOVE

10:36AM  6    TWO OUT OF THE SIX DATA POINTS, BUT THERE WASN'T GOOD CLARITY

10:36AM  7    ON WHAT THAT PROCESS ACTUALLY WAS.

10:36AM  8    Q.   WAS THERE -- IN YOUR EXPERIENCE, WAS THERE NOT EVEN A

10:36AM  9    DEFINITION ABOUT WHAT AN OUTLIER WAS?

10:36AM  10   A.   THERE WASN'T EVEN A DEFINITION ABOUT WHAT AN OUTLIER WAS,

10:36AM  11   NO.

10:36AM  12   Q.   WHO WOULD DECIDE, IN YOUR EXPERIENCE, WHAT CONSTITUTED AN

10:37AM  13   OUTLIER FOR A CERTAIN SET OF DATA?

10:37AM  14   A.   TYPICALLY WHOEVER WAS WORKING WITH THE DATA SET.  SO IT

10:37AM  15   WOULD BE SOMEONE LIKE SHARADA SIVARAMAN, WHO WAS IN CHARGE OF

10:37AM  16   R&D, BUT THERE WAS NO POINT PERSON REALLY TO DETERMINE WHAT AN

10:37AM  17   OUTLIER WAS VERSUS WHAT WASN'T.

10:37AM  18   Q.   SO AS YOU UNDERSTOOD IT, THE PROCESS ALLOWED WHOEVER WAS

10:37AM  19   MAKING THIS DECISION TO CHOOSE ANY DATA POINTS THAT THEY

10:37AM  20   WANTED, ANY TWO DATA POINTS TO IGNORE?

10:37AM  21   A.   YES.

10:37AM  22   Q.   I'LL ASK YOU TO -- WE CAN TAKE THAT DOWN.  THANK YOU,

10:37AM  23   MS. HOLLIMAN.

10:37AM  24        I'LL ASK YOU TO LOOK AT EXHIBIT 1512 IN YOUR BINDER,

10:37AM  25   PLEASE.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                936

10:38AM  1    A.   OKAY.

10:38AM  2    Q.   DO YOU RECOGNIZE THE DOCUMENT AT EXHIBIT 1512?

10:38AM  3    A.   YES.

10:38AM  4    Q.   AND GENERALLY SPEAKING, WHAT IS IT?

10:38AM  5    A.   THIS DOCUMENT IS -- THIS EMAIL IS IN REGARDS TO A PATIENT

10:38AM  6    SAMPLE THAT CAME IN FOR HEPATITIS C.

10:38AM  7    Q.   AND WHAT WAS THE PURPOSE OF THESE EMAIL COMMUNICATIONS IN

10:38AM  8    CONNECTION WITH THAT SAMPLE?

10:38AM  9    A.   SO THE PURPOSE OF THIS EMAIL COMMUNICATION WAS THAT WE

10:38AM 10    RECEIVED A PATIENT SAMPLE FOR HEPATITIS C, BUT WE WERE NOT

10:38AM 11    QUITE PREPARED IN THE CLINICAL LAB FOR THE EDISON DEVICES TO

10:38AM 12    RUN THAT, AND WE WERE TRYING TO SORT OUT WHAT TO DO ABOUT IT

10:38AM 13    BECAUSE I DIDN'T FEEL COMFORTABLE RUNNING A HEPATITIS C IN THE

10:38AM 14    CURRENT INFRASTRUCTURE THAT WE HAD.

10:38AM 15         SO I WAS ADVISING ADAM ROSENDORFF, WHO WAS THE MEDICAL

10:38AM 16    DIRECTOR, MARK PANDORI, AND SURAJ SAKSENA EFFECTIVELY ABOUT MY

10:39AM 17    CONCERNS REGARDING THIS PARTICULAR PATIENT SAMPLE REGARDING

10:39AM 18    HEPATITIS C.

10:39AM 19    Q.   AND WERE EMAILS LIKE THESE STANDARD MECHANISMS FOR

10:39AM 20    COMMUNICATING ABOUT THESE KINDS OF ISSUES IN THE THERANOS LAB?

10:39AM 21    A.   YES.

10:39AM 22    Q.   AND WAS IT PART OF YOUR STANDARD PRACTICE TO SEND EMAILS

10:39AM 23    LIKE THESE TO COORDINATE OR NAVIGATE ISSUES CONCERNING THE

10:39AM 24    TESTING OF CERTAIN PATIENT SAMPLES?

10:39AM 25    A.   YES.

CHEUNG DIRECT BY MR. BOSTIC (RES.)

10:39AM  1    Q.   AND WAS IT IMPORTANT TO BE ACCURATE IN EMAILS LIKE THESE

10:39AM  2    ABOUT THE DETAILS AND WHAT WAS HAPPENING?

10:39AM  3    A.   YES.

10:39AM  4    Q.   AND DID EMAILS LIKE THESE -- WAS IT YOUR PRACTICE TO SEND

10:39AM  5    THEM AROUND THE TIME THAT THE EVENTS WERE ACTUALLY OCCURRING?

10:39AM  6    A.   YES.

10:39AM  7    Q.   AND DOES THIS PARTICULAR EMAIL RELATE TO EVENTS THAT WERE

10:39AM  8    OCCURRING WHILE YOU WERE SENDING AND RECEIVING THESE EMAILS?

10:39AM  9    A.   YES.

10:39AM  10           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:39AM  11   ADMIT INTO EVIDENCE EXHIBIT 1512.

10:39AM  12           MR. WADE:  YOUR HONOR, THE PREVIOUS OBJECTIONS, PLUS

10:40AM  13   THERE'S A BILL OF PARTICULARS WITH RESPECT TO HEPATITIS C.

10:40AM  14           THE COURT:  ALL RIGHT.  THANK YOU.

10:40AM  15      THIS MAY BE ADMITTED.  I'LL OVERRULE THE OBJECTION.  THIS

10:40AM  16   MAY BE ADMITTED PER THE COURT'S PREVIOUS RULING, AND IT MAY BE

10:40AM  17   PUBLISHED.

10:40AM  18           MR. BOSTIC:  THANK YOU.

10:40AM  19      (GOVERNMENT'S EXHIBIT 1512 WAS RECEIVED IN EVIDENCE.)

10:40AM  20           MR. BOSTIC:  LET'S PROJECT, MS. HOLLIMAN, PAGE 1 OF

10:40AM  21   THIS EXHIBIT.

10:40AM  22      LET'S MOVE IN OR LET'S ZOOM IN ON THE THIRD EMAIL DOWN,

10:40AM  23   PLEASE.  THE ONE JUST ABOVE THAT.

10:40AM  24   Q.   THIS EMAIL ON ITS FACE APPEARS TO COME FROM SOMEONE NAMED

10:40AM  25   ROMINA RIENER.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          938

10:40AM   1        DO YOU SEE THAT?

10:40AM   2   A.   YES.

10:40AM   3   Q.   AND DO YOU KNOW WHO SENT THIS EMAIL?

10:40AM   4   A.   I SENT THIS EMAIL.

10:40AM   5   Q.   CAN YOU EXPLAIN HOW IT CAME TO BE THAT IT COMES FROM HER

10:40AM   6   EMAIL ADDRESS?

10:40AM   7   A.   WITHIN THE LAB WE HAD ALL OF OUR COMPUTERS SET UP ON THE

10:40AM   8   LAB BENCHES, AND I ACCIDENTALLY SENT THIS EMAIL THROUGH

10:40AM   9   ROMINA'S COMPUTER BECAUSE ALL OF THE COMPUTERS LOOK THE SAME.

10:41AM  10   Q.   LET ME ASK A GENERAL QUESTION, WHICH IS DURING YOUR TIME

10:41AM  11   AT THERANOS, WERE THERE TIMES WHEN YOU WERE UNCOMFORTABLE

10:41AM  12   RUNNING PATIENT SAMPLES BECAUSE OF THE CONCERNS THAT WE'VE

10:41AM  13   DISCUSSED?

10:41AM  14   A.   YES.

10:41AM  15   Q.   IN THIS CASE -- SORRY, LET'S ZOOM OUT AND ZOOM IN ON THE

10:41AM  16   TOP MESSAGE ON THIS PAGE.

10:41AM  17        DO YOU SEE AN EMAIL FROM YOU TO DR. ROSENDORFF; CORRECT?

10:41AM  18   A.   CORRECT.

10:41AM  19   Q.   CAN YOU EXPLAIN WHAT YOU'RE CONVEYING IN THIS EMAIL,

10:42AM  20   PLEASE.

10:42AM  21   A.   EFFECTIVELY, BECAUSE I HAD BROUGHT UP TO MARK AND SURAJ

10:42AM  22   THAT I WAS UNCOMFORTABLE RUNNING THE HEPATITIS C SAMPLE, WE HAD

10:42AM  23   BRAIN STORMED A DIFFERENT SOLUTION WHERE ESSENTIALLY WE

10:42AM  24   UTILIZED AN FDA APPROVED WAIVED TEST CALLED THE ORAQUICK WHERE

10:42AM  25   YOU CAN RUN A HEPATITIS C SAMPLE UTILIZING FINGERSTICK BLOOD,

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              939

10:42AM   1    AND THESE ORAQUICK TESTS CAN BE PURCHASED OFF THE SHELF.  AND

10:42AM   2    WE HAPPENED TO HAVE SOME OF THEM, AND SO WE RAN THE HEPATITIS C

10:42AM   3    SAMPLE FOR THIS PATIENT UTILIZING THE ORAQUICK HEPATITIS C

10:42AM   4    TEST.

10:42AM   5    Q.   SO TO BE PERFECTLY CLEAR, THE ORAQUICK TEST THAT YOU'RE

10:42AM   6    DISCUSSING --

10:42AM   7    A.   YES.

10:42AM   8    Q.   -- WAS THAT MANUFACTURED OR DEVELOPED BY THERANOS AT ALL?

10:42AM   9    A.   NO.

10:42AM  10    Q.   AND WAS IT COMMERCIALLY AVAILABLE?

10:42AM  11    A.   YES.

10:42AM  12    Q.   WAS IT MODIFIED BY THERANOS IN ANY WAY?

10:42AM  13    A.   NO.

10:42AM  14    Q.   BEFORE THE DECISION WAS MADE TO USE ORAQUICK, WHAT

10:43AM  15    ANALYZER WAS GOING TO BE USED TO RUN THIS ASSAY?

10:43AM  16    A.   THE EDISON DEVICES.

10:43AM  17    Q.   FOLLOWING THIS EVENT, DO YOU KNOW WHETHER THERANOS

10:43AM  18    CONTINUED TO USE THE ORAQUICK DEVICE FOR THIS ASSAY OR WENT

10:43AM  19    BACK TO THE EDISON?

10:43AM  20    A.   WE CONTINUED TO UTILIZE THE ORAQUICK WAIVED TEST.  WE HAD

10:43AM  21    PURCHASED MORE.

10:43AM  22    Q.   SO, IN OTHER WORDS, WHEN A PATIENT CAME TO THERANOS FOR

10:43AM  23    THIS PARTICULAR ASSAY, THAT TEST WOULD NOT BE RUN ON A THERANOS

10:43AM  24    MANUFACTURED OR MODIFIED DEVICE AT ALL; CORRECT?

10:43AM  25    A.   CORRECT.

CHEUNG DIRECT BY MR. BOSTIC (RES.)

10:43AM 1          MR. BOSTIC:  YOUR HONOR, THIS IS A GOOD STOPPING

10:43AM 2    POINT IF THE COURT WOULD LIKE TO TAKE A BREAK AT 10:45.

10:43AM 3          THE COURT:  THANK YOU.

10:43AM 4       LADIES AND GENTLEMEN, WE'LL TAKE A BREAK NOW FOR ABOUT

10:44AM 5    30 MINUTES.  SO I'LL REMIND YOU OF THE ADMONITION THAT IS IN

10:44AM 6    PLACE.  PLEASE DO NOT DISCUSS THIS CASE WITH ANYONE.  DO NOT DO

10:44AM 7    ANY RESEARCH.

10:44AM 8       MS. KRATZMANN WILL COLLECT UP IN ABOUT 30 MINUTES.  AND

10:44AM 9    I'LL HAVE A DIFFERENT SCHEDULE ABOUT OUR BREAKS FOR THE REST OF

10:44AM 10   THE AFTERNOON.

10:44AM 11      ALL RIGHT.  THANK YOU.  WE'LL BE IN RECESS.

10:44AM 12      YOU CAN STAND DOWN, MS. CHEUNG.

10:44AM 13         THE CLERK:  COURT IS IN RECESS.

10:44AM 14      (RECESS FROM 10:44 A.M. UNTIL 11:20 A.M.)

11:20AM 15         THE COURT:  THANK YOU.  PLEASE BE SEATED.

11:20AM 16      WE'RE BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT

11:20AM 17   ARE PRESENT ONCE AGAIN.

11:20AM 18      THE WITNESS IS ON THE STAND.  OUR JURY AND ALTERNATES ARE

11:20AM 19   PRESENT.  THANK YOU VERY MUCH.

11:20AM 20      WHAT I THOUGHT I WOULD DO -- BEFORE YOU BEGIN, PARDON ME,

11:20AM 21   WHAT I THOUGHT WE WOULD DO IS -- OH, THAT.

11:20AM 22      WHAT I THOUGHT WE WOULD DO, LADIES AND GENTLEMEN, IF THIS

11:20AM 23   IS CONVENIENT FOR YOU, LADIES AND GENTLEMEN OF THE JURY, I

11:20AM 24   THOUGHT WE WOULD BREAK ABOUT 12:45, TAKE ABOUT A 45 MINUTE

11:20AM 25   BREAK FOR YOU, AND THEN COME BACK AT ABOUT 1:30, AND THEN GO

CHEUNG DIRECT BY MR. BOSTIC (RES.)

11:20AM 1    UNTIL 3:00.  SOMETHING LIKE THAT.  THAT'S THE SCHEDULE THAT I'D

11:20AM 2    LIKE TO ENGAGE.

11:20AM 3        I HOPE THAT IS CONVENIENT FOR OUR JURY.

11:20AM 4        I SEE NODS OF HEADS.  SO WE'LL AIM TO DO THAT.  THANK YOU.

11:20AM 5        YOU CAN CONTINUE WITH YOUR EXAMINATION.

11:21AM 6            MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:21AM 7    Q.   WELCOME BACK, MS. CHEUNG.

11:21AM 8        ARE YOU FAMILIAR WITH A TERM PT FROM YOUR TIME AT

11:21AM 9    THERANOS?

11:21AM 10   A.   YES.  PT STANDS FOR PROFICIENCY TESTING.

11:21AM 11   Q.   AND WHAT IS PROFICIENCY TESTING GENERALLY SPEAKING?

11:21AM 12   A.   PROFICIENCY TESTING IS A TYPE OF THIRD PARTY TEST THAT YOU

11:21AM 13   HAVE TO RUN IN ORDER TO MAINTAIN YOUR CERTIFICATION TO KEEP

11:21AM 14   RUNNING SAMPLES.

11:21AM 15       SO TYPICALLY AS A REQUIREMENT OF YOUR CLIA CERTIFICATION

11:21AM 16   YOU'LL HAVE TO RECEIVE SAMPLES FROM A THIRD PARTY ORGANIZATION

11:21AM 17   OR A THIRD PARTY LAB WHO WILL SEND YOU A PATIENT SAMPLE THAT

11:21AM 18   YOU'RE SUPPOSED TO RUN THROUGH YOUR NORMAL WORKFLOW, AND YOU

11:21AM 19   GIVE THEM THE RESULTS AND THEY TELL YOU WHETHER YOU PASSED OR

11:21AM 20   FAILED AND WHETHER YOU CAN MAINTAIN YOUR LICENSE OR THE PASSING

11:22AM 21   OF THE PROFICIENCY TESTING.

11:22AM 22   Q.   AND IS THE PROFICIENCY TESTING THAT YOU'RE TALKING ABOUT

11:22AM 23   ANOTHER MEANS LIKE QC OF CONFIRMING THAT THE TESTS ARE

11:22AM 24   RETURNING ACCURATE AND CONSISTENT RESULTS?

11:22AM 25   A.   YES.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                942

11:22AM   1   Q.   I'LL ASK YOU TO TURN IN YOUR BINDER, PLEASE, TO

11:22AM   2   EXHIBIT 1548.

11:22AM   3        ONCE YOU GET THERE, TAKE A LOOK AND LET ME KNOW IF YOU

11:22AM   4   RECOGNIZE EXHIBIT 1548?

11:22AM   5   A.   YES.

11:22AM   6   Q.   AND WHAT IS THAT DOCUMENT?

11:22AM   7   A.   SO THIS DOCUMENT IS AN EMAIL THAT -- INITIALLY IT'S AN

11:22AM   8   EMAIL THREAD THAT I RECEIVED FROM LANGLY GEE WHO WAS THE

11:22AM   9   QUALITY CONTROL MANAGER AT THERANOS, AND I HAD SENT A DOCUMENT

11:23AM   10  OF OUR PROFICIENCY TESTING RESULTS THAT WE HAD DONE BOTH ON THE

11:23AM   11  EDISON DEVICES AND IN ADDITION TO THE SORT OF THIRD PARTY

11:23AM   12  MACHINE DEVICES AND SENT IT TO TYLER SHULTZ, WHO WAS ANOTHER

11:23AM   13  EMPLOYEE WHO WORKED FOR THE ORGANIZATION.

11:23AM   14  Q.   SO YOU REFERENCED PROFICIENCY TESTING AND SPECIFIC

11:23AM   15  RESULTS.

11:23AM   16       IN THIS CASE HOW DID THE PROFICIENCY TESTING COME TO OCCUR

11:23AM   17  AT THERANOS?

11:23AM   18  A.   SO THE PROFICIENCY TESTING CAME TO OCCUR AT THERANOS

11:23AM   19  BECAUSE A LABORATORY, AND IN THIS CASE THERE WERE MANY

11:23AM   20  DIFFERENT LABORATORIES, BUT LET'S JUST SAY NEW YORK WOULD

11:23AM   21  ESSENTIALLY NOTIFY US THAT WE WERE GOING TO HAVE TO DO

11:23AM   22  PROFICIENCY TESTING.

11:23AM   23       THEY WOULD SEND US A BATCH OF SAMPLES.  THEY WOULD TELL US

11:23AM   24  WHAT TYPE OF TESTS WE WOULD NEED TO RUN.  AND THEN WE WERE

11:23AM   25  SUPPOSED TO RUN IT THROUGH OUR NORMAL WORKFLOW IN ORDER TO GIVE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          943

11:23AM  1    THEM THE RESULTS AND NOTIFY THEM WHAT THEY WERE.

11:23AM  2         AND ONCE WE GENERATED THE RESULTS, THEN WE WOULD SEND THEM

11:24AM  3    OFF OVER TO THEM.

11:24AM  4    Q.   FOR THIS PARTICULAR ROUND OF PROFICIENCY TESTING, WERE YOU

11:24AM  5    INVOLVED IN ACTUALLY PERFORMING THOSE TESTS AND GENERATING THE

11:24AM  6    DATA?

11:24AM  7    A.   YES.

11:24AM  8    Q.   I'LL ASK YOU TO TURN THE PAGE IN EXHIBIT 1548 UNTIL YOU

11:24AM  9    GET TO THE TABLE.  IT SHOULD BE ON THE THIRD PAGE.  IT'S A

11:24AM  10   TABLE OF DATA?

11:24AM  11   A.   YES.

11:24AM  12   Q.   DO YOU RECOGNIZE THIS DATA AS BEING THE PROFICIENCY

11:24AM  13   TESTING DATA THAT YOU HAD A HAND IN GENERATING AT THERANOS?

11:24AM  14   A.   YES.

11:24AM  15   Q.   AND WAS IT STANDARD PRACTICE AT THERANOS TO SHARE

11:24AM  16   INFORMATION LIKE THIS WITH OTHER LAB PERSONNEL BY EMAIL?

11:24AM  17   A.   YES.

11:24AM  18        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

11:24AM  19   ADMIT EXHIBIT 1548.

11:24AM  20        MR. WADE:  NO OBJECTION.

11:24AM  21        THE COURT:  IT'S ADMITTED, AND IT WILL BE PUBLISHED.

11:24AM  22   (GOVERNMENT'S EXHIBIT 1548 WAS RECEIVED IN EVIDENCE.)

11:25AM  23   BY MR. BOSTIC:

11:25AM  24   Q.   LET'S LOOK AT THE EMAIL FIRST, MS. HOLLIMAN.

11:25AM  25        MS. CHEUNG, DO YOU SEE EXHIBIT 1548 IN FRONT OF YOU?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          944

11:25AM  1    A.   YES.

11:25AM  2    Q.   AND AT THE BOTTOM OF THE SCREEN THERE'S AN EMAIL THAT YOU

11:25AM  3    MENTIONED FROM LANGLY GEE; IS THAT CORRECT?

11:25AM  4    A.   YES.

11:25AM  5    Q.   AND HE SAYS, "SEE ATTACHED SPREADSHEET WITH PROFICIENCY

11:25AM  6    RESULTS UPSTAIRS AND DOWNSTAIRS."

11:25AM  7         BY "PROFICIENCY RESULTS," DO YOU UNDERSTAND THAT TO MEAN

11:25AM  8    THE RESULTS OF THE PROFICIENCY TESTS THAT WE HAVE BEEN TALKING

11:25AM  9    ABOUT?

11:25AM  10   A.   YES.

11:25AM  11   Q.   AND WHAT IS YOUR UNDERSTANDING OF WHAT HE MEANS BY

11:25AM  12   "UPSTAIRS AND DOWNSTAIRS"?

11:25AM  13   A.   SO AT THERANOS WE HAD TWO SEPARATE LABORATORIES.  WE HAD

11:25AM  14   AN UPSTAIRS LABORATORY WHERE ALL OF THE VENOUS SAMPLES WERE

11:25AM  15   PROCESSED, AND THESE HAD MACHINES FROM THIRD PARTY VENDORS.  SO

11:25AM  16   IT HAD UNMODIFIED SIEMENS ADVIA, SIEMENS IMMULITE, AND A WHOLE

11:25AM  17   WEALTH OF DIFFERENT MACHINES IN ORDER TO PROCESS PATIENT

11:26AM  18   SAMPLES WITH VENOUS COLLECTION.

11:26AM  19        AND THEN DOWNSTAIRS WE HAD A LAB CALLED NORMANDY.  AND

11:26AM  20   NORMANDY EFFECTIVELY HELD ALL OF THE THERANOS DEVICES, THE

11:26AM  21   EDISONS, OR THE SORT OF THERANOS MODIFIED MACHINES, SO THE

11:26AM  22   SIEMENS ADVIA WITH THE T-CUPS, AND THE BD FORTESSA, AND THE

11:26AM  23   CYTOMETER.  AND SO THERE WERE TWO SEPARATE LOCATIONS.

11:26AM  24        THE DOWNSTAIRS LABORATORY ONLY PEOPLE -- THE DOWNSTAIRS

11:26AM  25   LABORATORY, OR NORMANDY, YOU COULD ONLY GET ACCESS IF YOU HAD

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                   945

11:26AM   1    CARD KEY ACCESS TO IT.

11:26AM   2    Q.   WAS THAT PORTION OF THE LAB, THE DOWNSTAIRS PORTION THAT

11:26AM   3    INCLUDED THE MODIFIED THIRD PARTY DEVICES, MORE RESTRICTED WHEN

11:26AM   4    IT CAME TO ACCESS THAN THE UPSTAIRS?

11:26AM   5    A.   THEY WERE MORE RESTRICTED, BUT YES.

11:26AM   6    Q.   YOU SAID THE DOWNSTAIRS PORTION WAS CALLED NORMANDY.

11:27AM   7         WAS THERE A NAME FOR THE UPSTAIRS PORTION?

11:27AM   8    A.   IT WAS JUST CALLED CLIA.  SOMETIMES IT WOULD BE -- CLIA

11:27AM   9    AND SOMETIMES THE DINOSAUR LAB.

11:27AM  10    Q.   AND DO YOU HAVE AN IDEA WHY IT WAS CALLED THE DINOSAUR

11:27AM  11    LAB?

11:27AM  12    A.   IT WAS CALLED THE DINOSAUR LAB BECAUSE IT HAD ALL OF THE

11:27AM  13    TRADITIONAL METHODS OF BLOOD DIAGNOSTICS.

11:27AM  14    Q.   AND THE THIRD PARTY DEVICES THAT WE WERE TALKING ABOUT

11:27AM  15    BEFORE?

11:27AM  16    A.   YES.

11:27AM  17    Q.   DURING YOUR TIME WORKING IN THE CLINICAL LAB, DID YOU HAVE

11:27AM  18    EXPERIENCE WORKING ON THE NORMANDY DEVICES AS WELL AS THE

11:27AM  19    UNMODIFIED THIRD PARTY DEVICES?

11:27AM  20    A.   YES.

11:27AM  21    Q.   EARLIER WE LOOKED AT AN EMAIL THAT WAS SENT TO AN EMAIL

11:27AM  22    ADDRESS NORMANDY 911.

11:27AM  23         DO YOU RECALL THAT EMAIL ADDRESS AT THERANOS?

11:27AM  24    A.   YES.

11:27AM  25    Q.   AND WHAT WAS THE PURPOSE OF THAT EMAIL ADDRESS?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    946

11:27AM  1    A.    NORMANDY 911 WAS AN EMAIL GROUP WHERE IF THERE WAS ANY

11:27AM  2    PROBLEMS THAT AROSE IN NORMANDY, THIS DOWNSTAIRS LAB, THAT WE

11:28AM  3    WERE SUPPOSED TO SEND AN EMAIL TO IT TO NOTIFY DIFFERENT PEOPLE

11:28AM  4    IN ORDER TO RESOLVE CERTAIN ISSUES SPECIFICALLY REGARDING THE

11:28AM  5    PATIENT SAMPLES.

11:28AM  6         SO IT HAD SOME OF THE LEAD SCIENTISTS AND DIFFERENT UPPER

11:28AM  7    LEVEL MANAGEMENT TO SORT OF RESOLVE ANY ISSUES WE MAY HAVE

11:28AM  8    ENCOUNTERED IN THE EVENT THAT THERE WASN'T STAFF AT THE ACTUAL

11:28AM  9    LOCATION.

11:28AM  10   Q.    AND DO YOU REMEMBER ONE WAY OR ANOTHER WHETHER THERE WAS A

11:28AM  11   DINOSAUR LAB 911 EMAIL ADDRESS?

11:28AM  12   A.    NO.

11:28AM  13   Q.    MS. HOLLIMAN, IF WE COULD LOOK AT -- SORRY.  BEFORE WE

11:28AM  14   LEAVE THIS, THE TOP EMAIL MESSAGE IS SENT FROM YOU TO

11:28AM  15   TYLER SHULTZ.

11:28AM  16        WHO WAS TYLER SHULTZ AT THERANOS?

11:28AM  17   A.    TYLER SHULTZ WAS ANOTHER EMPLOYEE AT THERANOS.  HE HAD

11:29AM  18   INITIALLY WORKED WITH ME IN THE RESEARCH AND THE DEVELOPMENT

11:29AM  19   LAB, OR THE IMMUNOASSAY TEAM.  HE WAS PULLED IN THERE

11:29AM  20   TEMPORARILY.

11:29AM  21        TYLER I HAD KNOWN THROUGH WORKING THE NIGHT SHIFT RUNNING

11:29AM  22   PATIENT -- RUNNING VALIDATION EXPERIMENTS AND THEN HAD ALSO

11:29AM  23   KNOWN THAT TYLER'S GRANDFATHER WAS ON THE BOARD OF DIRECTORS

11:29AM  24   FOR THERANOS.

11:29AM  25   Q.    IN THIS EMAIL YOU FORWARD PROFICIENCY TESTING DATA TO

CHEUNG DIRECT BY MR. BOSTIC (RES.)                947

| | | |
|---|---|---|
| 11:29AM | 1 | TYLER SHULTZ.  WHY DID YOU DO THAT AT THIS TIME? |
| 11:29AM | 2 | A.   TYLER AND I HAD BEEN TALKING AT LUNCH, AND I HAD TOLD HIM |
| 11:29AM | 3 | THAT ESSENTIALLY WHAT WAS OCCURRING FOR PROFICIENCY TESTING WAS |
| 11:29AM | 4 | REALLY CONCERNING, THE FACT THAT WHEN WE WERE TALKING TO THESE |
| 11:29AM | 5 | THIRD PARTY AUDITORS, WE WERE NOT TELLING THEM THE RESULTS THAT |
| 11:29AM | 6 | WE WERE GENERATING FOR THE EDISON DEVICES, DESPITE THOSE BEING |
| 11:29AM | 7 | THE MACHINES THAT WE WERE UTILIZING TO TEST ON PATIENTS, AND |
| 11:29AM | 8 | WHEN WE HAD DONE A COMPARATIVE STUDY OF THE RESULTS GENERATED |
| 11:29AM | 9 | ON THE EDISON DEVICES VERSUS THE RESULTS GENERATED FROM THE |
| 11:30AM | 10 | PREDICATE TRADITIONAL DINOSAUR METHODS OF MACHINES, THERE WAS |
| 11:30AM | 11 | DISPARITIES BETWEEN THEM AND CONCERNING DISPARITIES. |
| 11:30AM | 12 | AND SO I HAD TOLD HIM THIS AND WAS BASICALLY FORWARDING |
| 11:30AM | 13 | THE DATA TO HIM TO ALLOW HIM TO SEE, YOU KNOW, WHAT WAS I |
| 11:30AM | 14 | TALKING ABOUT IN TERMS OF THESE DISPARITIES THAT WE WERE SEEING |
| 11:30AM | 15 | IN THE CLINICAL SETTING. |
| 11:30AM | 16 | Q.   ARE YOU SAYING THAT THE PROFICIENCY TESTING DATA THAT |
| 11:30AM | 17 | WE'RE ABOUT TO LOOK AT THAT IS ATTACHED TO THIS EMAIL WAS NOT |
| 11:30AM | 18 | GENERATED IN THE SAME WAY THAT THERANOS PREVIOUSLY OR OTHERWISE |
| 11:30AM | 19 | RAN ITS PROFICIENCY TESTING? |
| 11:30AM | 20 | A.   CORRECT. |
| 11:30AM | 21 | Q.   AND WHAT WAS THE DIFFERENCE?  TELL ME MORE ABOUT THAT. |
| 11:30AM | 22 | A.   THE DIFFERENCE WAS IS FOR THIS PROFICIENCY TESTING THAT WE |
| 11:30AM | 23 | HAD RUN WE WERE ACTUALLY USING THERANOS'S PROPRIETARY |
| 11:30AM | 24 | TECHNOLOGY, SO THE EDISON DEVICES. |
| 11:30AM | 25 | WE WERE NO LONGER JUST GETTING THE PROFICIENCY TESTING |

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          948

11:30AM   1    RESULTS FROM THE SORT OF FDA APPROVED OFF-THE-SHELF MACHINES

11:31AM   2    ANYMORE.

11:31AM   3        SO THIS WAS DIFFERENT.

11:31AM   4    Q.  IN YOUR EXPERIENCE AT THE COMPANY, WAS THIS THE FIRST

11:31AM   5    PROFICIENCY TESTING THAT WAS ACTUALLY RUN THE WAY THAT YOU JUST

11:31AM   6    DESCRIBED ON THE THERANOS ANALYZERS?

11:31AM   7    A.  WERE -- YES.

11:31AM   8    Q.  MS. HOLLIMAN, LET'S CALL UP THE NATIVE ATTACHMENT TO THIS

11:31AM   9    EMAIL, PLEASE.

11:31AM  10        LET'S -- IF WE CAN ENLARGE THE DATA PORTION A LITTLE BIT

11:31AM  11    SO IT FILLS THE SCREEN.  PERFECT.  THANK YOU.

11:31AM  12        MS. CHEUNG, DO YOU SEE AN EXCEL CHART IN FRONT OF YOU?

11:31AM  13    A.  YES.

11:31AM  14    Q.  AND IS THIS THE PROFICIENCY TESTING DATA THAT YOU

11:31AM  15    GENERATED USING THE METHODS THAT WE JUST TALKED ABOUT?

11:31AM  16    A.  YES.

11:31AM  17    Q.  IN COLUMN A YOU SEE ITEMS LISTED VITAMIN D, TPSA, FT4,

11:32AM  18    TSH.

11:32AM  19        ARE THOSE DIFFERENT ASSAYS?

11:32AM  20    A.  YES.

11:32AM  21    Q.  AND WE TALKED ABOUT VITAMIN D.

11:32AM  22        WHAT IS THE TPSA ASSAY?

11:32AM  23    A.  TPSA IS TOTAL PROSTATE SPECIFIC ANTIGEN, AND IT'S USED AS

11:32AM  24    AN INDICATOR OF WHETHER SOMEONE MIGHT BE AT RISK FOR PROSTATE

11:32AM  25    CANCER.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                949

11:32AM   1      FREE T4 IS FREE THYROXINE 4.  IT'S THYROID BIOMARKER.  SO

11:32AM   2   IT'S UTILIZED TO CHECK THE HEALTH STATUS OF SOMEONE'S THYROID.

11:32AM   3      AND THEN TSH IS A THYROID STIMULATING HORMONE, AND THIS IS

11:32AM   4   ALSO UTILIZED TO CHECK THE HEALTH OF SOMEONE'S THYROID.

11:32AM   5   Q.   THANK YOU.  SO FOR EACH OF THOSE ASSAYS WE SEE THREE ROWS.

11:33AM   6   ONE ROW SAYS PREDICATE, THE NEXT ROW SAYS THERANOS, AND THEN

11:33AM   7   THE THIRD SAYS PERCENT RECOVERY.

11:33AM   8      DO YOU SEE THAT?

11:33AM   9   A.   YES.

11:33AM  10   Q.   AND WHAT DO EACH OF THOSE SIGNIFY IN THIS TABLE?

11:33AM  11   A.   SO PREDICATE STANDS FOR THE TRADITIONAL METHODS OR THE

11:33AM  12   DINOSAUR METHODS OR BASICALLY THE OFF-THE-SHELF FDA APPROVED

11:33AM  13   MACHINES THAT YOU CAN PURCHASE COMMERCIALLY.

11:33AM  14      THE THERANOS LINE ROW IS THE RESULTS THAT YOU GET

11:33AM  15   UTILIZING THE EDISON DEVICES.

11:33AM  16      AND THEN THE PERCENT RECOVERY IS ESSENTIALLY THE THERANOS

11:33AM  17   VALUE OVER THE PREDICATE.  AND SO, YOU KNOW, THE CLOSER YOU ARE

11:33AM  18   TO 100 PERCENT, THE CLOSER IT IS THAT YOU HAVE A COMPARABLE

11:33AM  19   EXACT ANSWER BETWEEN BASICALLY THE PREDICATE METHOD AND THE

11:33AM  20   THERANOS METHOD.

11:33AM  21   Q.   SO IN CONDUCTING THIS TESTING, IN YOUR VIEW WHAT WOULD

11:34AM  22   HAVE BEEN -- LET ME START THAT AGAIN.

11:34AM  23      IN CONDUCTING THIS TESTING, WAS THE GOAL OR THE HOPE TO

11:34AM  24   SEE STRONG CORRELATION BETWEEN THE RESULTS BEING RETURNED BY

11:34AM  25   THE THERANOS ANALYZERS COMPARED TO THE THIRD PARTY PREDICATE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                        950

11:34AM   1      ANALYZERS?

11:34AM   2      A.   YES.

11:34AM   3      Q.   WOULD THAT MEAN THAT PERCENT RECOVERY VALUES OF

11:34AM   4      100 PERCENT OR CLOSE TO 100 PERCENT WOULD BE FAVORABLE RESULTS?

11:34AM   5      A.   YES.

11:34AM   6      Q.   IS THAT GENERALLY WHAT YOU SAW IN THIS DATA?  WERE THE

11:34AM   7      RESULTS FAVORABLE IN YOUR VIEW?

11:34AM   8      A.   NO.

11:34AM   9      Q.   CAN YOU WALK US THROUGH THAT.  HOW CAN WE TELL THAT FROM

11:34AM   10     THIS INFORMATION?

11:34AM   11     A.   SO IF WE LOOK AT VITAMIN D, VITAMIN D YOU SEE THAT THE

11:34AM   12     THERANOS VALUE IS MUCH HIGHER THAN WHAT THE PREDICATE METHOD

11:34AM   13     IS.

11:34AM   14          SO SOMETIMES YOU SEE THAT THE VITAMIN D LEVEL IS THREE

11:35AM   15     TIMES THE VALUE OF WHAT YOU WOULD GET FOR THE PREDICATE METHOD.

11:35AM   16          THE REASON THIS IS IMPORTANT IS BECAUSE THIS COULD BE TWO

11:35AM   17     VERY DIFFERENT DIAGNOSES OF A PARTICULAR PATIENT.

11:35AM   18          SO, FOR EXAMPLE, FOR NY E09 ON COLUMN F YOU SEE THERE'S

11:35AM   19     373 PERCENT RECOVERY.  SO THIS MEANS THAT THE VALUE IS THREE

11:35AM   20     TIMES HIGHER, MORE THAN THREE TIMES HIGHER THAN YOU SAW IN THE

11:35AM   21     PREDICATE METHOD.

11:35AM   22          SO IF THIS IS A PATIENT, THIS COULD BE THE DIFFERENCE

11:35AM   23     BETWEEN HAVING A DEFICIENCY VERSUS BEING IN THE NORMAL RANGE.

11:35AM   24     I'M NOT SURE WHAT THE CLINICAL RANGES ARE FOR THIS BUT IT'S

11:35AM   25     DIFFERENT DIAGNOSES.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                               951

11:35AM   1    Q.   SO, FOR EXAMPLE, FOR THAT TEST UNDER NY EO9.

11:35AM   2         DO YOU SEE THAT?

11:35AM   3    A.   YEAH.

11:35AM   4    Q.   ARE WE LOOKING AT RESULTS FROM THE SAME SAMPLE BEING RUN

11:35AM   5    ON TWO DIFFERENT KINDS OF DEVICES, THE PREDICATE DEVICE AND

11:35AM   6    THEN THE THERANOS DEVICE?

11:35AM   7    A.   YES.

11:36AM   8    Q.   IS THAT TRUE FOR EACH OF THESE KIND OF PAIRINGS OF

11:36AM   9    PREDICATE RESULT AND THERANOS RESULT?  ARE THESE TESTS BEING

11:36AM   10   DONE ON THE EXACT SAME SAMPLE?

11:36AM   11   A.   YES.

11:36AM   12   Q.   WERE THERE ANY OTHER RESULT FOR ANY OF THE OTHER ASSAYS

11:36AM   13   THAT SHOWED YOU THAT THE THERANOS ASSAY WAS NOT PERFORMING

11:36AM   14   CLOSELY IN LINE WITH THE PREDICATE DEVICE?

11:36AM   15   A.   YES.  I THINK THE MOST OBVIOUS IS FOR TPSA, THE TOTAL

11:36AM   16   PROSTATE SPECIFIC ANTIGEN.

11:36AM   17        SO IF YOU LOOK ON COLUMN D AND COLUMN E, WE RERAN THE

11:36AM   18   SAMPLE.

11:36AM   19        SO IF YOU LOOK AT THE PREDICATE METHOD FOR THE FIRST TIME

11:36AM   20   WE RAN IT AND THE SECOND TIME WE RAN IT, YOU GET THE SAME EXACT

11:36AM   21   VALUE.

11:36AM   22        BUT WHEN YOU RUN IT ON THE THERANOS DEVICE, YOU GET TWO

11:36AM   23   DIFFERENT VALUES.  AND IT'S ALSO UNDER RECOVERING WHAT THE

11:36AM   24   PREDICATE METHOD WAS.

11:36AM   25        AND IT'S THE SAME THING FOR THE SECOND SET OF RERUNS.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    952

| 11:36AM | 1 | WHERE YOU HAVE COLUMN F AND COLUMN G, YOU SEE WHEN WE RUN IT ON |
|---|---|---|

11:36AM  1    WHERE YOU HAVE COLUMN F AND COLUMN G, YOU SEE WHEN WE RUN IT ON

11:37AM  2    THE PREDICATE METHOD IT COMES OUT 7.5, AND 7.5 FOR BOTH OF THE

11:37AM  3    PREDICATE VALUES.

11:37AM  4         BUT THEN WHEN YOU RUN IT ON THE EDISON DEVICES YOU HAVE

11:37AM  5    4.98 AND THEN YOU HAVE 7.2.  SO THAT'S A BIG DIFFERENCE BETWEEN

11:37AM  6    EACH EDISON RUN.

11:37AM  7         AND THEN AT LEAST FOR THAT FIRST RUN THAT WE HAD, THAT'S A

11:37AM  8    PRETTY SIZEABLE DIFFERENCE BETWEEN THE PREDICATE AND THE EDISON

11:37AM  9    VALUES.

11:37AM  10        SO THAT'S REALLY CONCERNING, RIGHT?  IT'S CONCERNING THAT

11:37AM  11   YOU CAN BASICALLY RUN THE SAME SAMPLE WITH THE SAME VALUE TWICE

11:37AM  12   IN IT HAS TWO VERY DIFFERENT RESULTS.

11:37AM  13        AND THEN YOU RUN INTO ANOTHER ISSUE OF THE FACT THAT THIS

11:37AM  14   IS WHAT WE ARE SUPPOSED TO REPORT TO REGULATORS.  SO NOW WE'RE

11:37AM  15   IN A KIND OF SITUATION OF, WELL, WHAT DO WE GIVE TO REGULATORS

11:37AM  16   IN TELLING THEM IS THE ACCURATE VALUE OF THIS PROFICIENCY

11:37AM  17   TESTING THAT WE'RE SUPPOSED TO GIVE TO THEM?

11:38AM  18   Q.   PREVIOUSLY YOU TESTIFIED THAT THIS KIND OF INFORMATION HAD

11:38AM  19   NOT BEEN PROVIDED TO REGULATORS?

11:38AM  20   A.   CAN YOU REPEAT THAT QUESTION.

11:38AM  21   Q.   DID YOU PREVIOUSLY TESTIFY THAT THIS KIND OF INFORMATION,

11:38AM  22   PROFICIENCY TESTING DONE SPECIFICALLY ON THE THERANOS ANALYZER,

11:38AM  23   HAD NOT BEEN PROVIDED TO THE AUDITORS?

11:38AM  24   A.   YES.

11:38AM  25              MR. WADE:  YOUR HONOR, OBJECTION UNDER 602.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              953

11:38AM   1          MR. BOSTIC:  I CAN REPHRASE, YOUR HONOR.

11:38AM   2          THE COURT:  YOU CAN DO THAT.

11:38AM   3          MR. BOSTIC:  TO YOUR KNOWLEDGE.

11:38AM   4          THE COURT:  EXCUSE ME.  THE ANSWER IS STRICKEN, AND

11:38AM   5    HE'LL ASK ANOTHER QUESTION.

11:38AM   6    BY MR. BOSTIC:

11:38AM   7    Q.   MS. CHEUNG, ARE YOU AWARE DURING YOUR TIME AT THERANOS OF

11:38AM   8    THIS KIND OF INFORMATION BEING SHARED WITH AUDITORS PREVIOUS TO

11:38AM   9    THIS TESTING BEING PERFORMED?

11:38AM  10    A.   AT MY TIME AT THERANOS WE DID NOT PROVIDE REGULATORS WITH

11:38AM  11    THE RESULTS GENERATED FROM THE THERANOS EDISON DEVICES SIMPLY

11:38AM  12    FROM THE PREDICATE METHOD.  SO THIS INFORMATION WAS NOT

11:38AM  13    PROVIDED TO REGULATORS.

11:39AM  14    Q.   DURING YOUR TIME AT THERANOS WERE YOU INVOLVED IN

11:39AM  15    PROVIDING PROFICIENCY TESTING DATA OR GENERATING PROFICIENCY

11:39AM  16    TESTING DATA TO BE PROVIDED TO REGULATORS?

11:39AM  17    A.   YES.

11:39AM  18    Q.   AND DID THAT INVOLVEMENT GIVE YOU A SENSE OF WHAT DATA WAS

11:39AM  19    BEING GENERATED AND IN TURN WHAT WAS BEING PROVIDED TO AUDITORS

11:39AM  20    OR REGULATORS?

11:39AM  21    A.   YES.

11:39AM  22    Q.   AND IS THAT THE BASIS FOR YOUR PREVIOUS STATEMENT?

11:39AM  23    A.   YES.

11:39AM  24    Q.   I WANT TO GO BACK TO THE RERUNS IN THIS CHART.

11:39AM  25          ARE THE RERUNS THE ITEMS THAT APPEAR IN RED IN THE CHART?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                               954

11:39AM   1    A.   YES.

11:39AM   2    Q.   AND ARE THESE SITUATIONS WHERE THE SAME SAMPLE WAS RUN

11:39AM   3    TWICE IN A ROW, TWICE ON THE PREDICATE DEVICE AND TWICE ON THE

11:39AM   4    EDISON?

11:39AM   5    A.   YES.

11:39AM   6    Q.   AND YOU SAID THE RESULTS FOR THOSE RERUNS ON THE PREDICATE

11:39AM   7    DEVICE SHOWED YOU SOMETHING.  WHAT WAS THAT?  WHAT DO YOU

11:39AM   8    NOTICE ABOUT THOSE RESULTS?

11:39AM   9    A.   THE RESULTS ON THE PREDICATE DEVICE, WHAT THEY SHOWED ME?

11:40AM   10   Q.   FOR THE RERUNS.

11:40AM   11   A.   FOR THE RERUNS?  THAT THERE'S CONSISTENCY, RIGHT, THAT YOU

11:40AM   12   OBTAIN THE SAME VALUE BETWEEN THE RUNS.

11:40AM   13   Q.   IS THAT WHAT YOU WANT TO SEE WHEN YOU'RE DOING A RERUN OF

11:40AM   14   THE SAME SAMPLE, YOU WANT TO SEE THE SAME RESULT COME BACK?

11:40AM   15   A.   YES.

11:40AM   16   Q.   AND IS THAT HOW THE THERANOS ANALYZER PERFORMED WHEN THOSE

11:40AM   17   SAME TWO SAMPLES WERE RUN TWICE IN A ROW?

11:40AM   18   A.   NO.

11:40AM   19   Q.   WERE THERE SIMILAR ISSUES WITH THE CORRELATION BETWEEN THE

11:40AM   20   THERANOS RESULT AND THE PREDICATE RESULT WHEN IT CAME TO THE

11:40AM   21   FT4 TESTING?

11:40AM   22   A.   YES.

11:40AM   23   Q.   AND HOW ABOUT FOR TSH, WAS THERE ALSO A SIMILAR MISMATCH

11:40AM   24   BETWEEN THE THERANOS RESULT AND THE PREDICATE RESULT?

11:40AM   25   A.   YES.

CHEUNG DIRECT BY MR. BOSTIC (RES.)

| | | |
|---|---|---|
| 11:40AM | 1 | Q.   DO YOU RECALL WHAT THE PREDICATE DEVICE WAS THAT WAS USED |
| 11:40AM | 2 | FOR THESE TESTS? |
| 11:40AM | 3 | A.   YES. |
| 11:40AM | 4 | Q.   WHAT WAS IT IF YOU RECALL? |
| 11:40AM | 5 | A.   SO FOR VITAMIN D IT WAS THE DIASORIN LIAISON. |
| 11:41AM | 6 | FOR TPSA, FT4, AND TSH THEY USED THE SIEMENS IMMULITE. |
| 11:41AM | 7 | Q.   THOSE DEVICES THAT YOU JUST NAMED ARE THIRD PARTY DEVICES |
| 11:41AM | 8 | NOT MANUFACTURED BY THERANOS? |
| 11:41AM | 9 | A.   YES. |
| 11:41AM | 10 | Q.   AND ARE THOSE DEVICES FDA APPROVED IF YOU KNOW? |
| 11:41AM | 11 | A.   YES. |
| 11:41AM | 12 | Q.   AFTER THIS DATA WAS GENERATED AT THERANOS, WERE YOU |
| 11:41AM | 13 | INVOLVED IN DISCUSSIONS ABOUT IT AND ITS SIGNIFICANCE? |
| 11:41AM | 14 | A.   YES. |
| 11:41AM | 15 | Q.   AND WHO WAS INVOLVED IN THOSE DISCUSSIONS? |
| 11:41AM | 16 | A.   MARK PANDORI, WHO WAS THE LAB DIRECTOR; ADAM ROSENDORFF, |
| 11:41AM | 17 | WHO WAS THE MEDICAL DIRECTOR; AND LANGLY GEE, WHO WAS THE |
| 11:41AM | 18 | QUALITY CONTROL MANAGER; AND THERE WAS A SMALL TEAM OF US WHO |
| 11:41AM | 19 | ALL WORKED ON THE EDISON DEVICES WHO WERE ALSO INVOLVED IN |
| 11:42AM | 20 | THOSE COMMUNICATIONS; AND THEN EVENTUALLY SUNNY BALWANI WAS |
| 11:42AM | 21 | ALSO INCLUDED IN THOSE DISCUSSIONS OF THE PROFICIENCY TESTING. |
| 11:42AM | 22 | Q.   WE CAN TAKE THAT DOWN.  THANK YOU, MS. HOLLIMAN. |
| 11:42AM | 23 | MS. CHEUNG, I'LL ASK YOU TO LOOK AT EXHIBIT 1587 IN YOUR |
| 11:42AM | 24 | BINDER, PLEASE. |
| 11:42AM | 25 | ONCE YOU'RE AT 1587, LET ME KNOW IF YOU RECOGNIZE IT, |

956

CHEUNG DIRECT BY MR. BOSTIC (RES.)

11:42AM  1    PLEASE.

11:42AM  2    A.   YES.

11:42AM  3    Q.   AND WHAT IS EXHIBIT 1587?

11:42AM  4    A.   SO EXHIBIT 1587 IS THE ENGINEERING TEAM ESSENTIALLY GIVING

11:42AM  5    US A LIST OF ALL OF THE EDISON DEVICES THAT ARE FAILING QC ON

11:42AM  6    THE HARDWARE ASPECT.

11:42AM  7        AND SO THEY WOULD NOTIFY US OF EDISON READERS THAT WE

11:42AM  8    NEEDED TO AVOID UTILIZING BECAUSE THEY HADN'T QUITE FIXED QC,

11:43AM  9    AND THEY WERE TROUBLING SHOOTING WHAT MAY HAVE BEEN THE ISSUE

11:43AM  10   AND WHETHER TO FIX THEM AND WHATEVER ELSE.

11:43AM  11       SO THAT'S WHAT THIS EMAIL THREAD IS ABOUT.

11:43AM  12   Q.   THE ORIGINAL EMAIL IN THE CHAIN IS SENT FROM SOMEONE NAMED

11:43AM  13   ALPHONSO NGUYEN.

11:43AM  14       DO YOU SEE THAT?

11:43AM  15   A.   YES.

11:43AM  16   Q.   AND WHO WAS ALPHONSO NGUYEN AT THERANOS?

11:43AM  17   A.   ALPHONSO NGUYEN WAS LIKE AN ENGINEERING ASSOCIATE, AND HE

11:43AM  18   WORKED FOR SUMARTHA ANEKAL'S TEAM.

11:43AM  19   Q.   AND WAS HIS ROLE AT THERANOS ONE WHERE HE WOULD HAVE

11:43AM  20   PERSONAL KNOWLEDGE OF WHICH EDISON READERS WERE EXPERIENCING

11:43AM  21   THESE PROBLEMS?

11:43AM  22   A.   YES.

11:43AM  23   Q.   AND WAS IT STANDARD PRACTICE AT THERANOS FOR HIM AND

11:43AM  24   OTHERS LIKE HIM TO DISTRIBUTE INFORMATION LIKE THIS BY EMAIL?

11:43AM  25   A.   YES.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                      957

11:43AM   1    Q.   AND WAS IT IMPORTANT FOR THE INDIVIDUALS RECEIVING THIS

11:43AM   2    EMAIL TO HAVE ACCESS TO THIS INFORMATION?

11:44AM   3    A.   YES, IT WAS.

11:44AM   4              MR. BOSTIC:   YOUR HONOR, THE GOVERNMENT MOVES INTO

11:44AM   5    EVIDENCE EXHIBIT 1587.

11:44AM   6              MR. WADE:   YOUR HONOR, WE OBJECT TO THE EMAIL GOING

11:44AM   7    ONTO THE SECOND PAGE UNDER 805.   THE REST IS ACCEPTABLE.

11:44AM   8              THE COURT:   BATES 5 -- EXCUSE ME, 353, IS THAT WHAT

11:44AM   9    YOU'RE REFERRING TO?

11:44AM   10             MR. WADE:   CORRECT, YOUR HONOR, SECOND PARAGRAPH.

11:44AM   11             THE COURT:   ALL RIGHT.   THANK YOU.

11:44AM   12        OVERRULED.

11:44AM   13             MR. BOSTIC:   MAY WE PUBLISH, YOUR HONOR?

11:44AM   14             THE COURT:   IT MAY BE PUBLISHED.   THANK YOU.

11:44AM   15        (GOVERNMENT'S EXHIBIT 1587 WAS RECEIVED IN EVIDENCE.)

11:44AM   16             MR. BOSTIC:   MS. HOLLIMAN, LET'S PROJECT THIS

11:44AM   17   EXHIBIT, PLEASE, 1587, AND LET'S GO TO PAGE 2.   LET'S ZOOM IN

11:45AM   18   ON THE BOTTOM MESSAGE, PLEASE.

11:45AM   19   Q.   MS. CHEUNG, DO YOU SEE THE EMAIL IN FRONT OF YOU THAT

11:45AM   20   WE'VE BEEN DISCUSSING?

11:45AM   21   A.   YES.

11:45AM   22   Q.   AND IS THIS THE EMAIL THAT LISTS THE BAD 3.0 AND 3.5

11:45AM   23   READERS FOR THIS TIME PERIOD?

11:45AM   24   A.   YES.

11:45AM   25   Q.   AND AGAIN, WHAT DID THIS EMAIL MEAN BY BAD READERS?

CHEUNG DIRECT BY MR. BOSTIC (RES.)

11:45AM 1    A.   ESSENTIALLY THEY DIDN'T PASS QC OR THEY WERE HAVING SOME

11:45AM 2    SORT OF MECHANICAL ISSUE AND -- THERE COULD HAVE BEEN A

11:45AM 3    MULTITUDE OF DIFFERENT PROBLEMS, BUT PROBABLY THEY DIDN'T PASS

11:45AM 4    QC OR SOMETIMES THEY CAN'T READ THE BAR CODES OR THE TRAY GETS

11:45AM 5    STUCK OR YOU'LL HAVE AN INSTANCE WHERE THE REACTION TIPS WON'T

11:45AM 6    EJECT FROM THE MACHINERY INSIDE.

11:45AM 7        SO THAT'S IN REFERENCE TO THE FACT THAT THERE'S PROBABLY

11:45AM 8    SOME TYPE OF ERROR LIKE THAT OCCURRING WITHIN THESE READERS.

11:46AM 9    Q.   AND WHEN THE EMAIL SAYS 3.0 AND 3.5 READERS.  ARE THOSE

11:46AM 10   BOTH REFERRING TO DIFFERENT VERSIONS OF THE THERANOS EDISON?

11:46AM 11   A.   YES.

11:46AM 12   Q.   WAS THIS AN UNUSUAL THING FOR THERE TO BE MULTIPLE EDISONS

11:46AM 13   THAT WERE OUT OF COMMISSION DURING A GIVEN WEEK?

11:46AM 14   A.   NO.

11:46AM 15   Q.   WAS IT A NORMAL OR A ROUTINE THING FOR THIS TO HAPPEN?

11:46AM 16   A.   THIS WAS SOMETHING THAT WE ACKNOWLEDGED LIKE ON A WEEKLY

11:46AM 17   BASIS I WOULD SAY.

11:46AM 18   Q.   LET'S LOOK AT A SIMILAR EXHIBIT, EXHIBIT 1617.

11:46AM 19       MS. CHEUNG, IF YOU COULD TURN TO THAT IN YOUR BINDER.

11:47AM 20   ONCE YOU GET THERE, LET ME KNOW IF YOU RECOGNIZE IT.

11:47AM 21   A.   YES.

11:47AM 22   Q.   AND WHAT IS THIS DOCUMENT?

11:47AM 23   A.   THIS IS AN EMAIL THAT I'M SENDING OUT TO THE MECHANICAL

11:47AM 24   ENGINEERING TEAM, THE PRODUCTION TEAM LEAD WAS SURAJ SAKSENA AT

11:47AM 25   THIS TIME, AND THEN MARK PANDORI, THE LAB DIRECTOR, ESSENTIALLY

CHEUNG DIRECT BY MR. BOSTIC (RES.)

11:47AM  1    TELLING THEM THAT WE WERE HAVING A LOT OF ERRORS GOING ON WITH

11:47AM  2    THE EDISON DEVICES.

11:47AM  3        SO WE WERE ATTEMPTING TO GET ALL OF THE DIFFERENT PEOPLE

11:47AM  4    WHO USED THE EDISON DEVICES TO LIST OUT THE DIFFERENT ERRORS

11:47AM  5    THAT WE WERE ENCOUNTERING WHILE WE WERE WORKING WITH THE EDISON

11:47AM  6    DEVICES AND WHAT TYPE OF ERROR AND ESSENTIALLY CREATED SORT OF

11:47AM  7    AN ERROR DOCUMENTATION SPREADSHEET TO ALLOW ALL OF THESE

11:47AM  8    DIFFERENT TEAMS TO COME TOGETHER AND TO REPORT THE FREQUENCY

11:47AM  9    AND WHAT TYPE OF ERRORS WE WERE HAVING WITH THE EDISON DEVICES.

11:47AM  10   Q.   AND SIMILAR TO THE OTHER EMAILS WE'VE LOOKED AT, WAS THIS

11:47AM  11   EMAIL SENT TO OTHERS IN THERANOS FOR THE PURPOSE OF SENDING

11:48AM  12   THIS INFORMATION IN THE USUAL COURSE OF BUSINESS?

11:48AM  13   A.   YES.

11:48AM  14        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

11:48AM  15   ADMIT EXHIBIT 1617.

11:48AM  16        MR. WADE:  NOTHING ADDITIONAL TO THIS MORNING,

11:48AM  17   YOUR HONOR.

11:48AM  18        THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

11:48AM  19   PUBLISHED.

11:48AM  20        (GOVERNMENT'S EXHIBIT 1617 WAS RECEIVED IN EVIDENCE.)

11:48AM  21        MR. BOSTIC:  LET'S DISPLAY THAT EXHIBIT,

11:48AM  22   MS. HOLLIMAN, 1617.

11:48AM  23   Q.   THIS IS THE EMAIL WE'VE BEEN DISCUSSING, MS. CHEUNG?

11:48AM  24   A.   YES.

11:48AM  25   Q.   AND YOU SENT THIS EMAIL ON MARCH 12TH, 2014; CORRECT?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          960

11:48AM  1      A.   CORRECT.

11:48AM  2      Q.   AND LET'S LOOK AT THE ATTACHMENT THAT IS LABELLED EDISON

11:48AM  3      3.5 ERROR DOCUMENTATION.

11:48AM  4           CAN WE OPEN THAT IN NATIVE, MS. HOLLIMAN?  IF WE CAN ZOOM

11:49AM  5      IN ON THE TEXT.  THANK YOU.

11:49AM  6           MS. CHEUNG, DID YOU CREATE THIS DOCUMENT OR HAVE A HAND IN

11:49AM  7      CREATING IT?

11:49AM  8      A.   YES.

11:49AM  9      Q.   AND WHEN WE LOOK UNDER READER ISSUE, CAN YOU DESCRIBE WHAT

11:49AM 10      KIND OF INFORMATION THAT WE'RE SEEING IN THIS TABLE?

11:49AM 11      A.   SO THE TYPE OF INFORMATION THAT YOU'RE SEEING HERE IS, YOU

11:49AM 12      KNOW, THE READER, THE EDISON DEVICE, THE READER IS SYNONYMOUS

11:49AM 13      TO THE EDISON DEVICE THAT WE'RE HAVING AN ISSUE WITH.

11:49AM 14           THERE WERE DIFFERENT NUMBERS ASSOCIATED WITH EACH EDISON

11:49AM 15      DEVICE.  SO THAT'S WHAT THE NUMBER IS FROM.

11:49AM 16           THE TYPE OF ASSAY WE WERE RUNNING, SO WHAT TYPE OF TEST.

11:49AM 17           AND THEN THE TYPE OF ERROR AND WHAT WAS IT ASSOCIATED WITH

11:49AM 18      IT.  WAS IT A PATIENT SAMPLE?  WAS IT A QUALITY CONTROL?

11:49AM 19           WE WERE ALSO WORKING WITH THE PRODUCTION TEAM THAT WAS

11:49AM 20      TESTING OUT A NEW TYPE OF CARTRIDGE.  SO SOME OF THEM WERE IN

11:49AM 21      REFERENCE TO THE PRODUCTION TEAM.

11:49AM 22           AND SO HERE THEY'RE TALKING ABOUT A WIDE VARIETY OF

11:50AM 23      MECHANICAL SOFTWARE OR JUST KIND OF WEIRD ISSUES LIKE THERE WAS

11:50AM 24      A POWER OUTAGE AT ONE POINT THAT OCCURRED WHILE WE WERE RUNNING

11:50AM 25      THE SAMPLES.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          961

11:50AM  1          THIS IS THE DIGITAL COPY.  WE HAD SOME OTHER HARD COPIES

11:50AM  2     OF THIS.  THIS JUST HAPPENS TO BE THE DIGITAL COPY.

11:50AM  3     Q.   ERRORS LIKE THESE I THINK YOU CALLED THEM MECHANICAL OR

11:50AM  4     SOFTWARE ERRORS.

11:50AM  5     A.   YES.

11:50AM  6     Q.   ARE THESE SEPARATE FROM THE QUALITY CONTROL ERRORS THAT

11:50AM  7     WE'VE BEEN TALKING ABOUT TODAY?

11:50AM  8     A.   THEY ARE SEPARATE.

11:50AM  9     Q.   AND WERE THESE KINDS OF ERRORS ALSO A FREQUENT OCCURRENCE

11:50AM  10    WITH THE THERANOS EDISONS' MECHANICAL AND SOFTWARE FAILURES?

11:50AM  11    A.   YES.

11:50AM  12    Q.   OKAY.  WE CAN TAKE THAT DOWN.  THANK YOU, MS. HOLLIMAN.

11:50AM  13         MS. CHEUNG, IF YOU WOULD TURN TO EXHIBIT 1633.  LET'S LOOK

11:50AM  14    AT ONE MORE EXHIBIT ABOUT QUALITY CONTROL.

11:51AM  15         WHEN YOU GET THERE LET ME KNOW IF YOU RECOGNIZE IT?

11:51AM  16    A.   YES.

11:51AM  17    Q.   AND WHAT IS EXHIBIT 1633?

11:51AM  18    A.   ESSENTIALLY THERE'S ANOTHER QC FAILURE, OR THIS IS TALKING

11:51AM  19    ABOUT THE FAILED QC'S THAT WE WERE EXPERIENCING FOR THE MONTH

11:51AM  20    OF MARCH TO SORT OF GET AN ACCURATE LOOK ABOUT HOW OFTEN WAS IT

11:51AM  21    HAPPENING, WITH WHAT TEST IT WAS HAPPENING, WHAT METHODOLOGIES

11:51AM  22    WAS IT HAPPENING.

11:51AM  23         AND IT WAS A MESSAGE AMONGST ALL OF THE PEOPLE WITHIN THE

11:51AM  24    CLINICAL LAB.  SO MARK PANDORI, LAB DIRECTOR, ADAM ROSENDORFF

11:51AM  25    WAS THE MEDICAL DIRECTOR, AND THE TEAM OF US THAT WORKED ON THE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                962

11:51AM  1    EDISON DEVICE SPECIFICALLY.

11:51AM  2    Q.   WAS IT STANDARD PRACTICE TO CIRCULATE DATA LIKE THIS TO

11:51AM  3    LAB STAFF AT THERANOS IN THE USUAL COURSE OF BUSINESS?

11:51AM  4    A.   YES.

11:51AM  5    Q.   AND THIS EMAIL WAS SENT ON MARCH 28TH AND IT INVOLVES

11:52AM  6    QC DATA FROM THAT MONTH; IS THAT CORRECT?

11:52AM  7    A.   THAT IS CORRECT.

11:52AM  8         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

11:52AM  9    ADMIT EXHIBIT 1633.

11:52AM  10        MR. WADE:  NOTHING ADDITIONAL ON THIS, YOUR HONOR.

11:52AM  11   THANK YOU.

11:52AM  12        THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

11:52AM  13   PUBLISHED.

11:52AM  14        (GOVERNMENT'S EXHIBIT 1633 WAS RECEIVED IN EVIDENCE.)

11:52AM  15        MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:52AM  16        MS. HOLLIMAN, LET'S PROJECT EXHIBIT 1633, PLEASE.  LET'S

11:52AM  17   ZOOM IN ON THE BOTTOM MESSAGE.

11:52AM  18   Q.   MS. CHEUNG, REMIND US WHO WAS LANGLY GEE AT THERANOS?

11:52AM  19   A.   LANGLY GEE WAS THE QUALITY CONTROL MANAGER AT THERANOS FOR

11:52AM  20   THE CLINICAL LAB.

11:52AM  21   Q.   AND IN HIS EMAIL HE SAYS, "MARK."  THAT'S MARK PANDORI, I

11:52AM  22   ASSUME; IS THAT CORRECT?

11:52AM  23   A.   YES.

11:52AM  24   Q.   AND "THE OTHER DAY YOU ASKED FOR A NUMBER OF FAILED QC

11:52AM  25   ELISA RUNS."

CHEUNG DIRECT BY MR. BOSTIC (RES.)                963

| | | |
|---|---|---|
| 11:52AM | 1 | WHAT WAS ELISA AT THERANOS? |
| 11:53AM | 2 | A.   SO ELISA WAS THE TYPE OF METHODOLOGY WE USED ON THE EDISON |
| 11:53AM | 3 | DEVICES.  SO QC ELISA RUNS ARE EQUIVALENT TO SAYING THE QC |
| 11:53AM | 4 | EDISON RUNS. |
| 11:53AM | 5 | Q.   SO THIS WOULD BE THE QC PERFORMANCE FOR THE THERANOS |
| 11:53AM | 6 | EDISON DEVICE? |
| 11:53AM | 7 | A.   YES. |
| 11:53AM | 8 | Q.   AND HIS EMAIL GOES ON TO SAY "FOR MARCH, 26 PERCENT RUNS |
| 11:53AM | 9 | FAILED." |
| 11:53AM | 10 | IS THAT CORRECT? |
| 11:53AM | 11 | A.   YES. |
| 11:53AM | 12 | Q.   AND LET'S LOOK AT PAGE 2 OF THIS EXHIBIT, PLEASE.  AND |
| 11:53AM | 13 | THERE'S A TABLE AT THE TOP.  LET'S ZOOM IN ON THAT. |
| 11:53AM | 14 | MS. CHEUNG, IS THIS THE DATA REFLECTING THE QC FAILURES |
| 11:53AM | 15 | FOR THE EDISON RUNS IN MARCH 2014? |
| 11:53AM | 16 | A.   YES. |
| 11:53AM | 17 | Q.   AND IN THE RIGHT-MOST COLUMN DOES IT PROVIDE THE PERCENT |
| 11:53AM | 18 | OF QC RUNS THAT FAILED FOR THE ASSAYS INDICATED ON THE LEFT |
| 11:54AM | 19 | SIDE? |
| 11:54AM | 20 | A.   YES. |
| 11:54AM | 21 | Q.   AND I THINK WE'VE TALKED ABOUT MOST OF THESE ASSAYS IN THE |
| 11:54AM | 22 | PAST. |
| 11:54AM | 23 | WHAT WAS THE TST ASSAYS? |
| 11:54AM | 24 | A.   TST IS TOTAL TESTOSTERONE. |
| 11:54AM | 25 | Q.   AND HOW ABOUT TSH? |

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    964

11:54AM  1    A.   TSH IS THYROID STIMULATING HORMONE.

11:54AM  2    Q.   AND HOW ABOUT TT3?

11:54AM  3    A.   TT3 IS ANOTHER THYROID BIOMARKER.  I'M NOT SURE WHAT THE

11:54AM  4    MIDDLE INITIAL STANDS FOR.

11:54AM  5    Q.   AND THEN AT THE BOTTOM OF THIS TABLE THERE'S A TOTAL, THE

11:54AM  6    TOTAL NUMBER OF FAILURES AND THE PERCENTAGE OF FAILURES; IS

11:54AM  7    THAT CORRECT?

11:54AM  8    A.   THAT IS CORRECT.

11:54AM  9    Q.   AND THE TOTAL PERCENTAGE IS 25.6.

11:54AM  10        WHAT DOES THAT NUMBER MEAN?

11:55AM  11   A.   SO THAT MEANS FOR EVERY 100 QC TESTS THAT WE PERFORM, 25.6

11:55AM  12   OF THEM FAIL.

11:55AM  13   Q.   APPROXIMATELY ONE-QUARTER OF THE QC RUNS FAILED?

11:55AM  14   A.   YES.

11:55AM  15   Q.   DURING YOUR TIME AT THERANOS DID YOU HAVE A GENERAL SENSE

11:55AM  16   OF HOW THE EDISON DEVICE PERFORMED ON QC TESTS OVER SEVERAL

11:55AM  17   MONTHS?

11:55AM  18   A.   YES.

11:55AM  19   Q.   AND IS THIS FAILURE RATE UNUSUAL?  WAS MARCH AN ESPECIALLY

11:55AM  20   BAD MONTH FOR QC'S AT THERANOS?

11:55AM  21   A.   NO.  THIS WAS PRETTY STANDARD.

11:55AM  22   Q.   FROM YOUR WORK AT THERANOS DID YOU ALSO COME TO HAVE AN

11:55AM  23   UNDERSTANDING OF HOW THE THIRD PARTY DEVICES PERFORMED, THE

11:55AM  24   UNMODIFIED PREDICATE DEVICES PERFORMED WHEN IT CAME TO QC?

11:55AM  25   A.   YES.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                               965

11:55AM  1    Q.   AND GENERALLY SPEAKING, HOW DID THIS PERFORMANCE, THE

11:55AM  2    THERANOS ANALYZER PERFORMANCE COMPARE TO THE THIRD PARTY DEVICE

11:55AM  3    PERFORMANCE WHEN IT CAME TO QC?

11:55AM  4    A.   QC'S RARELY FAILED WITH THE THIRD PARTY DEVICES.  IT WAS A

11:56AM  5    VERY UNCOMMON EXPERIENCE TO HAVE QC'S FAIL ON THE PREDICATE

11:56AM  6    DEVICES OR THE FDA APPROVED THIRD PARTY DEVICES.

11:56AM  7    Q.   SO I THINK WE TALKED ABOUT HOW THE OVERALL FAILURE RATE

11:56AM  8    HERE WAS 25.6 PERCENT.

11:56AM  9        ARE THERE ANY INDIVIDUAL FAILURE RATES FOR SPECIFIC ASSAYS

11:56AM  10   THAT WERE EVEN HIGHER THAN 26 PERCENT?

11:56AM  11   A.   YES.  SO FOR TT3 IT WAS A 51.3 PERCENT FAILURE, AND THEN

11:56AM  12   FOR TOTAL TESTOSTERONE IT WAS 45.2 PERCENT FAILURE.

11:56AM  13   Q.   AND FOR TT3, WHAT DOES A QC FAILURE RATE OVER 50 PERCENT

11:56AM  14   MEAN PRACTICALLY SPEAKING?

11:56AM  15   A.   SO IF YOU LOOK AT THIS, WE ONLY DID, YOU KNOW, 39, LET'S

11:56AM  16   SAY, 40 RUNS.  SO THAT MEANS 20 OF THOSE FAILED.

11:57AM  17       SO IF YOU FORECAST THAT, BECAUSE A QC SYSTEM IS SUPPOSED

11:57AM  18   TO BE VERY SIMILAR TO HOW YOU WOULD RUN A PATIENT SAMPLE.  THAT

11:57AM  19   MEANS FOR EVERY 40 PATIENTS POTENTIALLY THAT WOULD WALK IN THE

11:57AM  20   DOOR, 20 OF THEM WOULD GET RESULTS THAT WERE UNRELIABLE AND

11:57AM  21   THAT POTENTIALLY WERE WRONG, OR THAT WERE WRONG.

11:57AM  22       SO THAT'S A HIGH NUMBER, RIGHT?  THAT'S AN EQUIVALENT.

11:57AM  23   YOU WOULD HAVE ABOUT THE SAME LUCK FLIPPING A COIN IN TERMS OF

11:57AM  24   WHETHER YOUR RESULTS WERE RIGHT OR WRONG.

11:57AM  25   Q.   YOU SAID BEFORE THAT WHEN A DEVICE FAILED QC, THAT IT

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              966

| | | |
|---|---|---|
| 11:57AM | 1 | WASN'T USED DURING THAT SHIFT FOR PATIENT TESTING; IS THAT |
| 11:57AM | 2 | CORRECT? |
| 11:57AM | 3 | A.   CORRECT. |
| 11:57AM | 4 | Q.   DID THAT PRACTICE ADDRESS YOUR CONCERNS ABOUT THE QC |
| 11:57AM | 5 | NUMBERS AT THERANOS? |
| 11:57AM | 6 | A.   NO. |
| 11:57AM | 7 | Q.   WHY NOT? |
| 11:57AM | 8 | A.   BECAUSE OF THE FREQUENCY OF THEM, RIGHT?  IT SHOULDN'T BE |
| 11:57AM | 9 | THE CASE THAT A QUARTER OF THE TIME YOU'RE HAVING THESE QUALITY |
| 11:58AM | 10 | CONTROL SAMPLES FAILING.  THAT'S EXTRAORDINARILY HIGH FOR ANY |
| 11:58AM | 11 | LAB TEST TO HAPPEN. |
| 11:58AM | 12 | AND IN ADDITION TO THAT, IT SHOWS THAT THERE'S JUST -- |
| 11:58AM | 13 | IT'S CONCERNING BECAUSE, AGAIN, WITH THE QUALITY CONTROLS I |
| 11:58AM | 14 | HAVE THE KNOWN CONCENTRATION, BUT THE MOMENT I GO TO THE |
| 11:58AM | 15 | PATIENTS, IF I FORECAST OUT WHAT THOSE RESULTS ARE, THAT ONE |
| 11:58AM | 16 | OUT OF FOUR TIMES I MIGHT GIVE A PATIENT THE WRONG RESULT. |
| 11:58AM | 17 | AND AT THERANOS, YOU KNOW, AT FIRST WE WERE RUNNING LIKE |
| 11:58AM | 18 | 10 PATIENTS, BUT IT WOULD BE THE EXPECTATION THAT WE WOULD BE |
| 11:58AM | 19 | 2,000 PATIENTS A DAY.  LIKE, THAT'S A LOT OF PEOPLE TO |
| 11:58AM | 20 | BASICALLY BE EXPECTING BASED ON THIS INFORMATION THAT A QUARTER |
| 11:58AM | 21 | OF THEM WOULDN'T GET THE RIGHT RESULTS FOR THEIR HEALTH STATUS. |
| 11:58AM | 22 | SO IT WAS IMMENSELY CONCERNING TO SEE THIS DEGREE OF |
| 11:59AM | 23 | FAILURES BECAUSE IT'S JUST NOT TYPICAL FOR A NORMAL LAB. |
| 11:59AM | 24 | LIKE, IN A NORMAL LAB YOU WOULD WANT TO SEE LESS THAN |
| 11:59AM | 25 | 1 PERCENT, RIGHT?  THESE ARE VERY SMALL -- 1 PERCENT OF |

CHEUNG DIRECT BY MR. BOSTIC (RES.)

| | | |
|---|---|---|
| 11:59AM | 1 | FAILURES.  IT'S VERY SMALL SAMPLE SIZES, AND WE'RE HAVING THAT |
| 11:59AM | 2 | PERCENTAGE OF FAILURES, A VERY CONCERNINGLY HIGH PERCENTAGE OF |
| 11:59AM | 3 | FAILURES. |
| 11:59AM | 4 | Q.  WHEN YOU'RE DOING QC TESTING, YOU'RE ABLE TO GET THE |
| 11:59AM | 5 | RESULT THAT THE MACHINE PUTS OUT AND IMMEDIATELY KNOW WHETHER |
| 11:59AM | 6 | IT'S THE CORRECT RESULT OR NOT BECAUSE THE CORRECT ANSWER IS |
| 11:59AM | 7 | NO; IS THAT RIGHT? |
| 11:59AM | 8 | A.  EXACTLY. |
| 11:59AM | 9 | Q.  IS THAT THE CASE FOR PATIENT TESTING?  WHEN YOU RUN A |
| 11:59AM | 10 | PATIENT SAMPLE, ARE YOU ABLE TO LOOK AT THE RESULT AND EVERY |
| 11:59AM | 11 | TIME DETERMINE WHETHER IT'S AN ACCURATE RESULT OR NOT? |
| 11:59AM | 12 | A.  NO. |
| 11:59AM | 13 | Q.  AND SO DOES THAT MEAN YOU NEED THE QC PROCESS TO GIVE YOU |
| 11:59AM | 14 | A SENSE OF HOW WELL THE DEVICE IS PERFORMING IN ACTUAL PATIENT |
| 11:59AM | 15 | TESTING? |
| 11:59AM | 16 | A.  EXACTLY, YES. |
| 11:59AM | 17 | Q.  THIS RESULT IS FROM MARCH OF 2014; CORRECT? |
| 12:00PM | 18 | A.  YES. |
| 12:00PM | 19 | Q.  AND HOW MUCH LONGER DID YOU WORK AT THERANOS AFTER THIS? |
| 12:00PM | 20 | A.  NOT MUCH LONGER. |
| 12:00PM | 21 | Q.  AND YOU CAN TAKE THIS DOWN.  THANK YOU, MS. HOLLIMAN. |
| 12:00PM | 22 | WE'VE DISCUSSED SOME SPECIFIC INCIDENTS THAT YOU |
| 12:00PM | 23 | ENCOUNTERED AT THERANOS INVOLVING PROBLEMS WITH THE TESTING? |
| 12:00PM | 24 | A.  YES. |
| 12:00PM | 25 | Q.  AND THE INCIDENTS THAT WE'VE DISCUSSED, HAVE THEY BEEN -- |

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          968

12:00PM   1    HAVE WE TALKED ABOUT ALL OF THE INCIDENTS THAT YOU'VE

12:00PM   2    ENCOUNTERED WHEN YOU WERE AT THERANOS WHEN THERE WERE PROBLEMS

12:00PM   3    WITH THERANOS'S TESTING PERFORMANCE?

12:00PM   4    A.   NO.

12:00PM   5    Q.   HAVE THESE BEEN JUST A REPRESENTATIVE SAMPLE?

12:00PM   6    A.   YES.

12:00PM   7    Q.   AND IN MARCH AND APRIL OF 2014, HOW WERE YOU FEELING ABOUT

12:00PM   8    WORKING AT THERANOS?  HOW WERE YOU FEELING ABOUT YOUR

12:00PM   9    EMPLOYMENT?

12:00PM   10   A.   I WAS --

12:00PM   11            MR. WADE:  OBJECTION, YOUR HONOR.  401, 403.

12:00PM   12            THE COURT:  OVERRULED.  SHE CAN TESTIFY ABOUT IT

12:00PM   13   GENERALLY.

12:01PM   14   BY MR. BOSTIC:

12:01PM   15   Q.   MS. CHEUNG, I'M ASKING ABOUT KIND OF WHAT LED TO YOUR

12:01PM   16   DECISION TO LEAVE.

12:01PM   17       SO AROUND THIS TIME PERIOD THE QUESTION WAS HOW WERE YOU

12:01PM   18   FEELING ABOUT WORKING AT THERANOS?

12:01PM   19   A.   I WAS -- I WAS REALLY STRESSED AND UNCOMFORTABLE WITH WHAT

12:01PM   20   WAS GOING ON BECAUSE I HAD AT THAT POINT AMASSED A LOT OF

12:01PM   21   EVIDENCE TO SUGGEST THAT THE TECHNOLOGY, THE EDISON DEVICE

12:01PM   22   SPECIFICALLY, WERE NOT ADEQUATE TO TEST ON PATIENTS, AND I DID

12:01PM   23   NOT FEEL COMFORTABLE RUNNING PATIENT SAMPLES.

12:01PM   24       AND I HAD TRIED TO NOTIFY PEOPLE ACROSS DIFFERENT

12:01PM   25   DEPARTMENTS WHO HAD MORE DECISION MAKING CAPACITY THAN I DID

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          969

12:01PM    1    THAT, LOOK, I'M NOT BEING AN ALARMIST, LIKE, THIS IS THE

12:01PM    2    FREQUENCY AND THE DEGREE IN WHICH WE'RE HAVING ERRORS, AND IT

12:01PM    3    NEEDS TO BE PAID ATTENTION TO BECAUSE WHILE ALL OF THESE ISSUES

12:01PM    4    ARE GOING ON, WE ARE STILL TESTING PATIENT SAMPLES.

12:01PM    5         AND I DON'T FEEL COMFORTABLE WITH THIS BECAUSE THEY DON'T

12:01PM    6    KNOW, THEY DON'T KNOW THE FACT THAT BEHIND CLOSED DOORS WE HAVE

12:02PM    7    ALL OF THESE PROBLEMS, AND THEY THINK THAT THEY'RE GETTING

12:02PM    8    ACCURATE RESULTS, AND THEY'RE MAKING VERY IMPORTANT MEDICAL

12:02PM    9    DECISIONS ABOUT WHAT THEIR TREATMENTS ARE, WHAT THEIR DIAGNOSES

12:02PM   10    ARE, WHAT MEDICATIONS THEY TAKE, AND IT WAS STARTING TO GET

12:02PM   11    VERY, VERY UNCOMFORTABLE AND VERY STRESSFUL FOR ME WORKING AT

12:02PM   12    THE COMPANY.

12:02PM   13         AND I WAS ATTEMPTING TO TELL AS MANY PEOPLE AS I COULD,

12:02PM   14    BUT WAS JUST NOT, JUST NOT SEEMING TO GET THROUGH TO PEOPLE.

12:02PM   15    Q.   YOU MENTIONED RAISING YOUR CONCERNS TO PEOPLE.

12:02PM   16         DID THAT INCLUDE AT SOME POINT TOWARDS THE END OF YOUR

12:02PM   17    EMPLOYMENT A CONVERSATION WITH SUNNY BALWANI?

12:02PM   18    A.   YES, IT DID.

12:02PM   19    Q.   AND HOW DID THAT CONVERSATION COME TO HAPPEN?

12:02PM   20    A.   SO EFFECTIVELY WHEN I HAD SENT THE PROFICIENCY TESTING

12:02PM   21    RESULTS TO TYLER SHULTZ, SUNNY BALWANI HAD ESSENTIALLY CALLED

12:03PM   22    ME INTO HIS OFFICE TO DISCUSS -- HIS FIRST QUESTION WAS HOW DO

12:03PM   23    I LIKE WORKING AT THERANOS AND HOW IS IT GOING FOR ME?

12:03PM   24         SO WHEN I WALKED INTO HIS OFFICE AND WAS TALKING TO HIM I

12:03PM   25    FIGURED THIS WAS A GOOD OPPORTUNITY TO FINALLY TELL HIM, LIKE,

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                970

12:03PM   1    THIS IS THE AMOUNT OF PROBLEMS THAT WE HAVE, THESE ARE THE

12:03PM   2    AREAS THAT WE HAVE PROBLEMS, AND WE NEED TO ADDRESS THESE

12:03PM   3    THINGS BECAUSE THERE WAS SOME HOPE IN THE BACK OF MY MIND THAT

12:03PM   4    MAYBE THERE WAS SOME SORT OF ISSUE WITH COMMUNICATION BETWEEN

12:03PM   5    THE OPERATIONAL FLOOR AND THE EXECUTIVE LEVEL MANAGEMENT.

12:03PM   6        SO I HAD GONE TO HIM, AND I HAD SAID THAT WE HAVE ISSUES

12:03PM   7    WITH OUR QC'S FAILING, WE HAVE ISSUES WITH OUR QUALITY -- THE

12:03PM   8    STABILITY OF THE CHEMICALS THAT WE'RE USING.  WE'RE HAVING

12:03PM   9    PROBLEMS WITH VIRTUALLY EVERY ASPECT OF RUNNING THE EDISON

12:03PM   10   DEVICES, AND I'M UNCOMFORTABLE WITH THIS.

12:03PM   11       AND I LOVE THE MISSION OF THIS COMPANY, AND I UNDERSTAND

12:04PM   12   WHAT WE'RE TRYING TO DO, AND I AGREE WITH THE FACT THAT THIS IS

12:04PM   13   A GOOD MISSION TO BE A PART OF, BUT THIS IS UNACCEPTABLE,

12:04PM   14   RIGHT?  THIS IS NOT -- THIS IS NOT WHAT WE SHOULD BE DOING,

12:04PM   15   ESPECIALLY IF WE'RE ALREADY ACTIVELY PROCESSING PATIENTS ALL

12:04PM   16   WHILE THIS IS GOING ON.

12:04PM   17       THE FEEDBACK AND THE RECEPTION THAT I GOT FROM HIM WAS

12:04PM   18   ESSENTIALLY WHAT MAKES YOU THINK YOU'RE QUALIFIED TO MAKE THESE

12:04PM   19   CALLS?  YOU'RE A RECENT GRAD OUT OF U.C. BERKELEY.  WHAT DO YOU

12:04PM   20   KNOW ABOUT STATISTICS?  WHAT DO YOU KNOW ABOUT LAB DIAGNOSTICS?

12:04PM   21   LIKE, YOU HAVE NO VISIBILITY IN THIS COMPANY.

12:04PM   22       THEN HE SAID, YOU KNOW, I NEED TO MAKE A DECISION.

12:04PM   23   ESSENTIALLY, DO I WANT TO WORK HERE?  AND IF I WANT TO WORK

12:04PM   24   HERE, I HAVE TO BASICALLY PROCESS PATIENT SAMPLES WITHOUT

12:04PM   25   QUESTION, AND THAT IS MY ONLY ROLE AND RESPONSIBILITY.

CHEUNG DIRECT BY MR. BOSTIC (RES.)

12:04PM  1      AND AFTER THAT INCIDENT I LEFT HIS OFFICE.

12:04PM  2   Q.   WHEN YOU WERE DISCUSSING THE PROBLEMS THAT YOU WERE SEEING

12:05PM  3   WITH MR. BALWANI, WAS IT YOUR SENSE FROM THE CONTENT OF THAT

12:05PM  4   CONVERSATION THAT HE WAS SURPRISED TO BE HEARING ABOUT ANY OF

12:05PM  5   THOSE ISSUES?

12:05PM  6   A.   NO.   IT SEEMED MORE THAT HE WAS IRRITATED THAT I WAS

12:05PM  7   BRINGING UP THESE ISSUES AGAIN, AND THAT HE WAS CONCERNED THAT

12:05PM  8   I WAS RAISING ALARM OR THAT I WASN'T AWARE OF THE FACT THAT THE

12:05PM  9   EDISON DEVICES HAVE BEEN VETTED AND PROVED AND KIND OF

12:05PM  10  DISTRIBUTED IN ALL OF THESE MEANS AND OTHER PEOPLE SAID IT WAS

12:05PM  11  A GREAT DEVICE IN OTHER CONTEXTS.

12:05PM  12      SO IT DIDN'T SEEM IT WAS THE FIRST TIME THAT HE HAD HEARD

12:05PM  13  THIS, AND HE WAS MORE IRRITATED AND ANGRY THAT I WAS BRINGING

12:05PM  14  UP THIS INFORMATION.

12:05PM  15  Q.   I THINK YOU TESTIFIED THAT YOU LEFT THERANOS IN APRIL OF

12:05PM  16  2014; IS THAT CORRECT?

12:05PM  17  A.   YES.

12:05PM  18  Q.   WAS IT AROUND THE TIME OF THIS MEETING?

12:05PM  19  A.   YES.

12:05PM  20  Q.   THE DECISION TO LEAVE THE COMPANY, WAS IT A DECISION THAT

12:06PM  21  YOU TOOK LIGHTLY?

12:06PM  22  A.   NO.

12:06PM  23  Q.   AND THE REASONS THAT YOU WERE EXCITED ABOUT JOINING

12:06PM  24  THERANOS, THE MISSION OF THE COMPANY, THE POTENTIAL, DID THOSE

12:06PM  25  FACTORS PLAY A ROLE IN YOUR DECISION WHETHER TO STAY AT THE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          972

12:06PM  1    COMPANY OR NOT?

12:06PM  2              MR. WADE:  YOUR HONOR, OBJECTION.  401 AND 403.

12:06PM  3              THE COURT:  COULD YOU REPHRASE THAT QUESTION.  I

12:06PM  4    THINK PER OUR EARLIER CONVERSATION, I THINK YOU CAN ASK THIS IN

12:06PM  5    A DIFFERENT WAY.

12:06PM  6    BY MR. BOSTIC:

12:06PM  7    Q.   LET ME ASK YOU SPECIFICALLY, MS. CHEUNG, WHAT WAS YOUR

12:06PM  8    SALARY AT THERANOS?

12:06PM  9    A.   MY SALARY WAS -- I DON'T --

12:06PM  10   Q.   IF YOU RECALL APPROXIMATELY?

12:06PM  11   A.   I THINK I MADE LIKE $19 PER HOUR.

12:06PM  12   Q.   AND WHEN YOU DECIDED TO LEAVE THE COMPANY, DID YOU HAVE

12:06PM  13   OTHER EMPLOYMENT LINED UP AT THE TIME?

12:06PM  14   A.   NO.

12:06PM  15   Q.   THIS WAS YOUR FIRST JOB OUT OF COLLEGE; IS THAT CORRECT?

12:06PM  16   A.   YES.

12:06PM  17   Q.   YOU MENTIONED A CONVERSATION THAT YOU HAD WITH

12:07PM  18   MR. BALWANI.  DID YOU THINK ABOUT TAKING YOUR CONCERNS DIRECTLY

12:07PM  19   TO THE CEO OF THE COMPANY, ELIZABETH HOLMES?

12:07PM  20   A.   I HAD --

12:07PM  21              MR. WADE:  OBJECTION, YOUR HONOR.  401, 403.

12:07PM  22              THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

12:07PM  23              MR. BOSTIC:  WOULD YOU LIKE IT REPEATED?

12:07PM  24              THE WITNESS:  COULD YOU, PLEASE.

12:07PM  25   BY MR. BOSTIC:

CHEUNG DIRECT BY MR. BOSTIC (RES.)

12:07PM 1    Q.   THE QUESTION IS YOU TALKED ABOUT A CONVERSATION WITH

12:07PM 2    MR. BALWANI.  DID YOU THINK ABOUT RAISING YOUR CONCERNS

12:07PM 3    DIRECTLY WITH MS. HOLMES, THE CEO?

12:07PM 4    A.   BECAUSE I HAD CLOSE RELATIONSHIPS WITH TYLER SHULTZ, I HAD

12:07PM 5    KNOWN THAT HE HAD WRITTEN AN EMAIL TO ELIZABETH HOLMES ABOUT

12:07PM 6    SOME OF THE CONCERNS AROUND PROFICIENCY TESTING, THE VALIDATION

12:07PM 7    OF THE ASSAYS, THE ISSUES THAT WE WERE HAVING WITH THE QUALITY

12:07PM 8    CONTROLS.  SO I JUST FIGURED THAT CONSIDERING THAT TYLER SHULTZ

12:07PM 9    HAD A CLOSER RELATIONSHIP WITH ELIZABETH HOLMES, THAT HE WAS

12:07PM 10   BASICALLY COMMUNICATING WITH HER.  SO I DIDN'T CONTACT HER

12:08PM 11   DIRECTLY.

12:08PM 12   Q.   I'LL ASK YOU TO TURN TO EXHIBIT 1660 IN YOUR BINDER,

12:08PM 13   PLEASE.  ONCE YOU'RE THERE, WOULD YOU LET ME KNOW IF YOU

12:08PM 14   RECOGNIZE THAT DOCUMENT.

12:08PM 15   A.   YES.

12:08PM 16   Q.   DID TYLER SHULTZ SHOW YOU THIS DOCUMENT WHEN YOU WERE

12:08PM 17   WORKING AT THERANOS OR AROUND THE TIME THAT YOU LEFT?

12:08PM 18   A.   YES.  AFTER MY MEETING WITH SUNNY BALWANI, I IMMEDIATELY

12:08PM 19   CONTACTED TYLER, AND WE WERE GOING TO HAVE DINNER WITH HIS

12:08PM 20   GRANDFATHER, GEORGE SHULTZ, AND BEFORE WE HAD DINNER HE HAD

12:08PM 21   SHOWED ME THIS EMAIL.

12:08PM 22   Q.   AND EXHIBIT 1660, IS THIS A TRUE AND CORRECT COPY OF THE

12:08PM 23   EMAIL THAT YOU WERE SHOWN BY TYLER SHULTZ TO ELIZABETH HOLMES?

12:08PM 24   A.   YES.

12:08PM 25        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

CHEUNG DIRECT BY MR. BOSTIC (RES.)                              974

12:08PM   1     ADMIT EXHIBIT 1660.

12:08PM   2              MR. WADE:  YOUR HONOR, WE RAISE THE SAME OBJECTIONS

12:08PM   3     WE RAISED PREVIOUSLY.

12:09PM   4              THE COURT:  ALL RIGHT.  THANK YOU.

12:09PM   5         LADIES AND GENTLEMEN, I'M GOING TO OVERRULE THE OBJECTION

12:09PM   6     AND ADMIT THIS FOR A LIMITED PURPOSE, THOUGH, LADIES AND

12:09PM   7     GENTLEMEN.

12:09PM   8         THIS IS A DOCUMENT -- IS IT JUST BATES STAMPED 7369,

12:09PM   9     COUNSEL?

12:09PM  10              MR. BOSTIC:  IT'S 7369 THROUGH 7374.

12:09PM  11              THE COURT:  I SEE.  ALL RIGHT.  THANK YOU.

12:09PM  12         LADIES AND GENTLEMEN, THIS IS GOING TO BE ADMITTED FOR A

12:09PM  13     LIMITED PURPOSE, AND THAT LIMITED PURPOSE IS ONLY TO SHOW

12:09PM  14     NOTICE, NOTICE AS TO MS. HOLMES.

12:09PM  15         IT'S NOT OFFERED FOR THE TRUTH OF THE MATTER ASSERTED IN

12:09PM  16     THE DOCUMENT ITSELF.  THE LIMITED PURPOSE IS TO SHOW NOTICE

12:09PM  17     ONLY, AND FOR THAT LIMITED PURPOSE IT WILL BE ADMITTED.

12:09PM  18         (GOVERNMENT'S EXHIBIT 1660 WAS ADMITTED.)

12:09PM  19              MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:09PM  20         MAY WE PUBLISH?

12:10PM  21              THE COURT:  YES.

12:10PM  22              MR. BOSTIC:  MS. HOLLIMAN, LET'S PROJECT

12:10PM  23     EXHIBIT 1660, PLEASE, THE FIRST PAGE.  THANK YOU.

12:10PM  24     Q.  MS. CHEUNG, ARE YOU LOOKING AT AN IMAGE OF THE EMAIL

12:10PM  25     TYLER SHULTZ SHOWED YOU IN 2014?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    975

| | | |
|---|---|---|
| 12:10PM | 1 | A.   YES. |
| 12:10PM | 2 | Q.   AND THIS IS AN EMAIL TO ELIZABETH HOLMES. |
| 12:10PM | 3 | DO YOU RECOGNIZE HER EMAIL ADDRESS THERE? |
| 12:10PM | 4 | A.   YES. |
| 12:10PM | 5 | Q.   AND IN THIS EMAIL IN THE FIRST PARAGRAPH HE MENTIONS |
| 12:10PM | 6 | ISSUES REGARDING OR DISCREPANCIES BETWEEN THERANOS CV'S? |
| 12:10PM | 7 | A.   UH-HUH. |
| 12:10PM | 8 | Q.   AND THE WAY THAT CV'S WERE CALCULATED.  IS CV A |
| 12:10PM | 9 | COEFFICIENT OF VARIATION LIKE WE DISCUSSED EARLIER? |
| 12:10PM | 10 | A.   YES. |
| 12:10PM | 11 | Q.   AND IS THIS RELATED TO THE ISSUE THAT WE DISCUSSED EARLIER |
| 12:10PM | 12 | WITH THE VARIABILITY IN THERANOS'S TESTS? |
| 12:11PM | 13 | A.   YES. |
| 12:11PM | 14 | Q.   LOOKING AT PARAGRAPH TWO, MR. SHULTZ SAYS TO MS. HOLMES |
| 12:11PM | 15 | THAT WHILE HE UNDERSTANDS CALCULATING CV BASED ON THE MEDIANS |
| 12:11PM | 16 | IS RELEVANT FOR COMPARING OUR SYSTEM TO SYSTEMS OF OUR |
| 12:11PM | 17 | COMPETITORS, THE FACT THAT THE CV OF OUR CUT-OFF LEVEL FOR |
| 12:11PM | 18 | SYPHILIS DROPS FROM 43 PERCENT TO 20 PERCENT BY MOVING FROM CV |
| 12:11PM | 19 | OF THE ENTIRE DATA SET TO CV OF THE MEDIANS TELLS ME THAT A |
| 12:11PM | 20 | SIGNIFICANT PORTION OF OUR DATA IS JUST NOISE. |
| 12:11PM | 21 | DO YOU SEE THAT? |
| 12:11PM | 22 | A.   YES. |
| 12:11PM | 23 | Q.   THE QUESTION IS, IS THIS A REFERENCE TO THE PRACTICE OF |
| 12:11PM | 24 | DELETING OUTLIERS AND TAKING AVERAGES OF MULTIPLE RESULTS THAT |
| 12:11PM | 25 | WE TALKED ABOUT EARLIER? |

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                      976

| | | |
|---|---|---|
| 12:11PM | 1 | A.   YES. |
| 12:11PM | 2 | MR. WADE:  OBJECTION, YOUR HONOR.  602. |
| 12:12PM | 3 | THE COURT:  OVERRULED.  THE ANSWER WILL REMAIN. |
| 12:12PM | 4 | BY MR. BOSTIC: |
| 12:12PM | 5 | Q.   AND, MS. CHEUNG, YOUR ANSWER WAS? |
| 12:12PM | 6 | A.   YES. |
| 12:12PM | 7 | Q.   MS. HOLLIMAN, LET'S ZOOM OUT AND ZOOM IN ON THE NEXT FEW |
| 12:12PM | 8 | PARAGRAPHS, PLEASE. |
| 12:12PM | 9 | LET'S CAPTURE FROM THERE DOWN TO THE BOTTOM.  THAT'S GOOD. |
| 12:12PM | 10 | THANK YOU. |
| 12:12PM | 11 | IN THE TOP PARAGRAPH HERE MR. SHULTZ EXPRESSES SOME |
| 12:12PM | 12 | CONCERNS ABOUT QUALITATIVE ASSAYS.  AND THERE'S A REFERENCE |
| 12:12PM | 13 | ABOUT TWO-THIRDS DOWN THE PARAGRAPH WHERE HE SAYS -- I MIGHT |
| 12:12PM | 14 | HAVE PUT THAT IN THE WRONG PLACE. |
| 12:12PM | 15 | BUT HE SAYS THE SECOND PROBLEM THAT I HAVE IS THAT OUR |
| 12:12PM | 16 | EQUIVOCAL ZONE IS ADJUSTED AND WIDENED UNTIL WE SEE THE |
| 12:12PM | 17 | SENSITIVITY AND SPECIFICITY THAT WE WANT TO REPORT. |
| 12:13PM | 18 | AND JUST BEFORE THAT SENTENCE THERE'S A LINE ABOVE IT THAT |
| 12:13PM | 19 | SAYS WE REPEAT AND DELETE RATHER THAN REPEAT AND ADD.  HE'S |
| 12:13PM | 20 | REFERENCING REPEATING AN EXPERIMENT. |
| 12:13PM | 21 | DO YOU HAVE KNOWLEDGE ABOUT A PRACTICE AT THERANOS THAT |
| 12:13PM | 22 | WOULD CORRESPOND TO THIS COMPLAINT? |
| 12:13PM | 23 | MR. WADE:  YOUR HONOR, IF I COULD JUST OBJECT TO THE |
| 12:13PM | 24 | FORM OF THE QUESTION AND ALSO JUST HAVE A STANDING OBJECTION ON |
| 12:13PM | 25 | 602. |

| | | |
|---|---|---|
| 12:13PM | 1 | THE COURT:  ALL RIGHT.  NOTED. |
| 12:13PM | 2 | THE COURT'S PREVIOUS ORDER AND RULING WILL REMAIN. |
| 12:13PM | 3 | YOU CAN ASK THE QUESTION. |
| 12:13PM | 4 | BY MR. BOSTIC: |
| 12:13PM | 5 | Q.  I'LL TAKE THAT OPPORTUNITY TO REFRAME AND ASK IT MORE |
| 12:13PM | 6 | DIRECTLY. |
| 12:13PM | 7 | THE LANGUAGE REFERENCING REPEATING AN EXPERIMENT AND |
| 12:13PM | 8 | SAYING WE REPEAT AND DELETE RATHER THAN REPEAT AND ADD. |
| 12:13PM | 9 | ARE YOU AWARE OF A PRACTICE AT THERANOS THAT FITS THAT |
| 12:13PM | 10 | DESCRIPTION? |
| 12:13PM | 11 | A.  YES.  SO THIS IS, THIS IS ALSO TALKING ABOUT ALSO THE |
| 12:13PM | 12 | OUTLIER DILUTION, RIGHT?  YOU JUST GET RID OF THE INFORMATION |
| 12:13PM | 13 | IN THE RUNS THAT AREN'T AMENABLE TO WHAT YOU'RE TRYING TO |
| 12:14PM | 14 | ACCOMPLISH. |
| 12:14PM | 15 | Q.  THE NEXT PARAGRAPH TALKS ABOUT THE ACCURACY OF THERANOS'S |
| 12:14PM | 16 | TESTS AND IN PARTICULAR WHETHER THE SYPHILIS TEST WAS TRULY THE |
| 12:14PM | 17 | MOST ACCURATE AND MOST PRECISE SYPHILIS TEST ON THE MARKET. |
| 12:14PM | 18 | DO YOU SEE THAT? |
| 12:14PM | 19 | A.  YES. |
| 12:14PM | 20 | Q.  AND HE RELAYS DANIEL YOUNG'S REPORT THAT THERANOS DOES NOT |
| 12:14PM | 21 | CLAIM TO HAVE THE MOST ACCURATE OR PRECISE TESTS. |
| 12:14PM | 22 | AND THEN MR. SHULTZ REFERENCES A HANDFUL OF ARTICLES THAT |
| 12:14PM | 23 | EXPLICITLY MAKES THESE CLAIMS. |
| 12:14PM | 24 | AROUND THIS TIME WERE YOU SEEING ANY ARTICLES OR PUBLIC |
| 12:14PM | 25 | MATERIALS ABOUT THERANOS THAT MADE CLAIMS ABOUT THE ACCURACY OF |

CHEUNG DIRECT BY MR. BOSTIC (RES.)                         978

12:14PM  1    THE TESTS?

12:14PM  2    A.   YES.

12:14PM  3    Q.   AND BASED ON YOUR EXPERIENCE AT THE COMPANY, WERE THE

12:14PM  4    CLAIMS THAT YOU WERE SEEING ACCURATE?

12:15PM  5    A.   NO.

12:15PM  6    Q.   MS. HOLLIMAN, LET'S GO TO THE BOTTOM PARAGRAPH ON THIS

12:15PM  7    PAGE.

12:15PM  8        MR. SHULTZ THEN RAISES A QUESTION OF THE CV OF THE ASSAYS;

12:15PM  9    IS THAT CORRECT?

12:15PM  10   A.   YES.

12:15PM  11   Q.   AND IN PARTICULAR HE SAYS OUR CLAIM OF HAVING LESS THAN

12:15PM  12   10 PERCENT CV FOR OUR ASSAYS.

12:15PM  13       DO YOU REMEMBER SEEING AT THIS TIME CONTENT ON THE

12:15PM  14   THERANOS ASSAY THAT BOASTED ABOUT OR TOUTED A CV OF LESS THAN

12:15PM  15   10 PERCENT?

12:15PM  16   A.   YES, IT WAS ON OUR WEBSITE.

12:15PM  17   Q.   YOU SAID IT WAS ON THE THERANOS WEBSITE?

12:15PM  18   A.   YES.

12:15PM  19   Q.   AT THIS TIME BASED ON YOUR EXPERIENCE TESTING THE CV'S,

12:16PM  20   DID THERANOS'S ASSAYS HAVE CV'S OF LESS THAN 10 PERCENT?

12:16PM  21   A.   NO.

12:16PM  22   Q.   AND IN PARTICULAR THE VITAMIN D ASSAY, DID IT HAVE AN

12:16PM  23   ESPECIALLY LOW CV OR A CV OF LESS THAN 10 PERCENT?

12:16PM  24   A.   NO.

12:16PM  25   Q.   REVIEWING THIS EMAIL, CAN YOU EXPLAIN HOW IT FACTORED INTO

979

CHEUNG DIRECT BY MR. BOSTIC (RES.)

12:16PM   1    YOUR DECISION WHETHER TO ATTEMPT TO SPEAK DIRECTLY WITH

12:16PM   2    MS. HOLMES?

12:16PM   3    A.   IT -- I FIGURED BECAUSE TYLER HAD A CLOSER RELATIONSHIP

12:16PM   4    WITH ELIZABETH HOLMES AND TO THE BOARD THAT IT WASN'T

12:16PM   5    NECESSARY, ESPECIALLY BECAUSE I HAD MORE CONTACT WITH THE COO

12:16PM   6    OF THE COMPANY, SUNNY BALWANI, AND I HAD ALSO TALKED TO THE

12:17PM   7    BOARD, SO AT THAT POINT I FIGURED IT WASN'T NECESSARY.

12:17PM   8    Q.   YOU ALSO MENTIONED THAT YOU HAD TALKED TO THE BOARD.  WHEN

12:17PM   9    DID YOU HAVE A CHANCE TO SPEAK TO ANY MEMBERS OF THE BOARD?

12:17PM  10    A.   SO AFTER MY CONVERSATION WITH SUNNY BALWANI, I HAD TALKED

12:17PM  11    TYLER SHULTZ AND TOLD HIM THAT I HAD TALKED TO SUNNY ABOUT MY

12:17PM  12    CONCERNS AND THAT IT WASN'T RECEIVED IN A WAY THAT I THOUGHT

12:17PM  13    THE ISSUES WERE ACTUALLY GOING TO BE ADDRESSED AND RESOLVED.

12:17PM  14         AND HE TOLD ME THAT HE WAS GETTING DINNER WITH HIS

12:17PM  15    GRANDFATHER TO DISCUSS BOTH OF THE ISSUES THAT WE HAD SEEN.

12:17PM  16         AND I SAID CAN I JOIN OR CAN I GO TO DINNER WITH YOU SO I

12:17PM  17    CAN TALK TO YOUR GRANDFATHER ABOUT WHAT WE ARE SEEING IN THE

12:17PM  18    CLINICAL LAB SPECIFICALLY?

12:17PM  19         AND WE WENT TO HIS GRANDFATHER'S HOUSE AND WENT IN THE

12:17PM  20    DOOR.  HIS WIFE WAS THERE, CHARLOTTE, AND HIM.

12:17PM  21         AND WE SAT DOWN AND HAD DINNER AND DISCUSSED ESSENTIALLY

12:17PM  22    WHAT WAS HAPPENING IN THE CLINICAL LAB, WHERE THERE WAS THIS

12:18PM  23    EXPECTATION THAT WHEN YOU GOT YOUR BLOOD TESTED AT THERANOS,

12:18PM  24    THAT IT WAS JUST A FINGERSTICK, THAT FINGERSTICK GOES INTO THE

12:18PM  25    CARTRIDGE, IT GOES INTO THE EDISON DEVICES, IT STARTS AND IT

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    980

12:18PM  1    RUNS, THAT THAT WASN'T THE REALITY OF THE SITUATION.

12:18PM  2        WHAT WAS REALLY HAPPENING WAS THAT CARTRIDGE WOULD BE

12:18PM  3    PULLED OUT OF THE EDISON DEVICES WHEN THE DEMO SAMPLES WERE

12:18PM  4    BEING CONDUCTED AND THAT BLOOD SAMPLE, THAT NANOTAINER WOULD BE

12:18PM  5    RUN BASICALLY IN THE BACK LABORATORY NORMANDY WHERE THERE WOULD

12:18PM  6    BE THIS TEAM OF THREE, FOUR DIFFERENT PEOPLE ON STANDBY TO

12:18PM  7    ESSENTIALLY RUN THAT NANOTAINER OR THE BLOOD SAMPLE ON THREE,

12:18PM  8    FOUR DIFFERENT DEVICES, AND SPECIFICALLY WITH THE EDISON

12:18PM  9    DEVICES THERE WERE SO MANY PROBLEMS OCCURRING WITH THE

12:18PM 10    HARDWARE, WITH THE SOFTWARE, WITH THE ASSAYS, WITH THE QUALITY

12:18PM 11    CONTROL, AND NOT ONLY THAT BUT THE TESTS WERE VERY, VERY

12:19PM 12    COMPLICATED AND THEY WERE NOT VERY EXPERIENCED PEOPLE SORT OF

12:19PM 13    RUNNING THEM.

12:19PM 14        SO IT WAS JUST TRYING TO ALERT HIM TO LET HIM KNOW THAT

12:19PM 15    WHAT THEY'RE TELLING YOU IS NOT WHAT IS GOING ON INTERNALLY.

12:19PM 16    AND THAT WAS ESSENTIALLY THE DISCUSSION THAT I HAD WITH

12:19PM 17    GEORGE SHULTZ AT HIS HOUSE AT DINNER.

12:19PM 18    Q.   AND WAS THAT BEFORE --

12:19PM 19        MR. WADE:  OBJECTION, YOUR HONOR.  IF I JUST MIGHT

12:19PM 20    FOR THE RECORD NOTE MY PRIOR OBJECTION AND THE MOTION TO STRIKE

12:19PM 21    THAT.

12:19PM 22        THE COURT:  THANK YOU.  SO NOTED.

12:19PM 23    BY MR. BOSTIC:

12:19PM 24    Q.   MS. CHEUNG, WAS THAT BEFORE OR AFTER YOU LEFT THERANOS?

12:19PM 25    A.   THIS WAS BEFORE I LEFT THERANOS.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          981

12:19PM   1    Q.   AND WE CAN TAKE THIS EXHIBIT DOWN.  THANK YOU,

12:19PM   2    MS. HOLLIMAN.

12:19PM   3         IN CONNECTION WITH MR. SHULTZ'S GRANDFATHER, WAS THAT

12:20PM   4    GEORGE SHULTZ?

12:20PM   5    A.   YES.

12:20PM   6    Q.   AND WHAT WAS HIS POSITION AT THERANOS AS YOU UNDERSTAND

12:20PM   7    IT?

12:20PM   8    A.   GEORGE SHULTZ WAS ONE OF THE BOARD MEMBERS AT THERANOS.

12:20PM   9    Q.   AND WHEN YOU HAD THIS CONVERSATION -- WELL, LET ME ASK, DO

12:20PM   10   YOU HAVE AN UNDERSTANDING OF WHAT HIS BACKGROUND HAD BEEN

12:20PM   11   BEFORE HE JOINED THE BOARD AT THERANOS?

12:20PM   12   A.   HE WAS THE EX-SECRETARY OF STATE DURING THE RONALD REAGAN

12:20PM   13   PRESIDENCY.

12:20PM   14   Q.   AND WHAT WAS HIS APPROXIMATE AGE DURING THE TIME OF THE

12:20PM   15   CONVERSATION THAT WE'VE BEEN DISCUSSING?

12:20PM   16   A.   I'M NOT TOO SURE, BUT ABOVE 70.

12:20PM   17   Q.   AND HAS GEORGE SHULTZ SUBSEQUENTLY PASSED AWAY?

12:20PM   18   A.   YES.

12:20PM   19   Q.   DID THERE COME A TIME AFTER YOU LEFT THERANOS WHEN YOU

12:20PM   20   RECEIVED A LETTER FROM A LAW FIRM REPRESENTING THE COMPANY?

12:20PM   21   A.   YES.

12:20PM   22   Q.   AND I'LL ASK YOU TO LOOK AT EXHIBIT 2567, PLEASE, IN YOUR

12:20PM   23   BINDER.

12:21PM   24        ONCE YOU'RE THERE, LET ME KNOW IF YOU RECOGNIZE THAT

12:21PM   25   DOCUMENT?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                      982

| | | |
|---|---|---|
| 12:21PM | 1 | A.   I DO. |
| 12:21PM | 2 | Q.   AND WHAT IS EXHIBIT 2567? |
| 12:21PM | 3 | A.   THIS IS A LETTER THAT I HAD RECEIVED -- I HAD RECEIVED |
| 12:21PM | 4 | FROM DAVID BOIES SCHILLER, A LAW FIRM REPRESENTING THERANOS. |
| 12:21PM | 5 | AND ESSENTIALLY THERE WAS SOMEONE IN AN SUV THAT WAS WAITING |
| 12:21PM | 6 | OUTSIDE OF MY WORKPLACE, AND A COUPLE OF MY COLLEAGUES HAD |
| 12:21PM | 7 | EFFECTIVELY SAID, "ERIKA, WE DON'T WANT YOU STAYING LATE AT |
| 12:21PM | 8 | WORK, WE WANT TO WALK YOU TO YOUR CAR, THERE'S BEEN THIS MAN |
| 12:21PM | 9 | SITTING IN A CAR ALL DAY, AND WE WANT TO MAKE SURE THAT YOU GET |
| 12:22PM | 10 | HOME SAFELY." |
| 12:22PM | 11 | SO WHEN I WALKED OUT OF MY EMPLOYER AT THE TIME, THE MAN |
| 12:22PM | 12 | JUMPED OUT OF THE CAR AND ESSENTIALLY HANDED ME THIS LETTER. |
| 12:22PM | 13 | AND I OPENED IT AND SAW THAT IT WAS A KIND OF WARNING FROM |
| 12:22PM | 14 | THERANOS'S LAWYER DAVID BOIES. |
| 12:22PM | 15 | Q.   IS EXHIBIT 2567 AND TRUE AND CORRECT COPY OF THE LETTER |
| 12:22PM | 16 | YOU RECEIVED THAT DAY? |
| 12:22PM | 17 | A.   YES. |
| 12:22PM | 18 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO |
| 12:22PM | 19 | ADMIT EXHIBIT 2567. |
| 12:22PM | 20 | MR. WADE:  YOUR HONOR, WE OBJECT UNDER 401 AND 403. |
| 12:22PM | 21 | THE COURT:  ALL RIGHT. |
| 12:22PM | 22 | MR. WADE:  AND HEARSAY.  802.  SORRY. |
| 12:22PM | 23 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 12:22PM | 24 | I'LL OVERRULE THE OBJECTION, AND THIS CAN BE ADMITTED. |
| 12:22PM | 25 | THE COURT FINDS THAT THE PROBATIVE VALUE OUTWEIGHS ANY |

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    983

12:22PM    1    PREJUDICIAL INTEREST, AND IT DOES EXPLAIN THE CONDUCT.

12:22PM    2         IT WILL BE ADMITTED, AND IT MAY BE PUBLISHED.

12:23PM    3         (GOVERNMENT'S EXHIBIT 2567 WAS RECEIVED IN EVIDENCE.)

12:23PM    4         MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:23PM    5         MS. HOLLIMAN, LET'S DISPLAY EXHIBIT 2567, PLEASE.  LET'S

12:23PM    6    ZOOM IN ON -- EXACTLY, THE TOP HALF OF THE PAGE.

12:23PM    7    Q.   MS. CHEUNG, THIS IS THE LETTER THAT YOU RECEIVED ON THAT

12:23PM    8    DAY?

12:23PM    9    A.   YES.

12:23PM   10    Q.   BY HAND DELIVERY?

12:23PM   11    A.   YES.

12:23PM   12    Q.   THE FIRST PARAGRAPH SAYS IN THE THIRD SENTENCE, "WE ALSO

12:23PM   13    HAVE REASON TO BELIEVE THAT YOU HAVE -- WELL, LET ME START AT

12:23PM   14    THE SECOND SENTENCE.

12:23PM   15         THE SECOND SENTENCE SAYS, "WE HAVE REASON TO BELIEVE THAT

12:23PM   16    YOU HAVE DISCLOSED CERTAIN OF THE COMPANY'S TRADE SECRETS AND

12:23PM   17    OTHER CONFIDENTIAL INFORMATION WITHOUT AUTHORIZATION.  WE ALSO

12:23PM   18    HAVE REASON TO BELIEVE THAT YOU HAVE DONE SO IN CONNECTION WITH

12:23PM   19    MAKING FALSE AND DEFAMATORY STATEMENTS ABOUT THE COMPANY FOR

12:23PM   20    THE PURPOSE OF HARMING ITS BUSINESS."

12:23PM   21         DO YOU RECALL AT THIS TIME OR DO YOU HAVE AN UNDERSTANDING

12:23PM   22    OF WHAT ACTIONS THIS LETTER WAS REFERRING TO?

12:23PM   23    A.   YES.

12:23PM   24    Q.   AND WHAT WAS YOUR UNDERSTANDING?

12:23PM   25    A.   MY UNDERSTANDING WAS THAT THERE WAS AN INVESTIGATIVE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                      984

12:24PM  1    REPORT BEING CONDUCTED BY "THE WALL STREET JOURNAL" AND

12:24PM  2    EFFECTIVELY WHEN I SAW THIS I THOUGHT IT WAS IN REFERENCE TO

12:24PM  3    THAT INVESTIGATIVE REPORT.

12:24PM  4    Q.  HAD YOU BEEN SPEAKING TO A JOURNALIST FOR "THE

12:24PM  5    WALL STREET JOURNAL" ABOUT THERANOS?

12:24PM  6    A.  YES.

12:24PM  7    Q.  AND THE LETTER SAYS, "WE HAVE REASON TO BELIEVE THAT YOU

12:24PM  8    HAVE DONE SO IN CONNECTION WITH MAKING FALSE AND DEFAMATORY

12:24PM  9    STATEMENTS ABOUT THE COMPANY FOR THE PURPOSE OF HARMING ITS

12:24PM 10    BUSINESS."

12:24PM 11        WAS THAT YOUR PURPOSE IN HAVING THESE CONVERSATIONS WITH

12:24PM 12    THE JOURNALIST?

12:24PM 13    A.  THAT WASN'T MY PURPOSE OR MY INTENTION.  I FELT AT THAT

12:24PM 14    MOMENT IN TIME THAT I HAD DONE A LOT TO REPORT INTERNALLY IN

12:24PM 15    THE COMPANY OF THE ISSUES IN REGARDS TO WHAT WAS HAPPENING WITH

12:24PM 16    PATIENT PROCESSING AND HAD TALKED TO EVERYONE I POSSIBLY COULD

12:24PM 17    HAVE.

12:24PM 18        AND WHEN I WAS APPROACHED BY THE JOURNALIST, I FELT

12:24PM 19    HOPEFUL THAT MAYBE PEOPLE COULD ACTUALLY SEE THE TRUTH OF WHAT

12:25PM 20    WAS GOING ON WITH THESE PATIENT SAMPLES BECAUSE I WAS STILL IN

12:25PM 21    DISCUSSION WITH PEOPLE WORKING IN THE COMPANY AND UNDERSTOOD

12:25PM 22    THAT THE EDISONS WERE STILL BEING USED TO PROCESS PATIENT

12:25PM 23    SAMPLES.

12:25PM 24        AND SO FOR ME IT SEEMED KIND OF AS A FINAL RESORT TO GET

12:25PM 25    THE TRUTH OUT ABOUT WHAT WAS HAPPENING WITH ALL OF THESE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                      985

12:25PM  1    PATIENT SAMPLES.

12:25PM  2    Q.   DID YOU UNDERSTAND THAT BY TAKING THOSE STEPS YOU MIGHT

12:25PM  3    FACE LEGAL CONSEQUENCES OR POSSIBLE LITIGATION?

12:25PM  4    A.   YES.

12:25PM  5    Q.   DID YOU UNDERSTAND THAT THIS LETTER CONTAINED A THREAT OF

12:25PM  6    LITIGATION AGAINST YOU?

12:25PM  7    A.   YES.

12:25PM  8    Q.   YOU SAID I THINK SOMETHING LIKE THIS WAS AN ULTIMATE STEP.

12:25PM  9    BUT AFTER THIS DID YOU, IN FACT, REPORT INFORMATION ABOUT

12:25PM 10    THERANOS TO OTHER INDIVIDUALS?

12:25PM 11    A.   YES, I DID.

12:25PM 12    Q.   AND WHO ELSE DID YOU CONTACT TO REPORT ON THERANOS?

12:26PM 13    A.   I CONTACTED REGULATORS, THE HEALTH REGULATORS THAT ARE IN

12:26PM 14    CHARGE OF PROVIDING THE CERTIFICATION FOR LAB PROCESSING TO

12:26PM 15    ALLOW LABS TO PROCESS PATIENTS.

12:26PM 16    Q.   AND YOU SAID THAT THE NAME OF THAT ORGANIZATION WAS?

12:26PM 17    A.   CMS.  SO IT'S THE CENTER OF MEDICARE AND MEDICAID

12:26PM 18    SERVICES.

12:26PM 19    Q.   IS THAT A GOVERNMENTAL REGULATORY AGENCY?

12:26PM 20    A.   YES.

12:26PM 21    Q.   AND DO YOU RECALL WHEN IT WAS THAT YOU FIRST CONTACTED CMS

12:26PM 22    ABOUT THERANOS?

12:26PM 23    A.   I CONTACTED THEM ALMOST IMMEDIATELY, AFTER RECEIVING THIS

12:26PM 24    LETTER FROM DAVID BOIES, BY PHONE.  AND THEN I ACTUALLY FILED

12:26PM 25    AN OFFICIAL COMPLAINT PROBABLY A COUPLE MONTHS, MAYBE A LITTLE

CHEUNG DIRECT BY MR. BOSTIC (RES.)

| | | |
|---|---|---|
| 12:26PM | 1 | LONGER, I THINK IN SEPTEMBER. |
| 12:26PM | 2 | Q.   AND DID THE INFORMATION THAT YOU PROVIDED CMS GENERALLY |
| 12:26PM | 3 | ADDRESS THE TOPICS AND CONCERNS THAT WE'VE TALKED ABOUT TODAY |
| 12:27PM | 4 | AND YESTERDAY? |
| 12:27PM | 5 | A.   YES. |
| 12:27PM | 6 | MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR? |
| 12:27PM | 7 | THE COURT:  YES, YOUR HONOR. |
| 12:27PM | 8 | (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.) |
| 12:27PM | 9 | BY MR. BOSTIC: |
| 12:27PM | 10 | Q.   MS. CHEUNG, ARE YOU CURRENTLY EMPLOYED? |
| 12:27PM | 11 | A.   YES. |
| 12:27PM | 12 | Q.   AND WHAT IS YOUR CURRENT OCCUPATION? |
| 12:27PM | 13 | A.   RIGHT NOW I'M RUNNING MY OWN ORGANIZATION, SO I'M RUNNING |
| 12:27PM | 14 | A NONPROFIT. |
| 12:27PM | 15 | Q.   AND JUST IN GENERAL TERMS, WHAT IS THE ACTIVITY OF THAT |
| 12:27PM | 16 | NONPROFIT? |
| 12:27PM | 17 | MR. WADE:  OBJECTION, YOUR HONOR.  401 AND 403, AND |
| 12:27PM | 18 | I'D LIKE TO APPROACH. |
| 12:27PM | 19 | THE COURT:  I'M NOT SURE WHAT THE RELEVANCE OF THIS |
| 12:27PM | 20 | IS, MR. BOSTIC. |
| 12:27PM | 21 | MR. BOSTIC:  YOUR HONOR, I'M HAPPY TO APPROACH. |
| 12:27PM | 22 | MY UNDERSTANDING IS THAT HER CURRENT ROLE IS PARTLY OR IN |
| 12:28PM | 23 | FULL RESPONSE TO HER EXPERIENCES AT THERANOS. |
| 12:33PM | 24 | THE COURT:  ALL RIGHT.  WHY DON'T I SEE THE TWO OF |
| 12:33PM | 25 | YOU HERE AT SIDE-BAR. |

987
CHEUNG DIRECT BY MR. BOSTIC (RES.)

12:33PM  1        LADIES AND GENTLEMEN, YOU CAN STAND AND STRETCH AND DON'T

12:33PM  2   LEAVE THE COURTROOM.

12:33PM  3        (STRETCHING.)

12:33PM  4        (SIDE-BAR CONFERENCE ON THE RECORD.)

12:33PM  5            THE COURT:  OKAY.  WE'RE ON THE RECORD.  WE'RE

12:33PM  6   OUTSIDE OF THE PRESENCE OF THE JURY.

12:33PM  7            THE CLERK:  I'M TRYING TO GIVE YOU MORE LIGHT.

12:33PM  8            THE COURT:  WE ARE HERE TO DISCUSS THIS.

12:33PM  9        MR. WADE.

12:33PM 10            MR. WADE:  MAYBE COUNSEL CAN PROFFER EXACTLY WHAT IT

12:33PM 11   IS HE INTENDS TO ELICIT AND THE RELEVANCE OF IT.

12:33PM 12        MY UNDERSTANDING IS THAT PART OF MS. CHEUNG'S STORY, IF

12:33PM 13   YOU WILL, IS THAT SHE FOUNDED AN ETHICS ORGANIZATION OF SOME

12:33PM 14   KIND, AND SHE SUGGESTS THAT THAT'S IN RESPONSE TO THERANOS AND

12:33PM 15   IT'S PART OF HER NEW MISSION.

12:33PM 16        I JUST THINK THAT, YOU KNOW, AS WE'VE NOTED IN THE RECORD

12:33PM 17   SO FAR, MUCH OF THIS EVIDENCE IS FAR BEYOND -- IS TOTALLY

12:33PM 18   IRRELEVANT.  IT'S HIGHLY PREJUDICIAL, THINGS THAT HAVE COME IN

12:33PM 19   THUS FAR.  WE HAVE NOTED OUR OBJECTIONS, AND WE CONTINUE TO

12:33PM 20   OBJECT ON THOSE ISSUES.

12:33PM 21        BUT THERE'S NO RELEVANCE WHATSOEVER TO A MATERIAL FACT IN

12:33PM 22   THE CASE WITH RESPECT TO HER WORK AT THIS ORGANIZATION.  IT'S

12:33PM 23   EXTREMELY PREJUDICIAL UNDER 401 AND 403.

12:33PM 24            MR. BOSTIC:  I THINK TO THE EXTENT HER DECISION TO

12:33PM 25   COMMIT HER CAREER TO THESE ISSUES SPEAKS TO THE IMPACT AND THE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                988

12:33PM 1    SERIOUSNESS OF THE ISSUES THAT SHE OBSERVED AT THERANOS IN HER

12:33PM 2    MIND.  I THINK THAT IS RELEVANT.

12:33PM 3        IF THE COURT DECIDES TO KEEP IT OUT OR IT'S NOT RELEVANT,

12:33PM 4    I ASSUME THAT THE DEFENSE WOULD ALSO NOT BE PERMITTED TO GO

12:33PM 5    INTO THAT TOPIC ON CROSS-EXAMINATION.

12:33PM 6            MR. WADE:  WE HAVE NO INTENTION OF GOING INTO THE

12:33PM 7    TOPIC.  IT'S HER STATE OF MIND AND HOW IT AFFECTED HER FUTURE

12:33PM 8    LIFE IN THE WORLD IS JUST NOT RELEVANT TO THIS.

12:33PM 9            THE COURT:  THANK YOU.  MY QUESTION IS THE RELEVANCE

12:33PM 10   OF HER POST EMPLOYMENT STATE OF MIND AND HOW THAT IS RELEVANT

12:33PM 11   TO THE EVENTS THAT SHE'S TESTIFIED TO ALREADY.

12:33PM 12       IF IT IS THAT SHE IS -- SHE CREATED A NONPROFIT REGARDING

12:33PM 13   ETHICS AND BUSINESS I ASSUME IT IS?

12:33PM 14           MR. BOSTIC:  IT IS STARTUPS, I BELIEVE.

12:33PM 15           THE COURT:  RIGHT.  I'M NOT SURE THAT'S RELEVANT TO

12:33PM 16   THE ISSUES OF YOUR PROSECUTION, WHAT SHE'S DONE AFTERWARDS.

12:33PM 17           MR. BOSTIC:  I WOULD SAY --

12:33PM 18           THE COURT:  I'M INCLINED TO SUSTAIN THE OBJECTION,

12:33PM 19   BUT GO AHEAD.

12:33PM 20           MR. BOSTIC:  UNDERSTOOD.  I WOULD SAY THAT HER

12:33PM 21   ACTIONS AFTERWARDS SPEAK TO HER STATE OF MIND DURING THE

12:33PM 22   RELEVANT TIME PERIOD, BUT IF NEITHER PARTY GOES INTO THIS,

12:33PM 23   THAT'S FINE.  I DON'T THINK IT'S ESSENTIAL THAT THE JURY HEARS

12:33PM 24   ABOUT IT.

12:33PM 25           THE COURT:  IF SHE TESTIFIES THAT SHE'S DOING OTHER

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    989

12:33PM  1    WORK OR SOMETHING LIKE THAT, THAT'S FINE.  I DON'T THINK

12:33PM  2    THERE'S ANY OBJECTION.

12:33PM  3         MR. WADE:  I JUST WANT TO BE CAREFUL BECAUSE THERE

12:33PM  4    ARE SMALL QUESTIONS THAT ARE BEING ASKED HERE, AND THEY'RE

12:33PM  5    ELICITING A NARRATIVE THAT IS LONG.

12:33PM  6         SO I DON'T WANT TO -- I WOULD ASK THAT THE WITNESS BE CUT

12:33PM  7    OFF BY THE COURT IF SHE STARTS TO GO INTO THIS.  I DON'T WANT

12:33PM  8    TO BE IN A POSITION TO CUT OFF THE WITNESS, BUT IF THERE'S A

12:33PM  9    QUESTION ABOUT ARE YOU CONTINUING TO WORK?  WELL, SHE'S BEEN

12:33PM  10   CUED UP TO GIVE THIS ANSWER, AND SHE COULD VERY WELL GIVE THE

12:33PM  11   WHOLE ANSWER.

12:33PM  12        IF COUNSEL WANTS TO ASK A LEADING QUESTION TO KIND OF CAP

12:33PM  13   IT OFF THAT IS A YES OR NO THAT DOESN'T GO INTO THIS, I HAVE NO

12:33PM  14   OBJECTION.

12:33PM  15        THE COURT:  I THINK THE POINT IS THAT SHE'S NOT IN

12:33PM  16   LAB WORK PER SE, SHE'S NOT WORKING IN A LAB ANYMORE, SHE'S

12:33PM  17   DOING SOMETHING ELSE.

12:33PM  18        MR. BOSTIC:  CORRECT.

12:33PM  19        THE COURT:  I THINK THAT'S FAIR.

12:33PM  20        MR. BOSTIC:  IT IS MY INTENTION TO ASK A NARROWED

12:33PM  21   QUESTION TO CAP THINGS OFF AS COUNSEL SAYS.

12:33PM  22        THE COURT:  AND YOU'RE DONE THEN?

12:33PM  23        MR. BOSTIC:  CORRECT.

12:33PM  24        THE COURT:  AND THEN WE HAVE ABOUT 15 MINUTES.

12:33PM  25        MR. WADE:  CORRECT.  DO YOU WANT ME TO START?

CHEUNG CROSS BY MR. WADE                                        990

12:33PM   1            THE COURT:  I DO.  THANK YOU VERY MUCH.

12:33PM   2        (END OF DISCUSSION AT SIDE-BAR.)

12:33PM   3            THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

12:33PM   4    ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.  THE

12:33PM   5    WITNESS IS ON THE STAND.

12:33PM   6        I'LL SUSTAIN THE OBJECTION.  THE OBJECTION IS SUSTAINED.

12:33PM   7        YOU CAN ASK ANOTHER QUESTION, THOUGH, MR. BOSTIC.

12:33PM   8    BY MR. BOSTIC:

12:33PM   9    Q.   MS. CHEUNG, YOU NO LONGER WORK IN LAB TESTING; IS THAT

12:33PM   10   CORRECT?

12:33PM   11   A.   THAT IS CORRECT.

12:33PM   12   Q.   AND YOU'RE NOW SELF-EMPLOYED AT A NONPROFIT; IS THAT

12:33PM   13   CORRECT?

12:33PM   14   A.   THAT IS CORRECT.

12:33PM   15            MR. BOSTIC:  NO FURTHER QUESTIONS, YOUR HONOR.

12:33PM   16            THE COURT:  ALL RIGHT.  THANK YOU.

12:33PM   17        CROSS-EXAMINATION?

12:33PM   18            MR. WADE:  I DO, YOUR HONOR.

12:34PM   19        (PAUSE IN PROCEEDINGS.)

12:34PM   20            MR. WADE:  YOUR HONOR, MAY I APPROACH THE WITNESS?

12:34PM   21            THE COURT:  YES.

12:34PM   22            MR. WADE:  (HANDING.)

12:34PM   23        YOUR HONOR, MAY I PROCEED?

12:34PM   24            THE COURT:  YES, PLEASE.

12:35PM   25                        **CROSS-EXAMINATION**

12:35PM   1    BY MR. WADE:

12:35PM   2    Q.   GOOD AFTERNOON, MS. CHEUNG.

12:35PM   3    A.   GOOD AFTERNOON.

12:35PM   4    Q.   MY NAME IS LANCE WADE, AND I REPRESENT MS. HOLMES.  I'M

12:35PM   5    GOING TO ASK YOU A FEW QUESTIONS RELATING TO THE TOPICS THAT

12:35PM   6    YOU'VE TESTIFIED TO HERE TODAY.

12:35PM   7    A.   OKAY.

12:35PM   8    Q.   I'D LIKE TO START BY ASKING YOU SOME QUESTIONS ABOUT YOUR

12:35PM   9    WORK IN THE R&D LAB.

12:35PM   10   A.   OKAY.

12:35PM   11   Q.   THAT'S WHERE YOU STARTED WORK AT THERANOS?

12:35PM   12   A.   YES, THAT'S CORRECT.

12:35PM   13   Q.   AND WHAT WAS YOUR POSITION THERE?

12:35PM   14   A.   MY POSITION THERE WAS A LAB ASSOCIATE.

12:35PM   15   Q.   AND TO WHOM DID YOU REPORT?

12:35PM   16   A.   WHEN I FIRST STARTED WORKING WITHIN THE RESEARCH AND

12:35PM   17   DEVELOPMENT LAB.

12:35PM   18   Q.   YES.

12:35PM   19   A.   WAS SHARADA SIVARAMAN AND EMMA.

12:35PM   20   Q.   AND IS IT --

12:35PM   21        THE COURT:  EXCUSE ME.  CAN YOU PULL THE MICROPHONE

12:35PM   22   A LITTLE BIT CLOSER.

12:35PM   23        THE WITNESS:  YEAH.  SORRY.  I APOLOGIZE.

12:35PM   24        THE COURT:  THAT IS GOOD.  THANK YOU.

12:35PM   25   BY MR. WADE:

| | | |
|---|---|---|
| 12:35PM | 1 | Q.   IS THAT DR. SIVARAMAN? |
| 12:35PM | 2 | A.   YES. |
| 12:35PM | 3 | Q.   AND DO YOU KNOW WHAT HER TRAINING IS IN? |
| 12:35PM | 4 | A.   I KNOW SHE HAS A PH.D., BUT I DON'T REMEMBER IN WHAT. |
| 12:35PM | 5 | Q.   WAS IT IN IMMUNOLOGY MAYBE? |
| 12:36PM | 6 | A.   I'M NOT SURE.  I COULDN'T CONFIRM THAT. |
| 12:36PM | 7 | Q.   OKAY.  BUT DR. SIVARAMAN WASN'T YOUR DIRECT REPORT? |
| 12:36PM | 8 | A.   MY -- |
| 12:36PM | 9 | Q.   YOU DIDN'T DIRECTLY REPORT TO DR. SIVARAMAN? |
| 12:36PM | 10 | A.   I DID AS A LAB ASSOCIATE. |
| 12:36PM | 11 | Q.   AND YOU MENTIONED EMMA? |
| 12:36PM | 12 | A.   OH, WE HAD TEAM LEADS.  SO FOR CERTAIN PROJECTS WE |
| 12:36PM | 13 | INTERACT WITH EMMA, WHO WAS THE TEAM LEAD SCIENTIST.  AND THEN |
| 12:36PM | 14 | FOR OTHER PROJECTS WE WOULD INTERACT DIRECTLY WITH SHARADA. |
| 12:36PM | 15 | Q.   AND WHEN YOU SAY, "TEAM LEAD," WHAT TEAM WAS EMMA -- WHAT |
| 12:36PM | 16 | WAS EMMA'S LAST NAME? |
| 12:36PM | 17 | A.   I THINK IT'S EMMA LIU, L-I-U. |
| 12:36PM | 18 | Q.   IT EMMA LIU, ALSO A PH.D., DR. LIU? |
| 12:36PM | 19 | A.   YES. |
| 12:36PM | 20 | Q.   AND WHAT TEAM DID DR. LIU LEAD WITHIN R&D? |
| 12:36PM | 21 | A.   WE WERE ALL INVOLVED IN THE ELISA TEAM. |
| 12:36PM | 22 | Q.   YOU SAY "WE"? |
| 12:36PM | 23 | A.   EMMA LIU, SHARADA SIVARAMAN, AND MYSELF. |
| 12:37PM | 24 | Q.   AND WE'LL TRY TO SEPARATE OUR QUESTIONS AND ANSWERS HERE |
| 12:37PM | 25 | JUST TO MAKE OUR LIFE EASIER FOR THE COURT REPORTER.  I'LL DO |

CHEUNG CROSS BY MR. WADE                                    993

12:37PM   1    MY BEST, OKAY?

12:37PM   2    A.   OKAY.

12:37PM   3    Q.   AND DO YOU RECALL WHO ELSE WAS ON THAT TEAM?

12:37PM   4    A.   YES.

12:37PM   5    Q.   WHO?

12:37PM   6    A.   DO YOU WANT THE -- IS THERE A PARTICULAR STRUCTURE THAT

12:37PM   7    YOU WOULD PREFER?

12:37PM   8    Q.   WELL, WHO LED -- WHO IS THE LEADER OF THE ELISA TEAM?  WAS

12:37PM   9    IT DR. LIU?

12:37PM   10   A.   DR. SIVARAMAN.

12:37PM   11   Q.   SIVARAMAN.  AND THEN DR. LIU WAS UNDERNEATH DR. SIVARAMAN?

12:37PM   12   A.   YEAH.  SO EMMA WAS BELOW RAN, R-A-N, H-U, NAHAL.  AND TO

12:38PM   13   MY RECOLLECTION THOSE WERE THE THREE THAT I REMEMBER AT THIS

12:38PM   14   MOMENT.

12:38PM   15   Q.   AND DO YOU HAVE A BINDER UP THERE THAT I HANDED YOU,

12:38PM   16   MS. CHEUNG?

12:38PM   17   A.   I DO.

12:38PM   18   Q.   AND INSIDE OF THE BINDER WITHIN THE FRONT COVER I THINK

12:38PM   19   THERE'S A DOCUMENT, EXHIBIT 1176.

12:38PM   20   A.   UM -- OH, I SEE.

12:38PM   21   Q.   DO YOU SEE THAT?

12:38PM   22   A.   YES.

12:38PM   23   Q.   AND DOES THIS DOCUMENT REFRESH YOUR RECOLLECTION AS TO THE

12:38PM   24   CORE ELISA TEAM?

12:38PM   25   A.   YES.

CHEUNG CROSS BY MR. WADE                                        994

| | | |
|---|---|---|
| 12:38PM | 1 | Q.   AND COULD YOU IDENTIFY, COULD YOU IDENTIFY THOSE TEAM |
| 12:38PM | 2 | MEMBERS FOR THE RECORD, PLEASE? |
| 12:38PM | 3 | A.   YES.  SO READ OUT THE TEAM MEMBERS AND THEIR PROSPECTIVE |
| 12:39PM | 4 | ROLES? |
| 12:39PM | 5 | Q.   YEAH.  I'M JUST TRYING TO UNDERSTAND THE TYPE OF TEAM THAT |
| 12:39PM | 6 | YOU WERE WORKING ON IN R&D.  AND SO IF YOU COULD IDENTIFY THE |
| 12:39PM | 7 | TEAM MEMBERS, THAT WOULD BE HELPFUL? |
| 12:39PM | 8 | A.   OKAY.  SO THE CORE TEAM MEMBERS THAT ARE LISTED HERE, IT |
| 12:39PM | 9 | SAYS CORE ELISA TEAM. |
| 12:39PM | 10 | SO WHEN I STARTED WORKING IN THE RESEARCH AND DEVELOPMENT |
| 12:39PM | 11 | TEAM, WE HAD THE CORE ELISA TEAM THAT WAS PERMANENTLY |
| 12:39PM | 12 | POSITIONED THERE, BUT THEY NEEDED A LOT OF HELP.  SO THERE WERE |
| 12:39PM | 13 | OTHER MEMBERS OF OTHER GROUPS AT THERANOS THAT WERE ALSO |
| 12:39PM | 14 | INVOLVED, AND HENCE WHY THIS EMAIL STATES THE CORE ELISA TEAM. |
| 12:39PM | 15 | SO AT THE TOP THERE WAS SHARADA, WHO WAS SORT OF THE HEAD |
| 12:39PM | 16 | OF THE ELISA TEAM. |
| 12:39PM | 17 | AND THEN RAN, AMY, LING. |
| 12:39PM | 18 | RAN WAS A TEAM LEAD. |
| 12:39PM | 19 | I DON'T REMEMBER AMY ALL THAT WELL. |
| 12:39PM | 20 | LING WAS A PH.D. AS WELL. |
| 12:39PM | 21 | SALINA WAS A RESEARCH ASSOCIATE. |
| 12:40PM | 22 | EMMA WAS A TEAM LEAD, ALSO PH.D. |
| 12:40PM | 23 | NAHAL WAS ANOTHER TEAM LEAD.  SHE WAS ALSO A PH.D. |
| 12:40PM | 24 | TIFFANY I BELIEVE WAS A RESEARCH ASSOCIATE. |
| 12:40PM | 25 | MICHELLE WAS A RESEARCH ASSOCIATE. |

CHEUNG CROSS BY MR. WADE                                                995

| | | |
|---|---|---|
| 12:40PM | 1 | ALSO TIFFANY AND MICHELLE HAD PH.D.'S. |
| 12:40PM | 2 | NILI J WAS -- I DON'T REMEMBER HER POSITION. |
| 12:40PM | 3 | UYEN DO WAS A LAB ASSOCIATE AS WELL, BUT SHE HAD PROBABLY |
| 12:40PM | 4 | ABOUT ONE TO TWO YEARS EXPERIENCE.  SO SHE HAD WORKED IN THE |
| 12:40PM | 5 | COMPANY FOR A WHILE. |
| 12:40PM | 6 | SAMANTHA AS WELL WAS A LAB ASSOCIATE.  SHE WORKED WITHIN |
| 12:40PM | 7 | THE COMPANY FOR QUITE -- MAYBE ONE TO TWO YEARS. |
| 12:40PM | 8 | DARREN WAS ALSO A LAB ASSOCIATE.  HE WORKED IN THE COMPANY |
| 12:40PM | 9 | FOR ONE TO TWO YEARS. |
| 12:40PM | 10 | ANDREW KIM AS WELL WAS A LAB ASSOCIATE, AND HE MAY HAVE |
| 12:40PM | 11 | EVEN WORKED A LITTLE BIT LONGER THAN TWO YEARS. |
| 12:40PM | 12 | Q.  AND YOU JUST IDENTIFIED THE CORE ELISA TEAM? |
| 12:40PM | 13 | A.  THAT'S THE CORE ELISA TEAM, YES. |
| 12:41PM | 14 | MR. WADE:  YOUR HONOR, WE'LL MOVE TO ADMIT THIS BY |
| 12:41PM | 15 | STIPULATION. |
| 12:41PM | 16 | THE COURT:  THIS IS 1176? |
| 12:41PM | 17 | MR. WADE:  YES. |
| 12:41PM | 18 | THE COURT:  ANY OBJECTION? |
| 12:41PM | 19 | MR. BOSTIC:  NO OBJECTION. |
| 12:41PM | 20 | THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED. |
| 12:41PM | 21 | (GOVERNMENT'S EXHIBIT 1176 WAS RECEIVED IN EVIDENCE.) |
| 12:41PM | 22 | BY MR. WADE: |
| 12:41PM | 23 | Q.  IT MIGHT BE EASIER FOR THE JURY TO FOLLOW IF WE SHOW THEM |
| 12:41PM | 24 | THE DOCUMENT. |
| 12:41PM | 25 | A.  OKAY. |

CHEUNG CROSS BY MR. WADE                                                    996

```
12:41PM   1    Q.   AS WE PULL THAT UP, THE TEAM THAT WE JUST IDENTIFIED IS

12:41PM   2    THE CORE ELISA TEAM IDENTIFIED THERE?

12:41PM   3    A.   YES.

12:41PM   4    Q.   AND WHAT WERE THE -- DESCRIBE THE WORK OF THE CORE ELISA

12:41PM   5    TEAM AT THE TIME YOU JOINED THE COMPANY?

12:41PM   6    A.   AT THE TIME I JOINED THE COMPANY THE CORE ROLE WAS THE

12:41PM   7    DEVELOPMENT OF NEW BIOCHEMICAL TESTS, AND THE SECONDARY ROLE

12:42PM   8    WAS THE VALIDATION EXPERIMENTS THAT WE TALKED ABOUT EARLIER,

12:42PM   9    ESSENTIALLY OF ASSAYS THAT HAD ALREADY BEEN DEVELOPED FOR THE

12:42PM  10    EDISON DEVICES AND ALL OF THE SURROUNDING RESPONSIBILITIES THAT

12:42PM  11    COME WITH THOSE SORT OF KEY FUNCTIONS.

12:42PM  12    Q.   AND THE ASSAY WORK THAT THIS TEAM WAS DOING WAS FOCUSSED

12:42PM  13    ON DEVELOPING SMALL SAMPLE ASSAYS?

12:42PM  14    A.   ON THE FINGERSTICK ASSAYS, YES.

12:42PM  15    Q.   AND DO YOU RECALL ABOUT HOW MANY FINGERSTICK ASSAYS THAT

12:42PM  16    THEY HAD DEVELOPED IN R&D AT THIS TIME?

12:42PM  17    A.   IN TERMS OF WHAT WAS IN DEVELOPMENT OR WHAT WAS BEING

12:42PM  18    VALIDATED FOR THE CLINICAL LAB?

12:42PM  19    Q.   NO.   WHAT WAS IN DEVELOPMENT WITHIN R&D?

12:42PM  20    A.   WHAT WAS IN DEVELOPMENT FOR R&D?  I CAN'T BE CERTAIN ABOUT

12:42PM  21    THE NUMBER, BUT WHEN I WAS THERE, THERE WAS PROBABLY ABOUT 12.

12:43PM  22    Q.   JUST 12 ASSAYS IN DEVELOPMENT IN R&D.

12:43PM  23    A.   YES.

12:43PM  24    Q.   AND IF YOU LOOK AT THE NEW ELISA MEMBERS THERE ARE THREE

12:43PM  25    ADDITIONAL MEMBERS THERE:  MELISSA, JAMIE LIU, AND YOURSELF;
```

12:43PM   1    CORRECT?

12:43PM   2    A.   THAT IS CORRECT.

12:43PM   3    Q.   AND DO YOU KNOW MELISSA'S LAST NAME?

12:43PM   4    A.   MCCARTHY.

12:43PM   5    Q.   MCCARTHY.

12:43PM   6         AND THIS IS A NEW ELISA TEAM.  THIS IS RIGHT AROUND THE

12:43PM   7    TIME YOU JOINED THE COMPANY?

12:43PM   8    A.   YES.

12:43PM   9    Q.   AND THAT'S WHY THEY'RE IDENTIFYING YOU AS NEW?

12:43PM  10    A.   YES.

12:43PM  11    Q.   AND THE NEXT PART OF THE EMAIL IDENTIFIES THE BINDERS

12:43PM  12    TEAM.

12:43PM  13         AND YOU TALKED A LITTLE BIT ABOUT BINDERS ON YOUR DIRECT

12:43PM  14    TESTIMONY.

12:43PM  15         DO YOU RECALL THAT?

12:43PM  16    A.   YES.

12:43PM  17    Q.   AND CAN YOU EXPLAIN TO US WHAT WORK THE BINDERS TEAM DID

12:43PM  18    IN CONNECTION WITH THE ELISA WORK AND THE R&D WORK?

12:44PM  19    A.   YES.

12:44PM  20         SO IN ORDER TO RUN AN ELISA YOU HAVE TO HAVE ANTIBODIES

12:44PM  21    AND VARIOUS TYPES OF REAGENTS IN ORDER TO BE ABLE TO DO THAT.

12:44PM  22         SO BINDERS WORKED VERY CLOSELY WITH THE ELISA TEAM BECAUSE

12:44PM  23    DEPENDING ON WHAT TYPE OF ASSAY YOU WERE RUNNING, YOU NEEDED TO

12:44PM  24    HAVE THAT PRECURSOR COATING IN ORDER TO EFFECTIVELY RUN THE

12:44PM  25    ELISA'S EDISON TEST.

CHEUNG CROSS BY MR. WADE                                           998

12:44PM  1          BINDERS WAS SEPARATED FROM ELISA, BUT THERE WAS A PERIOD

12:44PM  2    THAT BINDERS HAD COMBINED WITH ELISA BECAUSE WE NEEDED HELP

12:44PM  3    RUNNING THE VALUATION STUDIES?

12:44PM  4    Q.   OKAY.  AND IS THIS LIST THAT IS IDENTIFIED IN

12:44PM  5    EXHIBIT 1176, IS THAT TO THE BEST OF YOUR RECOLLECTION AN

12:44PM  6    ACCURATE REFLECTION OF THE BINDERS TEAM AT THE TIME YOU JOINED

12:44PM  7    THE COMPANY?

12:44PM  8    A.   YES.

12:44PM  9    Q.   AND THERE ARE 11 PEOPLE IDENTIFIED THERE; IS THAT RIGHT?

12:45PM  10   A.   YES.

12:45PM  11   Q.   AND THE FIRST ONE BEING SURAJ.

12:45PM  12        IS THAT DR. SAKSENA?

12:45PM  13   A.   YES.

12:45PM  14   Q.   AND THE LAST ONE IS TYLER SHULTZ?

12:45PM  15   A.   YES.

12:45PM  16   Q.   AND LIKE WITH THE PRIOR LIST IT'S SORT OF SENIORITY WITHIN

12:45PM  17   THAT GROUP IF YOU WILL?

12:45PM  18   A.   NO.  I THINK BECAUSE ARUNA HAD I THINK A MORE -- -- I

12:45PM  19   COULD BE WRONG ABOUT THAT, BUT I WAS UNDER THE IMPRESSION THAT

12:45PM  20   ARUNA WAS THE HEAD OF THE BINDERS TEAM.

12:45PM  21   Q.   OKAY.  FAIR ENOUGH.

12:45PM  22        BUT MR. SHULTZ WAS ONE OF THE MORE JUNIOR PEOPLE ON THE

12:45PM  23   TEAM?  HE HAD JUST JOINED THE COMPANY?

12:45PM  24   A.   YES.

12:45PM  25   Q.   AND IN ADDITION TO THE ELISA TEAM WITHIN THE R&D, WERE

CHEUNG CROSS BY MR. WADE                                              999

12:45PM  1    THERE OTHER TEAMS WORKING ON OTHER TYPES OF ASSAYS?

12:45PM  2    A.   YES.

12:45PM  3    Q.   AND COULD YOU TELL US THE OTHER TEAMS?

12:46PM  4              THE COURT:  WHY DON'T WE GET THE ANSWER TO THAT

12:46PM  5    QUESTION AFTER OUR BREAK.

12:46PM  6              MR. WADE:  THE SUSPENSE WILL BE A CLIFFHANGER FOR

12:46PM  7    EVERYONE.

12:46PM  8              THE COURT:  IT WILL HELP YOUR LUNCH.  IT WILL HELP

12:46PM  9    YOUR LUNCH.  SO LET'S TAKE A BREAK.  I TOLD YOU IT'S 12:45 OR

12:46PM 10    12:46 RIGHT NOW.

12:46PM 11        LADIES AND GENTLEMEN, I THINK I TOLD YOU HOPEFULLY WE

12:46PM 12    COULD COME BACK AT 1:30, 1:30, AND THEN WE'LL GO UNTIL

12:46PM 13    3:00 O'CLOCK I THINK.

12:46PM 14        ALL RIGHT.  HAVE A GOOD LUNCH.  HAVE A GOOD BREAK, FOLKS.

12:46PM 15        REMEMBER THE ADMONITION THAT IS STILL IN PLACE.

12:46PM 16              MR. WADE:  THANK YOU.

12:46PM 17              THE COURT:  MS. CHEUNG, WE'LL SEE YOU BACK THEN AS

12:46PM 18    WELL.  THANK YOU.

12:46PM 19        (LUNCH RECESS TAKEN AT 12:46 P.M.)

        20

        21

        22

        23

        24

        25

CHEUNG CROSS BY MR. WADE                                                1000

| | | |
|---|---|---|
| 01:13PM | 1 | **AFTERNOON SESSION** |
| 01:34PM | 2 | (COURT CONVENED AT 1:34 P.M.) |
| 01:34PM | 3 | (JURY IN AT 1:34 P.M.) |
| 01:34PM | 4 | THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES |
| 01:34PM | 5 | PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.  OUR JURY AND |
| 01:34PM | 6 | ALTERNATES ARE ALL PRESENT. |
| 01:34PM | 7 | MS. CHEUNG IS ON THE STAND. |
| 01:34PM | 8 | MS. CHEUNG, JUST TO REMIND YOU OF THE QUESTION, I'LL ASK |
| 01:34PM | 9 | MR. WADE TO REPEAT HIS QUESTION, AND THEN WE'LL END THE |
| 01:34PM | 10 | SUSPENSE OF THAT. |
| 01:34PM | 11 | MR. WADE. |
| 01:34PM | 12 | MR. WADE:  AGAIN, I APPRECIATE THE CLIFFHANGER. |
| 01:34PM | 13 | Q.  MS. CHEUNG, I THINK I WAS ASKING YOU THE EVER-SUSPENSEFUL |
| 01:34PM | 14 | QUESTION BEFORE THE BREAK ABOUT THE OTHER ASSAY DEVELOPMENT |
| 01:34PM | 15 | TEAMS WITHIN THE R&D GROUP. |
| 01:34PM | 16 | WERE THERE OTHERS? |
| 01:34PM | 17 | A.  YES. |
| 01:34PM | 18 | Q.  OKAY.  HOW MANY OTHERS WERE THERE? |
| 01:34PM | 19 | A.  THERE WERE -- CAN I LIST THEM OUT? |
| 01:34PM | 20 | SO MICROBIOLOGY, CYTOMETRY, GENERAL CHEMISTRY, ELISA, |
| 01:35PM | 21 | BINDERS, AND THEN THERE WAS LIKE A REAGENT TEAM AS WELL. |
| 01:35PM | 22 | SO IN TERMS OF R&D, THE ADDITIONAL OTHERS WERE THREE.  SO |
| 01:35PM | 23 | MICROBIO, GENERAL CHEMISTRY, AND CYTOMETRY. |
| 01:35PM | 24 | Q.  OKAY.  AND DO YOU KNOW WHO LED THE MICROBIOLOGY TEAM? |
| 01:35PM | 25 | A.  I FORGOT HIS NAME. |

CHEUNG CROSS BY MR. WADE                                               1001

01:35PM   1      Q.   WAS IT DR. PATEL?

01:35PM   2      A.   NO.   THAT WAS THE GENERAL CHEMISTRY TEAM.

01:35PM   3      Q.   HE LED THE GENERAL CHEMISTRY TEAM?

01:35PM   4      A.   YEAH.

01:35PM   5      Q.   AND DR. PATEL, P-A-T-E-L, DID HE ALSO --

01:35PM   6      A.   PAUL PATEL?

01:35PM   7      Q.   YES.   DID HE ALSO WORK ON NUCLEIC ACID AMPLIFICATION

01:35PM   8      ASSAYS?

01:35PM   9      A.   I COULDN'T BE CERTAIN OF THAT.

01:35PM   10     Q.   OKAY.   AND DID YOU RECALL WHO LED CYTOMETRY R&D TEAM?

01:35PM   11     A.   NISHIT DOSHI.

01:35PM   12     Q.   NISHIT DOSHI.

01:35PM   13          AND DO YOU RECALL A GENTLEMAN BY THE NAME OF

01:36PM   14     CHINMAY PANGARKAR?

01:36PM   15     A.   OH, YES.   YES, ACTUALLY CHINMAY WAS THE HEAD OF CYTOMETRY,

01:36PM   16     AND THEN -- YEAH.

01:36PM   17     Q.   DR. PANGARKAR WAS THE HEAD OF CYTOMETRY?

01:36PM   18     A.   I BELIEVE SO.

01:36PM   19     Q.   AND HOW ABOUT -- I THINK YOU IDENTIFIED ONE OTHER GROUP?

01:36PM   20     A.   THE MICROBIOLOGY GROUP?

01:36PM   21     Q.   YEAH.

01:36PM   22     A.   I DON'T REMEMBER WHO THE LEAD FOR THE MICROBIOLOGY GROUP.

01:36PM   23     Q.   OKAY.   AND DID EACH OF THOSE GROUPS HAVE TEAMS OF PEOPLE?

01:36PM   24     A.   YES.

01:36PM   25     Q.   OKAY.   AND DID YOU INTERACT WITH THOSE FOLKS?

CHEUNG CROSS BY MR. WADE                                                    1002

01:36PM  1     A.   SOME OF THEM.

01:36PM  2     Q.   DO YOU KNOW ABOUT HOW MANY PEOPLE WORKED IN THE DIFFERENT

01:36PM  3     GROUPS?

01:36PM  4     A.   ELISA WAS THE LARGEST TEAM, BUT IT WOULD BE PROBABLY A

01:36PM  5     SIMILAR SIZE AS THE BINDERS TEAM OF THE LIST THAT WE SAW.

01:36PM  6          SO LET'S SAY GIVE OR TAKE LIKE ANYWHERE BETWEEN 5 TO 12

01:37PM  7     PEOPLE.

01:37PM  8     Q.   IN EACH TEAM?

01:37PM  9     A.   YES.

01:37PM 10     Q.   AND THIS WAS JUST FOR THE ASSAY DEVELOPMENT WORK WITHIN

01:37PM 11     R&D?

01:37PM 12     A.   YES.

01:37PM 13     Q.   AND THERE WAS ALSO A HARDWARE DEVELOPMENT TEAM?

01:37PM 14     A.   YES.

01:37PM 15     Q.   AND THAT WAS A COMPLETELY SEPARATE GROUP OF PEOPLE?

01:37PM 16     A.   YES.

01:37PM 17     Q.   AND I THINK BEFORE THE BREAK I SUGGESTED THAT

01:37PM 18     DR. SIVARAMAN HAD A PH.D. RELATING TO IMMUNOLOGY.  WAS IT

01:37PM 19     ACTUALLY BIOCHEMISTRY THAT SHE HAD A PH.D. IN?

01:37PM 20     A.   I CAN'T BE CERTAIN.

01:37PM 21     Q.   OKAY.  DO YOU KNOW HOW LONG THIS R&D ASSAY TEAM HAD BEEN

01:37PM 22     WORKING TO DEVELOP ASSAYS PRIOR TO THE TIME THAT YOU JOINED THE

01:37PM 23     COMPANY?

01:37PM 24     A.   NO.

01:37PM 25     Q.   AND AFTER A FEW MONTHS WITHIN THE R&D GROUP, I BELIEVE YOU

UNITED STATES COURT REPORTERS

**ER-4693**

CHEUNG CROSS BY MR. WADE                                    1003

01:38PM  1    TESTIFIED THAT YOU SHIFTED OVER TO CLIA?

01:38PM  2    A.   YES.

01:38PM  3    Q.   AND WHAT WAS THE -- YOUR TITLE AT THAT POINT WITHIN THE

01:38PM  4    CLIA LAB?

01:38PM  5    A.   I STILL MAINTAINED THE SAME TITLE, LAB ASSOCIATE.

01:38PM  6    Q.   OKAY.  SO YOU'RE STILL A LAB ASSOCIATE.

01:38PM  7         AND WERE THERE OTHER LAB ASSOCIATES WITHIN THE LAB?

01:38PM  8    A.   YES.

01:38PM  9    Q.   AND HOW MANY OTHER LAB ASSOCIATES WERE THERE?

01:38PM  10   A.   RELATED TO THE EDISON DEVICES?

01:38PM  11   Q.   NO, RELATING TO THE WHOLE CLIA LAB?

01:38PM  12   A.   RELATING TO THE WHOLE CLIA LAB?

01:38PM  13        SO RELATED TO THE EDISON DEVICES, WHILE I FIRST STARTED

01:38PM  14   THAT TRANSITION THERE WERE FOUR OF US.

01:38PM  15        THEN IN TERMS OF GENERAL CHEMISTRY THERE WERE AT LEAST TWO

01:38PM  16   OTHERS.

01:38PM  17        AND THEN FOR CYTOMETRY IT WAS PROBABLY AGAIN, LIKE, TWO TO

01:39PM  18   FOUR PEOPLE.

01:39PM  19   Q.   FOR -- AS LAB ASSOCIATES WITHIN THE CLIA LAB?

01:39PM  20   A.   YES.

01:39PM  21   Q.   NOW, I WASN'T CLEAR IN YOUR ANSWER.  WAS THAT JUST FOR THE

01:39PM  22   ELISA OR JUST FOR EDISON ASSAYS OR FOR ALL OF THE ASSAYS THAT

01:39PM  23   THE COMPANY OFFERED?

01:39PM  24   A.   FOR ALL OF THE ASSAYS THAT THE COMPANY OFFERED FOR

01:39PM  25   FINGERSTICK SAMPLES.

CHEUNG CROSS BY MR. WADE                                              1004

01:39PM   1      Q.   OKAY.

01:39PM   2      A.   YEP.

01:39PM   3      Q.   AND SO THAT WAS MAYBE EIGHT TO TEN PEOPLE, EIGHT TO TEN

01:39PM   4      LAB ASSOCIATES?

01:39PM   5      A.   YES, ROUGHLY.

01:39PM   6      Q.   DO YOU RECALL THE NAMES OF PEOPLE?

01:39PM   7      A.   YES.

01:39PM   8      Q.   COULD YOU IDENTIFY THEM FOR US, PLEASE?

01:39PM   9      A.   SO FOR THE EDISON DEVICES IT'S ROMINA RIENER; JAMIE LIU,

01:39PM  10      SPELLED L-I-U; AURELIE SOUPPE; AND THEN MYSELF, ERIKA CHEUNG;

01:39PM  11      AND THEN MELISSA MCCARTHY WAS PART OF THE GENERAL CHEMISTRY

01:39PM  12      TEAM; AND BRIAN BAILEY.

01:39PM  13           IN TERMS OF THE PEOPLE IN CYTOMETRY, I DON'T REMEMBER.  I

01:40PM  14      DON'T KNOW.

01:40PM  15           AND THEN THERE WERE A HANDFUL OF OTHER ASSOCIATES, BUT

01:40PM  16      THERE WAS A LOT OF OVERLAP, LIKE BRIAN BAILEY, MELISSA

01:40PM  17      MCCARTHY, WHO ALSO RAN THE CLIA LAB UPSTAIRS, THE UPSTAIRS LAB.

01:40PM  18      Q.   UH-HUH.

01:40PM  19      A.   SO THEY RAN A LOT OF THE PREDICATE METHOD DEVICES, SO

01:40PM  20      THERE'S A BIT OF OVERLAP.

01:40PM  21           AND THAT'S ALL I CAN REMEMBER AT THIS MOMENT.

01:40PM  22      Q.   BUT IF YOU HAD TO ESTIMATE IN TOTAL, ABOUT 20 LAB

01:40PM  23      ASSOCIATES DO YOU THINK THROUGH THE WHOLE CLIA LAB?

01:40PM  24      A.   I DON'T -- THERE WAS LESS THAN 20.

01:40PM  25      Q.   OKAY.  AND AS A LAB ASSOCIATE, WHO DID YOU REPORT TO

CHEUNG CROSS BY MR. WADE                                          1005

01:40PM  1    WITHIN THE CLIA LAB?

01:40PM  2    A.   SO I WOULD REPORT IMMEDIATELY TO A CLINICAL LAB SCIENTIST

01:40PM  3    WHEN IT RELATED TO PATIENT PROCESSING.  THAT SHIFTED DEPENDING

01:41PM  4    ON WHO WAS HIRED OR WHO WAS AVAILABLE.

01:41PM  5        AND I REPORTED FOR QUALITY CONTROL INFORMATION TO

01:41PM  6    MARK PANDORI, ADAM ROSENDORFF, AND LANGLY GEE.

01:41PM  7        JUST TO CLARIFY, WE'RE TALKING ABOUT WHO I REPORTED TO IN

01:41PM  8    THE CLINICAL LAB?

01:41PM  9    Q.   YES, THAT'S CORRECT?

01:41PM 10    A.   SO THOSE WERE THE PEOPLE THAT I REPORTED TO IN THAT

01:41PM 11    CONTEXT.

01:41PM 12        SAY IF WE HAD AN ISSUE WITH REAGENTS, I WOULD SOMETIMES

01:41PM 13    TALK TO SURAJ SAKSENA ABOUT THE PRODUCTION SITE.

01:41PM 14    Q.   I MAY HAVE ASKED A BAD QUESTION.

01:41PM 15        I'M WONDERING IF THERE WAS SOMEONE WHO WAS YOUR MANAGEMENT

01:41PM 16    SUPERVISOR?  SO IF YOU HAD TO GET A DAY OFF APPROVED OR GET AN

01:41PM 17    EXPENSE PAID OR SOMETHING ALONG THOSE LINES, DO YOU KNOW WHO

01:41PM 18    YOUR MANAGEMENT SUPERVISOR WAS WITHIN THE ORGANIZATION?

01:41PM 19    A.   MARK PANDORI.

01:41PM 20    Q.   MARK PANDORI WAS?

01:41PM 21    A.   YEAH.

01:41PM 22    Q.   AND WHAT POSITION DID MARK -- DO YOU RECALL WHEN MARK

01:42PM 23    JOINED THE COMPANY?

01:42PM 24    A.   MARK JOINED THE COMPANY IN LATE DECEMBER, EARLY JANUARY OR

01:42PM 25    -- I'M SORRY, THE YEAR IS 2013, 2014.

CHEUNG CROSS BY MR. WADE                                              1006

01:42PM  1    Q.   OKAY.  AND MR. PANDORI IS A MEDICAL DOCTOR; CORRECT?

01:42PM  2    A.   NO.  HE'S A PH.D.

01:42PM  3    Q.   HE'S A PH.D.

01:42PM  4    A.   YES.

01:42PM  5    Q.   AND DO YOU KNOW WHAT HIS BACKGROUND IS IN?

01:42PM  6    A.   I BELIEVE THAT HIS BACKGROUND IS IN MICROBIOLOGY.  HE HAS

01:42PM  7    A SPECIAL LICENSE THAT ALLOWED HIM TO RUN CERTAIN TYPES OF

01:42PM  8    MEDICAL TESTS RELATED TO INFECTIOUS DISEASE.  THAT WAS HIS MAIN

01:42PM  9    BACKGROUND.  HE DID EARLY DIAGNOSTICS FOR HIV DETECTION AND HAD

01:42PM  10   WORKED I THINK PRIOR FOR LIKE PUBLIC HEALTH DEPARTMENTS.

01:42PM  11   Q.   NOW, YOU MENTIONED DR. ROSENDORFF.  NOW, HE IS A MEDICAL

01:43PM  12   DOCTOR; CORRECT?

01:43PM  13   A.   YES.

01:43PM  14   Q.   AND WHAT DO YOU RECALL ABOUT HIS QUALIFICATIONS?

01:43PM  15   A.   DR. ROSENDORFF WAS A PATHOLOGIST AND WAS A MEDICAL DOCTOR.

01:43PM  16   THAT WAS THE EXTENT.  I KNEW HE WAS A PATHOLOGIST SPECIALIZING

01:43PM  17   IN DIAGNOSTICS, AND THAT'S THE EXTENT TO WHICH I REMEMBER.

01:43PM  18   Q.   DO YOU RECALL IF HE CAME TO THE COMPANY WITH ANY

01:43PM  19   EXPERIENCE?

01:43PM  20   A.   I CAN'T RECALL.

01:43PM  21   Q.   DO YOU RECALL THAT HE WORKED AT UPMC MEDICAL CENTER?

01:43PM  22   A.   NO.

01:43PM  23   Q.   AND YOU MENTIONED DR. SAKSENA?

01:43PM  24   A.   YES.

01:43PM  25   Q.   AND WHAT POSITION DID HE HOLD?

| | | |
|---|---|---|
| 01:43PM | 1 | A.   DR. SAKSENA INITIALLY WAS A LEAD SCIENTIST FOR THE BINDERS |
| 01:43PM | 2 | TEAM, AND THEN HE ENDED UP TRANSITIONING TO A POSITION WHERE HE |
| 01:43PM | 3 | WAS LEADING PRODUCTION. |
| 01:43PM | 4 | SO THERANOS HAD THIS SORT OF PROPRIETARY METHODOLOGY THAT |
| 01:44PM | 5 | THEY UTILIZED IN ORDER TO PRODUCE THE CARTRIDGES THAT WE WOULD |
| 01:44PM | 6 | TEST ON THE EDISON DEVICES, AND THERE WAS THIS SPECIALTY |
| 01:44PM | 7 | ROBOTIC SYSTEM THAT WOULD FILL THE CARTRIDGES WITH THE |
| 01:44PM | 8 | NECESSARY REAGENTS INSTEAD OF HAND FILLING THEM, AND HE WAS THE |
| 01:44PM | 9 | LEAD PERSON TO KIND OF INSTIGATE THOSE EFFORTS WHEN I WAS |
| 01:44PM | 10 | WORKING THERE. |
| 01:44PM | 11 | Q.   OKAY.  AND AT THE TIME THAT YOU WENT OVER TO WORK IN THE |
| 01:44PM | 12 | CLIA LAB, WERE YOU AWARE THAT THE LABORATORY WAS CERTIFIED |
| 01:44PM | 13 | UNDER CLIA? |
| 01:44PM | 14 | A.   YES. |
| 01:44PM | 15 | Q.   AND IF I COULD CALL YOUR ATTENTION IN YOUR BINDER TO |
| 01:44PM | 16 | DOCUMENT 7603. |
| 01:45PM | 17 | A.   7603? |
| 01:45PM | 18 | Q.   YES.  DO YOU HAVE A COPY OF THAT?  IT'S A THICK DOCUMENT |
| 01:45PM | 19 | IF THAT HELPS YOU FIND IT. |
| 01:45PM | 20 | MAY I APPROACH, YOUR HONOR? |
| 01:45PM | 21 | THE COURT:  YES. |
| 01:45PM | 22 | BY MR. WADE: |
| 01:45PM | 23 | Q.   DO YOU HAVE 7603 IN FRONT OF YOU NOW? |
| 01:45PM | 24 | A.   YES. |
| 01:45PM | 25 | Q.   I PROMISE I WON'T ASK YOU TOO MANY QUESTIONS. |

CHEUNG CROSS BY MR. WADE                                    1008

```
01:45PM   1            ARE YOU FAMILIAR WITH THIS DOCUMENT GENERALLY?

01:45PM   2       A.   GENERALLY.

01:45PM   3       Q.   OKAY.  AND WHAT DID I HAND YOU?

01:45PM   4       A.   ESSENTIALLY THESE ARE THE CENTER FOR MEDICAID AND MEDICAL

01:46PM   5       SERVICES, RULES AND RELATIONS AND POLICIES AROUND RUNNING A

01:46PM   6       CLINICAL LABORATORY.

01:46PM   7       Q.   THE DIFFERENT FEDERAL REGULATIONS THAT SET FORTH ALL OF

01:46PM   8       THE REQUIREMENTS FOR RUNNING A CLIA LAB?

01:46PM   9       A.   YES.

01:46PM  10       Q.   AND WERE YOU FAMILIAR WITH THESE REGULATIONS AT THE TIME

01:46PM  11       THAT YOU WORKED IN THE LAB?

01:46PM  12       A.   ROUGHLY, YES.  NOT ALL OF THEM BUT SOME OF THEM.

01:46PM  13       Q.   DID YOU REVIEW THEM?

01:46PM  14       A.   SOME OF THEM, BUT NOT ALL OF THEM.

01:46PM  15       Q.   OKAY.  AND JUST SO WE'RE CLEAR, I KNOW THAT SOME TIME HAS

01:46PM  16       PASSED SINCE YOU WORKED AT THE COMPANY, AND THE QUESTIONS THAT

01:46PM  17       I'M ASKING YOU, UNLESS I SPECIFY OTHERWISE, I AM FOCUSSED ON

01:46PM  18       YOUR KNOWLEDGE AT THE TIME THAT YOU WORKED FOR THE COMPANY,

01:46PM  19       OKAY?

01:46PM  20       A.   OKAY.

01:46PM  21       Q.   AND THERE'S A SET OF REGULATIONS THAT RELATE TO TESTING

01:46PM  22       PERSONNEL STANDARDS.

01:46PM  23            WERE YOU AWARE OF THAT?

01:47PM  24       A.   IN -- YES.

01:47PM  25       Q.   AT THE TIME YOU WERE WORKING AT THERANOS, WERE YOU AWARE
```

CHEUNG CROSS BY MR. WADE                                                    1009

01:47PM   1    OF THE REGULATIONS THAT RELATED TO TESTING PERSONNEL STANDARDS?

01:47PM   2    A.   YES.

01:47PM   3    Q.   AND I TAKE IT YOU ALWAYS DID YOUR BEST TO COMPLY WITH THE

01:47PM   4    STANDARDS AND FOLLOW THEM?

01:47PM   5    A.   YES.

01:47PM   6    Q.   AND JUST FOR THE RECORD, WE'RE -- 7603 IS ABOUT 125 PAGES

01:47PM   7    OF REGULATIONS; IS THAT RIGHT?

01:47PM   8    A.   I CAN'T BE CERTAIN BECAUSE I CAN'T RECALL THEM, BUT, YES,

01:47PM   9    IT'S A LARGE DOCUMENT.

01:47PM  10    Q.   LET ME TRY TO MAKE IT EASIER FOR YOU.  IT'S STARTS ON

01:47PM  11    BATES LABEL 700; CORRECT?

01:47PM  12    A.   YES.

01:47PM  13    Q.   AND DO YOU SEE THAT IN THE BOTTOM RIGHT CORNER?

01:47PM  14    A.   YES.

01:47PM  15    Q.   AND THEN IT ENDS ON 822?

01:48PM  16    A.   YES.

01:48PM  17    Q.   SO MAYBE JUST OVER 120 PAGES OF REGULATIONS?

01:48PM  18    A.   YES.

01:48PM  19    Q.   AND MAY BE, WHAT, ABOUT EIGHT POINT FONT?

01:48PM  20    A.   YES.

01:48PM  21    Q.   I TAKE IT YOU DIDN'T MEMORIZE ALL OF THESE?

01:48PM  22    A.   NO.

01:48PM  23    Q.   BUT YOU KNEW THEY WERE THERE AND IF YOU HAD TO REFERENCE

01:48PM  24    THEM YOU COULD?

01:48PM  25    A.   YES.

CHEUNG CROSS BY MR. WADE                                              1010

01:48PM  1    Q.   WERE YOU AWARE AT THE TIME THAT YOU WERE WORKING AT THE

01:48PM  2    COMPANY THAT THERE WERE CERTAIN CREDENTIALS THAT YOU NEEDED TO

01:48PM  3    HOLD LEADERSHIP POSITIONS WITHIN CLIA?

01:48PM  4    A.   YES.

01:48PM  5    Q.   AND WHAT WERE THOSE CREDENTIALS?

01:48PM  6    A.   SO DEPENDING ON WHAT TYPE OF RESPONSIBILITIES AND WHAT

01:48PM  7    TYPE OF THINGS THAT YOU WERE ACCOMPLISHING, YOU NEEDED

01:48PM  8    DIFFERENT TYPES OF DEGREES.

01:48PM  9         SO, FOR EXAMPLE, FOR A LAB ASSOCIATE THERE ARE ONLY A

01:48PM  10   SUBSET OF RESPONSIBILITIES THAT THEY COULD HAVE.  THEY TEND TO

01:48PM  11   ONLY BE ABLE TO RUN A LOW COMPLEXITY TEST, AND YOU HAVE TO HAVE

01:48PM  12   A BACHELOR'S DEGREE.

01:48PM  13        THEN IF YOU ARE REVIEWING QUALITY CONTROLS OR GIVING

01:48PM  14   PATIENTS A SAMPLE, YOU HAVE TO BE A CLINICAL LAB SCIENTIST.

01:49PM  15   AND THERE ARE DIFFERENT QUALIFICATIONS THAT ALLOW DIFFERENT

01:49PM  16   TYPE OF PERSONNEL TO ENGAGE WITH MORE AND MORE COMPLEX

01:49PM  17   RESPONSIBILITIES.

01:49PM  18   Q.   AND DO YOU KNOW WHAT THE TOP LEVEL OF RESPONSIBILITY IS

01:49PM  19   WITHIN A LAB?

01:49PM  20   A.   I IMAGINE THAT'S THE MEDICAL DIRECTOR.

01:49PM  21   Q.   THE LAB DIRECTOR?

01:49PM  22   A.   THE LAB DIRECTOR.

01:49PM  23   Q.   OKAY.  AND THERE ARE SPECIFIC QUALIFICATIONS UNDER THE

01:49PM  24   REGULATIONS.  WERE YOU AWARE THAT THERE WERE SPECIAL

01:49PM  25   QUALIFICATIONS UNDER THE REGULATIONS FOR A LAB DIRECTOR?

CHEUNG CROSS BY MR. WADE                                      1011

01:49PM   1      A.   YES.

01:49PM   2      Q.   DID YOU KNOW WHAT THEY WERE?

01:49PM   3      A.   NO.

01:49PM   4      Q.   WHAT LEVEL -- AND I UNDERSTAND THESE QUALIFICATIONS ARE

01:49PM   5      LARGELY BASED UPON EXPERIENCE AND AGE AND THINGS LIKE THAT, BUT

01:49PM   6      WHAT LEVEL OF POSITION WERE YOU QUALIFIED FOR UNDER THE

01:49PM   7      REGULATIONS?

01:49PM   8      A.   A VERY LOW COMPLEXITY PROCESSING PATIENT SAMPLES, RUNNING

01:50PM   9      QC'S.  IT WAS THE BASIC OPERATIONS OF RUNNING LAB TESTS.

01:50PM  10      Q.   WELL, DON'T SELL YOURSELF SHORT.  YOU HAD TO HAVE A

01:50PM  11      FOUR-YEAR DEGREE AND A SCIENCE BACKGROUND; CORRECT?

01:50PM  12      A.   YES, A BACHELOR'S DEGREE.

01:50PM  13      Q.   YES.  WHICH YOU HAVE?

01:50PM  14      A.   YES.

01:50PM  15      Q.   AND WHEN YOU MOVED OVER TO THE LAB, I THINK YOU MENTIONED

01:50PM  16      THAT YOU ACTUALLY INTERACTED WITH DR. ROSENDORFF A BIT?

01:50PM  17      A.   YES.

01:50PM  18      Q.   AND YOU UNDERSTOOD THAT HE WAS THE LABORATORY DIRECTOR?

01:50PM  19      A.   YES.

01:50PM  20      Q.   AND DID YOU UNDERSTAND, BROADLY SPEAKING, THAT HE HAD SORT

01:50PM  21      OF ULTIMATE REGULATORY RESPONSIBILITY FOR THE LAB?

01:50PM  22      A.   YES.

01:50PM  23      Q.   AND ARE YOU AWARE THAT THERE ARE DIFFERENT CLASSIFICATIONS

01:51PM  24      OF LABS UNDER CLIA?

01:51PM  25      A.   NO.

CHEUNG CROSS BY MR. WADE                                          1012

01:51PM   1    Q.   AND HAVE YOU REFERRED TO THE TERM -- HAVE YOU EVER HEARD

01:51PM   2    THE TERM HIGH COMPLEXITY LAB?

01:51PM   3    A.   YES.

01:51PM   4    Q.   AND WHAT IS YOUR UNDERSTANDING ABOUT WHAT A HIGH

01:51PM   5    COMPLEXITY LAB IS?

01:51PM   6    A.   A HIGH COMPLEXITY LAB IS WHERE YOU'RE ABLE TO RUN HIGH

01:51PM   7    COMPLEXITY TESTS, AND THAT WOULD BE MY UNDERSTANDING OF WHAT

01:51PM   8    THAT IS.

01:51PM   9    Q.   AND DO YOU KNOW WHAT THE OTHER CATEGORIES OF LABS ARE?

01:51PM  10    A.   NO.

01:51PM  11    Q.   AND DO YOU KNOW WHAT KIND OF LAB THERANOS WAS?

01:51PM  12    A.   NO.

01:51PM  13    Q.   OKAY.  WOULD -- DO YOU RECALL IT BEING A HIGH COMPLEXITY

01:51PM  14    LAB?  DOES THAT HELP REFRESH YOUR RECOLLECTION?

01:51PM  15    A.   I COULDN'T BE CERTAIN.

01:51PM  16    Q.   OKAY.  AND AT THE TIME THAT YOU WERE WORKING IN THE LAB,

01:51PM  17    WERE YOU ALSO AWARE THAT THERE WERE STATE QUALIFICATIONS THAT

01:51PM  18    RELATED TO SOME OF THESE ISSUES AS WELL?

01:52PM  19    A.   I CAN'T, I CAN'T REMEMBER.

01:52PM  20    Q.   YOU DON'T RECALL THAT EVER COMING UP?

01:52PM  21    A.   YEAH.

01:52PM  22    Q.   OKAY.  DID, DID -- AT THE TIME YOU WERE WORKING AT THE

01:52PM  23    LAB, DID YOU HAVE A GENERAL UNDERSTANDING THAT A LAB DIRECTOR

01:52PM  24    NEEDED TO BE EITHER A MEDICAL DIRECTOR OR A PH.D. WITH CERTAIN

01:52PM  25    OTHER CREDENTIALS?

CHEUNG CROSS BY MR. WADE                                    1013

01:52PM  1    A.   YES.

01:52PM  2    Q.   A LOT OF EDUCATION TO GET TO THAT POSITION?

01:52PM  3    A.   YES.

01:52PM  4    Q.   AND A LOT OF SPECIALIZED TRAINING?

01:52PM  5    A.   YES.

01:52PM  6    Q.   AND YOU UNDERSTOOD THAT DR. ROSENDORFF HAD THAT

01:52PM  7    BACKGROUND?

01:52PM  8    A.   YES, THAT WAS MY UNDERSTANDING.

01:52PM  9    Q.   AND YOU THOUGHT HIGHLY OF DR. ROSENDORFF?

01:52PM  10   A.   YES.

01:52PM  11   Q.   AND ARE YOU AWARE THAT UNDER THE REGULATIONS IT WAS --

01:52PM  12   THERE ARE PARTICULAR PEOPLE WHO HAVE RESPONSIBILITY FOR

01:53PM  13   ENSURING THE ACCURACY AND RELIABILITY OF TESTS?

01:53PM  14   A.   CAN YOU REPEAT THAT QUESTION?

01:53PM  15   Q.   YES.  OF COURSE.

01:53PM  16        ARE YOU AWARE THAT UNDER THE CLIA REGULATIONS THERE ARE

01:53PM  17   CERTAIN -- THERE'S A CERTAIN PERSON WITHIN THE LAB WHO HAS

01:53PM  18   RESPONSIBILITY FOR ENSURING THE ACCURACY AND RELIABILITY OF

01:53PM  19   TESTS?

01:53PM  20   A.   NO, I DIDN'T KNOW IT WAS A CERTAIN PERSON.

01:53PM  21   Q.   OKAY.  AND DID YOU KNOW THAT TESTS HAD TO BE VERIFIED AND

01:53PM  22   VALIDATED BEFORE THEY COULD BE OFFERED IN A LAB?

01:53PM  23   A.   YES.

01:53PM  24   Q.   OKAY.  DO YOU KNOW ULTIMATELY WHOSE RESPONSIBILITY IT WAS

01:53PM  25   TO ENSURE THAT A TEST WAS VERIFIED AND VALIDATED?

CHEUNG CROSS BY MR. WADE                                    1014

01:53PM   1    A.   MY UNDERSTANDING WAS THAT IT WAS THERANOS, THE

01:53PM   2    ORGANIZATION.

01:53PM   3    Q.   OKAY.  WELL, LET ME SEE IF I CAN REFRESH YOUR

01:53PM   4    RECOLLECTION.  IF YOU WOULD TURN TO THE PAGE ENDING 792.

01:54PM   5    A.   792?

01:54PM   6    Q.   ACTUALLY 791 WILL HELP ORIENT YOU A LITTLE BIT.

01:54PM   7         AND IF YOU COULD JUST TAKE A MINUTE --

01:54PM   8    A.   OH.

01:54PM   9    Q.   -- AND READ -- DO YOU SEE WHERE IT SAYS SECTION 493.1445?

01:54PM   10   A.   I DON'T HAVE THIS DOCUMENT.

01:54PM   11   Q.   OH, I'M SORRY.  I'M STILL ON EXHIBIT 7603.

01:54PM   12   A.   OKAY.

01:54PM   13   Q.   AND I'M ON THE BATES LABELLED ON THE BOTTOM WHICH SAYS 791

01:54PM   14   OR WITHIN THE REGULATIONS ITSELF IT'S PAGE 636.

01:54PM   15   A.   OKAY.

01:54PM   16   Q.   ARE YOU ON PAGE 636 IN THE MIDDLE?

01:55PM   17   A.   YES.

01:55PM   18   Q.   AND DO YOU SEE THE HEADING THERE SECTION 493.1445?

01:55PM   19   A.   YES.

01:55PM   20   Q.   OKAY.  AND JUST TAKE A MINUTE AND READ THAT SECTION UP

01:55PM   21   THROUGH NUMBER 4 ON THE FOLLOWING PAGE.

01:55PM   22            THE COURT:  READ IT TO HERSELF?

01:55PM   23   BY MR. WADE:

01:55PM   24   Q.   TO YOURSELF.  AND WE'LL SEE IF THAT REFRESHES YOUR

01:55PM   25   RECOLLECTION.

CHEUNG CROSS BY MR. WADE                                                    1015

01:56PM    1            (PAUSE IN PROCEEDINGS.)

01:56PM    2            THE WITNESS:  AND YOU SAID UP TO 4?

01:56PM    3    BY MR. WADE:

01:56PM    4    Q.   YEAH.  IF YOU COULD JUST READ ALL OF 3 AND STOP.  LET ME

01:56PM    5    KNOW WHEN YOU'RE DONE.

01:56PM    6    A.   I'VE FINISHED.

01:56PM    7    Q.   OKAY.  AND LOOKING AT THIS, DOES THIS RECOLLECTION YOUR

01:56PM    8    RECOLLECTION AS TO WHICH PERSON HAS RESPONSIBILITY UNDER THE

01:56PM    9    REGULATIONS FOR ENSURING THAT TESTS ARE ACCURATE AND RELIABLE?

01:56PM   10    A.   THIS WOULD BE THE MEDICAL DIRECTOR OF --

01:56PM   11    Q.   OR THE LABORATORY DIRECTOR?

01:56PM   12    A.   THE LABORATORY DIRECTOR.

01:56PM   13    Q.   OKAY.  AND IN ADDITION TO THE LAB -- I'M SORRY.  I'LL

01:56PM   14    STRIKE THAT.

01:56PM   15            IN DOING THAT, WERE YOU AWARE OF A PROCESS WITHIN THE

01:57PM   16    THERANOS CLIA LAB, THAT THE LAB WENT TO, TO GET ITSELF

01:57PM   17    COMFORTABLE AND ENSURE THAT THE TEST WAS ACCURATE AND RELIABLE

01:57PM   18    AND READY TO BE OFFERED TO A PATIENT BEFORE IT WAS OFFERED TO A

01:57PM   19    PATIENT?

01:57PM   20    A.   CAN YOU REPEAT THAT QUESTION?

01:57PM   21    Q.   SURE.  LET ME PROVIDE A LITTLE DIRECTION.

01:57PM   22            DO YOU RECALL TALKING ABOUT THE VALIDATION PROCESS WITHIN

01:57PM   23    THE CLIA LAB?

01:57PM   24    A.   YES.

01:57PM   25    Q.   AND WAS THAT A PROCESS BY WHICH THE COMPANY -- THE

01:57PM  1   LABORATORY PROFESSIONALS PERFORMED CERTAIN FUNCTIONS TO ENSURE

01:57PM  2   THAT THE TEST WAS SUFFICIENTLY ACCURATE AND RELIABLE AND THAT

01:57PM  3   IT COULD BE USED ON PATIENTS?

01:57PM  4   A.   SO FOR CLARIFICATION, THE VALIDATION STUDIES WERE

01:57PM  5   CONDUCTED PRIOR TO ESSENTIALLY ASSESS WHAT THE ACCURACY AND

01:57PM  6   RELIABILITY OF THE TESTS WERE.

01:57PM  7   Q.   AND THEN ONLY ONCE THEY HIT A CERTAIN STANDARD WOULD THEY

01:58PM  8   BE APPROPRIATE FOR USE IN THE CLIA LAB ON PATIENTS; CORRECT?

01:58PM  9   A.   CORRECT.

01:58PM  10  Q.   AND THERE WAS A WAY THAT THE COMPANY WENT ABOUT

01:58PM  11  DOCUMENTING THAT.

01:58PM  12       DO YOU RECALL THAT?

01:58PM  13  A.   YES.

01:58PM  14  Q.   AND WHAT WERE THE DOCUMENTS THAT THEY USED?

01:58PM  15  A.   SO THE DOCUMENTS THAT THEY USED, SO THERE WERE VALIDATION

01:58PM  16  REPORTS, AND THEN IN ADDITION TO THAT THERE WERE STANDARD

01:58PM  17  OPERATING PROCEDURES.  ONCE IT WAS APPROVED THAT YOU WOULD BE

01:58PM  18  ABLE TO, BE ABLE TO RUN THE THERANOS DEVELOPED TESTS.

01:58PM  19  Q.   AND WERE THOSE DOCUMENTS THAT YOU WERE FAMILIAR WITH WHILE

01:58PM  20  YOU WERE WORKING AT THE COMPANY?

01:58PM  21  A.   I WAS FAMILIAR WITH THE STANDARD OPERATING PROCEDURES AND

01:58PM  22  THEN HAD SEEN BUT WASN'T NECESSARILY SUPER CLOSE TO THE

01:58PM  23  VALIDATION REPORTS.

01:58PM  24  Q.   THE VALIDATION REPORT WAS SORT OF A GATEWAY DOCUMENT, IF

01:58PM  25  YOU WILL, BEFORE THE TEST COULD BE OFFERED?

CHEUNG CROSS BY MR. WADE                                                    1017

01:58PM   1      A.   YES.

01:58PM   2      Q.   AND THEN ONCE IT WAS DEEMED SAFE, THE COMPANY WOULD HAVE

01:59PM   3      TO CREATE AN SOP TO EXPLAIN TO LAB ASSOCIATES HOW TO ACTUALLY

01:59PM   4      OPERATE THE TEST WITHIN THE LAB; IS THAT RIGHT?

01:59PM   5      A.   THAT IS CORRECT.

01:59PM   6      Q.   AND THERE WAS A POINT IN TIME WHERE I BELIEVE THAT

01:59PM   7      DR. PANDORI ASKED FOR YOUR ASSISTANCE TO HELP GET THOSE

01:59PM   8      PERFECTLY ACCURATE; IS THAT RIGHT?

01:59PM   9      A.   THAT IS CORRECT.

01:59PM   10     Q.   OKAY.  I'LL SHOW YOU A COUPLE OF THOSE IN A MINUTE.  THAT

01:59PM   11     MIGHT HELP REFRESH YOUR RECOLLECTION.

01:59PM   12          BEFORE I GET TO THAT, IN ADDITION TO THE FOLKS IN THE LAB

01:59PM   13     WHO WERE FORMALLY ASSIGNED TO THE LAB, I THINK YOU MENTIONED

01:59PM   14     DR. DANIEL YOUNG ON SOME OF YOUR DIRECT TESTIMONY.

01:59PM   15          DO YOU RECALL THAT?

01:59PM   16     A.   YES.

01:59PM   17     Q.   AND DID -- DR. YOUNG HAD A PH.D.?

01:59PM   18     A.   YES.

01:59PM   19     Q.   AND DO YOU RECALL WHERE HE GOT HIS PH.D. FROM?

01:59PM   20     A.   FROM M.I.T.

01:59PM   21     Q.   AND MASSACHUSETTS INSTITUTE OF TECHNOLOGY?

01:59PM   22     A.   MASSACHUSETTS INSTITUTE OF TECHNOLOGY.

01:59PM   23     Q.   THAT'S THE "GOOD WILL HUNTING SCHOOL."

01:59PM   24     A.   I DON'T REMEMBER, BUT YEAH.

01:59PM   25     Q.   IT'S A GREAT MOVIE.  YOU SHOULD SEE IT SOME TIME.

02:00PM  1        (LAUGHTER.)

02:00PM  2    BY MR. WADE:

02:00PM  3    Q.   DO YOU RECALL WHAT HIS DEGREE WAS IN?

02:00PM  4    A.   IT WAS IN ENGINEERING, I BELIEVE.  I REMEMBER READING HIS

02:00PM  5    DISSERTATION, SO I BELIEVE IT WAS IN ENGINEERING, BUT I DON'T

02:00PM  6    KNOW THE SPECIFICITY OF WHAT TYPE OF ENGINEERING.

02:00PM  7    Q.   AND WHAT WAS HIS DISSERTATION IN?

02:00PM  8    A.   I DON'T REMEMBER.

02:00PM  9    Q.   SOMETHING COMPLICATED?

02:00PM  10    A.   FAIRLY COMPLICATED.

02:00PM  11    Q.   AND DID DR. YOUNG LEAD UP A GROUP OF STATISTICIANS IN A

02:00PM  12    BIOSTATISTICAL ANALYSIS GROUP?

02:00PM  13    A.   YES.

02:00PM  14    Q.   OKAY.  AND DO YOU RECALL HOW MANY PEOPLE WORKED IN THAT

02:00PM  15    GROUP?

02:00PM  16    A.   I ONLY INTERFACED WITH ONE OF THEM, SO I DON'T KNOW HOW

02:00PM  17    LARGE THE GROUP WAS.  BUT I REMEMBER ONE STATISTICIAN.

02:00PM  18    Q.   AND WHO WAS THAT?

02:00PM  19    A.   KARTHIK.

02:00PM  20    Q.   SO YOU INTERACTED, IN ADDITION TO MR. YOUNG, YOU ALSO

02:01PM  21    INTERACTED WITH KARTHIK.

02:01PM  22        WHAT WAS KARTHIK'S LAST NAME?

02:01PM  23    A.   I DON'T REMEMBER WHAT HIS LAST NAME WAS.

02:01PM  24    Q.   OKAY.  AND THEY WOULD INTERACT IN THE CLIA LAB FROM TIME

02:01PM  25    TO TIME?

CHEUNG CROSS BY MR. WADE                                              1019

02:01PM  1    A.   EVERY ONCE IN A WHILE, YES.

02:01PM  2    Q.   OKAY.  NOW, WE TALKED A LITTLE BIT ABOUT THE CLIA

02:01PM  3    VALIDATION REPORTS.

02:01PM  4         DO YOU RECALL THAT?

02:01PM  5    A.   YES.

02:01PM  6    Q.   AND YOU TESTIFIED ON DIRECT, I THINK, SOMEWHERE ALONG THE

02:01PM  7    LINES OF THE ASSAY DEVELOPMENT WOULD START IN R&D, AND THEN IT

02:01PM  8    WOULD MAKE ITS WAY OVER TO CLIA ONCE IT WAS SUFFICIENTLY

02:01PM  9    RELIABLE AND ACCURATE; IS THAT CORRECT?

02:01PM  10   A.   THAT IS CORRECT.

02:01PM  11   Q.   AND THEN YOU WOULD GO THROUGH THAT VALIDATION PROCESS.

02:01PM  12        DO YOU RECALL THAT?

02:01PM  13   A.   GO THROUGH THE VALIDATION --

02:01PM  14   Q.   -- PROCESS AND DOCUMENT IT IN A VALIDATION REPORT?  WE

02:02PM  15   JUST TALKED ABOUT THAT.

02:02PM  16   A.   YES.

02:02PM  17   Q.   OKAY.  AND DO YOU RECALL THERE BEING DOCUMENTS THAT WERE

02:02PM  18   CREATED BY THE R&D GROUP THAT RELATED TO THE WORK THAT THEY DID

02:02PM  19   ON THE ASSAYS?

02:02PM  20   A.   YES.

02:02PM  21   Q.   OKAY.  AND DO YOU REMEMBER WHAT THEY WERE CALLED?

02:02PM  22   A.   I DON'T REMEMBER THE SPECIFIC NAME, NO.

02:02PM  23   Q.   OKAY.  LET ME ASK YOU TO LOOK AT DX 9397.

02:02PM  24        AND WHAT IS THIS DOCUMENT?

02:02PM  25   A.   THIS DOCUMENT IS THE THYROID STIMULATING HORMONE, OR TSH,

CHEUNG CROSS BY MR. WADE                                    1020

02:02PM   1      ASSAY DEVELOPMENT REPORT.

02:03PM   2      Q.   AND WHAT IS THE DATE OF THE DOCUMENT?

02:03PM   3      A.   IT IS APRIL 4TH, 2011.

02:03PM   4      Q.   AND THIS WAS A DOCUMENT PREPARED BY MS. NOYES?

02:03PM   5      A.   YES.

02:03PM   6      Q.   AND IS IT DR. NOYES?

02:03PM   7      A.   I DON'T REMEMBER.

02:03PM   8      Q.   MS. NOYES PREPARED THIS DOCUMENT.

02:03PM   9           AND I BELIEVE YOU MENTIONED THAT YOU WORKED ON THIS ASSAY

02:03PM   10     A BIT AS WELL?

02:03PM   11     A.   YES.

02:03PM   12     Q.   AND SO WOULD YOU HAVE REVIEWED THIS DOCUMENT IN CONNECTION

02:03PM   13     WITH YOUR WORK?

02:03PM   14     A.   I DIDN'T READ THIS DOCUMENT IN CONNECTION TO MY WORK, THE

02:03PM   15     ASSAY DEVELOPMENT REPORT FOR TSH, BECAUSE I MOSTLY WORKED ON

02:03PM   16     VITAMIN D IN CONNECTION TO THE ASSAY DEVELOPMENT REPORT.

02:03PM   17     Q.   OKAY.  SO YOU DON'T RECALL -- MOST OF YOUR WORK WITHIN R&D

02:03PM   18     WAS WITH VITAMIN D?

02:03PM   19     A.   WITH VITAMIN D, HEPATITIS B, AND A COUPLE OF OTHER

02:03PM   20     DIFFERENT ASSAYS.  IT JUST DEPENDS.

02:04PM   21          WE GOT ASSIGNED DIFFERENT ASSAYS DEPENDING ON WHAT WAS

02:04PM   22     PRIORITY AT GIVEN DIFFERENT POINTS IN TIME.

02:04PM   23     Q.   SO IF YOU WORKED IN CONNECTION WITH R&D, THEN YOU MIGHT

02:04PM   24     SEE A REPORT OF THIS KIND?

02:04PM   25     A.   YES.

CHEUNG CROSS BY MR. WADE                                          1021

02:04PM  1    Q.  BUT YOU DIDN'T WORK IN THAT CAPACITY ON TSH; IS THAT

02:04PM  2    RIGHT?

02:04PM  3    A.  NOT TO THE POINT WHERE I WOULD HAVE SEEN THIS ASSAY

02:04PM  4    DEVELOPMENT REPORT, NO.

02:04PM  5    Q.  OKAY.  WELL, LET ME SHOW YOU A COUPLE OF OTHERS AND SEE IF

02:04PM  6    YOU'RE FAMILIAR WITH THOSE.

02:04PM  7        CAN WE LOOK AT 9048.

02:04PM  8        DO YOU SEE THAT DOCUMENT?

02:04PM  9    A.  YES.

02:04PM  10   Q.  AND WHAT IS THAT DOCUMENT?

02:04PM  11   A.  VITAMIN B12 ASSAY DEVELOPMENT REPORT.

02:05PM  12   Q.  OKAY.  DID YOU DO ANY WORK ON VITAMIN B12?

02:05PM  13   A.  I MAY HAVE RUN A COUPLE EXPERIMENTS BUT NOT EXTENSIVELY.

02:05PM  14   Q.  OKAY.  DID YOU HAVE ANY OCCASION TO LOOK AT THE

02:05PM  15   VITAMIN B12 ASSAY DEVELOPMENT REPORT?

02:05PM  16   A.  NOT THAT I CAN RECALL.

02:05PM  17   Q.  OKAY.  AND THIS DOCUMENT IS DATED 2013?

02:05PM  18   A.  YES.

02:05PM  19   Q.  AND YOU SAW THE LAST ONE WAS DATED 2011?

02:05PM  20   A.  YES.

02:05PM  21   Q.  AND SO THESE CHRONOLOGICALLY ARE DOCUMENTS, JUST FROM A

02:05PM  22   PROCESS STANDPOINT, THAT DOCUMENT ALL OF THE WORK THAT IS DONE

02:05PM  23   UP TO THE POINT WHERE IT SHIFTS OVER TO CLIA?

02:05PM  24   A.  YES.

02:05PM  25   Q.  OKAY.  AND THAT WAS A FAIR AMOUNT OF WORK, WAS IT NOT?

CHEUNG CROSS BY MR. WADE                                                    1022

02:05PM   1    A.   YES.

02:05PM   2    Q.   AND CAN YOU JUST TELL US FROM A PROCESS STANDPOINT ALL THE

02:05PM   3    WORK THAT WAS DONE BY THE R&D GROUP ON, SAY, VITAMIN D GROUP

02:05PM   4    BEFORE IT WENT TO CLIA?

02:05PM   5    A.   YES.  SO IN TERMS OF THE PROCESS THAT THEY HAVE TO

02:05PM   6    UNDERGO, THERE IS FIRST THE ASSAY DEVELOPMENT.  SO YOU WOULD

02:05PM   7    HAVE TO COME UP WITH THE ACTUAL ASSAYS FOR VITAMIN D.  WHAT IS

02:05PM   8    THE TEST?  WHAT -- HAVE YOU SEEN ALREADY ON THE MARKET FOR,

02:06PM   9    SAY, AN ELISA TEST?

02:06PM   10        SO THERE WERE SCIENTISTS THAT ESSENTIALLY WOULD DO THE

02:06PM   11   ASSAY DEVELOPMENT TO TRY AND FIGURE OUT, YOU KNOW, WHAT TYPE OF

02:06PM   12   REAGENTS DO WE NEED TO USE, WHAT DOES THE PROCESS LOOK LIKE IN

02:06PM   13   ORDER TO RUN AN ELISA FOR VITAMIN D.

02:06PM   14        SO ONCE YOU DO AN ASSAY DEVELOPMENT, THEN IT'S THE

02:06PM   15   CONVERSION OF THAT PARTICULAR ASSAY ON THE EDISON SYSTEM.  AND

02:06PM   16   THE SPECIFICS OF THE CARTRIDGE FORMAT, OF THE DILUTION BASED ON

02:06PM   17   THE NANOTAINER, WHAT TYPE OF, YOU KNOW, COATING DO YOU NEED TO

02:06PM   18   USE IN TERMS OF THE COLLECTION, IS IT JUST SERA, IS IT EDTA, IS

02:06PM   19   IT HEPARIN.

02:06PM   20        AND SO THERE'S A MULTITUDE OF DIFFERENT EXPERIMENTS THAT

02:06PM   21   YOU RUN.  THERE ARE MATRIX STUDIES TO SEE HOW THE FORMULATION

02:06PM   22   AFFECTS THE CONCENTRATION OF THE SAMPLE THAT YOU'RE

02:06PM   23   SPECIFICALLY TARGETING.

02:07PM   24        BECAUSE WE WERE RUNNING FINGERSTICK OVER VENOUS DREW, WHAT

02:07PM   25   IS THE COMPARABLE BETWEEN THE FINGERSTICK AND THE VENOUS DRAW?

CHEUNG CROSS BY MR. WADE                                          1023

02:07PM  1        SO THE ASSAY DEVELOPMENT, THE CONVERSION TO THE EDISON,

02:07PM  2   RIGHT, AND THE FORMAT OF THE EDISON.

02:07PM  3        THEN ONCE YOU KIND OF HAVE THAT PROCESS, THEN YOU GO TO

02:07PM  4   THE ASSAY DEVELOPMENT REPORT WHERE YOU RUN A SERIES OF

02:07PM  5   DIFFERENT EXPERIMENTS.

02:07PM  6        SO YOU RUN THINGS LIKE PRECISION.  HOW MANY TIMES ARE WE

02:07PM  7   GETTING CLOSE TO THE SAME ANSWER CONSISTENTLY OVER A PERIOD OF

02:07PM  8   TIME?  YOU KNOW, WHAT IS THE STABILITY OF IT?  WHAT IS THE

02:07PM  9   SENSITIVITY?  WHAT IS THE SPECIFICITY?  WHAT IS THE ACCURACY?

02:07PM  10  HOW DOES THE FINGERSTICK VERSUS THE VENOUS DRAW COMPARE TO ONE

02:07PM  11  ANOTHER?

02:07PM  12       SO THERE ARE A WHOLE MULTITUDE OF TESTS THAT YOU RUN FOR

02:07PM  13  THE VALIDATION OF THAT.

02:07PM  14       AND THEN THERE WERE LOTS OF NEW DEVELOPMENTS THAT WERE

02:07PM  15  HAPPENING BECAUSE EVEN SAY THE BLOOD COLLECTION THAT WE WERE

02:07PM  16  UTILIZING AT THERANOS, THEY HAD DIFFERENT ITERATIONS.  SO YOU

02:07PM  17  WOULD HAVE TO TEST AND SAY, OKAY, IF WE'RE DOING THE VERSION 1

02:07PM  18  OF THE BLOOD COLLECTION DEVICE VERSUS THE VERSION 2, HOW DO

02:08PM  19  THOSE STACK UP TO ONE ANOTHER?  ARE THERE DIFFERENCES VERSUS,

02:08PM  20  YOU KNOW, THE THIRD OR WHATEVER ELSE?

02:08PM  21       SO THERE WAS A WEALTH OF DIFFERENT EXPERIMENTS THAT WERE

02:08PM  22  RUN IN CONNECTION TO THE GENERATION OF ONE PARTICULAR TEST IN

02:08PM  23  THIS CASE FOR THE EDISON DEVICES.

02:08PM  24  Q.   AND THAT SOUNDS LIKE A LOT OF WORK.

02:08PM  25  A.   IT IS A LOT OF WORK.

CHEUNG CROSS BY MR. WADE                                              1024

02:08PM  1    Q.   IT TAKE PLACE OVER YEARS -- MONTHS IF NOT YEARS; CORRECT?

02:08PM  2    A.   DEPENDING ON THE ASSAY, YEAH.  IT CAN DEPEND ON HOW THE

02:08PM  3    ASSAY IS, YES.

02:08PM  4    Q.   AND MANY OF THESE ASSAYS THAT THIS R&D GROUP WAS WORKING

02:08PM  5    ON WAS -- WEREN'T -- DID NOT EXIST IN SMALL SAMPLES PREVIOUSLY;

02:08PM  6    CORRECT?

02:08PM  7    A.   DIDN'T?

02:08PM  8    Q.   IT WAS A BAD QUESTION.  LET ME TRY AGAIN.

02:08PM  9         MANY OF THE ASSAYS THAT WERE BEING OFFERED THAT WERE BEING

02:09PM  10   DEVELOPED IN RESEARCH AND DEVELOPMENT HAD NEVER BEEN DEVELOPED

02:09PM  11   ON A SMALL SAMPLE BEFORE; CORRECT?

02:09PM  12   A.   SO -- CAN YOU REPHRASE THAT ONE MORE TIME.

02:09PM  13   Q.   YEAH.  LET ME BREAK IT INTO SOME PIECES.

02:09PM  14        WE'RE TALKING ABOUT THE R&D ASSAY DEVELOPMENT WORK?

02:09PM  15   A.   RIGHT.  OKAY.

02:09PM  16   Q.   AND WHAT THEY WERE TRYING TO DO IS DEVELOP SMALL SAMPLE

02:09PM  17   ASSAYS; RIGHT?

02:09PM  18   A.   YES.

02:09PM  19   Q.   AND MANY OF THE ASSAYS THAT THEY WERE WORKING ON, THERE

02:09PM  20   WAS NOT A SMALL SAMPLE ASSAY THAT EXISTED IN THE MARKET

02:09PM  21   PREVIOUSLY; RIGHT?

02:09PM  22            MR. BOSTIC:  OBJECTION.  602, YOUR HONOR.

02:09PM  23            THE COURT:  YOU'RE ASKING IF SHE HAS PERSONAL

02:09PM  24   KNOWLEDGE OF THIS IN THE INDUSTRY?

02:09PM  25            MR. WADE:  ALL OF THESE QUESTIONS ABOUT HER

CHEUNG CROSS BY MR. WADE                                                    1025

02:09PM  1    KNOWLEDGE WHILE AT THERANOS.

02:09PM  2            THE COURT:  DID YOU UNDERSTAND THE QUESTION?

02:09PM  3            THE WITNESS:  I DID UNDERSTAND IT.

02:09PM  4            THE COURT:  OKAY.  YOU CAN ANSWER IT.

02:09PM  5            THE WITNESS:  SO THERE WERE.  FOR EXAMPLE, FOR

02:09PM  6    GENERAL CHEMISTRY THERE ARE POINT OF CARE DIAGNOSTICS THAT DO

02:09PM  7    EXIST.  SO THERE WAS THE ISTAT, I-S-T-A-T, THAT DID EXIST.

02:10PM  8        AND GENERAL CHEMISTRY HAS THIS.  AND THIS IS SOMETHING

02:10PM  9    THAT YOU USE ON EMERGENCY VEHICLES, FOR EXAMPLE, IN ORDER TO

02:10PM 10    QUICKLY BE ABLE TO DIAGNOSE A PATIENT.

02:10PM 11        SOMETIMES YOU'LL HAVE THEM ESPECIALLY FOR ANYTHING RELATED

02:10PM 12    TO DIABETES.  I DON'T REMEMBER THE NAME OF THE MACHINE, BUT

02:10PM 13    THERE ARE WAYS THAT YOU CAN RUN A1C OR DIFFERENT GLUCOSE TESTS

02:10PM 14    BASED ON A FINGERSTICK.

02:10PM 15        SO THERE ARE A COUPLE OF MANUFACTURES THAT DO OFFER POINT

02:10PM 16    OF CARE DEVICES.

02:10PM 17        THERE WAS ANOTHER ONE -- THERE ARE A LOT OF SMALL

02:10PM 18    COMPANIES THAT DO THIS.  SO THERE WAS ONE FOR TPSA OUT OF

02:10PM 19    NEW YORK.  THERE WERE A HANDFUL OF COMPANIES THAT WERE

02:10PM 20    PROVIDING POINT OF CARE DIAGNOSTICS EVEN AT THAT TIME.

02:10PM 21        BUT THERE WERE -- YEAH.

02:10PM 22    BY MR. WADE:

02:10PM 23    Q.  AND MANY OF THEM, LIKE THE GLUCOSE MONITORS, FOR EXAMPLE,

02:10PM 24    MANY OF THEM ARE FOCUSSED ON SINGLE DISCRETE ASSAYS.

02:10PM 25        AND THERANOS WAS TRYING TO DEVELOP A WHOLE RANGE OF

CHEUNG CROSS BY MR. WADE                                        1026

02:10PM  1    ASSAYS; RIGHT?

02:10PM  2    A.   YES.   THE ISTAT CAN DO A WHOLE PANEL OF VARIOUS CHEMISTRY

02:11PM  3    ASSAYS SIMILAR TO WHAT THERANOS WAS ATTEMPTING TO DO WITH THEIR

02:11PM  4    CHEMISTRY PANELS.

02:11PM  5         BUT THE GLUCOSE MONITORING ONES ARE JUST, YES, DISCRETE

02:11PM  6    ONE ASSAY.

02:11PM  7    Q.   OKAY.  AND THE PROCESS THAT YOU WERE JUST DESCRIBING WHERE

02:11PM  8    ALL OF THAT WORK WAS DONE AND THE COMPARISONS WITH DIFFERENT

02:11PM  9    METHODS WERE DONE AND YOU WERE LOOKING AT THE SAMPLE, ALL OF

02:11PM  10   THAT WORK WAS DONE FOR EVERY ASSAY?

02:11PM  11   A.   YES.

02:11PM  12   Q.   AND THEN DOCUMENTED IN A REPORT?

02:11PM  13   A.   YES.

02:11PM  14   Q.   OKAY.  AND IT WAS ONLY ONCE IT SORT OF CLEARED THAT HURDLE

02:11PM  15   THAT WE WOULD GET TO THE CLIA VALIDATION; RIGHT?

02:11PM  16   A.   BEING ABLE TO INTEGRATE IT INTO THE CLINICAL LAB, YES.

02:11PM  17   Q.   AND IN THAT CLINICAL VALIDATION PROCESS -- NOW, AGAIN,

02:11PM  18   THIS IS A COMPLETELY SEPARATE PROCESS WHERE YOU THEN TRY TO PUT

02:12PM  19   INTO THE CLIA LAB AND TO ENSURE IT'S SAFE FOR PATIENT USE;

02:12PM  20   RIGHT?

02:12PM  21   A.   CORRECT.

02:12PM  22   Q.   AND EXPLAIN TO US THAT SEPARATE PROCESS THAT HAPPENS AFTER

02:12PM  23   THE R&D PROCESS?

02:12PM  24   A.   SO THAT SEPARATE PROCESS IS ESSENTIALLY ONCE WE GET THE

02:12PM  25   OKAY FOR BEING ABLE TO START RUNNING PATIENTS UTILIZING THE

CHEUNG CROSS BY MR. WADE                                        1027

02:12PM  1    EDISON DEVICES, RIGHT, LET'S JUST USE VITAMIN D AS AN EXAMPLE,

02:12PM  2    THERE ARE CERTAIN REQUIREMENTS THAT YOU HAVE TO HAVE IN ORDER

02:12PM  3    TO ACTUALLY RUN PATIENT SAMPLES.  SO IT'S THINGS LIKE MAKING

02:12PM  4    SURE THAT YOU HAVE A QUALITY CONTROL INFRASTRUCTURE SET UP.

02:12PM  5         SO HOW MANY QUALITY CONTROLS DO RUN?  HOW OFTEN DO YOU

02:12PM  6    RUN?  WHAT TYPES OF ISSUES ARE FLAGGED?  IF THERE ARE FAILURES,

02:12PM  7    HOW DO YOU RESOLVE THEM?  HOW DO YOU TROUBLESHOOT THEM?

02:12PM  8         THERE IS ALSO A LOT OF REAGENT CONTROL THAT YOU HAVE TO

02:13PM  9    CONDUCT IN ORDER TO PROPERLY HAVE IT SET UP IN THE CLIA LAB

02:13PM  10   BECAUSE THAT INFORMATION HAS TO BE RECORDED IN THE EVENT THAT

02:13PM  11   THERE'S AN INSPECTION ON CLIA.

02:13PM  12        THERE HAS TO BE PROPER TRAINING RECORDS AS WELL BECAUSE IF

02:13PM  13   CLIA DOES -- OR CMS DOES AN INSPECTION, YOU HAVE TO ENSURE THAT

02:13PM  14   PEOPLE ARE PROPERLY TRAINED APPROPRIATELY FOR CONDUCTING

02:13PM  15   CERTAIN TYPES OF TESTS.

02:13PM  16        SO ESSENTIALLY THERE'S A WHOLE ARRAY OF INFRASTRUCTURE YOU

02:13PM  17   HAVE TO SET UP SPECIFICALLY FOR PROCESSING PATIENT SAMPLES IN A

02:13PM  18   CLINICAL LAB.

02:13PM  19   Q.   AND THOSE PROCESSES ARE BOTH SPECIFIC TO A PARTICULAR

02:13PM  20   ASSAY; RIGHT?

02:13PM  21   A.   YES.

02:13PM  22   Q.   AND THEN THERE'S A WHOLE ANOTHER SET OF PROCEDURES THAT

02:13PM  23   RELATE TO THE GENERAL OPERATIONAL LAB?

02:13PM  24   A.   YES.

02:13PM  25   Q.   AND THE LAB DIRECTOR IMPLEMENTS ALL OF THOSE DIFFERENT

CHEUNG CROSS BY MR. WADE                                        1028

02:14PM    1    PROCESSES AND PROCEDURES?

02:14PM    2    A.    ARE YOU ASKING IN THE CONTEXT OF HOW THEY WERE OPERATED AT

02:14PM    3    THERANOS OR IN THE CONTEXT OF JUST GENERALLY?

02:14PM    4    Q.    UNDER THE CLIA LAB, THE LAB DIRECTOR IS SUPPOSED TO SET UP

02:14PM    5    ALL OF THESE PROCESSES AND PROCEDURES OF THE KIND THAT YOU'VE

02:14PM    6    TALKED ABOUT; RIGHT?

02:14PM    7    A.    YES.

02:14PM    8    Q.    AND I WANT TO FOCUS -- YOUR WORK IN VALIDATING THOSE

02:14PM    9    ASSAYS IN THE CLIA LAB WAS FOCUSSED ON THE IMMUNOASSAYS; RIGHT?

02:14PM   10    A.    YES.

02:14PM   11    Q.    AND THERE WAS A SEPARATE CLINICAL VALIDATION IN PROCESS

02:14PM   12    FOR THE OTHER TYPES OF ASSAYS?

02:14PM   13    A.    CORRECT.

02:14PM   14    Q.    BUT YOU WEREN'T INVOLVED IN THAT?

02:14PM   15    A.    NOT IN THE VALIDATION, NO.

02:14PM   16    Q.    OKAY.  LET ME LOOK -- AND THE PROCESS THAT YOU JUST

02:14PM   17    DESCRIBED I THINK YOU SAID WAS DOCUMENTED IN A VALIDATION

02:15PM   18    REPORT; RIGHT?

02:15PM   19    A.    WHICH PROCESS?

02:15PM   20    Q.    THE CLIA VALIDATION PROCESS OF AN ASSAY?

02:15PM   21    A.    SO THERE'S THE ASSAY VALIDATION IN TERMS OF THE APPROVAL

02:15PM   22    OF WHETHER THIS IS AN ACCURATE, PRECISE, ADEQUATE TEST; AND

02:15PM   23    THEN THE SORT OF CLIA PROCEDURES OF SETTING UP THE QC

02:15PM   24    INFRASTRUCTURE, AND HOW TO TROUBLESHOOT CERTAIN ISSUES THAT

02:15PM   25    ARISE, UNDERSTANDING CLINICAL RANGES AND THINGS OF THAT NATURE,

CHEUNG CROSS BY MR. WADE                                    1029

| | | |
|---|---|---|
| 02:15PM | 1 | THAT'S A SEPARATE DOCUMENT THAT WOULD TYPICALLY BE ARTICULATED |
| 02:15PM | 2 | IN THE STANDARD OPERATING PROCEDURE. |
| 02:15PM | 3 | Q.   OKAY.  AND WE'LL TALK ABOUT SOME OF THOSE HERE A BIT. |
| 02:15PM | 4 | LET ME START WITH THE PARTICULAR ASSAY RELATED PROVISIONS. |
| 02:15PM | 5 | A.   OKAY. |
| 02:15PM | 6 | Q.   SO WERE THERE STANDARDS FOR THE ACCURACY OF A PARTICULAR |
| 02:15PM | 7 | ASSAY? |
| 02:15PM | 8 | A.   YES. |
| 02:15PM | 9 | Q.   AND WHAT WERE THOSE STANDARDS? |
| 02:15PM | 10 | A.   IT DEPENDS ON THE TEST. |
| 02:15PM | 11 | Q.   HOW ABOUT FOR VITAMIN D? |
| 02:16PM | 12 | A.   I DON'T REMEMBER THE EXACT VALUES. |
| 02:16PM | 13 | Q.   HOW ABOUT FOR -- LET'S SEE SOME OF THE OTHER ONES YOU |
| 02:16PM | 14 | WORKED ON. |
| 02:16PM | 15 | HOW ABOUT FOR TOTAL TESTOSTERONE? |
| 02:16PM | 16 | A.   I WOULDN'T REMEMBER THE EXACT VALUES. |
| 02:16PM | 17 | Q.   DO YOU RECALL THE ACCURACY STANDARDS FOR ANY OF THE |
| 02:16PM | 18 | ASSAYS?  I KNOW IT'S BEEN A LONG TIME.  I'M NOT -- |
| 02:16PM | 19 | A.   NO. |
| 02:16PM | 20 | Q.   OKAY.  AND THERE'S ALSO SOME TALK ABOUT PRECISION IN YOUR |
| 02:16PM | 21 | TESTIMONY. |
| 02:16PM | 22 | DO YOU RECALL THAT? |
| 02:16PM | 23 | A.   YEAH. |
| 02:16PM | 24 | Q.   AND DO YOU RECALL WHAT THE STANDARDS FOR PRECISION ARE? |
| 02:16PM | 25 | A.   NO, NOT AT THIS TIME, NO. |

CHEUNG CROSS BY MR. WADE                                    1030

02:16PM   1    Q.   NOW, I THINK YOU SAID -- IS IT -- STRIKE THAT.

02:16PM   2         IS IT FAIR TO SAY THAT VITAMIN D WAS THE ASSAY THAT YOU

02:17PM   3    PROBABLY WORKED THE MOST WITH?

02:17PM   4    A.   IN VALIDATION OR IN CLINICAL LAB?

02:17PM   5    Q.   YEAH, IN VALIDATION.

02:17PM   6    A.   IN VALIDATION VITAMIN D, HEPATITIS B, SOME TPSA, MAYBE

02:17PM   7    SOME TSH, BUT IT WAS -- YEAH.  IT WAS MOSTLY IN REGARDS TO

02:17PM   8    BEING ABLE TO RUN SOME OF THE EXPERIMENTS.  IT WASN'T

02:17PM   9    NECESSARILY IN THE ANALYSIS OF IT.

02:17PM   10   Q.   OH, THAT'S FAIR.  CAN YOU EXPLAIN -- CAN YOU GIVE US AN

02:17PM   11   OVERVIEW OF THE WHOLE VALIDATION PROCESS AND WHAT ROLE YOU

02:17PM   12   PLAYED WITHIN THE VALIDATION PROCESS?

02:17PM   13   A.   SO, FOR EXAMPLE, IF WE NEEDED TO FIGURE OUT WHAT THE

02:17PM   14   PRECISION OF VITAMIN D WAS, ESSENTIALLY WHAT YOU'RE SUPPOSED TO

02:17PM   15   DO IS YOU'RE SUPPOSED TO RUN THE TEST OF MAYBE THREE DIFFERENT

02:17PM   16   STANDARDS OVER AND OVER AGAIN OVER THE COURSE OF WHAT USUALLY

02:17PM   17   WOULD TAKE THREE MONTHS.

02:17PM   18        BUT AT THERANOS WE WERE RUNNING THEM IN A SHORTENED

02:18PM   19   TIMEFRAME, SO WE WOULD JUST TRY AND GET THEM DONE AS SOON AS

02:18PM   20   POSSIBLE.  SO IT WOULD BE LIKE THREE DAYS TO A WEEK AND A HALF.

02:18PM   21        SO WHAT I WOULD BE IN CHARGE OF DOING IS ESSENTIALLY

02:18PM   22   WORKING IN SOMETIME SHIFTS TO BASICALLY RUN THOSE SAMPLES AND

02:18PM   23   GENERATE THAT DATA OVER A COURSE OF TIME.

02:18PM   24        SO IT'S PRETTY MUCH ALL THE SAME PROCESS.  YOU HAVE A

02:18PM   25   STANDARD, SOME SORT OF SAMPLE THAT YOU KNOW THE CONCENTRATION,

CHEUNG CROSS BY MR. WADE                                         1031

02:18PM  1    YOU FILL THE CARTRIDGES, YOU PUT THE SAMPLE IN THERE, AND YOU

02:18PM  2    RUN IT.  IT'S JUST THE FOCUS IS DIFFERENT.

02:18PM  3         SO FOR PRECISION, IT'S HOW MANY TIMES YOU RUN IT?  WHAT

02:18PM  4    DOES IT LOOK LIKE OVER A COURSE OF TIME?

02:18PM  5         IF IT WAS FOR, YOU KNOW, THE DIFFERENT TYPES OF

02:18PM  6    CONTAINERS, WHICH I DID FOR VITAMIN D, THAT'S THE SAME THING,

02:18PM  7    YOU HAVE BASICALLY ONE CONTAINER, ONE TYPE OF COATING, ANOTHER

02:18PM  8    TYPE OF CONTAINER WITH ANOTHER TYPE OF COATING, YOU RUN TWO

02:18PM  9    CARTRIDGES AND YOU CROSS-COMPARE THEM.

02:18PM  10        SO IT REALLY JUST DEPENDED ON THE ASSAY, DEPENDED ON WHAT

02:18PM  11   WAS NEEDED REALLY IN THE COMPANY.  SO THERE WAS A WHOLE RANGE

02:19PM  12   OF DIFFERENT EXPERIMENTS.

02:19PM  13   Q.   OKAY.  SO YOU SPENT A LOT OF TIME BY THESE EDISON DEVICES

02:19PM  14   RUNNING TESTS?

02:19PM  15   A.   YES.

02:19PM  16   Q.   AND DATA WOULD COME OUT OF IT FOR THE VALIDATION ANALYSIS?

02:19PM  17   A.   YES.

02:19PM  18   Q.   AND THEN WHAT DID YOU DO WITH THAT DATA AFTER YOU

02:19PM  19   GENERATED IT?

02:19PM  20   A.   SO IT WOULD DEPEND ON THE STUDY.  THE MAJORITY OF THE TIME

02:19PM  21   AFTER IT WOULD BE RUN AND EVERYTHING, I WOULD PLACE IT INTO --

02:19PM  22   LIKE FOR PRECISION, FOR EXAMPLE, I WOULD PLACE IT INTO A

02:19PM  23   SPREADSHEET, AND WE WOULD SAY THIS IS HOW MANY RUNS THAT WE DID

02:19PM  24   OVER THIS COURSE OF TIME.

02:19PM  25        AND IT WOULD BE -- AGAIN, THIS IS FOR RESEARCH AND

CHEUNG CROSS BY MR. WADE                                                    1032

02:19PM  1    DEVELOPMENT.  WE WOULD PRESENT IN FRONT OF SHARADA IN THESE BIG

02:19PM  2    GROUP MEETINGS ABOUT ALL OF THE THINGS THAT WE ACCOMPLISHED IN

02:19PM  3    A PERIOD OF TIME, AND THEN REVIEW THE PRECISION DATA TO FIGURE

02:19PM  4    OUT, OKAY, IS THIS SUFFICIENT ENOUGH?  DO WE NEED TO RUN MORE

02:19PM  5    CARTRIDGES?  DO WE NEED TO -- IS IT FINE?  ARE WE OKAY?  CAN WE

02:20PM  6    MOVE ON TO THE NEXT ASSAY?

02:20PM  7        SO THAT IS ONE OF THE EXAMPLES OF WHAT I DO.

02:20PM  8        IF IT WAS, SAY, A BLOOD COLLECTION CONTAINER WHERE I WAS

02:20PM  9    COMPARING THEM, WHAT I WOULD DO IS INTERFACE ACTUALLY THE WHOLE

02:20PM  10   SEPARATE TEAM, THAT WAS MICHAEL CHEN'S TEAM.  AND SO I WOULD

02:20PM  11   RUN IT -- YOU KNOW, THE BLOOD YOU GET FROM A LIHEP, L-I-H-E-P,

02:20PM  12   CONTAINER OR EDTA, I'D STACK UP THE RESULTS FOR THEM, AND I

02:20PM  13   WOULD CHART OUT THE GRAPHS OF, YOU KNOW, DO WE SEE THAT -- THE

02:20PM  14   RESULTS FOR THE DIFFERENT TYPES OF BLOOD COLLECTION UNITS STACK

02:20PM  15   UP TO WHAT OUR INTENDED OR WHAT OUR EXPECTED RESULTS WOULD BE?

02:20PM  16       SO IT JUST REALLY DEPENDS ON WHAT WAS NEEDED, WHAT TYPE OF

02:20PM  17   TEST WE WERE RUNNING, WHAT WE WERE LOOKING FOR.

02:20PM  18   Q.   BUT THAT'S IMPORTANT WORK.  YOU'RE GATHERING DATA AND THEN

02:20PM  19   THAT DATA WOULD BE GIVEN TO OTHERS WHO WOULD ANALYZE IT AND

02:20PM  20   INCORPORATE IT INTO A VALIDATION REPORT?

02:20PM  21   A.   YES.

02:20PM  22   Q.   OKAY.  YOU TALKED ABOUT VITAMIN D.

02:21PM  23       DO YOU KNOW WHEN THE VITAMIN D TEST WAS VALIDATED FOR USE

02:21PM  24   IN THE CLIA LAB?

02:21PM  25   A.   NO, I DON'T KNOW THE EXACT DATE.

CHEUNG CROSS BY MR. WADE                                              1033

| | | |
|---|---|---|
| 02:21PM | 1 | Q.   OKAY.  IT'S BEEN A LONG TIME.  WHY DON'T I JUST SHOW YOU A |
| 02:21PM | 2 | DOCUMENT AND SEE IF WE CAN GO THROUGH IT. |
| 02:21PM | 3 | COULD YOU LOOK AT 9412, PLEASE. |
| 02:21PM | 4 | ARE YOU FAMILIAR WITH THIS DOCUMENT? |
| 02:21PM | 5 | A.   YES. |
| 02:21PM | 6 | Q.   AND WHAT IS THIS DOCUMENT? |
| 02:21PM | 7 | A.   THIS IS THE VITAMIN D VALIDATION DOCUMENT. |
| 02:22PM | 8 | Q.   AND WHAT IS THE DATE ON THE DOCUMENTS? |
| 02:22PM | 9 | A.   THE DATE ON THIS DOCUMENT -- THERE ISN'T AN EFFECTIVE DATE |
| 02:22PM | 10 | ON IT, BUT THE SIGNATURES HAVE DATES.  IS IT THE SIGNATURE DATE |
| 02:22PM | 11 | YOU WANT OR THE -- |
| 02:22PM | 12 | Q.   SURE.  WHAT IS THE DATE OF THE FIRST SIGNATURE OF |
| 02:22PM | 13 | DR. SIVARAMAN AT THE TIME? |
| 02:22PM | 14 | A.   SEPTEMBER 30TH OF 2013. |
| 02:22PM | 15 | Q.   OKAY.  AND THIS IS A DOCUMENT THAT YOU WORKED WITH A BIT |
| 02:22PM | 16 | WHEN YOU WERE AT THE COMPANY? |
| 02:22PM | 17 | A.   YES. |
| 02:22PM | 18 | Q.   OKAY.  AND DO YOU BELIEVE THAT THIS IS A TRUE AND ACCURATE |
| 02:22PM | 19 | COPY OF THE DOCUMENT THAT YOU WORKED WITH? |
| 02:22PM | 20 | A.   YES. |
| 02:22PM | 21 | MR. WADE:  YOUR HONOR, I WOULD MOVE THE ADMISSION OF |
| 02:22PM | 22 | 9412. |
| 02:22PM | 23 | MR. BOSTIC:  NO OBJECTION. |
| 02:22PM | 24 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 02:22PM | 25 | (DEFENDANT'S EXHIBIT 9412 WAS RECEIVED IN EVIDENCE.) |

CHEUNG CROSS BY MR. WADE                                                    1034

02:23PM   1      BY MR. WADE:

02:23PM   2      Q.   MS. CHEUNG, I'D LIKE YOU TO HELP US TAKE A LITTLE BIT OF A

02:23PM   3      TOUR OF THIS DOCUMENT TO HELP US UNDERSTAND.  THIS IS THE

02:23PM   4      VALIDATION REPORT WE HAVE BEEN TALKING ABOUT; CORRECT?

02:23PM   5      A.   YES.

02:23PM   6      Q.   AND THIS IS VITAMIN D?

02:23PM   7      A.   YES.

02:23PM   8      Q.   AND LET'S START WITH THE FIRST PAGE.  I SEE THAT THERE

02:23PM   9      ARE -- AND JUST SO THE RECORD IS CLEAR, THIS IS THE ASSAY

02:23PM  10      VALIDATION REPORT FOR THE EDISON DEVICE; RIGHT?

02:23PM  11      A.   YES.

02:23PM  12      Q.   OKAY.  AND I SEE THAT THERE ARE SIGNATURES OF REVIEWERS ON

02:23PM  13      THOSE PAGES.  THESE ARE SOME NAMES THAT WE'VE TALKED ABOUT

02:23PM  14      BEFORE?

02:23PM  15      A.   YES.

02:23PM  16      Q.   AND WAS -- DO YOU HAVE AN UNDERSTANDING AS TO WHY THESE

02:23PM  17      SIGNATURES ARE ON THE PAGE?

02:23PM  18      A.   TO SAY WHO WROTE THEM, WHO REVIEWED THEM, WHO APPROVED

02:23PM  19      THEM.

02:23PM  20      Q.   AND SO THERE WAS A SERIOUS PROCESS BEFORE IT COULD BE

02:23PM  21      OFFERED -- BEFORE A TEST COULD BE OFFERED TO PATIENTS; RIGHT?

02:23PM  22      A.   YES.

02:23PM  23      Q.   AND THERE WERE MULTIPLE LEVELS OF REVIEW?

02:24PM  24      A.   YES.

02:24PM  25      Q.   AND THIS WAS THE CULMINATION OF THAT REVIEW, THIS

CHEUNG CROSS BY MR. WADE                                                1035

02:24PM   1    SIGNATURE PAGE WHERE THEY DOCUMENTED -- EACH PERSON DOCUMENTED

02:24PM   2    THEIR APPROVAL?

02:24PM   3    A.   YES.

02:24PM   4    Q.   OKAY.  AND THESE ARE ALL FOLKS YOU WORK WITH?

02:24PM   5    A.   YES.

02:24PM   6    Q.   OKAY.  TO PAGE 1310 OF EXHIBIT 9412.

02:25PM   7         DO YOU SEE THAT?

02:25PM   8    A.   YES.

02:25PM   9    Q.   AND CAN YOU JUST TELL US WHAT TABLE 1 IS?

02:25PM   10   A.   TABLE 1 IS THE CALIBRATION DATA FOR THE EDISON 3.0'S.

02:25PM   11   Q.   AND -- I'M SORRY, GO AHEAD.

02:25PM   12   A.   YEAH, IT'S JUST A CALIBRATION DATA TABLE.

02:25PM   13   Q.   OKAY.  AND THIS DOCUMENT IS THE CALIBRATION OF THE DEVICE

02:25PM   14   AT THE TIME THAT THE ASSAY WAS VALIDATED?

02:25PM   15   A.   YES.

02:25PM   16   Q.   AND I'D LIKE TO CALL YOUR ATTENTION TO THE PARAGRAPH UP AT

02:25PM   17   THE TOP.

02:25PM   18        DO YOU SEE THAT?

02:25PM   19   A.   YES.

02:25PM   20   Q.   AND IF WE CAN BLOW THAT UP.

02:25PM   21        DO YOU SEE THE SENTENCE STARTING WITH "ANY"?

02:25PM   22   A.   YES.

02:25PM   23   Q.   AND COULD YOU READ THAT FOR US, PLEASE.

02:25PM   24   A.   "ANY TIP THAT RESULTED IN LESS THAN 150 RLU IS CONSIDERED

02:26PM   25   A 'DARK' TIP.  THESE AND OTHER OBVIOUS OUTLIERS, HIGHLIGHTED IN

CHEUNG CROSS BY MR. WADE                                          1036

02:26PM   1    RED, WERE EXCLUDED FROM THE OVERALL MEAN AND RECOVERY

02:26PM   2    CALCULATIONS.  THE PERCENTAGE CV'S AND RECOVERY OF EACH LEVEL

02:26PM   3    ARE WELL WITHIN ACCEPTABLE RANGES."

02:26PM   4    Q.   OKAY.  AND YOU TALKED A LITTLE BIT ON DIRECT ABOUT OUTLIER

02:26PM   5    REMOVAL.

02:26PM   6         DO YOU RECALL THAT?

02:26PM   7    A.   YES.

02:26PM   8    Q.   AND THE TEXT THAT YOU JUST IDENTIFIED IS DOCUMENTING THAT

02:26PM   9    THERE WAS OUTLIER REMOVAL IN CONNECTION WITH THE DEVICE

02:26PM   10   CALIBRATION; RIGHT?

02:26PM   11   A.   FOR THIS PARTICULAR TABLE, YES.

02:26PM   12   Q.   YEAH.  LET'S GO TO PAGE 1312.  AND IF WE CAN LOOK AT --

02:27PM   13   WELL, CAN YOU TELL US WHAT IS TABLE 2?

02:27PM   14   A.   TABLE 2 IS ANOTHER CALIBRATION DATA SET FOR ANOTHER EDISON

02:27PM   15   DEVICE.

02:27PM   16   Q.   OKAY.  CAN WE LOOK AT THE LANGUAGE IN THE TOP THERE.

02:27PM   17        AND FOR THIS ONE IT SAYS NO POINTS WERE EXCLUDED FROM THIS

02:27PM   18   DATA SET; RIGHT?  IS THAT CORRECT?

02:27PM   19   A.   THAT IS CORRECT.

02:27PM   20   Q.   AND SO NO OUTLIERS WERE REMOVED IN THIS INSTANCE?

02:27PM   21   A.   FOR THE CALIBRATION, NO.

02:27PM   22   Q.   OKAY.  LET'S GO TO TABLE 3.

02:27PM   23   A.   IS THAT PAGE 12?

02:27PM   24   Q.   THAT'S PAGE 14, 1314.

02:27PM   25   A.   SORRY, 1314.

02:27PM  1    Q.   AND THIS IS ANOTHER CALIBRATION TABLE?

02:27PM  2    A.   YES.

02:27PM  3    Q.   AND AGAIN, THE LANGUAGE AT THE TOP DOCUMENTS THE EXCLUSION

02:27PM  4    OF CERTAIN OUTLIERS?

02:28PM  5    A.   YES.

02:28PM  6    Q.   AND IF WE GO TO 1316 -- LET ME LOOK.  THIS IS YET ANOTHER

02:28PM  7    CALIBRATION TABLE; CORRECT?

02:28PM  8    A.   YES.

02:28PM  9    Q.   AND IN THIS INSTANCE AGAIN THERE WERE REMOVALS OF

02:28PM  10   OUTLIERS, AND THAT'S DOCUMENTED HERE IN THE REPORT?

02:28PM  11   A.   YES.

02:28PM  12   Q.   AND JUST SO WE UNDERSTAND THIS PROCESS, THESE VALIDATION

02:28PM  13   DOCUMENTS ARE MAINTAINED IN THE FILES OF THE LAB?

02:28PM  14   A.    IN THE RESEARCH AND DEVELOPMENT LAB.

02:28PM  15   Q.   THIS IS THE CLIA VALIDATION REPORT; RIGHT?

02:28PM  16   A.   THIS IS THE ASSAY VALIDATION REPORT, YES.

02:28PM  17   Q.   RIGHT.  THIS IS THE DOCUMENT THAT IS PREPARED WITHIN THE

02:29PM  18   CLIA LAB AND SIGNED BY DR. ROSENDORFF BEFORE A TEST CAN BE

02:29PM  19   OFFERED WITHIN THE CLIA LAB; RIGHT?

02:29PM  20   A.   YES, BUT THE MAJORITY OF THESE DOCUMENTS EXISTED IN THE

02:29PM  21   RESEARCH AND DEVELOPMENT LAB IN TERMS OF THE DRIVES.

02:29PM  22   Q.   OKAY.  THEY WERE ON AN R&D FOLDER?

02:29PM  23   A.   YES.

02:29PM  24   Q.   OKAY.  LET'S GO TO THE PAGE ENDING 1328.

02:29PM  25   A.   OF THE SAME SET?

CHEUNG CROSS BY MR. WADE                                              1038

02:29PM   1      Q.   YES, SAME DOCUMENT, DOCUMENT 1942.

02:29PM   2           DO YOU SEE SECTION 7 THERE, DILUTION LINEARITY?

02:29PM   3      A.   YES.

02:29PM   4      Q.   AND WHAT DOES THAT REFER TO?

02:30PM   5      A.   I DON'T KNOW.

02:30PM   6      Q.   THIS WASN'T A CALCULATION THAT YOU WERE RESPONSIBLE FOR?

02:30PM   7      A.   NO.

02:30PM   8      Q.   AND DO YOU KNOW WHO WAS RESPONSIBLE FOR IT?

02:30PM   9      A.   THE ELISA TEAM.

02:30PM   10     Q.   THE ELISA TEAM?

02:30PM   11     A.   YES.

02:30PM   12     Q.   OKAY.  AND IF YOU LOOK AT THE PARAGRAPH RIGHT AFTER

02:30PM   13     TABLE -- THE HEADING TABLE 11?

02:30PM   14     A.   THE HEADING.

02:30PM   15     Q.   YOU SEE AGAIN THERE'S A REFERENCE TO THE REMOVAL OF

02:30PM   16     OUTLIERS?

02:30PM   17     A.   YES.

02:30PM   18     Q.   AND IT SAYS THAT THEY'RE HIGHLIGHTED IN RED, ALTHOUGH WE

02:30PM   19     DON'T HAVE A COLOR COPY HERE.

02:30PM   20     A.   YES.

02:30PM   21     Q.   OKAY.  LET ME GO NEXT TO 9638.

02:31PM   22     A.   THAT'S IN THE BINDER?

02:31PM   23     Q.   YES, PLEASE.

02:31PM   24          AND WHAT IS THIS DOCUMENT?

02:31PM   25     A.   THIS DOCUMENT IS THE ELISA ASSAY VALIDATION REPORT FOR TSH

CHEUNG CROSS BY MR. WADE                                          1039

02:31PM   1    ON THE 3.X THERANOS SYSTEM.

02:31PM   2    Q.   AND THIS IS ANOTHER CLIA VALIDATION REPORT OF THE KIND

02:31PM   3    THAT WE'RE TALKING ABOUT?

02:31PM   4    A.   THESE ARE THE -- THESE WERE DONE IN THE RESEARCH AND

02:31PM   5    DEVELOPMENT LAB AND THE ASSAY DEVELOPMENT -- THIS WAS THE ASSAY

02:31PM   6    VALIDATION REPORT THAT WAS DONE WITHIN THE RESEARCH AND

02:31PM   7    DEVELOPMENT LAB.

02:31PM   8    Q.   AND THEN THE DATA AND ANALYSIS WAS REVIEWED AND DOCUMENTED

02:31PM   9    BY DR. ROSENDORFF THAT THE TEST WAS SAFE FOR PATIENT USE WITHIN

02:32PM  10    THE CLIA LAB; CORRECT?

02:32PM  11    A.   YES.

02:32PM  12    Q.   OKAY.  AND YOU WORKED ON TSH WHILE YOU WERE AT THE

02:32PM  13    COMPANY?

02:32PM  14    A.   YES, IN THE --

02:32PM  15    Q.   IN THE CLIA LAB?

02:32PM  16    A.   -- IN THE CLIA LAB, YES.

02:32PM  17    Q.   AND THIS IS A DOCUMENT THAT YOU WERE FAMILIAR WITH AT THE

02:32PM  18    TIME THAT YOU WERE WORKING WITHIN THE CLIA LAB?

02:32PM  19    A.   YES, ROUGHLY.

02:32PM  20    Q.   AND DOES THIS APPEAR TO BE A TRUE AND ACCURATE COPY OF THE

02:32PM  21    VALIDATION REPORT?

02:32PM  22    A.   YES.

02:32PM  23                MR. WADE:  I WOULD MOVE THE ADMISSION OF 9368.

02:32PM  24                MR. BOSTIC:  NO OBJECTION.

02:32PM  25                THE COURT:  IT MAY BE ADMITTED AND PUBLISHED.

CHEUNG CROSS BY MR. WADE                                    1040

02:32PM   1              (DEFENDANT'S EXHIBIT 9368 WAS RECEIVED IN EVIDENCE.)

02:32PM   2      BY MR. WADE:

02:32PM   3      Q.   AND JUST CALLING YOUR ATTENTION TO THE FIRST PAGE OF 9368.

02:32PM   4      HERE AGAIN THIS IS A REPORT THAT IS SIGNED OFF ON BY FOUR

02:32PM   5      PEOPLE?

02:32PM   6      A.   YES.

02:32PM   7      Q.   AND CAN YOU JUST IDENTIFY THE PEOPLE WHO SIGNED OFF ON

02:33PM   8      THIS?

02:33PM   9      A.   SO MICHELLE JOHNSON WAS A RESEARCH ASSOCIATE IN THE

02:33PM   10     RESEARCH AND DEVELOPMENT LAB FOR ELISA; SHARADA SIVARAMAN, WHO

02:33PM   11     WAS THE IMMUNOASSAY TEAM LEADER FOR THE ELISA; DANIEL YOUNG,

02:33PM   12     WHO WAS THE VICE PRESIDENT OF THERANOS; AND THEN

02:33PM   13     ADAM ROSENDORFF, WHO WAS A LABORATORY DIRECTOR OF THE CLIA LAB.

02:33PM   14     Q.   OKAY.  AND WE WON'T GO THROUGH THE SPECIFICS OF EACH ONE.

02:33PM   15          I'LL CALL YOUR ATTENTION NEXT TO A NEW DOCUMENT, 9381.

02:33PM   16     A.   9381.  I SEE.

02:33PM   17     Q.   AND WHAT IS THIS DOCUMENT, MS. CHEUNG?

02:33PM   18     A.   SO THIS DOCUMENT IS THE TOTAL T4 ELISA ASSAY VALIDATION

02:34PM   19     REPORT ON THE EDISON 3.5 THERANOS SYSTEM.

02:34PM   20     Q.   OKAY.  AND THIS WAS ALSO AN ASSAY THAT YOU WORKED ON IN

02:34PM   21     THE CLIA LAB?

02:34PM   22     A.   IN THE CLIA LAB, YES.

02:34PM   23     Q.   AND THIS IS A VALIDATION REPORT THAT YOU'RE FAMILIAR WITH?

02:34PM   24     A.   NO, I WAS NOT FAMILIAR WITH THIS VALIDATION REPORT.

02:34PM   25     Q.   YOU WEREN'T FAMILIAR WITH THIS ONE?

02:34PM   1       A.   NO.

02:34PM   2       Q.   OKAY.  THIS REPORT REFERENCES DR. RAN HU?

02:34PM   3       A.   YES.

02:34PM   4       Q.   AND CAN YOU JUST REMIND US WHAT ROLE HE PLAYED?  WE'VE

02:34PM   5       SEEN HIM ON SOME DOCUMENTS.

02:34PM   6       A.   SHE.

02:34PM   7       Q.   SHE.

02:34PM   8       A.   YEAH, SHE WAS A SCIENTIST ON THE ELISA TEAM.

02:34PM   9       Q.   IF WE CAN MOVE TO DOCUMENT 9387.

02:35PM   10           AND WHAT THIS DOCUMENT, MS. CHEUNG?

02:35PM   11      A.   THIS DOCUMENT IS THE ASSAY VALIDATION REPORT FOR THE 3.X

02:35PM   12      THERANOS SYSTEM FOR TPSA, FOR TOTAL PROSTATE --

02:35PM   13      Q.   AND THIS WAS ONE OF THE -- TPSA WAS ONE OF THE ASSAYS THAT

02:35PM   14      YOU WORKED ON IN THE CLIA LAB?

02:35PM   15      A.   YES.

02:35PM   16      Q.   AND WERE YOU FAMILIAR WITH THIS DOCUMENT AT THE TIME THAT

02:35PM   17      YOU WERE WORKING AT THE COMPANY?

02:35PM   18      A.   YES.

02:35PM   19      Q.   OKAY.  AND DOES THIS APPEAR TO BE A TRUE AND ACCURATE COPY

02:35PM   20      OF THAT DOCUMENT?

02:35PM   21      A.   YES.

02:35PM   22               MR. WADE:  WE WOULD MOVE THE ADMISSION, YOUR HONOR.

02:35PM   23               MR. BOSTIC:  NO OBJECTION.

02:35PM   24               THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:35PM   25           (DEFENDANT'S EXHIBIT 9387 WAS RECEIVED IN EVIDENCE.)

CHEUNG CROSS BY MR. WADE                                              1042

02:36PM   1    BY MR. WADE:

02:36PM   2    Q.   HERE AGAIN THERE IS SIGNOFF BY MULTIPLE PEOPLE TO DOCUMENT

02:36PM   3    THAT THEY HAVE APPROVED THIS ASSAY?

02:36PM   4    A.   YES.

02:36PM   5    Q.   AND THE SIGNATURES HERE AGAIN ARE SEPTEMBER OF 2013?

02:36PM   6    A.   YES.

02:36PM   7    Q.   AND AGAIN, THIS IS SOMETHING THAT IS CERTIFYING THAT THE

02:36PM   8    TEST IS READY FOR USE IN THE CLIA LAB?

02:36PM   9    A.   YES.

02:36PM   10   Q.   AND I THINK WE TALKED ABOUT, MS. CHEUNG, THAT AFTER YOU

02:36PM   11   HAD THE VALIDATION REPORTS, THERE WAS A NEED TO CREATE SOP'S;

02:36PM   12   IS THAT RIGHT?

02:36PM   13   A.   YES, THAT IS CORRECT.

02:36PM   14   Q.   OKAY.   LET'S LOOK AT ONE OF THOSE.

02:37PM   15        COULD YOU LOOK AT 9925.

02:37PM   16        DO YOU HAVE THAT IN FRONT OF YOU?

02:37PM   17   A.   YES, I DO.

02:37PM   18   Q.   AND WHAT IS THIS DOCUMENT?

02:37PM   19   A.   THIS IS THE STANDARD OPERATING PROCEDURE IN THE CLIA

02:37PM   20   LABORATORY FOR THE VITAMIN D TEST ON THE EDISON 3.5 THERANOS

02:37PM   21   SYSTEM.

02:37PM   22   Q.   OKAY.   AND THIS WAS ONE OF THE TESTS THAT YOU WERE RUNNING

02:37PM   23   WITHIN THE LAB; RIGHT?

02:37PM   24   A.   YES.

02:37PM   25   Q.   AND WERE YOU, THEREFORE, FAMILIAR WITH THIS DOCUMENT?

CHEUNG CROSS BY MR. WADE                                    1043

02:37PM   1     A.   YES.

02:37PM   2     Q.   AND DOES THIS APPEAR TO BE A TRUE AND CORRECT COPY OF THE

02:38PM   3     DOCUMENT?

02:38PM   4     A.   YES.

02:38PM   5     Q.   OKAY.

02:38PM   6              MR. WADE:  I WOULD MOVE THE ADMISSION, YOUR HONOR.

02:38PM   7              MR. BOSTIC:  NO OBJECTION.

02:38PM   8              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:38PM   9          (DEFENDANT'S EXHIBIT 9925 WAS RECEIVED IN EVIDENCE.)

02:38PM   10    BY MR. WADE:

02:38PM   11    Q.   NOW, THIS IS A NEW DOCUMENT SO MAYBE WE'LL GO -- SPEND A

02:38PM   12    LITTLE TIME GOING THROUGH THIS SO WE CAN UNDERSTAND WHAT THIS

02:38PM   13    DOCUMENT DOES.

02:38PM   14        LET'S START ON PAGE 1.  IS THIS DOCUMENT REVIEWED AND

02:38PM   15    APPROVED BY A SIMILAR GROUP OF PEOPLE BEFORE IT'S REVIEWED IN

02:38PM   16    THE LAB?

02:38PM   17    A.   YES.

02:38PM   18    Q.   AND WHO ARE THE PEOPLE WHO REVIEWED AND APPROVED THE

02:38PM   19    STANDARD OPERATING PROCEDURE ASSAY?

02:38PM   20    A.   SO MICHELLE JOHNSON, WHO WAS ON THE ELISA TEAM, SHE WAS AN

02:38PM   21    IMMUNOASSAY RESEARCH ASSOCIATE; SURAJ SAKSENA, WHO WAS A TEAM

02:39PM   22    LEADER ON THE BINDERS TEAM; DANIEL YOUNG, WHO WAS THE VICE

02:39PM   23    PRESIDENT OF THE COMPANY; AND ADAM ROSENDORFF, WHO WAS THE LAB

02:39PM   24    DIRECTOR.

02:39PM   25    Q.   AND SO THEY'RE COMING UP WITH A PROTOCOL FOR YOU TO RUN

CHEUNG CROSS BY MR. WADE                                        1044

02:39PM   1    THE TEST WITHIN THE LAB; IS THAT RIGHT?

02:39PM   2    A.   THAT IS CORRECT.

02:39PM   3    Q.   AND EXPLAIN TO US HOW YOU USE THIS DOCUMENT GENERALLY?

02:39PM   4    A.   SO INITIALLY WHEN I HAD STARTED PROCESSING PATIENT SAMPLES

02:39PM   5    I HADN'T SEEN THESE DOCUMENTS ACTUALLY AS A CLINICAL LAB

02:39PM   6    ASSOCIATE AND WHILE WORKING IN R&D.

02:39PM   7        SO IT WASN'T UNTIL LATER ON I HAD ACTUALLY EVEN VIEWED

02:39PM   8    THESE.  SO PROBABLY IN LIKE DECEMBER OR JANUARY, AROUND THAT

02:39PM   9    TIME.

02:39PM   10   Q.   OKAY.

02:39PM   11   A.   BUT ESSENTIALLY THIS WAS THE WHAT IS CALLED LIKE THE

02:39PM   12   RECIPE BOOK OF HOW YOU WOULD RUN A PATIENT SAMPLE.  SO TELL US

02:39PM   13   FOR THE QUALITY CONTROLS, HOW DO YOU RUN THE QUALITY CONTROLS?

02:39PM   14   WHEN YOU ARE RUNNING THE PATIENT SAMPLE, HOW DO YOU RUN THE

02:39PM   15   PATIENT SAMPLE?

02:39PM   16       AND THIS DOCUMENT WAS ITERATIVE BECAUSE WE WERE USING

02:40PM   17   DIFFERENT TYPES OF TESTING METHODOLOGY OVER A COURSE OF TIME.

02:40PM   18       SO WE WOULD GO AND TURN TO THIS DOCUMENT TO BASICALLY

02:40PM   19   FIGURE OUT HOW DO WE CONDUCT OUR RESPONSIBILITIES AS LAB

02:40PM   20   ASSOCIATES.

02:40PM   21       AND THEN ALSO IF THERE WERE UPDATES NEEDED BECAUSE THERE

02:40PM   22   WAS ACTUALLY DIFFERENCES BETWEEN WHAT THIS DOCUMENT SAID AND

02:40PM   23   WHAT WE WERE ACTUALLY DOING, THEN WE WOULD GO BACK, AND WE

02:40PM   24   WOULD NOTIFY PEOPLE THAT THERE WAS DISCREPANCIES BETWEEN THEM.

02:40PM   25   Q.   AND BECAUSE YOU WERE THE BOOTS ON THE GROUND DOING THE

CHEUNG CROSS BY MR. WADE                                           1045

02:40PM   1    ACTUAL WORK ON THE DEVICE?

02:40PM   2    A.   EXACTLY.

02:40PM   3    Q.   AND SO IF YOU NOTICED THAT THERE WAS SOMETHING THAT NEEDED

02:40PM   4    TO DEVIATE, YOU WOULD TAKE, YOU WOULD TAKE THAT TO YOUR

02:40PM   5    SUPERVISORS AND MAKE SURE IT WAS OKAY TO DEVIATE?

02:40PM   6    A.   YES.  AND EVEN SIMPLE THINGS LIKE INITIALLY WE WERE

02:40PM   7    RUNNING THE TEST ON THREE SEPARATE EDISON DEVICES, AND WE WERE

02:40PM   8    GOING TO DO ONE PATIENT, AND THEN THAT PROTOCOL CHANGED TO

02:40PM   9    WHERE IT WAS AGGREGATIVE, SO THERE WERE SIX REACTION TIPS ON

02:40PM   10   ONE CARTRIDGE.

02:41PM   11        SO THEN WE HAD TO CREATE A WHOLE NEW PROTOCOL WHEN THAT

02:41PM   12   TRANSITION HAPPENED.

02:41PM   13   Q.   OKAY.  AND WAS THAT THE PROTOCOL -- I KNOW DR. PANDORI, IN

02:41PM   14   AN EMAIL YOU TALKED ABOUT ON DIRECT, HE WOULD LIKE YOU TO

02:41PM   15   PROVIDE FEEDBACK ON THE STANDARD OPERATING PROCEDURE.

02:41PM   16        WAS THAT PART OF THAT PROCESS OR A DIFFERENT PROCESS?

02:41PM   17   A.   IT WAS BASICALLY TO REVIEW ALL OF THESE SOP'S THAT WE HAD

02:41PM   18   TO SEE, YOU KNOW, WHAT THE SOP STATUS WAS AS OF RIGHT NOW AND

02:41PM   19   WHAT IT WAS WE WERE ACTUALLY DOING IN THE CLINICAL LAB.

02:41PM   20        SO IT WAS IN REFERENCE TO A WHOLE ARRAY -- THERE WERE

02:41PM   21   DIFFERENT TYPES OF METHODOLOGIES USED DEPENDING ON WHAT TYPE OF

02:41PM   22   TEST IT WAS.

02:41PM   23        IT WASN'T NECESSARILY STANDARDIZED ACROSS THE DIFFERENT

02:41PM   24   ASSAYS.  SO IT WAS JUST REVIEWING EACH OF THEM TO SEE.

02:42PM   25   Q.   RIGHT.  YOU WOULD HAVE TO GO THROUGH EACH DOCUMENT BECAUSE

CHEUNG CROSS BY MR. WADE                                          1046

02:42PM   1    THERE MIGHT BE ASSAY SPECIFIC STEPS THAT NEED TO BE TAKEN?

02:42PM   2    A.   YES, AND THERE WERE TECHNICAL DIFFERENCES, METHODOLOGY

02:42PM   3    DIFFERENCES THAT WERE BEING UTILIZED FOR DIFFERENT TYPES OF

02:42PM   4    TESTS.

02:42PM   5    Q.   AND WITHIN THE HIGH COMPLEXITY LAB, YOU WOULD HAVE TO GET

02:42PM   6    THAT APPROVED BY THE PEOPLE WHO ARE RESPONSIBLE FOR APPROVING

02:42PM   7    THOSE TYPES OF CHANGES?

02:42PM   8    A.   YES.

02:42PM   9    Q.   AND WERE YOU ALWAYS CAREFUL TO DO THAT?

02:42PM   10   A.   YES.

02:42PM   11   Q.   AND THIS PARTICULAR POLICY, YOU ALWAYS DO YOUR BEST TO TRY

02:42PM   12   AND FOLLOW IT?

02:42PM   13   A.   YES.

02:42PM   14   Q.   OKAY.  LET'S WALK THROUGH IT A LITTLE BIT.

02:42PM   15        IF YOU CAN LOOK AT PAGE 4 OF THE POLICY, WHICH IS BATES

02:42PM   16   LABELLED ENDING 788.

02:43PM   17        DO YOU HAVE THAT IN FRONT OF YOU?

02:43PM   18   A.   YES.  YES.

02:43PM   19   Q.   OKAY.  AND THE FIRST PAGE TALKS ABOUT -- GIVES SOME

02:43PM   20   GENERAL OVERVIEWS AND RESPONSIBILITIES; IS THAT FAIR?

02:43PM   21   A.   THAT'S FAIR.

02:43PM   22   Q.   AND IF WE CAN BLOW UP THE FULL -- THE PARAGRAPH 4.

02:43PM   23        THESE ARE THE RESPONSIBILITIES OF THE OPERATORS; IS THAT

02:43PM   24   RIGHT?

02:43PM   25   A.   YES.

CHEUNG CROSS BY MR. WADE                                            1047

02:43PM   1    Q.   OKAY.  AND YOU ALWAYS DID YOUR BEST TO TRY AND FOLLOW

02:43PM   2    THESE?

02:43PM   3    A.   YES.

02:43PM   4    Q.   LET'S GO TO THE NEXT PAGE.  THESE ARE -- THESE JUST

02:43PM   5    INCORPORATE RELATED DOCUMENTS, SAFETY ITEMS, AND MATERIALS AND

02:44PM   6    EQUIPMENT THAT ARE USED?

02:44PM   7    A.   YES.

02:44PM   8    Q.   OKAY.  WE'LL GO TO THE NEXT PAGE, PAGE 6 OF 21 OF THE

02:44PM   9    POLICY.

02:44PM   10        DO YOU SEE ON THE BOTTOM THERE IT TALKS ABOUT THE THERANOS

02:44PM   11   SYSTEM?

02:44PM   12   A.   YES.

02:44PM   13   Q.   AND WHAT IT IS.

02:44PM   14        DO YOU SEE THAT PARAGRAPH 8.1.1?

02:44PM   15   A.   YES.

02:44PM   16   Q.   AND COULD YOU TELL US WHAT THAT MEANS?

02:44PM   17   A.   SO THIS IS IN REFERENCE TO THE CONNECTION BETWEEN THE

02:44PM   18   ASSAY VALIDATION DOCUMENT AND THIS PARTICULAR STANDARD

02:45PM   19   OPERATING PLAN.

02:45PM   20   Q.   SO IT'S NOTED IT HAS TO BE VALIDATED BEFORE YOU CAN EVEN

02:45PM   21   DO ANY OF THESE THINGS?

02:45PM   22   A.   YES.

02:45PM   23   Q.   OKAY.  AND LET'S GO UP TO PAGE 7, AND LET'S LOOK AT THE

02:45PM   24   TOP THERE AT 8.1.2.

02:45PM   25        DO YOU SEE UP AT THE TOP THERE THIS TALKS ABOUT HOW

CHEUNG CROSS BY MR. WADE                                              1048

02:45PM   1    QUALITY TESTING NEEDS TO HAPPEN DAILY?

02:45PM   2    A.   YES.

02:45PM   3    Q.   IN ACCORDANCE WITH THE EDISON 3.5 DAILY QC DOCUMENT?

02:45PM   4    A.   YES.

02:45PM   5    Q.   AND WHICH IS A SEPARATE POLICY?

02:45PM   6    A.   YES.

02:45PM   7    Q.   OKAY.  AND YOU TALKED ABOUT QC AND SOME OF THE RESULTS

02:45PM   8    THAT WEREN'T SATISFACTORY ON YOUR DIRECT.  DO YOU RECALL THAT?

02:45PM   9        AND I JUST WANT TO TALK A LITTLE BIT ABOUT THAT AND MAKE

02:46PM   10   SURE THAT I UNDERSTAND IT CORRECTLY.

02:46PM   11   A.   OKAY.

02:46PM   12   Q.   QUALITY CONTROL.  WHAT IS THE MATERIAL THAT IS TESTED IN

02:46PM   13   QUALITY CONTROL TESTING?

02:46PM   14   A.   WHAT IS THE MATERIAL THAT IS TESTED?

02:46PM   15   Q.   UH-HUH.

02:46PM   16   A.   SO TYPICALLY IT WILL BE SOME SORT OF SOLUTION AND THE

02:46PM   17   ACTUAL ANALYTE OF INTEREST.

02:46PM   18       FOR EXAMPLE, SO IT WILL BE VITAMIN D THAT WILL BE PLACED

02:46PM   19   IN SOME SORT OF SOLUTION.  SO SOMETIMES THAT SOLUTION COULD BE

02:46PM   20   SERA, LIKE SERA FROM HUMAN BLOOD.  IT COULD BE ANOTHER TYPE OF

02:46PM   21   MATERIAL THAT IS SHOWN TO HAVE EQUIVALENT MATRIX TO WHATEVER

02:46PM   22   THE MATRIX WOULD BE SIMILAR EQUIVALENT TO THAT YOU WOULD FIND

02:46PM   23   IN A FINGERSTICK SAMPLE.  AND THAT'S WHAT THE QUALITY CONTROL

02:46PM   24   MATERIAL IS MADE OF.

02:46PM   25       IT REALLY DEPENDS ON THE TEST AS WELL, WHAT THEY DECIDE TO

CHEUNG CROSS BY MR. WADE                                          1049

02:46PM   1     DEVELOP IT FROM.

02:46PM   2     Q.   OKAY.  AND SO IT'S NOT HUMAN BLOOD?

02:47PM   3     A.   UM, IT'S NOT HUMAN BLOOD, LIKE FULL BLOOD?

02:47PM   4     Q.   MY QUESTION IS THE QUALITY CONTROL MATERIAL THAT YOU'RE

02:47PM   5     TESTING IS NOT HUMAN BLOOD THAT IS BEING TESTED?

02:47PM   6     A.   NO.  SOMETIMES IT DOES HAVE HUMAN BLOOD IN IT, BUT IT'S

02:47PM   7     NOT LIKE THE SAME AS A BLOOD SAMPLE.

02:47PM   8     Q.   AND IT'S NOT A PATIENT SAMPLE.  IT'S NOT WHEN THESE QC

02:47PM   9     FAILURES WERE HAPPENING, IT WASN'T ON A SAMPLE THAT WAS A

02:47PM   10    PATIENT SAMPLE; RIGHT?

02:47PM   11    A.   CORRECT.

02:47PM   12    Q.   OKAY.  AND THE PURPOSE OF THE QC WAS SO THAT WHAT YOU

02:47PM   13    WOULD -- YOU WOULD MAKE SURE THE TEST PASSED AND ONLY THEN

02:47PM   14    COULD YOU DO THE PATIENT SAMPLE; RIGHT?

02:47PM   15    A.   CORRECT.

02:47PM   16    Q.   AND THIS SOP HERE ACTUALLY REQUIRED THE LABORATORY

02:48PM   17    ASSOCIATES TO RUN THAT ON A DAILY BASIS?

02:48PM   18    A.   CORRECT.

02:48PM   19    Q.   AND YOU SEEM TO HAVE DONE THAT ON A REGULAR BASIS?

02:48PM   20    A.   YES.

02:48PM   21    Q.   OKAY.  ON THE QUALITY CONTROL POINT, WE TALKED ABOUT SOME

02:48PM   22    OF THE DIFFERENT PERSONNEL WITHIN THE LAB?

02:48PM   23    A.   UH-HUH.

02:48PM   24    Q.   AND I THINK THERE WAS, THERE WAS A PERSON WHO IS

02:48PM   25    IDENTIFIED IN SOME OF THE DOCUMENTS, LANGLY GEE?

CHEUNG CROSS BY MR. WADE                                           1050

02:48PM   1     A.   YES.

02:48PM   2     Q.   AND IS THAT A PERSON THAT YOU'RE FAMILIAR WITH?

02:48PM   3     A.   YES.

02:48PM   4     Q.   AND WHO WAS MR. GO?

02:48PM   5     A.   LANGLY GEE WAS THE QUALITY CONTROL MANAGER WHO CAME IN

02:48PM   6     AROUND EITHER LATE DECEMBER OR EARLY JANUARY OF 2013, 2014.

02:48PM   7     Q.   OKAY.  AND WHAT WAS HIS JOB?

02:48PM   8     A.   OKAY.  HE WAS IN CHARGE OF THE QUALITY CONTROL MANAGEMENT

02:48PM   9     OF THE DIFFERENT TYPES OF MEDICAL DEVICES THAT WE UTILIZED IN

02:48PM  10     THE LAB AT THERANOS.

02:49PM  11     Q.   AND WHEN YOU SAY "IN CHARGE," DO YOU HAVE AN UNDERSTANDING

02:49PM  12     OF WHAT HE DID ON A DAY-TO-DAY BASIS?

02:49PM  13     A.   I DON'T KNOW WHAT HE DID ON A DAY-TO-DAY BASIS.

02:49PM  14     Q.   WHEN DID YOU INTERACT WITH HIM GENERALLY?

02:49PM  15     A.   I WOULD INTERACT WITH HIM WHEN I WOULD RUN THE QUALITY

02:49PM  16     CONTROL DATA AND HE NEEDED TO AGGREGATE IT OVER A COURSE OF

02:49PM  17     TIME.

02:49PM  18          SO VERY SPECIFICALLY, SAY WITH THE EDISON DEVICES, WE HAD

02:49PM  19     A SPREADSHEET BECAUSE IT WASN'T AUTOMATED YET IN TERMS OF

02:49PM  20     CAPTURING THAT DATA, SO ALL OF THE INFORMATION THAT WE WOULD

02:49PM  21     COLLECT AS LAB ASSOCIATES, WE WOULD PUT IT INTO THIS EXCEL

02:49PM  22     DOCUMENT.

02:49PM  23          SO ONCE IT HAD BEEN ESTABLISHED WHETHER IT WAS FAILING, OR

02:49PM  24     WHATEVER ELSE, WE WOULD SEND THAT DOCUMENT OVER TO LANGLY GEE

02:49PM  25     AND THE CLINICAL LAB SCIENTISTS.

CHEUNG CROSS BY MR. WADE                                          1051

02:49PM   1    Q.   OKAY.  AND DO YOU KNOW WHETHER THERE WERE CERTAIN

02:49PM   2    QUALIFICATIONS THAT WERE REQUIRED WITHIN A CLIA LAB FOR SOMEONE

02:49PM   3    TO SERVE IN THAT POSITION?

02:50PM   4    A.   I DON'T KNOW.

02:50PM   5    Q.   OKAY.  IF I COULD TURN YOU BACK -- SORRY ABOUT THAT SEGUE,

02:50PM   6    MS. CHEUNG.  BUT IF I COULD TURN YOU BACK TO THIS SOP 9925.  WE

02:50PM   7    WERE TALKING ABOUT QUALITY AND CONTROL, AND I'M GOING TO SHIFT

02:50PM   8    TO CALIBRATION, WHICH IS ON PAGE 10.

02:50PM   9    A.   PAGE 10 OF THIS PAGE?

02:50PM   10   Q.   YEAH.

02:50PM   11   A.   OR OF THIS SET?

02:50PM   12   Q.   PAGE 10 OF 21 ON DOCUMENT 9925.

02:50PM   13        DO YOU SEE THAT?

02:50PM   14   A.   YES.

02:50PM   15   Q.   AND THIS DISCUSSES CALIBRATION?

02:50PM   16   A.   YES.

02:50PM   17   Q.   AND WHY IS THERE CALIBRATION INFORMATION WITHIN --

02:50PM   18   A.   -- WITHIN THIS DOCUMENT?

02:50PM   19   Q.   YEAH.

02:50PM   20   A.   SO CALIBRATION INFORMATION -- SO YOU HAVE TO CALIBRATE THE

02:50PM   21   DEVICE BEFORE YOU CAN USE IT.

02:50PM   22        SO ESSENTIALLY AT THERANOS IN ORDER TO CALIBRATE THE

02:50PM   23   DEVICE, YOU HAD TO RUN A SERIES OF STANDARDS.  SO YOU CAN THINK

02:50PM   24   OF CALIBRATION KIND OF LIKE A SCALE.  SO SOMETIMES THE SCALE IS

02:50PM   25   A LITTLE ASKEW AND SO YOU PUT A 5 POUND WEIGHT ON THERE AND

CHEUNG CROSS BY MR. WADE                                                1052

| | | |
|---|---|---|
| 02:51PM | 1 | MAKE SURE THAT IT IS SYNCED UP OR A 10 POUND WEIGHT AND YOU |
| 02:51PM | 2 | KIND OF ADJUST AND MAKE SURE THAT EVERYTHING IS SORT OF HITTING |
| 02:51PM | 3 | THE MARK. |
| 02:51PM | 4 | SO THIS WAS ESSENTIALLY NOTIFYING OF THAT PROCESS, LIKE |
| 02:51PM | 5 | HOW MANY STANDARDS DO WE HAVE?  HOW MANY TIMES DO WE RUN IT? |
| 02:51PM | 6 | AND THEN FROM THERE YOU WOULD GET A CALIBRATION CURVE |
| 02:51PM | 7 | ASSOCIATED WITH RUNNING ALL OF THESE DIFFERENT STANDARDS, AND |
| 02:51PM | 8 | THAT WAS CALLED DEXTER.  IT HAD A SPECIFIC NAME. |
| 02:51PM | 9 | SO THE DEXTER WOULD PROVIDE VARIOUS CALIBRATION CURVES |
| 02:51PM | 10 | THAT WOULD ASSOCIATE BASICALLY THESE DIFFERENT STANDARDS THAT |
| 02:51PM | 11 | WE RAN WITH THIS CALIBRATION CURVE IN ORDER TO HELP GENERATE |
| 02:51PM | 12 | THE ACTUAL VALUE OF THE LIGHT EMITTANCE TO THE ACTUAL |
| 02:51PM | 13 | CONCENTRATION VALUE OR THE POSITIVE OR NEGATIVE VALUE DEPENDING |
| 02:51PM | 14 | ON WHAT KIND OF TEST IT WAS. |
| 02:52PM | 15 | Q.   OKAY.  AND DO YOU SEE WITHIN THAT SECTION SOME OF THE |
| 02:52PM | 16 | STEPS THAT SHOULD BE TAKEN FOR THAT ON A ROUTINE BASIS ARE SET |
| 02:52PM | 17 | FORTH ON SECTION 11 HERE? |
| 02:52PM | 18 | A.   YES. |
| 02:52PM | 19 | Q.   AND DO YOU SEE 11.1.2 CORRECTIONS? |
| 02:52PM | 20 | DO YOU SEE THE REFERENCE THERE, "THE EXCEL FILE WILL |
| 02:52PM | 21 | AUTOMATICALLY CALCULATE THIS RESULT IN THE BIAS CORRECTION"? |
| 02:52PM | 22 | A.   YES. |
| 02:52PM | 23 | Q.   AND WHAT IS BIAS CORRECTION? |
| 02:52PM | 24 | A.   BIAS CORRECTION WAS BASICALLY A CALCULATION THAT WAS |
| 02:52PM | 25 | DERIVED FROM THE DEXTER.  SO IT WAS SOMETHING THAT WE APPLIED |

CHEUNG CROSS BY MR. WADE                                                1053

02:52PM   1   IN ORDER TO ACCOMMODATE FOR ANY DIFFERENCES THAT MAY HAVE BEEN

02:52PM   2   ATTRIBUTED FROM DEVICE TO DEVICE.

02:52PM   3   Q.   AND WHAT DOES THAT MEAN BIAS FROM DEVICE TO DEVICE AND HOW

02:52PM   4   YOU NEED TO ADJUST?

02:52PM   5   A.   BECAUSE ESSENTIALLY THERE MIGHT BE MINOR DIFFERENCES FROM

02:52PM   6   EACH MANUFACTURED DEVICE THAT YOU HAVE, THAT'S WHY YOU RUN A

02:53PM   7   CALIBRATION TO SORT OF ACCOUNT FOR THOSE SUBTLE DIFFERENCES

02:53PM   8   BETWEEN THE HARDWARE THAT YOU MIGHT HAVE OR OTHER CONDITIONS.

02:53PM   9   Q.   AND SO SOMETIMES YOU NEED TO ADJUST A NUMBER TO MAKE IT

02:53PM   10  APPLES TO APPLES?

02:53PM   11  A.   YES.

02:53PM   12  Q.   OKAY.  AND THERANOS SOMETIMES HAD TO ADJUST THE NUMBERS TO

02:53PM   13  MAKE IT APPLES TO APPLES?

02:53PM   14  A.   YES.

02:53PM   15  Q.   OKAY.  LIKE I THINK WE TALKED ABOUT IN CONNECTION WITH

02:53PM   16  VITAMIN D THERE WERE CERTAIN NUMBERS THAT WOULD COME UP.

02:53PM   17  SOMETIMES YOU WOULD HAVE TO TWEAK THEM A LITTLE BIT TO BE AN

02:53PM   18  APPLES TO APPLES COMPARISON?

02:53PM   19  A.   IN REGARDS -- IN WHAT SENSE?

02:53PM   20  Q.   IN REGARD TO CALIBRATION?

02:53PM   21  A.   IN REGARD TO CALIBRATION.

02:53PM   22  Q.   YEAH.  AND AGAIN, ON THIS PAGE, JUST QUICKLY -- I THINK

02:53PM   23  WE'VE COVERED THIS -- BUT HERE AGAIN IT SET FORTH SPECIFIC

02:53PM   24  PROCEDURES ON SECTION 12 RELATING TO THE QUALITY CONTROL

02:53PM   25  TESTING?

CHEUNG CROSS BY MR. WADE                                        1054

02:53PM   1    A.   YES.

02:53PM   2    Q.   OKAY.  LET'S TURN TO -- THAT QUALITY CONTROL TESTING

02:54PM   3    CARRIES ON FOR A COUPLE OF PAGES.

02:54PM   4         DO YOU SEE THAT?

02:54PM   5    A.   YES.

02:54PM   6    Q.   AND ON PAGE 11 THERE ARE EXPECTED RANGES THAT ARE SET

02:54PM   7    FORTH.

02:54PM   8         DO YOU SEE THAT?

02:54PM   9    A.   YES.

02:54PM   10   Q.   AND IF WE GO TO PAGE 12.  AND THOSE EXPECTED RANGES, THOSE

02:54PM   11   WERE WHAT YOU USED TO ASSESS WHETHER OR NOT SOMETHING PASSED

02:54PM   12   QC; IS THAT RIGHT?

02:54PM   13   A.   UM, WHAT WAS ACTUALLY DONE WAS THAT THERE WERE NEW QC

02:54PM   14   RANGES AND STANDARDS THAT WERE ESTABLISHED EVERY TIME WE HAD TO

02:54PM   15   RECALIBRATE.

02:54PM   16        SO THIS -- THESE WEREN'T UTILIZED BECAUSE WE HAD TO

02:54PM   17   GENERATE NEW QC VALUES EFFECTIVELY AFTER WE RECALIBRATED THE

02:55PM   18   SYSTEM.

02:55PM   19   Q.   YOU WOULD UPDATE THE VALUES?

02:55PM   20   A.   NO.  WE WOULD JUST PUT THE QC RANGE VALUES IN A DIFFERENT

02:55PM   21   DOCUMENT TO ASSOCIATE WHAT THE NEW QC RANGES WERE FOR WHATEVER

02:55PM   22   SUBSET, BECAUSE IT WAS ACTUALLY DYNAMIC INFORMATION.  IT'S NOT

02:55PM   23   FIXED INFORMATION FOR QC RANGES.

02:55PM   24   Q.   FAIR ENOUGH.

02:55PM   25        AND THEN YOU WOULD RUN, CONTINUE TO RUN THE QC OFF OF THAT

CHEUNG CROSS BY MR. WADE                                        1055

02:55PM  1    DYNAMIC INFORMATION?

02:55PM  2    A.   YES.

02:55PM  3    Q.   OKAY.  LET'S GO TO PAGE 12.  AND THERE'S A PROCEDURE THERE

02:55PM  4    THAT SET FORTH WHAT YOU DO WHEN A QC TEST FAILS; RIGHT?

02:55PM  5    A.   CORRECT.

02:55PM  6    Q.   AND THERE WAS AN EXPECTATION THAT THAT IS GOING TO HAPPEN

02:55PM  7    SOMETIMES; RIGHT?

02:55PM  8    A.   YEAH.

02:55PM  9    Q.   QC'S FAIL SOMETIMES?

02:55PM  10   A.   YEAH.

02:55PM  11   Q.   AND YOU TRY TO FOLLOW THOSE PROCEDURES?

02:55PM  12   A.   YES.

02:55PM  13   Q.   AND DID YOU THINK THAT THESE WERE THE CORRECT PROCEDURES?

02:56PM  14   A.   CAN I TAKE A MOMENT TO READ THEM.

02:56PM  15   Q.   SURE.

02:56PM  16       (PAUSE IN PROCEEDINGS.)

02:56PM  17           THE WITNESS:  YES.

02:56PM  18   BY MR. WADE:

02:56PM  19   Q.   YOU TALKED ABOUT UPDATING THESE SOP'S FROM TIME TO TIME?

02:56PM  20   A.   YES.

02:56PM  21   Q.   AND DO YOU RECALL EVER CHANGING THE QC PROCEDURES AS PART

02:56PM  22   OF THAT?

02:56PM  23   A.   YES.  WE PROBABLY ALSO ADDED IN HERE THAT YOU HAD TO

02:56PM  24   RECALIBRATE THE WHOLE SYSTEM AND RECALIBRATE WHAT THE QC VALUES

02:56PM  25   WERE AT A GIVEN POINT IN TIME BECAUSE THE SET OF READERS KEPT

CHEUNG CROSS BY MR. WADE                                                    1056

02:56PM   1    FAILING SO OFTEN.

02:56PM   2         SO IT WAS LIKE ONCE YOU TROUBLESHOOT PAST THESE TWO

02:56PM   3    SEPARATE LINE ITEMS, BECAUSE THEY WERE HAPPENING, WE WOULD

02:56PM   4    CORRECT FOR THESE TWO THINGS.  IT WAS LIKE, WELL, WHAT IS THE

02:56PM   5    NEXT THING?  WE HAVE TO RECALIBRATE THE WHOLE SYSTEM.

02:57PM   6         THAT'S NOT INCLUDED HERE, BUT THAT'S SOMETHING THAT WE HAD

02:57PM   7    TO DO AS A FINAL STEP.

02:57PM   8    Q.   BECAUSE THE -- OH, I'M SORRY.

02:57PM   9    A.   OH, YEAH.

02:57PM   10   Q.   BECAUSE THE QC MIGHT HAVE INDICATED THAT THE CALIBRATION

02:57PM   11   WAS OFF?

02:57PM   12   A.   THAT'S ALSO JUST WHAT YOU DO WITH LAB TESTS IS YOU

02:57PM   13   RECALIBRATE.

02:57PM   14   Q.   OKAY.  AND THAT'S A PRETTY BIG COMMITMENT OF TIME; RIGHT?

02:57PM   15   IT TAKES A LONG TIME TO RECALIBRATE?

02:57PM   16   A.   YEAH.  DEPENDING ON THE ASSAY, IT CAN BE ANYWHERE FROM

02:57PM   17   LIKE 23 HOURS OF WORK TO LIKE UPWARDS OF 83 HOURS OF WORK.

02:57PM   18   Q.   UH-HUH.  BUT THAT WAS THE PROCEDURE THAT THERANOS PUT IN

02:57PM   19   PLACE AS THE NEXT STEP IN THIS PROCESS?

02:57PM   20   A.   YEAH.

02:57PM   21   Q.   IF I COULD CALL YOUR ATTENTION TO 9939.

02:58PM   22        DO YOU HAVE THAT ONE IN FRONT OF YOU?

02:58PM   23   A.   YEAH, I DO.

02:58PM   24   Q.   AND WHAT IS THIS DOCUMENT?

02:58PM   25   A.   SO THIS IS THE PROFICIENCY TESTING STANDARD OPERATING

CHEUNG CROSS BY MR. WADE                                                1057

02:58PM  1    PROCEDURE FOR THE EDISON 3.5.

02:58PM  2    Q.   AND IS THAT A DOCUMENT THAT YOU'RE FAMILIAR WITH?

02:58PM  3    A.   NO, I DON'T REMEMBER THIS DOCUMENT.

02:58PM  4    Q.   OKAY.  BUT WE TALKED A LITTLE BIT ABOUT PROFICIENCY

02:58PM  5    TESTING.

02:58PM  6         DO YOU RECALL THAT?

02:58PM  7    A.   YES.

02:58PM  8    Q.   AND YOU UNDERSTAND THAT'S ONE OF THE THINGS THAT A CLIA

02:58PM  9    LAB NEEDS TO DO?

02:58PM  10   A.   YES.

02:58PM  11   Q.   AND MANY OF THE THINGS THAT A CLIA LAB NEEDS TO DO IS THAT

02:58PM  12   THEY CREATED A PROCEDURE TO DO THAT?

02:58PM  13   A.   YES.

02:58PM  14   Q.   AND YOU WEREN'T RESPONSIBLE FOR CREATING THAT PROCEDURE?

02:58PM  15   A.   NO.

02:58PM  16   Q.   OKAY.  DO YOU KNOW WHO WAS?

02:58PM  17   A.   NO.

02:58PM  18   Q.   OKAY.

02:59PM  19         THE COURT:  MR. WADE, IS THIS A GOOD TIME TO BREAK

02:59PM  20   FOR THE DAY?

02:59PM  21         MR. WADE:  YEAH, I THINK IT PROBABLY IS A GOOD TIME.

02:59PM  22   WE CAN RESTART ON FRIDAY AND TRY TO FINISH UP QUICKLY.

02:59PM  23         THE COURT:  LET'S DO THAT THEN.

02:59PM  24       LADIES AND GENTLEMEN, WE'LL TAKE OUR RECESS.  PLEASE

02:59PM  25   REMEMBER WE'RE NOT IN SESSION TOMORROW, BUT WE WILL BE IN

1058

| | | |
|---|---|---|
| 02:59PM | 1 | SESSION FRIDAY MORNING.  I HOPE WE CAN START AT 9:00 O'CLOCK. |
| 02:59PM | 2 | SO IF YOU COULD COLLECT YOURSELVES ACCORDINGLY, I'D BE |
| 02:59PM | 3 | GRATEFUL. |
| 02:59PM | 4 | LET ME ONCE AGAIN REMIND YOU OF THE ADMONITION.  YOU STILL |
| 02:59PM | 5 | ARE UNDER THAT ADMONITION NOT TO LISTEN TO, SEE, HEAR, READ OR |
| 02:59PM | 6 | IN ANY WAY DO ANY RESEARCH ABOUT THIS CASE, AND PLEASE DO NOT |
| 02:59PM | 7 | TALK ABOUT THE CASE, AND DO NOT LET ANYONE TALK TO YOU ABOUT |
| 03:00PM | 8 | ANYTHING INVOLVED WITH THIS CASE. |
| 03:00PM | 9 | SHOULD SOMEONE CONTACT YOU OR TRY TO COMMUNICATE WITH YOU, |
| 03:00PM | 10 | YOU SHOULD BRING THAT TO MY ATTENTION THROUGH MS. KRATZMANN, |
| 03:00PM | 11 | AND I'LL TAKE APPROPRIATE ACTION. |
| 03:00PM | 12 | UNTIL THEN, THANK YOU VERY MUCH.  HAVE A GOOD EVENING. |
| 03:00PM | 13 | WE'LL SEE YOU FRIDAY MORNING.  THANK YOU. |
| 03:00PM | 14 | MS. CHEUNG, I'LL ASK YOU TO COME BACK FRIDAY MORNING AS |
| 03:00PM | 15 | WELL, PLEASE.  THANK YOU. |
| 03:00PM | 16 | (JURY OUT AT 3:00 P.M.) |
| 03:01PM | 17 | THE COURT:  PLEASE BE SEATED.  THANK YOU. |
| 03:01PM | 18 | ALL RIGHT.  THE RECORD SHOULD REFLECT THAT OUR JURY HAS |
| 03:01PM | 19 | LEFT FOR THE DAY.  THE WITNESS HAS LEFT THE COURTROOM. |
| 03:01PM | 20 | BEFORE WE RECESS, COUNSEL, ANYTHING TO TAKE UP BEFORE WE |
| 03:01PM | 21 | RECESS TODAY? |
| 03:01PM | 22 | MR. SCHENK:  NO, YOUR HONOR. |
| 03:01PM | 23 | MR. WADE:  YOUR HONOR, JUST ONE POINT OF |
| 03:01PM | 24 | CLARIFICATION.  I ASSUME WHILE THE WITNESS IS ON CROSS THERE |
| 03:01PM | 25 | WILL BE NO CONTACT WITH THE WITNESS? |

03:01PM   1              THE COURT:  I THINK THAT'S WHAT WE DISCUSSED IN OUR

03:01PM   2     IN LIMINE AND PRETRIAL CONFERENCE.  I THINK ALL COUNSEL ARE

03:01PM   3     GOING TO ADHERE TO THAT.  RIGHT.

03:01PM   4              MR. BOSTIC:  YES, YOUR HONOR.

03:01PM   5              THE COURT:  OKAY.  THANK YOU.

03:01PM   6              THE CLERK:  COURT IS ADJOURNED.

03:01PM   7          (COURT ADJOURNED AT 3:01 P.M.)

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                        CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        _____
          IRENE RODRIGUEZ, CSR, CRR
17        CERTIFICATE NUMBER 8076

18        _____

19        LEE-ANNE SHORTRIDGE, CSR, CRR
          CERTIFICATE NUMBER 9595
20

21        DATED:  SEPTEMBER 15, 2021

22

23

24

25

# Intentionally Left Blank

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Amy Mason Saharia*
AMY MASON SAHARIA

April 17, 2023