No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

## EXCERPTS OF RECORD
### VOL. XVIII of LVII | ER-4754 to ER-5051

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA 98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 200024
  (202) 434-5000
  asaharia@wc.com

1

2                    UNITED STATES DISTRICT COURT

3                 NORTHERN DISTRICT OF CALIFORNIA

4                      SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                    )
                     PLAINTIFF,      )   SAN JOSE, CALIFORNIA
7                                    )
          VS.                        )   VOLUME 8
8                                    )
    ELIZABETH A. HOLMES,             )   SEPTEMBER 17, 2021
9                                    )
                     DEFENDANT.      )   PAGES 1060 - 1239
10   _____)

11                  TRANSCRIPT OF TRIAL PROCEEDINGS
12             BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
13
    A P P E A R A N C E S:
14
    FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                         BY:   JOHN C. BOSTIC
                                 JEFFREY B. SCHENK
16                         150 ALMADEN BOULEVARD, SUITE 900
                           SAN JOSE, CALIFORNIA 95113
17
                           BY:  ROBERT S. LEACH
18                              KELLY VOLKAR
                           1301 CLAY STREET, SUITE 340S
19                         OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

    OFFICIAL COURT REPORTERS:
22                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
23                         LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

1061

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3    FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                              BY:  KEVIN M. DOWNEY
 4                                 LANCE A. WADE
                                   KATHERINE TREFZ
 5                                 J.R. FLEURMONT
                              725 TWELFTH STREET, N.W.
 6                            WASHINGTON, D.C. 20005

 7                            LAW OFFICE OF JOHN D. CLINE
                              BY:  JOHN D. CLINE
 8                            ONE EMBARCADERO CENTER, SUITE 500
                              SAN FRANCISCO, CALIFORNIA 94111
 9

10    ALSO PRESENT:          FEDERAL BUREAU OF INVESTIGATION
                             BY:  ADELAIDA HERNANDEZ
11
                             OFFICE OF THE U.S. ATTORNEY
12                           BY:  LAKISHA HOLLIMAN, PARALEGAL
                                  MADDI WACHS, PARALEGAL
13
                             WILLIAMS & CONNOLLY
14                           BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

15                           TBC
                             BY:  BRIAN BENNETT, TECHNICIAN
16

17

18

19

20

21

22

23

24

25
```

1062

INDEX OF PROCEEDINGS

GOVERNMENT'S:


**ERIKA CHEUNG**
CROSS-EXAM BY MR. WADE (RES.)          P. 1077
REDIRECT EXAM BY MR. BOSTIC            P. 1126


**SUREKHA GANGAKHEDKAR**
DIRECT EXAM BY MR. LEACH               P. 1144
CROSS-EXAM BY MR. WADE                 P. 1222

1063

```
 1                          INDEX OF EXHIBITS

 2
                                      IDENT.      EVIDENCE
 3        GOVERNMENT'S:

 4        1288                                    1100
          112                                     1153
 5        5077                                    1165
          853                                     1170
 6        5084                                    1174
          5089                                    1179
 7        5338                                    1189
          5096                                    1193
 8        5100                                    1195
          3967                                    1197
 9        1020                                    1198
          1019                                    1200
10        5106                                    1203
          3958                                    1204
11        972, PAGE 4                             1205
          3959                                    1207
12        3964                                    1210
          3968                                    1213
13        1109                                    1214

14

15        DEFENDANT'S:

16        10480                                   1086
          9909                                    1093
17        10479                                   1096
          9645                                    1117
18

19

20

21

22

23

24

25
```

|        | 1  | SAN JOSE, CALIFORNIA                          SEPTEMBER 17, 2021 |
|--------|----|-----------------------------------------------------------------|
|        | 2  | P R O C E E D I N G S                                           |
| 08:31AM | 3  | (COURT CONVENED AT 8:31 A.M.)                                  |
| 08:31AM | 4  | (JURY OUT AT 8:31 A.M.)                                        |
| 08:32AM | 5  | THE COURT:  LET'S GO ON THE RECORD IN UNITED STATES            |
| 08:32AM | 6  | V. HOLMES.                                                     |
| 08:32AM | 7  | LET'S CAPTURE THE APPEARANCES, PLEASE, FOR THE RECORD.         |
| 08:32AM | 8  | MR. LEACH:  GOOD MORNING, YOUR HONOR.                          |
| 08:32AM | 9  | ROBERT LEACH, JOHN BOSTIC, AND JEFF SCHENK ON BEHALF OF        |
| 08:32AM | 10 | THE UNITED STATES.                                             |
| 08:32AM | 11 | THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.                 |
| 08:32AM | 12 | MR. WADE:  GOOD MORNING, YOUR HONOR.                           |
| 08:32AM | 13 | LANCE WADE ON BEHALF OF MS. HOLMES.                            |
| 08:32AM | 14 | WITH ME TODAY ARE MR. DOWNEY, MR. LEMENS, MS. TREFZ, AND       |
| 08:32AM | 15 | MR. CLINE, AND MS. HOLMES IS PRESENT IN THE COURTROOM THIS     |
| 08:32AM | 16 | MORNING.                                                       |
| 08:32AM | 17 | THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.                 |
| 08:32AM | 18 | WE'RE OUTSIDE OF THE PRESENCE OF THE JURY, AND I JUST          |
| 08:32AM | 19 | THOUGHT I WOULD MEET WITH YOU TO TALK ABOUT SOME THINGS.       |
| 08:32AM | 20 | I RECEIVED YESTERDAY DOCUMENT 1025 WHICH WAS THE               |
| 08:32AM | 21 | GOVERNMENT'S -- EXCUSE ME.  THIS IS THE GOVERNMENT'S RESPONSE  |
| 08:32AM | 22 | TO A MOTION FILED BY MS. HOLMES'S TEAM, WHICH WAS              |
| 08:33AM | 23 | DOCUMENT 1023.  THIS WAS MS. HOLMES'S NOTICE REGARDING         |
| 08:33AM | 24 | TESTIMONY OF MS. GANGAKHEDKAR, AND THE GOVERNMENT'S RESPONSE TO |
| 08:33AM | 25 | THAT.                                                          |

08:33AM  1        I THOUGHT WE WOULD TALK A LITTLE BIT ABOUT THOSE THINGS

08:33AM  2    THIS MORNING.

08:33AM  3        BUT I WANTED TO GO BACK TO OUR DISCUSSION YESTERDAY

08:33AM  4    REGARDING, AND DAYS BEFORE REGARDING 803.6 AND THE BUSINESS

08:33AM  5    RECORDS EXCEPTIONS FOR THESE EMAILS.

08:33AM  6        WE'VE HAD SOME CONVERSATION ABOUT THAT, AND I KNOW THE

08:33AM  7    PARTIES HAVE -- THE DEFENSE HAS MADE SOME OBJECTIONS, THE COURT

08:33AM  8    HAS MADE SOME RULINGS.

08:33AM  9        I WAS LOOKING AT REVIEWING MY NOTES, AND THE THOUGHT

08:33AM 10    OCCURRED TO ME THAT I THINK MR. BOSTIC LAID FOUNDATIONS UNDER

08:33AM 11    803.6, BUT WHAT I WOULD INVITE YOU TO DO, IF YOU WISH TO,

08:34AM 12    MR. BOSTIC, IS TO SECURE MORE INFORMATION, IF POSSIBLE, FROM

08:34AM 13    THE WITNESS, MS. CHEUNG, REGARDING ANY OBLIGATIONS, DUTIES TO

08:34AM 14    MAINTAIN RECORDS.

08:34AM 15        I UNDERSTAND FROM LOOKING AT THE INFORMATION WE HAVE SO

08:34AM 16    FAR THAT THE WITNESS INDICATED IT WAS USED IN THE NORMAL COURSE

08:34AM 17    OF BUSINESS.  I'M JUST GOING THROUGH THE FACTORS FOR 803.6.

08:34AM 18        AND I BELIEVE SHE INDICATED THAT IT WAS -- EMAILS FOR THE

08:34AM 19    PURPOSE OF THE LABORATORY REPORTING WAS SOMETHING THAT WAS

08:34AM 20    REGULARLY USED IN THERANOS AT THAT TIME.

08:34AM 21        I'M JUST CURIOUS WHETHER OR NOT YOU WISH TO INQUIRE AS TO

08:34AM 22    IF THERE WAS DUTY, OBLIGATION, TO MAINTAIN AND USE THOSE

08:34AM 23    RECORDS FOR THAT PURPOSE.

08:34AM 24        I THINK SHE SPOKE ABOUT THAT, BUT IT MIGHT BE BETTER TO

08:35AM 25    ENHANCE THE RECORD ON THAT.

08:35AM 1          MR. BOSTIC:  THANK YOU, YOUR HONOR.  I APPRECIATE

08:35AM 2    THE COURT'S COMMENTS.

08:35AM 3          MS. CHEUNG TESTIFIED THAT THOSE EMAILS COULD BE RESERVED

08:35AM 4    SO THEY CAN BE REFERENCED LATER, BUT I THINK WE CAN DEVELOP THE

08:35AM 5    RECORD FURTHER IF THE COURT THINKS IT WOULD BE HELPFUL AS TO

08:35AM 6    THE DUTY TO PRESERVE THOSE EMAILS.  I'LL BE HAPPY TO HANDLE

08:35AM 7    THAT ON REDIRECT.

08:35AM 8          THE COURT:  THANK YOU.

08:35AM 9          SO I DID -- LET'S GO BACK THEN TO YOUR PLEADINGS THAT WERE

08:35AM 10   FILED, MR. WADE.

08:35AM 11         I NOTED THEM AND THE GOVERNMENT'S RESPONSE.  I APPRECIATE

08:35AM 12   YOU BRINGING TO THE COURT'S ATTENTION YOUR OBJECTIONS

08:35AM 13   ANTECEDENT OF THE JURY COMING OUT HERE, BUT SOME OF THESE NEED

08:35AM 14   TO BE DEVELOPED, I THINK, SOME OF YOUR OBJECTIONS WOULD NEED TO

08:35AM 15   BE DEVELOPED ON THE RECORD I THINK.

08:35AM 16         MR. WADE:  WE WILL DEFER TO THE COURT'S PREFERENCE

08:35AM 17   ON THAT.  WE'RE HOPEFUL TO GET THE TEMPERATURE ON THE PORRIDGE

08:36AM 18   ON THESE ISSUES JUST RIGHT ONE OF THESE TIMES AND SATISFY

08:36AM 19   EVERYONE.

08:36AM 20         IT'S OBVIOUSLY OUR GOAL TO GIVE AS MUCH NOTICE, AND WE DID

08:36AM 21   SEND MANY OF THESE ISSUES TO THE GOVERNMENT ON SATURDAY.  WE

08:36AM 22   SENT A NOTICE WITH RESPECT DO OUR INTENT TO OBJECT.

08:36AM 23         JUST GIVEN A COUPLE OF THESE MAY REQUIRE A NEED TO

08:36AM 24   APPROACH, WE THOUGHT WE WOULD JUST RAISE THEM AND DEFER TO THE

08:36AM 25   COURT'S PREFERENCE.

08:36AM  1        I DO NOTE, SINCE THE COURT BROUGHT UP BUSINESS RECORDS AND

08:36AM  2   WE'RE LEARNING SORT OF THE CONTOURS OF THE APPLICATION OF THAT

08:36AM  3   IN THIS CASE, I WILL JUST NOTE THAT I THINK EXHIBITS 10 AND 11

08:36AM  4   TO OUR PLEADING, WHICH ARE EXHIBITS 1065 AND EXHIBIT 3961

08:36AM  5   RESPECTIVELY, ARE JUST THE KINDS OF CASUAL CONVERSATIONS THE

08:36AM  6   COURT WAS REFERRING TO.

08:36AM  7        THE COURT:  SURE.

08:37AM  8        MR. WADE:  PART IT WAS JUST AN EXERCISE IN GIVING

08:37AM  9   THE PARTIES SOME GUIDANCE AS TO WHERE WE ARE GOING FORWARD

08:37AM 10   HERE.

08:37AM 11        THE COURT:  NO.  I APPRECIATE THAT.

08:37AM 12      WHAT I'VE NOTICED IS THAT AS YOU SAY TAKING THE

08:37AM 13   TEMPERATURE OF THINGS HERE, WHAT I'VE NOTICED IS THAT THE

08:37AM 14   PLEADINGS, FOR SOME REASON, THE PAGE AMOUNTS HAVE BEEN REDUCED

08:37AM 15   A LITTLE BIT.  SO MAYBE THAT'S A FUNCTION OF THE TRIAL PROCESS

08:37AM 16   AS WELL AND GETTING FAMILIARITY WITH HOW WE'RE GOING TO GO

08:37AM 17   FORWARD.  SO I APPRECIATE THAT.

08:37AM 18      I THINK I KNOW WHAT YOU'RE TALKING ABOUT AS TO THOSE TWO,

08:37AM 19   AND I LOOKED AT THOSE AND IT SEEMED TO ME THAT THERE'S AN EMAIL

08:37AM 20   CHAIN -- AND I DON'T MEAN TO SPEAK IN FRONT OF THE WITNESS OR

08:37AM 21   IN FRONT OF WHAT THAT TESTIMONY WOULD BE.  IT COULD BE THAT I

08:37AM 22   LOOKED AT THAT AND THAT THAT WAS A RESPONSE TO -- AN

08:37AM 23   INTERCOMPANY RESPONSE AND REACTION TO -- THIS WAS, I THINK,

08:37AM 24   THERE WAS SOME SOFTWARE ENGINEERS WHO WERE UP UNTIL 3:00 A.M.

08:37AM 25   AND RESPONSES, COLLOQUY ABOUT WHY THAT HAPPENED, WHAT HAPPENED,

08:38AM 1    AND THEM WHAT WE SHOULD DO IN REMEDIAL ACTION.

08:38AM 2         SO I LOOKED AT THAT, AND IT MIGHT BE A CONTINUATION OF

08:38AM 3    THAT CONVERSATION.  BUT, AGAIN, I DON'T WANT TO PREJUDGE

08:38AM 4    ANYTHING.  IT MIGHT NOT BE ASKED.

08:38AM 5              MR. WADE:  SURE.  I UNDERSTAND, YOUR HONOR.  AND

08:38AM 6    THEY MAY NOT OFFER IT.

08:38AM 7              THE COURT:  RIGHT.

08:38AM 8              MR. WADE:  I WOULD JUST SUGGEST IN THAT PARTICULAR

08:38AM 9    INSTANCE, IF THAT CONVERSATION, IF WE COULD JUST IMAGINE IT TO

08:38AM 10   BE HAPPENING FACE TO FACE, THAT WOULD BE A HEARSAY COMMENT EVEN

08:38AM 11   IF IT'S A RESPONSE TO THE COMMENT.

08:38AM 12        BUT WE'LL DEFER TO THE COURT.  WE'RE HAPPY TO DO IT.

08:38AM 13        YOU DO NOTE HOW HARD SOME OF THESE FOLKS ARE WORKING, AND

08:38AM 14   I NOTE THAT MANY IN THE COURT ARE WORKING ON THIS, AND SO WE'RE

08:38AM 15   ATTEMPTING TO STREAMLINE THESE ISSUES AND MAKE SURE EVERYONE

08:38AM 16   HAS THE MATERIAL IN FRONT OF THEM AND WE'RE HAPPY TO WAIT FOR

08:38AM 17   THE COURT AND WAIT FOR THE WITNESS ON IT.

08:38AM 18             THE COURT:  THANK YOU.  THAT'S WHY RESERVE BETWEEN

08:38AM 19   8:30 AND 9:00 O'CLOCK, OR IF YOU EVER NEED TIME TO COME IN AT

08:38AM 20   7:00 A.M., I'M SURE YOU'LL LET ME KNOW THAT AS WELL.

08:38AM 21        MR. BOSTIC, ANYTHING ELSE FROM YOUR TABLE?

08:39AM 22        MR. LEACH?

08:39AM 23             MR. LEACH:  THANK YOU, YOUR HONOR.

08:39AM 24        JUST BRIEFLY ON 1065 AND 3961.  I THINK THERE'S A NUMBER

08:39AM 25   OF POSSIBLE HEARSAY EXCEPTIONS IN PLAY HERE, NOT JUST THE

1069

08:39AM  1    BUSINESS RECORDS EXCEPTION, BUT I ALSO BELIEVE THAT THE

08:39AM  2    STATEMENTS BY MS. GANGAKHEDKAR, THEY'RE STATEMENTS OF AN AGENT,

08:39AM  3    SHE REPORTS DIRECTLY TO MS. HOLMES, SHE IS ON SOME LEVEL

08:39AM  4    FEEDING DIRECTIONS FROM MS. HOLMES TO HER TEAM, AND SO I THINK

08:39AM  5    THIS IS QUITE CLEARLY STATEMENTS OF AN EMPLOYEE OR AN AGENT IN

08:39AM  6    THE COURSE OF HER DUTIES.

08:39AM  7        SO TO THE EXTENT THAT THEY'RE STATEMENTS BY THAT WITNESS,

08:39AM  8    I THINK THERE'S MULTIPLE EXCEPTIONS THAT COULD POSSIBLY APPLY.

08:39AM  9        AND IF THERE ARE ADDITIONAL EXHIBITS RAISED IN THE

08:39AM  10   PLEADING, WE'RE HAPPY TO ADDRESS THEM NOW.  I DIDN'T VIEW ANY

08:39AM  11   OF THESE EXHIBITS AS THE TYPE THAT IF I ASKED FOUNDATIONAL

08:39AM  12   QUESTIONS OF THE WITNESS, THAT THAT WOULD SOMEHOW BE

08:39AM  13   INAPPROPRIATE FOR THE JURY.

08:40AM  14       WE APPRECIATE THE NOTICE FROM THE DEFENSE, BUT I DIDN'T

08:40AM  15   VIEW ANY OF THESE AS THINGS THAT NEEDED TO BE RAISED OUTSIDE OF

08:40AM  16   THE PRESENCE.  I THINK THE OBJECTIONS CAN BE MADE

08:40AM  17   CONTEMPORANEOUSLY.  I JUST DIDN'T WANT TO LOSE SIGHT THAT THERE

08:40AM  18   WERE MULTIPLE POSSIBLE HEARSAY EXCEPTIONS FOR A NUMBER OF

08:40AM  19   THESE.

08:40AM  20           THE COURT:  AND YOU'RE SUGGESTING 801(D)(2)(D) AS TO

08:40AM  21   THAT STATEMENT SPECIFICALLY?

08:40AM  22           MR. LEACH:  YES.  YES.

08:40AM  23           THE COURT:  THANK YOU.

08:40AM  24       ONE THING THAT WAS COVERED, I THINK THERE WAS SOME CONCERN

08:40AM  25   ABOUT THE PASSING OF AN EMPLOYEE.  AS I UNDERSTAND FROM THE

08:40AM  1     PLEADINGS, THE GOVERNMENT DOESN'T INTEND TO ASK ANY QUESTIONS

08:40AM  2     ABOUT THAT.

08:40AM  3              MR. LEACH:  I'M SORRY.  I DIDN'T HEAR THE COURT.

08:40AM  4              THE COURT:  IAN.  IAN.

08:40AM  5              MR. LEACH:  OH, THAT'S CORRECT.

08:40AM  6         IN PRIOR INTERVIEWS WE'VE TALKED TO MS. GANGAKHEDKAR ABOUT

08:40AM  7     THE PASSING OF IAN GIBBONS IN MAY OF 2013.  WE DON'T INTEND TO

08:40AM  8     INTRODUCE THAT EXHIBIT OR DWELL ON THE CIRCUMSTANCES OF HIS

08:40AM  9     PASSING, SO WE DON'T INTEND TO GO THERE.

08:41AM  10             THE COURT:  OKAY.  WILL YOU BE ASKING ANY QUESTIONS

08:41AM  11    ABOUT THAT, DO YOU KNOW?  OR CAN YOU TELL US NOW?  YOU DON'T

08:41AM  12    HAVE TO, OF COURSE.

08:41AM  13             MR. LEACH:  I DON'T THINK THERE'S CONTROVERSY OVER

08:41AM  14    THE FACT THAT HE PASSED AWAY.  I THINK THERE'S CONTROVERSY OVER

08:41AM  15    THE CIRCUMSTANCES AND THE CONTEXT.

08:41AM  16        I DON'T PLAN TO GET INTO THE CIRCUMSTANCES OR THE CONTEXT.

08:41AM  17    IT'S POSSIBLE THE FACT THAT HE PASSED AWAY COULD COME OUT, BUT

08:41AM  18    WE'RE NOT GOING TO ASK WHY OR HOW PEOPLE FELT OR --

08:41AM  19             THE COURT:  RIGHT.

08:41AM  20             MR. LEACH:  -- WAS THERE SPECULATION ABOUT WHAT

08:41AM  21    HAPPENED.

08:41AM  22        SO THIS WITNESS HAD BEEN RECRUITED BY DR. GIBBONS AND HAD

08:41AM  23    SOME FAMILIARITY WITH HIM, SO THE FACT OF HIS PASSING COULD

08:41AM  24    COME OUT.  BUT I'M NOT GOING TO ASK WHY AND IF THERE'S ANY

08:41AM  25    SPECULATION.

| | | |
|---|---|---|
| 08:41AM | 1 | AND IF I UNDERSTAND THE DEFENSE'S CONCERNS, THAT'S REALLY |
| 08:41AM | 2 | THE RUB IN THE MATTER. |
| 08:41AM | 3 | MR. WADE:  THAT'S COMFORTING.  IT SOUNDS LIKE |
| 08:41AM | 4 | MR. LEACH IS DRAWING WHAT WE CONSIDER TO BE APPROPRIATE |
| 08:41AM | 5 | BOUNDARIES THERE. |
| 08:41AM | 6 | THE OTHER ISSUE I MIGHT ADDRESS, JUST BRIEFLY, THAT MAYBE |
| 08:42AM | 7 | IS AN APPROPRIATE PRELIMINARY ISSUE AND NOT A MOMENT, NOT A |
| 08:42AM | 8 | TRIAL OBJECTION, IS THE IMMUNITY ORDER. |
| 08:42AM | 9 | OF COURSE WE ALL KNOW THAT THE FIFTH AMENDMENT IS MEANT TO |
| 08:42AM | 10 | PROTECT THE INNOCENT AS WELL AS THE ACCUSED, AND WHETHER ALL OF |
| 08:42AM | 11 | THE JURORS KNOW THAT OR NOT IS, YOU KNOW, IS ANOTHER QUESTION, |
| 08:42AM | 12 | AND THEY COULD INFER THINGS FROM OFFERING THAT. |
| 08:42AM | 13 | WE DON'T INTEND TO GO -- WE'VE ADVISED THE GOVERNMENT WE |
| 08:42AM | 14 | DON'T INTEND TO, TO ATTACK THE CREDIBILITY OF THE WITNESS, YOU |
| 08:42AM | 15 | KNOW, ON THIS BASIS, AND UNDER 403, WE DON'T SEE ANY NEED FOR |
| 08:42AM | 16 | THE GOVERNMENT TO FRONT THE IMMUNITY ORDER, TALK ABOUT THE |
| 08:42AM | 17 | IMMUNITY ORDER.  I DON'T SEE IT AS RELEVANT AND I CERTAINLY SEE |
| 08:42AM | 18 | IT AS PREJUDICIAL. |
| 08:42AM | 19 | THE COURT:  WELL, THIS BRINGS UP THE ISSUE WHETHER |
| 08:42AM | 20 | 7.4 WOULD BE GIVEN, MODEL INSTRUCTION 7.4 WOULD BE GIVEN AT THE |
| 08:42AM | 21 | CONCLUSION AND IF -- AND I DON'T KNOW WHAT MR. LEACH'S POSITION |
| 08:42AM | 22 | IS ON THIS -- BUT IF THE JURY IS INFORMED THAT IMMUNITY WAS |
| 08:43AM | 23 | GIVEN TO THIS WITNESS, IT SEEMS LIKE IF A PARTY REQUESTED 7.4, |
| 08:43AM | 24 | I THINK THE COURT IS INCLINED TO GIVE IT. |
| 08:43AM | 25 | BUT STEPPING BACKWARDS, I THINK THE ISSUES THAT WE'RE |

08:43AM  1    CONCERNED IN THE MOTION WAS WHETHER OR NOT THE GOVERNMENT WOULD

08:43AM  2    SEEK TO SUPPORT THE CREDIBILITY OF THE TESTIMONY OF THE WITNESS

08:43AM  3    BASED ON THE IMMUNITY GRANT, AND WHAT I UNDERSTAND IS THAT

08:43AM  4    YOU'RE NOT GOING TO ATTACK THE CREDIBILITY, WHICH WOULD

08:43AM  5    PRECLUDE THE GOVERNMENT THEN FROM ADVANCING THAT ISSUE.

08:43AM  6         AND, ALTHOUGH, MR. LEACH, MAYBE YOU CAN TELL US WHAT YOUR

08:43AM  7    INTENT IS.

08:43AM  8              MR. LEACH:  MY INTENTION WAS TO BRING OUT THE FACT

08:43AM  9    THAT SHE HAS BEEN IMMUNIZED, SHE'S RECEIVED A BENEFIT FROM THE

08:43AM  10   GOVERNMENT.  THERE MAY BE JURORS WHO ARE WONDERING WHY OTHERS

08:43AM  11   WERE NOT PROSECUTED.

08:43AM  12        I THINK IT'S INCUMBENT ON AND PERMISSIBLE FOR EITHER PARTY

08:43AM  13   TO ELICIT THE FACT THAT SHE'S RECEIVED SOME FORM OF BENEFIT.

08:44AM  14        IT IS NOT THE GOVERNMENT'S INTENTION TO ADMIT THE IMMUNITY

08:44AM  15   ORDER OR TO REFER TO THE PROVISIONS OF THE IMMUNITY ORDER

08:44AM  16   THAT -- EXCEPT THE IMMUNITY FOR FALSE DECLARATION, WHICH UNDER

08:44AM  17   THE WALLACE CASE AND OTHER NINTH CIRCUIT CASES CAN BE VIEWED AS

08:44AM  18   BOLSTERING THE WITNESSES.  IT'S NOT OUR INTENTION TO DO THAT ON

08:44AM  19   OUR DIRECT EXAMINATION.

08:44AM  20        IF THE DEFENSE DOES GO THERE, LIKE WITH A PLEA AGREEMENT

08:44AM  21   OR ANY OTHER INSTANCE WHERE SOMEBODY HAS BEEN GIVEN A BENEFIT,

08:44AM  22   WE WILL SEE IF IT'S APPROPRIATE TO BRING OUT THAT FACT.

08:44AM  23        BUT I DON'T INTEND TO DWELL ON THE PROVISION OF THE

08:44AM  24   IMMUNITY ORDER THAT TALKS ABOUT THERE BEING AN EXCEPTION FOR

08:44AM  25   PERJURY, FALSE DECLARATION, OR SOMETHING ELSE TO SUGGEST THAT

08:44AM   1    SHE'S UNDER SOME SPECIAL OBLIGATION TO TESTIFY TRUTHFULLY HERE.

08:44AM   2        BUT SHE'S BEEN GIVEN A BENEFIT.  I EXPECT THAT THE DEFENSE

08:44AM   3    IS GOING TO SEEK THE INSTRUCTION THAT YOUR HONOR IS REFERRING

08:44AM   4    TO, AND IT'S APPROPRIATE FOR EITHER SIDE TO BRING OUT THE

08:44AM   5    DIFFERENT MOTIVATIONS OF A PARTICULAR WITNESS.

08:45AM   6        MR. WADE:  YOUR HONOR, THE COMMENT ABOUT THE JURY

08:45AM   7    WONDERING IF OTHER PEOPLE HAVE BEEN PROSECUTED AND, BY

08:45AM   8    IMPLICATION, THERE WAS CRIMINAL ACTIVITY BY THE WITNESS I THINK

08:45AM   9    IS KIND OF THE PROBLEM UNDER 4.3.  THE COMMENT THAT THE

08:45AM  10    GOVERNMENT WAS SORT OF TELLING THEM IN THAT REGARD, I DON'T

08:45AM  11    THINK THAT IS A PERMISSIBLE PURPOSE HERE AND CERTAINLY IT

08:45AM  12    SHOULD BE INADMISSIBLE UNDER 403.

08:45AM  13        THE INFERENCE THAT THEY'RE TRYING TO DRAW FROM THAT, WHICH

08:45AM  14    IS TO SUGGEST OTHER CRIMINAL ACTIVITY, IS WHAT CONCERNS THE

08:45AM  15    DEFENSE, YOUR HONOR.

08:45AM  16        THE COURT:  WELL, AND THAT LINE OF QUESTIONING IS

08:45AM  17    NOT SOMETHING THAT YOU WERE GOING TO DO I TAKE IT, MR. LEACH,

08:45AM  18    TO TRY TO CREATE AN INFERENCE THAT THERE WERE OTHERS WHO

08:45AM  19    POSSIBLY FACED CRIMINAL LIABILITY, BUT THEY'RE NOT BEFORE THE

08:45AM  20    COURT OR SOMETHING LIKE THAT.

08:45AM  21        MR. LEACH:  THAT'S NOT MY INTENTION, YOUR HONOR.

08:45AM  22        MY QUESTIONS WILL BE, HAVE YOU BEEN SUBPOENAED TO TESTIFY?

08:45AM  23    DO YOU UNDERSTAND THE COURT HAS ENTERED AN ORDER THAT YOUR

08:45AM  24    TESTIMONY MAY NOT BE USED AGAINST YOU?  DO YOU UNDERSTAND THAT

08:45AM  25    YOU'RE -- THAT THE COURT HAS ISSUED AN ORDER THAT YOUR

1074

| | | |
|---|---|---|
| 08:46AM | 1 | TESTIMONY -- NOTHING CAN BE DERIVED FROM YOUR TESTIMONY? |
| 08:46AM | 2 | NOTHING GREATER THAN THAT.  IT'S THE BENEFIT THAT SHE HAS |
| 08:46AM | 3 | RECEIVED.  PEOPLE MIGHT BE WONDERING THE CIRCUMSTANCES FOR WHY |
| 08:46AM | 4 | SHE'S TESTIFYING, AND I DON'T THINK THERE'S ANY REASON TO |
| 08:46AM | 5 | CONCEAL THAT FROM THE JURY. |
| 08:46AM | 6 | MR. WADE:  I HAVE NOTHING FURTHER, YOUR HONOR. |
| 08:46AM | 7 | THE COURT:  OKAY.  THANK YOU. |
| 08:46AM | 8 | LET ME JUST STATE THAT WITNESSES ARE -- THIS HAPPENS WITH |
| 08:46AM | 9 | WITNESSES IN TRIAL FREQUENTLY.  AND THERE IS NOTHING FOR THE |
| 08:46AM | 10 | FACT THAT THE WITNESS HAS BEEN GRANTED IMMUNITY TO COME OUT |
| 08:46AM | 11 | BEFORE THE JURY. |
| 08:46AM | 12 | AS I SAID, IN FINAL INSTRUCTIONS, THAT'S WHAT 7.4 IS FOR. |
| 08:46AM | 13 | WHAT I THINK THE PLEADINGS -- WHAT YOUR PLEADINGS FILED |
| 08:46AM | 14 | YESTERDAY SPEAK TO IS WHETHER OR NOT THAT CAN BE USED |
| 08:46AM | 15 | AFFIRMATIVELY BY THE GOVERNMENT TO VOUCH FOR THE CREDIBILITY OF |
| 08:46AM | 16 | A WITNESS, AND I THINK MR. LEACH KNOWS THE GROUNDWORK ON THAT. |
| 08:46AM | 17 | THAT CAN'T HAPPEN UNLESS AND UNTIL THE DOOR HAS BEEN OPENED IN |
| 08:46AM | 18 | SOME MANNER. |
| 08:47AM | 19 | AND I THINK YOU KNOW THE DIFFERENCE, MR. WADE, BETWEEN |
| 08:47AM | 20 | TURNING THE KNOB AND OPENING THE DOOR. |
| 08:47AM | 21 | (LAUGHTER.) |
| 08:47AM | 22 | MR. WADE:  WE DO, YOUR HONOR.  THANK YOU. |
| 08:47AM | 23 | THE COURT:  ALL RIGHT.  ANYTHING FURTHER THIS |
| 08:47AM | 24 | MORNING? |
| 08:47AM | 25 | OH, LET ME TELL YOU, WHAT TIME -- DO THE PARTIES HAVE AN |

08:47AM   1      IDEA OF WHEN WE SHOULD HAVE OUR MORNING BREAK?

08:47AM   2           MR. WADE:  THE COURT'S INDULGENCE?

08:47AM   3           THE COURT:  SURE.

08:47AM   4      (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

08:47AM   5           MR. WADE:  MAYBE 11:00 O'CLOCK.

08:47AM   6           MR. LEACH:  THAT'S FINE WITH THE GOVERNMENT,

08:47AM   7  YOUR HONOR.

08:47AM   8           MR. WADE:  THANK YOU.

08:47AM   9           THE COURT:  THANK YOU.  WE'LL SEE YOU IN A MINUTE.

08:47AM  10           THE CLERK:  COURT IS IN RECESS.

08:47AM  11      (RECESS FROM 8:47 A.M. UNTIL 9:01 A.M.)

09:01AM  12      (JURY IN AT 9:01 A.M.)

09:01AM  13           THE COURT:  THANK YOU.  GOOD MORNING.  WE'RE BACK ON

09:01AM  14  THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE

09:01AM  15  AGAIN.

09:01AM  16      OUR JURY IS PRESENT AND OUR ALTERNATES ARE PRESENT.

09:01AM  17      GOOD MORNING, LADIES AND GENTLEMEN.

09:01AM  18      LET ME ASK YOU THE QUESTION THAT I TOLD YOU AND I WILL BE

09:02AM  19  ASKING YOU AT THE START OF EACH DAY.  I HAVE TOLD YOU HOW

09:02AM  20  IMPORTANT IT IS FOR YOU TO MAKE YOUR DECISIONS ONLY ON THE

09:02AM  21  EVIDENCE IN THIS CASE THAT IS RECEIVED IN THIS COURTROOM, AND

09:02AM  22  SO IT'S IMPORTANT FOR ME AND THE PARTIES TO KNOW WHETHER OR NOT

09:02AM  23  ANYONE HAS RECEIVED ANY INFORMATION OUTSIDE OF THE COURTROOM,

09:02AM  24  THAT IS, BY ANY NEWS STORY, RADIO, TELEVISION, INTERNET, SOCIAL

09:02AM  25  MEDIA, OR ANYONE SPEAKING TO YOU ABOUT ANYTHING TO DO WITH THIS

1076

| | | |
|---|---|---|
| 09:02AM | 1 | CASE. |
| 09:02AM | 2 | LET ME JUST ASK FOR A SHOW OF HANDS IF ANYONE HAS HAD THAT |
| 09:02AM | 3 | EXPERIENCE WHERE THEY HAVE HAD EXPOSURE TO ANY OUTSIDE |
| 09:02AM | 4 | INFORMATION ABOUT THIS CASE. |
| 09:02AM | 5 | AGAIN, IF YOU WANT TO SPEAK PRIVATELY, WE CAN CERTAINLY DO |
| 09:02AM | 6 | THAT. |
| 09:02AM | 7 | LET ME ASK FOR A SHOW OF HANDS FROM OUR JURY AND |
| 09:02AM | 8 | ALTERNATES IF ANYONE HAS HAD THAT EXPERIENCE. |
| 09:03AM | 9 | I SEE NO HANDS. |
| 09:03AM | 10 | ALL RIGHT.  THANK YOU.  LET'S SEE.  I BELIEVE MS. CHEUNG |
| 09:03AM | 11 | WAS ON THE STAND. |
| 09:03AM | 12 | DID YOU HAVE ANY CONTINUING CROSS-EXAMINATION? |
| 09:03AM | 13 | MR. WADE:  I DO, YOUR HONOR. |
| 09:03AM | 14 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 09:03AM | 15 | COULD WE CALL THE WITNESS IN, PLEASE. |
| 09:03AM | 16 | GOOD MORNING, MS. CHEUNG.  I'LL INVITE YOU TO TAKE A SEAT |
| 09:03AM | 17 | AGAIN IN THE WITNESS STAND. |
| 09:03AM | 18 | AGAIN, MAKE YOURSELF COMFORTABLE.  I'LL ENCOURAGE YOU TO |
| 09:03AM | 19 | SPEAK DIRECTLY INTO THE MICROPHONE. |
| 09:03AM | 20 | WHEN YOU ARE COMFORTABLE, WOULD YOU JUST STATE YOUR NAME |
| 09:03AM | 21 | AGAIN, PLEASE. |
| 09:03AM | 22 | THE WITNESS:  MY NAME IS ERIKA CHEUNG. |
| 09:03AM | 23 | THE COURT:  THANK YOU.  AND I'LL REMIND YOU YOU'RE |
| 09:03AM | 24 | STILL UNDER OATH. |
| 09:03AM | 25 | THE WITNESS:  OKAY. |

CHEUNG CROSS BY MR. WADE

09:03AM    1          THE COURT:  AND YOU CAN REMOVE YOUR MASK IF YOU

09:03AM    2    WISH.

09:04AM    3          THE WITNESS:  OKAY.

09:04AM    4              **CROSS-EXAMINATION (RESUMED)**

09:04AM    5    BY MR. WADE:

09:04AM    6    Q.   GOOD MORNING, MS. CHEUNG.

09:04AM    7    A.   GOOD MORNING.

09:04AM    8    Q.   I'D LIKE TO ASK SOME MORE QUESTIONS TODAY AND PICK UP IN

09:04AM    9    THE CLIA LABORATORY.

09:04AM   10    A.   I'M HAVING A LITTLE TROUBLE HEARING YOU.

09:04AM   11    Q.   THANK YOU FOR TELLING ME THAT.

09:04AM   12          IS THAT BETTER?

09:04AM   13    A.   YES.

09:04AM   14    Q.   THANK YOU.

09:04AM   15          I WOULD LIKE TO PICK UP WITH SOME QUESTIONS TODAY ABOUT

09:04AM   16    SOME OF YOUR WORK IN THE CLIA LAB AT THERANOS.

09:04AM   17    A.   OKAY.

09:04AM   18    Q.   AND DO YOU RECALL YOUR DISCUSSION ABOUT THE EDISON DEVICE,

09:04AM   19    YOU TALKED ABOUT HOW THERE WAS SOFTWARE ON THE EDISON SYSTEM?

09:04AM   20    A.   YES.

09:04AM   21    Q.   AND WAS THERE A SPECIAL TEAM OF PEOPLE WHO WERE DEDICATED

09:04AM   22    TO DOING THE SOFTWARE PROGRAMMING FOR THAT?

09:04AM   23    A.   YES.

09:04AM   24    Q.   AND DO YOU RECALL WHO THOSE FOLKS WERE?

09:04AM   25    A.   ONE OF THE PEOPLE IN CHARGE OF DOING THE SOFTWARE WAS

CHEUNG CROSS BY MR. WADE                                    1078

09:04AM  1    MICHAEL CRAIG, C-R-A-I-G, BUT I DON'T KNOW --

09:04AM  2    Q.   AND THERE MAY HAVE BEEN OTHERS.  MR. CRAIG WAS THE ONE WHO

09:04AM  3    YOU INTERACTED --

09:05AM  4    A.   HE WAS THE ONE WHO I INTERFACED WITH THE MOST.

09:05AM  5    Q.   AND YOU ALSO TALKED ABOUT THE ALCHEMIST?

09:05AM  6    A.   YES.

09:05AM  7    Q.   AND COULD YOU JUST TELL US WHAT THAT IS?

09:05AM  8    A.   SO ALCHEMIST WAS A SOFTWARE DATABASE, AND ESSENTIALLY WHEN

09:05AM  9    THE EDISON DEVICES HAD FINISHED COMPLETING A TEST OR A RUN, IT

09:05AM  10   WOULD UPLOAD ALL OF THE INFORMATION TO ALCHEMIST, WHEREIN THAT

09:05AM  11   INFORMATION WOULD BE DOWNLOADED AND GATHERED BY PEOPLE IN THE

09:05AM  12   RESEARCH AND DEVELOPMENT TEAM OR IN THE CLINICAL LAB FOR A

09:05AM  13   PERIOD OF TIME.

09:05AM  14       EVENTUALLY THAT WAS AUTOMATED, BUT THERE WAS A PERIOD OF

09:05AM  15   TIME WHERE THAT WAS THE CASE FOR THE CLINICAL LAB THAT IT WAS

09:05AM  16   PULLED FROM ALCHEMIST.

09:05AM  17   Q.   AND WHEN IT WAS AUTOMATED, DID IT START GOING INTO A

09:05AM  18   LABORATORY INFORMATION SYSTEM?

09:05AM  19   A.   IT WAS -- THE RAW DATA OR THE PATIENT DATA?

09:05AM  20   Q.   THE PATIENT DATA.

09:05AM  21   A.   THE PATIENT DATA WENT INTO A LABORATORY INFORMATION

09:06AM  22   SYSTEM.

09:06AM  23   Q.   OKAY.

09:06AM  24   A.   BUT -- SORRY.  THAT WAS MANUALLY ENTERED WHEN I WAS

09:06AM  25   WORKING THERE.  IT WASN'T AUTOMATED INTO THE SYSTEM.

CHEUNG CROSS BY MR. WADE                                              1079

09:06AM   1      Q.   OKAY.  AND CAN YOU TELL US WHAT LABORATORY INFORMATION

09:06AM   2      SYSTEM IS?

09:06AM   3      A.   LABORATORY INFORMATION SYSTEM IS A DATABASE THAT YOU KEEP

09:06AM   4      ALL OF THE PATIENT RECORDS AND PATIENT INFORMATION, THE

09:06AM   5      CLINICIAN INFORMATION, THE PATIENT RESULTS, YOU'LL STORE

09:06AM   6      QUALITY CONTROL INFORMATION, THE TECHNICIANS IN CHARGE OF

09:06AM   7      RUNNING THE PATIENT SAMPLE, THE CLINICAL LAB SCIENTIST WHO

09:06AM   8      WOULD BE RESPONSIBLE FOR REVIEWING THE INFORMATION.

09:06AM   9           IT'S SORT OF A COMPREHENSIVE DATABASE THAT YOU UTILIZE IN

09:06AM   10     ORDER TO RESULT OUT CLINICAL DIAGNOSTIC RESULTS, AND THAT'S

09:06AM   11     WHAT WE USED IT FOR AT THERANOS AS WELL.

09:06AM   12     Q.   IT WAS SORT OF A HUB OF ALL OF THE LAB DATA?

09:06AM   13     A.   ALL OF THE CLINICAL DATA, YES.

09:07AM   14     Q.   AND SO WOULD THAT -- IF YOU HAD ACCESS TO THAT

09:07AM   15     INFORMATION, WOULD THAT GIVE YOU A SENSE OF WHEN A PARTICULAR

09:07AM   16     TEST STARTED RUNNING IN THE LAB?

09:07AM   17     A.   SAY THAT ONE MORE TIME.

09:07AM   18     Q.   IF YOU HAD ACCESS TO DATA WITHIN THE LAB INFORMATION

09:07AM   19     SYSTEM, WOULD THAT TELL YOU WHEN A PARTICULAR TEST STARTED TO

09:07AM   20     GO LIVE IN THE LAB AND BE USED ON PATIENT TESTING?

09:07AM   21     A.   SO CAN I GIVE AN EXAMPLE JUST FOR CLARIFICATION?

09:07AM   22     Q.   SURE.

09:07AM   23     A.   SO ARE YOU SAYING -- SAY, FOR EXAMPLE, WE HAD A NEW EDISON

09:07AM   24     TEST THAT WE WERE RUNNING, WOULD IT BE LOCATED IN THE

09:07AM   25     LABORATORY INFORMATION SYSTEM WHETHER THAT TEST WENT LIVE?

CHEUNG CROSS BY MR. WADE                                          1080

09:07AM   1    Q.   LET ME ASK IT A DIFFERENT WAY.  WHOEVER WHO WAS THE FIRST

09:07AM   2    PATIENT WHO RECEIVED THE TEST, YOU WOULD HAVE THAT INFORMATION

09:07AM   3    IN THE LABORATORY INFORMATION SYSTEM; RIGHT?

09:07AM   4    A.   CAN YOU REPEAT THAT ONE MORE TIME?

09:07AM   5    Q.   LET'S USE AN EXAMPLE.  SO VITAMIN D WAS A TEST THAT WE

09:07AM   6    TALKED ABOUT A FAIR BIT?

09:07AM   7    A.   YES.

09:07AM   8    Q.   AND YOU TALKED ABOUT THAT RUNNING ON THE EDISON DEVICE.

09:07AM   9         DO YOU RECALL THAT?

09:08AM  10    A.   YES.

09:08AM  11    Q.   AND SO AT SOME POINT THAT DEVICE STARTED RUNNING VITAMIN D

09:08AM  12    IN THE LAB.

09:08AM  13         AND IF WE WANTED TO FIGURE OUT WHEN THAT WAS, WE COULD

09:08AM  14    LOOK AT THE LABORATORY INFORMATION SYSTEM AND FIND THE FIRST

09:08AM  15    RESULT FOR AN EDISON DEVICE AND A PATIENT WHO GOT A VITAMIN D?

09:08AM  16    A.   IN THE LABORATORY INFORMATION SYSTEM?

09:08AM  17    Q.   YEAH.

09:08AM  18    A.   THERE WAS A PERIOD OF TIME WHERE, NO, THAT INFORMATION WAS

09:08AM  19    NOT FOUND THERE.  IT WAS FOUND IN SPREADSHEETS.

09:08AM  20    Q.   OKAY.

09:08AM  21    A.   BUT THEN IT MIGRATED INTO A LABORATORY INFORMATION SYSTEM

09:08AM  22    AFTERWARDS.  BUT THAT WAS AT THE TAIL END, AT LEAST FROM MY

09:08AM  23    EXPERIENCE WORKING AT THERANOS, THE TAIL END OF ME WORKING

09:08AM  24    THERE.

09:08AM  25    Q.   AND I WANT TO BACK UP AND SET A LITTLE BIT OF TIMING FRAME

09:08AM   1    OF REFERENCE FOR THE RECORD HERE.

09:08AM   2         THE LABORATORY, CLINICAL LABORATORY AT THE TIME THAT YOU

09:09AM   3    STARTED AT THE COMPANY WAS COLLECTING AND PROCESSING SAMPLES

09:09AM   4    FROM, FROM A COLLECTION CENTER IN PALO ALTO; IS THAT RIGHT?

09:09AM   5    A.   IT WAS THE WALGREENS IN PALO ALTO, YES.

09:09AM   6    Q.   AND THERE WAS ONE LOCATION AT THE TIME THAT YOU JOINED?

09:09AM   7    A.   THERE WAS ONE LOCATION IN PALO ALTO, AND THEN WE HAD JUST

09:09AM   8    STARTED TO OPEN UP A LOCATION IN ARIZONA.

09:09AM   9    Q.   AND THE LOCATIONS IN ARIZONA, THOSE STARTED IN ABOUT

09:09AM  10    NOVEMBER 13TH, 2013?

09:09AM  11    A.   I THINK IT WAS LATER THAN THAT, BUT IT WAS AROUND

09:09AM  12    DECEMBER, JANUARY MORE SO THAN NOVEMBER.

09:09AM  13    Q.   MAYBE THERE WAS A SOFT OPENING AND TO GET -- START GETTING

09:09AM  14    THINGS SET UP?

09:09AM  15    A.   YES.

09:09AM  16    Q.   BUT YOU THINK YOU STARTED PROCESSING SAMPLES FROM ARIZONA

09:09AM  17    IN DECEMBER OR JANUARY?

09:09AM  18    A.   YES.

09:09AM  19    Q.   OKAY.  AND SO AT THAT POINT THERE WERE THREE LOCATIONS?

09:09AM  20    A.   EITHER TWO OR THREE.

09:09AM  21    Q.   AND I THINK YOU TESTIFIED ABOUT THE SEVEN TESTS THAT WERE

09:10AM  22    RUN ON THE EDISON DEVICE DURING YOUR TIME AT THE COMPANY.

09:10AM  23    A.   YES.

09:10AM  24    Q.   YES?

09:10AM  25    A.   YES.

CHEUNG CROSS BY MR. WADE                                                    1082

09:10AM   1     Q.   AND THOSE WERE VITAMIN D, TSH, FT4, TPSA, TT3, TT4, AND

09:10AM   2     TST?

09:10AM   3     A.   TST?  YES.  AND THERE WERE KIND OF A RANGE OF OTHERS, BUT

09:10AM   4     SOME OF THEM WEREN'T ACTIVE.

09:10AM   5     Q.   OKAY.  THE SEVEN WERE THE ONES THAT YOU RECALL WERE

09:10AM   6     ACTUALLY RUN IN THE CLIA LABORATORY?

09:10AM   7     A.   YES.

09:10AM   8     Q.   OKAY.  AND DO YOU RECALL THE DATE ON WHICH YOU STARTED

09:10AM   9     RUNNING THE VITAMIN D ON THE EDISON?

09:10AM   10    A.   SAY THAT ONE MORE TIME.

09:10AM   11    Q.   DO YOU RECALL THE DATE IN WHICH -- APPROXIMATELY.  I KNOW

09:11AM   12    IT WAS A LONG TIME AGO.

09:11AM   13    A.   YEAH.

09:11AM   14    Q.   DO YOU RECALL APPROXIMATELY THE DATE ON WHICH YOU STARTED

09:11AM   15    RUNNING THE VITAMIN D ASSAY ON THE EDISON?

09:11AM   16    A.   WHEN WE STARTED RUNNING --

09:11AM   17    Q.   YEAH.

09:11AM   18    A.   -- THE VITAMIN D ASSAY?

09:11AM   19         SO WE -- I HAD STARTED RUNNING THE VITAMIN D PERSONALLY ON

09:11AM   20    PATIENT SAMPLES OR IN DEVELOPMENT.

09:11AM   21    Q.   ON PATIENT SAMPLES?

09:11AM   22    A.   ON PATIENT SAMPLES.  AS EARLY IN NOVEMBER OF 2013.  IT MAY

09:11AM   23    HAVE EVEN BEEN THE LATER PART OF OCTOBER AS WELL.

09:11AM   24    Q.   OKAY.  BUT YOU THINK AROUND THE END OF OCTOBER, START OF

09:11AM   25    NOVEMBER FOR VITAMIN D?

CHEUNG CROSS BY MR. WADE                                              1083

09:11AM  1    A.   OF 2013, YES.

09:11AM  2    Q.   AND WERE THERE, WERE THERE OTHER TESTS THAT WERE RUN IN

09:11AM  3    THAT EARLY PERIOD IN OCTOBER OR NOVEMBER OF 2013 ON THE EDISON?

09:11AM  4    A.   YES.

09:11AM  5    Q.   AND WHICH ONES?

09:11AM  6    A.   SO THE FOUR CORE WERE TSH, THYROID STIMULATING HORMONE,

09:12AM  7    TPSA, TOTAL PROSTATE SPECIFIC ANTIGEN, AND THEN FT4, WHICH IS A

09:12AM  8    FREE THYROXINE 4.

09:12AM  9    Q.   AND THEN THE THREE OTHER ASSAYS THAT WE TALKED ABOUT, TT3,

09:12AM  10   TT4, AND TST.  DO YOU RECALL ABOUT WHEN THOSE STARTED TO BE RUN

09:12AM  11   IN THE CLIA LAB?

09:12AM  12   A.   SO THOSE STARTED TO BE RUN IN THE CLIA LAB, WE STARTED TO

09:12AM  13   SEE MORE ONBOARDING FROM JANUARY ROUGHLY TO FEBRUARY, AND

09:12AM  14   DEFINITELY WITHIN MARCH.

09:12AM  15   Q.   OKAY.  SO YOU THINK THOSE THREE MAYBE CAME ON IN FEBRUARY,

09:12AM  16   MARCH?

09:12AM  17   A.   YEAH.  IT DEPENDS.  IT DEPENDED ON A COUPLE OF FACTORS

09:12AM  18   WHETHER WE WERE ABLE TO HAVE THEM WHAT WE CALL "GO LIVE."

09:12AM  19        WE NEEDED TO MAKE SURE WE HAD THE RANGES, THE CALIBRATION

09:13AM  20   SET UP, THE QC RANGES, AND THERE'S A LOT OF INFRASTRUCTURE YOU

09:13AM  21   HAD TO SET UP.  SO IT'S NOT -- IT WOULDN'T -- I WOULDN'T BE

09:13AM  22   ABLE TO TELL YOU THE EXACT DATE AT THIS TIME.

09:13AM  23   Q.   AND DO YOU RECALL THE TOTAL NUMBER OF EDISON TESTS THAT

09:13AM  24   WERE RUN IN THE CLIA LAB IN, SAY, NOVEMBER OF 2013?

09:13AM  25   A.   THE TOTAL NUMBER OF EDISON TESTS THAT WERE RUN?

CHEUNG CROSS BY MR. WADE                                              1084

09:13AM  1    Q.   AND BY THAT LET ME BE MORE SPECIFIC.

09:13AM  2         DO YOU REMEMBER ABOUT HOW MANY PATIENT RESULTS WERE, WERE

09:13AM  3    ANALYZED AND COMMUNICATED IN NOVEMBER OF 2013?

09:13AM  4    A.   FOR JUST EDISON?

09:13AM  5    Q.   JUST EDISON DEVICES.

09:13AM  6    A.   THE TOTAL NUMBER OF PATIENTS WE PROCESSED THAT MONTH?

09:14AM  7    Q.   TOTAL.

09:14AM  8    A.   I WOULDN'T KNOW.

09:14AM  9    Q.   DOES ABOUT 17 SOUND ABOUT RIGHT?

09:14AM  10   A.   I WOULDN'T KNOW.

09:14AM  11   Q.   AND HOW ABOUT DECEMBER?  WOULD YOU BE ABLE TO KNOW THAT?

09:14AM  12   A.   NO.

09:14AM  13   Q.   TEN?  DOES THAT SOUND ABOUT RIGHT?

09:14AM  14   A.   I WOULDN'T KNOW.  I WOULDN'T KNOW THAT EXACT NUMBER.

09:14AM  15   Q.   AND YOU WOULDN'T KNOW THAT FOR THE MONTHS THAT FOLLOWED?

09:14AM  16   A.   NO.

09:14AM  17   Q.   I UNDERSTAND.  IT'S A SPECIFIC QUESTION FROM A LONG TIME

09:14AM  18   AGO.

09:14AM  19        I'D LIKE TO ASK YOU A COUPLE OF QUESTIONS ABOUT THE

09:14AM  20   HARDWARE QC FOR THE 3.5 DEVICES AFTER THEY WERE IN THE CLINICAL

09:14AM  21   LAB.

09:14AM  22   A.   UH-HUH.

09:14AM  23   Q.   DO YOU RECALL THE TEAM OF PEOPLE WHO WAS INVOLVED IN DOING

09:14AM  24   THAT WORK?

09:14AM  25   A.   IN THE QC OF THE ACTUAL EDISON DEVICES?

CHEUNG CROSS BY MR. WADE                                           1085

09:15AM   1    Q.   YES, FROM A HARDWARE PERSPECTIVE AS OPPOSED TO AN ASSAY

09:15AM   2    PERSPECTIVE.

09:15AM   3    A.   SO THAT WAS SAMARTHA ANEKAL'S TEAM, SO IT WOULD BE PEOPLE

09:15AM   4    LIKE DAVID PHILIPPEDES, JARED O'LEARY, ALPHONSO NGUYEN, AND

09:15AM   5    THERE ARE A COUPLE OF OTHER ENGINEERS ON THAT TEAM.

09:15AM   6    Q.   OKAY.  DO YOU STILL HAVE THE BINDER I GAVE YOU ON

09:15AM   7    WEDNESDAY UP THERE?

09:15AM   8    A.   YES.

09:15AM   9    Q.   COULD I CALL YOUR ATTENTION TO DX 10480.

09:15AM  10    A.   CAN YOU SAY THAT NUMBER AGAIN?

09:15AM  11    Q.   SURE.  10480.

09:16AM  12    A.   I DON'T BELIEVE I HAVE THAT DOCUMENT.

09:16AM  13         OH, OH, OH.  SORRY.  IT WAS IN THE BACK.

09:16AM  14    Q.   WAS IT IN THE BACK THERE?

09:16AM  15    A.   YES.

09:16AM  16    Q.   DO YOU HAVE IT IN FRONT OF YOU NOW?

09:16AM  17    A.   YES.

09:16AM  18    Q.   AND WHAT IS 10480?

09:16AM  19    A.   DOCUMENT 10480 IS AN EMAIL THAT IS SENT TO THE ELISA TEAM

09:16AM  20    ABOUT THE DAILY QC PROCEDURE THAT SAMARTHA ANEKAL'S TEAM IS

09:17AM  21    PERFORMING ON THE EDISON DEVICES.

09:17AM  22    Q.   AND IS THIS A DOCUMENT THAT YOU RECEIVED WHEN YOU WERE

09:17AM  23    WORKING THERE?

09:17AM  24    A.   YES.

09:17AM  25    Q.   AND YOU TALKED WITH MR. BOSTIC YESTERDAY ABOUT THE WAY IN

09:17AM   1    WHICH EMAILS WERE COMMUNICATED AND THE IMPORTANCE OF EMAILS AND

09:17AM   2    MAKING SURE THAT THEY WERE ACCURATE.

09:17AM   3         DO YOU RECALL THAT?

09:17AM   4    A.   YES.

09:17AM   5    Q.   AND YOU RECALLED SOME TESTIMONY ABOUT HOW THESE WERE

09:17AM   6    MAINTAINED, YOU KNOW, IN THE REGULAR COURSE OF BUSINESS?

09:17AM   7    A.   YES.

09:17AM   8    Q.   AND THIS PARTICULAR DOCUMENT IS COMMUNICATING SORT OF A

09:17AM   9    POLICY AND PRACTICE THAT WAS TO BE FOLLOWED WITHIN THE LAB?

09:17AM   10   A.   YES.

09:17AM   11   Q.   OKAY.

09:17AM   12        I'D MOVE THE ADMISSION OF 10480.

09:17AM   13           MR. BOSTIC:  NO OBJECTION.

09:17AM   14           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:17AM   15        (DEFENDANT'S EXHIBIT 10480 WAS RECEIVED IN EVIDENCE.)

09:18AM   16   BY MR. WADE:

09:18AM   17   Q.   MS. CHEUNG, IF I COULD JUST CALL YOUR ATTENTION TO --

09:18AM   18           THE COURT:  THAT WAS MINE.

09:18AM   19   BY MR. WADE:

09:18AM   20   Q.   IF I COULD JUST CALL YOUR ATTENTION TO THE TOP OF THE

09:18AM   21   EMAIL.  THIS WAS AN EMAIL THAT WAS SENT NOVEMBER 27TH, 2013?

09:18AM   22   A.   YES.

09:18AM   23   Q.   AND YOU MENTION THE ELISA TEAM.  I THINK WE TALKED ABOUT

09:18AM   24   THE ELISA TEAM.

09:18AM   25        DO YOU THINK THIS GROUP OF PEOPLE AT THE TOP, THOSE ARE

CHEUNG CROSS BY MR. WADE                                              1087

09:18AM   1    THE ELISA TEAM MEMBERS?

09:18AM   2    A.   YES.

09:18AM   3    Q.   AND DO YOU SEE YOUR NAME IN THERE?

09:18AM   4    A.   YES.

09:18AM   5    Q.   AND CAN YOU EXPLAIN TO US -- I'LL CALL YOUR ATTENTION TO

09:18AM   6    THE BODY OF THE EMAIL.

09:19AM   7        NOW, THE SUBJECT LINE WAS 3.5 READER QUALITY CONTROL TEST;

09:19AM   8    RIGHT?

09:19AM   9    A.   YES.

09:19AM  10    Q.   OKAY.  AND CAN YOU EXPLAIN TO US -- WELL, LET ME START

09:19AM  11    WITH, WHO IS MR. O'LEARY?

09:19AM  12    A.   SO JARED O'LEARY IS AN ENGINEER ON SAMARTHA ANEKAL'S TEAM,

09:19AM  13    AND I DON'T REMEMBER THE NAME OF THE TEAM, BUT IT'S THE DEVICE

09:19AM  14    ENGINEERING TEAM.

09:19AM  15    Q.   OKAY.  AND WHO IS GARY FRENZEL?

09:19AM  16    A.   I'M SORRY?

09:19AM  17    Q.   GARY FRENZEL?  DO YOU KNOW --

09:19AM  18    A.   I DON'T KNOW GARY FRENZEL.

09:19AM  19    Q.   AND CAN YOU EXPLAIN WHAT MR. O'LEARY WAS SETTING FORTH IN

09:19AM  20    THIS EMAIL?

09:19AM  21    A.   THIS EMAIL IS A QC PROCEDURE IN ORDER TO DETERMINE HOW

09:19AM  22    WELL THE EDISON DEVICE AND THE HARDWARE OF THE EDISON DEVICE IS

09:20AM  23    PERFORMING, AND HIS TEAM ESSENTIALLY AGGREGATED ALL OF THE

09:20AM  24    INFORMATION AND PUT IT INTO A SPREADSHEET OR A DOCUMENT TO LET

09:20AM  25    US KNOW.

CHEUNG CROSS BY MR. WADE                                        1088

| | | |
|---|---|---|
| 09:20AM | 1 | Q.   OKAY.  WE TALKED YESTERDAY ABOUT -- OR ON WEDNESDAY ABOUT |
| 09:20AM | 2 | QUALITY CONTROL THAT YOU WERE RESPONSIBLE FOR. |
| 09:20AM | 3 |      DO YOU RECALL THAT? |
| 09:20AM | 4 | A.   YES. |
| 09:20AM | 5 | Q.   THIS IS A COMPLETELY SEPARATE PROCESS FROM THAT; CORRECT? |
| 09:20AM | 6 | A.   YES. |
| 09:20AM | 7 | Q.   AND BECAUSE THIS RELATES TO THE HARDWARE OPERATIONS OF THE |
| 09:20AM | 8 | MACHINE? |
| 09:20AM | 9 | A.   YES. |
| 09:20AM | 10 | Q.   AND IT ASKS -- DO YOU SEE IN THE SECOND PARAGRAPH THERE |
| 09:20AM | 11 | WHERE IT POINTS TO A DRIVE, S DRIVE? |
| 09:20AM | 12 | A.   YES. |
| 09:20AM | 13 | Q.   AND DO YOU SEE THAT? |
| 09:20AM | 14 | A.   YES. |
| 09:20AM | 15 | Q.   AND WHAT IS THAT DRIVE? |
| 09:20AM | 16 | A.   SO THE S DRIVE IS A DATA DRIVE THAT WE HAD THAT WAS SHARED |
| 09:20AM | 17 | AMONGST DIFFERENT DEPARTMENTS.  SO EACH DRIVE HAD DIFFERENT -- |
| 09:21AM | 18 | LIKE THE J DRIVE, FOR EXAMPLE, WAS FOR RESEARCH AND |
| 09:21AM | 19 | DEVELOPMENT; CLIA HAD ITS OWN RESTRICTED DRIVE; AND SO THE S |
| 09:21AM | 20 | DRIVE WAS ANOTHER ONE OF THESE SORT OF DATA DRIVES THAT WE HAD |
| 09:21AM | 21 | AT THERANOS IN ORDER TO SHARE INFORMATION. |
| 09:21AM | 22 | Q.   AND WAS THERE A REQUEST THAT THE DATA THAT WAS DERIVED AS |
| 09:21AM | 23 | A PART OF THIS PROCESS WAS STORED THERE SO EVERYONE COULD HAVE |
| 09:21AM | 24 | ACCESS TO IT? |
| 09:21AM | 25 | A.   YES. |

CHEUNG CROSS BY MR. WADE

09:21AM 1    Q.   OKAY.  AND LET ME FOCUS ON THE TOP PARAGRAPH IF I COULD.

09:21AM 2         HERE THERE'S A MENTION TO THE SIV TEAM.  WHAT IS THE SIV

09:21AM 3    TEAM?

09:21AM 4    A.   I DON'T REMEMBER WHAT THE ACRONYM STANDS FOR.

09:21AM 5    Q.   WAS IT MAYBE SYSTEMS INTEGRATION?

09:21AM 6    A.   I BELIEVE SO, BUT I'M NOT CERTAIN.

09:21AM 7    Q.   OKAY.  AND IT TALKS HERE ABOUT HOW THEY'RE GOING TO DO

09:21AM 8    THIS, THEIR ONLY DAILY QC PROCEDURE, ON THE DEVICES.

09:22AM 9         DO YOU SEE THAT?

09:22AM 10   A.   YES.

09:22AM 11   Q.   OKAY.  AND DO YOU RECALL THEM DOING THAT WHEN YOU WERE

09:22AM 12   THERE?

09:22AM 13   A.   YES.

09:22AM 14   Q.   AND I THINK WE SAW A SPREADSHEET YESTERDAY WHERE YOU WERE

09:22AM 15   TRACKING SOME ISSUES WITH RESPECT TO SOFTWARE AND THE LIKE.

09:22AM 16        DO YOU RECALL THAT?

09:22AM 17   A.   YES.

09:22AM 18   Q.   AND WAS THAT PART OF THIS PROCESS?

09:22AM 19   A.   NO.

09:22AM 20   Q.   THAT WAS A SEPARATE PROCESS?

09:22AM 21   A.   THAT WAS A SEPARATE PROCESS.

09:22AM 22   Q.   OKAY.  BUT I TAKE IT YOU FOLLOWED THIS PROCESS, TOO?

09:22AM 23   A.   YES.

09:22AM 24   Q.   OKAY.  AND IF I COULD MOVE YOUR ATTENTION DOWN TO THE

09:22AM 25   PORTION OF THE DOCUMENT STARTING WITH "ONCE," AND THEN GOING

09:22AM   1    THROUGH THE NUMBERED PARAGRAPHS THERE.

09:23AM   2         NOW, HERE THEY WERE TALKING ABOUT IF THE DEVICE'S

09:23AM   3    PERFORMANCE WAS DETERIORATING OVER TIME, THEY WANTED YOU TO

09:23AM   4    MAKE NOTE OF THAT; RIGHT?

09:23AM   5    A.   CAN I READ IT REALLY QUICKLY?

09:23AM   6    Q.   DID YOUR SCREEN GO DARK?

09:23AM   7    A.   NO.

09:23AM   8    Q.   OH, YEAH, SURE.  READ IT.  PLEASE.

09:23AM   9         THE CLERK:  IS YOURS ON, COUNSEL?

09:23AM  10         (PAUSE IN PROCEEDINGS.)

09:23AM  11         MR. WADE:  IF WE MIGHT LOOK TO MAKE SURE THE JURORS

09:23AM  12    ARE ABLE TO SEE THE DOCUMENT?  I CAN'T, BUT I CAN WORK WITHOUT

09:23AM  13    IT.

09:23AM  14         THE COURT:  IS THIS UP ON THE MONITOR?

09:23AM  15    I'M SEEING AFFIRMATIVE NODS.

09:23AM  16         THE WITNESS:  OKAY.

09:24AM  17         MR. WADE:  MS. KRATZMANN DID THE RELIABLE

09:24AM  18    TURN-OFF-AND-ON TRICK.

09:24AM  19         (PAUSE IN PROCEEDINGS.)

09:24AM  20    BY MR. WADE:

09:24AM  21    Q.   HAVE YOU HAD A CHANCE TO LOOK AT IT, MS. CHEUNG?

09:24AM  22    A.   YES.

09:24AM  23    Q.   AND DO YOU RECALL THIS WAS ASKING IF YOU SAW A

09:24AM  24    DETERIORATION IN THE PERFORMANCE OF THE DEVICE OR IMPRECISION

09:24AM  25    OR INACCURACY TO MAKE NOTE OF THAT AND PUT IT INTO THAT DRIVE?

CHEUNG CROSS BY MR. WADE                                              1091

09:24AM  1     A.   SO THIS IS ACTUALLY SAYING THAT THEY TRACK THIS

09:24AM  2     INFORMATION.

09:24AM  3          SO THE SIV TEAM ESSENTIALLY TRACKS THE PERFORMANCE OF THE

09:24AM  4     DEVICES, AND THEY ARE CREATING A GRAPH TO ALLOW US TO KNOW IF

09:24AM  5     WE ARE HAVING AN ISSUE ON THE DEVICE SIDE OR ON THE CHEMISTRY

09:24AM  6     SIDE.

09:24AM  7          SO THEY WERE COLLECTING A WHOLE BUNCH OF QC DATA TO ALLOW

09:24AM  8     US TO KNOW WHETHER THERE WAS DETERIORATION OVER TIME IN THE

09:24AM  9     DEVICE PERFORMANCE.

09:24AM 10          SO WE DIDN'T ACTUALLY AGGREGATE THAT INFORMATION.  THE SIV

09:25AM 11     TEAM IS AGGREGATING THAT AND TELLING US THAT WE CAN LOOK OVER

09:25AM 12     IT IN THIS DOCUMENT THAT THEY PUT ON THE S DRIVE.

09:25AM 13     Q.   AND THAT TEAM WAS DOING A COMPLETELY SEPARATE PROCESS

09:25AM 14     INDEPENDENT OF YOU, BUT SHARING THOSE RESULTS WITH YOU SO THAT

09:25AM 15     YOU COULD ACCESS THEM IF YOU HAD QUESTIONS?

09:25AM 16     A.   EXACTLY.

09:25AM 17     Q.   AND PUT THEM IN A PLACE WHERE EVERYONE COULD SEE THEM?

09:25AM 18     A.   YES.

09:25AM 19     Q.   OKAY.  COULD I CALL YOUR ATTENTION TO EXHIBIT 9909 WHICH I

09:25AM 20     THINK IS IN YOUR BINDER AS WELL.

09:26AM 21     A.   YEAH, I HAVE IT, BUT THE BINDER -- I DIDN'T REALIZE IT WAS

09:26AM 22     UNCLASPED, SO GIVE ME ONE SECOND.

09:26AM 23          I'M GOING TO JUST SET THIS SEPARATELY HERE.  OKAY.

09:26AM 24     Q.   DO WHATEVER IS CONVENIENT FOR YOU.  WE CAN FIX IT LATER.

09:26AM 25     A.   ALL RIGHT.  EXCELLENT.

CHEUNG CROSS BY MR. WADE                                        1092

09:26AM   1        YES, I SEE THE DOCUMENT.

09:26AM   2    Q.   AND WHAT IS THIS DOCUMENT?

09:26AM   3    A.   THIS IS A STANDARD QUALITY OPERATING PROCEDURE FOR THE

09:26AM   4    CLIA LABORATORY.

09:26AM   5    Q.   AND WHAT IS THE PURPOSE OF THE QUALITY OPERATING PROCEDURE

09:26AM   6    WITHIN THE CLIA LABORATORY?

09:26AM   7    A.   IN THIS CASE WHAT THEY'RE DOING IS CORRECTIVE AND

09:26AM   8    PREVENTATIVE ACTION.  SO IF YOU'RE SEEING AN ISSUE, TO BE ABLE

09:26AM   9    TO ESSENTIALLY RECORRECT FOR THE ISSUES OR THE ERRORS THAT YOU

09:26AM  10    SEE.

09:26AM  11    Q.   OKAY.  THERE'S A RECOGNITION THAT SOME ERRORS WOULD

09:26AM  12    HAPPEN?

09:26AM  13    A.   YEAH.

09:26AM  14    Q.   AND THAT THIS SET THE POLICY FOR HOW TO DEAL WITH THOSE

09:27AM  15    ERRORS?

09:27AM  16    A.   YES.

09:27AM  17    Q.   OKAY.  AND IS THIS A DOCUMENT THAT YOU REFERRED TO WHILE

09:27AM  18    YOU WERE AT THE COMPANY?

09:27AM  19    A.   I HAD NEVER SEEN THIS DOCUMENT.

09:27AM  20    Q.   OH, YOU HAD NOT SEEN THIS DOCUMENT?

09:27AM  21    A.   NO.

09:27AM  22    Q.   OKAY.  DO YOU RECOGNIZE THAT THE DOCUMENT WAS ONE THAT WAS

09:27AM  23    KEPT AS A MATTER OF RECORD IN THE CLIA LAB BASED ON THE FORMAT

09:27AM  24    AND THE LOGGING OF THE DOCUMENT?

09:27AM  25    A.   YES.

CHEUNG CROSS BY MR. WADE                                              1093

09:27AM  1            MR. WADE:  I'D MOVE THE ADMISSION OF EXHIBIT 9909.

09:27AM  2            MR. BOSTIC:  YOUR HONOR, OBJECTION UNDER 602 AND

09:27AM  3     901.

09:27AM  4            THE COURT:  OVERRULED.  IT'S ADMITTED.  IT'S

09:27AM  5     ADMITTED.

09:27AM  6         (DEFENDANT'S EXHIBIT 9909 WAS RECEIVED IN EVIDENCE.)

09:27AM  7            MR. WADE:  THANK YOU, YOUR HONOR.

09:27AM  8         CAN WE PUBLISH?

09:27AM  9            THE COURT:  YES.

09:28AM  10    BY MR. WADE:

09:28AM  11    Q.   IS THAT DOCUMENT IN FRONT OF YOU, MS. CHEUNG?  I'M NOT

09:28AM  12    ALWAYS SEEING WHAT YOU'RE SEEING.

09:28AM  13    A.   YEAH, IT IS.

09:28AM  14    Q.   AND JUST FOCUSSING YOU ON THE TITLE PAGE OF THIS DOCUMENT,

09:28AM  15    THIS WAS, LIKE SIMILAR POLICIES THAT YOU WERE LOOKING AT

09:28AM  16    WEDNESDAY, ONE THAT WAS PREPARED AND RATIFIED BY THE LAB

09:28AM  17    DIRECTOR AT THERANOS?

09:28AM  18    A.   YES.

09:28AM  19    Q.   AND IF WE CAN GO TO PAGE 3 OF 8 OF THE DOCUMENT, WHICH IS

09:28AM  20    THE BATES RANGE ENDING 99.

09:28AM  21         DO YOU SEE THAT?

09:28AM  22    A.   YES.

09:28AM  23    Q.   AND DO YOU SEE THAT THIS IS THE PURPOSE SECTION OF THE

09:28AM  24    DOCUMENT THAT SETS FORTH A CORRECTIVE ACTION PROGRAM?  IS THIS

09:29AM  25    WHAT YOU WERE REFERRING TO IN YOUR TESTIMONY A MINUTE AGO?

CHEUNG CROSS BY MR. WADE                                              1094

09:29AM   1    A.   OH, JUST RIGHT PRIOR?

09:29AM   2    Q.   YES.

09:29AM   3    A.   YES.

09:29AM   4    Q.   AND IF WE CAN GO TO PAGE 4 AND LOOK AT PARAGRAPH 4, DO YOU

09:29AM   5    SEE THAT SETS FORTH THE RESPONSIBILITIES OF DIFFERENT PEOPLE

09:29AM   6    WITH RESPECT TO THAT?

09:29AM   7    A.   YES.

09:29AM   8    Q.   AND WHO ARE THE PEOPLE RESPONSIBLE FOR THE PREVENTATIVE

09:29AM   9    AND CORRECTIVE ACT?

09:29AM   10   A.   IT IS THE RESPONSIBILITY OF THE QUALITY MANAGER, LAB

09:29AM   11   DIRECTOR IN ORDER TO UNCOVER NONCONFORMANCES DURING INTERNAL

09:29AM   12   AUDITS.

09:30AM   13   Q.   IF WE CAN LOOK AT PAGE 5.  DO YOU SEE ON THAT PAGE IT SETS

09:30AM   14   FORTH KIND OF A DETAILED PRACTICE AS TO HOW YOU'RE SUPPOSED TO

09:30AM   15   GO ABOUT IMPLEMENTING THIS?

09:30AM   16   A.   YES.

09:30AM   17   Q.   AND DOES THAT CONTINUE TO PAGE 6?

09:30AM   18   A.   YES.

09:30AM   19   Q.   AND THEN IF WE CAN TURN TO PAGE 7, THAT TALKS ABOUT THE

09:30AM   20   RECORDS THAT ARE SUPPOSED TO BE MAINTAINED BY THE LAB DIRECTOR

09:30AM   21   AND QUALITY MANAGER DOCUMENTING THOSE INCIDENTS?

09:30AM   22   A.   YES.

09:30AM   23   Q.   I DON'T HAVE ANYTHING FURTHER ON THIS DOCUMENT.

09:31AM   24        IF WE CAN BRING UP -- WELL, MAYBE WE DON'T NEED THE

09:31AM   25   DOCUMENT RIGHT NOW.

CHEUNG CROSS BY MR. WADE                                                  1095

09:31AM   1          DO YOU RECALL SOME TESTIMONY, IT WAS EITHER TUESDAY OR

09:31AM   2   WEDNESDAY, ABOUT A VITAMIN D QC FAILURE THAT HAPPENED ON THE

09:31AM   3   THANKSGIVING WEEKEND?

09:31AM   4          DO YOU RECALL THAT?

09:31AM   5   A.   YES.

09:31AM   6   Q.   AND YOU TALKED ABOUT THE NORMANDY 911 EMAIL GROUP THAT WAS

09:31AM   7   CREATED?

09:31AM   8   A.   YES.

09:31AM   9   Q.   AND I WOULD LIKE TO TALK TO YOU A LITTLE BIT ABOUT THAT.

09:32AM  10          FIRST, I'D LIKE TO SET FORTH THE POLICY ON THE NORMANDY

09:32AM  11   911.  IF WE CAN LOOK AT -- DO YOU HAVE 10479 IN YOUR BOOK?

09:32AM  12   A.   YES, I HAVE IT.

09:32AM  13   Q.   AND WHAT IS THIS DOCUMENT?

09:32AM  14   A.   THIS IS AN EMAIL SENT BY SHARADA SIVARAMAN ESSENTIALLY

09:32AM  15   TELLING US THAT IF WE HAVE ANY ISSUES IN THE NORMANDY LAB WITH

09:32AM  16   ANY OF THE WALGREENS SAMPLES, THAT WE SHOULD CONTACT NORMANDY

09:32AM  17   911.

09:32AM  18   Q.   AND THIS WAS ACTUALLY THE ESTABLISHMENT OF THAT POLICY

09:32AM  19   WITHIN THE LAB?

09:32AM  20   A.   YES.

09:32AM  21   Q.   OR AT LEAST THE COMMUNICATION OF IT TO SOME FOLKS?

09:32AM  22   A.   IT WAS THE COMMUNICATION, YES.

09:32AM  23   Q.   AND WAS THIS AN EMAIL THAT YOU RECEIVED AT THE TIME THAT

09:33AM  24   YOU WERE AT THE COMPANY?

09:33AM  25   A.   YES.

09:33AM   1    Q.   AND THIS WAS DOCUMENTING A POLICY?

09:33AM   2    A.   IN A POLICY?

09:33AM   3    Q.   THIS WAS DOCUMENTING A PRACTICE OF THE LAB?

09:33AM   4    A.   YES.

09:33AM   5    Q.   AND IS THIS EMAIL OF THE KIND THAT YOU WERE REFERRING TO

09:33AM   6    WITH MR. BOSTIC YESTERDAY?

09:33AM   7    A.   YES.

09:33AM   8         MR. WADE:  I'D MOVE THE ADMISSION OF 10479.

09:33AM   9         MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

09:33AM  10         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:33AM  11    (DEFENDANT'S EXHIBIT 10479 WAS RECEIVED IN EVIDENCE.)

09:33AM  12    BY MR. WADE:

09:33AM  13    Q.   NOW THAT WE CAN SEE THE DOCUMENT, DR. SIVARAMAN IS SENDING

09:33AM  14    THIS.  I THINK THERE MAY BE A COUPLE OF NEW NAMES ON THIS

09:33AM  15    DOCUMENT.

09:33AM  16         DARREN CRANDALL.  WHO IS DARREN CRANDALL?

09:33AM  17    A.   DARREN CRANDALL WAS ONE OF THE LAB ASSOCIATES AS WELL, BUT

09:34AM  18    HE HAD ABOUT ONE TO TWO YEARS EXPERIENCE AND HE WAS PART OF THE

09:34AM  19    ELISA TEAM.

09:34AM  20    Q.   OKAY.  AND CAN YOU IDENTIFY THE OTHER FOLKS WHO GOT THE

09:34AM  21    DOCUMENT HERE?

09:34AM  22    A.   AURELIE SOUPPE WAS ALSO A LAB ASSOCIATE WITHIN THE ELISA

09:34AM  23    TEAM AND SHE ALSO ENDED UP BEING INTEGRATED INTO THE CLINICAL

09:34AM  24    LAB.

09:34AM  25         MYSELF.

CHEUNG CROSS BY MR. WADE

09:34AM  1        ROMINA RIENER, WHO ALSO WAS A LAB ASSOCIATE, AND SHE ALSO

09:34AM  2   GOT INTEGRATED INTO THE CLINICAL LAB.

09:34AM  3        ANDREW KIM, HE HAD WORKED AT THERANOS MAYBE ONE TO THREE

09:34AM  4   YEARS, AND HE WAS ALSO A LAB ASSOCIATE AND STAYED AND WORKED IN

09:34AM  5   ELISA IN THE RESEARCH AND DEVELOPMENT LAB.

09:34AM  6        JAMIE LIU, WHO WAS ALSO A LAB ASSOCIATE AND GOT HIRED

09:34AM  7   AROUND THE TIME THAT I DID, SHE WAS ON THE ELISA TEAM AND THEN

09:35AM  8   GOT INTEGRATED INTO THE CLINICAL LAB AS WELL.

09:35AM  9        AND THEN UYEN DO, WHO WAS A LAB ASSOCIATE AS WELL, SHE HAD

09:35AM 10   MAYBE ONE TO TWO YEARS EXPERIENCE AT THERANOS AND IN THE ELISA

09:35AM 11   RESEARCH AND DEVELOPMENT LAB.

09:35AM 12   Q.   OKAY.  AND IF WE LOOK JUST AT THE BODY OF THE EMAIL, THIS

09:35AM 13   SET FORTH THAT PRACTICE OF SENDING THE EMAIL IF SOMETHING COMES

09:35AM 14   UP?

09:35AM 15   A.   YES.

09:35AM 16   Q.   AND WAS PART OF THAT A CONCERN THAT ON A HOLIDAY WEEKEND

09:35AM 17   OR SOMETHING OF THAT NATURE, IT MAY BE HARD TO REACH PEOPLE?

09:35AM 18   A.   YES.

09:35AM 19   Q.   AND SO YOU WANTED TO MAKE SURE THAT YOU COULD SEND IT OUT

09:35AM 20   TO A BROAD GROUP SO ANYONE COULD HELP WITH THE PROBLEM?

09:35AM 21   A.   YES.

09:35AM 22   Q.   IF WE CAN BRING UP 1287, WHICH I BELIEVE IS IN EVIDENCE.

09:36AM 23   IF WE CAN FOCUS IN ON THE SECOND PAGE, AND THE EMAIL IN THE

09:36AM 24   MIDDLE.

09:36AM 25        AND CAN YOU SEE THAT?

09:36AM   1     A.   YES.

09:36AM   2     Q.   AND I APOLOGIZE TO KEEP ASKING, BUT MY SCREEN IS

09:36AM   3     FLICKERING A LITTLE BIT.  I JUST WANT TO MAKE SURE THAT YOU CAN

09:36AM   4     SEE IT.  I HAVE A COPY.

09:36AM   5     A.   OF COURSE.

09:36AM   6     Q.   OKAY.  AND THIS EMAIL WAS BASICALLY YOU FOLLOWING THAT

09:36AM   7     POLICY; IS THAT RIGHT?

09:36AM   8     A.   YES.

09:36AM   9     Q.   OKAY.  AND SO YOU RAISED IT SO THAT WHOEVER WAS AROUND

09:37AM   10    COULD HELP YOU ADDRESS IT?

09:37AM   11    A.   YES.

09:37AM   12    Q.   OKAY.  AND IF WE CAN BRING UP 1287, BUT NOT PUBLISH,

09:37AM   13    PLEASE.

09:37AM   14           THE COURT:  I'M SORRY, WHAT NUMBER?

09:37AM   15           MR. WADE:  1287 -- I'M SORRY, 1288.

09:37AM   16    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

09:37AM   17    A.   THIS IS IN THE BINDER.

09:37AM   18           THE CLERK:  I WANT TO MAKE SURE THAT EVERYONE'S

09:38AM   19    MONITORS ARE OFF?

09:38AM   20           JUROR:  THEY'RE OFF.

09:38AM   21           THE WITNESS:  1288.

09:38AM   22           MR. WADE:  COULD WE PAUSE FOR MAYBE 30 SECONDS,

09:38AM   23    YOUR HONOR, AND JUST TEND TO THE SCREENS?  I THINK WE'RE HAVING

09:38AM   24    SCREEN DIFFICULTIES.  I DON'T KNOW IF THE COURT IS.

09:38AM   25           THE COURT:  SURE.  TAKE CARE OF YOUR SCREENS ON THE

CHEUNG CROSS BY MR. WADE                                                1099

09:38AM  1    TABLES.

09:38AM  2            THE CLERK:  IT'S OKAY BECAUSE THE MONITORS SHOULD BE

09:38AM  3    OFF NOW.  JUST THE WITNESS WILL SHOW.

09:38AM  4            MR. WADE:  YEAH.  OKAY.

09:38AM  5    Q.  CAN YOU SEE 1288?

09:38AM  6    A.  IT'S A LOOSE DOCUMENT, 12 --

09:38AM  7    Q.  IT MIGHT BE ON YOUR SCREEN NOW.

09:38AM  8    A.  OH, YES.

09:38AM  9    Q.  AND IS THIS A DIFFERENT VERSION OF THAT SAME CHAIN.  IF

09:38AM 10    YOU SCROLL DOWN, WE CAN SHOW YOU THE SECOND PAGE?

09:38AM 11    A.  NO, IT'S THE SAME VERSION.

09:38AM 12    Q.  OKAY.  LET'S GO TO THE FIRST PAGE.

09:38AM 13        AND IS THAT A SLIGHTLY DIFFERENT CHAIN FROM 1287?

09:39AM 14    A.  YES.

09:39AM 15    Q.  OKAY.

09:39AM 16        I'D MOVE THE ADMISSION OF 1288.

09:39AM 17            THE COURT:  88?

09:39AM 18            MR. BOSTIC:  YOUR HONOR, THIS VERSION CONTAINS SOME

09:39AM 19    NEW CONTENT.  JUST FOR CLARIFICATION, IS DEFENSE COUNSEL

09:39AM 20    VIEWING THAT CONTENT AS A BUSINESS RECORD?

09:39AM 21            MR. WADE:  WE ADMITTED ESSENTIALLY THE SAME DOCUMENT

09:39AM 22    THAT THE WITNESS WAS NOT ON YESTERDAY, I JUST WANT TO BE

09:39AM 23    COMPLETE ABOUT THIS, AN EMAIL CHAIN UP ON TOP AND THERE WAS A

09:39AM 24    SLIGHTLY DIFFERENT --

09:39AM 25            THE COURT:  WAS THAT 87?

CHEUNG CROSS BY MR. WADE                                          1100

09:39AM   1            MR. WADE:  THAT WAS 87.

09:39AM   2            THE COURT:  RIGHT.

09:39AM   3            MR. BOSTIC:  YOUR HONOR, IF THE NEW CONTENT THAT IS

09:39AM   4    COMING IN WITH THIS EXHIBIT IS BEING MOVED IN UNDER THE

09:39AM   5    BUSINESS RECORDS EXCEPTION, THEN THE GOVERNMENT HAS NO

09:39AM   6    OBJECTION.

09:39AM   7            THE COURT:  I THINK THAT'S WHAT YOU'RE --

09:39AM   8            MR. WADE:  THAT'S WHAT I WAS SUGGESTING, YES.

09:39AM   9            THE COURT:  ALL RIGHT.  THANK YOU.  IT'S ADMITTED.

09:39AM   10   IT MAY NOW BE PUBLISHED.  THANK YOU.

09:39AM   11        (GOVERNMENT'S EXHIBIT 1288 WAS RECEIVED IN EVIDENCE.)

09:39AM   12            THE CLERK:  COUNSEL, YOU CAN TURN YOUR MONITORS BACK

09:39AM   13   ON.

09:40AM   14   BY MR. WADE:

09:40AM   15   Q.   OKAY.  DO YOU SEE UP AT THE TOP THERE THERE'S AN EMAIL

09:40AM   16   FROM DANIEL YOUNG -- THERE'S AN EMAIL FROM DANIEL YOUNG ON

09:40AM   17   NOVEMBER 30TH, 2013, AT 11:17 A.M., THE BOTTOM EMAIL ON THE

09:40AM   18   SCREEN.

09:40AM   19        DO YOU SEE THAT?

09:40AM   20   A.   YES.

09:40AM   21   Q.   AND HE WAS EXPLAINING THAT ONE OF THE QC RUNS PASSED

09:40AM   22   (AFTER THE SOP WAS FOLLOWED APPROPRIATELY)?

09:40AM   23   A.   YES.

09:40AM   24   Q.   AND DID YOU THINK THE SOP WAS FOLLOWED APPROPRIATELY?

09:40AM   25   A.   IN TERMS OF THE OUTLIER DELETION?

| | | |
|---|---|---|
| 09:40AM | 1 | Q.   JUST IN TERMS OF WHETHER THE SOP WAS FOLLOWED? |
| 09:40AM | 2 | A.   NO. |
| 09:41AM | 3 | Q.   YOU DIDN'T -- YOU DISAGREED WITH MR. YOUNG? |
| 09:41AM | 4 | A.   I DISAGREED WITH MR. YOUNG. |
| 09:41AM | 5 | Q.   OKAY.  DO YOU KNOW WHETHER THERE WAS ANY RETRAINING ON THE |
| 09:41AM | 6 | SOP AFTER THIS? |
| 09:41AM | 7 | A.   THE RESEARCH AND DEVELOPMENT ASSOCIATE FOR UYEN DO? |
| 09:41AM | 8 | Q.   JUST WITH RESPECT TO -- YEAH, WITH RESPECT TO WHETHER IT |
| 09:41AM | 9 | WAS MR. DO OR WHOEVER IT WAS THAT FAILED TO FOLLOW THE QC |
| 09:41AM | 10 | POLICY, DO YOU KNOW WHETHER THERE WAS ANY RETRAINING THAT |
| 09:41AM | 11 | HAPPENED AS A RESULT OF THAT? |
| 09:41AM | 12 | A.   I WOULDN'T KNOW FOR UYEN DO. |
| 09:41AM | 13 | BUT IN OUR CASE NO.  WE -- WELL, NO. |
| 09:42AM | 14 | Q.   OKAY.  I DON'T HAVE ANYTHING MORE ON THIS DOCUMENT. |
| 09:42AM | 15 | IF WE CAN PUT UP EXHIBIT 1512, WHICH IS IN EVIDENCE. |
| 09:42AM | 16 | THE CLERK:  1512? |
| 09:42AM | 17 | MR. WADE:  YES. |
| 09:42AM | 18 | Q.   IF I COULD DRAW YOU TO THE TOP OF THE SECOND PAGE.  THIS |
| 09:42AM | 19 | WAS THE FEBRUARY 2014 HEPATITIS C INCIDENT? |
| 09:42AM | 20 | A.   YES. |
| 09:42AM | 21 | Q.   AND THIS WAS THE FIRST TIME WHERE THERANOS WAS ACTUALLY |
| 09:42AM | 22 | GOING TO RUN THIS PARTICULAR ASSAY IN THE LAB; RIGHT? |
| 09:42AM | 23 | A.   FOR A PATIENT, YES. |
| 09:42AM | 24 | Q.   AND IF I CAN DIRECT YOU TO THIS EMAIL, DO YOU SEE FROM |
| 09:43AM | 25 | MR. ROSENDORFF, AND HE SAYS, "SOP AND VALIDATION HAS BEEN |

CHEUNG CROSS BY MR. WADE                                           1102

09:43AM   1    WRITTEN, AND APPROVED."

09:43AM   2         AND THEN THERE'S DISCUSSION ABOUT GETTING SOME CARTRIDGES

09:43AM   3    READY.

09:43AM   4         DO YOU SEE THAT?

09:43AM   5    A.   YES.

09:43AM   6    Q.   AND THEN IF WE CAN GO TO THE BOTTOM OF THE FIRST PAGE,

09:43AM   7    THIS IS AT 6:29 P.M.

09:43AM   8         DO YOU SEE THAT?

09:43AM   9    A.   YES.

09:43AM  10    Q.   AND DR. SAKSENA ACTUALLY EXPRESSED SOME CONCERNS ABOUT THE

09:43AM  11    REAGENTS; CORRECT?

09:43AM  12    A.   IT SAYS THAT THERE WAS A CONCERN EXPRESSED TO ME.  SO I

09:43AM  13    HAD TALKED TO SURAJ ABOUT MY CONCERNS ABOUT THE STABILITY OF

09:43AM  14    THE REAGENTS WITH THE CAPSYS, C-A-P-S-Y-S, CARTRIDGES.

09:44AM  15    Q.   OKAY.  SO YOU HAD EXPRESSED CONCERNS TO DR. SAKSENA?

09:44AM  16    A.   YEAH.

09:44AM  17    Q.   AND HE RAISED THOSE CONCERNS UP TO THE WHOLE GROUP AT

09:44AM  18    6:29?

09:44AM  19    A.   YES.

09:44AM  20    Q.   AND THERE WAS DISCUSSION ABOUT, WELL, LET'S RUN THE

09:44AM  21    CONTROLS AND SEE WHAT HAPPENS; RIGHT?

09:44AM  22    A.   YES.

09:44AM  23    Q.   AND YOU EXPRESSED CONCERN ABOUT RUNNING THE TEST IN THE

09:44AM  24    LAB.  YOU WERE HAPPY TO RUN THE CONTROLS BECAUSE THAT'S NOT

09:44AM  25    PATIENT BLOOD; RIGHT?

CHEUNG CROSS BY MR. WADE                                           1103

09:44AM   1    A.   YES.

09:44AM   2    Q.   BUT YOU DIDN'T WANT TO RUN THAT TEST IN THE LAB?

09:44AM   3    A.   NO.

09:44AM   4    Q.   AND THEY DIDN'T RUN THE TEST IN THE LAB; RIGHT?

09:44AM   5    A.   THEY DIDN'T RUN IT ON THE EDISON.  IT WAS RUN ON THE

09:44AM   6    ORAQUICK.

09:44AM   7    Q.   RIGHT.  YOU HAD EXPRESSED CONCERNS ABOUT RUNNING IT ON THE

09:44AM   8    EDISON?

09:44AM   9    A.   YES.

09:44AM   10   Q.   AND THEY DIDN'T RUN IT ON THE EDISON?

09:44AM   11   A.   NO.

09:44AM   12   Q.   AND, IN FACT, THEY NEVER RAN THE HEPATITIS C ASSAY ON THE

09:45AM   13   EDISON?

09:45AM   14   A.   NO.

09:45AM   15   Q.   EVER WHILE YOU WERE AT THE COMPANY?

09:45AM   16   A.   WHILE I WAS AT THE COMPANY.

09:45AM   17   Q.   I DON'T HAVE ANY MORE QUESTIONS ON THAT DOCUMENT.

09:45AM   18        THERE WERE, THERE WERE A COUPLE OF QUESTIONS THAT YOU WERE

09:45AM   19   ASKED THE OTHER DAY ABOUT A LETTER THAT YOU RECEIVED FROM A

09:45AM   20   LAWYER FOR THERANOS.

09:45AM   21        DO YOU RECALL THAT?

09:45AM   22   A.   YES.

09:45AM   23   Q.   OKAY.  I JUST WANTED TO ASK A COUPLE OF QUESTIONS ON

09:45AM   24   TIMING RELATING TO THAT.

09:45AM   25   A.   OKAY.

CHEUNG CROSS BY MR. WADE                                          1104

| 09:45AM | 1 | Q.   OKAY.  YOU TALKED ABOUT SOME DISCUSSIONS THAT YOU HAD WITH |
| 09:45AM | 2 | A "WALL STREET JOURNAL" REPORTER. |
| 09:45AM | 3 | DO YOU RECALL THAT? |
| 09:45AM | 4 | A.   YES. |
| 09:45AM | 5 | Q.   AND I JUST WANT TO GET A DATE ON THAT.  THAT HAPPENED IN |
| 09:45AM | 6 | MAYBE ABOUT MAY OF 2015? |
| 09:45AM | 7 | A.   I BELIEVE IT WAS LATE MAY OR EARLY JUNE. |
| 09:46AM | 8 | Q.   OKAY.  LATE MAY OR EARLY JUNE THAT YOU HAD THOSE |
| 09:46AM | 9 | CONVERSATIONS OR STARTED HAVING THOSE CONVERSATIONS? |
| 09:46AM | 10 | A.   I BELIEVE IT WAS -- GIVE ME ONE SECOND.  I BELIEVE IT WAS |
| 09:46AM | 11 | LATE MAY. |
| 09:46AM | 12 | Q.   OKAY.  AND DO YOU RECALL IN THE SUMMER OF 2015 THAT THE HR |
| 09:46AM | 13 | DIRECTOR FROM THERANOS ACTUALLY TRIED TO CALL YOU AND LEFT A |
| 09:46AM | 14 | MESSAGE. |
| 09:46AM | 15 | DO YOU RECALL THAT? |
| 09:46AM | 16 | A.   YES. |
| 09:46AM | 17 | Q.   AND YOU DIDN'T RETURN THE CALL; RIGHT? |
| 09:46AM | 18 | A.   NO. |
| 09:46AM | 19 | Q.   AND SHE CALLED YOU AGAIN MAYBE A COUPLE WEEKS LATER? |
| 09:46AM | 20 | A.   YES. |
| 09:46AM | 21 | Q.   AND YOU DIDN'T RETURN THAT CALL? |
| 09:46AM | 22 | A.   NO. |
| 09:46AM | 23 | Q.   AND BOTH OF THOSE CALLS WERE BEFORE THE LETTER CAME; |
| 09:46AM | 24 | RIGHT? |
| 09:46AM | 25 | A.   YES. |

CHEUNG CROSS BY MR. WADE                                           1105

09:46AM  1    Q.   YOU TESTIMONY THAT YOU HAD YESTERDAY ABOUT SOME OF THE

09:47AM  2    WORK ON THE ASSAYS IN THE R&D SIDE OF THE HOUSE, DO YOU RECALL

09:47AM  3    SOME OF THAT TESTIMONY?

09:47AM  4    A.   YES.

09:47AM  5    Q.   AND WE TALKED ABOUT HOW FINGERSTICK ASSAYS WERE BEING

09:47AM  6    DEVELOPED THERE?

09:47AM  7    A.   YES.

09:47AM  8    Q.   AND I THINK YOU WEREN'T SURE ABOUT THE NUMBER OF ASSAYS,

09:47AM  9    BUT YOU THOUGHT ABOUT 12?

09:47AM  10   A.   IN THE RESEARCH AND DEVELOPMENT LAB?

09:47AM  11   Q.   YES.

09:47AM  12   A.   YES.

09:47AM  13   Q.   AND YOU THOUGHT ABOUT 12 ASSAYS TOTAL HAD BEEN COMPLETE.

09:47AM  14        AND I KNOW YOU'RE NOT SURE ON THE NUMBER, BUT DO YOU

09:47AM  15   RECALL WHICH ASSAYS HAD BEEN COMPLETED ON THE RESEARCH AND

09:47AM  16   DEVELOPMENT SIDE?

09:47AM  17   A.   WOULD HAVE BEEN COMPLETED?

09:47AM  18   Q.   YEAH.

09:47AM  19   A.   DO YOU WANT THE NUMBER OR NAMES?

09:47AM  20   Q.   WELL, I THINK YOU SAID ABOUT 12; IS THAT RIGHT?

09:47AM  21   A.   YES.

09:47AM  22   Q.   AND DO YOU RECALL THE NAMES?

09:48AM  23   A.   SO VITAMIN D, TPSA, FT4, TSH, TT3, TT4, TOTAL

09:48AM  24   TESTOSTERONE, TROPONIN, HEPATITIS C, HCG, FSH.  AND I BELIEVE

09:48AM  25   THAT'S IT, BUT I COULD BE MISSING ONE OR TWO.

| 09:48AM | 1 | Q.   OKAY.  THANK YOU. |
| 09:48AM | 2 | I WANT TO SHIFT TO SOME OF YOUR TESTIMONY ABOUT OUTLIERS. |
| 09:48AM | 3 | DO YOU RECALL THAT? |
| 09:48AM | 4 | A.   YES. |
| 09:48AM | 5 | Q.   AND I WAS JUST WONDERING, DURING YOUR TIME AT THERANOS, |
| 09:48AM | 6 | YOU WERE AWARE OF ANY INDUSTRY STANDARDS WITH RESPECT TO |
| 09:48AM | 7 | OUTLIER REMOVAL? |
| 09:48AM | 8 | A.   INDUSTRY STANDARDS? |
| 09:48AM | 9 | Q.   YEAH. |
| 09:48AM | 10 | A.   IN TERMS OF OUTLIER REMOVAL? |
| 09:49AM | 11 | Q.   YEAH. |
| 09:49AM | 12 | A.   NO. |
| 09:49AM | 13 | Q.   OKAY. |
| 09:49AM | 14 | A.   EXCEPT FOR IN THERANOS WE USED SOMETHING CALLED WESTGARD |
| 09:49AM | 15 | RULES. |
| 09:49AM | 16 | Q.   OKAY. |
| 09:49AM | 17 | A.   BUT THAT WAS MORE ON THE QUALITY CONTROL SIDE OF WHAT |
| 09:49AM | 18 | WOULD BE CONSIDERED AN OUTLIER FOR QC'S. |
| 09:49AM | 19 | Q.   AND WESTGARD ARE QUALITY CONTROL RULES THAT WERE |
| 09:49AM | 20 | INCORPORATED INTO THE QC POLICY? |
| 09:49AM | 21 | A.   YES. |
| 09:49AM | 22 | Q.   THAT THE COMPANY HAD? |
| 09:49AM | 23 | A.   YES. |
| 09:49AM | 24 | Q.   OKAY.  BUT WITH RESPECT TO OUTLIER REMOVAL SPECIFICALLY, |
| 09:49AM | 25 | YOU DON'T RECALL ANY -- LEARNING OF ANY INDUSTRY STANDARDS? |

09:49AM   1    A.   NO.

09:49AM   2    Q.   OKAY.  AND WITH RESPECT TO THOSE ISSUES, BASED ON OUR --

09:49AM   3    BASED ON YOUR TESTIMONY ON WEDNESDAY, IS IT FAIR TO SAY THAT

09:49AM   4    THE IMPLEMENTATION OF POLICIES RELATING TO THESE ISSUES WOULD

09:49AM   5    HAVE BEEN THE RESPONSIBILITY OF DR. ROSENDORFF?

09:49AM   6    A.   THE IMPLEMENTATION OF AN OUTLIER POLICY?

09:49AM   7    Q.   OUTLIER AND QC POLICIES.

09:49AM   8    A.   I JUST ASSUMED IT WAS OF THE CLINICAL LAB, THAT IT WAS THE

09:49AM   9    RESPONSIBILITY OF THERANOS'S CLINICAL LAB TO IMPLEMENT THOSE

09:50AM   10   POLICIES.

09:50AM   11   Q.   RIGHT.  DO YOU RECALL WE LOOKED AT THE PERSON WHO WAS

09:50AM   12   RESPONSIBLE FOR THE IMPLEMENTATION OF THAT, THAT WAS THE LAB

09:50AM   13   DIRECTOR?

09:50AM   14   A.   AND THE QUALITY CONTROL MANAGER, YES.

09:50AM   15   Q.   YEAH.

09:50AM   16        IF I CAN BRING UP 1431, WHICH I THINK IS IN EVIDENCE, AND

09:50AM   17   JUST DIRECT YOU TO THE BOTTOM OF THE THIRD PAGE.

09:50AM   18   A.   CAN YOU GIVE ME THAT NUMBER AGAIN?  I'M SORRY.

09:50AM   19   Q.   SURE.  IT'S 1431.  AND WE CAN BRING IT UP ON THE SCREEN.

09:50AM   20   IT'S IN EVIDENCE.

09:50AM   21   A.   OKAY.

09:50AM   22   Q.   DO YOU SEE THIS EMAIL OF JANUARY 16TH, 2014?  DO YOU SEE

09:50AM   23   THAT?

09:50AM   24   A.   YES.

09:50AM   25   Q.   AND THAT WAS -- THAT'S DR. SIVARAMAN SENT THAT EMAIL?

CHEUNG CROSS BY MR. WADE                                           1108

09:51AM   1    A.   YES.

09:51AM   2    Q.   AND SHE WAS THE PERSON IN CHARGE OF ALL OF THE ELISA

09:51AM   3    ASSAYS WITHIN R&D?

09:51AM   4    A.   AT THAT TIME, YES.

09:51AM   5    Q.   OKAY.  AND DO YOU SEE IN THAT SECOND PARAGRAPH WHERE IT

09:51AM   6    SAYS, "SINCE WE ARE ALLOWED TO REMOVE 2 DATA POINTS FROM 6

09:51AM   7    (1 CARTRIDGE OUT OF 3)."

09:51AM   8         DO YOU SEE THAT?

09:51AM   9    A.   YES.

09:51AM  10    Q.   AND SHE'S WRITING THIS TO DR. ROSENDORFF?

09:51AM  11    A.   YES.

09:51AM  12    Q.   OKAY.  AND IF I COULD DIRECT YOU TO THE TOP OF THE THIRD

09:51AM  13    PAGE.

09:51AM  14         AND DO YOU SEE IN THE SECOND PARAGRAPH MR. ROSENDORFF IS

09:51AM  15    TALKING ABOUT THE CREATION OF A PROTOCOL?

09:51AM  16    A.   YES.

09:51AM  17    Q.   AND THAT WOULD HAVE BEEN HIS RESPONSIBILITY TO FORMALIZE

09:52AM  18    THAT?

09:52AM  19    A.   YES.

09:52AM  20    Q.   AND HE WAS WORKING WITH DR. SIVARAMAN TO DO THAT?

09:52AM  21    A.   I WOULDN'T KNOW THAT.

09:52AM  22    Q.   DOES LOOKING AT THE EMAIL REFRESH YOU AT ALL?

09:52AM  23    A.   NO.

09:52AM  24    Q.   OKAY.  AND DO YOU RECALL YOU WERE ASKED A FEW QUESTIONS

09:52AM  25    ABOUT AN EMAIL THAT YOU WEREN'T ON BETWEEN MR. SHULTZ AND

CHEUNG CROSS BY MR. WADE                                          1109

09:52AM   1      MS. HOLMES?

09:52AM   2      A.   YES.

09:52AM   3      Q.   AND THAT WAS EXHIBIT 1660.  IF WE CAN PULL THAT UP.

09:52AM   4           AND I JUST WANT TO ASK A COUPLE OF POINTS OF CLARIFICATION

09:52AM   5      ON THAT.

09:52AM   6      A.   OKAY.

09:52AM   7      Q.   IF WE CAN PULL THAT UP AND GO TO THE LAST EMAIL IN THE

09:52AM   8      BOTTOM.

09:53AM   9           THE CLERK:   THIS IS IN EVIDENCE, COUNSEL?

09:53AM  10           MR. WADE:   IT IS IN EVIDENCE.

09:53AM  11           THE COURT:   I THINK THIS WAS ADMITTED FOR A LIMITED

09:53AM  12      PURPOSE.

09:53AM  13           MR. WADE:   THANK YOU, YOUR HONOR.

09:53AM  14      Q.   AND IF WE -- DO YOU SEE THAT EMAIL AT THE BOTTOM FROM

09:53AM  15      MR. SHULTZ TO MS. HOLMES?

09:53AM  16      A.   YES.

09:53AM  17      Q.   AND THAT'S AT 3:24 P.M. ON APRIL 10TH?

09:53AM  18      A.   YEP.

09:53AM  19      Q.   OKAY.  AND THE SUBJECT THERE IS FOLLOW UP TO A PREVIOUS

09:53AM  20      DISCUSSION?

09:53AM  21      A.   YES.

09:53AM  22      Q.   AND THIS REFERENCES THE FACT THAT MR. SHULTZ AND

09:53AM  23      MS. HOLMES HAD HAD A PRIOR DISCUSSION ABOUT THAT?

09:53AM  24      A.   YES.

09:53AM  25      Q.   OKAY.  AND HE'S ASKING TO HAVE A MEETING JUST TO FOLLOW UP

CHEUNG CROSS BY MR. WADE                                            1110

09:53AM  1      ON THAT?

09:53AM  2      A.   YES.

09:53AM  3      Q.   OKAY.  AND IF WE CAN GO TO THE NEXT EMAIL UP THE CHAIN,

09:53AM  4      WHICH I THINK IS MAYBE WITHIN THE HOUR OR ABOUT AN HOUR LATER.

09:54AM  5           DO YOU SEE THAT?

09:54AM  6      A.   YES.

09:54AM  7      Q.   SO MS. HOLMES RESPONDED WITHIN AN HOUR; RIGHT?

09:54AM  8      A.   YES.

09:54AM  9      Q.   AND SHE SAID SHE WAS TIED UP WITH GUESTS.

09:54AM 10           DO YOU SEE THAT?

09:54AM 11      A.   YES.

09:54AM 12      Q.   BUT SHE SPECIFICALLY ASKED TYLER TO WRITE EVERYTHING DOWN

09:54AM 13      THAT WAS OF CONCERN SO IT COULD BE ADDRESSED; RIGHT?

09:54AM 14      A.   YES.

09:54AM 15      Q.   AND THAT WAS WHAT PROMPTED THAT LENGTHY EMAIL THAT WE

09:54AM 16      LOOKED AT?

09:54AM 17      A.   YES.

09:54AM 18      Q.   OKAY.  AND IF WE CAN JUST GO TO THE TOP OF THAT LENGTHY

09:54AM 19      EMAIL AND JUST LOOK AT THE FIRST PARAGRAPH, THE FIRST EMAIL ON

09:54AM 20      THIS PAGE OF 1660.

09:54AM 21           AND DO YOU SEE THERE THAT IT SAYS, "IN MY MEETINGS WITH

09:54AM 22      DANIEL"?

09:55AM 23           DO YOU SEE THAT?

09:55AM 24      A.   YES.

09:55AM 25      Q.   AND DO YOU KNOW WHAT THAT REFERS TO?

CHEUNG CROSS BY MR. WADE                                              1111

09:55AM   1    A.   TYLER HAD A MEETING WITH DANIEL YOUNG TO DISCUSS SOME OF

09:55AM   2    THESE ISSUES.

09:55AM   3    Q.   IT SAYS "MEETINGS" PLURAL.  DO YOU KNOW IF THERE WAS MORE

09:55AM   4    THAN ONE?

09:55AM   5    A.   I DON'T KNOW THAT.

09:55AM   6    Q.   BUT DO YOU THINK HE'S REFERRING TO DR. YOUNG THERE?

09:55AM   7    A.   YES.

09:55AM   8    Q.   I DON'T HAVE ANY MORE QUESTIONS ABOUT THIS.

09:55AM   9         I HAVE A COUPLE OF POINTS OF CLARIFICATION ON THE QC, THE

09:55AM  10    DAILY QC WITHIN THE CLIA LAB, THE PART THAT YOU WERE

09:55AM  11    RESPONSIBLE FOR, NOT THE HARDWARE PART.

09:55AM  12    A.   OKAY.

09:55AM  13    Q.   AND THAT WAS DONE PURSUANT TO CLIA REGULATIONS AND

09:55AM  14    POLICIES WITHIN THE LAB?

09:55AM  15    A.   YES.

09:55AM  16    Q.   AND DR. ROSENDORFF WAS ULTIMATELY RESPONSIBLE FOR THAT

09:55AM  17    PROGRAM?

09:55AM  18    A.   AGAIN, I THOUGHT IT WAS THE CLINICAL LAB, THE

09:55AM  19    RESPONSIBILITIES OF THE CLINICAL LAB, SO LANGLY GEE,

09:56AM  20    ADAM ROSENDORFF, MARK PANDORI, AND THE CLINICAL LAB SCIENTISTS.

09:56AM  21    Q.   THERE WERE A LOT OF PEOPLE WORKING ON THOSE ISSUES; RIGHT?

09:56AM  22    A.   YES.

09:56AM  23    Q.   AND ACTUALLY, DO YOU RECALL THAT THERE WAS ACTUALLY A

09:56AM  24    SPECIAL KIND OF COMMITTEE THAT WAS FORMED TO TRY TO WORK ON THE

09:56AM  25    ISSUES RELATING TO THAT?

CHEUNG CROSS BY MR. WADE

09:56AM  1    A.   IN THE CLINICAL LAB.

09:56AM  2    Q.   YEAH.

09:56AM  3    A.   I BELIEVE SO, BUT I CAN'T BE CERTAIN.

09:56AM  4    Q.   A SPECIAL GROUP OF PEOPLE THAT WAS FORMED TO TRY TO MAKE

09:56AM  5    IMPROVEMENTS TO THE PROCESSES AND PROCEDURES AND ADDRESS ISSUES

09:56AM  6    SO THAT THE COMPANY WAS IN A GOOD POSITION WHEN IT WENT FROM

09:56AM  7    JUST A FEW TESTS UP TO MANY MORE?

09:56AM  8    A.   YES.

09:56AM  9    Q.   DO YOU RECALL THAT?

09:56AM  10   A.   YES.

09:56AM  11   Q.   AND YOU PARTICIPATED IN THAT COMMITTEE; RIGHT?

09:56AM  12   A.   YES.

09:56AM  13   Q.   AND DO YOU RECALL WHO ELSE WAS INVOLVED IN THAT?

09:56AM  14   A.   NISHIT DOSHI, KATHRYN ROMMEL, CURTIS -- I FORGOT HIS LAST

09:56AM  15   NAME.  DANIEL YOUNG.  AND THOSE ARE THE ONLY PEOPLE THAT I CAN

09:57AM  16   REMEMBER AT THIS TIME.

09:57AM  17   Q.   DR. ROSENDORFF?

09:57AM  18   A.   I DON'T REMEMBER.

09:57AM  19   Q.   OKAY.  DR. PANDORI?

09:57AM  20   A.   I DON'T REMEMBER.

09:57AM  21   Q.   DR. SAKSENA?

09:57AM  22   A.   I DON'T REMEMBER.

09:57AM  23   Q.   THEY MAY HAVE, YOU JUST DON'T REMEMBER?

09:57AM  24   A.   YEAH, I JUST DON'T REMEMBER.

09:57AM  25   Q.   OKAY.  THAT'S FAIR.

CHEUNG CROSS BY MR. WADE

| | | |
|---|---|---|
| 09:57AM | 1 | AND I JUST WANT TO CONFIRM THAT THE -- WHEN THERE'S A QC |
| 09:57AM | 2 | FAILURE ON A MACHINE, THERE ARE NOT PATIENT SAMPLES THAT WENT |
| 09:57AM | 3 | OUT ON THAT MACHINE WHEN YOU WERE RUNNING IT; RIGHT? |
| 09:57AM | 4 | A.   WHEN THERE'S A QC FAILURE? |
| 09:57AM | 5 | Q.   YEAH. |
| 09:57AM | 6 | A.   IF THERE'S NO RESOLUTION FOR THE QC FAILURE, THEN, NO, IT |
| 09:57AM | 7 | GETS RECALIBRATED. |
| 09:57AM | 8 | Q.   AND IT STOPS AND, UNTIL THE MACHINE IS RIGHT, THERE ARE NO |
| 09:57AM | 9 | PATIENT SAMPLES GOING OUT; RIGHT? |
| 09:57AM | 10 | A.   CORRECT. |
| 09:57AM | 11 | Q.   OKAY.  AND THERE WAS SOME TESTIMONY ON TUESDAY OR |
| 09:58AM | 12 | WEDNESDAY THAT YOU GAVE ABOUT HOW THREE OF THE EDISON DEVICES |
| 09:58AM | 13 | WERE RUNNING TWO SAMPLES EACH FOR A PATIENT. |
| 09:58AM | 14 | DO YOU RECALL THAT? |
| 09:58AM | 15 | A.   YES. |
| 09:58AM | 16 | Q.   AND INEFFICIENCIES WITH RESPECT TO THAT PROCESS? |
| 09:58AM | 17 | A.   YES. |
| 09:58AM | 18 | Q.   DO YOU RECALL THAT? |
| 09:58AM | 19 | A.   YES. |
| 09:58AM | 20 | Q.   AND THERE WAS ACTUALLY AN EFFORT MADE LATER IN YOUR TIME |
| 09:58AM | 21 | AT THE COMPANY TO TRY AND STREAMLINE THAT; RIGHT? |
| 09:58AM | 22 | A.   YES. |
| 09:58AM | 23 | Q.   OKAY.  AND JUST TELL US ABOUT THAT EFFORT. |
| 09:58AM | 24 | A.   SO ESSENTIALLY INSTEAD OF USING THREE CARTRIDGES WITH |
| 09:58AM | 25 | THREE SEPARATE MACHINES, BECAUSE THERE ARE TWO REACTION TIPS |

CHEUNG CROSS BY MR. WADE                                              1114

```
09:58AM   1    PER CARTRIDGE, THEY TRIED TO COMBINE THESE REACTION TIPS IN ONE

09:58AM   2    CARTRIDGE FOR ONE MACHINE.

09:58AM   3         SO YOU WOULD RUN ONE PATIENT WITH ONE TEST ON ONE

09:58AM   4    CARTRIDGE, BUT IT WOULD BE SIX TIPS OF THE SAME, SO LIKE SIX

09:58AM   5    TIPS OF VITAMIN D ON TO ONE EDISON DEVICE.

09:58AM   6    Q.   OKAY.  AND SO THE SIX WENT FROM RUNNING ACROSS THREE

09:59AM   7    MACHINES TO ONE MACHINE?

09:59AM   8    A.   EXACTLY.

09:59AM   9    Q.   OKAY.  AND THAT WAS AN IMPROVEMENT THAT WAS MADE OVER TIME

09:59AM  10    AS THE LAB HAD BEEN GOING?

09:59AM  11    A.   YES.

09:59AM  12    Q.   OKAY.  BUT THE EDISON MACHINE WAS STILL -- LET ME STRIKE

09:59AM  13    THAT.

09:59AM  14         DO YOU KNOW WHAT A LOW THROUGHPUT DEVICE IS?

09:59AM  15    A.   A LOW THROUGHPUT DEVICE?

09:59AM  16    Q.   YEAH.

09:59AM  17    A.   I DON'T REMEMBER AT THIS TIME.

09:59AM  18    Q.   OKAY.  THE EDISON DEVICE WAS DESIGNED TO RUN ONE TEST AT A

09:59AM  19    TIME; RIGHT?

09:59AM  20    A.   YES.

09:59AM  21    Q.   BECAUSE I THINK YOU TALKED ABOUT THE ULTIMATE GOAL WAS TO

09:59AM  22    DEPLOY THE DEVICE IN WALGREENS LOCATIONS AND OTHER PLACES AFTER

09:59AM  23    FDA APPROVAL; RIGHT?

09:59AM  24    A.   CORRECT.

09:59AM  25    Q.   BUT IT WAS FUNCTIONING AT THIS POINT IN THE CENTRAL LAB?
```

CHEUNG CROSS BY MR. WADE                                          1115

| | | |
|---|---|---|
| 09:59AM | 1 | A.   YES. |
| 09:59AM | 2 | Q.   BUT IT WAS, IT WAS -- AND IT WOULD ONLY RUN ONE PATIENT AT |
| 09:59AM | 3 | A TIME? |
| 09:59AM | 4 | A.   ONE PATIENT, ONE TEST AT A TIME, YES. |
| 10:00AM | 5 | Q.   YEAH.  AND THOSE, THOSE ADVIA 1800 DEVICES THAT YOU TALKED |
| 10:00AM | 6 | ABOUT -- |
| 10:00AM | 7 | A.   YES. |
| 10:00AM | 8 | Q.   -- THOSE CAN RUN 1800 TESTS AN HOUR; IS THAT RIGHT? |
| 10:00AM | 9 | A.   1800 TESTS AN HOUR? |
| 10:00AM | 10 | Q.   YEAH.  IS IT CORRECT THAT THE 1800 COMES FROM THE NUMBER |
| 10:00AM | 11 | OF TESTS THAT IT CAN RUN PER HOUR? |
| 10:00AM | 12 | A.   I DON'T KNOW. |
| 10:00AM | 13 | Q.   OKAY.  BUT IT COULD RUN A LOT? |
| 10:00AM | 14 | A.   YES. |
| 10:00AM | 15 | Q.   OKAY.  AND YOU TALKED ABOUT HOW THERANOS DEVELOPED A |
| 10:00AM | 16 | METHOD FOR RUNNING SMALL SAMPLES ON THOSE MACHINES? |
| 10:00AM | 17 | A.   YES. |
| 10:00AM | 18 | Q.   DO YOU RECALL THAT? |
| 10:00AM | 19 | AND BEFORE IT HAD DEVELOPED THAT METHOD, THAT WASN'T |
| 10:00AM | 20 | POSSIBLE ON THAT MACHINE; RIGHT? |
| 10:00AM | 21 | A.   SAY THAT ONE MORE TIME.  BEFORE WE DEVELOPED THAT METHOD, |
| 10:00AM | 22 | IT WASN'T POSSIBLE ON THAT MACHINE? |
| 10:00AM | 23 | Q.   RIGHT. |
| 10:00AM | 24 | A.   YES. |
| 10:00AM | 25 | Q.   AND WERE YOU AWARE OF ANY OTHER MACHINE THAT COULD RUN |

CHEUNG CROSS BY MR. WADE                                          1116

10:01AM  1    HIGH VOLUME SMALL SAMPLES?

10:01AM  2    A.   HIGH VOLUME SMALL SAMPLES?

10:01AM  3    Q.   YEAH.

10:01AM  4    A.   NO.

10:01AM  5    Q.   BUT THERANOS COULD AFTER IT IMPLEMENTED THE T-CUP

10:01AM  6    PRACTICES; IS THAT RIGHT?

10:01AM  7    A.   IN THE DILUTION.  SO IN THE TECAN, THE DILUTION, AND THE

10:01AM  8    T-CUP.

10:01AM  9    Q.   YEP.  YOU DIDN'T WORK ON THE ENGINEERING RELATED TO THAT

10:01AM  10   DEVELOPMENT, DID YOU?

10:01AM  11   A.   NO.

10:01AM  12   Q.   AND THERANOS HAD A SEPARATE HARDWARE TEAM?

10:01AM  13   A.   YES.

10:01AM  14   Q.   WITH PRODUCT ENGINEERS?

10:01AM  15   A.   YES.

10:01AM  16   Q.   AND, IN FACT, DID THEY HAVE A WHOLE MANUFACTURING SORT OF

10:01AM  17   INFRASTRUCTURE WITH DIFFERENT MACHINES AND THE LIKE; RIGHT?

10:01AM  18   A.   IN ORDER TO PRODUCE THE T-CUPS AND THE CARTRIDGES, THEY

10:01AM  19   HAD, LIKE, A 3D PRINTING, YEAH, MANUFACTURING FLOOR ON THE

10:01AM  20   FIRST FLOOR.

10:01AM  21   Q.   RIGHT.  WHERE THEY DID THE TOOTLING AND THE ROBOTICS

10:02AM  22   RELATING TO THE PRODUCTION OF THOSE ITEMS.

10:02AM  23        DO YOU RECALL THAT?

10:02AM  24   A.   YES.  YES.

10:02AM  25   Q.   OKAY.  AND THE -- WERE YOU AWARE THAT THERANOS RECEIVED A

CHEUNG CROSS BY MR. WADE                                              1117

10:02AM  1    PATENT FOR THE IMPROVEMENTS THAT IT DEVELOPED FOR THE SYSTEM IT

10:02AM  2    DEVELOPED FOR USE IN THE ADVIA MACHINE?

10:02AM  3    A.   NO.

10:02AM  4    Q.   LET ME CALL YOUR ATTENTION TO 9645.

10:03AM  5         YOUR HONOR, I BELIEVE THIS IS A SELF-AUTHENTICATING PUBLIC

10:03AM  6    RECORD.  I WOULD MOVE FOR ITS ADMISSION.

10:03AM  7              MR. BOSTIC:  YOUR HONOR, WE STIPULATED TO THE

10:03AM  8    AUTHENTICITY.  NO OBJECTION.

10:03AM  9              THE COURT:  THANK YOU.  IT IS RECEIVED, AND IT MAY

10:03AM  10   BE PUBLISHED.

10:03AM  11        (DEFENDANT'S EXHIBIT 9645 WAS RECEIVED IN EVIDENCE.)

10:03AM  12   BY MR. WADE:

10:03AM  13   Q.   DO YOU HAVE THE DOCUMENT UP IN FRONT OF YOU, MS. CHEUNG?

10:03AM  14   A.   YES.

10:03AM  15   Q.   AND DO YOU SEE THAT THIS WAS A PATENT THAT WAS ISSUED ON

10:03AM  16   AUGUST 27TH, 2019?

10:03AM  17   A.   YES.

10:03AM  18   Q.   AND DO YOU SEE ON THE -- IN THE LEFT-HAND COLUMN THERE

10:03AM  19   WHERE IT SAYS THE APPLICANT WAS THERANOS INC.?

10:03AM  20   A.   YES.

10:03AM  21   Q.   AND CAN YOU IDENTIFY FOR US THE INVENTORS THAT ARE

10:03AM  22   IDENTIFIED IN THIS PATENT, PLEASE.

10:03AM  23   A.   SO SAM GONG -- I DON'T REMEMBER WHAT HE DID AT THERANOS;

10:04AM  24   DANIEL YOUNG, WHO WAS THE VICE PRESIDENT AT THERANOS; AND THEN

10:04AM  25   WILLIAM WESTRICK.  I DON'T --

| | | |
|---|---|---|
| 10:04AM | 1 | Q.   I'M SORRY? |
| 10:04AM | 2 | A.   I DON'T KNOW WHO WILLIAM WESTRICK IS. |
| 10:04AM | 3 | Q.   OKAY.  WERE THEY ENGINEERS AT THE COMPANY?  DO YOU KNOW? |
| 10:04AM | 4 | A.   SAM GONG AND DANIEL -- SAM GONG WAS. |
| 10:04AM | 5 | Q.   AND YOU DON'T KNOW MR. WESTRICK? |
| 10:04AM | 6 | A.   NO. |
| 10:04AM | 7 | Q.   AND ARE YOU FAMILIAR -- ARE YOU FAMILIAR WITH PATENTS |
| 10:04AM | 8 | GENERALLY? |
| 10:04AM | 9 | A.   NO. |
| 10:04AM | 10 | Q.   OKAY.  WELL, I WON'T SPEND A LOT OF TIME GOING THROUGH IT |
| 10:04AM | 11 | THEN. |
| 10:04AM | 12 | BUT LET ME JUST DRAW YOUR ATTENTION DOWN TO THE BOTTOM OF |
| 10:04AM | 13 | THE PAGE. |
| 10:04AM | 14 | DO YOU SEE THAT DRAWING THERE? |
| 10:04AM | 15 | A.   YES. |
| 10:04AM | 16 | Q.   AND THAT, THAT IS THE INVENTION THAT WE WERE TALKING ABOUT |
| 10:04AM | 17 | A MINUTE AGO? |
| 10:04AM | 18 | A.   THE T-CUP? |
| 10:04AM | 19 | Q.   YEAH. |
| 10:04AM | 20 | A.   YES. |
| 10:04AM | 21 | Q.   AND IF WE GO ON TO THE SECOND PAGE, SOME OF THE |
| 10:04AM | 22 | ENGINEERING DRAWINGS I THINK RELATING TO THAT ARE IDENTIFIED? |
| 10:05AM | 23 | A.   YEAH. |
| 10:05AM | 24 | Q.   AND CAN YOU SEE THOSE? |
| 10:05AM | 25 | A.   YEP. |

CHEUNG CROSS BY MR. WADE                                          1119

10:05AM   1    Q.   AND THEN THE THIRD PAGE, ONE MORE.

10:05AM   2    A.   YES.

10:05AM   3    Q.   AND THEN I'LL JUST GO TO ONE MORE ON THE FOURTH PAGE.

10:05AM   4         DO YOU SEE THAT?

10:05AM   5    A.   YES.

10:05AM   6    Q.   AND THEN VERY BRIEFLY.  ON THE FIFTH PAGE, DO YOU SEE IT

10:05AM   7    STARTS TO TALK ABOUT THE DEVICES, METHODS, AND SYSTEMS FOR

10:05AM   8    REDUCING THE SAMPLE VOLUME?

10:05AM   9         DO YOU SEE THAT?  IT'S IN THE HEADING AT THE TOP THERE.

10:05AM  10    A.   YES.

10:05AM  11    Q.   AND THIS WAS A PATENT THAT RELATED TO THE DEVICES,

10:05AM  12    METHODS, AND SYSTEMS FOR REDUCING SAMPLE VOLUME?

10:05AM  13    A.   YES.

10:05AM  14    Q.   OKAY.  AND I WON'T BORE EVERYONE BY GOING THROUGH THE NEXT

10:06AM  15    20 PAGES OR SO.

10:06AM  16         BUT IF WE CAN GO TO THE LAST PAGE.  DO WE HAVE UP -- AND

10:06AM  17    THERE WE ARE.

10:06AM  18         DO YOU SEE THE CLAIMS FOR THE PATENT THERE?

10:06AM  19    A.   YES.

10:06AM  20    Q.   AND THAT IDENTIFIES 13 DIFFERENT CLAIMS?

10:06AM  21    A.   YES.

10:06AM  22    Q.   PATENT LAWYERS TOLD ME THAT'S AN IMPORTANT PART OF THE

10:06AM  23    PATENT.

10:06AM  24         ARE YOU AWARE OF THAT?

10:06AM  25    A.   THIS WAS AFTER MY TIME AT THE COMPANY.  THIS WAS IN 2016,

CHEUNG CROSS BY MR. WADE                                           1120

10:06AM  1     SO, NO, I WASN'T AWARE OF ANY OF THIS.

10:06AM  2     Q.   OKAY.  I DON'T HAVE ANY MORE QUESTIONS ON THAT.

10:06AM  3          IF WE COULD GO TO 3471A.

10:07AM  4     A.   WHAT WAS THAT NUMBER?

10:07AM  5     Q.   3471A.  IT WAS A LIST OF TESTS.  IT WAS IN THE

10:07AM  6     GOVERNMENT'S BINDER.

10:07AM  7     A.   OKAY.

10:07AM  8          THE CLERK:  I BELIEVE IT'S 3741A.

10:07AM  9          MR. WADE:  MY APOLOGIES.  I TRANSPOSED THE NUMBERS.

10:07AM  10     3741A.  THANKS, MS. KRATZMANN.

10:07AM  11          THE WITNESS:  THAT'S IN THE BINDER?

10:07AM  12          MR. WADE:  I BELIEVE IT IS.  WE CAN PUT IT UP ON THE

10:07AM  13     SCREEN.  IT'S IN EVIDENCE.

10:07AM  14          THE COURT:  OKAY.

10:08AM  15          THE CLERK:  PAGES 1 THROUGH 7 ONLY, YOUR HONOR.

10:08AM  16          MR. WADE:  WE WON'T GO BEYOND PAGE 7, YOUR HONOR.

10:08AM  17     Q.   DO YOU RECALL TESTIFYING ABOUT THIS DOCUMENT ON DIRECT

10:08AM  18     EXAMINATION?

10:08AM  19     A.   YES.

10:08AM  20     Q.   AND THE FIRST FOUR PAGES OF THIS DOCUMENT ARE LISTS OF

10:08AM  21     TESTS THAT WERE OFFERED AT THERANOS?

10:08AM  22     A.   YES.

10:08AM  23     Q.   AND I THINK YOU TALKED ABOUT THE MISSION OF THERANOS, AS

10:08AM  24     PART OF YOUR TESTIMONY, TO OFFER LOW PRICES.

10:08AM  25          DO YOU RECALL THAT?

CHEUNG CROSS BY MR. WADE                                        1121

10:08AM   1    A.   YES.

10:08AM   2    Q.   AND THIS IDENTIFIES, ACTUALLY IDENTIFIES THE PRICES?

10:08AM   3    A.   YES.

10:08AM   4    Q.   AND IT WAS PRETTY WIDELY AVAILABLE; RIGHT?  ANYONE COULD

10:08AM   5    LOOK ON THE WEBSITE?

10:08AM   6    A.   YES.

10:08AM   7    Q.   AND FIND THOSE PRICES.

10:08AM   8         AND WERE YOU AWARE THAT THEY CHARGED INSURED AND UNINSURED

10:08AM   9    PATIENTS THE SAME PRICE?

10:08AM  10    A.   UH, NO, I WASN'T AWARE OF THAT.

10:08AM  11    Q.   OH, YOU WEREN'T.

10:09AM  12         IF WE COULD GO TO -- I'M SORRY.  IF WE CAN GO BACK TO THE

10:09AM  13    FIRST PAGE, IT MAY BE THE EASIEST WAY TO LOOK AT IT.  I'M NOT

10:09AM  14    GOING TO GO THROUGH AND HAVE US COUNT THESE.

10:09AM  15         BUT IS IT FAIR TO SAY IN THESE FIRST FEW PAGES THERE ARE

10:09AM  16    SEVERAL HUNDRED TESTS?

10:09AM  17    A.   YES.

10:09AM  18    Q.   AND THE ELISA ASSAYS THAT YOU MENTIONED BEFORE WERE SEVEN

10:09AM  19    OF THESE, I THINK, OR --

10:09AM  20    A.   YES.

10:09AM  21    Q.   AND THEN IF WE CAN GO TO THE FORM 15291.

10:09AM  22         DO YOU RECALL THAT YOU GAVE SOME TESTIMONY RELATING TO

10:09AM  23    THIS FORM AS WELL?

10:09AM  24    A.   YES.

10:09AM  25    Q.   AND THIS, LIKE THE PRICING SHEETS, WAS SOMETHING THAT WAS

CHEUNG CROSS BY MR. WADE                                          1122

10:09AM  1      WIDELY AVAILABLE; RIGHT?

10:09AM  2      A.   YES.

10:09AM  3      Q.   AND WOULD BE FILLED OUT AND WOULD BE IN THE DOCUMENTS OF

10:10AM  4      THE COMPANY AND IT WOULD BE WITH DOCTORS AND --

10:10AM  5      A.   WITH CLINICIANS, YES.

10:10AM  6      Q.   RIGHT.  AND AT ALL OF THE DIFFERENT LOCATIONS?

10:10AM  7      A.   YES.

10:10AM  8      Q.   AND IF YOU COULD JUST ZOOM IN ON THE TOP THERE.

10:10AM  9           AND DO YOU SEE THERE'S A BOX THERE WHERE YOU CAN CHECK

10:10AM 10      MICRO SAMPLE, PATIENT'S CHOICE, OR TRADITIONAL PHLEBOTOMY?

10:10AM 11      A.   YES.

10:10AM 12      Q.   DO YOU SEE THAT?

10:10AM 13           SO ALL OF THE DIFFERENT OPTIONS ARE IDENTIFIED THERE?

10:10AM 14      A.   YES.

10:10AM 15      Q.   AND THE TRADITIONAL PHLEBOTOMY, THAT'S VENOUS DRAW?

10:10AM 16      A.   YES.

10:10AM 17      Q.   I HAVE NO FURTHER QUESTIONS ABOUT THAT DOCUMENT.

10:11AM 18           I THINK WE ACTUALLY ENDED ON WEDNESDAY TALKING A LITTLE

10:11AM 19      BIT ABOUT PROFICIENCY TESTING.

10:11AM 20           DO YOU RECALL THAT?

10:11AM 21      A.   YES.

10:11AM 22      Q.   AND I THINK YOU SAID THAT YOU WERE NOT FAMILIAR WITH THE

10:11AM 23      PROFICIENCY TESTING POLICY WHEN YOU WERE WITH THE COMPANY?

10:11AM 24      A.   YES.

10:11AM 25      Q.   AND THERE WERE OTHER PEOPLE WHO WERE RESPONSIBLE FOR THAT

CHEUNG CROSS BY MR. WADE                                            1123

10:11AM   1   POLICY?

10:11AM   2   A.   YES.

10:11AM   3   Q.   AND FOR IMPLEMENTING THAT POLICY FOR THE MOST PART?

10:11AM   4   A.   ASIDE FROM RUNNING THE ACTUAL TEST, YES.

10:11AM   5   Q.   RIGHT.  YOU PERFORMED SOME OF THE TESTS AND THE DATA THAT

10:11AM   6   FED INTO THAT WORK?

10:11AM   7   A.   YES.

10:11AM   8   Q.   OKAY.  AND I THINK YOU TESTIFIED THAT YOU'RE AWARE THAT

10:11AM   9   PROFICIENCY TESTING IS DESIGNED TO COMPARE SIMILAR DEVICES; IS

10:11AM   10  THAT RIGHT?

10:11AM   11  A.   THE PURPOSE OF PROFICIENCY TESTING?

10:11AM   12  Q.   NO.  JUST THAT IT'S DESIGNED TO KIND OF COMPARE APPLES TO

10:12AM   13  APPLES, A SIMILAR TYPE OF TEST TO ANOTHER SIMILAR TYPE OF TEST?

10:12AM   14  A.   IN TERMS OF -- CAN YOU REPEAT YOUR QUESTION?

10:12AM   15  Q.   SURE.  I THINK YOU'VE TESTIFIED THAT PROFICIENCY TESTING

10:12AM   16  RELATES TO PEER DEVICES OR SIMILAR DEVICES; RIGHT?

10:12AM   17  A.   SO WHEN YOU DO PROFICIENCY TESTING, YOU'LL TEND TO NOTIFY

10:12AM   18  THE TESTING AGENCY OF WHAT TYPE OF DEVICE THAT YOU'RE

10:12AM   19  UTILIZING.

10:12AM   20       SO SAY IF THEY HAVE A TSH SAMPLE, YOU'LL TELL THEM THAT

10:12AM   21  YOU'RE RUNNING IT ON THE IMMULITE IN ORDER TO ALLOW THEM TO

10:12AM   22  KNOW THAT THAT IS THE TESTING DEVICE THAT YOU'RE UTILIZING,

10:12AM   23  YES.

10:12AM   24  Q.   AND THEN THE PEER GROUP THAT YOU'RE COMPARING THE RESULTS

10:12AM   25  AGAINST ARE OTHER IMMULITE DEVICES OR SIMILAR DEVICES THAT

CHEUNG CROSS BY MR. WADE                                          1124

10:12AM  1    SHOULD PRODUCE THE SAME RESULTS?

10:12AM  2    A.   I'M NOT TOO SURE, BUT TYPICALLY I WOULD SAY, YES, I THINK

10:12AM  3    SO.

10:12AM  4    Q.   OKAY.  AND BECAUSE YOU WANT APPLES TO APPLES; IS THAT

10:13AM  5    RIGHT?

10:13AM  6    A.   YOU WANT TO COMPARE THE TWO RESULTS, YES.

10:13AM  7    Q.   YEAH.  AT THE TIME YOU WERE WORKING AT THERANOS, WERE YOU

10:13AM  8    AWARE OF THE AAP?

10:13AM  9    A.   NO.

10:13AM 10    Q.   DO YOU KNOW WHAT THAT IS?

10:13AM 11    A.   I'M TAKING A GUESS HERE.  IS IT THE PATHOLOGY ASSOCIATION?

10:13AM 12    Q.   NO.  I'M SORRY.  IT'S THE ALTERNATIVE ASSESSMENT PROTOCOL.

10:13AM 13    A.   NO.

10:13AM 14    Q.   OKAY.  AND YOU, I TAKE IT, WERE NOT INVOLVED IN ANY WAY

10:13AM 15    WITH THE AAP AT THERANOS?

10:13AM 16    A.   NO.

10:13AM 17    Q.   WE -- YOU GAVE SOME TESTIMONY ABOUT THAT SPREADSHEET OF

10:13AM 18    SOME EDISON RESULTS THAT MR. BOSTIC ASKED YOU A NUMBER OF

10:13AM 19    QUESTIONS ABOUT.

10:13AM 20         DO YOU RECALL THAT?

10:13AM 21    A.   YES.

10:13AM 22    Q.   AND IT HAD THE PERCENTAGES AND THE LIKE.

10:13AM 23         AND ARE YOU AWARE THAT THE TESTING -- THOSE RESULTS, I

10:14AM 24    BELIEVE, WERE SHARED WITH YOU BY LANGLY GEE WHO WAS THE QUALITY

10:14AM 25    CONTROL MANAGER?

| | | |
|---|---|---|
| 10:14AM | 1 | A.   YES. |
| 10:14AM | 2 | Q.   AND I TAKE IT HE WOULD HAVE SHARED THOSE WITH |
| 10:14AM | 3 | DRS. ROSENDORFF AND PANDORI AS WELL? |
| 10:14AM | 4 | A.   YES. |
| 10:14AM | 5 | Q.   AND ARE YOU AWARE THAT THE WAY IN WHICH THOSE TESTS WERE |
| 10:14AM | 6 | IMPLEMENTED CREATED SOME CONFUSION WITHIN THE GROUP ABOUT THE |
| 10:14AM | 7 | APPLICATION OF THE PROFICIENCY TESTING POLICY? |
| 10:14AM | 8 | A.   YES. |
| 10:14AM | 9 | Q.   AND WERE YOU AWARE THAT DR. PANDORI AND DR. ROSENDORFF |
| 10:14AM | 10 | ACTUALLY DEVELOPED A POWERPOINT PRESENTATION TO EXPLAIN |
| 10:14AM | 11 | PROFICIENCY TESTING AND ALTERNATIVE ASSESSMENT PROTOCOL TO THE |
| 10:14AM | 12 | FOLKS IN THE CLIA LAB? |
| 10:14AM | 13 | A.   NO.  I WAS NOT A PART OF THAT. |
| 10:15AM | 14 | Q.   WELL, LET ME SEE IF I CAN REFRESH YOUR RECOLLECTION. |
| 10:15AM | 15 | MAY I APPROACH, YOUR HONOR? |
| 10:15AM | 16 | THE COURT:  YES.  WOULD YOU LIKE THE WITNESS TO LOOK |
| 10:15AM | 17 | AT THIS TO SEE IF IT REFRESHES HER RECOLLECTION ON THIS TOPIC? |
| 10:15AM | 18 | MR. WADE:  YEAH. |
| 10:15AM | 19 | Q.   I WAS JUST GOING TO DIRECT YOU -- TAKE A LOOK AT THE |
| 10:15AM | 20 | DOCUMENT IN THE POWERPOINT AND JUST SEE IF THAT REFRESHES YOUR |
| 10:15AM | 21 | RECOLLECTION THAT DRS. ROSENDORFF AND PANDORI PREPARED A |
| 10:15AM | 22 | PREPARED A POWERPOINT PRESENTATION TO EXPLAIN THE PROFICIENCY |
| 10:15AM | 23 | TESTING AND THE AAP POLICIES FOR THE EDISON DEVICES? |
| 10:15AM | 24 | A.   I HAD NEVER SEEN THIS DOCUMENT WHEN I WAS AT THE COMPANY. |
| 10:16AM | 25 | Q.   OKAY. |

CHEUNG REDIRECT BY MR. BOSTIC                                        1126

10:16AM  1          I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

10:16AM  2              THE COURT:  ALL RIGHT.  THANK YOU.

10:16AM  3          MR. BOSTIC, DO YOU HAVE SOME REDIRECT?

10:16AM  4              MR. BOSTIC:  YES, YOUR HONOR.

10:16AM  5              THE COURT:  LADIES AND GENTLEMEN, FEEL FREE TO STAND

10:16AM  6      UP AND STRETCH WHILE WE DO THE TRANSITION HERE.

10:16AM  7          I WILL TELL YOU THAT WE WILL TAKE OUR BREAK AT 11:00 THIS

10:16AM  8      MORNING.  IN ABOUT 40 MINUTES OR SO WE WILL TAKE OUR MORNING

10:16AM  9      BREAK.

10:17AM 10          (STRETCHING.)

10:17AM 11              THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE SEATED

10:17AM 12      EVERYONE.

10:17AM 13          MR. BOSTIC, YOU HAVE REDIRECT?

10:17AM 14              MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

10:17AM 15                      **REDIRECT EXAMINATION**

10:17AM 16      BY MR. BOSTIC:

10:17AM 17      Q.  GOOD MORNING, MS. CHEUNG.

10:17AM 18      A.  GOOD MORNING.

10:17AM 19      Q.  I'D LIKE TO ASK A FEW FOLLOW UP TOPICS THAT YOU DISCUSSED

10:17AM 20      WITH MR. WADE.

10:17AM 21      A.  OKAY.

10:17AM 22      Q.  FIRST, YOU TESTIFIED YESTERDAY THAT THE VALIDATION PROCESS

10:17AM 23      WOULD NORMALLY TAKE PLACE OVER MONTHS AND YEARS; IS THAT

10:17AM 24      CORRECT?

10:17AM 25      A.  YES.

CHEUNG REDIRECT BY MR. BOSTIC                                    1127

10:17AM  1    Q.   YOU TESTIFIED THAT AT THERANOS IT TOOK PLACE ON A SHORTER

10:17AM  2    TIMEFRAME.  AM I STATING THAT CORRECTLY?

10:17AM  3    A.   SO TO BE SPECIFIC, FOR EXAMPLE, FOR PRECISION, PRECISION

10:17AM  4    IS AN EXPERIMENT THAT WE WOULD RUN OVER THE COURSE OF THREE

10:17AM  5    MONTHS, OR IT'S STATED THAT YOU SHOULD RUN IT OVER THREE

10:17AM  6    MONTHS.  BUT WHAT WE DID AT THERANOS IS TRY AND GET IT DONE AS

10:18AM  7    SOON AS POSSIBLE.

10:18AM  8         SO DEPENDING ON HOW MANY SHIFTS WE HAD WITH HOW MANY

10:18AM  9    PEOPLE AND HOW MANY ISSUES WE HAD, THAT WOULD BE CONDENSED DOWN

10:18AM  10   TO A SHORTER TIME PERIOD.

10:18AM  11   Q.   WHAT WAS YOUR UNDERSTANDING AT THE TIME AS TO WHY THOSE

10:18AM  12   VALIDATION PROCESSES AT THERANOS WERE TAKING PLACE OVER A

10:18AM  13   SHORTER TIME PERIOD?

10:18AM  14   A.   BECAUSE THEY WERE TRYING TO GET AS MANY TESTS AVAILABLE TO

10:18AM  15   THE CLINICAL LAB AS POSSIBLE.

10:18AM  16        SO, FOR EXAMPLE, WE HAD A BIG PUSH FOR ALL OF THE THYROID

10:18AM  17   TESTS SO WE COULD DO THE PANEL.  SO WE WERE TRYING TO FINISH UP

10:18AM  18   ALL OF THE VALIDATION EXPERIMENTS AS QUICKLY AS POSSIBLE SO

10:18AM  19   THAT THEY COULD GO LIVE WITHIN THE CLINICAL LAB.

10:18AM  20   Q.   AM I CORRECT THAT THE TIME PERIOD WE'RE TALKING ABOUT HERE

10:18AM  21   IS AFTER THERANOS HAD ALREADY STARTED OFFERING PATIENT TESTING

10:18AM  22   TO THE PUBLIC?

10:18AM  23   A.   YES.

10:18AM  24   Q.   BUT IT WAS AN ONGOING GOAL TO GET AS MANY TESTS WORKING ON

10:18AM  25   THE THERANOS DEVICE AS POSSIBLE; IS THAT WHAT YOU'RE SAYING?

CHEUNG REDIRECT BY MR. BOSTIC                                    1128

10:19AM 1    A.   YES.

10:19AM 2    Q.   DID THAT CONTINUE TO BE THE GOAL IN THE R&D LAB THROUGHOUT

10:19AM 3    YOUR TIME AT THE COMPANY?

10:19AM 4    A.   THE GOAL WAS TO GET AS MANY ASSAYS AS QUICKLY AS POSSIBLE

10:19AM 5    OVER TO THE CLINICAL LAB, YES.

10:19AM 6    Q.   AND IN PARTICULAR, ARE WE TALKING ABOUT FINGERSTICK

10:19AM 7    ASSAYS?

10:19AM 8    A.   WE'RE TALKING ABOUT FINGERSTICK ASSAYS IN RELATION TO THE

10:19AM 9    EDISON DEVICES SPECIFICALLY.

10:19AM 10   Q.   AND DESPITE THAT CONTINUING EFFORT AND THAT BEING THE

10:19AM 11   GOAL, YOUR TESTIMONY IS THAT NO MORE THAN A DOZEN TESTS WERE

10:19AM 12   EVER ACTUALLY PERFORMED ON THE EDISON DEVICE DURING YOUR TIME

10:19AM 13   AT THE COMPANY?

10:19AM 14   A.   CORRECT.

10:19AM 15        MR. WADE:  YOUR HONOR, I BELIEVE WE'RE ON REDIRECT

10:19AM 16   EXAMINATION HERE.

10:19AM 17        THE COURT:  MR. BOSTIC, YOU CAN FRAME YOUR QUESTIONS

10:19AM 18   APPROPRIATELY.  THANK YOU.

10:19AM 19        MR. BOSTIC:  UNDERSTOOD.  THANK YOU, YOUR HONOR.

10:19AM 20   Q.   MS. CHEUNG, A FEW MINUTES AGO YOU LOOKED AGAIN AT THE TEST

10:19AM 21   MENU FOR THE TESTS THAT WERE OFFERED BY THERANOS DURING YOUR

10:19AM 22   TIME AT THE COMPANY; CORRECT?

10:20AM 23   A.   CORRECT.

10:20AM 24   Q.   AND YOU SAW AT THE TOP OF THAT FORM THAT THERE WERE CHECK

10:20AM 25   BOXES WHERE THE PERSON ORDERING THE TEST COULD SELECT BETWEEN,

CHEUNG REDIRECT BY MR. BOSTIC

10:20AM  1    FOR EXAMPLE, FINGERSTICK VERSUS VEIN SAMPLE; IS THAT CORRECT?

10:20AM  2    A.   YES.

10:20AM  3    Q.   AND WERE ALL OF THE TESTS AVAILABLE ON THAT FORM OFFERED

10:20AM  4    BY THERANOS ON FINGERSTICK SAMPLES?

10:20AM  5    A.   NO.

10:20AM  6    Q.   LOOKING AT THAT LIST OF HUNDREDS OF TESTS THAT THERANOS

10:20AM  7    OFFERED, APPROXIMATELY WHAT PROPORTION OF THEM COULD ACTUALLY

10:20AM  8    BE CONDUCTED ON FINGERSTICK?

10:20AM  9    A.   BY THE EDISON DEVICES OR BY THE MODIFIES OR --

10:20AM  10   Q.   LET'S START AND BREAK THAT OUT.  AND SAY SO FIRST OF THAT

10:20AM  11   LIST A COUPLE HUNDRED OR SEVERAL HUNDRED TESTS --

10:20AM  12   A.   RIGHT.

10:20AM  13   Q.   -- HOW MANY COULD BE PERFORMED ON THE EDISON DEVICE BY

10:20AM  14   FINGERSTICK?

10:20AM  15   A.   SO WHILE I WAS WORKING THERE WHAT COULD BE PERFORMED BY

10:20AM  16   FINGERSTICK WITH THE EDISON DEVICES WAS ANYWHERE BETWEEN FOUR

10:20AM  17   TO NINE FOR THE EDISON DEVICES.

10:20AM  18   Q.   AND IF WE EXPAND THAT LIST TO INCLUDE EVERYTHING THAT THE

10:21AM  19   COMPANY COULD DO ON A FINGERSTICK SAMPLE USING A MODIFIED THIRD

10:21AM  20   PARTY DEVICE, FOR EXAMPLE?

10:21AM  21   A.   RIGHT.

10:21AM  22   Q.   WOULD THAT THEN ENCOMPASS THE REST OF THE ENTIRE LIST OF

10:21AM  23   SEVERAL HUNDRED?

10:21AM  24   A.   NO.

10:21AM  25   Q.   WOULD IT COME CLOSE TO ENCOMPASSING THAT LIST OF SEVERAL

CHEUNG REDIRECT BY MR. BOSTIC                                            1130

10:21AM   1    HUNDRED TESTS?

10:21AM   2    A.   NO.

10:21AM   3    Q.   DOES THAT MEAN THEN THAT THOSE CHECK BOXES AT THE TOP --

10:21AM   4    LET ME START AGAIN.

10:21AM   5         DOES THAT MEAN THEN THAT EVEN IF A DOCTOR OR A PATIENT

10:21AM   6    SELECTED A FINGERSTICK OPTION AT THE TOP OF THAT FORM, IF THEY

10:21AM   7    SELECTED ONE OR MORE TESTS THAT COULD NOT BE RUN ON A

10:21AM   8    FINGERSTICK SAMPLE, THEY COULD NOT PERFORM THEIR TESTS BY

10:21AM   9    FINGERSTICK; IS THAT CORRECT?

10:21AM   10   A.   CORRECT.

10:21AM   11   Q.   GOING BACK TO THE TOPIC OF VALIDATION BRIEFLY.  MR. WADE

10:21AM   12   ASKED YOU ABOUT STANDARDS GOVERNING THE VALIDATION PROCESS.

10:22AM   13        DO YOU RECALL THAT?

10:22AM   14   A.   FOR THE OUTLIER PROCESS OR FOR THE --

10:22AM   15   Q.   GENERALLY SPEAKING.

10:22AM   16   A.   GENERALLY.

10:22AM   17   Q.   STANDARDS CONCERNING VALIDATION TOLERANCES FOR DIFFERENT

10:22AM   18   ASSAYS --

10:22AM   19   A.   YES.

10:22AM   20   Q.   -- HE ASKED YOU WHETHER YOU KNEW OR WERE FAMILIAR WITH THE

10:22AM   21   STANDARDS FOR THAT VALIDATION PROCESS; CORRECT?

10:22AM   22   A.   CORRECT.

10:22AM   23   Q.   AND WHEN YOU WERE AT THERANOS AND WORKING ON THESE ISSUES,

10:22AM   24   WERE YOU ABLE TO REFERENCE THOSE STANDARDS?

10:22AM   25   A.   REFERENCE THE STANDARDS OF THE VALIDATION PROCESS?

CHEUNG REDIRECT BY MR. BOSTIC                              1131

10:22AM    1        Q.   YES.

10:22AM    2        A.   IN THE RESEARCH AND DEVELOPMENT LAB?

10:22AM    3        Q.   CORRECT.

10:22AM    4        A.   UM, I DON'T REMEMBER.

10:22AM    5        Q.   AND DURING THE VALIDATION PROCESS THERE ARE -- OR LET ME

10:22AM    6        ASK, DURING THE VALIDATION PROCESS, THERE ARE STANDARDS THAT

10:22AM    7        GOVERN -- ACTUALLY, I'LL MOVE ON.

10:22AM    8             WHEN THE VALIDATION PROCESS IS CONCLUDED AND A TEST IS

10:23AM    9        MOVED INTO THE CLINICAL LAB AND CLINICAL PATIENT TESTING

10:23AM   10        BEGINS --

10:23AM   11        A.   YES.

10:23AM   12        Q.   -- IS THAT THE END OF THE QUESTION WHEN IT COMES TO THE

10:23AM   13        ACCURACY AND PERFORMANCE OF THAT TEST?

10:23AM   14        A.   NO.

10:23AM   15        Q.   WHY NOT?

10:23AM   16        A.   BECAUSE YOU MONITOR THE ACCURACY AND THE PRECISION OF THE

10:23AM   17        PERFORMANCE ONGOING.

10:23AM   18             SO THE QUALITY CONTROLS ARE A GOOD INDICATION OF, YOU

10:23AM   19        KNOW, ARE YOU HITTING YOUR ACCURACY TARGETS?  ARE YOU GETTING

10:23AM   20        PRECISE ENOUGH RESULTS?  BECAUSE IT'S A WAY IN WHICH YOU COULD

10:23AM   21        HAVE CONTINUITY WITH YOUR SYSTEM OUTSIDE OF WHAT WE HAD DONE

10:23AM   22        FOR THE VALIDATION EXPERIMENTS, AND THE VALIDATION REPORTS THAT

10:23AM   23        WERE GENERATED BY THE RESEARCH AND DEVELOPMENT LAB.

10:23AM   24        Q.   THE QUALITY CONTROL PROCESS THAT IS ONGOING, THAT TAKES

10:23AM   25        PLACE AFTER VALIDATION IS ALREADY CONCLUDED?

CHEUNG REDIRECT BY MR. BOSTIC                                          1132

10:23AM   1    A.   CORRECT.

10:23AM   2    Q.   DURING YOUR TIME AT THERANOS, HOW SOON AFTER YOU BEGAN

10:24AM   3    PARTICIPATING IN PATIENT TESTING DID YOU BECOME CONCERNED ABOUT

10:24AM   4    THE ACCURACY OF THE THERANOS TESTS THAT YOU WERE WORKING ON?

10:24AM   5    A.   I BECAME CONCERNED PROBABLY ABOUT A MONTH IN WITH THE

10:24AM   6    VITAMIN D SAMPLES BECAUSE WE HAD SEEN A LOT OF VARIABILITY WITH

10:24AM   7    THE VITAMIN D SAMPLES BOTH WITHIN VALIDATION AND WITH ACTUALLY

10:24AM   8    TESTING THE PATIENT SAMPLES AND THE QUALITY CONTROLS.

10:24AM   9         SO IT WAS ABOUT ROUGHLY A MONTH IN.  SO I WOULD SAY

10:24AM  10    NOVEMBER OF 2013.

10:24AM  11    Q.   AND WERE THE CONCERNS THAT YOU HAD ABOUT THE ACCURACY OF

10:24AM  12    THE TESTS BASED ON SOMETHING THAT YOU SAW IN THE VALIDATION

10:24AM  13    PROCESS OR THE ACTUAL PERFORMANCE OF THE TESTS WHEN APPLIED TO

10:24AM  14    PATIENT SAMPLES?

10:24AM  15    A.   BOTH.

10:24AM  16    Q.   YOU HAD A CONVERSATION WITH MR. WADE ABOUT THE WORK THAT

10:25AM  17    YOU DID RESPONDING TO QUALITY CONTROL FAILURES AND HOW THAT WAS

10:25AM  18    TIME CONSUMING.

10:25AM  19         DO YOU RECALL SAYING THAT?

10:25AM  20    A.   YES.

10:25AM  21    Q.   AND HOW TIME CONSUMING WAS IT?  WAS IT SO TIME CONSUMING

10:25AM  22    THAT IT ACTUALLY IMPACTED THE FLOW OF SAMPLES THROUGH THE LAB

10:25AM  23    IN YOUR EXPERIENCE?

10:25AM  24    A.   FOR BEING ABLE TO TROUBLESHOOT A QUALITY CONTROL ISSUE?

10:25AM  25    Q.   YES.

CHEUNG REDIRECT BY MR. BOSTIC

10:25AM  1    A.   YES.

10:25AM  2    Q.   AND CAN YOU EXPLAIN HOW THAT HAPPENED?

10:25AM  3    A.   SO WHENEVER WE HAD A QUALITY CONTROL FAILURE, YOU HAD TO

10:25AM  4    GO THROUGH A SERIES OF STEPS IN ORDER TO FIGURE OUT WHAT THE

10:25AM  5    ISSUE WAS.  WAS IT A REAGENT ISSUE?  WAS IT SOME SORT OF DEVICE

10:25AM  6    ISSUE?  WAS IT SOME SORT OF RANDOM ISSUE?

10:25AM  7        AND IF YOU COULD NOT RESOLVE WHAT IT WAS, YOU WOULD HAVE

10:25AM  8    TO RECALIBRATE THE WHOLE DEVICE AND REESTABLISH THE QC RANGES.

10:25AM  9        SO ANY TIME YOU HAD TO RECALIBRATE, KIND OF LIKE THAT

10:25AM  10   DOCUMENT THAT MR. WADE WAS SHOWING WITH THE CALIBRATION WITH

10:25AM  11   ALL OF THESE STANDARDS, YOU HAVE 12 OF THEM, A DIFFERENT

10:26AM  12   CONCENTRATION, YOU HAVE TO RUN THEM WHICH TAKES 12 HOURS,

10:26AM  13   14 HOURS, AND THEN THAT'S IF EVERYTHING GOES RIGHT AND YOU'RE

10:26AM  14   RUNNING THEM BACK TO BACK TO BACK.

10:26AM  15       SOME OF US, IF WE COULD NOT TAKE SHIFTS, IT WOULD BE THE

10:26AM  16   CASE THAT WE'RE WORKING 14 HOURS, 16 HOURS JUST TO GET IT

10:26AM  17   RECALIBRATED.

10:26AM  18       AND THEN YOU HAVE TO REESTABLISH THE QC RANGES, WHICH IS 1

10:26AM  19   TO 3 DIFFERENT RANGES, AND YOU RUN THOSE 6 TO 8 TIMES, SO THAT

10:26AM  20   CAN TAKE ANYWHERE IF YOU'RE DOING TWO SAMPLES TIMES 6, 6, 12,

10:26AM  21   THAT'S AN ADDITIONAL 12, 14 HOURS.

10:26AM  22       AND THEN THE DEXTER CALIBRATION -- AGAIN, THIS IS IF YOU

10:26AM  23   DO EVERYTHING BACK TO BACK TO BACK TO BACK AND YOU GET THE

10:26AM  24   TIMING RIGHT WHERE THE NEXT ASSOCIATE COMES IN AND SO YOU DON'T

10:26AM  25   HAVE TO WORK FOR WHATEVER IT IS, THE LIKE 24 TO 83 HOURS,

CHEUNG REDIRECT BY MR. BOSTIC                                  1134

10:26AM   1    WHATEVER THAT IS.

10:26AM   2         SO IF A PATIENT COMES IN, WE WERE SUPPOSED TO GET THAT

10:27AM   3    PATIENT THE RESULT IN TWO HOURS, IF WE HAD TO RECALIBRATE THE

10:27AM   4    WHOLE SYSTEM, IT WOULD BE DELAYED BY LIKE TWO OR THREE DAYS

10:27AM   5    BECAUSE IT WAS SUCH A TIME CONSUMING PROCESS, AND THAT'S

10:27AM   6    TYPICALLY WHAT THE WORKFLOW WOULD LOOK LIKE.

10:27AM   7         THE REASON IT BECAME SUCH AN ISSUE BECAUSE IT KEPT JAMMING

10:27AM   8    UP OUR WORKFLOW AS WELL WHERE WE'RE CONSTANTLY HAVING TO

10:27AM   9    RECALIBRATE, BUT IT WOULD TAKE DAYS IN ORDER TO GET THAT DONE.

10:27AM  10    SO ONE PATIENT SAMPLE WAS SUPPOSED TO BE OUT IN THREE HOURS,

10:27AM  11    AND YOU HAVE THIS THREE DAY WINDOW THAT YOU'RE HOPING TO GET

10:27AM  12    YOUR SYSTEM BACK AND RUNNING WHERE PEOPLE ARE RUNNING AROUND

10:27AM  13    THE CLOCK TO GET IT BACK INTO THE PROPER STATE.

10:27AM  14    Q.   AND WERE THOSE PROBLEMS WITH THE MACHINE PERFORMANCE

10:27AM  15    COMMON ENOUGH, IN FACT, THAT IT WAS A CONSTANT PROBLEM GOING

10:27AM  16    THROUGH THIS PROCESS AND DELAYING PATIENT SAMPLES?

10:27AM  17    A.   YEAH.  I MEAN, WE HAD PEOPLE SLEEPING IN THEIR CAR BECAUSE

10:27AM  18    IT WAS JUST TAKING TOO LONG.  EVERY THREE DAYS YOU WERE HAVING

10:28AM  19    TO JUST RUN THESE SAMPLES OVER AND OVER AND OVER.  SO IT WAS

10:28AM  20    HAPPENING VERY FREQUENTLY.

10:28AM  21    Q.   MR. WADE CONFIRMED WITH YOU THAT WHEN A DEVICE DID FAIL

10:28AM  22    QC, THIS PROCESS WOULD BE TAKEN ON AND THE DEVICE WOULD NOT BE

10:28AM  23    USED FOR PATIENT SAMPLE AGAIN UNTIL THE ISSUE WAS APPARENTLY

10:28AM  24    RESOLVED; IS THAT CORRECT?

10:28AM  25    A.   THAT'S CORRECT.

CHEUNG REDIRECT BY MR. BOSTIC                                    1135

10:28AM  1    Q.   AND IN YOUR EXPERIENCE WOULD THAT PRACTICE ADDRESS

10:28AM  2    CONCERNS ABOUT THE PERFORMANCE OF THE MACHINE IN BETWEEN

10:28AM  3    QUALITY CONTROL CHECKS?

10:28AM  4    A.   NO, BECAUSE WE ONLY DID QUALITY CONTROLS AT THE BEGINNING

10:28AM  5    OF THE DAY.  SO SOME LABS WILL DO THEM AT THE BEGINNING OF EACH

10:28AM  6    SHIFT, AND AT THERANOS WE HAD TWO SHIFTS.  WE HAD A DAY SHIFT,

10:28AM  7    SOMETIMES AN AFTERNOON SHIFT, AND A NIGHT SHIFT.

10:28AM  8        SO IT ONLY ADDRESSED BASICALLY WHAT THE QUALITY OF IT WAS

10:28AM  9    AT THE BEGINNING OF THE DAY.

10:28AM  10       AND SOMETIME YOU EVEN RUN QUALITY CONTROLS MORE

10:28AM  11   FREQUENTLY, ESPECIALLY IF IT'S A MORE SERIOUS DIAGNOSES.

10:29AM  12       SO, FOR EXAMPLE, IF YOU'RE RUNNING INFECTIOUS DISEASE,

10:29AM  13   YOU'LL ATTEMPT TO RUN THEM BEFORE YOU RUN EVERY INFECTIOUS

10:29AM  14   DISEASE SAMPLE JUST TO BE SURE AND GIVE YOURSELF A LEVEL OF

10:29AM  15   CONFIDENCE IS THE SYSTEM WORKING RIGHT AT THIS MOMENT VERSUS AT

10:29AM  16   THE BEGINNING OF THE DAY?

10:29AM  17       SO AT THERANOS THE STANDARD PRACTICE WAS THAT WE WOULD RUN

10:29AM  18   IT AT THE BEGINNING IN THE DAY AND UNLESS THERE WAS SOME WEIRD

10:29AM  19   SHIFT OVER WHERE MAYBE THE TECHNICIAN HAD MORE TIME AND SO THEY

10:29AM  20   WOULD JUST RUN THEM JUST BECAUSE.

10:29AM  21       BUT IT WASN'T STANDARD PRACTICE TO RUN THEM MULTIPLE TIMES

10:29AM  22   A DAY OR MULTIPLE -- AT THE BEGINNING OF EACH SHIFT.

10:29AM  23   Q.   I'D LIKE TO ASK YOU JUST A COUPLE MORE QUESTIONS ABOUT

10:29AM  24   YOUR PRACTICES WHEN IT CAME TO EMAIL BUSINESS RECORDS AT

10:29AM  25   THERANOS.

CHEUNG REDIRECT BY MR. BOSTIC                                    1136

10:29AM   1    A.   YES.

10:29AM   2    Q.   YOU TESTIFIED BEFORE THAT EMAILS WERE PRESERVED AT

10:29AM   3    THERANOS; IS THAT CORRECT?

10:29AM   4    A.   CORRECT.

10:29AM   5    Q.   AND AS A MEMBER OF THE LAB STAFF SENDING AND RECEIVING

10:30AM   6    THESE EMAILS, WERE YOU UNDER A DUTY OR AN OBLIGATION TO

10:30AM   7    PRESERVE THESE RECORDS?

10:30AM   8    A.   YES.

10:30AM   9    Q.   AND FOR WHAT PURPOSE WERE THEY PRESERVED?

10:30AM  10    A.   TO REFERENCE BACK, TO BE ABLE TO COMMUNICATE WITH OTHER

10:30AM  11    LAB MEMBERS, TO BE ABLE TO MAKE SURE THAT ANYTHING THAT WAS

10:30AM  12    COMMUNICATED BY EMAIL THAT NEEDED TO BE TRANSCRIBED, THERE WAS

10:30AM  13    A WAY IN WHICH WE COULD TRANSCRIBE THAT INFORMATION IN ORDER TO

10:30AM  14    JUST -- AS WE SAW SOMETIMES, WE WOULD GET EMAILS TELLING US

10:30AM  15    THAT NEW SOP'S WERE UPDATED AND THAT WE HAD TO BE ABLE TO

10:30AM  16    CREATE NEW INFRASTRUCTURE FOR NEW TESTS TO BE ABLE TO KEEP

10:30AM  17    TRACK OF THOSE THINGS BECAUSE SOMETIMES IT COULD BE VERY

10:30AM  18    DYNAMIC AND VERY CHANGING, SO WE NEEDED TO HAVE A THREAD IN

10:30AM  19    ORDER TO FIGURE OUT WHEN OUR CERTAIN ASSAYS ONBOARDED AT WHAT

10:30AM  20    CERTAIN TIME PERIODS.

10:30AM  21    Q.   WAS IT YOUR PRACTICE WHEN YOU WERE AT THERANOS TO FOLLOW

10:31AM  22    OR ADHERE TO THAT DUTY AND PRESERVE THE EMAILS THAT YOU WERE

10:31AM  23    SENDING AND RECEIVING?

10:31AM  24    A.   YES.

10:31AM  25    Q.   AND DID YOU UNDERSTAND THAT TO BE THE PRACTICE OF OTHERS

| 10:31AM | 1  | AT THERANOS PURSUANT TO THAT SAME DUTY? |
| 10:31AM | 2  | A.   YES. |
| 10:31AM | 3  | Q.   IF I COULD USE THE ELMO. |
| 10:31AM | 4  | THE CLERK:  IS THIS JUST FOR THE WITNESS? |
| 10:31AM | 5  | MR. BOSTIC:  SORRY. |
| 10:31AM | 6  | I'D LIKE TO SHOW EXHIBIT 9925, WHICH IS IN EVIDENCE. |
| 10:31AM | 7  | THE CLERK:  OKAY. |
| 10:31AM | 8  | BY MR. BOSTIC: |
| 10:31AM | 9  | Q.   MS. CHEUNG, DO YOU REMEMBER REVIEWING EXHIBIT 9925 ON THE |
| 10:31AM | 10 | SCREEN IN FRONT OF YOU? |
| 10:31AM | 11 | A.   YES. |
| 10:31AM | 12 | Q.   DO YOU REMEMBER REVIEWING PORTIONS OF THIS DOCUMENT WITH |
| 10:31AM | 13 | MR. WADE? |
| 10:32AM | 14 | A.   YES. |
| 10:32AM | 15 | Q.   I'D LIKE TO SHOW YOU PAGE 6 OF 21 OF THIS DOCUMENT.  THIS |
| 10:32AM | 16 | IS A PAGE ENDING IN BATES 4013790. |
| 10:32AM | 17 | IS THAT SHOWING UP ON YOUR SCREEN? |
| 10:32AM | 18 | A.   YES. |
| 10:32AM | 19 | Q.   I'D LIKE TO DRAW YOUR ATTENTION SPECIFICALLY TO THE |
| 10:32AM | 20 | LANGUAGE UNDER SECTION 8 OF THIS DOCUMENT WHERE IT SAYS |
| 10:32AM | 21 | THERANOS SYSTEM. |
| 10:32AM | 22 | DO YOU SEE THAT? |
| 10:32AM | 23 | A.   YES. |
| 10:32AM | 24 | Q.   IN THIS PARAGRAPH THERE'S LANGUAGE THAT SAYS, "THE SYSTEM |
| 10:32AM | 25 | CAN BE OPERATED WITH MINIMAL TRAINING AND PERFORMS MULTIPLE |

CHEUNG REDIRECT BY MR. BOSTIC                                    1138

10:32AM  1    TESTS ON A VARIETY OF SAMPLE TYPES."

10:32AM  2         DO YOU SEE THAT?

10:32AM  3    A.   YES.

10:32AM  4    Q.   AND IT ALSO SAYS, "THE SYSTEM ENABLES RESULTS IN UNDER AN

10:32AM  5    HOUR WITH PRECISION AND ACCURACY EQUIVALENT TO TRADITIONAL

10:32AM  6    CLINICAL LABORATORY ANALYZER."

10:33AM  7         DID YOU READ THAT CORRECTLY?

10:33AM  8    A.   YES.

10:33AM  9    Q.   AND AS TO THE SECOND CLAIM THAT THE SYSTEM ENABLES RESULTS

10:33AM  10   IN UNDER AN HOUR WITH PRECISION AND ACCURACY EQUIVALENT TO

10:33AM  11   TRADITIONAL CLINICAL LABORATORY ANALYZER, WAS THAT CONSISTENT

10:33AM  12   WITH YOUR EXPERIENCE WHILE YOU WERE AT THE THERANOS COMPANY?

10:33AM  13   A.   NO.

10:33AM  14   Q.   AND HOW ABOUT THE CLAIM THAT THE SYSTEM CAN BE OPERATED

10:33AM  15   WITH MINIMAL TRAINING?

10:33AM  16        YOU DESCRIBED BEFORE THE STEPS INVOLVED IN OPERATING THE

10:33AM  17   EDISON ANALYZER.  CAN YOU JUST RUN THROUGH THOSE AGAIN AT A

10:33AM  18   HIGH LEVEL?

10:33AM  19   A.   AT A HIGH LEVEL PROCESS FOR THE EDISON DEVICES?

10:33AM  20   Q.   YES.  NOT IN DETAIL, BUT GIVE US AN OVERVIEW.

10:33AM  21   A.   YEAH.  SO ESSENTIALLY YOU WOULD HAVE TO UNDERSTAND HOW TO

10:33AM  22   SORT THE BLOOD SAMPLE TO MAKE SURE YOU GOT IT ACCURATELY AND IT

10:33AM  23   WAS PROCESSED THE SAME WAY.

10:33AM  24        SO SOMETIMES YOU HAVE THE WHOLE BLOOD, AND YOU HAVE TO

10:33AM  25   CENTRIFUGE IT, AND YOU HAVE TO JUST COLLECT THE SERA.  SO

CHEUNG REDIRECT BY MR. BOSTIC                                    1139

10:33AM  1    THAT'S STEP ONE IS UNDERSTANDING HOW TO USE THE SORTING ROBOT

10:34AM  2    AND TO BE ABLE TO UNDERSTAND WHAT TYPE OF BLOOD THAT YOU NEED

10:34AM  3    OR WHAT TYPE OF SAMPLE THAT YOU NEED.

10:34AM  4        THEN YOU HAVE TO RUN IT THROUGH A TECAN, SO THIS IS THE

10:34AM  5    ROBOTICS LIQUID HANDLING SYSTEM, AND MAKE SURE YOU GET THE

10:34AM  6    RIGHT PROTOCOL AND THAT EVERYTHING IS SET UP THE RIGHT WAY AND

10:34AM  7    THE TRAY BECAUSE THE ROBOT GOES INTO VERY SPECIFIC PLACES AND

10:34AM  8    IF YOU MESS IT UP IT WILL GO INTO THE WRONG WELL.

10:34AM  9        AND THEN YOU TAKE IT OVER TO THE EDISON DEVICE, AND THEN

10:34AM  10   YOU SCAN IT, AND PUT IT THROUGH THE SYSTEM, AND RUN IT, AND

10:34AM  11   THEN EXTRACT THE DATA, AND THEN ANALYZE THE DATA.

10:34AM  12       THERANOS HAD DIFFERENT PROCEDURES AT DIFFERENT TIMES SO

10:34AM  13   THERE WERE THE CAPSYS CARTRIDGES THAT WERE REFERRED TO A COUPLE

10:34AM  14   OF TIMES, AND THOSE WERE PREFILLED WITH REAGENTS, BUT WHEN I

10:34AM  15   FIRST GOT THERE THEY WERE ACTUALLY HAND FILLED, AND SO WE HAD

10:34AM  16   TO ACTUALLY MANUALLY PIPET A WHOLE BUNCH OF REAGENTS INTO THE

10:34AM  17   ACTUAL CARTRIDGES IN ORDER TO RUN THEM AT THE VERY BEGINNING OF

10:35AM  18   MY WORK THERE.

10:35AM  19       SO THAT'S ACTUALLY QUITE COMPLICATED.  SO YOU HAVE TO HAVE

10:35AM  20   A SCHEMATIC AND UNDERSTAND EXACTLY WHAT AND HOW MUCH OF A

10:35AM  21   CERTAIN SOLUTION GOES INTO EACH WELL IN THE EXACT SPOT SO THE

10:35AM  22   ASSAY CAN RUN PROPERLY.

10:35AM  23       SO IT WAS -- THAT'S GENERALLY THE PROCESS.

10:35AM  24   Q.  WHEN YOU WERE AT THERANOS, DID YOU ALSO HAVE OCCASION TO

10:35AM  25   PROCESS BLOOD SAMPLES ON THE UNMODIFIED THIRD PARTY DEVICES

CHEUNG REDIRECT BY MR. BOSTIC                                      1140

10:35AM  1    LIKE THE SIEMENS ADVIA?

10:35AM  2    A.   YES.

10:35AM  3    Q.   AND WHEN IT CAME TO A NUMBER OF STEPS IN THE PROCESS AND

10:35AM  4    HOW COMPLICATED IT WAS, HOW DID THE PROCESS ON THE

10:35AM  5    SIEMENS ADVIA COMPARE TO THE THERANOS ANALYZER?

10:35AM  6    A.   THE SIEMENS ADVIA WAS CONSIDERABLY LESS COMPLICATED.  MOST

10:35AM  7    OF THE TIME YOU JUST HAD TO PUT A BAR CODE LABEL ONTO THE

10:35AM  8    VENOUS TUBE AND YOU HAD TO STICK IT INTO THE MACHINE, AND MAYBE

10:35AM  9    YOU WOULD HAVE TO CHECK THE QC'S, THAT THEY WERE PERFORMED

10:35AM 10    ACCURATELY BEFORE YOU COULD RUN THE SAMPLE, BUT OTHER THAN THAT

10:35AM 11    IT WOULD JUST SCAN THE BAR CODE AND SHUFFLE THEM AND BE ABLE TO

10:36AM 12    RUN EVERYTHING AUTOMATICALLY.

10:36AM 13    Q.   HOW WOULD YOU COMPARE THE LEVEL OF AUTOMATION IN THE

10:36AM 14    SIEMENS ADVIA COMPARED TO THE THERANOS ANALYZER?

10:36AM 15    A.   THE SIEMENS ADVIA WAS CONSIDERABLY MORE SOPHISTICATED AND

10:36AM 16    A PRODUCT OF, YOU KNOW, A LOT OF ENGINEERING AND JUST HAD A LOT

10:36AM 17    OF AUTOMATION BUILT INTO THE PROCESS.

10:36AM 18        THERANOS THERE WASN'T -- THERE WAS A LACK OF AUTOMATION I

10:36AM 19    WOULD SAY IN COMPARISON.

10:36AM 20    Q.   THERE WAS ALSO SOME DISCUSSION ABOUT THE PRICES AT WHICH

10:36AM 21    THERANOS OFFERED ITS TESTS.

10:36AM 22        DO YOU RECALL THAT TESTIMONY?

10:36AM 23    A.   YES.

10:36AM 24    Q.   DID THE LOW PRICES OFFERED BY THERANOS AMELIORATE OR

10:36AM 25    REDUCE YOUR CONCERNS ABOUT THE ACCURACY OF THE TESTS IN ANY

CHEUNG REDIRECT BY MR. BOSTIC                                    1141

10:36AM   1    WAY?

10:36AM   2    A.   NO.

10:36AM   3    Q.   WHY NOT?

10:36AM   4    A.   JUST BECAUSE THEY'RE LESS -- YOU SHOULDN'T -- JUST BECAUSE

10:37AM   5    THEY'RE LESS EXPENSIVE DOESN'T MEAN THAT YOU SHOULD GIVE

10:37AM   6    SOMEONE FALSE INFORMATION ABOUT THEIR HEALTH STATUS.

10:37AM   7         YEAH, SO YOU SHOULD BE ABLE -- IF YOU ARE PROVIDING LAB

10:37AM   8    TESTING SERVICES FOR A PATIENT, IT STILL SHOULD BE OF A QUALITY

10:37AM   9    STANDARD THAT THEY CAN HAVE SOME CONFIDENCE THAT THERE IS

10:37AM   10   ACCURACY TO THE RESULT THAT THEY'RE RECEIVING.

10:37AM   11        IT SHOULDN'T BE THE CASE THAT BECAUSE YOU PAY LESS THIS

10:37AM   12   MEANS THAT YOU GET A LESS QUALITY RESULT.

10:37AM   13   Q.   THERE WAS SOME CONVERSATION OR SOME DISCUSSION DURING YOUR

10:37AM   14   DIRECT AND YOUR CROSS-EXAMINATION ABOUT THERANOS'S PRACTICE OF

10:37AM   15   REMOVING OUTLIERS FROM DATA SETS.

10:37AM   16        DO YOU RECALL THAT?

10:37AM   17   A.   YES.

10:37AM   18   Q.   AND THAT PROCESS OF OUTLIER REMOVAL WHERE A CERTAIN NUMBER

10:37AM   19   OF OUTLIERS WERE REMOVED FROM A DATA SET?

10:38AM   20   A.   CORRECT.

10:38AM   21   Q.   DID THAT PROCESS NEED TO BE EMPLOYED WHEN YOU WERE USING

10:38AM   22   THE SIEMENS ADVIA DEVICES OR OTHER THIRD PARTY DEVICES AT

10:38AM   23   THERANOS?

10:38AM   24   A.   THE OUTLIER DELETION PROCESS?

10:38AM   25   Q.   CORRECT.

CHEUNG REDIRECT BY MR. BOSTIC                                    1142

```
10:38AM   1    A.   I COULDN'T SPEAK FOR THE CYTOMETER, THAT'S NOT WHAT I SAW

10:38AM   2    FOR GENERAL CHEMISTRY.  IT WAS SOMETHING VERY SPECIFIC TO THE

10:38AM   3    EDISON DEVICES.

10:38AM   4    Q.   MR. WADE ALSO ASKED YOU ABOUT THE TIME PERIOD AFTER YOU

10:38AM   5    LEFT THE COMPANY AND SOME CALLS YOU GOT FROM HR AT THERANOS; IS

10:38AM   6    THAT CORRECT?

10:38AM   7    A.   THAT IS CORRECT.

10:38AM   8    Q.   AND WHY DID YOU NOT RETURN THOSE CALLS?

10:38AM   9    A.   I DIDN'T, I DIDN'T RETURN THE CALLS BECAUSE, ONE, I DIDN'T

10:38AM  10    WORK FOR THE COMPANY ANYMORE, AND, HONESTLY, WHEN I HEARD

10:38AM  11    MONA'S VOICE AND HOW SCARED SHE SOUNDED, IT JUST REMINDED ME OF

10:38AM  12    HOW SCARED I WAS WORKING FOR THAT COMPANY, AND SO I JUST FELT

10:38AM  13    THAT I DIDN'T HAVE TO, IT WASN'T MY RESPONSIBILITY TO PICK UP

10:38AM  14    THE PHONE AND TALK TO THESE PEOPLE, THAT I HAD THE RIGHT TO NOT

10:39AM  15    SPEAK TO THEM.

10:39AM  16         MR. BOSTIC:  NO FURTHER QUESTIONS.

10:39AM  17    THANK YOU, YOUR HONOR.

10:39AM  18         MR. WADE:  NOTHING FURTHER.

10:39AM  19         THE COURT:  ALL RIGHT.  MAY THIS WITNESS BE EXCUSED?

10:39AM  20         MR. BOSTIC:  YES, YOUR HONOR.

10:39AM  21    AND FROM THE GOVERNMENT'S PERSPECTIVE, NOT SUBJECT TO

10:39AM  22    RECALL.

10:39AM  23         MR. WADE:  YES, YOUR HONOR, WE HAVE A DOCUMENT

10:39AM  24    ISSUE, BUT IT'S UNRELATED TO THE TESTIMONY.

10:39AM  25         THE COURT:  ALL RIGHT.  THANK YOU.
```

CHEUNG REDIRECT BY MR. BOSTIC                                    1143

10:39AM   1        THANK YOU VERY MUCH.  YOU'RE EXCUSED.  YOU MAY STAND DOWN.

10:39AM   2             THE WITNESS:  THANK YOU.

10:39AM   3             THE COURT:  JUST LEAVE EVERYTHING.

10:39AM   4        DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL?

10:39AM   5             MR. LEACH:  YES, YOUR HONOR.  THE UNITED STATES

10:39AM   6   CALLED SUREKHA GANGADKHEDKAR.

10:39AM   7             THE COURT:  ALL RIGHT.  THANK YOU.  FOLKS, YOU CAN

10:39AM   8   STAND UP AND STRETCH FOR JUST A MINUTE IF YOU WOULD LIKE.

10:39AM   9        WE'RE GOING TO TAKE OUR BREAK IN ABOUT 15 OR 20 MINUTES,

10:39AM  10   BUT FEEL FREE TO STAND UP AND STRETCH IF YOU WOULD LIKE.

10:40AM  11        (STRETCHING.)

10:40AM  12             MR. LEACH:  YOUR HONOR, MAY I RETRIEVE THE BINDERS?

10:40AM  13             MR. WADE:  OH, SORRY.

10:40AM  14             THE COURT:  YES, YES, YOU CAN GET YOUR THINGS.

10:40AM  15             MR. WADE:  JUST GIVE US THE STACK.

10:40AM  16        (STRETCHING.)

10:40AM  17             THE COURT:  GOOD MORNING.  IF YOU COULD STAND FOR

10:40AM  18   JUST A MINUTE, PLEASE.  IF YOU COULD FACE OUR COURTROOM DEPUTY.

10:40AM  19   SHE'S RIGHT IN FRONT OF YOU.  IF YOU COULD RAISE YOUR RIGHT

10:40AM  20   HAND, SHE HAS A QUESTION FOR YOU.

10:41AM  21        **(GOVERNMENT'S WITNESS, SUREKHA GANGAKHEDKAR, WAS SWORN.)**

10:41AM  22             THE WITNESS:  YES.

10:41AM  23             THE COURT:  THANK YOU.  LET ME INVITE YOU TO HAVE A

10:41AM  24   SEAT HERE.  MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THE

10:41AM  25   CHAIR AND MICROPHONE AS YOU NEED.  THE MICROPHONE DOES MOVE.

GANGAKHEDKAR DIRECT BY MR. LEACH                    1144

10:41AM   1      I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

10:41AM   2           WHEN YOU ARE COMFORTABLE, WOULD YOU STATE YOUR NAME,

10:41AM   3      PLEASE.

10:41AM   4               THE WITNESS:  MY NAME IS SUREKHA GANGADKHEDKAR.

10:41AM   5      S-U-R-E-K-H-A, AND THE LAST NAME IS G-A-N-G-A-K-H-E-D-K-A-R.

10:41AM   6               THE COURT:  THANK YOU VERY MUCH.

10:41AM   7           COUNSEL.

10:41AM   8                      **DIRECT EXAMINATION**

10:41AM   9      BY MR. LEACH:

10:41AM  10      Q.   THANK YOU.  GOOD MORNING, MS. GANGAKHEDKAR.

10:42AM  11           ARE YOU COMFORTABLE REMOVING YOUR MASK?

10:42AM  12      A.   YES, I AM.

10:42AM  13      Q.   THANK YOU SO MUCH.  ARE YOU APPEARING HERE TODAY PURSUANT

10:42AM  14      TO A SUBPOENA TO TESTIFY?

10:42AM  15      A.   YES.

10:42AM  16               THE COURT:  COULD YOU GET A LITTLE CLOSER TO THE

10:42AM  17      MICROPHONE.  IT MOVES.  I THINK YOU CAN PULL IT TOWARDS YOU

10:42AM  18      ALSO I BELIEVE.  THERE WE ARE.  THANK YOU VERY MUCH.

10:42AM  19               THE WITNESS:  OKAY.

10:42AM  20      BY MR. LEACH:

10:42AM  21      Q.   I'VE PLACED BEFORE YOU A BINDER OF DOCUMENTS, AND I'D LIKE

10:42AM  22      TO PLEASE DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED FOR

10:42AM  23      IDENTIFICATION PURPOSES AS EXHIBIT 5402.  IT SHOULD BE IN THE

10:42AM  24      BACK.

10:42AM  25      A.   YES.

GANGAKHEDKAR DIRECT BY MR. LEACH                          1145

10:42AM   1    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

10:42AM   2    A.   I DO.

10:42AM   3    Q.   IS THIS A DOCUMENT ENTITLED ORDER WITH A DATE ON PAGE 2 OF

10:43AM   4    SEPTEMBER 14TH, 2021?

10:43AM   5    A.   YES.

10:43AM   6    Q.   HAVE YOU SEEN THIS DOCUMENT BEFORE?

10:43AM   7    A.   I HAVE.

10:43AM   8    Q.   OKAY.  DO YOU UNDERSTAND THAT THE COURT HAS ISSUED AN

10:43AM   9    ORDER THAT YOU SHALL TESTIFY UNDER OATH IN THIS CASE?

10:43AM   10   A.   YES.

10:43AM   11   Q.   AND DO YOU UNDERSTAND THAT THE COURT HAS ORDERED THAT THE

10:43AM   12   TESTIMONY AND OTHER INFORMATION COMPELLED FROM YOU PURSUANT TO

10:43AM   13   THE ORDER MAY NOT BE USED AGAINST YOU IN A CRIMINAL CASE?

10:43AM   14   A.   YES.

10:43AM   15   Q.   AND DO YOU UNDERSTAND THAT JUDGE DAVILA'S ORDER ALSO

10:43AM   16   PROVIDES THAT ANY INFORMATION DIRECTLY OR INDIRECTLY DERIVED

10:43AM   17   FROM YOUR TESTIMONY CANNOT BE USED AGAINST YOU IN A CRIMINAL

10:43AM   18   CASE?

10:43AM   19   A.   YES.

10:43AM   20   Q.   WOULD YOU PLEASE DESCRIBE YOUR EDUCATIONAL BACKGROUND FOR

10:43AM   21   US?

10:43AM   22   A.   YES.  I COMPLETED MY BACHELOR'S OF SCIENCE IN INDIA, IN

10:43AM   23   THE CITY OF HYDERABAD.

10:43AM   24        AND WHEN I CAME TO THE U.S. I COMPLETED MY MASTER'S OF

10:44AM   25   SCIENCE FROM SAN JOSE STATE UNIVERSITY.

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1146

10:44AM   1        MOST RECENTLY I DO HAVE AN MBA FROM THE UNIVERSITY OF

10:44AM   2    NORTH CAROLINA, CHAPEL HILL.

10:44AM   3    Q.   THE UNIVERSITY OF NORTH CAROLINA?

10:44AM   4    A.   YES.

10:44AM   5    Q.   OKAY.  AND THE MASTER'S DEGREE FROM SAN JOSE STATE THAT

10:44AM   6    YOU DESCRIBED, APPROXIMATELY WHEN DID YOU GET THAT?

10:44AM   7    A.   I GRADUATED IN 1999.

10:44AM   8    Q.   AND I THINK YOU DESCRIBED IT AS A MASTER'S IN SCIENCE.

10:44AM   9    WAS THERE A PARTICULAR FOCUS WITHIN THE SCIENCES THAT YOUR

10:44AM  10    DEGREE IS IN?

10:44AM  11    A.   IT'S IN CHEMISTRY.

10:44AM  12    Q.   CHEMISTRY.  OKAY.

10:44AM  13        AFTER YOU OBTAINED YOUR MASTER'S DEGREE IN CHEMISTRY FROM

10:44AM  14    SAN JOSE STATE, WHAT DID YOU DO FOR A LIVING?

10:44AM  15    A.   SO I WAS EMPLOYED AT A STARTUP COMPANY CALLED ACLARA

10:44AM  16    BIOSCIENCES.

10:44AM  17    Q.   COULD YOU SPELL THAT FOR US?

10:44AM  18    A.   YES.  A-C-L-A-R-A, ACLARA, AND THEN BIOSCIENCES.  IT IS

10:45AM  19    ONE WORD, B-I-O-S-C-I-E-N-C-E-S.

10:45AM  20    Q.   THANK YOU SO MUCH.

10:45AM  21        WHAT DID YOU DO AT ACLARA BIOSCIENCES?

10:45AM  22    A.   SO MY JOB WAS TO DEVELOP ENZYME IMMUNOASSAYS ON THE

10:45AM  23    PROPRIETARY SYSTEMS THAT THEY WERE BUILDING.

10:45AM  24    Q.   AND HOW LONG DID YOU WORK AT ACLARA BIOSCIENCES?

10:45AM  25    A.   SO I WAS EMPLOYED THERE UNTIL 2005.

GANGAKHEDKAR DIRECT BY MR. LEACH                    1147

10:45AM  1    Q.   2005?

10:45AM  2    A.   YES.

10:45AM  3    Q.   OKAY.  AND WHAT DID YOU DO IN 2005?

10:45AM  4    A.   SO THE COMPANY, ACLARA BIOSCIENCES, MERGED WITH ANOTHER

10:45AM  5    ORGANIZATION, AND THEY RELOCATED FROM MOUNTAIN VIEW TO SOUTH

10:45AM  6    SAN FRANCISCO.  SO THE COMMUTE WAS REALLY LONG FOR ME SO I

10:45AM  7    RESIGNED FROM THAT POSITION, AND I WAS AT THAT POINT SEEKING

10:45AM  8    FOR ADDITIONAL WORK.

10:45AM  9    Q.   OKAY.  AND DID YOU FIND ADDITIONAL WORK SOMEWHERE?

10:46AM  10   A.   YES, I DID.  SO I JOINED THERANOS IN 2005.

10:46AM  11   Q.   IN 2005?

10:46AM  12   A.   YES.

10:46AM  13   Q.   HOW BIG WAS THE COMPANY AT THAT POINT IN TIME IN 2005?

10:46AM  14   A.   I WOULD THINK IT WAS APPROXIMATELY -- THERE WERE ABOUT

10:46AM  15   LIKE 20 INDIVIDUALS, EMPLOYEES AT THAT TIME.

10:46AM  16   Q.   SO YOU WERE WITHIN ONE OF THE FIRST 25 PEOPLE TO START

10:46AM  17   WORKING AT THERANOS?

10:46AM  18   A.   I THINK SO.

10:46AM  19   Q.   OKAY.  AND WHAT WERE YOU HIRED TO DO AT THERANOS?

10:46AM  20   A.   I WAS HIRED TO DEVELOP ASSAYS AS A SENIOR SCIENTIST.

10:46AM  21   Q.   AND WHEN YOU SAY "DEVELOP ASSAYS," WHAT DO YOU MEAN BY

10:46AM  22   THAT?

10:46AM  23   A.   SO ESSENTIALLY DEVELOP TESTS THAT ARE ABLE TO DETECT

10:46AM  24   CERTAIN LEVELS OF, SAY, LIKE PROTEINS IN SAMPLES.

10:46AM  25   Q.   AND DID YOU FOCUS ON A PARTICULAR AREA OF ASSAY

| | | |
|---|---|---|
| 10:46AM | 1 | DEVELOPMENT? |
| 10:46AM | 2 | A.   YES, THE FOCUS WAS ON A PARTICULAR TYPE OF ASSAY CALLED |
| 10:46AM | 3 | IMMUNOASSAYS. |
| 10:46AM | 4 | Q.   IS THERE ANOTHER WORD THAT IS USED TO DESCRIBE |
| 10:47AM | 5 | IMMUNOASSAYS SUCH AS THE ONES THAT YOU WERE WORKING ON? |
| 10:47AM | 6 | A.   ALSO CALLED ELISA'S. |
| 10:47AM | 7 | Q.   AND IS THAT E-L-I-S-A-S? |
| 10:47AM | 8 | A.   YES. |
| 10:47AM | 9 | Q.   FOR PLURAL. |
| 10:47AM | 10 | AND YOU WERE A SENIOR SCIENTIST WHEN YOU STARTED? |
| 10:47AM | 11 | A.   YES. |
| 10:47AM | 12 | Q.   AND OVER TIME WERE YOU PROMOTED WITHIN THERANOS? |
| 10:47AM | 13 | A.   YES.  IN A FEW YEARS I WAS PROMOTED TO BE THE TEAM LEAD |
| 10:47AM | 14 | FOR THE GROUP AND EVENTUALLY I WAS PROMOTED TO BE THE MANAGER |
| 10:47AM | 15 | FOR THE ASSAY SYSTEMS. |
| 10:47AM | 16 | Q.   AND ROUGHLY, WHEN DID YOU BECOME THE MANAGER OF |
| 10:47AM | 17 | SIEMENS ADVIA SYSTEMS WITHIN THERANOS? |
| 10:47AM | 18 | A.   I WOULD THINK APPROXIMATELY 2009. |
| 10:47AM | 19 | Q.   AT THAT TIME PERIOD IN 2009, WHO DID YOU REPORT TO? |
| 10:47AM | 20 | A.   TO GARY FRENZEL. |
| 10:47AM | 21 | Q.   OKAY.  DID THAT CHANGE AT SOME POINT? |
| 10:47AM | 22 | A.   YES, IN THE NEXT FEW YEARS. |
| 10:47AM | 23 | Q.   OKAY.  AND WHO DID YOU REPORT TO AFTER THAT? |
| 10:47AM | 24 | A.   TO MS. ELIZABETH HOLMES. |
| 10:48AM | 25 | Q.   AND WHAT WERE THE CIRCUMSTANCES THAT CAUSED YOU TO START |

GANGAKHEDKAR DIRECT BY MR. LEACH                        1149

10:48AM   1    REPORTING TO MS. HOLMES AS OPPOSED TO MR. FRENZEL?

10:48AM   2    A.   SO I THINK GARY FRENZEL WAS GOING THROUGH SOME HEALTH

10:48AM   3    ISSUES AND HE COULDN'T BE IN THE OFFICE AS FREQUENTLY, SO THAT

10:48AM   4    WAS ONE OF THE REASONS THAT I WAS -- THAT THE REPORTING

10:48AM   5    STRUCTURE CHANGED.

10:48AM   6    Q.   OKAY.  AND DID YOU MEET WITH MS. HOLMES ON A REGULAR BASIS

10:48AM   7    AS THE MANAGER OF ASSAY SYSTEMS?

10:48AM   8    A.   YES, I DID.

10:48AM   9    Q.   ALL RIGHT.  AND DID SHE HAVE THE RIGHT TO DIRECT AND

10:48AM  10    CONTROL YOUR WORK?

10:48AM  11    A.   YES.

10:48AM  12    Q.   DID YOU -- HOW LONG DID YOU STAY AT THERANOS?

10:48AM  13    A.   UNTIL 2013.

10:48AM  14    Q.   WHEN IN 2013 DID YOU LEAVE THERANOS?

10:48AM  15    A.   SO I BELIEVE I TENDERED MY RECOGNITION IN THE FIRST WEEK

10:48AM  16    IN SEPTEMBER.  I THINK IT WAS AROUND SEPTEMBER 5TH.

10:48AM  17    Q.   OKAY.  WHY DID YOU RESIGN FROM THERANOS?

10:48AM  18    A.   SO PRIMARILY THE COMPANY WAS LOOKING TO LAUNCH ASSAYS ON

10:49AM  19    THE PROPRIETARY DEVICES, AND I WAS NOT COMFORTABLE IN THE

10:49AM  20    DIRECTION THAT THEY WERE GOING SO I DID NOT, I DID NOT -- I WAS

10:49AM  21    NOT ALIGNED WITH SOME OF THOSE POSITIONS.

10:49AM  22    Q.   OKAY.  WHEN YOU SAY YOU "WEREN'T COMFORTABLE," WHAT DO YOU

10:49AM  23    MEAN BY THAT?

10:49AM  24    A.   SO THE LAUNCH WAS GOING TO BE USING THE EDISON'S 3.0, OR

10:49AM  25    3.5'S.  SO WE KNEW THAT THEY WERE DEVELOPMENT MACHINES THAT THE

GANGAKHEDKAR DIRECT BY MR. LEACH                          1150

10:49AM  1    ASSAY DEVELOPMENT GROUP WAS USING TO DEVELOP ASSAYS.

10:49AM  2              THE COURT:  LOWER THAT MIKE A LITTLE IF YOU WOULD,

10:49AM  3    PLEASE, AND THAT WILL BE HELPFUL.  THANK YOU.

10:49AM  4              THE WITNESS:  SO ESSENTIALLY I DIDN'T THINK THAT

10:49AM  5    THAT WAS THE RIGHT DECISION.

10:50AM  6    BY MR. LEACH:

10:50AM  7    Q.   WHAT DO YOU MEAN IT WASN'T THE RIGHT DECISION?

10:50AM  8    A.   THE USE OF EDISON 3.0'S TO TEST CLINICAL SAMPLES.

10:50AM  9    Q.   WE'LL COME BACK IN A LITTLE BIT TO YOUR DECISION TO LEAVE,

10:50AM 10    MS. GANGAKHEDKAR.

10:50AM 11         BUT I THINK YOU ALSO TESTIFIED THAT YOU HAVE AN MBA FROM

10:50AM 12    UNIVERSITY OF NORTH CAROLINA IN CHAPEL HILL.  IS THAT SOMETHING

10:50AM 13    THAT YOU GOT AFTER YOUR TENURE AT THERANOS?

10:50AM 14    A.   YES.  SO THAT WAS AN ONLINE DEGREE AND SO, YES, I DID GET

10:50AM 15    MY MBA AFTER THERANOS.

10:50AM 16    Q.   AND WHERE ARE YOU WORKING TODAY?

10:50AM 17    A.   I'M WORKING AT A COMPANY CALLED CEPHEID.

10:50AM 18    Q.   AND COULD YOU SPELL THAT FOR HE, PLEASE?

10:50AM 19    A.   YEAH.  C-E-P-H-E-I-D.

10:50AM 20    Q.   I WANT TO GO BACK IF WE COULD, MS. GANGAKHEDKAR, TO THE

10:50AM 21    TIME PERIOD ROUGHLY 2005 TO 2010 AFTER YOU START AT THERANOS

10:50AM 22    AND ESSENTIALLY UP UNTIL THE POINT THAT YOU BECOME THE MANAGER

10:50AM 23    OF ASSAY SYSTEMS.

10:51AM 24         AT A HIGH LEVEL DESCRIBE FOR US WHAT THE COMPANY WAS DOING

10:51AM 25    WITH ITS ASSAY DEVELOPMENT DURING THAT TIME PERIOD?

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1151

10:51AM  1   A.   YES.  SO BASICALLY WE WERE -- THE GOAL WAS TO DOUBLE UP

10:51AM  2   ASSAYS IN HOUSE ON THE PROPRIETARY THERANOS DEVICES THAT THE

10:51AM  3   COMPANY WAS BUILDING.

10:51AM  4   Q.   WHEN YOU SAY THE "PROPRIETARY DEVICES," WHAT DO YOU MEAN?

10:51AM  5   WHAT WERE THEY IN THIS TIME PERIOD?

10:51AM  6   A.   SO THERE WERE SEVERAL ITERATIONS AND THE MOST RECENT ONE

10:51AM  7   WERE CALLED THE EDISONS.

10:51AM  8   Q.   AND YOUR FOCUS IS ON ASSAY DEVELOPMENT.  CAN YOU HELP US

10:51AM  9   UNDERSTAND A LITTLE BIT WHAT THE PROCESS OF THAT IS, HOW YOU GO

10:51AM  10  ABOUT DOING YOUR WORK?

10:51AM  11  A.   YES.  SO ESSENTIALLY WHEN A TARGET OF -- I THINK A TARGET

10:51AM  12  WAS DEFINED AS TO WHICH PARTICULAR TEST WE WILL BE DEVELOPING

10:51AM  13  THIS TEST FOR, SO WE WOULD CONDUCT THE RESEARCH, UNDERSTAND THE

10:52AM  14  BACKGROUND OF WHAT THE TARGET IS, WHAT KIND OF REAGENTS ARE

10:52AM  15  REQUIRED TO DEVELOP THIS TEST, ORDER THOSE, AND THEN CONDUCT

10:52AM  16  SOME EXPERIMENTS TO OPTIMIZE THE TESTS, SO MAKING SURE THAT THE

10:52AM  17  REAGENTS ARE APPROPRIATE, WE HAVE LIKE THE RIGHT EXPERIMENTAL

10:52AM  18  CONDITIONS SO THAT WE HAVE A RELIABLE RESULT.

10:52AM  19  Q.   OKAY.  AND WHAT IS A REAGENT?

10:52AM  20  A.   SO IN THE CASE OF AN IMMUNOASSAY, THE REAGENT COULD EITHER

10:52AM  21  BE ANTIBODIES THAT ARE USED TO DETECT THE TARGET IN QUESTION,

10:52AM  22  IT COULD BE LIKE BUFFERS, ESSENTIALLY OTHER CHEMICALS THAT ARE

10:52AM  23  USED TO SUPPORT THE EXPERIMENTAL RESULT.

10:52AM  24  Q.   AND YOU WERE WORKING ON DEVELOPING ASSAYS FOR USE ON A

10:52AM  25  PARTICULAR DEVICE IN THIS TIME PERIOD?

10:52AM  1    A.   YES.

10:52AM  2    Q.   AND I HEARD YOU USE THE TERM "EDISON."  WAS THERE ALSO

10:52AM  3    SOMETHING CALLED A 1.0?

10:52AM  4    A.   YES.  SO THAT WAS THE VERSION BEFORE THE EDISONS.

10:53AM  5    Q.   OKAY.  WAS THERE SOMETHING BETWEEN THE 1.0 AND THE

10:53AM  6    EDISONS?

10:53AM  7    A.   I DON'T EXACTLY RECOLLECT AT THIS POINT, BUT THEY'RE VERY

10:53AM  8    DIFFERENT ITERATIONS OF THE DEVICES.

10:53AM  9    Q.   OKAY.  AND IN THE COURSE OF DEVELOPING ASSAYS FOR USE ON

10:53AM  10   THE 1.0 AND THE EDISONS AND ANYTHING IN BETWEEN, DID YOU BECOME

10:53AM  11   FAMILIAR WITH THE CAPABILITIES OF THOSE DEVICES?

10:53AM  12   A.   YES.

10:53AM  13   Q.   OKAY.  AND IN THIS TIME PERIOD, 2005 TO 2010, TO WHAT END

10:53AM  14   WAS THERANOS DEVELOPING ASSAYS FOR USE ON A DEVICE?  WAS THERE

10:53AM  15   AN END CUSTOMER OR SOME CONSTITUENCY THAT YOU WERE WORKING

10:53AM  16   TOWARDS?

10:53AM  17   A.   SO MOSTLY I WOULD SAY THAT THERE WERE SEVERAL PROJECTS

10:53AM  18   MOSTLY RELATED TO PHARMACEUTICAL COMPANIES.

10:53AM  19   Q.   AND DO YOU RECALL ANY OF THOSE PHARMACEUTICAL COMPANIES

10:53AM  20   OFFHAND?

10:53AM  21   A.   YES.  SO THERE WAS GSK, THERE WAS CENTOCOR, THERE WAS

10:53AM  22   CELGENE.

10:53AM  23   Q.   LET ME PLEASE DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED

10:54AM  24   AS EXHIBIT 112.  IT SHOULD BE IN YOUR BINDER THERE.

10:54AM  25        ARE YOU FAMILIAR WITH THIS DOCUMENT, MS. GANGAKHEDKAR?

GANGAKHEDKAR DIRECT BY MR. LEACH                    1153

10:54AM  1      A.   YES.

10:54AM  2      Q.   IS THIS AN EMAIL THAT YOU RECEIVED FROM SOMEONE NAMED

10:54AM  3      SUSAN DIGIAIMO DATED JUNE 11TH, 2008?

10:54AM  4      A.   YES.

10:54AM  5      Q.   AND DOES THIS ALSO GO TO MS. HOLMES?

10:54AM  6      A.   YES.

10:54AM  7           MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 112 INTO

10:54AM  8      EVIDENCE.

10:54AM  9           MR. WADE:  I THINK WE STIPULATED ON THIS ONE.

10:54AM  10          THE COURT:  RIGHT.  IT WILL BE ADMITTED, AND IT MAY

10:54AM  11     BE PUBLISHED.

10:54AM  12          (GOVERNMENT'S EXHIBIT 112 WAS RECEIVED IN EVIDENCE.)

10:54AM  13          MR. LEACH:  MS. HOLLIMAN, IF WE CAN PLEASE ENLARGE

10:54AM  14     THE TOP PART OF THE EMAIL.

10:55AM  15          WONDERFUL.

10:55AM  16     Q.   MS. GANGAKHEDKAR, I DRAW YOUR ATTENTION TO THE FIRST EMAIL

10:55AM  17     IN THE CHAIN.  THIS IS TO A NUMBER OF INDIVIDUALS AT GSK.COM

10:55AM  18     FROM SOMEONE NAMED NELSON RHODES AT GSK.COM.

10:55AM  19          DO YOU SEE THAT?

10:55AM  20     A.   YES.

10:55AM  21     Q.   AND WHAT IS GSK?

10:55AM  22     A.   GLAXO SMITH KLINE.

10:55AM  23     Q.   IS THAT A MAJOR PHARMACEUTICAL COMPANY?

10:55AM  24     A.   YES.

10:55AM  25     Q.   AND WHO IS NELSON RHODES?

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1154

10:55AM   1    A.   SO HE WAS THE STUDY COORDINATOR FOR GSK.

10:55AM   2    Q.   I'M SORRY, THE STUDY COORDINATOR?

10:55AM   3    A.   YES.

10:55AM   4    Q.   AND WHAT DO YOU MEAN BY THE -- WHAT WAS THE STUDY?

10:55AM   5    A.   SO THERANOS HAD A STUDY WHERE WE WERE TESTING SOME SAMPLES

10:55AM   6    THAT HAD BEEN PROVIDED BY THE STUDY COORDINATOR ON THE EDISON

10:55AM   7    SYSTEMS.

10:55AM   8    Q.   OKAY.  I'LL ASK YOU SOME MORE DETAILS ABOUT THAT, BUT

10:56AM   9    FIRST WHO IS SUSAN DIGIAIMO?

10:56AM   10   A.   SO I BELIEVE SHE WAS -- I BELIEVE SHE WAS THE COMMERCIAL

10:56AM   11   LEAD FOR THERANOS.

10:56AM   12   Q.   OKAY.  AND THE COMMERCIAL LEAD IS ESSENTIALLY A

10:56AM   13   SALESPERSON?

10:56AM   14   A.   I THINK SO, YEAH.

10:56AM   15   Q.   OKAY.  AND THIS ULTIMATELY IS FORWARDED TO YOU,

10:56AM   16   MS. HOLMES, THERE'S ALSO TWO INDIVIDUALS IN THE TO LINE,

10:56AM   17   IAN GIBBONS AND GARY FRENZEL.

10:56AM   18        CAN YOU JUST EXPLAIN WHO THEY WERE IN THIS TIME PERIOD?

10:56AM   19   A.   SO GARY FRENZEL WAS MY MANAGER AND IAN GIBBONS WAS I THINK

10:56AM   20   THE TECHNICAL LEAD, TECHNICAL LEAD FOR THE COMPANY.

10:56AM   21   Q.   OKAY.  AND, MR. FRENZEL, IS THAT THE INDIVIDUAL WHO YOU

10:56AM   22   REPLACED ESSENTIALLY AS THE MANAGER OF ASSAY SYSTEMS LATER ON

10:56AM   23   IN TIME?

10:56AM   24   A.   YES.

10:56AM   25   Q.   OKAY.  MR. RHODES OR NELSON RHODES IS WRITING IN THE FIRST

GANGAKHEDKAR DIRECT BY MR. LEACH                        1155

10:56AM   1    EMAIL, "PLEASE FIND THE ATTACHED METABOLIC BIOMARKER LAB

10:56AM   2    SUMMARY OF THE THERANOS SYSTEMS EVALUATION THAT TOOK PLACE MAY

10:57AM   3    27TH-28, 2008."

10:57AM   4        DO YOU SEE THAT LANGUAGE?

10:57AM   5    A.   YES.

10:57AM   6    Q.   AND YOU'RE FAMILIAR WITH THAT STUDY?

10:57AM   7    A.   YES.

10:57AM   8    Q.   AND DID YOU GO TO GSK TO ASSIST ABOUT THAT STUDY?

10:57AM   9    A.   YES, I DID.

10:57AM  10    Q.   AND DID YOU KEEP MS. HOLMES APPRISED DURING THIS STUDY OF

10:57AM  11    WHAT WAS GOING ON?

10:57AM  12    A.   YES.

10:57AM  13    Q.   OKAY.  TELL US WHAT HAPPENED?  WHAT WERE SOME OF THE

10:57AM  14    DETAILS OF THE STUDY?

10:57AM  15    A.   SO BASICALLY SUSAN AND I WENT TO THE LAB AT GSK, WE HAD A

10:57AM  16    COUPLE OF SEVERAL OF THE EDISON INSTRUMENTS WITH US, AND SO THE

10:57AM  17    STUDY COORDINATOR AT GSK, NELSON, WOULD GIVE US SAMPLES TO RUN

10:57AM  18    IN THE LAB ON THEIR SYSTEMS, AND I WOULD RUN THOSE SAMPLES.

10:57AM  19    Q.   AND APPROXIMATELY HOW MANY SAMPLES DID YOU RUN?

10:57AM  20    A.   I DON'T RECOLLECT THE EXACT NUMBER.

10:57AM  21    Q.   IS IT MORE THAN 50?

10:57AM  22    A.   APPROXIMATELY.  YEAH.

10:57AM  23    Q.   OKAY.  AND THE DOCUMENT -- THERE'S A DOCUMENT ATTACHED TO

10:57AM  24    MS. DIGIAIMO'S EMAIL AND IT'S ENTITLED THERANOS EVALUATION

10:58AM  25    SUMMARY 09 JUNE 2008.DOC.

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1156

10:58AM   1          DO YOU SEE THAT?

10:58AM   2     A.   YES.

10:58AM   3     Q.   AND THAT'S SOMETHING THAT YOU REVIEWED AT OR AROUND THE

10:58AM   4     TIME THAT YOU RECEIVED THIS?

10:58AM   5     A.   I THINK SO.

10:58AM   6     Q.   OKAY.  LET'S LOOK AT THAT DOCUMENT.  IF WE CAN GO, PLEASE,

10:58AM   7     TO PAGE 2 OF THE EXHIBIT.

10:58AM   8     A.   UH-HUH.

10:58AM   9     Q.   IF WE CAN HIGHLIGHT OR EXPAND THE ENTIRETY OF THE TEXT

10:58AM  10     THERE, MS. HOLLIMAN, OR EXPAND THE ENTIRETY OF THE TEXT THERE.

10:58AM  11     THANK YOU.

10:58AM  12          MS. GANGAKHEDKAR, DO YOU SEE AT THE TOP WHERE IT SAYS

10:58AM  13     BACKGROUND INFORMATION?

10:58AM  14     A.   YES.

10:58AM  15     Q.   AND THEN IT READS, "ON MAY 27-28, 2008 THE THERANOS SYSTEM

10:58AM  16     WAS EVALUATED TO GSK TO PROFILE ACTIVE GLP-1 AND C-PEPTIDE

10:59AM  17     VALUES AND THESE DATA WERE COMPARE TO GOLD STANDARD ELISA'S

10:59AM  18     USING FROZEN HUMAN PLASMA FROM STUDY AX," AND THE NUMBER

10:59AM  19     CONTINUES.

10:59AM  20          AND MY FIRST QUESTION IS WHAT IS GLP-1?

10:59AM  21     A.   SO THAT'S A PEPTIDE HORMONE, SO THAT WAS THE TARGET FOR

10:59AM  22     ONE OF THE TESTS.

10:59AM  23     Q.   THAT WAS THE TARGET OF THE DRUG THAT GSK WAS DEVELOPING?

10:59AM  24     A.   I WOULD THINK SO, BUT THE GLP-1 IS THE ASSAY THAT WE

10:59AM  25     WERE -- WE HAD DEVELOPED IN HOUSE.

GANGAKHEDKAR DIRECT BY MR. LEACH                                1157

10:59AM 1      Q.   OKAY.  THANK YOU.

10:59AM 2           IN THE NEXT FULL PARAGRAPH IT SAYS, "30 PLASMA SAMPLES

10:59AM 3      (ASSAYED IN DUPLICATE) WERE CHOSEN BASED ON HISTORICAL GSK DATA

10:59AM 4      FOR TOTAL GLP-1 LEVELS FROM SUBJECTS GIVEN A MIXED MEAL AND TWO

10:59AM 5      FINGERPRICK BLOOD DRAWS WERE PERFORMED."

10:59AM 6           DOES THAT REFRESH YOUR MEMORY ABOUT THE NUMBER OF SAMPLES

11:00AM 7      THAT WERE USED IN THIS STUDY?

11:00AM 8      A.   YES, IT DOES.

11:00AM 9      Q.   IT THEN SAYS, "FIVE THERANOS MACHINES WERE USED."

11:00AM 10          DO YOU SEE THAT LANGUAGE?

11:00AM 11     A.   YES.

11:00AM 12     Q.   AND DO YOU BELIEVE THAT TO BE ACCURATE?

11:00AM 13     A.   YES.

11:00AM 14     Q.   OKAY.  LET'S GO TO THE NEXT PAGE, PLEASE, PAGE 3.  IF WE

11:00AM 15     COULD ZOOM IN ON THE ENTIRETY OF THE TEXT, MS. HOLLIMAN.

11:00AM 16          THANK YOU.

11:00AM 17          DO YOU SEE THE GSK METABOLIC BIOMARKER LAB COMMENTS

11:00AM 18     HEADING AT THE TOP, MS. GANGAKHEDKAR?

11:00AM 19     A.   YES.

11:00AM 20     Q.   OKAY.  AND THERE ARE A NUMBER OF BULLETS THERE THAT SAY,

11:00AM 21     "DATA SHOW GOOD CORRELATION, MACHINES WORKED WELL, CARTRIDGES

11:00AM 22     WERE PRETTY STRAIGHTFORWARD, FINGERPRICK/BLOOD DRAW PROCEDURE

11:01AM 23     WAS DIFFICULT."

11:01AM 24          DO YOU SEE THAT LANGUAGE?

11:01AM 25     A.   YES.

GANGAKHEDKAR DIRECT BY MR. LEACH                               1158

11:01AM  1    Q.   AND ARE THESE THE CONCLUSIONS THAT GSK IS COMMUNICATING TO

11:01AM  2    THERANOS BASED ON THIS TWO-DAY STUDY?

11:01AM  3    A.   I THINK SO.

11:01AM  4    Q.   OKAY.  DID YOU VIEW THIS TWO DAY VALUATION, OR THIS TWO

11:01AM  5    DAY STUDY AS VALUATION BY GSK OF THE THERANOS SYSTEM?

11:01AM  6    A.   SO AT THAT POINT I THOUGHT SO.

11:01AM  7    Q.   DID YOU CONSIDER THIS A FEASIBILITY STUDY OR MORE FORMAL

11:01AM  8    VALIDATION?

11:01AM  9    A.   I THINK THIS WOULD FALL UNDER FEASIBILITY STUDY.

11:01AM  10   Q.   WHAT DO YOU MEAN BY THAT?

11:01AM  11   A.   SO BASICALLY THIS WAS THE FIRST VALUATION FROM GSK TO SHOW

11:01AM  12   HOW THE THERANOS SYSTEMS ARE BEHAVING.

11:01AM  13   Q.   OKAY.  AND DO YOU CONTRAST IN YOUR MIND THE FEASIBILITY

11:02AM  14   STUDY VERSUS FORMAL VALIDATION?

11:02AM  15   A.   COULD YOU REPEAT YOUR QUESTION, PLEASE.

11:02AM  16   Q.   DO YOU DISTINGUISH BETWEEN THE CONCEPT OF A FEASIBILITY

11:02AM  17   STUDY VERSUS FORMAL VALIDATION OF AN ASSAY?

11:02AM  18   A.   I THINK SO, YES.

11:02AM  19   Q.   EXPLAIN THAT FOR US, PLEASE.

11:02AM  20   A.   SO THE VALIDATION STUDY WOULD HAVE MORE EITHER EXAMPLES OR

11:02AM  21   ADDITIONAL TESTS.

11:02AM  22   Q.   OKAY.  AND MORE THAN THE 30 SAMPLES THAT ARE, THAT ARE AT

11:02AM  23   ISSUE IN THIS STUDY?

11:02AM  24   A.   I THINK SO.

11:02AM  25   Q.   OKAY.  DID YOU EVER TELL ANYBODY WITHIN THERANOS THAT GSK

GANGAKHEDKAR DIRECT BY MR. LEACH                          1159

11:02AM  1    HAD COMPREHENSIVELY EVALUATED THERANOS'S TECHNOLOGY?

11:02AM  2    A.   I -- I'M SORRY, DID I TELL ANYBODY?

11:02AM  3    Q.   DID YOU EVER TELL ANYBODY WITHIN THERANOS THAT GSK HAD

11:02AM  4    COMPREHENSIVELY VALIDATED THERANOS' TECHNOLOGY?

11:02AM  5    A.   I DON'T RECOLLECT.

11:02AM  6    Q.   WOULD YOU HAVE SAID THAT TO ANYBODY?

11:02AM  7    A.   MOST PROBABLY NOT.

11:02AM  8    Q.   WHY NOT?

11:02AM  9    A.   BECAUSE AT THIS POINT I THINK I FELT THAT THIS WAS JUST A

11:02AM  10   SINGLE STUDY, SO IN MY MIND IT WOULD HAVE BEEN A FEASIBILITY.

11:03AM  11   Q.   AFTER THIS TWO DAY FEASIBILITY STUDY WITH GSK, DID YOU DO

11:03AM  12   ANY ADDITIONAL WORK WITH GSK?

11:03AM  13   A.   I DON'T RECOLLECT.

11:03AM  14   Q.   IF WE GO BACK TO PAGE 1 OF THE EMAIL, MS. DIGIAIMO WRITES

11:03AM  15   THAT SHE'S GOING TO FOLLOW UP WITH FOLKS AT GSK ABOUT

11:03AM  16   ADDITIONAL OPPORTUNITIES.

11:03AM  17        DO YOU SEE THAT ON PAGE 1?

11:03AM  18   A.   YES.

11:03AM  19   Q.   AND DO YOU KNOW IF ANYTHING EVER CAME OF THOSE ADDITIONAL

11:03AM  20   OPPORTUNITIES?

11:03AM  21   A.   I DON'T RECOLLECT AT THIS TIME IF ANYTHING ELSE CAME OUR

11:03AM  22   WAY.

11:03AM  23        MR. LEACH:  YOUR HONOR, I THINK THIS IS A CONVENIENT

11:03AM  24   TIME TO TAKE OUR BREAK.

11:03AM  25        THE COURT:  LET'S DO THAT, LADIES AND GENTLEMEN.

GANGAKHEDKAR DIRECT BY MR. LEACH                                        1160

11:03AM   1    LET'S TAKE OUR MIDDAY BREAK FOR PURPOSES OF THIS TRIAL.

11:03AM   2         I'D LIKE TO TAKE ABOUT 45 MINUTES FOR YOU, PLEASE,

11:03AM   3    45 MINUTES.

11:03AM   4         SO IF WE COULD HOPEFULLY SHOOT FOR A GOAL OF HAVING YOU

11:03AM   5    BACK IN YOUR SEATS AND READY TO COME BACK AT ABOUT TEN TO THE

11:04AM   6    HOUR, MS. KRATZMANN WILL COLLECT YOU.

11:04AM   7         SO PLEASE REMEMBER DURING THE BREAK MY ADMONITION REMAINS.

11:04AM   8    YOU'RE NOT TO DISCUSS OR DO ANY RESEARCH ABOUT ANYTHING

11:04AM   9    INVOLVED WITH THIS CASE, YOU'RE NOT TO DISCUSS AMONGST

11:04AM   10   YOURSELVES ANYTHING ABOUT THE CASE.

11:04AM   11        ENJOY YOUR BREAK, AND WE'LL BE BACK -- I THINK WE'RE GOING

11:04AM   12   TO FINISH AT 2:00 TODAY JUST FOR YOUR INFORMATION.

11:04AM   13        AGAIN, WE'VE SCHEDULED THESE BREAKS, BUT IF ANYONE NEEDS

11:04AM   14   TO TAKE AN UNSCHEDULED BREAK FOR ANY REASON, PLEASE JUST LET ME

11:04AM   15   KNOW, RAISE YOUR HAND, AND WE CAN ACCOMMODATE THAT.

11:04AM   16        SO, MS. KRATZMANN, IF YOU COULD ESCORT THE JURORS OUT,

11:04AM   17   PLEASE.

11:04AM   18        YOU MAY STAND DOWN.

11:04AM   19        (JURY OUT AT 11:04 A.M.)

11:05AM   20             THE COURT:  THANK YOU, MS. GANGAKHEDKAR.  YOU CAN

11:05AM   21   STAND DOWN.  WE'LL SEE YOU BACK HERE AT ABOUT TEN TO THE HOUR,

11:05AM   22   PLEASE.

11:05AM   23             THE WITNESS:  THANK YOU.

11:05AM   24             THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK

11:05AM   25   YOU.  ALL RIGHT.  THANK YOU.

GANGAKHEDKAR DIRECT BY MR. LEACH                           1161

11:05AM   1          THE RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATES

11:05AM   2    HAVE LEFT THE COURTROOM.  THE WITNESS HAS LEFT THE COURTROOM.

11:05AM   3    ALL COUNSEL AND THE DEFENDANT ARE PRESENT.

11:05AM   4          ANYTHING BEFORE WE TAKE OUR BREAK, COUNSEL?

11:05AM   5             MR. LEACH:  NOTHING FROM THE GOVERNMENT, YOUR HONOR.

11:05AM   6             MR. WADE:  NOTHING, YOUR HONOR.

11:05AM   7             THE COURT:  OKAY.  THANK YOU.

11:05AM   8          (LUNCH RECESS TAKEN AT 11:05 A.M.)

          9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

|           |    |                                                          |
|-----------|----|----------------------------------------------------------|
| 11:57AM   | 1  | **AFTERNOON SESSION**                                    |
| 11:57AM   | 2  | (COURT CONVENED AT 11:57 A.M.)                           |
| 11:57AM   | 3  | (JURY IN AT 11:57 A.M.)                                  |
| 11:57AM   | 4  | THE COURT:  WEAR BACK ON THE RECORD.  ALL PARTIES        |
| 11:57AM   | 5  | PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.               |
| 11:57AM   | 6  | THE WITNESS IS ON THE STAND.                             |
| 11:57AM   | 7  | BEFORE WE BEGIN, I JUST WANT TO SAY ONE THING, LADIES AND |
| 11:57AM   | 8  | GENTLEMEN, IF YOU WOULD PLEASE DISABLE THE SOUND ON ANY DEVICE |
| 11:57AM   | 9  | THAT YOU HAVE, I WOULD APPRECIATE IT.  THAT WOULD BE HELPFUL. |
| 11:57AM   | 10 | SOMETIMES DEVICES GO OFF UNINTENDED AND IT DOES -- AND IT |
| 11:57AM   | 11 | CAN INTERRUPT THE PROCEEDINGS.  SO IF YOU WOULD PLEASE TAKE A |
| 11:57AM   | 12 | MOMENT TO ENSURE THAT ANY DEVICE THAT YOU HAVE, THE VOLUME IS |
| 11:57AM   | 13 | TURNED OFF OR TURNED DOWN, I WOULD BE GRATEFUL.          |
| 11:57AM   | 14 | THANK YOU.                                               |
| 11:57AM   | 15 | MR. LEACH, DO YOU HAVE ADDITIONAL QUESTIONS?             |
| 11:57AM   | 16 | MR. LEACH:  I DO, YOUR HONOR.  THANK YOU.                |
| 11:57AM   | 17 | THE COURT:  PLEASE PROCEED.  THANK YOU.                  |
| 11:58AM   | 18 | BY MR. LEACH:                                            |
| 11:58AM   | 19 | Q.  GOOD MORNING, MS. GANGAKHEDKAR.  WHEN WE BROKE WE WERE |
| 11:58AM   | 20 | TALKING ABOUT SOME OF YOUR WORK WITH GSK IN THE 2008 TIME |
| 11:58AM   | 21 | PERIOD.                                                  |
| 11:58AM   | 22 | I'D LIKE TO MOVE FORWARD IN TIME, IF WE COULD, TO THE TIME |
| 11:58AM   | 23 | PERIOD 2013.  DO YOU HAVE THAT TIME PERIOD IN MIND?      |
| 11:58AM   | 24 | A.  YES.                                                 |
| 11:58AM   | 25 | Q.  AND WHAT WAS YOUR RESPONSIBILITY AT THERANOS IN THE 2013 |

GANGAKHEDKAR DIRECT BY MR. LEACH                    1163

11:58AM   1    TIME PERIOD?

11:58AM   2    A.   SO WE WERE CONTINUING TO DEVELOP IMMUNOASSAYS ON THE

11:58AM   3    EDISON DEVICES.

11:58AM   4    Q.   HOW IS THAT DEVELOPING IMMUNOASSAYS FOR THE EDISON DEVICES

11:58AM   5    GOING?

11:58AM   6    A.   SO WE WERE PROCEEDING WITH A LARGE NUMBER OF ASSAYS THAT

11:58AM   7    HAD BEEN -- THERE WAS A LARGE LIST OF ASSAYS THAT HAD BEEN

11:58AM   8    GIVEN TO US, AND SO WE WERE WORKING ALONG THE PRIORITY LIST

11:58AM   9    THAT HAD BEEN PROVIDED.

11:58AM   10   Q.   AND WHEN YOU SAY ON THE EDISONS, IS THIS THE 3.0 AND THE

11:59AM   11   3.5?

11:59AM   12   A.   PRIMARILY 3.0'S.

11:59AM   13   Q.   AND AT SOME POINT DID THAT WORK SHIFT TO A NEW ITERATION

11:59AM   14   OR A NEXT GENERATION OF THE THERANOS DEVICE?

11:59AM   15   A.   YES, IT DID.

11:59AM   16   Q.   TELL US ABOUT THAT, PLEASE.

11:59AM   17   A.   SO THERE WAS THE NEXT GENERATION OF THE SYSTEMS THAT WERE

11:59AM   18   BEING DEVELOPED.  THEY WERE CALLED THE -- ROUGHLY CALLING THEM

11:59AM   19   THE 4.0'S.

11:59AM   20        SO THE EARLY INSTRUMENTS, THE EARLY VERSIONS OF THE

11:59AM   21   INSTRUMENTS HAD BEEN PROVIDED AND THERE WAS SOME INITIAL

11:59AM   22   TESTING OR QUALIFICATIONS THAT HAD STARTED ON THE 4.0'S.

11:59AM   23   Q.   AT THE TIME THAT YOU MOVED TO THE 4.0'S, HOW WOULD YOU

11:59AM   24   CHARACTERIZE YOUR WORK WITH THE 3.0'S AND THE 3.5'S?

11:59AM   25        HAD YOU FINISHED?  WHERE WERE YOU?

GANGAKHEDKAR DIRECT BY MR. LEACH                                        1164

| | | |
|---|---|---|
| 11:59AM | 1 | A.   SO WE WERE ON THE -- THERE WERE A FAIR NUMBER OF ASSAYS |
| 11:59AM | 2 | THAT HAD -- THAT WERE IN THE DEVELOPMENT OR HAD COMPLETED THE |
| 11:59AM | 3 | DEVELOPMENT STAGES. |
| 11:59AM | 4 | Q.   OKAY.  HAD ANY BEEN SUCCESSFULLY VALIDATED FOR USE IN THE |
| 12:00PM | 5 | CLIA LAB? |
| 12:00PM | 6 | A.   NO. |
| 12:00PM | 7 | Q.   YOU MENTIONED YOU WERE WORKING ON A NUMBER OF PRIORITY |
| 12:00PM | 8 | ASSAYS.  WHERE DID YOU GET THAT PRIORITY LIST FROM? |
| 12:00PM | 9 | A.   SO THAT LIST WAS SHARED TO US BY DR. DANIEL YOUNG. |
| 12:00PM | 10 | Q.   AND WHO IS DANIEL YOUNG? |
| 12:00PM | 11 | A.   SO DANIEL YOUNG WAS THE VICE PRESIDENT, AND ESSENTIALLY I |
| 12:00PM | 12 | THINK HE WAS FUNCTIONING AS LIKE AKIN TO OUR CHIEF TECHNOLOGY |
| 12:00PM | 13 | OFFICER. |
| 12:00PM | 14 | Q.   OKAY.  DID HE REPORT TO MS. HOLMES? |
| 12:00PM | 15 | A.   I THINK HE DID. |
| 12:00PM | 16 | Q.   LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED AS |
| 12:00PM | 17 | 5077. |
| 12:00PM | 18 | DO YOU HAVE THAT IN YOUR BINDER? |
| 12:00PM | 19 | A.   YES. |
| 12:00PM | 20 | Q.   DO YOU SEE -- IS THIS AN EMAIL INVOLVING YOU AND A NUMBER |
| 12:01PM | 21 | OF OTHER INDIVIDUALS WITHIN YOUR TEAM? |
| 12:01PM | 22 | A.   YES. |
| 12:01PM | 23 | Q.   AND IN THE MIDDLE OF THE PAGE DO YOU SEE THERE'S AN EMAIL |
| 12:01PM | 24 | FROM YOU DATED MARCH 4TH, 2013? |
| 12:01PM | 25 | A.   YES. |

GANGAKHEDKAR DIRECT BY MR. LEACH                          1165

12:01PM    1    Q.   DO YOU SEE THAT THE SUBJECT IS NEW PROJECT?

12:01PM    2    A.   YES.

12:01PM    3    Q.   OKAY.  AT A HIGH LEVEL, WHAT ARE YOU COMMUNICATING IN THIS

12:01PM    4    EMAIL?

12:01PM    5    A.   SO ESSENTIALLY I AM TELLING MY TEAM THAT A NEW PROJECT --

12:01PM    6    I THINK WE WERE WORKING ON THIS NEW PROJECT AND HOW WE ARE

12:01PM    7    SUPPOSED TO BE, LIKE, PLANNING FOR THE WORK THAT WILL BE

12:01PM    8    INCLUDED IN IT.

12:01PM    9    Q.   AND WHERE DID YOU GET THESE PLANS FROM?

12:01PM   10    A.   THE PLAN FOR THE PROJECT OR --

12:01PM   11    Q.   YES.

12:01PM   12    A.   SO ESSENTIALLY WE WERE ASKED TO -- AFTER DISCUSSIONS WITH

12:01PM   13    EITHER, LIKE, MS. HOLMES OR DR. YOUNG.

12:01PM   14    Q.   AND ARE YOU ATTEMPTING TO COMMUNICATE YOUR TEAM DIRECTIONS

12:01PM   15    YOU'VE RECEIVED FROM MS. HOLMES ABOUT DEVELOPING ASSAYS FOR USE

12:02PM   16    ON THE 4.0 DEVICE?

12:02PM   17    A.   SO I WOULD SAY IT'S A COMBINATION OF BOTH.  SO BASICALLY

12:02PM   18    WE HAVE BEEN PROVIDED THIS NEW PROJECT, AND YOU HAVE THE

12:02PM   19    OVERALL PLAN THERE, BUT THE FINE -- THE ADDITIONAL DETAILS ON

12:02PM   20    HOW WE WOULD GET THERE IS BEING PLANNED BY ME.

12:02PM   21    Q.   OKAY.

12:02PM   22         YOUR HONOR, I OFFER EXHIBIT 5077 INTO EVIDENCE.

12:02PM   23              MR. WADE:  NO OBJECTION, YOUR HONOR.

12:02PM   24              THE COURT:  IT'S RECEIVED.  IT MAY BE PUBLISHED.

12:02PM   25         (GOVERNMENT'S EXHIBIT 5077 WAS RECEIVED IN EVIDENCE.)

GANGAKHEDKAR DIRECT BY MR. LEACH                                   1166

12:02PM   1    BY MR. LEACH:

12:02PM   2    Q.   AND IF WE CAN START WITH THE FIRST EMAIL ROUGHLY HALF WAY

12:02PM   3    DOWN THE PAGE, AND IF WE CAN ZOOM IN ON THE ENTIRETY OF THE

12:02PM   4    TEXT FROM RIGHT THERE.  A LITTLE DOWN FURTHERMORE.

12:02PM   5         WONDERFUL.  THANK YOU, MS. HOLLIMAN.

12:03PM   6         MS. GANGAKHEDKAR, DO YOU SEE YOUR NAME IN THE FROM LINE

12:03PM   7    HERE?

12:03PM   8    A.   YES.

12:03PM   9    Q.   AND THERE'S A NUMBER OF INDIVIDUALS IN THE TO LINE.  I

12:03PM   10   DON'T WANT TO GO THROUGH EVERY ONE, BUT AT A HIGH LEVEL CAN YOU

12:03PM   11   DESCRIBE WHO THESE FOLKS IN THE TO LINE ARE?

12:03PM   12   A.   SO MOSTLY THEY ARE MEMBERS OF THE ELISA ASSAY DEVELOPMENT

12:03PM   13   TEAM AS WELL AS THE TEAM INVOLVED IN THE MANUFACTURING OF AND

12:03PM   14   THE FORMULATION TEAMS FOR THE CARTRIDGES.

12:03PM   15   Q.   AND THE MANUFACTURING FOR THE CARTRIDGES FOR THE 4.0?

12:03PM   16   A.   FOR THE USE OF THIS STUDY.

12:03PM   17   Q.   OKAY.  AND YOU WRITE IN THE BEGINNING OF THE EMAIL, "HI

12:03PM   18   ALL, CONFIDENTIAL INFORMATION -- NOT TO BE DISCUSSED WITH OTHER

12:03PM   19   GROUPS OR OPENLY IN THE LAB."

12:03PM   20        DO YOU SEE THAT LANGUAGE?

12:03PM   21   A.   YES.

12:03PM   22   Q.   AND WHY DID YOU WRITE THAT LANGUAGE?

12:03PM   23   A.   SO THERE WERE GENERAL DIRECTIONS FROM MS. HOLMES THAT ANY

12:03PM   24   NEW PROJECTS THAT WE ARE WORKING ON SHOULD BE, THE INFORMATION

12:04PM   25   SHOULD BE LIMITED ONLY TO THE INDIVIDUALS WHO ARE WORKING ON

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1167

12:04PM   1     THEM, AND WE SHOULDN'T BE OPENLY DISCUSSING DETAILS OF THE

12:04PM   2     PROJECTS OR THE PLANS WITH OTHER EMPLOYEES IN THE COMPANY.

12:04PM   3     Q.   SO YOU WORKED IN THE ELISA GROUP, THE IMMUNOASSAY GROUP?

12:04PM   4     A.   YES.

12:04PM   5     Q.   AND DID YOU FEEL FREE TO SHARE DETAILS AND INSIGHTS OF THE

12:04PM   6     ELISA GROUP WITH GROUPS WORKING WITH OTHER TYPES OF ASSAYS?

12:04PM   7     A.   NO, I DID NOT.

12:04PM   8     Q.   AND DID YOU FEEL FREE TO SHARE DETAILS OF ASPECTS OF YOUR

12:04PM   9     ELISA WORK WITH FOLKS WHO WERE WORKING ON MANUFACTURING THE

12:04PM  10     THERANOS ANALYZERS?

12:04PM  11     A.   NO.

12:04PM  12     Q.   WAS THAT A MATTER OF FRUSTRATION TO YOU?

12:04PM  13     A.   YES.

12:04PM  14     Q.   HOW SO?

12:04PM  15     A.   WELL, IN CERTAIN TIMES IF WE WERE WORKING ON THE EDISONS,

12:04PM  16     THEY WOULDN'T -- WE DIDN'T HAVE AN OPTION TO, LIKE, TALK OR

12:05PM  17     DISCUSS SPECIFIC ISSUES EITHER WITH THE HARDWARE OR THE

12:05PM  18     SOFTWARE TEAMS, SO THERE GENERALLY WAS A GUIDANCE NOT TO SHARE

12:05PM  19     ALL DETAILS SAY, FOR INSTANCE, OF THE ASSAYS OR THE CHEMISTRY

12:05PM  20     PART WITH THE HARDWARE TEAMS OR THE SOFTWARE TEAMS AND VICE

12:05PM  21     VERSA.

12:05PM  22     Q.   AND DID THAT MAKE YOUR WORK HARDER?

12:05PM  23     A.   YES, IT DID.

12:05PM  24     Q.   AND HOW SO?

12:05PM  25     A.   WELL, BECAUSE THERE WERE ISSUES RELATED TO THE OTHER

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1168

12:05PM  1    FUNCTIONS, AND WE COULDN'T UNDERSTAND THEM AND KNOW ENTIRELY

12:05PM  2    WHAT IMPACT IT WOULD HAVE ON OUR FUNCTIONS.

12:05PM  3        AND THE SAME FOR IF THERE WERE ISSUES WE WERE EXPERIENCING

12:05PM  4    WITH THE ASSAYS, WE WOULDN'T KNOW HOW IT WOULD WORK FULLY WITH

12:05PM  5    THE OTHER TWO FUNCTIONS.

12:05PM  6    Q.   DID YOU FEEL AS IF INFORMATION AT THERANOS WAS SILOED?

12:05PM  7    A.   YES.

12:05PM  8    Q.   AND WHERE DID THIS SILOING COME FROM?  AT WHOSE DIRECTION?

12:05PM  9    A.   SO IT EITHER CAME FROM MS. HOLMES OR MR. BALWANI.

12:06PM  10   Q.   LET ME DRAW YOUR ATTENTION TO THE FIRST PARAGRAPH OF THE

12:06PM  11   EMAIL.  IT SAYS, "THIS EMAIL IS TO PROVIDE YOU A HEADS UP ON A

12:06PM  12   NEW (KEY) PROJECT FOR THE 4.0 DEVICES.  THE PLAN IS TO VALIDATE

12:06PM  13   (510K) THE FLU A AND B MULTIPLEX ON THE 4.0 DEVICES."

12:06PM  14       WHAT DID YOU MEAN BY "THE FLU A AND B MULTIPLEX ON THE 4.0

12:06PM  15   DEVICES"?

12:06PM  16   A.   THE FLU A AND B ARE THE ASSAY TARGETS.  IT'S A MULTIPLEX

12:06PM  17   AND THE VERSION OF THE DEVICE WOULD BE THE 4.0.

12:06PM  18   Q.   AND THEN TOWARDS THE END OF THE PARAGRAPH YOU WROTE, "THIS

12:06PM  19   PROJECT WILL HAVE A HIGHER PRIORITY OVER YOUR OTHER

12:06PM  20   ASSIGNMENTS."

12:06PM  21       DO YOU SEE THAT LANGUAGE?

12:06PM  22   A.   YES.

12:06PM  23   Q.   WHY WERE YOU COMMUNICATING THAT TO YOUR TEAM?

12:07PM  24   A.   BECAUSE THE PRIORITIZATION WAS CONVEYED TO ME BY

12:07PM  25   MS. HOLMES, AND I WAS CONVEYING IT TO THE TEAM SO THEY ARE

GANGAKHEDKAR DIRECT BY MR. LEACH                          1169

12:07PM   1    AWARE THAT THIS PROJECT WILL BE A HIGHER PRIORITY THAN OTHER

12:07PM   2    PROJECTS THAT THEY WERE WORKING ON AT THAT TIME.

12:07PM   3    Q.    DID YOU FIND THAT PRIORITIES WITHIN THERANOS WOULD SHIFT

12:07PM   4    OVER TIME?

12:07PM   5    A.    YES.

12:07PM   6    Q.    OKAY.  WAS THAT A MATTER OF FRUSTRATION TO YOU?

12:07PM   7    A.    YES.

12:07PM   8    Q.    HOW SO?

12:07PM   9    A.    BECAUSE WE WOULD BE, WE WOULD BE LIKE MOVING FROM SEVERAL

12:07PM  10    PROJECTS OVER A MATTER OF TIME AND MANY TIMES WE WOULDN'T HAVE

12:07PM  11    AN OPPORTUNITY TO KIND OF GO AND GET TO, LIKE, THE END RESULT

12:07PM  12    OF IT.

12:07PM  13    Q.    THANK YOU, MS. HOLLIMAN.  WE CAN TAKE THAT DOCUMENT DOWN.

12:07PM  14          MS. GANGAKHEDKAR, I'D LIKE TO DRAW YOUR ATTENTION TO WHAT

12:07PM  15    WE HAVE MARKED AS EXHIBIT 853, WHICH SHOULD BE THERE IN YOUR

12:08PM  16    BINDER.

12:08PM  17          ARE YOU FAMILIAR WITH THIS DOCUMENT, MS. GANGAKHEDKAR?

12:08PM  18    A.    YES.

12:08PM  19    Q.    IS THIS AN EMAIL FROM YOU TO ELIZABETH HOLMES AND OTHERS

12:08PM  20    DATED MAY 1ST, 2013?

12:08PM  21    A.    YES.

12:08PM  22    Q.    AND WHY WERE YOU -- DOES THE SUBJECT OF THIS RELATE TO

12:08PM  23    RESULTS AND RUNS ON THE 4S AND OTHER DEVICES DURING THIS TIME

12:08PM  24    PERIOD?

12:08PM  25    A.    YES.

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1170

12:08PM   1    Q.   AND WERE YOU SENDING THIS TO MS. HOLMES IN ORDER TO KEEP

12:08PM   2    HER APPRISED OF HOW THINGS WERE GOING WITH RESPECT TO

12:08PM   3    VALIDATING ASSAYS ON THE 4S AND OTHER DEVICES?

12:09PM   4    A.   SO I WOULD THINK THAT BECAUSE THE 4.0'S WERE JUST RELEASED

12:09PM   5    TO US FOR TESTING, THIS WOULD JUST HAVE BEEN LIKE AN EVALUATION

12:09PM   6    PERIOD OF HOW THEY'RE FUNCTIONING, NOT AS MUCH AS THEY'RE NOT

12:09PM   7    VALIDATING AT THIS POINT.  IT IS JUST FEASIBILITY OR

12:09PM   8    EVALUATION.

12:09PM   9    Q.   WELL, YOU'RE SENDING THIS TO MS. HOLMES TO KEEP HER

12:09PM   10   APPRISED OF HOW THINGS ARE GOING?

12:09PM   11   A.   YES.

12:09PM   12        MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 853 INTO

12:09PM   13   EVIDENCE.

12:09PM   14        MR. WADE:  NO OBJECTION, YOUR HONOR.

12:09PM   15        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:09PM   16   (GOVERNMENT'S EXHIBIT 853 WAS RECEIVED IN EVIDENCE.)

12:09PM   17        MR. LEACH:  MS. HOLLIMAN, IF WE CAN START WITH THE

12:09PM   18   FIRST EMAIL ON THE CHAIN ON PAGE ONE FROM MR. PANGARKAR.  LET'S

12:09PM   19   CAPTURE THE WHOLE TEXT IF WE CAN.

12:09PM   20        PERFECT.  THANK YOU.

12:10PM   21   Q.   MS. GANGAKHEDKAR, THIS STARTS FROM AN EMAIL FROM

12:10PM   22   CHINMAY PANGARKAR.  WHO WAS HE?

12:10PM   23   A.   HE WAS FIRST LEADING THE DEVELOPMENT OF THE CBC ASSAYS.

12:10PM   24   Q.   AND THERE ARE SOME INDIVIDUALS IN THE TO LINE THAT WE

12:10PM   25   HAVEN'T TALKED ABOUT, PAUL PATEL AND SAMARTHA ANEKAL.  WHO ARE

GANGAKHEDKAR DIRECT BY MR. LEACH                    1171

12:10PM  1    THEY?

12:10PM  2    A.   SO PAUL PATEL WAS LEADING THE ASSAYS EFFORTS FOR THE

12:10PM  3    GENERAL CHEMISTRY ASSAY, AND SUMARTHA ANEKAL WAS LEADING THE

12:10PM  4    DEVELOPMENT OF THE 4.0 DEVICES.

12:10PM  5    Q.   SO IS MR. PATEL ESSENTIALLY YOUR PEER IN A DIFFERENT ASSAY

12:10PM  6    GROUP?

12:10PM  7    A.   YES.

12:10PM  8    Q.   AND MR. ANEKAL HAS RESPONSIBILITY FOR THE DEVICE ITSELF

12:10PM  9    THAT YOU ARE TRYING TO TRANSFER THESE ASSAYS ONTO?

12:10PM  10   A.   YES, I THINK SO.

12:10PM  11   Q.   OKAY.  MR. PANGARKAR WRITES IN THE FIRST LINE, "PLEASE

12:11PM  12   FIND BELOW THE REPORTS FOR TODAYS RUNS ON MINI, MONO, AND 4S."

12:11PM  13        WHAT ARE MINI, MONO, AND 4S?

12:11PM  14   A.   SO I WOULD SAY THAT THEY ARE DIFFERENT VARIATIONS OF THE

12:11PM  15   4.0 DEVICES.

12:11PM  16   Q.   AT THE END OF THAT PARAGRAPH HE WRITES, "THERE WERE

12:11PM  17   MULTIPLE ISSUES DURING THESE RUNS WHICH ARE SUMMARIZED BELOW."

12:11PM  18        DO YOU SEE THAT LANGUAGE?

12:11PM  19   A.   YES.

12:11PM  20   Q.   AND THEN THERE'S A NUMBER 1, MINILAB 5B RUN.

12:11PM  21        THE FIRST BULLET SAYS, "HEPARIN NANOTAINER HAD BIG BUBBLE

12:11PM  22   UNDERNEATH THE PLUG OF BLOOD."

12:11PM  23        WHAT IS THE NANOTAINER?

12:11PM  24   A.   SO THE NANOTAINER WAS THE THERANOS PROPRIETARY DEVICE TO

12:11PM  25   COLLECT BLOOD.

GANGAKHEDKAR DIRECT BY MR. LEACH                          1172

12:11PM  1     Q.   ESSENTIALLY A BLOOD COLLECTION DEVICE?

12:11PM  2     A.   YES.

12:11PM  3     Q.   AND HOW DID THAT COMPARE TO TUBES OR BLOOD COLLECTION

12:12PM  4     DEVICES THAT MIGHT BE USED IN OTHER SETTINGS?

12:12PM  5     A.   SO THE NANOTAINER WAS A LOW VOLUME COLLECTION DEVICE.

12:12PM  6     Q.   AND WHAT DID THAT MEAN TO YOU IT HAD A BIG BUBBLE

12:12PM  7     UNDERNEATH THE PLUG OF BLOOD, WHY WAS THAT AN ISSUE?

12:12PM  8     A.   SO EITHER IT COULD HAVE -- ESSENTIALLY COULD HAVE NOT

12:12PM  9     COLLECTED THE REQUIRED SAMPLE VOLUME.

12:12PM 10     Q.   AND THE NEXT BULLET SAYS, "CARTRIDGE LID OPENING FAILED,

12:12PM 11     IN SPITE OF THE FACT THAT THE SAME CARTRIDGE HAD BEEN QC'ED A

12:12PM 12     FEW MINUTES PRIOR."

12:12PM 13          WHAT DID THAT MEAN?

12:12PM 14     A.   SO THERE WAS AN ISSUE WITH THE CARTRIDGE LID, SO IN SPITE

12:12PM 15     OF THE CARTRIDGE BEING QC'ED, IT SEEMS LIKE THEY HAVE AN ISSUE

12:12PM 16     WITH THE CARTRIDGE LID OPENING AND IT FAILED.

12:12PM 17     Q.   THE NEXT BULLET SAYS, "ROUND VESSELS WERE PICKED UP BY

12:13PM 18     BLOOD TIPS DURING THE RUN."

12:13PM 19          WHY IS THAT AN ISSUE?

12:13PM 20     A.   I'M NOT VERY FAMILIAR WITH THESE CBC ASSAYS, SO I MIGHT

12:13PM 21     NOT BE ABLE TO GIVE YOU THE EXACT REASON BEHIND THAT PARTICULAR

12:13PM 22     POINT.

12:13PM 23     Q.   OKAY.  DID YOU HAVE A HIGH LEVEL UNDERSTANDING AT THAT

12:13PM 24     POINT WHY IT MIGHT BE AN ISSUE?

12:13PM 25     A.   NOT MUCH BECAUSE I WASN'T VERY FAMILIAR WITH WHAT WAS

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1173

12:13PM   1    HAPPENING WITH THE OTHER FUNCTIONS.  SO APART FROM ONLY READING

12:13PM   2    EMAILS WHERE I WAS COPIED ON, I DIDN'T KNOW ALL OF THE DETAILS

12:13PM   3    OF THE OTHER FUNCTIONS.

12:13PM   4    Q.   OKAY.  SO THIS RELATES TO CBC, WHICH IS AN ASSAY GROUP

12:13PM   5    THAT YOU'RE NOT RESPONSIBLE FOR, BUT YOU'RE ON THE CHAIN

12:13PM   6    BECAUSE YOU'RE ALSO DEVELOPING ASSAYS FOR THESE DEVICES?

12:13PM   7    A.   YES.

12:13PM   8    Q.   OKAY.  YOU WRITE AT THE TOP OF IT -- IF WE CAN ZOOM OUT

12:13PM   9    HERE AND GO TO MS. GANGAKHEDKAR'S RESPONSE AT THE TOP.

12:14PM  10        YOU WRITE, "A CONCERN ALSO EXISTS WITH THE BLOOD VOLUMES

12:14PM  11    COLLECTED IN THE NANOTAINER."

12:14PM  12        WHAT WERE YOU GETTING AT THERE?

12:14PM  13    A.   SO ESSENTIALLY I'M CONVEYING THAT THE AMOUNT OF BLOOD THAT

12:14PM  14    IS BEING SELECTED IN THE DEMO RUNS FOR THE NANOTAINER.

12:14PM  15    Q.   AND WHY WAS THAT AN ISSUE?  WHY WAS THAT A CONCERN?

12:14PM  16    A.   WELL, IF THERE ISN'T SUFFICIENT BLOOD IN THE NANOTAINER,

12:14PM  17    THEN THERE ISN'T SUFFICIENT VOLUME OF SAMPLE TO TEST FOR THE

12:14PM  18    CARTRIDGE.

12:14PM  19    Q.   PRIOR TO YOUR RESIGNATION, DID THIS ISSUE OR OTHER ISSUES

12:14PM  20    WITH THE NANOTAINER EVER GET RESOLVED FROM YOUR POINT OF VIEW?

12:15PM  21    A.   NO.

12:15PM  22    Q.   ARE THE ISSUES REPORTED IN EXHIBIT 853 TYPICAL OF SOME OF

12:15PM  23    THE ISSUES THAT YOU WERE SEEING WITH TESTING ON THE 4S?

12:15PM  24    A.   YES.

12:15PM  25    Q.   LET ME PLEASE DRAW YOUR ATTENTION TO THE NEXT EXHIBIT,

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1174

12:15PM   1    WHICH IS 5084.  DO YOU HAVE THAT DOCUMENT IN FRONT OF YOU,

12:15PM   2    MS. GANGAKHEDKAR?

12:15PM   3    A.   YES.

12:15PM   4    Q.   ARE YOU FAMILIAR WITH THIS DOCUMENT?

12:15PM   5    A.   YES.

12:15PM   6    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 2.  ON PAGE 2 IS THERE

12:16PM   7    AN EMAIL FROM YOU TO MS. HOLMES, DANIEL YOUNG AND OTHERS WITH

12:16PM   8    THE SUBJECT OF ELISA DATA FOR TODAY?

12:16PM   9    A.   YES.

12:16PM  10    Q.   YES.  AND ARE YOU UPDATING MS. HOLMES ON ELISA TESTING ON

12:16PM  11    THE 4S IN THE MAY 2013 TIME PERIOD?

12:16PM  12    A.   YES.

12:16PM  13             MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 5084 INTO

12:16PM  14    EVIDENCE.

12:16PM  15             MR. WADE:  YES.  WE STIPULATED.

12:16PM  16             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:16PM  17    (GOVERNMENT'S EXHIBIT 5084 WAS RECEIVED IN EVIDENCE.)

12:16PM  18             MR. LEACH:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 2 AND

12:16PM  19    START AT THE TOP OF THE DOCUMENT TO WHERE IT SAYS DEMO DATA IN

12:16PM  20    BOLD.

12:17PM  21    THANK YOU VERY MUCH.

12:17PM  22    Q.   ARE YOU ABLE TO SEE IT ON THE SCREEN, MS. GANGAKHEDKAR?

12:17PM  23    A.   I CAN.

12:17PM  24    Q.   I DON'T HAVE IT ON MINE FOR SOME REASON.

12:17PM  25    YOU WRITE ELISA DATA FOR TODAY.  WHAT ARE YOU SUMMARIZING

GANGAKHEDKAR DIRECT BY MR. LEACH                    1175

```
12:17PM   1    FOR MS. HOLMES AND OTHERS HERE?

12:17PM   2    A.   SO THIS IS THE SUMMARY ON THE 4.0 DEVICE.

12:17PM   3    Q.   YOU WROTE CALIBRATION, BULLET "VIT D -- VERY NOISY,

12:17PM   4    CALIBRATION CURVE CANNOT BE GENERATED."

12:17PM   5        WHAT DID YOU MEAN BY THAT?

12:17PM   6    A.   BASICALLY WE WOULD RUN -- A CALIBRATION CURVE IS A SET OF

12:17PM   7    STANDARDS OF KNOWN CONCENTRATIONS, AND I'M REPORTING BACK THAT

12:17PM   8    WE COULDN'T GET A CALIBRATION CURVE, A SUCCESSFUL CURVE OUT OF

12:17PM   9    THE RUNS ON THE SYSTEM.

12:17PM  10    Q.   IS THAT WHAT YOU MEAN BY VERY NOISY?

12:17PM  11    A.   YES.

12:17PM  12    Q.   IN THE PARAGRAPH BELOW THAT YOU WROTE, "WE REALLY DON'T

12:18PM  13    HAVE AN UNDERSTANDING OF THE KINETICS OF THIS ASSAY."

12:18PM  14        WAS THAT ACCURATE AT THE TIME?

12:18PM  15    A.   SO I WOULD LIKE TO ADD IN THIS EMAIL THREAD --

12:18PM  16    Q.   SURE.

12:18PM  17    A.   -- BECAUSE I THINK AT THE TOP OF IT, IT SAYS PLEASE

12:18PM  18    COMMENT ON YOUR READ ON THE ASSAY ISSUES FOR SAM.

12:18PM  19        SO I BELIEVE THAT SOME OF THE COMMENTS IN HERE HAVE BEEN

12:18PM  20    INSERTED BY SAM ON THE EMAIL THAT I HAD SENT.

12:18PM  21    Q.   AND IT'S A WONDERFUL POINT.  THANK YOU FOR POINTING THAT

12:18PM  22    OUT, MS. GANGAKHEDKAR.

12:18PM  23        SO AT THE TOP OF THE DOCUMENT --

12:18PM  24        AND IF WE CAN ZOOM OUT, MS. HOLLIMAN.

12:18PM  25        -- YOU'RE REFERRING TO THE TOP WHERE IT SAYS, "PLEASE
```

GANGAKHEDKAR DIRECT BY MR. LEACH                    1176

12:18PM   1    COMMENT ON YOUR READ ON ROOT CAUSE FOR THESE ISSUES,

12:18PM   2    ELIZABETH?"

12:18PM   3        AND YOU TOOK THAT AS DIRECTION FROM MR. ANEKAL TO MAKE

12:18PM   4    COMMENT ON WHAT YOU WERE REPORTING HERE?

12:18PM   5    A.   YES.

12:18PM   6    Q.   AND IF WE CAN GO BACK TO THE BODY, ARE YOU SAYING THAT THE

12:19PM   7    THINGS OUTSIDE OF THE BULLETS ARE MR. ANEKAL'S COMMENTS

12:19PM   8    RESPONSE TO WHAT YOU WERE REPORTING?

12:19PM   9    A.   YES.

12:19PM  10    Q.   AND SO THAT'S MR. ANEKAL WRITING, "WE REALLY DON'T HAVE AN

12:19PM  11    UNDERSTANDING OF THE KINETICS OF THIS ASSAY"?

12:19PM  12    A.   YES.

12:19PM  13    Q.   OKAY.  DID YOU HAVE A VIEW OF THAT ONE WAY OR ANOTHER?

12:19PM  14    A.   WELL, WE, WE HAD SPENT I THINK LIKE SOME SIGNIFICANT TIME

12:19PM  15    ON THE VITAMIN D ASSAY.  IT WAS A VERY CHALLENGING ASSAY TO

12:19PM  16    DEVELOP, BUT, OF COURSE, I THINK MOVING FROM THE 3.0 AND TRYING

12:19PM  17    TO UNDERSTAND HOW THE 4.0 INSTRUMENT WORKS AND THE INHERENT

12:19PM  18    ISSUES OF THE SYSTEM WERE AT THAT POINT UNKNOWN TO US.

12:19PM  19        SO IT WAS ESSENTIALLY WE MIGHT AS WELL BE LOOKING AT LIKE

12:19PM  20    REDEVELOPING THE ASSAYS ON THE 4.0.

12:19PM  21    Q.   THANK YOU.  IN THE THIRD BULLET -- THAT'S YOU WRITING IN

12:20PM  22    THE BULLET POINTS IN THIS EMAIL; CORRECT?

12:20PM  23    A.   YES.

12:20PM  24    Q.   OKAY.  YOU WROTE, "TSH, NO RESPONSE, TROUBLESHOOTING

12:20PM  25    ISSUES."

UNITED STATES COURT REPORTERS

**ER-4871**

GANGAKHEDKAR DIRECT BY MR. LEACH                          1177

| | | |
|---|---|---|
| 12:20PM | 1 | WHAT IS TSH? |
| 12:20PM | 2 | A.   SO IT IS A PROTEIN TARGET. |
| 12:20PM | 3 | Q.   WHAT DID YOU MEAN BY "NO RESPONSE, TROUBLESHOOTING |
| 12:20PM | 4 | ISSUES"? |
| 12:20PM | 5 | A.   SO WE RAN THE TESTS ON THE 4.0'S, AND WE DID NOT GET ANY |
| 12:20PM | 6 | RESPONSE? |
| 12:20PM | 7 | Q.   IS THAT GOOD NEWS OR BAD NEWS? |
| 12:20PM | 8 | A.   BAD NEWS. |
| 12:20PM | 9 | Q.   IN THE NEXT BULLET YOU WROTE, "7 ERRORS IN 20 RUNS; 2 DUE |
| 12:20PM | 10 | TO ROUND VESSEL PICK UP; 1 -- COLOR STRIP DROPPED; 4 -- |
| 12:20PM | 11 | UNKNOWN." |
| 12:20PM | 12 | WHAT WERE YOU ARE COMMUNICATING THERE? |
| 12:20PM | 13 | A.   SO ESSENTIALLY SUMMARIZING THE DATA FOR THAT PARTICULAR |
| 12:20PM | 14 | DAY THAT WE HAD LIKE 20 RUNS, AND THOSE WERE SOME OF THE |
| 12:20PM | 15 | PROBLEMS THAT WE HAD ENCOUNTERED. |
| 12:20PM | 16 | Q.   IS THIS EXEMPLARY OF SOME OF THE ISSUES THAT YOU WERE |
| 12:21PM | 17 | OBSERVING IN TRYING TO TRANSFER ASSAYS THAT YOU WERE DEVELOPING |
| 12:21PM | 18 | ONTO THE 4.0? |
| 12:21PM | 19 | A.   YES. |
| 12:21PM | 20 | Q.   DID THESE ISSUES EVER GET RESOLVED IN YOUR MIND? |
| 12:21PM | 21 | A.   NO. |
| 12:21PM | 22 | Q.   LET ME DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS 5089. |
| 12:21PM | 23 | AND IF I COULD DRAW YOUR -- DO YOU HAVE THAT IN FRONT OF |
| 12:21PM | 24 | YOU, MS. GANGAKHEDKAR? |
| 12:21PM | 25 | A.   YES. |

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1178

12:21PM   1     Q.   AND LET ME DRAW YOUR ATTENTION TO PAGE 3, PLEASE.

12:21PM   2          DO YOU SEE AN EMAIL FROM ELIZABETH HOLMES TO YOU AND

12:21PM   3     OTHERS WITH THE SUBJECT 11TH?

12:21PM   4     A.   YES.

12:21PM   5     Q.   IF YOU COULD GO TO THE NEXT PAGE, PAGE 2.  DOWN AT THE

12:22PM   6     BOTTOM ARE YOU FORWARDING MS. HOLMES'S EMAIL TO MEMBERS OF YOUR

12:22PM   7     TEAM IN ORDER TO KEEP THEM APPRISED OF WHAT MS. HOLMES WAS

12:22PM   8     COMMUNICATING TO YOU?

12:22PM   9     A.   YES.

12:22PM  10     Q.   AND IS THE REMAINDER OF THIS DOCUMENT DETAILS ABOUT HOW

12:22PM  11     YOUR TEAM IS GOING TO EXECUTE ON THAT DIRECTION?

12:22PM  12     A.   YES.

12:22PM  13     Q.   OKAY.  DID YOU USE EMAIL IN THE ORDINARY COURSE OF

12:22PM  14     BUSINESS TO COMMUNICATE DIRECTIVES TO YOUR TEAM ABOUT HOW TO

12:22PM  15     DEVELOP ASSAYS AND HOW TO FOLLOW THROUGH ON INSTRUCTIONS FROM

12:22PM  16     MS. HOLMES?

12:22PM  17     A.   YES.

12:22PM  18     Q.   AND WERE THOSE PREPARED AT OR NEAR THE TIME BY FOLKS

12:22PM  19     WITHIN YOUR GROUP WITH KNOWLEDGE?

12:22PM  20     A.   YES.

12:22PM  21     Q.   AND WERE THESE EMAILS KEPT IN THE REGULAR COURSE OF

12:23PM  22     BUSINESS SO PEOPLE COULD UNDERSTAND WHAT OR HOW PEOPLE WERE

12:23PM  23     EXECUTING ON MS. HOLMES'S DIRECTION?

12:23PM  24     A.   I THINK SO.

12:23PM  25     Q.   WAS IT THE REGULAR PRACTICE FOR YOU AND YOUR TEAM TO

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1179

12:23PM   1    PREPARE EMAILS LIKE THIS TO KEEP EACH OTHER APPRISED ABOUT HOW

12:23PM   2    YOU WERE EXECUTING ON MS. HOLMES'S DIRECTION?

12:23PM   3    A.   YES.

12:23PM   4    Q.   OKAY.  AND DID YOU FEEL THAT YOU WERE UNDER A BUSINESS

12:23PM   5    DUTY TO BE ACCURATE IN THESE EMAILS?

12:23PM   6    A.   YES.

12:23PM   7            MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 5089 INTO

12:23PM   8    EVIDENCE.

12:23PM   9            MR. WADE:  NO OBJECTION, YOUR HONOR.

12:23PM  10            THE COURT:  IT'S RECEIVED.  IT MAY BE PUBLISHED.

12:23PM  11       (GOVERNMENT'S EXHIBIT 5089 WAS RECEIVED IN EVIDENCE.)

12:23PM  12            MR. LEACH:  MS. HOLLIMAN, IF WE CAN PLEASE START ON

12:23PM  13    PAGE 3.  AND IF WE COULD HIGHLIGHT THE ENTIRETY OF THE TEXT, IF

12:23PM  14    WE COULD, RIGHT DOWN TO THE SIGNATURE LINE.

12:23PM  15        THERE YOU GO.  WONDERFUL.  THANK YOU.

12:23PM  16    Q.   DO YOU SEE ELIZABETH HOLMES'S NAME IN THE FROM LINE?

12:24PM  17    A.   YES.

12:24PM  18    Q.   AND THERE'S SOME FOLKS WE HAVEN'T TALKED ABOUT YET,

12:24PM  19    MICHAEL CHEN, CLARISSA LIU, AND PEY-JIUN KO.  WHO ARE THEY?

12:24PM  20    A.   SO MICHAEL CHEN AND CLARISSA LIU WERE RESPONSIBLE FOR

12:24PM  21    DEVELOPING OR PROVIDING THE CARTRIDGES FOR THE 4.0 SYSTEMS.

12:24PM  22        I AM NOT SURE WHO PEY-JIUN KO IS.

12:24PM  23    Q.   IN THE CC LINE, IN ADDITION TO MR. BALWANI AND

12:24PM  24    DANIEL YOUNG, THERE'S TWO NAMES, DANIEL EDLIN AND

12:24PM  25    CHRISTIAN HOLMES.

GANGAKHEDKAR DIRECT BY MR. LEACH                                        1180

12:24PM   1         WERE YOU FAMILIAR WITH THEM?

12:24PM   2    A.   YES.

12:24PM   3    Q.   AND WHO WERE THEY?

12:24PM   4    A.   SO CHRISTIAN HOLMES WAS LEADING THE PROJECT -- A GROUP OF

12:24PM   5    PROJECT MANAGERS, AND DANIEL EDLIN WAS ONE OF THE PROJECT

12:24PM   6    MANAGERS.

12:24PM   7    Q.   DO YOU SEE THERE'S A LINE IN THE EMAIL HEADER IMPORTANCE

12:25PM   8    HIGH?

12:25PM   9    A.   YES.

12:25PM  10    Q.   AND WHAT DID THAT MEAN TO YOU?

12:25PM  11    A.   SO THAT MEANS THAT IT IS A HIGHER PRIORITY PROJECT OR

12:25PM  12    ACTIVITY THAN THE OTHER WORK THAT WE WERE DOING.

12:25PM  13    Q.   MS. HOLMES WRITES, "THIS IS THE MOST IMPORTANT PRIORITY

12:25PM  14    ABOVE ALL ELSE FOR THIS WEEK.

12:25PM  15         "CHINMAY, PAUL, SUREKHA:  PLEASE ASSIGN ALL MEMBERS OF

12:25PM  16    YOUR TEAM WHO CAN CONTRIBUTE TO THIS INITIATIVE; THIS IS THE

12:25PM  17    ONLY THING THOSE TEAM MEMBERS SHOULD FOCUS ON UNTIL THE DEMO IS

12:25PM  18    COMPLETE."

12:25PM  19         WHAT DID THAT MEAN, "THE DEMO"?

12:25PM  20    A.   SO IT WAS A DEMO TO SHOW HOW THE 4.0 WORKED.

12:25PM  21    Q.   SITTING HERE TODAY DO YOU HAVE A MEMORY OF WHO THE DEMO

12:25PM  22    WAS FOR?

12:25PM  23    A.    NO.  USUALLY THAT INFORMATION WAS NOT RELEASED.

12:25PM  24    Q.   OKAY.  IN THE FOURTH PARAGRAPH IT SAYS, "AS DISCUSSED, THE

12:26PM  25    TARGET IS TO RUN MINILAB (BLADES) -- OMNIPLEX, BUT POTENTIALLY

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1181

12:26PM   1    SPLITTING CBC, ELISA, AND GC AS NEEDED."

12:26PM   2        CAN YOU TRANSLATE FOR US?  WHAT DOES THAT MEAN TO YOU?

12:26PM   3    A.   SO THE OMNIPLEX IS A SINGLE CARTRIDGE THAT COULD RUN THE

12:26PM   4    THREE TYPES OF ASSAYS LISTED HERE, CBC, ELISA, AND GC.

12:26PM   5    Q.   GC IS AN ACRONYM FOR GENERAL CHEMISTRY.

12:26PM   6        WE NEED TO SPEAK ONE AT A TIME, MS. GANGAKHEDKAR, AND I'LL

12:26PM   7    DO MY BEST TO DO THAT.

12:26PM   8        IS GC AN ACRONYM FOR GENERAL CHEMISTRY?

12:26PM   9    A.   YES.

12:26PM   10   Q.   AND CBC, WHAT DOES THAT STAND FOR?

12:26PM   11   A.   COMPLETE BLOOD COUNT.

12:26PM   12   Q.   THANK YOU.  AND WHEN MS. HOLMES SAYS THE TARGET IS TO RUN

12:27PM   13   MINILAB, WHAT DID YOU TAKE THAT TO MEAN?

12:27PM   14   A.   SO THAT IS A VERSION OF THE 4.0.

12:27PM   15   Q.   AND IS THAT THE VERSION THAT YOU UNDERSTOOD WAS TO BE THE

12:27PM   16   TARGET FOR THE DEMO?

12:27PM   17   A.   YES.

12:27PM   18   Q.   THE NEXT LINE SAYS "SECONDARY/ADDITIONAL TARGET IS TO RUN

12:27PM   19   THE 4S."

12:27PM   20       DO YOU SEE THAT LANGUAGE?

12:27PM   21   A.   YES.

12:27PM   22   Q.   AND WHAT DOES THAT MEAN, "SECONDARY/ADDITIONAL TARGET"?

12:27PM   23   A.   SO THERE WERE DIFFERENT CONFIGURATIONS OF THE 4.0 DEVICES.

12:27PM   24   ONE OF THEM WAS 4S.  THE OTHER ONE WAS CALLED THE MINILAB.

12:27PM   25   Q.   AND WHEN THAT'S THE SECONDARY OR ADDITIONAL TARGET, WHAT

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1182

12:27PM   1     DID THAT MEAN TO YOU?

12:27PM   2     A.   I'M SORRY, I CAN'T ANSWER THAT BECAUSE I DON'T EXACTLY

12:27PM   3     RECOLLECT WHAT THE DIFFERENCES BETWEEN THE VERSIONS WERE.

12:27PM   4     Q.   OKAY.  THE NEXT LINE SAYS, "AS BACKUP, THE MANUAL PROCESS

12:28PM   5     SHOULD BE FLAWLESS AND RELIABLE."

12:28PM   6          WHAT DID YOU UNDERSTAND THE MANUAL PROCESS TO BE?

12:28PM   7     A.   MY UNDERSTANDING FOR THE MANUAL PROCESS MEANS -- BECAUSE

12:28PM   8     FOR THE ELISA'S WE DID HAVE THE ASSAYS ON THE 4.0'S, AND SO

12:28PM   9     PERHAPS FOR THE CBC AND GENERAL CHEMISTRY ASSAYS THEY WERE

12:28PM  10     TESTING THE SAMPLES IN A DIFFERENT METHOD, WHICH IS A MANUAL

12:28PM  11     PROCESS.

12:28PM  12     Q.   DID YOU TAKE THIS AS DIRECTION TO BE TRY THE MINILAB

12:28PM  13     FIRST, IF NOT, THE 4S, AND THEN AS A BACKUP THE MANUAL PROCESS?

12:28PM  14     IS THAT HOW YOU UNDERSTOOD THIS?

12:28PM  15     A.   I WOULD THINK SO.

12:28PM  16     Q.   THAT LAST LINE IS "BCD'S NEED TO BE FLAWLESS."

12:28PM  17          WHAT DOES BCD MEAN?

12:28PM  18     A.   SO THOSE ARE THE BLOOD COLLECTION DEVICES.

12:29PM  19     Q.   AND ONE OF THOSE IS THE NANOTAINER?

12:29PM  20     A.   YES.

12:29PM  21     Q.   OKAY.  IF WE CAN STRADDLE PAGE 2 AND PAGE 3 WITH THE EMAIL

12:29PM  22     FROM MS. GANGAKHEDKAR.

12:29PM  23          THERE'S A WAY, MS. HOLLIMAN, TO SHOW THE BOTTOM OF PAGE 2

12:29PM  24     AND THE TOP OF PAGE 3 AT THE SAME TIME.

12:29PM  25          WHY DON'T WE START THERE, MS. HOLLIMAN, AND EXPAND THE

GANGAKHEDKAR DIRECT BY MR. LEACH                              1183

12:30PM   1      BOTTOM HALF OF THIS EMAIL.

12:30PM   2          I'M SORRY, IF WE CAN ALSO GET THE NAMES JUST BENEATH THE

12:30PM   3      SEND DATED.

12:30PM   4          WONDERFUL.  THANK YOU.

12:30PM   5          MS. GANGAKHEDKAR, YOU FORWARDED THIS TO SOME INDIVIDUALS,

12:30PM   6      KAREN SHAW AND OTHERS.  I JUST WANT -- COULD YOU JUST WALK US

12:30PM   7      THROUGH WHO THE INDIVIDUALS ARE IN THE TO LINE?

12:30PM   8      A.   SURE.  SO KAREN SHAW WAS AN ASSAY DEVELOPER IN THE ELISA

12:30PM   9      TEAM; THE SAME FOR NAHAL GHARAATI;

12:30PM  10          MICHELLE JOHNSON WERE SENIOR SCIENTISTS OR ASSAY

12:30PM  11      DEVELOPERS;

12:30PM  12          SHARADA SIVARAMAN AND TINA NOYES WERE THE TEAM LEADS IN

12:31PM  13      THE ELISA GROUP; AND,

12:31PM  14          ESTER CHEN WAS RESPONSIBLE FOR THE FORMULATIONS AND

12:31PM  15      CARTRIDGE BUILDS.

12:31PM  16      Q.   MS. SHAW IS REPORTING AT THE END OF THE NEXT EMAIL, "MAIN

12:31PM  17      BOTTLENECK I IMAGINE WILL BE NUMBER OF READERS AND WHAT TIME

12:31PM  18      THEY ARE RELEASED FROM QC EACH DAY.  HOPEFULLY THEY CAN GET

12:31PM  19      MORE GOING SO WE CAN RUN ASAP AND FIND OUT IF ANYTHING NEEDS

12:31PM  20      TWEAKING."

12:31PM  21          DO YOU SEE THAT LANGUAGE?

12:31PM  22      A.   YES.

12:31PM  23      Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

12:31PM  24      A.   SO THE AVAILABILITY OF THE NUMBER OF READERS TO DO ANY

12:31PM  25      KIND OF DEVELOPMENT OR TESTING WAS ALWAYS A GAP.  SO DEPENDING

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1184

12:31PM  1   UPON HOW MANY WORKING READERS WERE AVAILABLE TO THE DEVELOPMENT

12:32PM  2   TEAMS, WE HAD TO PLAN OUR DAY AROUND THAT.

12:32PM  3   Q.  A READER IS A REFERENCE TO A DEVICE?

12:32PM  4   A.  YES, SO ESSENTIALLY THE 4.0 DEVICES.

12:32PM  5   Q.  OKAY.  IF WE CAN ZOOM OUT, PLEASE, MS. HOLLIMAN, AND THEN

12:32PM  6   GO TO TINA NOYES'S EMAIL AT THE TOP OF THIS PAGE.

12:32PM  7       MS. GANGAKHEDKAR, MS. NOYES IS WRITING TO THE GROUP HERE,

12:32PM  8   "WELL THE LAST TIME WE RAN THE OMNI, THE DATA WAS PRETTY

12:32PM  9   TERRIBLE.  TSH GAVE DARK COUNTS FOR A WHILE AND THEN MAGICALLY

12:32PM  10  STARTED WORKING AGAIN."

12:32PM  11      DO YOU SEE THAT LANGUAGE?

12:32PM  12  A.  YES.

12:32PM  13  Q.  AND WHAT ARE DARK COUNTS?

12:32PM  14  A.  BASICALLY BACKGROUND COUNTS, SO THERE'S NO RESPONSE

12:33PM  15  AVAILABLE, NO SIGNAL.

12:33PM  16  Q.  AND IS THIS EXEMPLARY OF SOME OF THE ISSUES YOU AND YOUR

12:33PM  17  TEAM WERE EXPERIENCING WITH THE NEXT GENERATION OF THERANOS

12:33PM  18  DEVICES?

12:33PM  19  A.  YES.

12:33PM  20  Q.  DID THESE EVER GET RESOLVED BEFORE YOU RESIGNED?

12:33PM  21  A.  NO.

12:33PM  22  Q.  SO THIS EMAIL -- WE CAN TAKE THIS DOWN, MS. HOLLIMAN,

12:33PM  23  THANK YOU.

12:33PM  24      WE'RE IN JULY OF 2015, MS. GANGAKHEDKAR.  IN OR AROUND THE

12:33PM  25  MIDDLE OR LATE JULY OF 2013, DID YOU GO ON A VACATION?

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1185

12:33PM  1    A.   YES.

12:33PM  2    Q.   AND WHERE DID YOU GO?

12:33PM  3    A.   I WENT TO INDIA.

12:33PM  4    Q.   HOW LONG WERE YOU THERE FOR?

12:33PM  5    A.   SO I WENT FROM I THINK THE 21ST OF JULY AND CAME BACK

12:33PM  6    AROUND THE 17TH OF AUGUST.

12:33PM  7    Q.   OKAY.  AT THE TIME THAT YOU LEFT FOR YOUR VACATION, HOW

12:34PM  8    WOULD YOU DESCRIBE THE STATUS OF YOUR WORK?  WHAT WERE YOU --

12:34PM  9    WHAT DID YOU UNDERSTAND THE PRIORITY OR THE PLAN IN TERMS OF

12:34PM  10   YOUR ASSAY DEVELOPMENT?

12:34PM  11   A.   SO TWO PATHWAYS.  ESSENTIALLY CONTINUING TO DEVELOP THE

12:34PM  12   ASSAYS FROM THE PRIORITY LIST THAT WAS GIVEN TO US ON THE

12:34PM  13   EDISON 3.0'S AND ALSO HAD A SMALL TEAM OF THE GROUP, A SMALL

12:34PM  14   GROUP OF WORKING ON BRINGING UP THE 4.0'S.

12:34PM  15        THAT ESSENTIALLY MEANT TESTING THE ASSAYS ON THE 4.0'S.

12:34PM  16   Q.   WERE YOU AWARE OF ANY PLAN TO LAUNCH AT WALGREENS

12:34PM  17   IMMINENTLY WHEN YOU LEFT ON YOUR VACATION?

12:34PM  18   A.   I WAS NOT.

12:34PM  19   Q.   WERE YOU AWARE OF ANY PLAN TO GO LIVE WITH THERANOS

12:34PM  20   DEVICES IN THE CLIA LAB BEFORE YOU WENT ON VACATION?

12:34PM  21   A.   I WAS NOT.

12:34PM  22   Q.   WERE YOU AWARE OF ANY PLAN TO MODIFY THIRD PARTY DEVICES

12:35PM  23   SUCH AS SIEMENS MACHINES FOR USE IN THE CLIA LAB?

12:35PM  24   A.   NOT AT THAT TIME.

12:35PM  25   Q.   AND WHEN YOU COME BACK IN THE MIDDLE OF AUGUST OF 2013,

GANGAKHEDKAR DIRECT BY MR. LEACH                    1186

12:35PM  1    WHAT DID YOU LEARN?

12:35PM  2    A.   THAT WE WERE LAUNCHING ASSAYS TO USE ON PATIENT SAMPLES.

12:35PM  3    Q.   OKAY.  AND WERE YOU SURPRISED BY THAT?

12:35PM  4    A.   YES.

12:35PM  5    Q.   WHY WERE YOU SURPRISED?

12:35PM  6    A.   WELL, BECAUSE I DIDN'T THINK THAT THE 3.0 DEVICES WERE

12:35PM  7    READY TO BE USED FOR PATIENT SAMPLES.

12:35PM  8    Q.   WHEN YOU SAY YOU DIDN'T THINK THAT THE 3.0'S WERE READY

12:35PM  9    FOR USE ON PATIENT SAMPLES, DOES THAT INCLUDE THE 3.5'S?

12:35PM  10   A.   YES.

12:35PM  11   Q.   WHY DID YOU BELIEVE THE 3.0'S AND THE 3.5'S WERE NOT READY

12:35PM  12   FOR USE ON THE PATIENT SAMPLES?

12:35PM  13   A.   BECAUSE WE WERE AWARE THAT THERE WERE RELIABILITY ISSUES

12:36PM  14   WITH THE EDISON 3.0'S, AND AT THAT TIME THEY WERE NOT FULLY

12:36PM  15   RESOLVED.

12:36PM  16   Q.   WHEN YOU SAY, "WE WERE AWARE," DID YOU HAVE DISCUSSIONS

12:36PM  17   PRIOR TO THE MIDDLE OF AUGUST WITH MS. HOLMES ABOUT THOSE

12:36PM  18   ISSUES?

12:36PM  19   A.   SO SHE, SHE WAS -- IN MY OPINION SHE WAS AWARE BECAUSE

12:36PM  20   THAT WAS A STOPGAP METHOD TO USE UNTIL THE 4.0 DEVICES WOULD BE

12:36PM  21   AVAILABLE FOR DEVELOPMENT.

12:36PM  22   Q.   AND WHEN YOU SAY THAT THE 3.0 AND THE 3.5 HAD RELIABILITY

12:36PM  23   ISSUES, WHAT DO YOU MEAN?  WHAT WERE THE ISSUES?

12:36PM  24   A.   SO THERE WERE LIKE PROBLEMS IN GIVING CONSISTENT RESULTS.

12:36PM  25   EITHER THEY WOULD HAVE I THINK PROBLEMS WITH THE RESPONSES AND

GANGAKHEDKAR DIRECT BY MR. LEACH                          1187

| | | |
|---|---|---|
| 12:36PM | 1 | RESULTS SUCH AS EITHER VERY LOW COUNTS OR VERY HIGH COUNTS AND |
| 12:36PM | 2 | THERE COULD BE PROBLEMS WITH THE PICKUP OF THE REAGENTS OR THE |
| 12:37PM | 3 | REACTION TIPS IN A RUN. |
| 12:37PM | 4 | Q.   PRIOR TO THE MIDDLE OF AUGUST, HAD YOU BEEN IN MEETINGS |
| 12:37PM | 5 | WITH MS. HOLMES WHERE SOME OF THESE ISSUES WERE DISCUSSED? |
| 12:37PM | 6 | A.   YES. |
| 12:37PM | 7 | Q.   WHEN YOU CAME BACK FROM YOUR VACATION IN THE MIDDLE OF |
| 12:37PM | 8 | AUGUST OF 2013, DID YOU ALSO LEARN OF A PLAN TO MODIFY SIEMENS |
| 12:37PM | 9 | MACHINES? |
| 12:37PM | 10 | A.   YES. |
| 12:37PM | 11 | Q.   AND WHAT DID YOU LEARN? |
| 12:37PM | 12 | A.   SO I, I LEARNED THROUGH THE EMAILS THAT THEY WERE LOOKING |
| 12:37PM | 13 | AT MODIFYING THE PROTOCOLS OF THE SIEMENS MACHINES TO BE ABLE |
| 12:37PM | 14 | TO USE LOWER SAMPLES OR DILUTED SAMPLES. |
| 12:37PM | 15 | Q.   BETWEEN LATE AUGUST OF 2013 AND THE TIME OF YOUR |
| 12:37PM | 16 | RESIGNATION, DID YOU FEEL PRESSURE TO VALIDATE ASSAYS FOR USE |
| 12:38PM | 17 | IN THE CLIA LAB? |
| 12:38PM | 18 | A.   YES. |
| 12:38PM | 19 | Q.   WAS THAT PRESSURE OUTSIDE OF THE NORMAL COURSE OF BUSINESS |
| 12:38PM | 20 | OR WAS THIS SOMETHING USUAL?  HOW WOULD YOU DESCRIBE IT? |
| 12:38PM | 21 | A.   SO IT WAS THE USUAL BECAUSE EVEN THROUGH THE PAST |
| 12:38PM | 22 | EXPERIENCES MANY TIMES THERE WOULD BE THESE NEW PROJECTS, |
| 12:38PM | 23 | PRIORITY DEMOS, THAT WE HAD TO DELIVER UPON. |
| 12:38PM | 24 |       BUT WITH THIS LAUNCH THAT IT SEEMED LIKE IT WAS IMMINENT, |
| 12:38PM | 25 | AND SO THERE WAS INCREASINGLY MORE PRESSURE ON GETTING THE |

GANGAKHEDKAR DIRECT BY MR. LEACH                    1188

12:38PM   1   STUDIES COMPLETED.

12:38PM   2   Q.   AND WHERE WAS THIS PRESSURE COMING FROM?

12:38PM   3   A.   FROM MS. HOLMES.

12:38PM   4   Q.   DID YOU FEEL AS IF THE VALIDATION WAS BEING RUSHED?

12:38PM   5   A.   YES.

12:38PM   6   Q.   AND WHY DO YOU SAY THAT?

12:38PM   7   A.   BECAUSE OF THE AMOUNT OF TIME THAT WE HAD AT THE TIME OF

12:38PM   8   THE LAUNCH AND WHERE WE WERE WITH THE 3.0 DEVICES GIVEN THAT

12:39PM   9   THEY WERE AWARE THAT THERE WERE ISSUES WITH 3.0'S, SO THEY WERE

12:39PM   10   LOOKING TO UPGRADE SOME OF THOSE ISSUES AND CAUSE -- THEY WERE

12:39PM   11   LOOKING TO UPGRADE SOME OF THOSE 3.0 DEVICES INTO A NEW VERSION

12:39PM   12   CALLED 3.5.

12:39PM   13   Q.   LET ME DRAW YOUR ATTENTION TO SOME DOCUMENTS FROM THIS

12:39PM   14   TIME PERIOD, AUGUST OF 2013, MS. GANGAKHEDKAR.

12:39PM   15       IF YOU COULD PLEASE LOOK IN YOUR BINDER AT EXHIBIT 5338.

12:39PM   16       DO YOU HAVE THAT IN FRONT OF YOU?

12:39PM   17   A.   YES.

12:39PM   18   Q.   AND DO YOU RECOGNIZE THIS AS AN EMAIL FROM

12:40PM   19   SHARADA SIVARAMAN TO DANIEL YOUNG WITH A COPY TO YOU?

12:40PM   20   A.   YES.

12:40PM   21   Q.   AND DO YOU BELIEVE THAT THIS WAS SENT DURING THE TIMEFRAME

12:40PM   22   OF YOUR VACATION?

12:40PM   23   A.   YES.

12:40PM   24   Q.   AND WHILE YOU WERE ON VACATION, DID SOMEBODY STAND IN FOR

12:40PM   25   YOU OR ASSUME YOUR RESPONSIBILITIES AS THE MANAGER OF ASSAY

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1189

12:40PM   1    SYSTEMS?

12:40PM   2    A.   YES.

12:40PM   3    Q.   AND WHO WAS THAT?

12:40PM   4    A.   SHARADA SIVARAMAN.

12:40PM   5    Q.   SO SHE WAS ESSENTIALLY STANDING IN YOUR SHOES?

12:40PM   6    A.   YES.

12:40PM   7    Q.   OKAY.  AND PART OF THAT RESPONSIBILITY WAS REPORTING TO

12:40PM   8    MS. HOLMES ABOUT WHERE THINGS WERE IN TERMS OF GETTING THESE

12:40PM   9    ASSAYS VALIDATED?

12:40PM  10    A.   YES.

12:40PM  11            MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 5338.

12:40PM  12            MR. WADE:  NO OBJECTION, YOUR HONOR.

12:40PM  13            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:40PM  14        (GOVERNMENT'S EXHIBIT 5338 WAS RECEIVED IN EVIDENCE.)

12:41PM  15            MR. LEACH:  IF WE CAN PLEASE ZOOM IN ON THE FIRST

12:41PM  16    HALF OF THIS CAPTURING BULLET 4.

12:41PM  17        THAT'S WONDERFUL.

12:41PM  18    Q.   I DRAW YOUR ATTENTION TO THE TOP PART OF THIS EMAIL.  DO

12:41PM  19    YOU SEE WHERE IT SAYS PLAN FOR ELISA LDT VALIDATION?

12:41PM  20    A.   YES.

12:41PM  21    Q.   AND WHAT DOES LDT MEAN?

12:41PM  22    A.   IT STANDS FOR LABORATORY DEVELOPED TEST.

12:41PM  23    Q.   AND WHAT DOES THAT MEAN IN THE CONTEXT OF THIS EMAIL?

12:41PM  24    A.   SO IT SEEMS THAT THIS IS A PLAN TO DEVELOP THE ELISA'S OR

12:41PM  25    RATHER CONDUCT THE VALIDATION OF THE ELISA'S THAT THEY HAD

GANGAKHEDKAR DIRECT BY MR. LEACH                          1190

12:41PM   1    DEVELOPED AT THERANOS AS AN LDT.

12:41PM   2    Q.    AND LDT TO BE USED IN THE THERANOS CLIA LAB?

12:41PM   3    A.    AND/OR WITH THE EDISON SYSTEMS.

12:42PM   4    Q.    OKAY.  MS. SIVARAMAN IS WRITING, "HI DANIEL, PLEASE FIND

12:42PM   5    ATTACHED THE VALIDATION PLAN FOR THE 6 ASSAYS IN A CARTRIDGE

12:42PM   6    SUMMARY FORMAT.  ALSO ATTACHED IS THE LDT VALIDATION PLAN WORD

12:42PM   7    DOCUMENT FOR TSH THAT ARNE HELPED DEVELOP IN 2011."

12:42PM   8         DO YOU SEE THAT LANGUAGE?

12:42PM   9    A.    YES.

12:42PM   10   Q.    AND WHO IS ARNE?

12:42PM   11   A.    ARNE, DR. ARNE WAS THE CLIA LAB DIRECTOR AT THAT TIME IN

12:42PM   12   2011.

12:42PM   13   Q.    OKAY.  WAS HE THE LAB DIRECTOR AT OR AROUND THE TIME OF

12:42PM   14   THE EMAIL?

12:42PM   15   A.    NO.

12:42PM   16   Q.    AND THE LDT VALIDATION PLAN.  WHAT IS THAT?

12:42PM   17   A.    SO, SO WE WERE -- IN PLANNING FOR AN EVENTUAL VALIDATION

12:42PM   18   STUDY FOR THE ASSAY TSH, WE HAD WORKED WITH ARNE IN GENERATING

12:43PM   19   THE VALIDATION PLAN AND WHAT IT WOULD LOOK LIKE.

12:43PM   20   Q.    SO THE HOPE IS TO VALIDATE THIS ASSAY FOR USE IN THE CLIA

12:43PM   21   LAB AND YOU PUT TOGETHER -- OR YOUR GROUP HAS PUT TOGETHER A

12:43PM   22   PLAN FOR HOW TO ACHIEVE THAT?

12:43PM   23   A.    YES.

12:43PM   24   Q.    OKAY.  LET ME DRAW YOUR ATTENTION TO PARAGRAPH NUMBER 3

12:43PM   25   WHERE IT SAYS, "THE TOTAL NUMBER OF DEVICES WILL DRIVE THE

GANGAKHEDKAR DIRECT BY MR. LEACH                    1191

12:43PM  1    TIMELINES FOR THE EXERCISE, IT WOULD BE GOOD IF WE CAN GET AN

12:43PM  2    ESTIMATE OF THIS IN ADVANCE.  SAM TOLD ME TODAY WE SHOULD HAVE

12:43PM  3    60, 3.5 DEVICES AVAILABLE BY 8/15.  I HAVE ONLY PLANNED OUT THE

12:43PM  4    EXERCISE WITH 3 READERS."

12:43PM  5        WHAT IS THAT PARAGRAPH GETTING AT?

12:43PM  6    A.   SO ESSENTIALLY THERE'S A SHORTAGE OF READERS AVAILABLE SO

12:44PM  7    THE 3.5 DEVICES WOULDN'T BE AVAILABLE UNTIL THE 15TH.

12:44PM  8    Q.   SO ONE OF THE LIMITS YOU ARE RUNNING UP AGAINST IS SIMPLY

12:44PM  9    THE AVAILABILITY OF DEVICES TO RUN YOUR VALIDATION WORK?

12:44PM  10   A.   YES.

12:44PM  11   Q.   IF WE CAN NOW GO TO THE BOTTOM HALF OF THE EMAIL,

12:44PM  12   MS. HOLLIMAN.

12:44PM  13       MS. GANGAKHEDKAR, I'M DRAWING YOUR ATTENTION TO

12:44PM  14   PARAGRAPH 6 WHERE IT SAYS, "ECO OF DOCUMENTATION:  ESTHER AND

12:44PM  15   THE MFG TEAM ARE GETTING READY WITH TIP COATING, REAGENT

12:44PM  16   FORMULATION, AND ANTIBODY CONJUGATIONS FOR THE VALIDATION."

12:44PM  17       CAN YOU HELP US UNDERSTAND WHAT THAT MEANS.

12:44PM  18   A.   SO THESE ARE ALL OF THE COMPONENTS OF THE CARTRIDGES,

12:44PM  19   ESSENTIALLY THE TIPS, THE REACTION TIPS, THE REAGENTS, AND THE

12:44PM  20   ANTIBODY CONJUGATIONS THAT ARE USED FOR THE TEST IN A

12:45PM  21   CARTRIDGE.

12:45PM  22       SO I BELIEVE SHARADA IS SUMMARIZING THAT THE MANUFACTURING

12:45PM  23   TEAM IS GETTING READY TO ENSURE THAT ALL OF THE COMPONENTS ARE

12:45PM  24   READY.

12:45PM  25   Q.   MS.  SIVARAMAN THEN WROTE, "UNTIL WE HAVE THE

GANGAKHEDKAR DIRECT BY MR. LEACH                                1192

12:45PM   1    DOCUMENTATION SQUARED AWAY WE WILL NOT BE ABLE TO START

12:45PM   2    FORMULATIONS SINCE EVERY STEP OF REAGENT PREPARATION WILL NEED

12:45PM   3    TO BE PER A DOCUMENT."

12:45PM   4        WHAT DID THAT MEAN?

12:45PM   5    A.   SO BEFORE THEY CAN START ANY OF THE PREP WORK FOR THE

12:45PM   6    REAGENTS, THEY NEED TO MAKE SURE THAT ALL OF THE APPROPRIATE

12:45PM   7    PROTOCOLS FOR THE REAGENT PREP AND QC'S AND MANUFACTURING NEED

12:45PM   8    TO BE IN PLACE.

12:45PM   9    Q.   AND WAS THAT ANOTHER HOLDUP FOR GETTING THE VALIDATION

12:45PM  10    WORK DONE?

12:45PM  11    A.   YES.

12:46PM  12    Q.   THANK YOU.  WE CAN TAKE THAT DOWN, MS. HOLLIMAN.

12:46PM  13        I'D LIKE TO DRAW YOUR ATTENTION, MS. GANGAKHEDKAR, TO

12:46PM  14    EXHIBIT 5096.

12:46PM  15        ARE YOU FAMILIAR WITH THIS DOCUMENT?

12:46PM  16    A.   YES.

12:46PM  17    Q.   IS THIS ANOTHER EMAIL FROM MS. SIVARAMAN WHEN YOU WERE OUT

12:46PM  18    ON VACATION?

12:46PM  19    A.   YES.

12:46PM  20    Q.   WHERE SHE WAS ESSENTIALLY STANDING IN YOUR SHOES AS

12:46PM  21    MANAGER OF ASSAY SYSTEMS?

12:46PM  22    A.   YES.

12:46PM  23    Q.   AND DO YOU BELIEVE THAT SHE IS PASSING ON TO YOUR GROUP

12:46PM  24    DIRECTIONS SHE RECEIVED FROM MS. HOLMES AND DR. YOUNG ABOUT THE

12:46PM  25    VALIDATION WORK THAT IS GOING ON IN THIS TIME PERIOD?

GANGAKHEDKAR DIRECT BY MR. LEACH                              1193

12:47PM   1    A.   YES.

12:47PM   2              MR. LEACH:  YOUR HONOR, THE GOVERNMENT MOVES

12:47PM   3    EXHIBIT 5096 INTO EVIDENCE.

12:47PM   4              MR. WADE:  NO OBJECTION, YOUR HONOR.

12:47PM   5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:47PM   6         (GOVERNMENT'S EXHIBIT 5096 WAS RECEIVED IN EVIDENCE.)

12:47PM   7              MR. LEACH:  MS. HOLLIMAN, IF WE CAN PLEASE ENLARGE

12:47PM   8    THE SUBSTANCE OF THE EMAIL AND THE HEADER.

12:47PM   9         WE'LL START WITH THE TOP HALF.

12:47PM  10    Q.   DO YOU SEE YOUR NAME IN THE CC LINE, MS. GANGAKHEDKAR?

12:47PM  11    A.   YES.

12:47PM  12    Q.   AND IS THIS TO MEMBERS OF THE ELISA ASSAY DEVELOPMENT

12:47PM  13    GROUP?

12:47PM  14    A.   YES.

12:47PM  15    Q.   AND MS. SIVARAMAN IS WRITING, "UPDATE FROM MEETING.  1.

12:48PM  16    THE LDT VALIDATION WILL BE THE TOP PRIORITY FOR THE GROUP FOR

12:48PM  17    NOW."

12:48PM  18         WHAT DOES THAT MEAN?

12:48PM  19    A.   SO THIS IS LETTING THE GROUP KNOW THAT THIS WILL BE THE

12:48PM  20    HIGHEST PRIORITY FOR NOW.

12:48PM  21    Q.   AND WHAT DOES LDT VALIDATION REFER TO?

12:48PM  22    A.   SO THAT'S THE LABORATORY DEVELOPED TEST VALIDATION.

12:48PM  23    Q.   GETTING TESTS VALIDATED ON THE 3.0 AND THE 3.5 FOR USE IN

12:48PM  24    THE CLIA LAB?

12:48PM  25    A.   YES.

GANGAKHEDKAR DIRECT BY MR. LEACH                          1194

12:48PM   1    Q.   NUMBER 2 IT SAYS, "RETAIL, DOD ANIMAL AND WALTER REED

12:48PM   2    ASSAYS TO BE ON THE BACK BURNER FOR NOW."

12:48PM   3         WHAT DID YOU UNDERSTAND THAT TO MEAN?

12:48PM   4    A.   SO THERE WERE OTHER ASSAY DEVELOPMENT PROJECTS THAT THE

12:48PM   5    TEAM MEMBERS WERE WORKING ON, AND I THINK THOSE ARE THE ONES

12:48PM   6    THAT ARE LISTED, ESSENTIALLY TELLING THE TEAM THAT ALL OF OUR

12:48PM   7    FOCUS SHOULD BE ON THE LDT VALIDATION AND NOT THE OTHER

12:49PM   8    DEVELOPMENT PROJECTS.

12:49PM   9    Q.   THANK YOU.  WE CAN TAKE THAT DOCUMENT DOWN, MS. HOLLIMAN.

12:49PM   10        AND I'D LIKE TO DRAW YOUR ATTENTION TO EXHIBIT 5100.  IF I

12:49PM   11   COULD DRAW YOUR ATTENTION -- DO YOU HAVE THAT IN FRONT OF YOU?

12:49PM   12   A.   YES.

12:49PM   13   Q.   AND COULD I DRAW YOUR ATTENTION, PLEASE, TO PAGE 2.

12:49PM   14        DO YOU SEE AN EMAIL FROM MS. SIVARAMAN TO YOU,

12:49PM   15   SUNNY BALWANI, ELIZABETH HOLMES, AND OTHERS ON AUGUST 14TH,

12:49PM   16   2013?

12:49PM   17   A.   YES.

12:49PM   18   Q.   AND IS THIS ALSO AT A TIME WHEN YOU WERE OUT ON VACATION

12:49PM   19   AND MS. SIVARAMAN IS STANDING IN YOUR SHOES?

12:49PM   20   A.   YES.

12:49PM   21   Q.   OKAY.

12:50PM   22        YOUR HONOR, THE GOVERNMENT MOVES FOR THE ADMISSION OF

12:50PM   23   EXHIBIT 5100.

12:50PM   24             MR. WADE:  NO OBJECTION, YOUR HONOR.

12:50PM   25             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1195

| | | |
|---|---|---|
| 12:50PM | 1 | (GOVERNMENT'S EXHIBIT 5100 WAS RECEIVED IN EVIDENCE.) |
| 12:50PM | 2 | MR. LEACH:  IF WE COULD GO TO PAGE 2, PLEASE, |
| 12:50PM | 3 | MS. HOLLIMAN, AND ZOOM IN ON THE SUBSTANCE OF THE EMAIL. |
| 12:50PM | 4 | PERFECT. |
| 12:50PM | 5 | Q.   DO YOU SEE MS. HOLMES'S NAME IN THE TO LINE, |
| 12:50PM | 6 | MS. GANGAKHEDKAR? |
| 12:50PM | 7 | A.   YES. |
| 12:50PM | 8 | Q.   OKAY.  AND IN THE FIRST PARAGRAPH IT SAYS, "PLEASE SEE |
| 12:50PM | 9 | BELOW FOR 3.5 DATA SO FAR ON THE CARTRIDGES THAT WERE ASSEMBLED |
| 12:50PM | 10 | YESTERDAY EVENING WITH THE NEWLY CUT CAPTURE LAYERS AND WICKING |
| 12:50PM | 11 | PADS." |
| 12:50PM | 12 | DO YOU SEE THAT LANGUAGE? |
| 12:50PM | 13 | A.   YES. |
| 12:50PM | 14 | Q.   AND WHAT DO YOU UNDERSTAND THE PURPOSE OF THIS EMAIL TO |
| 12:51PM | 15 | BE? |
| 12:51PM | 16 | A.   SO I BELIEVE, LIKE, SHARADA IS UPDATING THE RECIPIENTS ON |
| 12:51PM | 17 | THE STATUS OF THE TESTS THAT WERE CONDUCTED ON THE 3.5 DEVICES. |
| 12:51PM | 18 | Q.   OKAY.  IN THE THIRD FULL PARAGRAPH IT SAYS, "IT LOOKS LIKE |
| 12:51PM | 19 | THE NEWLY CUT PARTS MAY BE HELPING, BUT WE ARE STILL SEEING THE |
| 12:51PM | 20 | LOW OUTLIERS THAT ARE GIVING RISE TO 30 TO 60 PERCENT INTRA |
| 12:51PM | 21 | CV'S AND WE ARE ALSO SEEING HIGHER INTER SERVICE." |
| 12:51PM | 22 | SO WHAT IS CV? |
| 12:51PM | 23 | A.   SO IT'S THE COEFFICIENT OF VARIATION. |
| 12:51PM | 24 | Q.   AND WAS IT GOOD NEWS OR BAD NEWS OR INDIFFERENT NEWS THAT |
| 12:51PM | 25 | OUTLIERS ARE GIVING RISE TO 30 TO 60 PERCENT INTRA CV'S AND |

GANGAKHEDKAR DIRECT BY MR. LEACH                                      1196

12:51PM  1    YOU'RE ALSO SEEING HIGHER INTER SERVICE?

12:51PM  2    A.   IT'S BAD NEWS.

12:52PM  3    Q.   FURTHER DOWN COUNSEL AT THE BOTTOM IT SAYS, "MORE

12:52PM  4    CARTRIDGES WILL NEED TO BE BUILT FOR THIS AND I WANTED TO KNOW

12:52PM  5    IF WE CAN HAVE MORE OF THESE PADS CUT AT LEAST FOR 24 MORE."

12:52PM  6       DO I UNDERSTAND THAT TO MEAN THAT THERANOS IS MAKING THE

12:52PM  7    CARTRIDGES AS IT'S DOING THIS VALIDATION WORK?

12:52PM  8    A.   YES.

12:52PM  9    Q.   AND YOU WEREN'T JUST GRABBING THEM OFF THE SHELF AND USING

12:52PM  10   THEM FOR WHAT YOU WERE DOING?

12:52PM  11   A.   AT LEAST FROM THIS PARTICULAR LINE IT SAYS THAT THE WORK

12:52PM  12   WAS KIND OF DEPENDENT UPON WHEN THE CARTRIDGES WOULD BE

12:52PM  13   AVAILABLE.

12:52PM  14   Q.   OKAY.  LET'S GO TO THE NEXT -- LET'S GO TO PAGE 1.  AND IF

12:52PM  15   WE CAN ZOOM IN TO THE TOP PORTION.

12:53PM  16      DO YOU SEE ANOTHER EMAIL FROM MS. SIVARAMAN ON THE NEXT

12:53PM  17   DAY REPORTING ON ADDITIONAL RUNS ON THE 3.5?

12:53PM  18   A.   YES.

12:53PM  19   Q.   OKAY.  AND SHE WROTE, "PLEASE SEE ATTACHED.  WE'RE STILL

12:53PM  20   SEEING SOME HIGHS CV."

12:53PM  21      DO YOU SEE THAT?

12:53PM  22   A.   YES.

12:53PM  23   Q.   AND IS A HIGH CV DESIRABLE FOR ASSAY DEVELOPMENT?

12:53PM  24   A.   ABSOLUTELY NOT.

12:53PM  25   Q.   LET ME MOVE FORWARD IN TIME PLEASE TO EXHIBIT 3967, AND I

GANGAKHEDKAR DIRECT BY MR. LEACH                          1197

12:53PM  1    BELIEVE THIS ONE WE'RE STIPULATING TO.

12:53PM  2              MR. WADE:  I'M SORRY, WHAT WAS THE NUMBER?

12:53PM  3              MR. LEACH:  3967.

12:53PM  4              MR. WADE:  YEAH, WE STIPULATED ON THIS ONE,

12:53PM  5    YOUR HONOR.

12:53PM  6              THE COURT:  ARE YOU OFFERING THIS?

12:54PM  7              MR. LEACH:  YES, YOUR HONOR.

12:54PM  8              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:54PM  9         (GOVERNMENT'S EXHIBIT 3967 WAS RECEIVED IN EVIDENCE.)

12:54PM  10   BY MR. LEACH:

12:54PM  11   Q.   LET ME DRAW YOUR ATTENTION, MS. GANGAKHEDKAR, TO THE LOWER

12:54PM  12   PORTION OF THE FIRST PAGE THERE'S AN EMAIL FROM DANIEL YOUNG ON

12:54PM  13   AUGUST 19TH TO YOU AND MS. SIVARAMAN, AND THE SUBJECT IS ASSAYS

12:54PM  14   FOR LAUNCH.

12:54PM  15        DO YOU SEE THAT?

12:54PM  16   A.   YES.

12:54PM  17   Q.   AND DID YOU UNDERSTAND LAUNCH TO BE A REFERENCE TO THE

12:54PM  18   WALGREENS LAUNCH?

12:54PM  19   A.   I THINK SO.

12:54PM  20   Q.   AND DANIEL YOUNG IS WRITING, "HI SHARADA, BELOW ARE THE

12:54PM  21   TOP PRIORITY ASSAYS (N EQUALS 63) TO VALIDATE ON EDISON DEVICES

12:54PM  22   FOR LAUNCH."

12:54PM  23        N63, WHAT DOES THAT MEAN?

12:55PM  24   A.   SO THAT MEANS 63 ASSAYS TO VALIDATE ON THE EDISONS.

12:55PM  25   Q.   OKAY.  AND IF WE CAN PLEASE GO TO PAGE 3.

GANGAKHEDKAR DIRECT BY MR. LEACH                    1198

12:55PM   1        AND DOWN TOWARDS THE BOTTOM IT READS, "THESE ARE CURRENTLY

12:55PM   2    PLANNED TO BE BROUGHT UP INITIALLY ON THE ADVIA, NOT ON THE

12:55PM   3    EDISON DEVICES?"

12:55PM   4        DO YOU SEE THAT LANGUAGE?

12:55PM   5    A.   YES.

12:55PM   6    Q.   AND DOES THAT -- WHAT DID YOU UNDERSTAND THAT TO MEAN?

12:55PM   7    A.   SO THESE -- THE VALIDATIONS ARE FOR THESE ASSAYS WOULD BE

12:55PM   8    HAPPENING ON THE COMMERCIAL SYSTEM, THE ADVIA.

12:55PM   9    Q.   OKAY.  AND SO AT THIS POINT IN TIME, AUGUST 19TH OF 2013,

12:55PM  10    THE PLAN IS TO VALIDATE 63 ON THE EDISON AND SOME REMAINDER ON

12:55PM  11    THE MODIFIED SIEMENS MACHINES?

12:55PM  12    A.   YES.

12:55PM  13    Q.   FOR USE IN THE CLIA LAB?

12:55PM  14    A.   YES.

12:55PM  15    Q.   LET ME DRAW YOUR ATTENTION TO EXHIBIT 1020.

12:56PM  16        YOUR HONOR, THE GOVERNMENT MOVES EXHIBIT 1020 INTO

12:56PM  17    EVIDENCE, AND I UNDERSTAND WE AGREE ON THIS.

12:56PM  18             MR. WADE:  WE STIPULATE, YOUR HONOR.

12:56PM  19             THE COURT:  ALL RIGHT.  THANK YOU.  IT'S RECEIVED,

12:56PM  20    AND IT MAY BE PUBLISHED.

12:56PM  21        (GOVERNMENT'S EXHIBIT 1020 WAS RECEIVED IN EVIDENCE.)

12:56PM  22             MR. LEACH:  IF WE CAN PLEASE LOOK AT THE TOP TWO

12:56PM  23    EMAILS IN THE CHAIN ENDING WITH SHARADA'S SIGNATURE.

12:57PM  24    Q.   MS. GANGAKHEDKAR, IN THE SECOND EMAIL TO THE BOTTOM,

12:57PM  25    MS. SIVARAMAN SEEMS TO BE WRITING TO SURAJ SAKSENA AND

GANGAKHEDKAR DIRECT BY MR. LEACH                            1199

12:57PM  1      DANIEL EDLIN.

12:57PM  2           WHO IS SURAJ SAKSENA?

12:57PM  3      A.   SO SURAJ SAKSENA WAS LEADING THE TEAM WHO WAS DEVELOPING

12:57PM  4      SOME IN-HOUSE REAGENTS FOR THERANOS.

12:57PM  5      Q.   AND MS.  SIVARAMAN WRITES, "IN OUR MEETINGS RE:  THE ELISA

12:57PM  6      LAUNCH AND PREPARATION FOR THE LDT VALIDATION, EAH HAS

12:57PM  7      MENTIONED THIS WILL BE THE ONLY PRIORITY OF THE ENTIRE ELISA

12:57PM  8      TEAM MOVING FORWARD.

12:57PM  9           "WE HAVE 61 ASSAYS TO VALIDATE ON THE 3.X AND 27 ON THE

12:57PM  10     SIEMENS ADVIA."

12:57PM  11          FIRST OF ALL, EAH, IS THAT AN ACRONYM FOR MS. HOLMES?

12:57PM  12     A.   YES.

12:57PM  13     Q.   AND 3.X, IS THAT A REFERENCE TO THE 3.0'S AND THE 3.5'S?

12:58PM  14     A.   YES.

12:58PM  15     Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO EXHIBIT 1019.

12:58PM  16          DO YOU HAVE THAT IN FRONT OF YOU?

12:58PM  17     A.   YES.

12:58PM  18     Q.   OKAY.  IS THIS AN EMAIL FROM YOU TO THE -- AN EMAIL

12:58PM  19     ADDRESS FOR THE ELISA GROUP?

12:58PM  20     A.   YES.

12:58PM  21     Q.   AND DO YOU SEE THAT IN THE TO LINE E-L-I-S-A?

12:58PM  22     A.   YES.

12:58PM  23     Q.   AND WHAT IS THAT?

12:58PM  24     A.   ESSENTIALLY THAT WAS AN EMAIL GROUP FOR THE ENTIRE TIME,

12:58PM  25     THE ELISA TEAM.

GANGAKHEDKAR DIRECT BY MR. LEACH                                      1200

12:58PM   1    Q.   AND DID YOU SEND THIS TO YOUR ELISA TEAM IN ORDER TO

12:58PM   2    UPDATE THEM ON THE CURRENT VALIDATION PLANS FOR THE WALGREENS

12:58PM   3    LAUNCH?

12:59PM   4    A.   YES.

12:59PM   5    Q.   AND DID YOU SEND THIS IN THE ORDINARY COURSE OF BUSINESS?

12:59PM   6    A.   YES.

12:59PM   7    Q.   AND IS IT BASED ON INFORMATION AT OR NEAR THE TIME THAT

12:59PM   8    THESE PLANS WERE PUT IN PLACE?

12:59PM   9    A.   YES.

12:59PM  10    Q.   AND WAS IT YOUR REGULAR PRACTICE TO DISTRIBUTE DIRECTIVES

12:59PM  11    LIKE THIS TO YOUR TEAM PASSING ON PLANS FOR MS. HOLMES?

12:59PM  12    A.   IT WAS.

12:59PM  13    Q.   OKAY.

12:59PM  14         YOUR HONOR, THE GOVERNMENT MOVES FOR THE ADMISSION OF

12:59PM  15    EXHIBIT 1019.

12:59PM  16              MR. WADE:  NO OBJECTION, YOUR HONOR.

12:59PM  17              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:59PM  18         (GOVERNMENT'S EXHIBIT 1019 WAS RECEIVED IN EVIDENCE.)

12:59PM  19              MR. LEACH:  MS. HOLLIMAN, IF WE CAN ZOOM IN ON THE

12:59PM  20    SECOND EMAIL FROM THE TOP, THE ONE FROM MS. GANGAKHEDKAR.

12:59PM  21         I'M SORRY, THE SECOND ONE.  THE ONE BELOW THAT.

01:00PM  22         WONDERFUL.  THANK YOU.

01:00PM  23    Q.   THE SUBJECT IS VALIDATION PLANS.

01:00PM  24         DO YOU SEE THAT?

01:00PM  25    A.   YES.

GANGAKHEDKAR DIRECT BY MR. LEACH                                1201

01:00PM  1     Q.   AND WHAT WERE YOU REFERRING TO?

01:00PM  2     A.   I WAS REFERRING TO THE PLANNING FOR THE LDT, THE UPCOMING

01:00PM  3     LDT VALIDATION PLANS.

01:00PM  4     Q.   AND YOU WROTE, "IN PREPARING FOR THE UPCOMING VALIDATION,

01:00PM  5     PLEASE SEE THE ATTACHED LIST OF ASSAYS THAT WE WILL BE STARTING

01:00PM  6     WITH AND THE ASSIGNMENTS.  VALIDATION WILL START IN PHASES AND

01:00PM  7     WILL DEPEND UPON RESOURCES, MOST IMPORTANTLY READERS,

01:00PM  8     CARTRIDGES, CLINICAL SAMPLES, ET CETERA."

01:00PM  9          AT THIS POINT IN TIME, AUGUST 21ST, HAD ANY ASSAYS BEEN

01:00PM  10    VALIDATED FOR USE ON THE 3.0 OR THE 3.5 IN THE CLIA LAB?

01:00PM  11    A.   I DON'T THINK SO.

01:00PM  12    Q.   IN THE NEXT PARAGRAPH YOU WROTE, QUOTE, "THE 'ASSAY

01:00PM  13    OWNERS' WILL BE RESPONSIBLE FOR CLINICAL SOURCING AND

01:01PM  14    ORDERING."

01:01PM  15         WHAT WERE YOU GETTING AT WITH ASSAY OWNERS?

01:01PM  16    A.   SO BECAUSE WE HAD LIKE A LARGE LIST OF ASSAYS, SO EACH

01:01PM  17    ASSAYS HAD A PROJECT OWNER ESSENTIALLY WHO WOULD BE RESPONSIBLE

01:01PM  18    FOR MAKING SURE THAT THE VALIDATION PLANNING AND ALL OF THE

01:01PM  19    REQUIRED REAGENTS AND MATERIALS ARE READY AND AVAILABLE FOR THE

01:01PM  20    TESTS.

01:01PM  21    Q.   AT THIS POINT IN TIME, AUGUST 21ST, 2013, WITH YOU WRITING

01:01PM  22    THE WHOLE ELISA GROUP, ARE YOU CONFIDENT THAT YOU WERE BACK

01:01PM  23    FROM VACATION AT THIS POINT?

01:01PM  24    A.   YES.

01:01PM  25    Q.   AND WHEN YOU CAME BACK FROM VACATION, DID YOU HAVE

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1202

01:01PM  1     MEETINGS OR CONVERSATIONS WITH MS. HOLMES ABOUT THERANOS'S

01:01PM  2     READINESS TO GO LIVE ON THE 3.0 AND 3.5?

01:01PM  3     A.   SO THERE WOULD BE LIKE SEVERAL MEETINGS IN A WEEK, AND WE

01:01PM  4     HAD DISCUSSED THE ISSUES WITH THE 3.0'S, AND THAT IS WHERE THE

01:02PM  5     NEED TO UPGRADE TO 3.5 HAD BEEN BROUGHT UP, AND THAT IS WHERE

01:02PM  6     THEY WERE LOOKING TO, LIKE, PROVIDE ADDITIONAL DEVICES, THE

01:02PM  7     3.5'S THAT HAD NOT BEEN UPGRADED ENOUGH SO THEY WOULDN'T RUN

01:02PM  8     INTO ANY PROBLEMS.

01:02PM  9     Q.   AND DID YOU ALSO HAVE DISCUSSIONS WITH MS. HOLMES ABOUT

01:02PM 10     SOME OF THE RELIABILITY ISSUES AROUND THE 3.0?

01:02PM 11     A.   SO AT THAT POINT I HAD ASKED -- BECAUSE SHARADA WAS IN THE

01:02PM 12     CONVERSATIONS WHEN I WAS ON VACATION PLANNING FOR THE LDT

01:02PM 13     LAUNCH, AND SO I HAD ASKED SHARADA IF MS. HOLMES AND

01:02PM 14     DANIEL YOUNG WERE AWARE OF ALL OF THE PROBLEMS WITH THE 3.0'S,

01:02PM 15     AND THEY STILL WANTED TO GO AHEAD WITH THIS LAUNCH.

01:02PM 16          SO AT THAT TIME I HAD ASKED SHARADA SIVARAMAN TO RESEND AN

01:03PM 17     EMAIL LISTING SOME OF THE FAILURES THAT WE HAD SEEN IN THE PAST

01:03PM 18     AND LOOKING AT LIKE SOME OF THE RESULTS THAT WERE COMING IN

01:03PM 19     FROM THE 3.5'S, IT SEEMED LIKE SIMILAR ERRORS WITH THE SYSTEMS

01:03PM 20     AND HIGH CV'S WERE STILL OCCURRING.

01:03PM 21     Q.   LET ME HAVE YOU LOOK AT EXHIBIT 5106 WHICH I MOVE INTO

01:03PM 22     EVIDENCE.

01:03PM 23               MR. WADE:  NO OBJECTION, YOUR HONOR.

01:03PM 24               THE COURT:  IT'S RECEIVED AND ADMITTED, AND IT MAY

01:03PM 25     BE PUBLISHED.

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1203

01:03PM   1          (GOVERNMENT'S EXHIBIT 5106 WAS RECEIVED IN EVIDENCE.)

01:04PM   2     BY MR. LEACH:

01:04PM   3     Q.   SO THIS APPEARS TO BE AN EMAIL FROM MS. SIVARAMAN ON

01:04PM   4     AUGUST 23RD, 2013, TO MS. HOLMES, DANIEL YOUNG, AND A COPY TO

01:04PM   5     YOURSELF.

01:04PM   6          DO YOU SEE THAT?

01:04PM   7     A.   YES.

01:04PM   8     Q.   AND DO YOU SEE THE SUBJECT LINE 3.0 CARTRIDGE FAILURE

01:04PM   9     REPORT FOR ACE-011?

01:04PM  10     A.   YES.

01:04PM  11     Q.   OKAY.  IS THIS THE EMAIL THAT YOU WERE REFERRING TO THAT

01:04PM  12     YOU WANTED MS. SIVARAMAN TO CIRCULATE TO MS. HOLMES?

01:04PM  13     A.   YES.

01:04PM  14     Q.   AND WHY WERE YOU -- WHY DID YOU WANT THIS TO BE SENT TO

01:04PM  15     MS. HOLMES?

01:04PM  16     A.   JUST SO THAT I THINK SHE IS AWARE AGAIN THAT WE HAVE HAD

01:04PM  17     ISSUES WITH THE 3.0 DEVICES FOR SEVERAL YEARS AND LOOKING AT

01:04PM  18     SOME OF THE DATA THAT WAS BEING GENERATED IN AUGUST OF 2013 FOR

01:04PM  19     THE 3.5'S, WE ARE LOOKING -- WE ARE SEEING LIKE SIMILAR

01:04PM  20     PROBLEMS, SO TO MAKE HER AWARE THAT WE ARE NOT YET OUT OF THOSE

01:05PM  21     ISSUES AND THOSE ARE CONTINUING TO OCCUR.

01:05PM  22     Q.   LET ME PLEASE DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED

01:05PM  23     AS EXHIBIT 3958.

01:05PM  24          I BELIEVE THERE'S A STIPULATION FOR 3958.  I MOVE IT INTO

01:05PM  25     EVIDENCE.

01:05PM   1              MR. WADE:  NO OBJECTION.

01:05PM   2              THE COURT:  WITHOUT OBJECTION, IT'S ADMITTED, AND IT

01:05PM   3    MAY BE PUBLISHED.

01:05PM   4         (GOVERNMENT'S EXHIBIT 3958 WAS RECEIVED IN EVIDENCE.)

01:06PM   5              MR. LEACH:  AND IF WE CAN PLEASE HIGHLIGHT ON THE

01:06PM   6    TOP PORTION OF THE FIRST EMAIL ESSENTIALLY.

01:06PM   7         THANK YOU, MS. HOLLIMAN.

01:06PM   8    Q.   THE SUBJECT OF THIS EMAIL, MS. GANGAKHEDKAR IS MISSING

01:06PM   9    DATA FROM 3.5 RUNS.

01:06PM   10        WHAT WERE YOU GETTING AT THERE?

01:06PM   11   A.   SO LOOKING AT THE EMAIL CHAIN, ESSENTIALLY GOING ON

01:06PM   12   BETWEEN I THINK THE ASSAY DEVELOPER, WHO WAS RESPONSIBLE FOR

01:06PM   13   THE RUNS, AND INDIVIDUALS FROM THE SOFTWARE TEAM, WE COULD NOT

01:06PM   14   RETRIEVE THE DATA FOR THE RUNS THAT HAD COMPLETED.

01:06PM   15        SO THAT IS WHY IT'S -- THE SUBJECT IS TITLED THAT THE DATA

01:07PM   16   IS MISSING FROM THE SERVER FOR THE RUNS THAT HAD BEEN

01:07PM   17   CONDUCTED.

01:07PM   18   Q.   WHY WAS THAT AN ISSUE, IF IT WAS AN ISSUE?

01:07PM   19   A.   WELL, IF YOU COULDN'T SEE THE DATA, WE WOULDN'T KNOW HOW

01:07PM   20   THE TEST WAS COMPLETED, WHETHER WE HAD A SUCCESSFUL RUN OR NOT.

01:07PM   21   Q.   OKAY.  AND DO YOU SEE MS. HOLMES'S NAME IN THE TO LINE?

01:07PM   22   A.   YES.

01:07PM   23   Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO EXHIBIT 972, AND IF I

01:07PM   24   COULD HAVE YOU PLEASE LOOK AT PAGE 4 OF EXHIBIT 972.

01:07PM   25   A.   YES.

GANGAKHEDKAR DIRECT BY MR. LEACH                          1205

01:07PM   1      Q.   ARE YOU FAMILIAR WITH THIS DOCUMENT?

01:08PM   2      A.   YES.

01:08PM   3      Q.   AND DO YOU SEE YOUR NAME AT THE TOP ABOVE THE BOLD LINE?

01:08PM   4      A.   YES.

01:08PM   5      Q.   OKAY.  AND IS THIS A TRUE AND CORRECT COPY OF AN EMAIL, OR

01:08PM   6      THE FIRST PAGE OF AN EMAIL FROM DANIEL YOUNG TO YOU AND

01:08PM   7      MS. HOLMES?

01:08PM   8      A.   YES.

01:08PM   9      Q.   AND IS THIS A DOCUMENT THAT YOU PRINTED OUT AT SOME POINT

01:08PM   10     IN TIME?

01:08PM   11     A.   YES.

01:08PM   12           MR. LEACH:  YOUR HONOR, THE GOVERNMENT MOVES FOR THE

01:08PM   13     ADMISSION OF PAGE 4 OF EXHIBIT 972.

01:08PM   14           MR. WADE:  WE HAVE NO OBJECTION TO THE ADMISSION OF

01:08PM   15     THAT.

01:08PM   16           THE COURT:  JUST PAGE 4?

01:08PM   17           MR. LEACH:  JUST PAGE 4 FOR NOW, YOUR HONOR.

01:08PM   18           THE COURT:  THANK YOU.  PAGE 4 OF EXHIBIT 972 IS

01:08PM   19     ADMITTED, AND IT MAY BE PUBLISHED.

01:08PM   20           (GOVERNMENT'S EXHIBIT 972, PAGE 4 WAS RECEIVED IN

01:08PM   21     EVIDENCE.)

01:09PM   22           MR. LEACH:  THANK YOU, MS. HOLLIMAN.  IF WE CAN ZOOM

01:09PM   23     IN ON THE FIRST TWO EMAILS FROM THE TOP.

01:09PM   24     Q.   MS. GANGAKHEDKAR, DO YOU SEE THE EMAIL AT THE BOTTOM AT

01:09PM   25     1:39 P.M.  IS THIS ANOTHER COPY OF THE EMAIL WE WERE JUST

GANGAKHEDKAR DIRECT BY MR. LEACH                               1206

01:09PM  1    LOOKING AT IN THE PRIOR EXHIBIT?

01:09PM  2    A.   YES, IT IS.

01:09PM  3    Q.   AND IS THE TOP PORTION A FURTHER EMAIL IN THE THREAD FROM

01:09PM  4    DANIEL YOUNG?

01:09PM  5    A.   YES.

01:09PM  6    Q.   AND HE WROTE, "I RECOMMEND REPEATING THE FAILED RUNS.  WE

01:10PM  7    WILL NOTE IN THE STUDY REPORT THAT X NUMBER OF FAILED RUNS (DUE

01:10PM  8    TO THE WRONG CARTRIDGES BEING USED) WERE RERUN."

01:10PM  9         DO YOU SEE THAT LANGUAGE?

01:10PM  10   A.   YES.

01:10PM  11   Q.   AND DO YOU -- WAS IT YOUR UNDERSTANDING THAT THE WRONG

01:10PM  12   CARTRIDGES HAD BEEN USED FOR THIS TEST FOR THE 3.5?

01:10PM  13   A.   NO, THE WRONG CARTRIDGES WERE NOT USED.

01:10PM  14   Q.   AND WERE YOU FRUSTRATED THAT DR. YOUNG WAS ATTRIBUTING

01:10PM  15   THIS TO USE OF THE WRONG CARTRIDGES?

01:10PM  16   A.   YES.

01:10PM  17   Q.   AND WHY WAS THAT?

01:10PM  18   A.   BECAUSE IT WAS MISREPRESENTING THE TRUTH.

01:10PM  19   Q.   YOUR NAME IS UP IN THE TOP LEFT CORNER OF THIS DOCUMENT.

01:10PM  20        DO YOU KNOW WHY THAT IS?

01:10PM  21   A.   YES, BECAUSE I TOOK THAT PRINTOUT.

01:10PM  22   Q.   WHEN DID YOU TAKE THAT PRINTOUT?

01:11PM  23   A.   I THINK ABOUT THE TIME THAT I RESIGNED.

01:11PM  24   Q.   OKAY.  LET ME DRAW YOUR ATTENTION, PLEASE, TO AN EMAIL

01:11PM  25   FROM THE NEXT DAY, EXHIBIT 3959.

UNITED STATES COURT REPORTERS

**ER-4901**

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1207

01:11PM   1          I UNDERSTAND THAT THE PARTIES STIPULATE TO THE ADMISSION

01:11PM   2     OF 3959, AND ON THAT BASIS WE WOULD OFFER IT INTO EVIDENCE.

01:11PM   3               MR. WADE:  WE DO, YOUR HONOR.

01:11PM   4               THE COURT:  ALL RIGHT.  THANK YOU.  IT'S ADMITTED,

01:11PM   5     AND IT MAY BE PUBLISHED.

01:11PM   6          (GOVERNMENT'S EXHIBIT 3959 WAS RECEIVED IN EVIDENCE.)

01:11PM   7               MR. LEACH:  MS. HOLLIMAN, IF WE CAN ZOOM IN ON

01:11PM   8     THE -- WONDERFUL.

01:11PM   9     Q.   MS. GANGAKHEDKAR, I DRAW YOUR ATTENTION TO THE EMAIL ON

01:11PM  10     THE BOTTOM FROM ELIZABETH HOLMES ON SATURDAY, AUGUST 31ST.

01:11PM  11          IT SAYS, "LET ME KNOW TOTAL NUMBER OF IMMUNOCHEMISTRY

01:12PM  12     MICRO-SAMPLE ASSAYS THAT HAVE COMPLETED VALIDATION AS OF

01:12PM  13     TOMORROW (ADVIA AND THERANOS PLATFORMS)."

01:12PM  14          WHAT DID YOU UNDERSTAND THAT TO MEAN?

01:12PM  15     A.   SO MS. HOLMES WANTED AN UPDATE OF HOW MANY ASSAYS HAD

01:12PM  16     COMPLETED THE VALIDATION.

01:12PM  17     Q.   AND DID THAT APPLY TO ASSAYS THAT WERE BEING VALI -- WELL,

01:12PM  18     WHAT DID THERANOS PLATFORMS MEAN IN YOUR MIND?

01:12PM  19     A.   SO IT'S THE EDISON 3.0'S AND 3.5'S.

01:12PM  20     Q.   AND THE ADVIA IS -- IS THAT A REFERENCE TO THE MODIFIED

01:12PM  21     SIEMENS MACHINES?

01:12PM  22     A.   YES.

01:12PM  23     Q.   AND YOU WROTE BACK, "11 ASSAYS ON THE ADVIA HAVE COMPLETED

01:12PM  24     PRECISION."

01:12PM  25          DOES THAT MEAN THEY'RE DONE?

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1208

01:12PM   1     A.   NO.   THAT'S JUST ONE -- THERE ARE SEVERAL TESTS FOR A

01:12PM   2     VALIDATION.   I'M UPDATING THAT THUS FAR THEY HAVE COMPLETED ONE

01:12PM   3     PARTICULAR KIND OF TESTING CALLED PRECISION TESTING.

01:13PM   4     Q.   AND THEN FURTHER ON IT READS, "FOR THE THERANOS SYSTEM WE

01:13PM   5     PLAN TO COMPLETE THE EXPERIMENTS FOR PSA THIS WEEKEND.   DETAILS

01:13PM   6     FOR PSA ARE ATTACHED."

01:13PM   7          IS THAT AN ACCURATE SUMMARY OF WHERE YOU WERE ON

01:13PM   8     AUGUST 31ST, 2013, IN TERMS OF VALIDATING ASSAYS FOR USE ON THE

01:13PM   9     3.0 AND THE 3.5 IN CLIA?

01:13PM  10     A.   THAT WAS THE PLAN.

01:13PM  11     Q.   OKAY.   THAT WAS THE PLAN?

01:13PM  12     A.   YES.

01:13PM  13     Q.   AND SO AT THIS POINT HAD YOU VALIDATED ANY?

01:13PM  14     A.   NO.

01:13PM  15     Q.   NEXT I'D LIKE TO DRAW YOUR ATTENTION TO EXHIBIT 3964.

01:13PM  16          DO YOU HAVE THAT IN FRONT OF YOU?

01:13PM  17     A.   YES.

01:13PM  18     Q.   AND DO YOU SEE YOUR NAME AT THE TOP?

01:13PM  19     A.   YES.

01:13PM  20     Q.   AND IS THIS AN EMAIL TO THE ELISA GROUP WITH THE EMAIL

01:14PM  21     ADDRESS FOR ELISA LIKE WE SAW PREVIOUSLY?

01:14PM  22     A.   YES.

01:14PM  23     Q.   AND ARE YOU FORWARDING INFORMATION FROM SUNNY BALWANI

01:14PM  24     ABOUT SHIFTS IN SCHEDULES AND UPGRADED DEVICES?

01:14PM  25     A.   YES.

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1209

01:14PM    1    Q.    DID YOU SEND THIS IN THE ORDINARY COURSE OF THERANOS'S

01:14PM    2    BUSINESS?

01:14PM    3    A.    YES.

01:14PM    4    Q.    OKAY.  AND DID YOU PREPARE IT AT OR FROM INFORMATION KNOWN

01:14PM    5    BY YOU AT THE TIME?

01:14PM    6    A.    YES.

01:14PM    7    Q.    AND WAS IT THE REGULAR -- YOUR REGULAR PRACTICE TO UPDATE

01:14PM    8    MEMBERS OF YOUR GROUP USING THE ELISA LIST OR ADDRESS?

01:14PM    9    A.    YES.

01:14PM   10           MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 3964 INTO

01:14PM   11    EVIDENCE.

01:14PM   12           MR. WADE:  YOUR HONOR, WE OBJECT TO THIS EXHIBIT

01:14PM   13    UNDER 802 AND 805.

01:15PM   14        (PAUSE IN PROCEEDINGS.)

01:15PM   15           THE COURT:  IS THERE THE ENTIRETY OF THIS EXHIBIT,

01:15PM   16    THERE ARE TWO PAGES OR 4, 5 --

01:15PM   17           MR. LEACH:  YES.  THERE ARE SIX PAGES.  THE LAST

01:15PM   18    THREE ARE DATA.  ONE IS A COMMUNICATION FROM MICHAEL CRAIG, A

01:15PM   19    RESPONSE BY SUNNY BALWANI, AND THEN MS. GANGAKHEDKAR GIVING

01:15PM   20    DIRECTION TO HER TEAM.

01:15PM   21           THE COURT:  AND YOU'RE ASKING THAT THE ENTIRETY OF

01:15PM   22    THIS BE ADMITTED?

01:15PM   23           MR. LEACH:  YES.

01:15PM   24           THE COURT:  ALL RIGHT.  THE OBJECTION IS OVERRULED.

01:15PM   25    THIS WILL BE ADMITTED.  THANK YOU.  SIX PAGES.  IT CAN BE

GANGAKHEDKAR DIRECT BY MR. LEACH                                          1210

01:16PM  1    PUBLISHED.

01:16PM  2            (GOVERNMENT'S EXHIBIT 3964 WAS RECEIVED IN EVIDENCE.)

01:16PM  3            MR. LEACH:  THANK YOU, YOUR HONOR.

01:16PM  4       MS. HOLLIMAN, I'D LIKE TO START ON PAGE 2.  IF WE CAN

01:16PM  5    MIGHT THE FIRST HALF OF THE DOCUMENTED UNTIL THE DATA TABLE.

01:16PM  6    THAT'S FINE.  THANK YOU, MS. HOLLIMAN.

01:16PM  7    Q.   THIS APPEARS TO BE AN EMAIL FROM MICHAEL CRAIG ON MONDAY,

01:16PM  8    SEPTEMBER SECOND, 2013.

01:16PM  9       WHO IS MICHAEL CRAIG?

01:16PM  10   A.   I BELIEVE HE WAS A MEMBER OF THE SOFTWARE DEVELOPMENT

01:16PM  11   TEAM.

01:16PM  12   Q.   AND HE'S WRITING WITH THE SUBJECT UPGRADED DEVICES, "I WAS

01:16PM  13   ABLE TO MANUALLY UPGRADE THE FOLLOWING DEVICES WITH THE LATEST

01:16PM  14   VERSION OF THE NORMANDY SHELL.  THEY NOW HAVE VISUAL TEMPT

01:16PM  15   INDICATORS IN THE MENU BAR:  3 POSITIONS," AND IT CONTINUES.

01:17PM  16      DO YOU HAVE A SENSE OF WHAT HE WAS GETTING AT THERE,

01:17PM  17   MS. GANGAKHEDKAR?

01:17PM  18   A.   I DON'T RECOLLECT ALL OF THE DETAILS AT THIS POINT.

01:17PM  19   Q.   OKAY.  DOES THIS RELATE IN SOME WAY TO THE INTERFACE OF

01:17PM  20   THE DEVICES?

01:17PM  21   A.   I THINK SO.

01:17PM  22   Q.   OKAY.  LET'S LOOK AT PAGE 1.  AND I DRAW YOUR ATTENTION TO

01:17PM  23   THE EMAIL AT THE BOTTOM OF THE PAGE FROM MR. BALWANI.

01:17PM  24      MS. GANGAKHEDKAR, DO YOU SEE SUNNY BALWANI'S NAME IN THE

01:17PM  25   FROM LINE ON THE DOCUMENT?

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1211

01:17PM   1     A.   YES.

01:17PM   2     Q.   AND DO YOU SEE MS. HOLMES'S NAME IN THE CC LINE?

01:17PM   3     A.   YES.

01:17PM   4     Q.   AND IS IT COMING UP ON YOUR SCREEN?

01:18PM   5          DO YOU HAVE THE DOCUMENT ON YOUR SCREEN?

01:18PM   6     A.   I DON'T HAVE IT ON THE SCREEN.  I HAVE IT -- I'M LOOKING

01:18PM   7     AT THE BINDER.

01:18PM   8     Q.   THERE WE GO.

01:18PM   9     A.   THERE IT IS.

01:18PM  10     Q.   MR. BALWANI IS WRITING, "PLEASE NOTE THAT THE SOFTWARE

01:18PM  11     TEAM WAS HERE AT 3:07 A.M. -- AND IS ALREADY HERE NOW AT 10:00

01:18PM  12     A.M. -- WORKING ON THIS AND OTHER MATTERS AND WILL CONTINUE TO

01:18PM  13     DO SO FOR AS LONG AS IT TAKES.  THE EDISON DEVICES IN THE

01:18PM  14     EVENING WERE ALL SITTING IDLE AND I ALSO DIDN'T SEE ANYONE FROM

01:18PM  15     CARTRIDGE MANUFACTURING IN THE EVENING."

01:18PM  16          FURTHER ON IT SAYS, "PLEASE ASK THE ELISA TEAM TO

01:18PM  17     ORGANIZE, PLAN AND PUT IN THE HOURS THIS MONTH TO BRING UP ALL

01:18PM  18     ASSAYS AND WORK AROUND ANY CHALLENGES THAT COME OUR WAY."

01:18PM  19          DO YOU SEE THAT LANGUAGE?

01:18PM  20     A.   YES.

01:18PM  21     Q.   AND DID YOU AGREE WITH WHAT MR. BALWANI WAS SAYING HERE?

01:18PM  22     A.   NO.

01:18PM  23     Q.   WHY NOT?

01:18PM  24     A.   WELL, BECAUSE I KNEW THAT THE ELISA TEAM WAS REALLY

01:19PM  25     WORKING HARD WITH NOT JUST, NOT JUST FOR THIS PROJECT BUT EVEN

GANGAKHEDKAR DIRECT BY MR. LEACH                        1212

01:19PM  1      IN THE PAST AND JUST BECAUSE THE DEVICES SEEMED IDLE AT THAT

01:19PM  2      POINT DID NOT REFLECT THAT THE TEAM WAS NOT WORKING HARD AS

01:19PM  3      THEY WERE DIRECTED TO DO.

01:19PM  4      Q.   IS THIS AN EXAMPLE OF THE TYPE OF PRESSURE THAT YOU WERE

01:19PM  5      UNDER?

01:19PM  6      A.   YES.

01:19PM  7      Q.   OKAY.  WAS THIS A MATTER OF FRUSTRATION TO YOU?

01:19PM  8      A.   IT WAS.

01:19PM  9      Q.   WAS IT A MATTER OF FRUSTRATION TO YOUR TEAM?

01:19PM 10      A.   YES.

01:19PM 11      Q.   WERE YOU CONVINCED THEY WERE DOING EVERYTHING POSSIBLE TO

01:19PM 12      VALIDATE THESE ASSAYS APPROPRIATELY AS QUICKLY AS POSSIBLE?

01:19PM 13      A.   YES.

01:19PM 14      Q.   AND WERE YOU CONVINCED THAT IT JUST WASN'T GETTING THERE?

01:19PM 15      A.   IT -- YES, IT WASN'T GETTING THERE JUST BECAUSE IT, IT WAS

01:19PM 16      A HUGE ENDEAVOR AND IT COULD NOT -- THE WORK THAT WE WERE DOING

01:20PM 17      COULD NOT BE COMPARED DIRECTLY TO WHAT THE SOFTWARE TEAM WAS

01:20PM 18      DOING.

01:20PM 19      Q.   LET ME DRAW YOUR ATTENTION TO EXHIBIT 3968.

01:20PM 20           ARE YOU FAMILIAR WITH THIS DOCUMENT?

01:20PM 21      A.   YES.

01:20PM 22      Q.   IS THIS AN EMAIL FROM YOU TO FOLKS RESPONSIBLE FOR

01:20PM 23      MANUFACTURING THE EDISON DEVICES?

01:20PM 24      A.   YES.

01:20PM 25      Q.   AND DID YOU SEND THIS IN THE ORDINARY COURSE OF BUSINESS?

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1213

01:20PM   1    A.   YES.

01:20PM   2    Q.   IS THIS EMAIL MADE AT OR NEAR THE TIME OF THE EVENTS IN

01:20PM   3    QUESTION?

01:20PM   4    A.   YES.

01:20PM   5    Q.   WAS THIS KEPT IN THE ORDINARY COURSE OF BUSINESS?

01:20PM   6    A.   YES.

01:20PM   7    Q.   AND DID YOU FEEL LIKE YOU WERE UNDER A BUSINESS DUTY TO

01:21PM   8    SPEAK TRUTHFULLY HERE IN REQUESTING INFORMATION OF THE EDISON

01:21PM   9    GROUP?

01:21PM   10   A.   YES.

01:21PM   11            MR. LEACH:  YOUR HONOR, THE GOVERNMENT MOVES FOR THE

01:21PM   12   ADMISSION OF EXHIBIT 3968?

01:21PM   13            MR. WADE:  NO OBJECTION.

01:21PM   14            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:21PM   15       (GOVERNMENT'S EXHIBIT 3968 WAS RECEIVED IN EVIDENCE.)

01:21PM   16            MR. LEACH:  IF WE CAN ZOOM IN ON THE SUBJECT LINE

01:21PM   17   AND THE REST OF THE EMAIL DOWN TO LINE 15.

01:21PM   18        THERE WE GO.

01:21PM   19   Q.   THE SUBJECT OF THIS IS EDISON 3.0'S.

01:21PM   20        DO YOU SEE THAT MS. GANGAKHEDKAR?

01:21PM   21   A.   YES.

01:21PM   22   Q.   AND YOU WRITE, "HERE IS THE LITIGATION:  THESE HAVE ERROR

01:22PM   23   OR FAILURE NOTES ON THEM."

01:22PM   24        AND THERE'S A LIST OF 15 DIFFERENT NUMBERS.  WHAT WERE YOU

01:22PM   25   CONVEYING HERE?

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1214

01:22PM   1    A.   SO THIS IS -- ESSENTIALLY THESE ARE LIKE THE I.D.'S FOR

01:22PM   2    THE EDISONS IN THE DEVELOPMENT LAB, AND WE ARE PROVIDING THOSE

01:22PM   3    TO THE OTHER RECIPIENTS IN THE EMAIL BECAUSE THEY WANTED TO

01:22PM   4    KNOW WHICH EDISON 3.0'S THEY COULD UPGRADE TO 3.5'S.

01:22PM   5    Q.   OKAY.  AND AT THIS POINT AT LEAST 15 OF THEM ARE HAVING

01:22PM   6    ERROR OR FAILURE NOTES?

01:22PM   7    A.   YES.

01:22PM   8    Q.   AND WAS THAT A MATTER OF FRUSTRATION TO YOU?

01:22PM   9    A.   YES.

01:22PM   10   Q.   AND HOW SO?

01:22PM   11   A.   WELL, BECAUSE THAT MEANS THAT WE COULDN'T USE THOSE

01:22PM   12   READERS REGULARLY FOR OUR WORK AND THEY WERE UNRELIABLE.

01:22PM   13   Q.   LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 1109, WHICH I

01:23PM   14   BELIEVE THE PARTIES STIPULATE TO THE ADMISSION OF EXHIBIT 1109

01:23PM   15   AND I WOULD OFFER IT.

01:23PM   16         MR. WADE:  WE DO, YOUR HONOR.

01:23PM   17         THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE

01:23PM   18   PUBLISHED.

01:23PM   19      (GOVERNMENT'S EXHIBIT 1109 WAS RECEIVED IN EVIDENCE.)

01:23PM   20         MR. LEACH:  LET'S PLEASE LOOK AT PAGE 6 OF 1109.  IF

01:23PM   21   WE CAN ZOOM IN ON THE SUBSTANCE.

01:24PM   22      IF THERE'S ANY WAY WE CAN GET THE DATE, TOO, MS. HOLLIMAN.

01:24PM   23      THANK YOU.  WONDERFUL.

01:24PM   24   Q.   DO YOU RECOGNIZE THIS, MS. GANGAKHEDKAR?

01:24PM   25   A.   YES.

GANGAKHEDKAR DIRECT BY MR. LEACH                          1215

01:24PM   1      Q.   AND WHAT IS THIS?

01:24PM   2      A.   THIS IS MY RESIGNATION LETTER.

01:24PM   3      Q.   OKAY.  DID YOU HAND THIS TO MS. HOLMES?

01:24PM   4      A.   YES.

01:24PM   5      Q.   AND DID YOU RESIGN ON OR ABOUT SEPTEMBER 5TH, 2013?

01:24PM   6      A.   YES.

01:24PM   7      Q.   AND WHY DID YOU RESIGN?

01:24PM   8      A.   BECAUSE I WAS VERY STRESSED AND UNHAPPY AND CONCERNED WITH

01:24PM   9      THE WAY THE LAUNCH PLANS OR THE LAUNCH WAS GOING.

01:24PM  10           I WAS NOT COMFORTABLE WITH THE PLANS THAT THEY HAD IN

01:24PM  11      PLACE SO I MADE A DECISION TO RESIGN AND NOT CONTINUE WORKING

01:24PM  12      THERE.

01:24PM  13      Q.   OKAY.  DID YOU SPEAK TO MS. HOLMES ABOUT YOUR RESIGNATION?

01:25PM  14      A.   YES.

01:25PM  15      Q.   WHERE DID YOU SPEAK WITH HER?

01:25PM  16      A.   IN HER OFFICE.

01:25PM  17      Q.   HOW LONG DID YOUR MEETING LAST?

01:25PM  18      A.   I HAD I THINK SEVERAL MEETINGS THROUGHOUT -- I MEAN, THAT

01:25PM  19      MORNING WITH HER.  SO EACH MEETING HAD LASTED SEVERAL MINUTES.

01:25PM  20      Q.   WAS ANYONE ELSE THERE WHILE YOU WERE MEETING WITH HER?

01:25PM  21      A.   NO.

01:25PM  22      Q.   AND IN ONE OF THOSE MEETINGS DID YOU HAND HER YOUR

01:25PM  23      RESIGNATION LETTER?

01:25PM  24      A.   YES.

01:25PM  25      Q.   AND DID YOU SPEAK WITH HER ABOUT SOME OF THE ISSUES THAT

GANGAKHEDKAR DIRECT BY MR. LEACH                    1216

01:25PM  1    PROMPTED YOUR RESIGNATION?

01:25PM  2    A.   I DID.

01:25PM  3    Q.   TAKE A MOMENT AND DESCRIBE FOR US AS BEST YOU CAN THE

01:25PM  4    SUBSTANCE OF WHAT WAS SAID.

01:25PM  5    A.   YES.  SO I DID RAISE THE CONCERNS OF HOW SHE PLANS TO

01:25PM  6    LAUNCH WITH THE EDISON 3.0'S GIVEN THAT WE HAVE SEEN IN THE

01:26PM  7    LAST FEW DAYS THAT THEY CONTINUE TO HAVE ISSUES.

01:26PM  8         AND AT THAT TIME SHE MENTIONED SOMETHING ALONG THE LINES

01:26PM  9    THAT WHEN SHE HAS A PROMISE TO DELIVER TO THE CUSTOMER, SHE

01:26PM  10   DOESN'T HAVE MUCH OF A CHOICE BUT TO GO AHEAD WITH THE LAUNCH.

01:26PM  11   Q.   MS. HOLMES SAID SHE DIDN'T HAVE MUCH OF A CHOICE?

01:26PM  12   A.   YEAH.

01:26PM  13   Q.   DID YOU RAISE WITH HER RELIABILITY ISSUES WITH THE 3.5?

01:26PM  14   A.   SO SINCE SHE WAS ON THE EMAILS THE LAST WEEK ABOUT WE ARE

01:26PM  15   CONTINUING TO SEE THE PROBLEMS WITH THE 3.5'S, I BELIEVE SHE

01:26PM  16   WAS FULLY AWARE THAT THE 3.5'S WERE NOT ANY MARKED IMPROVEMENT

01:26PM  17   COMPARED TO THE 3.0'S.

01:26PM  18   Q.   AND DID YOU DISCUSS WITH HER ANY ISSUES RELATING TO THE

01:27PM  19   NANOTAINERS?

01:27PM  20   A.   YES, I DID.

01:27PM  21   Q.   AND WHAT WAS SAID?

01:27PM  22   A.   SO I ALSO EXPRESSED CONCERNS OF HOW SHE PLANS TO LAUNCH

01:27PM  23   USING THE NANOTAINERS FOR BLOOD COLLECTION GIVEN THAT PRETTY

01:27PM  24   MUCH EACH DAY WE WOULD BE TESTING THOSE AND WE WOULD CONTINUE

01:27PM  25   TO SEE SIMILAR FAILURES.

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1217

01:27PM   1        SO THAT IS WHEN SHE MENTIONED THAT SHE PLANS TO LAUNCH

01:27PM   2     WITH DRAWING TWO TUBES OF VENOUS BLOOD INSTEAD OF THE

01:27PM   3     NANOTAINERS.

01:27PM   4     Q.   WAS THAT EXPLANATION SATISFACTORY TO YOU?

01:27PM   5     A.   NO.

01:27PM   6     Q.   WHY NOT?

01:27PM   7     A.   WELL, BECAUSE I BELIEVED THAT THE LAUNCH WAS BASED ON

01:27PM   8     USING THE NANOTAINERS INSTEAD OF USING SAMPLES DRAWN BY VENOUS

01:27PM   9     BLOOD.

01:27PM   10    Q.   DID YOU FEEL IT WAS MISLEADING TO DRAW FROM VENOUS BLOOD?

01:28PM   11    A.   YES.

01:28PM   12             MR. WADE:   OBJECTION.   MOVE TO STRIKE.

01:28PM   13             THE COURT:   AS TO THE FORM OF THE QUESTION.

01:28PM   14        YOU CAN REASK THE QUESTION.   I SUSTAINED THE QUESTION.

01:28PM   15    THAT ANSWER IS STRICKEN, LADIES AND GENTLEMEN.

01:28PM   16        YOU CAN REASK A QUESTION.

01:28PM   17    BY MR. LEACH:

01:28PM   18    Q.   WHY WAS IT, MS. GANGAKHEDKAR, YOU WERE NOT SATISFIED WITH

01:28PM   19    THE EXPLANATION?   WHAT WAS IT ABOUT THE FACT THAT THERANOS

01:28PM   20    PLANNED TO DRAW FROM A VEIN THAT WAS NOT SATISFACTORY TO YOU?

01:28PM   21    A.   WELL, BECAUSE I UNDERSTOOD FOR THE LAUNCH THAT THE -- SOME

01:28PM   22    OF THE LAUNCH DETAILS INCLUDED THE USE OF NANOTAINERS TO TEST

01:28PM   23    FOR SAMPLES -- I'M SORRY.   THE USER BLOOD DRAWN OR COLLECTED IN

01:28PM   24    NANOTAINERS TO BE TESTED ON THE THERANOS SYSTEM.

01:28PM   25    Q.   AND WHAT IS IT ABOUT THAT BEING THE PLAN THAT MADE YOU NOT

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1218

01:28PM   1    SATISFIED?

01:28PM   2    A.   WELL, THE USE OF VENOUS DRAW WAS NOT, THAT INFORMATION WAS

01:29PM   3    NOT RELEASED TO EVERYONE.  I DON'T THINK -- I WAS NOT AWARE

01:29PM   4    THAT THE LAUNCH WOULD ACTUALLY USE VENOUS DRAW.  I WAS UNDER

01:29PM   5    THE IMPRESSION THAT WE WERE USING NANOTAINERS.

01:29PM   6    Q.   AND HOW DID YOU FEEL ABOUT THAT?

01:29PM   7             MR. WADE:  OBJECTION, YOUR HONOR.

01:29PM   8             THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

01:29PM   9             THE WITNESS:  SO I DIDN'T FEEL -- I FELT THAT IT WAS

01:29PM  10    NOT THE RIGHT THING TO DO.

01:29PM  11    BY MR. LEACH:

01:29PM  12    Q.   AT THIS POINT IN 2013, HOW LONG HAD YOU BEEN WORKING AT

01:29PM  13    THERANOS?

01:29PM  14    A.   EIGHT YEARS.

01:29PM  15    Q.   AND COULD WE HAVE THE RESIGNATION LETTER BACK UP, PLEASE.

01:30PM  16         AND YOU WROTE IN YOUR LETTER, "I'VE MADE THE DIFFICULT

01:30PM  17    DECISION OF RESIGNING FROM MY POSITION AT THERANOS."

01:30PM  18         WHY WAS THIS A DIFFICULT DECISION FOR YOU?

01:30PM  19    A.   IT WAS DIFFICULT BECAUSE THE LAST EIGHT YEARS OF WORKING

01:30PM  20    AT THERANOS IT REALLY FELT THAT IF I'M GOING TO MAKE A

01:30PM  21    DIFFERENCE IN DEVELOPING A NEW PRODUCT, AND EACH TIME THE

01:30PM  22    COMPANY CHANGED DIRECTION TO LIKE A VERSION OF A NEW SYSTEM I

01:30PM  23    WAS STILL MOTIVATED, AND IT PUSHED US TO DO THE BEST THAT WE

01:30PM  24    COULD DOING WHAT WAS BEST FOR THE ASSAY DEVELOPMENT AND IN THE

01:30PM  25    PRODUCT.

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1219

```
01:30PM   1         SO COMING AND HEARING IN THE LAST FEW YEARS THAT THERE

01:30PM   2    WERE -- OF COURSE COMMUNICATING THAT THERE WERE ISSUES WITH THE

01:30PM   3    EDISON SYSTEMS, AND AFTER HAVING HEARD THAT THE EDISON 3.0'S

01:31PM   4    WILL ONLY BE USED FOR A SHORT TIME UNTIL WE HAVE A NEW IMPROVED

01:31PM   5    SYSTEM THAT WOULD RUN INTO ALL OF THE ISSUES THAT WE HAD

01:31PM   6    BEFORE, IT SEEMS LIKE A HUGE LETDOWN FROM ALL, FROM ALL OF THE

01:31PM   7    HARD WORK THAT WAS CONDUCTED.

01:31PM   8         IT FELT THAT ALL OF -- LIKE MY EFFORTS AND THE EFFORTS OF

01:31PM   9    MY TEAM MEMBERS ARE GOING TO WASTE BECAUSE WE ARE NOW LAUNCHING

01:31PM  10    NO MATTER WHAT WITH 3.0'S.

01:31PM  11         SO ALL IN ALL IT WAS A DIFFICULT SITUATION.

01:31PM  12    Q.   DID ANY MEMBERS OF YOUR STAFF RESIGN TO YOU THAT SAME DAY?

01:31PM  13    A.   YES.

01:31PM  14    Q.   WHO WAS THAT?

01:31PM  15    A.   TINA NOYES.

01:31PM  16    Q.   AND DID YOU IN ANY WAY COORDINATE WITH MS. NOYES OR WAS IT

01:32PM  17    A FORTUITY THAT YOU TWO RESIGNED ON THE SAME DAY?

01:32PM  18    A.   NO, THERE WAS NO COORDINATION.

01:32PM  19         SO ON THE DAY I SUBMITTED MY RESIGNATION TO MS. HOLMES AND

01:32PM  20    I WENT BACK TO MY DESK, AND THAT IS WHEN TINA NOYES APPROACHED

01:32PM  21    ME AND SAID SHE WANTED TO SPEAK TO ME AND PRIVATELY, AND SO IN

01:32PM  22    THE CONFERENCE ROOM SHE SUBMITTED HER RESIGNATION TO ME.

01:32PM  23         THAT IS WHEN I INFORMED HER THAT, YES, I ALSO HAVE

01:32PM  24    RESIGNED.  SO WE HADN'T SPOKEN ABOUT OUR PLANS BEFORE.

01:32PM  25              MR. WADE:  OBJECTION, YOUR HONOR.  MOVE TO STRIKE.
```

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1220

01:32PM  1            MR. LEACH:  IT'S NOT HEARSAY.  IT'S A VERBAL ACT.

01:32PM  2            THE COURT:  I WAS THINKING ABOUT THE ENTIRETY OF THE

01:32PM  3   STATEMENT TO COME IN.  I'LL ALLOW IT TO COME IN.  THE OBJECTION

01:32PM  4   IS OVERRULED.

01:33PM  5   BY MR. LEACH:

01:33PM  6   Q.   AFTER RESIGNING TO MS. HOLMES ON OR ABOUT SEPTEMBER 5TH,

01:33PM  7   DID YOU PRINT OUT ANY DOCUMENTS RELATING TO YOUR WORK AT

01:33PM  8   THERANOS?

01:33PM  9   A.   YES.

01:33PM 10   Q.   AND WHEN YOU PRINTED THEM OUT, WHERE DID YOU PUT THEM?

01:33PM 11   WHAT DID YOU DO WITH IT?

01:33PM 12   A.   SO I TOOK THEM HOME.

01:33PM 13   Q.   AT THE TIME THAT YOU TOOK THOSE HOME, HAD YOU SIGNED ANY

01:33PM 14   FORM OF NONDISCLOSURE AGREEMENT WITH THERANOS?

01:33PM 15   A.   YES.

01:33PM 16   Q.   IN PRINTING OUT THOSE DOCUMENTS AND TAKING THEM HOME WITH

01:33PM 17   YOU, DID YOU HAVE CONCERNS IN LIGHT OF THE NONDISCLOSURE

01:33PM 18   AGREEMENT THAT YOU SIGNED?

01:33PM 19   A.   YES.

01:33PM 20   Q.   AND WHY?

01:33PM 21   A.   BECAUSE THERANOS WAS, WAS PRETTY TOUGH ON THEIR NDA'S AS

01:33PM 22   WELL AS THEIR PROPRIETARY INFORMATION.

01:33PM 23   Q.   AND NOTWITHSTANDING THE FACT THAT YOU HAD SIGNED AN NDA,

01:34PM 24   WHY DID YOU PRINT OUT AND TAKE HOME DOCUMENTS FROM THERANOS?

01:34PM 25            MR. WADE:  OBJECTION, YOUR HONOR.  401.  403.

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1221

01:34PM   1            THE COURT:  I'LL ALLOW HER TO TESTIFY SUBJECT TO A

01:34PM   2     MOTION TO STRIKE.

01:34PM   3         YOU CAN ANSWER THE QUESTION.

01:34PM   4            THE WITNESS:  YEAH.  SO THE REASON I TOOK THOSE

01:34PM   5     PRINTOUTS IS BECAUSE I WAS WORRIED ABOUT THE LAUNCH.  I WAS

01:34PM   6     ACTUALLY SCARED THAT THINGS WOULD NOT GO WELL.

01:34PM   7         AND I WAS ALSO WORRIED THAT I WOULD BE BLAMED, THAT

01:34PM   8     MS. HOLMES WAS NOT AWARE OF WHAT WAS HAPPENING WITH THE 3.0'S.

01:34PM   9         SO ESSENTIALLY I TOOK THOSE TO PROTECT MYSELF AND TO HAVE

01:34PM  10     AS A RECORD IN THE EVENT ISSUES CAME UP IN THE FUTURE.

01:35PM  11     BY MR. LEACH:

01:35PM  12     Q.   WHY WERE YOU SCARED?

01:35PM  13            MR. WADE:  SAME OBJECTION, YOUR HONOR.

01:35PM  14            THE COURT:  SUSTAINED.  THE PREVIOUS ANSWER WILL

01:35PM  15     REMAIN.  SUSTAIN THE OBJECTION.

01:35PM  16            MR. LEACH:  THANK YOU, YOUR HONOR.

01:35PM  17     Q.   AND WE LOOKED EARLIER AT EXHIBIT 972, PAGE 4.  IS THAT ONE

01:35PM  18     OF THE DOCUMENTS THAT YOU PRINTED OUT AND TOOK WITH YOU?

01:35PM  19     A.   YES.

01:35PM  20            MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

01:35PM  21            THE COURT:  YES.

01:35PM  22         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

01:35PM  23     BY MR. LEACH:

01:35PM  24     Q.   THANK YOU, MS. GANGAKHEDKAR.

01:36PM  25         I HAVE NOTHING FURTHER.

GANGAKHEDKAR CROSS BY MR. WADE                                    1222

01:36PM  1              THE COURT:  ANY CROSS-EXAMINATION?

01:36PM  2              MR. WADE:  I DO, YOUR HONOR.

01:36PM  3              THE COURT:  FOLKS, IF YOU WANT TO STAND AND STRETCH

01:36PM  4      FOR A MOMENT, FEEL FREE.

01:36PM  5          YOU, TOO, MS. GANGAKHEDKAR.

01:36PM  6          (STRETCHING.)

01:37PM  7              THE COURT:  MR. WADE?

01:37PM  8              MR. WADE:  THANK YOU, YOUR HONOR.

01:37PM  9                         **CROSS-EXAMINATION**

01:37PM  10     BY MR. WADE:

01:37PM  11     Q.   GOOD AFTERNOON, MS. GANGAKHEDKAR.

01:37PM  12          MY NAME IS LANCE WADE, AND I REPRESENT MS. HOLMES, AND I

01:37PM  13     HAVE A FEW QUESTIONS FOR YOU TODAY, TOO.

01:37PM  14     A.   SURE.

01:37PM  15     Q.   OKAY.  I'D LIKE TO START JUST BY MAKING SURE THAT WE

01:37PM  16     UNDERSTAND YOUR ROLE.

01:37PM  17          YOU WORKED IN THE RESEARCH AND DEVELOPMENT DEPARTMENT; IS

01:37PM  18     THAT RIGHT?

01:37PM  19     A.   YES.

01:37PM  20     Q.   AND NOT IN THE CLIA LAB?

01:37PM  21     A.   YES, CORRECT.

01:37PM  22     Q.   AND SO YOUR -- A LOT OF YOUR WORK WAS TO BE IN ADVANCE OF

01:37PM  23     MOVING THE ASSAYS OVER INTO THE CLIA LAB; IS THAT RIGHT?

01:37PM  24     A.   YES.

01:37PM  25     Q.   AND AT THE TIME -- I FORGOT I COULD TAKE THIS OFF.

GANGAKHEDKAR CROSS BY MR. WADE                                    1223

01:37PM   1        AT THE TIME THAT YOU -- IN THIS TIME IN SEPTEMBER OF 2013

01:38PM   2   THAT YOU'RE JUST TALKING ABOUT, NONE OF THE ASSAYS THAT WERE

01:38PM   3   UNDER DISCUSSION HAD GONE INTO THE CLIA LAB; RIGHT?

01:38PM   4   A.   YES.

01:38PM   5   Q.   AND WE HAD SEEN SOME DOCUMENTS FROM MR. YOUNG WHERE HE HAD

01:38PM   6   PROPOSED SOMETHING IN THE ORDER OF 62 SMALL SAMPLE ASSAYS THAT

01:38PM   7   WERE TO GO ON TO THE EDISON; IS THAT RIGHT?

01:38PM   8   A.   YES.

01:38PM   9   Q.   AND THEN THERE WAS ANOTHER SET OF DOCUMENTS WHERE THAT

01:38PM  10   NUMBER WAS WHITTLED DOWN TO MAYBE A DOZEN OR SOMETHING.

01:38PM  11        DO YOU RECALL THAT?

01:38PM  12   A.   I DON'T RECOLLECT.

01:38PM  13   Q.   OKAY.  BUT YOU RECALL THAT IT WAS SUBSTANTIALLY -- THE

01:38PM  14   LIST WAS NARROWED DOWN JUST IN THAT TIME PERIOD AFTER YOU WERE

01:38PM  15   BACK FROM INDIA.

01:38PM  16        DO YOU RECALL THAT?

01:38PM  17   A.   SO -- CAN YOU PLEASE REPEAT THE QUESTION AND --

01:38PM  18   Q.   SURE.  THE BEGINNING UNIVERSE OF ASSAYS THAT YOU'RE

01:39PM  19   FOCUSSED ON WITH THE EDISON WAS 62 IN THE PLAN THAT DR. YOUNG

01:39PM  20   LAID OUT.

01:39PM  21        DO YOU RECALL THAT?

01:39PM  22   A.   YES.

01:39PM  23   Q.   OKAY.  AND THEN IN THE PERIOD -- THERE WAS A -- THAT WAS

01:39PM  24   RIGHT AFTER YOU CAME BACK FROM INDIA; ISN'T THAT RIGHT?

01:39PM  25   A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE                                        1224

01:39PM  1    Q.   AND IN THE PERIOD BETWEEN WHEN YOU CAME BACK FROM INDIA

01:39PM  2    AND WHEN YOU RESIGNED, THERE WERE -- THEY NARROWED THAT LIST

01:39PM  3    DOWN.  THEY DECIDED THEY WEREN'T GOING TO GO FORWARD WITH 62;

01:39PM  4    RIGHT?

01:39PM  5    A.   I DON'T RECOLLECT ALL OF THOSE DETAILS.

01:39PM  6    Q.   YOU DON'T.  OKAY.  WELL, WE'LL GO THROUGH SOME DOCUMENTS

01:39PM  7    TODAY AND MAYBE ON TUESDAY, OKAY?

01:39PM  8    A.   OKAY.

01:39PM  9    Q.   THE VALIDATION PROCESS, THE CLIA VALIDATION PROCESS WHERE,

01:39PM  10   WHERE AN ASSAY IS CERTIFIED BEFORE IT GOES INTO THE LAB, WHO

01:40PM  11   WAS RESPONSIBLE FOR THE CLIA VALIDATION?

01:40PM  12   A.   I THINK IT WOULD BE THE CLIA LAB DIRECTOR.

01:40PM  13   Q.   AND WHO WAS THAT DURING THAT TIME PERIOD OF 2013?

01:40PM  14   A.   DR. ADAM ROSENDORFF.

01:40PM  15   Q.   AND HE'S A MEDICAL DOCTOR?

01:40PM  16   A.   YES.

01:40PM  17   Q.   AND DID YOU DEAL WITH DR. ROSENDORFF ON ANY CLIA

01:40PM  18   VALIDATION ISSUES?

01:40PM  19   A.   SO HE -- I THINK HE HAD AN OVERVIEW OF THE PLAN, BUT WHAT

01:40PM  20   EXACTLY DO YOU MEAN WITH YOUR QUESTION?  CAN YOU ELABORATE?

01:40PM  21   Q.   I'M SORRY TO INTERRUPT YOU.

01:40PM  22        DID YOU WORK WITH HIM ON ANY OF THE CLIA VALIDATION

01:40PM  23   REPORTS?

01:40PM  24   A.   NO.

01:40PM  25   Q.   OKAY.  AND YOU LEFT BEFORE THE LAUNCH ACTUALLY HAPPENED;

GANGAKHEDKAR CROSS BY MR. WADE                                    1225

01:40PM  1     RIGHT?

01:40PM  2     A.   YES.

01:40PM  3     Q.   AND SO YOU DON'T KNOW WHAT ULTIMATELY HAPPENED IN TERMS OF

01:40PM  4     CLIA VALIDATION?

01:40PM  5     A.   I DON'T KNOW.

01:41PM  6     Q.   OKAY.  THERE WERE A LOT OF DOCUMENTS THAT THE GOVERNMENT

01:41PM  7     WENT THROUGH WITH YOU WITH RESPECT TO VARIOUS ISSUES THAT WERE

01:41PM  8     COMING UP ON DIFFERENT DEVICES.

01:41PM  9          DO YOU RECALL SOME OF THOSE DOCUMENTS THAT, THAT CAME UP

01:41PM 10     TODAY?

01:41PM 11     A.   YES.

01:41PM 12     Q.   AND I JUST WANT TO MAKE SURE THAT EVERYONE IS CLEAR, ALL

01:41PM 13     OF THAT WORK WAS DONE WITHIN RESEARCH AND DEVELOPMENT; RIGHT?

01:41PM 14     A.   YES.

01:41PM 15     Q.   TO TRY AND GET THE EQUIPMENTS AND THE ASSAYS AND

01:41PM 16     EVERYTHING FUNCTIONING PROPERLY BEFORE THEY WERE USED ON

01:41PM 17     PATIENTS; RIGHT?

01:41PM 18     A.   YES.

01:41PM 19     Q.   AND THERE WERE ABSOLUTELY NO PATIENT SAMPLES THAT WERE

01:41PM 20     IMPLICATED BY ANY OF THOSE ISSUES THAT YOU TALKED ABOUT AT THE

01:41PM 21     TIME OF THOSE DOCUMENTS; RIGHT?

01:41PM 22     A.   I DON'T KNOW BECAUSE WE WERE STILL RUNNING THE TESTS TO

01:41PM 23     PREPARE FOR THE VALIDATION.

01:41PM 24     Q.   RIGHT.  SO THEY WEREN'T IN THE LAB WHERE PATIENTS WERE

01:41PM 25     BEING TESTED; RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE                                          1226

01:41PM   1    A.   I DON'T RECOLLECT THAT.

01:42PM   2    Q.   OKAY.  WELL, IS IT YOUR UNDERSTANDING THAT IN THE TIME

01:42PM   3    THAT YOU WERE AT THERANOS, THAT THE 4 SERIES DEVICE THAT THE

01:42PM   4    GOVERNMENT WAS ASKING YOU ABOUT, WAS THAT EVER USED IN THE CLIA

01:42PM   5    LAB IN THE TIME THAT YOU WERE THERE?

01:42PM   6    A.   I DON'T THINK SO.

01:42PM   7    Q.   OKAY.  AND I THINK WE'VE TALKED ABOUT THERE WERE SOME

01:42PM   8    EFFORTS TO TRY TO GET SOME ASSAYS WORKING ON THE 3 SERIES

01:42PM   9    DEVICES; RIGHT?

01:42PM   10   A.   YES.

01:42PM   11   Q.   AND AT THE TIME THAT YOU LEFT, NONE OF THEM HAD ACTUALLY

01:42PM   12   BEEN VALIDATED TO GO INTO THE CLIA LAB; RIGHT?

01:42PM   13   A.   AT THE TIME OF MY RESIGNATION, I WAS NOT AWARE OF ANY

01:42PM   14   VALIDATION FOR THE 3.0'S HAD COMPLETED.

01:42PM   15   Q.   AND YOU TALKED A LITTLE BIT ABOUT THE VENOUS SAMPLES.

01:43PM   16        DO YOU RECALL THAT?

01:43PM   17   A.   SO IS THIS WITH RELATION TO THE NANOTAINERS?

01:43PM   18   Q.   NO.  IT WAS IN CONNECTION -- YOU RECALL WITH THE VENOUS

01:43PM   19   SAMPLES, TO DO THE LAUNCH, IF NECESSARY, SOME VENOUS SAMPLES

01:43PM   20   WOULD BE USED.

01:43PM   21        DO YOU RECALL THAT IN YOUR DISCUSSION WITH MS. HOLMES?

01:43PM   22   A.   YES.

01:43PM   23   Q.   AND THE THOUGHT WOULD BE IF THE TEST ON THE FINGERSTICK

01:43PM   24   WEREN'T FUNCTIONING PROPERLY, YOU WOULD DO THEM ON A DIFFERENT

01:43PM   25   METHOD; RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE                                    1227

01:43PM  1    A.   I WAS NOT AWARE OF THAT BACKUP PLAN.

01:43PM  2    Q.   OKAY.  BUT YOU KNEW THAT THEY HAD OTHER COMMERCIAL DEVICES

01:43PM  3    WITHIN THE LABORATORIES; RIGHT?

01:43PM  4    A.   YES.

01:43PM  5    Q.   AND THEY HAD THE ABILITY TO DO OTHER TESTS IF NEED BE;

01:43PM  6    RIGHT?

01:43PM  7    A.   YES.

01:43PM  8    Q.   AND ALMOST ALL OF THOSE TESTS WERE VENOUS TESTS; RIGHT?

01:44PM  9    A.   YES.

01:44PM  10   Q.   NOW, THERE'S BEEN SOME DISCUSSION ABOUT THE NUMBER OF

01:44PM  11   ASSAYS THAT WERE DEVELOPED WITHIN THE R&D GROUP THAT HAD

01:44PM  12   COMPLETED -- WHERE YOU HAD COMPLETED YOUR WORK.

01:44PM  13        DO YOU RECALL TALKING A LITTLE BIT ABOUT THAT?

01:44PM  14   A.   SO IS THIS SPECIFICALLY RELATED TO THE RETAIL LAUNCH?

01:44PM  15   Q.   NO.  NO.  MORE GENERALLY.  LET'S STEP BACK A BIT HERE IF

01:44PM  16   WE COULD, OKAY?

01:44PM  17        AND YOU HAD WORKED, I BELIEVE YOU TESTIFIED, IN THE R&D

01:44PM  18   DEPARTMENT, FOR MANY YEARS; RIGHT?

01:44PM  19   A.   UH-HUH.

01:44PM  20   Q.   AND YOU HAD WORKED ON ASSAY DEVELOPMENT VIRTUALLY THAT

01:44PM  21   WHOLE TIME; RIGHT?

01:44PM  22   A.   YES.

01:44PM  23   Q.   AND IN THE EARLY YEARS THE ASSAY DEVELOPMENT WAS ALMOST

01:45PM  24   ALL IMMUNOASSAYS; RIGHT?

01:45PM  25   A.   CORRECT.

GANGAKHEDKAR CROSS BY MR. WADE                                        1228

01:45PM  1     Q.   AND THEN THERE CAME A TIME IN MAYBE 2009 OR 2010 WHERE

01:45PM  2     THERE WERE SOME ADDITIONAL ASSAY TEAMS THAT WERE SET UP; RIGHT?

01:45PM  3     A.   YES.

01:45PM  4     Q.   AND WHAT WERE THOSE TEAMS?

01:45PM  5     A.   SO BASICALLY THEY HAD GENERAL CHEMISTRY, THEY HAD SOME

01:45PM  6     MOLECULAR BIOLOGY ASSAYS, AS WELL AS THE CYTOMETRY ASSAYS.

01:45PM  7     Q.   OKAY.  AND YOU DIDN'T REALLY WORK THAT MUCH WITH THOSE;

01:45PM  8     RIGHT?

01:45PM  9     A.   NO.

01:45PM  10    Q.   AND YOUR FOCUS REMAINED ON THE ELISA ASSAYS?

01:45PM  11    A.   YES.

01:45PM  12    Q.   AND THOSE ARE SOMETIMES CALLED IMMUNOASSAYS; IS THAT

01:45PM  13    RIGHT?

01:45PM  14    A.   CORRECT.

01:45PM  15    Q.   AND IN THAT PERIOD OF YEARS WHERE YOU WORKED THERE, YOU

01:45PM  16    WERE TO DEVELOP A LOT OF IMMUNOASSAYS; RIGHT?

01:45PM  17    A.   YES.

01:45PM  18    Q.   AND DO YOU RECALL THE APPROXIMATE NUMBER OF IMMUNOASSAYS

01:45PM  19    THAT YOU HAD COMPLETED WORK ON IN THE R&D LAB?

01:45PM  20    A.   IT WOULD BE APPROXIMATELY A HUNDRED.

01:46PM  21    Q.   OKAY.  ABOUT A HUNDRED?

01:46PM  22    A.   YEAH.

01:46PM  23    Q.   OKAY.  AND THAT WAS JUST THE WORK OF IMMUNOASSAYS?

01:46PM  24    A.   YEAH.

01:46PM  25    Q.   AND THERE WERE OTHER ASSAYS DEVELOPED WITH THOSE THREE

UNITED STATES COURT REPORTERS

**ER-4923**

GANGAKHEDKAR CROSS BY MR. WADE                                    1229

01:46PM   1    OTHER TEAMS; RIGHT?

01:46PM   2    A.   CORRECT.

01:46PM   3    Q.   I'D LIKE TO ASK YOU A LITTLE BIT ABOUT THAT WORK WITH

01:46PM   4    GLAXO SMITH KLINE.

01:46PM   5         DO YOU RECALL THE QUESTIONS ABOUT THAT EARLIER?

01:46PM   6    A.   YES.

01:46PM   7    Q.   AND THE GLAXO SMITH KLINE WORK, WHICH ASSAYS WERE INVOLVED

01:46PM   8    IN THAT?

01:46PM   9    A.   SO THERE WERE A PANEL, LIKE A METABOLIC PANEL.  SO THEY

01:46PM  10    HAD ONE TARGET CALLED GLP-1, AND THEY HAD ANOTHER ONE CALLED

01:47PM  11    C-PEPTIDE.

01:47PM  12    Q.   AND THOSE ARE TECHNICALLY TWO ASSAYS; CORRECT?

01:47PM  13    A.   YES.

01:47PM  14    Q.   AND BEFORE YOU, YOU HAVE BROUGHT THOSE ASSAYS OUT TO WORK

01:47PM  15    WITH GSK, DID YOU DO THE WORK NECESSARY TO BE COMFORTABLE HOW

01:47PM  16    THEY WERE GOING TO PERFORM?

01:47PM  17    A.   YES.

01:47PM  18    Q.   AND DID YOU DO THAT IN CONNECTION WITH A TEAM OF PEOPLE AT

01:47PM  19    THERANOS?

01:47PM  20    A.   YES.

01:47PM  21    Q.   AND SO THE ASSAY DEVELOPMENT WORK FOR THOSE HAD BEEN

01:47PM  22    COMPLETED?

01:47PM  23    A.   I WOULD THINK SO.

01:47PM  24    Q.   AND THE CARTRIDGES USED IN THAT STUDY, DO YOU RECALL HOW

01:47PM  25    MANY ASSAYS THEY WOULD RUN?  WOULD THEY RUN THE ASSAYS IN A

GANGAKHEDKAR CROSS BY MR. WADE                                    1230

01:48PM   1    SINGLE CARTRIDGE?

01:48PM   2    A.   YES.

01:48PM   3    Q.   AND I THINK THERE WAS A COMMUNICATION -- WHY DON'T WE

01:48PM   4    BRING UP 112, WHICH I THINK IS IN EVIDENCE.

01:48PM   5        AND IF WE CAN GO -- DO YOU RECALL THIS EMAIL?

01:48PM   6    A.   YES.

01:48PM   7    Q.   AND IF WE CAN GO -- ACTUALLY, BEFORE WE GO THERE,

01:48PM   8    DR. RHODES, DO YOU RECALL THAT HE WAS THE LAB DIRECTOR FOR THE

01:48PM   9    BIOMARKER LAB AT GSK?

01:48PM  10    A.   YES.

01:48PM  11    Q.   AND A COMPANY THAT SIZE, THAT'S A PRETTY BIG JOB, ISN'T

01:48PM  12    IT?

01:48PM  13    A.   IT IS.

01:48PM  14    Q.   AND CAN WE GO TO THE ATTACHMENT, AND THE NEXT PAGE,

01:48PM  15    PLEASE.  IF WE CAN BLOW UP THE OVERALL CONCLUSIONS.  I THINK WE

01:49PM  16    DIDN'T FOCUS TOO MUCH ON THIS.

01:49PM  17        THIS WAS A DOCUMENT THAT WAS PREPARED BY DR. RHODES; IS

01:49PM  18    THAT RIGHT?

01:49PM  19    A.   I THINK SO.

01:49PM  20    Q.   WELL, WHY DON'T WE LOOK BACK AT THE EMAIL JUST SO WE CAN

01:49PM  21    SEE IF WE CAN REFRESH YOUR RECOLLECTION.

01:49PM  22        DO YOU SEE DOWN BELOW DR. RHODES IS SENDING THIS AND

01:49PM  23    COMMUNICATING IT TO THE COMPANY AT LEAST; RIGHT?

01:49PM  24    A.   YES.

01:49PM  25    Q.   AND NOW, HE HAS A TEAM OF PEOPLE AT GLAXO SMITH KLINE THAT

GANGAKHEDKAR CROSS BY MR. WADE                    1231

01:49PM   1    HE SEEMS TO BE WORKING WITH ON THAT, SOME COMBINATION OF THEM

01:49PM   2    ASSUMEDLY WROTE THIS DOCUMENT?

01:49PM   3    A.   UH-HUH.

01:49PM   4    Q.   THE ATTACHMENT?

01:49PM   5    A.   I THINK SO.

01:49PM   6    Q.   OKAY.  LET'S GO BACK TO THAT SECOND PAGE, AND LET'S LOOK

01:49PM   7    AT THE OVERALL CONCLUSIONS.

01:49PM   8        THIS SAYS THAT "THE THERANOS SYSTEM ELIMINATES THE NEED

01:50PM   9    FOR A LAB AND PROVIDED QUALITY DATA."

01:50PM  10        DO YOU SEE THAT?

01:50PM  11    A.   YES.

01:50PM  12    Q.   AND THIS WAS YOUR WORK?

01:50PM  13    A.   YES.

01:50PM  14    Q.   AND WERE YOU PROUD OF THAT?

01:50PM  15    A.   YES, OF COURSE.

01:50PM  16    Q.   AND YOU RECALL ACTUALLY AS A RESULT OF THIS WORK, THERE

01:50PM  17    WAS A CELEBRATION AT THE COMPANY AFTERWARD; RIGHT?

01:50PM  18    A.   YES, THERE WAS.

01:50PM  19    Q.   A PARTY?

01:50PM  20    A.   YEAH.

01:50PM  21    Q.   AND LET'S LOOK AT THE SECOND BULLET POINT.

01:50PM  22        OKAY.  THIS SAYS, "THE METABOLIC BIOMARKER LAB," THAT

01:50PM  23    MEANS THE METABOLIC BIOMARKER LAB AT GSK; IS THAT RIGHT?

01:50PM  24    A.   YES.

01:50PM  25    Q.   AND AGAIN, THAT'S KIND OF A BIG OPERATION WITHIN A

GANGAKHEDKAR CROSS BY MR. WADE                                    1232

01:50PM   1      PHARMACEUTICAL COMPANY; RIGHT?

01:50PM   2      A.   YEAH.

01:50PM   3      Q.   OKAY.  AND THIS SAYS THEY HAVE A FAVORABLE IMPRESSION OF

01:50PM   4      THE TECHNOLOGY AND SYSTEM AND RECOMMENDS THAT GSK CLINICAL

01:50PM   5      GROUPS WORK WITH THERANOS TO IDENTIFY THE BEST USE OF THIS

01:50PM   6      TECHNOLOGY.

01:50PM   7           DO YOU SEE THAT?

01:51PM   8      A.   YES.

01:51PM   9      Q.   AND TO BE FAIR, I PARAPHRASED THAT.

01:51PM   10     A.   OKAY.

01:51PM   11     Q.   AND SO THEY WERE RECOMMENDING TO OTHER CLINICAL GROUPS

01:51PM   12     WITHIN GLAXO SMITH KLINE THAT THEY SHOULD THINK ABOUT USING

01:51PM   13     THERANOS AS A RESULT OF YOUR WORK; RIGHT?

01:51PM   14     A.   I THINK SO.

01:51PM   15     Q.   AND THAT'S KIND OF A BIG DEAL, ISN'T IT?

01:51PM   16     A.   YES.

01:51PM   17     Q.   AND YOU UNDERSTOOD THAT DR. RHODES WAS PLEASED WITH THE

01:51PM   18     RESULTS; RIGHT?

01:51PM   19     A.   YES.

01:51PM   20     Q.   AND YOU KNEW WHEN YOU HAD DONE A GOOD JOB.

01:51PM   21          IS THAT FAIR?

01:51PM   22     A.   YES.

01:51PM   23     Q.   OKAY.  ARE YOU AWARE THAT DR. RHODES ACTUALLY WROTE

01:51PM   24     SEPARATELY TO MS. HOLMES TO PRAISE YOUR WORK?

01:51PM   25               MR. LEACH:  OBJECTION.  FOUNDATION.

| | | |
|---|---|---|
| 01:51PM | 1 | THE COURT:  WOULD YOU LAY A FOUNDATION. |
| 01:51PM | 2 | MR. WADE:  I WAS JUST ASKING IF SHE'S AWARE.  IF |
| 01:52PM | 3 | SHE'S NOT AWARE, I CAN LAY THE FOUNDATION. |
| 01:52PM | 4 | BUT I CAN DO IT IF YOUR HONOR WOULD PREFER. |
| 01:52PM | 5 | THE COURT:  WELL, DID YOU UNDERSTAND HIS QUESTION? |
| 01:52PM | 6 | THE WITNESS:  YES. |
| 01:52PM | 7 | THE COURT:  YOU CAN ANSWER. |
| 01:52PM | 8 | THE WITNESS:  I WAS NOT AWARE.  I HADN'T SEEN |
| 01:52PM | 9 | THAT -- I DON'T THINK I HAD SEEN THAT EMAIL DIRECTLY. |
| 01:52PM | 10 | BY MR. WADE: |
| 01:52PM | 11 | Q.   OKAY.  LET ME SEE IF I CAN REFRESH YOUR RECOLLECTION. |
| 01:52PM | 12 | I THINK IF YOU LOOK IN YOUR BOOK AT 13764. |
| 01:52PM | 13 | A.   CAN YOU PLEASE REPEAT THAT NUMBER AGAIN, THE NUMBER FOR |
| 01:52PM | 14 | THE -- |
| 01:52PM | 15 | Q.   SURE.  THE 13764. |
| 01:52PM | 16 | THE CLERK:  I THINK SHE ONLY HAS THE GOVERNMENT |
| 01:53PM | 17 | BINDER. |
| 01:53PM | 18 | THE WITNESS:  I DON'T THINK I HAVE THAT IN THIS |
| 01:53PM | 19 | BINDER. |
| 01:53PM | 20 | MR. WADE:  MY APOLOGIES.  I FORGOT TO GIVE YOU OUR |
| 01:53PM | 21 | BINDER.  ONE MOMENT, PLEASE. |
| 01:53PM | 22 | WE CAN JUST PUT IT ON THE SCREEN, YOUR HONOR.  WE WON'T |
| 01:53PM | 23 | NEED TO -- |
| 01:53PM | 24 | THE COURT:  OKAY.  IF WE CAN HAVE COUNSEL ADJUST |
| 01:53PM | 25 | THEIR MONITORS. |

GANGAKHEDKAR CROSS BY MR. WADE                                    1234

01:53PM   1            MR. WADE:  MY APOLOGIES.

01:53PM   2         MAY I APPROACH, YOUR HONOR?

01:53PM   3            THE COURT:  PLEASE.

01:53PM   4            MR. WADE:  (HANDING.)

01:53PM   5    Q.  IT'S 13764.  JUST TAKE A MINUTE AND READ THAT TO YOURSELF

01:54PM   6    IF YOU COULD.

01:54PM   7    A.  OKAY.

01:54PM   8    Q.  AND DOES THIS REFRESH YOUR RECOLLECTION THAT DR. RHODES

01:54PM   9    HAD COMMUNICATED THAT YOU HAD DONE A GREAT JOB?

01:54PM   10   A.  I THINK SO.

01:54PM   11   Q.  AND DOES IT REFRESH YOUR RECOLLECTION THAT DR. RHODES

01:54PM   12   THOUGHT THE INSTRUMENTS PERFORMED WELL?

01:54PM   13   A.  YES.

01:54PM   14   Q.  AND PART OF THE ISSUE WITH GLAXO SMITH KLINE WAS ALSO THAT

01:54PM   15   THEY WERE LOOKING FOR AN ASSAY THAT WOULD RUN A LITTLE FASTER;

01:54PM   16   RIGHT?

01:54PM   17   A.  YES.

01:54PM   18   Q.  AND THE THERANOS ASSAY DID; CORRECT?

01:54PM   19   A.  IT DID.

01:54PM   20   Q.  IF WE CAN GO BACK TO THAT ATTACHMENT FOR JUST ONE SECOND.

01:55PM   21   AGAIN, WE'RE AT 112, WHICH IS IN EVIDENCE.  I APOLOGIZE.  JUST

01:55PM   22   SO THE RECORD IS CLEAR, I WOULD LIKE TO BRING YOU BACK TO

01:55PM   23   EXHIBIT 112, WHICH IS THE DOCUMENT REALLY AT THE

01:55PM   24   GLAXO SMITH KLINE THAT WE WERE TALKING ABOUT EARLIER.

01:55PM   25   A.  UH-HUH.

GANGAKHEDKAR CROSS BY MR. WADE                                        1235

01:55PM   1    Q.   AND I'D LIKE TO DRAW YOUR ATTENTION TO THE FIRST PAGE OF

01:55PM   2    THE ATTACHMENT AND THE TOP PARAGRAPH.

01:55PM   3         I DON'T THINK YOU WERE ASKED ABOUT THIS PREVIOUSLY.

01:55PM   4         DO YOU SEE THERE WHERE IT SAYS THAT THE TWO ASSAYS WERE

01:55PM   5    COMPARED TO GOLD STANDARD ELISA'S.

01:55PM   6         DO YOU SEE THAT?

01:55PM   7    A.   YES.

01:55PM   8    Q.   AND COULD YOU EXPLAIN TO US WHAT GOLD STANDARD ELISA'S

01:55PM   9    ARE?

01:55PM   10   A.   SO GSK WAS USING A SET OF ASSAYS IN THEIR LAB FOR THEIR

01:55PM   11   STUDIES FOR THESE PARTICULAR TARGETS, AND THEY WERE CONSIDERED

01:56PM   12   TO BE THE BEST ASSAY TO USE FOR THOSE PURPOSES.

01:56PM   13   Q.   AND THERANOS'S ASSAYS MATCHED UP WELL?

01:56PM   14   A.   IT DID.

01:56PM   15   Q.   AND YOUR ASSAYS THAT YOU DEVELOPED?

01:56PM   16   A.   YES.

01:56PM   17   Q.   AND IF WE CAN GO BACK TO THE LAST PAGE ONE MORE TIME.  DO

01:56PM   18   YOU SEE -- FOCUS ON THE TOP.

01:56PM   19        DO YOU SEE AT THE TOP THERE THAT IT SAYS THE DATA SHOWED

01:56PM   20   GOOD CORRELATION.

01:56PM   21        DO YOU SEE THAT?

01:56PM   22   A.   UH-HUH.

01:56PM   23   Q.   AND THEN IT SAYS THE MACHINES WORKED WELL.

01:56PM   24        AND DID YOU FEEL THAT WAY AT THE TIME?

01:56PM   25   A.   YES, I DID.

GANGAKHEDKAR CROSS BY MR. WADE                                    1236

| | | |
|---|---|---|
| 01:56PM | 1 | Q.   I DON'T HAVE ANY OTHER QUESTIONS ON THAT DOCUMENT. |
| 01:56PM | 2 | IF I CAN ASK YOU, I THINK THE DOCUMENT THAT YOU SENT TO |
| 01:57PM | 3 | MS. HOLMES THAT RELATED TO SOME WORK THAT WAS DONE FOR CELGENE; |
| 01:57PM | 4 | IS THAT RIGHT? |
| 01:57PM | 5 | A.   YES. |
| 01:57PM | 6 | Q.   AND ULTIMATELY THAT WORK WAS COMPLETED; RIGHT? |
| 01:57PM | 7 | A.   IT WAS. |
| 01:57PM | 8 | Q.   AND I'D LIKE TO ASK YOU A FEW QUESTIONS ABOUT THAT WORK, |
| 01:57PM | 9 | IF I COULD? |
| 01:57PM | 10 | A.   SURE. |
| 01:57PM | 11 | Q.   TELL US ABOUT THAT PROJECT GENERALLY IF YOU WOULD? |
| 01:57PM | 12 | THE COURT:  YOU KNOW, EXCUSE ME. |
| 01:57PM | 13 | BEFORE WE MOVE IN -- I DON'T WANT TO BREAK UP -- |
| 01:57PM | 14 | MR. WADE:  ANOTHER CLIFFHANGER. |
| 01:57PM | 15 | (LAUGHTER.) |
| 01:57PM | 16 | THE COURT:  THIS TIME I WON'T LET YOU ASK A |
| 01:57PM | 17 | QUESTION.  THE WEEKEND IS TOO LONG TO WAIT FOR THE ANSWER SO. |
| 01:57PM | 18 | MR. WADE:  I'LL WITHDRAW THE QUESTION, AND I'LL PICK |
| 01:57PM | 19 | UP HERE ON TUESDAY. |
| 01:57PM | 20 | THE COURT:  LET'S DO THAT.  I APPRECIATE THAT. |
| 01:57PM | 21 | WE'RE GOING TO RECESS FOR THE DAY AND THE WEEKEND AND WE'LL |
| 01:57PM | 22 | COME BACK ON TUESDAY NEXT AT 9:00 O'CLOCK, AND I HOPE WE CAN |
| 01:57PM | 23 | BEGIN -- LADIES AND GENTLEMEN, LET ME -- YES, SORRY. |
| 01:58PM | 24 | LET ME AGAIN REMIND YOU, LADIES AND GENTLEMEN, THAT AFTER |
| 01:58PM | 25 | YOU LEAVE TONIGHT, YOU'RE NOT TO CONDUCT ANY INDEPENDENT |

1237

| | | |
|---|---|---|
| 01:58PM | 1 | RESEARCH ABOUT THE CASE, THE MATTERS DEALING WITH THE CASE, OR |
| 01:58PM | 2 | ANY OF THE PARTIES INVOLVED WITH THE CASE, INCLUDING ANY LEGAL |
| 01:58PM | 3 | ISSUES INVOLVED IN THE CASE. |
| 01:58PM | 4 | YOU ALSO MUST NOT COMMUNICATE WITH ANYONE ABOUT THE CASE. |
| 01:58PM | 5 | AND YOU MUST IGNORE ANY INFORMATION THAT YOU MAY COME UPON |
| 01:58PM | 6 | WHILE BROWSING THE INTERNET OR ANY OF YOUR SOCIAL MEDIA. |
| 01:58PM | 7 | AND PLEASE DO NOT DISCUSS THE CASE WITH ANYONE UNTIL THE |
| 01:58PM | 8 | MATTER HAS BEEN DELIVERED TO YOU FOR YOUR DELIBERATIONS. |
| 01:58PM | 9 | THANK YOU FOR YOUR PATIENCE. IT'S IMPORTANT THAT I MAKE A |
| 01:58PM | 10 | RECORD OF THIS EACH TIME WE BREAK. |
| 01:58PM | 11 | AND YOU KNOW THE QUESTION I'M GOING TO ASK YOU WHEN WE SEE |
| 01:58PM | 12 | EACH OTHER ON TUESDAY, AND I'D LIKE A REPORT IF ANY OF THIS HAS |
| 01:58PM | 13 | OCCURRED TO YOU OVER THE WEEKEND, INADVERTENT OR NOT. |
| 01:58PM | 14 | HAVE A GOOD WEEKEND. BE SAFE. ENJOY THE WEEKEND. WE |
| 01:58PM | 15 | WILL SEE YOU TUESDAY NEXT, TUESDAY NEXT, AND I HOPE WE CAN |
| 01:58PM | 16 | START AT 9:00 O'CLOCK. |
| 01:58PM | 17 | THANK YOU. YOU CAN STAND DOWN, AND WE'LL SEE YOU TUESDAY |
| 01:59PM | 18 | AS WELL. THANK YOU. |
| 01:59PM | 19 | (JURY OUT AT 1:59 P.M.) |
| 01:59PM | 20 | THE COURT: PLEASE, YOU CAN STAND DOWN. |
| 01:59PM | 21 | IS THAT A BINDER OF THE EXHIBITS? |
| 01:59PM | 22 | THE WITNESS: NO. THIS BELONGS TO THE PROSECUTION. |
| 01:59PM | 23 | THE COURT: OH, YOU CAN LEAVE THAT. THANK YOU SO |
| 01:59PM | 24 | MUCH. |
| 01:59PM | 25 | PLEASE BE SEATED. THANK YOU. PLEASE BE SEATED. THANK |

1238

| | | |
|---|---|---|
| 01:59PM | 1 | YOU, LADIES AND GENTLEMEN. |
| 02:00PM | 2 | ALL RIGHT.  THANK YOU.  THE JURY AND ALTERNATES HAVE LEFT |
| 02:00PM | 3 | FOR THE WEEKEND AND MS. HOLMES AND COUNSEL ARE STILL PRESENT. |
| 02:00PM | 4 | ANYTHING BEFORE WE BREAK FOR THE WEEKEND, COUNSEL? |
| 02:00PM | 5 | I HEAR NO RESPONSE.  THAT SUGGESTS YOU'RE COMPLETELY |
| 02:00PM | 6 | SATISFIED. |
| 02:00PM | 7 | MR. WADE:  NO.  HAVE A NICE WEEKEND. |
| 02:00PM | 8 | THE COURT:  YOU AS WELL.  THANK YOU. |
| 02:00PM | 9 | MR. LEACH:  YOUR HONOR, ONE MATTER FROM THE |
| 02:00PM | 10 | GOVERNMENT. |
| 02:00PM | 11 | THE COURT:  SURE. |
| 02:00PM | 12 | MR. LEACH:  I THINK WE WENT UNTIL 3:00 O'CLOCK ON |
| 02:00PM | 13 | WEDNESDAY, AND I UNDERSTAND FROM THE DEFENSE THAT THEY MIGHT BE |
| 02:00PM | 14 | OPEN TO GOING UNTIL 3:00 O'CLOCK ON OTHER DAYS, AND WE JUST |
| 02:00PM | 15 | WANTED TO SEE IF THE COURT WAS AMENABLE TO ONE ADDITIONAL HOUR |
| 02:00PM | 16 | EACH DAY.  I THINK THAT WOULD AID US IN EFFICIENTLY PRESENTING |
| 02:00PM | 17 | THE CASE. |
| 02:00PM | 18 | OF COURSE, WE DON'T WANT TO IMPEDE ON THE EXPECTATIONS OF |
| 02:01PM | 19 | THE JURORS. |
| 02:01PM | 20 | THE COURT:  THANK YOU.  I WAS GOING TO ASK THEM |
| 02:01PM | 21 | THAT.  I DON'T THINK IT'S FAIR TO HAVE THEM THINK ABOUT THAT |
| 02:01PM | 22 | OVER THE WEEKEND.  BUT WHEN THEY COME BACK ON TUESDAY, I THINK |
| 02:01PM | 23 | I WILL ASK IF WE CAN ADJUST THE SCHEDULE AGAIN. |
| 02:01PM | 24 | I KNOW THERE MAY BE SOME EMPLOYMENT ISSUES.  I DON'T KNOW. |
| 02:01PM | 25 | MS. KRATZMANN MAY HAVE SOME INFORMATION ON THAT FROM THE |

02:01PM  1    JURORS, I JUST DON'T KNOW.

02:01PM  2         BUT I'M GOING TO ASK IF WE CAN EXTEND MAYBE AN HOUR AT

02:01PM  3    LEAST TWO DAYS A WEEK OR SOMETHING TO SEE IF THAT WOULD WORK

02:01PM  4    JUST TO KEEP US ON TRACK.

02:01PM  5              MR. LEACH:  WONDERFUL.

02:01PM  6              THE COURT:  IS THAT ALL RIGHT WITH YOU?

02:01PM  7              MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

02:01PM  8              THE COURT:  GREAT.  OKAY.  THANK YOU.

02:01PM  9         THANK YOU VERY MUCH.  ENJOY YOUR WEEKENDS.

02:01PM 10              THE CLERK:  COURT IS ADJOURNED.

02:01PM 11         (COURT ADJOURNED AT 2:01 P.M.)

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

```
 1

 2

 3                      CERTIFICATE OF REPORTERS

 4

 5

 6

 7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

 8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

 9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10     HEREBY CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12     A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13     ABOVE-ENTITLED MATTER.

14

15

16                      IRENE RODRIGUEZ, CSR, CRR
                        CERTIFICATE NUMBER 8076
17

18

19                      LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595
20

21                      DATED:  SEPTEMBER 17, 2021

22

23

24

25
```

1240

1

2                      UNITED STATES DISTRICT COURT

3                     NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5

      UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                      )
                       PLAINTIFF,      )   SAN JOSE, CALIFORNIA
7                                      )
             VS.                       )   VOLUME 9
8                                      )
      ELIZABETH A. HOLMES,             )   SEPTEMBER 21, 2021
9                                      )
                       DEFENDANT.      )   PAGES 1240 - 1449
10     _____)

11                   TRANSCRIPT OF TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
13
      A P P E A R A N C E S:
14
      FOR THE PLAINTIFF:      UNITED STATES ATTORNEY'S OFFICE
15                            BY:  JOHN C. BOSTIC
                                   JEFFREY B. SCHENK
16                            150 ALMADEN BOULEVARD, SUITE 900
                              SAN JOSE, CALIFORNIA 95113
17
                              BY:  ROBERT S. LEACH
18                                 KELLY VOLKAR
                              1301 CLAY STREET, SUITE 340S
19                            OAKLAND, CALIFORNIA 94612

20
      (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

22    OFFICIAL COURT REPORTERS:
                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                            CERTIFICATE NUMBER 8074
                              LEE-ANNE SHORTRIDGE, CSR, CRR
24                            CERTIFICATE NUMBER 9595

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

```
1        A P P E A R A N C E S: (CONT'D)

2

3     FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
4                                    LANCE A. WADE
                                     KATHERINE TREFZ
5                                    ANDREW LEMENS
                                     J.R. FLEURMONT
6                                    PATRICK LOOBY
                                725 TWELFTH STREET, N.W.
7                               WASHINGTON, D.C. 20005

8                               LAW OFFICE OF JOHN D. CLINE
                                BY:  JOHN D. CLINE
9                               ONE EMBARCADERO CENTER, SUITE 500
                                SAN FRANCISCO, CALIFORNIA 94111
10

11    ALSO PRESENT:             FEDERAL BUREAU OF INVESTIGATION
                                BY:  ADELAIDA HERNANDEZ
12
                                OFFICE OF THE U.S. ATTORNEY
13                              BY:  LAKISHA HOLLIMAN, PARALEGAL
                                     MADDI WACHS, PARALEGAL
14
                                WILLIAMS & CONNOLLY
15                              BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

16                              TBC
                                BY:  BRIAN BENNETT, TECHNICIAN
17

18

19

20

21

22

23

24

25
```

1242

1

INDEX OF PROCEEDINGS

2

GOVERNMENT'S:

3

4      **SUREKHA GANGAKHEDKAR**
       CROSS-EXAM BY MR. WADE (RES.)              P. 1261
5      REDIRECT EXAM BY MR. BOSTIC                P. 1366

6      **AUDRA ZACHMAN**
       DIRECT EXAM BY MR. BOSTIC                  P. 1378
7      CROSS-EXAM BY MS. TREFZ                     P. 1414
       REDIRECT EXAM BY MR. BOSTIC                P. 1430
8
       **BRITTANY GOULD**
9      DIRECT EXAM BY MR. LEACH                    P. 1436

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    INDEX OF EXHIBITS

 2
                                   IDENT.      EVIDENCE
 3      GOVERNMENT'S:

 4      487                                    1316
        1031                                   1322
 5      3962                                   1362
        3961, 2 PAGES                          1374
 6      5410                                   1387
        2044                                   1388
 7      3305                                   1390
        5411                                   1390
 8      4242                                   1404
        2083                                   1409
 9      5412                                   1411

10

11      DEFENDANT'S:

12      10492                                  1264
        10493                                  1265
13      9002                                   1268
        10500                                  1274
14      9110                                   1276
        10496                                  1282
15      07215                                  1285
        10497                                  1287
16      7202                                   1290
        10491                                  1292
17      7297                                   1293
        9397                                   1299
18      7216                                   1308
        9921                                   1317
19      7603A                                  1325
        10521 & 10522                          1335
20      3966                                   1339
        10503                                  1341
21      13767                                  1346
        13768                                  1348
22      13770                                  1350
        13769                                  1353
23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    SEPTEMBER 21, 2021 |
| | 2 | P R O C E E D I N G S |
| 08:33AM | 3 | (COURT CONVENED AT 8:33 A.M.) |
| 08:33AM | 4 | (JURY OUT AT 8:33 A.M.) |
| 08:33AM | 5 | THE COURT:  LET'S GO ON THE RECORD IN 18-258, |
| 08:33AM | 6 | UNITED STATES VERSUS ELIZABETH HOLMES. |
| 08:33AM | 7 | LET ME JUST SAY THAT I SEE ALL COUNSEL PRESENT, AND |
| 08:33AM | 8 | DEFENDANT IS PRESENT. |
| 08:33AM | 9 | GOOD MORNING EVERYONE. |
| 08:33AM | 10 | MR. WADE:  GOOD MORNING. |
| 08:33AM | 11 | THE COURT:  WE'RE OUTSIDE OF THE PRESENCE OF THE |
| 08:33AM | 12 | JURY.  BEFORE WE START TODAY, I UNDERSTAND THAT THE PARTIES |
| 08:33AM | 13 | WANTED TO DISCUSS SOME MATTERS? |
| 08:33AM | 14 | MS. TREFZ:  WE DO, YOUR HONOR. |
| 08:33AM | 15 | THE COURT:  YES, MS. TREFZ. |
| 08:34AM | 16 | MS. TREFZ:  GOOD MORNING, YOUR HONOR. |
| 08:34AM | 17 | KATIE TREFZ ON BEHALF OF MS. HOLMES. |
| 08:34AM | 18 | WE HAVE THREE ISSUES WITH RESPECT TO WITNESSES THAT ARE |
| 08:34AM | 19 | EXPECTED TO COME AFTER MS. GANGAKHEDKAR.  I'M NOT SURE WHAT |
| 08:34AM | 20 | ORDER THOSE WITNESSES WILL COME IN BECAUSE THAT'S UP TO THE |
| 08:34AM | 21 | GOVERNMENT, BUT I WANTED TO RAISE THEM NOW SO THAT THE COURT |
| 08:34AM | 22 | COULD BE AWARE OF POTENTIAL ISSUES THAT MIGHT COME UP. |
| 08:34AM | 23 | THE MOST SUBSTANTIVE ONE IS ON CERTAIN TEXT MESSAGES THAT |
| 08:34AM | 24 | WE EXPECT THE GOVERNMENT TO SEEK TO INTRODUCE THROUGH A WITNESS |
| 08:34AM | 25 | NAMED JUSTIN OFFEN. |

08:34AM  1        WE EXPECT THE GOVERNMENT -- YESTERDAY AFTERNOON WE

08:34AM  2    RECEIVED NOTICE OF CERTAIN PARTICULAR TEXT MESSAGES THAT THE

08:34AM  3    GOVERNMENT WOULD SEEK TO INTRODUCE THROUGH MR. OFFEN.  IT

08:35AM  4    SHOULD BE NO SURPRISE TO THE COURT THAT WE HAVE SOME OBJECTIONS

08:35AM  5    TO CERTAIN OF THOSE TEXT MESSAGES.

08:35AM  6        WE'VE BEEN -- WE'VE DONE OUR BEST TO GO THROUGH THEM

08:35AM  7    PROMPTLY, BUT SINCE WE RECEIVED THE DISCLOSURE YESTERDAY

08:35AM  8    AFTERNOON, WE HAVE NOT HAD THE CHANCE TO FULLY PUT SOMETHING

08:35AM  9    BEFORE THE COURT TO IDENTIFY THE OBJECTIONS.

08:35AM 10        WE THOUGHT THAT SINCE MOST OF THOSE OBJECTIONS ARE TO

08:35AM 11    RELEVANCE ON 403 GROUNDS OR, YOU KNOW, TO COMPLETENESS, THEN WE

08:35AM 12    THOUGHT IT WOULD BE MOST EFFICIENT TO HAVE THE CHANCE TO KIND

08:35AM 13    OF PROVIDE THAT INFORMATION TO THE COURT IN ADVANCE OF THE

08:35AM 14    ACTUAL MESSAGES BEING INTRODUCED AND SHOWN TO THE JURY SIMPLY

08:35AM 15    BECAUSE THIS PARTICULAR WITNESS CANNOT RESOLVE -- THIS WITNESS

08:35AM 16    IS A CUSTODIAL WITNESS FROM PRICEWATERHOUSECOOPERS AND CANNOT

08:35AM 17    RESOLVE THE ISSUES WITH RESPECT TO RELEVANCE OR PREJUDICE OR

08:36AM 18    COMPLETENESS.

08:36AM 19        WE HAVE PROPOSED TO THE GOVERNMENT SOME PARTICULAR

08:36AM 20    MESSAGES TO WHICH WE DON'T OBJECT THAT THE GOVERNMENT MIGHT USE

08:36AM 21    IN ITS EXAMINATION OF MR. OFFEN.

08:36AM 22        IT SOUNDS LIKE FROM COUNSEL ABOUT 15 OR 20 MINUTES AGO

08:36AM 23    THAT THEY WOULD LIKE TO PRESENT A BROADER SET, AND I JUST

08:36AM 24    WANTED TO RAISE THIS WITH THE COURT AND, YOU KNOW, PROVIDE KIND

08:36AM 25    OF A SUGGESTED PROCEDURE FOR HOW WE MIGHT DO THAT.

08:36AM  1          THE COURT:  OKAY.  WELL, THANK YOU.  THANKS FOR

08:36AM  2   BRINGING IT TO MY ATTENTION.

08:36AM  3      LET ME ASK, IT SOUNDS LIKE THERE WILL NOT BE ANY ISSUE OF

08:36AM  4   AUTHENTICITY UNDER 902 OR ANY OF THOSE -- IT SOUNDS LIKE THAT'S

08:36AM  5   GOING TO -- THAT'S NOT WHAT THE ISSUE IS, AUTHENTICITY, BUT

08:36AM  6   RATHER ANY OTHER COLLATERAL OBJECTIONS LIKE YOU'VE INDICATED

08:36AM  7   UNDER 403, 401 OR OTHERS.

08:37AM  8          MS. TREFZ:  THE AUTHENTICITY WE HAVE, YOUR HONOR, IS

08:37AM  9   THESE MESSAGES WERE COMPILED INTO A SPREADSHEET THAT CAME FROM

08:37AM  10   A BUNCH OF DIFFERENT SOURCES.

08:37AM  11      WE DO NOT HAVE OBJECTIONS TO AUTHENTICITY OF THE

08:37AM  12   INDIVIDUAL MESSAGES INSOFAR AS THEY ARE MESSAGES FROM, YOU

08:37AM  13   KNOW, MS. HOLMES TO MR. BALWANI OR VICE VERSA ON A PARTICULAR

08:37AM  14   DATE OR A PARTICULAR TIME.

08:37AM  15          THE COURT:  PARDON ME FOR INTERRUPTING YOU, BUT ARE

08:37AM  16   WE TALKING ABOUT TEXT MESSAGES FROM A CELLULAR DEVICE TO

08:37AM  17   ANOTHER CELLULAR DEVICE?

08:37AM  18          MS. TREFZ:  IT'S A COMBINATION OF IMESSAGES, SKYPE

08:37AM  19   MESSAGES, AND SMS MESSAGES, AND THEY'VE BEEN COMPILED INTO A

08:37AM  20   SPREADSHEET BY DATE AND TIME IS OUR UNDERSTANDING.

08:37AM  21          THE COURT:  I SEE.

08:37AM  22          MS. TREFZ:  AS WE INFORMED THE GOVERNMENT, WE DON'T

08:37AM  23   HAVE AN OBJECTION TO THE INDIVIDUAL MESSAGES.

08:37AM  24      WHAT WE DO HAVE AN OBJECTION TO IN TERMS OF AUTHENTICITY,

08:37AM  25   AND I THINK IT'S A 403 ISSUE, IS KIND OF HOW THEY'RE EXPECTED

08:37AM  1    TO BE PRESENTED TO THE JURY.

08:38AM  2         THE GOVERNMENT'S SUGGESTION IS TO TAKE BASICALLY EXCERPTS

08:38AM  3    FROM THE SPREADSHEET, REDACT EVERYTHING EXCEPT FOR THE TEXT

08:38AM  4    MESSAGES AT ISSUE.

08:38AM  5         AND OUR REQUEST INSTEAD WOULD BE TO HAVE THE GOVERNMENT

08:38AM  6    JUST SHOW AND JUST INTRODUCE THE MESSAGES THAT ARE ADMITTED ON

08:38AM  7    A SEPARATE SHEET OF PAPER.

08:38AM  8         THE REASON WHY THAT IS IMPORTANT TO US IS BECAUSE WE

08:38AM  9    BELIEVE THAT PRESENTING THE MESSAGES AS A WHOLE OR SUGGESTING

08:38AM 10    THAT THEY ARE PART OF A WHOLE IS -- MISLEADINGLY SUGGESTS THAT

08:38AM 11    THIS IS THE COMPLETE SET OF MESSAGES BETWEEN THESE TWO

08:38AM 12    INDIVIDUALS, AND WE KNOW THAT THERE ARE LARGE GAPS IN THE TIME

08:38AM 13    PERIODS AND STUFF LIKE THAT.

08:38AM 14              THE COURT:  OKAY.  MR. LEACH.

08:38AM 15              MR. LEACH:  THANK YOU, YOUR HONOR.

08:38AM 16         ROBERT LEACH ON BEHALF OF THE UNITED STATES.

08:38AM 17         I JUST WANT TO BE CLEAR WHAT WE'RE TALKING ABOUT.

08:38AM 18    MR. OFFEN IS GOING TO TESTIFY THAT AS PART OF HIS WORK AT PWC

08:39AM 19    ON BEHALF OF WILMER HALE AND THERANOS HE GENERATED VERY LENGTHY

08:39AM 20    SPREADSHEETS OF TEXTS, IMS AND OTHER MESSAGES, FROM THREE

08:39AM 21    DEVICES OR FROM SIX DEVICES GATHERED FROM THE DEFENDANT.

08:39AM 22         IN CONNECTION WITH THE TRIAL I RECEIVED A RULE 17 SUBPOENA

08:39AM 23    TO ESSENTIALLY PRODUCE THOSE DOCUMENTS AGAIN, WHICH HE DID FROM

08:39AM 24    A SUBSET OF THOSE DEVICES, AND HE'LL EXPLAIN ALL OF THAT.

08:39AM 25         THE DOCUMENT IS QUITE LONG.  IT'S 447 PAGES.  IT CONSISTS

08:39AM  1    OF 12,000 TEXTS.  NOT ALL OF THEM ARE RELEVANT.

08:39AM  2        THE GOVERNMENT SEEKS TO ADMIT A SUBSET OF THEM.

08:39AM  3        TO FACILITATE THAT, THE GOVERNMENT HAS REDACTED ALL BUT

08:39AM  4    THE MESSAGES THAT IT INTENDS TO OFFER.  WE'RE DOING THAT IN THE

08:39AM  5    DOCUMENT THAT THE DEFENDANT CREATED -- OR THAT THE WITNESS

08:39AM  6    OVERSAW THE CREATION OF AND CAN EXPLAIN WHAT IT IS.

08:40AM  7        SO WHATEVER CONCERNS THEY HAVE THAT THERE MIGHT BE OTHER

08:40AM  8    DEVICES OUT THERE, HE CAN EXPLAIN ALL OF THOSE, WHICH I THINK

08:40AM  9    RESOLVES ANY 403 ISSUE.

08:40AM  10       WE DO WANT TO PRESENT SOME OF THEM IN THE MOMENT AS HE'S

08:40AM  11   TESTIFYING.  WE WANT TO AVOID THE NEED FOR A CUSTODIAL WITNESS

08:40AM  12   TO COME BACK AS FURTHER ONES ARE ADMITTED.

08:40AM  13       I THINK THE COURT IN ITS ORDER ON THE MOTION IN LIMINE

08:40AM  14   REVIEWED MANY OF THE EXCERPTS OR AT LEAST SIX OF THE EXCERPTS

08:40AM  15   THAT WE INTEND TO PRESENT TODAY AND ASSESS THAT THEY'RE

08:40AM  16   RELEVANT IN ITS MOTION IN LIMINE ORDER.

08:40AM  17       SO I SEE NO REASON WHY THOSE CANNOT BE PRESENTED TODAY.  I

08:40AM  18   THINK THE REMAINDER THAT WE CAN DEMONSTRATE THE RELEVANCE

08:40AM  19   THROUGH EVENTS THAT DANISE YAM TESTIFIED ABOUT, EVENTS THAT

08:40AM  20   ERIKA CHEUNG -- DANISE YAM OR SO HAN SPIVEY TESTIFIED ABOUT.

08:41AM  21   SO WE WOULD LIKE TO PRESENT SOME OF THEM TODAY.  I BELIEVE

08:41AM  22   THOSE OBJECTIONS CAN BE -- IF THERE'S A RELEVANCE OBJECTION, IT

08:41AM  23   CAN BE RESOLVED IN THE MOMENT.

08:41AM  24       I HEAR WHAT MY COLLEAGUES ARE SAYING ABOUT COMPLETENESS.

08:41AM  25   I DON'T THINK THAT'S A REASON NOT TO ADMIT A TEXT MESSAGE.

08:41AM    1    THAT'S A REASON TO ADMIT ADDITIONAL TEXT MESSAGES AND IF THE

08:41AM    2    DEFENSE HAS MORE THEY WANT TO OFFER, WE'RE WILLING TO CONSIDER

08:41AM    3    THEIR PROPOSALS THERE.

08:41AM    4         SO WE HAVE THOUGHT ABOUT A NUMBER OF DIFFERENT WAYS TO

08:41AM    5    HANDLE THIS.  I -- ONE WAY WOULD BE TO ADMIT THE REDACTED

08:41AM    6    VERSION THAT WE HAVE PREPARED FOR MR. OFFEN SUBJECT TO ANY 403

08:41AM    7    OR RELEVANCE OBJECTIONS THAT THEY WANT TO RAISE DOWN THE ROAD.

08:41AM    8         I'M ONLY GOING TO DISPLAY TODAY A SUBSET OF THEM, AND I'M

08:41AM    9    NOT SURE WE'RE GETTING TO THEM TODAY, BUT EITHER TODAY OR

08:41AM   10    TOMORROW, AND WE'RE HAPPY TO PROCEED WHICHEVER WAY THE COURT

08:41AM   11    WISHES.

08:41AM   12              THE COURT:  THANK YOU.

08:41AM   13         I HEAR MS. TREFZ SAYING THAT IT SOUNDS LIKE IT'S THE

08:41AM   14    PRESENTATION, ONE OF THE ISSUES IS THE PRESENTATION.  AND I

08:42AM   15    THINK THERE IS -- I DON'T KNOW WHAT THIS SPREADSHEET IS,

08:42AM   16    HOWEVER, THERE ARE 55 TEXTS ON ONE LINE AND WITH CORRESPONDING

08:42AM   17    DATES AND THEN THE MESSAGE TO AND FROM, ET CETERA.

08:42AM   18         MS. TREFZ, ARE YOU SAYING THAT IF THE GOVERNMENT JUST PUTS

08:42AM   19    ONE -- DISPLAYS ONE TEXT MESSAGE BUT EVEN REDACT ALL OF THE

08:42AM   20    OTHERS, THAT WOULD BE AN UNTOWARD PRESENTATION THAT WOULD GIVE

08:42AM   21    SOME TYPE OF NEGATIVE PRESENTATION TO THE JURY?

08:42AM   22              MS. TREFZ:  YES, YOUR HONOR.

08:42AM   23         WE'VE PROVIDED THEM WITH AN EXAMPLE OF WHAT WE WOULD DO

08:42AM   24    WITH A MESSAGE EXCHANGE THAT WE DON'T HAVE ANY OBJECTION TO.

08:42AM   25    I'M HAPPY TO GIVE THE COURT AN EXAMPLE, AND EVERYBODY ELSE AN

08:42AM   1     EXAMPLE, OF WHAT WE WERE PROPOSING THAT THEY DO INSTEAD.

08:42AM   2             THE COURT:  SURE.

08:42AM   3             MS. TREFZ:  WE THOUGHT THAT THIS WOULD BE

08:42AM   4     APPROPRIATE.

08:42AM   5             THE COURT:  SURE.  YOU'VE SEEN THIS, MR. LEACH?

08:42AM   6             MR. LEACH:  I HAVE SEEN THIS.

08:43AM   7         MAY I HAVE ONE MOMENT, YOUR HONOR?

08:43AM   8             THE COURT:  CAN WE GET ANOTHER COPY?

08:43AM   9             MS. TREFZ:  OH, SURE.

08:43AM   10        (PAUSE IN PROCEEDINGS.)

08:43AM   11            THE COURT:  ALL RIGHT.  THANK YOU.

08:43AM   12        SO, MS. TREFZ, THIS IS YOUR SUGGESTION OR IT LOOKS LIKE AN

08:43AM   13    EXAMPLE OF THREE MESSAGES, BUT MY SENSE IS THAT THESE THREE ARE

08:43AM   14    RELATED?

08:43AM   15            MS. TREFZ:  CORRECT, YOUR HONOR.

08:43AM   16        WHAT WE HAVE DONE IN THAT EXAMPLE IS TO TAKE WHAT THE

08:43AM   17    GOVERNMENT DESIGNATED AND WE DON'T HAVE A RELEVANCE OR A

08:43AM   18    COMPLETION -- OR A COMPLETENESS OR 403 OBJECTION TO THOSE

08:43AM   19    MESSAGES, AND SO OUR SUGGESTION IS WHY WOULD THEY NOT JUST BE

08:44AM   20    PRESENTED LIKE THAT.

08:44AM   21        WE ALSO DON'T HAVE AN AUTHENTICATION PROBLEM WITH THOSE

08:44AM   22    MESSAGES, AND OUR SUGGESTION IS THAT THAT'S MORE LIKE A FAIR

08:44AM   23    AND EFFICIENT WAY TO PRESENT THE MESSAGES.

08:44AM   24            THE COURT:  MR. LEACH.

08:44AM   25            MR. LEACH:  I THINK IT'S AN ODD SOLUTION TO AN

08:44AM   1    AUTHENTICITY OBJECTION WITH A SEPARATE TEXT TAKEN OUT OF

08:44AM   2    CONTEXT.

08:44AM   3         SO IF WE CAN DISPLAY WHAT THE GOVERNMENT PREPARED.

08:44AM   4         I THINK THE BETTER APPROACH, YOUR HONOR, IS TO SIMPLY

08:44AM   5    REDACT THE RELEVANT MATERIAL.

08:44AM   6              THE COURT:  I WANTED TO SEE BOTH VERSIONS.

08:44AM   7              MR. LEACH:  I REGRET, I DON'T HAVE A HARD COPY

08:44AM   8    HANDY.  WE'RE TRYING TO PULL UP THE GOVERNMENT'S PROPOSAL UP ON

08:44AM   9    THE SCREEN.

08:44AM  10              THE COURT:  AND I THINK MS. TREFZ'S POSITION IS

08:44AM  11    THAT, JUDGE, IF THE JUDGE SEES THIS BIG SHEET THAT HAS 57, 60

08:45AM  12    REDACTIONS AND THEN ONLY 4 OR 5 LINES OF THE TEXT, IT MIGHT

08:45AM  13    SUGGEST THAT THERE'S SOMETHING ELSE THERE, BUT HIDDEN FROM THE

08:45AM  14    JURY OR SOMETHING.

08:45AM  15         IT COULD BE, MS. TREFZ, THAT THE JURY IS GOING TO THINK

08:45AM  16    THAT, GEE, WITH ALL OF THAT SPACE AND THESE ARE THE ONLY THINGS

08:45AM  17    THAT THEY CAN FIND THAT ARE NEGATIVE.

08:45AM  18              MS. TREFZ:  THAT'S POSSIBLE, YOUR HONOR.

08:45AM  19              MR. LEACH:  SO WE HAVE AN EXAMPLE ON THE SCREEN.

08:45AM  20              THE COURT:  RIGHT.  SO, MS. TREFZ, TELL ME WHAT IS

08:45AM  21    THE ISSUE WITH THIS, WITH THE WAY IT'S PRESENTED.

08:45AM  22              MS. TREFZ:  THE ISSUE WITH THIS IS SEVERAL FOLD.

08:45AM  23    ONE IS THAT IT SAYS PAGE 8 OF 449.

08:45AM  24              THE COURT:  OH, I SEE.

08:45AM  25              MS. TREFZ:  ANOTHER IS THAT IT'S HEAVILY REDACTED

08:45AM 1    EXCEPT THIS ONE PARTICULAR LINE.

08:45AM 2         AND THEN WITH RESPECT TO THIS ONE PARTICULAR -- THIS

08:46AM 3    PARTICULAR EXAMPLE, WE DO HAVE RELEVANCE AND COMPLETENESS

08:46AM 4    OBJECTIONS TO IT.

08:46AM 5              THE COURT:  SURE.

08:46AM 6              MS. TREFZ:  BUT THAT'S NOT THE --

08:46AM 7              THE COURT:  WE'RE TALKING ABOUT FORM NOW.  SO IF THE

08:46AM 8    PAGE AND NUMBERS ARE REDACTED ON THE BOTTOM, IS THAT SOMETHING

08:46AM 9    THAT YOU COULD DO, MR. LEACH?

08:46AM 10             MR. LEACH:  YEAH, THAT'S FINE, YOUR HONOR.

08:46AM 11             MS. TREFZ:  YOUR HONOR, WE STILL HAVE AN ISSUE WITH

08:46AM 12   THE FACT THAT IT'S BASICALLY ENTIRELY REDACTED EXCEPT FOR ONE

08:46AM 13   LINE, BUT, YOU KNOW -- SO THAT'S WHY WE SUGGESTED THIS ONE WAY.

08:46AM 14             THE COURT:  SURE.

08:46AM 15             MS. TREFZ:  WE WOULD ALSO, AS I NOTED, SUGGEST THAT

08:46AM 16   THE PARTIES GIVE THE COURT A CHANCE TO LET THIS PLAY OUT A

08:46AM 17   LITTLE BIT IN TERMS OF, YOU KNOW, WE JUST RECEIVED THESE

08:46AM 18   YESTERDAY AND IT'S A SELECTION, BUT IT'S 122 PAGES, AND SO

08:46AM 19   WE'VE DONE OUR BEST TO DO THIS ON SHORT NOTICE BUT --

08:46AM 20             THE COURT:  THIS IS TRIAL.  THIS IS TRIAL,

08:46AM 21   MS. TREFZ.

08:46AM 22             MS. TREFZ:  AS OUR EMAIL TIME STAMPS WILL

08:46AM 23   ACKNOWLEDGE, WE HAVE BEEN WORKING HARD.  BUT WE THOUGHT THE

08:47AM 24   COURT WOULD APPRECIATE GETTING THE OPPORTUNITY TO UNDERSTAND

08:47AM 25   KIND OF SEEING IT LAID OUT OVER OF COURSE OF A COUPLE OF DAYS.

08:47AM   1            THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR BRINGING

08:47AM   2   IT TO MY ATTENTION.

08:47AM   3        AS MR. LEACH SUGGESTS, WE MAY NOT GET TO THIS WITNESS

08:47AM   4   TODAY, OR IF WE DO, IT SOUNDS LIKE IT MAY ONLY CAPTURE THE SIX

08:47AM   5   OR SEVEN TEXTS THAT YOU TALK ABOUT THAT SEEM TO BE

08:47AM   6   OBJECTIONABLE.

08:47AM   7            MR. LEACH:  I'LL BE GUIDED BY THE COURT, YOUR HONOR.

08:47AM   8   I THINK THERE'S SIX THAT THE COURT CONSIDERED IN THE MOTION IN

08:47AM   9   LIMINE.

08:47AM  10        THERE'S A SLIGHTLY BROADER UNIVERSE THAT I THINK THE

08:47AM  11   RELEVANCE IS MANIFEST BASED ON THE TESTIMONY THAT HAS ALREADY

08:47AM  12   COME IN.  I WOULD LIKE TO DO THOSE WITH MR. OFFEN IN THE

08:47AM  13   MOMENT.

08:47AM  14        MY INTEREST IS JUST MAKING SURE HE DOESN'T HAVE TO COME

08:47AM  15   BACK FOR FURTHER AUTHENTICITY ISSUES.

08:47AM  16            THE COURT:  SURE.

08:47AM  17            MR. LEACH:  IF I COULD JUST RESPOND BRIEFLY.  I DO

08:47AM  18   THINK THAT WE CAN INSTRUCT THE JURY TO IGNORE REDACTIONS.  WE

08:48AM  19   CAN INSTRUCT THE JURY, YOU KNOW -- SO I REALLY DON'T SEE WHY

08:48AM  20   BLANK SPACES ARE PREJUDICIAL.

08:48AM  21        BUT THERE'S ALSO -- YOU KNOW, THE FACT THAT MS. HOLMES AND

08:48AM  22   MR. BALWANI ARE COMMUNICATING SO FREQUENTLY AND SO REGULARLY,

08:48AM  23   REGARDLESS OF THE SUBSTANCE, HAS SOME RELEVANCE TO THEIR

08:48AM  24   CLOSENESS, THE EXISTENCE OF A CONSPIRACY.

08:48AM  25        I, FRANKLY, DON'T SEE THE PREJUDICE BETWEEN -- THAT CAN BE

08:48AM 1    DRAWN FROM THAT THEY TALKED ALL OF THE TIME.  IT'S A SIMPLE

08:48AM 2    MATTER OF INSTRUCTION TO SAY THAT NOT ALL OF THESE ARE RELEVANT

08:48AM 3    OR PERTINENT TO THE ISSUES OF THE CASE FOR REASONS THAT YOU

08:48AM 4    DON'T NEED TO BE CONCERNED ABOUT.

08:48AM 5        I DON'T WANT TO HAVE A CREATE A SEPARATE DOCUMENT.

08:48AM 6            THE COURT:  RIGHT.

08:48AM 7            MR. LEACH:  I REALLY DON'T SEE A NEED.

08:48AM 8            THE COURT:  THANK YOU.

08:48AM 9        I WAS THINKING, AS I WAS LOOKED AT IT, I WAS CURIOUS WHAT

08:48AM 10   THE PRESENTATION WOULD BE.  THE DARK REDACTIONS, IT SUGGESTS

08:48AM 11   SOMETHING, I SUPPOSE.

08:48AM 12       BUT THE COURT COULD AND WOULD INSTRUCT THE JURY THAT THIS

08:48AM 13   IS SHOWN AS A DEMONSTRATIVE, AND THIS IS THE MOST EFFICIENT WAY

08:49AM 14   TO CAPTURE IT, AND THEY SHOULD NOT BE GUIDED BY ANY REDACTION.

08:49AM 15       WHAT IS IMPORTANT ON THIS DOCUMENT IS WHAT IS NOT

08:49AM 16   REDACTED, AND ANYTHING ELSE IS PURELY BY CONSTRUCTION FOR EASE

08:49AM 17   OF PRESENTATION.

08:49AM 18       I DON'T THINK -- I DON'T THINK THAT WE'LL -- AND IF WE

08:49AM 19   REDACT THOSE PAGE AND THINGS ON THE BOTTOM, TALKING ABOUT

08:49AM 20   CONFIDENTIALITY AND PAGES OF 455 PAGES, ET CETERA.

08:49AM 21       I THINK PEOPLE UNDERSTAND THAT IN TRIAL DOCUMENTS ARE

08:49AM 22   PRESENTED AS BEST THEY CAN BE, AND WHAT IS RELEVANT TO THEM IS

08:49AM 23   WHAT IS SHOWN, THAT IS, THE WRITTEN, THE WRITTEN LANGUAGE, NOT

08:49AM 24   THE REDACTION.

08:49AM 25       THAT'S JUST A FUNCTION OF PRESENTATION THAT SHOULD HAVE NO

1255

08:49AM   1    IMPACT ON THEIR JUDGMENT AS TO HOW TO WEIGH THE EVIDENCE.

08:50AM   2             MS. TREFZ:  IF IT IS A MATTER OF JUST PRESENTATION,

08:50AM   3    YOUR HONOR, THEN I WOULD REQUEST THAT ONE ADDITIONAL COMPROMISE

08:50AM   4    MIGHT BE THAT WHEN THEY'RE EXAMINING ABOUT PARTICULAR MESSAGES,

08:50AM   5    IF THEY BLOW IT UP LIKE WE ALL HAVE SEEN ON THE TRIAL GRAPHIC

08:50AM   6    SOFTWARE YOU'RE ALLOWED TO DO SO THE JURY IS NOT FOCUSSED ON

08:50AM   7    THE DARK SPACE, BUT IS FOCUSSED ON THAT PART.

08:50AM   8         I ASSUME THEY WILL DO THAT ANYWAY, BUT I JUST WANTED

08:50AM   9    TO MAKE THAT --

08:50AM  10             THE COURT:  I EXPECT THAT THEY WILL.

08:50AM  11             MR. LEACH:  WE'RE HAPPY TO DO IT THAT WAY,

08:50AM  12    YOUR HONOR.  OUR INTEREST IS NOT IN DRAWING TO THE BLACK.  WE

08:50AM  13    WANT TO FOCUS ON THE SUBSTANCE.

08:50AM  14             THE COURT:  OKAY.  GREAT.  WELL, LET'S DO THAT TO

08:50AM  15    START WITH AND LET'S SEE HOW THAT WORKS.

08:50AM  16         MY SENSE IS THAT'S A GOOD PROTOCOL TO ENGAGE.

08:50AM  17             MS. TREFZ:  IN TERMS OF THE SUBSTANCE THAT WE HAVE

08:50AM  18    WITH THE TEXT MESSAGES, HOW IS THAT TO BE PRESENTED?

08:50AM  19             THE COURT:  WELL, I WAS CURIOUS, MR. LEACH, THAT'S

08:50AM  20    WHY I ASKED WHETHER YOU THOUGHT WE WOULD GET INTO THIS TODAY OR

08:50AM  21    NOT.

08:50AM  22         THAT'S DEPENDENT ON YOUR COLLEAGUE SITTING AT THE END OF

08:51AM  23    THE TABLE AND HOW MUCH LONGER HE HAS TO GO, MS. TREFZ, AND I

08:51AM  24    DON'T KNOW THE ANSWER TO THAT.

08:51AM  25             MS. TREFZ:  NEITHER DO I, YOUR HONOR.

08:51AM  1          THE COURT:  AND MAYBE HE DOESN'T.  THAT WILL GUIDE

08:51AM  2     US AS TO THE WITNESSES TODAY AND WHO FOLLOWS.

08:51AM  3          SO, I DON'T KNOW, MR. LEACH, MAYBE YOU'RE IN THE BEST

08:51AM  4     POSITION TO TELL US IF YOU THINK THAT WE'LL GET TO THE TEXT

08:51AM  5     MESSAGES.

08:51AM  6          MR. LEACH:  I THINK THERE'S AN OUTSIDE CHANCE LATER

08:51AM  7     IN THE DAY HE'LL BE CALLED.  IT REALLY DOES DEPEND ON THE CROSS

08:51AM  8     OF MS. GANGAKHEDKAR.  WE HAVE TWO RELATIVELY BRIEF WITNESSES

08:51AM  9     BEFORE THAT.

08:51AM 10          I'M PREPARED TO LIMIT IT TO THE MESSAGES THAT THE COURT

08:51AM 11     HAS SEEN BEFORE AND THE ONES THAT I THINK YOUR HONOR WILL BE

08:51AM 12     ABLE TO RULE IN THE MOMENT BASED ON WHAT YOU HEARD FROM MS. YAM

08:51AM 13     AND MS. CHEUNG.

08:51AM 14          THE COURT:  THANK YOU FOR THAT.

08:51AM 15          SO MY SENSE IS THAT WE'LL START WITH THE WITNESS, OF

08:52AM 16     COURSE, WHO IS ON THE STAND NOW AND FINISH HER CROSS AND ANY

08:52AM 17     REDIRECT.

08:52AM 18          IT MAY BE THAT THAT WILL TAKE US TO A BREAK TIME, AND

08:52AM 19     YOU'LL HAVE TO TELL ME WHAT YOU SUGGEST FOR A BREAK THIS

08:52AM 20     MORNING, AND THEN MAYBE YOU CAN REASSESS WHERE THINGS ARE.

08:52AM 21          MR. LEACH:  OKAY.

08:52AM 22          THE COURT:  AND THEN IF YOU HAVE ADDITIONAL EMAILS

08:52AM 23     THAT YOU WISH TO SHARE WITH MS. TREFZ TO RESOLVE THIS ISSUE IF

08:52AM 24     YOU CAN, AND THAT WILL BE HELPFUL, TOO.  WE'LL TAKE A BREAK OF

08:52AM 25     ABOUT 45 MINUTES OR SOMETHING.  I DON'T MEAN TO DEPRIVE YOU OF

08:52AM 1    NOURISHMENT, BUT THAT MAY BE A GOOD TIME TO DISCUSS SOME

08:52AM 2    THINGS.  I THINK WE CAN WORK IT OUT TODAY.

08:52AM 3         AND THEN THAT WILL GIVE YOU SOME TIME THIS AFTERNOON TO

08:52AM 4    LOOK AT IT, MS. TREFZ, AND WE CAN MEET AGAIN TOMORROW MORNING

08:52AM 5    IF WE NEED TO.

08:52AM 6              MS. TREFZ:  OKAY.  THANK YOU, YOUR HONOR.

08:52AM 7              MR. LEACH:  THANK YOU, YOUR HONOR.

08:52AM 8              MS. TREFZ:  WE HAVE TWO MUCH SMALLER ISSUES, I

08:52AM 9    BELIEVE.

08:52AM 10             THE COURT:  SURE.

08:52AM 11             MS. TREFZ:  ONE IS ASIDE FROM MR. OFFEN, THE OTHER

08:52AM 12   TWO WITNESSES WHO ARE COMING TODAY, WE UNDERSTAND AFTER

08:52AM 13   MS. GANGAKHEDKAR ARE A PATIENT AND HER NURSE PRACTITIONER.

08:53AM 14        WITH RESPECT TO THOSE INDIVIDUALS, WE ASSUME THAT THE

08:53AM 15   GOVERNMENT INTENDS TO ABIDE BY THE RULING ON THE CUSTOMER

08:53AM 16   IMPACT IN THE MOTION IN LIMINE ORDER, BUT WE WONDERED IF THEY

08:53AM 17   COULD, YOU KNOW, TELL US WHETHER THEY'VE INSTRUCTED THE

08:53AM 18   WITNESSES NOT TO KIND OF VOLUNTEER, IN RESPONSE TO A QUESTION,

08:53AM 19   INFORMATION THAT IS BARRED UNDER THAT ORDER.

08:53AM 20        YOU KNOW, WE OBVIOUSLY SOUGHT THE ORDER IN ORDER TO AVOID

08:53AM 21   HAVING TO DO IT IN FRONT OF THE JURY.

08:53AM 22             THE COURT:  SO LET ME ASK MR. LEACH IF HE INTENDS TO

08:53AM 23   FOLLOW THE COURT'S ORDER.

08:53AM 24             MS. TREFZ:  I EXPECT THAT HE DOES, YOUR HONOR.

08:53AM 25        MY QUESTION WAS ABOUT THE WITNESS AND IF HIS WITNESSES

08:53AM  1      ARE --

08:53AM  2                THE COURT:  SURE.  MR. LEACH, CAN YOU HELP US OUT?

08:53AM  3                MR. LEACH:  THE ANSWER IS YES.

08:53AM  4          IN ADDITION, YOUR HONOR, THE GOVERNMENT ADMONISHED BOTH

08:53AM  5      DR. ZACHMAN AND MS. GOULD ABOUT THE COURT'S ORDER.  WE'VE

08:54AM  6      ADMONISHED THEM ABOUT THE SUBSTANCE OF THE ORDER AND HAVE EVERY

08:54AM  7      REASON TO BELIEVE THAT THEY UNDERSTAND IT AND WILL ABIDE BY IT.

08:54AM  8                THE COURT:  GREAT.  OKAY.

08:54AM  9                MS. TREFZ:  THAT RESOLVES THAT.

08:54AM  10         AND THEN THE LAST ISSUE, YOUR HONOR, IS THAT WE UNDERSTAND

08:54AM  11     THAT TWO OF THE EXHIBITS THAT WERE DISCLOSED TO US LAST NIGHT

08:54AM  12     WITH RESPECT TO -- WE BELIEVE WITH RESPECT TO THE PATIENT ARE

08:54AM  13     TWO EXHIBITS THAT -- EXHIBITS 5262 AND 5263 WHICH WE BELIEVE

08:54AM  14     PRESENT ISSUES UNDER THE COURT'S ORDER WITH RESPECT TO VOIDED

08:54AM  15     TESTS.

08:54AM  16         THESE ARE CORRECTED TEST REPORTS THAT WERE PROVIDED TO THE

08:54AM  17     DOCTOR'S OFFICE IN 2016, YOU KNOW, IN CONNECTION WITH THE CMS

08:54AM  18     ACTIONS.

08:54AM  19         WE BELIEVE THAT THE COURT'S ORDER IN THE MOTION IN LIMINE

08:54AM  20     AND THAT RULE 407 WOULD BAR THOSE.

08:54AM  21         WE ALSO BELIEVE THAT THERE IS OTHER EVIDENCE TO WHICH WE

08:55AM  22     HAVE INDICATED NO OBJECTION THAT THEY CAN USE TO GET THE SAME

08:55AM  23     INFORMATION.

08:55AM  24                MR. LEACH:  YOUR HONOR, IT WAS NOT OUR INTENTION TO

08:55AM  25     INTRODUCE VOIDED TEST RESULTS THROUGH THESE PARTICULAR

08:55AM  1    WITNESSES.

08:55AM  2        I DO THINK THE ISSUE OF VOIDED TESTS IS GOING TO COME UP

08:55AM  3    AT A SUBSEQUENT POINT, BUT IT'S NOT OUR INTENTION TO INTRODUCE

08:55AM  4    THE FACT THAT CERTAIN TESTS WERE VOIDED THROUGH THESE TWO

08:55AM  5    WITNESSES.

08:55AM  6        I THINK THERE'S SOME POSSIBILITY THAT THE DOCUMENT MAY BE

08:55AM  7    NECESSARY TO REFRESH SOMEBODY'S RECOLLECTION, BUT WE CAN DO IT

08:55AM  8    IN A WAY THAT DOESN'T ELICIT THE FACT THAT TESTS WERE VOIDED AT

08:55AM  9    THE END OF THE DAY.

08:55AM  10       THIS IS GOING TO COME UP LATER ON I ANTICIPATE, BUT I

08:55AM  11   DON'T THINK IT'S AN ISSUE FOR TODAY.

08:55AM  12            THE COURT:  OKAY.

08:56AM  13            MS. TREFZ:  THAT SHOULD BE SUFFICIENT, YOUR HONOR.

08:56AM  14            THE COURT:  GREAT.  ANYTHING FURTHER FROM YOUR SIDE,

08:56AM  15   MR. LEACH?

08:56AM  16            MR. LEACH:  NO, YOUR HONOR, THANK YOU.

08:56AM  17            THE COURT:  MS. TREFZ?

08:56AM  18            MS. TREFZ:  NO.

08:56AM  19            THE COURT:  WHAT TIME SHOULD WE BREAK THIS MORNING

08:56AM  20   FOR OUR BREAK?

08:56AM  21            MS. TREFZ:  11:00 O'CLOCK.

08:56AM  22            THE COURT:  ALL RIGHT.  IS THAT OKAY?

08:56AM  23            MR. LEACH:  YES.

08:56AM  24            THE COURT:  AND I'LL ASK OUR JURY IF WE CAN STAY

08:56AM  25   TOMORROW UNTIL 3:00, AND ALSO FRIDAY PERHAPS UNTIL 3:00 OR

08:56AM   1      MAYBE LATER.  WE'LL SEE WHAT THEIR FEELING IS.

08:56AM   2          I KNOW I INQUIRED ABOUT STARTING EARLIER, AND I THINK ONE

08:56AM   3   OF OUR JURORS HAS A DAYCARE/CHILDCARE ISSUE THAT PRECLUDES

08:56AM   4   THAT, SO I DON'T THINK WE'LL BE ABLE TO START EARLIER THAN OUR

08:56AM   5   9:00 O'CLOCK START.  BUT WE CAN SEE IF WE CAN EXTEND THE DAY.

08:56AM   6          MS. TREFZ:  THANK YOU, YOUR HONOR.

08:56AM   7          MR. LEACH:  THANK YOU.

08:56AM   8          THE CLERK:  COURT IS IN RECESS.

08:56AM   9       (RECESS FROM 8:56 A.M. UNTIL 9:04 A.M.)

09:04AM  10       (JURY IN AT 9:04 A.M.)

09:04AM  11          THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

09:04AM  12   THE RECORD IN UNITED STATES VERSUS ELIZABETH HOLMES.

09:04AM  13       ALL COUNSEL AND THE DEFENDANT IS PRESENT.  OUR JURY AND

09:04AM  14   ALTERNATE ARE PRESENT.

09:04AM  15       GOOD MORNING, LADIES AND GENTLEMEN.

09:04AM  16       BEFORE WE START AND BEFORE I INVITE THE WITNESS TO COME

09:04AM  17   FORWARD, LET ME JUST ASK YOU A QUESTION THAT I PROMISED YOU I

09:05AM  18   WOULD ASK YOU EACH TIME WE START.

09:05AM  19       DURING OUR BREAK, HAVE YOU OR ANY OF YOU -- DID ANY OF YOU

09:05AM  20   SEE, LISTEN, HEAR OR HAVE ANY ATTENTION DRAWN TO ANYTHING ABOUT

09:05AM  21   THIS CASE, EITHER IN MEDIA OR CONVERSATIONS OR OTHER TYPE OF

09:05AM  22   INFORMATION?  IF SO, IF YOU COULD PLEASE RAISE YOUR HAND SO I

09:05AM  23   COULD KNOW THAT.

09:05AM  24       I SEE NO HANDS.

09:05AM  25       ALL RIGHT.  THANK YOU VERY MUCH, LADIES AND GENTLEMEN.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1261

09:05AM   1          I'LL ASK THE WITNESS TO COME FORWARD, PLEASE.

09:05AM   2          GOOD MORNING, MS. GANGAKHEDKAR.

09:05AM   3          IF YOU COULD PLEASE TAKE THE STAND AGAIN AND MAKE YOURSELF

09:05AM   4   COMFORTABLE.  ADJUST THE MICROPHONE AS YOU NEED.  I'LL

09:06AM   5   ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

09:06AM   6          I'LL REMIND YOU YOU'RE STILL UNDER OATH.  IF YOU COULD

09:06AM   7   PLEASE STATE YOUR NAME.

09:06AM   8          THE WITNESS:  SUREKHA GANGADKHEDKAR.

09:06AM   9          **(GOVERNMENT'S WITNESS, SUREKHA GANGAKHEDKAR, WAS**

09:06AM  10   **PREVIOUSLY SWORN.)**

09:06AM  11          THE COURT:  THANK YOU VERY MUCH.

09:06AM  12          MR. WADE.

09:06AM  13          MR. WADE:  THANK YOU, YOUR HONOR.

09:06AM  14                   **CROSS-EXAMINATION (RESUMED)**

09:06AM  15   BY MR. WADE:

09:06AM  16   Q.   GOOD MORNING, MS. GANGAKHEDKAR.

09:06AM  17   A.   GOOD MORNING.

09:06AM  18   Q.   I HAVE SOME ADDITIONAL QUESTIONS FOR YOU TODAY.

09:06AM  19          DO YOU STILL HAVE THE TWO BINDERS UP IN FRONT OF YOU ON

09:06AM  20   THE WITNESS STAND?

09:06AM  21   A.   YES, I DO.

09:06AM  22   Q.   I WANT TO STEP BACK A BIT TO WHEN YOU JOINED THE COMPANY.

09:06AM  23          I BELIEVE YOU TESTIFIED THAT YOU WERE RECRUITED BY

09:06AM  24   DR. IAN GIBBONS TO JOIN THE COMPANY; IS THAT CORRECT?

09:07AM  25   A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1262

09:07AM   1    Q.   AND WHO IS DR. GIBBONS?  CAN YOU TELL US ABOUT HIM AND HIS

09:07AM   2    EXPERIENCE AT THAT TIME?

09:07AM   3    A.   SO DR. GIBBONS I BELIEVE WAS FUNCTIONING AS A DIRECTOR FOR

09:07AM   4    TECHNOLOGY AND ASSAY DEVELOPMENT.

09:07AM   5    Q.   AND DR. GIBBONS HAD A PH.D. IN BIOCHEMISTRY?

09:07AM   6    A.   I THINK SO.

09:07AM   7    Q.   AND HE HAD HELD NUMEROUS POSITIONS IN A LONG CAREER IN

09:07AM   8    WORKING IN SILICON VALLEY; IS THAT RIGHT?

09:07AM   9    A.   I THINK SO.

09:07AM   10   Q.   HE WAS SOMEONE YOU LOOKED UP TO?

09:07AM   11   A.   YES.

09:07AM   12   Q.   YOU FOCUSSED ON DEVELOPING ASSAYS FOR WORK WITH

09:07AM   13   PHARMACEUTICAL COMPANIES INITIALLY; CORRECT?

09:07AM   14   A.   YES.

09:07AM   15   Q.   AND WE TALKED ABOUT SOME OF THOSE LAST WEEK, YOU RECALL?

09:07AM   16   A.   YES.

09:07AM   17   Q.   AND THIS WAS ESSENTIALLY DEVELOPING ASSAYS FROM SCRATCH;

09:08AM   18   RIGHT?

09:08AM   19   A.   YES.

09:08AM   20   Q.   AND THEY WERE CUSTOMIZED FOR PARTICULAR CUSTOMERS FOR THE

09:08AM   21   MOST PART?

09:08AM   22   A.   YES.

09:08AM   23   Q.   AND THESE WERE TESTS THAT WERE DEVELOPED THAT REQUIRED

09:08AM   24   SIGNIFICANTLY SMALLER SAMPLES OF BLOOD THAN WAS TYPICAL AT THAT

09:08AM   25   TIME; IS THAT RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1263

09:08AM   1    A.   YES.

09:08AM   2    Q.   AND I THINK WE SAW SOME OF THE SUCCESSES LAST WEEK.

09:08AM   3         DO YOU RECALL THAT?

09:08AM   4    A.   YES.

09:08AM   5    Q.   AND EVERYONE WAS WORKING HARD DURING THIS EARLY PERIOD OF

09:08AM   6    THE COMPANY?

09:08AM   7    A.   I BELIEVE SO.

09:08AM   8    Q.   AND YOU WERE WORKING HARD; RIGHT?

09:08AM   9    A.   YES.

09:08AM   10   Q.   MR. GIBBONS WAS WORKING HARD?

09:08AM   11   A.   YES.

09:08AM   12   Q.   AND MS. HOLMES WAS WORKING HARD?

09:08AM   13   A.   I THINK SO.

09:08AM   14   Q.   AND YOU WERE MAKING PROGRESS?

09:08AM   15   A.   YES.

09:08AM   16   Q.   AND ACCOMPLISHING THINGS ALONG THE WAY?

09:08AM   17   A.   I THINK SO.

09:08AM   18   Q.   AND WE SAW SOME OF THE ACCOMPLISHMENTS LAST WEEK.

09:09AM   19        BUT YOU WERE ALSO RECOGNIZED BY SOME OF THE LEADERS OF THE

09:09AM   20   COMPANY; RIGHT?

09:09AM   21   A.   YES.

09:09AM   22   Q.   LET ME SHOW YOU WHAT SHOULD BE IN YOUR BINDER AS

09:09AM   23   EXHIBIT 10492.

09:09AM   24        DO YOU HAVE THAT EMAIL IN FRONT OF YOU?

09:09AM   25   A.   I DO.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                        1264

```
09:09AM   1    Q.   AND IS THIS AN EMAIL THAT YOU RECEIVED WHILE YOU WERE

09:09AM   2    WORKING AT THE COMPANY?

09:09AM   3    A.   I THINK SO.

09:09AM   4    Q.   IT WAS A CONGRATULATORY EMAIL FROM MS. HOLMES; IS THAT

09:09AM   5    RIGHT?

09:09AM   6    A.   YES.

09:09AM   7    Q.   AS A RESULT OF SOME WORK THAT YOU HAD DONE ON AN ASSAY?

09:10AM   8    A.   YES.

09:10AM   9         MR. WADE:  I MOVE THE ADMISSION OF EXHIBIT 10492.

09:10AM  10         MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:10AM  11         THE COURT:  IT'S ADMITTED AND MAY BE PUBLISHED.

09:10AM  12    (DEFENDANT'S EXHIBIT 10492 WAS RECEIVED IN EVIDENCE.)

09:10AM  13    BY MR. WADE:

09:10AM  14    Q.   AND THIS IS IN SEPTEMBER OF 2005?

09:10AM  15    A.   YES.

09:10AM  16    Q.   NOT LONG AFTER YOU JOINED THE COMPANY?

09:10AM  17    A.   CORRECT.

09:10AM  18    Q.   AND DO YOU RECALL WHAT PROGRESS THAT YOU HAD MADE THAT

09:10AM  19    GENERATED THIS EMAIL?

09:10AM  20    A.   I DON'T EXACTLY REMEMBER THE PROJECT, BUT IT COULD RELATE

09:10AM  21    TO SOME OF THE ASSAYS THAT WERE DEVELOPED IN HOUSE.

09:10AM  22    Q.   OKAY.  SOME OF THAT WORK THAT YOU WERE DOING WITH

09:10AM  23    DR. GIBBONS AND OTHERS?

09:10AM  24    A.   I THINK SO.

09:10AM  25    Q.   LET ME SHOW YOU EXHIBIT 10493.  DO YOU HAVE THAT EMAIL IN
```

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                        1265

09:11AM   1     FRONT OF YOU?

09:11AM   2     A.   YES.

09:11AM   3     Q.   AND THIS IS AN EMAIL FROM FEBRUARY 2006?

09:11AM   4     A.   CORRECT.

09:11AM   5     Q.   AND DO YOU SEE YOUR INITIAL EMAIL RELATED TO THE

09:11AM   6     C-REACTIVE PROTEIN SERUM CORRELATION?

09:11AM   7     A.   YES.

09:11AM   8     Q.   AND YOU COMMUNICATED THAT TO MS. HOLMES?

09:11AM   9     A.   YES, I DID.

09:11AM   10              MR. WADE:  I WOULD MOVE THE ADMISSION OF

09:11AM   11    EXHIBIT 10493, YOUR HONOR.

09:11AM   12              MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:11AM   13              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:11AM   14       (DEFENDANT'S EXHIBIT 10493 WAS RECEIVED IN EVIDENCE.)

09:11AM   15    BY MR. WADE:

09:11AM   16    Q.   CAN YOU SEE THE EMAIL ON THE SCREEN NOW?

09:11AM   17    A.   YES.

09:11AM   18    Q.   THE BOTTOM EMAIL IS AN EMAIL WITH AN UPDATE THAT YOU SENT;

09:11AM   19    RIGHT?

09:11AM   20    A.   YES.

09:11AM   21    Q.   AND CAN YOU TELL US WHAT YOU HAD ACCOMPLISHED IN

09:12AM   22    CONNECTION WITH YOUR WORK HERE?

09:12AM   23    A.   SO I DEVELOPED AN ASSAY FOR C-REACTIVE PROTEIN.  THE ASSAY

09:12AM   24    CONDITIONS ARE SPECIFIED IN THE EMAIL.

09:12AM   25         SO WHAT WE ARE SAYING -- WHAT I AM SAYING IN THIS EMAIL IS

UNITED STATES COURT REPORTERS

**ER-4961**

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1266

09:12AM 1    I CONFIRMED THAT THE ASSAY THAT WAS DEVELOPED WAS THE -- THE

09:12AM 2    RESPONSE WAS CONFIRMED BY TESTING A SET OF CLINICAL SERUM ON

09:12AM 3    THE TEST THAT WAS DEVELOPED AGAINST A REFERENCE TEST.

09:12AM 4    Q.   AGAINST A REFERENCE TEST?

09:12AM 5    A.   YES.

09:12AM 6    Q.   AND YOU HAD COMPARED THE ASSAY YOU DEVELOPED AGAINST A

09:12AM 7    PREEXISTING ASSAY?

09:12AM 8    A.   YES.

09:12AM 9    Q.   AND THAT IT PERFORMED WELL?

09:12AM 10   A.   YES.

09:12AM 11   Q.   AND WERE YOU PROUD OF THAT WORK?

09:12AM 12   A.   YES.

09:12AM 13   Q.   AND OTHERS AT THE COMPANY WERE HAPPY ABOUT THAT WORK AS

09:12AM 14   WELL?

09:12AM 15   A.   I THINK SO.

09:12AM 16   Q.   OKAY.  DO YOU RECALL LAST WEEK, I THINK JUST BEFORE WE HAD

09:13AM 17   THE BREAK, WE STARTED TO TALK ABOUT HOW YOU HAD DONE SOME WORK

09:13AM 18   WITH CELGENE.

09:13AM 19      DO YOU RECALL THAT?

09:13AM 20   A.   YES.

09:13AM 21   Q.   AND YOU WERE INVOLVED IN DEVELOPING AN ASSAY FOR THERANOS

09:13AM 22   FOR THERANOS'S WORK FOR DEVELOPING AN ASSAY FOR CELGENE;

09:13AM 23   CORRECT?

09:13AM 24   A.   YES.

09:13AM 25   Q.   AND YOU WERE THE PRINCIPAL INVESTIGATOR ON THAT PROJECT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                         1267

09:13AM  1    A.   YES.

09:13AM  2    Q.   AND THIS INVOLVED DEVELOPING A CUSTOM ASSAY FOR CELGENE;

09:13AM  3    CORRECT?

09:13AM  4    A.   YES.

09:13AM  5    Q.   AND IT WAS ONE THAT WOULD MEASURE A PARTICULAR COMPOUND

09:13AM  6    THAT CELGENE WAS LOOKING TO DEVELOP?

09:13AM  7    A.   YES.

09:13AM  8    Q.   AND SO THIS WAS SO ULTIMATELY THAT THEY COULD DEVELOP OR

09:13AM  9    USE THAT ASSAY IN A CLINICAL TRIAL?

09:13AM 10    A.   YES.

09:13AM 11    Q.   THE WORK THAT YOU DID WAS DOCUMENTED IN A WRITTEN REPORT;

09:14AM 12    IS THAT RIGHT?

09:14AM 13    A.   YES.

09:14AM 14    Q.   IF I COULD HAVE YOU LOOK AT EXHIBIT 9002.

09:14AM 15         DO YOU HAVE THAT IN FRONT OF YOU?

09:14AM 16    A.   I DO.

09:14AM 17    Q.   AND WHAT IS THIS DOCUMENT?

09:14AM 18    A.   SO BASICALLY THIS IS A REPORT OF THE STUDY THAT WAS

09:14AM 19    CONDUCTED.

09:14AM 20    Q.   THE VALIDATION REPORT?

09:14AM 21    A.   YES.

09:14AM 22         MR. WADE:  I WOULD MOVE THE ADMISSION OF 9002,

09:14AM 23    YOUR HONOR.

09:14AM 24         MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:14AM 25         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1268

09:14AM   1            (DEFENDANT'S EXHIBIT 9002 WAS RECEIVED IN EVIDENCE.)

09:15AM   2       BY MR. WADE:

09:15AM   3       Q.   AND THIS IS THE COVER PAGE OF THE REPORT?

09:15AM   4       A.   I THINK SO.

09:15AM   5       Q.   AND IT IDENTIFIES YOU AS THE PRINCIPAL INVESTIGATOR?

09:15AM   6       A.   YES.

09:15AM   7       Q.   AND IT SHOWS THE DATE OF THAT WORK AS STARTING ON

09:15AM   8       DECEMBER 13TH OF 2010?

09:15AM   9       A.   YES.

09:15AM  10       Q.   I'D LIKE TO DRAW YOUR ATTENTION TO PAGE 8150 AT THE

09:15AM  11       BOTTOM, NUMBER ENDING 8150, AND DRAW YOUR ATTENTION TO THE TOP

09:15AM  12       THERE.

09:15AM  13            THIS WAS THE ELISA -- THIS IS A DESCRIPTION OF THE ELISA

09:15AM  14       ASSAY THAT YOU HAD DEVELOPED FOR CELGENE?

09:15AM  15       A.   YES.

09:16AM  16       Q.   USING SMALL SAMPLES OF BLOOD?

09:16AM  17       A.   YES.

09:16AM  18       Q.   AND IF I COULD BRING YOU TO 8203.

09:16AM  19            THIS IS THE PORTION OF THE DOCUMENT THAT SET FORTH THE

09:16AM  20       PROTOCOL THAT WAS USED; IS THAT RIGHT?

09:16AM  21       A.   YES.

09:16AM  22       Q.   AND THAT PROTOCOL DEFINES THE WORK THAT IS TO BE

09:16AM  23       COMPLETED?

09:16AM  24       A.   YES.

09:16AM  25       Q.   AND THIS WAS A METHOD VALIDATION PROTOCOL; CORRECT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1269

| | | |
|---|---|---|
| 09:16AM | 1 | A.   YES. |
| 09:16AM | 2 | Q.   AND THE METHOD INVOLVED USING THERANOS'S 3.0 DEVICE? |
| 09:16AM | 3 | A.   YES. |
| 09:16AM | 4 | Q.   THIS IS WHAT YOU FOLLOWED IN CONDUCTING THE VALIDATION? |
| 09:17AM | 5 | A.   YES. |
| 09:17AM | 6 | Q.   AND IF WE JUST GO BACK. |
| 09:17AM | 7 | THAT PROTOCOL ON 8205, THAT PROTOCOL WAS APPROVED; |
| 09:17AM | 8 | CORRECT? |
| 09:17AM | 9 | A.   YES. |
| 09:17AM | 10 | Q.   AND IT WAS APPROVED BY MEMBERS OF THERANOS? |
| 09:17AM | 11 | A.   YES. |
| 09:17AM | 12 | Q.   AND INCLUDING YOU AND MR. FRENZEL; CORRECT? |
| 09:17AM | 13 | A.   YES. |
| 09:17AM | 14 | Q.   AND IS IT DR. VU? |
| 09:17AM | 15 | A.   I THINK IT'S DON VU. |
| 09:17AM | 16 | Q.   DON VU, MR. VU? |
| 09:17AM | 17 | A.   YES. |
| 09:17AM | 18 | Q.   AND THERE'S A PERSON FROM CELGENE WHO APPROVED THIS METHOD |
| 09:17AM | 19 | VALIDATION; CORRECT? |
| 09:17AM | 20 | A.   YES. |
| 09:17AM | 21 | Q.   AND WHO IS THAT? |
| 09:17AM | 22 | A.   HE'S DR. PETER BRYAN. |
| 09:17AM | 23 | Q.   AND WHO IS HE? |
| 09:17AM | 24 | A.   SO HE WAS THE STUDY SPONSOR. |
| 09:18AM | 25 | Q.   AT CELGENE? |

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1270

09:18AM   1    A.   YES.

09:18AM   2    Q.   OKAY.  AND IF WE CAN GO TO -- I'M GOING TO GO BACK TO PAGE

09:18AM   3    8145.

09:18AM   4         THIS IS THE GLP COMPLIANCE STATEMENT; IS THAT RIGHT?

09:18AM   5    A.   YES.

09:18AM   6    Q.   AND THIS WAS THE CERTIFICATION THAT THERANOS'S WORK WAS

09:18AM   7    DONE IN COMPLIANCE WITH THE RULES AND GUIDANCE FROM THE FDA?

09:18AM   8    A.   YES.

09:18AM   9    Q.   GOOD LABORATORY PRACTICE REGULATIONS?

09:18AM   10   A.   YES.

09:18AM   11   Q.   THAT'S WHAT GLP STANDS FOR?

09:18AM   12   A.   YES.

09:18AM   13   Q.   OKAY.  AND THIS IS FDA GUIDANCE FOR THE INDUSTRY; CORRECT?

09:18AM   14   A.   YES.

09:18AM   15   Q.   AND YOU SIGNED THIS PAGE?

09:18AM   16   A.   YES.

09:18AM   17   Q.   BECAUSE YOU COMPLIED WITH THOSE STANDARDS; CORRECT?

09:18AM   18   A.   YES.

09:18AM   19   Q.   AND IF I CAN BRING YOU TO THE NEXT PAGE WHERE IT SAYS

09:19AM   20   QUALITY ASSURANCE STATEMENT.

09:19AM   21        DO YOU SEE THAT?

09:19AM   22   A.   YES.

09:19AM   23   Q.   AND STEPS WERE MADE TO ENSURE THE QUALITY OF THIS AS WELL;

09:19AM   24   IS THAT CORRECT?

09:19AM   25   A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1271

09:19AM   1    Q.   AND THERE ARE MULTIPLE SIGNOFFS IN CONNECTION WITH THE

09:19AM   2    QUALITY ASSURANCE?

09:19AM   3    A.   YES.

09:19AM   4    Q.   AND THERE ARE TWO INDIVIDUALS IDENTIFIED THERE AS

09:19AM   5    CERTIFYING TO THAT.

09:19AM   6         DO YOU KNOW WHO THOSE INDIVIDUALS ARE?

09:19AM   7    A.   SO THEY WERE IN EITHER THE QUALITY DEPARTMENT OR THE

09:19AM   8    MANUFACTURING DEPARTMENT.

09:19AM   9    Q.   OKAY.  AND AT THERANOS?

09:19AM   10   A.   YES.

09:19AM   11   Q.   AND THEY HAD TO CERTIFY THAT THEY HAD MET THE QUALITY

09:19AM   12   ASSURANCE STANDARDS?

09:19AM   13   A.   YES.

09:19AM   14   Q.   IF I CAN DRAW YOUR ATTENTION TO THE PAGE MARKED 8156 AT

09:20AM   15   THE BOTTOM.  AND WITHIN -- DO YOU SEE THE SECTION 14.2, THE

09:20AM   16   METHOD ACCEPTANCE?

09:20AM   17   A.   YES.

09:20AM   18   Q.   AND I'D LIKE TO DRAW YOUR ATTENTION TO THE SECOND

09:20AM   19   PARAGRAPH IN THAT SECTION, THE INTRA-DAY ACCURACY AND

09:20AM   20   PRECISION.

09:20AM   21        DO YOU SEE THAT?

09:20AM   22   A.   YES.

09:20AM   23   Q.   AND THE LAST SENTENCE HERE DESCRIBES HOW NO MORE THAN ONE

09:20AM   24   QC OUTLIER MAY BE EXCLUDED FROM THE STATISTICAL CALCULATIONS

09:20AM   25   FOR A GIVEN VALIDATION RUN, AND A MAXIMUM OF 2 QC OUTLIERS MAY

UNITED STATES COURT REPORTERS

**ER-4967**

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1272

09:20AM  1    BE EXCLUDED FROM THE COMBINATION -- FROM THE COMBINED THREE

09:21AM  2    CORE RUNS.

09:21AM  3         DO YOU SEE THAT?

09:21AM  4    A.   YES.

09:21AM  5    Q.   AND THIS SET FORTH AN APPROPRIATE STANDARD FOR OUTLIER

09:21AM  6    REMOVAL?

09:21AM  7    A.   YES.

09:21AM  8    Q.   AND THAT'S ACCORDING TO THE DIXON TEST?

09:21AM  9    A.   YES.

09:21AM  10   Q.   AND THAT WAS A RECOGNIZED PRINCIPLE THAT WAS USED IN

09:21AM  11   LABORATORY SCIENCE; CORRECT?

09:21AM  12   A.   I THINK SO.

09:21AM  13   Q.   AND THERE ARE SOME OTHER OUTLIER PRINCIPLES THAT ARE USED

09:21AM  14   WITHIN LABORATORY SCIENCE AS WELL; CORRECT?

09:21AM  15   A.   YES.

09:21AM  16   Q.   AND IF I COULD DRAW YOUR ATTENTION TO THE NEXT PAGE,

09:21AM  17   PAGE 19.  THERE'S ANOTHER SECTION THIS TIME ON INTER-DAY

09:21AM  18   ACCURACY AND PRECISION.

09:21AM  19        DO YOU SEE THAT?

09:21AM  20   A.   YES.

09:21AM  21   Q.   AND THE LAST SECTION WAS ON INTRA-DAY ACCURACY AND

09:21AM  22   PRECISION; RIGHT?

09:21AM  23   A.   YES.

09:21AM  24   Q.   AND THIS, TOO, DISCUSSES THE APPLICATION OF OUTLIER

09:22AM  25   REMOVAL PRINCIPLES?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                1273

09:22AM  1     A.   YES.

09:22AM  2     Q.   UNDER THE DIXON TEST?  YES?

09:22AM  3     A.   YES.

09:22AM  4     Q.   AND IF WE CAN GO TO 8152.

09:22AM  5          THIS IS THE CONCLUSION OF THE REPORT?

09:22AM  6     A.   YES.

09:22AM  7     Q.   AND YOU DETERMINED THAT THE ELISA METHOD WAS VALIDATED?

09:22AM  8     A.   YES.

09:22AM  9     Q.   AND THAT THE METHOD WAS SENSITIVE, SELECTIVE, ACCURATE,

09:22AM 10     AND REPRODUCIBLE?

09:23AM 11     A.   YES.

09:23AM 12     Q.   AND JUST ONE LAST REFERENCE ON PAGE 8194.

09:23AM 13          THIS IS WHERE YOU AND MR. FRENZEL SIGNED OFF ON THIS

09:23AM 14     VALIDATION REPORT; CORRECT?

09:23AM 15     A.   YES.

09:23AM 16     Q.   AND THIS DOCUMENT WAS SHARED WITH CELGENE?

09:23AM 17     A.   I THINK SO.

09:23AM 18     Q.   LET'S LOOK AT EXHIBIT 10500.

09:23AM 19          DO YOU HAVE THAT IN FRONT OF YOU?

09:24AM 20     A.   CAN YOU REPEAT THE NUMBER, PLEASE?

09:24AM 21     Q.   SURE.  IT'S 10500, 10,500?

09:24AM 22     A.   YES.

09:24AM 23     Q.   AND IS THIS AN EMAIL THAT TRANSMITTED THAT REPORT TO

09:24AM 24     CELGENE?

09:24AM 25     A.   I THINK SO.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1274

09:24AM   1      Q.   AND YOU'RE ON THIS EMAIL?

09:24AM   2      A.   YES.

09:24AM   3      Q.   OKAY.

09:24AM   4           I WOULD MOVE THE ADMISSION OF 10500.

09:24AM   5                MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:24AM   6                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:24AM   7           (DEFENDANT'S EXHIBIT 10500 WAS RECEIVED IN EVIDENCE.)

09:25AM   8      BY MR. WADE:

09:25AM   9      Q.   THIS EMAIL IS SENT BY DR. GADKAR?

09:25AM   10     A.   YES.

09:25AM   11     Q.   AND I'M SORRY.  GADKAR.

09:25AM   12          WHO IS DR. GADKAR?

09:25AM   13     A.   HE WAS THE PROJECT MANAGER FOR THIS PROJECT.

09:25AM   14     Q.   AND HE SENDS THIS TO MR. -- TO DR. BRYAN; IS THAT RIGHT?

09:25AM   15     A.   YES.

09:25AM   16     Q.   AND THIS IS THE MEANS BY WHICH THIS WAS COMMUNICATED TO

09:25AM   17     CELGENE; CORRECT?

09:25AM   18     A.   CORRECT.

09:25AM   19     Q.   AND IF WE JUST GO TO 2470, WHICH IS NEAR THE END.

09:26AM   20          THIS REPORT WAS SIGNED OFF ON BY YOU AS THE STUDY

09:26AM   21     DIRECTOR; RIGHT?

09:26AM   22     A.   YES.

09:26AM   23     Q.   AND BY THE COMPANY AS WELL?

09:26AM   24     A.   YEAH.

09:26AM   25     Q.   AND IF I COULD DRAW YOUR ATTENTION TO 13763.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1275

09:26AM   1            ACTUALLY, YOU RECALL THAT THE COMPANY ACKNOWLEDGED RECEIPT

09:26AM   2       OF THIS REPORT; IS THAT RIGHT?

09:26AM   3       A.   I THINK SO.

09:26AM   4       Q.   YEAH.  WE CAN SKIP THAT EXHIBIT THEN.

09:26AM   5            I WANT TO ASK YOU ABOUT SOME WORK FOR ANOTHER

09:26AM   6       PHARMACEUTICAL COMPANY.

09:26AM   7            DO YOU RECALL THAT YOU WORKED ON A PROJECT FOR CENTOCOR?

09:27AM   8       A.   YES.

09:27AM   9       Q.   AND WHAT WAS THAT PROJECT?

09:27AM  10       A.   SO WE HAD TO DEVELOP ASSAYS FOR A CENTOCOR PRODUCT, AS

09:27AM  11       WELL AS OTHER BIOMARKERS, THAT WOULD BE AS PER THEIR

09:27AM  12       RECOMMENDATIONS.

09:27AM  13       Q.   OKAY.  AND YOU WERE TO DEVELOP AND VALIDATE AN ASSAY FOR

09:27AM  14       THEM?

09:27AM  15       A.   YES.

09:27AM  16       Q.   AND YOU DOCUMENTED THAT IN A WRITTEN REPORT?

09:27AM  17       A.   YES.

09:27AM  18       Q.   AND LET'S TAKE A LOOK AT 9110.

09:27AM  19            DO YOU RECOGNIZE THIS DOCUMENT?

09:27AM  20       A.   YES.

09:27AM  21       Q.   AND WHAT IS THIS DOCUMENT?

09:27AM  22       A.   SO THIS IS MY SUMMARY OF THE ASSAY DEVELOPMENT THAT WAS

09:28AM  23       CONDUCTED FOR THE PRODUCT FROM CENTOCOR.

09:28AM  24                 MR. WADE:  I WOULD MOVE THE ADMISSION OF 9110.

09:28AM  25                 MR. LEACH:  NO OBJECTION, YOUR HONOR.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1276

09:28AM   1            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:28AM   2            (DEFENDANT'S EXHIBIT 9110 WAS RECEIVED IN EVIDENCE.)

09:28AM   3       BY MR. WADE:

09:28AM   4       Q.   WE'RE LOOKING AT 9110; CORRECT?

09:28AM   5       A.   YES.

09:28AM   6       Q.   AND DO YOU HAVE THAT IN FRONT OF YOU?

09:28AM   7       A.   YES.

09:28AM   8       Q.   AND THIS IDENTIFIES YOU AS THE DEVELOPER OF THAT ASSAY?

09:28AM   9       A.   CORRECT.

09:28AM  10       Q.   AND IT SET FORTH THE BACKGROUND ON THE ANALYTE?

09:29AM  11       A.   YES.

09:29AM  12       Q.   AND THE SPECIFICATIONS THAT YOU WERE GOING TO USE IN DOING

09:29AM  13       THAT WORK?

09:29AM  14       A.   YES.

09:29AM  15       Q.   AND THIS IS ANOTHER CUSTOMIZED ASSAY THAT YOU DESIGNED FOR

09:29AM  16       CENTOCOR?

09:29AM  17       A.   YES.

09:29AM  18       Q.   AND THIS WAS TO MEASURE A NEW ASTHMA DRUG THAT CENTOCOR

09:29AM  19       HAD DEVELOPED; CORRECT?

09:29AM  20       A.   CORRECT.

09:29AM  21       Q.   A TEST THAT THEY COULD THEN USE IN FUTURE CLINICAL TRIALS;

09:29AM  22       RIGHT?

09:29AM  23       A.   YES.

09:29AM  24       Q.   LET'S GO TO PAGE 10, SECTION 14.

09:30AM  25            DO YOU SEE WHERE IT DISCUSS MATRIX EFFECT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1277

09:30AM    1    A.   YES.

09:30AM    2    Q.   AND WHAT IS MATRIX EFFECT?

09:30AM    3    A.   ESSENTIALLY LOOKING AT THE IMPACT ON THE ASSAY OF

09:30AM    4    DIFFERENT MATRIXES LIKE HEMOLYZED BLOOD, LIPEMIC PLASMA, AND

09:30AM    5    SERUM.

09:30AM    6    Q.   AND MATRIXES ARE DIFFERENT THINGS THAT ARE WITHIN THE

09:30AM    7    BLOOD?

09:30AM    8    A.   YES.

09:30AM    9    Q.   AND SOMETIMES THOSE MATERIALS CAN AFFECT THE PERFORMANCE

09:30AM   10    OF THE ASSAY?

09:30AM   11    A.   YES, THEY CAN.

09:30AM   12    Q.   AND SO YOU HAVE TO ASSESS THAT IN ORDER TO MAKE SURE THAT

09:30AM   13    THE ASSAY FUNCTIONS PROPERLY?

09:30AM   14    A.   YES.

09:30AM   15    Q.   AND THAT IT PERFORMS CORRECTLY?

09:30AM   16    A.   YES.

09:30AM   17    Q.   IF WE CAN GO TO 9251, SECTION 17.

09:31AM   18         DO YOU SEE THAT?

09:31AM   19    A.   YES.

09:31AM   20    Q.   AND THIS SECTION IS ENTITLED OPTIMIZING FOR SAMPLE

09:31AM   21    DILUTIONS ON THERANOS READER?

09:31AM   22    A.   YES.

09:31AM   23    Q.   AND IN THE COURSE OF DEVELOPING THIS ASSAY, YOU TESTED

09:31AM   24    VARIOUS DILUTION LEVELS IN ORDER TO OPTIMIZE THE ASSAYS;

09:31AM   25    CORRECT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1278

09:31AM   1    A.   SO ESSENTIALLY BECAUSE THE RANGE OF THE TARGET WAS REALLY

09:31AM   2    WIDE, WHAT WE HAD REALIZED IS THE ASSAY DID REQUIRE TWO

09:31AM   3    SEPARATE DILUTIONS TO FUNCTION, TO COVER BOTH ENDS OF THE ASSAY

09:31AM   4    RANGE.

09:31AM   5    Q.   AND SO TO ASCERTAIN THAT, YOU ACTUALLY TESTED MULTIPLE

09:31AM   6    DIFFERENT DILUTION LEVELS; CORRECT?

09:32AM   7    A.   YES.

09:32AM   8    Q.   AND THAT'S A STANDARD PRACTICE IN YOUR WORK?

09:32AM   9    A.   IT IS.

09:32AM   10   Q.   AND IN THIS CASE YOU ASSESSED DILUTION BETWEEN 40X AND

09:32AM   11   4000X; IS THAT CORRECT?

09:32AM   12   A.   YES.

09:32AM   13   Q.   AND BY THAT YOU MEAN DILUTED 40 TIMES OR 4000 TIMES THE

09:32AM   14   ORIGINAL DILUTED MATERIAL?

09:32AM   15   A.   YES.

09:32AM   16   Q.   AND WHAT WAS THE OPTIMIZED DILUTION PERFORMANCE LEVEL?

09:32AM   17   A.   SO I'M SUMMARIZING HERE THAT THE FINALIZED INSTRUMENT

09:32AM   18   PROTOCOL USES A 2 DILUTION SCHEME, 20 AND 8000X.

09:32AM   19   Q.   SO YOU ACTUALLY ENDED UP USING 8,000 TIMES DILUTION IN THE

09:32AM   20   FINAL?

09:32AM   21   A.   YES.

09:32AM   22   Q.   AND IF WE CAN GO TO PAGE ENDING 9257.

09:33AM   23        UP AT THE TOP, DO YOU SEE WHERE IT SAYS ASSAY VALIDATION?

09:33AM   24   A.   YES.

09:33AM   25   Q.   AND THE TEXT OF THIS CONFIRMS THAT THE ASSAY WAS

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1279

09:33AM   1        VALIDATED?

09:33AM   2        A.   I THINK SO.

09:33AM   3        Q.   AND THAT CENTOCOR WAS INVOLVED IN THE PROCESS; CORRECT?

09:33AM   4        A.   YES.

09:33AM   5        Q.   I DON'T HAVE ANY MORE QUESTIONS ABOUT THAT DOCUMENT.

09:34AM   6             I WANT TO FOCUS BEYOND THE WORK ON PHARMACEUTICAL ASSAY

09:34AM   7        DEVELOPMENT AND SOME OF THE OTHER IMMUNOASSAY R&D WORK THAT

09:34AM   8        YOUR TEAM COMPLETED.

09:34AM   9        A.   OKAY.

09:34AM  10        Q.   THE TEAM COMPLETED WORK ON A LARGE NUMBER OF IMMUNOASSAYS

09:34AM  11        THAT IT DEVELOPED FROM SCRATCH; CORRECT?

09:34AM  12        A.   YES.

09:34AM  13        Q.   AND PART OF WHAT YOU WERE WORKING ON WITH THOSE ASSAYS WAS

09:34AM  14        THE ABILITY TO USE A MUCH SMALLER SAMPLE?

09:34AM  15        A.   YES.

09:34AM  16        Q.   THAT WAS THE FUNDAMENTAL GOAL?

09:34AM  17        A.   YEAH.

09:34AM  18        Q.   AND PART OF YOUR WORK WAS ALSO DESIGNED TO DEVELOP ASSAYS

09:34AM  19        THAT COULD RUN MORE QUICKLY; RIGHT?

09:34AM  20        A.   YES.

09:34AM  21        Q.   AND THOSE WERE TWO SIGNIFICANT ADVANCEMENTS; RIGHT?

09:34AM  22        A.   YES.

09:34AM  23        Q.   AND YOU HAD SUCCESS ON BOTH FRONTS?

09:34AM  24        A.   WE DID.

09:34AM  25        Q.   NOW, DEVELOPING ASSAYS WAS HARD WORK; RIGHT?

09:35AM   1    A.   IT IS.

09:35AM   2    Q.   IT TAKES A LONG TIME TO DEVELOP A SINGLE ASSAY?

09:35AM   3    A.   YES.

09:35AM   4    Q.   AND ABOUT HOW LONG WOULD YOU SAY IT TAKES TO DEVELOP A

09:35AM   5    SINGLE ASSAY?

09:35AM   6    A.   SOME CAN BE DEVELOPED IN THREE MONTHS.  SOME CAN TAKE A

09:35AM   7    YEAR OR MORE.

09:35AM   8    Q.   OKAY.  AND THERE WAS A TEAM OF PEOPLE WORKING ON THIS?

09:35AM   9    A.   YES.

09:35AM   10   Q.   AFTER THE INITIAL WORK OF DEVELOPING THE ASSAYS WITH THE

09:35AM   11   PHARMACEUTICAL COMPANIES, THERE WAS A SHIFT IN FOCUS; RIGHT?

09:35AM   12   A.   YES.

09:35AM   13   Q.   AND THE FOCUS BEGAN TO BE DEVELOPING ASSAYS THAT WERE THE

09:35AM   14   MOST COMMONLY ORDERED TESTS; CORRECT?

09:35AM   15   A.   YES.

09:35AM   16   Q.   AND THAT STARTED IN AROUND 2009?

09:35AM   17   A.   I WOULD -- I THINK SO.

09:35AM   18   Q.   AND THAT WAS PART OF AN EFFORT TO DEVELOP ASSAYS FOR

09:35AM   19   THERANOS'S RETAIL PARTNERSHIPS; RIGHT?

09:36AM   20   A.   YES.

09:36AM   21   Q.   AND JUST SO WE CAN HAVE A SENSE OF IMMUNOASSAYS, THERE ARE

09:36AM   22   HUNDREDS OF IMMUNOASSAYS; RIGHT?

09:36AM   23   A.   YES.

09:36AM   24   Q.   ARE THERE A THOUSAND IMMUNOASSAYS?

09:36AM   25   A.   SEVERAL HUNDRED, YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                1281

09:36AM   1    Q.   AND YOUR TEAM DIDN'T NEED TO DEVELOP EACH AND EVERY ASSAY;

09:36AM   2    RIGHT?

09:36AM   3    A.   SO WE HAD A PRIORITY LIST, SO WE WERE DEVELOPING ALONG THE

09:36AM   4    LIST THAT WAS PROVIDED TO US.

09:36AM   5    Q.   AND THE PRIORITY LIST WAS BASED ON THE MOST FREQUENTLY

09:36AM   6    ORDERED ASSAYS?

09:36AM   7    A.   I THINK SO.

09:36AM   8    Q.   AND THERE ARE SOME ASSAYS THAT ARE ALMOST NEVER ORDERED;

09:36AM   9    RIGHT?

09:36AM   10   A.   YES.

09:36AM   11   Q.   BUT THERE'S A SMALLER SUBSET OF ASSAYS THAT ARE THE MOST

09:36AM   12   COMMONLY ORDERED AND USED IN TRADITIONAL MEDICAL SETTINGS?

09:36AM   13   A.   I THINK SO.

09:36AM   14   Q.   AND THAT'S WHERE YOUR WORK WAS FOCUSSED?

09:37AM   15   A.   YES.

09:37AM   16   Q.   AND THE GOAL WAS TO COVER TESTS THAT WOULD COVER

09:37AM   17   APPROXIMATELY 95 TO 98 PERCENT OF THE RETAIL ORDERS.

09:37AM   18        DO YOU RECALL THAT?

09:37AM   19   A.   YES.

09:37AM   20   Q.   AND YOU TRACKED THOSE 95 TO 98 PERCENT ASSAYS?

09:37AM   21   A.   I'M SORRY, WHAT DO YOU MEAN BY "TRACKED"?

09:37AM   22   Q.   YOU PRIORITIZED THE DEVELOPMENT OF THE 95 TO 98 PERCENT

09:37AM   23   ASSAYS?

09:37AM   24   A.   YES.

09:37AM   25   Q.   AND THEN YOU TRACKED THE DEVELOPMENT OF THEM OVER TIME?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                1282

09:37AM   1    A.   YES.

09:37AM   2    Q.   AND WE'LL GO THROUGH SOME OF THEM.

09:37AM   3         IF I COULD CALL YOUR ATTENTION TO EXHIBIT 10496.

09:38AM   4         THIS IS AN EMAIL CHAIN BETWEEN YOU AND MS. HOLMES?

09:38AM   5    A.   YES.

09:38AM   6    Q.   FROM JANUARY OF 2011?

09:38AM   7    A.   YES.

09:38AM   8    Q.   AND I BELIEVE YOU TESTIFIED BEFORE, BUT THE RESEARCH AND

09:38AM   9    DEVELOPMENT WORK WAS SOMETHING THAT MS. HOLMES CARED A LOT

09:38AM  10    ABOUT; RIGHT?

09:38AM  11    A.   YES.

09:38AM  12    Q.   AND SHE WAS FOCUSSED ON THIS WORK?

09:38AM  13    A.   I THINK SO.

09:38AM  14    Q.   AND THIS IS AN EMAIL EXCHANGE BETWEEN THE TWO OF YOU

09:38AM  15    DISCUSSING A PLAN FOR THE DEVELOPMENT OF ASSAYS; IS THAT RIGHT?

09:38AM  16    A.   YES.

09:38AM  17         MR. WADE:  I WOULD MOVE THE ADMISSION OF

09:38AM  18    EXHIBIT 10496.

09:38AM  19         MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:38AM  20         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:38AM  21    (DEFENDANT'S EXHIBIT 10496 WAS RECEIVED IN EVIDENCE.)

09:38AM  22    BY MR. WADE:

09:38AM  23    Q.   AND IF WE START WITH THAT BOTTOM EMAIL.

09:39AM  24         DO YOU SEE IT SAYS, "DANIEL WILL BE SENDING THE LIST OF

09:39AM  25    ELISA ASSAYS FOR OUR INITIAL ROUTINE TESTING CARTRIDGE?"

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1283

09:39AM   1          DO YOU SEE THAT?

09:39AM   2     A.   YES.

09:39AM   3     Q.   AND THIS WAS AN INDICATION THAT DR. YOUNG WAS GOING TO

09:39AM   4     WORK TO PRIORITIZE THE ASSAYS?

09:39AM   5     A.   YES.

09:39AM   6     Q.   AND HE HAD A STATISTICAL BACKGROUND?

09:39AM   7     A.   HE DID.

09:39AM   8     Q.   AND HE WAS DOING AN ANALYSIS OF THE MOST FREQUENTLY

09:39AM   9     ORDERED TESTS?

09:39AM   10    A.   YES.

09:39AM   11    Q.   AND THAT WAS GUIDING MUCH OF THE WORK?

09:39AM   12    A.   YES.

09:39AM   13    Q.   AND IT SAYS IN THE THIRD FULL PARAGRAPH, "WE NEED TO

09:39AM   14    DEVELOP A PROJECT PLAN FOR THE DEVELOPMENT TIMELINES OF THESE

09:39AM   15    ASSAYS."

09:39AM   16          DO YOU SEE THAT?

09:39AM   17    A.   YES.

09:39AM   18    Q.   AND ULTIMATELY YOU DID DEVELOP THAT PLAN?

09:39AM   19    A.   YEAH.

09:39AM   20    Q.   AND THEN ON THE BOTTOM IT SAYS, LAST PARAGRAPH, IT SAYS,

09:40AM   21    "WHEN WE MEET, I ALSO WANT TO CONNECT ON THE RECRUITING PLAN

09:40AM   22    AND TIMELINES FOR GETTING MORE ELISA TEAM MEMBERS IN HOUSE."

09:40AM   23          DO YOU SEE THAT?

09:40AM   24    A.   YES.

09:40AM   25    Q.   AND THERE WAS A GOAL -- THERE WAS WORK TO STAFF UP THE R&D

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1284

09:40AM   1    TEAMS ON ASSAY DEVELOPMENT?

09:40AM   2    A.   YES.

09:40AM   3    Q.   AND, IN FACT, IF YOU LOOK UP AT THE TOP EMAIL, IN THIS

09:40AM   4    EMAIL MS. HOLMES ACTUALLY RESPONDS TO HERSELF TO MAKE ANOTHER

09:40AM   5    POINT.

09:40AM   6         DO YOU SEE THAT?

09:40AM   7    A.   YES.

09:40AM   8    Q.   AND SHE SAYS THAT YOU SHOULD ASSUME THAT YOU HAVE AT LEAST

09:40AM   9    ANOTHER 8 TO 15 PEOPLE ON THE TEAM WORKING ON THAT?

09:40AM   10   A.   YES.

09:40AM   11   Q.   AND ULTIMATELY YOU HAD A BIG TEAM WORKING ON THE

09:40AM   12   DEVELOPMENT; RIGHT?

09:40AM   13   A.   I DID.

09:41AM   14   Q.   LET ME TURN YOUR ATTENTION TO 7215.

09:41AM   15        DO YOU HAVE THAT IN FRONT OF YOU, MA'AM?

09:41AM   16   A.   YES, I DO.

09:41AM   17   Q.   AND AS PART OF THE PRIORITY THAT WAS PUT ON ASSAY

09:41AM   18   DEVELOPMENT, YOU SERVED TO HOLD REGULAR TEAM MEETINGS TO

09:41AM   19   DISCUSS ASSAY DEVELOPMENT.

09:41AM   20        DO YOU RECALL THAT?

09:41AM   21   A.   YES.  SO BASICALLY THIS IS SHARING THE UPDATE OR THE

09:41AM   22   PROGRESS ON THE ASSAYS THAT WERE BEING DEVELOPED WITH THE

09:41AM   23   LARGER TEAM, INCLUDING OTHER MEMBERS OF THE ORGANIZATION.

09:42AM   24   Q.   OKAY.  AND THIS IS -- YOU'RE REFERRING TO 7215?

09:42AM   25   A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                1285

09:42AM  1                MR. WADE:  I WOULD MOVE THE ADMISSION OF THAT,

09:42AM  2      YOUR HONOR.

09:42AM  3                MR. LEACH:  NO OBJECTION.

09:42AM  4                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:42AM  5          (DEFENDANT'S EXHIBIT 07215 WAS RECEIVED IN EVIDENCE.)

09:42AM  6      BY MR. WADE:

09:42AM  7      Q.   THIS IS AN OUTLOOK INVITE FOR A MEETING; RIGHT?

09:42AM  8      A.   YES.

09:42AM  9      Q.   AND THIS IS THE MEETING WHERE YOU DISCUSSED YOU WOULD

09:42AM 10      SHARE THE RESULTS OF YOUR WORK WITH OTHER MEMBERS OF THE TEAM?

09:42AM 11      A.   YES.

09:42AM 12      Q.   AND DR. PANGARKAR WAS INVITED?

09:42AM 13      A.   YES.

09:42AM 14      Q.   AND HE DIDN'T WORK ON THE ELISA TEAM; CORRECT?

09:42AM 15      A.   CORRECT.

09:42AM 16      Q.   AND HE WORKED ON -- WAS IT CYTOMETRY?

09:42AM 17      A.   YES.

09:42AM 18      Q.   AND MS. HOLMES WAS INVITED?

09:42AM 19      A.   YES.

09:42AM 20      Q.   AND DR. GELB WAS INVITED?

09:43AM 21      A.   YES.

09:43AM 22      Q.   AND DR. GELB WAS THE LABORATORY DIRECTOR AT THIS TIME?

09:43AM 23      A.   CORRECT.

09:43AM 24      Q.   AND ULTIMATELY YOU KNEW THAT THESE ASSAYS WERE GOING TO BE

09:43AM 25      IMPLEMENTED IN THE CLIA LABORATORY?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                  1286

09:43AM   1      A.   I THINK SO.

09:43AM   2      Q.   AND SO DID YOU THINK IT WAS PRUDENT TO HAVE DR. GELB

09:43AM   3      INVOLVED IN SOME OF THESE DISCUSSIONS?

09:43AM   4      A.   YES.

09:43AM   5      Q.   AND I SEE DR. PATEL'S NAME THERE.

09:43AM   6      A.   YES.

09:43AM   7      Q.   AND WHAT ROLE DID DR. PATEL HAVE WITHIN THE ORGANIZATION?

09:43AM   8      A.   SO HE WAS LEADING THE DEVELOPMENT FOR THE GENDER CHEMISTRY

09:43AM   9      ASSAYS.

09:43AM   10     Q.   OKAY.  SO THAT WAS THE DIFFERENT TEAM FROM THE ELISA

09:43AM   11     GROUP?

09:43AM   12     A.   YES.

09:43AM   13     Q.   AND SO THIS WAS AN INFORMATION SHARING MEETING?

09:43AM   14     A.   YES.

09:43AM   15     Q.   ON THE WORK THAT YOUR GROUP HAD BEEN WORKING SO HARD ON?

09:43AM   16     A.   YES.

09:43AM   17     Q.   AND PART OF THIS WORK THAT YOU WERE DOING, YOU GAVE

09:44AM   18     MS. HOLMES REGULAR UPDATES ON THE PROGRESS OF THE TEAM?

09:44AM   19     A.   YES, I DID.

09:44AM   20     Q.   AND LET'S LOOK AT 10497.

09:44AM   21          AND THESE ARE A SERIES OF EMAILS BETWEEN YOU AND

09:44AM   22     MS. HOLMES ON THE ASSAY DEVELOPMENT WORK?

09:44AM   23     A.   I THINK SO.

09:44AM   24     Q.   IN MARCH OF 2011?

09:44AM   25     A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1287

09:45AM   1              MR. WADE:  I WOULD MOVE THE ADMISSION OF 10497.

09:45AM   2              MR. LEACH:  NO OBJECTION.

09:45AM   3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:45AM   4         (DEFENDANT'S EXHIBIT 10497 WAS RECEIVED IN EVIDENCE.)

09:45AM   5              MR. WADE:   IF WE CAN START ON THE SECOND PAGE.

09:45AM   6    Q.   DO YOU SEE THERE'S AN EMAIL JANUARY 11TH, 2011, WHERE YOU

09:45AM   7    HAD PROVIDED MS. HOLMES WITH AN UPDATE?

09:45AM   8    A.   YES.

09:45AM   9    Q.   AND THEN IT LOOKS LIKE A COUPLE OF MONTHS LATER SHE ASKED

09:45AM  10    FOR AN UPDATE ON THE TOP 95 PERCENT.

09:45AM  11         DO YOU SEE THAT?

09:45AM  12    A.   YES.

09:45AM  13    Q.   AND THIS WAS THE 95 PERCENT -- THIS WAS THE PROJECT THAT

09:45AM  14    WE TALKED ABOUT A COUPLE MINUTES AGO WHERE YOU WERE TRYING TO

09:45AM  15    DEVELOP THE ASSAYS THAT WOULD COVER 95 PERCENT OF THE TESTS?

09:45AM  16    A.   YES.

09:45AM  17    Q.   AND SHE WAS ASKING FOR AN UPDATE ON THIS?

09:45AM  18    A.   YES.

09:45AM  19    Q.   AND HOW MANY WERE COMPLETE?  IS THAT RIGHT?

09:46AM  20    A.   YES.

09:46AM  21    Q.   AND YOU RESPONDED TO MS. HOLMES ON MONDAY, MARCH 21ST.

09:46AM  22         DO YOU SEE THAT?

09:46AM  23    A.   YES.

09:46AM  24    Q.   AND IT LOOKS LIKE YOU WERE WORKING REMOTELY AND SO YOU

09:46AM  25    WEREN'T ABLE TO GET YOUR -- ACCESS ONE OF YOUR DOCUMENTS ON THE

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1288

09:46AM   1      VPN; RIGHT?

09:46AM   2      A.   RIGHT.

09:46AM   3      Q.   BUT YOU GAVE AN UPDATE SORT OF FROM MEMORY; IS THAT RIGHT?

09:46AM   4      A.   I WAS REFERRING TO THE EXCEL FILE AND TO THE PREVIOUS

09:46AM   5      EXCEL FILE AND THEN GIVING THE UPDATE.

09:46AM   6      Q.   OKAY.  SO YOU COULDN'T ATTACH IT, BUT YOU REFERRED TO IT

09:46AM   7      AND GAVE A TEXTURAL UPDATE TO MS. HOLMES?

09:46AM   8      A.   I THINK SO.

09:46AM   9      Q.   OKAY.  AND WE'LL SEE IN THE FUTURE A LOT OF TIMES YOUR

09:46AM  10      SPREADSHEETS ARE SENT AROUND, AREN'T THEY?

09:47AM  11      A.   YEAH.

09:47AM  12      Q.   OFTENTIMES YOU SEND YOUR SPREADSHEETS AROUND, MA'AM?

09:47AM  13      A.   YES, I DID.

09:47AM  14      Q.   AND HERE YOU TOLD MS. HOLMES THAT THE FERTILITY ASSAYS

09:47AM  15      WERE COMPLETE?

09:47AM  16      A.   YES.

09:47AM  17      Q.   AND THAT THE DEVELOPMENT WAS ONGOING FOR SEVERAL OTHER

09:47AM  18      ASSAYS?

09:47AM  19      A.   YES.

09:47AM  20      Q.   DO YOU SEE THAT?

09:47AM  21           AND THEN IT LOOKS LIKE MAYBE WHEN YOU GOT BACK INTO THE

09:47AM  22      OFFICE, UP ON THE TOP, THAT YOU HAD SENT THE SPREADSHEET THAT

09:47AM  23      YOU HAD REFERRED TO.

09:47AM  24           DO YOU SEE THAT?

09:47AM  25      A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                               1289

09:47AM   1    Q.   AND LET'S TAKE A LOOK AT THAT ATTACHMENT.  WE'LL PULL IT

09:47AM   2    UP ON THE SCREEN FOR YOU.

09:48AM   3         MR. BENNETT, IF WE CAN BLOW THAT UP JUST A LITTLE BIT.

09:48AM   4         THANK YOU.

09:48AM   5         AND THIS IS A LIST OF THE 30 PRIORITY ASSAYS THAT YOUR

09:48AM   6    TEAM WAS WORKING ON AT THE TIME?

09:48AM   7    A.   YES.

09:48AM   8    Q.   AND THESE ARE ASSAYS ON THE 95 PERCENT LIST?

09:48AM   9    A.   I THINK SO.

09:48AM   10   Q.   AND YOU TOLD MS. HOLMES THAT FIVE WERE COMPLETE?

09:48AM   11   A.   YES.

09:48AM   12   Q.   AND THOSE ARE THE FIVE GREEN BOXES THAT ARE IDENTIFIED IN

09:48AM   13   YOUR CHART THERE?

09:48AM   14   A.   I THINK SO.

09:48AM   15   Q.   AND THEN IT LOOKS LIKE THERE WERE ANOTHER NINE ASSAYS THAT

09:48AM   16   WERE UNDER DEVELOPMENT; RIGHT?

09:48AM   17   A.   YES.

09:48AM   18   Q.   AND THIS WAS IN MARCH OF 2011?

09:48AM   19   A.   YES.

09:48AM   20   Q.   IF WE CAN LOOK AT DOCUMENT 7202.

09:49AM   21        DO YOU HAVE THAT IN FRONT OF YOU?

09:49AM   22   A.   YES.

09:49AM   23   Q.   AND THIS IS AN EMAIL FROM YOU TO MS. HOLMES IN AUGUST OF

09:49AM   24   2011?

09:49AM   25   A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                1290

| | | |
|---|---|---|
| 09:49AM | 1 | Q.   AND THAT'S ABOUT FIVE MONTHS AFTER THE LAST REPORT? |
| 09:49AM | 2 | A.   I THINK SO. |
| 09:49AM | 3 | Q.   AND YOU'RE PROVIDING HER AN UPDATED REPORT ON THAT |
| 09:49AM | 4 | 95 PERCENT LIST? |
| 09:49AM | 5 | A.   YES. |
| 09:49AM | 6 |         MR. WADE:  I WOULD MOVE THE ADMISSION OF |
| 09:49AM | 7 | EXHIBIT 7202, YOUR HONOR. |
| 09:49AM | 8 |         MR. LEACH:  NO OBJECTION. |
| 09:49AM | 9 |         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 09:49AM | 10 |     (DEFENDANT'S EXHIBIT 7202 WAS RECEIVED IN EVIDENCE.) |
| 09:49AM | 11 | BY MR. WADE: |
| 09:49AM | 12 | Q.   AND DO YOU SEE IN THE EMAIL AT THE TOP THIS PROVIDES AN |
| 09:49AM | 13 | UPDATE OF ALL ASSAYS IN THE 95 PERCENT LIST? |
| 09:50AM | 14 | A.   YES. |
| 09:50AM | 15 | Q.   OKAY.  LET'S TAKE A LOOK AT THE ATTACHMENT. |
| 09:50AM | 16 |     ARE YOU ABLE TO READ THAT? |
| 09:50AM | 17 | A.   YES. |
| 09:50AM | 18 | Q.   AND YOU'RE INCREDIBLY ORGANIZED SO YOU ACTUALLY CODE |
| 09:50AM | 19 | THINGS BY COLOR ACCORDING TO PROGRESS; IS THAT RIGHT? |
| 09:50AM | 20 | A.   YES. |
| 09:50AM | 21 | Q.   AND GREEN EQUALS COMPLETE? |
| 09:50AM | 22 | A.   YES. |
| 09:50AM | 23 | Q.   AND THERE ARE 11 ASSAYS? |
| 09:50AM | 24 | A.   YES. |
| 09:50AM | 25 | Q.   AND 10 IS IN DEVELOPMENT. |

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                1291

| | | |
|---|---|---|
| 09:50AM | 1 | DO YOU SEE THAT? |
| 09:50AM | 2 | A.   YES. |
| 09:50AM | 3 | Q.   AND THERE ARE 15 ASSAYS? |
| 09:50AM | 4 | A.   YEAH. |
| 09:50AM | 5 | Q.   AND THE YELLOW ARE THE ONES THAT ARE NOT STARTED? |
| 09:50AM | 6 | A.   YES. |
| 09:50AM | 7 | Q.   AND THAT'S ONLY TWO ASSAYS; RIGHT? |
| 09:50AM | 8 | A.   YES. |
| 09:50AM | 9 | Q.   AND THIS WAS AUGUST 2011? |
| 09:51AM | 10 | A.   YES. |
| 09:51AM | 11 | Q.   AND IF I COULD CALL YOUR ATTENTION TO EXHIBIT 10941. |
| 09:51AM | 12 | DO YOU HAVE THAT IN FRONT OF YOU? |
| 09:51AM | 13 | A.   I DO. |
| 09:51AM | 14 | Q.   AND THIS IS AN EMAIL FROM YOU TO MS. HOLMES IN JUNE OF |
| 09:51AM | 15 | 2012? |
| 09:51AM | 16 | A.   YES. |
| 09:51AM | 17 | Q.   YOU SENT HER THE WEEKLY UPDATE FOR THE ELISA PROJECTS? |
| 09:51AM | 18 | A.   YEAH. |
| 09:51AM | 19 | Q.   AND ELISA IS SYNONYMOUS WITH IMMUNOASSAYS? |
| 09:51AM | 20 | A.   YES. |
| 09:51AM | 21 | Q.   AND THERE'S A SPREADSHEET ATTACHMENT AGAIN. |
| 09:52AM | 22 | CAN WE -- I'M SORRY.  COULD I -- |
| 09:52AM | 23 | COULD WE ADMIT, YOUR HONOR, EXHIBIT 10941? |
| 09:52AM | 24 | MR. LEACH:  NO OBJECTION. |
| 09:52AM | 25 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1292

09:52AM   1              (DEFENDANT'S EXHIBIT 10491 WAS RECEIVED IN EVIDENCE.)

09:52AM   2      BY MR. WADE:

09:52AM   3      Q.   LET'S START WITH THE EMAIL.

09:52AM   4           AND THIS IS THE UPDATE THAT YOU PROVIDED MS. HOLMES?

09:52AM   5      A.   YES.

09:52AM   6      Q.   AND IT EXPLAINS HOW THE SPREADSHEET WORKS IN TERMS OF

09:52AM   7      TRACKING PROGRESS; RIGHT?

09:52AM   8      A.   YES.

09:52AM   9      Q.   AND LET'S TAKE A LOOK AT THE SPREADSHEET.

09:52AM  10           AND DO YOU SEE THERE'S A TAB THAT SAYS COMPLETED 6-8-12?

09:52AM  11      A.   YES.

09:52AM  12      Q.   AND LET'S LOOK AT THAT TAB.

09:53AM  13           DO YOU SEE THAT?

09:53AM  14      A.   YES.

09:53AM  15      Q.   AND THAT TRACKS THE ASSAYS THAT WERE COMPLETE AS OF THAT

09:53AM  16      DATE?

09:53AM  17      A.   I THINK SO.

09:53AM  18      Q.   AND IF WE SCROLL DOWN YOU SEE THAT 40 ASSAYS WERE

09:53AM  19      IDENTIFIED AS COMPLETE?

09:53AM  20      A.   YES.

09:53AM  21      Q.   AND IF WE CAN GO TO THE FIRST TAB THAT SAYS TIMELINES.

09:53AM  22           DO YOU SEE UP AT THE TOP IT IDENTIFIES ADDITIONAL ASSAYS

09:53AM  23      ACROSS THE COLUMNS THAT IDENTIFIES ADDITIONAL ASSAYS THAT ARE

09:53AM  24      IN DEVELOPMENT?

09:53AM  25      A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1293

09:53AM  1    Q.   AND THAT INDICATES THERE ARE ANOTHER 18 ASSAYS THAT WERE

09:53AM  2    IN DEVELOPMENT AT THIS TIME?

09:54AM  3    A.   I THINK SO.

09:54AM  4    Q.   AND THIS IS JUNE OF 2012?

09:54AM  5    A.   YES.

09:54AM  6    Q.   IF I COULD CALL YOUR ATTENTION TO EXHIBIT 7297.  AND THIS

09:54AM  7    IS ANOTHER UPDATE FROM THE ELISA TEAM ON ITS PROGRESS?

09:54AM  8    A.   YES.

09:54AM  9    Q.   AND YOU SENT THAT TO MS. HOLMES?

09:54AM  10   A.   I DID.

09:54AM  11            MR. WADE:  I MOVE THE ADMISSION OF EXHIBIT 7297.

09:54AM  12            MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:54AM  13            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:54AM  14       (DEFENDANT'S EXHIBIT 7297 WAS RECEIVED IN EVIDENCE.)

09:55AM  15   BY MR. WADE:

09:55AM  16   Q.   AND IT'S A PRETTY SIMPLE TRANSMITTAL EMAIL.  AT THIS POINT

09:55AM  17   SHE PROBABLY GETS A SENSE OF YOUR WORK AND YOU'RE TRACKING

09:55AM  18   PROGRESS; RIGHT?

09:55AM  19   A.   SHE DID.

09:55AM  20   Q.   AND LET'S LOOK AT THE ATTACHMENT.  THIS IS ANOTHER

09:55AM  21   SPREADSHEET.

09:55AM  22       DO YOU SEE THAT?

09:55AM  23       AND DO YOU RECALL THAT THE PREVIOUS TABS HAD TRACKED

09:55AM  24   ASSAYS BASED ON 95 PERCENT OF COVERAGE?

09:55AM  25   A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                1294

09:55AM   1    Q.   AND ONCE THERE WAS SUFFICIENT PROGRESS MADE, ADDITIONAL

09:55AM   2    ASSAYS WERE PROVIDED TO THE PLAN; RIGHT?

09:55AM   3    A.   YES.

09:55AM   4    Q.   TO COVER 98 PERCENT OF THE ASSAYS?

09:55AM   5    A.   YES.

09:55AM   6    Q.   AND THAT'S WHAT THIS SPREADSHEET IS TRACKING?

09:55AM   7    A.   IT IS.

09:55AM   8    Q.   AND -- NOW, WE DISCUSSED EARLIER THAT THERE ARE HUNDREDS

09:56AM   9    OF ASSAYS; RIGHT?

09:56AM   10   A.   UH-HUH, YES.

09:56AM   11   Q.   AND MAYBE I SAW ONE OF YOUR SPREADSHEETS THAT TRACKED

09:56AM   12   POTENTIALLY 400 IMMUNOASSAYS.

09:56AM   13        DOES THAT SEEM LIKE THE RIGHT NUMBER?

09:56AM   14   A.   YES.

09:56AM   15   Q.   AND THIS IS A LIST THAT IS FOCUSSED AGAIN ON COVERING

09:56AM   16   98 PERCENT OF THE ORDERS?

09:56AM   17   A.   YES.

09:56AM   18   Q.   AND THAT'S -- TO DO THAT, 74 ASSAYS WERE NEEDED; IS THAT

09:56AM   19   RIGHT?

09:56AM   20        I CAN SCROLL DOWN FOR YOU.

09:56AM   21   A.   I THINK SO.

09:56AM   22   Q.   THE COMPANY'S ANALYSIS THAT HAD IDENTIFIED 74 ASSAYS THAT

09:56AM   23   WOULD COVER 98 PERCENT OF THE ORDERS; IS THAT RIGHT?

09:56AM   24   A.   I THINK SO.

09:56AM   25   Q.   AND YOUR WORK, YOUR WORK IN YOUR TEAM WAS DEVELOPED

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1295

```
09:56AM   1      TOWARDS THOSE ASSAYS IN THE FIRST INSTANCE?

09:56AM   2      A.   YES.

09:56AM   3      Q.   AND NOW, YOU HAD DEVELOPED MORE THAN 74 ASSAYS; RIGHT?

09:57AM   4      A.   YES.

09:57AM   5      Q.   AND BECAUSE YOU HAD DONE SOME IN CONNECTION WITH YOUR

09:57AM   6      PHARMACEUTICAL WORK; RIGHT?

09:57AM   7      A.   YES.

09:57AM   8      Q.   AND YOU HAD DONE SOME FOR SOME OTHER SPECIAL PURPOSES?

09:57AM   9      A.   YES.

09:57AM  10      Q.   LIKE SOME DOD WORK?

09:57AM  11      A.   YES.

09:57AM  12      Q.   BUT THIS PARTICULAR PROJECT AND THE FOCUS AT THIS TIME WAS

09:57AM  13      COVERING 98 PERCENT FOR RETAIL?

09:57AM  14      A.   YES.

09:57AM  15      Q.   IF WE CAN GO -- IF YOU LOOK AT THE GREEN ROWS, I COUNT 63

09:57AM  16      COMPLETED ASSAYS AND 8 THAT ARE UNDER DEVELOPMENT.

09:57AM  17           DOES THAT SEEM ABOUT RIGHT?

09:57AM  18      A.   I THINK SO.

09:57AM  19      Q.   AND IF WE GO TO THE ATTACHMENT -- OR, I'M SORRY, THE TAB

09:58AM  20      THAT SAYS COMPLETED, THE SECOND TO LAST.

09:58AM  21           DO YOU SEE THAT?

09:58AM  22           AND THIS WAS A SHEET THAT COVERED ALL OF THE ASSAYS THAT

09:58AM  23      YOU HAD DEVELOPED?

09:58AM  24      A.   YES.

09:58AM  25      Q.   AND LET'S GO TO THE BOTTOM THERE AND TAKE A LOOK.
```

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1296

09:58AM    1        AT THIS POINT THERE HAD BEEN 93 THAT HAD BEEN COMPLETED;

09:58AM    2    RIGHT?

09:58AM    3    A.   YES.

09:58AM    4    Q.   AND THIS IS AN UPDATE THAT YOU SENT MS. HOLMES IN JUNE OF

09:58AM    5    2013?

09:58AM    6    A.   YES.

09:58AM    7    Q.   AND IF WE CAN GO TO THE ATTACHMENT THAT SAYS -- OR I'M

09:58AM    8    SORRY, THE TAB THAT SAYS PROGRESS.

09:59AM    9        DO YOU SEE THAT?

09:59AM   10    A.   YES.

09:59AM   11    Q.   AND AGAIN, ACROSS THE TOP THIS TRACKS THE PRODUCT -- THE

09:59AM   12    PROGRESS OF ASSAYS THAT WERE IN DEVELOPMENT BUT NOT YET

09:59AM   13    COMPLETED; IS THAT RIGHT?

09:59AM   14    A.   YES.

09:59AM   15    Q.   AND IF WE CAN FOCUS FOR A SECOND ON THIS LEFT-HAND ROW

09:59AM   16    WHERE IT SAYS EXPERIMENT UP AT THE TOP.

09:59AM   17        DO YOU SEE THAT?

09:59AM   18    A.   YES.

09:59AM   19    Q.   AND THEN IT SAYS RESOURCE UNDERNEATH THAT.

09:59AM   20        DO YOU SEE THAT?

09:59AM   21    A.   UH-HUH.

09:59AM   22    Q.   AND THEN THERE ARE 26 DIFFERENT STEPS IDENTIFIED THERE?

09:59AM   23    A.   YES.

09:59AM   24    Q.   ARE THOSE THE 26 DIFFERENT STEPS THAT EVERY ASSAY WOULD GO

09:59AM   25    THROUGH IF IT WAS APPLICABLE TO THAT ASSAY?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1297

09:59AM   1      A.   YES, THEY WOULD.

09:59AM   2      Q.   AND YOU AND YOUR TEAM WOULD TRACK EVERY INDIVIDUAL STEP?

09:59AM   3      A.   YES.

09:59AM   4      Q.   AND IN THE END THE GOAL WAS TO DESIGN AN ASSAY THAT

10:00AM   5      CORRELATED TO AN EXISTING COMMERCIALLY AVAILABLE ASSAY?

10:00AM   6      A.   YES.

10:00AM   7      Q.   BECAUSE THAT IS THE BEST PRACTICE IN THE ASSAY

10:00AM   8      DEVELOPMENT; RIGHT?

10:00AM   9      A.   YES.

10:00AM  10      Q.   AND BECAUSE YOU KNEW THAT CLIA VALIDATION REQUIRES A

10:00AM  11      COMPARISON TO AN EXISTING METHOD?

10:00AM  12      A.   YES.

10:00AM  13      Q.   AND THAT THIS DATA AND THIS WORK WOULD HELP FACILITATE THE

10:00AM  14      CLIA VALIDATION PROCESS?

10:00AM  15      A.   YES.

10:00AM  16      Q.   AND JUST SO WE'RE ALL CLEAR, THE CLIA VALIDATION, THAT

10:00AM  17      MEANS VALIDATED SO YOU CAN USE ON PATIENTS?

10:00AM  18      A.   YES.

10:00AM  19      Q.   AND YOUR WORK IS NOT DESIGNED TO DO -- YOUR WORK DID NOT

10:00AM  20      ACCOMPLISH THAT CONCLUSIVELY?

10:00AM  21      A.   IT DIDN'T BECAUSE THIS WAS -- ESSENTIALLY WE ARE MAKING

10:00AM  22      SURE THAT OF THE ASSAY THAT IS DEVELOPED APPROPRIATELY AND IS

10:00AM  23      SPECIFIC OR SENSITIVE ENOUGH THAT WHEN IT GOES INTO THE NEXT

10:00AM  24      STAGE OF VALIDATION WE DON'T HAVE ANY SURPRISES.

10:00AM  25      Q.   RIGHT.  AND THEN IT GOES OVER THE CLIA LAB, AND THE CLIA

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1298

10:01AM   1      LAB PEOPLE PICK IT UP AND THEY DO THE VALIDATION FOR CLIA

10:01AM   2      PURPOSES?

10:01AM   3      A.   YES.

10:01AM   4      Q.   AND PICKING UP ON THE HARD WORK THAT YOUR TEAM HAD DONE

10:01AM   5      OVER THE YEARS?

10:01AM   6      A.   YES.

10:01AM   7      Q.   AND ONCE THE WORK FOR AN ASSAY WAS COMPLETE, THAT WOULD BE

10:01AM   8      DOCUMENTED IN A WRITTEN REPORT?

10:01AM   9      A.   YES.

10:01AM   10     Q.   AND THERE WAS A REPORT PREPARED FOR EACH ASSAY?

10:01AM   11     A.   YES.

10:01AM   12     Q.   SO, FOR EXAMPLE, FOR THE 93 ASSAYS THAT WE HAD IDENTIFIED

10:02AM   13     THERE WOULD BE A REPORT FOR EACH INDIVIDUAL ONE?

10:02AM   14     A.   I THINK SO.

10:02AM   15     Q.   AND THOSE REPORTS WERE MAINTAINED BY THE COMPANY AND IN A

10:02AM   16     DRIVE WITHIN THE R&D GROUP?

10:02AM   17     A.   YES.

10:02AM   18     Q.   AND THEY WOULD VARY A BIT FROM ASSAY TO ASSAY, BUT THE

10:02AM   19     GENERAL IDEA WAS TO CONFIRM EACH OF THE STEPS THAT HAD BEEN

10:02AM   20     TAKEN IN THE DEVELOPMENT OF THE ASSAY?

10:02AM   21     A.   YES.

10:02AM   22     Q.   LET ME JUST GO BACK BRIEFLY TO THAT SPREADSHEET THAT WE

10:02AM   23     JUST LOOKED AT IN THE COMPLETED TAB.

10:02AM   24          IF WE GO TO THE TOP, WHAT IS THE FIRST ASSAY THERE?

10:03AM   25     A.   THYROID STIMULATING HORMONE.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1299

| | | |
|---|---|---|
| 10:03AM | 1 | Q.   OKAY.  SO THERE WOULD BE AN ASSAY DEVELOPMENT REPORT FOR |
| 10:03AM | 2 | THAT? |
| 10:03AM | 3 | A.   YES. |
| 10:03AM | 4 | Q.   LET'S TAKE A LOOK AT 9397. |
| 10:03AM | 5 | IS THIS A COPY OF THAT ASSAY DEVELOPMENT REPORT? |
| 10:03AM | 6 | A.   YES. |
| 10:03AM | 7 | MR. WADE:  MOVE THE ADMISSION OF 9397. |
| 10:03AM | 8 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 10:03AM | 9 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:03AM | 10 | (DEFENDANT'S EXHIBIT 9397 WAS RECEIVED IN EVIDENCE.) |
| 10:03AM | 11 | THE COURT:  9397? |
| 10:03AM | 12 | MR. WADE:  CORRECT, YOUR HONOR. |
| 10:03AM | 13 | THE COURT:  I THINK THAT WAS ADMITTED. |
| 10:04AM | 14 | THE CLERK:  IT WAS IDENTIFICATION BY ANOTHER |
| 10:04AM | 15 | WITNESS, YOUR HONOR. |
| 10:04AM | 16 | BY MR. WADE: |
| 10:04AM | 17 | Q.   AND THIS IS AN EXAMPLE OF ONE OF THOSE REPORTS? |
| 10:04AM | 18 | A.   YES. |
| 10:04AM | 19 | Q.   AND THYROID STIMULATING HORMONE IS SOMETIMES REFERRED TO |
| 10:04AM | 20 | AS TSH? |
| 10:04AM | 21 | A.   YES. |
| 10:04AM | 22 | Q.   AND SO IF I USE TSH, YOU'LL KNOW WHAT I'M REFERRING TO? |
| 10:04AM | 23 | A.   YES. |
| 10:04AM | 24 | Q.   AND THIS DOCUMENT WAS PREPARED BY TINA NOYES? |
| 10:04AM | 25 | A.   CORRECT. |

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1300

10:04AM  1    Q.   AND MS. NOYES WAS PART OF YOUR TEAM?

10:04AM  2    A.   YES.

10:04AM  3    Q.   AND IT WAS PREPARED IN APRIL 2011?

10:04AM  4    A.   YES.

10:04AM  5    Q.   AND YOU WOULD HAVE LOOKED AT THIS AT THE TIME?

10:04AM  6    A.   YEAH.

10:04AM  7    Q.   LET'S TAKE A LOOK ON PAGE 946 IN THE BOTTOM.

10:04AM  8         DO YOU SEE THAT?

10:04AM  9    A.   YES.

10:04AM  10   Q.   AND THIS -- ACTUALLY, IF I CAN GET THE WHOLE PART AT THE

10:05AM  11   TOP.

10:05AM  12        THIS SET FORTH THE ASSAY INFORMATION?

10:05AM  13   A.   YES.

10:05AM  14   Q.   AND THIS LOOKS KIND OF COMPLICATED.  WE WON'T GO THROUGH

10:05AM  15   ALL OF THE DETAIL HERE, BUT DO YOU THINK THIS ACCURATELY

10:05AM  16   DESCRIBES THE WORK THAT WAS DONE?

10:05AM  17   A.   I THINK SO.

10:05AM  18   Q.   AND THAT WAS GENERALLY THE IDEA THAT YOU ASKED -- THAT WAS

10:05AM  19   GENERALLY THE GOAL OF THE PREPARATION OF THE REPORT?

10:05AM  20   A.   YES.

10:05AM  21   Q.   AND ONE PARTICULAR THING I NOTE HERE IN 1.1.2 IS THE TOTAL

10:05AM  22   TIME TO RUN THIS ASSAY WAS 30 MINUTES?

10:05AM  23   A.   THE DIFFERENT STEPS FOR THOSE STAGES WERE 30 MINUTES, BUT

10:05AM  24   ON THE READER THE TIME WOULD BE LONGER.

10:05AM  25   Q.   OKAY.  OKAY.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1301

10:05AM   1        BUT THE ASSAY WAS DESIGNED FOR THREE 10 MINUTE INTERVALS;

10:05AM   2   IS THAT RIGHT?

10:06AM   3   A.   YEAH.

10:06AM   4   Q.   AND IF YOU LOOK AT 947 AND IF WE CAN BLOW UP THE ANTIBODY

10:06AM   5   SCREENING THERE.

10:06AM   6        DO YOU SEE THAT?

10:06AM   7   A.   YES.

10:06AM   8   Q.   AND THIS INDICATES THAT YOUR TEAM TESTED 22 DIFFERENT

10:06AM   9   POTENTIAL ANTIBODIES IN THE COURSE OF DETERMINING WHICH ONE

10:06AM  10   WOULD WORK BEST FOR THIS ASSAY; RIGHT?

10:06AM  11   A.   CORRECT.

10:06AM  12   Q.   AND IT WAS A TREMENDOUS AMOUNT OF WORK, IS IT NOT?

10:06AM  13   A.   IT IS.

10:06AM  14   Q.   AND THE GOAL OF DOING THAT IS TO FIGURE OUT WHICH ANTIBODY

10:06AM  15   WOULD, WOULD ATTACH MOST SUCCESSFULLY.  AM I USING THE RIGHT

10:06AM  16   WORD THERE?

10:06AM  17   A.   SO BASICALLY FINDING THE BEST REAGENT THAT COULD BE USED

10:06AM  18   IN THE THERANOS SYSTEM.

10:06AM  19   Q.   AND WHAT DO YOU MEAN BY "BEST REAGENT"?  CAN YOU EXPLAIN

10:06AM  20   THAT TO THE JURY?

10:06AM  21   A.   SO BASICALLY THE COMBINATION OF THE REAGENT, THAT WOULD

10:06AM  22   GIVE US THE DESIRED SPECIFICITY AND SENSITIVITY.

10:07AM  23   Q.   AND MAKE IT MOST EFFICIENT TO COUNT.  IS THAT A FAIR --

10:07AM  24   A.   YES.

10:07AM  25   Q.   OKAY.  AND IF WE GO TO 955, SECTION 1.4.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1302

10:07AM   1        THIS ASSAY DEVELOPMENT PROCESS INVOLVED TESTING THE ASSAY

10:07AM   2    ON A THERANOS DEVICE?

10:07AM   3    A.   YES.

10:07AM   4    Q.   AND IN 2005 THAT WOULD HAVE BEEN A 3.0 DEVICE?

10:07AM   5    A.   YES.

10:07AM   6    Q.   IF WE CAN GO BACK AGAIN TO 7297 IN THAT COMPLETED TAB.

10:08AM   7        SO FOR ALL OF THESE IMMUNOASSAYS YOU WOULD EXPECT TO SEE

10:08AM   8    COMPLETED REPORTS?

10:08AM   9    A.   YES.

10:08AM  10    Q.   AND THERE WERE ALSO REPORTS FOR THE GROUP OUTSIDE OF

10:08AM  11    IMMUNOASSAYS; RIGHT?

10:08AM  12    A.   YES.

10:08AM  13    Q.   BUT YOU WERE ONLY RESPONSIBLE FOR THE IMMUNOASSAY TEAM?

10:08AM  14    A.   YES.

10:08AM  15            MR. WADE:  AND I THINK BY STIPULATION WE'RE GOING TO

10:08AM  16    MOVE FOR THE ADMISSION OF THE IMMUNOASSAY REPORTS.

10:08AM  17            MR. LEACH:  YES.

10:08AM  18            MR. WADE:  MAY I APPROACH, YOUR HONOR?

10:08AM  19            THE COURT:  YES.

10:08AM  20            MR. WADE:  (HANDING.)

10:09AM  21        AND I THINK BY STIPULATION, YOUR HONOR, WITH AGREEMENT

10:09AM  22    FROM THE GOVERNMENT AND FOR THE BENEFIT OF OUR BELOVED COURT

10:09AM  23    REPORTER, WE WILL ENTER THE PARTICULAR EXHIBIT NUMBERS FOR

10:09AM  24    THESE VIA WRITTEN STIPULATION THAT WE'LL SUBMIT TO THE COURT.

10:09AM  25            MR. LEACH:  THAT'S FINE, YOUR HONOR, YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                        1303

10:09AM   1            THE COURT:  ALL RIGHT.  THANK YOU.

10:09AM   2    BY MR. WADE:

10:09AM   3    Q.   AND I'VE HANDED YOU TWO BINDERS THAT ARE MAYBE FIVE OR SIX

10:09AM   4    INCHES TALL; IS THAT RIGHT?

10:09AM   5    A.   YES.

10:09AM   6    Q.   AND IF YOU CAN JUST LOOK GENERALLY AT THE FIRST VOLUME OF

10:09AM   7    THE BINDERS, THESE ARE THE TYPES OF REPORTS THAT YOUR TEAM

10:09AM   8    PREPARED FOR EACH AND EVERY ONE OF THE ASSAYS?

10:10AM   9    A.   YEAH.

10:10AM  10    Q.   AND IT'S A TREMENDOUS VOLUME OF WORK, IS IT NOT?

10:10AM  11    A.   IT IS.

10:10AM  12    Q.   DID YOU FEEL PROUD OF YOUR TEAM AND ALL OF THE WORK THAT

10:10AM  13    IT HAD DONE TO ACCOMPLISH THIS?

10:10AM  14    A.   I THINK SO.

10:10AM  15    Q.   DO YOU RECALL THAT SOMETIMES MANY OF THESE REPORTS ARE

10:10AM  16    LABELLED ASSAY DEVELOPMENT REPORT?

10:10AM  17         DO YOU SEE THAT?

10:10AM  18    A.   YES.

10:10AM  19    Q.   AND DO YOU RECALL SOMETIMES PEOPLE WOULD JUST REFER TO

10:10AM  20    THESE AS DEVELOPMENT REPORTS?

10:10AM  21    A.   YES.

10:10AM  22    Q.   AND SOMETIMES WOULD REFER TO THEM AS R&D VALIDATION

10:10AM  23    REPORTS?

10:10AM  24    A.   SO I'M MORE ALIGNED WITH CALLING THEM DEVELOPMENT REPORTS.

10:10AM  25    Q.   OKAY.  BUT YOU KNOW THAT SOME PEOPLE DID CALL THEM R&D

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1304

10:10AM   1       VALIDATION REPORTS?

10:11AM   2       A.   YES.  YES.

10:11AM   3       Q.   AND IF I WOULD JUST DRAW YOUR ATTENTION TO ONE

10:11AM   4       EXHIBIT 9143, WHICH IS IN EVIDENCE AS PART OF THIS COMPILATION.

10:11AM   5       IT MAY BE IN THE SECOND VOLUME WHICH IS ON THE --

10:11AM   6       A.   YES.

10:11AM   7       Q.   -- GROUND NEXT TO YOU.

10:11AM   8            DO YOU SEE THAT ONE?

10:11AM   9       A.   I DO.

10:11AM  10       Q.   AND DO YOU SEE AT THE TOP IT SAYS ASSAY DEVELOPMENT

10:12AM  11       REPORT.

10:12AM  12            DO YOU SEE THAT?

10:12AM  13       A.   YES.

10:12AM  14       Q.   AND THEN DOWN IN THE BOTTOM IT SAYS THIS VALIDATION

10:12AM  15       REPORT?

10:12AM  16       A.   YES.

10:12AM  17       Q.   AND THAT TYPE OF PATTERN HAPPENED RELATIVELY FREQUENTLY

10:12AM  18       WITHIN THE COMPANY?

10:12AM  19       A.   THAT WAS BECAUSE THE PROJECT MANAGERS WOULD SEEK THESE,

10:12AM  20       THESE ASSAY DEVELOPMENT REPORTS AND THEN THEY WOULD PROPOSE

10:12AM  21       USING THOSE AS CALLING THEM LIKE VALIDATION REPORTS.

10:12AM  22            AND EACH TIME WE WERE CONSISTENT THAT THESE ARE ASSAY

10:12AM  23       DEVELOPMENT REPORTS.

10:12AM  24       Q.   OKAY.  AND BECAUSE I WANT TO BE CLEAR OF THE DIFFERENCE

10:12AM  25       THAT WE'RE TALKING ABOUT HERE.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1305

10:12AM  1          THESE REPORTS WERE NOT CLIA VALIDATION REPORTS?

10:12AM  2      A.  CORRECT.

10:12AM  3      Q.  AND THAT WAS A SEPARATE PROCESS?

10:12AM  4      A.  YES.

10:12AM  5      Q.  AND THAT REQUIRED SEPARATE DOCUMENTATION?

10:12AM  6      A.  YES.

10:12AM  7      Q.  AND YOU WANTED TO MAKE SURE THAT THAT WAS UNDERSTOOD?

10:12AM  8      A.  YES.

10:12AM  9      Q.  OKAY.  AND I BELIEVE YOU LEFT THE COMPANY BEFORE MANY OF

10:13AM 10      THE CLIA VALIDATION REPORTS WERE FINALIZED, BUT IT IS YOUR

10:13AM 11      UNDERSTANDING THAT THEY WERE WORKING ON CLIA VALIDATION REPORTS

10:13AM 12      IN THE CLIA LAB AS WELL; RIGHT?

10:13AM 13      A.  YES.

10:13AM 14      Q.  I'M HAPPY TO TELL YOU WE WON'T SPEND ANY MORE TIME GOING

10:13AM 15      THROUGH THE DETAILS OF ALL OF THAT WORK.

10:13AM 16          SO IF YOU WANT TO MOVE THE BINDERS ASIDE, WE CAN DO THAT.

10:13AM 17      A.  OKAY.

10:13AM 18      Q.  AND YOU MENTIONED THE PROJECT MANAGERS.  THERE WERE TIMES

10:13AM 19      WHERE YOU UNDERSTOOD THAT MS. HOLMES WOULD BE OUT TALKING TO

10:13AM 20      DIFFERENT OUTSIDE AUDIENCES; RIGHT?

10:13AM 21      A.  YES.

10:13AM 22      Q.  AND SHE WOULD WANT TO GIVE UPDATES ON THE LATEST R&D WORK?

10:13AM 23      A.  YES.

10:13AM 24      Q.  AND AHEAD OF THOSE MEETINGS SOMETIMES MS. HOLMES OR ONE OF

10:13AM 25      THE PROJECT MANAGERS WOULD COME TO YOU TO GET AN UPDATE ON WHAT

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1306

10:14AM   1        WAS GOING ON?

10:14AM   2        A.   YES.

10:14AM   3        Q.   AND YOU WOULD PROVIDE THAT?

10:14AM   4        A.   YES.

10:14AM   5        Q.   AND I THINK SOMETIMES THOSE REQUESTS CAME FROM MS. HOLMES?

10:14AM   6        A.   YES.

10:14AM   7        Q.   AND SOMETIMES FROM DR. YOUNG?

10:14AM   8        A.   YEAH.

10:14AM   9        Q.   AND SOMETIMES FROM ONE OF THE PROJECT MANAGERS WHO WAS

10:14AM  10        WORKING WITH MS. HOLMES?

10:14AM  11        A.   YES.

10:14AM  12        Q.   AND THESE WERE FOR INTERACTIONS WITH CUSTOMERS LIKE

10:14AM  13        WALGREENS?

10:14AM  14        A.   I WOULD THINK SO.

10:14AM  15        Q.   OR THE DEPARTMENT OF DEFENSE?

10:14AM  16        A.   I THINK SO.

10:14AM  17        Q.   LET'S LOOK AT 7216.

10:15AM  18             DO YOU SEE THAT THIS IS AN EMAIL CHAIN WHERE MS. HOLMES IS

10:15AM  19        WORKING TO GET AN UPDATE IN ADVANCE OF A MEETING?

10:15AM  20        A.   YES.

10:15AM  21        Q.   OKAY.

10:15AM  22             I WOULD MOVE THE ADMISSION OF --

10:15AM  23             AND YOU'RE ON THAT EMAIL, RIGHT, MA'AM?  YOU'RE ON THIS

10:15AM  24        EMAIL?

10:15AM  25        A.   YES, I AM.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1307

10:15AM  1          MR. WADE:  I WOULD MOVE THE ADMISSION OF

10:15AM  2   EXHIBIT 7216.

10:15AM  3          MR. LEACH:  OBJECTION.  FOUNDATION.  802.

10:15AM  4          THE COURT:  YOU NEED TO LAY A LITTLE BIT MORE

10:15AM  5   FOUNDATION, MR. WADE, IF YOU WOULD.

10:15AM  6          MR. WADE:  SURE.

10:15AM  7   Q.   YOU HAD TALKED ABOUT HOW IN ADVANCE OF THESE MEETINGS THE

10:15AM  8   WAY THAT THE COMPANY WOULD GET UPDATED INFORMATION TO PROVIDE

10:15AM  9   TO EXTERNAL AUDIENCES WAS TO COMMUNICATE TO YOU VIA EMAIL AND

10:15AM 10   TO REQUEST UPDATES?

10:15AM 11   A.   YES.

10:15AM 12   Q.   AND YOU KNEW THAT THEY WERE GOING TO BE TALKING TO PEOPLE

10:15AM 13   OUTSIDE OF THE COMPANY ABOUT THE INFORMATION?

10:15AM 14   A.   I THINK SO.

10:15AM 15   Q.   SO DID YOU ALWAYS WORK TO MAKE SURE THAT YOU WERE

10:16AM 16   PROVIDING ACCURATE UP-TO-DATE INFORMATION?

10:16AM 17   A.   YES.

10:16AM 18   Q.   AND IN THE MANNER THAT THE COMPANY USED TO COMMUNICATE

10:16AM 19   THAT WAS EMAIL?

10:16AM 20   A.   YES.

10:16AM 21   Q.   BECAUSE PEOPLE WORKED IN DIFFERENT PLACES; RIGHT?

10:16AM 22   A.   YES.

10:16AM 23   Q.   AND THIS WAS THE MOST EFFICIENT WAY TO DO THIS?

10:16AM 24   A.   YES.

10:16AM 25   Q.   AND YOU KNEW THAT THESE EMAILS WERE CONFIDENTIAL

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1308

10:16AM   1    DOCUMENTS?

10:16AM   2    A.   YES.

10:16AM   3    Q.   AND THEY WERE KEPT AS PART OF THE COMPANY'S ORDINARY

10:16AM   4    RECORD?

10:16AM   5    A.   YES.

10:16AM   6    Q.   AND THAT THIS WOULD GIVE MS. HOLMES THE INFORMATION THAT

10:16AM   7    SHE NEEDED TO GO OUT AND COMMUNICATE TO THOSE EXTERNAL

10:16AM   8    AUDIENCES?

10:16AM   9    A.   I THINK SO.

10:16AM   10           MR. WADE:   I WOULD MOVE THE ADMISSION, YOUR HONOR.

10:16AM   11           MR. LEACH:   NO OBJECTION, YOUR HONOR.

10:16AM   12           THE COURT:   IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:16AM   13       (DEFENDANT'S EXHIBIT 7216 WAS RECEIVED IN EVIDENCE.)

10:17AM   14   BY MR. WADE:

10:17AM   15   Q.   AND IF WE LOOK DOWN AT THE BOTTOM EMAIL, DO YOU SEE THAT?

10:17AM   16   A.   YES.

10:17AM   17   Q.   AND HERE THIS IS AN EMAIL BETWEEN YOU AND MS. HOLMES ON

10:17AM   18   NOVEMBER 16TH AND 17TH OF 2011?

10:17AM   19   A.   YES.

10:17AM   20   Q.   AND SHE ASKED THE ASSAY TEAM LEADS TO IDENTIFY UPDATES FOR

10:17AM   21   AN UPCOMING MEETING WITH REPRESENTATIVES FROM THE DEPARTMENT OF

10:17AM   22   DEFENSE?

10:17AM   23   A.   YES.

10:17AM   24   Q.   AND IN ADDITION TO THE TWO OF YOU, THERE WERE MANY OTHER

10:17AM   25   PEOPLE ON THIS EMAIL CHAIN?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1309

10:17AM  1    A.   YES.

10:17AM  2    Q.   AND THE OTHER ASSAY TEAM LEADS?

10:17AM  3    A.   YES.

10:17AM  4    Q.   AND SOME OF THE PROJECT MANAGERS?

10:17AM  5    A.   I THINK SO.

10:17AM  6    Q.   AND DR. YOUNG MADE A SUGGESTION OF POTENTIAL UPDATE TO

10:17AM  7    PROVIDE?

10:18AM  8    A.   YES.

10:18AM  9    Q.   AND WHAT ASSAYS DID HE RECOMMEND THAT YOU PROVIDE?

10:18AM  10   A.   PSA AND VITAMIN D.

10:18AM  11   Q.   AND YOU RESPONDED TO THAT; RIGHT?

10:18AM  12   A.   YES.

10:18AM  13   Q.   AND WHAT WAS YOUR RESPONSE TO HIS SUGGESTION?

10:18AM  14   A.   SO I'M RESPONDING HERE SAYING THAT VITAMIN D IS NOT

10:18AM  15   COMPLETE SO THERE IS NO ADDITIONAL DATA.

10:18AM  16        AND FOR PSA I COULD RESEND THE EARLIER DATA.

10:18AM  17   Q.   AND MS. HOLMES RESPONDED.

10:18AM  18        DO YOU SEE THAT?

10:18AM  19   A.   YES.

10:18AM  20   Q.   AND SHE SAID PLEASE DO SEND THE PSA DATA; RIGHT?

10:18AM  21   A.   YES.

10:18AM  22   Q.   BUT IF THE R&D DATA WASN'T READY, SHE DIDN'T ASK FOR THAT;

10:18AM  23   CORRECT?  CORRECT?

10:18AM  24   A.   SO SHE'S ASKING TO SEND THE PSA DATA.

10:19AM  25   Q.   YEAH.  AND SHE DIDN'T ASK FOR THE --

GANGAKHEDKAR CROSS BY MR. WADE (RES.)          1310

10:19AM   1      A.   THE VITAMIN D DATA.

10:19AM   2      Q.   BECAUSE YOU SAID THAT WASN'T READY; RIGHT?

10:19AM   3      A.   CORRECT.

10:19AM   4      Q.   OKAY.  AND YOU TALKED ABOUT THIS HAPPENING GENERALLY, BUT

10:19AM   5      IS THIS THE EXAMPLE OF THE KIND OF REQUEST THAT YOU WOULD

10:19AM   6      RECEIVE IN YOUR POSITION?

10:19AM   7      A.   YES.

10:19AM   8      Q.   IF WE CAN GO TO THE GOVERNMENT BINDER, EXHIBIT 1109, WHICH

10:19AM   9      IS IN EVIDENCE, AND I'D LIKE YOU TO LOOK AT PAGE 5.

10:19AM  10           I'M SORRY, I KNOW YOU HAVE A LOT OF BINDERS UP THERE.

10:19AM  11      I'LL GIVE YOU A SECOND.

10:19AM  12           SO EXHIBIT 1109?

10:19AM  13      A.   YES.

10:19AM  14      Q.   PAGE 5.

10:19AM  15           DO YOU SEE THAT?  BATES ENDING 237.

10:20AM  16           AND IF WE CAN PUBLISH THAT.

10:20AM  17      A.   YES.

10:20AM  18      Q.   DO YOU SEE THAT IN FRONT OF YOU?

10:20AM  19      A.   I DO.

10:20AM  20      Q.   OKAY.  THIS IS A DOCUMENT WHERE YOU SET FORTH SOME OF YOUR

10:20AM  21      ORGANIZATIONAL PRINCIPLES IN CONNECTION WITH HOW YOU TRACKED

10:20AM  22      YOUR PROJECTS?

10:20AM  23      A.   YES.

10:20AM  24      Q.   AND WE TALKED ABOUT THE ASSAY DEVELOPMENT REPORTS, BUT YOU

10:20AM  25      ALSO MAINTAINED OTHER ADDITIONAL DATA FILES AND THE LIKE?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1311

10:20AM   1        A.   YES.

10:20AM   2        Q.   WE NOW HAVE IT UP ON THE SCREEN.

10:20AM   3             AND SOME OF THOSE FILES WERE MAINTAINED ON THE J DRIVE

10:21AM   4        UNDER THE EXPERIMENTAL LOG?

10:21AM   5        A.   YES.

10:21AM   6        Q.   AND THAT INCLUDED EXPERIMENT LOGS FOR THE INDIVIDUAL

10:21AM   7        ASSAYS?

10:21AM   8        A.   YES.

10:21AM   9        Q.   SO BEYOND THOSE REPORTS THAT WE TALKED ABOUT, THERE WERE

10:21AM  10        OFTENTIMES MANY, MANY SPREADSHEETS AND TABLES OF DATA THAT SORT

10:21AM  11        OF FED INTO A SUMMARY -- THE SUMMARY OF THAT REPORT; RIGHT?

10:21AM  12        A.   YES.

10:21AM  13        Q.   AND YOUR TEAM CAREFULLY TRACKED ALL OF THAT?

10:21AM  14        A.   YES.

10:21AM  15        Q.   BECAUSE THAT COULD FEED INTO THE CLIA VALIDATION PROCESS

10:21AM  16        DOWN THE ROAD?

10:21AM  17        A.   YES.

10:21AM  18        Q.   AND BECAUSE IT WAS THE BEST PRACTICE?

10:21AM  19        A.   RIGHT.

10:21AM  20        Q.   AND YOU STORED THAT ON THE J DRIVE SO OTHERS COULD ACCESS

10:21AM  21        IT IF THEY HAD A NEED TO?

10:21AM  22        A.   YES.

10:21AM  23        Q.   AND THE REST OF THE FILES WERE STORED IN THE THERANOS

10:21AM  24        T DRIVE?

10:21AM  25        A.   UH-HUH.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1312

10:21AM  1      Q.   RIGHT?

10:21AM  2      A.   YES.

10:21AM  3      Q.   AND THAT WAS THE ASSAY SYSTEM'S TEAM FOLDER?

10:21AM  4      A.   RIGHT.

10:21AM  5      Q.   AND THERE WAS A SUBFOLDER FOR ASSAY DEVELOPMENT REPORTS.

10:22AM  6           DO YOU RECALL THAT?

10:22AM  7      A.   YES.

10:22AM  8      Q.   AND THERE WERE OTHER SUBFOLDERS THAT WERE SORT OF PROJECT

10:22AM  9      SPECIFIC; RIGHT?

10:22AM  10     A.   YES.

10:22AM  11     Q.   AGAIN, EXTENSIVE AMOUNTS OF DATA AND WORK WAS MEMORIALIZED

10:22AM  12     WITHIN THOSE FILES?

10:22AM  13     A.   RIGHT.

10:22AM  14     Q.   NOW, YOU RECALL ON YOUR DIRECT EXAMINATION YOU WERE ASKED

10:22AM  15     SOME QUESTIONS ABOUT EMAILS REGARDING THE R&D PROCESS ON THE

10:22AM  16     4 SERIES DEVICE?

10:22AM  17          DO YOU RECALL THAT?

10:22AM  18     A.   YES.

10:22AM  19     Q.   AND I JUST WANT TO CLARIFY A COUPLE OF THINGS ABOUT THE

10:22AM  20     R&D PROCESS.  OKAY?

10:22AM  21     A.   SURE.

10:22AM  22     Q.   AND THE R&D PROCESS IS ACTUALLY DESIGNED TO IDENTIFY

10:23AM  23     PROBLEMS AND POTENTIAL ISSUES AS YOU'RE DEVELOPING PRODUCT;

10:23AM  24     RIGHT?

10:23AM  25     A.   SO THE R&D PROCESS SPECIFICALLY FOR DEVELOPING ASSAYS WE

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1313

10:23AM   1    DID HAVE A PLAN WITH HOW WE WOULD PROCEED WITH DEVELOPING THE

10:23AM   2    ASSAYS.

10:23AM   3    Q.   RIGHT.  YOU HAD A PLAN?

10:23AM   4    A.   UH-HUH.

10:23AM   5    Q.   AND OCCASIONALLY AS YOU'RE WORKING ON THE DEVELOPMENT,

10:23AM   6    THERE WOULD BE A SETBACK WITHIN THE PLAN?

10:23AM   7    A.   YES.

10:23AM   8    Q.   AND THAT WAS TO BE EXPECTED?

10:23AM   9    A.   IT IS.

10:23AM   10   Q.   AND YOU WOULD RUN AN EXPERIMENT?

10:23AM   11   A.   UH-HUH.

10:23AM   12   Q.   AND YOU WOULD EVALUATE THE RESULTS; RIGHT?

10:23AM   13   A.   RIGHT.

10:23AM   14   Q.   AND YOU WOULD SEE IF ANY SETBACKS OR ISSUES AROSE; IS THAT

10:23AM   15   RIGHT?

10:23AM   16   A.   YES.

10:23AM   17   Q.   AND YOU WOULD WORK TO IDENTIFY THE ROOT CAUSE OF THE

10:23AM   18   PROBLEM?

10:23AM   19   A.   YES.

10:23AM   20   Q.   AND YOU WOULD THEN TRY TO IMPROVE IT?

10:23AM   21   A.   YES.

10:23AM   22   Q.   AND THEN YOU WOULD RUN THE EXPERIMENT AGAIN?

10:23AM   23   A.   YEAH.

10:23AM   24   Q.   AND IF THERE WAS A SETBACK OR A MISTAKE, YOU WOULD GO

10:24AM   25   THROUGH THAT SAME PROCESS AGAIN; RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1314

10:24AM  1    A.   YES.

10:24AM  2    Q.   THAT'S A FUNDAMENTAL PART OF THE RESEARCH AND DEVELOPMENT

10:24AM  3    PROCESS, IS IT NOT?

10:24AM  4    A.   IT IS.

10:24AM  5    Q.   AND IN RESEARCH AND DEVELOPMENT SOMETIMES YOU HAVE TO FAIL

10:24AM  6    BEFORE YOU COULD SUCCEED; RIGHT?

10:24AM  7    A.   YES.

10:24AM  8    Q.   NOW, WE TALKED ABOUT HOW ALL OF THIS HARD WORK THAT YOU

10:24AM  9    WERE DOING IN RESEARCH AND DEVELOPMENT WAS ULTIMATELY GEARED

10:25AM  10   TOWARDS USE OUT IN THE FIELD IF YOU WILL; RIGHT?

10:25AM  11   A.   YES.

10:25AM  12   Q.   AND THERE ARE TWO WAYS THAT THERANOS WAS LOOKING AT

10:25AM  13   DEPLOYING THE SMALL SAMPLE ASSAYS; RIGHT?

10:25AM  14   A.   YES.

10:25AM  15   Q.   AND THE -- ONE WAY WAS TO USE THE ASSAY ON A THERANOS

10:25AM  16   DEVICE THAT WAS DEPLOYED OUT IN THE FIELD; RIGHT?

10:25AM  17   A.   YES.

10:25AM  18   Q.   AND THAT WOULD REQUIRE FDA APPROVAL TO DO THAT?

10:25AM  19   A.   YES.

10:25AM  20   Q.   THAT'S REFERRED TO AS A 510K APPROVAL; RIGHT?  ARE YOU

10:25AM  21   FAMILIAR WITH THAT?

10:25AM  22   A.   YES.

10:25AM  23   Q.   AND THIS WAS SOMETHING THAT WAS DISCUSSED WITH TEAM

10:25AM  24   LEADERS AT THERANOS?

10:25AM  25   A.   NOT VERY -- NOT IN TOO MUCH DETAIL.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1315

10:25AM   1     Q.   NOT SPECIFICALLY, BUT GENERALLY THAT THE GOAL WAS TO

10:25AM   2     DEPLOY THESE AFTER FDA APPROVAL.  THAT WAS ONE PATH THAT SOME

10:26AM   3     IN THE COMPANY WERE WORKING ON; RIGHT?

10:26AM   4     A.   YES.

10:26AM   5     Q.   IS THAT RIGHT?

10:26AM   6     A.   YES.

10:26AM   7     Q.   AND THE SECOND WAY WAS TO VALIDATE THERANOS'S ASSAYS FOR

10:26AM   8     USE IN THE CLIA LABORATORY?

10:26AM   9     A.   YES.

10:26AM   10    Q.   AND THAT WOULD BE -- THEY WOULD BE REFERRED TO THEN AS LAB

10:26AM   11    DEVELOPED TESTS; RIGHT?

10:26AM   12    A.   CORRECT.

10:26AM   13    Q.   WHICH ARE SOMETIMES REFERRED TO AS LDT'S?

10:26AM   14    A.   YES.

10:26AM   15    Q.   THAT'S THE ACRONYM, LAB DEVELOPED TESTS OR LDT'S; RIGHT?

10:26AM   16    A.   CORRECT.

10:26AM   17    Q.   AND THERANOS WAS WORKING ON A PROCESS TO TAKE THE ASSAYS

10:26AM   18    THAT YOUR TEAM HAD DEVELOPED AND USE THEM AS LDT'S WITHIN THE

10:27AM   19    CLIA LAB?

10:27AM   20    A.   YES.

10:27AM   21    Q.   LET'S LOOK AT 487, WHICH MAY BE IN THE GOVERNMENT'S

10:27AM   22    BINDER.

10:27AM   23    A.   YEAH, I HAVE THAT.

10:27AM   24         MR. WADE:  I MOVE THE ADMISSION OF THIS PER

10:27AM   25    STIPULATION, YOUR HONOR.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                        1316

10:27AM  1              MR. LEACH:  NO OBJECTION.

10:27AM  2              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:27AM  3          (GOVERNMENT'S EXHIBIT 487 WAS RECEIVED IN EVIDENCE.)

10:27AM  4      BY MR. WADE:

10:27AM  5      Q.   AND LET'S LOOK IN THE FIRST EMAIL IN THE CHAIN AT THE

10:27AM  6      BOTTOM, WHICH IS ON PAGE 2.  SORRY.

10:28AM  7          DO YOU SEE THAT THERE?

10:28AM  8      A.   YEAH.

10:28AM  9      Q.   AND THIS IS AN EMAIL FROM DR. GELB TO YOU?

10:28AM  10     A.   YES.

10:28AM  11     Q.   IN OCTOBER OF 2011?

10:28AM  12     A.   YES.

10:28AM  13     Q.   AND DR. GELB AT THE TIME WAS THE LAB DIRECTOR FOR

10:28AM  14     THERANOS?

10:28AM  15     A.   YES.

10:28AM  16     Q.   AND HE WAS AN EXPERIENCED LAB DIRECTOR?

10:28AM  17     A.   YES.

10:28AM  18     Q.   AND WITHIN THIS EMAIL HE'S OUTLINING A GENERAL APPROACH TO

10:28AM  19     VALIDATING AN ASSAY AS A LABORATORY DEVELOPED TEST UNDER THE

10:28AM  20     CLIA REGULATIONS; RIGHT?

10:29AM  21     A.   YES.

10:29AM  22     Q.   AND BECAUSE THIS WAS THE END GOAL FOR THE ASSAY

10:29AM  23     DEVELOPMENT PROCESS?

10:29AM  24     A.   YES.

10:29AM  25     Q.   LET'S TURN TO 9921.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                1317

10:30AM   1              DO YOU SEE THAT IN FRONT OF YOU?

10:30AM   2      A.    YES.

10:30AM   3      Q.    AND WHAT IS 9921?

10:30AM   4      A.    IT LOOKS LIKE AN OVERALL MASTER VALIDATION PLAN FOR ELISA

10:30AM   5      ASSAYS ON THERANOS DEVICES.

10:30AM   6      Q.    OKAY.  AND DO YOU SEE YOUR SIGNATURE THERE ON THE

10:30AM   7      DOCUMENT?

10:30AM   8      A.    YES.

10:30AM   9      Q.    OKAY.  AND THIS WAS A POLICY OR PROCEDURAL DOCUMENT THAT

10:30AM   10     WAS KEPT BY THE COMPANY?

10:30AM   11     A.    I THINK SO.

10:30AM   12              MR. WADE:  I WOULD MOVE THE ADMISSION OF 9921.

10:30AM   13              MR. LEACH:  NO OBJECTION.

10:30AM   14              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:30AM   15         (DEFENDANT'S EXHIBIT 9921 WAS RECEIVED IN EVIDENCE.)

10:30AM   16     BY MR. WADE:

10:30AM   17     Q.    IF WE CAN LOOK AT THE FIRST PAGE.

10:30AM   18          IF YOU LOOK AT THE DATE IT SAYS NOVEMBER 4TH, 2011?

10:31AM   19     A.    YES.

10:31AM   20     Q.    AND THIS WAS JUST OVER A WEEK AFTER DR. GELB HAD SENT YOU

10:31AM   21     THE BASIC OUTLINE OF THE -- HOW TO VALIDATE AN ASSAY.

10:31AM   22          DO YOU RECALL THAT?

10:31AM   23     A.    YES.

10:31AM   24     Q.    AND THIS DOCUMENT WAS -- APPEARS TO HAVE BEEN CREATED IN

10:31AM   25     THAT ONE WEEK INTERIM?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1318

10:31AM   1     A.   I THINK SO.

10:31AM   2     Q.   AND THIS IS A DOCUMENT THAT IS APPROVED BY DR. GELB?

10:31AM   3     A.   YES.

10:31AM   4     Q.   AND WHO IS A MEDICAL DOCTOR?

10:31AM   5     A.   RIGHT.

10:31AM   6     Q.   IT'S APPROVED BY YOU?

10:31AM   7     A.   YEAH, I'M THE REVIEWER, YES.

10:31AM   8     Q.   AND IT WAS REVIEWED AND APPROVED BY DR. YOUNG AS WELL?

10:31AM   9     A.   YES.

10:31AM   10    Q.   OKAY.  IF WE CAN GO TO THE THIRD PAGE OF THE DOCUMENT AND

10:31AM   11    LOOK AT THE TOP TWO NUMBERS THERE.

10:31AM   12         NOW, THE FIRST -- SECTION 1 SETS FORTH THE SECTION THAT IS

10:32AM   13    CONSISTENT WITH I BELIEVE YOUR PRIOR TESTIMONY WHICH IS TO

10:32AM   14    DEFINE THE MASTER VALIDATION PLAN FOR THE CLIA VALIDATION OF

10:32AM   15    ELISA ASSAYS; RIGHT?

10:32AM   16    A.   YES.

10:32AM   17    Q.   AND THEN IN THE SCOPE SECTION IT SETS FORTH THE STANDARDS

10:32AM   18    THAT ARE TO BE APPLIED FOR THAT VALIDATION; RIGHT?

10:32AM   19    A.   YES.

10:32AM   20    Q.   AND THAT STANDARD INCORPORATES SOME SPECIFIC PROVISION OF

10:32AM   21    FEDERAL REGULATIONS?

10:32AM   22    A.   I THINK SO.

10:32AM   23    Q.   DO YOU SEE IT MENTIONED THERE?

10:32AM   24    A.   YES.

10:32AM   25    Q.   AND IT REFERENCES A NUMBER OF SPECIFIC ITEMS THAT NEED TO

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1319

10:33AM   1        BE SATISFIED?

10:33AM   2        A.   YES.

10:33AM   3        Q.   OKAY.  IF I CAN DRAW YOUR ATTENTION TO PAGE 14,

10:33AM   4        PARAGRAPH 3.

10:33AM   5             DO YOU SEE THAT?

10:33AM   6        A.   YES.

10:33AM   7        Q.   AND IT SETS FORTH THE OPERATIONAL TIMELINE FOR THE

10:33AM   8        VALIDATION OF THE LAB DEVELOPED TESTS?

10:33AM   9        A.   YES.

10:33AM  10        Q.   AND JUST SO WE'RE CLEAR ON TERMINOLOGY, THE COMPANY'S GOAL

10:34AM  11        AT THIS TIME WAS FOR ALL OF THE ASSAYS THAT YOU WERE DEVELOPING

10:34AM  12        IN R&D TO BECOME LAB DEVELOPED TESTS WITHIN THE CLIA LAB?

10:34AM  13        A.   YES.

10:34AM  14        Q.   IF I CAN DIRECT YOU TO PAGE 6.

10:34AM  15             DO YOU SEE WHERE IT SAYS TESTING SYSTEMS UP AT THE TOP

10:34AM  16        THERE?

10:34AM  17        A.   YES.

10:34AM  18        Q.   AND THIS TALKS ABOUT THE THERANOS DEVICES AND SYSTEMS?

10:34AM  19        A.   YES.

10:34AM  20        Q.   AND AT THIS POINT IN 2011 THE 3.0 WAS THE ONLY THERANOS

10:34AM  21        DEVICE; RIGHT?

10:34AM  22        A.   I THINK THEY HAD STARTED SOME DEVELOPMENT ON THE 4.0'S.

10:35AM  23        Q.   OKAY.  DO YOU THINK THAT MAYBE THE DEVELOPMENT HAD STARTED

10:35AM  24        BUT THE ONLY SYSTEM THAT HAD ACTUALLY PERFORMED ASSAYS

10:35AM  25        EXTERNALLY WAS THE 3.0; IS THAT RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1320

| | | |
|---|---|---|
| 10:35AM | 1 | A.   YES.  YES. |
| 10:35AM | 2 | Q.   IF I CAN DRAW YOUR ATTENTION TO EXHIBIT 5388, WHICH IS IN |
| 10:35AM | 3 | THE GOVERNMENT'S BINDER, I BELIEVE, AND IN EVIDENCE. |
| 10:35AM | 4 | IF WE CAN PULL THAT UP.  AND IF WE JUST BLOW UP THE TOP |
| 10:36AM | 5 | THIRD OF THE DOCUMENT. |
| 10:36AM | 6 | THIS IS A DOCUMENT I THINK YOU HAVE BEEN ASKED SOME |
| 10:36AM | 7 | QUESTIONS ABOUT LAST WEEK. |
| 10:36AM | 8 | DO YOU RECALL? |
| 10:36AM | 9 | A.   YES. |
| 10:36AM | 10 | Q.   AND THIS IS AN EMAIL FROM DR. SIVARAMAN TO YOU AND |
| 10:36AM | 11 | DR. YOUNG AT THE END OF JULY OF 2013? |
| 10:36AM | 12 | A.   YES. |
| 10:36AM | 13 | Q.   AND THERE ARE SOME ATTACHMENTS TO THIS DOCUMENT? |
| 10:36AM | 14 | A.   YES. |
| 10:36AM | 15 | Q.   AND ONE OF THEM IS A WORD DOCUMENT OF THAT 2011 VALIDATION |
| 10:36AM | 16 | PLAN THAT WE HAD JUST GONE THROUGH; IS THAT RIGHT? |
| 10:36AM | 17 | A.   I THINK SO. |
| 10:36AM | 18 | Q.   OKAY.  AND IF YOU LOOK AT THE TOP EMAIL, DR. SIVARAMAN |
| 10:36AM | 19 | NOTES THAT SHE'S ATTACHING A VALIDATION PLAN FOR THE SIX ASSAYS |
| 10:37AM | 20 | IN A CARTRIDGE SUMMARY FORMAT. |
| 10:37AM | 21 | DO YOU SEE THAT? |
| 10:37AM | 22 | A.   YES. |
| 10:37AM | 23 | Q.   AND SHE SAYS AND ALSO ATTACHED IS THE LDT VALIDATION PLAN |
| 10:37AM | 24 | WORD DOCUMENT THAT ARNE HELPED DEVELOP IN 2011. |
| 10:37AM | 25 | DO YOU SEE THAT? |

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1321

10:37AM   1      A.   YES.

10:37AM   2      Q.   AND THAT IT NOTES THAT THAT PLAN WAS BEING USED AS THE

10:37AM   3      TEMPLATE FOR THE CLIA VALIDATION WORK THAT THE COMPANY WAS

10:37AM   4      DOING IN 2013?

10:37AM   5      A.   YES.

10:37AM   6      Q.   AND DR. GELB'S TEMPLATE?

10:37AM   7      A.   YES.

10:37AM   8      Q.   IF I CAN CALL YOUR ATTENTION TO EXHIBIT 1031.

10:38AM   9      A.   WHAT WAS THE NUMBER AGAIN?

10:38AM  10      Q.   1031.  IT SHOULD BE IN THE BLACK BINDER I THINK.

10:38AM  11           I CAN HAND YOU A COPY IF THAT'S EASIER.

10:38AM  12           MAY I APPROACH, YOUR HONOR?

10:38AM  13                THE WITNESS:  YEAH, I DON'T FIND IT HERE.

10:38AM  14                MR. WADE:  MAY I APPROACH, YOUR HONOR?

10:39AM  15                THE COURT:  GO RIGHT AHEAD.  PLEASE.

10:39AM  16                MR. WADE:  (HANDING.)

10:39AM  17      Q.   DO YOU HAVE 1031 IN FRONT OF YOU?

10:39AM  18      A.   I HAVE IT.

10:39AM  19      Q.   AND THIS IS AN EMAIL FROM YOU TO DR. YOUNG,

10:39AM  20      DR. ROSENDORFF, MS. HOLMES IN AUGUST OF 2013?

10:39AM  21      A.   YES.

10:39AM  22      Q.   AND YOU WERE WORKING WITH DR. YOUNG AND DR. ROSENDORFF ON

10:39AM  23      THE CLIA VALIDATION PLAN AT THIS TIME?

10:39AM  24      A.   YES.

10:39AM  25                MR. WADE:  I WOULD MOVE THE ADMISSION OF 1031.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                      1322

10:39AM   1            MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:39AM   2            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:39AM   3        (GOVERNMENT'S EXHIBIT 1031 WAS RECEIVED IN EVIDENCE.)

10:40AM   4    BY MR. WADE:

10:40AM   5    Q.   AND WE TALKED ABOUT THIS PERIOD IN AUGUST.  THIS WAS A

10:40AM   6    SHORT TIME AFTER YOU RETURNED FROM INDIA.

10:40AM   7         DO YOU RECALL THAT?

10:40AM   8    A.   YES.

10:40AM   9    Q.   AND THIS IS WORKING TO GET EVERYONE ON THE SAME PAGE WITH

10:40AM   10   RESPECT TO THE VALIDATION EFFORTS?

10:40AM   11   A.   YES.

10:40AM   12   Q.   AND IT ALSO SERVED TO KEEP MS. HOLMES ABREAST OF THAT?

10:40AM   13   A.   YES.

10:40AM   14   Q.   AND YOU ATTACHED A MASTER VALIDATION PLAN FOR ELISA

10:40AM   15   ASSAYS.

10:40AM   16        DO YOU SEE THAT?

10:40AM   17   A.   YES.

10:40AM   18   Q.   AND THIS IS AN UPDATED DOCUMENT THAT CONTINUED TO SERVE AS

10:40AM   19   A TEAM'S GUIDE FOR THE ASSAY DEVELOPMENT WORK?

10:40AM   20   A.   I THINK SO.

10:40AM   21   Q.   AND IT SETS FORTH THE STANDARDS TO BE USED IN THE

10:40AM   22   VALIDATION PROCESS?

10:40AM   23   A.   YES.

10:40AM   24   Q.   AND LET'S TAKE A LOOK AT THAT ATTACHMENT.

10:41AM   25        THIS IS THAT ATTACHMENT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1323

10:41AM  1      A.   YES.

10:41AM  2      Q.   THE MASTER VALIDATION PLAN.

10:41AM  3           AND THIS IS SIMILAR FROM THE DOCUMENT FROM DR. GELB?

10:41AM  4      A.   YES.

10:41AM  5      Q.   AND DID YOU USE THE DR. GELB REPORT AS THE STANDING POINT

10:41AM  6      FOR THIS DOCUMENT?

10:41AM  7      A.   I THINK SO.

10:41AM  8      Q.   AND THE EFFECTIVE DATE OF THIS WAS 8/23/13.

10:41AM  9           WAS THE IDEA THAT YOU WERE GOING TO UPDATE THIS?

10:41AM  10     A.   YES.

10:41AM  11     Q.   AND, IN FACT, IT SAYS "REVISION:  A" IN THE CORNER; RIGHT?

10:41AM  12     A.   YES.

10:41AM  13     Q.   AND SO THIS WOULD BE THE FIRST REVISION TO THAT REPORT,

10:41AM  14     THAT DOCUMENT?

10:41AM  15     A.   YES.

10:41AM  16     Q.   LET'S TAKE A LOOK AT PAGE 227 AT THE BOTTOM.

10:42AM  17          THIS, AGAIN, DISCUSSES THE PURPOSE OF THE DOCUMENT IS TO

10:42AM  18     SET FORTH THE PLAN FOR THE VALIDATION OF THE IMMUNOASSAYS?

10:42AM  19     A.   YES.

10:42AM  20     Q.   AND THE SECOND SECTION AGAIN SETS FORTH THE SCOPE?

10:42AM  21     A.   YES.

10:42AM  22     Q.   AND THIS WAS TO BE APPLIED TO ALL OF THE ELISA ASSAYS THAT

10:42AM  23     WERE GOING TO BE PUT UNDER THE THERANOS DEVICES?

10:42AM  24     A.   I THINK SO.

10:42AM  25     Q.   AND IT DEFINED THE PERFORMANCE SPECIFICATIONS THAT WOULD

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1324

10:42AM   1      BE NEEDED IN ORDER TO VALIDATE THE ASSAYS?

10:42AM   2      A.   YES.

10:42AM   3      Q.   THINGS LIKE ACCURACY?

10:42AM   4      A.   YES.

10:42AM   5      Q.   AND PRECISION?

10:42AM   6      A.   YES.

10:42AM   7      Q.   AND QUALITY CONTROL?

10:42AM   8      A.   YES.

10:42AM   9      Q.   AND THESE STANDARDS CAME RIGHT OUT OF THE FEDERAL

10:42AM   10     REGULATIONS?

10:42AM   11     A.   I THINK SO.

10:42AM   12     Q.   AND WERE YOU GENERALLY FAMILIAR WITH THOSE REGULATIONS AT

10:42AM   13     THIS TIME?

10:42AM   14     A.   YES.

10:42AM   15     Q.   AND DO YOU RECALL THE CLIA REGULATIONS WERE A VERY LENGTHY

10:43AM   16     THICK SET OF MATERIALS THAT SET FORTH ALL SORTS OF DIFFERENT

10:43AM   17     REQUIREMENTS?

10:43AM   18     A.   I THINK SO.

10:43AM   19     Q.   GENERALLY?

10:43AM   20     A.   YEAH.

10:43AM   21     Q.   BUT THE MASTER VALIDATION PLAN HERE SETS FORTH ONE

10:43AM   22     SPECIFIC SECTION WITH RESPECT TO THE PERFORMANCE CRITERIA;

10:43AM   23     CORRECT?

10:43AM   24     A.   YES.

10:43AM   25     Q.   AND THAT'S 42 CFR 493.1253?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1325

10:43AM  1    A.   YES.

10:44AM  2            MR. WADE:  YOUR HONOR, I WOULD MOVE THE ADMISSION OF

10:44AM  3    7603A, WHICH IS JUST THAT ONE PROVISION OF THE CFR THAT IS

10:44AM  4    INCORPORATED INTO THE COMPANY DOCUMENT.

10:44AM  5            MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:44AM  6            THE COURT:  IT'S RECEIVED, ADMITTED, AND IT MAY BE

10:44AM  7    PUBLISHED.

10:44AM  8        (DEFENDANT'S EXHIBIT 7603A WAS RECEIVED IN EVIDENCE.)

10:44AM  9    BY MR. WADE:

10:44AM  10   Q.   AND DO YOU RECOGNIZE THIS AS A SUBSECTION OF THE CLIA

10:44AM  11   REGULATIONS?

10:44AM  12   A.   YES.

10:44AM  13   Q.   IT'S 493.1253?

10:44AM  14   A.   YES.

10:44AM  15   Q.   AND THAT'S THE SECTION THAT WAS INCORPORATED INTO THE

10:44AM  16   MASTER VALIDATION PLAN?

10:44AM  17   A.   YES.

10:44AM  18   Q.   AND IT SPECIFICALLY SETS FORTH THE SPECIFICATIONS THAT ARE

10:45AM  19   REQUIRED UNDER THE FEDERAL CLIA REGULATIONS?

10:45AM  20   A.   YES.

10:45AM  21   Q.   AND THOSE SPECIFIC PROVISIONS WERE INCORPORATED INTO THE

10:45AM  22   MASTER VALIDATION PLAN TO BE APPLIED TO EACH ELISA ASSAY;

10:45AM  23   CORRECT?

10:45AM  24   A.   YES.

10:45AM  25   Q.   I CAN TAKE DOWN THAT REGULATION.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1326

10:45AM   1        I'D LIKE TO MOVE BACK TO THE MASTER VALIDATION PLAN AND

10:45AM   2   LOOK AT 3.1.

10:45AM   3        DO YOU SEE THAT?

10:45AM   4   A.   YES.

10:45AM   5   Q.   AND THIS DEFINES ACCURACY?

10:45AM   6   A.   YES.

10:45AM   7   Q.   AND WHAT IS ACCURACY WITHIN A CLIA LAB?

10:45AM   8   A.   SO HOW CLOSE THE TEST RESULT IS TO AN ACCEPTED REFERENCE

10:46AM   9   VALUE.

10:46AM  10   Q.   AND THERE ARE A LOT OF MATERIALS THAT HELP DEFINE WHAT

10:46AM  11   "ACCURATE" MEANS WITHIN LABORATORIES; RIGHT?

10:46AM  12   A.   YES.

10:46AM  13   Q.   AND WE JUST LOOKED AT THE REGULATIONS AND THOSE TALK ABOUT

10:46AM  14   SOME OF THOSE ISSUES?

10:46AM  15   A.   YES.

10:46AM  16   Q.   AND THIS REPORT REFERS TO THE CLSI.

10:46AM  17        DO YOU SEE THAT?

10:46AM  18   A.   YES.

10:46AM  19   Q.   AND DO YOU RECALL WHAT THE CLSI STANDS FOR?

10:46AM  20   A.   I THINK IT'S CLINICAL LAB STANDARDS INSTITUTE.

10:46AM  21   Q.   AND THOSE ARE INDUSTRY STANDARDS FOR ACCURACY?

10:46AM  22   A.   YES.

10:46AM  23   Q.   AND AGAIN, THEY'RE VERY DENSE MATERIALS THAT SET FORTH A

10:47AM  24   LOT OF SPECIFICITY TO THE PERFORMANCE CHARACTERISTICS THAT A

10:47AM  25   LAB IS SUPPOSED TO MEET; RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1327

10:47AM    1      A.   YES.

10:47AM    2      Q.   AND THOSE, THOSE STANDARDS ARE BEING INCORPORATED INTO

10:47AM    3      THIS POLICY WITHIN THE CLIA LAB AT THERANOS?

10:47AM    4      A.   YES.

10:47AM    5      Q.   AND INCLUDED IN THIS DOCUMENT BY REFERENCE?

10:47AM    6      A.   I THINK SO.

10:47AM    7      Q.   AND WE WON'T PUT IT UP, BUT IF YOU WOULD JUST LOOK QUICKLY

10:47AM    8      AT THE BOTTOM OF 23 -- WELL, WHY DON'T WE PUT IT UP.  WHY DON'T

10:47AM    9      YOU PUT UP 239 AT THE BOTTOM.

10:47AM   10           NO, I'M SORRY.  NOT -- PAGE 239.

10:48AM   11           DO YOU SEE THERE IT STARTS ON PAGE 239 BUT CONTINUES ON

10:48AM   12      THE SECOND HALF OF 240, AND THERE ARE A NUMBER OF REFERENCES

10:48AM   13      AND STANDARDS THAT ARE INCORPORATED WITHIN TO THIS PLAN; RIGHT?

10:48AM   14      A.   YES.

10:48AM   15      Q.   AND SO THE EXPERTS IN THE CLIA LAB KIND OF KNEW WHAT THE

10:48AM   16      RULES OF THE ROAD WERE?

10:48AM   17      A.   I THINK SO.

10:48AM   18      Q.   AND WHAT STANDARDS TO MEET WHEN THEY VALIDATED THE ASSAYS?

10:48AM   19      A.   YES.

10:48AM   20      Q.   IF WE CAN GO BRIEFLY TO PAGE ENDING IN 228, SECTION 3.5.

10:48AM   21           THIS DEFINES CALIBRATION.

10:48AM   22           AND WHAT IS CALIBRATION?

10:48AM   23      A.   SO THEY ALREADY HAVE DEFINED CALIBRATION HERE.

10:49AM   24      ESSENTIALLY ESTABLISHING THE RELATIONSHIP BETWEEN THE VALUES OF

10:49AM   25      QUANTITIES INDICATED BY THE MEASURING INSTRUMENT OR VALUES THAT

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1328

| | | |
|---|---|---|
| 10:49AM | 1 | ARE PRESENTED BY A REFERENCE MATERIAL OR STANDARDS. |
| 10:49AM | 2 | Q.   AND THIS SETS FORTH THE STANDARD THAT THERANOS USED FOR |
| 10:49AM | 3 | CALIBRATION, WHICH -- DO YOU SEE THAT? |
| 10:49AM | 4 | A.   SO THIS IS THE DEFINITION SECTION ON WHAT CALIBRATION |
| 10:49AM | 5 | MEANS. |
| 10:49AM | 6 | Q.   SURE.  WHY DON'T WE GO TO 11, WHICH IS ON PAGE 230. |
| 10:50AM | 7 | A.   YES. |
| 10:50AM | 8 | Q.   AND THERE IT ACTUALLY SETS FORTH THE CALIBRATION |
| 10:50AM | 9 | STANDARDS? |
| 10:50AM | 10 | A.   YES. |
| 10:50AM | 11 | Q.   AND IT INCORPORATES AGAIN FEDERAL REGULATIONS THAT SET |
| 10:50AM | 12 | THAT STANDARD? |
| 10:50AM | 13 | A.   YES. |
| 10:50AM | 14 | Q.   AND YOU MAY HAVE NO REASON TO KNOW, BUT DO YOU KNOW THAT |
| 10:50AM | 15 | SECTION 1255 INCORPORATES A WHOLE ANOTHER SET OF STANDARDS? |
| 10:50AM | 16 | A.   YES. |
| 10:50AM | 17 | Q.   LET'S GO BACK TO PAGE -- SECTION 4 WHICH IS ON PAGE 229. |
| 10:50AM | 18 | AND DO YOU SEE THE RESPONSIBILITY SECTION THERE? |
| 10:51AM | 19 | A.   YES. |
| 10:51AM | 20 | Q.   AND IT SAYS THAT UNDER THIS POLICY WHO IS RESPONSIBLE FOR |
| 10:51AM | 21 | DIFFERENT FUNCTIONS. |
| 10:51AM | 22 | DO YOU SEE THAT? |
| 10:51AM | 23 | A.   YES. |
| 10:51AM | 24 | Q.   AND UNDER THE POLICY, WHO IS RESPONSIBLE FOR ENSURING THAT |
| 10:51AM | 25 | THE IMMUNOASSAYS ARE QUALIFIED AND VALIDATED BEFORE THEY'RE |

UNITED STATES COURT REPORTERS

**ER-5024**

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1329

10:51AM  1    USED WITH PATIENTS?

10:51AM  2    A.   SO 4.1 SAYS THAT IT'S THE RESPONSIBILITY OF THE LABORATORY

10:51AM  3    DIRECTOR.

10:51AM  4    Q.   THE LAB DIRECTOR?

10:51AM  5    A.   YES.

10:51AM  6    Q.   AND, IN FACT, THE CLIA REGULATION SPECIFICALLY PUT THAT

10:51AM  7    RESPONSIBILITY ON THE LAB DIRECTOR, DID THEY NOT?

10:51AM  8    A.   YES.

10:51AM  9    Q.   AND AT THIS TIME IT WAS DR. ROSENDORFF?

10:51AM  10   A.   YES.

10:51AM  11   Q.   IF WE GO BACK TO THE COVER EMAIL, THIS IS ACTUALLY

10:52AM  12   ADDRESSED TO DR. ROSENDORFF?

10:52AM  13   A.   YES.

10:52AM  14   Q.   AND IT ALSO SERVES TO MAKE MS. HOLMES AWARE OF ALL OF

10:52AM  15   THESE IMPORTANT STANDARDS WITHIN THE LAB, DOES IT NOT?

10:52AM  16   A.   IT DOES.

10:52AM  17   Q.   DO YOU RECALL LAST WEEK YOU WERE ASKED SOME QUESTIONS BY

10:52AM  18   THE GOVERNMENT ABOUT THE SHARING OF INFORMATION WITHIN THE

10:52AM  19   COMPANY?

10:52AM  20   A.   YES.

10:52AM  21   Q.   AND THE GOVERNMENT SUGGESTED THAT THE INFORMATION WAS

10:53AM  22   SILOED.

10:53AM  23        DO YOU RECALL THAT?

10:53AM  24   A.   YES.

10:53AM  25   Q.   AND THEY ASKED YOU IF THIS MADE YOUR WORK HARDER, AND I

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1330

10:53AM   1      THINK YOU SAID IT DID?

10:53AM   2      A.   I'M SORRY, COULD YOU REPEAT.

10:53AM   3      Q.   YEAH.  I BELIEVE YOU TESTIFIED THAT THE SILOING OF

10:53AM   4      INFORMATION MADE YOUR WORK HARDER?

10:53AM   5      A.   YES.

10:53AM   6      Q.   IN THE COURSE OF THESE EVENTS YOU'VE MET WITH THE

10:53AM   7      GOVERNMENT A COUPLE OF TIMES; RIGHT?

10:53AM   8      A.   YES.

10:53AM   9      Q.   AND ONE OF THOSE INTERVIEWS WAS IN MAY OF THIS YEAR.

10:53AM   10          DO YOU RECALL THAT?

10:53AM   11     A.   I THINK SO.

10:53AM   12     Q.   AND DO YOU RECALL THAT IN THAT MEETING YOU TOLD THE

10:53AM   13     GOVERNMENT THAT RESTRICTIONS ON SHARING INFORMATION DID NOT

10:53AM   14     HAVE MUCH IMPACT ON YOUR WORK?

10:54AM   15          DO YOU RECALL THAT?

10:54AM   16     A.   BECAUSE I WAS FOCUSSING ON THE ELISA WORK, THE INFORMATION

10:54AM   17     RELATED TO THE OTHER GROUPS I WAS NOT AWARE OF.

10:54AM   18     Q.   OKAY.  BUT THE GOVERNMENT -- DO YOU RECALL THAT THE

10:54AM   19     GOVERNMENT ASKED YOU IF THE RESTRICTIONS ON SHARING INFORMATION

10:54AM   20     WITH OTHER GROUPS MADE YOUR WORK HARDER AND YOU SAID IT DID NOT

10:54AM   21     HAVE MUCH IMPACT ON YOUR WORK?

10:54AM   22     A.   BECAUSE WE WERE FOCUSSED ON CONTINUING TO DEVELOP THE

10:54AM   23     ELISA ASSAYS, AND AS PART OF -- I THINK MANY TIMES WE WERE PART

10:54AM   24     OF THIS OMNIPLEX PROTOCOL, AND SO WE TRIED TO FOCUS ON WHAT WE

10:54AM   25     HAD TO DO FOR OUR OWN TECHNOLOGY.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1331

10:54AM   1    Q.    OKAY.  DO YOU RECALL THAT YOU TOLD THE GOVERNMENT THAT

10:54AM   2    THERE WERE A FEW ENGINEERS THAT WERE ASSIGNED TO WORK WITH YOUR

10:54AM   3    GROUP THAT AIDED INTER-GROUP COORDINATION?

10:55AM   4    A.    YES.

10:55AM   5    Q.    AND THAT WAS TRUE; RIGHT?

10:55AM   6    A.    YES.

10:55AM   7    Q.    AND WE SAW THAT MEETING INVITE FOR YOUR ELISA TEAM MEETING

10:55AM   8    WHERE YOU INVITED PEOPLE FROM OTHER GROUPS IN TO OBSERVE THE

10:55AM   9    PROGRESS THAT YOUR WORK HAD MADE; RIGHT?

10:55AM   10   A.    YES.

10:55AM   11   Q.    AND, IN FACT, MANY OF THE DOCUMENTS THAT YOU'VE BEEN ASKED

10:55AM   12   ABOUT HAVE INCLUDED DR. PANGARKAR; RIGHT?

10:55AM   13   A.    YES.

10:55AM   14   Q.    AND HE WAS IN A DIFFERENT GROUP?

10:55AM   15   A.    YES.

10:55AM   16   Q.    WORKING ON CYTOMETRY?

10:55AM   17   A.    YES.

10:55AM   18   Q.    AND MANY OF THE DOCUMENTS THAT YOU HAVE BEEN SHOWN

10:55AM   19   INCLUDED DR. PATEL; RIGHT?

10:55AM   20   A.    YES.

10:55AM   21   Q.    AND DR. PATEL WAS THE HEAD OF THE GENERAL CHEMISTRY GROUP;

10:55AM   22   RIGHT?

10:55AM   23   A.    YES.

10:55AM   24   Q.    THAT WAS A DIFFERENT GROUP?

10:55AM   25   A.    YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1332

10:55AM  1   Q.   AND MANY OF THE DOCUMENTS THAT YOU'VE BEEN SHOWN WERE --

10:55AM  2   SHOWED THE INVOLVEMENT OF DR. ANEKAL.

10:56AM  3       DO YOU RECALL THAT?

10:56AM  4   A.   YES.

10:56AM  5   Q.   AND HE WAS IN A DIFFERENT GROUP AS WELL?

10:56AM  6   A.   YES.  SO THE EMAILS, WE WOULD SHARE THE UPDATE WITH THE

10:56AM  7   KEY LEADS OF WHO WERE INVOLVED FOR A COMBINED CARTRIDGE.

10:56AM  8       BUT THE GENERAL GUIDANCE IN THE ORGANIZATION WAS ALWAYS

10:56AM  9   NOT TO SHARE INFORMATION WITH OTHER GROUPS.

10:56AM  10  Q.   OR --

10:56AM  11  A.   AND VICE VERSA.

10:56AM  12  Q.   OKAY.  I'M SORRY TO INTERRUPT YOU.

10:56AM  13      OR MAYBE TO SHARE -- TO BE CAREFUL ABOUT HOW IT WAS SHARED

10:56AM  14  WITH THE GROUP LEAD IF IT WAS TO BE SHARED?

10:56AM  15  A.   SO IF YOU SEE THE EMAILS ONLY HAVE HIGH LEVEL INFORMATION.

10:56AM  16  IT DIDN'T GO INTO ALL THE DETAILS OF EACH OTHER LIKE CHEMISTRY

10:56AM  17  FUNCTIONS.

10:56AM  18      SO TYPICALLY IT WAS MENTIONED SEVERAL TIMES IN MEETINGS

10:56AM  19  NOT TO TALK ABOUT YOUR DETAILS OF YOUR ASSAYS OR YOUR PROJECTS

10:57AM  20  OR ISSUES.

10:57AM  21  Q.   WELL, LET'S LOOK AT 853, WHICH IS IN EVIDENCE.  IF WE CAN

10:57AM  22  PUT THAT UP.

10:57AM  23      THIS IS ONE OF THE EMAILS THAT THE GOVERNMENT ASKED YOU

10:57AM  24  ABOUT YESTERDAY --

10:57AM  25  A.   YES.

UNITED STATES COURT REPORTERS

**ER-5028**

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1333

| | | |
|---|---|---|
| 10:57AM | 1 | Q.   -- OR FRIDAY? |
| 10:57AM | 2 | A.   UH-HUH. |
| 10:57AM | 3 | Q.   AND THIS INCLUDED SOME OF THE DETAILED INFORMATION ABOUT |
| 10:57AM | 4 | THE 4 SERIES DEVICE? |
| 10:57AM | 5 | A.   YES. |
| 10:57AM | 6 | Q.   AND THE RESULTS? |
| 10:57AM | 7 | A.   YES. |
| 10:57AM | 8 | Q.   AND THIS PARTICULAR EMAIL WAS SHARED WITH SEVERAL PEOPLE |
| 10:57AM | 9 | OUTSIDE OF YOUR GROUP; RIGHT? |
| 10:57AM | 10 | A.   YES. |
| 10:57AM | 11 | Q.   IF WE CAN GO TO 5084, PLEASE, WHICH IS IN EVIDENCE, WE CAN |
| 10:57AM | 12 | PUBLISH THAT. |
| 10:58AM | 13 | A.   YES. |
| 10:58AM | 14 | Q.   AND THIS IS AN EMAIL THAT THE GOVERNMENT SHOWED YOU ON |
| 10:58AM | 15 | FRIDAY? |
| 10:58AM | 16 | A.   YES. |
| 10:58AM | 17 | Q.   AND THIS INCLUDES SOME PRETTY DETAILED INFORMATION ABOUT |
| 10:58AM | 18 | SOME OF THE WORK THAT HAD BEEN DONE? |
| 10:58AM | 19 | A.   IT DOES. |
| 10:58AM | 20 | Q.   AND IT'S INCLUDED WITH MANY PEOPLE FROM OUTSIDE OF YOUR |
| 10:58AM | 21 | GROUP? |
| 10:58AM | 22 | A.   YES. |
| 10:58AM | 23 | Q.   AND IF WE CAN JUST LOOK AT 3968. |
| 10:58AM | 24 | THIS IS A DOCUMENT THAT ACTUALLY SETS FORTH SOME SETBACKS |
| 10:58AM | 25 | THE COMPANY HAD WITH RESPECT TO CERTAIN DEVICES SO IT COULD BE |

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1334

10:58AM    1      UPGRADED; RIGHT?

10:58AM    2      A.    YES.

10:58AM    3      Q.    AND THEY'RE SHARING INFORMATION ACROSS DIFFERENT GROUPS?

10:58AM    4      A.    THIS IS SPECIFICALLY WHERE THE INDIVIDUALS IN THE TEAM

10:59AM    5      THAT IS UPGRADING THE 3.0'S TO 3.5'S IS ASKING SPECIFICALLY.

10:59AM    6           SO THE ELISA TEAM WAS USING THESE DEVICES SO THE

10:59AM    7      INDIVIDUALS WHO ARE RESPONSIBLE FOR UPGRADING THE DEVICES WERE

10:59AM    8      SEEKING THE INFORMATION.

10:59AM    9           BUT IF YOU SEE SOME OF THE OTHER EMAILS, I THINK IT'S

10:59AM   10      STILL A HIGH LEVEL.  I WOULDN'T KNOW HOW EXACTLY THEY ARE

10:59AM   11      DEVELOPING THE GENERAL CHEMISTRY ASSAYS, WHAT PROGRESS THEY ARE

10:59AM   12      MAKING, WHAT KIND OF CHALLENGES THEY ARE FACING EVEN THOUGH I

10:59AM   13      THINK AT SOME POINT THEY WERE USING THE EDISON, MODIFIED

10:59AM   14      VERSION OF THE ELISA EDISONS FOR THEIR WORK AS WELL.

10:59AM   15      Q.    SO SOMETIMES ON A NEED-TO-KNOW BASIS INFORMATION WAS

10:59AM   16      SHARED AND YOU'RE SUGGESTING OTHER TIMES IT WAS NOT; IS THAT

11:00AM   17      FAIR?

11:00AM   18      A.    YES.

11:00AM   19      Q.    AND I JUST HAVE TWO MORE QUESTIONS ON THIS DOCUMENT TO ASK

11:00AM   20      YOU ABOUT.

11:00AM   21           MAY I APPROACH, YOUR HONOR?

11:00AM   22                THE COURT:  YES.

11:00AM   23                MR. WADE:  (HANDING.)

11:00AM   24      Q.    I'M PUTTING IN FRONT OF YOU WHAT HAS BEEN MARKED AS

11:00AM   25      EXHIBIT 10521 AND 10522.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1335

```
11:00AM   1         DO YOU SEE THOSE?

11:00AM   2    A.   YES.

11:00AM   3    Q.   AND ARE THESE BOTH OUTLOOK CALENDAR ENTRIES?

11:01AM   4    A.   YES.

11:01AM   5    Q.   AND THEY IDENTIFIED YOU AS AN ATTENDEE?

11:01AM   6    A.   YES.

11:01AM   7              MR. WADE:  I WOULD MOVE THE ADMISSION OF THESE TWO

11:01AM   8    DOCUMENTS.

11:01AM   9              MR. LEACH:  NO OBJECTION.

11:01AM  10              THE COURT:  THEY'RE ADMITTED.  THEY MAY BE

11:01AM  11    PUBLISHED.

11:01AM  12         (DEFENDANT'S EXHIBITS 10521 AND 10522 WERE ADMITTED.)

11:01AM  13    BY MR. WADE:

11:01AM  14    Q.   LET'S START WITH 10521.  THIS IS A MEETING AND THE SUBJECT

11:01AM  15    IS THE ELISA VALIDATION PLANS ON THE ADVIA.

11:01AM  16         DO YOU SEE THAT?

11:01AM  17    A.   YES.

11:01AM  18    Q.   AND IT WAS CALLED BY DR. YOUNG?

11:01AM  19    A.   YES.

11:01AM  20    Q.   AND HE INVITED YOURSELF AND DR. ROSENDORFF.

11:01AM  21         DR. ROSENDORFF IS IN A DIFFERENT GROUP; RIGHT?  HE WAS THE

11:02AM  22    CLIA LAB DIRECTOR?

11:02AM  23    A.   YES.

11:02AM  24    Q.   AND MR. GONG, HE WORKED IN HARDWARE?

11:02AM  25    A.   I DON'T RECOLLECT EXACTLY WHICH DEPARTMENT HE WAS IN.
```

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1336

| | | |
|---|---|---|
| 11:02AM | 1 | Q.   AND DO YOU RECOGNIZE THE OTHER PEOPLE WHO WAS AN ATTENDEE? |
| 11:02AM | 2 | A.   I BELIEVE HE WAS -- I DON'T RECOLLECT WHICH DEPARTMENT HE |
| 11:02AM | 3 | WAS IN.  I DON'T RECOLLECT. |
| 11:02AM | 4 | Q.   WHAT WAS HIS NAME?  DO YOU KNOW HOW TO PRONOUNCE HIS NAME? |
| 11:02AM | 5 | A.   I BELIEVE IT WAS EREZ GALIL. |
| 11:02AM | 6 | Q.   AND THIS MEETING WAS CALLED TO SHARE INFORMATION ABOUT THE |
| 11:02AM | 7 | PROJECT; RIGHT? |
| 11:02AM | 8 | A.   YES. |
| 11:02AM | 9 | Q.   AND LET'S LOOK AT 10522.  AND IS THIS ANOTHER SIMILAR |
| 11:03AM | 10 | MEETING? |
| 11:03AM | 11 | A.   YES. |
| 11:03AM | 12 | Q.   AND THIS WAS CALLED TO REVIEW ELISA VALIDATION STUDIES? |
| 11:03AM | 13 | A.   YES. |
| 11:03AM | 14 | Q.   AND WITH THESE PEOPLE FROM DIFFERENT GROUPS WHO WERE |
| 11:03AM | 15 | WORKING ON THIS SAME PROJECT; RIGHT? |
| 11:03AM | 16 | A.   SO ESSENTIALLY IT IS MEMBERS OF THE ELISA TEAM AND CLIA |
| 11:03AM | 17 | LAB DIRECTOR, ADAM. |
| 11:03AM | 18 | Q.   AND DR. YOUNG? |
| 11:03AM | 19 | A.   YES. |
| 11:03AM | 20 | Q.   AND DO YOU KNOW IF THE OTHER PERSON WAS FROM THE HARDWARE |
| 11:03AM | 21 | GROUP? |
| 11:03AM | 22 | A.   NO, I DON'T RECOLLECT WHICH DEPARTMENT HE WAS |
| 11:04AM | 23 | REPRESENTING. |
| 11:04AM | 24 | MR. WADE:  OKAY.  NOW MIGHT BE A GOOD TIME FOR OUR |
| 11:04AM | 25 | BREAK, YOUR HONOR. |

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1337

11:04AM   1                THE COURT:  ALL RIGHT.  LET'S TAKE OUR BREAK NOW,

11:04AM   2      LADIES AND GENTLEMEN.  LET'S TAKE 45 MINUTES, PLEASE.

11:04AM   3           SO WE'LL HOPEFULLY BE BACK IN SESSION JUST BEFORE NOON.

11:04AM   4      SO PLEASE REMEMBER THE ADMONITION THAT IS IN PLACE.

11:04AM   5           WE ARE GOING TO END TODAY AT 2:00 O'CLOCK, LADIES AND

11:04AM   6      GENTLEMEN.

11:04AM   7           I'M GOING TO ASK YOU, HOPEFULLY TOMORROW WE CAN END AT

11:04AM   8      3:00?  AND PERHAPS FRIDAY IF YOU CAN CHECK WITH YOUR SCHEDULES

11:04AM   9      AND SEE IF THAT COMPORTS.

11:04AM  10           AT SOME POINT, FAIR WARNING, I'M GOING TO ASK IF WE CAN GO

11:04AM  11      TO 4:00 ONE DAY, TOO, JUST TO CATCH UP.  AND YOU CAN BE

11:04AM  12      THINKING ABOUT THAT AND LET ME KNOW IF THAT PRESENTS AN ISSUE.

11:04AM  13           ALL RIGHT.  WE'LL BE IN RECESS.  THANK YOU.

11:49AM  14           (LUNCH RECESS TAKEN AT 11:04 A.M.)

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1338

| | | |
|---|---|---|
| 11:49AM | 1 | **AFTERNOON SESSION** |
| 11:57AM | 2 | |
| 11:57AM | 3 | (COURT CONVENED AT 11:57 A.M.) |
| 11:57AM | 4 | (JURY IN AT 11:57 A.M.) |
| 11:57AM | 5 | THE COURT:  ALL RIGHT.  WE'RE BACK ON THE RECORD. |
| 11:57AM | 6 | ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN, ALL COUNSEL |
| 11:57AM | 7 | AND MS. HOLMES, AND OUR JURY AND ALTERNATES. |
| 11:57AM | 8 | AND THE WITNESS IS ON THE STAND. |
| 11:57AM | 9 | WOULD YOU LIKE TO CONTINUE, MR. WADE? |
| 11:57AM | 10 | MR. WADE:  I WOULD, YOUR HONOR. |
| 11:57AM | 11 | Q.  GOOD AFTERNOON.  BEFORE THE BREAK WE WERE TALKING A LITTLE |
| 11:57AM | 12 | BIT ABOUT INTERACTIONS WITH DR. ROSENDORFF. |
| 11:57AM | 13 | DO YOU RECALL THAT? |
| 11:57AM | 14 | A.  YES. |
| 11:57AM | 15 | Q.  AND I'D LIKE TO ASK YOU A COUPLE MORE QUESTIONS ABOUT YOUR |
| 11:57AM | 16 | INVOLVEMENT WITH HIM IN THE PERIOD LEADING UP TO THE CLIA |
| 11:57AM | 17 | VALIDATION PROCESS? |
| 11:58AM | 18 | A.  SURE. |
| 11:58AM | 19 | Q.  IF I COULD DRAW YOUR ATTENTION TO EXHIBIT 3966. |
| 11:58AM | 20 | A.  YES. |
| 11:58AM | 21 | Q.  AND THIS IS AN EMAIL ON SEPTEMBER 4TH, 2013? |
| 11:58AM | 22 | A.  YES. |
| 11:58AM | 23 | Q.  AND IT'S A CHAIN THAT INVOLVES YOU, DR. SIVARAMAN, |
| 11:58AM | 24 | DR. YOUNG, AND MS. HOLMES. |
| 11:58AM | 25 | DO YOU SEE THAT? |

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1339

11:58AM   1     A.   YES.

11:58AM   2              MR. WADE:  I WOULD MOVE THE ADMISSION, YOUR HONOR,

11:58AM   3     OF 3966.

11:58AM   4              MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:58AM   5              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:59AM   6         (GOVERNMENT'S EXHIBIT 3966 WAS RECEIVED IN EVIDENCE.)

11:59AM   7     BY MR. WADE:

11:59AM   8     Q.   IF I CAN DRAW YOUR ATTENTION TO THE BOTTOM EMAIL BEFORE

11:59AM   9     DR. YOUNG.

11:59AM   10         IF WE CAN BLOW THAT UP.

11:59AM   11        DO YOU SEE THIS IS PART OF THE EFFORT TO WORK TOWARDS A

11:59AM   12    VALIDATION OF IMMUNOASSAYS ON THE ADVIA MACHINE?

11:59AM   13    A.   YES.

11:59AM   14    Q.   AND THERE WAS A QUESTION THAT WAS RAISED AS PART OF THAT

11:59AM   15    PROCESS ABOUT THE PROTOCOL THAT WAS TO BE USED.

11:59AM   16        DO YOU SEE THAT?

11:59AM   17    A.   YES.

11:59AM   18    Q.   AND IT LOOKS LIKE MAYBE THAT QUESTION WAS RAISED BY YOU?

11:59AM   19    A.   PERHAPS.  I DON'T RECOLLECT AT THIS POINT.

11:59AM   20    Q.   WELL, DR. YOUNG REPORTS THAT HE WENT AND CONFERRED WITH

11:59AM   21    ADAM TODAY.

11:59AM   22        DO YOU SEE THAT?

11:59AM   23    A.   YES.

11:59AM   24    Q.   AND THAT'S DR. ROSENDORFF?

11:59AM   25    A.   CORRECT.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1340

11:59AM   1      Q.   AND HE GAVE GUIDANCE AS THE BEST WAY TO PROCEED WITH THE

12:00PM   2      VALIDATION PROTOCOL?

12:00PM   3      A.   I THINK SO.

12:00PM   4      Q.   AND YOU ACKNOWLEDGED AND CONFIRMED THAT YOU HAD RECEIVED

12:00PM   5      THAT GUIDANCE?

12:00PM   6      A.   YES.

12:00PM   7      Q.   LET'S JUST LOOK AT THAT QUICKLY, THE EMAIL ABOVE.

12:00PM   8           THIS IS YOUR ACKNOWLEDGEMENT AND RECEIPT OF THE GUIDANCE

12:00PM   9      THAT HAD BEEN CONVEYED FROM DR. ROSENDORFF THROUGH DR. YOUNG;

12:00PM   10     CORRECT?

12:00PM   11     A.   YES.  YES.

12:00PM   12     Q.   IF WE COULD GO TO EXHIBIT 10503.

12:00PM   13          DO YOU HAVE THAT IN FRONT OF YOU?

12:00PM   14     A.   YES.

12:00PM   15     Q.   AND DO YOU SEE THAT THAT IS A -- THE BOTTOM EMAIL IS AN

12:01PM   16     EMAIL FROM DR. ROSENDORFF TO YOU AND OTHERS?

12:01PM   17     A.   YES.

12:01PM   18     Q.   AND THIS IS ABOUT THE PLAN FOR VALIDATION OF THE

12:01PM   19     IMMUNOASSAYS?

12:01PM   20     A.   YES.

12:01PM   21     Q.   AND IT ATTACHES A DOCUMENT?

12:01PM   22     A.   YES.

12:01PM   23     Q.   THAT'S A MASTER VERIFICATION PLAN FOR THE THERANOS

12:01PM   24     MODIFIED IMMUNOASSAYS ON THE ADVIA 1800?

12:01PM   25     A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                        1341

12:01PM   1      Q.   AND DR. ROSENDORFF WAS COMMUNICATING THIS DOCUMENT IN

12:01PM   2      ORDER TO GET COMMENTS AND REVIEW?

12:01PM   3      A.   YES.

12:01PM   4              MR. WADE:  I MOVE THE ADMISSION OF 10503.

12:01PM   5              MR. LEACH:  NO OBJECTION.

12:01PM   6              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:02PM   7          (DEFENDANT'S EXHIBIT 10503 WAS RECEIVED IN EVIDENCE.)

12:02PM   8      BY MR. WADE:

12:02PM   9      Q.   AND THIS IS THE EMAIL I WAS REFERRING TO HERE?

12:02PM   10     A.   YES.

12:02PM   11     Q.   AND HERE DR. ROSENDORFF IS NOT ONLY COMMUNICATING TO YOU,

12:02PM   12     BUT HE'S COMMUNICATING TO DR. YOUNG AND COPYING MR. BALWANI.

12:02PM   13         DO YOU SEE THAT?

12:02PM   14     A.   YES.

12:02PM   15     Q.   AND IS IT MR. GHARAATI?

12:02PM   16     A.   MS. GHARAATI.

12:02PM   17     Q.   AND WHERE DID MS. GHARAATI WORK?

12:02PM   18     A.   SO SHE WAS ACTUALLY A MEMBER OF THE ELISA ASSAY

12:02PM   19     DEVELOPMENT TEAM, BUT I THINK SHE WAS WORKING WITH THE CLIA LAB

12:02PM   20     DIRECTOR.

12:02PM   21     Q.   SHE WAS HELPING WITH THE VALIDATION PROCESS?

12:02PM   22     A.   YES.

12:02PM   23     Q.   BUT SHE WAS INITIALLY PART OF YOUR TEAM?

12:02PM   24     A.   YES.

12:02PM   25     Q.   OKAY.  AND THIS IMMUNOASSAY VERIFICATION PLAN IS BEING

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1342

| | | |
|---|---|---|
| 12:02PM | 1 | CIRCULATED FOR COMMENTS FROM EVERYONE? |
| 12:03PM | 2 | A.   I BELIEVE SO. |
| 12:03PM | 3 | Q.   AND LET'S GO BRIEFLY TO THAT ATTACHMENT. |
| 12:03PM | 4 | THIS IS THE MASTER VERIFICATION PLAN FOR THE |
| 12:03PM | 5 | THERANOS'S-MODIFIED IMMUNOASSAYS ON THE ADVIA 1800. |
| 12:03PM | 6 | DO YOU SEE THAT? |
| 12:03PM | 7 | A.   YES. |
| 12:03PM | 8 | Q.   AND THAT IS THE -- THESE ARE THE FINGERSTICK ASSAYS THAT |
| 12:03PM | 9 | WERE GOING TO BE RUN ON THE ADVIA 1800? |
| 12:03PM | 10 | A.   I DON'T REMEMBER EXACTLY.  IF IT SAYS FINGERSTICK, YES. |
| 12:03PM | 11 | Q.   BUT THE THERANOS IMMUNOASSAYS WERE SMALL SAMPLES; RIGHT? |
| 12:03PM | 12 | A.   YES. |
| 12:03PM | 13 | Q.   AND THIS WAS THE VERIFICATION FOR THE SMALL SAMPLES OF |
| 12:03PM | 14 | IMMUNOASSAYS TO BE RUN ON THE ADVIA 1800? |
| 12:03PM | 15 | A.   YES. |
| 12:03PM | 16 | Q.   AND DO YOU RECALL WHETHER YOU PROVIDED ANY COMMENTS TO |
| 12:04PM | 17 | DR. ROSENDORFF ON THIS DOCUMENT? |
| 12:04PM | 18 | A.   I DON'T REMEMBER IF I RESPONDED TO THIS OR NOT. |
| 12:04PM | 19 | Q.   OKAY.  YOU DID HAVE SOME COMMUNICATIONS WITH |
| 12:04PM | 20 | DR. ROSENDORFF ABOUT THE COMPANY'S APPROACH ON USING THE 3.0 |
| 12:04PM | 21 | AND 3.5 DEVICES IN THE ADVIA 1800; CORRECT? |
| 12:04PM | 22 | A.   I MET WITH HIM, YES. |
| 12:04PM | 23 | Q.   YEAH.  AND YOU CONVEYED SOME OF THE CONCERNS THAT YOU |
| 12:04PM | 24 | TALKED ABOUT LAST WEEK TO DR. ROSENDORFF? |
| 12:04PM | 25 | A.   YES.  I HAD QUESTIONS ON THE LAUNCH AND THE DETAILS OF HOW |

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1343

12:04PM   1    IT'S GOING TO GO.

12:04PM   2    Q.   AND ULTIMATELY YOU REMEMBER HIM NOT BEING CONCERNED ABOUT

12:04PM   3    SOME OF THE CHANGES THAT THE COMPANY HAD MADE IN THIS REGARD;

12:04PM   4    RIGHT?

12:04PM   5              MR. LEACH:  OBJECTION.  FOUNDATION.  HEARSAY.

12:04PM   6              THE COURT:  DO YOU WANT TO LAY A FOUNDATION,

12:04PM   7    COUNSEL.

12:05PM   8    BY MR. WADE:

12:05PM   9    Q.   WELL, WE JUST TALKED ABOUT A CONVERSATION THAT YOU HAD

12:05PM   10   ABOUT SOME OF THE CHANGES THAT THE COMPANY WAS IMPLEMENTING;

12:05PM   11   RIGHT?

12:05PM   12   A.   WELL, MY CONVERSATION WAS BASED UPON THE DETAILS OF THE

12:05PM   13   LAUNCH, HOW IT WAS GOING TO GO AHEAD, WHAT WAS SOME OF THE

12:05PM   14   PROCESS WORKFLOW.

12:05PM   15        SO IN MY CONVERSATIONS WITH HIM I TRIED TO GET SOME

12:05PM   16   ADDITIONAL DETAILS ABOUT THE LAUNCH PLANS.

12:05PM   17   Q.   OKAY.  AND DO YOU RECALL AS A RESULT OF YOUR INTERACTIONS

12:05PM   18   WITH DR. ROSENDORFF COMING TO THE VIEW THAT HE WASN'T CONCERNED

12:05PM   19   ABOUT THE APPROACH THAT THE COMPANY WAS TAKING?

12:05PM   20   A.   WHAT I DID FIND WAS HE WAS -- HE DIDN'T SHARE MUCH DETAILS

12:05PM   21   WITH ME.  HE DIDN'T GO INTO ALL OF THE DETAILS OF HOW THE

12:05PM   22   LAUNCH WOULD GO THROUGH, LIKE WHAT WAS THE PLAN, WHAT WAS THE

12:05PM   23   WORKFLOW.

12:05PM   24        SO HE DIDN'T SHARE DETAILS WITH ME.  SO BASICALLY GOING

12:05PM   25   INTO THAT MEETING I DIDN'T COME OUT WITH MORE INFORMATION THAN

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                          1344

12:06PM   1    THAT WAS PREVIOUSLY ALREADY OUT THERE.

12:06PM   2    Q.   I UNDERSTAND THAT, MA'AM.  THANK YOU.

12:06PM   3         I'M ASKING A VERY SPECIFIC QUESTION, WHICH IS DO YOU

12:06PM   4    RECALL COMING TO THE VIEW THAT HE WAS NOT CONCERNED ABOUT THE

12:06PM   5    APPROACH?

12:06PM   6    A.   THAT WAS MY UNDERSTANDING.

12:06PM   7    Q.   YOU TESTIFIED A LITTLE BIT LAST WEEK ABOUT HOW YOU TOOK

12:07PM   8    SOME TIME OFF IN JULY AND AUGUST FOR WHAT WAS REFERRED TO AS A

12:07PM   9    VACATION BY THE GOVERNMENT.

12:07PM  10         DO YOU RECALL THAT?

12:07PM  11    A.   YES.

12:07PM  12    Q.   AND THIS WAS NOT JUST A TYPICAL VACATION; RIGHT?  THIS WAS

12:07PM  13    A LONG PLANNED FAMILY TRIP; RIGHT?

12:07PM  14    A.   YES.

12:07PM  15    Q.   AND YOU TOOK YOUR WHOLE FAMILY OVER TO INDIA FOR A MONTH;

12:07PM  16    RIGHT?

12:07PM  17    A.   YES.

12:07PM  18    Q.   AND THAT WAS TO BRING YOUR FAMILY TO VISIT YOUR EXTENDED

12:07PM  19    FAMILY OVER IN INDIA?

12:07PM  20    A.   YES.

12:07PM  21    Q.   AND PEOPLE WERE RESPECTFUL OF THAT TRIP AND YOUR NEED

12:07PM  22    TO -- AND YOUR DESIRE TO TAKE THAT TRIP; RIGHT?

12:07PM  23    A.   I THINK SO.

12:07PM  24    Q.   YEAH.  AND THERE WERE SOME ARRANGEMENTS THAT YOU HAD MADE

12:07PM  25    SO THAT DR. SIVARAMAN COULD TEND TO SOME OF YOUR

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1345

```
12:07PM    1      RESPONSIBILITIES WHILE YOU WERE GONE?

12:07PM    2      A.   YES.

12:07PM    3      Q.   WERE YOU ABLE TO CHECK EMAIL REMOTELY OR ANYTHING WHILE

12:07PM    4      YOU WERE IN INDIA?

12:08PM    5      A.   I DON'T RECOLLECT AT THIS TIME.

12:08PM    6      Q.   YOU DON'T RECALL WHETHER YOU WERE OR NOT?

12:08PM    7      A.   NO.

12:08PM    8      Q.   AND WE SAW IN ONE OF THE PRIOR EMAILS THAT YOU WERE DOING

12:08PM    9      SOME EMAIL AND VPN WORK REMOTELY.

12:08PM   10           DO YOU REMEMBER WHETHER YOU HAD A CHANCE TO CHECK IN OR

12:08PM   11      CATCH UP AT ALL ON THOSE ISSUES WHILE YOU WERE THERE?

12:08PM   12      A.   I DON'T RECOLLECT.

12:08PM   13      Q.   OKAY.  WE HAVE ALSO TALKED ABOUT THE WORK THAT HAD BEEN

12:08PM   14      ONGOING FOR A NUMBER OF YEARS WORKING TO BRING SOME OF YOUR R&D

12:08PM   15      WORK TOWARD THE CLIA LAB.

12:08PM   16           DO YOU RECALL THAT?

12:08PM   17      A.   YES.

12:08PM   18      Q.   AND IN THE PERIOD BEFORE YOU LEFT FOR INDIA, THERE WAS

12:08PM   19      SOME WORK THAT HAD STARTED TOWARDS LDT VALIDATION ON THE 3.0

12:08PM   20      AND 3.5 DEVICES.

12:08PM   21           DO YOU RECALL THAT?

12:08PM   22      A.   NOT EXACTLY.

12:09PM   23      Q.   OKAY.  WELL, LET ME SHOW YOU A DOCUMENT.

12:09PM   24           MAY I APPROACH, YOUR HONOR?

12:09PM   25                THE COURT:  YES.  IS THIS TO REFRESH THE WITNESS'S
```

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1346

12:09PM   1    RECOLLECTION?

12:09PM   2              MR. WADE:  I THINK I WILL OFFER THE DOCUMENT,

12:09PM   3    YOUR HONOR.

12:09PM   4              THE COURT:  MR. LEACH, DO YOU HAVE THIS?

12:09PM   5              MR. WADE:  I GAVE MR. LEACH A COPY OF THESE

12:09PM   6    MATERIALS BEFORE.

12:09PM   7              THE COURT:  OKAY.

12:10PM   8    BY MR. WADE:

12:10PM   9    Q.   AGAIN, THE WORK ON THE LDT PROCESS HAD BEEN SOMETHING THAT

12:10PM  10    HAD BEEN IN PLACE FOR A NUMBER OF YEARS; RIGHT?

12:10PM  11    A.   YES.

12:10PM  12    Q.   AND THERE WERE DIFFERENT THINGS THAT WERE BEING DISCUSSED

12:10PM  13    AS PART OF THAT.  I THINK YOU TESTIFIED DIFFERENT DEVICES AND

12:10PM  14    THE LIKE.

12:10PM  15         DO YOU RECALL THAT?

12:10PM  16    A.   YES.

12:10PM  17    Q.   AND THIS IS AN EMAIL FROM JULY OF 2013 BETWEEN YOU AND

12:10PM  18    MS. HOLMES WITH RESPECT TO DOING SOME WORK ON THE 3.0'S IN

12:10PM  19    ANTICIPATION OF THE LDT VALIDATION; RIGHT?

12:10PM  20    A.   YES, THAT'S WHAT THIS EMAIL SAYS.

12:10PM  21    Q.   OKAY.

12:10PM  22              MR. WADE:  I MOVE THE ADMISSION OF 13767.

12:10PM  23              MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:10PM  24              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:10PM  25         (DEFENDANT'S EXHIBIT 13767 WAS RECEIVED IN EVIDENCE.)

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                     1347

12:11PM   1      BY MR. WADE:

12:11PM   2      Q.   THIS IS AN EMAIL SENT ON JULY 13TH OF 2013.  DO YOU SEE

12:11PM   3      THERE'S A QUESTION POSED BY MS. HOLMES ABOUT THE RESULTS OF THE

12:11PM   4      TESTING THAT WAS PERFORMED ON THE ELISA'S, ON THE 3.0'S, IN

12:11PM   5      ANTICIPATION OF THE LDT VALIDATION?

12:11PM   6           DO YOU SEE THAT?

12:11PM   7      A.   YES.

12:11PM   8      Q.   AND DO YOU RECALL WHAT TESTING THAT REFERRED TO?

12:11PM   9      A.   I DON'T RECALL AT THIS POINT.

12:11PM   10     Q.   OKAY.  AND DO YOU SEE THERE'S A REFERENCE IN THE NEXT

12:11PM   11     PARAGRAPH THAT CYTOMETRY AND GENERAL CHEMISTRY LDT VALIDATION

12:11PM   12     WAS GOING TO BEGIN ON MONDAY AS WELL?

12:11PM   13     A.   YES.

12:11PM   14     Q.   AND THOSE WERE DIFFERENT TEAMS; RIGHT?

12:11PM   15     A.   YES.

12:11PM   16     Q.   BUT SHE WAS SAYING THE HOPE WOULD BE TO PROCEED IN

12:11PM   17     PARALLEL WITH THIS VALIDATION?

12:11PM   18     A.   YES.

12:11PM   19     Q.   AND DO YOU RECALL STARTING THE BALL MOVING ON THIS PROCESS

12:12PM   20     IN THIS TIME PERIOD?

12:12PM   21     A.   I DON'T RECALL AT THIS POINT.

12:12PM   22     Q.   OKAY.  DO YOU RECALL IN THE SAME GENERAL TIME PERIOD THERE

12:12PM   23     WAS SOME WORK DONE ON THE MALE HEALTH CARTRIDGE AND WORKING TO

12:12PM   24     GET THAT VALIDATED?

12:12PM   25     A.   SO WE DID HAVE A MALE HEALTH CARTRIDGE, YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1348

12:12PM   1            MR. WADE:  MAY I APPROACH, YOUR HONOR?

12:12PM   2            THE COURT:  YES.

12:12PM   3            MR. WADE:  (HANDING.)

12:13PM   4    Q.  I'M SHOWING YOU WHAT HAS BEEN MARKED AS EXHIBIT 13768.

12:13PM   5        AND DO YOU RECOGNIZE THIS IS AN EMAIL ABOUT WORK --

12:13PM   6    VALIDATION WORK BEING DONE ON THE MALE HEALTH CARTRIDGE?

12:13PM   7    A.  I THINK THIS IS A DEMO FOR THE DATA FOR THE MALE HEALTH

12:13PM   8    CARTRIDGE FOR A GROUP OF MULTIPLEX ASSAYS.

12:14PM   9    Q.  OKAY.  AND THIS IS AN EMAIL BETWEEN YOU AND MS. HOLMES AND

12:14PM  10    OTHERS ON THESE ISSUES?

12:14PM  11    A.  YES.

12:14PM  12    Q.  AND THIS IS A RESPONSE TO THE EMAIL I JUST SHOWED YOU?

12:14PM  13    A.  YES.

12:14PM  14            MR. WADE:  I WOULD MOVE THE ADMISSION OF 13768.

12:14PM  15            MR. LEACH:  NO OBJECTION.

12:14PM  16            THE COURT:  AND IT'S ADMITTED AND MAY BE PUBLISHED.

12:14PM  17        (DEFENDANT'S EXHIBIT 13768 WAS RECEIVED IN EVIDENCE.)

12:14PM  18    BY MR. WADE:

12:14PM  19    Q.  AND THE BOTTOM EMAIL IS THE ONE WE LOOKED AT; RIGHT?

12:14PM  20    CORRECT?

12:14PM  21    A.  YES.

12:14PM  22    Q.  AND LET'S LOOK AT THE TOP EMAIL.  I THINK THIS IS YOUR

12:14PM  23    RESPONSE TO MS. HOLMES.

12:14PM  24        AND THIS DISCUSSES SOME WORK THAT WAS BEING DONE IN

12:14PM  25    CONNECTION WITH THIS CARTRIDGE ON THE 3.0 AND THE 3.5 READERS.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1349

12:14PM   1          DO YOU SEE THAT?

12:14PM   2     A.   YES.

12:14PM   3     Q.   AND THIS WAS PUSHING TOWARDS THE VALIDATION OF THESE

12:14PM   4     TESTS?

12:15PM   5     A.   I'M NOT SURE IF THIS IS THE VALIDATION OR IF THIS WAS FOR

12:15PM   6     A DEMO CARTRIDGE.

12:15PM   7     Q.   WELL, LET'S BRING THAT PRIOR EMAIL UP ONE MORE TIME, THE

12:15PM   8     INITIAL EMAIL.

12:15PM   9          YOU WERE RESPONDING TO AN EMAIL WHERE SHE WAS ASKING YOU

12:15PM  10     QUESTIONS ABOUT TESTING THAT WAS DONE IN CONNECTION WITH LDT

12:15PM  11     VALIDATION; RIGHT?

12:15PM  12     A.   YEAH, SHE IS ASKING THAT QUESTION.

12:15PM  13     Q.   AND YOU WERE RESPONDING TO THAT?

12:15PM  14     A.   SO I'M RESPONDING TO THE DATA FOR THE MALE -- YES, THE ONE

12:15PM  15     THAT IS DONE FOR THIS PARTICULAR CARTRIDGE.

12:15PM  16     Q.   WITH RESPECT TO THE LDT VALIDATION; RIGHT?

12:15PM  17     A.   I DON'T EXACTLY REMEMBER TODAY --

12:15PM  18     Q.   OKAY.

12:15PM  19     A.   -- WHAT THIS WORK WAS FOR.

12:16PM  20     Q.   OKAY.  DO YOU RECALL THAT IN THIS JULY TIME PERIOD, THERE

12:16PM  21     WAS ALSO SOME WORK THAT WAS BEING DONE TO ASSESS WHETHER SOME

12:16PM  22     OF THOSE R&D ASSAYS THAT YOU HAD DEVELOPED COULD BE RUN ON OPEN

12:16PM  23     PLATFORMS THAT WERE COMMERCIALLY AVAILABLE?

12:16PM  24     A.   I DON'T RECOLLECT.  CAN YOU SHARE THE DETAILS.

12:16PM  25     Q.   LET ME SEE IF I CAN REFRESH YOUR RECOLLECTION.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1350

12:16PM   1              MAY I APPROACH, YOUR HONOR?

12:16PM   2                   THE COURT:  YES.

12:16PM   3                   MR. WADE:  (HANDING.)

12:16PM   4       Q.   THIS IS AN EMAIL DATED JULY 8TH, 2013?

12:17PM   5                   THE COURT:  IS THIS TO REFRESH THE RECOLLECTION?

12:17PM   6                   MR. WADE:  I'M GOING TO MOVE TO ADMIT IT,

12:17PM   7       YOUR HONOR, SO I'LL LAY SOME FOUNDATION.

12:17PM   8                   THE COURT:  SURE.

12:17PM   9       BY MR. WADE:

12:17PM  10       Q.   THIS IS AN EMAIL DATED JULY 8TH, 2013, FROM YOU TO YOUR

12:17PM  11       TEAM TALKING ABOUT SOME ASSAY DEVELOPMENT WORK; IS THAT RIGHT?

12:17PM  12       A.   YES.

12:17PM  13       Q.   AND YOU SET FORTH AN AGENDA AND ASSIGNMENTS IN CONNECTION

12:17PM  14       WITH THAT?

12:17PM  15       A.   YES.

12:17PM  16       Q.   AND THIS WAS A MEANS OF COMMUNICATING THE ASSIGNMENTS OUT

12:17PM  17       SO THE WORK OF THE COMPANY COULD BE CARRIED OUT SWIFTLY AND

12:17PM  18       EFFICIENTLY?

12:17PM  19       A.   YES.

12:17PM  20       Q.   AND YOU TOOK CARE TO MAKE SURE THIS WAS ACCURATE?

12:17PM  21       A.   YES.

12:17PM  22                   MR. WADE:  I WOULD OFFER 13770.

12:17PM  23                   MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:17PM  24                   THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:17PM  25              (DEFENDANT'S EXHIBIT 13770 WAS RECEIVED IN EVIDENCE.)

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1351

12:18PM  1      BY MR. WADE:

12:18PM  2      Q.   SO AGAIN, IN THIS EMAIL IT TALKS ABOUT "WE ARE GOING AHEAD

12:18PM  3      WITH THE CLIA/LDT VALIDATION OF THE FOLLOWING ASSAYS ON THE 384

12:18PM  4      PLATES."

12:18PM  5           DO YOU SEE THAT?

12:18PM  6      A.   YES.

12:18PM  7      Q.   AND THE 384 PLATES ARE COMMERCIALLY AVAILABLE OPEN

12:18PM  8      PLATFORM; RIGHT?

12:18PM  9      A.   YES.

12:18PM  10     Q.   AND THESE ASSAYS WERE THE TOP PRIORITY ASSAYS; RIGHT?

12:18PM  11     A.   YES.

12:18PM  12     Q.   THAT WAS VITAMIN D, HBA1C, TSH, TPSA, FERRITIN, AND FREE

12:18PM  13     T4; RIGHT?

12:18PM  14     A.   YES.

12:18PM  15     Q.   AND YOU CONVEYED TO YOUR TEAM THAT YOU WERE GOING TO GO

12:18PM  16     FORWARD WITH THE VALIDATION OF THESE ASSAYS AND YOU GAVE

12:19PM  17     ASSIGNMENTS TO TRY AND -- TO ASSIGN THESE TASKS TO MEMBERS OF

12:19PM  18     YOUR TEAM; RIGHT?

12:19PM  19     A.   YES.

12:19PM  20     Q.   AND THE EXPECTATION WAS THAT THEY WOULD CARRY OUT THIS

12:19PM  21     WORK AND REPORT BACK TO YOU; RIGHT?

12:19PM  22     A.   YES.

12:19PM  23     Q.   AND NOW ULTIMATELY THE 384 PLATES WERE NOT USED AS A

12:19PM  24     COMMERCIALLY AVAILABLE PLATFORM; RIGHT?

12:19PM  25     A.   I THINK SO.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1352

12:19PM  1    Q.   AND ULTIMATELY THE ADVIA 1800 WAS USED FOR A SMALL SAMPLE

12:19PM  2    OF ASSAYS?

12:19PM  3    A.   I BELIEVE THE PLAN LATER CHANGED TO USE THE EDISON 3.0'S

12:19PM  4    AND 3.5'S.

12:19PM  5    Q.   AND WE JUST LOOKED AT SOME DOCUMENTS DISCUSSING THE 3.0'S

12:19PM  6    AND 3.5'S; RIGHT?

12:19PM  7    A.   YES.

12:19PM  8    Q.   BUT THERE WAS WORK BEING DONE ON TWO TRACKS; RIGHT?

12:20PM  9    A.   YES.

12:20PM  10   Q.   THESE OPEN PLATFORM DEVELOPMENTS WERE BEING WORKED ON?

12:20PM  11   A.   YES.

12:20PM  12   Q.   AND THE 3.0 AND 3.5 WORK WAS BEING WORKED ON?

12:20PM  13   A.   YES.

12:20PM  14   Q.   IN JULY OF 2013?

12:20PM  15   A.   YES.

12:20PM  16   Q.   YOU MENTIONED THE 3.0 DEVICES.  DO YOU RECALL WORK BEING

12:20PM  17   DONE ON THE MALE HEALTH CARTRIDGE WITH RESPECT TO THOSE DEVICES

12:20PM  18   IN THIS GENERAL TIME PERIOD?

12:20PM  19   A.   YES.

12:20PM  20        MR. WADE:  MAY I APPROACH ONE MORE TIME, YOUR HONOR?

12:20PM  21        THE COURT:  YES.

12:20PM  22        MR. WADE:  (HANDING.)

12:20PM  23   Q.   AND I'M SHOWING YOU WHAT HAS BEEN MARKED AS 13769.  THIS

12:21PM  24   IS AN EMAIL BETWEEN YOU AND DR. YOUNG DATED JULY 17TH, 2013; IS

12:21PM  25   THAT RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1353

12:21PM   1      A.   YES.

12:21PM   2      Q.   AND THE SUBJECT OF THIS EMAIL IS THE TEST PROTOCOL FOR

12:21PM   3      EDISON DEVICES; IS THAT RIGHT?

12:21PM   4      A.   YES.

12:21PM   5      Q.   AND IT RELATES TO WORK THAT WAS DONE IN CONNECTION WITH

12:21PM   6      THAT MALE HEALTH CARTRIDGE; CORRECT?

12:21PM   7      A.   YES.

12:21PM   8           MR. WADE:  I WOULD MOVE THE ADMISSION OF 13769.

12:21PM   9           MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:21PM  10           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:21PM  11        (DEFENDANT'S EXHIBIT 13769 WAS RECEIVED IN EVIDENCE.)

12:22PM  12      BY MR. WADE:

12:22PM  13      Q.   AND IF WE LOOK AT THE BOTTOM EMAIL FIRST.  THIS TALKS

12:22PM  14      ABOUT SOME OF THE WORK THAT WAS BEING DONE TO UPDATE THE

12:22PM  15      ELECTRONICS AND PROTOCOLS ON THE EDISON 3.0?

12:22PM  16      A.   YES.

12:22PM  17      Q.   AND I THINK YOU TESTIFIED BEFORE DR. YOUNG WAS THE PERSON

12:22PM  18      WHO WAS WORKING ON THAT?

12:22PM  19      A.   YES.

12:22PM  20      Q.   AND ORGANIZING THOSE EFFORTS?

12:22PM  21      A.   YES.

12:22PM  22      Q.   AND HE ASKED YOU TO RECOMMEND AN ASSAY TO USE TO IMPLEMENT

12:22PM  23      THAT WORK ON THE 3.0 DEVICES; RIGHT?

12:22PM  24      A.   YES.

12:22PM  25      Q.   AND I BELIEVE YOU JUST TESTIFIED A MINUTE AGO THAT THERE

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                1354

12:22PM   1    WAS A SHIFT TO DO WORK ON THE 3.0 AND THE 3.5 DEVICES; RIGHT?

12:22PM   2    A.   YES.

12:22PM   3    Q.   AND THIS KIND OF REFLECTS THAT SHIFT?

12:22PM   4    A.   YES.

12:22PM   5    Q.   AND YOU RESPOND TO DR. YOUNG WITH A PLAN -- YOU SET FORTH

12:23PM   6    HOW THE PLAN IS TO TEST THE MALE HEALTH CARTRIDGE ON BOTH

12:23PM   7    SYSTEMS; RIGHT?

12:23PM   8    A.   YES.

12:23PM   9    Q.   AND THAT WAS BECAUSE IT ACTUALLY HAD FIVE OF THOSE SIX

12:23PM  10    ASSAYS THAT WE HAD IDENTIFIED JUST A MINUTE AGO; RIGHT?

12:23PM  11    A.   YES.

12:23PM  12    Q.   AND SO THAT WAS A GOOD WAY TO TEST THE PLATFORM; RIGHT?

12:23PM  13    A.   YES.

12:23PM  14    Q.   NOW, DO YOU RECALL LAST FRIDAY I ASKED YOU SOME QUESTIONS

12:23PM  15    ABOUT HOW THE FOCUS OF THE WORK IN AUGUST AND SEPTEMBER OF 2013

12:23PM  16    NARROWED DOWN TO A FEW ASSAYS THAT THEY WERE FOCUSSED ON

12:23PM  17    VALIDATING ON THE EDISON DEVICES?

12:24PM  18    A.   YES.

12:24PM  19    Q.   DO YOU RECALL THAT?

12:24PM  20         AND I DIDN'T HAVE MY NUMBERS IN ORDER AT THAT TIME, BUT DO

12:24PM  21    YOU RECALL THAT THERE WAS AN EMAIL THAT YOU WERE SHOWN WHERE

12:24PM  22    DR. YOUNG INITIALLY IDENTIFIED 63 ASSAYS THAT THEY WERE GOING

12:24PM  23    TO TRY TO PUT ON THE EDISON DEVICE?

12:24PM  24    A.   YES.

12:24PM  25    Q.   THAT WAS A PRETTY AMBITIOUS GOAL IN THAT TIME PERIOD, WAS

UNITED STATES COURT REPORTERS

**ER-5050**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Amy Mason Saharia*
AMY MASON SAHARIA

April 17, 2023