No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

**EXCERPTS OF RECORD**
**VOL. XIX of LVII | ER-5052 to ER-5350**

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
 600 Stewart Street
 Suite 400
 Seattle, WA 98101
 (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
 680 Maine Ave. S.W.
 Washington, D.C. 200024
 (202) 434-5000
 asaharia@wc.com

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1355

12:24PM    1      IT NOT?

12:24PM    2      A.   IT WAS.

12:24PM    3      Q.   AND ULTIMATELY THERE WAS A DECISION TO SCALE DOWN THE

12:24PM    4      NUMBER OF ASSAYS THAT THEY WERE GOING TO PUT ONTO THE EDISON

12:24PM    5      DEVICE; RIGHT?

12:24PM    6      A.   I THINK SO.

12:24PM    7      Q.   AND TO DO IT IN PHASES.

12:24PM    8           DO YOU RECALL THAT?

12:24PM    9      A.   I DON'T RECALL THE ENTIRETY OF THE PLAN.

12:24PM   10      Q.   LET ME PULL UP EXHIBIT 1019, WHICH I THINK IS IN THE

12:24PM   11      GOVERNMENT'S BINDER.  IT'S IN EVIDENCE.  I'LL PUT IT ON THE

12:25PM   12      SCREEN FOR YOU.

12:25PM   13           IF WE CAN FOCUS ON THE FIRST PARAGRAPH OF THE SECOND EMAIL

12:25PM   14      FROM YOU TO THE GROUP.

12:25PM   15           AND THIS IS AN EMAIL FROM YOU TO YOUR TEAM ON AUGUST 21ST,

12:25PM   16      EXCUSE ME, ON AUGUST 21ST, 2013?

12:25PM   17      A.   YES.

12:25PM   18      Q.   AND YOU HAD -- YOU WERE JUST COMING BACK FROM INDIA IN

12:25PM   19      THIS TIME PERIOD?

12:25PM   20      A.   YES.

12:25PM   21      Q.   AND REFOCUSSING ON THESE EFFORTS; RIGHT?

12:25PM   22      A.   YES.

12:25PM   23      Q.   AND DO YOU SEE IN THE SECOND SENTENCE WHERE IT SAYS

12:26PM   24      "VALIDATION WILL START IN PHASES"?

12:26PM   25      A.   YES.

12:26PM 1      Q.   AND WILL DEPEND UPON RESOURCES, INCLUDING THE READERS AND

12:26PM 2      THE CARTRIDGES.

12:26PM 3          DO YOU SEE THAT?

12:26PM 4      A.   YES.

12:26PM 5      Q.   AND DOES THIS REFRESH YOUR RECOLLECTION THAT THERE WAS TO

12:26PM 6      BE A PHASED APPROACH IN THIS PERIOD?

12:26PM 7      A.   I THINK SO.

12:26PM 8      Q.   OKAY.  IF I CAN NEXT FOCUS YOU ON EXHIBIT 3967, WHICH IS

12:26PM 9      ALSO IN EVIDENCE.  IT SHOULD BE IN THE GOVERNMENT BINDER.

12:26PM 10          WE'LL BRING IT UP ON THE SCREEN.  THE FIRST EMAIL ON THE

12:26PM 11     TOP IS WHAT I'M INTERESTED IN.

12:26PM 12          I'M NOT GOING TO ASK ANY SPECIFIC QUESTIONS, BUT DO YOU

12:26PM 13     SEE IN THE EMAIL BELOW THERE WAS A LONGER LIST OF ASSAYS?

12:26PM 14     A.   YEAH.

12:26PM 15     Q.   A PRETTY LENGTHY LIST.

12:27PM 16          AND IN THIS EMAIL THERE'S DISCUSSION OF THE PRIORITIES OF

12:27PM 17     THE ASSAY DEVELOPMENT; IS THAT RIGHT?

12:27PM 18     A.   CORRECT.

12:27PM 19     Q.   AND THE FIRST PRIORITY WAS TO FOCUS, IN PHASE I WAS TO

12:27PM 20     FOCUS ON TSH, VITAMIN D, AND TPSA.

12:27PM 21          DO YOU SEE THAT?

12:27PM 22     A.   YES.

12:27PM 23     Q.   AND THEN THE NEXT PHASE WAS GOING TO BE THOSE THREE DOWN

12:27PM 24     THERE, FREE THYROXINE, HCG, AND VITAMIN B-12; CORRECT?

12:27PM 25     A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1357

12:27PM   1        Q.   IS THAT RIGHT?

12:27PM   2        A.   CORRECT.

12:27PM   3        Q.   AND SO THERE HAD BEEN A FOCUS OF THE VALIDATION OF THE

12:27PM   4        CLIA WORK AT THIS TIME?

12:27PM   5        A.   I GUESS.

12:27PM   6        Q.   AND THIS IS NOVEMBER 4TH, 2013?

12:27PM   7        A.   YES.

12:27PM   8        Q.   DO YOU RECALL SOME TESTIMONY FROM LAST WEEK ABOUT AN EMAIL

12:28PM   9        THAT YOU RECEIVED FROM MR. BALWANI ON SEPTEMBER 2ND --

12:28PM   10       A.   YES.

12:28PM   11       Q.   -- OF 2013?

12:28PM   12       A.   YES.

12:28PM   13       Q.   IF WE CAN BRING THAT UP.  THAT'S 3964.  AND IF WE CAN

12:28PM   14       FOCUS ON THE EMAIL FROM MR. BALWANI.

12:28PM   15            DO YOU SEE THAT?

12:28PM   16       A.   YES.

12:28PM   17       Q.   AND THIS WAS SENT ON A MONDAY MORNING?

12:28PM   18       A.   YES.

12:28PM   19       Q.   AND HE REFERENCED HOW PEOPLE ON THE SOFTWARE TEAM HAD BEEN

12:29PM   20       WORKING ALL WEEKEND AND UNTIL LATE IN THE MORNING, UNTIL

12:29PM   21       3:00 A.M.; RIGHT?

12:29PM   22       A.   YES.

12:29PM   23       Q.   AND MR. BALWANI WASN'T IN CHARGE OF YOUR TEAM, WAS HE,

12:29PM   24       MA'AM?

12:29PM   25       A.   NO.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1358

12:29PM   1      Q.   YOU WERE IN CHARGE OF YOUR TEAM?

12:29PM   2      A.   YES.

12:29PM   3      Q.   AND YOU DIDN'T REPORT TO MR. BALWANI, DID YOU?

12:29PM   4      A.   I DID NOT.

12:29PM   5      Q.   YOU REPORTED TO MS. HOLMES?

12:29PM   6      A.   YES.

12:29PM   7      Q.   AND -- NOW, THE SOFTWARE TEAM, THEY DID REPORT TO

12:29PM   8      MR. BALWANI?

12:29PM   9      A.   YES.

12:29PM  10      Q.   AND IN THE EMAIL, HE ESSENTIALLY BOASTS ABOUT THE

12:29PM  11      OPPRESSIVE HOURS THAT HIS TEAM WAS WORKING; IS THAT RIGHT?

12:29PM  12      A.   YES.

12:29PM  13      Q.   AS THOUGH THAT WAS A BADGE OF HONOR OR SOMETHING?

12:30PM  14      A.   YEAH.

12:30PM  15      Q.   AND THAT THEY HAD WORKED ALL WEEKEND UNTIL 3:00 IN THE

12:30PM  16      MORNING; RIGHT?

12:30PM  17      A.   UH-HUH.

12:30PM  18      Q.   RIGHT?

12:30PM  19      A.   YEAH.

12:30PM  20      Q.   ON SATURDAY AND SUNDAY.

12:30PM  21           AND HE WAS ESSENTIALLY WONDERING WHY YOUR TEAM WASN'T, WAS

12:30PM  22      HE?

12:30PM  23      A.   I WOULDN'T TAKE THIS JUST AS WONDERING.  I MEAN, IT'S A

12:30PM  24      LITTLE MORE -- THE INTENT IS A LITTLE MORE THAN JUST WONDERING

12:30PM  25      WHERE WE WERE.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                  1359

12:30PM   1      Q.   IT IS MORE.  HE WAS TRYING TO MAKE YOU FEEL GUILTY ABOUT

12:30PM   2      THE FACT THAT YOU WEREN'T WORKING, WASN'T HE?

12:30PM   3      A.   YES.

12:30PM   4      Q.   AND HE WAS TRYING TO MAKE YOUR WHOLE TEAM FEEL GUILTY

12:30PM   5      ABOUT THAT?

12:30PM   6      A.   YES.

12:30PM   7      Q.   AND THAT WAS -- I THINK YOU TESTIFIED LAST WEEK THAT YOU

12:30PM   8      WERE FRUSTRATED BY THAT?

12:30PM   9      A.   YES.

12:30PM   10     Q.   IT'S PROBABLY MORE THAN THAT.  YOU WERE PROBABLY PRETTY

12:31PM   11     DEEPLY OFFENDED BY THIS EMAIL, WERE YOU NOT?

12:31PM   12     A.   WELL, THIS WAS A COMMON THEME.  THE EXPECTATIONS THAT THE

12:31PM   13     ELISA TEAM WAS DOING LESS THAN EVERYBODY ELSE IN THE

12:31PM   14     ORGANIZATION HAD BEEN SAID TO US BEFORE, TOO.

12:31PM   15     Q.   AND WERE YOU AWARE THAT MR. BALWANI CRITICIZED MS. HOLMES

12:31PM   16     ABOUT THAT BECAUSE SHE WAS THE SUPERVISOR OF THAT GROUP?

12:31PM   17              MR. LEACH:  OBJECTION.  CALLS FOR SPECULATION.

12:31PM   18              THE WITNESS:  I'M NOT AWARE.

12:31PM   19              THE COURT:  SUSTAINED.  THE ANSWER WILL BE STRICKEN.

12:31PM   20     BY MR. WADE:

12:31PM   21     Q.   YOUR TEAM -- YOU INTERACTED WITH YOUR TEAM -- SOME MEMBERS

12:31PM   22     OF YOUR TEAM ABOUT THIS EMAIL; RIGHT?

12:31PM   23     A.   YES.

12:31PM   24     Q.   AND THEY WERE MAD, TOO, WEREN'T THEY?

12:31PM   25     A.   YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1360

12:31PM   1     Q.   AND THEY WERE OFFENDED BY THE TONE THAT MR. BALWANI HAD

12:32PM   2     TAKEN IN THIS EMAIL?

12:32PM   3     A.   I THINK THEY WERE DISAPPOINTED THAT WHATEVER WORK THEY

12:32PM   4     WERE DOING WAS NOT BEING RECOGNIZED.

12:32PM   5     Q.   RIGHT.  BECAUSE THEY HAD BEEN -- DR. SIVARAMAN, WHILE YOU

12:32PM   6     WERE GONE, PICKED UP A WHOLE ANOTHER SET OF RESPONSIBILITIES;

12:32PM   7     RIGHT?  CORRECT?

12:32PM   8     A.   YES.

12:32PM   9     Q.   AND DURING AN IMPORTANT TIME IN THE COMPANY SHE WAS

12:32PM  10     WORKING HARD; RIGHT?

12:32PM  11     A.   I THINK SO.

12:32PM  12     Q.   AND MS. NOYES, YOU INTERACTED WITH HER ABOUT THIS EMAIL AS

12:32PM  13     WELL; RIGHT?

12:32PM  14     A.   YES.

12:32PM  15     Q.   AND YOU KNEW SHE WAS REALLY, SHE WAS REALLY UPSET ABOUT

12:32PM  16     IT?

12:32PM  17     A.   YES.

12:32PM  18     Q.   AND SHE -- MS. NOYES BELIEVED THAT THIS TEAM HAD GONE

12:32PM  19     ABOVE AND BEYOND THE CALL OF DUTY WITH SOME OF THESE EFFORTS

12:32PM  20     THAT THEY HAD BEEN UNDERTAKING ON THIS PROJECT; RIGHT?

12:33PM  21     A.   YES.

12:33PM  22     Q.   AND SHE THOUGHT THAT THEY HAD BEEN WORKING REALLY, REALLY

12:33PM  23     HARD TO TRY AND MEET ALL OF THE GOALS; RIGHT?

12:33PM  24     A.   YES.

12:33PM  25     Q.   AND IT SEEMED THAT WAY TO YOU AS WELL, DIDN'T IT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                      1361

12:33PM   1    A.   IT DID.

12:33PM   2    Q.   AND TO DR. SIVARAMAN?

12:33PM   3    A.   YES.

12:33PM   4    Q.   AND THE WHOLE TEAM WAS WORKING THAT HARD; RIGHT?

12:33PM   5    A.   YES.

12:33PM   6    Q.   AND YOU RECOGNIZED AGAIN THAT THIS WAS NOT THE FIRST TIME

12:33PM   7    THAT MR. BALWANI HAD MADE COMMENTS OF THIS KIND ABOUT YOUR

12:33PM   8    GROUP; RIGHT?

12:33PM   9    A.   YES.

12:33PM   10   Q.   AND YOU UNDERSTOOD THAT MEMBERS OF YOUR TEAM WERE REACHING

12:33PM   11   THEIR LIMIT ON THESE KINDS OF THINGS; RIGHT?

12:33PM   12   A.   YES.

12:33PM   13   Q.   AND YOU STOOD UP FOR YOUR GROUP; RIGHT?

12:34PM   14        YOU RESPONDED TO MR. BALWANI AND DEFENDED THE WORK OF YOUR

12:34PM   15   GROUP; RIGHT?

12:34PM   16   A.   I DON'T RECOLLECT SENDING AN EMAIL TO MR. BALWANI.

12:34PM   17   Q.   WELL, LET'S LOOK AT 3962.

12:34PM   18   A.   WHICH BINDER IS THE NUMBER?

12:34PM   19   Q.   THAT'S IN THE BLACK BINDER.

12:35PM   20   A.   YEAH.

12:35PM   21   Q.   AND DO YOU SEE THAT EMAIL?

12:35PM   22   A.   YES.

12:35PM   23   Q.   AND THAT'S YOUR RESPONSE TO MR. BALWANI; RIGHT?

12:35PM   24   A.   YES.

12:35PM   25        MR. WADE:  I WOULD MOVE THE ADMISSION OF 3962.


UNITED STATES COURT REPORTERS

**ER-5059**

12:35PM   1             MR. LEACH: NO OBJECTION.

12:35PM   2             THE COURT: IT'S ADMITTED. IT MAY BE PUBLISHED.

12:35PM   3        (GOVERNMENT'S EXHIBIT 3962 WAS RECEIVED IN EVIDENCE.)

12:35PM   4   BY MR. WADE:

12:35PM   5   Q. AND AN EMAIL LIKE THIS IS NOT AN EASY EMAIL TO SEND TO THE

12:35PM   6   PRESIDENT AND CHIEF OPERATING OFFICER OF THE COMPANY, IS IT?

12:35PM   7   A. NO, IT IS NOT.

12:35PM   8   Q. BUT -- AND EVEN IF YOU DIDN'T REPORT TO HIM, THAT'S A BIG

12:36PM   9   STEP TO TAKE?

12:36PM   10   A. YES.

12:36PM   11   Q. BUT YOU FELT LIKE THIS WAS IMPORTANT?

12:36PM   12   A. YES.

12:36PM   13   Q. AND YOU SAID, "THE ELISA TEAM HAS BEEN WORKING VERY HARD

12:36PM   14   TOWARD THE VALIDATION EFFORTS;" RIGHT?

12:36PM   15   A. YES.

12:36PM   16   Q. AND YOU TALKED IN THIS EMAIL ABOUT THE EXTRAORDINARY

12:36PM   17   EFFORTS THAT YOUR TEAM HAD BEEN PUTTING FORTH, HAD YOU NOT?

12:36PM   18   A. YES.

12:36PM   19   Q. AND YOU MADE THAT VERY CLEAR TO MR. BALWANI; RIGHT?

12:36PM   20   A. I DID.

12:36PM   21   Q. AND SEPARATELY YOU SENT, YOU SENT AN EMAIL TO YOUR TEAM ON

12:36PM   22   THIS; RIGHT?

12:36PM   23   A. YES.

12:36PM   24   Q. LET'S LOOK AT 3964, WHICH IS IN EVIDENCE, I BELIEVE.

12:37PM   25   NOW, THIS IS SENT THE VERY NEXT DAY; RIGHT?

12:37PM   1      A.   YES.

12:37PM   2      Q.   AND YOU SENT IT TO YOUR WHOLE TEAM; RIGHT?

12:37PM   3      A.   YES.

12:37PM   4      Q.   AND YOU STARTED BY PRAISING ALL OF THE HARD WORK AND ALL

12:37PM   5      OF THE TIMES THAT THEY HAD PUT IN OVER THE WEEKEND WORKING ON

12:37PM   6      THESE PROJECTS; RIGHT?

12:37PM   7      A.   CORRECT.

12:37PM   8      Q.   BECAUSE -- BY THE WAY, YOU SAY LONG WEEKEND THERE.

12:37PM   9           THAT EMAIL THAT MR. BALWANI SENT ON MONDAY, THAT WAS LABOR

12:38PM  10      DAY; RIGHT?  SEPTEMBER 2ND WAS LABOR DAY?

12:38PM  11      A.   YEAH.  SO IT LOOKS LIKE I THINK THEY WORKED OVER THE

12:38PM  12      WEEKEND, TOO.

12:38PM  13      Q.   ALL -- THE WHOLE LONG WEEKEND?

12:38PM  14      A.   YES.

12:38PM  15      Q.   AND YOU PRAISE THEIR EFFORTS AND THEN YOU TRIED TO ADOPT

12:38PM  16      SOME MINOR MODIFICATIONS TO SHIFT WORK TO BE RESPONSIVE TO

12:38PM  17      MR. BALWANI.

12:38PM  18           BUT YOU -- DID YOU SEND THIS MESSAGE BECAUSE YOU WANTED TO

12:38PM  19      MAKE CLEAR TO YOUR TEAM THAT YOU SUPPORTED THEM AND ALL OF

12:38PM  20      THEIR HARD WORK?

12:38PM  21      A.   YES.

12:38PM  22      Q.   AND YOU RESIGNED FROM THERANOS THREE DAYS LATER; RIGHT?

12:39PM  23      A.   YES.

12:39PM  24      Q.   YOU TOLD MS. HOLMES THAT IT WAS A DIFFICULT DECISION TO

12:39PM  25      RESIGN; RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                              1364

12:39PM   1      A.   YES.

12:39PM   2      Q.   YOU SAID YOU WERE APPRECIATIVE OF THE OPPORTUNITY TO WORK

12:39PM   3      AT THE COMPANY?

12:39PM   4      A.   YES.

12:39PM   5      Q.   AND YOU WISHED THE COMPANY TREMENDOUS SUCCESS?

12:39PM   6      A.   YES.

12:39PM   7      Q.   MS. HOLMES WAS SURPRISED BY YOUR RESIGNATION; RIGHT?

12:39PM   8      A.   I THINK SO.

12:39PM   9      Q.   SHE WANTED YOU TO STAY?

12:39PM   10     A.   YES.

12:39PM   11     Q.   SHE ASKED IF YOU WANTED TO TAKE SOME TIME OFF IF THAT

12:39PM   12     WOULD HELP; RIGHT?

12:39PM   13     A.   YES.

12:39PM   14     Q.   SHE ASKED IF IT WOULD BE HELPFUL IF YOU COULD TAKE A LEAVE

12:39PM   15     OF ABSENCE; RIGHT?

12:39PM   16     A.   YES.

12:39PM   17     Q.   SHE ASKED IF THERE WAS ANYTHING ELSE SHE COULD DO TO KEEP

12:40PM   18     YOU; RIGHT?

12:40PM   19     A.   YES.

12:40PM   20     Q.   BUT YOUR MIND HAD BEEN MADE UP?

12:40PM   21     A.   YES.

12:40PM   22     Q.   AND THAT SAME DAY, THREE DAYS AFTER SHE GOT THAT EMAIL

12:40PM   23     FROM MR. BALWANI, MS. NOYES RESIGNED AS WELL; RIGHT?

12:40PM   24     A.   YES.

12:40PM   25     Q.   AND YOU -- AFTER RESIGNING YOURSELF AND GETTING NOTICE

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                1365

12:40PM  1    FROM MS. NOYES, YOU WENT AND TALKED TO MONA RAMAMURPHY; RIGHT?

12:40PM  2    A.   YES.

12:40PM  3    Q.   SHE WAS THE DIRECTOR OF HR?

12:40PM  4    A.   YES.

12:40PM  5    Q.   AND YOU TALKED TO HER ABOUT MS. NOYES'S RESIGNATION;

12:41PM  6    RIGHT?

12:41PM  7    A.   YES.

12:41PM  8    Q.   AND THE FACT THAT SHE RESIGNED?

12:41PM  9    A.   YES.

12:41PM  10   Q.   AND YOU TALKED TO HER ABOUT YOUR RESIGNATION; RIGHT?

12:41PM  11   A.   YES.

12:41PM  12   Q.   AND YOU WERE VERY PROFESSIONAL ABOUT THE TRANSITION,

12:41PM  13   WEREN'T YOU?

12:41PM  14   A.   I TRIED TO.

12:41PM  15   Q.   YOU MADE, MADE -- TOOK GREAT CARE TO WRAP UP YOUR WORK;

12:41PM  16   RIGHT?

12:41PM  17   A.   YES.

12:41PM  18   Q.   YOU PREPARED A SUMMARY OF WHERE YOU KEPT ALL OF YOUR

12:41PM  19   MATERIALS; RIGHT?

12:41PM  20   A.   YES.

12:41PM  21   Q.   AND YOU TALKED ABOUT THE PROCESS THAT YOU USED TO DO YOUR

12:41PM  22   WORK IN YOUR TEAM; RIGHT?

12:41PM  23   A.   YES.

12:41PM  24   Q.   AND YOU CONVEYED THAT TO THE COMPANY BEFORE YOU LEFT?

12:41PM  25   A.   YES.

GANGAKHEDKAR REDIRECT BY MR. LEACH

| | | |
|---|---|---|
| 12:41PM | 1 | MR. WADE:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR. |
| 12:41PM | 2 | THE COURT:  REDIRECT? |
| 12:41PM | 3 | MR. LEACH:  YES, YOUR HONOR.  BRIEFLY. |
| 12:41PM | 4 | **REDIRECT EXAMINATION** |
| 12:41PM | 5 | BY MR. LEACH: |
| 12:42PM | 6 | Q.  GOOD AFTERNOON, MS. GANGAKHEDKAR. |
| 12:42PM | 7 | I WANT TO START WHERE WE LEFT OFF THE MEETING WITH |
| 12:42PM | 8 | MS. HOLMES WHERE YOU RESIGNED FROM THERANOS. |
| 12:42PM | 9 | DO YOU HAVE THAT IN MIND? |
| 12:42PM | 10 | A.  YES. |
| 12:42PM | 11 | Q.  OKAY.  AT THAT TIME YOU HAD CONCERNS ABOUT THE RELIABILITY |
| 12:42PM | 12 | OF THE 3.0? |
| 12:42PM | 13 | A.  YES. |
| 12:42PM | 14 | Q.  AND DID YOU HAVE CONCERNS ABOUT THE RELIABILITY OF THE |
| 12:42PM | 15 | 3.5? |
| 12:42PM | 16 | A.  BASED ON -- YES, YES, BASED ON THE RECENT EMAILS FOR 3.5 |
| 12:43PM | 17 | PERFORMANCE. |
| 12:43PM | 18 | Q.  AND DID YOU CONVEY THOSE EMAILS TO MS. HOLMES IN THE |
| 12:43PM | 19 | MEETINGS THAT YOU HAD WITH HER? |
| 12:43PM | 20 | MR. WADE:  YOUR HONOR, I'M REMINDING HIM THAT WE'RE |
| 12:43PM | 21 | ON DIRECT, AND I WOULD OBJECT TO THE FORM OF THE QUESTION. |
| 12:43PM | 22 | THE COURT:  I'LL ALLOW THIS QUESTION.  YOU CAN |
| 12:43PM | 23 | ANSWER THE QUESTION. |
| 12:43PM | 24 | MR. LEACH, IF YOU'LL MODIFY YOUR QUESTIONS. |
| 12:43PM | 25 | MR. LEACH:  THANK YOU, YOUR HONOR. |

UNITED STATES COURT REPORTERS

**ER-5064**

GANGAKHEDKAR REDIRECT BY MR. LEACH                              1367

12:43PM  1            THE COURT:  YOU CAN ANSWER THE QUESTION.

12:43PM  2            THE WITNESS:  SO I THINK OVERALL GENERALLY THE

12:43PM  3   DISCUSSION WAS 3 AND 3.5'S.

12:43PM  4   BY MR. LEACH:

12:43PM  5   Q.   DID YOU CONVEY THOSE CONCERNS TO MS. HOLMES IN YOUR

12:43PM  6   MEETING WHERE YOU RESIGNED FROM THERANOS?

12:43PM  7   A.   SO I DID MENTION SOMETHING ALONG THE LINES THAT I WASN'T

12:43PM  8   SURE HOW WE WOULD GO AHEAD WITH THE LAUNCH OF THE 3.0'S AND THE

12:43PM  9   3.0'S SYSTEMS.

12:43PM  10  Q.   OKAY.  MR. WADE WALKED YOU THROUGH A NUMBER OF ASSAY

12:43PM  11  DEVELOPMENT REPORTS.

12:43PM  12       DO YOU RECALL GOING THROUGH THOSE ASSAY DEVELOPMENT

12:43PM  13  REPORTS?

12:43PM  14  A.   YES.

12:43PM  15  Q.   AND I THINK YOU HAVE TWO VERY THICK BINDERS UP ON THE

12:44PM  16  WITNESS STAND WITH SOME OF THOSE ASSAY DEVELOPMENT REPORTS?

12:44PM  17  A.   YES.

12:44PM  18  Q.   AT THE TIME OF YOUR RESIGNATION, DID THOSE ASSAY

12:44PM  19  DEVELOPMENT REPORTS GIVE YOU ANY COMFORT ABOUT THE RELIABILITY

12:44PM  20  OF THE 3.0 OR THE 3.5?

12:44PM  21  A.   BECAUSE ESSENTIALLY THE WORK WAS DEVELOPMENT AND, I MEAN,

12:44PM  22  WE WERE USING THE 3.0'S FOR DEVELOPMENT PURPOSES.  WE WERE,

12:44PM  23  LIKE, AWARE THAT THERE WERE FAILURES THROUGH THAT DEVELOPMENT

12:44PM  24  PROCESS.

12:44PM  25       AND THE UPGRADE DATA THAT WE WERE SEEING IN THE 3.5, THE

GANGAKHEDKAR REDIRECT BY MR. LEACH                          1368

12:44PM   1    RECENT 3.5 RUNS IN THE TIME OF LATE AUGUST KIND OF ALSO WAS

12:44PM   2    SHOWING SOME ERRORS.

12:44PM   3        SO IT DID RAISE CONCERNS THAT EVEN THE 3.5'S WERE SHOWING

12:45PM   4    SOME PROBLEMS.

12:45PM   5    Q.   WHEN YOU DO AN ASSAY REPORT IN RESEARCH AND DEVELOPMENT,

12:45PM   6    IS THAT THE END OF YOUR WORK?

12:45PM   7    A.   CAN YOU REPHRASE?

12:45PM   8    Q.   SURE.  IS THERE A DIFFERENCE BETWEEN AN ASSAY DEVELOPMENT

12:45PM   9    REPORT IN RESEARCH AND DEVELOPMENT AND VALIDATION IN THE CLIA

12:45PM  10    LAB?

12:45PM  11    A.   YES.

12:45PM  12    Q.   AND WHAT IS THE DIFFERENCE?

12:45PM  13    A.   SO PRIMARILY IN THE ASSAY DEVELOPMENT, DURING THE

12:45PM  14    DEVELOPMENT WE DO HAVE A FLEXIBILITY TO RERUN SAMPLES WHERE THE

12:45PM  15    CARTRIDGES HAVE FAILED OR THERE HAS BEEN A PROBLEM WITH THE

12:45PM  16    ISSUE, BECAUSE WE'RE TRYING TO UNDERSTAND IF OVERALL THE ASSAY

12:45PM  17    IS BEING DEVELOPED.

12:45PM  18        IN THE CASE OF A VALIDATION, I DON'T THINK WE HAVE THAT

12:45PM  19    FLEXIBILITY TO RERUN SAMPLES AND REEVALUATE.

12:45PM  20    Q.   AND SO IF YOU HAVE A COMPLETED ASSAY DEVELOPMENT REPORT IN

12:45PM  21    RESEARCH AND DEVELOPMENT, IS THAT ENOUGH TO TEST SAMPLES ON

12:46PM  22    PATIENTS?

12:46PM  23    A.   NO.

12:46PM  24    Q.   DID YOU REVIEW CLIA VALIDATION AS MORE RIGOROUS THAN THE

12:46PM  25    WORK YOU WERE DOING IN RESEARCH AND DEVELOPMENT?

GANGAKHEDKAR REDIRECT BY MR. LEACH                                    1369

12:46PM   1     A.   YES.

12:46PM   2     Q.   AT THE TIME YOU RESIGNED TO MS. HOLMES, DID SHE BRING

12:46PM   3     ANYTHING UP ABOUT THE ASSAY DEVELOPMENT REPORTS THAT YOU AND

12:46PM   4     YOUR TEAM HAD WORKED ON?

12:46PM   5     A.   I DON'T RECOLLECT.  I DON'T THINK SO.

12:46PM   6     Q.   DID SHE SAY ANYTHING TO THE EFFECT OF "BUT WE'VE PREPARED

12:46PM   7     92 ASSAY DEVELOPMENT REPORTS IN RESEARCH AND DEVELOPMENT, WHY

12:46PM   8     DO YOU HAVE THESE CONCERNS?"  ANYTHING LIKE THAT?

12:46PM   9     A.   SHE DID NOT.

12:46PM   10    Q.   MR. WADE WALKED YOU THROUGH A NUMBER OF EMAILS FROM THE

12:47PM   11    2005 AND 2011 TIME PERIOD WHERE MS. HOLMES PRAISED YOUR WORK.

12:47PM   12         DO YOU RECALL THAT TESTIMONY?

12:47PM   13    A.   YES.

12:47PM   14    Q.   AND WHY DID YOU NOT LEAVE THE COMPANY IN 2011?

12:47PM   15    A.   BECAUSE AT THAT POINT WE WERE TOLD THAT WE ARE NOW MOVING

12:47PM   16    INTO A NEWER SYSTEM, THE 4.0'S.  WE HAD JUST AROUND THAT TIME I

12:47PM   17    THINK HAD STARTED DEVELOPMENT, SO ALL OF THE EFFORT, LIKE ALL

12:47PM   18    OF OUR WORK THAT WAS DONE BEFORE WILL FINALLY HAVE I THINK AN

12:47PM   19    OPPORTUNITY TO BE USED ON A MORE COMPLEX AND MORE IMPROVED

12:47PM   20    SYSTEM.

12:47PM   21    Q.   MORE IMPROVED THAN THE 3.0'S AND THE 3.5'S?

12:47PM   22    A.   YES.

12:47PM   23    Q.   AND DID YOU EVER GET TO THAT POINT WITH THE 4.0'S?

12:47PM   24    A.   NO.

12:47PM   25    Q.   MR. WADE ASKED YOU A NUMBER OF QUESTIONS ABOUT SILOING AT

GANGAKHEDKAR REDIRECT BY MR. LEACH

12:48PM  1      THERANOS.

12:48PM  2          DO YOU RECALL THAT TESTIMONY?

12:48PM  3      A.   YES.

12:48PM  4      Q.   AND IS IT YOUR BELIEF THAT INFORMATION AT THERANOS WAS

12:48PM  5      SILOED?

12:48PM  6      A.   YES.

12:48PM  7      Q.   I THINK MR. WADE MENTIONED A MEETING THAT YOU HAD WITH THE

12:48PM  8      GOVERNMENT ON MAY 27TH, 2021.

12:48PM  9          DO YOU RECALL HIM ASKING SOME QUESTIONS ABOUT THAT?

12:48PM 10      A.   YES.

12:48PM 11      Q.   AND WAS THIS THE FIRST TIME THAT YOU HAD TALKED WITH THE

12:48PM 12      GOVERNMENT IN MAY OF 2021?

12:48PM 13      A.   NO.

12:48PM 14      Q.   DO YOU RECALL MEETING WITH THE AGENTS FROM THE FEDERAL

12:48PM 15      BUREAU OF INVESTIGATION AND THE POSTAL INSPECTION SERVICE IN

12:48PM 16      MAY OF 2016?

12:48PM 17      A.   YES.

12:48PM 18      Q.   OKAY.  AND AT THAT TIME WERE YOU REPRESENTED BY COUNSEL?

12:48PM 19      A.   NO.

12:48PM 20      Q.   OKAY.  AND DID YOU MEET WITH THOSE AGENTS VOLUNTARILY?

12:48PM 21      A.   YES.

12:48PM 22      Q.   AND DID YOU BRING SOME OF THE DOCUMENTS THAT YOU HAD TAKEN

12:48PM 23      FROM THERANOS WITH YOU TO THAT MEETING?

12:48PM 24      A.   YES.

12:48PM 25      Q.   AND DID YOU TELL THE FBI AND THE POSTAL INSPECTION SERVICE

GANGAKHEDKAR REDIRECT BY MR. LEACH                                    1371

12:49PM   1    THAT MUCH OF THE DATA GENERATED AT THERANOS WAS CONFIDENTIAL

12:49PM   2    AND THE INDIVIDUAL GROUPS WITHIN THERANOS HAD ACCESS TO ONLY A

12:49PM   3    PARTICULAR SUBSET OF DATA?

12:49PM   4                MR. WADE:  OBJECTION TO THE FORM OF THE QUESTION.

12:49PM   5                THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

12:49PM   6                THE WITNESS:  YES.

12:49PM   7    BY MR. LEACH:

12:49PM   8    Q.   AND AT THAT TIME YOU HAD NO AGREEMENTS WITH THE

12:49PM   9    GOVERNMENT; IS THAT CORRECT?

12:49PM  10    A.   CORRECT.

12:49PM  11    Q.   OKAY.  DID YOU ALSO TELL THE AGENTS IN MAY OF 2016 THAT

12:49PM  12    THE ONLY PEOPLE WITHIN THERANOS WITH ACCESS TO ALL OF THE DATA

12:49PM  13    WAS MS. HOLMES, MR. BALWANI, AND CHRISTIAN HOLMES?

12:49PM  14                THE COURT:  WHY DON'T YOU REPHRASE THAT QUESTION IF

12:49PM  15    YOU CAN.

12:49PM  16    BY MR. LEACH:

12:49PM  17    Q.   DID YOU ALSO, DID YOU ALSO ASK -- OR TELL THE AGENTS ABOUT

12:49PM  18    WHO HAD ACCESS TO ALL OF THE DATA AT THERANOS?

12:49PM  19    A.   YES.

12:49PM  20    Q.   AND WHAT DID YOU TELL THEM?

12:49PM  21    A.   SO BASICALLY IT WAS MS. HOLMES AND MR. BALWANI.

12:49PM  22                MR. WADE:  YOUR HONOR, MOVE TO STRIKE.  LACK OF

12:49PM  23    FOUNDATION.

12:49PM  24                THE COURT:  OVERRULED.

12:50PM  25    BY MR. LEACH:

GANGAKHEDKAR REDIRECT BY MR. LEACH                                    1372

12:50PM   1    Q.   MR. WADE ASKED YOU A NUMBER OF QUESTIONS ABOUT REACTIONS

12:50PM   2    OF OTHERS ON YOUR TEAM IN THE AUGUST, SEPTEMBER TIME PERIOD

12:50PM   3    OVER THE LABOR DAY WEEKEND.

12:50PM   4         DO YOU RECALL SOME OF THAT QUESTIONING?

12:50PM   5    A.   YES.

12:50PM   6    Q.   AND HE HAD QUESTIONS ABOUT WHAT MS. NOYES FELT AND WHAT

12:50PM   7    MS. SIVARAMAN FELT AND THE QUESTIONING THAT YOU AND YOUR TEAM

12:50PM   8    WERE GETTING FROM MANAGEMENT.

12:50PM   9         DO YOU RECALL THAT?

12:50PM  10    A.   YES.

12:50PM  11    Q.   AND DRAWING YOUR ATTENTION TO -- HOPEFULLY YOU STILL HAVE

12:50PM  12    THE WHITE BINDER OUT THERE -- TO WHAT WE HAVE MARKED AS 3961.

12:50PM  13         DO YOU RECOGNIZE THIS DOCUMENT?

12:50PM  14    A.   YES.

12:50PM  15    Q.   AND DOES THIS REFLECT SOME OF THE THOUGHTS AND

12:51PM  16    FRUSTRATIONS YOU AND YOUR TEAM HAD AT THIS TIME PERIOD?

12:51PM  17    A.   YES.

12:51PM  18              MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 3961 INTO

12:51PM  19    EVIDENCE.

12:51PM  20              MR. WADE:  I'M TRYING TO FIND IT, YOUR HONOR.  MY

12:51PM  21    APOLOGIES.

12:51PM  22              THE COURT:  SURE.  GO RIGHT AHEAD.

12:51PM  23         CAN THIS BE PUT UP ON JUST OUR SCREENS?

12:51PM  24              THE CLERK:  NO.  COUNSEL --

12:51PM  25              THE COURT:  OKAY.

GANGAKHEDKAR REDIRECT BY MR. LEACH                                    1373

12:51PM   1            MR. LEACH:  I CAN SHARE MY COPY, YOUR HONOR.

12:51PM   2            MR. WADE:  I HAVE LOCATED MY COPY, YOUR HONOR.

12:51PM   3        ONE MOMENT, PLEASE.

12:51PM   4        (PAUSE IN PROCEEDINGS.)

12:51PM   5            MR. WADE:  YOUR HONOR, I OBJECT.  THIS IS HEARSAY.

12:51PM   6            THE COURT:  CAN I SEE THE DOCUMENT.  I DON'T HAVE A

12:51PM   7    COPY UP HERE.

12:52PM   8        THIS IS MULTI PAGES?  YOU'RE ASKING TO GET THE ENTIRETY OF

12:52PM   9    THE DOCUMENT IN?

12:52PM  10            MR. LEACH:  THE FIRST TWO PAGES IS WHAT I'M FOCUSSED

12:52PM  11    ON, YOUR HONOR, AND I THINK THIS IS DIRECTLY RESPONSIVE TO

12:52PM  12    QUESTIONS THAT MR. WADE WAS ASKING.

12:52PM  13            THE COURT:  OKAY.

12:52PM  14        (PAUSE IN PROCEEDINGS.)

12:52PM  15            MR. WADE:  YOUR HONOR, JUST TO CLARIFY.  MY

12:52PM  16    OBJECTION IS UNDER 805 AS WELL.

12:52PM  17            THE COURT:  ARE YOU OBJECTING TO EACH OF THESE

12:52PM  18    EMAILS?  THERE'S DIFFERENT PEOPLE HERE.

12:52PM  19        I DO SEE THAT SOME OF THIS IS RESPONSIVE TO SOME OF THE

12:53PM  20    QUESTIONS THAT YOU ASKED EARLIER.

12:53PM  21            MR. WADE:  IT'S STILL HEARSAY, YOUR HONOR.  I

12:53PM  22    DIDN'T -- MY APOLOGIES.  I DIDN'T MARK A DOCUMENT.  I JUST

12:53PM  23    ASKED ABOUT A RECOLLECTION.

12:53PM  24            THE COURT:  AND ARE YOU OFFERING THIS FOR THE TRUTH

12:53PM  25    OF THE MATTER ASSERTED OR FOR SOME OTHER PURPOSE?

| | | |
|---|---|---|
| 12:53PM | 1 | MR. LEACH:  FOR NOTICE AND THE TRUTH OF THE MATTER |
| 12:53PM | 2 | ASSERTED. |
| 12:53PM | 3 | (PAUSE IN PROCEEDINGS.) |
| 12:53PM | 4 | THE COURT:  I THINK I MIGHT HAVE TO SUSTAIN THE |
| 12:53PM | 5 | OBJECTION AS TO MICHAEL CRAIG AND THAT LINE IS SUGGESTING IN |
| 12:53PM | 6 | THERE. |
| 12:53PM | 7 | MS. NOYES'S EMAIL I WOULD ALLOW IN. |
| 12:53PM | 8 | MR. LEACH:  OKAY.  I CAN FOCUS JUST ON THAT ONE, |
| 12:54PM | 9 | YOUR HONOR. |
| 12:54PM | 10 | THE COURT:  (HANDING.) |
| 12:54PM | 11 | IF YOU'RE OFFERING MR. CRAIG'S EMAIL FOR THE TRUTH OF THE |
| 12:54PM | 12 | MATTER ASSERTED, I'LL SUSTAIN THE OBJECTION. |
| 12:54PM | 13 | MR. LEACH:  OKAY.  I WILL OFFER JUST PAGE 1 AND THE |
| 12:54PM | 14 | TOP OF 361 WITH MR. BALWANI'S COMMENT IS ALREADY IN EVIDENCE |
| 12:54PM | 15 | ELSEWHERE. |
| 12:54PM | 16 | THE COURT:  OKAY.  SO THE OBJECTION IS OVERRULED AS |
| 12:54PM | 17 | TO THOSE TWO DOCUMENTS. |
| 12:54PM | 18 | (GOVERNMENT'S EXHIBIT 3961, TWO PAGES, WAS RECEIVED IN |
| 12:54PM | 19 | EVIDENCE.) |
| 12:54PM | 20 | MR. LEACH:  MS. HOLLIMAN, IF WE CAN DISPLAY -- |
| 12:54PM | 21 | ACTUALLY, I'LL USE THE ELMO FOR THIS. |
| 12:54PM | 22 | Q.   DO YOU HAVE THE DOCUMENT IN YOUR BINDER, MS. GANGAKHEDKAR? |
| 12:54PM | 23 | A.   YES. |
| 12:54PM | 24 | Q.   I'M SHOWING YOU THE TOP OF PAGE 2.  DO YOU SEE THAT NOTE |
| 12:55PM | 25 | FROM MR. BALWANI THAT YOU WERE ASKED QUESTIONS ABOUT THE |

12:55PM  1      SOFTWARE TEAM BEING THERE UNTIL 3:07 A.M.?

12:55PM  2      A.   YES.

12:55PM  3      Q.   AND I'D LIKE NOW TO SHOW YOU PAGE 1.  THERE'S AN EMAIL

12:55PM  4      FROM MS. NOYES.  AFTER YOU FORWARDED THIS, "WHAT ABOUT TIME

12:55PM  5      MAKING REAGENTS, QUALIFYING REAGENTS, DATA PROCESSING,

12:55PM  6      PROCESSING THE SAMPLES AND ALIQUOTING THINGS, TROUBLESHOOTING

12:55PM  7      ISSUES THAT COME UP AND REOPTIMIZING THE NEW TECAN.  THIS IS SO

12:55PM  8      FRUSTRATING AND INSULTING WHEN WE ARE ALL WORKING SO HARD."

12:55PM  9          IS THIS SOME OF THE FRUSTRATION YOU RECEIVED FROM YOUR

12:55PM  10     TEAM?

12:55PM  11     A.   YES.

12:55PM  12     Q.   OKAY.  AND WHAT IS MEANT BY "MAKING REAGENTS AND

12:56PM  13     QUALIFYING REAGENTS," ET CETERA?  CAN YOU GIVE US A SENSE OF

12:56PM  14     WHAT THAT MEANS?

12:56PM  15     A.   YEAH.  SO THESE ARE REAGENTS THAT ARE USED IN THE ASSAY.

12:56PM  16     SO THESE ARE AGENTS THAT WOULD BE ADDED INTO THE CARTRIDGE FOR

12:56PM  17     THE TEST, AND SO THEY COULDN'T JUST BE USED OFF THE SHELF.  SO

12:56PM  18     WE HAD TO BUY THE RAW MATERIALS, PROCESS THEM, QUALIFY THOSE

12:56PM  19     REAGENTS, AND THEN USE THEM IN OUR TESTS.

12:56PM  20     Q.   AND THAT'S ALL WORK THAT IS NECESSARY TO VALIDATE AN ASSAY

12:56PM  21     IN CLIA?

12:56PM  22     A.   YES.

12:56PM  23     Q.   AND THAT'S ALL WORK THAT NEEDED TO BE DONE,

12:56PM  24     NOTWITHSTANDING THE ASSAY DEVELOPMENT REPORTS THAT YOU AND YOUR

12:56PM  25     TEAM PREPARED?

12:56PM  1     A.   YES.

12:56PM  2     Q.   AND MS. SIVARAMAN RESPONDS, "THIS IS AS MUCH AS WE CAN

12:56PM  3     TAKE ALSO NOT THE FIRST TIME.  WE SHOULD MEET WITH THEM IN

12:56PM  4     'REAL' TIME AND EXPLAIN THAT THIS IS UNFAIR.  ALSO BRING UP ALL

12:56PM  5     THE ISSUES."

12:57PM  6          AND YOU WROTE "AGREE!"

12:57PM  7          WAS THAT AN ACCURATE REFLECTION OF YOUR SENTIMENT AT THE

12:57PM  8     TIME?

12:57PM  9     A.   YES.

12:57PM  10    Q.   AND ONE MORE QUESTION BRIEFLY ABOUT MS. NOYES.

12:57PM  11         I'M SHOWING YOU WHAT IS IN EVIDENCE AS EXHIBIT 9397.

12:57PM  12         DO YOU RECALL BEING ASKED QUESTIONS ABOUT THIS TSH ASSAY

12:57PM  13    DEVELOPMENT REPORT DURING YOUR CROSS-EXAMINATION?

12:57PM  14    A.   YES.

12:57PM  15    Q.   AND THIS WAS PREPARED BY TINA NOYES WHO WORKED FOR YOU?

12:57PM  16    A.   YES.

12:57PM  17    Q.   AND AGAIN, IS AN ASSAY DEVELOPMENT REPORT THE SAME THING

12:57PM  18    AS VALIDATION IN THE CLIA LAB?

12:57PM  19    A.   NO.

12:57PM  20    Q.   AND DOES THE LATTER INVOLVE MORE WORK?

12:57PM  21    A.   YES.

12:57PM  22    Q.   AND WAS MS. NOYES ONE OF THE INDIVIDUALS WHO RESIGNED ON

12:58PM  23    THE SAME DAY THAT YOU DID?

12:58PM  24    A.   YES.

12:58PM  25    Q.   OKAY.  THANK YOU, MS. GANGAKHEDKAR.

GANGAKHEDKAR REDIRECT BY MR. LEACH                                    1377

12:58PM  1            THANK YOU, YOUR HONOR.  I HAVE NO FURTHER QUESTIONS?

12:58PM  2                 THE COURT:  RECROSS?

12:58PM  3                 MR. WADE:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

12:58PM  4                 THE COURT:  MAY THIS WITNESS BE EXCUSED?

12:58PM  5                 MR. LEACH:  YES, YOUR HONOR.  THANK YOU.

12:58PM  6                 MR. WADE:  SHE MAY.  THANK YOU.

12:58PM  7                 THE COURT:  THANK YOU.  YOU'RE EXCUSED.  THANK YOU.

12:58PM  8                 THE WITNESS:  THANK YOU.

12:58PM  9                 THE COURT:  YOU'RE WELCOME.  YOU CAN JUST LEAVE ALL

12:58PM 10     OF THAT THERE, PLEASE.

12:58PM 11           FOLKS, PLEASE FEEL FREE TO STAND UP AND STRETCH FOR JUST A

12:58PM 12     MOMENT.

12:58PM 13           (STRETCHING.)

12:58PM 14                 THE COURT:  I'LL ASK THE GOVERNMENT IF THEY HAVE

12:58PM 15     ANOTHER WITNESS.

12:58PM 16                 MR. BOSTIC:  YES, YOUR HONOR.

12:59PM 17           THE GOVERNMENT CALLS DR. AUDRA ZACHMAN.

12:59PM 18                 THE CLERK:  COUNSEL, THE BINDERS.

12:59PM 19           (PAUSE IN PROCEEDINGS.)

12:59PM 20                 THE COURT:  GOOD AFTERNOON.  IF YOU WOULD WORK YOUR

12:59PM 21     WAY UP HERE AND FACE OUR COURTROOM DEPUTY WHILE YOU RAISE YOUR

12:59PM 22     RIGHT HAND, SHE HAS A QUESTION FOR YOU.

12:59PM 23           **(GOVERNMENT'S WITNESS, AUDRA ZACHMAN, WAS SWORN.)**

12:59PM 24                 THE WITNESS:  YES.

12:59PM 25                 THE CLERK:  THANK YOU.

ZACHMAN DIRECT BY MR. BOSTIC                                              1378

12:59PM   1              THE COURT:  PLEASE HAVE A SEAT.  MAKE YOURSELF

12:59PM   2    COMFORTABLE.

01:00PM   3         FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED.

01:00PM   4    I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

01:00PM   5         WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

01:00PM   6    AND THEN SPELL IT, PLEASE.

01:00PM   7              THE WITNESS:  SURE.  AUDRA ZACHMAN.  A-U-D-R-A.

01:00PM   8    Z-A-C-H-M-A-N.

01:00PM   9              THE COURT:  THANK YOU.  COUNSEL.

01:00PM  10                       **DIRECT EXAMINATION**

01:00PM  11    BY MR. BOSTIC:

01:00PM  12    Q.   GOOD AFTERNOON, DR. ZACHMAN.

01:00PM  13    A.   THANK YOU.

01:00PM  14    Q.   FIRST OF ALL, WE'RE BOTH WEARING MASKS RIGHT NOW.  MY

01:00PM  15    UNDERSTANDING FROM THE COURT IS THAT IF YOU'RE VACCINATED AND

01:00PM  16    COMFORTABLE TESTIFYING WITHOUT A MASK OR WOULD PREFER TO DO SO,

01:00PM  17    YOU'RE WELCOME TO REMOVE YOUR MASK.

01:00PM  18    A.   THANK YOU.  I AM.

01:00PM  19    Q.   CAN YOU START BY TELLING US IF YOU'RE CURRENTLY EMPLOYED?

01:00PM  20    A.   I AM.

01:00PM  21    Q.   AND WHERE ARE YOU CURRENTLY EMPLOYED?

01:00PM  22    A.   SOUTHWEST CONTEMPORARY WOMEN'S CARE IN PHOENIX, ARIZONA.

01:00PM  23    Q.   AND WHAT KIND OF BUSINESS IS THAT?

01:00PM  24    A.   IT'S AN OBGYN PRACTICE.

01:00PM  25    Q.   AND WHAT IS YOUR POSITION THERE AT SOUTHWEST?

ZACHMAN DIRECT BY MR. BOSTIC                                          1379

01:00PM  1    A.   I'M A NURSE PRACTITIONER.

01:00PM  2    Q.   AND WHAT IS A NURSE PRACTITIONER?

01:01PM  3    A.   IT IS A PROVIDER WHO HAS BEEN TRAINED AND LICENSED TO TAKE

01:01PM  4    CARE OF PATIENTS SPECIFICALLY IN MY FIELD AND IN WOMEN'S

01:01PM  5    HEALTH.

01:01PM  6    Q.   AND HOW DOES THE ROLE OF A NURSE PRACTITIONER COMPARE TO

01:01PM  7    THE ROLE OF, SAY, A REGISTERED NURSE OR A MEDICAL DOCTOR?

01:01PM  8    A.   SURE.  A NURSE PRACTITIONER HAS MORE EDUCATION THAN A

01:01PM  9    REGISTERED NURSE, AND WE CAN WORK INDEPENDENTLY THEN, WHERE A

01:01PM  10   REGISTERED NURSE WORKS UNDER THE ORDERS OF A NURSE PRACTITIONER

01:01PM  11   OR A PHYSICIAN.

01:01PM  12       A PHYSICIAN HAS A DIFFERENT AVENUE OF EDUCATION AS WELL,

01:01PM  13   USUALLY WITH MORE YEARS SPECIALIZING IN A FIELD THAN A NURSE

01:01PM  14   PRACTITIONER.

01:01PM  15   Q.   DO REGISTERED NURSES WORK AUTONOMOUSLY THE WAY NURSE

01:02PM  16   PRACTITIONERS DO?

01:02PM  17   A.   NO, THEY DON'T.

01:02PM  18   Q.   DO NURSE PRACTITIONERS EVER SUPERVISE REGISTERED NURSES?

01:02PM  19   A.   YES.

01:02PM  20   Q.   YOU SAID THAT SOUTHWEST WAS AN OBGYN PRACTICE; IS THAT

01:02PM  21   CORRECT?

01:02PM  22   A.   THAT'S CORRECT.

01:02PM  23   Q.   AND CAN YOU DESCRIBE JUST AT A HIGH LEVEL YOUR INDIVIDUAL

01:02PM  24   PRACTICE AT SOUTHWEST?

01:02PM  25   A.   SURE.  SO I SEE WOMEN FOR THEIR GYNECOLOGICAL OR

ZACHMAN DIRECT BY MR. BOSTIC                                              1380

01:02PM   1    OBSTETRICAL NEEDS, IF THEY ARE PREGNANT OR TRYING TO CONCEIVE

01:02PM   2    OR TRYING TO PREVENT PREGNANCY OR HAVING CONCERNS RELATED TO

01:02PM   3    THEIR WOMEN'S HEALTH AT AGE 13 TO 99, ANYWHERE IN THERE.

01:02PM   4    Q.   AND FOR HOW LONG HAVE YOU BEEN A NURSE PRACTITIONER AT

01:02PM   5    SOUTHWEST?

01:02PM   6    A.   EIGHT YEARS.

01:02PM   7    Q.   IN YOUR PRACTICE DID YOU HAVE AN OPPORTUNITY TO HAVE

01:03PM   8    EXPERIENCE WITH TEST RESULTS FROM A COMPANY CALLED THERANOS?

01:03PM   9    A.   I DID.

01:03PM  10    Q.   AND WAS THERE A TIME PERIOD WHEN YOU WERE USING THERANOS

01:03PM  11    FOR BLOOD TESTING SERVICES FOR YOUR PATIENTS?

01:03PM  12    A.   YES.

01:03PM  13    Q.   AND I'LL ASK THIS JUST AS A YES OR NO QUESTION FOR NOW.

01:03PM  14    DID THERE COME A TIME WHEN YOU DECIDED TO NO LONGER USE

01:03PM  15    THERANOS FOR BLOOD TESTING SERVICES?

01:03PM  16    A.   YES.

01:03PM  17    Q.   AND HOW DID YOU FIRST HEAR ABOUT THE COMPANY THERANOS?

01:03PM  18    A.   IN 2014 I WAS WORKING AT SOUTHWEST, AND I WAS HEAD OF A

01:03PM  19    GROUP THAT WE CREATED CALLED THE PRODUCT COMMITTEE TO BE ABLE

01:03PM  20    TO WEED THROUGH THE DIFFERENT PRODUCTS THAT WOULD COME THROUGH

01:03PM  21    THE OFFICE AND TRY TO GAIN OUR ATTENTION AND OUR BUSINESS, AND

01:03PM  22    THERANOS WAS ONE OF THEM.

01:03PM  23    Q.   YOU SAID -- WAS IT CALLED THE PRODUCT COMMITTEE AT

01:04PM  24    SOUTHWEST?

01:04PM  25    A.   THAT'S CORRECT.

ZACHMAN DIRECT BY MR. BOSTIC                                                          1381

01:04PM   1      Q.   AND DID THAT COMMITTEE ALSO EVALUATE SERVICES LIKE TESTING

01:04PM   2      LABS, FOR EXAMPLE?

01:04PM   3      A.   YES.

01:04PM   4      Q.   AND HOW DID THERANOS COME TO THE ATTENTION OF THE PRODUCT

01:04PM   5      COMMITTEE AT SOUTHWEST?

01:04PM   6      A.   A REPRESENTATIVE CAME THROUGH THE OFFICE, I'M NOT SURE

01:04PM   7      WHO, AND DROPPED OFF A CARD AND WANTED TO HAVE A COUPLE OF

01:04PM   8      MINUTES OF ATTENTION TO DISCUSS THAT, THERANOS AS AN OPTION.

01:04PM   9           AND I WAS SEEING PATIENTS AT THE TIME SO IT WAS JUST MORE

01:04PM  10      OF THE GATHERING OF THAT INFORMATION AND THAT I WOULD BE ABLE

01:04PM  11      TO GET BACK TO THEM WHEN AVAILABLE.

01:04PM  12      Q.   AND DO YOU REMEMBER APPROXIMATELY WHEN IN TIME THAT WAS

01:04PM  13      THAT FIRST CONTACT WITH SOMEONE FROM THERANOS?

01:04PM  14      A.   I THINK IT WAS IN THE SUMMER OF 2014.

01:04PM  15      Q.   AND DID THAT INITIAL CONTACT LEAD TO MORE SUBSTANTIVE

01:04PM  16      DISCUSSION WITH THERANOS?

01:04PM  17      A.   YES.  SO THEN I REACHED OUT TO THE REPRESENTATIVE VIA

01:04PM  18      EMAIL TO BE ABLE TO SET UP AN APPROPRIATE TIME.

01:05PM  19           WE HAD PRODUCT COMMITTEE MEETINGS WHERE WE WOULD LINE UP A

01:05PM  20      PARTICULAR NUMBER OF PHARMACEUTICAL COMPANIES OR

01:05PM  21      REPRESENTATIVES FROM LABORATORIES TO BE ABLE TO COME AND

01:05PM  22      SHOWCASE IF YOU WILL.

01:05PM  23      Q.   AND DID SOMEONE FROM THERANOS END UP PRESENTING TO THE

01:05PM  24      PRODUCT COMMITTEE?

01:05PM  25      A.   YES.

ZACHMAN DIRECT BY MR. BOSTIC                                    1382

01:05PM  1    Q.   AND WAS THAT ALSO IN THE SUMMER OF 2014?

01:05PM  2    A.   YES.

01:05PM  3    Q.   AND DID YOU AND OTHERS AT SOUTHWEST LEARN MORE ABOUT THE

01:05PM  4    COMPANY AND WHAT IT WAS OFFERING AT THE TIME?

01:05PM  5    A.   YES.  WE LEARNED THAT IT WOULD BE A GOOD OPTION FOR OUR

01:05PM  6    PATIENTS.  WE FELT THAT AT THE TIME THAT IT WAS SOMETHING THAT

01:05PM  7    MIGHT BE MORE COST EFFECTIVE, HAVE A BETTER TURN AROUND TIME

01:05PM  8    FOR LAB RESULTS, MAYBE BE LESS INVASIVE BY OFFERING A

01:05PM  9    FINGERSTICK INSTEAD OF A TRADITIONAL VENOUS PUNCTURE, AND HAVE

01:06PM  10   GOOD ACCESSIBILITY AS IT WAS I THINK GOING TO BE CLOSE IN

01:06PM  11   PROXIMITY TO OUR OFFICE LOCATION.

01:06PM  12   Q.   DID YOUR ROLE ON THE PRODUCT COMMITTEE ALSO INCLUDE NOT

01:06PM  13   JUST ORGANIZING THOSE PRESENTATIONS BUT ALSO EVALUATING

01:06PM  14   PRESENTATIONS AND DECIDING WHETHER TO ENTER INTO PARTNERSHIPS

01:06PM  15   WITH VENDORS?

01:06PM  16   A.   YES.  SO THE PRODUCT COMMITTEE MEETINGS WHICH WERE

01:06PM  17   ORCHESTRATED BY ME WERE OFFERED AS AN OPPORTUNITY FOR ALL OF

01:06PM  18   THE PROVIDERS IN THE PRACTICE TO BE ABLE TO ATTEND, BUT OFTEN

01:06PM  19   IT WAS DURING LUNCH HOURS AND NOT A LOT OF OUR PROVIDERS WERE.

01:06PM  20        SO THEN I ALSO ACTED AS A LIAISON KIND OF CARRYING THAT

01:06PM  21   INFORMATION OVER TO OUR PROVIDER MEETINGS SAYING WHAT -- KIND

01:06PM  22   OF THE BULLET POINT INFORMATION THAT WAS GIVEN AT THE PRIOR

01:06PM  23   MEETING AND THEN MY OPINION ABOUT IT.

01:07PM  24   Q.   WHEN IT CAME TO EVALUATING THERANOS FOR POTENTIAL BLOOD

01:07PM  25   TESTING SERVICES, DID YOU HAVE A SENSE OF WHAT FACTORS WERE

ZACHMAN DIRECT BY MR. BOSTIC                                           1383

01:07PM   1    IMPORTANT TO YOUR PRACTICE IN DECIDING WHETHER TO USE THE LAB

01:07PM   2    OR NOT?

01:07PM   3    A.   UH-HUH.  I THINK IT WAS IMPORTANT TO MYSELF AND TO ALL OF

01:07PM   4    THE PROVIDERS IN THE OFFICE THAT IT BE A LAB THAT WAS RELIABLE,

01:07PM   5    COST EFFECTIVE, GOOD TURN AROUND TIME FOR THE RESULTS,

01:07PM   6    CONVENIENT.

01:07PM   7    Q.   WHEN YOU SAY RELIABLE, TELL ME MORE ABOUT THAT?  WHAT DOES

01:07PM   8    THAT MEAN FOR A LAB TO BE RELIABLE?

01:07PM   9    A.   FOR THE RESULTS THAT ARE BEING RECEIVED TO BE ACCURATE IN

01:07PM  10    WHAT THEY'RE REPRESENTING.

01:07PM  11    Q.   AND WHEN YOU'RE TALKING ABOUT DIFFERENT FACTORS THAT WERE

01:07PM  12    IMPORTANT TO YOUR DECISION, WHERE DO YOU RANK KIND OF THE

01:08PM  13    ACCURACY, RELIABILITY OF THE TESTS IN THAT LIST?

01:08PM  14    A.   I WOULD RANK IT AS MOST IMPORTANT.

01:08PM  15    Q.   AND WHY IS THAT?

01:08PM  16    A.   WELL, IF YOU RECEIVE A LAB RESULT AND YOU HAVE TO WONDER

01:08PM  17    OR YOU'RE NOT SURE IF IT'S ACCURATE OR NOT, THEN ANY CLINICAL

01:08PM  18    DECISIONS THAT YOU ARE GOING TO BASE OFF OF THAT RESULT ARE

01:08PM  19    NULL AND VOID.

01:08PM  20    Q.   AND YOU'RE TALKING ABOUT DECISIONS RELATING TO PATIENT

01:08PM  21    CARE?

01:08PM  22    A.   CORRECT.

01:08PM  23    Q.   ULTIMATELY AROUND THAT TIME IN THE SUMMER OF 2014 DID

01:08PM  24    SOUTHWEST DECIDE TO START USING THERANOS FOR BLOOD TESTING

01:08PM  25    SERVICES?

ZACHMAN DIRECT BY MR. BOSTIC                                    1384

01:08PM  1     A.   WE DID.

01:08PM  2     Q.   AND WAS THERE ALSO DISCUSSION AROUND THAT TIME ABOUT

01:08PM  3     THERANOS SETTING UP A PRESENCE INSIDE ONE OF SOUTHWEST'S

01:08PM  4     LOCATIONS?

01:09PM  5     A.   YES.  WE HAVE THREE OFFICE LOCATIONS, SO IT'S NOT IN THE

01:09PM  6     CLINIC THAT I'M BASED OUT OF, BUT IN ONE OF OUR OTHER LOCATIONS

01:09PM  7     WE HAD AN OPEN LAB OFFICE RIGHT BELOW OUR PRACTICE WHERE THEY

01:09PM  8     WERE ABLE TO SET UP A PRESENCE.

01:09PM  9     Q.   AND WHAT WAS YOUR UNDERSTANDING OF WHAT WOULD THE BENEFITS

01:09PM 10     OR THE EFFECT BE OF THERANOS HAVING A PRESENCE THERE?

01:09PM 11     A.   UH-HUH.  IT WAS MENTIONED TO BE VERY EXCITING CERTAINLY

01:09PM 12     FROM A PROVIDER PERSPECTIVE TO BE ABLE TO ORDER A TEST AND JUST

01:09PM 13     TELL THE PATIENT, YOU KNOW, YOU JUST WALK DOWN THESE STAIRS AND

01:09PM 14     YOU CAN GET DRAWN FOR THAT.

01:09PM 15         SO IT'S CONVENIENT TO THE PATIENT, BUT IT ALSO IS HELPFUL

01:09PM 16     TO THE PROVIDER KNOWING THAT WHATEVER YOU'RE LOOKING FOR,

01:09PM 17     WHATEVER LAB YOU WANT IS GETTING DRAWN AT THAT TIME.

01:10PM 18     Q.   AND DID YOU PERSONALLY SEND SOME OF YOUR PATIENTS TO GET

01:10PM 19     BLOOD TESTING SERVICES AT THERANOS?

01:10PM 20     A.   I DID.

01:10PM 21     Q.   AND LET'S TALK ABOUT ONE PATIENT IN PARTICULAR.

01:10PM 22         DID YOU TREAT A PATIENT NAMED BRITTANY GOULD IN YOUR

01:10PM 23     PRACTICE?

01:10PM 24     A.   I DID.

01:10PM 25     Q.   AND WHEN DID MS. GOULD FIRST BECOME A PATIENT OF YOURS

ZACHMAN DIRECT BY MR. BOSTIC                                      1385

01:10PM  1      APPROXIMATELY?

01:10PM  2      A.   IN THE BEGINNING OF 2014 I SAW HER FOR ROUTINE WOMEN'S

01:10PM  3      WELLNESS, AND THEN IN THE SUMMER OF 2014 I SAW HER FOR A

01:10PM  4      PREGNANCY LOSS, AND AGAIN IN SEPTEMBER OF 2014.

01:10PM  5      Q.   YOU SAW HER AGAIN IN SEPTEMBER OF 2014?

01:10PM  6      A.   FOR A SUBSEQUENT PREGNANCY.

01:10PM  7      Q.   SO TELL US ABOUT THAT.  WHAT WAS THE STATUS OF THINGS

01:10PM  8      DURING THAT VISIT OF SEPTEMBER 2014?

01:10PM  9      A.   UH-HUH.  SO I SAW BRITTANY.  SHE HAD HAD A POSITIVE

01:11PM  10     PREGNANCY TEST AT HOME.  SHE HAD HAD PREVIOUS MISCARRIAGES, AND

01:11PM  11     SO THAT VISIT WAS EARLY ON IN THE PREGNANCY AS SHE WAS WANTING

01:11PM  12     TO ESTABLISH CARE EARLY, AND I WAS WANTING TO GIVE REASSURANCE

01:11PM  13     TO HER AND TO US OF THE WELL BEING OF HER PREGNANCY.

01:11PM  14          SO IT WAS A VISIT TO ESTABLISH, YES, SHE IS PREGNANT, AND

01:11PM  15     TO LOOK AT THE HEALTH OF THE PREGNANCY.

01:11PM  16     Q.   AND DID THIS PATIENT'S PARTICULAR HISTORY THAT YOU

01:11PM  17     MENTIONED PLAY INTO THE DECISIONS THAT YOU MADE SUBSEQUENTLY

01:11PM  18     ABOUT HOW TO APPROACH THE EARLY STAGE OF THE PREGNANCY?

01:11PM  19     A.   ABSOLUTELY.  SO SHE HAD HAD THREE MISCARRIAGES PRIOR TO

01:11PM  20     OUR VISIT IN SEPTEMBER, AND IN OBSTETRICS THAT'S CONSIDERED

01:11PM  21     INCURRED PREGNANCY LOSS, WHICH THAT PUTS HER INTO A HIGH RISK

01:12PM  22     PREGNANCY CATEGORY, SO WE FOLLOW THOSE PREGNANCIES MORE

01:12PM  23     CLOSELY, PARTICULARLY IN EARLY PREGNANCY WHERE WE WERE DRAW

01:12PM  24     SERUM QUANTS TO LOOK AT THE HEALTH OF THE PREGNANCY, AN HCG

01:12PM  25     QUANT.

ZACHMAN DIRECT BY MR. BOSTIC                                      1386

01:12PM   1    Q.   AND THAT IS MY NEXT QUESTION, TOO.  WHAT IS AN HCG QUANT

01:12PM   2    IN THAT CONTEXT?

01:12PM   3    A.   SO IT'S A HORMONE THAT IS PRODUCED EARLY IN THE PREGNANCY

01:12PM   4    BUT THROUGHOUT THE PREGNANCY BUT RISES IN EARLY PREGNANCY

01:12PM   5    BEFORE WE'RE ABLE TO SEE VIABILITY OR FETAL WELL BEING ON AN

01:12PM   6    ULTRASOUND.

01:12PM   7    Q.   AND DID YOU ORDER A SERIES OF HCG QUANTITATIVE TESTS FOR

01:12PM   8    BRITTANY GOULD?

01:12PM   9    A.   I DID.

01:12PM  10    Q.   ONE MOMENT, YOUR HONOR.  I APOLOGIZE.

01:12PM  11         (PAUSE IN PROCEEDINGS.)

01:12PM  12              MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

01:13PM  13              THE COURT:  YES.

01:13PM  14              MR. BOSTIC:  (HANDING.)

01:13PM  15              THE COURT:  DO YOU HAVE THIS?

01:13PM  16              MR. BOSTIC:  YES, I HAVE PROVIDED A COPY TO THE

01:13PM  17    DEFENSE.

01:13PM  18              THE COURT:  THANK YOU.

01:13PM  19    BY MR. BOSTIC:

01:13PM  20    Q.   DR. ZACHMAN, YOU HAVE A BINDER OF DOCUMENTS IN FRONT OF

01:13PM  21    YOU?

01:13PM  22    A.   YES.

01:13PM  23    Q.   AND CAN I ASK YOU, PLEASE, IN THAT BINDER TO TURN TO TAB

01:13PM  24    5410.  LET ME KNOW WHEN YOU'RE THERE.

01:13PM  25    A.   I'M THERE.

ZACHMAN DIRECT BY MR. BOSTIC                                          1387

01:13PM   1    Q.   DO YOU RECOGNIZE THE DOCUMENT MARKED AS 5410?

01:13PM   2    A.   I DO.

01:13PM   3    Q.   AND WHAT IS THAT DOCUMENT?

01:13PM   4    A.   IT'S AN HCG QUANT WITH A VALUE OF 1005.

01:13PM   5    Q.   AND IS THIS A BLOOD TEST VALUE FOR A PARTICULAR PATIENT?

01:13PM   6    A.   YES.  SO THIS IS FOR BRITTANY GOULD.

01:13PM   7         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:13PM   8    ADMIT 5410, AND I UNDERSTAND THAT THE DEFENSE HAS STIPULATED.

01:13PM   9         MS. TREFZ:  THAT'S CORRECT, YOUR HONOR.

01:14PM  10         THE COURT:  ALL RIGHT.  IT'S ADMITTED.

01:14PM  11        (GOVERNMENT'S EXHIBIT 5410 WAS RECEIVED IN EVIDENCE.)

01:14PM  12         MR. BOSTIC:  MAY WE PUBLISH?

01:14PM  13         THE COURT:  YES.

01:14PM  14         MR. BOSTIC:  MS. HOLLIMAN, LET'S DISPLAY 5410,

01:14PM  15    PLEASE.  AND IF WE CAN ZOOM IN ON THE TOP HALF.

01:14PM  16    Q.   DR. ZACHMAN, CAN YOU JUST WALK US THROUGH WHAT WE'RE

01:14PM  17    LOOKING AT HERE?

01:14PM  18    A.   SURE.  SO THIS IS BRITTANY'S HCG VALUE DRAWN ON

01:14PM  19    SEPTEMBER 30TH OF 2014 BY QUEST DIAGNOSTICS.

01:14PM  20         IT'S SHOWING, AGAIN, THAT IT'S 1005, WHICH CONFIRMS A

01:14PM  21    POSITIVE PREGNANCY STATUS.

01:14PM  22    Q.   SORRY.  LET ME ASK FIRST, THE DATE OF THIS DRAW WAS

01:14PM  23    SEPTEMBER 30TH, 2014.

01:14PM  24         IS THAT WHAT IS INDICATED HERE?

01:14PM  25    A.   YES.

01:14PM  1    Q.   AND WHEN WAS THAT DATE IN RELATION TO YOUR FIRST VISIT

01:14PM  2    WHEN MS. GOULD CAME IN WITH THE INITIAL REPORT OF A PREGNANCY?

01:15PM  3    A.   I'M NOT CERTAIN.  I WOULD THINK THAT I WOULD HAVE HAD IT

01:15PM  4    DRAWN THE DAY OF OR AT LEAST ORDERED IT THAT DAY.

01:15PM  5    Q.   OKAY.  LET'S MOVE NEXT TO EXHIBIT 2044.

01:15PM  6        YOUR HONOR, I WOULD MOVE THIS ONE INTO EVIDENCE AS WELL.

01:15PM  7    IT'S ALSO SUBJECT TO STIPULATION.

01:15PM  8            MS. TREFZ:  THAT'S CORRECT, YOUR HONOR.

01:15PM  9            THE COURT:  ALL RIGHT.  IT'S ADMITTED.  IT MAY BE

01:15PM  10   PUBLISHED.  THANK YOU.

01:15PM  11       (GOVERNMENT'S EXHIBIT 2044 WAS RECEIVED IN EVIDENCE.)

01:15PM  12   BY MR. BOSTIC:

01:15PM  13   Q.   DR. ZACHMAN, DO YOU SEE EXHIBIT 2044 IN FRONT OF YOU?

01:15PM  14   A.   I DO.

01:15PM  15   Q.   WHAT IS EXHIBIT 2044, FIRST LOOKING AT PAGE 1?

01:15PM  16   A.   SO THIS IS ANOTHER QUANT VALUE DRAWN TWO DAYS LATER ON

01:15PM  17   OCTOBER 2ND SHOWING A VALUE OF 12,558.

01:15PM  18   Q.   FOR NOW WE'LL JUST GO THROUGH THE RESULTS AND THEN LATER

01:16PM  19   I'LL ASK YOU FOR WHAT THEY SIGNIFIED TO YOU?

01:16PM  20   A.   SURE.

01:16PM  21           THE COURT:  MR. BOSTIC, BEFORE WE GO FURTHER, I'D

01:16PM  22   ASK THAT THE PHONE NUMBER OF THE PATIENT BE REDACTED IF THAT'S,

01:16PM  23   IF THAT'S THERE.  THAT SHOULD BE REDACTED BEFORE IT'S ENTERED

01:16PM  24   INTO EVIDENCE, PLEASE.

01:16PM  25           MR. BOSTIC:  YOUR HONOR, I BELIEVE IT IS REDACTED ON

01:16PM  1    THE VERSION THAT IS DISPLAYING ON THE SCREEN RIGHT NOW, AND

01:16PM  2    WE'LL MAKE SURE THAT IT'S -- I DO SEE A PHONE NUMBER FOR THE

01:16PM  3    PRACTICE ITSELF.

01:16PM  4              THE COURT:  I SEE.

01:16PM  5              MR. BOSTIC:  THAT'S FOR THE PHYSICIAN.

01:16PM  6              THE COURT:  THAT'S FOR THE PHYSICIAN.

01:16PM  7              MR. BOSTIC:  THAT'S MY UNDERSTANDING.

01:16PM  8              THE COURT:  THANK YOU.

01:16PM  9              MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:16PM  10   Q.   DR. ZACHMAN, THE PREVIOUS LAB THAT WE LOOKED AT WAS FROM A

01:16PM  11   LAB CALLED SONORA QUEST; IS THAT CORRECT?

01:16PM  12   A.   YES.

01:16PM  13   Q.   AND WHAT LAB PROVIDED THE RESULT THAT WE'RE LOOKING AT

01:16PM  14   HERE?

01:16PM  15   A.   THERANOS.

01:16PM  16   Q.   AND AGAIN, THE DATE OF THIS LAB RESULT?

01:16PM  17   A.   THE SECOND OF OCTOBER.

01:16PM  18   Q.   OKAY.  AND, MS. HOLLIMAN, LET'S GO TO PAGE 2 OF

01:16PM  19   EXHIBIT 2044.  AGAIN, LET'S ZOOM IN ON THE TOP HALF.

01:17PM  20        DR. ZACHMAN, DO YOU SEE PAGE 2 OF EXHIBIT 2044?

01:17PM  21   A.   I DO.

01:17PM  22   Q.   AND WHAT ARE WE LOOKING AT HERE?

01:17PM  23   A.   ANOTHER QUANT VALUE DRAWN TWO DAYS LATER ON THE 4TH OF

01:17PM  24   OCTOBER 2014 FOR THE SAME PATIENT SHOWING THE RESULTS OF 125.58

01:17PM  25   ALSO DRAWN AT THERANOS?

ZACHMAN DIRECT BY MR. BOSTIC                                        1390

01:17PM  1    Q.   LET'S MOVE NEXT TO EXHIBIT 3305.

01:17PM  2         YOUR HONOR, I WOULD ALSO MOVE THIS INTO EVIDENCE SUBJECT

01:17PM  3    TO STIPULATION?

01:17PM  4              MS. TREFZ:  NO OBJECTION.

01:17PM  5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:17PM  6         (GOVERNMENT'S EXHIBIT 3305 WAS RECEIVED IN EVIDENCE.)

01:17PM  7              MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN ZOOM IN ON THE

01:17PM  8    TOP HALF.

01:18PM  9    Q.   DR. ZACHMAN, ARE YOU LOOKING AT ANOTHER LAB TEST RESULT

01:18PM 10    FOR MS. GOULD?

01:18PM 11    A.   I AM.

01:18PM 12    Q.   AND WHAT WAS THE DATE OF THIS SAMPLE?

01:18PM 13    A.   THE 6TH OF OCTOBER, 2014.

01:18PM 14    Q.   SO TWO DAYS AFTER THE LAST SAMPLE THAT WE JUST LOOKED AT?

01:18PM 15    A.   CORRECT.

01:18PM 16    Q.   AND WHAT PROVIDER RAN THIS TEST?

01:18PM 17    A.   QUEST DIAGNOSTICS.

01:18PM 18    Q.   AND WHAT WAS THE HCG VALUE FOR MS. GOULD ON THIS DATE?

01:18PM 19    A.   9559.

01:18PM 20    Q.   OKAY.  THANK YOU.

01:18PM 21         FINALLY, LET'S LOOK AT EXHIBIT 5411, PLEASE, WHICH I WOULD

01:18PM 22    ALSO OFFER INTO EVIDENCE SUBJECT TO THE DEFENSE STIPULATION.

01:18PM 23              MS. TREFZ:  THAT'S CORRECT.

01:18PM 24              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:18PM 25         (GOVERNMENT'S EXHIBIT 5411 WAS RECEIVED IN EVIDENCE.)


                         UNITED STATES COURT REPORTERS

01:18PM   1       BY MR. BOSTIC:

01:18PM   2       Q.   DR. ZACHMAN, FINALLY, DO YOU SEE YET ANOTHER LAB RESULT

01:18PM   3       REPORT FOR YOUR PATIENT BRITTANY GOULD ON THE SCREEN?

01:18PM   4       A.   I DO.

01:18PM   5       Q.   AND WHAT WAS THE DATE WHEN THIS SAMPLE WAS DRAWN?

01:18PM   6       A.   THE 8TH OF OCTOBER.

01:18PM   7       Q.   TWO DAYS AFTER THE LAST DRAW?

01:19PM   8       A.   CORRECT.

01:19PM   9       Q.   AND WHAT WAS THE LAB PROVIDING THIS RESULT?

01:19PM  10       A.   QUEST DIAGNOSTICS.

01:19PM  11       Q.   IS THAT THE SAME THING AS SONORA QUEST?

01:19PM  12       A.   YES.

01:19PM  13       Q.   AND WHAT WAS THE HCG VALUE ON THIS DATE?

01:19PM  14       A.   17,716.

01:19PM  15       Q.   WE'LL CIRCLE BACK TO THOSE RESULTS IN A MOMENT.

01:19PM  16            FOR NOW LET ME ASK, WHAT WAS THE ULTIMATE OUTCOME OF

01:19PM  17       MS. GOULD'S PREGNANCY?

01:19PM  18       A.   SHE HAD A SUCCESSFUL VIABLE PREGNANCY.

01:19PM  19       Q.   SHE CARRIED HER BABY TO TERM AND THE BIRTH WAS SUCCESSFUL?

01:19PM  20       A.   YES.

01:19PM  21       Q.   GOOD.  I'D LIKE TO ASK YOU ABOUT CONCLUSIONS THAT YOU

01:19PM  22       REACHED BASED ON THE RESULTS THAT WE JUST LOOKED AT.

01:19PM  23            BUT FIRST LET ME ASK YOU A FEW MORE QUESTIONS ABOUT YOUR

01:19PM  24       BACKGROUND AND QUALIFICATIONS.

01:19PM  25       A.   SURE.

ZACHMAN DIRECT BY MR. BOSTIC                                              1392

01:19PM   1    Q.   FIRST, CAN YOU SUMMARIZE FOR US YOUR EDUCATION BEGINNING

01:19PM   2    WITH COLLEGE, PLEASE?

01:19PM   3    A.   SURE.  I HAVE AN UNDERGRADUATE AS A BACHELOR OF NURSING

01:19PM   4    AND A GRADUATE DEGREE AS A DOCTOR OF NURSING PRACTICE IN

01:20PM   5    WOMEN'S HEALTH.

01:20PM   6    Q.   AND FROM WHERE DID YOU OBTAIN THOSE DEGREES?

01:20PM   7    A.   BOTH FROM ARIZONA STATE UNIVERSITY.

01:20PM   8    Q.   HOW ABOUT YOUR PROFESSIONAL EXPERIENCE FOLLOWING YOUR

01:20PM   9    EDUCATION?  CAN YOU GIVE US AN OVERVIEW OF THAT?

01:20PM  10    A.   SURE.  SO ONCE I GRADUATED FROM MY UNDERGRADUATE I BECAME

01:20PM  11    A NURSE, A REGISTERED NURSE WORKING IN LABOR AND DELIVERY AND

01:20PM  12    ANTEPARTUM AND POSTPARTUM OBSTETRICAL UNITS IN THE HOSPITAL.

01:20PM  13         AND THEN I WENT BACK TO SCHOOL AND GRADUATED WITH MY

01:20PM  14    DOCTORATE AND HAVE BEEN WORKING AS A NURSE PRACTITIONER AT

01:20PM  15    SOUTHWEST CONTEMPORARY WOMEN'S CARE SINCE THEN.

01:20PM  16    Q.   DO YOU HOLD ANY PROFESSIONAL LICENSES?

01:20PM  17    A.   I DO.  YOU HAVE TO STAY UP TO DATE ON YOUR RN AND YOUR NP

01:20PM  18    LICENSE, AND THAT REQUIRES CONTINUING EDUCATION AND HANDS-ON

01:21PM  19    PATIENT CARE AND RENEWAL OF LICENSURE.

01:21PM  20    Q.   AND HAVE YOU COMPLIED WITH THOSE RENEWAL REQUIREMENTS OVER

01:21PM  21    THE YEARS?

01:21PM  22    A.   YES.

01:21PM  23    Q.   AND ARE YOUR LICENSES CURRENTLY ACTIVE?

01:21PM  24    A.   YES.

01:21PM  25    Q.   IN THE COURSE OF YOUR EDUCATION THAT YOU JUST SUMMARIZED,

ZACHMAN DIRECT BY MR. BOSTIC                                              1393

01:21PM  1      DID YOU LEARN ABOUT HCG?

01:21PM  2      A.   YES.

01:21PM  3      Q.   AND WHAT IS HCG?

01:21PM  4      A.   IT'S A HORMONE THAT IS PRODUCED IN EARLY PREGNANCY SHOWING

01:21PM  5      A POSITIVE PREGNANCY STATUS AND CAN HELP TO DETERMINE THE

01:21PM  6      OUTCOME OF A PREGNANCY.

01:21PM  7      Q.   SINCE GRADUATING IN YOUR MEDICAL PRACTICE, HAVE YOU HAD

01:21PM  8      EXPERIENCE WITH HCG TESTS AND INTERPRETING THE RESULTS OF THOSE

01:21PM  9      TESTS?

01:21PM  10     A.   YES.

01:21PM  11     Q.   AND CAN YOU DESCRIBE THAT EXPERIENCE?  HOW FREQUENTLY HAVE

01:21PM  12     YOU WORKED WITH HCG TESTS, FOR EXAMPLE?

01:21PM  13     A.   SO IT'S A VERY COMMON TEST TO ORDER IN PREGNANCY,

01:22PM  14     CERTAINLY MORE COMMON TO ORDER, LIKE I WAS SAYING, IN A PATIENT

01:22PM  15     WHO HAS A HISTORY OF PREGNANCY LOSS OR WHERE WE HAVE CONCERN OF

01:22PM  16     HOW THE PREGNANCY IS GOING.

01:22PM  17          I WOULD SAY THAT I HAVE LOOKED AT THOUSANDS OVER THE

01:22PM  18     YEARS.

01:22PM  19     Q.   AND HOW DO YOU ARRIVE AT THAT NUMBER?  HOW DO YOU ESTIMATE

01:22PM  20     THE QUANTITY OF HCG RESULTS THAT YOU'VE REVIEWED?

01:22PM  21     A.   I HAVE SEEN, YOU KNOW, 20 PATIENTS ON AVERAGE A DAY

01:22PM  22     WORKING FOR THE PAST 8 YEARS.  LET'S SAY HALF OF THEM ARE

01:22PM  23     PREGNANT.  AND THAT IN MY PRACTICE SPECIFICALLY THAT CAN --

01:22PM  24     EARLY PREGNANCIES COME TO THE NURSE PRACTITIONERS OFTEN AND THE

01:22PM  25     LEADER IN PREGNANCY, THE PHYSICIANS SEE THEM PRIOR TO DELIVERY.

ZACHMAN DIRECT BY MR. BOSTIC                                    1394

01:22PM 1      SO IF I'M GUESSTIMATING THE MATH ON THAT.

01:22PM 2   Q.   AND YOU ESTIMATED THAT THE TOTAL NUMBER OF HCG RESULTS

01:23PM 3   THAT YOU'VE REVIEWED IN YOUR PRACTICE HAS BEEN IN THE

01:23PM 4   THOUSANDS?

01:23PM 5   A.   I WOULD SAY SO.

01:23PM 6          MR. BOSTIC:  YOUR HONOR, AT THIS TIME THE GOVERNMENT

01:23PM 7   WOULD OFFER DR. ZACHMAN TO GIVE EXPERT TESTIMONY IN THE AREA OF

01:23PM 8   INTERPRETING HUMAN HCG TEST RESULTS.

01:23PM 9          MS. TREFZ:  NO OBJECTION, YOUR HONOR.

01:23PM 10         THE COURT:  ALL RIGHT.  THANK YOU.

01:23PM 11     LADIES AND GENTLEMEN, SOME WITNESSES BECAUSE OF EDUCATION

01:23PM 12  OR EXPERIENCE ARE PERMITTED TO STATE OPINIONS AND THE REASONS

01:23PM 13  FOR THOSE OPINIONS.

01:23PM 14     THIS TESTIMONY SHOULD BE JUDGED LIKE ANY OTHER TESTIMONY,

01:23PM 15  YOU MAY ACCEPT IT OR REJECT IT, AND GIVE IT AS MUCH WEIGHT AS

01:23PM 16  YOU THINK IT DESERVES CONSIDERING THE WITNESS'S EDUCATION AND

01:23PM 17  EXPERIENCES, THE REASONS GIVEN FOR THE OPINION, AND ALL OF THE

01:23PM 18  OTHER EVIDENCE IN THE CASE.

01:23PM 19     YOU WILL RECEIVE A FINAL INSTRUCTION ALSO AS TO HOW YOU

01:23PM 20  MAY CONSIDER THIS EVIDENCE.

01:23PM 21     SO THIS WITNESS MAY BE PERMITTED TO TESTIFY AS AN EXPERT

01:23PM 22  ON THESE ISSUES.

01:23PM 23         MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:23PM 24  Q.   DR. ZACHMAN, YOU TESTIFIED THAT HCG LEVELS WERE RELEVANT

01:23PM 25  TO PREGNANCY STATUS; IS THAT CORRECT?

ZACHMAN DIRECT BY MR. BOSTIC                                          1395

01:24PM  1    A.   THAT'S CORRECT.

01:24PM  2    Q.   AND CAN YOU EXPLAIN FOR US HOW THAT'S THE CASE AND WHAT

01:24PM  3    LEVELS YOU EXPECT TO SEE IN A HEALTHY PREGNANCY?

01:24PM  4    A.   SURE.  SO YOU ANTICIPATE TO SEE HCG VALUES DOUBLE EVERY 48

01:24PM  5    TYPICALLY BUT CAN BE UP TO EVERY 72 HOURS IN EARLY PREGNANCY.

01:24PM  6    Q.   AND AS PART OF YOUR PRACTICE DO YOU FREQUENTLY ORDER A

01:24PM  7    SERIES OF HCG TESTS TO TRACK THAT TREND?

01:24PM  8    A.   YES.  A SINGLE VALUE DOESN'T HOLD A LOT OF WEIGHT TO US

01:24PM  9    TYPICALLY.  IT'S MORE THE TREND THAT WE SEE OVER TWO, THREE,

01:24PM 10    MAYBE FOUR DRAWS.

01:24PM 11    Q.   ONE MOMENT AGAIN, YOUR HONOR.

01:25PM 12         MAY I APPROACH, YOUR HONOR?

01:25PM 13              THE COURT:  YES.

01:25PM 14              MR. BOSTIC:  (HANDING.)

01:25PM 15              THE WITNESS:  THANK YOU.

01:25PM 16    BY MR. BOSTIC:

01:25PM 17    Q.   DR. ZACHMAN, I'VE JUST HANDED YOU A DEMONSTRATIVE EXHIBIT.

01:25PM 18    I'LL ASK YOU TO TAKE A LOOK AT IT AND LET ME KNOW IF THE

01:25PM 19    EXHIBIT THAT I'VE HANDED TO YOU CORRECTLY SUMMARIZES THE TEST

01:25PM 20    VALUES THAT WE JUST LOOKED AT FOR BRITTANY GOULD?

01:25PM 21    A.   YES.

01:25PM 22              MR. BOSTIC:  OKAY.  YOUR HONOR, MAY WE PUBLISH THIS

01:25PM 23    DEMONSTRATIVE UNDER RULE 611?

01:25PM 24              MS. TREFZ:  NO OBJECTION.

01:25PM 25              THE COURT:  IT MAY BE PUBLISHED.  THANK YOU.

ZACHMAN DIRECT BY MR. BOSTIC                                          1396

01:26PM  1    BY MR. BOSTIC:

01:26PM  2    Q.   DR. ZACHMAN, DO YOU SEE THE LISTING IN FRONT OF YOU

01:26PM  3    BRITTANY GOULD'S HCG VALUES?

01:26PM  4    A.   I DO.

01:26PM  5    Q.   AND CAN YOU GO THROUGH THESE ONE BY ONE AND TELL ME WHAT

01:26PM  6    SIGNIFICANCE THEY HELD FOR YOU AS A PRACTITIONER AT THE TIME?

01:26PM  7       LET'S START WITH THE SEPTEMBER 30TH, 2014, RESULT.  FIRST

01:26PM  8    OF ALL, WHAT DID THAT VALUE OF 1005 TELL YOU ABOUT THE

01:26PM  9    PREGNANCY STATUS ON THAT DATE?

01:26PM  10   A.   MERELY THAT SHE IS PREGNANT.

01:26PM  11   Q.   AND WHAT VALUE WOULD YOU EXPECT TO SEE HAD MS. GOULD NOT

01:26PM  12   BEEN PREGNANT ON THAT DATE?

01:26PM  13   A.   LESS THAN 5.

01:26PM  14   Q.   AT THAT TIME DID YOU MAKE A DECISION TO KEEP HAVING

01:26PM  15   MS. GOULD GET HCG TESTS?

01:26PM  16   A.   YES.

01:26PM  17   Q.   AND WHY DID YOU MAKE THAT DECISION?

01:26PM  18   A.   TO FOLLOW THE TREND OF THE HCG'S TO CONFIRM THAT IT WAS

01:26PM  19   MOVING IN A DIRECTION OF A VIABLE PREGNANCY.

01:26PM  20   Q.   DID YOU DECIDE WHERE MS. GOULD WENT FOR HER HCG TESTS, IN

01:27PM  21   OTHER WORDS, WHETHER SHE WENT TO SONORA QUEST OR TO THERANOS?

01:27PM  22   A.   I ENCOURAGED HER TO GO TO THERANOS.

01:27PM  23   Q.   AND WHY WAS THAT?

01:27PM  24   A.   UM, IT WAS CONVENIENT AND FOR SOMEBODY WHO IS BEING DRAWN

01:27PM  25   REPEATEDLY, IF IT WAS AN OPPORTUNITY TO BE LESS INVASIVE, THAT

ZACHMAN DIRECT BY MR. BOSTIC                                         1397

01:27PM  1    WAS ENTICING.

01:27PM  2    Q.   LET'S LOOK AT THAT FIRST THERANOS RESULT THEN.  THIS IS

01:27PM  3    OCTOBER 2ND, 2014; IS THAT CORRECT?

01:27PM  4    A.   YES.

01:27PM  5    Q.   AND SO TWO DAYS AFTER THE SEPTEMBER 30TH DRAW.

01:27PM  6         AND THE RESULT ON THAT DATE WAS 12,558 FOR HCG; IS THAT

01:27PM  7    RIGHT?

01:27PM  8    A.   YES.

01:27PM  9    Q.   AND WHAT WAS THE SIGNIFICANCE OF THAT VALUE TO YOU AT THE

01:27PM 10    TIME?

01:27PM 11    A.   THAT IS MUCH HIGHER THAN I WOULD ANTICIPATE IN A ROUTINE

01:27PM 12    PREGNANCY.

01:27PM 13    Q.   AND YOU TESTIFIED BEFORE THAT YOU WOULD EXPECT IN A

01:28PM 14    HEALTHY PREGNANCY HCG VALUES TO DOUBLE EVERY 48 HOURS?

01:28PM 15    A.   THAT'S CORRECT.

01:28PM 16    Q.   AND SO WHAT VALUE WOULD YOU EXPECT TO SEE?

01:28PM 17    A.   MAYBE 25,000 OR 2500 DEPENDING ON THE TIME OF DAY SHE WAS

01:28PM 18    DRAWN.

01:28PM 19    Q.   LET'S MOVE TO THE SECOND THERANOS RESULT.  THAT'S ON

01:28PM 20    OCTOBER 4TH, 2014; CORRECT?

01:28PM 21    A.   YES.

01:28PM 22    Q.   AND WHAT WAS THE VALUE FOR MS. GOULD'S HCG ON THAT DATE

01:28PM 23    ACCORDING TO THERANOS?

01:28PM 24    A.   125.

01:28PM 25    Q.   AND WHAT DID THAT RESULT MEAN TO YOU WHEN YOU FIRST

UNITED STATES COURT REPORTERS

ZACHMAN DIRECT BY MR. BOSTIC                                          1398

01:28PM   1     RECEIVED IT?

01:28PM   2     A.    SO THAT IS A SIGNIFICANT DROP FROM THE PRIOR RESULT WHICH

01:28PM   3     WOULD BE VERY CONCERNING TO THE PREGNANCY.  IT WOULD INDICATE A

01:28PM   4     THREATENED ABORTION OR POTENTIALLY A COMPLETE LOSS OF THE

01:28PM   5     PREGNANCY.

01:28PM   6     Q.    AND IS THAT TRUE EVEN THOUGH -- I NOTE THAT THIS VALUE IS

01:28PM   7     STILL ABOVE 25.  SO CAN YOU TELL US MORE ABOUT THAT?  WHY WOULD

01:29PM   8     THIS NUMBER BE A RED FLAG FOR YOU?

01:29PM   9     A.    YES.  SO WHEN WE, WHEN WE SEE A NUMBER -- AN HCG THAT HAS

01:29PM  10     SUCH A SIGNIFICANT DROP THEN WE SEE THAT ONLY IN LOSSES, ONLY

01:29PM  11     IN PREGNANCY LOSSES.

01:29PM  12           BEING THAT IT IS SO LOW, IT WOULD -- AND THAT IT DIDN'T

01:29PM  13     JUST GO DOWN BY A FEW VALUES, IT WOULD SUGGEST THAT THE BODY

01:29PM  14     HAS ALREADY STARTED TO ELIMINATE SOME OF THE HORMONE THEN.

01:29PM  15     Q.    JUST TO BE CLEAR, IN YOUR EXPERIENCE OF TREATING PATIENTS

01:29PM  16     AND HCG RESULTS, HAVE YOU EVER SEEN THIS KIND OF DROP IN

01:29PM  17     CONNECTION WITH A HEALTHY OR VIABLE PREGNANCY?

01:29PM  18     A.    NO.

01:29PM  19     Q.    ANYTHING CLOSE TO THIS KIND OF DROP IN A HEALTHY OR VIABLE

01:29PM  20     PREGNANCY?

01:29PM  21     A.    NO.

01:29PM  22     Q.    WHEN YOU RECEIVED THIS RESULT -- WELL, LET ME ASK, DID YOU

01:30PM  23     RECEIVE THIS TEST RESULT ON APPROXIMATELY OCTOBER 4TH, 2014?

01:30PM  24     A.    I BELIEVE I DID, ALTHOUGH I DON'T REMEMBER.

01:30PM  25     Q.    AND DO YOU REMEMBER WHAT ACTION YOU TOOK, IF ANY, WHEN YOU

ZACHMAN DIRECT BY MR. BOSTIC                                          1399

01:30PM  1      FIRST RECEIVED THIS RESULT?

01:30PM  2      A.   I REMEMBER COMMUNICATING TO BRITTANY THAT IT WAS LOOKING

01:30PM  3      AS THOUGH THIS WAS A NONVIABLE PREGNANCY, WHICH WOULD MAKE IT

01:30PM  4      HER FOURTH LOSS, AND I WAS WANTING TO REACH OUT TO HER TO SEE

01:30PM  5      IF SHE HAD ALREADY EXPERIENCED EVIDENCE OF A LOSS OF PREGNANCY.

01:30PM  6      Q.   AND WHAT INFORMATION DID YOU GET BACK FROM MS. GOULD IN

01:30PM  7      RESPONSE TO THAT QUESTION?

01:30PM  8      A.   THAT, NO, SHE HADN'T EXPERIENCED ANY SYMPTOMS OF A LOSS OF

01:30PM  9      PREGNANCY; THAT THERE WAS NO MEDICAL INTERVENTION THAT NEEDED

01:30PM 10      TO TAKE PLACE FOR HER WELL BEING; AND SURPRISE, SADNESS.

01:31PM 11      Q.   DID YOU MAKE A DECISION AT THAT POINT TO CONTINUE WITH

01:31PM 12      PERIODIC HCG TESTING?

01:31PM 13      A.   YES.  IN PREGNANCY LOSSES WE NEED TO CONFIRM THAT ALL OF

01:31PM 14      THE PREGNANCY TISSUE HAS BEEN ELIMINATED FROM THE BODY, SO WE

01:31PM 15      FOLLOW THE HCG'S BACK DOWN TO LESS THAN 5.

01:31PM 16      Q.   AND IS THAT WHAT YOU WERE EXPECTING TO SEE IN THOSE

01:31PM 17      CONTINUED HCG TESTS?

01:31PM 18      A.   YES.

01:31PM 19      Q.   THE NEXT TEST FOR MS. GOULD WAS ON OCTOBER 6TH, 2014; IS

01:31PM 20      THAT CORRECT?

01:31PM 21      A.   CORRECT.

01:31PM 22      Q.   AND THE TEST WAS PERFORMED BY WHICH LAB?

01:31PM 23      A.   SONORA.

01:31PM 24      Q.   AND WHAT WAS THE HCG VALUE ON THAT DATE?

01:31PM 25      A.   9559.

UNITED STATES COURT REPORTERS

ZACHMAN DIRECT BY MR. BOSTIC                                        1400

01:31PM   1      Q.   IS THIS WHAT YOU WERE EXPECTING TO SEE BASED ON THE

01:31PM   2      THERANOS RESULTS?

01:31PM   3      A.   NO.

01:31PM   4      Q.   AND EXPLAIN WHY NOT?

01:31PM   5      A.   THERE ISN'T A MEDICAL EXPLANATION IN A PREGNANCY LOSS FOR

01:32PM   6      THE VALUE TO GO FROM THE HUNDREDS WAY BACK INTO THE THOUSANDS

01:32PM   7      OR TO GO UP AT ALL REALLY.

01:32PM   8      Q.   THE FOLLOWING RESULT WAS ANOTHER TWO DAYS LATER; IS THAT

01:32PM   9      CORRECT?

01:32PM   10     A.   THAT'S CORRECT.

01:32PM   11     Q.   ON OCTOBER 8TH, 2014, DID SONORA QUEST PROVIDE ANOTHER HCG

01:32PM   12     VALUE FOR MS. GOULD?

01:32PM   13     A.   THEY DID.

01:32PM   14     Q.   AND WHAT WAS THAT VALUE?

01:32PM   15     A.   17,716.

01:32PM   16     Q.   AND LOOKING AT THOSE LAST TWO SONORA QUEST VALUES, WHAT

01:32PM   17     DID THEY SIGNAL TO YOU AS A MEDICAL PROFESSIONAL?

01:32PM   18     A.   SO THAT'S A MERE DOUBLE WITHIN 48 HOURS SUGGESTING THAT

01:32PM   19     THE PREGNANCY IS MOVING IN A VIABLE WAY.

01:32PM   20     Q.   AND I THINK YOU TESTIFIED EARLIER THAT WE KNOW THIS STORY

01:32PM   21     HAS A HAPPY ENDING AND MS. GOULD CARRIED HER PREGNANCY TO TERM?

01:32PM   22     A.   YES.

01:32PM   23     Q.   AND BASED ON THAT INFORMATION, DID YOU REACH A CONCLUSION

01:32PM   24     ABOUT THE ACCURACY OF THE THERANOS TEST RESULTS?

01:33PM   25     A.   I FELT VERY UNCERTAIN OF THE VALIDITY OF THE RESULTS AND

UNITED STATES COURT REPORTERS

ZACHMAN DIRECT BY MR. BOSTIC                                          1401

01:33PM   1    FELT UNCOMFORTABLE AS A PROVIDER CONTINUING TO HAVE MY PATIENTS

01:33PM   2    DRAWN THERE.

01:33PM   3    Q.    LET'S LOOK FIRST AT THAT SECOND RESULT, THE 125.58.

01:33PM   4          DO YOU SEE THAT?

01:33PM   5    A.    YES.

01:33PM   6    Q.    TELL US ABOUT WHETHER YOUR VIEW OF WHETHER THAT VALUE

01:33PM   7    COULD HAVE MATCHED THE TRUE VALUE OF HCG IN MS. GOULD AT THAT

01:33PM   8    TIME?

01:33PM   9    A.    I DO NOT FEEL THAT THAT'S -- THAT THERE'S A CLINICAL

01:33PM  10    EXPLANATION FOR WHY SHE WOULD HAVE A VALUE IN THE HUNDREDS WHEN

01:33PM  11    IT IS RISING APPROPRIATELY OTHERWISE.

01:33PM  12    Q.    AND AGAIN, WHY IS THAT?

01:33PM  13    A.    WELL, RETROSPECTIVELY WE KNOW THAT SHE DID HAVE A VERY

01:34PM  14    SUCCESSFUL PREGNANCY.  AND SEEING THAT THE FIRST VALUE

01:34PM  15    CONFIRMED THAT SHE WAS PREGNANT, AND THE FOURTH AND FIFTH

01:34PM  16    VALUES ROSE APPROPRIATELY, WE WOULD ANTICIPATE TO SEE THE

01:34PM  17    SECOND AND THIRD VALUES SITTING IN AS DOUBLING BETWEEN THERE.

01:34PM  18    Q.    AND IGNORING THAT SECOND THERANOS VALUE?

01:34PM  19    A.    UH-HUH.

01:34PM  20    Q.    SO PUTTING ASIDE THE 125?

01:34PM  21    A.    UH-HUH.

01:34PM  22    Q.    WHAT CONCLUSIONS, IF ANY, WOULD YOU DRAW FROM A DROP FROM

01:34PM  23    ABOUT 12,000 DOWN TO 9,000 OVER FOUR DAYS?

01:34PM  24    A.    YEAH, THE SAME.  THAT'S SUSPICIOUS FOR A PREGNANCY LOSS.

01:34PM  25    Q.    AND WOULD THAT BE A SIMILAR RED FLAG IN YOUR VIEW?

ZACHMAN DIRECT BY MR. BOSTIC                                          1402

01:34PM   1      A.   YES.  YEAH.

01:34PM   2      Q.   WE'LL PUT THAT ASIDE FOR NOW.

01:35PM   3           ACTUALLY, I'M SORRY.  ONE MORE QUESTION ON THESE RESULTS.

01:35PM   4           IF YOU PUT ASIDE BOTH THERANOS RESULTS, SO THE 12,500 AND

01:35PM   5      THE 125, DO THE SONORA QUEST RESULTS MAKE SENSE AS A WHOLE

01:35PM   6      BASED ON YOUR UNDERSTANDING OF HOW THESE LEVELS WORK?

01:35PM   7      A.   THEY DO.

01:35PM   8      Q.   AND COULD YOU EXPLAIN THAT?

01:35PM   9      A.   YES.

01:35PM  10           SO IF SHE HAD BEEN ON VACATION AND WASN'T DRAWN ON THE

01:35PM  11      SECOND AND THE FOURTH, THEN WE ONLY HAVE THE FOURTH AND FIFTH,

01:35PM  12      THE SONORA QUEST VALUES, TO LOOK AT AT THE TIME, WE WOULD BE

01:35PM  13      EXPECTING HER TO GO FROM A THOUSAND TO 2,000 OR 2500 TO ABOUT

01:36PM  14      4000, 5,000, TO 9,000 TO 17,000.  SO IT FITS THE PICTURE WELL

01:36PM  15      FOR A VIABLE PREGNANCY.

01:36PM  16      Q.   THE SONORA QUEST RESULTS DO?

01:36PM  17      A.   CORRECT.

01:36PM  18      Q.   AND DID THAT GIVE YOU REASON TO DOUBT BOTH OF THE THERANOS

01:36PM  19      TEST RESULTS IN THIS CASE?

01:36PM  20      A.   YES.

01:36PM  21      Q.   YOU TESTIFIED EARLIER ABOUT THE NUMBER OF HCG RESULTS YOU

01:36PM  22      HAVE REVIEWED DURING YOUR CAREER?

01:36PM  23      A.   UH-HUH.

01:36PM  24      Q.   IN THE COURSE OF YOUR EXPERIENCE REVIEWING THOSE THOUSANDS

01:36PM  25      OF HCG RESULTS, HAVE YOU EVER ENCOUNTERED AN ISSUE LIKE THIS

ZACHMAN DIRECT BY MR. BOSTIC                                    1403

01:36PM   1    BEFORE REGARDING TEST ACCURACY?

01:36PM   2    A.   I HAVEN'T.

01:36PM   3         MS. TREFZ:  OBJECTION, YOUR HONOR.  MOVE TO STRIKE.

01:36PM   4    FOUNDATION.

01:36PM   5         THE COURT:  I THINK THAT WAS ASKED AND ANSWERED

01:36PM   6    ACTUALLY.  I THINK SHE TESTIFIED ABOUT THAT.  SO I'LL STRIKE

01:36PM   7    THIS LAST ANSWER, LADIES AND GENTLEMEN.

01:36PM   8         YOU CAN ASK ANOTHER QUESTION.

01:36PM   9         MR. BOSTIC:  I'M HAPPY TO LAY SOME ADDITIONAL

01:37PM   10   FOUNDATION, YOUR HONOR.

01:37PM   11        THE COURT:  SURE.

01:37PM   12   BY MR. BOSTIC:

01:37PM   13   Q.   DR. ZACHMAN, WHAT MAKES YOU SURE THAT IN YOUR EXPERIENCE

01:37PM   14   THIS IS THE ONLY ISSUE LIKE THIS THAT YOU HAVE ENCOUNTERED?

01:37PM   15   HOW CAN YOU KNOW?

01:37PM   16   A.   THIS CIRCUMSTANCE WAS VERY IMPACTFUL TO ME AS IT STOOD OUT

01:37PM   17   AS SUCH A RED FLAG FOR THE PREGNANCY THAT I HAVE SEEN, OF

01:37PM   18   COURSE MANY PREGNANCY LOSSES OR SUCCESSFUL PREGNANCIES OR

01:37PM   19   ANYTHING IN BETWEEN, BUT IN THOSE CASES THE HCG HAVE ALWAYS

01:37PM   20   FALLEN WHERE WE ANTICIPATE THEM TO.

01:37PM   21   Q.   DO YOU THINK YOU WOULD HAVE REMEMBERED HAD YOU ENCOUNTERED

01:37PM   22   ANOTHER RED FLAG DISCREPANCY LIKE THE ONE WE HAVE BEEN TALKING

01:37PM   23   ABOUT?

01:37PM   24   A.   I THINK THAT I WOULD.

01:37PM   25   Q.   LET'S ASK YOU, DR. ZACHMAN, DO YOU HAVE EXHIBIT 4242 IN

ZACHMAN DIRECT BY MR. BOSTIC                                                    1404

01:38PM  1    THE BINDER IN FRONT OF YOU?

01:38PM  2    A.   I DO.

01:38PM  3    Q.   TAKE A LOOK AT THAT, AND I'LL ASK YOU TO NOTE THE DATE IN

01:38PM  4    THE BOTTOM RIGHT HAND OF THE PAGE.  I'LL ASK YOU IF YOU

01:38PM  5    RECOGNIZE WHAT THAT DOCUMENTS IS?

01:38PM  6    A.   IT'S A CORRECTED AND IN PARENTHESIS A CORRECTED HCG

01:38PM  7    RESULTS FROM 12-8 -- I'M SORRY, 10-8-2014.

01:38PM  8    Q.   AND FROM WHICH LAB IS THIS RESULT?

01:38PM  9    A.   FROM THERANOS.

01:38PM  10            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:38PM  11    ADMIT EXHIBIT 4242.

01:38PM  12            MS. TREFZ:  NO OBJECTION.

01:38PM  13            THE COURT:  I THINK BEFORE IT'S PUBLISHED, THIS

01:38PM  14    DOES -- AT LEAST THE COPY I HAVE IS NOT REDACTED.  IS THE

01:39PM  15    PUBLIC COPY REDACTED?

01:39PM  16            MR. BOSTIC:  YES, YOUR HONOR.  IT'S MY UNDERSTANDING

01:39PM  17    THE COPY WE'LL PROJECT DOES HAVE THE PHONE NUMBER AND THE EMAIL

01:39PM  18    ADDRESS AND DATE OF BIRTH REDACTED.

01:39PM  19            THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE

01:39PM  20    PUBLISHED.

01:39PM  21        (GOVERNMENT'S EXHIBIT 4242 WAS RECEIVED IN EVIDENCE.)

01:39PM  22            MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:39PM  23    Q.   DR. ZACHMAN, ARE YOU SEEING THAT LAB REPORT IN FRONT OF

01:39PM  24    YOU?

01:39PM  25    A.   I DO.

ZACHMAN DIRECT BY MR. BOSTIC                                          1405

01:39PM  1    Q.   AT THE TOP RIGHT OF THE PAGE THERE'S A DATE SHOWING WHEN

01:39PM  2    THIS SAMPLE WAS TAKEN; IS THAT CORRECT?

01:39PM  3    A.   CORRECT.

01:39PM  4    Q.   AND WHAT DATE IS THAT?

01:39PM  5    A.   THE 4TH OF OCTOBER.

01:39PM  6    Q.   AND DO YOU RECALL THAT THAT'S THE DATE -- OR LET ME ASK,

01:39PM  7    WHAT WAS THE ORIGINAL HCG VALUE REPORTED BY THERANOS ON THAT

01:39PM  8    DATE, OCTOBER 4TH?

01:39PM  9    A.   I THINK IT WAS 12,000.  I HAVE IT HERE.  I'M SORRY, THAT

01:39PM 10    WAS THE 125.58.

01:39PM 11    Q.   OKAY.  THE VALUE ON THIS VERSION SAYS 12,558; IS THAT

01:40PM 12    CORRECT?

01:40PM 13    A.   CORRECT.

01:40PM 14    Q.   AND SO THAT'S A DIFFERENT VALUE NOW BEING REPORTED?

01:40PM 15    A.   CORRECT.

01:40PM 16    Q.   MS. HOLLIMAN, LET'S ZOOM OUT AND ZOOM IN ON THE BOTTOM

01:40PM 17    RIGHT CORNER OF THIS PAGE.

01:40PM 18        DR. ZACHMAN, DO YOU SEE A REPORT DATE INDICATED HERE?

01:40PM 19    A.   I DO.

01:40PM 20    Q.   AND WHAT IS THAT DATE INDICATED?

01:40PM 21    A.   THE 8TH --

01:40PM 22    Q.   OKAY.

01:40PM 23    A.   -- OF OCTOBER.

01:40PM 24    Q.   AND SO THIS WOULD HAVE BEEN SEVERAL DAYS AFTER THE

01:40PM 25    ORIGINAL DRAW HAPPENED?

ZACHMAN DIRECT BY MR. BOSTIC                                          1406

01:40PM   1     A.   CORRECT.

01:40PM   2     Q.   DO YOU RECALL GETTING A CORRECTED VALUE FROM THERANOS FOR

01:40PM   3     THIS HCG RESULT?

01:40PM   4     A.   I REMEMBER THERE BEING CONVERSATION ABOUT CORRECTING THE

01:40PM   5     REPORT WHEN I VOICED CONCERN ABOUT IT, BUT I REMEMBER NOT

01:40PM   6     GAINING A LOT OF TRUST BACK AFTER THAT.

01:40PM   7     Q.   OKAY.  I'LL ASK YOU A FEW MORE QUESTIONS ABOUT THAT IN A

01:41PM   8     MOMENT.

01:41PM   9          FOR NOW, LET'S LOOK BRIEFLY AT THE DEMONSTRATIVE AGAIN.

01:41PM  10     I'LL ASK YOU A FINAL QUESTION ABOUT THIS, WHICH IS IF WE LOOK

01:41PM  11     AT THAT OCTOBER 4TH, 2014, RESULT AND REPLACE IT WITH 12,558 AS

01:41PM  12     REPORTED IN THE CORRECTED LAB REPORT --

01:41PM  13     A.   UH-HUH.

01:41PM  14     Q.   -- FIRST OF ALL, WHAT DO YOU NOTE ABOUT THAT NUMBER AS

01:41PM  15     COMPARED TO THE OCTOBER 2ND, 2014 RESULT?

01:41PM  16     A.   IN THIS VERSION I NOTE THAT THERE'S A DECIMAL POINT, WHICH

01:41PM  17     IS ODD FOR HCG QUANTS, THEY'RE NOT USUALLY REPORTED TO THAT

01:41PM  18     EXTENT.

01:41PM  19          AND THEN IN THE CORRECTED VERSION I NOTE THAT THEY'RE THE

01:41PM  20     SAME NUMBER.

01:41PM  21     Q.   AND THE EXACT SAME NUMBER?

01:41PM  22     A.   EXACT SAME.

01:42PM  23     Q.   AND WOULD THAT BE UNUSUAL BASED ON YOUR EXPERIENCE AS A

01:42PM  24     MEDICAL PROFESSIONAL?

01:42PM  25     A.   YES, PARTICULARLY IN A VIABLE PREGNANCY.

ZACHMAN DIRECT BY MR. BOSTIC                                              1407

01:42PM   1    Q.   AND WHAT, IF ANYTHING, WOULD THAT INDICATE TO YOU IF HCG

01:42PM   2    LEVELS STAYED EXACTLY THE SAME OVER THAT TWO DAY PERIOD?

01:42PM   3    A.   NOTHING REASSURING.   SOMETIMES WE SEE THAT IN ECTOPIC

01:42PM   4    PREGNANCY BUT NOT WITH VALUES THIS HIGH.   IT WOULD STILL MAKE

01:42PM   5    ME QUESTION WHAT IS GOING ON IN HER PREGNANCY.

01:42PM   6    Q.   SO EVEN REPLACING THIS VALUE, THE 125, WITH THE CORRECTED

01:42PM   7    VALUE, YOU WOULD STILL VIEW THAT AS A SIGN OF TROUBLE WITH THE

01:42PM   8    PREGNANCY?

01:42PM   9    A.   YES.

01:42PM   10   Q.   THANK YOU FOR THAT.   I'LL NOW JUST ASK YOU SOME ADDITIONAL

01:42PM   11   FACTUAL QUESTIONS ABOUT YOUR EXPERIENCE WITH THE COMPANY.

01:43PM   12   A.   OKAY.

01:43PM   13   Q.   WERE YOU IN CONTACT WITH ANYONE AT THERANOS FOLLOWING THE

01:43PM   14   RECEIPTS OF THESE RESULTS?

01:43PM   15   A.   YES.   I CALLED TO FILE A COMPLAINT OR TO BRING INTO

01:43PM   16   QUESTION THE VALUES THAT I HAVE BEEN GIVEN ON BRITTANY.

01:43PM   17   Q.   AND DO YOU REMEMBER ANYTHING ABOUT THAT CONVERSATION?

01:43PM   18   A.   I REMEMBER THAT I CALLED AND MAYBE SPOKE TO SOMEONE MAYBE

01:43PM   19   IN HR WAS THE FEELING THAT I GOT AND THAT THEY WOULD GET BACK

01:43PM   20   TO ME, AND THEN THERE WAS SOME EMAIL CORRESPONDENCE SHORTLY

01:43PM   21   THEREAFTER TO EXPLAIN WHERE THE ERROR WAS.

01:43PM   22   Q.   I'LL ASK YOU TO LOOK IN YOUR BINDER, PLEASE, AT

01:43PM   23   EXHIBIT 8154.

01:44PM   24        DO YOU HAVE EXHIBIT 8154 BEFORE YOU?

01:44PM   25   A.   I DO.

UNITED STATES COURT REPORTERS

01:44PM 1    Q.   AND IS THIS AN EMAIL CHAIN BETWEEN PEOPLE AT THE THERANOS

01:44PM 2    COMPANY?

01:44PM 3    A.   IT APPEARS TO BE, YES.

01:44PM 4    Q.   AND YOU DIDN'T HAVE ACCESS TO THIS EMAIL DURING THE

01:44PM 5    RELEVANT TIME PERIOD, DID YOU?

01:44PM 6    A.   NO.

01:44PM 7          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES

01:44PM 8    EXHIBIT 8154 INTO EVIDENCE.  I BELIEVE PREVIOUS WITNESSES HAVE

01:44PM 9    LAID THE FOUNDATION FOR THIS.

01:44PM 10         MS. TREFZ:  OBJECTION.  HEARSAY.  PREVIOUS WITNESSES

01:44PM 11   HAVE NOT LAID THE FOUNDATION.  THIS WITNESS CANNOT LAY THE

01:44PM 12   FOUNDATION, AND WE HAVE NOT HEARD ANY TESTIMONY BY BASICALLY

01:44PM 13   ANY OF THE WITNESSES ON THIS EMAIL.

01:44PM 14         MR. BOSTIC:  YOUR HONOR, TO CLARIFY.  THE FOUNDATION

01:44PM 15   IS NOT SPECIFIC AS TO THIS DOCUMENT, BUT THE GOVERNMENT IS

01:44PM 16   MOVING THIS IN UNDER 803 AS A BUSINESS RECORD CONSISTENT WITH

01:44PM 17   ERIKA CHEUNG'S TESTIMONY ABOUT EMAIL PRACTICES AMONG LAB

01:44PM 18   PERSONNEL AT THERANOS.

01:44PM 19         THE COURT:  I THINK THERE STILL HAS TO BE SOME

01:44PM 20   FOUNDATION LAID FOR THIS, THOUGH.

01:45PM 21      I UNDERSTAND SHE LAID A FOUNDATION FOR -- UNDER 803(6),

01:45PM 22   BUT I THINK THERE NEEDS TO BE AN AUTHENTICATING WITNESS TO

01:45PM 23   TESTIFY ABOUT THIS.

01:45PM 24         MR. BOSTIC:  APOLOGIES, YOUR HONOR.

01:45PM 25      ACTUALLY THE PARTIES STIPULATED TO THE AUTHENTICITY OF

ZACHMAN DIRECT BY MR. BOSTIC

01:45PM   1    EMAILS BEARING THIS BATES PREFIX, SO I DON'T BELIEVE THE

01:45PM   2    DEFENSE'S OBJECTION IS NOT ONE OF AUTHENTICITY.

01:45PM   3          MS. TREFZ:  IT'S NOT AUTHENTICITY.  IT'S A HEARSAY

01:45PM   4    ISSUE.  I DON'T THINK THE GOVERNMENT HAS LAID A FOUNDATION

01:45PM   5    UNDER 803(6) FOR THIS.

01:45PM   6          THE COURT:  WELL, THAT'S WHAT I WAS REFERRING TO.  I

01:45PM   7    THINK YOU NEED TO HAVE A FOUNDATIONAL WITNESS TALK ABOUT THIS

01:45PM   8    CHAIN PURSUANT TO 803(6).

01:45PM   9          MR. BOSTIC:  I CAN MOVE ON FOR NOW, YOUR HONOR.

01:45PM  10    THANK YOU.

01:45PM  11          THE COURT:  ALL RIGHT.

01:45PM  12    BY MR. BOSTIC:

01:45PM  13    Q.   DR. ZACHMAN, LET'S LOOK AT EXHIBIT 2083, PLEASE.

01:45PM  14    A.   OKAY.

01:45PM  15    Q.   AND DO YOU RECOGNIZE THE DOCUMENT MARKED AS EXHIBIT 2083?

01:46PM  16    A.   I DO.

01:46PM  17    Q.   AND WHAT IS THAT DOCUMENT?

01:46PM  18    A.   IT'S AN EMAIL FROM MYSELF TO A REPRESENTATIVE OF THERANOS

01:46PM  19    TO CHECK BACK IN WITH ME TO SEE IF I WAS ABLE TO HAVE A

01:46PM  20    CONVERSATION REGARDING THE HCG RESULTS.

01:46PM  21          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES

01:46PM  22    EXHIBIT 2083 INTO EVIDENCE.

01:46PM  23          MS. TREFZ:  NO OBJECTION.

01:46PM  24          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:46PM  25    (GOVERNMENT'S EXHIBIT 2083 WAS RECEIVED IN EVIDENCE.)

ZACHMAN DIRECT BY MR. BOSTIC                                    1410

01:46PM  1        BY MR. BOSTIC:

01:46PM  2        Q.   DR. ZACHMAN, DO YOU SEE AN EMAIL FROM SOMEONE NAMED

01:46PM  3        LESLIE NEVILLE AT THERANOS TO YOU?

01:46PM  4        A.   I DO.

01:46PM  5        Q.   AND WHAT IS THE DATE OF THIS EMAIL?

01:46PM  6        A.   OCTOBER 14TH.

01:46PM  7        Q.   SO APPROXIMATELY A WEEK AFTER THE RESULTS THAT WE WERE

01:46PM  8        LOOKING AT?

01:46PM  9        A.   THAT SOUNDS RIGHT.

01:46PM 10        Q.   CAN YOU WALK US THROUGH AGAIN WHAT IS HAPPENING IN YOUR

01:47PM 11        STREAM OF COMMUNICATIONS WITH THERANOS?

01:47PM 12        A.   SURE.  SO LESLIE IS CHECKING BACK IN WITH ME TO SEE IF I

01:47PM 13        WAS ABLE TO SPEAK TO SOMEONE NAMED CHRISTIAN HOLMES REGARDING

01:47PM 14        THE HCG QUANTS THAT I HAD CONCERNS WITH.

01:47PM 15        Q.   DO YOU RECALL HAVING A TELEPHONE CONVERSATION WITH SOMEONE

01:47PM 16        AT THERANOS AROUND THIS TIME?

01:47PM 17        A.   I DO, BUT I'M NOT SURE IT WAS SOMEONE NAMED

01:47PM 18        CHRISTIAN HOLMES.

01:47PM 19        Q.   OKAY.  IF I COULD ASK YOU TO TURN IN YOUR BINDER TO

01:47PM 20        EXHIBIT 5412, PLEASE.  LET ME KNOW WHEN YOU HAVE THAT IN FRONT

01:47PM 21        OF YOU.

01:47PM 22        A.   WELL, I HAVE THE TABLET BUT NOTHING BEHIND IT.

01:48PM 23        Q.   ARE YOU MISSING 5412?

01:48PM 24        A.   WELL, I HAVE JUST THE TAB FOR IT.

01:48PM 25             MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

ZACHMAN DIRECT BY MR. BOSTIC                                              1411

01:48PM   1                    THE COURT:  YES.

01:48PM   2                    MR. BOSTIC:  (HANDING.)

01:48PM   3                    THE WITNESS:  THANK YOU.

01:48PM   4       BY MR. BOSTIC:

01:48PM   5       Q.   YOU NOW HAVE EXHIBIT 5412 IN FRONT OF YOU?

01:48PM   6       A.   I DO.  THANK YOU.

01:48PM   7       Q.   AND WHAT IS EXHIBIT 5412, IF YOU RECOGNIZE IT?

01:48PM   8       A.   SO IT'S AN EMAIL FROM SOMEONE NAMED CHRISTIAN TO MYSELF.

01:48PM   9       Q.   OKAY.  AND DID YOU RECEIVE THIS EMAIL ON THE DATE

01:48PM  10       INDICATED?

01:48PM  11       A.   I DID.

01:48PM  12       Q.   AND WHAT IS THE TOPIC OF THE EMAIL GENERALLY SPEAKING?

01:48PM  13       A.   ABOUT THE HCG'S THAT I HAD CONCERNS FOR AND AN EXPLANATION

01:48PM  14       FOR THOSE VALUES.

01:48PM  15       Q.   AND THE PERSON NAMED CHRISTIAN WHO SENT THE EMAIL, WHERE

01:48PM  16       DID THEY WORK AT THE TIME IF YOU CAN TELL FROM THE EMAIL?

01:48PM  17       A.   AT THERANOS IN CLIENT SOLUTIONS.

01:49PM  18                    MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES INTO

01:49PM  19       EVIDENCE EXHIBIT 5412.

01:49PM  20                    MS. TREFZ:  NO OBJECTION.

01:49PM  21                    THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:49PM  22           (GOVERNMENT'S EXHIBIT 5412 WAS RECEIVED IN EVIDENCE.)

01:49PM  23                    MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN ZOOM IN ON KIND

01:49PM  24       OF THE MIDDLE THIRD OF THE PAGE TO INCLUDE THAT WHOLE EMAIL

01:49PM  25       MESSAGE.

ZACHMAN DIRECT BY MR. BOSTIC                                          1412

01:49PM   1        THANK YOU.

01:49PM   2   Q.   DR. ZACHMAN, ARE YOU SEEING THAT EMAIL THAT YOU RECEIVED

01:49PM   3   IN FRONT OF YOU?

01:49PM   4   A.   I DO.

01:49PM   5   Q.   THE EMAIL MENTIONS THE POSSIBILITY OF A PHONE CALL IN THE

01:49PM   6   COMING DAYS.

01:49PM   7        DO YOU REMEMBER WHETHER YOU HAD MULTIPLE CONVERSATIONS

01:49PM   8   WITH INDIVIDUALS AT THERANOS DURING THIS TIME PERIOD?

01:49PM   9   A.   I DON'T, I DON'T REMEMBER HOW MANY CONVERSATIONS WERE HAD.

01:49PM  10        I DO REMEMBER I'M TRYING TO SET UP A PHONE CONVERSATION

01:49PM  11   AND COMPETING ONE WITH A MAN, BUT I'M NOT SURE WHO.

01:49PM  12   Q.   THERE'S -- IN THAT SECOND PARAGRAPH THERE IS SOME

01:50PM  13   INFORMATION PROVIDED BY THERANOS ABOUT WHAT HAPPENED WITH

01:50PM  14   MS. GOULD'S TEST RESULTS; IS THAT CORRECT?

01:50PM  15   A.   THAT'S CORRECT.

01:50PM  16   Q.   AND CAN YOU SUMMARIZE WHAT INFORMATION YOU RECEIVED FROM

01:50PM  17   THERANOS IN THIS EMAIL?

01:50PM  18   A.   UH-HUH.  IT'S MY UNDERSTANDING THAT THE EXPLANATION IS

01:50PM  19   THAT IT WAS -- THE LAB WAS PROCESSED CORRECTLY BUT ENTERED

01:50PM  20   INCORRECTLY BY HUMAN ERROR AND THAT IT WAS ENTERED AS 1/100TH

01:50PM  21   OF THE TRUE VALUE.

01:50PM  22   Q.   AND IS THIS -- DID YOU UNDERSTAND THIS TO BE A REFERENCE

01:50PM  23   TO THE REASON FOR THE CORRECTED VALUE THAT YOU LATER RECEIVED

01:50PM  24   FOR THAT HCG TEST?

01:50PM  25   A.   YES.

ZACHMAN DIRECT BY MR. BOSTIC                                    1413

01:50PM   1    Q.   I BELIEVE YOU SAID THAT EVEN WITH THAT CORRECTED VALUE,

01:50PM   2    THOSE RESULTS WOULD STILL BE QUESTIONABLE TO YOU; IS THAT

01:50PM   3    CORRECT?

01:50PM   4    A.   THAT'S CORRECT.

01:50PM   5    Q.   AND AFTER RECEIVING THIS EMAIL, DID YOUR VIEWS CHANGE?

01:50PM   6    WAS THIS A MORE SATISFYING EXPLANATION TO YOU?

01:50PM   7    A.   IT WAS NOT.

01:50PM   8    Q.   WHY NOT?

01:50PM   9    A.   WELL, BECAUSE EVEN IF THAT'S THE CONCERN OR HOW THE VALUES

01:51PM   10   CAME TO BE, THEY STILL DON'T FIT THE CLINICAL PICTURE.  SO IT

01:51PM   11   BROUGHT A LITTLE BIT MORE INTO QUESTION FOR ME.

01:51PM   12   Q.   OKAY.  IN ANY OF YOUR FOLLOW-UP COMMUNICATIONS WITH

01:51PM   13   THERANOS, DID YOU RECEIVE WHAT YOU VIEWED AS A SATISFACTORY

01:51PM   14   EXPLANATION THAT RESTORED YOUR FAITH IN THE COMPANY?

01:51PM   15   A.   NO.

01:51PM   16   Q.   DID THERE COME A TIME WHEN YOU STOPPED REFERRING YOUR

01:51PM   17   PATIENTS FOR HCG TESTING AT THERANOS?

01:51PM   18   A.   YES.

01:51PM   19   Q.   AND WAS THAT PRIMARILY BECAUSE OF YOUR EXPERIENCE WITH

01:51PM   20   MS. GOULD'S TEST RESULTS?

01:51PM   21   A.   YES.

01:51PM   22        MR. BOSTIC:  ONE MOMENT, YOUR HONOR.

01:51PM   23     (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

01:51PM   24        MR. BOSTIC:  NO FURTHER QUESTIONS.

01:51PM   25        THANK YOU, DR. ZACHMAN.

ZACHMAN CROSS BY MS. TREFZ                                              1414

01:52PM   1                    THE WITNESS:  THANK YOU.

01:52PM   2                    THE COURT:  CROSS-EXAMINATION?

01:52PM   3                    MS. TREFZ:  ONE MORE SECOND.

01:52PM   4                    THE COURT:  LADIES AND GENTLEMEN OF THE JURY, IT'S

01:52PM   5       ABOUT FIVE MINUTES TO 2:00.  WE MAY -- IS THERE ANY OBJECTION

01:52PM   6       TO GOING OVER A LITTLE BIT?  DOES ANYONE HAVE -- WILL THAT

01:52PM   7       CREATE A PROBLEM FOR ANYONE HERE?

01:52PM   8           THANK YOU SO MUCH.  I APPRECIATE YOUR GENEROSITY.  THANK

01:53PM   9       YOU.

01:53PM  10                    MS. TREFZ:  MAY I APPROACH, YOUR HONOR?

01:53PM  11                    THE COURT:  YES.

01:53PM  12                    MS. TREFZ:  (HANDING.)

01:53PM  13                    THE WITNESS:  THANK YOU.

01:53PM  14                    MS. TREFZ:  UH-HUH.

01:53PM  15                       **CROSS-EXAMINATION**

01:53PM  16       BY MS. TREFZ:

01:53PM  17       Q.   GOOD AFTERNOON, DR. ZACHMAN.  MY NAME IS KATIE TREFZ.  I

01:53PM  18       REPRESENT MS. HOLMES.

01:53PM  19           I JUST HAVE A FEW QUESTIONS FOR YOU TODAY.

01:53PM  20       A.   OKAY.

01:53PM  21       Q.   TO START, I WANT TO TALK A LITTLE BIT MORE ABOUT HCG --

01:53PM  22       GIVE ME A SECOND.  I'M A LITTLE SHORTER THAN MR. BOSTIC.  I

01:53PM  23       WANT TO TALK A LITTLE BIT MORE ABOUT HCG.

01:53PM  24           HCG IS SOMETHING THAT YOU USE IN YOUR JOB ON A DAILY

01:53PM  25       BASIS?

ZACHMAN CROSS BY MS. TREFZ                                        1415

01:53PM 1      A.   IF I SEE AN OBSTETRICAL PATIENT THAT DAY, YES.

01:53PM 2      Q.   OKAY.  AND DOES YOUR KNOWLEDGE ABOUT HCG INCLUDE

01:54PM 3      UNDERSTANDING GENERALLY THE STATE OF THE SCIENCE AND IN TERMS

01:54PM 4      OF HOW IT'S MEASURED?

01:54PM 5      A.   I WOULD SAY THAT I INTERPRET VALUES MORE THAN THE SCIENCE

01:54PM 6      BEHIND IT.

01:54PM 7      Q.   OKAY.  DO YOU UNDERSTAND THAT THERE ARE TWO COMMON TYPES

01:54PM 8      OF HCG TESTS, QUALITATIVE AND QUANTITATIVE?

01:54PM 9      A.   YES.

01:54PM 10     Q.   AND CAN YOU DESCRIBE FOR US WHAT A QUALITATIVE HCG TEST

01:54PM 11     IS?

01:54PM 12     A.   SURE.  A QUALITATIVE IS A YES OR NO OR POSITIVE OR

01:54PM 13     NEGATIVE WHERE A QUANTITATIVE GIVES A VALUE ASSOCIATED TO THAT.

01:54PM 14     Q.   OKAY.  AND AN EXAMPLE OF A QUALITATIVE HCG TEST IS LIKE A

01:54PM 15     HOME PREGNANCY TEST?

01:54PM 16     A.   RIGHT.

01:54PM 17     Q.   AND THE QUANTITATIVE TEST, WE HAVE SEEN SOME NUMBERS.  AND

01:54PM 18     CAN YOU DESCRIBE FOR US WHAT THE UNIT IS THAT WE'RE MEASURING

01:54PM 19     WHEN WE ARE LOOKING AT THEM?

01:54PM 20     A.   I BELIEVE THAT IT IS MILLI, INTERNATIONAL UNITS PER

01:55PM 21     MILLILITER.

01:55PM 22     Q.   OKAY.  AND YOU AS THE MEDICAL PROFESSIONAL, YOU USE THESE

01:55PM 23     RESULTS ALONG WITH AN EXAMINATION AND OTHER FACTORS TO

01:55PM 24     DETERMINE PREGNANCY?

01:55PM 25     A.   YES.

ZACHMAN CROSS BY MS. TREFZ                                               1416

01:55PM  1    Q.   AND DO THOSE OTHER FACTORS INCLUDE THE DAY OF THE LAST

01:55PM  2    MENSTRUAL PERIOD?

01:55PM  3    A.   YES.

01:55PM  4    Q.   AND THEY CAN INCLUDE WHAT YOU MIGHT SEE ON AN ULTRASOUND?

01:55PM  5    A.   YES.

01:55PM  6    Q.   AND AT WHAT, AT WHAT HCG LEVEL CAN A GESTATIONAL SAC

01:55PM  7    GENERALLY BE DETECTED BY ULTRASOUND IF YOU KNOW?

01:55PM  8    A.   USUALLY BY ABOUT 1500.

01:55PM  9    Q.   OKAY.  AND AT WHAT HCG LEVEL CAN A PRACTITIONER TYPICALLY

01:55PM  10   IDENTIFY A VISIBLE EMBRYO POTENTIALLY WITH A HEARTBEAT THROUGH

01:55PM  11   A TRANSVAGINAL ULTRASOUND?

01:55PM  12   A.   I'M NOT SURE, BUT I WOULD GUESS AROUND 300 -- OR 3,000.

01:56PM  13   Q.   OKAY.  AND DOES SOUTHWEST CONTEMPORARY WOMEN'S CARE HAVE

01:56PM  14   ULTRASOUND EQUIPMENT IN THE OFFICE?

01:56PM  15   A.   WE DO.

01:56PM  16   Q.   AND AS A NURSE PRACTITIONER ARE YOU ABLE TO USE IT IF YOU

01:56PM  17   NEEDED TO?

01:56PM  18   A.   IF I NEEDED TO IN A BIND, BUT THAT'S NOT MY TYPICAL

01:56PM  19   PRACTICE, NO.

01:56PM  20   Q.   WHO TYPICALLY PERFORMS SUCH ULTRASOUNDS?

01:56PM  21   A.   WE HAVE ULTRASONOGRAPHERS THAT DO.

01:56PM  22   Q.   AND GOING BACK TO THE HCG MEASUREMENT, BOTH THE

01:56PM  23   QUANTITATIVE TESTS AND THE QUALITATIVE TESTS, DO YOU UNDERSTAND

01:56PM  24   THAT THEY'RE MEASURED THROUGH A METHOD CALLED AN IMMUNOASSAY?

01:56PM  25   A.   I BELIEVE SO, ALTHOUGH I'M NOT SURE.

ZACHMAN CROSS BY MS. TREFZ                                              1417

01:56PM   1      Q.   OKAY.  ARE YOU AWARE THAT THERE ARE MORE THAN 100

01:56PM   2      DIFFERENT HCG IMMUNOASSAYS COMMERCIALLY AVAILABLE?

01:56PM   3      A.   I AM NOT AWARE OF THAT.

01:56PM   4      Q.   OKAY.  DO YOU KNOW HOW AN IMMUNOASSAY WORKS?

01:56PM   5      A.   NO.

01:56PM   6      Q.   ARE YOU AWARE THAT DIFFERENCES IN THE RESULT CAN -- OR

01:57PM   7      DIFFERENCES IN THE IMMUNOASSAY CAN RESULT IN VARIABILITY AND

01:57PM   8      REPORTED VALUES AMONG DIFFERENT PROVIDERS?  FOR EXAMPLE, IF

01:57PM   9      QUEST USES A PARTICULAR METHOD WITH A PARTICULAR ANTIBODY AND

01:57PM  10      THERANOS USES A DIFFERENT METHOD WITH A DIFFERENT ANTIBODY, ARE

01:57PM  11      YOU AWARE THAT THEY CAN PRODUCE DIFFERENT RESULTS AND THAT'S

01:57PM  12      EXPECTED?

01:57PM  13      A.   I AM NOT AWARE OF THAT.

01:57PM  14      Q.   OKAY.  CAN WE TAKE A LOOK AT 3305 AGAIN, WHICH IS IN

01:57PM  15      EVIDENCE.

01:57PM  16           MR. BENNETT, IF YOU CAN HIGHLIGHT -- YEAH, EXACTLY.

01:58PM  17           DR. ZACHMAN, CAN YOU TAKE A LOOK AT THE PART OF THIS

01:58PM  18      RESULT THAT SAYS -- THAT IS THE PARAGRAPH BEGINNING WITH "THIS

01:58PM  19      HCG ELECTRO CHEMILUMINESCENT IMMUNOASSAY."

01:58PM  20      A.   DO YOU WANT ME TO READ THE REST OF IT?

01:58PM  21      Q.   IF YOU CAN, YES.  THANK YOU.

01:58PM  22      A.   WAS PERFORMED USING MAYBE ROCHE OR ROCHE ALEXIS REAGENTS.

01:58PM  23      THIS ASSAY IS A TOTAL BETA SUB UNIT ASSAY.  IT MEASURES

01:58PM  24      INTACT -- MAYBE IT SAYS NICKED.  THE "I" IS A LITTLE HARD TO

01:58PM  25      SEE THERE.  FREE BETA AND NICKED -- IT IS NICKED -- FREE BETA

ZACHMAN CROSS BY MS. TREFZ                                                      1418

01:58PM   1    HCG.  REBASE LINING MAY BE NECESSARY WHEN USING ANOTHER ASSAY.

01:59PM   2    Q.  IS THAT -- DO YOU HAVE AN UNDERSTANDING OF WHAT REBASE

01:59PM   3    LINING MAY BE NECESSARY WHEN USING ANOTHER ASSAY MEANS?

01:59PM   4    A.  I DO NOT.

01:59PM   5    Q.  IS THIS TYPICALLY APART OF THE HCG TEST RESULT THAT YOU

01:59PM   6    USE, THIS PARAGRAPH?

01:59PM   7    A.  I DO NOT USUALLY EVALUATE THAT PARAGRAPH, NO.

01:59PM   8    Q.  OKAY.  YOU TESTIFIED ABOUT BEING CONCERNED WHEN A

01:59PM   9    PATIENT'S HCG DOES NOT DOUBLE EVERY TWO TO THREE DAYS ROUGHLY.

01:59PM   10   A.  ROUGHLY.

01:59PM   11   Q.  YEAH.  AND IF IT DOESN'T DO THAT, WHAT IS YOUR FIRST STEP?

01:59PM   12   A.  IT DEPENDS ON HOW FAR ALONG IN THE PREGNANCY THEY ARE.

01:59PM   13       CERTAINLY IF THEY'RE FAR ENOUGH ALONG TO BE ABLE TO SEE

01:59PM   14   SOMETHING ON ULTRASOUND, THEN WE CAN GET THEM IN FOR

02:00PM   15   ULTRASOUND.

02:00PM   16       IF THEY'RE EARLIER IN THE PREGNANCY THEN IT'S TO HAVE

02:00PM   17   COMMUNICATION ABOUT WHAT THEIR PHYSICAL EXPERIENCE IS AND

02:00PM   18   FOLLOW THE TREND FROM THERE.

02:00PM   19   Q.  AND FOLLOWING THE TREND MEANS INCLUDING RETESTING?

02:00PM   20   A.  RIGHT.

02:00PM   21   Q.  AND DID THE NEED TO REPEAT A DRAW BECAUSE VALUES DIDN'T

02:00PM   22   DOUBLE, THAT'S NOT SOMETHING THAT IS UNIQUE TO THERANOS;

02:00PM   23   CORRECT?  THAT HAPPENS?

02:00PM   24   A.  THAT HAPPENS.

02:00PM   25   Q.  OKAY.  WHEN YOU WERE SPEAKING WITH MR. BOSTIC ABOUT THE

ZACHMAN CROSS BY MS. TREFZ                                          1419

| | | |
|---|---|---|
| 02:00PM | 1 | DROP IN NUMBERS FOR MS. GOULD'S RESULTS, WERE YOU COMPARING THE |
| 02:00PM | 2 | 12,558 TO THE THERANOS TEST RESULT OR THE SONORA QUEST RESULT, |
| 02:01PM | 3 | THE PRIOR -- |
| 02:01PM | 4 | A.   IT WAS -- |
| 02:01PM | 5 | Q.   SORRY.  GO AHEAD. |
| 02:01PM | 6 | A.   IT WAS MORE THE DROP FROM THE 12,000 TO THE 125, SO BOTH |
| 02:01PM | 7 | THERANOS DRAWS. |
| 02:01PM | 8 | Q.   OKAY.  AT A RESULT OF 12,558, WOULD YOU HAVE EXPECTED TO |
| 02:01PM | 9 | SEE THE PREGNANCY ON AN ULTRASOUND? |
| 02:01PM | 10 | A.   AT THAT VALUE, YES, BUT NOT BASED OFF OF HER LAST PERIOD. |
| 02:01PM | 11 | Q.   OKAY.  WHEN YOU SPOKE WITH MS. GOULD ABOUT THE RESULT, DID |
| 02:01PM | 12 | SHE COME INTO YOUR OFFICE FOR AN APPOINTMENT? |
| 02:01PM | 13 | A.   WE DID HAVE AN APPOINTMENT.  I ALSO REACHED OUT TO HER VIA |
| 02:01PM | 14 | PHONE ONE OF THE DAYS AS I REMEMBER. |
| 02:01PM | 15 | Q.   AND WAS THE FIRST -- I BELIEVE YOU TESTIFIED THAT YOU LET |
| 02:01PM | 16 | HER KNOW THAT HER NUMBERS WERE DROPPING. |
| 02:01PM | 17 | WAS THAT THE FIRST THING THAT YOU LET HER KNOW? |
| 02:02PM | 18 | A.   I CAN'T REMEMBER. |
| 02:02PM | 19 | Q.   OKAY.  IN YOUR PHONE CALL WITH HER, IF IT WAS THE FIRST -- |
| 02:02PM | 20 | IF THAT HAPPENED FIRST OR YOUR FIRST MEETING WITH HER, DO YOU |
| 02:02PM | 21 | REMEMBER ASKING WHETHER SHE WAS REPORTING VAGINAL BLEEDING? |
| 02:02PM | 22 | A.   I REMEMBER ASKING HER, YEAH. |
| 02:02PM | 23 | Q.   AND WHAT WAS HER RESPONSE? |
| 02:02PM | 24 | A.   NO, SHE WAS NOT BLEEDING. |
| 02:02PM | 25 | Q.   AND GIVEN THE DROP IN THE NUMBERS FROM 12,558 TO 125.58 |

ZACHMAN CROSS BY MS. TREFZ                                                1420

02:02PM  1    WAS IT SURPRISING TO YOU THAT SHE WASN'T BLEEDING?

02:02PM  2    A.   YES.

02:02PM  3    Q.   DID YOU -- SO AS PART OF YOUR PLAN FORWARD, DID YOU ADVISE

02:02PM  4    MS. GOULD TO REPEAT THE LAB?

02:02PM  5    A.   YES.

02:02PM  6    Q.   AND DID YOU ADVISE HER TO KEEP HER FOLLOW-UP APPOINTMENT?

02:02PM  7    A.   YES.

02:02PM  8    Q.   AND DID YOU ADVISE HER TO CONTINUE WITH HER PRENATAL

02:03PM  9    VITAMINS AND HER PROGESTERONE?

02:03PM  10   A.   YES.

02:03PM  11   Q.   YOU TESTIFIED ABOUT REACHING OUT TO THERANOS.  YOU REACHED

02:03PM  12   OUT TO THERANOS TO INFORM THERANOS ABOUT YOUR CONCERNS;

02:03PM  13   CORRECT?  YOU'VE TESTIFIED ABOUT THAT?

02:03PM  14   A.   CORRECT.

02:03PM  15   Q.   AND WHEN YOU RAISED THE CONCERNS, YOU IDENTIFIED TWO

02:03PM  16   PATIENTS, MS. GOULD AND ANOTHER PATIENT.

02:03PM  17        DO YOU RECALL THAT?

02:03PM  18   A.   I DON'T.

02:03PM  19   Q.   IF WE CAN TAKE A LOOK BACK AT EXHIBIT 5412, WHICH IS IN

02:03PM  20   EVIDENCE.  I'M JUST GOING TO SEE IF I CAN REFRESH YOU.

02:04PM  21        SO JUST FOCUSSING ON THE FIRST PARAGRAPH, WE HAVE

02:04PM  22   INVESTIGATED THE MATTER THAT YOU BROUGHT TO OUR ATTENTION

02:04PM  23   RECENTLY AND HAVE DISCOVERED THAT IN THREE OUT OF THE FOUR

02:04PM  24   CASES.

02:04PM  25        DOES THAT REFRESH YOUR RECOLLECTION AT ALL THAT THERE WAS

ZACHMAN CROSS BY MS. TREFZ                                          1421

02:04PM   1      ANOTHER PATIENT THAT YOU IDENTIFIED?

02:04PM   2      A.   I DON'T REMEMBER ANOTHER PATIENT, NO.

02:04PM   3      Q.   OKAY.  WE MAY COME BACK TO THAT.

02:04PM   4           IN MR. HOLMES EMAIL -- IF WE CAN KEEP THAT UP.  SORRY,

02:04PM   5      MR. BENNETT.

02:04PM   6           MR. HOLMES EXPRESSED THE COMPANY'S SINCERE AND DEEP

02:04PM   7      APOLOGY FOR THE ERROR?

02:04PM   8      A.   YES, I SAW THAT THERE.  YES.

02:04PM   9      Q.   SORRY.  WE NEED AN AUDIBLE ANSWER FOR THE COURT REPORTER.

02:04PM  10      A.   OH, I'M SORRY.  YES.

02:04PM  11      Q.   AND MR. HOLMES ALSO SAID THAT CORRECTIVE ACTION HAD BEEN

02:04PM  12      TAKEN BOTH WITH RESPECT TO PROCEDURES AND WITH RESPECT TO THIS

02:04PM  13      SPECIFIC ERROR?

02:04PM  14      A.   YES.

02:04PM  15      Q.   AND HE OFFERED TO DO WHATEVER IS NECESSARY TO ENSURE YOUR

02:04PM  16      CONFIDENCE AND COMFORT WITH THE PLATFORM?

02:04PM  17      A.   YES.

02:04PM  18      Q.   AND HE GAVE YOU HIS PERSONAL EMAIL AND HIS CELL PHONE

02:05PM  19      NUMBER?

02:05PM  20      A.   YES.

02:05PM  21      Q.   DO YOU RECALL ASKING MR. HOLMES TO PROVIDE THE CORRECTED

02:05PM  22      VALUES OR THE CORRECTED LAB REPORTS BY EMAIL AND FAX?

02:05PM  23      A.   I THINK THEY WERE OFFERED AND I AGREED.

02:05PM  24      Q.   OKAY.  DO YOU RECALL THAT -- ACTUALLY GOING BACK TO THE

02:05PM  25      QUESTION THAT I ASKED YOU A MINUTE OR TWO AGO.  YOU IDENTIFIED

ZACHMAN CROSS BY MS. TREFZ                                                    1422

| | | |
|---|---|---|
| 02:05PM | 1 | THAT YOU DIDN'T REMEMBER WHETHER THERE WAS ANOTHER PATIENT. |
| 02:05PM | 2 | LET ME SEE IF I CAN REFRESH YOU ON THAT.  IF I CAN HAVE |
| 02:05PM | 3 | YOU TURN TO EXHIBIT 11430 WHICH SHOULD BE IN YOUR BINDER.  IF |
| 02:06PM | 4 | IT IS NOT, LET ME KNOW. |
| 02:06PM | 5 | A.   I HAVE 1143. |
| 02:06PM | 6 | Q.   DO YOU HAVE 11430? |
| 02:06PM | 7 | A.   430, YEP. |
| 02:06PM | 8 | Q.   AND THERE'S NO NEED TO DESCRIBE IT OR READ IT OR READ IT |
| 02:06PM | 9 | OUT LOUD, BUT IF YOU CAN JUST TAKE A READ OF THIS DOCUMENT AND |
| 02:06PM | 10 | SEE IF IT REFRESHES YOUR RECOLLECTION ABOUT THAT ADDITIONAL |
| 02:06PM | 11 | PATIENT. |
| 02:06PM | 12 | A.   OKAY. |
| 02:06PM | 13 | (PAUSE IN PROCEEDINGS.) |
| 02:07PM | 14 | THE WITNESS:  OKAY. |
| 02:07PM | 15 | BY MS. TREFZ: |
| 02:07PM | 16 | Q.   DOES THIS DOCUMENT REFRESH YOUR RECOLLECTION ABOUT AN |
| 02:07PM | 17 | ADDITIONAL PATIENT WHOSE TEST RESULTS YOU RAISED WITH THERANOS? |
| 02:07PM | 18 | A.   NO, I DON'T REMEMBER THIS CIRCUMSTANCE. |
| 02:07PM | 19 | Q.   OKAY.  WE WILL MOVE ON.  IN ADDITION -- WE SAW, AND I |
| 02:07PM | 20 | THINK YOU TESTIFIED ABOUT THERANOS'S OFFER FOR A PHONE CALL. |
| 02:08PM | 21 | THERANOS OFFERED OTHER AVENUES TO ADDRESS SOUTHWEST |
| 02:08PM | 22 | CONTEMPORARY WOMEN'S CARE REMAINING CONCERNS; IS THAT CORRECT? |
| 02:08PM | 23 | A.   THAT'S CORRECT. |
| 02:08PM | 24 | Q.   AND THEY OFFERED TO DO A STUDY? |
| 02:08PM | 25 | A.   CORRECT. |

ZACHMAN CROSS BY MS. TREFZ                                              1423

02:08PM  1      Q.    AND THEY ALSO OFFERED TO PUT SOUTHWEST CONTEMPORARY

02:08PM  2   WOMEN'S CARE PROVIDERS IN TOUCH WITH MS. HOLMES; IS THAT

02:08PM  3   CORRECT?

02:08PM  4      A.    I DON'T REMEMBER.

02:08PM  5      Q.    AND DO YOU REMEMBER WHETHER THAT WAS -- LET ME SEE IF I

02:08PM  6   CAN REFRESH YOUR RECOLLECTION ON THAT FIRST.

02:08PM  7      A.    OKAY.

02:08PM  8      Q.    PLEASE TURN TO 7549.

02:09PM  9          AGAIN, WE'RE USING THIS DOCUMENT TO SEE IF YOUR

02:09PM 10   RECOLLECTION IS REFRESHED, SO THERE'S NO NEED TO READ IT TO THE

02:09PM 11   GROUP.

02:09PM 12      A.    SURE.

02:09PM 13      Q.    BUT IF YOU CAN JUST TAKE A READ OF IT YOURSELF.

02:09PM 14      A.    SURE.  OKAY.

02:09PM 15      Q.    DOES THIS DOCUMENT REFRESH YOUR RECOLLECTION THAT THERANOS

02:09PM 16   OFFERED TO PUT YOUR OFFICE IN TOUCH WITH MS. HOLMES DIRECTLY?

02:09PM 17      A.    I SEE IT'S WRITTEN HERE, YES.

02:09PM 18      Q.    AND DO YOU RECALL THIS BEING SOMETHING THAT YOU DECLINED?

02:09PM 19      A.    I KNOW THAT WE HAD A CONVERSATION.  IT MENTIONS ANOTHER

02:10PM 20   PHYSICIAN THERE, DR. GRAYSON, AND I SPOKE ON THE PHONE WITH A

02:10PM 21   MAN, AGAIN, I DON'T REMEMBER WHO IT WAS, PERHAPS AFTER THIS,

02:10PM 22   AND IT SEEMS IT'S IN REFERENCE TO THIS SITUATION.

02:10PM 23      Q.    OKAY.  YOU DON'T REMEMBER SPECIFICALLY WHETHER YOU

02:10PM 24   DECLINED TO SPEAK WITH MS. HOLMES OR NOT?

02:10PM 25      A.    I KNOW THAT I DID NOT SPEAK TO MS. HOLMES.

ZACHMAN CROSS BY MS. TREFZ                                                  1424

02:10PM  1    Q.   WE MENTIONED A MINUTE AGO THE STUDY THAT THERANOS

02:10PM  2    VOLUNTEERED FOR AND THAT WAS SOMETHING THAT DID END UP

02:10PM  3    HAPPENING; CORRECT?

02:10PM  4    A.   YES.

02:10PM  5    Q.   SOUTHWEST CONTEMPORARY WOMEN'S CARE HELPED DEVELOP THE

02:10PM  6    STUDY; CORRECT?

02:10PM  7    A.   CORRECT.

02:10PM  8    Q.   AND IT WAS IN AUGUST OF 2015?

02:10PM  9    A.   CORRECT.  YES, THAT'S WHAT I REMEMBER, THAT'S CORRECT.

02:10PM  10   Q.   AND IT HAD BEEN DISCUSSED AS EARLY AS MAY OR BEFORE THEN;

02:10PM  11   CORRECT?

02:10PM  12   A.   UH-HUH.  THINGS MOVE SLOWLY.

02:10PM  13   Q.   FAIR.  DO YOU, DO YOU RECALL PARTICIPATING IN THE DESIGN

02:11PM  14   OF THE STUDY?

02:11PM  15   A.   BRIEFLY.  IT WAS PART OF THE PRODUCT COMMITTEE'S ENDEAVOR

02:11PM  16   TO DO, AND I HAD HANDED OVER -- IN THE LONG WINDED KIND OF

02:11PM  17   CONVERSATION TO GET THAT GOING, I HAD HANDED OVER THE TITLE FOR

02:11PM  18   KIND OF LEADING THE PRODUCT COMMITTEE AND THE TRIAL.

02:11PM  19   Q.   OKAY.  DO YOU RECALL THAT THE STUDY WOULD COMPARE SERUM

02:11PM  20   QUANTS THROUGH SONORA QUEST TO FINGERSTICK QUANTS RUN THROUGH

02:11PM  21   THERANOS AND SERUM QUANTS SENT TO AN INDEPENDENT THIRD PARTY

02:11PM  22   LAB?

02:11PM  23   A.   YES.

02:11PM  24   Q.   AND JUST TO PUT THAT IN I GUESS PLAINER ENGLISH,

02:11PM  25   ESSENTIALLY DOES THAT MEAN THAT THE IDEA WAS TO COMPARE

ZACHMAN CROSS BY MS. TREFZ                                                1425

02:11PM   1     THERANOS FINGERSTICK TESTS TO SONORA QUEST VENOUS DRAWS TO A

02:12PM   2     THIRD PARTY'S VENOUS DRAWS?

02:12PM   3     A.   YES.

02:12PM   4     Q.   AND YOU HAD FAMILIARITY WITH SONORA QUEST; CORRECT?

02:12PM   5     A.   CORRECT.

02:12PM   6     Q.   AND WERE YOU ALSO FAMILIAR WITH THE NATIONAL INDEPENDENT

02:12PM   7     LABORATORY THAT THEY USED?

02:12PM   8     A.   I WAS NOT, HUH-UH.

02:12PM   9     Q.   AND DO YOU RECALL THAT THAT THIRD LABORATORY WAS ARUP,

02:12PM  10     A-R-U-P?

02:12PM  11     A.   IN RECENTLY REFERENCING THOSE EMAILS I'M REMINDED OF THAT,

02:12PM  12     BUT AT THE TIME, NO.

02:12PM  13     Q.   OKAY.  DO YOU RECALL RECEIVING THE RESULTS OF THE STUDY?

02:12PM  14     A.   UM, KIND OF THE SUMMARIZED RESULTS.  IS THAT WHAT YOU

02:12PM  15     MEAN?

02:12PM  16     Q.   YES.

02:12PM  17     A.   I REMEMBER THAT THEY WERE SUMMARIZED AND KIND OF A

02:13PM  18     PRESENTATION WAS GIVEN ON THEM BY THE LEAD OF THE PRODUCT

02:13PM  19     COMMITTEE AT THE TIME AT ONE OF OUR PROVIDER MEETINGS.

02:13PM  20     Q.   OKAY.  AND AFTER THE STUDY SOUTHWEST CONTEMPORARY WOMEN'S

02:13PM  21     STUDY STARTED USING THERANOS AGAIN; CORRECT?

02:13PM  22     A.   I DID NOT OR CERTAINLY I DIDN'T PUT ACKNOWLEDGEMENT OUT

02:13PM  23     FOR PATIENTS ENCOURAGING THEM TO GO THERE TO THERANOS.

02:13PM  24          I DON'T REMEMBER MY PEERS FEELING OR VOICING THAT THEY

02:13PM  25     WANTED TO USE THERANOS MORE, BUT AS I REMEMBER IT, PATIENTS

UNITED STATES COURT REPORTERS

**ER-5123**

ZACHMAN CROSS BY MS. TREFZ                                          1426

02:13PM   1    DIDN'T NEED AN ORDER TO GET THEIR LABS DRAWN.  SO WE CONTINUED

02:13PM   2    TO HAVE PATIENTS COME IN WITH LAB RESULTS FROM THERANOS.

02:13PM   3    Q.   IN FACT, IT WAS A LOT OF PATIENTS; CORRECT?

02:13PM   4    A.   I DIDN'T EVER COUNT.

02:13PM   5    Q.   FROM -- ARE YOU AWARE THAT FROM OCTOBER 2015 THROUGH

02:14PM   6    OCTOBER 2016 THERANOS PERFORMED OVER 300 HCG TESTS FOR

02:14PM   7    SOUTHWEST CONTEMPORARY WOMEN'S CARE?

02:14PM   8    A.   NO, I AM NOT.

02:14PM   9    Q.   AND DID THAT INCLUDE SEVERAL PATIENTS OF YOURS WHO HAD

02:14PM  10    THERANOS TESTS BETWEEN OCTOBER 2015 AND OCTOBER 2016?

02:14PM  11    A.   I DON'T REMEMBER THOSE CIRCUMSTANCES.

02:14PM  12    Q.   OKAY.  LET ME SEE IF I CAN JUST REFRESH YOUR RECOLLECTION

02:14PM  13    ON THOSE PARTICULAR PATIENTS.

02:14PM  14         MS. TREFZ:  MAY I APPROACH, YOUR HONOR?

02:14PM  15         THE COURT:  YES.

02:14PM  16         MS. TREFZ:  (HANDING.)

02:14PM  17    I'M NOT SURE THIS IS IN YOUR BINDER.

02:14PM  18    Q.   DR. ZACHMAN, I'VE HANDED YOU FOR IDENTIFICATION PURPOSES

02:15PM  19    13786 THROUGH 13790.

02:15PM  20    A.   OKAY.

02:15PM  21    Q.   AND CAN YOU JUST TAKE A LOOK AT THOSE DOCUMENTS AND SEE IF

02:15PM  22    THEY REFRESH YOUR RECOLLECTION ABOUT PATIENTS OF YOURS WHO

02:15PM  23    RECEIVED THERANOS TESTS AFTER OCTOBER OF 2015?

02:15PM  24    A.   I AM ALTHOUGH NOT REMEMBERING WHEN THESE VALUES WERE

02:15PM  25    BROUGHT TO ME OF COURSE AT THE TIME, I DO SEE, YES, THEY ARE

ZACHMAN CROSS BY MS. TREFZ                                              1427

02:15PM   1     PATIENTS OF MINE DRAWN AT THERANOS FOR HCG QUANTS.

02:15PM   2     Q.   ARE YOU AWARE THAT -- STRIKE THAT.

02:15PM   3         LET ME BACK UP FOR A SECOND.  YOU MENTIONED THAT YOU

02:16PM   4     HANDED THE PRODUCT COMMITTEE OFF TO SOMEONE ELSE WITHIN

02:16PM   5     SOUTHWEST CONTEMPORARY WOMEN'S CARE.  WHO WAS THAT?

02:16PM   6     A.   COURTNEY DOMINGO.  SHE'S ANOTHER NURSE PRACTITIONER.

02:16PM   7     Q.   AND DO YOU RECALL THAT DR. DOMINGO WAS WORKING WITH

02:16PM   8     THERANOS TO FINALIZE THAT STUDY AND PREPARE THE RESULTS?

02:16PM   9     A.   IT'S MY UNDERSTANDING THAT SHE WOULD HAVE BEEN, ALTHOUGH I

02:16PM  10     DON'T KNOW THAT I WAS PART OF THAT COMMUNICATION.

02:16PM  11     Q.   OKAY.  DO YOU RECALL THAT DR. DOMINGO INFORMED THERANOS ON

02:16PM  12     SEPTEMBER 13TH OF 2015 THAT THERANOS -- THAT THE TRENDS BETWEEN

02:16PM  13     ALL THREE LABS LOOKED GOOD AND FOLLOWED THE SAME LINES?

02:16PM  14     A.   UNLESS I WAS PART OF THAT COMMUNICATION, I WOULDN'T BE

02:16PM  15     AWARE OF IT.

02:16PM  16     Q.   OKAY.  ARE YOU AWARE THAT FROM SEPTEMBER 18TH, 2014, TO

02:17PM  17     OCTOBER 10TH, 2016, SOUTHWEST CONTEMPORARY WOMEN'S CARE

02:17PM  18     RECEIVED RESULTS FROM NEARLY 20,000 THERANOS ORDERS?

02:17PM  19     A.   I'M NOT AWARE OF THAT.

02:17PM  20     Q.   AT THE GOVERNMENT'S REQUEST YOU DID A THOROUGH REVIEW TO

02:17PM  21     IDENTIFY THE THERANOS RESULTS THAT MAY HAVE BEEN INCORRECT AND

02:17PM  22     MAY HAVE MADE A CLINICAL DIFFERENCE; CORRECT?

02:18PM  23     A.   COULD YOU REPEAT THAT QUESTION?

02:18PM  24     Q.   YES.  AT THE GOVERNMENT'S REQUEST YOU DID A THOROUGH

02:18PM  25     REVIEW TO IDENTIFY THERANOS RESULTS THAT YOU BELIEVED MAY HAVE

ZACHMAN CROSS BY MS. TREFZ                                                    1428

02:18PM  1    BEEN INCORRECT AND MAY HAVE MADE A CLINICAL DIFFERENCE; IS THAT

02:18PM  2    CORRECT?

02:18PM  3    A.   YES.

02:18PM  4    Q.   AND IS IT THE CASE THAT ON JANUARY 5TH OF THIS YEAR YOU

02:18PM  5    TOLD THE GOVERNMENT THAT YOU HAD REVIEWED ALL OF THE CHARTS AND

02:18PM  6    YOU DID NOT COME UP WITH MUCH THAT SEEMED OUT OF PLACE?

02:18PM  7    A.   THAT'S CORRECT.

02:18PM  8    Q.   AND THAT YOU LATER CIRCLED BACK AND INFORMED THEM THAT

02:18PM  9    AFTER A THOROUGH REVIEW IT HAD BEEN DETERMINED THAT THERE WERE

02:18PM  10   NOT ANY QUANT RESULTS THAT IF IN QUESTION NEEDED ANY CLINICAL

02:18PM  11   DIFFERENCE?

02:18PM  12   A.   THAT'S CORRECT.

02:18PM  13   Q.   AND IT WAS ONLY MS. GOULD?

02:18PM  14   A.   THAT WAS SO OUT OF PLACE.  THERE WERE SOME WITHIN THOSE

02:18PM  15   CHARTS THAT YOU, AGAIN, KNOWING THE OUTCOME, CAN LOOK BACK AND

02:19PM  16   SAY, WELL, I WONDER IF IT DID THAT, THE QUANT ITSELF?  OR I

02:19PM  17   WONDER IF THAT VALUE SHOULD HAVE BEEN A LITTLE BIT HIGHER OR A

02:19PM  18   LITTLE BIT LOWER?

02:19PM  19        BUT THAT IT DIDN'T INDICATE AT THAT TIME JUST WHAT THE

02:19PM  20   QUANTS, A LOSS OR A SUCCESSFUL PREGNANCY, AND THAT THE OUTCOME

02:19PM  21   WAS DIFFERENT THAN THAT.

02:19PM  22   Q.   OKAY.  DO YOU RECALL ENDING THIS EMAIL BY SAYING SORRY

02:19PM  23   THAT YOU DON'T HAVE MORE TO REPORT?

02:19PM  24   A.   UH-HUH.  I'M SURE I DID.

02:19PM  25   Q.   WHY WERE YOU APOLOGIZING?

ZACHMAN CROSS BY MS. TREFZ                                                    1429

02:19PM   1    A.   TO BE KIND.  RESPECTFUL.

02:19PM   2    Q.   OKAY.  YOU UNDERSTOOD THAT THE GOVERNMENT WANTED YOU TO

02:19PM   3    FIND ADDITIONAL ISSUES IN YOUR THERANOS CHARTS?

02:19PM   4    A.   NO.  I THINK THAT THEY JUST WANTED ME TO TAKE MY TIME TO

02:19PM   5    LOOK THROUGH ANYTHING THAT MIGHT HAVE BEEN OVERLOOKED AT THE

02:19PM   6    TIME.

02:19PM   7    Q.   OKAY.  JUST ONE SECOND HERE.

02:20PM   8         GOING BACK TO THE INTRODUCTION OF THERANOS TO YOUR

02:20PM   9    OFFICE --

02:20PM   10   A.   UH-HUH.

02:20PM   11   Q.   -- DO YOU RECALL WHO CAME IN TO DO THE TALKS ABOUT

02:20PM   12   THERANOS?

02:20PM   13   A.   I DON'T.

02:20PM   14   Q.   AND DO YOU REMEMBER HOW LONG IT LASTED?

02:20PM   15   A.   I BELIEVE THAT WE STRUCTURED THE MEETING TO BE KIND OF 15

02:20PM   16   TO 20 MINUTE TIME SLOTS.  IT WAS BRIEF.

02:20PM   17   Q.   OKAY.  AND YOU DON'T RECALL ANY DISCUSSIONS WITH THERANOS

02:20PM   18   REGARDING THE REGULATORY STATUS OF ITS TESTS --

02:20PM   19   A.   I'M SORRY, I DON'T REMEMBER THAT.  I DON'T REMEMBER THAT,

02:20PM   20   NO.

02:20PM   21   Q.   AND YOU UNDERSTAND THAT FDA APPROVALS ARE PUBLIC; RIGHT?

02:21PM   22   A.   I UNDERSTAND THAT.

02:21PM   23   Q.   AND YOU UNDERSTAND THAT CURRENT CERTIFICATION STATUS OF

02:21PM   24   LABORATORIES ARE ALSO PUBLICLY AVAILABLE?

02:21PM   25   A.   I UNDERSTAND THAT.

ZACHMAN REDIRECT BY MR. BOSTIC                                                    1430

02:21PM   1                 MS. TREFZ:  OKAY.  NO FURTHER QUESTIONS, YOUR HONOR.

02:21PM   2                 THE COURT:  MR. BOSTIC?

02:21PM   3                 MR. BOSTIC:  BRIEFLY, YOUR HONOR.

02:21PM   4                         **REDIRECT EXAMINATION**

02:21PM   5     BY MR. BOSTIC:

02:21PM   6     Q.   GOOD AFTERNOON AGAIN, DR. ZACHMAN.

02:21PM   7     A.   GOOD AFTERNOON.

02:21PM   8     Q.   JUST NOW YOU HAD A BRIEF DISCUSSION WITH DEFENSE COUNSEL

02:21PM   9     ABOUT A STUDY THAT WAS CONDUCTED REGARDING THERANOS HCG TEST

02:21PM  10     RESULTS.

02:21PM  11          DO YOU RECALL THAT?

02:21PM  12     A.   I DO.

02:21PM  13     Q.   AND WHEN THE RESULTS OF THAT STUDY WERE COMPLETE, DID YOU

02:22PM  14     HAVE AN OPPORTUNITY TO REVIEW THOSE RESULTS?

02:22PM  15     A.   BRIEFLY.

02:22PM  16     Q.   IN SUM, DID THOSE RESULTS RESTORE YOUR CONFIDENCE IN

02:22PM  17     THERANOS'S ABILITY TO DELIVER ACCURATE HCG RESULTS?

02:22PM  18     A.   NO.

02:22PM  19     Q.   AND WHY NOT IF YOU RECALL?

02:22PM  20     A.   MY CARE OF BRITTANY, AND THE VALUES THAT I RECEIVED AT

02:22PM  21     THAT TIME WERE VERY IMPACTFUL TO ME AS A PROVIDER AND PERHAPS

02:22PM  22     EMPHASIZING TO HER AS A WOMAN, AND SO THERE WASN'T MUCH THAT

02:22PM  23     COULD HAVE RESTORED MY FAITH AT THAT TIME.

02:22PM  24     Q.   DO YOU RECALL HOW MANY PEOPLE PARTICIPATED IN THAT STUDY

02:22PM  25     APPROXIMATELY OR HOW MANY SAMPLES WERE INVOLVED?

ZACHMAN REDIRECT BY MR. BOSTIC                                    1431

02:22PM   1    A.   I THINK IT WAS 30.

02:22PM   2    Q.   THERE WAS ALSO SOME TESTIMONY DURING YOUR CONVERSATION

02:22PM   3    WITH MS. TREFZ ABOUT PATIENTS OF YOURS WHO PATRONIZE THERANOS

02:23PM   4    AFTER YOUR EXPERIENCE WITH MS. GOULD.

02:23PM   5         DO YOU REMEMBER THAT?

02:23PM   6    A.   YES.

02:23PM   7    Q.   AND DID YOU SEND ANY OF THOSE PATIENTS TO THERANOS?

02:23PM   8    A.   NOT THAT I REMEMBER, NO.

02:23PM   9    Q.   AND DID THERE COME A POINT WHERE YOU AFFIRMATIVELY STOPPED

02:23PM  10    SENDING PATIENTS TO THERANOS OR REFERRING PATIENTS TO THAT

02:23PM  11    BLOOD TESTING LAB?

02:23PM  12    A.   YES.

02:23PM  13    Q.   DURING THE 2015 TIME PERIOD WHEN THAT STUDY TOOK PLACE AND

02:23PM  14    WHEN SOME ADDITIONAL SOUTHWEST PATIENTS WERE BEING TESTED AT

02:23PM  15    THERANOS, DO YOU HAVE ANY KNOWLEDGE OF THE METHOD THAT THERANOS

02:23PM  16    WAS USING TO RUN ITS HCG PATIENT SAMPLES?

02:23PM  17    A.   I DON'T IN SPECIFIC OCCURRENCES, BUT I DO REMEMBER

02:23PM  18    PATIENTS FEELING, VOICING THAT THEY HAD ANTICIPATED HAVING A

02:23PM  19    FINGERSTICK AND LEFT WITH A VENA PUNCTURE AND FEELING AND

02:23PM  20    VOICING THAT THEY FELT UPSET ABOUT THAT.

02:24PM  21    Q.   DO YOU RECALL THAT SPECIFICALLY DURING THAT 2015 TIME

02:24PM  22    PERIOD?

02:24PM  23    A.   I'M NOT SURE WHAT TIME IT WAS.

02:24PM  24    Q.   IT MIGHT HAVE BEEN?

02:24PM  25    A.   IT MIGHT HAVE BEEN.

ZACHMAN REDIRECT BY MR. BOSTIC                                           1432

02:24PM   1      Q.   SO THAT'S THE DRAW METHOD.

02:24PM   2           HOW ABOUT THE METHOD THAT THERANOS WAS USING INSIDE OF THE

02:24PM   3      LAB TO ANALYZE THOSE SAMPLES?  DO YOU HAVE ANY WAY OF KNOWING

02:24PM   4      WHAT DEVICES WERE BEING USED, FOR EXAMPLE, TO UTILIZE HCG

02:24PM   5      SAMPLES IN THERANOS IN 2015?

02:24PM   6      A.   I DON'T.

02:24PM   7      Q.   THERE WAS SOME BRIEF DISCUSSION ALSO WITH DEFENSE COUNSEL

02:24PM   8      ABOUT POSSIBLE VARIABILITY BETWEEN LABS.

02:24PM   9           DO YOU REMEMBER THAT CONVERSATION?

02:24PM   10     A.   YES.

02:24PM   11     Q.   IF WE CAN GO BACK TO THE DEMONSTRATIVE JUST BRIEFLY.

02:24PM   12     A.   OKAY.

02:24PM   13     Q.   ARE YOU SEEING ON YOUR SCREEN THOSE RESULTS FOR

02:24PM   14     BRITTANY GOULD?

02:24PM   15     A.   I DO.

02:24PM   16     Q.   AND LET'S LOOK JUST AT THE THERANOS RESULTS THIS TIME.

02:25PM   17     LET'S IGNORE THE SONORA QUEST RESULTS.

02:25PM   18          FIRST OF ALL, LOOKING AT THOSE TWO RESULTS FROM THERANOS,

02:25PM   19     ONE 12,500 AND THE NEXT 125.

02:25PM   20          WHAT WOULD THOSE RESULTS HAVE SIGNIFIED TO YOU IN THE

02:25PM   21     ABSENCE OF THE SONORA QUEST RESULTS?

02:25PM   22     A.   IF THOSE WERE THE ONLY TWO VALUES THAT I HAD ON A PATIENT,

02:25PM   23     THEN I WOULD ASSUME THAT SHE HAS HAD A LOSS OF PREGNANCY.

02:25PM   24     Q.   AND, IN FACT, IS THAT WHAT YOU SAW WITH MS. GOULD?

02:25PM   25     A.   NO.

ZACHMAN REDIRECT BY MR. BOSTIC                                    1433

02:25PM  1    Q.   AND WHAT ABOUT USING THE CORRECTED VALUE THAT THERANOS

02:25PM  2    SENT AFTERWARDS.  IF YOU SAW TWO RESULTS TWO DAYS APART EXACTLY

02:25PM  3    AT THE SAME LEVEL, AGAIN, IGNORING THE SONORA QUEST RESULT,

02:25PM  4    WHAT WOULD THAT FLAT LINE RESULT INDICATE TO YOU, IF IT WOULD

02:25PM  5    BE ENOUGH DATA TO TELL?

02:25PM  6    A.   IT WOULD BE QUESTIONABLE AT BEST.  IF I KNEW SHE WAS IN

02:26PM  7    HER FOURTH WEEK OF PREGNANCY, WHICH SHE WAS, AND I SAW TWO FLAT

02:26PM  8    LINED RESULTS, I WOULD BE SUSPICIOUS FOR AN ECTOPIC, ALTHOUGH,

02:26PM  9    AGAIN, THEY WOULDN'T BE AT THAT VALUE.

02:26PM  10   Q.   AND DID YOU SEE AN ECTOPIC WITH MS. GOULD OR ANY OTHER

02:26PM  11   ISSUE WITH THAT PREGNANCY?

02:26PM  12   A.   NO.

02:26PM  13            MR. BOSTIC:  NO FURTHER QUESTIONS.  THANK YOU.

02:26PM  14            MS. TREFZ:  NO QUESTIONS.

02:26PM  15            THE COURT:  MAY THIS WITNESS BE EXCUSED?

02:26PM  16            MS. TREFZ:  YES.

02:26PM  17            MR. BOSTIC:  YES.

02:26PM  18            THE COURT:  THANK YOU.  YOU MAY STAND DOWN.

02:26PM  19            THE WITNESS:  THANK YOU SO MUCH.

02:26PM  20            THE COURT:  WE KEPT THE JURY 30 MINUTES BEHIND WHAT

02:26PM  21   I PROMISED.

02:26PM  22        SO DO YOU HAVE A WITNESS HERE NOW?

02:26PM  23            MR. BOSTIC:  WE DO, YOUR HONOR, HAVE ANOTHER

02:26PM  24   WITNESS.  BUT WE ARE ALSO CONSCIOUS OF THE JURY'S TIME, SO WE

02:26PM  25   WILL DEFER TO THE COURT.

1434

| | | |
|---|---|---|
| 02:26PM | 1 | THE COURT:  ALL RIGHT.  WILL WE BE ABLE TO START |
| 02:26PM | 2 | WITH THAT WITNESS TOMORROW MORNING? |
| 02:26PM | 3 | MR. BOSTIC:  YES, YOUR HONOR. |
| 02:26PM | 4 | THE COURT:  OKAY.  SORRY.  IS THERE ANY VALUE JUST |
| 02:27PM | 5 | BRINGING THAT WITNESS IN, INTRODUCING AND PUTTING THEM UNDER |
| 02:27PM | 6 | OATH AND GETTING SOME PRELIMINARY TESTIMONY? |
| 02:27PM | 7 | MR. LEACH:  IT'S REALLY UP TO THE COURT AND THE |
| 02:27PM | 8 | JURY.  I THINK THE WITNESS IS BRIEF AND FROM OUT OF TOWN, SO WE |
| 02:27PM | 9 | CERTAINLY CAN DO IT NOW.  WE CAN ALSO DO IT FIRST THING |
| 02:27PM | 10 | TOMORROW, YOUR HONOR.  WE'RE FINE EITHER WAY. |
| 02:27PM | 11 | THE COURT:  WELL, I TOLD OUR JURY AT THE START THAT |
| 02:27PM | 12 | THEY'RE JUDGES OF THE FACTS.  THEY'RE ALSO JUDGES OF THEIR TIME |
| 02:27PM | 13 | I SUPPOSE. |
| 02:27PM | 14 | LADIES AND GENTLEMEN, LET ME ASK YOU, IF WE WENT 30 MORE |
| 02:27PM | 15 | MINUTES UNTIL 3:00 O'CLOCK, AND I PROMISE WE'LL STOP THERE, |
| 02:27PM | 16 | WILL THAT CREATE ANY DIFFICULTY FOR ANYONE? |
| 02:27PM | 17 | I SEE NO HANDS. |
| 02:27PM | 18 | LET'S BRING THE WITNESS IN AND SEE WHAT WE CAN ACCOMPLISH. |
| 02:27PM | 19 | THANK YOU, LADIES AND GENTLEMEN. |
| 02:27PM | 20 | MR. LEACH:  THANK YOU, YOUR HONOR. |
| 02:27PM | 21 | THANK YOU, LADIES AND GENTLEMEN. |
| 02:27PM | 22 | THE UNITED STATES CALLS BRITTANY GOULD. |
| 02:28PM | 23 | THE COURT:  GOOD AFTERNOON.  IF YOU COULD JUST COME |
| 02:28PM | 24 | FORWARD, PLEASE.  IF YOU WOULD FACE OUR COURTROOM DEPUTY HERE |
| 02:28PM | 25 | AND RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU. |

1435

02:28PM  1        **(GOVERNMENT'S WITNESS, BRITTANY GOULD, WAS SWORN.)**

02:28PM  2              THE WITNESS:  YES.

02:28PM  3              THE CLERK:  THANK YOU.

02:28PM  4              THE COURT:  THANK YOU.  PLEASE HAVE A SEAT HERE.

02:28PM  5    LET ME INVITE YOU TO MAKE YOURSELF COMFORTABLE.  FEEL FREE TO

02:28PM  6    ADJUST THE CHAIR AND MICROPHONE AS YOU NEED.

02:28PM  7              THE WITNESS:  SURE.

02:28PM  8              THE COURT:  WHEN YOU ARE COMFORTABLE, WOULD YOU

02:28PM  9    PLEASE STATE YOUR NAME.

02:28PM  10             THE WITNESS:  SURE.

02:28PM  11             THE COURT:  AND THEN SPELL IT, PLEASE.

02:28PM  12             THE WITNESS:  YES.  MY NAME IS BRITTANY GOULD,

02:28PM  13   B-R-I-T-T-A-N-Y, G-O-U-L-D.

02:28PM  14             THE COURT:  THANK YOU.

02:28PM  15          MR. LEACH, ARE YOU DOING THE EXAMINATION?

02:28PM  16             MR. LEACH:  I AM, YOUR HONOR.

02:28PM  17             THE COURT:  ALL RIGHT.  THANK YOU.

02:29PM  18             MR. LEACH:  MAY I APPROACH THE WITNESS, YOUR HONOR?

02:29PM  19             THE COURT:  YES.  THANK YOU.

02:29PM  20             MR. LEACH:  (HANDING.)

02:29PM  21          MAY I INQUIRE?

02:29PM  22             THE COURT:  PLEASE.

02:29PM  23   ///

02:29PM  24   ///

02:29PM  25   ///

**ER-5133**

GOULD DIRECT BY MR. LEACH                                                1436

|  |  |  |
|---|---|---|
| 02:29PM | 1 | **DIRECT EXAMINATION** |
| 02:29PM | 2 | BY MR. LEACH: |
| 02:29PM | 3 | Q.   GOOD AFTERNOON, MS. GOULD.  WHERE DO YOU LIVE? |
| 02:29PM | 4 | A.   MESA, ARIZONA. |
| 02:29PM | 5 | Q.   CAN YOU PULL THAT CLOSER TO YOU SO EVERYBODY CAN HEAR YOU? |
| 02:29PM | 6 | A.   MESA, ARIZONA. |
| 02:29PM | 7 | Q.   AND HOW LONG HAVE YOU LIVED IN MESA, ARIZONA? |
| 02:29PM | 8 | A.   I'VE BEEN IN ARIZONA FOR ABOUT 18 YEARS NOW. |
| 02:29PM | 9 | Q.   AND WHAT DO YOU DO FOR A LIVING? |
| 02:29PM | 10 | A.   I'M A MEDICAL ASSISTANT. |
| 02:29PM | 11 | Q.   AND CAN YOU TELL US A LITTLE BIT ABOUT YOUR JOB DUTIES AS |
| 02:30PM | 12 | A MEDICAL ASSISTANT? |
| 02:30PM | 13 | A.   YEAH.  SO I AM IN CHARGE OF GIVING PATIENTS THEIR TEST |
| 02:30PM | 14 | RESULTS, DRAWING BLOOD, ESCORTING THEM TO EXAM ROOMS, AND |
| 02:30PM | 15 | ASSISTING THE DOCTORS IN KEEPING THEIR SCHEDULES FOR SURGERIES, |
| 02:30PM | 16 | AND THINGS OF THAT SORT. |
| 02:30PM | 17 | Q.   AND WHAT TYPES OF MEDICAL PRACTICES HAVE YOU WORKED IN AS |
| 02:30PM | 18 | A MEDICAL ASSISTANT? |
| 02:30PM | 19 | A.   SO I'VE DONE FAMILY PRACTICE, I'VE DONE NEUROSURGERY, AND |
| 02:30PM | 20 | I'M CURRENTLY WORKING IN A GASTROENTEROLOGIST OFFICE. |
| 02:30PM | 21 | Q.   AND IN CONNECTION WITH YOUR WORK IN THE FAMILY PRACTICE, |
| 02:30PM | 22 | DID YOU HAVE EXPERIENCE DRAWING BLOOD FOR PATIENTS? |
| 02:30PM | 23 | A.   CORRECT, YES. |
| 02:30PM | 24 | Q.   I WANT TO DRAW YOUR ATTENTION TO THE TIME PERIOD OF 2014. |
| 02:30PM | 25 | DO YOU HAVE THAT TIME PERIOD IN MIND? |

GOULD   DIRECT BY MR. LEACH                                                    1437

02:30PM   1       A.   YES.

02:30PM   2       Q.   OKAY.  AND WHERE WERE YOU WORKING AT THAT TIME PERIOD?

02:30PM   3       A.   I WAS WORKING IN A PRIMARY CARE OFFICE WITH

02:30PM   4       DR. CYNTHIA BARRY.

02:30PM   5       Q.   AS A MEDICAL ASSISTANT WORKING FOR DR. BARRY, DID YOU COME

02:31PM   6       TO LEARN ABOUT A COMPANY CALLED THERANOS?

02:31PM   7       A.   YES.

02:31PM   8       Q.   AND TELL US WHAT HAPPENED, PLEASE.

02:31PM   9       A.   WE HAD A REPRESENTATIVE FROM THERANOS COME IN WITH

02:31PM   10      LITERATURE ON THEIR COMPANY, WITH LOCATIONS AND PRICES FOR

02:31PM   11      THEIR TESTS.

02:31PM   12      Q.   AND YOU SAY THE REPRESENTATIVE BROUGHT LITERATURE?

02:31PM   13      A.   YEAH.

02:31PM   14      Q.   AND WHAT DO YOU MEAN?  WHAT TYPE OF MATERIALS DID THE

02:31PM   15      REPRESENTATIVE BRING?

02:31PM   16      A.   JUST PRICES FOR THEIR DIFFERENT LAB TESTS, THE LOCATION OF

02:31PM   17      THEIR FACILITY, THINGS OF THAT SORT.

02:31PM   18      Q.   AND AT THE TIME DID YOU REVIEW SOME OF THIS MATERIAL?

02:31PM   19      A.   YES.

02:31PM   20      Q.   AND WERE YOU HAVE IMPRESSED WITH THERANOS?

02:31PM   21      A.   YES.

02:31PM   22      Q.   AND WHY WERE YOU IMPRESSED WITH THERANOS?

02:31PM   23      A.   THE PRICE WAS COST EFFECTIVE FOR OUR PATIENTS THAT WERE

02:31PM   24      SELF PAY, IT WAS CONVENIENT IN REGARDS TO THE TIME WHEREAS

02:31PM   25      ANOTHER LAB YOU WOULD HAVE TO WAIT FOR A SIGNIFICANT AMOUNT OF

02:31PM  1    TIME.  IT JUST SEEMS LIKE A QUICKER PROCESS.

02:31PM  2    Q.   AND DID THE MARKETING MATERIALS ALSO SPEAK ABOUT HOW

02:31PM  3    THERANOS DREW BLOOD FROM PATIENTS?

02:32PM  4    A.   NO.  JUST THE FINGER PRICK WAS THE ONLY THING THAT I CAN

02:32PM  5    RECALL FROM.

02:32PM  6    Q.   AND WHAT DO YOU MEAN BY FINGER PRICK?  WHAT DID YOU --

02:32PM  7    A.   THAT THEY WERE ABLE TO DRAW AT THE LABS WITH JUST A FINGER

02:32PM  8    POKE.

02:32PM  9    Q.   AND BASED ON THESE MARKETING MATERIALS, DID YOU BELIEVE

02:32PM  10   THERANOS TO OFFER ACCURATE TESTS?

02:32PM  11   A.   YES.

02:32PM  12   Q.   AND DID YOU BELIEVE THEM TO OFFER RELIABLE TESTS?

02:32PM  13   A.   YES.

02:32PM  14   Q.   AND DID YOU BELIEVE THEM TO OFFER TESTS THAT WERE

02:32PM  15   COMPARABLE TO COMPETITORS IN THE MARKETPLACE?

02:32PM  16   A.   YES.

02:32PM  17   Q.   BASED ON THE MARKETING LITERATURE THAT YOU RECEIVED IN

02:32PM  18   DR. BARRY'S PRACTICE, DID YOU REFER PATIENTS TO THERANOS?

02:32PM  19   A.   YES.

02:32PM  20   Q.   AND WHY DID YOU DO THAT?

02:32PM  21   A.   WE HAD A LOT OF PATIENTS THAT DIDN'T HAVE HEALTH INSURANCE

02:32PM  22   OR IT WAS A MORE COST EFFECTIVE OPTION FOR THEM.

02:32PM  23   Q.   SLIGHT SHIFT IN TOPICS.  IN THIS TIME PERIOD OF 2014, DID

02:33PM  24   YOU HAVE ANY CHILDREN?

02:33PM  25   A.   NOT IN -- I HAD ONE LIVING CHILD, YES.

GOULD DIRECT BY MR. LEACH                                    1439

02:33PM 1      Q.   A BOY OR A GIRL?

02:33PM 2      A.   A GIRL.

02:33PM 3      Q.   AND IN THIS TIME PERIOD 2014, WERE YOU AND YOUR HUSBAND

02:33PM 4      TRYING TO HAVE ANOTHER BABY?

02:33PM 5      A.   YES.

02:33PM 6      Q.   AND HAD CONCEIVING CHILDREN BEEN EASY FOR YOU?

02:33PM 7      A.   NO.

02:33PM 8      Q.   AND AT A HIGH LEVEL, SOMETHING YOU'RE COMFORTABLE WITH,

02:33PM 9      CAN YOU TELL US A LITTLE BIT ABOUT THE DIFFICULTIES THAT YOU

02:33PM 10     HAD CONCEIVING IN THIS 2013, 2014 TIME PERIOD?

02:33PM 11     A.   YES.  SO I HAVE A HARD TIME CARRYING PREGNANCIES PAST THE

02:33PM 12     FIRST TRIMESTER.  USUALLY RIGHT AROUND THAT 12 WEEK MARK I

02:33PM 13     WOULD LOSE MY PREGNANCIES AND SUFFER A MISCARRIAGE.

02:33PM 14     Q.   HOW MANY TIMES DID THAT HAPPEN?

02:33PM 15     A.   THREE TIMES IN A ROW.

02:33PM 16     Q.   IN THE FALL OF 2014 DID YOU LEARN AT SOME POINT THAT YOU

02:33PM 17     WERE EXPECTING?

02:33PM 18     A.   YES.

02:33PM 19     Q.   AND HOW DID YOU LEARN THAT?

02:33PM 20     A.   I TOOK AN AT HOME PREGNANCY TEST.

02:33PM 21     Q.   AND AFTER TAKING THE AT HOME PREGNANCY TEST, DID YOU GO

02:34PM 22     AND SEE A DOCTOR?

02:34PM 23     A.   YES.

02:34PM 24     Q.   AND WHO DID YOU GO TO?

02:34PM 25     A.   AUDRA ZACHMAN, DR. AUDRA.

GOULD DIRECT BY MR. LEACH

02:34PM 1    Q.   AND HAD YOU BEEN A PATIENT OF DR. ZACHMAN FOR SOME PERIOD

02:34PM 2    OF TIME BEFORE THAT?

02:34PM 3    A.   YES.

02:34PM 4    Q.   OKAY.  AND HAD DR. ZACHMAN TREATED YOU FOR ONE OF YOUR

02:34PM 5    PRIOR MISCARRIAGES?

02:34PM 6    A.   YES, CORRECT.

02:34PM 7    Q.   OKAY.  SO YOU HAVE A POSITIVE AT HOME TEST AND YOU GO TO

02:34PM 8    SEE DR. ZACHMAN.

02:34PM 9         WHAT HAPPENED?

02:34PM 10   A.   SO WE CHECKED MY BLOOD IN OFFICE I BELIEVE AT THAT TIME

02:34PM 11   AND CONFIRMED THE PREGNANCY WITH AN HCG QUANTITATIVE BLOOD

02:34PM 12   TEST.

02:34PM 13   Q.   AND DID YOU AND DR. ZACHMAN DISCUSS DRAWING ADDITIONAL HCG

02:34PM 14   BLOOD TESTS?

02:34PM 15   A.   CORRECT, YES.

02:34PM 16        MR. LEACH:  OKAY.  MAY I HAVE ONE MOMENT,

02:34PM 17   YOUR HONOR?

02:34PM 18        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

02:35PM 19   BY MR. LEACH:

02:35PM 20   Q.   I'D LIKE TO DISPLAY FOR THE WITNESS, IF WE CAN, A DOCUMENT

02:35PM 21   IN EVIDENCE WHICH IS 5410.

02:35PM 22        THE COURT:  IS THIS JUST FOR THE WITNESS?

02:35PM 23        MR. LEACH:  I BELIEVE IT'S IN EVIDENCE SO I BELIEVE

02:35PM 24   WE CAN DISPLAY IT FOR THE JURY.

02:35PM 25        THE COURT:  THAT'S FINE.

GOULD DIRECT BY MR. LEACH                                              1441

02:35PM  1   BY MR. LEACH:

02:35PM  2   Q.   MS. GOULD, DO YOU SEE YOUR NAME IN THE LEFT CORNER WHERE

02:35PM  3   IT SAYS "PATIENT"?

02:35PM  4   A.   YES.

02:35PM  5   Q.   AND THERE'S AN AGE 24 YEARS.  IS THAT ROUGHLY YOUR AGE

02:35PM  6   BACK IN 2014?

02:36PM  7   A.   CORRECT, YES.

02:36PM  8   Q.   OKAY.  AND DO YOU SEE THAT THIS IS A LAB RESULT REPORT

02:36PM  9   FROM QUEST DIAGNOSTICS?

02:36PM  10  A.   YES.

02:36PM  11  Q.   AND DO YOU SEE THE DATE DRAWN IS SEPTEMBER 30TH, 2014?

02:36PM  12  A.   CORRECT.

02:36PM  13  Q.   OKAY.  IS THAT TIME PERIOD ROUGHLY CONSISTENT WHEN YOU

02:36PM  14  FIRST WENT TO SEE DR. ZACHMAN ABOUT YOUR PREGNANCY?

02:36PM  15  A.   YES.

02:36PM  16  Q.   AND YOU RECALL BEING TOLD THAT YOUR HCG RESULTS LOOKED

02:36PM  17  GOOD AND INDICATIVE OF A PREGNANCY?

02:36PM  18  A.   CORRECT.

02:36PM  19  Q.   OKAY.  AT SOME POINT IN TIME DID YOU HAVE YOUR BLOOD DRAWN

02:36PM  20  FROM THERANOS?

02:36PM  21  A.   YES.

02:36PM  22  Q.   WHY DID YOU GO TO THERANOS?

02:36PM  23  A.   OUT OF CONVENIENCE.  I BELIEVE AT THAT TIME MY PLAN WAS A

02:36PM  24  HIGH DEDUCTIBLE AND IT WAS MORE COST EFFECTIVE FOR ME.

02:36PM  25  Q.   LET ME PLEASE DRAW YOUR ATTENTION TO WHAT IS IN EVIDENCE

02:36PM  1    AS EXHIBIT 2044.  IF WE CAN ZOOM IN ON THE TOP PORTION OF THIS

02:37PM  2    PAGE.

02:37PM  3        DO YOU SEE THE VISIT OR YOUR NAME IN THE LEFT CORNER,

02:37PM  4    MS. GOULD?

02:37PM  5    A.   YES.

02:37PM  6    Q.   AND DO YOU SEE THE DATE OF 10-20-2014?

02:37PM  7    A.   YES.

02:37PM  8    Q.   OKAY.  TELL US ABOUT YOUR EXPERIENCE GETTING YOUR BLOOD

02:37PM  9    DRAWN AT THERANOS?  WHERE DID YOU GO AND WHAT HAPPENED?

02:37PM  10   A.   I WENT TO A WALGREENS LOCATION THAT HAD A THERANOS.  IT

02:37PM  11   WAS A PRETTY EASY PROCESS.  I DON'T RECALL ANY HANGUPS.  I

02:37PM  12   DIDN'T HAVE TO WAIT LONG.  I GOT MY FINGER POKED, AND I WENT ON

02:37PM  13   MY WAY.

02:37PM  14   Q.   WHEN YOU SAY YOU GOT YOUR FINGER POKED, DO YOU MEAN THE

02:37PM  15   BLOOD WAS DRAWN FROM YOUR FINGER AS OPPOSED TO A VEIN?

02:37PM  16   A.   YES.

02:37PM  17   Q.   AND YOU FOUND THIS CONVENIENT?

02:37PM  18   A.   YES.

02:37PM  19   Q.   HOW DID YOU PAY FOR THE TEST?

02:37PM  20   A.   I BELIEVE -- I CAN'T RECALL THAT CORRECTLY, BUT, I MEAN, I

02:37PM  21   CAN'T SAY -- I WOULD ASSUME A CREDIT CARD.

02:38PM  22   Q.   AND DID COST FACTOR INTO YOUR DECISION TO GO TO THERANOS?

02:38PM  23   A.   YES.

02:38PM  24   Q.   AT THE TIME DID YOU HAVE A HIGH DEDUCTIBLE INSURANCE PLAN?

02:38PM  25   A.   YES.

GOULD DIRECT BY MR. LEACH                                          1443

02:38PM   1    Q.   AND YOU WERE LOOKING FOR SOMETHING WHERE YOU DIDN'T HAVE

02:38PM   2    TO PAY THAT HIGH DEDUCTIBLE?

02:38PM   3    A.   CORRECT.

02:38PM   4    Q.   AND SITTING HERE TODAY, YOU DON'T HAVE A FIRM MEMORY IF

02:38PM   5    YOU PAID OR HOW YOU PAID?

02:38PM   6    A.   CORRECT.

02:38PM   7    Q.   AT THE TIME YOU WENT TO THERANOS DID YOU BELIEVE YOU WOULD

02:38PM   8    GET AN ACCURATE BLOOD TEST?

02:38PM   9    A.   YES.

02:38PM  10    Q.   DID YOU BELIEVE YOU WOULD GET A RELIABLE BLOOD TEST?

02:38PM  11    A.   YES.

02:38PM  12    Q.   AND WOULD YOU HAVE GONE TO THERANOS IF YOU HAD BELIEVED

02:38PM  13    EITHER OF THOSE TWO THINGS WEREN'T TRUE?

02:38PM  14    A.   NO.

02:38PM  15    Q.   WAS THIS THE ONLY TEST THAT YOU GOT AT THERANOS?

02:38PM  16    A.   NO.

02:38PM  17    Q.   AND LET ME DRAW YOUR ATTENTION TO PAGE 2 OF EXHIBIT 2044.

02:39PM  18         DO YOU SEE YOUR NAME IN THE LEFT PORTION OF THIS DOCUMENT?

02:39PM  19    A.   YES.

02:39PM  20    Q.   AND DO YOU SEE A VISIT DATE OF OCTOBER 4TH, 2014?

02:39PM  21    A.   YES.

02:39PM  22    Q.   OKAY.  DO YOU BELIEVE THIS TO BE THE SECOND TIME THAT YOU

02:39PM  23    WENT TO THERANOS FOR A BLOOD TEST?

02:39PM  24    A.   YES.

02:39PM  25    Q.   DID YOUR SECOND EXPERIENCE AT THERANOS STAND OUT IN ANY

GOULD DIRECT BY MR. LEACH                                          1444

02:39PM   1    WAY FROM YOUR FIRST EXPERIENCE?

02:39PM   2    A.   NO.  IT'S UNREMARKABLE.

02:39PM   3    Q.   AND WAS YOUR BLOOD DRAWN BY A FINGER?

02:39PM   4    A.   YES, IT WAS DRAWN BY A FINGER POKE.

02:39PM   5    Q.   AND JUST SO WE HAVE AN ACCURATE RECORD, LET ME ASK THE

02:39PM   6    QUESTION AGAIN.  WAS YOUR BLOOD DRAWN FROM THE FINGER?

02:39PM   7    A.   YES.

02:39PM   8    Q.   AND DO YOU RECALL HOW YOU PAID FOR THIS TEST, IF AT ALL?

02:39PM   9    A.   I CAN'T RECALL.

02:39PM  10    Q.   DID COST AGAIN FACTOR INTO WHY YOU WENT TO THERANOS?

02:39PM  11    A.   YES.

02:39PM  12    Q.   AND DID YOU GO BECAUSE YOU BELIEVED YOU WOULD GET AN

02:39PM  13    ACCURATE AND RELIABLE TEST?

02:39PM  14    A.   YES.

02:39PM  15    Q.   IN THE TWO DAYS BETWEEN YOUR VISITS TO THERANOS, DID

02:40PM  16    ANYTHING CHANGE IN TERMS OF YOUR HEALTH CIRCUMSTANCES OR

02:40PM  17    YOUR -- OR WHAT YOU WERE DOING ON A DAILY BASIS?

02:40PM  18    A.   NO.

02:40PM  19    Q.   OKAY.  AFTER GETTING YOUR BLOOD DRAWN FROM THERANOS FOR

02:40PM  20    THIS SECOND TIME, DID YOU GO IN TO MEET WITH DR. ZACHMAN?

02:40PM  21    A.   YES.

02:40PM  22    Q.   DID YOU GO ALONE?

02:40PM  23    A.   NO.  I HAD MY DAUGHTER WITH ME.

02:40PM  24    Q.   OKAY.  WHEN YOU WENT IN TO SEE DR. ZACHMAN AFTER THIS

02:40PM  25    SECOND TEST, WHAT DID SHE SAY TO YOU?  TELL US WHAT HAPPENED.

UNITED STATES COURT REPORTERS

GOULD DIRECT BY MR. LEACH

02:40PM  1    A.   I WENT IN FOR MY VISIT, AND THEY GIVE YOU A BAG OF STUFF

02:40PM  2    WHEN YOU'RE A NEW MOM, ALL OF THE GOODIES.  SO I GOT MY BAG,

02:40PM  3    AND WE HAD THIS CONVERSATION.  AND THEN THE LAB RESULTS HAD

02:40PM  4    COME IN AT THE END OF THE VISIT, AND SHE TOLD ME YOUR NUMBERS

02:40PM  5    ARE FALLING, UNFORTUNATELY.

02:40PM  6         THAT SIGNIFIED TO ME THAT I WAS MISCARRYING.

02:41PM  7    Q.   AND WHEN DR. ZACHMAN TOLD YOU THAT YOUR NUMBERS WERE

02:41PM  8    FALLING, DID YOU UNDERSTAND THAT TO BE A REFERENCE TO THE HCG

02:41PM  9    TEST?

02:41PM  10   A.   YES.

02:41PM  11   Q.   AND HAD YOU HAD EXPERIENCE WITH FALLING HCG TESTS FROM

02:41PM  12   YOUR PRIOR MISCARRIAGES?

02:41PM  13   A.   YES.

02:41PM  14   Q.   DID YOU DISCUSS WITH -- BASED ON THE FALLING NUMBERS THAT

02:41PM  15   DR. ZACHMAN DESCRIBED TO YOU, DID YOU AND SHE DISCUSS POTENTIAL

02:41PM  16   TREATMENT OPTIONS?

02:41PM  17   A.   YES.

02:41PM  18   Q.   AND WHAT DID YOU DISCUSS?

02:41PM  19   A.   THE WAYS TO TERMINATE A PREGNANCY, THE OPTIONS, YOU CAN

02:41PM  20   TAKE THE MEDICATION AND D&C OR JUST LET YOUR BODY GO THROUGH IT

02:41PM  21   NATURALLY.

02:41PM  22   Q.   AND DID YOU AND DR. ZACHMAN ALSO DISCUSS GETTING RETESTED?

02:41PM  23   A.   YES.

02:41PM  24   Q.   LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN ADMITTED INTO

02:41PM  25   EVIDENCE AS EXHIBIT 3305.

GOULD DIRECT BY MR. LEACH                                                1446

| | | |
|---|---|---|
| 02:42PM | 1 | MS. GOULD, DO YOU SEE YOUR NAME IN THE LEFT CORNER? |
| 02:42PM | 2 | A.   YES. |
| 02:42PM | 3 | Q.   AND DO YOU SEE THE NAME QUEST DIAGNOSTICS INC.? |
| 02:42PM | 4 | A.   YES. |
| 02:42PM | 5 | Q.   AND DO YOU BELIEVE THAT TO BE THE LAB TESTING COMPANY THAT |
| 02:42PM | 6 | YOU WENT TO FOR YOUR NEXT HCG TEST? |
| 02:42PM | 7 | A.   YES. |
| 02:42PM | 8 | Q.   AND THIS ONE HAS AN HCG LEVEL OF 9559. |
| 02:42PM | 9 | DID YOU HAVE CONVERSATIONS WITH DR. ZACHMAN ABOUT THIS |
| 02:42PM | 10 | TEST? |
| 02:42PM | 11 | A.   YES. |
| 02:42PM | 12 | Q.   AND TELL US ABOUT THAT, PLEASE? |
| 02:42PM | 13 | A.   I CAN'T RECALL THE DETAILS, BUT IT WAS A LITTLE CONFUSING, |
| 02:42PM | 14 | THE CONFLICTING INFORMATION.  SO FROM THAT POINT FORWARD WE |
| 02:42PM | 15 | DECIDED TO STICK WITH SONORA QUEST JUST TO ENSURE THAT WE'RE, |
| 02:42PM | 16 | YOU KNOW, GETTING ACCURATE RESULTS. |
| 02:42PM | 17 | Q.   AFTER SOME ADDITIONAL VISIT AND SOME ADDITIONAL TESTS, DID |
| 02:43PM | 18 | YOU AND DR. ZACHMAN STILL CONCLUDE THAT YOU WERE STILL |
| 02:43PM | 19 | PREGNANT? |
| 02:43PM | 20 | A.   YES. |
| 02:43PM | 21 | Q.   AND DID YOU ULTIMATELY GIVE BIRTH TO A BABY? |
| 02:43PM | 22 | A.   YES. |
| 02:43PM | 23 | Q.   AND WAS IT A GIRL OR A BOY? |
| 02:43PM | 24 | A.   A GIRL. |
| 02:43PM | 25 | Q.   AND AFTER THIS EXPERIENCE DID YOU EVER GO BACK TO |

GOULD DIRECT BY MR. LEACH                                          1447

02:43PM   1        THERANOS?

02:43PM   2        A.   NO.

02:43PM   3        Q.   WHY NOT?

02:43PM   4        A.   INACCURATE RESULTS.  I DIDN'T FEEL LIKE I COULD TRUST IT.

02:43PM   5        Q.   AFTER THIS EXPERIENCE, DID YOU EVER REFER ANY OF YOUR

02:43PM   6        PATIENTS AT DR. BARRY'S FAMILY PRACTICE TO THERANOS?

02:43PM   7        A.   NO.

02:43PM   8        Q.   WHY NOT?

02:43PM   9        A.   INACCURATE RESULTS.  WE CAN'T PROVIDE ACCURATE PATIENT

02:43PM  10        CARE WITH INACCURATE RESULTS.

02:43PM  11              MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

02:43PM  12              THE COURT:  YES.

02:43PM  13          (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

02:43PM  14              MR. LEACH:  THANK YOU, MS. GOULD.  I HAVE NOTHING

02:44PM  15        FURTHER.

02:44PM  16              THE COURT:  CROSS-EXAMINATION?

02:44PM  17              MS. TREFZ:  WE HAVE NO QUESTIONS FOR THIS WITNESS,

02:44PM  18        YOUR HONOR.

02:44PM  19              THE COURT:  MAY THIS WITNESS BE EXCUSED?

02:44PM  20              MS. TREFZ:  SHE MAY.

02:44PM  21              THE COURT:  THANK YOU.  YOU'RE EXCUSED.  THANK YOU.

02:44PM  22              THE WITNESS:  THANK YOU.

02:44PM  23              THE COURT:  LADIES AND GENTLEMEN, WE'LL TAKE OUR

02:44PM  24        EVENING BREAK NOW.  THANK YOU.  I APPRECIATE YOUR INDULGENCE

02:44PM  25        WITH YOUR TIME.

02:44PM 1      AS YOU KNOW, I DO WANT TO CONTINUE TO REMIND YOU OF THE

02:44PM 2  ADMONITION.  IT IS IN PLACE.  YOU MUST NOT COMMUNICATE WITH

02:44PM 3  ANYONE IN ANY WAY ABOUT THIS CASE, YOU MUST IGNORE ANY

02:44PM 4  INFORMATION ABOUT THE CASE THAT YOU MIGHT SEE WHILE BROWSING

02:44PM 5  THE INTERNET OR YOUR SOCIAL MEDIA FEEDS OR WHILE YOU WATCH

02:44PM 6  TELEVISION, LISTEN TO THE RADIO OR ANY OTHER ENTERTAINMENT

02:44PM 7  DEVICES.

02:44PM 8      I'LL ASK YOU TOMORROW MORNING AGAIN WHETHER OR NOT THAT

02:44PM 9  HAS OCCURRED TO YOU, BUT FOR THIS EVENING, PLEASE REMEMBER THE

02:44PM 10  ADMONITION.

02:44PM 11      THANK YOU.  AGAIN, WE'LL GO UNTIL 3:00 TOMORROW, PLEASE,

02:45PM 12  IF THAT'S ALL RIGHT.

02:45PM 13      I SEE NO HANDS.

02:45PM 14      SO WE'LL GO UNTIL 3:00 TOMORROW AND POSSIBLY FRIDAY.  THAT

02:45PM 15  WOULD BE HELPFUL.

02:45PM 16      ALL RIGHT.  HAVE A GOOD EVENING EVERYONE.  THANK YOU.

02:45PM 17      (JURY OUT AT 2:45 P.M.)

02:45PM 18          THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK

02:45PM 19  YOU.

02:45PM 20      THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

02:45PM 21  DAY.

02:45PM 22      ANYTHING FURTHER BEFORE WE RECESS?

02:45PM 23      FROM THE GOVERNMENT?

02:45PM 24          MR. LEACH:  NO, YOUR HONOR.

02:46PM 25          MR. WADE:  NOTHING FROM THE DEFENSE.

02:46PM  1                 THE COURT:  ALL RIGHT.  HAVE A GOOD EVENING.  WE'LL

02:46PM  2     SEE YOU TOMORROW MORNING.  THANK YOU.

02:46PM  3                 THE CLERK:  COURT IS ADJOURNED.

02:46PM  4           (COURT ADJOURNED AT 2:46 P.M.)

         5

         6

         7

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

```
 1
 2
 3                      CERTIFICATE OF REPORTERS
 4
 5
 6
 7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10    HEREBY CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15
16                      IRENE RODRIGUEZ, CSR, CRR
                        CERTIFICATE NUMBER 8076
17
18
19                      LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595
20
21                      DATED:  SEPTEMBER 21, 2021
22
23
24
25
```

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                     )
                        PLAINTIFF,    )   SAN JOSE, CALIFORNIA
7                                     )
             VS.                      )   VOLUME 10
8                                     )
    ELIZABETH A. HOLMES,              )   SEPTEMBER 22, 2021
9                                     )
                        DEFENDANT.    )   PAGES 1450 - 1685
10   _____  )

11                 TRANSCRIPT OF TRIAL PROCEEDINGS

12            BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14
     FOR THE PLAINTIFF:      UNITED STATES ATTORNEY'S OFFICE
15                           BY:   JOHN C. BOSTIC
                                   JEFFREY B. SCHENK
16                           150 ALMADEN BOULEVARD, SUITE 900
                             SAN JOSE, CALIFORNIA 95113
17
                             BY:   ROBERT S. LEACH
18                                 KELLY VOLKAR
                             1301 CLAY STREET, SUITE 340S
19                           OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
                             CERTIFICATE NUMBER 8074
23                           LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
24
           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25               TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)
 2

 3    FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                              BY:  KEVIN M. DOWNEY
 4                                 LANCE A. WADE
                                   KATHERINE TREFZ
 5                                 J.R. FLEURMONT
                                   RICHARD CLEARY
 6                            725 TWELFTH STREET, N.W.
                              WASHINGTON, D.C. 20005
 7
                              LAW OFFICE OF JOHN D. CLINE
 8                            BY:  JOHN D. CLINE
                              ONE EMBARCADERO CENTER, SUITE 500
 9                            SAN FRANCISCO, CALIFORNIA 94111

10
      ALSO PRESENT:          FEDERAL BUREAU OF INVESTIGATION
11                           BY:  ADELAIDA HERNANDEZ

12                           OFFICE OF THE U.S. ATTORNEY
                             BY:  LAKISHA HOLLIMAN, PARALEGAL
13                                MADDI WACHS, PARALEGAL

14                           WILLIAMS & CONNOLLY
                             BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
15
                             TBC
16                           BY:  BRIAN BENNETT, TECHNICIAN

17

18

19

20

21

22

23

24

25
```

1

<u>INDEX OF PROCEEDINGS</u>

2

GOVERNMENT'S:

3

**JUSTIN OFFEN**

4    DIRECT EXAM BY MR. LEACH                P. 1473
     DIRECT EXAM BY MR. LEACH (RES.)         P. 1664
5    CROSS-EXAM BY MS. TREFZ                 P. 1676

6    **JAMES MATTIS**
     DIRECT EXAM BY MR. BOSTIC               P. 1522
7    CROSS-EXAM BY MR. DOWNEY                P. 1600
     REDIRECT EXAM BY MR. BOSTIC             P. 1656

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1453

```
1                           INDEX OF EXHIBITS

2
                                  IDENT.       EVIDENCE
3         GOVERNMENT'S:

4         5387B, PAGE 1                         1499
          5387B, PAGE 2                         1500
5         5387B, PAGE 3                         1501
          5387B, PAGE 4                         1502
6         5387B, PAGE 5                         1503
          5387B, PAGE 6                         1505
7         5387B, PAGE 7                         1506
          5387B, PAGE 8                         1507
8         5387B, PAGE 10                        1510
          5387B, PAGE 11                        1512
9         5387B, PAGE 12                        1513
          5404                                  1527
10        5409                                  1536
          5407                                  1547
11        1106                                  1549
          1172A                                 1554
12        1776                                  1570
          4196                                  1575
13        5408                                  1580
          2611                                  1581
14        4553                                  1584
          2932                                  1592
15        5387B, PAGE 13                        1664
          5387B, PAGES 14 - 17                  1666
16        5387B, PAGE 18                        1668
          5387B, PAGE 19                        1669
17        5387B, PAGES 20 - 21                  1669
          5387B, PAGES 22 - 30                  1671
18        5387B (REDACTED)                      1675
          5387A                                 1677
19
          DEFENDANT'S:
20

21        10507                                 1604
          10520A & B                            1608
22        10516                                 1618
          10509                                 1622
23        10510                                 1624
          10506                                 1637
24        10523                                 1640
          10512                                 1649
25        7653                                  1652
          10524                                 1656
```

```
 1    SAN JOSE, CALIFORNIA                    SEPTEMBER 22, 2021

 2                    P R O C E E D I N G S

 3          (COURT CONVENED AT 8:41 A.M.)

 4          (JURY OUT AT 8:41 A.M.)

 5              THE COURT:  WE ARE BACK ON THE RECORD.  ALL COUNSEL

 6    ARE PRESENT.  MS. HOLMES IS PRESENT.

 7          WE'RE OUTSIDE OF THE PRESENCE OF THE JURY.

 8          I UNDERSTAND COUNSEL WANTED TO SPEAK ABOUT SOME MATTERS

 9    BEFORE WE BRING THE JURY IN?

10              MS. TREFZ:  YES, YOUR HONOR, THE TEXT MESSAGES THAT

11    WE WERE TALKING ABOUT YESTERDAY.

12              THE COURT:  YES.

13              MS. TREFZ:  GOOD MORNING, YOUR HONOR.

14          KATIE TREFZ FOR MS. HOLMES.

15          WE HAD A DISCUSSION THAT I'M SURE YOUR HONOR REMEMBERS

16    FROM YESTERDAY ABOUT THE TEXT MESSAGES THAT THE GOVERNMENT

17    SEEKS TO INTRODUCE TODAY THROUGH JUSTIN OFFEN WHO IS THE FIRST

18    WITNESS THIS MORNING.

19          THE GOVERNMENT PROVIDED US YESTERDAY EARLY EVENING WITH

20    THE ADDITIONAL OR KIND OF THE UPDATED LIST OF TEXT MESSAGES

21    THAT THEY ANTICIPATE SEEKING TO INTRODUCE.

22          LATE IN THE -- LATE AT NIGHT WE PROVIDED OUR OBJECTIONS TO

23    THEM AND SUGGESTED DESIGNATIONS FOR COMPLETENESS.  THERE ARE A

24    NUMBER OF TEXT MESSAGES WHERE THERE ARE NO OBJECTIONS AND NO

25    COMPLETENESS DESIGNATION.  I THINK, YOU KNOW, THOSE WE WOULD
```

The timestamps in the left margin are 08:41AM (lines 3–14) and 08:42AM (lines 15–25).

08:42AM   1        HAVE NO OBJECTION TO THE GOVERNMENT INTRODUCING TODAY.

08:42AM   2              THERE ARE A NUMBER WHERE THERE ARE SUGGESTIONS FOR

08:43AM   3        COMPLETENESS OR REQUESTS THAT WE WOULD MAKE FOR ADDITIONAL

08:43AM   4        MESSAGES TO BE INCLUDED FOR COMPLETENESS, AND THEN THERE ARE A

08:43AM   5        NUMBER WHERE WE HAVE 401, 403, 404(B), AND ONE WHERE WE HAVE AN

08:43AM   6        805 ARGUMENT.

08:43AM   7              ADDITIONALLY -- AND SO FOR THOSE, WE WOULD SUGGEST THAT --

08:43AM   8        AGAIN, THIS WITNESS IS NOT SOMEBODY WHO CAN RESOLVE THOSE

08:43AM   9        BECAUSE HE'S NOT A FACT WITNESS.  HE'S A WITNESS WHO, YOU KNOW,

08:43AM  10        PUT THESE MESSAGES TOGETHER AND COLLECTED THEM AND PUT THEM

08:43AM  11        TOGETHER IN A DATABASE OR IN A SPREADSHEET.

08:43AM  12              SO WE DON'T THINK IT'S REALLY AN EFFICIENT WAY TO DEAL

08:43AM  13        WITH THOSE ON THE FLY.  WE WOULD SUGGEST THAT FOR THOSE -- I'M

08:43AM  14        HAPPY TO TALK THROUGH THEM NOW, BUT, FRANKLY, WE THOUGHT IT

08:43AM  15        WOULD BE MORE EFFICIENT FOR THE GOVERNMENT TO SIMPLY PUT ON THE

08:43AM  16        ONES WHERE THERE'S NO OBJECTION AND THE WITNESS PRESUMABLY WILL

08:44AM  17        LAY THE FOUNDATION FOR AUTHENTICATION, WHICH I BELIEVE IS THE

08:44AM  18        REAL REASON WHY THIS WITNESS IS HERE.  THAT'S WHAT WE WOULD

08:44AM  19        SUGGEST.

08:44AM  20              I'M HAPPY TO PROVIDE TO THE COURT WHAT WE HAVE PROVIDED TO

08:44AM  21        THE GOVERNMENT LAST NIGHT WITH RESPECT TO THE INDIVIDUAL

08:44AM  22        OBJECTIONS SO THE COURT HAS A SENSE.  BUT THAT'S WHERE WE ARE

08:44AM  23        THIS MORNING.

08:44AM  24              THE COURT:  OKAY.  THANK YOU.

08:44AM  25              I THINK YESTERDAY WE TALKED ABOUT AUTHENTICITY, AND I WAS

08:44AM 1   LED TO BELIEVE THERE WON'T BE ANY DISCUSSION ABOUT OR

08:44AM 2   OBJECTIONS ABOUT AUTHENTICITY.  AUTHENTICATION, THAT'S NOT AN

08:44AM 3   ISSUE AS TO THESE, OR IS IT?

08:44AM 4          MS. TREFZ:  IT'S NOT AN ISSUE AS TO THE INDIVIDUAL

08:44AM 5   MESSAGES.  WE WILL HAVE A QUESTION FOR THE WITNESS ABOUT WHAT

08:44AM 6   DIFFERENT COLUMNS MEAN IF THEY'RE NOT ADDRESSED BY THE

08:44AM 7   GOVERNMENT.

08:44AM 8       BUT, YES, THERE WILL BE NO ISSUE WITH RESPECT TO

08:44AM 9   AUTHENTICATION.

08:44AM 10          THE COURT:  OKAY.  OKAY.

08:44AM 11      MR. LEACH?

08:45AM 12          MR. LEACH:  YOUR HONOR, WE WANT TO DISPLAY ALL OF

08:45AM 13  THE TEXT MESSAGES THAT WE PROPOSE TO THE DEFENSE TODAY.  WE

08:45AM 14  THINK THE FOUNDATION HAS BEEN LAID FOR ALL OF THE TEXTS THAT

08:45AM 15  WE'VE TALKED ABOUT.  THIS WITNESS DOESN'T KNOW THE SUBSTANCE,

08:45AM 16  BUT HE CAN TALK ABOUT THE DATE, AND I THINK IT'S IMPORTANT TO

08:45AM 17  DISPLAY TO THE JURY AS THEY'RE COMING IN AT LEAST FOR THESE.

08:45AM 18      I UNDERSTAND THE OBJECTION -- WITH RESPECT TO THE RULE OF

08:45AM 19  COMPLETENESS, I THINK THERE ARE SEVEN STRINGS WHERE THERE'S A

08:45AM 20  DISPUTE ABOUT WHETHER THOSE TEXTS ARE NECESSARY FOR

08:45AM 21  COMPLETENESS BETWEEN US.

08:45AM 22      I'M HAPPY TO GO THROUGH THOSE NOW OR USE THE DEFENSE

08:45AM 23  PROPOSED EXHIBIT AND YOUR HONOR CAN DECIDE IN THE MOMENT.

08:45AM 24      I ALSO URGE THE COURT TO TAKE UP THE 401 AND 403

08:45AM 25  OBJECTIONS NOW BECAUSE, EITHER OUTSIDE OF THE PRESENCE OF THE

| | | |
|---|---|---|
| 08:45AM | 1 | JURY OR AS THEY'RE DISPLAYED WITH MR. OFFEN, BECAUSE OUR TRIAL |
| 08:45AM | 2 | TIME IS PRECIOUS. |
| 08:46AM | 3 | THE COURT:  RIGHT. |
| 08:46AM | 4 | MR. LEACH:  WE'VE PLANNED ON PUTTING THESE IN |
| 08:46AM | 5 | THROUGH MR. OFFEN, AND THERE'S BEEN A LOT OF MOTION PRACTICE |
| 08:46AM | 6 | AROUND THIS AND I THINK THE TIME HAS COME, THEY'RE EITHER |
| 08:46AM | 7 | RELEVANT OR THEY ARE NOT. |
| 08:46AM | 8 | SO WE WOULD URGE THE COURT TO HEAR AND RESOLVE THE |
| 08:46AM | 9 | OBJECTIONS AS HE'S TESTIFYING. |
| 08:46AM | 10 | IF WE WANT TO TAKE IT UP NOW, WE'RE PREPARED TO DO THAT, |
| 08:46AM | 11 | TOO.  I THINK MOST OF THESE OBJECTIONS CAN BE RESOLVED |
| 08:46AM | 12 | EFFICIENTLY EITHER NOW OR IN THE MOMENT AS HE'S TESTIFYING. |
| 08:46AM | 13 | THE COURT:  WELL, THANK YOU.  IT'S TEN TO 9:00 NOW. |
| 08:46AM | 14 | I WAS TOLD THIS WOULDN'T TAKE LONG AND THAT'S WHY WE WOULD COME |
| 08:46AM | 15 | OUT AT 8:45 OR 8:30 OR 7:00 A.M. TO RESOLVE THIS. |
| 08:46AM | 16 | WHAT IS THE UNIVERSE OF DOCUMENTS THAT ARE IN DISPUTE?  IS |
| 08:46AM | 17 | THIS SOMETHING THAT WE CAN REALISTICALLY DO IN TEN MINUTES? |
| 08:46AM | 18 | MR. LEACH:  I DON'T KNOW IF WE CAN GET THROUGH -- |
| 08:46AM | 19 | IT'S THE DEFENSE OBJECTION SO I'M NOT SURE.  I THINK HOPE |
| 08:46AM | 20 | SPRINGS ETERNAL, AND WE MIGHT BE ABLE TO BAT SOME OF THEM OUT. |
| 08:46AM | 21 | THE COURT:  WELL, SHOULD I RECEIVE A LIST OF THESE |
| 08:47AM | 22 | TO LOOK AT OR HOW WOULD YOU LIKE ME TO -- |
| 08:47AM | 23 | MS. TREFZ:  I'M HAPPY TO PROVIDE WHAT WE PROVIDED TO |
| 08:47AM | 24 | THE GOVERNMENT AS WELL AS OUR PROPOSAL FOR, YOU KNOW, TO THE |
| 08:47AM | 25 | EXTENT THAT THE COURT OVERRULES OUR OBJECTIONS.  SO I'M HANDING |

08:47AM  1          UP NOW --

08:47AM  2                  THE COURT:  OKAY.  THANK YOU.

08:47AM  3              IS THIS YOUR NEXT WITNESS?

08:47AM  4                  MR. LEACH:  THIS IS OUR NEXT WITNESS, YOUR HONOR.

08:47AM  5                  MS. TREFZ:  AND, YOUR HONOR, I WOULD JUST NOTE THAT

08:47AM  6          ALTHOUGH THESE ISSUES HAVE BEEN PENDING FOR A LONG TIME, AS I

08:47AM  7          NOTED THE OTHER DAY, THE GOVERNMENT HAD, OR YESTERDAY, THE

08:48AM  8          GOVERNMENT ONLY PROVIDED US WITH THE IDENTIFICATION OF THE

08:48AM  9          MESSAGES THAT THEY WANTED TO ACTUALLY INTRODUCE ON MONDAY NIGHT

08:48AM 10          OR ON MONDAY AFTERNOON.

08:48AM 11              AND, YOU KNOW, WE HAD ASKED FOR THAT, YOU KNOW, AS

08:48AM 12          EARLY -- YOU KNOW, MANY WEEKS AGO.

08:48AM 13                  THE COURT:  THAT'S OKAY.  WE DON'T HAVE TO DO THAT.

08:48AM 14                  MS. TREFZ:  OKAY.

08:48AM 15                  THE COURT:  THAT'S OKAY.

08:48AM 16              (PAUSE IN PROCEEDINGS.)

08:48AM 17                  THE COURT:  I SEE -- IF YOU CAN JUST HELP ME,

08:48AM 18          MS. TREFZ, IN THE DESIGNATIONS FOR COMPLETIONS THERE ARE

08:48AM 19          NUMBERS THERE.  WHAT DO THOSE INDICATE?

08:48AM 20                  MS. TREFZ:  THOSE MATCH WITH THE FIRST COLUMN,

08:49AM 21          YOUR HONOR, THE RECORD NUMBER, AND THE ENDING NUMBER ON --

08:49AM 22                  THE COURT:  ARE THOSE ADDITIONAL TEXTS THAT YOU

08:49AM 23          WOULD LIKE TO ADD?

08:49AM 24                  MS. TREFZ:  CORRECT, YOUR HONOR.

08:49AM 25              SO IN THE RECORD -- THE WAY THAT THIS SHEET IS LAID OUT IS

08:49AM 1    THAT YOU HAVE PAGE, DATE, RECORD COLUMN BEGIN, RECORD COLUMN

08:49AM 2    END, THOSE ARE DESIGNATIONS PROVIDED BY THE GOVERNMENT.

08:49AM 3        THEN WE HAVE IDENTIFIED OUR ADDITIONAL DESIGNATIONS FOR

08:49AM 4    COMPLETENESS, WHICH ARE INCLUDED IN THE PACKET SO YOU CAN SEE

08:49AM 5    THE FULL SET.

08:49AM 6            THE COURT:  IN THIS PACKET (INDICATING)?

08:49AM 7            MS. TREFZ:  CORRECT.

08:49AM 8        TO THE EXTENT THAT THE GOVERNMENT HAS NO OBJECTION TO OUR

08:49AM 9    COMPLETENESS DESIGNATIONS, I THINK THERE ARE A LIMITED

08:49AM 10   NUMBER -- 1, 2, 3, 4 -- THERE ARE MAYBE 14 TEXT MESSAGES WHERE

08:49AM 11   WE HAVE A 401, 403, ET CETERA, OBJECTION.

08:49AM 12           THE COURT:  OKAY.  SO DO I -- SHOULD I KNOW THEN

08:50AM 13   YOUR STANDING AS TO THE COMPLETENESS DESIGNATIONS, MR. LEACH?

08:50AM 14           MR. LEACH:  YES, YOUR HONOR.

08:50AM 15       ON ROWS 67 THROUGH 69 THE GOVERNMENT OBJECTS TO THE

08:50AM 16   INCLUSION OF TEXT 19895 IN THE SECOND ROW THROUGH 19914.  THE

08:50AM 17   REMAINDER IN THAT BOX ARE FINE.

08:50AM 18       IN ROWS 185 --

08:50AM 19           MS. TREFZ:  SORRY, MR. LEACH.  DO YOU MIND SAYING

08:50AM 20   THAT ONE MORE TIME?

08:50AM 21           MR. LEACH:  SURE.  THROUGH ROWS 67 THROUGH 69, THE

08:50AM 22   GOVERNMENT OBJECTS TO 19895 THROUGH 19914.

08:50AM 23       IN ROWS 185, THE GOVERNMENT OBJECTS TO THE ADDITION OF ALL

08:51AM 24   OF THE MESSAGES WITH THE EXCEPTION OF 31764, 31765, 31760, AND

08:51AM 25   31762.

08:51AM 1    IN ROWS 220, THE GOVERNMENT OBJECTS TO THE TWO DESIGNATED

08:51AM 2    TEXTS 34230 AND 34231.

08:51AM 3    IN ROW 221, THE GOVERNMENT OBJECTS TO THE ADDITION OF ALL

08:51AM 4    OF THE PROPOSED TEXTS.

08:51AM 5    IN ROW 301, THE GOVERNMENT OBJECTS TO THE TWO TEXTS

08:51AM 6    PROPOSED 41902 AND 41903.

08:52AM 7    AND IN ROW 315, THE GOVERNMENT -- STRIKE THAT. THE

08:52AM 8    GOVERNMENT HAS NO OBJECTION THERE.

08:52AM 9    AND WE DON'T OBJECT TO THE ADDITION OF THE REMAINING TEXTS

08:52AM 10   IN THE FAR RIGHT COLUMN THAT MS. HOLMES HAS DESIGNATED.

08:52AM 11          THE COURT:  OKAY.  THANK YOU.

08:52AM 12   AND THE GOVERNMENT'S OBJECTIONS RELATED TO YOUR FEELING

08:52AM 13   THAT THESE DON'T APPLY TO 106?

08:52AM 14          MR. LEACH:  CORRECT, I DON'T THINK THEY'RE NECESSARY

08:52AM 15   FOR THE RULE OF COMPLETENESS.

08:52AM 16          THE COURT:  OKAY.

08:52AM 17          MR. LEACH:  AND THEY'RE HEARSAY.

08:52AM 18          THE COURT:  OKAY.  AND THESE ARE IDENTIFIED IN THE

08:52AM 19   PACKET THAT YOU GAVE ME?

08:52AM 20          MS. TREFZ:  YES, YOUR HONOR.

08:52AM 21          THE COURT:  IT'S FIVE MINUTES TO 9:00.  WHAT WOULD

08:53AM 22   YOU LIKE ME TO DO?  SHOULD WE KEEP OUR JURY WAITING WHILE WE GO

08:53AM 23   THROUGH THIS?

08:53AM 24          MS. TREFZ:  WE WOULD OBVIOUSLY DEFER TO THE COURT,

08:53AM 25   YOUR HONOR, BUT I THINK THE -- I BELIEVE THAT THE COMPLETENESS

1461

08:53AM 1    ISSUE IS, YOU KNOW, I BELIEVE THAT WE ARE ON SOLID GROUND ON

08:53AM 2    ALL OF THOSE.

08:53AM 3              THE COURT:  OKAY.

08:53AM 4              MS. TREFZ:  IF YOU WOULD LIKE TO --

08:53AM 5              THE COURT:  MS. KRATZMANN, WOULD YOU INFORM OUR JURY

08:53AM 6    THAT WE'RE GOING TO BE DELAYED THIS MORNING?

08:53AM 7              THE CLERK:  YES, YOUR HONOR, I WILL.

08:53AM 8              THE COURT:  THEN I'LL LOOK AT THESE.  DO I HAVE ALL

08:53AM 9    OF THE INFORMATION THAT I NEED FOR THIS DECISION DO YOU THINK?

08:53AM 10             MR. LEACH:  I BELIEVE SO, YOUR HONOR.

08:53AM 11             MS. TREFZ:  I BELIEVE SO, YOUR HONOR.

08:53AM 12             THE COURT:  OKAY.

08:53AM 13             MS. TREFZ:  ON MANY OF THE 401 AND 403 OBJECTIONS,

08:53AM 14   WE JUST DON'T KNOW WHAT THE GOVERNMENT BELIEVES IT'S RELEVANT

08:53AM 15   TO.

08:53AM 16             THE COURT:  SURE.  I'M LOOKING AT THE COMPLETENESS

08:53AM 17   ISSUES NOW AND THAT'S WHAT I'M GOING TO HAVE TO SPEND SOME TIME

08:53AM 18   LOOKING AT.  AND THAT'S ALL IN THIS PACKET?

08:53AM 19             MS. TREFZ:  CORRECT, YOUR HONOR.

08:53AM 20             THE COURT:  GREAT.  OKAY.  THANK YOU.

08:53AM 21        (RECESS FROM 8:53 A.M. UNTIL 9:47 A.M.)

09:47AM 22             THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

09:47AM 23   THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE

09:47AM 24   AGAIN.

09:47AM 25             WE'RE OUTSIDE OF THE PRESENCE OF THE JURY.

09:48AM 1    THANK YOU.  WE TOOK A BREAK AND WENT THROUGH THE PROPOSED

09:48AM 2   SUBMISSIONS THROUGH THE LENS OF 106.  LET ME JUST SAY THAT I

09:48AM 3   KNOW THAT I THINK MS. TREFZ, YOU HAD INDICATED IN ONE OF THESE

09:48AM 4   COLUMNS, OTHER OBJECTIONS, 401, 403, POSSIBLE 404(B).  I DID

09:48AM 5   NOT DO ANY TYPE OF ANALYSIS ON THAT.  I JUST LOOKED AT THE 106

09:48AM 6   CONVERSATION THAT WE HAD.

09:48AM 7    LET'S SEE IF I CAN GUIDE YOU ACCORDINGLY.  ON PAGE 68, I

09:48AM 8   THINK IT MIGHT BE EASIER FOR ME TO TELL YOU I THINK WHAT DOES

09:49AM 9   NOT DEPORT WITH 106, DOES NOT COMPORT, AND, THEREFORE, WOULD

09:49AM 10   NOT BE ADMISSIBLE.

09:49AM 11    ON PAGE 2 -- EXCUSE ME, PAGE 68, THE BOTTOM OF THE PAGE

09:49AM 12   ENDING IN 898 AND 901, THOSE WILL NOT BE PERMITTED.

09:49AM 13    WHEN I INDICATE THIS, EVERYTHING ELSE WOULD.  I'M TELLING

09:49AM 14   YOU WHAT IS NOT GOING TO BE ADMITTED.

09:49AM 15    PAGE 69, 908, 910, 907, 909, 912, 911, AND 914 ARE NOT --

09:49AM 16   WON'T BE ADMITTED UNDER 106.  IT APPEARS TO BE A LACK OF

09:49AM 17   FOUNDATION FOR THOSE, AND THEY'RE NOT TO COME IN UNDER A 106

09:49AM 18   ANALYSIS.

09:49AM 19    NEXT IS PAGE 220.  ON 220 LET ME SAY THAT I WILL ALLOW 230

09:50AM 20   AND 231 FOR 106 PURPOSES.

09:50AM 21    PAGE 221, I WILL ALLOW 271, 273, 275, 272, 270, 269, AND

09:50AM 22   274 UNDER 106.

09:50AM 23    NEXT I BELIEVE IS PAGE 301, PAGE 301.  902 AND 903 WILL BE

09:51AM 24   PERMITTED UNDER 106.

09:51AM 25    I BELIEVE THAT COMPLETES THAT ANALYSIS.

09:51AM 1     AS I SAID, I'M NOT MAKING ANY ANTICIPATORY RULING UNDER

09:51AM 2     401, 403, OR 404(B).  I TRIED TO LOOK AT THE 404(B) AND I

09:51AM 3     COULDN'T SEE IT.  MAYBE YOU WANT TO TELL ME IN ADVANCE,

09:51AM 4     MS. TREFZ, WHAT THAT IS.

09:51AM 5         MS. TREFZ:  I CAN, YOUR HONOR, IF IT'S USEFUL.

09:51AM 6         THE COURT:  LET'S DO THAT.  LET'S KEEP OUR JURY

09:51AM 7     WAITING FOR ONE HOUR.  IT'S NOW FIVE TO 10:00, SO LET'S FINISH

09:51AM 8     THIS CONVERSATION IN FIVE MINUTES.

09:51AM 9         MS. TREFZ:  I CAN DO THAT.

09:52AM 10        YOUR HONOR, THE FIRST 404(B) IS ON 175 TO 176.  LET ME

09:52AM 11    TURN TO THAT.

09:52AM 12        THE COURT:  WHAT PAGE IS THAT ON?

09:52AM 13        MS. TREFZ:  175 TO 176.

09:52AM 14        THE COURT:  OKAY.

09:52AM 15        MS. TREFZ:  WE BELIEVE THIS IS PART OF THE SAME

09:52AM 16    EXCHANGE, AND OUR 404(B) ISSUE HERE, YOUR HONOR, IS THAT THIS

09:52AM 17    SEEMS TO REFER TO "THE WALL STREET JOURNAL" REPORTER, AND

09:52AM 18    ALTHOUGH THERE ARE 404(B) DISCLOSURES ABOUT JOURNALISTS --

09:52AM 19    STATEMENTS TO JOURNALISTS IN CATEGORY 6 OF THE GOVERNMENT'S

09:52AM 20    404(B) DISCLOSURES, THERE IS NO DISCLOSURE ABOUT ANY INTENT TO

09:52AM 21    DECEIVE "THE WALL STREET JOURNAL" REPORTER.  SO THAT'S THE

09:52AM 22    404(B) ISSUE THERE.

09:53AM 23        MR. LEACH:  THE INDICTMENT ALLEGES DECEIT OF

09:53AM 24    REPORTERS, YOUR HONOR.

09:53AM 25        THIS IS INEXTRICABLY INTERTWINED WITH THE SCHEME TO

09:53AM  1    DEFRAUD.  IT APPEARS THAT THE DEFENDANT AND MR. BALWANI ARE

09:53AM  2    TALKING ABOUT MAKING MODIFICATIONS TO A PARTICULAR STORE IN

09:53AM  3    ORDER TO DECEIVE THE REPORTER WHO IS COMING IN.

09:53AM  4        IT'S INEXTRICABLY INTERTWINED AND THIS GOES TO THEIR

09:53AM  5    NOTICE AND KNOWLEDGE AND IT'S PART OF THE SCHEME TO DEFRAUD.

09:53AM  6            THE COURT:  MS. TREFZ, AS TO THE NOTICE ISSUE, IT

09:53AM  7    WOULD SEEM, JUST LOOKING AT IT, IT WOULD SEEM TO BE RELEVANT

09:53AM  8    FOR THAT ISSUE AND NOT NECESSARILY 404(B) IF IT ONLY GOES AS TO

09:53AM  9    THE KNOWLEDGE.

09:53AM 10        AND IT COULD BE CONDITIONALLY ADMITTED FOR THAT PURPOSE AS

09:53AM 11    I'VE DONE IN ANOTHER PIECE OF EVIDENCE.  THAT IS, IT GOES TO

09:54AM 12    THE ISSUE OF NOTICE AND KNOWLEDGE OF THE PARTIES.

09:54AM 13            MS. TREFZ:  NOTICE AND KNOWLEDGE AS TO WHAT,

09:54AM 14    YOUR HONOR?

09:54AM 15            THE COURT:  WELL, AS TO THE CONTENTS OF THIS

09:54AM 16    CONVERSATION.

09:54AM 17        AS YOU SAID, THERE'S A SUGGESTION THAT THERE IS SOMETHING

09:54AM 18    NEGATIVE BY THE PARTIES.  IS THIS CHARACTER EVIDENCE AS TO THEM

09:54AM 19    AND THEIR RELATIONSHIP WITH "THE WALL STREET JOURNAL"?

09:54AM 20            MS. TREFZ:  THAT'S HOW WE READ THE POTENTIAL

09:54AM 21    INFERENCE, YOUR HONOR.

09:54AM 22            THE COURT:  AND WHAT IS YOUR COMMENT AS TO WHETHER

09:54AM 23    OR NOT THIS IS INEXTRICABLY INTERTWINED WITH THE SCHEME, THE

09:54AM 24    CONTINUING SCHEME TO DEFRAUD, WHICH WOULD INCLUDE MISLEADING

09:54AM 25    JOURNALISTS OR OTHER INFORMATION GATHERING SOURCES?

09:54AM  1          MS. TREFZ:  WELL, YOUR HONOR, THE GOVERNMENT

09:54AM  2   IDENTIFIED IN CATEGORY 6 OF ITS 404(B) DISCLOSURES THE ALLEGED

09:55AM  3   ISSUES WITH RESPECT TO JOURNALISTS.

09:55AM  4          SO OUR POSITION IS THAT THEY'VE, YOU KNOW, THEY'VE CHOSEN

09:55AM  5   WHAT THEY WANT TO PUT IN WITH THAT, AND THEY DID NOT IDENTIFY

09:55AM  6   ANYTHING WITH RESPECT TO "THE WALL STREET JOURNAL" REPORTER.

09:55AM  7          THE COURT:  OKAY.

09:55AM  8          MR. LEACH:  I GO BACK TO, YOUR HONOR, THE INDICTMENT

09:55AM  9   ALLEGES DECEIT OF JOURNALISTS.  THIS IS DECEIT OF A JOURNALIST

09:55AM 10   DURING THE SCHEME TO DEFRAUD.

09:55AM 11          NO NOTICE WAS REQUIRED.  I THINK THE DEFENDANT HAS KNOWN

09:55AM 12   AND SEEN THIS COMING FOR A LONG PERIOD OF TIME, SO THERE

09:55AM 13   COULDN'T POSSIBLY BE PREJUDICE.

09:55AM 14          THIS SHOWS THE DEFENDANT'S KNOWLEDGE OF THE CONDITIONS IN

09:55AM 15   THE ARIZONA MARKET, IT SHOWS HER AGREEING AND COORDINATING WITH

09:55AM 16   HER COCONSPIRATOR, SO IT'S EVIDENCE OF THE CONSPIRATORIAL

09:56AM 17   AGREEMENT.

09:56AM 18          THIS IS INEXPLICABLY INTERTWINED WITH EVERYTHING THAT THE

09:56AM 19   GOVERNMENT ALLEGES.  I DON'T SEE HOW 404(B) APPLIES, AND EVEN

09:56AM 20   IF IT DID, IT'S MORE THAN SATISFIED.

09:56AM 21          THE COURT:  SO I DON'T KNOW IF -- I CAN'T SEE YET,

09:56AM 22   BUT MAYBE YOU WANT TO COMMENT ON THIS, MR. LEACH, AS TO WHETHER

09:56AM 23   OR NOT A PRIMA FACIE CASE HAS BEEN SHOWN YET, AND I'M HAPPY TO

09:56AM 24   HEAR FROM YOU ABOUT THAT, AND I'M ALSO CURIOUS AS TO WHETHER OR

09:56AM 25   NOT A PRIMA FACIE CASE CAN BE SHOWN JUST THROUGH THE TEXT

09:56AM  1    MESSAGES AND WHETHER OR NOT YOU'RE SUGGESTING THAT THIS

09:56AM  2    COLLOQUY HERE SUFFICES FOR THAT FOUNDATION.

09:56AM  3             MR. LEACH:  I'M SUGGESTING THAT THE ENTIRETY OF THE

09:56AM  4    TEXTS, YOUR HONOR, SHOW THE CLOSENESS OF THE RELATIONSHIP, THE

09:56AM  5    CONSTANT COMMUNICATION THAT INCLUDES WORK AND INCLUDES NON-WORK

09:56AM  6    MATTERS.

09:56AM  7         SO IT CERTAINLY SHOWS THE CLOSE RELATIONSHIP.

09:56AM  8         I DO THINK THE GOVERNMENT HAS MADE A PRIMA FACIE SHOWING

09:56AM  9    OF THE CONSPIRACY AT THIS POINT THROUGH MS. CHEUNG AND

09:57AM 10    MS. GANGAKHEDKAR.

09:57AM 11         I THINK THE EMAILS SUGGEST THERE IS COORDINATION BETWEEN

09:57AM 12    MR. BALWANI AND MS. HOLMES.  MS. CHEUNG TESTIFIED HOW SHE WENT

09:57AM 13    DIRECTLY TO MR. BALWANI AND DID NOT GO BECAUSE SHE KNEW

09:57AM 14    TYLER SHULTZ WAS GOING TO MS. HOLMES.

09:57AM 15         SO I THINK THERE IS A PRIMA FACIE SHOWING OF A CONSPIRACY.

09:57AM 16         EVEN IN THE ABSENCE OF A CONSPIRATORIAL AGREEMENT,

09:57AM 17    YOUR HONOR, THIS GOES TO HER KNOWLEDGE.  THIS GOES TO HER

09:57AM 18    KNOWLEDGE OF WHAT IS GOING ON IN THE ARIZONA LAB.  IT SHOWS HER

09:57AM 19    ABILITY TO CONTROL ALL OF THAT.  IT SHOWS HER KNOWLEDGE THAT

09:57AM 20    THEY MIGHT NOT BE ABLE TO RUN ALL OF THE TESTS IN A PARTICULAR

09:57AM 21    SERVICE CENTER AND THAT MIGHT BE DISAPPOINTING TO SOMEBODY FROM

09:57AM 22    THE PUBLIC COMING IN.

09:57AM 23         SO EVEN OUTSIDE OF THE CONSPIRACY, I DON'T THINK THAT'S

09:57AM 24    NECESSARY FOR A FINDING HERE.

09:57AM 25         I'D ALSO ADD, BALWANI IS HER COO.  HE'S AN AGENT.  YOU

| 09:57AM | 1 | KNOW, HIS STATEMENTS ARE BOTH STATEMENTS OF A COCONSPIRATOR IN |
| 09:58AM | 2 | FURTHERANCE OF THE CONSPIRACY, AND STATEMENTS OF HER AGENT.  SO |
| 09:58AM | 3 | THERE'S NO HEARSAY ISSUE.  AND THIS ALL GOES TO NOTICE. |
| 09:58AM | 4 | MS. TREFZ:  WITH RESPECT TO THE PRIMA FACIE SHOWING, |
| 09:58AM | 5 | YOUR HONOR, THESE TEXTS ARE SUBSTANTIALLY AFTER, MORE THAN A |
| 09:58AM | 6 | YEAR AFTER THE ISSUES THAT MS. CHEUNG TESTIFIED TO AND MORE |
| 09:58AM | 7 | THAN A YEAR AND A HALF AFTER MS. GANGAKHEDKAR LEFT THERANOS. |
| 09:58AM | 8 | SO I'M NOT SURE THAT YOU CAN JUMP THAT FAR AHEAD. |
| 09:58AM | 9 | THE COURT:  WELL, ARE THEY IN THE TIMEFRAME OF THE |
| 09:58AM | 10 | CONSPIRACY AS ALLEGED IN THE INDICTMENT? |
| 09:58AM | 11 | MS. TREFZ:  YES. |
| 09:58AM | 12 | THE COURT:  OKAY.  WELL, THAT WOULD SEEM TO -- IF |
| 09:58AM | 13 | THEY'RE RELEVANT AND THEY'RE ADMISSIBLE FOR THAT PURPOSE, IT |
| 09:58AM | 14 | WOULD SEEM THAT THE STATEMENTS WOULD COME DURING THE TIME |
| 09:58AM | 15 | PERIOD OF THE CONSPIRACY, THE EXISTENCE OF THE CONSPIRACY, AND |
| 09:58AM | 16 | MR. LEACH ARGUES THEY'RE IN FURTHERANCE OF. |
| 09:58AM | 17 | MS. TREFZ:  I UNDERSTAND HE ARGUES THAT, YOUR HONOR. |
| 09:58AM | 18 | WE WOULD DISAGREE THAT JUST BECAUSE THEY'RE IN THE TIME |
| 09:58AM | 19 | PERIOD OF THE CONSPIRACY THEY'RE -- THE ALLEGED CONSPIRACY, |
| 09:59AM | 20 | THAT YOU CAN EASILY CONNECT 2013 TO 2015. |
| 09:59AM | 21 | 2013, THE LAB HAD NOT EVEN BEEN OPENED. |
| 09:59AM | 22 | THE COURT:  I THINK THE KEY WORD THERE IS "EASILY." |
| 09:59AM | 23 | THAT'S THE KEY WORD, CAN IT EASILY BE PROVED? |
| 09:59AM | 24 | SO LET ME -- I DO THINK THAT THE -- I DON'T SEE THE |
| 09:59AM | 25 | 404(B).  I RESPECT THE ANALYSIS, BUT I THINK THESE WOULD BE |

09:59AM 1    ADMISSIBLE FOR A DIFFERENT REASON, TO SHOW NOTICE OF AT LEAST

09:59AM 2    THE LAB PROCEEDINGS HERE.  IT SEEMS THAT THAT'S WHAT THIS

09:59AM 3    COLLOQUY IS ABOUT, AND I'LL SO INSTRUCT THE JURY WITH A

09:59AM 4    LIMITING INSTRUCTION AT THIS POINT, AT THE ADMISSIBILITY POINT.

09:59AM 5         THIS MAY, THERE MAY BE A TIME, IF IT IS CONNECTED UP

09:59AM 6    CONSPIRATORIALLY, THE PARTIES CAN TELL ME YOUR THOUGHTS ON THAT

09:59AM 7    AS WHETHER, AT THE TIME OF FINAL INSTRUCTIONS, THE COURT NEEDS

09:59AM 8    TO ADD A FINAL INSTRUCTION THAT TOUCHES ON THIS OR ANY OTHER

09:59AM 9    INFORMATION, COLLOQUIES, OR CONVERSATIONS THAT MIGHT ALLOW IT

10:00AM 10   TO BE CONSIDERED BY THE JURY FOR SOME OTHER PURPOSE.

10:00AM 11         MS. TREFZ:  UNDERSTOOD, YOUR HONOR.

10:00AM 12         THE COURT:  AND DID YOU -- THERE WAS ANOTHER 404(B),

10:00AM 13   I THINK.

10:00AM 14         MS. TREFZ:  YEAH.  THERE ARE TWO MORE, AND THEY

10:00AM 15   RAISE THE SAME ISSUE.  THOSE ARE AT 220 AND 221.

10:00AM 16      SO JUST DRAWING YOUR ATTENTION TO 220, THERE IS MESSAGE

10:00AM 17   34235.  THERE IS A REFERENCE THERE TO ROCHELLE, AND WE BELIEVE

10:00AM 18   THAT THE GOVERNMENT WOULD CONTEND THAT THAT'S A REFERENCE TO

10:00AM 19   ROCHELLE GIBBONS AND THERE'S BEEN NO 404(B) NOTICE WITH RESPECT

10:00AM 20   TO MS. GIBBONS.

10:01AM 21         MR. LEACH:  YOUR HONOR, THIS TEXT RELATES TO

10:01AM 22   MR. BALWANI AND MS. HOLMES LEARNING THAT A

10:01AM 23   "WALL STREET JOURNAL" REPORTER IS GOING TO WRITE A STORY.

10:01AM 24      THEY'RE SURMISING THAT TYLER SHULTZ AND ADAM ROSENDORFF

10:01AM 25   ARE TWO OF THE SOURCES FOR THE ARTICLE.

1469

10:01AM 1      THEY ARE PLOTTING -- FURTHER DOWN IN 242, IT IS TYLER,

10:01AM 2    ERIKA, AND ADAM -- WE BELIEVE THAT TO BE REFERENCE TO

10:01AM 3    TYLER SHULTZ, ERIKA CHEUNG AND ADAM ROSENDORFF -- AND THIS IS

10:01AM 4    EVIDENCE OF THEIR RETALIATION AGAINST THOSE TWO.

10:01AM 5      I DON'T HAVE THE BENEFIT OF THE 404(B) NOTICE AT HAND, BUT

10:01AM 6    I THINK IT WAS RETALIATION AGAINST EMPLOYEES.

10:01AM 7      I THINK THIS MINOR REFERENCE TO ROCHELLE GIBBONS IS JUST A

10:01AM 8    RED HERRING IN A SEA OF INFORMATION AND DOESN'T WARRANT

10:01AM 9    REDACTION AND FALLS WITHIN THE SCOPE OF THE RETALIATION THAT

10:01AM 10   THE TWO ARE PLOTTING.

10:02AM 11      THE COURT:  THIS IS MR. BALWANI'S EMAIL, OR TEXT,

10:02AM 12   RATHER, EXCUSE ME, TEXT I THINK.

10:02AM 13      MS. TREFZ:  YES.  AND THERE'S A SIMILAR MESSAGE FROM

10:02AM 14   MR. BALWANI ON THE FOLLOWING PAGE AT 34256.

10:02AM 15      THE COURT:  ANY COMMENT ON THAT?

10:02AM 16      MR. LEACH:  YOUR HONOR, IT'S INEXTRICABLY

10:02AM 17   INTERTWINED WITH THE PLOT RELATING TO MR. SHULTZ, MS. CHEUNG,

10:02AM 18   AND MR. ROSENDORFF.  I'M NOT SURE HOW THE ADDITION OF ANOTHER

10:02AM 19   EMPLOYEE REALLY ADDS TO THE ANALYSIS, AND THESE ARE STATEMENTS

10:02AM 20   BY MR. BALWANI.

10:02AM 21      IT GOES TO HER KNOWLEDGE, IT GOES TO HER INTENT, IT GOES

10:02AM 22   TO THE CONSPIRATORIAL AGREEMENT.

10:02AM 23      I FAIL TO SEE ANY PREJUDICE FROM THE INCLUSION OF ANOTHER

10:02AM 24   PERSON THAT THE JURY REALLY HAS NOT EVEN HEARD ABOUT HERE.

10:02AM 25      MS. TREFZ:  JUST TO BE CLEAR, YOUR HONOR,

10:02AM   1    ROCHELLE GIBBONS WAS NOT AN EMPLOYEE OF THERANOS.

10:03AM   2              THE COURT:  OKAY.

10:03AM   3              MS. TREFZ:  OUR REQUEST ON THOSE WOULD BE TO REDACT

10:03AM   4    THE INFORMATION ABOUT ROCHELLE.

10:03AM   5              THE COURT:  JUST THE NAME ITSELF ROCHELLE?

10:03AM   6              MS. TREFZ:  CORRECT.  ON THE SECOND ONE, WE WOULD

10:03AM   7    SUGGEST THE SECOND SENTENCE SHOULD BE REDACTED.

10:03AM   8              THE COURT:  MR. LEACH, ANY OBJECTION TO REDACTING

10:03AM   9    THE SENTENCE?

10:03AM  10              MR. LEACH:  I DON'T OBJECT.  I JUST THINK IT'S

10:03AM  11    UNNECESSARY.  IT'S DIFFICULT TO UNDERSTAND THESE COMMUNICATIONS

10:03AM  12    WITHOUT THE WHOLE CONTEXT, AND THE FACT THAT THEY'RE INCLUDING

10:03AM  13    A THIRD OR FOURTH PERSON IN THEIR RETALIATION SCHEME IS REALLY

10:03AM  14    GETTING TO A LEVEL WHERE I JUST DON'T THINK IT'S NECESSARY.

10:03AM  15              THE COURT:  WELL, I AGREE.  I HAVE TO AGREE WITH

10:03AM  16    YOU.  I DON'T SEE THE ADDITION OF ROCHELLE BEING NECESSARILY

10:03AM  17    PREJUDICIAL, AND I'M STRAINED TO SEE THE 404(B) ANALYSIS HERE.

10:04AM  18         BUT WE'LL JUST REDACT THE NAME ROCHELLE.

10:04AM  19              MS. TREFZ:  THANK YOU.

10:04AM  20              THE COURT:  THAT SHOULD TAKE CARE OF THE ISSUE.

10:04AM  21              MS. TREFZ:  AND THEN I WOULD JUST FLAG, YOUR HONOR,

10:04AM  22    THAT I DON'T BELIEVE THAT THE INFORMATION ABOUT TYLER SHULTZ

10:04AM  23    GOING TO "THE WALL STREET JOURNAL" IS IN THE RECORD YET, AND SO

10:04AM  24    I WOULD SUGGEST THAT SOME OF THIS INFORMATION SHOULD BE -- AND

10:04AM  25    DR. ROSENDORFF HASN'T TESTIFIED EITHER YET.

| 10:04AM | 1 | SO I WOULD SUGGEST THAT SOME OF THESE REFERENCES WOULD BE |
|---|---|---|

10:04AM   1     SO I WOULD SUGGEST THAT SOME OF THESE REFERENCES WOULD BE

10:04AM   2     MORE APPROPRIATE TO WAIT ON.

10:04AM   3          THE COURT:  OKAY.  I APPRECIATE THE HEADS UP.

10:04AM   4       SHOULD WE BRING THE JURY IN?

10:04AM   5          MR. LEACH:  YES, YOUR HONOR.

10:04AM   6          THE COURT:  LET'S DO THAT.

10:04AM   7       DO WE NEED TO BREAK AT 11:00?

10:04AM   8          MR. DOWNEY:  I THINK MR. LEACH SAID HE WOULD BE AN

10:05AM   9     HOUR OR AN HOUR AND A QUARTER, AND SO I THINK IF HE COULD GET

10:05AM   10    THROUGH THE DIRECT JUST TO KEEP THINGS MOVING.

10:05AM   11         THE COURT:  OKAY.  THANK YOU.

10:07AM   12       (JURY IN AT 10:07 A.M.)

10:07AM   13         THE COURT:  THANK YOU.  PLEASE BE SEATED.

10:07AM   14    WE ARE BACK ON THE RECORD IN THE UNITED STATES VERSUS

10:07AM   15    ELIZABETH HOLMES CASE.  ALL COUNSEL, MS. HOLMES IS PRESENT.

10:07AM   16    OUR JURY AND ALTERNATES ARE PRESENT.

10:07AM   17    GOOD MORNING, LADIES AND GENTLEMEN.  LET ME APOLOGIZE FOR

10:07AM   18    THE DELAY.  I NEEDED SOME TIME TO TALK TO THESE LAWYERS ABOUT

10:07AM   19    SOME MATTERS THAT CONCERN THE COURT AND THE EVIDENCE IN THE

10:07AM   20    CASE.  I APOLOGIZE THAT I DIDN'T START THAT EARLIER.

10:07AM   21    LET ME ASK YOU THAT QUESTION THAT I PROMISED YOU I WOULD

10:08AM   22    ASK YOU EVERY DAY, AND YOU'RE FAMILIAR WITH IT NOW.

10:08AM   23    I NEED TO KNOW WHETHER ANYONE HERE HAS BEEN EXPOSED TO ANY

10:08AM   24    OUTSIDE MATERIAL, INFORMATION VIA NEWSPAPERS, RADIO, BLOGS OR

10:08AM   25    ANY SOCIAL MEDIA THAT MAY HAVE TOUCHED ON THIS CASE OR ANYTHING

10:08AM  1      TO DO WITH IT, INCLUDING CONVERSATIONS WITH OTHER INDIVIDUALS.

10:08AM  2           IF ANYONE HAS BEEN EXPOSED TO THAT, PLEASE RAISE YOUR

10:08AM  3      HAND.  LET ME KNOW.

10:08AM  4           AGAIN, IF YOU WOULD LIKE TO SPEAK PRIVATELY ABOUT THAT, WE

10:08AM  5      CAN DO THAT.

10:08AM  6           THANK YOU.  I SEE NO HANDS.

10:08AM  7           THANK YOU FOR YOUR CONTINUED FIDELITY TO THAT ADMONITION.

10:08AM  8      I APPRECIATE THAT AND THE LAWYERS APPRECIATE THAT.  THANK YOU.

10:08AM  9           LET ME TURN TO THE GOVERNMENT AND ASK YOU IF YOU HAVE

10:08AM  10     ANOTHER WITNESS.

10:08AM  11           MR. LEACH:  WE DO, YOUR HONOR.

10:08AM  12           THE UNITED STATES CALLS JUSTIN OFFEN.

10:09AM  13           THE COURT:  GOOD MORNING.  IF YOU WOULD COME FORTH

10:09AM  14     HERE AND FACE OUR COURTROOM DEPUTY AND RAISE YOUR RIGHT HAND,

10:09AM  15     SHE HAS A QUESTION FOR YOU.

10:09AM  16           THE CLERK:  GOOD MORNING.

10:09AM  17     **(GOVERNMENT'S WITNESS, JUSTIN OFFEN, WAS SWORN.)**

10:09AM  18           THE WITNESS:  YES.

10:09AM  19           THE COURT:  THANK YOU.  LET ME INVITE YOU TO HAVE A

10:09AM  20     SEAT HERE, SIR.  MAKE YOURSELF COMFORTABLE.  FEEL FREE TO

10:09AM  21     ADJUST THAT CHAIR AND MICROPHONE AS YOU NEED.  I'LL ENCOURAGE

10:09AM  22     YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

10:09AM  23           WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

10:09AM  24     AND SPELL IT, PLEASE.

10:09AM  25           THE WITNESS:  MAY I TAKE MY MASK OFF?

OFFEN DIRECT BY MR. LEACH                                    1473

10:09AM  1          THE COURT:  YOUR LAWYER -- EXCUSE ME -- MR. LEACH IS

10:09AM  2   GOING TO ASK YOU QUESTIONS ABOUT THAT.

10:09AM  3          THE WITNESS:  SURE.  MY NAME IS JUSTIN OFFEN.

10:09AM  4          THE COURT:  SPELL IT PLEASE.

10:09AM  5          THE WITNESS:  J-U-S-T-I-N, LAST NAME OFFEN,

10:09AM  6   O-F-F-E-N.

10:09AM  7          THE COURT:  THANK YOU.  COUNSEL.

10:09AM  8                    **DIRECT EXAMINATION**

10:10AM  9   BY MR. LEACH:

10:10AM 10   Q.   MR. OFFEN, IF YOU'RE VACCINATED AND FEEL COMFORTABLE, IT'S

10:10AM 11   OKAY TO TAKE OFF YOUR MASK, AND I CAN DO THE SAME.

10:10AM 12   A.   I AM.

10:10AM 13   Q.   AND WHERE DO YOU WORK?

10:10AM 14   A.   I WORK AT PWC, PRICEWATERHOUSECOOPERS.

10:10AM 15   Q.   AND WHAT IS PRICEWATERHOUSECOOPERS?

10:10AM 16   A.   WE'RE A PROFESSION SERVICES FIRM.  WE HELP COMPANIES --

10:10AM 17   APOLOGIES.

10:10AM 18      WE ARE A PROFESSIONAL SERVICES FIRM.  WE HELP COMPANIES

10:10AM 19   PREPARE FINANCIAL STATEMENTS.  WE HELP THEM WITH AUDIT

10:10AM 20   SERVICES, TAX SERVICES, AND CONSULTING SERVICES.

10:10AM 21   Q.   DO YOU WORK WITHIN A PARTICULAR UNIT OF

10:10AM 22   PRICEWATERHOUSECOOPERS?

10:10AM 23   A.   YES.  MY PRACTICE TEAM IS CALLED INVESTIGATIONS AND

10:10AM 24   FORENSICS.

10:10AM 25   Q.   INVESTIGATION AND FORENSICS.  LET'S TAKE THAT FIRST WORD.

OFFEN DIRECT BY MR. LEACH                                    1474

10:10AM   1         WHAT IS THE INVESTIGATION PART OF THE INVESTIGATION AND

10:10AM   2    FORENSIC SERVICES UNIT?

10:10AM   3    A.   WE, AGAIN, PROVIDE A MULTITUDE OF SERVICES.  WE ARE WITHIN

10:10AM   4    THE CONSULTING GROUP THAT I OUTLINED EARLIER.  WE TYPICALLY

10:11AM   5    HELP COMPANIES WHO ARE GOING THROUGH INVESTIGATIONS, INTERNAL

10:11AM   6    OR EXTERNAL, TYPICALLY IN RESPONSE TO SOME TYPE OF EVENT THAT

10:11AM   7    HAS OCCURRED.

10:11AM   8         ADDITIONALLY, AS PART OF THE FORENSICS PART OF THAT, WE

10:11AM   9    ALSO HELP COMPANIES PREPARE, MANAGE, STORE, AND ANALYZE LARGE

10:11AM   10   VOLUMES OF DATA.

10:11AM   11   Q.   WHEN YOU SAY YOU HELP COMPANIES RESPOND TO AN EVENT, WHAT

10:11AM   12   TYPE OF EVENTS DO YOU HAVE IN MIND?

10:11AM   13   A.   THE EVENTS VARY.  SOMETIMES IT'S FRAUD RELATED.  SOMETIMES

10:11AM   14   IT'S REGULATORY INQUIRY RELATED.  SOMETIMES IT'S RELATED TO A

10:11AM   15   DEAL, SOME TYPE OF M&A ACTIVITY.

10:11AM   16        IT REALLY VARIES DEPENDING UPON THE COMPANY AND THE TYPE

10:11AM   17   OF ENGAGEMENT THAT WE'RE HIRED FOR.

10:11AM   18   Q.   AND WHEN A CLIENT HIRES YOU TO PERFORM FORENSIC SERVICES,

10:11AM   19   WHAT TYPES OF SERVICES DO YOU PROVIDE FOR CLIENTS?

10:11AM   20   A.   AGAIN, IT'S A COMBINATION OF ACCOUNTING, FINANCIAL

10:11AM   21   SERVICES, AND THEN TECHNOLOGY SERVICES.

10:11AM   22        I WORK IN THE TECHNOLOGY SPACE TYPICALLY RELATED TO

10:11AM   23   PRESERVATION, ANALYSIS, AND PRODUCTION OF SOME TYPE OF DATA AND

10:12AM   24   ANALYTICS EXERCISE.

10:12AM   25   Q.   AND WHAT TYPES OF DATA DO YOU GATHER ON BEHALF OF CLIENTS?

OFFEN DIRECT BY MR. LEACH                                      1475

10:12AM    1    DESCRIBE THAT FOR US.

10:12AM    2    A.   IT VARIES DEPENDING ON THE MATTER.  BUT TYPICALLY

10:12AM    3    SPEAKING, THERE ARE TWO LARGE BUCKETS OF DATA THAT WE HELP

10:12AM    4    CLIENTS WITH.

10:12AM    5         THE FIRST IS WHAT I'LL CALL STRUCTURED DATA.  THAT'S

10:12AM    6    THINGS THAT PICTURE WOULD GO INTO A MICROSOFT EXCEL OR SOME

10:12AM    7    TYPE OF SPREADSHEET ROWS AND COLUMNS.  THAT WOULD BE FINANCIAL

10:12AM    8    RECORDS, ACCOUNTS PAYABLE INFORMATION, ACCOUNTS RECEIVABLE

10:12AM    9    INFORMATION, GENERAL LEDGER, THAT TYPE OF DATA.

10:12AM   10         AND THEN THE OTHER LARGE BUCKET THAT WE WORK WITH IS WHAT

10:12AM   11    IS CALLED UNSTRUCTURED DATA, SO THAT WOULD BE WORD DOCUMENTS,

10:12AM   12    WRITTEN PROS, YOU KNOW, LONGER KIND OF VERBAL MESSAGES, THOSE

10:12AM   13    TYPES OF THINGS.

10:12AM   14    Q.   ARE YOU SOMETIMES CALLED UPON TO GATHER EMAIL ON BEHALF OF

10:12AM   15    A CLIENT?

10:12AM   16    A.   YES.

10:12AM   17    Q.   AND DOES THAT FALL IN THE STRUCTURED OR THE UNSTRUCTURED

10:12AM   18    DATA CATEGORY?

10:12AM   19    A.   MOSTLY UNSTRUCTURED.  THERE ARE SOME METADATA RELATED TO

10:13AM   20    EMAIL THAT COULD ALSO BE STRUCTURED.  BUT GENERALLY SPEAKING,

10:13AM   21    EMAIL WOULD BE CONSIDERED UNSTRUCTURED DATA.

10:13AM   22    Q.   AND ARE YOU ALSO ASKED BY CLIENTS TO GATHER, IN CONNECTION

10:13AM   23    WITH GOVERNMENT INVESTIGATIONS, CELL PHONE DATA?

10:13AM   24    A.   YES.

10:13AM   25    Q.   AND DOES THAT FALL IN THE STRUCTURED OR UNSTRUCTURED

OFFEN DIRECT BY MR. LEACH                                    1476

10:13AM   1    CATEGORY?

10:13AM   2    A.   SIMILAR TO EMAIL, MOSTLY UNSTRUCTURED.  BUT THERE'S A LOT

10:13AM   3    OF METADATA AGAIN AFFILIATED WITH MESSAGES THAT IS ALSO

10:13AM   4    CONSIDERED SOMETIMES STRUCTURED, OR ACTUALLY SEMI UNSTRUCTURED,

10:13AM   5    WHICH IS A COMBINATION OF THE TWO.

10:13AM   6    Q.   AND WHAT DO YOU MEAN BY "METADATA"?

10:13AM   7    A.   METADATA IS IDENTIFIABLE INFORMATION RELATED TO ELECTRONIC

10:13AM   8    RECORDS.  SO THINKING OF EMAIL OR TEXT MESSAGES, THE TO, FROM,

10:13AM   9    DATES SENT, THOSE KINDS OF THINGS WOULD BE CONSIDERED THE

10:13AM  10    METADATA.

10:13AM  11    Q.   ARE YOU A MEMBER OF ANY PROFESSIONAL ASSOCIATIONS?

10:13AM  12    A.   YES.  I'M A MEMBER OF THE CERTIFIED FRAUD EXAMINERS

10:13AM  13    ASSOCIATION, AND I'M ALSO AN ORACLE CERTIFIED ASSOCIATE.

10:13AM  14    Q.   ARE YOU FAMILIAR WITH A COMPANY CALLED THERANOS?

10:13AM  15    A.   YES.

10:13AM  16    Q.   HOW DID YOU BECOME FAMILIAR WITH THERANOS?

10:14AM  17    A.   IN THE FALL OF 2016 WE WERE RETAINED BY WILMER HALE AND

10:14AM  18    THERANOS.  WE WERE RETAINED BY WILMER HALE LAW FIRM TO ASSIST

10:14AM  19    THEM IN SOME LEGAL PROCEEDINGS THAT THEY WERE WORKING ON WITH

10:14AM  20    THEIR CLIENT, THERANOS.

10:14AM  21    Q.   THE WILMER HALE LAW FIRM, WAS THAT A LAW FIRM THAT YOU

10:14AM  22    WERE FAMILIAR WITH?

10:14AM  23    A.   YES.

10:14AM  24    Q.   AND HOW WERE YOU FAMILIAR WITH THEM?

10:14AM  25    A.   WE WORKED WITH THEM SEVERAL TIMES.

OFFEN DIRECT BY MR. LEACH

10:14AM  1    Q.    OKAY.  ARE THEY A BIG FIRM?  A SMALL FIRM?  HOW WOULD YOU

10:14AM  2    DESCRIBE THEM?

10:14AM  3    A.    A LARGE FIRM.

10:14AM  4    Q.    OKAY.  AND THERANOS HIRED WILMER HALE, WHO HIRED PWC; IS

10:14AM  5    THAT RIGHT?

10:14AM  6    A.    CORRECT.

10:14AM  7    Q.    AND WHAT WERE YOU HIRED TO DO?

10:14AM  8    A.    THE SCOPE OF SERVICES OUR ENGAGEMENT LETTER WAS TO ASSIST

10:14AM  9    WILMER HALE WITH LITIGATION AND OTHER LEGAL SERVICES FOR THEIR

10:14AM  10   CLIENT, THERANOS.

10:14AM  11   Q.    AND CAN YOU TALK ABOUT THE DIFFERENT TYPES OF -- AND HOW

10:14AM  12   LONG DID YOUR ENGAGEMENT WITH WILMER HALE LAST?

10:14AM  13   A.    WE BEGAN WORK, I BELIEVE, SEPTEMBER OF 2016, AND WE WERE

10:14AM  14   WORKING IN SOME CAPACITY THROUGH TO THE SPRING OF 2019.  BUT

10:15AM  15   THE MAJORITY OF THE WORK WAS IN 2017 AND EARLY 2018.

10:15AM  16   Q.    OKAY.  BETWEEN THAT 2016 AND 2019 TIME PERIOD, DESCRIBE

10:15AM  17   FOR US SOME OF YOUR ASSIGNMENTS.

10:15AM  18   A.    YEAH.  WE DID A COUPLE OF DIFFERENT THINGS.

10:15AM  19       FIRST, WE HELPED THEM DEDUPE AND SCRUB SOME EXISTING DATA

10:15AM  20   THAT THEY WERE USING FROM ANOTHER E-DISCOVERY PROVIDER; AND

10:15AM  21   THEN WE ASSISTED WILMER AND THERANOS WITH SOME REDUCTIONS IN

10:15AM  22   FORCE THAT THERANOS WAS EXECUTING ON; AND THEN WE ALSO ASSISTED

10:15AM  23   THEM WITH ELECTRONIC DISCOVERY SERVICES, WHAT I WOULD CALL THE

10:15AM  24   PRESERVATION OF ELECTRONIC DEVICES OR ASSETS, LAPTOPS,

10:15AM  25   DESKTOPS, AND MOBILE PHONES; AND ULTIMATELY WE HELPED WILMER

OFFEN DIRECT BY MR. LEACH                                          1478

10:15AM   1    WITH THE PRODUCTION OF CERTAIN OF THOSE DOCUMENTS FOR WILMER IN

10:15AM   2    RESPONSE TO VARIOUS LEGAL PROCEEDINGS AND REGULATORY INQUIRIES.

10:16AM   3    Q.   WHEN YOU SAY "THE PRODUCTION," WHAT DO YOU MEAN BY THAT?

10:16AM   4    A.   THROUGH THE COURSE OF E-DISCOVERY ENGAGEMENT, IT BEGINS

10:16AM   5    WITH THE IDENTIFICATION AND PRESERVATION OF ELECTRONIC DEVICES,

10:16AM   6    AND THEN WE DO WHAT WE CALL PROCESSING, WHICH HELPS PREPARE

10:16AM   7    THAT INFORMATION IN A WAY IN WHICH HUMANS CAN EASILY REVIEW IT.

10:16AM   8         AND THEN WE GO THROUGH THE REVIEW PROCESS.  ULTIMATELY

10:16AM   9    CERTAIN DOCUMENTS OR MESSAGES ARE IDENTIFIED THAT ARE

10:16AM   10   RESPONSIVE OR ARE RELEVANT TO THE LEGAL INQUIRIES OR LEGAL

10:16AM   11   MATTERS.

10:16AM   12        AND THEN THOSE, AT THE DIRECTION OF COUNSEL, ARE WHAT WE

10:16AM   13   CALL PRODUCED TO WHOMEVER THEY'RE PRODUCING IT TO, WHETHER IN

10:16AM   14   THIS CASE IT WAS THE S.E.C. OR THE DOJ OR SOME OTHER LEGAL

10:16AM   15   MATTERS.

10:16AM   16   Q.   AND DID YOU HAVE A SENSE OF WHO WILMER HALE, ON BEHALF OF

10:16AM   17   THERANOS, WAS PRODUCING DOCUMENTS TO?

10:16AM   18   A.   APOLOGIES.  ONLY TO THE EXTENT IN WHICH THEY SHARED WITH

10:16AM   19   US KIND OF THE NAME OF THE MATTER.  SO, FOR EXAMPLE, WE

10:16AM   20   PRODUCED DOCUMENTS WE KNEW THAT WERE RELATED TO AN S.E.C.

10:17AM   21   INQUIRY.  WE PRODUCED DOCUMENTS THAT WERE IN RESPONSE TO A DOJ

10:17AM   22   INQUIRY.  BUT THAT WAS THE EXTENT OF OUR KNOWLEDGE OF WHAT IT

10:17AM   23   WAS.

10:17AM   24   Q.   OKAY.  DID YOU DO ALL OF THIS WORK YOURSELF?

10:17AM   25   A.   NO.

10:17AM 1   Q.   DID YOU HAVE A TEAM?

10:17AM 2   A.   YES.

10:17AM 3   Q.   AND HOW BIG WAS YOUR TEAM?

10:17AM 4   A.   IT VARIED THROUGHOUT THE TWO AND A HALF OR SO YEARS THAT

10:17AM 5   WE WERE WORKING.  I WOULD SAY WE HAD A CORE TEAM OF ABOUT 15 TO

10:17AM 6   20 THAT WERE INVOLVED FOR THE MOST PART.

10:17AM 7        AND THEN WE ENGAGED, FOR EXAMPLE, IN THE REDUCTION IN

10:17AM 8   FORCE ACTIVITIES, WE BROUGHT IN ADDITIONAL TEAM MEMBERS.  I

10:17AM 9   THINK THE LARGEST WE EVER HAD WAS ABOUT 40 AT ONE TIME, BUT

10:17AM 10  THAT WAS FOR THE SAKE OF A WEEK'S EXERCISE.

10:17AM 11       IT WAS PRETTY MUCH THE 15 TO 20.

10:17AM 12  Q.   AND DO YOU HAVE AN APPROXIMATION OF HOW MANY HOURS PWC

10:17AM 13  SPENT ON THIS ENGAGEMENT?

10:17AM 14  A.   OVER 10,000 HOURS.

10:17AM 15  Q.   AND DO YOU HAVE A SENSE OF HOW MUCH PWC BILLED FOR THIS

10:17AM 16  ENGAGEMENT?

10:17AM 17  A.   YES.

10:17AM 18  Q.   AND IS IT MORE THAN A MILLION DOLLARS?

10:17AM 19  A.   YES.

10:17AM 20        MS. TREFZ:  OBJECTION, YOUR HONOR.  RELEVANCE.

10:17AM 21        THE COURT:  OVERRULED.

10:17AM 22  BY MR. LEACH:

10:17AM 23  Q.   IS IT MORE THAN A MILLION DOLLARS?

10:18AM 24  A.   YES.

10:18AM 25  Q.   AND IS IT MORE THAN 5 MILLION?

OFFEN DIRECT BY MR. LEACH

10:18AM  1    A.   YES.

10:18AM  2    Q.   PRIOR TO AUGUST OF 2018, WHO WAS PAYING PWC'S FEES?

10:18AM  3    A.   THERANOS.

10:18AM  4    Q.   AND AFTER THE AUGUST TIME PERIOD, WERE YOU RETAINED BY

10:18AM  5    ANOTHER COMPANY CALLED SHERWOOD PARTNERS?

10:18AM  6    A.   YES, ALTHOUGH WE WERE RETAINED IN DECEMBER OF 2018 BY

10:18AM  7    THEM.

10:18AM  8    Q.   AND WHAT WAS SHERWOOD PARTNERS?

10:18AM  9    A.   THEY WERE THE ORGANIZATION WHICH TOOK OVER THE INSOLVENCY

10:18AM 10    OF THERANOS AS I UNDERSTAND IT.

10:18AM 11    Q.   I WANT TO FOCUS ON YOUR WORK PRIOR TO AUGUST OF 2018 IF WE

10:18AM 12    COULD, PARTICULARLY AS IT RELATES TO YOUR COLLECTION,

10:18AM 13    PRESERVATION AND COLLECTION OF EVIDENCE.

10:18AM 14         DO YOU HAVE THAT TIME PERIOD AND SUBJECT IN MIND?

10:18AM 15    A.   SURE.

10:18AM 16    Q.   OKAY.   IN CONNECTION WITH YOUR ASSIGNMENT ON BEHALF OF

10:18AM 17    WILMER HALE AND THERANOS, DID PWC GATHER THERANOS DIGITAL

10:18AM 18    DEVICES THAT WERE ASSIGNED TO ELIZABETH HOLMES?

10:18AM 19    A.   YES.

10:18AM 20    Q.   AND WHAT DID PWC DO?

10:19AM 21    A.   WE IMAGED, AGAIN, TOOK FORENSIC COPIES OF SIX OF HER

10:19AM 22    ASSETS.

10:19AM 23    Q.   AND WHEN YOU SAY "ASSETS," WHAT DO YOU MEAN?

10:19AM 24    A.   THERE WERE TWO DESKTOPS, THREE LAPTOPS, AND ONE MOBILE

10:19AM 25    PHONE.

OFFEN DIRECT BY MR. LEACH                                    1481

10:19AM   1      Q.   AND WHERE DID PWC DO THIS?

10:19AM   2      A.   VARYING PLACES.  THESE DID NOT ALL OCCUR AT ONE TIME.

10:19AM   3      THIS TOOK PLACE OVER ABOUT A YEAR AND A HALF-ISH TIMELINE FROM,

10:19AM   4      AGAIN, LATE 2016 INTO EARLY 2018.

10:19AM   5           BUT THE INITIAL ONES THAT WE IMAGED WERE DONE AT

10:19AM   6      WILMER HALE'S OFFICES IN PALO ALTO, WHICH WAS RIGHT DOWN THE

10:19AM   7      STREET FROM THERANOS'S OFFICES IN PALO ALTO.

10:19AM   8      Q.   AND WERE YOU PRESENT FOR SOME OF THE IMAGING?

10:19AM   9      A.   YES.

10:19AM   10     Q.   AND FOR THOSE OF US NOT IN THE E-DISCOVERY BUSINESS, WHAT

10:19AM   11     IS IMAGING?

10:19AM   12     A.   SO IT'S THE USE OF FORENSIC SOFTWARE TO TAKE WHAT WE CALL

10:19AM   13     FORENSIC COPIES OF THE ELECTRONIC ASSETS, AND THE KEY PIECE

10:19AM   14     BEING THERE IS THAT THE SOFTWARE OR THE TECHNOLOGY USED TO

10:20AM   15     COMPLETE THE IMAGE, IT PREVENTS ANY OF THE UNDERLYING DATA FROM

10:20AM   16     BEING MANIPULATED OR ALTERED IN ANY CAPACITY.

10:20AM   17          SO WE TAKE WHAT WE CALL A CLEAN FORENSIC COPY, MEANING FOR

10:20AM   18     THE LAPTOPS, A DIRECT BYTE FOR BYTE COPY OF EVERY ELEMENT OF

10:20AM   19     THE HARD DRIVE; AND THEN FOR THE MOBILE DEVICES, A LOGICAL COPY

10:20AM   20     OF THE CONTENTS OF THE MOBILE DEVICE.

10:20AM   21     Q.   AND WHAT DID YOU MEAN BY "LOGICAL COPY"?

10:20AM   22     A.   LOGICAL COPY, RATHER THAN TAKING THE UNDERLYING DISK, THE

10:20AM   23     ACTUAL ONES AND ZEROS STORED ON THE DISK, BECAUSE OF THE

10:20AM   24     VARIOUS ENCRYPTION TECHNOLOGY ON THE MOBILE DEVICES, TAKING

10:20AM   25     THAT PURE FORENSIC COPY ISN'T REALLY HELPFUL BECAUSE YOU NEED

OFFEN DIRECT BY MR. LEACH                                          1482

```
10:20AM   1    TO THEN HAVE EACH UNDERLYING PASSWORD AND EACH UNDERLYING

10:20AM   2    TECHNOLOGY EVERY TIME TO INTERPRET THAT OR READ THAT, SO YOU

10:20AM   3    TAKE A LOGICAL COPY WHERE THE PASSWORD IS ENTERED INTO THE

10:20AM   4    MOBILE DEVICE AND IT COPIES OFF -- AGAIN, FORENSIC SO THERE'S

10:20AM   5    NO MANIPULATION, NO CHANGING OF METADATA -- EVERY SINGLE FILE

10:21AM   6    AND RECORD THAT IS ON THAT PHONE.

10:21AM   7    Q.   WERE THERE ANY HICCUPS IN THE IMAGING OF THE DEVICES

10:21AM   8    ASSIGNED TO MS. HOLMES?

10:21AM   9    A.   NO, NOT TO MY RECOLLECTION.

10:21AM  10    Q.   OKAY.  AND DID YOU PERSONALLY RETURN ANY OF THE DEVICES

10:21AM  11    THAT PWC GATHERED FROM MS. HOLMES TO HER OR HER ASSISTANT?

10:21AM  12    A.   YES.  WE -- THE INITIAL IMAGE WE TOOK OF HER MOBILE DEVICE

10:21AM  13    IN JANUARY OF 2017 I RETURNED TO HER ASSISTANT.  I RETURNED TO

10:21AM  14    LISA DURKIN, WHO I BELIEVE IS HER ASSISTANT.

10:21AM  15    Q.   SO AFTER PWC COLLECTED AND IMAGED THESE DEVICES, WHAT DID

10:21AM  16    IT DO?

10:21AM  17    A.   SO WE THEN LEVERAGED THAT I REFERENCED EARLIER WHERE ONCE

10:21AM  18    WE DID THE COLLECTION AND PRESERVATION, WE THEN DO THE

10:21AM  19    PROCESSING AND ANY ANALYSIS OR REVIEW THAT IS NEEDED FOR THE

10:21AM  20    PURPOSES OF THIS DEVICE.  WE WERE ASKED BY WILMER TO CREATE A

10:22AM  21    FILE OF ALL OF THE MESSAGES OR CHATS FROM MS. HOLMES'S DIGITAL

10:22AM  22    ASSETS BETWEEN HERSELF AND SUNNY BALWANI.

10:22AM  23        SO THIS WAS ONE OF THE SPREADSHEETS OR OUTPUTS THAT WE

10:22AM  24    CREATED.

10:22AM  25    Q.   DID YOU USE ANY TYPE OF SOFTWARE PRODUCTS TO DO THIS?
```

OFFEN DIRECT BY MR. LEACH                                          1483

10:22AM   1    A.   YES.  SO FOR THE MOBILE DEVICE WE USED A SOFTWARE CALLED

10:22AM   2    AXIOM, AN INDUSTRY RECOGNIZED SOFTWARE WHICH ENABLES YOU TO

10:22AM   3    EFFECTIVELY PARSE OUT CONTENTS OF MOBILE DEVICES OR LAPTOPS

10:22AM   4    WHERE IT CONTAINS CHAT MESSAGES OR THINGS OF THAT NATURE.

10:22AM   5    Q.   AND THE SOFTWARE PRODUCTS THAT YOU USED TO DO THIS, ARE

10:22AM   6    THOSE COMMERCIALLY AVAILABLE?

10:22AM   7    A.   CORRECT.

10:22AM   8    Q.   AND DO YOU FIND THEM TO BE RELIABLE?

10:22AM   9    A.   VERY.

10:22AM  10    Q.   AND ARE THEY PRODUCTS THAT YOU HAVE USED FOR OTHER

10:22AM  11    CLIENTS?

10:22AM  12    A.   YES.

10:22AM  13    Q.   AFTER THE DEVICES WERE IMAGED AND PROCESSED, CAN YOU

10:23AM  14    DESCRIBE WHAT PWC DID WITH THE DATA?

10:23AM  15    A.   YES.  SO WHEN AXIOM, AS I SAID, PARSES OUT THE UNDERLYING

10:23AM  16    CHAT MESSAGES, IT CREATES A FILE, A CSV FILE, COMMA SEPARATED

10:23AM  17    VALUE FILE, THAT HAS THE CONTENTS OF EVERYTHING THAT IT

10:23AM  18    IDENTIFIED ON THOSE DEVICES AS BEING CHATS OR MESSAGES.  IT

10:23AM  19    LOOKS AT DIFFERENT TYPES OF CHAT OR MESSAGING SOFTWARE AND IT

10:23AM  20    CREATES A FILE FOR EACH OF THOSE.

10:23AM  21        SO FOR HER MOBILE DEVICE, IT ONLY CONTAINED WHAT WAS

10:23AM  22    DEFINED AS COMMUNICATIONS OR IMESSAGES, SMS'S OR TEXT MESSAGES.

10:23AM  23    SO IT CREATED ONE VERY LARGE FILE OFF OF HER MOBILE DEVICE OF

10:23AM  24    THOSE.

10:23AM  25        AND THEN WE ALSO LOOKED AT HER OTHER ASSETS TO IDENTIFY

OFFEN DIRECT BY MR. LEACH                                                1484

10:23AM   1    OTHER POTENTIAL CHATS OR MESSAGES THAT WERE CONTAINED ON THEM.

10:23AM   2         FOR EXAMPLE, ONE OF HER LAPTOPS HAD SOME IMESSAGES AND

10:24AM   3    SOME SKYPE MESSAGES, ET CETERA, SO WE COMPILED ALL OF THAT INTO

10:24AM   4    A MASTER FILE WHICH WE THEN ANALYZED IN ANOTHER SOFTWARE CALLED

10:24AM   5    ALTERYX.

10:24AM   6    Q.   WHAT IS ALTERYX?

10:24AM   7    A.   ALTERYX IS A DATA ANALYTICAL TOOL, VERY COMMON FOR DOING

10:24AM   8    VARIOUS ANALYSIS FOR STRUCTURED DATA.

10:24AM   9         ONCE THE TOOL AXIOM PARSED THIS OUT, IT WAS THEN ABLE TO

10:24AM  10    BE INGESTED AS STRUCTURED DATA FOR THE PURPOSES OF THE ANALYSIS

10:24AM  11    THAT WE THEN CONTINUED TO DO.

10:24AM  12    Q.   FROM TIME TO TIME, DID PWC PROVIDE EXCEL FILES TO

10:24AM  13    WILMER HALE TO REVIEW THE CONTENT OF TEXT MESSAGES?

10:24AM  14    A.   YES.

10:24AM  15    Q.   AND YOU SHOULD HAVE TWO BINDERS IN FRONT OF YOU,

10:24AM  16    MR. OFFEN.  I WOULD DRAW YOUR ATTENTION TO THE FIRST BINDER,

10:24AM  17    AND THERE SHOULD BE AN EXHIBIT IN THERE THAT WE HAVE MARKED AS

10:24AM  18    EXHIBIT 3481.

10:24AM  19    A.   YES.

10:24AM  20    Q.   DO YOU RECOGNIZE THIS DOCUMENT?

10:24AM  21    A.   YES.

10:25AM  22    Q.   WHAT IS THIS?

10:25AM  23    A.   BASED UPON THE FORMAT AND THE CODING, AND THE BATES

10:25AM  24    NUMBERING MOST NOTABLY IN THE BOTTOM RIGHT CORNER, I BELIEVE

10:25AM  25    THIS TO BE THE EXCEL FILE THAT WE CREATED THAT WILMER THEN

OFFEN DIRECT BY MR. LEACH                                              1485

10:25AM  1     PRODUCED TO THE DOJ.

10:25AM  2     Q.   AND THERE'S A BATES -- HOW LONG IS THIS DOCUMENT?

10:25AM  3     A.   589 PAGES.

10:25AM  4     Q.   OKAY.  AND THERE'S A BATES NUMBER IN THE BOTTOM RIGHT

10:25AM  5     CORNER.  DO YOU RECOGNIZE THAT BATES NUMBERING SCHEME?

10:25AM  6     A.   CORRECT.

10:25AM  7     Q.   AND HOW DO YOU RECOGNIZE THAT?

10:25AM  8     A.   SORRY.  THAT APPEARS TO BE THE BATES NUMBERING -- WELL,

10:25AM  9     BOTH THE CODING, SO THE T-H-E-R WAS THE BEGINNING CODE FOR THE

10:25AM 10     RESPONSE WILMER PUT TOGETHER FOR THE DOJ; AND THEN THE

10:25AM 11     SUBSEQUENT NUMBERS ARE RELATED TO THE PAGES THAT WERE PRODUCED,

10:25AM 12     AND THIS NUMBER REMINDS ME OF THE -- OR IT IS THE NUMBER OF THE

10:25AM 13     FILE OF THE TEXT MESSAGES BETWEEN ELIZABETH AND SUNNY THAT WE

10:25AM 14     PROVIDED TO WILMER WHICH WAS ULTIMATELY PRODUCED TO THE DOJ.

10:26AM 15     Q.   SO YOU BELIEVE PWC HAD A HAND IN PREPARING THIS IN THE

10:26AM 16     FIRST INSTANCE?

10:26AM 17     A.   YES.

10:26AM 18     Q.   AND DID YOU DO THAT FROM DATA THAT YOU HAD GATHERED IN THE

10:26AM 19     COURSE OF YOUR WORK ON BEHALF OF WILMER HALE AND THERANOS?

10:26AM 20     A.   YES.

10:26AM 21     Q.   OKAY.  I WOULD DRAW YOUR ATTENTION TO THE FIRST BATES

10:26AM 22     NUMBER.  DO YOU SEE THE NUMBER 2566547?

10:26AM 23     A.   YES.

10:26AM 24     Q.   AND ON THE LAST PAGE DO YOU SEE THE NUMBER 2567135?

10:26AM 25     A.   YES.

OFFEN DIRECT BY MR. LEACH                                          1486

10:26AM   1    Q.   YOU CAN PUT THAT BINDER TO THE SIDE, PLEASE.

10:26AM   2         IN ADVANCE OF THE TRIAL IN THIS MATTER, MR. OFFEN, DID PWC

10:26AM   3    RECEIVE A SUBPOENA TO PRODUCE CERTAIN RECORDS?

10:26AM   4    A.   YES.

10:26AM   5    Q.   AND DID THAT SUBPOENA CALL FOR THE PRODUCTION OF TEXT, SMS

10:26AM   6    OR SKYPE MESSAGES AND/OR IMESSAGES INVOLVING ELIZABETH HOLMES

10:27AM   7    AND RAMESH BALWANI REFLECTED ON THE BATES NUMBERS THAT WE

10:27AM   8    OBSERVED IN EXHIBIT 3481?

10:27AM   9    A.   YES.

10:27AM   10   Q.   AND DID YOU OVERSEE PWC'S PROCESS IN RESPONDING TO THAT

10:27AM   11   SUBPOENA?

10:27AM   12   A.   YES.

10:27AM   13   Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO WHAT WE HAVE MARKED

10:27AM   14   AS A DEMONSTRATIVE IN EXHIBIT 5386.

10:27AM   15        DO YOU RECOGNIZE THIS?

10:27AM   16   A.   YES.

10:27AM   17   Q.   AND IS THIS A DEMONSTRATIVE THAT PWC PREPARED IN ORDER TO

10:27AM   18   EXPLAIN ITS PROCESS FOR RESPONDING TO THE SUBPOENA?

10:27AM   19   A.   YES.

10:27AM   20   Q.   AND DO YOU FIND THIS HELPFUL IN EXPLAINING WHAT YOU DID IN

10:27AM   21   ORDER TO RESPOND TO THAT?

10:27AM   22   A.   YES.

10:27AM   23             MR. LEACH:  YOUR HONOR, I'D LIKE TO DISPLAY

10:27AM   24   EXHIBIT 5386.

10:27AM   25             MS. TREFZ:  NO OBJECTION.

10:27AM  1          THE COURT:  IT MAY BE DISPLAYED TO THE JURY.

10:28AM  2     BY MR. LEACH:

10:28AM  3     Q.   MR. OFFEN, DO YOU SEE TO THE RIGHT THERE'S A HEADING

10:28AM  4     PROCESS, AND THEN BENEATH THAT FOUR BOXES?

10:28AM  5     A.   YES.

10:28AM  6     Q.   OKAY.  AND WHAT IS CONVEYED IN THOSE FOUR BOXES?

10:28AM  7     A.   ON THE FAR LEFT?

10:28AM  8     Q.   YES, ON THE FAR LEFT.  EXCUSE ME.

10:28AM  9     A.   SO WHAT THOSE ARE, THOSE ARE THE BEGINNING SOURCES FROM

10:28AM  10    THE DIGITAL ASSETS THAT WE PROCEEDED TO COMPLETE THE OUTPUT OF

10:28AM  11    THE SPREADSHEET FROM.

10:28AM  12         THE TOP ONE REPRESENTS THE SOFTWARE USED TO DO THE INITIAL

10:28AM  13    IMAGING AND ACQUISITION OF THOSE DEVICES IN 2016 AND IN 2017

10:28AM  14    RESPECTIVELY.

10:28AM  15    Q.   SO IN ONE OF THE GREY BOXES THERE'S AN IPHONE 6S.

10:28AM  16         DO YOU SEE THAT?

10:28AM  17    A.   YES.

10:28AM  18    Q.   AND IS THAT THE SERIAL NUMBER BENEATH THAT?

10:28AM  19    A.   YES.

10:28AM  20    Q.   AND WAS THAT A DEVICE THAT YOU UNDERSTOOD BELONGED TO

10:28AM  21    MS. HOLMES?

10:28AM  22    A.   YES.

10:28AM  23    Q.   AND THEN THERE'S TWO BOXES FOR MAC PRO AND MAC AIR.

10:29AM  24         ARE THOSE THE SERIAL NUMBERS FOR THOSE DEVICES?

10:29AM  25    A.   I BELIEVE SO, YES.  I DON'T HAVE THEM EXACTLY MEMORIZED,

OFFEN DIRECT BY MR. LEACH                                          1488

10:29AM   1    BUT I BELIEVE THOSE ARE THE EXACT ONES, YES.

10:29AM   2    Q.   THAT WOULD BE VERY IMPRESSIVE.

10:29AM   3    A.   YEAH.

10:29AM   4    Q.   AND WERE THOSE DEVICES THAT YOU UNDERSTOOD WERE ASSIGNED

10:29AM   5    TO MS. HOLMES?

10:29AM   6    A.   YES.

10:29AM   7    Q.   AND THESE WERE DEVICES THAT PWC CONTINUED TO HAVE IMAGES

10:29AM   8    OF IN ITS POSSESSION?

10:29AM   9    A.   CORRECT.  WE RETAINED THE EVIDENCE FILES THROUGHOUT THE

10:29AM  10    DURATION OF THE ENGAGEMENT; AND THEN FROM AICPA STANDARDS, YOU

10:29AM  11    RETAIN DATA FOR SEVEN YEARS AFTER THE CLOSE OF THE ENGAGEMENT.

10:29AM  12    Q.   AT THEN IN THAT BOX AT THE TOP, THERE'S CELLBRITE 5.4,

10:29AM  13    EWFACQUIRE, MACQUISITION.

10:29AM  14         WHAT ARE THOSE?

10:29AM  15    A.   SO THOSE ARE THE VARIOUS SOFTWARE TOOLS THAT WE USED TO

10:29AM  16    COMPLETE THE INITIAL FORENSIC IMAGES THAT I WAS REFERENCING

10:29AM  17    EARLIER.

10:29AM  18         THEY ARE IN SEQUENCE.  SO CELLBRITE WAS USED FOR THE

10:29AM  19    IPHONE; EWFACQUIRE WAS USED FOR THE MACBOOK PRO; AND

10:29AM  20    MACQUISITION WAS USED FOR THE MACBOOK AIR.

10:30AM  21    Q.   AS WE MOVE TO THE RIGHT THERE'S A BOX THAT HAS THE NUMBER

10:30AM  22    80,948.  WHAT DOES THAT REFER TO?

10:30AM  23    A.   THAT IS THE TOTAL NUMBER OF MESSAGES WHICH WERE EXTRACTED

10:30AM  24    OUT FROM THE PARSING PROCESS THAT I REFERENCED EARLIER FROM

10:30AM  25    AXIOM FROM THOSE THREE DEVICES.

OFFEN DIRECT BY MR. LEACH                                    1489

10:30AM   1    Q.   AND BENEATH THAT THERE'S A BOX THAT SAYS AXIOM EXPORTS.

10:30AM   2         DO YOU SEE THAT?

10:30AM   3    A.   YES.

10:30AM   4    Q.   AND THERE'S SOME ROWS WITH THE WORD "HOUSE."  WHAT DOES

10:30AM   5    HOUSE REFER TO?

10:30AM   6    A.   HOUSE WAS THE INTERNAL PROJECT NAME THAT WE USED FOR THIS

10:30AM   7    WORK.  OUR WORK WAS BEING DONE UNDER PRIVILEGE FROM WILMER, AND

10:30AM   8    ANY TIME WE COMPLETE ANY PRIVILEGE ENGAGEMENT, WE ASSIGN A

10:30AM   9    PROJECT NAME SO THAT YOU DO NOT DISCUSS OPENLY THE CLIENT NAME

10:30AM   10   IN CONFERENCES AND WORK PAPERS, ET CETERA.

10:30AM   11   Q.   IN THAT FIRST ROW TO THE RIGHT IT SAYS HOLMES PO1.  WHAT

10:30AM   12   DOES PO1 REFER?

10:30AM   13   A.   THAT REPRESENTS HER MOBILE DEVICE.  THIS FILE, THE CSV,

10:31AM   14   REPRESENTS THE PARSED OUT CONTENTS OF ALL MESSAGES OF ALL OF

10:31AM   15   THE IMESSAGES AND SMS MESSAGES THAT WERE ON HER MOBILE DEVICE.

10:31AM   16   Q.   AND AS WE GO TO THE RIGHT, THIS IS AN CSV FILE?

10:31AM   17   A.   CORRECT.

10:31AM   18   Q.   AND IS THAT LIKE AN EXCEL FILE?

10:31AM   19   A.   IT'S THE DATA THAT AN EXCEL FILE WOULD OPEN.  IF YOU

10:31AM   20   LOOKED AT THIS IN ITS BASE FORM, TEXT FORM, YOU JUST SEE THE

10:31AM   21   VALUE, COMMA, VALUE, COMMA, VALUE, AND THEN EXCEL KNOWS TO

10:31AM   22   INTERPRET THAT INTO ROWS AND COLUMNS.

10:31AM   23   Q.   AND TO THE RIGHT THERE'S A NUMBER, 80,089.  AM I RIGHT TO

10:31AM   24   INFER THAT THE VAST MAJORITY OF THE MESSAGES THAT WERE

10:31AM   25   EXTRACTED FROM THE PHONES OR FROM THE DEVICES CAME FROM THIS

OFFEN DIRECT BY MR. LEACH                                        1490

10:31AM   1    ONE PHONE?

10:31AM   2    A.   CORRECT.  EACH OF THE NUMBERS IN PARENTHESIS REPRESENTS

10:31AM   3    HOW MANY RECORDS WERE IN EACH OF THESE FILES.

10:31AM   4        SO OF THE 80,949 TOTAL, 80,089 TOTAL CAME FROM HER MOBILE

10:32AM   5    DEVICE.

10:32AM   6    Q.   TO THE RIGHT THERE'S A BOX FILTER, AND ABOVE THAT THERE'S

10:32AM   7    A BOX WITH A NUMBER OF NAMES.

10:32AM   8        WHAT IS CONVEYED THERE?

10:32AM   9    A.   SO THE SUBPOENA THAT WE WERE RESPONDING TO HAD REQUESTED

10:32AM  10    THAT WE PROVIDE THE TEXT AND CHAT MESSAGES BETWEEN MS. HOLMES

10:32AM  11    AND MR. BALWANI.

10:32AM  12        SO THE 80,948 REPRESENTS ALL OF THE MESSAGES THAT WERE ON

10:32AM  13    MS. HOLMES'S DEVICES TO MR. BALWANI AND WHOMEVER ELSE SHE WAS

10:32AM  14    COMMUNICATING WITH.

10:32AM  15        SO WE FILTERED THAT POPULATION DOWN TO ONES WE BELIEVED

10:32AM  16    THAT WOULD BE MESSAGES TO OR FROM MR. BALWANI.  SO WE

10:32AM  17    LEVERAGED, AGAIN, BASED UPON OTHER WORK WE WERE DOING WITH THE

10:32AM  18    COMPANY, HIS VARIOUS HANDLES, PHONE NUMBERS, EMAILS, ET CETERA,

10:32AM  19    THAT WOULD BE WHAT WE BELIEVED TO BE THE MESSAGES BETWEEN

10:32AM  20    HERSELF AND HIM.

10:32AM  21    Q.   OKAY.  AND BASED ON THAT FILTERING PROCESS, HOW MANY

10:32AM  22    MESSAGES DID PWC IDENTIFY?

10:32AM  23    A.   SO THAT WAS THE NEXT RIGHT BOX, IF YOU KEEP GOING OVER,

10:33AM  24    THE 12,132.

10:33AM  25    Q.   AND ABOVE THAT IT SAYS RELATIVITY FOR REDACTION.  WHAT IS

OFFEN DIRECT BY MR. LEACH                                    1491

10:33AM  1   RELATIVITY?

10:33AM  2   A.   RELATIVITY IS AN E-DISCOVERY SOFTWARE WHICH TYPICALLY

10:33AM  3   ATTORNEYS OR LEGAL PROFESSIONALS USE TO REVIEW DOCUMENTS AND

10:33AM  4   MESSAGES.

10:33AM  5        IT ENABLES THEM TO FOLDER, SEARCH FOR KEY WORDS, PROVIDE

10:33AM  6   INDEXES, CODING, ET CETERA.

10:33AM  7   Q.   AND BENEATH THE 12,132 THERE'S A BOX, REPLACED IN ALTERYX.

10:33AM  8   WHAT DOES THAT REFER TO?

10:33AM  9   A.   SO THE FILES THAT WERE GENERATED BY AXIOM, IT PLACED THESE

10:33AM  10  TAGS IN SOME PLACES FOR MS. HOLMES'S NAME OR PHONE NUMBER.

10:33AM  11       SO WHERE IT SAYS THE PHONE BACKUP.TAR, FOR EXAMPLE, IPHONE

10:33AM  12  BACKUP.TAR, THAT WAS THE WHERE THE CONTENTS IN THE FROM OR SENT

10:33AM  13  OF RECEIVED NAME WAS, AND SO WE PLACED THAT WITH

10:33AM  14  ELIZABETH HOLMES TO BE EASIER TO REVIEW.

10:34AM  15  Q.   CAN YOU PLEASE EXPLAIN THE BOXES AND PENTAGON ON THE RIGHT

10:34AM  16  WHERE IT SAYS MATCH RECORDS NOT IN S.E.C. FILE, AND THEN THE

10:34AM  17  NUMBERS TO THE RIGHT GOING DOWN.  EXPLAIN WHAT YOU'RE CONVEYING

10:34AM  18  THERE.

10:34AM  19  A.   YEAH, WHAT WE WERE CALLING THE S.E.C. FILE WAS ACTUALLY

10:34AM  20  THE FIRST EXHIBIT THAT YOU HAD ME LOOK AT WHICH WAS ACTUALLY

10:34AM  21  THE DOJ FILE.

10:34AM  22       TO BE CLEAR, THEY'RE THE EXACT SAME CONTENTS, THEY JUST

10:34AM  23  HAD DIFFERENT REDACTIONS BY WILMER HALE, AND THAT'S WHY WE

10:34AM  24  REFERRED TO IT AS THE S.E.C. FILE, WHICH WAS THE INITIAL ONE WE

10:34AM  25  CREATED AND THEN IT WAS PRODUCED TWO DIFFERENT WAYS WITH

OFFEN DIRECT BY MR. LEACH                                    1492

10:34AM   1     DIFFERENT REDACTIONS.

10:34AM   2          SO THE TOP NUMBER, THE 53, WE IDENTIFIED, WHEN WE

10:34AM   3     RECREATED THIS SPREADSHEET LAST MONTH, THERE WAS AN ADDITIONAL

10:34AM   4     53 RECORDS WE RAN, OR CREATED THE SPREADSHEET THIS TIME, WHICH

10:34AM   5     WERE NOT IN THE INITIAL FILE THAT WAS PRODUCED TO THE DOJ OR

10:34AM   6     THE S.E.C. BACK IN 2017.

10:34AM   7          WE ATTRIBUTED THOSE 53 RECORDS TO THE THREE DIFFERENT

10:35AM   8     ITEMS THAT ARE LISTED ABOVE IT.  THE FIRST ONE BEING THERE WERE

10:35AM   9     25 MESSAGES PRIOR TO JUNE 7TH IN THE RECREATION OF THE

10:35AM  10     SPREADSHEET, WHICH NEVER EXISTED IN THE ORIGINAL ONE; THERE

10:35AM  11     WERE 16 MESSAGES RELATED TO THE EMAIL SUNNY@DARWIN20.COM; AND

10:35AM  12     THEN THERE WERE 12 JUST IMAGINES THAT HAD NO CONTENT IN THE

10:35AM  13     SEARCHES, IN THE MESSAGE.

10:35AM  14     Q.    THERE ARE SOME BOXES --

10:35AM  15     A.    SORRY, APOLOGIES.  YOU ASKED ME TO GO THROUGH ALL OF THEM.

10:35AM  16          TO THE RIGHT, TO DO THE MATCH PROCESS, WE TRIED TO MATCH

10:35AM  17     THE TWO FILES, THE ONES THAT WE NOW CREATED, WHICH ARE THE

10:35AM  18     12,132 MESSAGES TO WHAT WE WERE REFERRING TO AS THE ORIGINAL

10:35AM  19     FILE, THE 12,120.

10:35AM  20          WE WENT THROUGH A SERIES OF PROGRAMMATIC MATCHES, VERY

10:35AM  21     STRAIGHTFORWARD.  WE SEARCHED FOR THE CONTENTS OF THE MESSAGE

10:35AM  22     AND THE DATE THAT THE MESSAGE WAS SENT.

10:35AM  23          WE DID DO SOME VARIATION IN THAT, LEADING AND TRAILING

10:35AM  24     SPACES, THERE WAS SOME DIFFERENT INTERPRETATIONS OF TIME ZONES

10:36AM  25     ON THE PHONE OR THE DATA THAT CAME THROUGH, SO WE DID A COUPLE

OFFEN DIRECT BY MR. LEACH                                    1493

10:36AM  1    VARIATIONS.

10:36AM  2         BUT THE PROGRAMMATIC MATCHES WHERE WE DID THOSE SEARCHES

10:36AM  3    THAT I JUST REFERENCED YIELDED 12,081.  SO, AGAIN, THE VAST

10:36AM  4    MAJORITY OF THEM WERE MATCHED.

10:36AM  5         WE THEN PROCEEDED TO SEARCH THROUGH SOME OF THE ONES THAT

10:36AM  6    HAD NOT MATCHED, AND THEN IN THE REMAINING BALANCE WE FOUND 21

10:36AM  7    MATCHES MANUALLY.  THESE WERE MOSTLY DUE TO DIFFERENT

10:36AM  8    INTERPRETATIONS IN EXCEL.

10:36AM  9         FOR ANYONE WHO HAS WORKED WITH EXCEL, IF YOU START TYPING

10:36AM  10   WITH A MINUS SIGN OR A PLUS SIGN, FOR EXAMPLE, EXCEL THINKS

10:36AM  11   YOU'RE DOING A MATHEMATICAL EQUATION.

10:36AM  12        SO ON THE ORIGINAL FILE, THOSE WERE COMING THROUGH AS N/A.

10:36AM  13   AGAIN, IF ANY OF YOU HAVE SEEN EXCEL, IT'S PRETTY COMMON WHEN

10:36AM  14   EXCEL DOESN'T KNOW WHAT IT'S DOING, IT PUTS THE N/A WHERE WE

10:36AM  15   SAW THAT IT WAS ACTUALLY DUE TO THIS EQUATION.

10:36AM  16        THE OTHER REASON IT WAS CAUSING THAT WAS 100 PERCENT, WHEN

10:36AM  17   THE MESSAGE CONTENT WAS 100 PERCENT, THE ORIGINAL FILE

10:37AM  18   INTERPRETED 100 PERCENT TO BE JUST 1.  SO YOU LOST THE 00 AND

10:37AM  19   THE PERCENT SIGN.

10:37AM  20        SO THESE WERE SOME OF THE THINGS THAT FIT INTO THESE 21

10:37AM  21   MANUAL MATCHES.

10:37AM  22   Q.   AND THE BOX FOR NO MATCH, CAN YOU EXPLAIN WHAT THAT IS?

10:37AM  23   A.   YEAH.  OF THE OVERALL, THE ORIGINAL -- APOLOGIES -- OF THE

10:37AM  24   ORIGINAL 12,120 FILE, WE DID NOT IDENTIFY 18 OF THOSE MATCHES.

10:37AM  25   THEY WERE ALL OF THE SKYPE TYPE MESSAGES, NOT IMESSAGES OR TEXT

OFFEN DIRECT BY MR. LEACH                                    1494

10:37AM  1    MESSAGES.

10:37AM  2    Q.   AND ARE THERE SOME POSSIBILITIES WHY YOU WERE UNABLE TO

10:37AM  3    MATCH THOSE 18 DOCUMENTS, OR 18 FILES?

10:37AM  4    A.   YES.  I THINK, AS I SAID AT THE VERY BEGINNING, WHEN WE

10:37AM  5    INITIALLY COMPLETED THIS MATTER, WE HAD PRESERVED OR IMAGED SIX

10:37AM  6    OF MS. HOLMES'S DEVICES.  FOR THE PURPOSE OF THIS ANALYSIS, WE

10:37AM  7    ONLY RAN IT ON THREE OF THEM.

10:37AM  8         SO IT WAS NOT SURPRISING TO ME THAT THERE WERE SOME THAT

10:37AM  9    DIDN'T MATCH.  QUITE CANDIDLY, I EXPECTED IT TO BE A LARGER

10:37AM  10   NUMBER.

10:37AM  11        BUT WHEN WE ONLY IDENTIFIED 18 THAT HAD NOT MATCHED, I WAS

10:38AM  12   CONFIDENT THAT OUR RECREATION OF THE SPREADSHEET WAS

10:38AM  13   SUFFICIENTLY ACCURATE AND DID NOT ASK MY TEAM TO DO ANY

10:38AM  14   ADDITIONAL WORK.

10:38AM  15   Q.   LET ME DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS

10:38AM  16   EXHIBIT 5387.  THAT SHOULD BE IN YOUR SECOND BINDER.

10:38AM  17   A.   YES, I'VE GOT IT.

10:38AM  18   Q.   DO YOU RECOGNIZE THIS?

10:38AM  19   A.   YES.

10:38AM  20   Q.   WHAT IS THIS?

10:38AM  21   A.   THIS IS THE RECREATED SPREADSHEET THAT WE JUST WALKED

10:38AM  22   THROUGH THE PROCESS OF FROM THAT FLOW CHART.

10:38AM  23   Q.   THIS IS PWC'S RESPONSE TO THE SUBPOENA THAT WAS ISSUED TO

10:38AM  24   PWC?

10:38AM  25   A.   CORRECT.

OFFEN DIRECT BY MR. LEACH                                    1495

10:38AM  1   Q.   AT THE TOP OF THIS DOCUMENT, THERE IS A ROW TITLED RECORD.

10:38AM  2        DO YOU SEE THAT?

10:38AM  3   A.   YES.

10:38AM  4   Q.   AND WHAT DOES RECORD REFER TO?

10:38AM  5   A.   SO IT IS THE CONCATENATION OF THE SOURCE DEVICE AND THE

10:38AM  6   AXIOM FILE NAME THAT WE JUST WALKED THROUGH.  SO ON THE FLOW

10:39AM  7   CHART, THE FIVE LINE ITEMS ON DIFFERENT FILES, AND THEN THE

10:39AM  8   SYSTEMATICALLY GENERATED SEQUENCE NUMBER.

10:39AM  9        THIS PURPOSE IS SIMPLY TO CREATE A UNIQUE IDENTIFIER FOR

10:39AM  10  EVERY RECORD IN THIS FILE BECAUSE, AGAIN, IT CAME FROM FIVE

10:39AM  11  SEPARATE UNDERLYING SOURCES.  WE WANTED TO HAVE ONE UNIQUE

10:39AM  12  NUMBER ACROSS ALL OF THEM.

10:39AM  13  Q.   FIVE SEPARATE OR THREE SEPARATE?

10:39AM  14  A.   THREE SEPARATE DIGITAL ASSETS, BUT WE CREATED FIVE FILES

10:39AM  15  THROUGH THE AXIOM WORK PROCESS.

10:39AM  16  Q.   AND THIS IS ASSIGNING A UNIQUE NUMBER SO YOU CAN IDENTIFY

10:39AM  17  THE MESSAGE AND THE SOURCE?

10:39AM  18  A.   CORRECT.

10:39AM  19       SO VERY QUICKLY, THE FIVE FILES, THREE OF THEM CAME FROM

10:39AM  20  ONE SOURCE BECAUSE THERE WERE THREE DIFFERENT TYPES OF MESSAGES

10:39AM  21  ON THAT SOURCE.  SO THERE WAS SOME IMESSAGES, THERE WAS SOME

10:39AM  22  SKYPE, AND THERE WAS SOME SKYPE SYNC.  THAT WAS IN THE FLOW

10:39AM  23  CHART THAT WE JUST WALKED THROUGH.

10:39AM  24  Q.   TO THE RIGHT THERE'S A ROW CALLED TYPE.  WHAT IS CONVEYED

10:39AM  25  THERE?

OFFEN DIRECT BY MR. LEACH                              1496

10:39AM   1    A.   THAT IS THE TYPE OF MESSAGE AS STORED ON THE ORIGINAL

10:39AM   2    DEVICE.

10:39AM   3    Q.   TO THE RIGHT THERE'S A COLUMN MESSAGE SENT, DATE/TIME.

10:40AM   4         DO YOU SEE THAT?

10:40AM   5    A.   YES.

10:40AM   6    Q.   AND WHAT DOES THAT CONVEY?

10:40AM   7    A.   THAT ALSO CONVEYS THE SENT TIME FROM THE VARIOUS FILES

10:40AM   8    THAT AXIOM CREATED.

10:40AM   9         SO FOR THE SMS OR IMESSAGE, IT'S THE TIME THE TEXT WAS

10:40AM   10   SENT; FOR THE SKYPE ONES, IT'S THE TIME THAT THE SKYPE CHAT WAS

10:40AM   11   SENT.

10:40AM   12   Q.   AND THERE'S A -- TO THE RIGHT THERE'S A COLUMN FOR

10:40AM   13   MESSAGE.  IS THAT THE SUBSTANCE OF THE MESSAGE?

10:40AM   14   A.   YES, THE CONTENTS OF THE MESSAGE.

10:40AM   15   Q.   OKAY.  AND THEN THERE ARE COLUMNS FOR SENDER/AUTHOR AND

10:40AM   16   RECIPIENT.

10:40AM   17        WHAT IS CONVEYED THERE?

10:40AM   18   A.   THE SENDER/AUTHOR IS THE PERSON WHO GENERATED THE MESSAGE,

10:40AM   19   AND THEN THE RECIPIENT IS THE INDIVIDUAL OR PHONE NUMBER THAT

10:40AM   20   RECEIVED IT.

10:40AM   21   Q.   TO THE RIGHT THERE'S SOMETHING CALLED CHAT I.D.  WHAT IS

10:40AM   22   THAT?

10:40AM   23   A.   SO WITHIN MOBILE DEVICES, AND ALSO THE SKYPE BUT MOSTLY

10:40AM   24   FOR MOBILE DEVICES, YOUR PHONE, IPHONE RATHER, AN IPHONE

10:41AM   25   CREATES A UNIQUE CHAT I.D., WHICH IS HOW, FOR THOSE OF YOU WHO

OFFEN DIRECT BY MR. LEACH                                          1497

10:41AM   1      HAVE AN IPHONE, WHEN YOU SEE YOUR CHAT OR YOUR MESSAGES LISTED,

10:41AM   2      YOU KNOW, YOU ALWAYS SEE THEM GROUPED TOGETHER AND THEY COME

10:41AM   3      WITH NEW ONES ACCORDINGLY, THE PHONE IS DISPLAYING THAT UNIQUE

10:41AM   4      CHAT I.D. FOR EACH OF THOSE.

10:41AM   5      Q.   AND HOW LONG IS THIS DOCUMENT?

10:41AM   6      A.   449 PAGES.

10:41AM   7      Q.   AND DO YOU RECOGNIZE THE BATES NUMBERS TO THE RIGHT?

10:41AM   8      A.   YES.  BECAUSE THIS WAS A NEW MATTER, WE USED A NEW CODING

10:41AM   9      AND WE STARTED ON NUMBER 1 FOR THE FIRST PAGE, AND I'M ASSUMING

10:41AM   10     IT GOES THROUGH TO 449, BUT LET ME CONFIRM THAT.

10:41AM   11          YES, IT GOES TO 449.

10:41AM   12     Q.   BASED ON PWC'S PROCESS, BASED ON THE BATES NUMBER, BASED

10:42AM   13     ON THE FORMAT OF THIS DOCUMENT, IS THIS A TRUE DEPICTION OF

10:42AM   14     DATA FROM THE THREE DEVICES THAT PWC -- OF THREE DEVICES THAT

10:42AM   15     PWC COLLECTED FROM MS. HOLMES?

10:42AM   16     A.   YES, I BELIEVE SO.

10:42AM   17     Q.   OKAY.

10:42AM   18          MAY I APPROACH, YOUR HONOR?

10:42AM   19              THE COURT:  YES.

10:42AM   20              MR. LEACH:  (HANDING.)

10:42AM   21     Q.   I'VE PLACED BEFORE YOU, MR. OFFEN, A DOCUMENT THAT WE HAVE

10:42AM   22     LABELLED EXHIBIT 5387B.

10:43AM   23          DO YOU SEE THAT AT THE BOTTOM?

10:43AM   24     A.   YES.

10:43AM   25     Q.   OKAY.  DOES THIS APPEAR TO BE A SUBSET OF THE MESSAGES

| | | |
|---|---|---|
| 10:43AM | 1 | REFLECTED IN 537, OR 5387? |
| 10:43AM | 2 | A.   FROM A FORMATTING PERSPECTIVE, YES. |
| 10:43AM | 3 | I CLEARLY DO NOT HAVE EVERY RECORD MEMORIZED, SO LET ME |
| 10:43AM | 4 | FLIP TO THIS PAGE. |
| 10:43AM | 5 | Q.   OKAY. |
| 10:43AM | 6 | A.   YES. |
| 10:43AM | 7 | Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO THE BOTTOM PART OF |
| 10:43AM | 8 | 5387B, AND DO YOU SEE THE BATES NUMBER 31 TO THE RIGHT? |
| 10:43AM | 9 | A.   YES. |
| 10:43AM | 10 | Q.   AND IS THAT A BATES NUMBER FROM THE -- THAT IS ALSO USED |
| 10:43AM | 11 | IN 5387? |
| 10:43AM | 12 | A.   YES. |
| 10:43AM | 13 | Q.   OKAY.  AND DO YOU SEE TWO MESSAGES DOWN AT THE BOTTOM 7344 |
| 10:44AM | 14 | AND 7349? |
| 10:44AM | 15 | A.   YES. |
| 10:44AM | 16 | Q.   AND BASED ON PWC'S PROCESS, THE BATES NUMBERING SCHEME, |
| 10:44AM | 17 | AND THE LOOK OF THIS DOCUMENT, DO YOU BELIEVE THIS TO BE DATA |
| 10:44AM | 18 | DRAWN FROM ONE OF MS. HOLMES'S DEVICES? |
| 10:44AM | 19 | A.   YES. |
| 10:44AM | 20 | MR. LEACH:  YOUR HONOR, I OFFER PAGE 1 OF 5387B. |
| 10:44AM | 21 | MS. TREFZ:  403 TO THE LAST MESSAGE, YOUR HONOR, |
| 10:44AM | 22 | WHICH IS NOT IN THE SAME CHAIN. |
| 10:44AM | 23 | THE COURT:  WHICH IS -- I'M SORRY? |
| 10:44AM | 24 | MS. TREFZ:  NOT IN THE SAME CHAIN.  IT'S A RESPONSE |
| 10:44AM | 25 | TO SOMETHING ABOVE. |

OFFEN DIRECT BY MR. LEACH                                      1499

10:44AM   1        OTHERWISE --

10:44AM   2            THE COURT:  OVERRULED.  IT CAN BE ADMITTED.  AND IT

10:44AM   3    MAY BE PUBLISHED.

10:44AM   4        (GOVERNMENT'S EXHIBIT 5387B, PAGE 1 WAS RECEIVED IN

10:44AM   5    EVIDENCE.)

10:44AM   6            MR. LEACH:  THANK YOU.

10:45AM   7        MS. HOLLIMAN, IF WE CAN ZOOM IN ON THE BOTTOM PORTION.

10:45AM   8    WELL, BEFORE WE DO THAT, MS. HOLLIMAN.

10:45AM   9    Q.   MR. OFFEN, LET ME DRAW YOUR ATTENTION TO THE TOP OF THE

10:45AM  10    DOCUMENT.  DO YOU SEE WHERE IT SAYS RECORD?

10:45AM  11    A.   YES.

10:45AM  12    Q.   AND ARE THESE THE COLUMNS THAT WE WERE TALKING ABOUT

10:45AM  13    PREVIOUSLY THAT YOU COULD FILTER WITH AXIOM?

10:45AM  14    A.   YES.

10:45AM  15    Q.   NOW, IF WE CAN ALSO HIGHLIGHT THE BOTTOM PORTION OF THE

10:45AM  16    DOCUMENT, MS. HOLLIMAN.

10:45AM  17        IN THE LEFT, MR. OFFEN, THERE'S SOME WRITING, HOLMES,

10:45AM  18    IPHONE, IMESSAGE, MMS, SMS, 007344.

10:45AM  19        CAN YOU EXPLAIN WHAT THAT IS?

10:45AM  20    A.   SO THAT IS THE RECORD I.D. THAT WE DISCUSSED EARLIER.

10:45AM  21    THIS IS THE CONCATENATION OF THE SOURCE FILE, SO AGAIN, ONE OF

10:45AM  22    THOSE FIVE FILES WE REFERENCED.  THIS ONE RELATES TO THE

10:45AM  23    RECORDS THAT WERE COMING FROM HER IPHONE, AND THEN THE

10:46AM  24    SYSTEMATICALLY CREATED SEQUENCE I.D. THAT AXIOM ASSIGNS TO THE

10:46AM  25    FILE AS A UNIQUE IDENTIFIER.

OFFEN DIRECT BY MR. LEACH                                    1500

10:46AM   1    Q.   AND IN THE THIRD COLUMN TO THE RIGHT, DO YOU INTERPRET

10:46AM   2    THAT AS THE DATE THAT THE MESSAGE WAS SENT OR RECEIVED?

10:46AM   3    A.   YES.

10:46AM   4    Q.   WOULD YOU PLEASE READ THE SUBSTANCE OF THE FIRST MESSAGE

10:46AM   5    FOR US?

10:46AM   6    A.   "PISSING ME OFF WE DON'T HAVE ANYONE MANAGING PSC, CTN

10:46AM   7    PRODUCTION, CART PRODUCTION, ELISA ASSAYS, TSH.."

10:46AM   8    Q.   AND TO THE RIGHT IT SAYS SUNNY BALWANI.

10:46AM   9         DOES THAT INDICATE THE SENDER OF THE MESSAGE WAS

10:46AM  10    MR. BALWANI?

10:46AM  11    A.   YES.

10:46AM  12    Q.   AND TO THE RIGHT, THERE'S A NAME ELIZABETH HOLMES.

10:46AM  13         DOES THAT INDICATE THAT SHE WAS THE RECIPIENT?

10:46AM  14    A.   YES.

10:46AM  15    Q.   OKAY.  YOUR HONOR --

10:47AM  16         I'LL DRAW YOUR ATTENTION TO THE NEXT PAGE, MR. OFFEN.

10:47AM  17         I WOULD OFFER PAGE 2 OF EXHIBIT 5387B, BATES NUMBER 32.

10:47AM  18             MS. TREFZ:  NO OBJECTION.

10:47AM  19             THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

10:47AM  20         (GOVERNMENT'S EXHIBIT 5387B, PAGE 2 WAS RECEIVED IN

10:47AM  21    EVIDENCE.)

10:47AM  22             MR. LEACH:  IF WE CAN PLEASE HIGHLIGHT THE TOP

10:47AM  23    PORTION OF THE DOCUMENT, MS. HOLLIMAN.

10:47AM  24    Q.   DRAWING YOUR ATTENTION TO THE LEFT PORTION OF THIS

10:47AM  25    DOCUMENT, MR. OFFEN.  ARE THESE FURTHER MESSAGES FROM

OFFEN DIRECT BY MR. LEACH                                            1501

10:47AM   1      MS. HOLMES'S DEVICE?

10:47AM   2      A.   YES, AGAIN, BASED UPON THE FORMAT AND THE BATES NUMBERING,

10:47AM   3      AND I'M COMPARING THEM TO THE BROADER FILE, YES.

10:47AM   4      Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE,

10:48AM   5      PAGE 3.  IT'S THE THIRD PAGE OF THE DOCUMENT.  THERE'S A BATES

10:48AM   6      NUMBER 42 IN THE BOTTOM.

10:48AM   7          DO YOU SEE THAT?

10:48AM   8      A.   YES.

10:48AM   9              MR. LEACH:  YOUR HONOR, THE GOVERNMENT MOVES THIS

10:48AM  10      PAGE INTO EVIDENCE.

10:48AM  11              MS. TREFZ:  NO OBJECTION.

10:48AM  12              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:48AM  13          (GOVERNMENT'S EXHIBIT 5387B, PAGE 3 WAS RECEIVED IN

10:48AM  14      EVIDENCE.)

10:48AM  15              MR. LEACH:  MS. HOLLIMAN, IF WE CAN PLEASE HIGHLIGHT

10:48AM  16      THE TOP PORTION.

10:48AM  17      Q.   MR. OFFEN, WHAT ARE THE DATES OF THESE MESSAGES?

10:48AM  18      A.   THE DATES?

10:48AM  19      Q.   YES.

10:48AM  20      A.   NOVEMBER 28TH, 2013.

10:48AM  21      Q.   OKAY.  AND ARE THE FIRST TWO -- DOES IT INDICATE THAT THE

10:48AM  22      FIRST TWO ARE FROM MR. BALWANI AND THE SECOND TWO ARE FROM

10:48AM  23      MS. HOLMES?

10:48AM  24      A.   YES.

10:48AM  25      Q.   COULD YOU PLEASE READ THE SUBSTANCE OF THE MESSAGES?

OFFEN DIRECT BY MR. LEACH                                    1502

10:48AM  1    A.   ALL FOUR?

10:48AM  2    Q.   YES, PLEASE.

10:48AM  3    A.   "WE ARE AT 15 MILLION AS OF TODAY.

10:49AM  4         "FREE CASH.

10:49AM  5         "I SAW THAT.

10:49AM  6         "DROP BY TO DISCUSS WHEN U CAN."

10:49AM  7    Q.   LET'S GO TO THE NEXT PAGE, MS. HOLLIMAN.

10:49AM  8         DO YOU SEE THE EXHIBIT NUMBER 5387, BATES NUMBER 67?

10:49AM  9    A.   YES.

10:49AM 10              MR. LEACH:  I OFFER THAT INTO EVIDENCE.

10:49AM 11              THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

10:49AM 12         (GOVERNMENT'S EXHIBIT 5387B, PAGE 4 WAS RECEIVED IN

10:49AM 13    EVIDENCE.)

10:49AM 14              MR. LEACH:  IF WE CAN HIGHLIGHT ALL OF THE WAY DOWN,

10:49AM 15    MS. HOLLIMAN, TO MESSAGE 872.

10:49AM 16    Q.   DOES THIS APPEAR TO BE A STRING OF MESSAGES ON

10:49AM 17    NOVEMBER 19TH, 2014, MR. OFFEN?

10:50AM 18    A.   YES.

10:50AM 19    Q.   AND DO THE FIRST TWO MESSAGES APPEAR TO BE FROM

10:50AM 20    MR. BALWANI TO MS. HOLMES?

10:50AM 21    A.   YES.

10:50AM 22    Q.   OKAY.  AND COULD I ASK YOU TO PLEASE READ THE SUBSTANCE OF

10:50AM 23    THE FIRST TWO MESSAGES?

10:50AM 24    A.   "NEED TO FOCUS ON OPS.  GETTING HURT IN MARKET.

10:50AM 25         "CUSTOMER SERVICE SEEMS TO BE TERRIBLE.  EVERYONE

OFFEN DIRECT BY MR. LEACH                                    1503

10:50AM   1      COMPLAINING."

10:50AM   2      Q.   I DRAW YOUR ATTENTION TO THE FOURTH MESSAGE.  DO YOU SEE

10:50AM   3      WHERE IT SAYS, "LAB, CUSTOMER SERVICE, TAT, ALL NEED DIRECTOR

10:50AM   4      LEVEL PEOPLE"?

10:50AM   5      A.   YES.

10:50AM   6      Q.   AND DOES THAT APPEAR TO BE A MESSAGE FROM MR. BALWANI TO

10:50AM   7      MS. HOLMES?

10:50AM   8      A.   YES.

10:50AM   9      Q.   FURTHER DOWN BELOW, FOR MESSAGE 866, DO YOU SEE WHERE IT

10:50AM   10     SAYS, "WE NEED.  THE LAB AND CALL CENTER FIXED:

10:50AM   11        "NEED PROFESSIONALS ACROSS THE BOARD.  NEED PM'S AND

10:50AM   12     ALLISON OUT ASAP"?

10:50AM   13     A.   YES.

10:50AM   14     Q.   AND DO THOSE SEEM TO BE ADDITIONAL MESSAGES FROM

10:51AM   15     MR. BALWANI TO MS. HOLMES ON NOVEMBER 19TH?

10:51AM   16     A.   YES.

10:51AM   17     Q.   AND LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE, PLEASE.

10:51AM   18        YOUR HONOR, I OFFER PAGE 68 OF EXHIBIT 5387B IN, WITH THE

10:51AM   19     EXCEPTION OF MESSAGES ENDING IN 898 AND 901.

10:51AM   20            MS. TREFZ:  ONLY OUR PRIOR OBJECTIONS, YOUR HONOR.

10:51AM   21            THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE

10:51AM   22     PUBLISHED.

10:51AM   23        (GOVERNMENT'S EXHIBIT 5387B, PAGE 5 WAS RECEIVED IN

10:51AM   24     EVIDENCE.)

10:51AM   25            MR. LEACH:  IF WE COULD HIGHLIGHT EVERYTHING,

OFFEN DIRECT BY MR. LEACH                                          1504

10:51AM    1      MS. HOLLIMAN, DOWN TO MESSAGE 899, OR EXCUSE ME, 897.

10:52AM    2      Q.   DOES THIS APPEAR TO BE A STRING OF MESSAGES ON

10:52AM    3      NOVEMBER 19TH, 2014, MR. OFFEN?

10:52AM    4      A.   YES.

10:52AM    5      Q.   AND THESE, AGAIN -- LET ME DRAW YOUR ATTENTION TO MESSAGE

10:52AM    6      881, THE FIFTH OR SIXTH ONE DOWN.

10:52AM    7           DO THERE APPEAR TO BE FOUR MESSAGES FROM MR. BALWANI FROM

10:52AM    8      881 TO 886?

10:52AM    9      A.   YES.

10:52AM   10      Q.   AND COULD I ASK YOU TO PLEASE READ THOSE FOR US?

10:52AM   11      A.   "CALL CENTER, TECH SUPPORT, EVERYTHING.

10:52AM   12           "REBUILD.

10:52AM   13           "NEW LDTS, LAB MANAGER LIKE TRACY.

10:52AM   14           "18C, CTN, TIP COATING."

10:52AM   15      Q.   AND THEN THERE APPEAR TO BE FOUR MESSAGES FROM MS. HOLMES.

10:52AM   16           DO YOU SEE THAT?

10:52AM   17      A.   THE NEXT FOUR IN THE FILE?

10:52AM   18      Q.   YES.

10:52AM   19      A.   YES.

10:52AM   20      Q.   COULD YOU PLEASE READ THOSE FOR US?

10:52AM   21      A.   "FUNDAMENTALLY, WE NEED TO STOP FIGHTING FIRES BY NOT

10:53AM   22      CREATING THEM.

10:53AM   23           "NEED TO FIX ROOT CAUSE HERE.

10:53AM   24           "YES.

10:53AM   25           "EXACTLY."

OFFEN DIRECT BY MR. LEACH                                                1505

10:53AM   1    Q.   AND IF WE SKIP OVER THE NEXT MESSAGE, THERE'S A MESSAGE

10:53AM   2    THAT SAYS "WE CAN'T SCALE WITH WAG."

10:53AM   3         DO YOU SEE THAT?

10:53AM   4    A.   YES.

10:53AM   5    Q.   AND "THEY ARE TERRIBLE AND WE NEED SWY AND CVS."

10:53AM   6         DO YOU SEE THAT?

10:53AM   7    A.   YES.

10:53AM   8    Q.   AND DO THOSE APPEAR TO BE FROM MS. HOLMES TO MR. BALWANI

10:53AM   9    ON NOVEMBER 19TH?

10:53AM   10   A.   YES.

10:53AM   11   Q.   AND YOU HAVE NO PERSONAL KNOWLEDGE ABOUT THE SUBSTANCE OF

10:53AM   12   THESE MESSAGES.  THIS IS DATA THAT YOU COLLECTED FROM

10:53AM   13   MS. HOLMES'S DEVICES; IS THAT FAIR?

10:53AM   14   A.   CORRECT.  I NEVER REVIEWED THE INDIVIDUAL CONTENTS BEFORE.

10:53AM   15   Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE,

10:53AM   16   PLEASE, ENDING IN 69.

10:53AM   17        YOUR HONOR, I OFFER THE FIRST THREE MESSAGES ON 6 --

10:53AM   18   PRH 69 ON TRIAL EXHIBIT 5387B.

10:53AM   19           MS. TREFZ:  NO OBJECTION BEYOND OUR PRIOR.

10:54AM   20           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:54AM   21        (GOVERNMENT'S EXHIBIT 5387B, PAGE 6 WAS RECEIVED IN

10:54AM   22   EVIDENCE.)

10:54AM   23   BY MR. LEACH:

10:54AM   24   Q.   DO THESE APPEAR TO BE ADDITIONAL MESSAGES FROM

10:54AM   25   NOVEMBER 19TH, 2014, MR. OFFEN?

OFFEN DIRECT BY MR. LEACH                                    1506

10:54AM   1    A.   YES.

10:54AM   2    Q.   AND WOULD YOU PLEASE READ THE SUBSTANCE OF THE MESSAGES?

10:54AM   3    A.   ALL THREE?

10:54AM   4    Q.   YES, PLEASE.

10:54AM   5    A.   "NEED CTN FIXED.  OUR ROOT CAUSE OF ISSUES.

10:54AM   6         "I KNOW.  SEEMS LIKE THEY R A MESS.

10:54AM   7         "YES."

10:54AM   8    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 76.

10:54AM   9         I OFFER PAGE 76 INTO EVIDENCE, YOUR HONOR.

10:54AM  10             MS. TREFZ:  NO OBJECTION.

10:54AM  11             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:54AM  12         (GOVERNMENT'S EXHIBIT 5387B, PAGE 7 WAS RECEIVED IN

10:55AM  13    EVIDENCE.)

10:55AM  14    BY MR. LEACH:

10:55AM  15    Q.   DO YOU SEE THE TOP MESSAGE, MR. OFFEN, THE ONE ON

10:55AM  16    NOVEMBER 28TH, 2014, AT 11:12 P.M.?

10:55AM  17    A.   YES.

10:55AM  18    Q.   OKAY.  WITHOUT USING THE EXPLETIVE, WOULD YOU PLEASE READ

10:55AM  19    THE SUBSTANCE OF THAT MESSAGE?

10:55AM  20    A.   "NORMANDY LAB IS A DISASTER ZONE.  GLAD I CAME HERE.  WILL

10:55AM  21    WORK ON FIXING THIS."

10:55AM  22    Q.   AND DOES THAT APPEAR TO BE A MESSAGE FROM MR. BALWANI TO

10:55AM  23    MS. HOLMES?

10:55AM  24    A.   YES.

10:55AM  25    Q.   WOULD YOU PLEASE READ FOR US THE SUBSTANCE OF THE SECOND

OFFEN DIRECT BY MR. LEACH

10:55AM 1    MESSAGE FROM THE TOP -- FROM THE BOTTOM BEGINNING "WE BUILT

10:55AM 2    SOFTWARE."

10:55AM 3    A.   "WE BUILT SOFTWARE TO REMOVE HUMAN ERROR AND HUMAN

10:55AM 4    JUDGMENT.  ALL DAY I SAW THESE PEOPLE USE THEIR JUDGMENTS TO

10:55AM 5    WORK AROUND OUR PROCESSES."

10:55AM 6    Q.   IS THAT ANOTHER MESSAGE FROM NOVEMBER 28TH, 2014?

10:55AM 7    A.   YES.

10:55AM 8    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 87.

10:56AM 9        I OFFER PAGE 87 OF EXHIBIT 5387B, YOUR HONOR.

10:56AM 10           MS. TREFZ:  NO OBJECTION.

10:56AM 11           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:56AM 12       (GOVERNMENT'S EXHIBIT 5387B, PAGE 8 WAS RECEIVED IN

10:56AM 13   EVIDENCE.)

10:56AM 14   BY MR. LEACH:

10:56AM 15   Q.   WHAT IS THE DATE OF THIS MESSAGE, MR. OFFEN?

10:56AM 16   A.   DECEMBER 16TH, 2014.

10:56AM 17   Q.   AND DOES THE MESSAGE READ:  "ARE THERE ANY MATERIALS IN

10:56AM 18   THE BINDERS YOU THINK SHOULD BE REMOVED FOR MURDOCH/NEWS CORP"?

10:56AM 19   A.   YES.

10:56AM 20   Q.   AND WHO IS THE SENDER OF THIS MESSAGE?

10:56AM 21   A.   ELIZABETH HOLMES.

10:56AM 22   Q.   LET ME DRAW YOUR ATTENTION TO PAGE 175.

10:56AM 23       YOUR HONOR, I OFFER PAGE 175 INTO EVIDENCE.

10:57AM 24           MS. TREFZ:  401 AND 403, AND 404(B).

10:57AM 25           THE COURT:  AS TO THE ENTIRETY OF THIS COLLOQUY?

OFFEN DIRECT BY MR. LEACH                                                1508

10:57AM   1              MS. TREFZ:  404(B) AND -- YEAH, 401, 403 AND 404(B)

10:57AM   2    AS TO THE ENTIRETY.

10:57AM   3              THE COURT:  THANK YOU.

10:57AM   4          DO YOU WISH TO RESPOND?

10:57AM   5              MR. LEACH:  I THINK THIS IS THE MATTER WE DISCUSSED

10:57AM   6    EARLIER.

10:57AM   7              THE COURT:  YES, WE DID.  ANYTHING FURTHER ON OUR

10:57AM   8    DISCUSSIONS?

10:57AM   9              MR. LEACH:  NO.

10:57AM   10             THE COURT:  LADIES AND GENTLEMEN, THIS WILL -- THE

10:57AM   11   OBJECTION IS OVERRULED.

10:57AM   12         THIS WILL BE ADMITTED.  THE COURT FINDS THAT THIS IS MORE

10:57AM   13   PROBATIVE THAN PREJUDICIAL, AND THE COURT WILL INDICATE THAT

10:57AM   14   THIS IS BEING ADMITTED AS TO THE ISSUE OF KNOWLEDGE AND NOTICE

10:57AM   15   FOR MS. HOLMES, AND YOU'LL RECEIVE AN INSTRUCTION LATER AS TO

10:57AM   16   HOW -- IN THE FINAL INSTRUCTIONS AS TO HOW YOU MAY TREAT THIS

10:57AM   17   EVIDENCE.

10:57AM   18         SO PLEASE NOTE THAT.

10:57AM   19         MR. LEACH.

10:57AM   20             MR. LEACH:  MAY I DISPLAY THAT PAGE, YOUR HONOR?

10:58AM   21             THE COURT:  YES.

10:58AM   22   BY MR. LEACH:

10:58AM   23   Q.  MR. OFFEN, I DRAW YOUR ATTENTION TO THE SECOND MESSAGE

10:58AM   24   FROM THE TOP, THE MESSAGE ENDING 254.

10:58AM   25         WHAT IS THE DATE OF THIS MESSAGE?

OFFEN DIRECT BY MR. LEACH                                    1509

10:58AM  1    A.    APRIL 21ST, 2015.

10:58AM  2    Q.    OKAY.  AND IS THE MESSAGE FROM MS. HOLMES TO MR. BALWANI?

10:58AM  3    A.    YES.

10:58AM  4    Q.    AND DOES THE FIRST MESSAGE READ, "WSJ GUY MIGHT SHOW UP

10:58AM  5    TOMORROW"?

10:58AM  6    A.    YES.

10:58AM  7    Q.    FURTHER DOWN MESSAGE 256, DOES THIS APPEAR TO BE A

10:58AM  8    RESPONSE FROM MR. BALWANI TO MS. HOLMES?

10:58AM  9    A.    YES, IT'S A MESSAGE FROM MR. BALWANI TO MS. HOLMES.

10:58AM  10   Q.    OKAY.  AND WOULD YOU PLEASE READ THE SUBSTANCE OF THAT

10:59AM  11   MESSAGE FOR US?

10:59AM  12   A.    "WE NEED TOMORROW TO TEST AND THEN THE TEAM CAN PUSH IT IN

10:59AM  13   PRODUCTION TOMORROW NIGHT."

10:59AM  14   Q.    OKAY.  AND DOES, DOES IT APPEAR THAT MS. HOLMES WRITES

10:59AM  15   AFTER THAT, "OKAY.

10:59AM  16        "COULD JUST DO FOR HIM ONLY IF HE SHOWS UP..."

10:59AM  17   A.    YES, THOSE ARE THE NEXT TWO MESSAGES.

10:59AM  18   Q.    OKAY.  WOULD YOU PLEASE READ THE SUBSTANCE OF THE NEXT

10:59AM  19   THREE MESSAGES?

10:59AM  20   A.    THE NEXT THREE?

10:59AM  21   Q.    YES.

10:59AM  22   A.    "HARD TO KNOW WHO HE IS AND WHAT ORDER HE BRINGS.

10:59AM  23        "BETTER A PERFECT VEIN PUNCTURE THAN BAD FINGERSTICK.

10:59AM  24        "OR MISS A TEST."

10:59AM  25   Q.    AND THEN ARE THERE -- IS THERE A MESSAGE FROM MS. HOLMES,

OFFEN DIRECT BY MR. LEACH                                    1510

10:59AM   1   "IT'S POSSIBLE HE TALKS TO DOCS FIRST DAY AND THEN DRAW SECOND

10:59AM   2   DAY."

10:59AM   3       AND RESPONSE FROM MR. BALWANI, "SEEMS LIKE THIS GUY IS

10:59AM   4   LOOKING TO WRITE SOMETHING NEGATIVE"?

10:59AM   5   A.   YES.

10:59AM   6   Q.   LET ME DRAW YOUR ATTENTION --

11:00AM   7       I DON'T HAVE QUESTIONS FOR MR. OFFEN ON THIS, BUT I MOVE

11:00AM   8   INTO EVIDENCE PAGE 176.

11:00AM   9           MS. TREFZ:  SAME OBJECTIONS AS BEFORE, YOUR HONOR.

11:00AM  10           THE COURT:  ALL RIGHT.  THANK YOU.

11:00AM  11       OVERRULED.  THIS MAY BE ADMITTED.

11:00AM  12       (GOVERNMENT'S EXHIBIT 5387B, PAGE 10 WAS RECEIVED IN

11:00AM  13   EVIDENCE.)

11:00AM  14           THE COURT:  DO YOU WANT THIS PUBLISHED NOW?

11:00AM  15           MR. LEACH:  I DON'T NEED THIS PUBLISHED NOW,

11:00AM  16   YOUR HONOR.  THANK YOU.

11:00AM  17           THE COURT:  ALL RIGHT.

11:00AM  18   BY MR. LEACH:

11:00AM  19   Q.   LET ME DRAW YOUR ATTENTION TO PAGE 185, MR. OFFEN.

11:00AM  20       I OFFER PAGE 185, YOUR HONOR.

11:00AM  21           MS. TREFZ:  401, 403, AND 805, YOUR HONOR.  805 AS

11:00AM  22   TO 31758.

11:01AM  23           THE COURT:  IS THAT COMMENT BEING OFFERED FOR ANY

11:01AM  24   TRUTH?

11:01AM  25           MR. LEACH:  NO, THE FIRST LINE IS NOT OFFERED FOR

OFFEN DIRECT BY MR. LEACH                                      1511

11:01AM  1      THE TRUTH.  IT'S OFFERED FOR NOTICE.

11:01AM  2           THE SECOND LINE IS A STATEMENT BY AN AGENT UNDER

11:01AM  3      801(D)(2)(E), AND IT IS OFFERED FOR THE TRUTH.

11:01AM  4           MS. TREFZ:  I DON'T BELIEVE THIS MESSAGE HAS BEEN

11:01AM  5      IDENTIFIED UNDER THE LOCAL RULES AS AN 801(D)(2) STATEMENT.

11:01AM  6           THE COURT:  IS THERE ANY FOUNDATION FOR THE

11:01AM  7      INDIVIDUAL THAT IS LISTED HERE?  BECAUSE I'M NOT SURE I HAVE

11:01AM  8      THAT.

11:01AM  9           MR. LEACH:  IN THE FIRST SENTENCE, YOUR HONOR?

11:01AM  10          THE COURT:  YES.  FOR AGENCY PURPOSES, I'M NOT

11:01AM  11     CERTAIN THERE'S A FOUNDATION FOR THAT.

11:01AM  12          MR. LEACH:  I'M OFFERING THAT FIRST LINE FOR NOTICE,

11:01AM  13     NOT -- FOR A NONHEARSAY PURPOSE.

11:01AM  14       THE SECOND LINE IS NOT CONNECTED TO THAT FIRST PERSON.

11:02AM  15          THE COURT:  I THINK THE 805 GOES TO THE SECOND, THE

11:02AM  16     SECOND LINE, THE COMMENT THAT THERE IS --

11:02AM  17          MR. LEACH:  I THINK THAT'S A COMMENT BY THE SENDER

11:02AM  18     OF THE MESSAGE, YOUR HONOR.

11:02AM  19        (PAUSE IN PROCEEDINGS.)

11:02AM  20          THE COURT:  ALL RIGHT.  THE FIRST LINE YOU'RE ASKING

11:02AM  21     TO BE ADMITTED PURELY FOR NOTICE AS TO MS. HOLMES ONLY?

11:02AM  22          MR. LEACH:  YES.

11:02AM  23          THE COURT:  AND NOTICE OF WHAT SPECIFIC ISSUE?

11:03AM  24          MR. LEACH:  KNOWLEDGE OF THE MEDIA, PERCEPTION OF

11:03AM  25     THE COMPANY, HOW CERTAIN MESSAGES ARE GETTING ACROSS.

OFFEN DIRECT BY MR. LEACH                                              1512

11:03AM   1          THE COURT:  I THINK I SEE THE END OF THIS COLLOQUY,

11:03AM   2   THE END OF THE NEXT SENTENCE IS WHAT YOU'RE TALKING ABOUT PULLS

11:03AM   3   THAT TOGETHER FOR ME.

11:03AM   4        SO, LADIES AND GENTLEMEN, I WILL ADMIT THIS FOR KNOWLEDGE

11:03AM   5   AND NOTICE, AGAIN, OF MS. HOLMES AS TO THE ISSUES AS YOU HEARD

11:03AM   6   MR. LEACH DESCRIBE THEM, NOTICE OF MEDIA EXPOSURE, AND IT WILL

11:03AM   7   BE ADMITTED FOR THAT LIMITED PURPOSE ONLY.

11:03AM   8        (GOVERNMENT'S EXHIBIT 5387B, PAGE 11 WAS RECEIVED IN

11:03AM   9   EVIDENCE.)

11:03AM  10          MR. LEACH:  MAY WE DISPLAY, YOUR HONOR?

11:03AM  11          THE COURT:  YES.

11:03AM  12          MR. LEACH:  THANK YOU, MS. HOLLIMAN.

11:03AM  13   Q.   MR. OFFEN, LET ME DRAW YOUR ATTENTION TO THE FIFTH LINE,

11:04AM  14   MESSAGE 31758.

11:04AM  15        DO YOU SEE THAT?

11:04AM  16   A.   YES.

11:04AM  17   Q.   AND IS THAT ANOTHER MESSAGE THAT WAS PULLED FROM

11:04AM  18   MS. HOLMES'S PHONE?

11:04AM  19   A.   YES.

11:04AM  20   Q.   OKAY.  WOULD YOU PLEASE READ THE SUBSTANCE OF THAT MESSAGE

11:04AM  21   FOR US?

11:04AM  22   A.   "PETER (ONE OF THESE 2 GUYS) MET WITH RON CONWAY TODAY FOR

11:04AM  23   BREAKFAST AND RON COMMENTED THAT THERE IS TOO MUCH HYPE AROUND

11:04AM  24   THERANOS AND YOU.  FYI, I AM WORRIED ABOUT OVEREXPOSURE WITHOUT

11:04AM  25   SOLID SUBSTANCE WHICH IS LACKING RIGHT NOW.  WE CAN TALK

OFFEN DIRECT BY MR. LEACH                                    1513

11:04AM   1      TOMORROW ABOUT OVEREXPOSURE."

11:04AM   2      Q.   AND THAT APPEARS TO BE A MESSAGE FROM MR. BALWANI TO

11:04AM   3      MS. HOLMES?

11:04AM   4      A.   YES.

11:04AM   5      Q.   LET ME DRAW YOUR ATTENTION TO THE LAST MESSAGE IN THIS

11:04AM   6      CHAIN.  DO YOU SEE WHERE IT SAYS, "WE NEED FDA CLEARANCE AND

11:04AM   7      CTN CLEARANCE B"?

11:05AM   8      A.   YES.

11:05AM   9      Q.   AND DOES THAT APPEAR TO BE ANOTHER MESSAGE FROM

11:05AM  10      MR. BALWANI TO MS. HOLMES ON OR ABOUT APRIL 25TH, 2015?

11:05AM  11      A.   YES.

11:05AM  12      Q.   LET ME DRAW YOUR ATTENTION TO PAGE 190.

11:05AM  13           I OFFER PAGE 190, YOUR HONOR.

11:05AM  14                MS. TREFZ:  NO OBJECTION.

11:05AM  15                THE COURT:  IT'S ADMITTED.  WOULD YOU LIKE TO

11:05AM  16      PUBLISH THAT NOW?

11:05AM  17                MR. LEACH:  YES, PLEASE.

11:05AM  18                THE COURT:  IT MAY BE PUBLISHED.

11:05AM  19           (GOVERNMENT'S EXHIBIT 5387B, PAGE 12 WAS RECEIVED IN

11:05AM  20      EVIDENCE.)

11:05AM  21                MR. LEACH:  COULD WE HIGHLIGHT THE BOTTOM PORTION,

11:05AM  22      PLEASE, MS. HOLLIMAN.

11:05AM  23           WONDERFUL.

11:05AM  24      Q.   WHAT IS THE DATE OF THESE MESSAGES, MR. OFFEN?

11:05AM  25      A.   APRIL 28TH, 2015.

OFFEN DIRECT BY MR. LEACH                                        1514

11:05AM  1    Q.   OKAY.  AND DO YOU SEE IN THE FIRST ROW WHERE IT SAYS, "IT

11:05AM  2    IS MOST MADDENING THERE IS NO FOCUS IN ANY CHEM TEAMS AND NO

11:05AM  3    PRODUCT COMING OUT."

11:05AM  4    A.   YES.

11:05AM  5    Q.   AND DOES THAT APPEAR TO BE A MESSAGE FROM MR. BALWANI TO

11:05AM  6    MS. HOLMES?

11:05AM  7    A.   YES.

11:05AM  8    Q.   AND WOULD YOU PLEASE READ FOR US THE SUBSTANCE OF THE LAST

11:06AM  9    MESSAGE IN THIS THREAD?

11:06AM  10   A.   "MOST DISAPPOINTING HOW BAD THESE PEOPLE ARE."

11:06AM  11          MR. LEACH:  YOUR HONOR, I OFFER PAGE 191 -- I NOTE

11:06AM  12   THE TIME, YOUR HONOR.  IS THIS --

11:06AM  13          THE COURT:  CAN WE CONTINUE OR --

11:06AM  14          MR. DOWNEY:  HOW MUCH LONGER?

11:06AM  15          MR. LEACH:  A LITTLE.

11:06AM  16          MR. DOWNEY:  MAYBE WE SHOULD BREAK, YOUR HONOR.

11:06AM  17          THE COURT:  OKAY.  LET'S TAKE OUR BREAK NOW, LADIES

11:06AM  18   AND GENTLEMEN.  I APOLOGIZE FOR THE ABBREVIATED SCHEDULE.

11:06AM  19       BUT SHOULD THIS BE OUR 45 MINUTE BREAK, COUNSEL?

11:06AM  20          MS. TREFZ:  YES, PLEASE.

11:06AM  21          MR. LEACH:  THAT'S FINE, YOUR HONOR.

11:06AM  22          THE COURT:  LET'S DO THAT.  WE'LL TAKE 45 MINUTES,

11:06AM  23   LADIES AND GENTLEMEN, AND THEN WE'LL COME BACK.

11:06AM  24       WE'RE GOING TO 3:00 TODAY.  WE MAY TAKE ANOTHER SMALL

11:06AM  25   BREAK, TEN MINUTE BREAK IN BETWEEN.  BUT LET'S TAKE OUR RECESS

OFFEN DIRECT BY MR. LEACH                                                1515

11:06AM   1        NOW.

11:06AM   2            PLEASE REMEMBER THE ADMONITION THAT IS IN PLACE.  WE'LL

11:07AM   3    SEE YOU IN 45 MINUTES.  THANK YOU.

11:07AM   4            SIR, YOU CAN STAND DOWN.  WE'LL SEE YOU BACK IN

11:07AM   5    45 MINUTES.

11:07AM   6            (JURY OUT AT 11:07 A.M.)

11:07AM   7                THE COURT:  YOU CAN STAND DOWN, SIR.

11:07AM   8                THE WITNESS:  THANK YOU.

11:07AM   9                THE COURT:  THE RECORD SHOULD REFLECT THAT OUR JURY

11:08AM   10   HAS LEFT FOR THE MORNING BREAK.  THE WITNESS HAS LEFT THE

11:08AM   11   COURTROOM NOW.

11:08AM   12       I JUST WANT TO SAY, COUNSEL, TO THE BEST OF YOUR

11:08AM   13   ABILITIES, IF WE COULD, IF WE'RE GOING TO HAVE SOME DISCUSSION,

11:08AM   14   LET'S DO THAT IN THE MORNING PRIOR TO THE JURY CALL.

11:08AM   15       AND I HATE -- WE LOST ABOUT AN HOUR, MAYBE A LITTLE MORE

11:08AM   16   TODAY.  AND IT'S HARD TO PREDICT THESE THINGS, I KNOW.  BUT

11:08AM   17   YOU'RE SKILLED COUNSEL, YOU ALL ARE, AND I WOULD ASK YOU TO USE

11:08AM   18   YOUR BEST JUDGMENT.

11:08AM   19       I'LL GET HERE AS EARLY AS YOU WANT TO HAVE THESE

11:08AM   20   CONVERSATIONS.  AND I SHOULD TELL YOU, I'M NOT REVEALING

11:08AM   21   ANYTHING UNTOWARD, OUR COURT REPORTER IS UP AT 5:00 A.M. EVERY

11:08AM   22   DAY, SO SHE'S HAPPY TO COME HERE.  SHE DOES NOT LIVE IN THE

11:08AM   23   COURTHOUSE, LET ME SAY THAT, BUT SHE'S UP AND WE CAN DO THAT IF

11:08AM   24   WE NEED TO.  SO I APPRECIATE YOU BEARING THAT IN MIND, PLEASE.

11:08AM   25            ALL RIGHT.  THANKS.  HAVE A GOOD BREAK.

OFFEN DIRECT BY MR. LEACH                                    1516

11:08AM   1                    THE CLERK:   COURT IS IN RECESS.

11:08AM   2              (LUNCH RECESS TAKEN AT 11:08 A.M.)

          3

          4

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

OFFEN DIRECT BY MR. LEACH                                         1517

| | | |
|---|---|---|
| 11:08AM | 1 | **AFTERNOON SESSION** |
| 11:53AM | 2 | |
| 11:53AM | 3 | (COURT CONVENED AT 11:53 A.M.) |
| 11:53AM | 4 | (JURY OUT AT 11:53 A.M.) |
| 11:53AM | 5 | THE COURT:  WE'RE ON THE RECORD OUTSIDE OF THE |
| 11:53AM | 6 | PRESENCE OF THE JURY.  MS. HOLMES AND COUNSEL ARE PRESENT. |
| 11:53AM | 7 | WHAT IS THE STATUS OF OUR WITNESS LINEUP FOR TODAY? |
| 11:53AM | 8 | MR. BOSTIC:  SO, YOUR HONOR, THE GOVERNMENT'S NEXT |
| 11:53AM | 9 | WITNESS IS PREPARED TO TESTIFY.  THE WITNESS HAS ALERTED US |
| 11:54AM | 10 | THAT HE HAS SOME DEMANDS ON HIS SCHEDULE ON FRIDAY, INCLUDING |
| 11:54AM | 11 | SOME INTERNATIONAL VISITORS THAT HE'S HOSTING OR MEETING WITH. |
| 11:54AM | 12 | THE GOVERNMENT AND DEFENSE COUNSEL HAVE CONFERRED AND IT'S |
| 11:54AM | 13 | OUR MUTUAL INTENTION TO PROCEED AS EFFICIENTLY AS POSSIBLE WITH |
| 11:54AM | 14 | HIS TESTIMONY IN THE HOPES OF FINISHING IT TODAY. |
| 11:54AM | 15 | WE WANTED TO ALERT THE COURT TO THE SITUATION IN CASE |
| 11:54AM | 16 | THERE IS ANY ROOM ON THE BACK END OF TODAY'S SCHEDULE TO EXTEND |
| 11:54AM | 17 | THE TIME SOMEWHAT. |
| 11:54AM | 18 | THE COURT:  WHY DON'T WE -- THANK YOU. |
| 11:54AM | 19 | WHY DON'T WE INTERRUPT THIS CURRENT WITNESS'S TESTIMONY |
| 11:54AM | 20 | AND TAKE THAT WITNESS OUT OF ORDER AND CONCLUDE AND FOLLOW UP |
| 11:54AM | 21 | WITH THE OTHER WITNESS? |
| 11:54AM | 22 | CAN WE DO THAT? |
| 11:54AM | 23 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT DEFERS TO |
| 11:54AM | 24 | THE COURT.  CAN I HAVE A MOMENT TO CONFER WITH MY COLLEAGUES? |
| 11:54AM | 25 | THE COURT:  SURE. |

OFFEN DIRECT BY MR. LEACH                                    1518

11:54AM   1        WILL THAT WORK FOR THE DEFENSE?

11:54AM   2        (DISCUSSION OFF THE RECORD.)

11:54AM   3            MR. LEACH:  YOUR HONOR, SORRY, WITH MULTIPLE

11:54AM   4   LAWYERS.

11:54AM   5        MR. OFFEN IS FROM OUT OF TOWN AND HE FLEW IN FROM ATLANTA

11:55AM   6   AND HE HAS ADDITIONAL COMMITMENTS LATER THIS WEEK, AND SO IT'S

11:55AM   7   IMPORTANT WE FINISH WITH THE WITNESS.

11:55AM   8            THE COURT:  WE CAN HAVE THE WITNESSES ARM WRESTLE?

11:55AM   9   THE VICTOR WILL COME IN --

11:55AM   10       (LAUGHTER.)

11:55AM   11           THE COURT:  I THINK WE CAN -- WHAT I'M TOLD IS THAT

11:55AM   12  WE CAN FINISH BOTH OF THESE WITNESSES TODAY.  WE MAY NEED TO GO

11:55AM   13  UNTIL 5:00, OR LATER THAN 3:00.  I TOLD THE JURY WE'RE GOING TO

11:55AM   14  3:00 TODAY, EXTENDING THEIR DAY.

11:55AM   15       I SUGGEST WE CALL THE NEXT WITNESS -- BREAK THIS WITNESS'S

11:55AM   16  TESTIMONY AND CALL YOUR NEXT WITNESS, START WITH THAT WITNESS.

11:55AM   17       MY SENSE IS -- WHAT I'VE HEARD IS THAT AT LEAST

11:55AM   18  MS. KRATZMANN INFORMED ME THAT SHE'S DISCUSSED IT WITH COUNSEL

11:55AM   19  AND YOU THINK YOU CAN GET THIS WITNESS'S TESTIMONY DONE IN TWO

11:55AM   20  HOURS.  DOES THAT SOUND RIGHT?

11:55AM   21           MR. DOWNEY:  THAT'S MR. BOSTIC'S ESTIMATE.  BETWEEN

11:55AM   22  US WAS ABOUT THREE.

11:55AM   23           THE COURT:  THREE.  OKAY.

11:55AM   24           MR. BOSTIC:  SO I DON'T THINK GOING UNTIL 5:00 WOULD

11:56AM   25  BE NECESSARY.

OFFEN DIRECT BY MR. LEACH                                          1519

11:56AM    1              THE COURT:  RIGHT.  FOR THIS WITNESS, THIS NEXT

11:56AM    2     WITNESS.

11:56AM    3              MR. BOSTIC:  CORRECT, YOUR HONOR.

11:56AM    4         I WOULD HOPE ALSO, EVEN WITHOUT DISTURBING THE ORDER, IT

11:56AM    5     MIGHT BE POSSIBLE TO FINISH BOTH IN THE SAME DAY.

11:56AM    6              THE COURT:  IT COULD.  WE COULD DO THAT.  IT SOUNDS

11:56AM    7     LIKE THAT'S POSSIBLE.  I WONDER IF WE COULD -- AND IF NOT --

11:56AM    8     THIS WITNESS IS FROM ATLANTA DID YOU SAY?

11:56AM    9              MR. LEACH:  YES, YOUR HONOR.

11:56AM   10              THE COURT:  WELL, HE SHOULD ENJOY THE WEST COAST AND

11:56AM   11     SOAK UP AS MUCH AS HE CAN WHILE HE'S HERE.

11:56AM   12         SO WHY DON'T WE BREAK THIS WITNESS'S TESTIMONY, GET THE

11:56AM   13     NEXT WITNESS ON, AND THEN WE CAN RESUME.

11:56AM   14         MY SENSE IS THAT IT PROBABLY WILL -- THE CURRENT WITNESS

11:56AM   15     THAT IS ON NOW, IT SOUNDS LIKE YOU'RE ABOUT HALFWAY, IF NOT

11:56AM   16     MORE, DONE WITH THESE.

11:56AM   17              MR. LEACH:  YES.

11:56AM   18              THE COURT:  AND THEN OF COURSE THERE'S

11:56AM   19     CROSS-EXAMINATION, AND THEN I EXPECT THERE MIGHT BE SOME, I

11:56AM   20     DON'T KNOW, BUT THERE MIGHT BE SOME REQUEST TO READ ADDITIONAL

11:56AM   21     INFORMATION IN THE RECORD.  I DON'T KNOW.

11:56AM   22         BUT IF WE CALL THE NEXT WITNESS, THEN, MR. LEACH, YOU AND

11:57AM   23     MS. TREFZ, AS RESPECTIVE LAWYERS FOR THIS WITNESS, CURRENT

11:57AM   24     WITNESS, CAN MAYBE DECIDE HOW BEST TO PROCEED.

11:57AM   25              MR. LEACH:  UNDERSTOOD, YOUR HONOR.  THANK YOU.

OFFEN DIRECT BY MR. LEACH                                          1520

11:57AM    1              THE COURT:  SO LET'S DO THAT.

11:57AM    2          CAN WE BRING THE JURY IN?  ANYTHING FURTHER BEFORE WE

11:57AM    3      BRING OUR JURY IN?

11:57AM    4              MR. DOWNEY:  NOT FROM US.

11:57AM    5              THE COURT:  IS THAT ALL RIGHT WITH YOU, MS. TREFZ,

11:57AM    6      IF WE BREAK UP YOUR WITNESS?

11:57AM    7              MS. TREFZ:  SURE, YOUR HONOR.  I EXPECT

11:57AM    8      CROSS-EXAMINATION TO BE VERY SHORT OF THAT WITNESS, JUST FYI.

11:57AM    9              THE COURT:  SAY AGAIN.

11:57AM   10              MS. TREFZ:  I EXPECT CROSS-EXAMINATION OF MR. OFFEN

11:57AM   11      TO BE SHORT, AND SO I FULLY EXPECT WE WILL BE ABLE TO FINISH

11:57AM   12      HIM SHORTLY.

11:57AM   13              THE COURT:  GREAT.  ALL RIGHT.  THANK YOU.

11:57AM   14              MR. LEACH:  MAY I RETRIEVE THE BINDERS, YOUR HONOR?

11:57AM   15              THE COURT:  YES.  THANKS.

11:58AM   16          (PAUSE IN PROCEEDINGS.)

12:00PM   17          (JURY IN AT 12:00 P.M.)

12:00PM   18              THE COURT:  THANK YOU.  PLEASE BE SEATED.

12:00PM   19          WE'RE BACK ON THE RECORD.  ALL COUNSEL AND MS. HOLMES IS

12:00PM   20      PRESENT.  OUR JURY AND ALTERNATES ARE PRESENT.

12:00PM   21          GOOD AFTERNOON, LADIES AND GENTLEMEN.

12:00PM   22          I JUST WANT TO TELL YOU ABOUT OUR SCHEDULE.  WE'RE GOING

12:00PM   23      TO -- I'M GOING TO INTERRUPT THE TESTIMONY OF THE CURRENT

12:00PM   24      WITNESS AND INTERRUPT THE EXAMINATION AND I'LL ALLOW THE

12:00PM   25      GOVERNMENT TO CALL A WITNESS OUT OF ORDER.  WE DO THIS

OFFEN DIRECT BY MR. LEACH                                              1521

12:00PM  1    SOMETIMES, AND THIS HAPPENS REGULARLY IN CASES, PARTICULARLY

12:00PM  2    LENGTHY CASES WHERE WITNESSES AND OTHER SCHEDULES MIGHT

12:00PM  3    INTERFERE.

12:00PM  4        I'M INTERRUPTING THE TESTIMONY OF THE CURRENT WITNESS IN

12:00PM  5    FAVOR OF THE NEXT WITNESS BECAUSE OF SCHEDULING CONFLICTS.

12:00PM  6        I'M TOLD BY THE LAWYERS THIS NEXT WITNESS SHOULD BE -- MAY

12:00PM  7    REQUIRE ABOUT THREE HOURS OF TESTIMONY, BOTH DIRECT AND

12:00PM  8    CROSS-EXAMINATION, RECROSS, REDIRECT.

12:01PM  9        IF WE HAVE TIME LEFT, I'M ALSO INFORMED BY THE PARTIES

12:01PM  10   THAT THE CURRENT WITNESS WHO'S TESTIFYING ABOUT THE TEXT

12:01PM  11   MESSAGES, I THINK THERE'S REMAINING MAYBE AN HOUR OF TESTIMONY.

12:01PM  12       IS THAT ACCURATE, MR. LEACH?

12:01PM  13            MR. LEACH:  I THINK LESS THAN THAT, YOUR HONOR.

12:01PM  14            MS. TREFZ:  SUBSTANTIALLY LESS THAN THAT.

12:01PM  15            THE COURT:  RIGHT.  SO I TOLD YOU 3:00 O'CLOCK.

12:01PM  16   LET'S SEE WHERE THE DAY TAKES US AND WE CAN REVISIT.

12:01PM  17       WE'LL PROBABLY TAKE A BREAK IN ANY EVENT AND WE CAN

12:01PM  18   REASSESS THINGS.

12:01PM  19       SO I JUST WANT TO LET YOU KNOW I'M INTERRUPTING THE

12:01PM  20   CURRENT WITNESS'S TESTIMONY WITH CONSENT OF COUNSEL.

12:01PM  21       THE GOVERNMENT HAS ANOTHER WITNESS TO CALL AT THIS TIME?

12:01PM  22            MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

12:01PM  23       THE UNITED STATES CALLS GENERAL JAMES MATTIS.

12:01PM  24            THE COURT:  THANK YOU.

12:01PM  25            MR. BOSTIC:  YOUR HONOR, I UNDERSTAND THE WITNESS IS

OFFEN DIRECT BY MR. LEACH

| 12:01PM | 1 | MAKE HIS WAY TO THE COURTROOM. |
|---|---|---|

12:01PM   1    MAKE HIS WAY TO THE COURTROOM.

12:01PM   2         THE COURT:  ALL RIGHT.  THANK YOU.

12:01PM   3         MR. BOSTIC:  MAY I APPROACH THE WITNESS STAND,

12:01PM   4    YOUR HONOR?

12:01PM   5         THE COURT:  YES.

12:02PM   6    SIR, IF YOU WOULD COME FORWARD, PLEASE.  I'LL INVITE YOU

12:02PM   7    TO STAND FACING OUR COURTROOM DEPUTY.

12:02PM   8    IF YOU WOULD RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR

12:02PM   9    YOU.

12:02PM   10        THE CLERK:  GOOD AFTERNOON.

12:02PM   11        **(GOVERNMENT'S WITNESS, JAMES MATTIS, WAS SWORN.)**

12:02PM   12        THE WITNESS:  I DO.

12:02PM   13        THE COURT:  PLEASE HAVE A SEAT HERE, SIR.  I'LL

12:02PM   14   INVITE YOU TO MAKE YOURSELF TO FEEL COMFORTABLE.  ADJUST THE

12:02PM   15   CHAIR AND MICROPHONE AS YOU NEED.

12:02PM   16   I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

12:02PM   17   WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

12:02PM   18   AND THEN SPELL IT, PLEASE.

12:02PM   19        THE WITNESS:  MASK?

12:02PM   20        THE COURT:  MR. BOSTIC IS GOING TO ASK YOU A

12:03PM   21   QUESTION ABOUT THAT.

12:03PM   22        THE WITNESS:  OKAY.

12:03PM   23   ///

12:03PM   24   ///

12:03PM   25   ///

                              **DIRECT EXAMINATION**

BY MR. BOSTIC:

Q.   FOR NOW, IF YOU COULD STATE AND SPELL YOUR NAME FOR THE

RECORD.

A.   JAMES MATTIS, M-A-T-T-I-S.

Q.   THANK YOU.

     GENERAL MATTIS, IF YOU ARE VACCINATED AND COMFORTABLE

REMOVING YOUR MASK, I UNDERSTAND FROM THE COURT THAT YOU'RE

WELCOME TO DO SO.

         THE COURT:  PLEASE DO.

         THE WITNESS:  THANK YOU.

         THE COURT:  YOU'RE WELCOME.

BY MR. BOSTIC:

Q.   GOOD AFTERNOON AGAIN.

     LET ME START BY ASKING, WAS THERE A TIME WHEN YOU WERE ON

THE BOARD OF DIRECTORS OF A COMPANY CALLED THERANOS?

A.   YES.

Q.   WHAT WERE THE APPROXIMATE DATES OR YEARS WHEN YOU WERE ON

THE THERANOS BOARD?

A.   PROBABLY AUGUST, SEPTEMBER TIMEFRAME OF 2013 UNTIL

DECEMBER, I BELIEVE, OF 2016.

Q.   AND PRIOR TO JOINING THE THERANOS BOARD OF DIRECTORS, DID

YOU PREVIOUSLY HAVE ANY CONTACT WITH THE COMPANY THERANOS?

A.   YES, I DID.

Q.   AT A HIGH LEVEL, WHAT WAS THE NATURE OF THAT CONDUCT, OR

MATTIS DIRECT BY MR. BOSTIC                                    1524

12:03PM  1    THAT CONTACT?

12:04PM  2    A.   I WAS THE COMMANDER OF U.S. CENTRAL COMMAND, THE COMMAND

12:04PM  3    COVERING THE MIDDLE EAST.  I WAS IN SAN FRANCISCO TO GIVE A

12:04PM  4    SPEECH, AND I MET MS. HOLMES AT THAT EVENT.

12:04PM  5    Q.   DID YOU CONTINUE TO HAVE CONVERSATIONS WITH MS. HOLMES

12:04PM  6    FOLLOWING THAT INITIAL MEETING?

12:04PM  7    A.   I DID.

12:04PM  8    Q.   WERE THOSE CONVERSATIONS ABOUT THE POSSIBILITY OF THERANOS

12:04PM  9    USING -- OR EXCUSE ME.  LET ME START AGAIN.

12:04PM 10         WERE THOSE CONVERSATIONS ABOUT THE POSSIBILITY OF THE

12:04PM 11    MILITARY USING THERANOS BLOOD TESTING TECHNOLOGY?

12:04PM 12    A.   YES.  I WAS BACKSTAGE FOR A SPEECH I WAS GOING TO GIVE IN

12:04PM 13    SAN FRANCISCO.

12:04PM 14         SHE PRICKED MY FINGER TO GIVE ME AN IDEA OF WHAT THE

12:04PM 15    MACHINE BLOOD DRAW WAS SHE POINTED TO, I BELIEVE THAT'S WHEN I

12:04PM 16    FIRST SAW THE MACHINE, A BOX-LIKE A DEVICE SITTING ON A BENCH

12:04PM 17    RIGHT THERE, AND EXPLAINED ABOUT THE SPEED AND WHAT IT COULD

12:05PM 18    DO.

12:05PM 19    Q.   APPROXIMATELY WHAT YEAR DID THAT FIRST CONTACT TAKE PLACE?

12:05PM 20    A.   I BELIEVE 2000 -- I'M NOT SURE.  EITHER 2011 OR 2012.  I

12:05PM 21    BELIEVE I CAN FIND IT FOR YOU IF YOU NEEDED IT.

12:05PM 22    Q.   THAT'S FINE FOR NOW.  AND WE'LL CIRCLE BACK MORE TO THAT

12:05PM 23    INITIAL MEETING AND WHAT YOU LEARNED.

12:05PM 24         CAN YOU TELL US FIRST, THOUGH, ABOUT YOUR CAREER LEADING

12:05PM 25    UP TO THAT TIME?  GIVE US AN OVERVIEW OF YOUR CAREER LEADING UP

MATTIS DIRECT BY MR. BOSTIC                                    1525

12:05PM   1    TO THE 2011 TIMEFRAME.

12:05PM   2    A.   I WAS IN COLLEGE IN 1969.  THE DRAFT WAS ON.  I JOINED THE

12:05PM   3    MARINE RESERVES IN 1971 AFTER THREE YEARS AT WASHINGTON STATE

12:05PM   4    COLLEGE.  I WAS COMMISSIONED A SECOND LIEUTENANT IN THE

12:05PM   5    MARINE CORPS.  I WAS AN INFANTRY OFFICER FOR A LITTLE OVER

12:05PM   6    40 YEARS IN ACTIVE DUTY.

12:05PM   7    Q.   AND WHAT WAS YOUR POSITION OR TITLE IN 2011?  LET'S START

12:06PM   8    WITH YOUR RANK IN THE MILITARY.  WHAT WAS YOUR RANK AT THAT

12:06PM   9    TIME?

12:06PM   10   A.   I WAS A GENERAL, FOUR STAR GENERAL IN 2010.  I TOOK OVER

12:06PM   11   U.S. CENTRAL COMMAND IN I BELIEVE AUGUST OF 2000 -- EXCUSE ME,

12:06PM   12   2010, AUGUST OF 2010.

12:06PM   13        AND I WAS IN CHARGE OF MILITARY OPERATIONS IN THE MIDDLE

12:06PM   14   EAST FROM EGYPT TO PAKISTAN FROM THE SAUDI ARABIA PENINSULA UP

12:06PM   15   INTO SIBERIA.

12:06PM   16   Q.   AND YOU SAID IT'S CALLED CENTRAL COMMAND, THAT REGION?

12:06PM   17   A.   YES.

12:06PM   18   Q.   AND IS THAT ALSO SHORTENED TO CENTCOM SOMETIMES?

12:06PM   19   A.   IT IS, YES.

12:06PM   20   Q.   AND THAT GEOGRAPHICAL AREA THAT YOU JUST DESCRIBED, IS IT

12:06PM   21   FAIR TO SAY THAT IT'S ONE OF THE MOST BUSY AREAS FOR MILITARY

12:06PM   22   ACTIVITY?

12:06PM   23   A.   YES.  WE HAD ABOUT 200,000 U.S. TROOPS, ABOUT 50,000

12:06PM   24   ALLIED TROOPS, AND WE HAD ACTIVE OPERATIONS IN IRAQ,

12:07PM   25   AFGHANISTAN, YEMEN, AND ELSEWHERE.

MATTIS DIRECT BY MR. BOSTIC                                1526

12:07PM  1    Q.   AND AS COMMANDER OF CENTCOM AT THAT TIME, WERE YOU

12:07PM  2    OVERSEEING ALL OF THOSE SERVICE MEMBERS?

12:07PM  3    A.   YES, SIR.

12:07PM  4    Q.   AND IN THAT POSITION, WERE YOU OVER MULTIPLE BRANCHES OF

12:07PM  5    THE U.S. ARMED SERVICES?

12:07PM  6    A.   YES, ARMY, NAVY, AIR FORCE, COAST GUARD, MARINE CORPS,

12:07PM  7    PLUS THE ALLIED FORCES.

12:07PM  8    Q.   YOU TESTIFIED THAT YOU JOINED THE THERANOS BOARD IN 2013

12:07PM  9    AND WERE ON IT UNTIL 2016; IS THAT CORRECT?

12:07PM  10   A.   YES.

12:07PM  11   Q.   CAN YOU BRIEFLY SUMMARIZE, AGAIN AT A HIGH LEVEL, YOUR

12:07PM  12   CAREER POST THERANOS?

12:07PM  13   A.   POST THERANOS?

12:07PM  14   Q.   YES, PLEASE.

12:07PM  15   A.   YES.  I WENT BACK INTO GOVERNMENT SERVICE FOR TWO YEARS AS

12:07PM  16   THE SECRETARY OF DEFENSE.

12:07PM  17   Q.   LET'S GO BACK TO THAT ORIGINAL CONTACT WITH THERANOS AND

12:07PM  18   YOUR MEETING WITH MS. HOLMES.

12:08PM  19       IF I COULD DIRECT YOUR ATTENTION TO THE BINDER IN FRONT OF

12:08PM  20   YOU, THERE'S A TAB LABELLED 5404.  IF I COULD ASK YOU TO TURN

12:08PM  21   TO THAT TAB, PLEASE.

12:08PM  22       LET ME KNOW ONCE YOU'RE THERE.  TAKE YOUR TIME.

12:08PM  23   A.   5404?

12:08PM  24   Q.   YES, 5404.  TAKE YOUR TIME.

12:08PM  25   A.   UH-HUH.

MATTIS DIRECT BY MR. BOSTIC                                          1527

12:08PM   1      Q.   AND DO YOU RECOGNIZE THE DOCUMENT AT 5404?

12:08PM   2      A.   YES.

12:08PM   3      Q.   AND WHAT IS THE DOCUMENT?

12:08PM   4      A.   IT'S AN EMAIL EXCHANGE BETWEEN MS. HOLMES AND MYSELF IN

12:08PM   5      OCTOBER, NOVEMBER, OF 2011.  THIS WAS WHILE I WAS COMMANDER OF

12:08PM   6      U.S. CENTRAL COMMAND.

12:09PM   7             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

12:09PM   8      EXHIBIT 5404 INTO EVIDENCE.

12:09PM   9             MR. DOWNEY:  NO OBJECTION.

12:09PM  10             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:09PM  11         (GOVERNMENT'S EXHIBIT 5404 WAS RECEIVED IN EVIDENCE.)

12:09PM  12             MR. BOSTIC:  THANK YOU.

12:09PM  13         MS. HOLLIMAN, IF WE COULD DISPLAY THAT EXHIBIT AND GO TO

12:09PM  14      PAGE 5, PLEASE.  LET'S START BY ZOOMING IN ON THE BOTTOM

12:09PM  15      MESSAGE, PLEASE.

12:09PM  16         THANK YOU.

12:09PM  17      Q.   GENERAL MATTIS, DO YOU SEE ON YOUR SCREEN AN EMAIL FROM

12:09PM  18      MS. HOLMES TO YOU ON AUGUST 26TH, 2011?

12:09PM  19      A.   NO.  IT'S FROM MS. HOLMES TO ADMIRAL SWEENEY.

12:09PM  20      Q.   THANK YOU.  THANK YOU FOR CORRECTING ME.

12:09PM  21         DOES THAT MESSAGE CONTAIN A NOTE ADDRESSED TO YOU,

12:09PM  22      GENERAL MATTIS?

12:09PM  23      A.   OH, YEAH, I SEE IT DOWN BELOW, YEAH.

12:09PM  24      Q.   AND DO YOU RECALL WHEN THIS HAPPENED IN RELATION TO WHEN

12:09PM  25      YOUR FIRST MEETING WAS WITH MS. HOLMES?  WOULD THIS HAVE BEEN

MATTIS DIRECT BY MR. BOSTIC                                    1528

| | | |
|---|---|---|
| 12:10PM | 1 | AROUND THAT TIME OR A FEW WEEKS AFTER? |
| 12:10PM | 2 | A.   I BELIEVE IT WAS AROUND THAT TIME JUST FROM READING WHAT |
| 12:10PM | 3 | THE MESSAGE SAYS AND THE DATE ON IT. |
| 12:10PM | 4 | Q.   LET'S ZOOM OUT, MS. HOLLIMAN, AND THEN GO TO THE MESSAGE |
| 12:10PM | 5 | AT THE TOP HALF OF THE PAGE.  WE CAN JUST CAPTURE THE TEXT |
| 12:10PM | 6 | THERE. |
| 12:10PM | 7 | GENERAL MATTIS, DO YOU RECOGNIZE WHAT IS ON THE SCREEN NOW |
| 12:10PM | 8 | AS A MESSAGE THAT YOU SENT IN RESPONSE TO MS. HOLMES AROUND |
| 12:10PM | 9 | THAT TIME? |
| 12:10PM | 10 | A.   YES.  THAT'S A NOTE FROM ME TO MS. HOLMES. |
| 12:10PM | 11 | Q.   LET'S GO TO PAGE 3 OF THIS EXHIBIT IF WE CAN.  LET'S ZOOM |
| 12:11PM | 12 | IN ON THE SECOND MESSAGE FROM THE BOTTOM.  YES, FROM THERE |
| 12:11PM | 13 | DOWN. |
| 12:11PM | 14 | THANK YOU. |
| 12:11PM | 15 | GENERAL MATTIS, ARE YOU LOOKING NOW AT ANOTHER EMAIL |
| 12:11PM | 16 | MESSAGE FROM YOU TO MS. HOLMES? |
| 12:11PM | 17 | A.   YES, ON OCTOBER 8TH, 2011. |
| 12:11PM | 18 | Q.   THE SECOND SENTENCE OF YOUR EMAIL THERE SAYS, "I'M TRYING |
| 12:11PM | 19 | TO FIND A WAY TO EMPLOY YOUR DEVICE ON A SWIFT 'PILOT PROJECT' |
| 12:11PM | 20 | OR 'PROOF OF PRINCIPLE' TO EXPEDITE ITS ENTRY TO OUR FORCES." |
| 12:11PM | 21 | CAN YOU EXPLAIN WHAT YOU MEANT BY THAT? |
| 12:11PM | 22 | A.   YEAH.  I WAS TAKEN WITH THE IDEA THAT WITH ONE DROP OF |
| 12:11PM | 23 | BLOOD AND WITH REMOTE CAPABILITY, YOU COULD BASICALLY TEST FOR |
| 12:11PM | 24 | A BROAD ARRAY OF PROBLEMS. |
| 12:11PM | 25 | AND IN TRIAGE WHERE YOU HAVE CAUSALITIES GOING IN, THIS |

MATTIS DIRECT BY MR. BOSTIC                                    1529

12:12PM   1    COULD BE VERY, VERY HELPFUL FOR MEDICAL PERSONNEL IF IT COULD

12:12PM   2    DO WHAT SHE SAID IT COULD DO.

12:12PM   3         AND SO I WANTED TO PUT IT ALONGSIDE WHAT WE WERE USING

12:12PM   4    THEN, NOT TO DIAGNOSE, BUT TO PUT IT ALONGSIDE AND SEE IF IT

12:12PM   5    PERFORMED AS STATED.

12:12PM   6    Q.   SO LET ME FOLLOW UP ON A COUPLE OF THINGS THERE.

12:12PM   7         AT THIS POINT YOU HAD SOME LEVEL OF UNDERSTANDING ABOUT

12:12PM   8    WHAT THE THERANOS TECHNOLOGY COULD SUPPOSEDLY DO; IS THAT

12:12PM   9    CORRECT?

12:12PM  10    A.   UH-HUH.

12:12PM  11    Q.   AND WHERE DID THAT KNOWLEDGE COME FROM?

12:12PM  12    A.   THE DISCUSSION I HAD WITH MS. HOLMES, IT WAS VERY

12:12PM  13    RUDIMENTARY IN TERMS OF HOW MUCH BLOOD IT WOULD TAKE AND THAT

12:12PM  14    IT COULD DO THE SAME TESTS AS WE WOULD BE DOING WITH ALL OF THE

12:12PM  15    TUBES OF BLOOD THAT WE HAVE ALL GIVEN MANY TIMES.

12:12PM  16    Q.   BESIDES THE TYPE OF SAMPLE AND THE SIZE OF THE SAMPLE, DID

12:12PM  17    YOU KNOW ANYTHING AT THIS POINT ABOUT THE SIZE OF THE DEVICE

12:12PM  18    THAT WAS USED, OR THAT WOULD BE USED TO PERFORM THOSE TESTS?

12:13PM  19    A.   YES, THERE WAS A -- I DON'T KNOW IF IT WAS THE REAL DEVICE

12:13PM  20    OR A FACSIMILE OF IT, BUT SHE POINTED TO THE SIZE OF THE

12:13PM  21    MACHINE.  I BELIEVE THE MACHINE WAS THERE.  IT MIGHT HAVE BEEN

12:13PM  22    A PICTURE, BUT I'M PRETTY SURE THE MACHINE WAS THERE.

12:13PM  23         IT WAS -- AGAIN, THIS WAS BACKSTAGE I THINK JUST BEFORE

12:13PM  24    I'M GOING TO GIVE A SPEECH OR JUST AFTERWARDS BEFORE A DINNER.

12:13PM  25         BUT IT WAS -- THAT'S ABOUT -- I'VE TOLD YOU JUST ABOUT AS

MATTIS DIRECT BY MR. BOSTIC                                        1530

12:13PM  1    MUCH AS I KNEW.  VERY RUDIMENTARY WHAT I KNEW ABOUT AT THAT

12:13PM  2    POINT, OTHER THAN IT GOT MY INTEREST.

12:13PM  3    Q.   AND BASED ON THE EITHER THE EXAMPLE YOU SAW OR

12:13PM  4    MS. HOLMES'S DESCRIPTION, WHAT DID YOU UNDERSTAND THE SIZE OF

12:13PM  5    THE DEVICE TO BE?  HOW BIG WAS IT?

12:13PM  6    A.   OH, PROBABLY -- I CAN'T REALLY -- I DON'T KNOW.  MAYBE A

12:13PM  7    FOOT AND A HALF -- 2 FEET WIDE, 2 FEET DEEP AND 18 INCHES HIGH

12:14PM  8    IF I RECALL RIGHT, ABOUT SOMETHING LIKE THAT.

12:14PM  9    Q.   APPROXIMATELY?

12:14PM  10   A.   APPROXIMATELY.  SOMETHING THAT COULD BE PUT INTO

12:14PM  11   CONSTRAINED SPACES.

12:14PM  12   Q.   BASED ON THAT KNOWLEDGE, YOU WERE INTERESTED IN POSSIBLE

12:14PM  13   MILITARY APPLICATIONS FOR THE DEVICE?

12:14PM  14   A.   YES.

12:14PM  15   Q.   AND YOU JUST TESTIFIED ABOUT THE NATURE OF THIS PILOT

12:14PM  16   PROJECT OR PROOF OF PRINCIPLE.  CAN YOU SAY MORE ABOUT THAT?

12:14PM  17   HOW WOULD IT BE THE SAME AS OR DIFFERENT FROM ACTUALLY USING

12:14PM  18   THE DEVICE FOR DIAGNOSTIC PURPOSES?

12:14PM  19   A.   WELL, BY DOING IT THIS WAY, WE COULD DO A SIDE-BY-SIDE

12:14PM  20   COMPARISON, WHAT ARE WE DOING RIGHT NOW IN THEATRE?  WE WERE

12:14PM  21   TAKING CASUALTIES -- IT WAS TOUGH FIGHTING AT THAT POINT -- AND

12:14PM  22   PUT IT RIGHT ALONGSIDE IT.

12:14PM  23        AND DON'T USE IT FOR DIAGNOSIS, BUT THEN COMPARE THE

12:14PM  24   RESULT AND PUT THE BLOOD THROUGH USING THAT PROCESS AND SEE

12:14PM  25   WHAT HAPPENED.  WAS IT MORE ACCURATE?  WAS IT FASTER?  YOU

MATTIS DIRECT BY MR. BOSTIC                                        1531

12:15PM   1     KNOW, THESE KIND OF ASPECTS TO IT.

12:15PM   2          AND THEN WE WOULD KNOW IF WE WERE REALLY INTERESTED IN

12:15PM   3     BRINGING IT IN THEATRE.

12:15PM   4     Q.   YOU SAID THIS WOULD BE A COMPARISON.  DO YOU MEAN A

12:15PM   5     COMPARISON BETWEEN THE THERANOS TECHNOLOGY AND CONVENTIONAL

12:15PM   6     BLOOD ANALYZERS?

12:15PM   7     A.   EXACTLY.

12:15PM   8     Q.   WHY NOT JUST MOVE RIGHT TO USING IT FOR DIAGNOSTIC

12:15PM   9     PURPOSES?  WHY WAS IT NECESSARY TO GO THROUGH THIS TESTING

12:15PM   10    PROCESS FIRST?

12:15PM   11    A.   WELL, IN BOTH THE CIVILIAN WORLD AND THE MILITARY WORLD --

12:15PM   12    I CAN SPEAK MOST AUTHORITATIVELY IN THE MILITARY WORLD --

12:15PM   13    ALTHOUGH THEY BOTH USE SOME OF THE SAME CERTIFICATIONS, IT'S A

12:15PM   14    VERY REGULATED INDUSTRY.

12:15PM   15         AND CONSIDERING THAT WE DEAL WITH A LOT OF VIOLENCE AND WE

12:15PM   16    WERE TAKING A LOT OF CASUALTIES, YOU DON'T TAKE CHANCES ON

12:15PM   17    SOMETHING LIKE THAT.  IT NEEDS TO PROVE ITSELF BEFORE IT'S

12:15PM   18    BROUGHT IN, AND THERE'S A CERTIFICATION PROCESS IT HAS TO GO

12:15PM   19    THROUGH, BUT I WANTED TO GET IT STARTED.

12:15PM   20    Q.   LET'S LEAVE PAGE 3 AND GO TO PAGE 1 OF THIS EXHIBIT,

12:16PM   21    PLEASE.  ONCE WE'RE AT PAGE 1, LET'S ZOOM IN ON THE TOP EMAIL

12:16PM   22    MESSAGE, PLEASE.

12:16PM   23         GENERAL MATTIS, DO YOU SEE ANOTHER EMAIL FROM MS. HOLMES

12:16PM   24    TO YOU, THIS ONE DATED NOVEMBER 20TH, 2011?

12:16PM   25    A.   YES.

MATTIS DIRECT BY MR. BOSTIC                                        1532

12:16PM   1    Q.   AND IN THAT MESSAGE, MS. HOLMES SAYS, "IT IS ON US TO

12:16PM   2    DRIVE FORWARD AND GET A PILOT."

12:16PM   3         DO YOU SEE THAT?

12:16PM   4    A.   YES, I DO.

12:16PM   5    Q.   AND IS THAT PILOT REFERRING TO THE TESTING PROCESS THAT

12:16PM   6    YOU WERE REFERENCING?

12:16PM   7    A.   YES.   THAT'S HOW I INTERPRET IT, BUT I'M CERTAIN THAT IT

12:16PM   8    IS.

12:16PM   9    Q.   THE LINE BELOW THAT SAYS, "WE WILL DO ALL IT TAKES TO MAKE

12:16PM  10    THIS HAPPEN AND WORK THROUGH THIS PROCESS."

12:16PM  11         DO YOU SEE THAT?

12:16PM  12    A.   YES.

12:16PM  13    Q.   AND IS THAT CONSISTENT WITH WHAT MS. HOLMES WAS SIGNALLING

12:16PM  14    TO YOU ABOUT THERANOS'S INTEREST IN THIS PARTNERSHIP?

12:17PM  15    A.   SHE SUMS IT UP RIGHT THERE, YES.

12:17PM  16    Q.   WE TALKED A LITTLE BIT ABOUT YOUR UNDERSTANDING AT THAT

12:17PM  17    TIME OF WHAT THE THERANOS TECHNOLOGY WAS.   WE TALKED ABOUT THE

12:17PM  18    DEVICE, THE METHOD OF FINGERSTICK SAMPLE DRAW.

12:17PM  19         AROUND THAT TIME, DID YOU UNDERSTAND THAT THE THERANOS

12:17PM  20    DEVICE -- SORRY, THAT THE THERANOS TECHNOLOGY INCLUDED A SINGLE

12:17PM  21    DEVICE THAT COULD DO ALL OF THE TESTS OR MULTIPLE DEVICES?

12:17PM  22    A.   WELL, IT WAS A SINGLE DEVICE.   THAT'S WHY I WAS INTERESTED

12:17PM  23    IN IT.

12:17PM  24    Q.   AND WHY WAS THAT YOUR UNDERSTANDING, THAT IT WAS A SINGLE

12:17PM  25    DEVICE?

MATTIS DIRECT BY MR. BOSTIC                                          1533

12:17PM  1    A.   WELL, ON THE SMALLER SHIPS, MY SHIPS OUT AT SEA, THEY

12:17PM  2    DON'T HAVE A DOCTOR.  THEY HAVE WHAT YOU WOULD CALL A MEDIC IN

12:17PM  3    THE ARMY OR AIR FORCE, THEY HAVE A CHIEF HOSPITAL CORPSMAN.

12:17PM  4         AT REMOTE OUTPOSTS YOU HAVE MEDICS, YOU DON'T HAVE DOCTORS

12:17PM  5    IN THE SMALL OUTPOSTS, FOR EXAMPLE, IN THE HINDU KUSH.

12:18PM  6         AND SO IF YOU CAN PUT ONE OF THESE IN AND HAVE SOMEONE

12:18PM  7    WITH LIMITED MEDICAL KNOWLEDGE TRAINED TO USE IT, IT COULD MAKE

12:18PM  8    A BIG DIFFERENCE.  RIGHT THERE AT THE POINT WHERE THE CASUALTY

12:18PM  9    OR THE ILLNESS IS TAKING PLACE, YOU CAN DETERMINE, DO YOU NEED

12:18PM 10    TO DO A MEDEVAC IN THE MIDDLE OF THE NIGHT, IN THE MIDDLE OF A

12:18PM 11    STORM OR SOMETHING LIKE THAT IF THEY HAD SOMETHING LIKE THIS,

12:18PM 12    IF IT COULD DO THIS.

12:18PM 13         IT WOULD ALSO HELP US IN TRIAGE IF YOU HAD A NUMBER OF

12:18PM 14    CASUALTIES AT ONE TIME.

12:18PM 15         AND WHAT SHE ALLUDED TO ME ABOUT THE SPEED OF THIS, IT

12:18PM 16    COULD HELP DOCTORS MAKE DECISIONS IN TRIAGE OF WHO GETS TREATED

12:18PM 17    FIRST AND WHO IS MOST IN NEED OF CARE.

12:18PM 18    Q.   IF IT WERE THE CASE THAT ONE DEVICE COULD NOT PERFORM ALL

12:18PM 19    OF THE TESTS AND MULTIPLE DEVICES WERE NEEDED, WOULD THAT HAVE

12:19PM 20    DECREASED OR AFFECTED YOUR INTEREST IN THIS TECHNOLOGY?

12:19PM 21    A.   I WOULDN'T BE TALKING ABOUT IT FROM THIS POSITION HERE.

12:19PM 22         THE REASON I WAS INTERESTED IS BECAUSE IT WAS ONE DEVICE

12:19PM 23    THAT COULD DO THIS.  THAT WAS WHY I WAS INTERESTED.

12:19PM 24         YEAH, I PROBABLY WOULD NOT HAVE BEEN INTERESTED IF IT WAS

12:19PM 25    GOING TO BE SOMETHING THAT WE HAVE TO BRING IN A LOT OF OTHER

MATTIS DIRECT BY MR. BOSTIC                              1534

12:19PM 1    STUFF FOR.

12:19PM 2    Q.   HOW ABOUT THE SIZE OF THE DEVICE?  WAS THE RELATIVELY

12:19PM 3    SMALL SIZE OF THE ANALYZER AN IMPORTANT FACTOR IN YOUR

12:19PM 4    INTEREST?

12:19PM 5    A.   ABSOLUTELY.  YOU HAVE LIMITED ROOM IN A SICK BAY ON A

12:19PM 6    SHIP, AND IT'S A RUGGED ENVIRONMENT WHEN YOU'RE OUT IN THE

12:19PM 7    FIELD AT SOME OF THE OUTPOSTS.  SO ONE DEVICE IS EASIER TO

12:19PM 8    INCORPORATE.  ONE DEVICE IS EASIER TO KEEP CLEAN, OR AT LEAST

12:19PM 9    TRYING TO KEEP FROM BEING IN A PLACE WHERE IT'S GOING TO GET

12:19PM 10   BEAT UP BY THE ENVIRONMENT.

12:19PM 11   Q.   IF INSTEAD YOUR UNDERSTANDING AT THE TIME WAS THAT

12:20PM 12   ADDITIONAL DEVICES, INCLUDING SOME DEVICES UP TO THE SIZE OF,

12:20PM 13   SAY, A REFRIGERATOR OR A LARGE COPIER WOULD BE NEEDED, WOULD

12:20PM 14   YOU STILL HAVE BEEN JUST AS INTERESTED IN THE THERANOS

12:20PM 15   TECHNOLOGY?

12:20PM 16   A.   NO.

12:20PM 17   Q.   IN SELECTING OR EVALUATING THIS KIND OF DEVICE OR

12:20PM 18   TECHNOLOGY FOR MILITARY USE, WOULD ACCURACY OF THE TESTING ALSO

12:20PM 19   BE IMPORTANT?

12:20PM 20   A.   WELL, WE -- WE TAKE CAUSALITIES IN OUR LINE OF WORK.

12:20PM 21   ACCURACY IS CRITICAL BECAUSE A LOT OF OUR CASUALTIES ARE

12:20PM 22   EMERGENCY.  WHAT I WAS CONCERNED WITH IN THEATRE WAS NOT THE

12:20PM 23   KIND OF MEDICAL CARE OF A COMMUNITY HOSPITAL.

12:20PM 24       IT WAS PEOPLE WHO WERE INJURED USUALLY WITH FRAGMENTATION

12:20PM 25   OR CONCUSSION INJURIES, THAT SORT OF THING THAT NEEDED

MATTIS DIRECT BY MR. BOSTIC                                          1535

12:20PM   1    IMMEDIATE LIFE SAVING CARE, OR CERTAINLY THE KIND OF CARE THAT

12:20PM   2    WOULD KEEP THEM FROM LOSING A LIMB OR SOMETHING LIKE THAT.

12:21PM   3    Q.   SO, IN OTHER WORDS, THE STAKES ARE VERY HIGH?

12:21PM   4    A.   YES, THE STAKES ARE VERY HIGH.

12:21PM   5    Q.   WHAT ABOUT RELIABILITY OF THE DEVICE?  THE ABILITY OF THE

12:21PM   6    DEVICE TO KEEP FUNCTIONING, NOT TO BREAK DOWN AND TO RETURN

12:21PM   7    CONSISTENT RESULTS, WOULD THOSE THINGS BE IMPORTANT?

12:21PM   8    A.   THEY WOULD BE, BUT THAT WOULD BE DETERMINED IN THE

12:21PM   9    SIDE-BY-SIDE TEST.  I WASN'T MAKING AN ASSUMPTION THAT IT WOULD

12:21PM   10   OR WOULD NOT.  I JUST WANTED TO GET IT OUT THERE SO THE

12:21PM   11   MILITARY DOCTORS -- THERE'S NOTHING LIKE SEEING SOMETHING IN

12:21PM   12   ACTION TO SAY LET'S GET IT AND BUILD THE SUPPORT FOR SOMETHING

12:21PM   13   LIKE THIS THAT WAS SO NEW.

12:21PM   14        I MEAN, I WAS, FRANKLY, AMAZED AT WHAT WAS POSSIBLE.

12:21PM   15   Q.   AND, AGAIN, THAT WAS BASED ON WHAT MS. HOLMES WAS TELLING

12:21PM   16   YOU AT THE TIME?

12:21PM   17   A.   TOTALLY, YES.  I HAD NO OTHER SOURCE OF INFORMATION ON IT.

12:22PM   18   Q.   THE TEST THAT WE HAVE BEEN TALKING ABOUT, EXCUSE ME, WAS

12:22PM   19   IT YOUR UNDERSTANDING THAT A SUCCESSFUL OUTCOME ON THAT TEST

12:22PM   20   WOULD BE A PREREQUISITE TO THE MILITARY ACTUALLY USING THE

12:22PM   21   DEVICE FOR TREATING SOLDIERS?

12:22PM   22   A.   IT WAS CERTAINLY A PREREQUISITE FOR ME SUPPORTING TO MOVE

12:22PM   23   FORWARD AND SAY WE OUGHT TO DO THIS.

12:22PM   24   Q.   WE'VE TALKED SO FAR ABOUT YOUR UNDERSTANDING AND

12:22PM   25   IMPRESSION OF THE TECHNOLOGY AT THAT TIME.

MATTIS DIRECT BY MR. BOSTIC

12:22PM   1        HOW ABOUT MS. HOLMES HERSELF?  WHAT WAS YOUR IMPRESSION OF

12:22PM   2    HER?  HOW DID SHE STRIKE YOU?

12:22PM   3    A.   SHARP, ARTICULATE, COMMITTED.

12:22PM   4    Q.   WERE YOU IMPRESSED BY HER PERSONALLY?

12:22PM   5    A.   I WAS.  THAT DIDN'T TAKE THE PLACE FOR HAVING THE DEVICE

12:22PM   6    PROVE ITSELF.

12:23PM   7    Q.   IF I COULD ASK YOU TO TURN IN YOUR BINDER TO EXHIBIT 5409.

12:23PM   8    A.   UH-HUH.  OKAY.

12:23PM   9    Q.   OKAY.  AND ONCE YOU'RE THERE, LET ME KNOW IF YOU RECOGNIZE

12:23PM  10    THAT EXHIBIT.

12:23PM  11    A.   YES.  IT'S AN EMAIL CHAIN BETWEEN MS. HOLMES AND I -- ME.

12:23PM  12    IT LOOKS LIKE MARCH OF 2013.  I THINK THIS IS IMMEDIATELY

12:23PM  13    FOLLOWING MY LEAVING U.S. CENTRAL COMMAND.  I'M NOT SURE OF THE

12:23PM  14    DATE, BUT IT'S CERTAINLY AROUND THE DATE I LEFT U.S. CENTRAL

12:23PM  15    COMMAND AS COMMANDER.

12:23PM  16    Q.   UNDERSTOOD.

12:23PM  17        YOUR HONOR, WE MOVE IN EXHIBIT 5409.

12:24PM  18            MR. DOWNEY:  NO OBJECTION.

12:24PM  19            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:24PM  20        (GOVERNMENT'S EXHIBIT 5409 WAS RECEIVED IN EVIDENCE.)

12:24PM  21            MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN ZOOM IN ON THE

12:24PM  22    TWO BOTTOM EMAILS.

12:24PM  23        THANK YOU.

12:24PM  24    Q.   GENERAL MATTIS, ARE THESE THE EMAILS THAT WE HAVE BEEN

12:24PM  25    LOOKING AT BETWEEN YOU AND MS. HOLMES IN MARCH 2013?

MATTIS DIRECT BY MR. BOSTIC

| | | |
|---|---|---|
| 12:24PM | 1 | A.   YES. |
| 12:24PM | 2 | Q.   AND IN THE BOTTOM MESSAGE, MS. HOLMES WRITES TO YOU, "WE |
| 12:24PM | 3 | ARE MAKING SURE THAT OUR DEPLOYMENT IS DONE RIGHT AND ARE VERY |
| 12:24PM | 4 | CLOSE TO ACTIVATING OUR PROGRAM.  I WISH YOU COULD HAVE BEEN |
| 12:24PM | 5 | HERE WHEN WE GO LIVE.  I VERY MUCH LOOK FORWARD TO HAVING THE |
| 12:24PM | 6 | OPPORTUNITY TO BRIEF YOU ON IT WHEN WE DO." |
| 12:24PM | 7 | DO YOU SEE THAT? |
| 12:24PM | 8 | A.   I DO. |
| 12:24PM | 9 | Q.   AND AT THIS POINT IN TIME, WOULD THIS HAVE BEEN REFERRING |
| 12:24PM | 10 | TO A DEPLOYMENT WITH THE U.S. MILITARY? |
| 12:24PM | 11 | A.   ABSOLUTELY.  I THINK THAT'S WHY SHE WOULD HAVE BEEN |
| 12:24PM | 12 | CONTACTING ME ABOUT IT.  I'M SURE THAT'S WHAT IT IS. |
| 12:24PM | 13 | Q.   LET ME DIRECT YOUR ATTENTION TO THE EMAIL ABOVE THAT, |
| 12:25PM | 14 | WHICH IS A MESSAGE FROM YOU TO MS. HOLMES. |
| 12:25PM | 15 | DO YOU SEE THAT? |
| 12:25PM | 16 | A.   YES. |
| 12:25PM | 17 | Q.   AND IN THAT EMAIL YOU SAY, "I'M A STRONG BELIEVER IN WHAT |
| 12:25PM | 18 | YOU HAVE DESIGNED/BUILT AND HOPE THAT WE CAN GET IT IN THEATRE |
| 12:25PM | 19 | SOON TO TEST IT." |
| 12:25PM | 20 | DO YOU SEE THAT? |
| 12:25PM | 21 | A.   YES, ABSOLUTELY. |
| 12:25PM | 22 | Q.   AROUND THIS TIME -- WE HAVE BEEN TALKING ABOUT THE TESTING |
| 12:25PM | 23 | PROCESS THAT THE MILITARY WOULD HAVE TO GO THROUGH BEFORE IT |
| 12:25PM | 24 | USE THE DEVICE. |
| 12:25PM | 25 | A.   UH-HUH. |

MATTIS DIRECT BY MR. BOSTIC                                    1538

12:25PM  1    Q.   AND AT THIS POINT IN MARCH OF 2013, HAD THAT TESTING

12:25PM  2    PROCESS COMPLETED?

12:25PM  3    A.   NO, IT HAD NOT.  WE HAD BEEN UNSUCCESSFUL AT GETTING IT

12:25PM  4    INTO THEATRE.

12:25PM  5    Q.   AND HAD THAT TESTING PROCESS IN THEATRE EVEN STARTED AS

12:25PM  6    FAR AS YOU KNOW IN MARCH OF 2013?

12:25PM  7    A.   NO, NO, IT HAD NOT.

12:25PM  8    Q.   AT THIS POINT WERE YOU STILL INTERESTED, THOUGH, IN THE

12:25PM  9    THERANOS TECHNOLOGY AND HOPING THAT TEST COULD HAPPEN?

12:26PM  10   A.   THE CAUSALITIES HAD NOT RELENTED.  I WAS INTERESTED IN

12:26PM  11   ANYTHING THAT COULD PROMISE SOME IMPROVEMENT IN THE CARE OF THE

12:26PM  12   CAUSALITIES.

12:26PM  13   Q.   SO FAR WE'VE GONE FROM NOVEMBER OF 2011 UP TO MARCH OF

12:26PM  14   2013; CORRECT?

12:26PM  15   A.   RIGHT.

12:26PM  16   Q.   WHAT WAS YOUR UNDERSTANDING AT THE TIME OF WHY THIS TEST

12:26PM  17   HAD NOT YET BEGUN, THE MILITARY TEST OF THERANOS TECHNOLOGY?

12:26PM  18   A.   WELL, I CAN'T GIVE YOU A DETAILED BLOW BY BLOW, BUT WHEN I

12:26PM  19   WOULD COME BACK, I WOULD TURN IT OVER TO MY CHIEF OF STAFF WHO

12:26PM  20   RUNS THE STAFF WHEN I'M OUT TRAVELLING TO THEATRE AND ALL, AND

12:26PM  21   HE WAS WORKING IT.  I THINK THAT MY SURGEON AND MY JUDGE

12:26PM  22   ADVOCATE WERE WORKING IT AS WELL.

12:26PM  23        MY GOAL WAS TO GET IT IN FOR THE SIDE-BY-SIDE FOLLOWING

12:26PM  24   ALL LEGAL AND ETHICAL -- AND I HIGHLIGHTED THIS IN MY VERBAL

12:26PM  25   TALKS, WHICH I THINK YOU'LL FIND IN SOME OF THE EMAILS AS

MATTIS DIRECT BY MR. BOSTIC                                    1539

12:27PM    1    WELL -- AND I WAS A STRONG BELIEVER IN GETTING THIS IN THEATRE

12:27PM    2    SO IT COULD EITHER STAND AND DELIVER, OR IT WOULDN'T.

12:27PM    3         BUT I DID NOT WANT TO MISS AN OPPORTUNITY IF THIS WAS

12:27PM    4    GOING TO DELIVER THIS AND SAY WE SAT ON OUR HANDS AT A TIME

12:27PM    5    WHEN SOMETHING COULD HAVE HELPED.

12:27PM    6    Q.   LET'S ZOOM OUT AND ZOOM BACK IN ON THE MIDDLE MESSAGE IN

12:27PM    7    THIS PAGE FROM MS. HOLMES.

12:27PM    8         GENERAL MATTIS, DO YOU SEE ON THE SCREEN A MESSAGE FROM

12:27PM    9    MS. HOLMES TO YOU, EXCUSE ME, ON MARCH 26TH, 2013?

12:27PM   10    A.   YES.

12:27PM   11    Q.   AND IN THAT MESSAGE, DOES SHE WRITE:  "THIS INITIATIVE IS

12:27PM   12    OUR SMALL WAY OF BEING ABLE TO SERVE AND WE WILL DO WHATEVER IT

12:27PM   13    TAKES TO MAKE IT SUCCESSFUL"?

12:28PM   14    A.   UH-HUH.

12:28PM   15    Q.   AROUND THIS TIME, WAS MS. HOLMES CONTINUING TO EXPRESS

12:28PM   16    INTEREST ON BEHALF OF THERANOS AND MOVING FORWARD WITH THIS

12:28PM   17    PARTNERSHIP?

12:28PM   18    A.   YES.  MY CONCERN -- I TOOK HER AT HER WORD.  SHE, SHE

12:28PM   19    MOVED WHAT I THOUGHT WAS FORWARD ON IT, AND I WAS JUST TRYING

12:28PM   20    TO GET THE MILITARY SIDE TO OPEN THE DOOR TO THE SIDE-BY-SIDE

12:28PM   21    TEST SO LONG AS THERE WAS NO RULE BARRING IT, AND I LEFT THAT

12:28PM   22    IN THE HANDS OF MY CHIEF OF STAFF.

12:28PM   23         THIS WAS NOT A SIGNIFICANT ISSUE CONSIDERING EVERYTHING

12:28PM   24    THAT WE WERE DEALING WITH IN THE CENTRAL COMMAND REGION, THE

12:28PM   25    MIDDLE EAST REGION AT THIS POINT.

MATTIS DIRECT BY MR. BOSTIC                                    1540

12:28PM  1        BUT IT WAS SOMETHING THAT I DIDN'T WANT TO HAVE SIMPLY

12:28PM  2   PEOPLE GO TO SLEEP ON AND NOT TAKE ADVANTAGE OF IT IF IT WOULD

12:28PM  3   HELP.

12:28PM  4   Q.   AND AT THIS POINT WERE YOU AWARE OF ANY HOLDUPS ON THE

12:28PM  5   THERANOS SIDE OF THINGS?  IN OTHER WORDS, WAS THE COMPANY READY

12:28PM  6   TO MOVE FORWARD WITH THIS TEST BASED ON YOUR UNDERSTANDING?

12:28PM  7   A.   THESE EMAILS ARE PROBABLY ALL I HAD, BUT IT WAS

12:28PM  8   ELIZABETH'S REASSURANCE THAT SHE WAS READY TO MOVE FORWARD.

12:29PM  9        SO MY FRUSTRATION WAS MOSTLY DIRECTED TO MY CHIEF OF STAFF

12:29PM 10   ABOUT SAYING YES OR NO, IT CAN BE BROUGHT IN FOR A PILOT

12:29PM 11   PROJECT, A SIDE-BY-SIDE COMPARISON, OR IT CANNOT.

12:29PM 12   Q.   DO YOU RECALL AT ANY POINT MS. HOLMES TELLING YOU THERANOS

12:29PM 13   DID NOT HAVE THE RESOURCES TO MOVE FORWARD WITH THE MILITARY

12:29PM 14   TESTS OR PARTNERSHIP?

12:29PM 15   A.   NO.  SHE APPEARED VERY AGGRESSIVE IN WANTING TO GET IT IN.

12:29PM 16   Q.   AT ANY POINT DO YOU RECALL MS. HOLMES TELLING YOU THAT THE

12:29PM 17   COMPANY WOULD NEED TO PRIORITIZE THE COMMERCIAL LAUNCH OVER THE

12:29PM 18   PARTNERSHIP WITH THE MILITARY?

12:29PM 19   A.   SHE NEVER MENTIONED COMMERCIAL LAUNCH IN ANY CONTEXT TO

12:29PM 20   ME.  I MEAN, I ASSUMED IT WAS GOING ON, BUT IT WAS NOT THE

12:29PM 21   SUBJECT OF OUR EMAILS AT ANY POINT THAT I RECALL.

12:29PM 22   Q.   WE'RE NOW IN MARCH OF 2013 WITH THIS CORRESPONDENCE.

12:29PM 23        DID YOU STILL HAVE THE SAME UNDERSTANDING AT THAT TIME

12:29PM 24   WHAT THE THERANOS TECHNOLOGY WAS AND WHAT IT COULD DO?

12:29PM 25   A.   YES, I WAS STILL IN THE VERY RUDIMENTARY STAGE AND I

MATTIS DIRECT BY MR. BOSTIC                                    1541

12:30PM   1    JUST -- IT WAS, IT WAS PROMISING TO ME, BUT WE, WE WOULD HAVE

12:30PM   2    TO SEE IF IT COULD DELIVER, AND SO THAT'S ABOUT AS MUCH AS I

12:30PM   3    KNEW ABOUT IT.

12:30PM   4    Q.   AND BASED ON YOUR CONVERSATIONS WITH MS. HOLMES, DID YOU

12:30PM   5    STILL UNDERSTAND THAT THE THERANOS TECHNOLOGY WAS EMBODIED IN

12:30PM   6    ONE DEVICE THAT COULD PERFORM ALL OF THE TESTS?

12:30PM   7    A.   YES.  I WOULD NOT HAVE BEEN INTERESTED IN IT WERE IT NOT.

12:30PM   8    Q.   AT ANY POINT DURING THIS TIME PERIOD THAT WE'VE BEEN

12:30PM   9    TALKING ABOUT, DID MS. HOLMES TELL YOU THAT, FOR EXAMPLE, THE

12:30PM   10   COMPANY NEEDED MORE TIME TO WORK ON DEVELOPING THE DEVICE

12:30PM   11   BEFORE IT WOULD BE READY FOR USE BY THE MILITARY?

12:30PM   12   A.   WELL, I THINK MY IMPRESSION AT THE TIME WAS THAT IT WAS A

12:30PM   13   STARTUP, MOVING OUT OF STARTUP TERRITORY AND BRINGING IT

12:30PM   14   FORWARD.

12:30PM   15       I ASSUMED, AS NEW AS IT WAS, I MEAN, IT WOULD PROBABLY BE

12:30PM   16   MORE WORK GOING ON WITH IT, BUT, NO, IT WAS -- I MEAN, SHE WAS

12:31PM   17   VERY CONFIDENT THAT IF WE GOT IT IN THERE, IT WOULD PROVE

12:31PM   18   ITSELF.

12:31PM   19   Q.   BECAUSE IT WAS A STARTUP, DID THAT FACTOR INTO THE NEED

12:31PM   20   FOR THE TECHNOLOGY TO PROVE ITSELF IN YOUR MIND?

12:31PM   21   A.   I WOULD HAVE REQUIRED THE SAME THING IF IT WAS AN

12:31PM   22   ESTABLISHED COMPANY.

12:31PM   23       AND IT WASN'T THAT MUCH OF A STARTUP.  SHE HAD BEEN

12:31PM   24   WORKING ON THIS FOR A WHILE.  SHE TOLD ME WHEN SHE LEFT COLLEGE

12:31PM   25   WHEN WE WERE HAVING A SHORT TALK THERE BEHIND THE CURTAIN, SO

MATTIS DIRECT BY MR. BOSTIC                                    1542

12:31PM  1    TO SPEAK, AND SO I KNEW SHE HAD BEEN WORKING ON THIS AND

12:31PM  2    PUTTING A LOT OF EFFORT INTO IT FOR YEARS.

12:31PM  3    Q.   AND MOVING FORWARD IN TIME -- WELL, LET ME JUST ASK YOU,

12:31PM  4    SITTING HERE TODAY, ARE YOU AWARE OF THE THERANOS TECHNOLOGY

12:31PM  5    EVER BEING USED BY CENTRAL COMMAND TO TREAT SOLDIERS?

12:31PM  6    A.   IT HAD NOT BEEN USED PRIOR TO MY DEPARTURE, AND I'M NOT

12:31PM  7    AWARE OF IT BEING USED SINCE I LEFT, BUT I'M NOT IN THE CHAIN

12:32PM  8    OF COMMAND ANYMORE EITHER.

12:32PM  9    Q.   AND WHEN YOU SAY PRIOR TO YOUR DEPARTURE, DO YOU MEAN YOUR

12:32PM  10   DEPARTURE FROM THE MILITARY?

12:32PM  11   A.   NO, FROM U.S. CENTRAL COMMAND IN MARCH OF 2013.

12:32PM  12   Q.   OKAY.  HOW ABOUT DURING YOUR TIME AT THERANOS?  I'D LIKE

12:32PM  13   TO CONSIDER THAT TIME, TOO.  WHEN YOU WERE ON THE BOARD OF

12:32PM  14   DIRECTORS FROM 2013 TO 2016, DID YOU BECOME AWARE DURING THAT

12:32PM  15   TIME OF THERANOS TECHNOLOGY BEING USED BY CENTRAL COMMAND TO

12:32PM  16   TEST SOLDIERS?

12:32PM  17   A.   NO.

12:32PM  18   Q.   TO YOUR KNOWLEDGE, INCLUDING THAT TIME PERIOD WHEN YOU

12:32PM  19   WERE WITH CENTRAL COMMAND AND THE TIME WHEN YOU WERE WITH

12:32PM  20   THERANOS, WAS THE THERANOS ANALYZER EVER ACTUALLY DEPLOYED AND

12:32PM  21   PUT INTO THE FIELD BY THE MILITARY?

12:32PM  22   A.   I'M NOT AWARE OF IT.

12:32PM  23   Q.   AND SAME QUESTION.  BASED ON YOUR KNOWLEDGE, WAS THE

12:32PM  24   THERANOS ANALYZER EVER USED BY THE MILITARY IN THE TREATMENT OF

12:32PM  25   SERVICE MEMBERS?

MATTIS DIRECT BY MR. BOSTIC

| | | |
|---|---|---|
| 12:32PM | 1 | A.   I'M NOT AWARE OF IT. |
| 12:32PM | 2 | Q.   TO YOUR KNOWLEDGE, WAS THE THERANOS ANALYZER EVER EQUIPPED |
| 12:33PM | 3 | OR INSTALLED ON A MILITARY HELICOPTER FOR THAT PURPOSE? |
| 12:33PM | 4 | A.   AGAIN, I'M NOT AWARE OF IT. |
| 12:33PM | 5 | Q.   AND FINALLY, ARE YOU AWARE OF THE THERANOS ANALYZER EVER |
| 12:33PM | 6 | BEING USED TO PROVIDE MEDICAL SERVICES FOR SOLDIERS DURING |
| 12:33PM | 7 | CLANDESTINE OPERATIONS? |
| 12:33PM | 8 | A.   NO, I AM NOT. |
| 12:33PM | 9 | Q.   DO YOU RECALL AT SOME POINT VISITING THE THERANOS |
| 12:33PM | 10 | HEADQUARTERS? |
| 12:33PM | 11 | A.   WHILE ON ACTIVE DUTY OR -- NO. |
| 12:33PM | 12 | Q.   WELL, LET ME ASK -- DO YOU RECALL THE FIRST TIME THAT YOU |
| 12:33PM | 13 | VISITED THERANOS'S HEADQUARTERS? |
| 12:33PM | 14 | A.   YES.  WELL, I'M NOT QUITE CERTAIN OF THE DATE, BUT IT WAS |
| 12:33PM | 15 | LATER IN 2013 AFTER I HAD RETIRED FROM THE MILITARY. |
| 12:33PM | 16 | Q.   DO YOU RECALL TAKING A TOUR OF THE FACILITY AT THAT POINT? |
| 12:33PM | 17 | A.   YES.  I WAS WITH MS. HOLMES, AND WE WALKED IN AND AROUND |
| 12:34PM | 18 | THE FACILITY, YES. |
| 12:34PM | 19 | Q.   AND DO YOU RECALL EITHER WAY WHETHER ON THAT OCCASION YOU |
| 12:34PM | 20 | HAD A CHANCE TO LOOK AT THE SMALL THERANOS ANALYZER THAT WE |
| 12:34PM | 21 | DISCUSSED EARLIER? |
| 12:34PM | 22 | A.   YES.  YES, I RECALL IT. |
| 12:34PM | 23 | Q.   AND DID YOU HAVE A CHANCE TO SEE THAT SMALL ANALYZER IN |
| 12:34PM | 24 | PLACE? |
| 12:34PM | 25 | A.   I DID SEE IT.  I DON'T RECALL THE EXACT DATE, BUT IT WAS I |

MATTIS DIRECT BY MR. BOSTIC                                    1544

12:34PM    1    THINK LATER IN 2013.

12:34PM    2    Q.   ON THAT SAME VISIT, DO YOU RECALL SEEING ANY LARGER

12:34PM    3    COMMERCIAL BLOOD ANALYZERS MADE BY OTHER COMPANIES?

12:34PM    4    A.   NO.

12:34PM    5    Q.   DID THERE COME A TIME WHEN MS. HOLMES INVITED YOU TO JOIN

12:34PM    6    THE THERANOS BOARD OF DIRECTORS?

12:34PM    7    A.   YES.

12:34PM    8    Q.   AND DID YOU ACCEPT THAT INVITATION?

12:34PM    9    A.   I DID, AFTER ASKING HER WHY.  I WAS NOT A MEDICAL PERSON.

12:34PM   10    Q.   WHAT WAS HER ANSWER TO THE QUESTION OF WHY SHE WANTED YOU

12:34PM   11    ON THE BOARD?

12:34PM   12    A.   TO HELP BUILD -- HELP HER BUILD A CORPORATE CULTURE, HOW

12:35PM   13    TO BUILD ELITE TEAMS, HOW TO GET COMMITMENT OUT OF PEOPLE.  IT

12:35PM   14    WAS ABOUT MANAGEMENT, ABOUT PERSONNEL, THOSE AREAS.

12:35PM   15    Q.   SORRY IF I ASKED ALREADY, BUT DID YOU ACCEPT THAT

12:35PM   16    INVITATION TO JOIN THE BOARD?

12:35PM   17    A.   I DID, YES.

12:35PM   18    Q.   AND WHY DID YOU WANT TO BE ON THE THERANOS BOARD AT THAT

12:35PM   19    TIME?

12:35PM   20    A.   WELL, IT WAS PRETTY BREATHTAKING, NUMBER ONE, WHAT SHE WAS

12:35PM   21    TALKING ABOUT DOING.

12:35PM   22        AND I THOUGHT IT WAS A VERY WORTHY PROJECT IF, IN FACT, IT

12:35PM   23    WAS GOING TO REDUCE THE COST OF HEALTH CARE FOR THE FIRST TIME

12:35PM   24    EVER, WHICH WAS ONE OF THE THINGS SHE MENTIONED TO ME.  IT WAS

12:35PM   25    NOT SOMETHING I HAD BEEN INTERESTED IN IN THE MILITARY BECAUSE

MATTIS DIRECT BY MR. BOSTIC                                      1545

12:35PM   1    WE DON'T CHARGE FOR HEALTH CARE FOR OUR TROOPS OBVIOUSLY.

12:35PM   2          BUT ALSO THE ACCURACY AND THE -- JUST THE SPEED THAT -- I

12:35PM   3    MEAN, JUST FROM MY BACKGROUND, I COULD UNDERSTAND HOW THIS

12:36PM   4    WOULD BE VERY HELPFUL IN EVERY SETTING, EVERY MEDICAL SETTING.

12:36PM   5    Q.   SO EVEN THOUGH YOU HAD LEFT CENTRAL COMMAND AT THIS TIME,

12:36PM   6    WERE THE POTENTIAL MILITARY APPLICATIONS PART OF WHAT MADE YOU

12:36PM   7    EXCITED ABOUT THE COMPANY?

12:36PM   8    A.   THE POTENTIAL MILITARY APPLICATIONS WERE OBVIOUSLY WHAT

12:36PM   9    HELPED FORM MY OPINIONS ON THIS BECAUSE THERE'S NOTHING LIKE

12:36PM   10   TAKING CAUSALITIES TO WANT TO IMPROVE HEALTH CARE.

12:36PM   11         BUT AT THE SAME TIME, HAVING LEFT THE MILITARY, I HAD TO

12:36PM   12   GET A COUNSEL TO THE COMMANDANT APPROVAL THAT THIS WAS NOT

12:36PM   13   VIOLATING ANY ETHICAL REGULATIONS, AND I KNEW I WAS GOING TO

12:36PM   14   STAY WELL APART FROM ANY KIND OF MILITARY APPLICATION SO THERE

12:36PM   15   COULD NOT BE ANY MISCONSTRUING THAT I WAS BRINGING MY PAST RANK

12:36PM   16   TO BEAR ON THAT.

12:36PM   17   Q.   AND DID YOU OBTAIN THAT APPROVAL SO THAT YOU WERE CLEARED

12:36PM   18   TO JOIN THE BOARD?

12:36PM   19   A.   I DID.

12:36PM   20   Q.   AT THE TIME, WHAT WAS YOUR UNDERSTANDING OF WHAT THE ROLE

12:37PM   21   OF THE BOARD OF DIRECTORS WOULD BE AT THE COMPANY?

12:37PM   22   A.   ADVISORY DUTIES.  SHE TALKED TO ME WHEN SHE MADE THE OFFER

12:37PM   23   AND I CAUTIONED HER THAT I WAS NOT A MEDICAL PERSON, AND SHE

12:37PM   24   SAID SHE WAS LOOKING AT DOCTORS AND PEOPLE WITH MEDICAL

12:37PM   25   BACKGROUNDS AND BUSINESS BACKGROUNDS TO COVER CERTAIN ASPECTS

MATTIS DIRECT BY MR. BOSTIC                                1546

12:37PM  1     OF BUILDING OUT A BOARD.

12:37PM  2     Q.   SPEAKING OF THAT BOARD, YOU SAID THAT YOU WERE ON THE

12:37PM  3     BOARD FROM 2013 TO 2016; IS THAT CORRECT?

12:37PM  4     A.   THAT'S CORRECT.

12:37PM  5     Q.   AND DURING THAT TIME PERIOD, COULD YOU GIVE US AN IDEA OF

12:37PM  6     WHO ELSE WAS ON THE THERANOS BOARD?  I WON'T ASK YOU TO GIVE US

12:37PM  7     AN EXCLUSIVE LIST, BUT IF YOU COULD GIVE US SOME EXAMPLES AND

12:37PM  8     DESCRIBE THEIR BACKGROUND A LITTLE BIT.

12:37PM  9     A.   THERE WAS DAVID BOIES, HE WAS A LAWYER WITH A LOT OF LEGAL

12:37PM 10     BACKGROUND SHE BROUGHT ON.

12:37PM 11          AND SHE TALKED TO US ABOUT SOME OF THESE EFFORTS TO BRING

12:38PM 12     PEOPLE ON BEFORE SHE GOT THEM THERE, SO WE WERE AWARE OF IT.

12:38PM 13          A FORMER HEAD OF WELLS FARGO WITH A STRONG FINANCIAL

12:38PM 14     BACKGROUND; THE FORMER HEAD OF THE CDC, CENTER OF DISEASE

12:38PM 15     CONTROL; M.D. DOCTORS, THIS SORT OF THING; BUSINESS, LEGAL,

12:38PM 16     MEDICAL EXPERTS.

12:38PM 17     Q.   AROUND THAT TIME PERIOD, DID YOU ALSO MAKE THE DECISION TO

12:38PM 18     INVEST IN THERANOS PERSONALLY?

12:38PM 19     A.   YES.

12:38PM 20     Q.   AND WHAT WAS THE APPROXIMATE AMOUNT OF YOUR INVESTMENT?

12:38PM 21     A.   I BELIEVE IT WAS $85,000.  IT'S SOMEWHERE CLOSE TO THAT.

12:38PM 22     I'M NOT POSITIVE.

12:38PM 23     Q.   AND WAS THAT A SIGNIFICANT INVESTMENT FOR YOU AT THE TIME?

12:38PM 24     A.   FOR SOMEONE WHO HAD BEEN IN GOVERNMENT SERVICE FOR

12:38PM 25     40 YEARS, YES.

MATTIS DIRECT BY MR. BOSTIC                                    1547

12:38PM  1    Q.   AND WHY DID YOU MAKE THAT DECISION TO INVEST IN THE

12:38PM  2    COMPANY?

12:38PM  3    A.   YOU KNOW, TO HAVE WHAT WE CALL SKIN IN THE GAME IN SOME

12:39PM  4    PLACES, MAKE CERTAIN THAT YOU BELIEVED IN IT AND THAT YOU'RE

12:39PM  5    WILLING TO CONTRIBUTE.

12:39PM  6    Q.   AT THIS TIME WHAT WERE YOUR SOURCES FOR INFORMATION ABOUT

12:39PM  7    THE COMPANY AND ITS TECHNOLOGY?

12:39PM  8    A.   MS. HOLMES.

12:39PM  9    Q.   WAS SHE THE PRIMARY SOURCE OF INFORMATION FOR YOU TO RELY

12:39PM  10   ON AT THAT TIME?

12:39PM  11   A.   THE SOLE SOURCE.

12:39PM  12   Q.   I'LL ASK YOU TO TURN TO EXHIBIT 5407 IN YOUR BINDER, AND

12:39PM  13   ONCE YOU'RE THERE, LET ME KNOW IF YOU RECOGNIZE EXHIBIT 5407.

12:39PM  14   A.   YES.

12:39PM  15   Q.   AND WHAT IS THAT DOCUMENT?

12:39PM  16   A.   IT'S AN EMAIL CHAIN FROM MS. HOLMES AND MYSELF FROM

12:39PM  17   SEPTEMBER OF 2013.

12:40PM  18        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

12:40PM  19   EXHIBIT 5407 INTO EVIDENCE.

12:40PM  20        MR. DOWNEY:  NO OBJECTION.

12:40PM  21        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:40PM  22   (GOVERNMENT'S EXHIBIT 5407 WAS RECEIVED IN EVIDENCE.)

12:40PM  23        MR. BOSTIC:  MS. HOLLIMAN, LET'S ZOOM IN ON THE

12:40PM  24   BOTTOM HALF OF THE PAGE.  LET'S START -- YES, THAT'S GOOD.

12:40PM  25   Q.   GENERAL MATTIS, DO YOU SEE AT THE BOTTOM OF THE SCREEN

MATTIS DIRECT BY MR. BOSTIC                                          1548

12:40PM   1    THERE AN EMAIL FROM MS. HOLMES TO YOU ON SEPTEMBER 7TH, 2013?

12:40PM   2    A.   UH-HUH.

12:40PM   3    Q.   AND THAT EMAIL READS:

12:40PM   4         "GENERAL MATTIS:

12:40PM   5         "FYI.  THE BELOW WILL GO OUT TO OUR SHAREHOLDERS TONIGHT.

12:40PM   6    WE HAVE BEGUN THE LAUNCH."

12:40PM   7         DO YOU SEE THAT?

12:40PM   8    A.   YES.

12:40PM   9    Q.   AND WHAT DO YOU BELIEVE THE LAUNCH TO REFER TO?

12:40PM   10   A.   I BELIEVE IT WAS THE LAUNCH OF THERANOS.

12:40PM   11   Q.   LET'S LOOK AT THE MESSAGE BELOW THIS.  PERFECT.  THANK

12:41PM   12   YOU.

12:41PM   13        IF WE CAN CAPTURE THE BOTTOM OF THIS PAGE AND THE TOP OF

12:41PM   14   THE SECOND PAGE.  WE CAN WORK WITH THIS.

12:41PM   15        GENERAL MATTIS, COULD YOU SEE ON THE SCREEN PART OF THAT

12:41PM   16   MESSAGE THAT WAS GOING TO BE SENT TO THERANOS SHAREHOLDERS?

12:41PM   17   A.   YES.

12:41PM   18   Q.   AND DO YOU SEE THAT IT INCLUDES A LINK TO THE NEW THERANOS

12:41PM   19   WEBSITE?

12:41PM   20   A.   YES.

12:41PM   21   Q.   AND DO YOU SEE ALSO THAT IT INCLUDES A LINK TO A

12:41PM   22   "WALL STREET JOURNAL" ARTICLE?

12:41PM   23   A.   RIGHT.  YES.

12:41PM   24   Q.   THE COMMERCIAL LAUNCH OF THE COMPANY AT THIS TIME, AS A

12:41PM   25   BOARD MEMBER, AS AN INVESTOR, WAS THIS AN IMPORTANT STEP IN

12:41PM  1      YOUR MIND?

12:41PM  2      A.   YES.

12:41PM  3      Q.   AND HOW SO?

12:41PM  4      A.   IT SHOWED THE MATURATION OF THE TECHNOLOGY THAT WAS GOING

12:41PM  5      OUT TO BE USED, THE VERY THING I TRIED TO DO AT CENTCOM TO GET

12:41PM  6      IT IN USE, OR AT LEAST A PILOT PROJECT TO START THAT PROCESS.

12:42PM  7      Q.   I'LL ASK YOU TO TURN TO EXHIBIT 1106 IN YOUR BINDER BACK

12:42PM  8      AT THE BEGINNING.

12:42PM  9           YOUR HONOR, THE GOVERNMENT IS MOVING TO MOVE IN 1106, AND

12:42PM  10     I BELIEVE THIS IS SUBJECT TO STIPULATION.

12:42PM  11               THE WITNESS:  UH-HUH.

12:42PM  12               MR. DOWNEY:  IT IS, YOUR HONOR, YES.

12:42PM  13               THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:42PM  14          (GOVERNMENT'S EXHIBIT 1106 WAS RECEIVED IN EVIDENCE.)

12:42PM  15     BY MR. BOSTIC:

12:42PM  16     Q.   GENERAL MATTIS, DO YOU SEE IN FRONT OF YOU A

12:42PM  17     "WALL STREET JOURNAL" FROM SEPTEMBER 8TH, 2013?

12:42PM  18     A.   YES.

12:42PM  19     Q.   AND THE TITLE IS ELIZABETH HOLMES:  THE BREAKTHROUGH OF

12:42PM  20     INSTANT DIAGNOSIS?

12:42PM  21     A.   YES.

12:42PM  22     Q.   AND DO YOU RECALL READING THIS ARTICLE IN 2013?

12:42PM  23     A.   I DO RECALL THAT.

12:42PM  24     Q.   AND I'D LIKE TO DRAW YOU TO A FEW CLAIMS IN THE ARTICLE.

12:42PM  25          FIRST ON PAGE 1, IF WE CAN ZOOM IN, MS. HOLLIMAN, ON THE

MATTIS DIRECT BY MR. BOSTIC                                    1550

12:43PM  1    FIRST INDENTED PARAGRAPH.

12:43PM  2        GENERAL MATTIS, THERE'S LANGUAGE HERE THAT SAYS, "THE

12:43PM  3    SECRET THAT HUNDREDS OF EMPLOYEES ARE NOW REFINING INVOLVES

12:43PM  4    DEVICES THAT AUTOMATE AND MINIATURIZE MORE THAN 1,000

12:43PM  5    LABORATORY TESTS."

12:43PM  6        DO YOU SEE THAT?

12:43PM  7    A.   I DO.

12:43PM  8    Q.   AND HOW DID THIS RELATE TO INFORMATION THAT YOU WERE

12:43PM  9    GETTING FROM MS. HOLMES AT THE TIME?

12:43PM  10   A.   WELL, I HAD MOVED FROM A VERY RUDIMENTARY UNDERSTANDING OF

12:43PM  11   IT TO TALKING WITH HER AGAIN, AND THIS IS I BELIEVE BEFORE,

12:43PM  12   ALTHOUGH IT'S BEEN A FEW YEARS, I BELIEVE IT'S BEFORE I HAD MY

12:43PM  13   FIRST BOARD MEETING WITH MS. HOLMES AND HER TEAM.

12:43PM  14       I THOUGHT IT WAS 2,000 LABORATORY TESTS, BUT I'M SURE I

12:43PM  15   READ IT HERE AS 1,000.  SO MAYBE I WAS MISTAKEN.  I THOUGHT IT

12:44PM  16   WAS 2,000.

12:44PM  17   Q.   WELL, 2,000 IS MORE THAN 1,000, AND THAT'S WHAT THE

12:44PM  18   ARTICLE SAYS, SO --

12:44PM  19   A.   IT COULD BE.

12:44PM  20   Q.   YEAH.  DO YOU RECALL AROUND THIS TIME MS. HOLMES WAS

12:44PM  21   PROVIDING YOU WITH INFORMATION ABOUT THE NUMBER OF TESTS THAT

12:44PM  22   THERANOS TECHNOLOGY COULD DO?

12:44PM  23   A.   I CAN'T RECALL THE EXACT TIME.

12:44PM  24   Q.   LET ME -- WELL, LET ME ASK, DO YOU RECALL AT SOME POINT

12:44PM  25   MS. HOLMES GIVING YOU INFORMATION ABOUT THE NUMBER OF TESTS

1551

MATTIS DIRECT BY MR. BOSTIC

12:44PM   1    THAT THERANOS TECHNOLOGY COULD DO?

12:44PM   2    A.   YES.  AT MY FIRST BOARD MEETING, I BELIEVE IT WAS OCTOBER,

12:44PM   3    ABOUT A MONTH AFTER THIS, TWO MONTHS AFTERWARDS, AND THEN I WAS

12:44PM   4    IN FOR A FULL BOARD BRIEF, OF COURSE, AND NOW I WAS GETTING A

12:44PM   5    LOT MORE DETAIL.

12:44PM   6    Q.   IN THAT SAME PARAGRAPH THAT IS ON THE SCREEN, THERE'S A

12:44PM   7    LINE THAT SAYS, "THERANOS'S PROCESSES ARE FASTER, CHEAPER, AND

12:44PM   8    MORE ACCURATE THAN THE CONVENTIONAL METHODS AND REQUIRE ONLY

12:44PM   9    MICROSCOPIC BLOOD VOLUMES, NOT VIAL AFTER VIAL OF THE STUFF."

12:44PM   10       DO YOU SEE THAT?

12:44PM   11   A.   RIGHT.

12:45PM   12   Q.   AND DO YOU RECALL MS. HOLMES PROVIDING YOU WITH ANY

12:45PM   13   INFORMATION OR CLAIMS ABOUT THERANOS'S PROCESSES BEING FASTER

12:45PM   14   THAN CONVENTIONAL METHODS?

12:45PM   15   A.   YES.

12:45PM   16   Q.   AND IS THAT WHAT SHE SAID?

12:45PM   17   A.   I BELIEVE I HAD ALREADY HEARD THAT YEARS BEFORE.  I

12:45PM   18   BELIEVE IT WAS FOUR OR FIVE HOURS START TO FINISH.  SO, YEAH,

12:45PM   19   FASTER FOR CERTAIN.

12:45PM   20       THAT WAS ONE OF THE REASONS THAT I HAD BEEN SO INTERESTED

12:45PM   21   IN IT WHEN YOU'RE DOING COMBAT CARE.

12:45PM   22   Q.   AND HOW ABOUT THAT CLAIM IN THE ARTICLE THAT THERANOS'S

12:45PM   23   PROCESS IS WERE MORE ACCURATE THAN CONVENTIONAL METHODS?

12:45PM   24       HAD MS. HOLMES SAID ANYTHING TO YOU ABOUT THE ACCURACY OF

12:45PM   25   THE TESTS?

MATTIS DIRECT BY MR. BOSTIC

12:45PM  1    A.   SHE EXPLAINED THAT BECAUSE YOU DIDN'T HAVE HUMAN BEINGS

12:45PM  2    HANDLING THESE AND CENTRIFUGING THEM AND ALL, YOU DIDN'T HAVE

12:45PM  3    AS MUCH POTENTIAL FOR THE ERROR THAT WAS, FRANKLY, QUITE

12:45PM  4    STARTLING TO HEAR WHAT THE ERROR RATES WERE ON SOME BLOOD

12:45PM  5    SAMPLES.  SO, YES, I RECALL THAT TO ME WAS ONE OF THE SELLING

12:46PM  6    POINTS FROM THE VERY BEGINNING ACTUALLY WHEN I HAD FIRST BEEN

12:46PM  7    INTERESTED.

12:46PM  8    Q.   I'LL ASK YOU TO LOOK AT SOME OF THE CONTENT ON PAGE 2 OF

12:46PM  9    THE ARTICLE.

12:46PM  10        IF WE CAN GO TO PAGE 2 OF THE EXHIBIT, MS. HOLLIMAN.

12:46PM  11        ABOUT HALFWAY DOWN THE PAGE, THERE'S A PARAGRAPH THAT

12:46PM  12   BEGINS, "THERANOS'S TECHNOLOGY ELIMINATES"?

12:46PM  13   A.   UH-HUH.

12:46PM  14   Q.   IS LET'S ZOOM IN ON THAT.

12:46PM  15        AND, GENERAL MATTIS, DO YOU SEE LANGUAGE IN THE ARTICLE

12:46PM  16   THAT SAYS, "THERANOS'S TECHNOLOGY ELIMINATES MULTIPLE LAB TRIPS

12:46PM  17   BECAUSE IT CAN RUN ANY COMBINATION OF TESTS, INCLUDING SETS OF

12:46PM  18   FOLLOW-ON TESTS, AT ONCE, VERY QUICKLY, ALL FROM A SINGLE

12:46PM  19   MICROSAMPLE"?

12:46PM  20        DO YOU SEE THAT LANGUAGE?

12:46PM  21   A.   YES.

12:46PM  22   Q.   AND WAS THAT CONSISTENT WITH WHAT MS. HOLMES WAS TELLING

12:46PM  23   YOU ABOUT THE TECHNOLOGY?

12:46PM  24   A.   YES, IT'S CONSISTENT.

12:46PM  25   Q.   LET'S GO TO THE BOTTOM OF THIS PAGE, THE VERY LAST LINE.

12:47PM   1    AND IF WE CAN LOOK AT THE BOTTOM OF THIS PAGE AND THE TOP OF

12:47PM   2    THE NEXT.

12:47PM   3         WE CAN JUST START HERE.

12:47PM   4         GENERAL MATTIS, DO YOU SEE A SENTENCE THAT BEGINS

12:47PM   5    "THERANOS'S TECHNOLOGY IS AUTOMATED, STANDARDIZED, AND ATTEMPTS

12:47PM   6    TO SUBTRACT HUMAN" -- IF WE CAN GO TO THE NEXT PAGE --

12:47PM   7    A.   YES.

12:47PM   8    Q.   AND ZOOM IN ON THE TOP.

12:47PM   9         -- "ATTEMPTS TO SUBTRACT HUMAN ERROR FROM THE PROCESS.  IT

12:47PM  10    CAN THUS ACHIEVE MUCH LOWER VARIANCE RANGES FROM A GIVEN TEST.

12:47PM  11    MS. HOLMES SAYS ITS TESTS HAVE MARGINS OF ALLOWABLE ERROR

12:47PM  12    TARGETS LESS THAN 10 PERCENT."

12:47PM  13    A.   UH-HUH.

12:47PM  14    Q.   WAS THAT CONSISTENT WITH WHAT MS. HOLMES WAS TELLING YOU

12:47PM  15    WHEN SHE WAS DESCRIBING THE TECHNOLOGY?

12:47PM  16    A.   YES.

12:47PM  17    Q.   YOU MENTIONED A BOARD MEETING A LITTLE WHILE AGO.  I'LL

12:47PM  18    ASK YOU TO TURN TO EXHIBIT 1172 IN YOUR BINDER, PLEASE.

12:48PM  19         YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT 1172, AND I

12:48PM  20    BELIEVE IT'S ALSO SUBJECT TO STIPULATION.

12:48PM  21              MR. DOWNEY:  IT IS, YOUR HONOR.  I THINK WE'LL -- I

12:48PM  22    THINK THERE'S A THICKER VERSION OF THIS EXHIBIT AS WELL, BUT WE

12:48PM  23    CERTAINLY DON'T OBJECT TO THE ADMISSION OF 1172.

12:48PM  24              MR. BOSTIC:  SO IF THE GOVERNMENT CAN MARK THIS AS

12:48PM  25    1172A, IT'S AN EXCERPT, THE FIRST 89 PAGES OF WHAT IS 1172 ON

MATTIS DIRECT BY MR. BOSTIC                                    1554

12:48PM   1    THE EXHIBIT LIST.

12:48PM   2              THE COURT:  WE'LL MARK IT A AND IT'S ADMITTED, AND

12:48PM   3    IT MAY BE PUBLISHED.

12:48PM   4        (GOVERNMENT'S EXHIBIT 1172A WAS RECEIVED IN EVIDENCE.)

12:48PM   5    BY MR. BOSTIC:

12:48PM   6    Q.   GENERAL MATTIS, DO YOU RECOGNIZE THE DOCUMENT MARKED AS

12:48PM   7    EXHIBIT 1172?

12:48PM   8    A.   I'M FAMILIAR WITH IT, YES.

12:48PM   9    Q.   AND WHAT IS IT?

12:48PM  10    A.   IT'S THE SLIDE SHOW FOR A BOARD OF DIRECTORS MEETING.

12:48PM  11    Q.   AND WHAT WAS THE DATE OF THAT MEETING?

12:48PM  12    A.   OCTOBER 8TH.

12:48PM  13    Q.   AND WERE YOU PRESENT FOR THE BOARD OF DIRECTORS MEETING ON

12:49PM  14    OCTOBER 8TH, 2013?

12:49PM  15    A.   I'M ALMOST CERTAIN I WAS.

12:49PM  16    Q.   AND YOU WOULD HAVE SEEN THIS PRESENTATION AT THE TIME?

12:49PM  17    A.   I KNOW I'VE SEEN IT.  I DON'T KNOW IF IT WAS FORWARDED TO

12:49PM  18    ME AFTERWARDS IF I MISSED THE BOARD MEETING.  I BELIEVE I WAS

12:49PM  19    THERE.

12:49PM  20    Q.   WHO PRESENTED INFORMATION LIKE THIS TO THE THERANOS BOARD

12:49PM  21    OF DIRECTORS?

12:49PM  22    A.   MS. HOLMES.

12:49PM  23    Q.   WAS SHE THE PRIMARY PRESENTER AT BOARD OF DIRECTORS

12:49PM  24    MEETINGS IN YOUR EXPERIENCE?

12:49PM  25    A.   YES.

MATTIS DIRECT BY MR. BOSTIC

12:49PM   1     Q.   AND WHO ELSE PRESENTED AT THOSE MEETINGS, IF ANYONE?

12:49PM   2     A.   MR. BALWANI WOULD SOMETIMES GIVE -- NOT AT THIS ONE, AT

12:49PM   3     LATER ONES I RECALL HIM GIVING FINANCIAL FORECASTS.

12:49PM   4          MS. HOLMES WOULD KIND OF INTRODUCE THE STRATEGIC VIEW OF

12:49PM   5     WHERE WE WERE GOING, AND THEN WE WOULD GET FINANCIAL FORECASTS

12:49PM   6     FROM MR. BALWANI.

12:49PM   7          I MEAN, THEY WERE BOTH TALKING BACK AND FORTH.  IT WAS A

12:49PM   8     TEAM PRESENTATION.

12:49PM   9     Q.   AND WHAT WAS THE PROPORTION BETWEEN THE TWO OF THEM AS FAR

12:49PM   10    AS HOW MUCH THEY PRESENTED TO THE BOARD?  WAS IT EQUAL?  HALF

12:50PM   11    AND HALF?

12:50PM   12    A.   MS. HOLMES WAS IN CHARGE PROBABLY I WOULD SAY -- I THINK

12:50PM   13    FOR THIS MEETING AND MANY OF THE INITIAL MEETINGS I WENT TO

12:50PM   14    PROBABLY 100 PERCENT.

12:50PM   15         IF HE WAS THERE, HE WOULD TALK ABOUT THE FINANCIALS.  SO

12:50PM   16    IT WAS PROBABLY 90 PERCENT MS. HOLMES, CEO.

12:50PM   17    Q.   AND DO YOU RECALL BOARD MEETINGS WHERE MR. BALWANI MIGHT

12:50PM   18    NOT HAVE EVEN BEEN PRESENT?

12:50PM   19    A.   YES.

12:50PM   20    Q.   LET'S LOOK AT PAGE 7 OF EXHIBIT 1172.

12:50PM   21         IS THIS IMAGE FAMILIAR TO YOU?

12:50PM   22    A.   YES, IT IS.

12:50PM   23    Q.   AND WHAT IS DEPICTED IN THE IMAGE ON PAGE 7?

12:50PM   24    A.   WELL, IT'S THE COMPARISON.  THERE YOU SEE THE PHYSICAL

12:50PM   25    COMPARISON ABOUT THE AMOUNTS OF BLOOD USED, THERANOS ON THE

| | | |
|---|---|---|
| 12:50PM | 1 | RIGHT AND THEN THE SMALL CONTAINER.  AND I ASSUME THE |
| 12:50PM | 2 | TRADITIONAL AMOUNT OF BLOOD TAKEN FOR A SIMILAR SERIES OF |
| 12:51PM | 3 | TESTS. |
| 12:51PM | 4 | Q.   LET'S LOOK AT PAGE 9 OF THIS EXHIBIT. |
| 12:51PM | 5 | GENERAL MATTIS, ON PAGE 9 DO YOU SEE THAT THIS BOARD |
| 12:51PM | 6 | PRESENTATION ALSO INCLUDED A CLIP OR AN IMAGE OF THE |
| 12:51PM | 7 | "WALL STREET JOURNAL" ARTICLE THAT WE WERE JUST TALKING ABOUT? |
| 12:51PM | 8 | A.   RIGHT, YES. |
| 12:51PM | 9 | Q.   LET'S LOOK NEXT AT PAGE 19. |
| 12:51PM | 10 | AND, GENERAL MATTIS, YOU'RE WELCOME TO FOLLOW ALONG JUST |
| 12:51PM | 11 | ON THE SCREEN OR IN YOUR BINDER, WHATEVER IS EASIEST. |
| 12:51PM | 12 | A.   UH-HUH. |
| 12:51PM | 13 | Q.   LOOKING AT PAGE 19, DO YOU SEE A SERIES OF IMAGES ON THAT |
| 12:51PM | 14 | PAGE? |
| 12:51PM | 15 | A.   UH-HUH. |
| 12:51PM | 16 | Q.   AND WHAT WAS YOUR UNDERSTANDING OF WHAT THOSE IMAGES |
| 12:51PM | 17 | DEPICTED? |
| 12:51PM | 18 | A.   WELL, HAVING MS. HOLMES HAVING PRICKED MY FINGER AND TAKEN |
| 12:51PM | 19 | THE ONE DROP OF BLOOD FOR THE SMALL CONTAINER ON THE RIGHT, THE |
| 12:52PM | 20 | IMAGES ARE OF THE AMOUNT OF BLOOD NECESSARY FOR THERANOS TO DO |
| 12:52PM | 21 | ITS JOB. |
| 12:52PM | 22 | Q.   AND SO THIS IS DEPICTING THE FINGERSTICK DRAW PROCESS AND |
| 12:52PM | 23 | THE SIZE OF THE SAMPLE? |
| 12:52PM | 24 | A.   YES, SIR. |
| 12:52PM | 25 | Q.   AND THERE'S LANGUAGE ON THIS SLIDE PRESENTED TO THE BOARD |

MATTIS DIRECT BY MR. BOSTIC

12:52PM  1    THAT SAYS, "THERANOS RUNS ANY TEST AVAILABLE IN CENTRAL

12:52PM  2    LABORATORIES AND PROCESSES ALL SAMPLE TYPES."

12:52PM  3        DO YOU SEE THAT?

12:52PM  4    A.   YES.

12:52PM  5    Q.   THERE'S ALSO LANGUAGE AT THE BOTTOM OF THE PAGE THAT SAYS

12:52PM  6    "THERANOS PROVIDES THE HIGHEST LEVEL OF OVERSIGHT, AUTOMATION,

12:52PM  7    STANDARDIZATION, AND IN OUR PRE- AND POST-ANALYTIC PROCESSES,

12:52PM  8    ENSURING THE HIGHEST LEVELS OF ACCURACY AND PRECISION."

12:52PM  9        DO YOU SEE THAT?

12:52PM  10   A.   YES.

12:52PM  11   Q.   AND WAS -- LET ME ASK A BETTER QUESTION.

12:52PM  12       DO YOU RECALL MS. HOLMES TELLING THE BOARD ABOUT

12:52PM  13   THERANOS'S HIGH LEVEL OF ACCURACY AND PRECISION?

12:52PM  14   A.   YES, THAT WAS ONE OF THE SELLING POINTS.  I MEAN, THAT WAS

12:52PM  15   ONE OF THE COMPELLING ASPECTS OF IT.

12:53PM  16   Q.   LET'S TURN TO PAGE 20 AND ZOOM IN ON THE IMAGE ON THE

12:53PM  17   RIGHT WHERE IT SAYS GERIATRICS.

12:53PM  18   A.   YEAH.

12:53PM  19   Q.   AND INCLUDE THE IMAGE BELOW THAT, PLEASE.

12:53PM  20       GENERAL MATTIS, DO YOU SEE HERE LANGUAGE IN THIS

12:53PM  21   PRESENTATION TO THE BOARD THAT SAYS, "WITH THERANOS, YOU CAN

12:53PM  22   PROCESS SAMPLES FROM PATIENTS WITH COLLAPSED VEINS WITHOUT THE

12:53PM  23   DISCOMFORT THEY GO THROUGH NOW.  NO MORE SEARCHING FOR VEINS.

12:53PM  24   NO MORE PAINFUL DRAWS FROM THE KNUCKLE OR THE BACK OF THE

12:53PM  25   HAND."

1558
MATTIS DIRECT BY MR. BOSTIC

12:53PM   1            DO YOU SEE THAT?

12:53PM   2       A.   RIGHT.

12:53PM   3       Q.   AND WHAT WAS THIS REFERRING TO IF YOU HAD AN UNDERSTANDING

12:53PM   4       AT THE TIME?

12:53PM   5       A.   I'M SORRY?

12:53PM   6       Q.   WHAT WAS THIS REFERRING TO IF YOU HAD AN UNDERSTANDING AT

12:53PM   7       THE TIME?

12:53PM   8       A.   BASICALLY WHAT HAD BEEN DEMONSTRATED TO ME, YOU TAKE JUST

12:53PM   9       ONE DROP OF BLOOD FROM THE END OF YOUR FINGER, AND YOU DON'T

12:54PM  10       HAVE TO GO THROUGH THE REST OF THE BLOOD DRAWS OUT OF YOUR VEIN

12:54PM  11       AND YOUR ARM AND YOUR HAND.

12:54PM  12       Q.   AT THIS TIME DID YOU HAVE AN UNDERSTANDING AS TO WHETHER

12:54PM  13       THERANOS WAS USING FINGERSTICK VERSUS VEIN DRAWS FOR THE

12:54PM  14       PATIENT SAMPLES THAT IT WAS RUNNING?

12:54PM  15       A.   THE WHOLE IDEA I THOUGHT WITH THERANOS WAS TO USE THE

12:54PM  16       FINGERSTICK.  I BECAME AWARE LATER, BUT NOT AT THIS TIME, THAT

12:54PM  17       WE WERE DOING VENOUS DRAWS.

12:54PM  18       Q.   LET'S TURN TO PAGE 21 IN THE SAME PRESENTATION.

12:54PM  19            DO YOU SEE A SLIDE IN FRONT OF YOU TITLED FASTER RESULTS.

12:54PM  20       FASTER ANSWERS?

12:54PM  21       A.   YES.

12:54PM  22       Q.   AND THE TEXT ON THIS SLIDE SAYS, "THERANOS'S MICRO SAMPLE

12:54PM  23       ANALYSIS IS PERFORMED AT AMAZING SPEED SO WE CAN REPORT RESULTS

12:54PM  24       FASTER THAN PREVIOUSLY POSSIBLE."

12:55PM  25            DO YOU SEE THAT?

MATTIS DIRECT BY MR. BOSTIC                                    1559

12:55PM    1    A.   YES.

12:55PM    2    Q.   AND DO YOU RECALL MS. HOLMES TELLING THE BOARD ABOUT THE

12:55PM    3    SPEED AT WHICH THERANOS TESTS COULD BE RUN?

12:55PM    4    A.   YES.  IT WAS A GIVEN.  SHE TALKED ABOUT IT AS ONE OF THE

12:55PM    5    CHARACTERISTICS OF THE THERANOS.

12:55PM    6    Q.   LET'S LOOK AT PAGE 23, PLEASE, THE SAME SLIDE

12:55PM    7    PRESENTATION.

12:55PM    8        THIS SLIDE IS TITLED A NEW STANDARD IN QUALITY; CORRECT?

12:55PM    9    A.   UH-HUH, YES.

12:55PM   10    Q.   AND BELOW THAT THERE'S LANGUAGE STATING THE HIGHEST LEVELS

12:55PM   11    OF ACCURACY AND THE LANGUAGE BELOW THAT SAYS, "BY

12:55PM   12    SYSTEMATICALLY CONTROLLING AND STANDARDIZING OUR PROCESSES,

12:55PM   13    THERANOS OFFERS TESTS WITH THE HIGHEST LEVELS OF ACCURACY."

12:55PM   14        DID I READ THAT CORRECTLY?

12:55PM   15    A.   RIGHT.

12:55PM   16    Q.   AND WAS THIS CONSISTENT WITH WHAT MS. HOLMES WAS TELLING

12:55PM   17    THE BOARD ABOUT THE ACCURACY OF THERANOS TESTS?

12:55PM   18    A.   YES.

12:56PM   19    Q.   AND THERE'S ALSO A GRAPHIC OR AN IMAGE IN THE MIDDLE OF

12:56PM   20    THE PAGE INDICATING A COEFFICIENT VARIATION OF LESS THAN

12:56PM   21    10 PERCENT FOR ONE OF THE ASSAYS; CORRECT?

12:56PM   22    A.   RIGHT.

12:56PM   23    Q.   LET'S MOVE TO PAGE 56 OF THIS EXHIBIT.

12:56PM   24        IS THIS ANOTHER SLIDE THAT WAS PRESENTED TO THE BOARD ON

12:56PM   25    THE DATE OF THAT BOARD MEETING THAT WE'VE BEEN DISCUSSING?

MATTIS DIRECT BY MR. BOSTIC                                         1560

12:56PM  1    A.   YES.

12:56PM  2    Q.   ON THE LEFT SIDE THERE'S A TITLE WITH SOME BULLET POINTS.

12:56PM  3    THE TITLE SAYS ROUTINE, SPECIALTY AND ESOTERIC TEST.

12:56PM  4         AND THE FIRST BULLET SAYS, "ALL 2,000 PLUS CURRENTLY RUN

12:56PM  5    TESTS/CPT CODES ARE AVAILABLE THROUGH THERANOS."

12:56PM  6         DO YOU SEE THAT?

12:56PM  7    A.   YES.

12:56PM  8    Q.   AND THE NEXT BULLET POINT THERANOS RUNS ANY TEST AVAILABLE

12:56PM  9    IN CENTRAL LABORATORIES."

12:56PM  10        DO YOU SEE THAT?

12:56PM  11   A.   YES.

12:56PM  12   Q.   AND DO YOU REMEMBER WHAT MS. HOLMES GENERALLY WAS TELLING

12:56PM  13   THE BOARD AT THIS TIME ABOUT THE RANGE OF TESTS THAT THERANOS

12:57PM  14   WAS OFFERING OR THAT THE TECHNOLOGY COULD DO?

12:57PM  15   A.   NO.

12:57PM  16   Q.   DO YOU RECALL HEARING FROM MS. HOLMES THAT THE THERANOS

12:57PM  17   TECHNOLOGY COULD RUN ANY TEST AVAILABLE IN CENTRAL LABS?

12:57PM  18   A.   WHAT YOU SEE ON THE SLIDE ABOUT 2,000 TESTS AND RUN ANY

12:57PM  19   TEST AVAILABLE ON A CENTRAL LAB.  I KNOW THAT THIS IS WHERE I'M

12:57PM  20   STARTING TO LEARN MORE ABOUT HOW THIS MACHINE ACTUALLY WORKS,

12:57PM  21   AND THIS IS MY FIRST BOARD MEETING, AND I RECALL THIS VERY

12:57PM  22   CLEARLY.

12:57PM  23   Q.   ON THE RIGHT-HAND SIDE OF THE PAGE THERE'S A TABLE

12:57PM  24   ENTITLED HIGHER QUALITY DATA WITH SOME OTHER BULLET POINTS.

12:57PM  25        DO YOU SEE THAT?

MATTIS DIRECT BY MR. BOSTIC

12:57PM   1    A.   YES.

12:57PM   2    Q.   AND THE FIRST BULLET POINT REFERENCES "VARIABILITY AMONG

12:57PM   3    TRADITIONAL LABS," AND THE BULLET POINT A COUPLE DOWN FROM

12:57PM   4    THERE TALKS ABOUT "AN UNPRECEDENTED LACK OF VARIATION WITH

12:57PM   5    THERANOS YIELDS."

12:57PM   6         DO YOU SEE THAT?

12:57PM   7    A.   YES.

12:58PM   8    Q.   AND DO YOU RECALL MS. HOLMES SAYING ANYTHING ABOUT

12:58PM   9    THERANOS'S ACCURACY VERSUS THE ACCURACY OF CONVENTIONAL LABS?

12:58PM   10   A.   YES.

12:58PM   11   Q.   WHAT DID SHE SAY?

12:58PM   12   A.   THAT IT WAS MUCH MORE ACCURATE AND GAVE THE REASONS FOR

12:58PM   13   IT, THAT YOU DIDN'T HAVE AS MANY HUMAN HANDS HANDLING IT AND SO

12:58PM   14   THE POTENTIAL FOR HUMAN ERROR WAS MUCH REDUCED.

12:58PM   15   Q.   LET'S LOOK AT PAGE 76.  WE'RE STILL IN THE SAME

12:58PM   16   PRESENTATION; IS THAT CORRECT?

12:58PM   17   A.   UH-HUH.

12:58PM   18   Q.   DO YOU RECALL HOW LONG THIS PRESENTATION TOOK TO GIVE TO

12:58PM   19   THE BOARD ON THAT DATE?

12:58PM   20   A.   HOW LONG THE PRESENTATION TOOK?

12:58PM   21   Q.   UH-HUH.

12:58PM   22   A.   I THINK IT WAS -- IT GUIDED OUR DISCUSSION THAT DAY.

12:58PM   23   YOU'RE GOING FASTER THROUGH IT THAN WE DID.  WE STOPPED AND

12:58PM   24   TALKED ON EACH PAGE, AND -- BUT I WOULD SAY AT LEAST AN HOUR OR

12:59PM   25   TWO.  IT WAS NOT A QUICK ONE SLIDE AFTER ANOTHER, MR. BOSTIC.

MATTIS DIRECT BY MR. BOSTIC                                    1562

12:59PM   1    WE STOPPED AND HAD A DISCUSSION ABOUT IT.

12:59PM   2    Q.   UNDERSTOOD.  LOOKING AT PAGE 76, DO YOU SEE A SLIDE TITLED

12:59PM   3    VALIDATION OF THERANOS?

12:59PM   4    A.   YES.

12:59PM   5    Q.   AND THE FIRST PARAGRAPH THERE SAYS, "THERANOS HAS BEEN

12:59PM   6    COMPREHENSIVELY VALIDATED OVER THE COURSE OF THE LAST SEVEN

12:59PM   7    YEARS BY TEN OF THE FIFTEEN LARGEST PHARMACEUTICAL COMPANIES."

12:59PM   8         DO YOU SEE THAT?

12:59PM   9    A.   YES.

12:59PM  10    Q.   AND DO YOU RECALL A DISCUSSION ABOUT PHARMACEUTICAL

12:59PM  11    COMPANIES VALIDATING THERANOS?

12:59PM  12    A.   I DON'T RECALL THE PHARMACEUTICAL COMPANIES.  I'M SURE IT

12:59PM  13    WAS ADDRESSED, JUST LIKE IT IS ON THE SLIDE, I JUST DON'T

12:59PM  14    RECALL THAT PART OF IT.  THERE ARE OTHER PARTS OF THE SLIDE

12:59PM  15    THAT I RECALL VERY WELL, THOUGH.

12:59PM  16    Q.   AND WHAT STOOD OUT IN YOUR MIND ABOUT THE SLIDE?

12:59PM  17    A.   ON THIS SLIDE IT WAS THERANOS INFRASTRUCTURE ELIMINATES

12:59PM  18    THE NEED FOR THE LAB, AND IT CAUGHT MY ATTENTION FOR MILITARY

01:00PM  19    USE.

01:00PM  20         BUT AS I WAS LEARNING ABOUT THIS, I HAD BEEN OBVIOUSLY

01:00PM  21    READING ON THE INTERNET ABOUT THERANOS AFTER I AGREED IN AUGUST

01:00PM  22    TO JOIN THE BOARD, BUT NOW I'M SEEING THERE'S A VALIDATION OF

01:00PM  23    ITS LAB INFRASTRUCTURE BY FDA, BY THE WORLD HEALTH

01:00PM  24    ORGANIZATION, AND THEN, OF COURSE, THE NOVEL BUT SOUND IT CAN

01:00PM  25    ACCURATELY WORK FROM JOHNS HOPKINS.

1563

MATTIS DIRECT BY MR. BOSTIC

01:00PM 1          SO SEEING THIRD PARTY VALIDATION LIKE THIS OF WHAT I

01:00PM 2    THOUGHT WAS THE THERANOS -- OR WHAT ELIZABETH HAD BEEN TALKING

01:00PM 3    ABOUT, SO IT WASN'T JUST ELIZABETH TALKING ABOUT IT, IT WAS

01:00PM 4    THIRD PARTIES, RESPECTED THIRD PARTIES.

01:00PM 5    Q.   AND DID THAT INCREASE YOUR CONFIDENCE IN THE THERANOS

01:00PM 6    TECHNOLOGY?

01:00PM 7    A.   IT DID VERY MUCH.

01:00PM 8    Q.   LET'S LOOK AT SLIDE 78, PAGE 78 OF EXHIBIT 1172.

01:01PM 9          DO YOU SEE A TITLE HERE OVERVIEW:  THERANOS SYSTEMS?

01:01PM 10   A.   YES.

01:01PM 11   Q.   AND WHAT IS YOUR UNDERSTANDING OF WHAT WAS DEPICTED IN

01:01PM 12   THIS SLIDE AND IN PARTICULAR IN THE UPPER LEFT CORNER?

01:01PM 13   A.   THESE ARE THE PHYSICAL PARTS OF THE SYSTEM, AND IT SHOWS

01:01PM 14   HOW THERANOS WORKS.

01:01PM 15   Q.   AND IN THE UPPER LEFT DO YOU SEE TWO BOXES OR TWO DEVICES;

01:01PM 16   IS THAT CORRECT?

01:01PM 17   A.   UH-HUH.

01:01PM 18   Q.   AND WHAT WERE THOSE AS YOU UNDERSTOOD IT?

01:01PM 19   A.   THE ANALYZERS.

01:01PM 20   Q.   THE ANALYZERS MANUFACTURED BY THERANOS?

01:01PM 21   A.   PARDON?

01:01PM 22   Q.   THE ANALYZERS MANUFACTURED BY THERANOS?

01:01PM 23   A.   OH, YEAH.  ABSOLUTELY, YES.

01:01PM 24   Q.   FINALLY, LET'S LOOK AT EXHIBIT -- OR SORRY, EXHIBIT 1172,

01:01PM 25   PAGE 81 OF THIS SAME PRESENTATION.

MATTIS DIRECT BY MR. BOSTIC                                    1564

01:01PM  1        THIS IS IN THE SAME BOARD PRESENTATION.  THERE'S A SLIDE

01:01PM  2   ENTITLED EXCERPTS FROM THERANOS'S TEST MENU; CORRECT?

01:02PM  3   A.   YES.

01:02PM  4   Q.   AND WE TALKED EARLIER ABOUT THE RANGE OF TESTS THAT

01:02PM  5   THERANOS COULD OFFER.

01:02PM  6        LOOKING AT THESE SLIDES WITH THE TEST MENU EXCERPTS, WHAT

01:02PM  7   WAS YOUR UNDERSTANDING ABOUT WHICH OF THESE WERE BEING

01:02PM  8   CONDUCTED ON THERANOS-MANUFACTURED ANALYZERS?

01:02PM  9   A.   EARLY ON AT THIS POINT I WAS REGRETTING AGAIN.  WE HADN'T

01:02PM 10   BEEN ABLE TO DO THE TEST IN THEATRE IN CENTCOM BECAUSE I

01:02PM 11   THOUGHT THEY COULD DO THEM ALL ON THE THERANOS ANALYZERS.

01:02PM 12   Q.   AND WAS THERE ANY DISCUSSION OR DISCLOSURE TO THE BOARD

01:02PM 13   AROUND THIS TIME ABOUT THE USE OF THIRD PARTY ANALYZERS TO RUN

01:02PM 14   A SIGNIFICANT PORTION OF THE TESTS ON THIS MENU?

01:02PM 15   A.   I DON'T RECALL THAT.  OUR POINT WAS THAT WE WERE BETTER

01:02PM 16   THAN THEM.  WE WERE FASTER, WE WERE CHEAPER, WE WERE MORE

01:02PM 17   ACCURATE THAN OTHERS.  SO I DON'T RECALL THAT EVER COMING UP.

01:03PM 18   Q.   WOULD THAT HAVE STOOD OUT IN YOUR MIND, FOR EXAMPLE, IF A

01:03PM 19   MAJORITY OF THE TESTS RUN WERE RUN ON THIRD PARTY DEVICES?

01:03PM 20   A.   AT THIS POINT IT WOULD HAVE LEAPED OUT AT ME BECAUSE MY

01:03PM 21   WHOLE EFFORT AT CENTCOM HAD BEEN TO TRY TO GET IT INTO THEATRE

01:03PM 22   BECAUSE IT WAS DIFFERENT AND IT COULD DO THIS OFF OF THIS ONE

01:03PM 23   SMALL MACHINE.

01:03PM 24        BUT I DID NOT KNOW IT WAS 2,000 WHEN I WAS AT CENTCOM.  I

01:03PM 25   MEAN, THAT KNOWLEDGE CAME IN LATER.

MATTIS DIRECT BY MR. BOSTIC                                          1565

01:03PM  1    Q.   AROUND THIS TIME, SO WE'RE STILL IN LATE 2013, WERE YOU

01:03PM  2    EVER AWARE OR WERE YOU EVER TOLD THAT THE THERANOS ANALYZER

01:03PM  3    COULD RUN NO MORE THAN 12 TESTS?

01:03PM  4    A.   THAT -- I BECAME AWARE OF THAT.  I CAN'T TELL YOU WHEN.

01:03PM  5    YEARS HAVE GONE BY, BUT IT WAS SIGNIFICANTLY LATER THAN THIS.

01:03PM  6    Q.   YOU DID NOT KNOW THAT FACT AT THIS TIME IN 2013?

01:03PM  7    A.   NO.

01:03PM  8    Q.   WERE YOU EVER TOLD AROUND THIS TIME IN 2013 THAT THE

01:04PM  9    THERANOS ANALYZER COULD ONLY PERFORM A TYPE OF TEST CALLED AN

01:04PM  10   IMMUNOASSAY?

01:04PM  11   A.   I THINK I -- I KNEW IT COULD PERFORM IMMUNOASSAY.  I WAS

01:04PM  12   NOT AWARE THAT THAT WAS THE ONLY TEST.

01:04PM  13   Q.   IF YOU HAD KNOWN THOSE FACTS AT THE TIME, WOULD THOSE

01:04PM  14   FACTS HAVE BEEN IMPORTANT TO YOU?

01:04PM  15   A.   ABSOLUTELY.

01:04PM  16   Q.   AND WOULD THEY HAVE BEEN IMPORTANT WHEN IT CAME TO YOUR

01:04PM  17   INTEREST IN THE DEVICE FOR MILITARY USE?

01:04PM  18   A.   NO.  IT WOULD HAVE TEMPERED MY ENTHUSIASM SIGNIFICANTLY,

01:04PM  19   THAT'S MY ENTHUSIASM FOR A PILOT PROJECT.  AGAIN, IT HAD TO GO

01:04PM  20   IN AND DELIVER.  I WASN'T TAKING THAT, YOU KNOW -- I WAS

01:04PM  21   OPERATING IN GOOD FAITH THAT IT COULD DELIVER A LOT OF

01:04PM  22   CAPABILITY, BUT I WANTED TO SEE IT IN ACTION.

01:04PM  23   Q.   UNDERSTOOD.  WE CAN TAKE DOWN THIS EXHIBIT.  THANK YOU,

01:05PM  24   MS. HOLLIMAN.

01:05PM  25        BESIDES THE BOARD OF DIRECTORS MEETING THAT WE'VE BEEN

MATTIS DIRECT BY MR. BOSTIC

01:05PM   1    TALKING ABOUT, DID YOU CONTINUE TO ATTEND OTHER BOARD OF

01:05PM   2    DIRECTOR MEETINGS AT THERANOS?

01:05PM   3    A.   I DID.

01:05PM   4    Q.   AND DO YOU RECALL HOW FREQUENTLY THEY OCCURRED?

01:05PM   5    A.   NO, I DO NOT.  I THINK I MIGHT HAVE MISSED ONE WHEN I WAS

01:05PM   6    OVERSEAS, BUT I THINK I MADE IT TO ALL OF THEM.

01:05PM   7    Q.   AND BESIDES ATTENDING BOARD OF DIRECTORS MEETINGS, DID YOU

01:05PM   8    HAVE OTHER CONTACT WITH MS. HOLMES DURING YOUR TIME PERIOD AS A

01:05PM   9    BOARD MEMBER?

01:05PM   10   A.   I DID.  IN ACCORDANCE WITH OUR FIRST DISCUSSION WHEN SHE

01:05PM   11   ASKED ME TO JOIN THE BOARD WHEN I WAS AT STANFORD, WE WOULD SET

01:05PM   12   UP TIMES WHEN SHE AND I COULD MEET, AND I WOULD GO OVER AND

01:05PM   13   TALK, AND IT WAS BASICALLY ABOUT PERSONNEL PROCESSES, TEAM

01:05PM   14   BUILDING.

01:05PM   15       IT USUALLY STARTED WITH ME ASKING HER WHAT WERE THE BIG

01:06PM   16   ISSUES SHE WAS DEALING WITH AND HOW COULD I HELP.

01:06PM   17   Q.   HOW FREQUENTLY WOULD YOU HAVE THOSE -- WERE THOSE

01:06PM   18   ONE-ON-ONE CONVERSATIONS WITH MS. HOLMES?

01:06PM   19   A.   I WOULD SAY FOR EVERY BOARD MEETING THERE WAS AT LEAST ONE

01:06PM   20   OF THOSE OTHER EVENTS WHERE WE GOT TOGETHER ONE ON ONE.  IT

01:06PM   21   WOULD ONLY BE THE TWO OF US IN THE ROOM.  THERE MIGHT HAVE BEEN

01:06PM   22   SOMETIMES MAYBE TWICE IN BETWEEN BOARD MEETINGS.

01:06PM   23   Q.   AND YOU JUST TOLD US ABOUT SOME OF THE TOPICS THAT WERE

01:06PM   24   DISCUSSED.  DID YOU EVER DISCUSS DURING THOSE ONE-ON-ONE

01:06PM   25   MEETINGS HOW TO MANAGE INFORMATION FLOW IN THE COMPANY?

MATTIS DIRECT BY MR. BOSTIC                                    1567

01:06PM  1    A.   YES.

01:06PM  2    Q.   AND WHAT DO YOU RECALL ADVISING HER ON THAT TOPIC?

01:06PM  3    A.   JUST THAT PROBABLY SOMEWHERE IN HER COMPANY WAS EVERY BIT

01:06PM  4    OF INFORMATION SHE NEEDED TO GUIDE IT, LEAD IT, MAKE DECISIONS.

01:06PM  5    AND HOW DO YOU OPEN UP THE INFORMATION FLOW?  HOW DO YOU

01:06PM  6    DISPLAY THE DATA SO EVERYBODY IS ON ONE SHEET OF MUSIC AND

01:06PM  7    YOU'RE NOT CAUGHT FLAT FOOTED, THAT SORT OF THING.

01:06PM  8         THE USE OF TOWN HALLS.  YOU KNOW, THE NORMAL THINGS THAT

01:07PM  9    PEOPLE DO WHO HAVE RESPONSIBILITY FOR LEADING ANY ORGANIZATION.

01:07PM  10   Q.   AND DID THAT ADVICE INCLUDE OR ENCOMPASS HOW TO DEAL WITH

01:07PM  11   NEGATIVE INFORMATION OR UNFAVORABLE INFORMATION?

01:07PM  12   A.   I DON'T RECALL IT IN PARTICULAR, BUT IT PROBABLY DID.  I'M

01:07PM  13   NOT SURE.

01:07PM  14   Q.   THINKING ABOUT YOUR FIRST YEAR ON THE THERANOS BOARD OF

01:07PM  15   DIRECTORS, SO THE FIRST HALF OF 2013 TO THE SECOND HALF OF

01:07PM  16   2014, WAS ANY ADDITIONAL PROGRESS MADE ON THE MILITARY FRONT?

01:07PM  17   DID THE TESTING EVER OCCUR TO YOUR KNOWLEDGE?

01:07PM  18   A.   I'M NOT AWARE OF ANY PROGRESS ON THE MILITARY FRONT.

01:07PM  19   Q.   DO YOU RECALL DURING THAT TIME PERIOD ANY CONVERSATIONS

01:08PM  20   THAT YOU HAD WITH MS. HOLMES ABOUT THE STATUS OF THINGS AND WHY

01:08PM  21   THINGS WEREN'T MOVING FORWARD?

01:08PM  22   A.   SAY AGAIN, PLEASE.

01:08PM  23   Q.   SURE.  DURING THAT TIME PERIOD WHEN YOU WERE ON THE BOARD,

01:08PM  24   DID YOU EVER DISCUSS WITH MS. HOLMES THE MILITARY PILOT PROJECT

01:08PM  25   AND WHY IT WASN'T MOVING FORWARD?

MATTIS DIRECT BY MR. BOSTIC                                          1568

01:08PM   1    A.    NO.  I TALKED TO MS. HOLMES WHEN I CAME ON AND EXPLAINED

01:08PM   2    THAT I WOULD NOT DO THAT WHILE I HAD WHAT IS CALLED A SAFE

01:08PM   3    HARBOR LETTER, THAT I WOULD NOT VIOLATE ETHICAL RULES BY

01:08PM   4    ENGAGING WITH THERANOS MEMBERS OF THE BOARD, AND IT WAS MY

01:08PM   5    PERSONAL PREFERENCE NOT EVEN TO GET CLOSE TO THAT AND POSSIBLY

01:08PM   6    GIVE THE APPEARANCE OF USING MY FORMER POSITION.

01:08PM   7          AND SHE RESPECTED THAT AND NEVER ASKED ME ABOUT MILITARY

01:08PM   8    THINGS.

01:08PM   9    Q.    THAT ETHICAL RULE OR THE ETHICAL APPROACH YOU TOOK, WOULD

01:08PM  10    THAT HAVE PREVENTED YOU FROM HEARING INFORMATION OR JUST FROM

01:08PM  11    HAVING AN ACTIVE ROLE IN THE MILITARY INVOLVEMENT?

01:09PM  12    A.    YEAH IT WOULD PREVENT ME FROM DEALING WITH ANYONE IN

01:09PM  13    THERANOS, MS. HOLMES OR ANY OF HER TEAM ON IT, BUT IT WOULD NOT

01:09PM  14    PREVENT ME FROM HEARING FROM MY OLD BUDDIES IN THEATRE OR

01:09PM  15    PEOPLE LIKE THAT IF IT WAS OUT THERE AND WORKING.

01:09PM  16    Q.    AND WOULD IT HAVE PREVENTED MS. HOLMES FROM TELLING YOU

01:09PM  17    OUR DEVICE IS NOW BEING USED BY THE MILITARY?

01:09PM  18    A.    YOU WOULD HAVE TO ASK HER BECAUSE I HAD EXPLAINED TO HER

01:09PM  19    THAT I DID NOT WANT TO BE INVOLVED IN THE MILITARY ASPECT AT

01:09PM  20    ALL, AND SO THAT MAY HAVE HAD A COOLING EFFECT ON HER

01:09PM  21    WILLINGNESS TO COMMUNICATE IT.  BUT I CAN'T ANSWER THAT.

01:09PM  22    Q.    LET ME ASK, WERE THERE EVER ANY OCCASIONS DURING BOARD

01:09PM  23    MEETINGS WHERE, FOR EXAMPLE, YOU WERE ASKED TO LEAVE SO THAT

01:09PM  24    THE MILITARY PROJECT COULD BE DISCUSSED WITH THE REST OF THE

01:09PM  25    BOARD?

1569

MATTIS DIRECT BY MR. BOSTIC

01:09PM 1    A.   NO.  I DO RECALL ON ONE OCCASION THE BAGRAM, I THINK,

01:09PM 2    PROJECT OR SOMETHING COMING UP, BAGRAM BEING THE AIRFIELD, OUR

01:10PM 3    PRIMARY MEDEVAC, MEDICAL EVACUATION AIRFIELD FROM THE AFGHAN

01:10PM 4    THEATRE FOR CAUSALITIES, BUT I DIDN'T KNOW ANYTHING ABOUT IT,

01:10PM 5    AND I DIDN'T ASK ANY QUESTIONS ABOUT IT.

01:10PM 6         AND IT WASN'T AN EXTENDED.  IT WAS MORE NOTED IN PASSING.

01:10PM 7    SO I DIDN'T HAVE TO GET UP AND LEAVE THE ROOM IN ORDER TO AVOID

01:10PM 8    IT.  THERE WAS NO SUBSTANCE TO THAT DISCUSSION THAT I RECALL.

01:10PM 9    Q.   YOU WERE NO LONGER IN ACTIVE MILITARY SERVICE AT THAT

01:10PM 10   TIME; IS THAT CORRECT?

01:10PM 11   A.   ON THE BOARD, YES.

01:10PM 12   Q.   HAD YOU PREVIOUSLY HELD A SECURITY CLEARANCE WITH THE

01:10PM 13   U.S. GOVERNMENT?

01:10PM 14   A.   YES.

01:10PM 15   Q.   AND WHAT LEVEL SECURITY CLEARANCE DID YOU HAVE?

01:10PM 16   A.   TOP SECRET SCI.

01:10PM 17   Q.   IS THAT THE TOP LEVEL CLEARANCE?

01:11PM 18   A.   YES, THAT IS A TOP LEVEL CLEARANCE.

01:11PM 19   Q.   AND DID YOU STILL HAVE THAT CLEARANCE LEVEL WHEN YOU WERE

01:11PM 20   SERVING ON THE THERANOS BOARD?

01:11PM 21   A.   I DID.

01:11PM 22   Q.   DOES THAT MEAN THERE WOULDN'T HAVE BEEN ANY REASONS

01:11PM 23   RELATED TO CLASSIFIED INFORMATION THAT YOU COULDN'T HAVE KNOWN

01:11PM 24   ABOUT MILITARY USE OF THE THERANOS DEVICE?

01:11PM 25   A.   NO.

MATTIS DIRECT BY MR. BOSTIC                                        1570

01:11PM  1    Q.  IN OTHER WORDS, LET ME ASK, WOULD THERE HAVE BEEN ANY

01:11PM  2    REASONS THAT YOU COULDN'T HAVE KNOWN OF CLASSIFIED USE OF A

01:11PM  3    THERANOS DEVICE?

01:11PM  4    A.  NO.  THERE IS NO CLASSIFICATION REASON.  THERE IS THE

01:11PM  5    OTHER HALF OF IT, AND THAT'S THE NEED TO KNOW.  I PROBABLY

01:11PM  6    WOULDN'T HAVE HAD A NEED TO KNOW.

01:11PM  7    Q.  WHEN YOU WERE SERVING ON THE THERANOS BOARD, DID YOU EVER

01:11PM  8    HAVE OCCASION TO SPEAK TO JOURNALISTS ABOUT THE COMPANY?

01:11PM  9    A.  YES.

01:11PM 10    Q.  DO YOU RECALL AN OCCASION WHEN YOU SPOKE TO A JOURNALIST

01:11PM 11    FROM "FORTUNE" MAGAZINE NAMED ROGER PARLOFF?

01:12PM 12    A.  YES.

01:12PM 13    Q.  AND DO YOU REMEMBER APPROXIMATELY WHEN THAT WAS?

01:12PM 14    A.  I BELIEVE IT WAS JUNE, JULY, AUGUST, I BELIEVE IT WOULD

01:12PM 15    HAVE BEEN 2014.

01:12PM 16    Q.  I'LL ASK YOU TO LOOK AT EXHIBIT 1776.

01:12PM 17        YOUR HONOR, THE GOVERNMENT OFFERS THIS INTO EVIDENCE.

01:12PM 18    IT'S SUBJECT TO STIPULATION BETWEEN THE PARTIES.

01:12PM 19            MR. DOWNEY:  NO OBJECTION, YOUR HONOR.  IT MAY BE

01:12PM 20    ADMITTED.

01:12PM 21            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:12PM 22        (GOVERNMENT'S EXHIBIT 1776 WAS RECEIVED IN EVIDENCE.)

01:12PM 23    BY MR. BOSTIC:

01:12PM 24    Q.  GENERAL MATTIS, DO YOU SEE IN FRONT OF YOU AN ARTICLE

01:12PM 25    ENTITLED AT THE TOP "THIS CEO'S OUT FOR BLOOD" FROM "FORTUNE"

1571
MATTIS DIRECT BY MR. BOSTIC

01:12PM  1    MAGAZINE?

01:12PM  2    A.   YES.

01:12PM  3    Q.   AND IS THIS THAT ARTICLE BY THAT JOURNALIST ROGER PARLOFF

01:13PM  4    THAT WE'VE BEEN DISCUSSING?

01:13PM  5    A.   I ASSUME IT'S THE ARTICLE THAT I PROBABLY CONTRIBUTED TO,

01:13PM  6    YES.

01:13PM  7    Q.   AND DID YOU SPEAK TO MR. PARLOFF IN CONNECTION WITH THIS

01:13PM  8    ARTICLE?

01:13PM  9    A.   YES, HE CALLED ME.

01:13PM  10   Q.   AND DID MS. HOLMES KNOW THAT YOU WERE SPEAKING TO

01:13PM  11   MR. PARLOFF IN CONNECTION WITH THIS ARTICLE?

01:13PM  12   A.   YES.  I BELIEVE I KNEW HE WAS GOING TO CALL, AND SO I WENT

01:13PM  13   TO MS. HOLMES TO ASK HER FOR GUIDANCE ON WHAT I COULD SPEAK

01:13PM  14   ABOUT.  I DID NOT WANT TO REVEAL INTELLECTUAL PROPERTY OR TRADE

01:13PM  15   SECRETS, AND SO I WANTED A LITTLE GUIDANCE.  I DIDN'T WANT TO

01:13PM  16   LEARN ABOUT WHAT I WOULD SPEAK ABOUT IN THE BOARD MEETING.

01:13PM  17   THERE'S A DUTY OF CONFIDENTIALITY AS A MEMBER OF THE BOARD.

01:13PM  18   Q.   AND DID MS. HOLMES PROVIDE YOU WITH THAT GUIDANCE ON --

01:13PM  19   A.   SHE DID.

01:13PM  20   Q.   -- ON WHAT YOU COULD SAY AND WHAT YOU COULDN'T SAY?

01:13PM  21   A.   RIGHT.

01:13PM  22   Q.   I'D LIKE TO LOOK AT A COUPLE OF PORTIONS OF THIS ARTICLE.

01:13PM  23        FIRST, I'LL DRAW YOUR ATTENTION TO THE TOP LINE BELOW THE

01:13PM  24   BY LINE THERE'S A SECTION THAT SAYS AUTHOR'S NOTE IN BRACKETS.

01:14PM  25        DO YOU SEE THAT?

1572

MATTIS DIRECT BY MR. BOSTIC

01:14PM  1    A.  YES.

01:14PM  2    Q.  AND THAT READS, "ON DECEMBER 17TH, 2015, I PUBLISHED A

01:14PM  3    PROTRACTED CORRECTION TO THIS ARTICLE."

01:14PM  4        DO YOU SEE THAT?

01:14PM  5    A.  I DON'T THINK I -- I'M SEEING IT NOW.  I'M NOT SURE I SAW

01:14PM  6    THAT ON THE VERSION I READ.  I DID READ THE ARTICLE, BUT IT DID

01:14PM  7    NOT HAVE THAT.

01:14PM  8    Q.  AND THAT'S MY POINT.

01:14PM  9        DO YOU THINK YOU WOULD HAVE READ THIS ARTICLE AT THE TIME

01:14PM  10   IT CAME OUT IN JUNE OF 2014?

01:14PM  11   A.  OH, RIGHT.

01:14PM  12   Q.  AND SO THAT LINE WOULD NOT HAVE BEEN THERE AT THE TIME

01:14PM  13   THAT YOU READ IT; CORRECT?

01:14PM  14   A.  I WOULD NOT HAVE SEEN THAT, NO.

01:14PM  15   Q.  LET'S TURN TO PAGE 4 OF THIS EXHIBIT.

01:14PM  16       AND DO YOU SEE AN IMAGE DISPLAYED AS PART OF THAT ARTICLE?

01:14PM  17   A.  YES.

01:14PM  18   Q.  AND WHAT DOES THAT IMAGE DEPICT, IF YOU HAVE AN

01:14PM  19   UNDERSTANDING?

01:14PM  20   A.  I'M SORRY, MR. BOSTIC?

01:14PM  21   Q.  AND WHAT DOES THAT IMAGE DEPICT?

01:14PM  22   A.  THIS IS THE THAN NO -- THIS IS THE BLOOD SAMPLE SIZE.

01:15PM  23   Q.  AND THE CAPTION TO THAT IMAGE SAYS, "THERANOS CAN RUN AS

01:15PM  24   MANY AS 7 TESTS --" I'M SORRY, "70 TESTS ON A SAMPLE THIS

01:15PM  25   SIZE."

MATTIS DIRECT BY MR. BOSTIC                                                  1573

01:15PM   1          IS THAT CORRECT?

01:15PM   2     A.   RIGHT.

01:15PM   3     Q.   LET'S TURN TO PAGE 11 OF THIS ARTICLE.

01:15PM   4          THERE'S A LINE IN A PARAGRAPH BEGINNING, "THERANOS, WHICH

01:15PM   5     DOES NOT."

01:15PM   6          IF WE ZOOM IN THERE.

01:15PM   7          DO YOU SEE LANGUAGE READING, "THERANOS, WHICH DOES NOT BUY

01:15PM   8     ANY ANALYZERS FROM THIRD PARTIES, IS THEREFORE IN A UNIQUE

01:15PM   9     POSITION"?

01:15PM   10    A.   YES.

01:15PM   11    Q.   AND WAS THAT CONSISTENT WITH YOUR UNDERSTANDING AT THE

01:15PM   12    TIME?

01:15PM   13    A.   ABSOLUTELY.  I WAS ASSUMING WE WERE SHOWING THE OTHERS NOT

01:16PM   14    TO BE AS GOOD AS US, SO OF COURSE WE WERE USING OURS.

01:16PM   15    Q.   LET'S TURN BACK TO PAGE 6, PLEASE, IN THIS EXHIBIT.  LET'S

01:16PM   16    ZOOM IN ON THE TOP PARAGRAPH, PLEASE.

01:16PM   17         THERE'S LANGUAGE THERE THAT SAYS, "THERANOS'S TESTS CAN BE

01:16PM   18    PERFORMED ON JUST A FEW DROPS OF BLOOD, OR ABOUT 1/100TH TO

01:16PM   19    1/1,000TH OF THE AMOUNT THAT WOULD ORDINARILY BE REQUIRED."

01:16PM   20         DO YOU SEE THAT LANGUAGE?

01:16PM   21    A.   YES.

01:16PM   22    Q.   AND LET'S TURN THE PAGE TO PAGE 7.

01:16PM   23         LET'S ZOOM IN ON THE PARAGRAPH BEGINNING, "PRECISELY"

01:16PM   24    TOWARDS THE BOTTOM.

01:16PM   25         THE ARTICLE SAYS, "PRECISELY HOW THERANOS ACCOMPLISHES ALL

MATTIS DIRECT BY MR. BOSTIC                                    1574

01:16PM  1    OF THESE AMAZING FEATS IS A TRADE SECRET."

01:17PM  2         DO YOU SEE THAT?

01:17PM  3    A.   YES.

01:17PM  4    Q.   AND AS A MEMBER OF THE BOARD, DID YOU HAVE ANY OBLIGATIONS

01:17PM  5    TO PROTECT SECRET INFORMATION WITHIN THERANOS?

01:17PM  6    A.   THERE'S A DUTY OF CONFIDENTIALITY, YES.

01:17PM  7    Q.   AND DID YOU UNDERSTAND THAT AT THE TIME?

01:17PM  8    A.   ABSOLUTELY.

01:17PM  9    Q.   WHEN YOU WERE A MEMBER OF THE BOARD, WERE YOU EVER TOLD BY

01:17PM  10   MS. HOLMES THAT THERE WERE SOME FACTS THAT YOU WERE NOT ALLOWED

01:17PM  11   TO KNOW BECAUSE THEY WERE TRADE SECRETS?

01:17PM  12   A.   NO.

01:17PM  13   Q.   WOULD YOU HAVE BEEN SURPRISED TO HEAR THAT AT THE TIME?

01:17PM  14   A.   OH, I WOULD CERTAINLY WANT TO KNOW IF SHE SAID IT, BUT I

01:17PM  15   DON'T RECALL HER EVER SAYING IT SO.

01:17PM  16   Q.   AND IN YOUR VIEW WOULD CONFIDENTIAL INFORMATION HAVE BEEN

01:17PM  17   SAFE WITH YOU?

01:17PM  18   A.   I'VE MAINTAINED CONFIDENTIALITY OF A LOT OF SECRETS IN MY

01:17PM  19   CAREER.

01:17PM  20   Q.   AND DURING YOUR MILITARY CAREER, DID YOU HAVE THE

01:17PM  21   OPPORTUNITY TO BE PRIVY TO HIGHLY SENSITIVE INFORMATION, FOR

01:17PM  22   EXAMPLE?

01:17PM  23   A.   YES.

01:17PM  24   Q.   WOULD YOU HAVE TAKEN SERIOUSLY OR DID YOU TAKE SERIOUSLY

01:18PM  25   THE OBLIGATION AT THERANOS TO MAINTAIN THAT CONFIDENTIALITY?

MATTIS DIRECT BY MR. BOSTIC                                      1575

01:18PM  1    A.   OF COURSE.  WHEN I WENT ONTO THE BOARD, I WENT OUT AND

01:18PM  2    BOUGHT BOOKS ABOUT WHAT YOU DO AS A MEMBER OF A BOARD AND

01:18PM  3    STUDIED THEM.  IT'S HIGHLIGHTED IN EVERY BOOK ABOUT BOARD

01:18PM  4    MEMBER DUTIES.

01:18PM  5         FURTHER, WHEN I GOT THE CALL FROM THE PERSON WHO WANTED TO

01:18PM  6    TALK WITH ME, THE JOURNALIST, I WENT TO HER AND SAID NOW WHAT

01:18PM  7    CAN I SAY?  I WANTED TO MAKE CERTAIN HAVING RECEIVED A LOT OF

01:18PM  8    INFORMATION AT THE BOARD MEETING THAT I DIDN'T SPEAK ABOUT

01:18PM  9    THINGS WE NEEDED TO KEEP CONFIDENTIAL TO MAINTAIN OUR

01:18PM  10   COMPETITIVE EDGE.

01:18PM  11   Q.   I'D ASK YOU TO TURN IN YOUR BINDER TO PAGE 4196, PLEASE.

01:18PM  12        ONCE YOU'RE THERE, LET ME KNOW IF YOU RECOGNIZE IT.

01:19PM  13   A.   YES.

01:19PM  14   Q.   AND WHAT IS EXHIBIT 4196?

01:19PM  15   A.   IT'S A NOTE FROM MS. HOLMES TO ME FOR TALKING POINTS FOR A

01:19PM  16   CALL FROM A NEW YORKER CORRESPON -- OR REPORTER.

01:19PM  17   Q.   IS THIS AN EMAIL THAT YOU RECEIVED IN SEPTEMBER OF 2014?

01:19PM  18   A.   OH, YES.

01:19PM  19        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:19PM  20   ADMIT EXHIBIT 4196.

01:19PM  21        MR. DOWNEY:  NO OBJECTION.

01:19PM  22        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:19PM  23        (GOVERNMENT'S EXHIBIT 4196 WAS RECEIVED IN EVIDENCE.)

01:19PM  24   BY MR. BOSTIC:

01:19PM  25   Q.   GENERAL MATTIS, DO YOU SEE THE EMAIL THAT WE'VE BEEN

1576

MATTIS DIRECT BY MR. BOSTIC

01:19PM 1    TALKING ABOUT?

01:19PM 2    A.   RIGHT.

01:19PM 3    Q.   AND CAN YOU DESCRIBE FOR US THE PURPOSE OF THIS EMAIL AS

01:19PM 4    YOU UNDERSTOOD IT?

01:19PM 5    A.   YEAH.  I DON'T RECALL TALKING TO THIS REPORTER, BUT I MAY

01:19PM 6    HAVE.  I JUST DON'T REMEMBER.

01:19PM 7         AND THIS, AGAIN, IS MAKING CERTAIN THAT I KNOW WHAT I CAN

01:19PM 8    TALK ABOUT AND WHAT I CANNOT.

01:19PM 9         WE'RE GOING COMMERCIAL, WE'RE ROLLING IT OUT.  I DON'T

01:20PM 10   WANT TO INADVERTENTLY RELEASE INFORMATION THAT SHOULDN'T BE.

01:20PM 11   Q.   AND THIS EMAIL FROM MS. HOLMES SHE SAYS THAT FOR THAT

01:20PM 12   CONVERSATION, ANY QUESTIONS THAT HE ASKS YOU ABOUT, AND THEN

01:20PM 13   SHE LISTS THREE BULLET POINTS.  SHE SAYS YOU CAN LET HIM KNOW

01:20PM 14   WE DON'T TALK ABOUT THESE ON THE RECORD; IS THAT CORRECT?

01:20PM 15   A.   YES.

01:20PM 16   Q.   ONE OF THE THINGS THAT YOU WERE INSTRUCTED NOT TO TALK

01:20PM 17   ABOUT ON THE RECORD IS IN THE FIRST BULLET POINT WHERE IT SAYS

01:20PM 18   SPECIFIC DOD PROGRAMS?

01:20PM 19   A.   RIGHT.

01:20PM 20   Q.   IS DOD DEPARTMENT OF DEFENSE?

01:20PM 21   A.   YES.

01:20PM 22   Q.   AND AT THIS TIME IN SEPTEMBER OF 2014 WERE YOU AWARE OF

01:20PM 23   ANY SPECIFIC DOD PROGRAMS THAT YOU NEEDED TO KEEP OUT OF THIS

01:20PM 24   CONVERSATION?

01:20PM 25   A.   NO, BUT I WOULD NOT HAVE SPOKEN ABOUT THEM, EITHER.  BUT,

MATTIS DIRECT BY MR. BOSTIC

01:20PM  1     NO, I WAS NOT AWARE OF ANY.

01:20PM  2     Q.   BUT YOU'RE SAYING THAT YOU DIDN'T NEED TO BE TOLD TO KEEP

01:20PM  3     IT OUT OF THE CONVERSATION ANYHOW?

01:20PM  4     A.   WELL, SHE MAY HAVE BEEN CONTINUING WHAT I STARTED, THOUGH,

01:20PM  5     WITH THAT EFFORT AT THE PILOT PROJECT, BUT I DID NOT WANT TO

01:21PM  6     EVEN BE KEPT UP TO DATE ON THAT IN ORDER TO KEEP A FIREWALL

01:21PM  7     BETWEEN ME AND ANYTHING GOING ON WITH DOD.

01:21PM  8         SO I HAD NO PROBLEM WITH THIS GUIDANCE AT ALL.

01:21PM  9     Q.   OKAY.  THE SECOND BULLET POINT THERE SAYS ANOTHER THING

01:21PM  10    NOT TO BE TALKED ABOUT ON THE RECORD IS QUOTE, "HOW OUR

01:21PM  11    TECHNOLOGY WORKS."

01:21PM  12        DO YOU SEE THAT?

01:21PM  13    A.   YES.

01:21PM  14    Q.   AND IN PARENTHESIS IT SAYS, "IE THAT THERE IS A SINGLE

01:21PM  15    DEVICE THAT DOES ALL TESTS."

01:21PM  16        DO YOU SEE THAT?

01:21PM  17    A.   YES.

01:21PM  18    Q.   AND SO NOW WE'RE IN SEPTEMBER OF 2014.  WAS IT STILL YOUR

01:21PM  19    UNDERSTANDING AT THIS TIME THAT THERANOS HAD A SINGLE DEVICE

01:21PM  20    THAT PERFORMED ALL OF ITS TESTS?

01:21PM  21    A.   YEAH, I WAS -- I THOUGHT IT WAS RATHER STRANGE BECAUSE I

01:21PM  22    THOUGHT WE HAD BEEN KIND OF OUT FRONT THAT THERE'S A SINGLE

01:21PM  23    DEVICE AND WHY WOULD WE WANT TO HIDE THAT.

01:21PM  24        I WAS THINKING MAYBE WE'RE NOW TRYING TO PULL -- AND WE'VE

01:21PM  25    DONE THIS BEFORE IN THE MILITARY WHERE WE INADVERTENTLY

MATTIS DIRECT BY MR. BOSTIC

01:21PM  1    RELEASED SOMETHING AND WE SAY DON'T TALK ABOUT IT ANYMORE, WE

01:22PM  2    SHOULDN'T HAVE TALKED ABOUT THAT.

01:22PM  3        SO I THOUGHT IT DIDN'T BOTHER ME BECAUSE I DIDN'T CONSIDER

01:22PM  4    MYSELF A TECHNOLOGICAL EXPERT, AND I WASN'T GOING TO TALK ABOUT

01:22PM  5    SOMETHING I WASN'T AN EXPERT IN ANYWAY.

01:22PM  6    Q.   BUT AM I UNDERSTANDING YOU CORRECTLY THAT YOU WERE

01:22PM  7    SURPRISED THAT THIS WOULD EVEN BE A SECRET BECAUSE YOU THOUGHT

01:22PM  8    IT WAS KNOWN?

01:22PM  9    A.   WELL, YOU KNOW, IT'S -- WHEN YOU'RE IN A COMPETITIVE

01:22PM  10   MARKETPLACE, COMPETITIVE BALL GAME, COMPETITIVE BATTLE GROUND,

01:22PM  11   YOU HAVE TO ADAPT.  AND MAYBE THERE'S SOME REASON SHE DIDN'T

01:22PM  12   WANT TO REVEAL WE WERE DOING IT ON ONE DEVICE WAS THE WAY I

01:22PM  13   INTERPRETED IT AT THE TIME.

01:22PM  14   Q.   SO AT THIS TIME IN SEPTEMBER OF 2014 YOU HAD NOT BEEN TOLD

01:22PM  15   THAT THE COMPANY WAS USING THIRD PARTY ANALYZERS FOR MANY OF

01:22PM  16   ITS TESTS?

01:22PM  17   A.   I CANNOT RECALL WHEN I BECAME AWARE OF THAT.

01:22PM  18       AND WHEN I BECAME AWARE OF IT, I THOUGHT IT WAS VERY

01:22PM  19   LIMITED USE FOR INDIVIDUAL TESTS THAT PERHAPS WE HADN'T GOTTEN

01:23PM  20   CERTIFIED, WE WEREN'T AUTHORIZED YET TO RUN.

01:23PM  21       IN OTHER WORDS, IT WAS JUST -- THERE MIGHT HAVE BEEN SOME,

01:23PM  22   BUT I WAS STILL GOING BACK IN MY MIND TO THE 2,000 TESTS I

01:23PM  23   THOUGHT WE COULD RUN ON THE THERANOS ANALYZERS.

01:23PM  24   Q.   OKAY.  I WANT TO MAKE SURE WE'RE CLEAR ON THIS.

01:23PM  25       AT SOME POINT YOU DID LEARN THAT THERANOS WAS USING THIRD

MATTIS DIRECT BY MR. BOSTIC                           1579

01:23PM   1    PARTY ANALYZERS FOR SOME OF ITS TESTS; IS THAT CORRECT?

01:23PM   2    A.   THAT'S CORRECT.

01:23PM   3    Q.   AND WHAT WAS YOUR UNDERSTANDING AT THAT TIME ABOUT THE

01:23PM   4    PROPORTION OF THERANOS'S TESTS THAT NEEDED TO BE RUN ON THIRD

01:23PM   5    PARTY DEVICES?

01:23PM   6    A.   THAT IT WAS A VERY LIMITED NUMBER THAT WERE NOT -- THE

01:23PM   7    ASSAYS WERE NOT YET ACCEPTED BY THE REGULATORY AGENCIES.

01:23PM   8    Q.   WHEN YOU SAY THAT THERE WAS A LIMITED NUMBER THAT WERE NOT

01:23PM   9    YET ACCEPTED BY THE REGULATORY AGENCIES, DOES THAT MEAN YOU

01:24PM   10   UNDERSTOOD THAT THE ONLY HURDLE TO USING THOSE TESTS WOULD BE

01:24PM   11   REGULATORY APPROVAL?

01:24PM   12   A.   YES, THAT WAS MY IMPRESSION AT THE TIME.

01:24PM   13   Q.   AND AS YOU UNDERSTOOD IT BASED ON INFORMATION FROM

01:24PM   14   MS. HOLMES, WAS THE THERANOS DEVICE CAPABLE OF RUNNING THOSE

01:24PM   15   ADDITIONAL TESTS?

01:24PM   16   A.   YEAH.  I ASSUMED IT WAS FOR 2,000 TESTS.  BUT HAVING RUN

01:24PM   17   INTO REGULATORY ISSUES TRYING TO DO A PILOT PROJECT, I WAS

01:24PM   18   UNDERSTANDING IT MIGHT TAKE A WHILE TO GET EVERY ONE OF THEM

01:24PM   19   THROUGH, AND THIS IS A VERY REGULATED INDUSTRY, AND IT MAY TAKE

01:24PM   20   A WHILE TO GET EVERY ONE OF THEM THROUGH THE APPROVAL PROCESS.

01:24PM   21   Q.   I'LL ASK YOU TO LOOK AT EXHIBIT 5408, PLEASE.

01:25PM   22        DO YOU HAVE IT IN FRONT OF YOU?

01:25PM   23   A.   YES.

01:25PM   24   Q.   AND DO YOU RECOGNIZE IT?

01:25PM   25   A.   YES.

MATTIS DIRECT BY MR. BOSTIC                                1580

01:25PM  1    Q.   AND WHAT IS EXHIBIT 5408?

01:25PM  2    A.   THIS IS A NOTE FROM HEATHER KING, WHO MS. HOLMES HAD

01:25PM  3    HIRED, TO ALL OF US ON THE BOARD ABOUT "THE

01:25PM  4    WALL STREET JOURNAL" REPORTER JOHN CARREYROU.

01:25PM  5    Q.   AND WAS HEATHER KING AN ATTORNEY?

01:25PM  6    A.   I'M SORRY?

01:25PM  7    Q.   DO YOU KNOW WHETHER HEATHER KING WAS AN ATTORNEY FOR

01:25PM  8    THERANOS?

01:25PM  9    A.   I BELIEVE SO.

01:25PM 10           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:25PM 11    ADMIT EXHIBIT 5408.

01:25PM 12           MR. DOWNEY:  NO OBJECTION.

01:25PM 13           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:25PM 14    (GOVERNMENT'S EXHIBIT 5408 WAS RECEIVED IN EVIDENCE.)

01:25PM 15           MR. BOSTIC:  IF WE CAN ZOOM IN, MS. HOLLIMAN, ON THE

01:25PM 16    TEXT OF THE EMAIL, PLEASE.

01:25PM 17    Q.   GENERAL MATTIS, DO YOU SEE THAT THIS IS AN EMAIL SENT TO

01:26PM 18    THE BOARD -- ACTUALLY, SORRY, MS. HOLLIMAN.

01:26PM 19         IF WE CAN CAPTURE THE DATE OF THIS EMAIL AS WELL.

01:26PM 20         GENERAL MATTIS, IS THIS AN EMAIL THAT YOU AND OTHER

01:26PM 21    MEMBERS OF THE BOARD RECEIVED ON AUGUST 1ST, 2015, FROM

01:26PM 22    HEATHER KING?

01:26PM 23    A.   YES.

01:26PM 24    Q.   AND CAN YOU DESCRIBE THE SUBSTANCE OF THE EMAIL FOR US,

01:26PM 25    PLEASE?

1581

MATTIS DIRECT BY MR. BOSTIC

01:26PM 1    A.   BASICALLY THERE WAS A REPORTER WHO WAS DEFAMING THE

01:26PM 2    COMPANY AND WAS EXPOSING TRADE SECRETS.

01:26PM 3         I HAD NOT TALKED WITH HIM.  I'M NOT AWARE THAT HE TRIED TO

01:26PM 4    GET AHOLD OF ME.  HE MAY HAVE.

01:26PM 5         BUT I DID NOT TAKE THE PHONE CALL.  I JUST DON'T RECALL

01:26PM 6    HIM EVER TRYING TO TALK TO ME.

01:26PM 7    Q.   AND IN THIS EMAIL THE BOARD IS BEING INSTRUCTED NOT TO

01:26PM 8    SPEAK TO THAT JOURNALIST; CORRECT?

01:26PM 9    A.   UH-HUH.  THAT'S CORRECT.

01:26PM 10   Q.   AND WAS THIS DIFFERENT FROM THERANOS'S APPROACH TO OTHER

01:27PM 11   JOURNALISTS IN THE PAST AS WE'VE BEEN DISCUSSING?

01:27PM 12   A.   OH, YES.  I MEAN, HE APPEARED TO BE GOING AFTER THE

01:27PM 13   COMPANY, AND SO SHE DIDN'T WANT US TALKING WITH HIM.

01:27PM 14   Q.   AND I'LL ASK YOU TO LOOK AT EXHIBIT 2611, PLEASE.

01:27PM 15        YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT THIS EXHIBIT.  I

01:27PM 16   UNDERSTAND IT'S BEEN STIPULATED TO.

01:27PM 17            MR. DOWNEY:  YES, YOUR HONOR.  NO OBJECTION.

01:27PM 18            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:27PM 19        (GOVERNMENT'S EXHIBIT 2611 WAS RECEIVED IN EVIDENCE.)

01:27PM 20   BY MR. BOSTIC:

01:27PM 21   Q.   SO WE'VE GONE BACK IN TIME TO A COUPLE EMAILS, AND WE'RE

01:27PM 22   NOW AT JULY 14TH, 2015; CORRECT?

01:27PM 23   A.   YES.

01:27PM 24   Q.   AND DO YOU KNOW WHETHER YOU WERE PRESENT AT THE JULY 2015

01:27PM 25   BOARD MEETING AT THERANOS?

1582

MATTIS DIRECT BY MR. BOSTIC

01:27PM  1    A.   I'M NOT SURE I WAS.  I THINK I WAS.

01:28PM  2    Q.   I'LL ASK YOU --

01:28PM  3    A.   I THINK I ONLY MISSED ONE MEETING DURING MY TIME ON THE

01:28PM  4    BOARD BECAUSE I WAS -- I HAD -- I WAS OVERSEAS, AND I COULDN'T

01:28PM  5    GET BACK.

01:28PM  6    Q.   ALL RIGHT.  I'LL DIRECT YOUR ATTENTION TO PAGE 5 OF THIS

01:28PM  7    EXHIBIT, AND THERE'S A TITLE CHARTERING THE BOARD OF

01:28PM  8    COUNSELORS.

01:28PM  9         DO YOU SEE THAT?

01:28PM  10   A.   UH-HUH.

01:28PM  11   Q.   AND DO YOU KNOW WHAT THE BOARD OF COUNSELORS WERE AT

01:28PM  12   THERANOS?

01:28PM  13   A.   WELL, WE WERE LOOKING AT NOW THAT THE COMPANY WAS MATURING

01:28PM  14   AND IT WAS NO LONGER A STARTUP, WE WERE STARTING TO PUT IN

01:28PM  15   PLACE INTERNAL CONTROLS, INTERNAL SOP'S, THAT SORT OF THING.

01:28PM  16        AND MS. HOLMES IS ADJUSTING THE OVERSIGHT AND CORPORATE

01:28PM  17   BOARD TO ADAPT TO THE EXPANDING ROLE OF THE COMPANY IS HOW I

01:28PM  18   LOOKED AT IT AT THE TIME.

01:28PM  19   Q.   THE FIRST BULLET POINT UNDER CHARTERING THE BOARD OF

01:29PM  20   COUNSELORS READS DUTY OF LOYALTY.

01:29PM  21        DO YOU SEE THAT?

01:29PM  22   A.   YES.

01:29PM  23   Q.   AND IF WE TURN THE PAGE AND WE CAN LOOK AT PAGE 6 OF THIS

01:29PM  24   EXHIBIT THERE'S A SLIDE TITLED DUTY OF LOYALTY.

01:29PM  25        DO YOU SEE THAT?

MATTIS DIRECT BY MR. BOSTIC                                            1583

01:29PM   1    A.   YES.

01:29PM   2    Q.   AND THE CONTENT IS REDACTED.

01:29PM   3         BUT MY QUESTION FOR YOU IS DO YOU RECALL A DISCUSSION,

01:29PM   4    INCLUDING THE THERANOS BOARD, ABOUT THE DUTY OF LOYALTY?

01:29PM   5    A.   VAGUELY.  I DO RECALL IT.  I DON'T RECALL THE DETAILS

01:29PM   6    RIGHT NOW, AND I DON'T KNOW WHY IT'S REDACTED, BUT I REALLY

01:29PM   7    CAN'T FILL IN THAT -- WHAT IS MISSING.

01:29PM   8    Q.   THAT'S OKAY.

01:29PM   9         DO YOU REMEMBER YOUR REACTION AT THE TIME TO THIS

01:29PM   10   PRESENTATION ABOUT THE DUTY OF LOYALTY?

01:29PM   11   A.   WELL, MAYBE A QUESTION IN MY MIND IS THIS NEEDED WAS I

01:29PM   12   LOOKED AROUND THE ROOM AND WHO WAS IN THE ROOM BESIDE ME.

01:29PM   13        BUT, YOU KNOW, WHEN YOU'RE ON A BOARD LIKE THIS, YOU'RE

01:30PM   14   THERE TO HELP THE CEO.  YOU'RE TRYING TO ASSIST AS BEST YOU

01:30PM   15   CAN.

01:30PM   16        AND IF SHE FELT THAT WAS NECESSARY TO BRING UP, THEN YOU

01:30PM   17   SHOULD AT LEAST GIVE IT SOME ATTENTION.

01:30PM   18   Q.   OKAY.  WE CAN TAKE THAT DOWN.  THANK YOU, MS. HOLLIMAN.

01:30PM   19        DO YOU RECALL LATER IN 2015 THE JOURNALIST THAT WAS

01:30PM   20   REFERENCED IN THAT EMAIL DID PUBLISH AN ARTICLE ABOUT THERANOS?

01:30PM   21   A.   YES.  YES.

01:30PM   22   Q.   AND DID YOU READ THAT ARTICLE?

01:30PM   23   A.   I DID.

01:30PM   24   Q.   AND DID YOU READ IT AS SOON AS IT CAME OUT?

01:30PM   25   A.   I'M SORRY?

MATTIS DIRECT BY MR. BOSTIC                                    1584

01:30PM  1    Q.   DID YOU READ IT AS SOON AS IT CAME OUT?

01:30PM  2    A.   PROBABLY WITHIN 24 HOURS, YES.

01:30PM  3    Q.   AND IT INCLUDED SOME FACTS OR CLAIMS ABOUT THE COMPANY; IS

01:30PM  4    THAT CORRECT?

01:30PM  5    A.   RIGHT.

01:30PM  6    Q.   WOULD YOU DESCRIBE THAT ARTICLE AS FAVORABLE TO THE

01:30PM  7    COMPANY OR UNFAVORABLE?

01:30PM  8    A.   UNFAVORABLE.

01:31PM  9    Q.   I'LL ASK YOU TO LOOK AT EXHIBIT 4553, PLEASE.

01:31PM 10    A.   4553?

01:31PM 11    Q.   4553.

01:31PM 12         DO YOU RECOGNIZE THAT DOCUMENT?

01:31PM 13    A.   YES.

01:31PM 14    Q.   AND WHAT IS EXHIBIT 4553?

01:31PM 15    A.   IT'S WITH MS. HOLMES, AND MR. BALWANI, AND HEATHER KING,

01:31PM 16    AND ALL OF THE MEMBERS OF THE BOARD TALKING ABOUT WHAT WE'RE

01:31PM 17    DOING IN RESPONSE TO THE ARTICLE AND THE ALLEGATIONS HERE.

01:31PM 18    Q.   I'LL ASK YOU TO LOOK AT PAGE 2 OF THIS EXHIBIT.

01:31PM 19         ACTUALLY, YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT

01:31PM 20    EXHIBIT 4553.

01:32PM 21              MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

01:32PM 22              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:32PM 23         (GOVERNMENT'S EXHIBIT 4553 WAS RECEIVED IN EVIDENCE.)

01:32PM 24              MR. BOSTIC:  MS. HOLLIMAN, LET'S PROJECT PAGE 2 OF

01:32PM 25    THIS EXHIBIT, PLEASE.

MATTIS DIRECT BY MR. BOSTIC                                      1585

01:32PM   1    Q.   GENERAL MATTIS, GENERALLY SPEAKING IS THIS AN EMAIL

01:32PM   2    DISCUSSION INCLUDING THE BOARD ABOUT THE CONTENT OF "THE

01:32PM   3    WALL STREET JOURNAL" ARTICLE AND THE COMPANY'S RESPONSE?

01:32PM   4    A.   WELL, LET ME READ THROUGH IT HERE AND SEE IF THAT'S THE

01:32PM   5    ONLY --

01:32PM   6    Q.   PLEASE.  TAKE YOUR TIME.

01:32PM   7         (PAUSE IN PROCEEDINGS.)

01:32PM   8              THE WITNESS:  WELL, IT'S A LOT OF THE STANDARD, WHAT

01:32PM   9    THERANOS IS ABOUT, WHAT WE DO, BUT IT IS IN RESPONSE TO "THE

01:32PM   10   WALL STREET JOURNAL."

01:32PM   11   BY MR. BOSTIC:

01:32PM   12   Q.   IF I COULD DIRECT YOUR ATTENTION TO PAGE 2 OF THE EXHIBIT

01:32PM   13   AND TOWARDS THE BOTTOM.

01:32PM   14        LET'S HIGHLIGHT A MESSAGE FROM MR. KOVACEVICH.

01:33PM   15   A.   RIGHT.

01:33PM   16   Q.   AND LET'S START ONE ABOVE THAT, MS. HOLLIMAN.

01:33PM   17        THANK YOU.  THAT'S GOOD?

01:33PM   18        DO YOU SEE HERE AN EMAIL THAT WAS SENT FROM

01:33PM   19   MR. KOVACEVICH?

01:33PM   20   A.   OKAY.

01:33PM   21   Q.   AND WAS HE A MEMBER OF THE THERANOS BOARD?

01:33PM   22   A.   YES.

01:33PM   23   Q.   AND WHO WERE THE OTHER INDIVIDUALS THAT THIS EMAIL WAS

01:33PM   24   SENT TO JUST GENERALLY SPEAKING?

01:33PM   25   A.   YES.

MATTIS DIRECT BY MR. BOSTIC                                    1586

01:33PM   1    Q.   AND WHO WERE THE INDIVIDUALS WHO RECEIVED THIS EMAIL IF

01:33PM   2    YOU CAN TELL?

01:33PM   3    A.   WILLIAM FOEGE, FORMER DIRECTOR OF THE CENTER OF DISEASE

01:33PM   4    CONTROL, DR. PERRY.

01:33PM   5         I'M NOT SURE ON THE K. MATTHEWS.

01:33PM   6    Q.   GENERALLY SPEAKING, WERE THESE OTHER MEMBERS OF THE

01:34PM   7    THERANOS BOARD OF DIRECTORS?

01:34PM   8    A.   YES.  FOR CERTAIN ON DR. PERRY AND DR. FOEGE.

01:34PM   9    Q.   AND SOME EMAIL ADDRESSES ARE REDACTED HERE SO IT WILL BE

01:34PM  10    DIFFICULT FOR YOU TO SEE ALL OF THEM.

01:34PM  11    A.   I SEE.

01:34PM  12    Q.   AND THE TEXT OF THIS EMAIL SAYS, "SO WHEN BLOOD IS

01:34PM  13    WITHDRAWN IN VENOUS TUBES DO I UNDERSTAND CORRECTLY THAT THE

01:34PM  14    TESTS ARE THEN DONE ON LAB LIKE EQUIPMENT AND NOT EDISON AND

01:34PM  15    THOSE ARE SENT TO CLIA FOR TESTING WHILE EDISON IS ONLY BEING

01:34PM  16    USED FOR THE FDA TESTS"?

01:34PM  17         DO YOU SEE THAT?

01:34PM  18    A.   YES.

01:34PM  19    Q.   AND, FIRST OF ALL, THERE'S A MENTION OF EDISON.  WHAT WAS

01:34PM  20    YOUR UNDERSTANDING OF WHAT EDISON MEANT?

01:34PM  21    A.   THE THERANOS ANALYZER.

01:34PM  22    Q.   THAT WAS THE THERANOS MANUFACTURED ANALYZER?

01:34PM  23    A.   OH, THE THERANOS MANUFACTURED ANALYZER, YES.

01:34PM  24    Q.   MR. KOVACEVICH HERE APPEARS TO BE ASKING ABOUT HOW

01:34PM  25    THERANOS USES VENOUS SAMPLES AND WHAT EQUIPMENT VENOUS SAMPLES

MATTIS DIRECT BY MR. BOSTIC

01:35PM  1    ARE PROCESSED ON; RIGHT?

01:35PM  2    A.   YES.

01:35PM  3    Q.   AND WAS THAT SOMETHING THAT YOU ALSO HAD QUESTIONS ABOUT

01:35PM  4    FOLLOWING THE PUBLICATION OF THIS "WALL STREET JOURNAL"

01:35PM  5    ARTICLE?

01:35PM  6    A.   YES.  I HADN'T GOTTEN THIS EMAIL, AND WHEN I GOT TO IT I

01:35PM  7    WENT UP AND FOUND HIS AND WAS VERY FOCUSSED ON HIS QUESTION.

01:35PM  8    HE ASKED THE QUESTION THAT HAD COME TO MY MIND AS WELL.

01:35PM  9    Q.   WAS THIS AN IMPORTANT QUESTION IN YOUR MIND?

01:35PM  10   A.   ABSOLUTELY.

01:35PM  11   Q.   WHY?

01:35PM  12   A.   BECAUSE UP UNTIL THIS TIME I ASSUMED THAT WHEN WE TALKED

01:35PM  13   ABOUT THERANOS WE WERE NOT TALKING ABOUT THERANOS ANALYZER AND

01:35PM  14   OTHER THIRD PARTY ANALYZERS, IT WAS ABOUT THE THERANOS ANALYZER

01:35PM  15   STANDING ALONE.  THAT HAD BEEN MY UNDERSTANDING FROM MY FIRST

01:35PM  16   INTRODUCTION TO THE THERANOS TECHNOLOGY, AND IT WAS THE REASON

01:35PM  17   IN THE FIRST BOARD MEETING I WENT TO THAT WE COULD SAY THAT WE

01:35PM  18   ARE FASTER, WE ARE MORE ACCURATE.  SO WE WERE PUTTING OUR

01:35PM  19   REPUTATION AT RISK.  AND REPUTATIONAL RISK IS SOMETHING THAT I

01:36PM  20   PAY A LOT OF ATTENTION TO COMING FROM MY FORMATIVE BACKGROUND.

01:36PM  21   Q.   I'LL ASK YOU TO LOOK AT PAGE 1 OF THIS SAME EXHIBIT.

01:36PM  22        MS. HOLLIMAN, LET'S ZOOM IN ON THE BOTTOM MESSAGE, PLEASE.

01:36PM  23        DO YOU SEE ANOTHER EMAIL FROM MR. KOVACEVICH IN THIS SAME

01:36PM  24   EMAIL THREAD?

01:36PM  25   A.   YES.

MATTIS DIRECT BY MR. BOSTIC                                           1588

01:36PM   1    Q.   AND HE FOLLOWS UP ON HIS PREVIOUS QUESTION.  THE SECOND

01:36PM   2    SENTENCE SAYS, "I AM STILL CONFUSED, HOWEVER, REGARDING MY

01:36PM   3    PREVIOUS EMAIL.  AT THIS MOMENT HOW MANY OF OUR CUSTOMER

01:36PM   4    SUBMISSIONS ARE BEING TESTED ON LAB EQUIPMENT VERSUS EDISON?"

01:36PM   5         DO YOU SEE THAT?

01:36PM   6    A.   YES.

01:36PM   7    Q.   AND WAS THIS A QUESTION THAT YOU HAD AT THIS TIME?

01:36PM   8    A.   EXACTLY.

01:36PM   9    Q.   AND WAS THIS AN IMPORTANT QUESTION TO YOU?

01:37PM   10   A.   ABSOLUTELY.

01:37PM   11   Q.   AT THIS TIME IN OCTOBER OF 2015, IS THIS SOMETHING THAT

01:37PM   12   YOU AND THE BOARD HAD NOT HAD A CLEAR UNDERSTANDING OF?

01:37PM   13   A.   I CAN'T SPEAK FOR THE BOARD, BUT I CERTAINLY HAD NOT.

01:37PM   14   Q.   AND YOU SAID THAT YOU HAD BEEN PRESENT AT ALL OF THE BOARD

01:37PM   15   MEETINGS SAVE FOR MAYBE ONE; IS THAT CORRECT?

01:37PM   16   A.   RIGHT.

01:37PM   17   Q.   AND LET'S ZOOM OUT AND THEN ZOOM IN ON THE TEXT OF

01:37PM   18   MS. HOLMES'S RESPONSE, PLEASE.  SO THE TOP TWO-THIRDS OF THIS

01:37PM   19   PAGE.

01:37PM   20        GENERAL MATTIS, IS THIS MS. HOLMES'S RESPONSE TO THE

01:37PM   21   QUESTIONS THAT WE'VE JUST LOOKED AT?

01:37PM   22   A.   RIGHT, YES, IT IS.

01:37PM   23   Q.   AND I'LL DRAW YOUR ATTENTION TO A FEW PORTIONS OF THIS

01:37PM   24   RESPONSE, PLEASE.

01:37PM   25        IN THE TOP PARAGRAPH MS. HOLMES SAYS, "THAT'S CORRECT --

MATTIS DIRECT BY MR. BOSTIC                                    1589

01:38PM   1    WE ARE AT AN EXACT MOMENT IN TIME RIGHT NOW WHERE WE'VE JUST

01:38PM   2    TRANSITIONED FROM OPERATING UNDER THE TRADITIONAL LABORATORY

01:38PM   3    FRAMEWORK TO THE FDA FRAMEWORK.  THIS IS WHAT THE LABORATORIES

01:38PM   4    HAVE BEEN THREATENING TO SUE FDA ABOUT TO PREVENT SUCH A

01:38PM   5    TRANSITION FROM BEING REQUIRED FOR THEM.  WE ARE THE FIRST LAB

01:38PM   6    TO DO THIS."

01:38PM   7         DO YOU SEE THAT LANGUAGE?

01:38PM   8    A.   YES.

01:38PM   9    Q.   AND SHE GOES ON TO SAY, "PART OF THIS TRANSITION MEANS

01:38PM  10    MOVING ALL OPERATIONS FROM THE CLIA QUALITY SYSTEMS TO THE FDA

01:38PM  11    QUALITY SYSTEMS."

01:38PM  12         DO YOU SEE THAT?

01:38PM  13    A.   YES.

01:38PM  14    Q.   SHE SAYS, "BY DEFINITION, IT IS NOT POSSIBLE TO OPERATE

01:38PM  15    UNDER BOTH POLICIES AT THE SAME TIME."

01:38PM  16    A.   YES.

01:38PM  17    Q.   AND WHAT WAS YOUR UNDERSTANDING FROM MS. HOLMES'S RESPONSE

01:38PM  18    TO THESE QUESTIONS?

01:38PM  19    A.   I WAS STILL CONFUSED, BUT I WAS AWARE AT THIS POINT THAT

01:38PM  20    IT IS PROBABLY MORE THAN A COUPLE OF TESTS, A COUPLE OF ASSAYS.

01:39PM  21    IT WAS MORE THAN THAT.

01:39PM  22         AND SO MY IMPRESSION WAS THAT WE HAD AT A MINIMUM A

01:39PM  23    PROBLEM WITH WHAT WE HAD BEEN SAYING, AND SO IT WAS TIME TO GO

01:39PM  24    HELP THE CEO.

01:39PM  25    Q.   YOU FELT THAT WAS YOUR ROLE AS A BOARD MEMBER?

MATTIS DIRECT BY MR. BOSTIC

01:39PM  1    A.   I'M SORRY?

01:39PM  2    Q.   YOU FELT THAT WAS YOUR ROLE AS A BOARD MEMBER?

01:39PM  3    A.   ABSOLUTELY.

01:39PM  4    Q.   AND MS. HOLMES'S RESPONSE SAYS WE ARE AT AN EXACT MOMENT

01:39PM  5    IN TIME RIGHT NOW WHERE WE'VE JUST TRANSITIONED FROM ONE

01:39PM  6    FRAMEWORK TO ANOTHER; CORRECT?

01:39PM  7    A.   UH-HUH.

01:39PM  8    Q.   AND WHAT DID THAT CAUSE YOU TO THINK, IF ANYTHING, ABOUT

01:39PM  9    WHETHER THIS SITUATION WAS TEMPORARY OR NOT?

01:39PM  10   A.   WHAT WAS THE LAST PART OF YOUR QUESTION?

01:39PM  11   Q.   SURE.  WHAT DID THAT LANGUAGE CAUSE YOU TO THINK ABOUT

01:39PM  12   WHETHER THIS SITUATION WAS TEMPORARY OR NOT, THERANOS'S USE OF

01:39PM  13   VEIN DRAWS?

01:39PM  14   A.   WELL, THE LANGUAGE WAS THAT WE HAD APPARENTLY BEEN USING

01:40PM  15   VENOUS, AND I THOUGHT BECAUSE WE WERE UNDER CLIA AND WE WERE

01:40PM  16   TRANSITIONING NOW WHOLLY OVER TO THERANOS AND KIND OF GOT

01:40PM  17   CAUGHT IN MID STRIDE AT THIS POINT AND PROBABLY CONFUSED THE

01:40PM  18   REPORTER IS WHAT I WAS THINKING.

01:40PM  19   Q.   FROM MS. HOLMES'S -- EXCUSE ME.

01:40PM  20        FROM MS. HOLMES'S EMAIL RESPONSE DID YOU HAVE ANY SENSE

01:40PM  21   THAT THE COMPANY'S USE OF VEIN DRAWS MIGHT BE BECAUSE OF

01:40PM  22   LIMITATIONS IN THE THERANOS TECHNOLOGY?

01:40PM  23   A.   I THINK AT THAT TIME I WAS THINKING IT WAS PROBABLY A

01:40PM  24   REGULATORY PERMISSION, THAT OUR GEAR WAS WORKING BUT YOU WERE

01:40PM  25   STILL WORKING TO GET THINGS APPROVED AND TRYING TO GET THERANOS

MATTIS DIRECT BY MR. BOSTIC                                    1591

01:40PM   1    APPROVED FOR EACH OF THE DIFFERENT TESTS.

01:40PM   2        BUT I STILL THOUGHT WE HAD A REPUTATION PROBLEM HERE, AN

01:40PM   3    INTEGRITY PROBLEM, MANAGERIAL INTEGRITY THAT WE WERE GOING TO

01:41PM   4    BE EXPOSED.  I THOUGHT ALL ALONG THAT WE WERE DOING IT ON

01:41PM   5    THERANOS GEAR.  I MEAN, I WAS A MEMBER OF THE BOARD AND I

01:41PM   6    THOUGHT THAT.

01:41PM   7    Q.   AND LET ME JUST ASK MORE DIRECTLY.  AT THIS TIME DID

01:41PM   8    MS. HOLMES EVER TELL THE BOARD WE USE THIRD PARTY DEVICES

01:41PM   9    BECAUSE THE EDISON CAN'T RUN MANY OF THE DEVICES THAT WE OFFER?

01:41PM   10   A.   NO, IT WAS NEVER PRESENTED LIKE THAT.

01:41PM   11       AS YOU CAN SEE SHE'S SAYING WE'RE TRANSITIONING.  THERE IS

01:41PM   12   STILL A SENSE OF CONFIDENCE.  OBVIOUSLY WE WOULDN'T TRANSITION

01:41PM   13   TO SOMETHING THAT IS NOT WORKING.

01:41PM   14   Q.   I'LL ASK YOU TO LOOK AT EXHIBIT 2932, PLEASE, 2932.  LET

01:42PM   15   ME KNOW ONCE YOU'RE THERE.

01:42PM   16       DO YOU HAVE EXHIBIT 2932 IN FRONT OF YOU?

01:42PM   17   A.   YES.

01:42PM   18   Q.   AND DO YOU RECOGNIZE IT?

01:42PM   19   A.   YES.

01:42PM   20   Q.   AND IS THIS ANOTHER EMAIL OR ANOTHER EMAIL CHAIN INCLUDING

01:42PM   21   MEMBERS OF THE BOARD AND MS. HOLMES FOLLOWING THE PUBLICATION

01:42PM   22   OF THIS ARTICLE?

01:42PM   23   A.   RIGHT.

01:42PM   24       MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:42PM   25   ADMIT EXHIBIT 2932.

MATTIS DIRECT BY MR. BOSTIC                                    1592

01:42PM   1              MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

01:42PM   2              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:42PM   3         (GOVERNMENT'S EXHIBIT 2932 WAS RECEIVED IN EVIDENCE.)

01:42PM   4              MR. BOSTIC:  MS. HOLLIMAN, IF WE COULD START WITH

01:42PM   5    PAGE 3, PLEASE.

01:42PM   6         IF WE CAN ZOOM IN ON THE MESSAGE ON THE TOP HALF OF THE

01:43PM   7    PAGE WHERE IT SAYS "THIS IS A VERY NICE STATEMENT."

01:43PM   8              THE WITNESS:  YES.

01:43PM   9    BY MR. BOSTIC:

01:43PM  10    Q.   FIRST OF ALL, THIS IS FROM WILLIAM PERRY.

01:43PM  11         DO YOU SEE THAT?

01:43PM  12    A.   YES.

01:43PM  13    Q.   AND HE WRITES TO MS. HOLMES AND THE BOARD, "THIS IS A VERY

01:43PM  14    NICE STATEMENT, BUT DOES NOT REALLY ADDRESS THE MOST CRITICAL

01:43PM  15    ISSUE; NAMELY THE ALLEGATIONS THAT THERANOS'S MACHINE, EDISON,

01:43PM  16    MIGHT BE GIVING FAULTY READINGS."

01:43PM  17         DO YOU SEE THAT?

01:43PM  18    A.   YES.

01:43PM  19    Q.   AND DO YOU RECALL DISCUSSIONS ABOUT ACCURACY PROBLEMS WITH

01:43PM  20    THE EDISON AT THAT TIME?

01:43PM  21    A.   THAT WAS A CONCERN WITH SEVERAL OF US ON THE BOARD.

01:43PM  22    Q.   AND WILLIAM PERRY SAYS THIS IS THE MOST CRITICAL ISSUE.

01:43PM  23         DID YOU AGREE WITH HIM AT THE TIME THAT ACCURACY OF THE

01:43PM  24    EDISON WAS THE MOST CRITICAL ISSUE?

01:43PM  25    A.   ABSOLUTELY.  MEDICAL ISSUES, YOU'RE DEALING WITH PEOPLE'S

MATTIS DIRECT BY MR. BOSTIC

01:43PM  1    LIVES.  ABSOLUTELY CRITICAL.

01:43PM  2    Q.    AND WILLIAM PERRY GOES ON TO SAY, "THERANOS NEEDS TO

01:44PM  3    URGENTLY ADDRESS THAT ISSUE AND PUT IT TO REST WITH OBJECTIVE

01:44PM  4    DATA."

01:44PM  5        DO YOU SEE THAT?

01:44PM  6    A.    YES.

01:44PM  7    Q.    AND HE RECOMMENDS THAT THE COMPANY USE AN INDEPENDENT

01:44PM  8    AGENCY TO CONDUCT BLIND TESTS.

01:44PM  9        DO YOU SEE THAT?

01:44PM  10   A.    YES.

01:44PM  11   Q.    AND DID YOU AGREE WITH THAT RECOMMENDATION?

01:44PM  12   A.    100 PERCENT.  FROM MY FIRST DAYS ON THE BOARD IT HAD BEEN

01:44PM  13   INDEPENDENT AGENCIES, FDA, YOU KNOW, JOHNS HOPKINS, OTHERS,

01:44PM  14   THAT WE WERE ABLE TO POINT TO SAY THAT IT DOES WORK.  AND SO WE

01:44PM  15   NEEDED TO GET SOME THIRD PARTIES IN THERE, CREDIBLE THIRD

01:44PM  16   PARTIES TO GIVE US CREDENCE AGAIN.

01:44PM  17   Q.    OKAY.  WE CAN TAKE THAT DOWN.  THANK YOU, MS. HOLLIMAN.

01:44PM  18       THAT INDEPENDENT THIRD PARTY VERIFICATION -- FAST

01:44PM  19   FORWARDING AHEAD A LITTLE BIT.  TO YOUR KNOWLEDGE DID THAT WORK

01:44PM  20   EVER ACTUALLY TAKE PLACE?  WAS THERANOS'S ACCURACY EVER

01:45PM  21   CONFIRMED SUFFICIENTLY BY A THIRD PARTY AFTER THIS TIME?

01:45PM  22   A.    I DON'T BELIEVE SO.  FROM MY KNOWLEDGE, NO.

01:45PM  23       BUT THERE WAS THE THIRD PARTY VALIDATION FROM THE

01:45PM  24   OCTOBER 2013 BOARD MEETING THAT WAS CITED THAT I STILL TOOK IN

01:45PM  25   GOOD FAITH THAT THOSE EXCERPTS WERE ACCURATE STATEMENTS FROM

MATTIS DIRECT BY MR. BOSTIC

| | | |
|---|---|---|
| 01:45PM | 1 | JOHNS HOPKINS AND W.H.O. THAT THEY VALIDATED THERANOS.  AND |
| 01:45PM | 2 | WHEN THERANOS WAS USED, I ASSUMED THAT WAS THE THERANOS |
| 01:45PM | 3 | ANALYZER THAT WAS BEING VALIDATED. |
| 01:45PM | 4 | Q.   OKAY.  SO YOU STILL CREDITED THE EARLIER CLAIMS AT THIS |
| 01:45PM | 5 | TIME AT LEAST? |
| 01:45PM | 6 | A.   NO.  NOW I'M IN THE QUESTIONING MODE, BUT THAT'S WHERE I |
| 01:45PM | 7 | HAD THIRD PARTY VALIDATED FROM, IT WAS FROM TWO YEARS BEFORE. |
| 01:45PM | 8 | IT WAS NOT AT THIS POINT OR AFTER THIS. |
| 01:45PM | 9 | Q.   AND CAN YOU TELL US MORE ABOUT THIS.  HAD YOUR THINKING |
| 01:46PM | 10 | ABOUT THE TRUTH OF THOSE CLAIMS CHANGED AT THIS POINT?  YOU |
| 01:46PM | 11 | SAID YOU WERE IN QUESTIONING MODE. |
| 01:46PM | 12 | WHAT DOES THAT MEAN? |
| 01:46PM | 13 | A.   WELL, INITIALLY I JUST THOUGHT WE HAD A PROBLEM WHERE WE |
| 01:46PM | 14 | PRESENTED THINGS WRONG.  WE HAD A REPORTER, AGGRESSIVE, DOING |
| 01:46PM | 15 | HIS JOB, BUT HE MISSED WHAT WE WERE REALLY TRYING TO DO. |
| 01:46PM | 16 | AND SO LET'S ROLL UP OUR SLEEVES AND HELP ELIZABETH, |
| 01:46PM | 17 | MS. HOLMES, LET'S GET THE COMPANY GOING, REGAIN THE MORALE HIGH |
| 01:46PM | 18 | GROUND AND MAKE CERTAIN THAT WE CAN GIVE THESE THIRD PARTY |
| 01:46PM | 19 | VERIFICATION VALIDATIONS OF WHAT THERANOS CAN DO. |
| 01:46PM | 20 | Q.   AND YOU STAYED ON THE BOARD FOR SEVERAL MONTHS AFTER THIS; |
| 01:46PM | 21 | CORRECT? |
| 01:46PM | 22 | A.   YES. |
| 01:46PM | 23 | Q.   AND THE PATH THAT YOU JUST OUTLINED, IN YOUR VIEW IS THAT |
| 01:46PM | 24 | THE PATH THAT THE COMPANY TOOK? |
| 01:46PM | 25 | A.   NO.  I WOULD THINK THAT WE WERE UNABLE TO DO THAT AND |

MATTIS DIRECT BY MR. BOSTIC

01:46PM  1    PRETTY SOON YOU REALIZE -- I MEAN, I HAD TAKEN ON GOOD FAITH

01:46PM  2    WHAT WE HAD HEARD AND -- BUT THERE HAD BEEN SOME SURPRISES,

01:47PM  3    SOME DISAPPOINTING SURPRISES, AND NOW I WAS QUESTIONING WHETHER

01:47PM  4    OR NOT EDISON WORKED.

01:47PM  5          I CAN'T TELL YOU WHEN I ACTUALLY CAME TO THAT.  INITIALLY

01:47PM  6    I THOUGHT IT'S SOMETHING THAT WE CAN FIX BY GETTING THE TRUTH

01:47PM  7    OUT THERE.

01:47PM  8    Q.   HELP ME APPRECIATE THE TIMING IF YOU CAN, AND I KNOW THIS

01:47PM  9    WAS SEVERAL YEARS AGO.

01:47PM  10         IT SOUNDS LIKE AT FIRST YOU BELIEVED THIS WAS SOMETHING

01:47PM  11   THAT COULD BE FIXED.

01:47PM  12         DO YOU RECALL WHEN YOU STARTED TO FEEL OTHERWISE?

01:47PM  13   A.   WELL, I WAS TRYING TO DEFINE WHAT THE PROBLEM WAS AND

01:47PM  14   THAT'S WHY I WAS VERY ATTENTIVE TO THE EMAILS BY BILL PERRY, BY

01:47PM  15   DR. PERRY, AND BY DICK KOVACEVICH, AND FOLLOWING THAT

01:47PM  16   PROBABLY -- I JUST, I REALLY HESITATE TO SAY WHEN.

01:47PM  17         I WOULD SAY BY SOME TIME EARLY IN 2016 I WAS CONCERNED

01:48PM  18   WITH IT, BUT I'M NOT SURE THAT I DECIDED THAT I COULDN'T TRY

01:48PM  19   AND HELP MS. HOLMES TO GET THE COMPANY ON THE RIGHT TRACK.  I

01:48PM  20   WAS STILL GOING WITH THE IDEA THAT SOMEHOW THIS TECHNOLOGY WAS

01:48PM  21   SO RADICALLY DIFFERENT THAT PERHAPS CONVENTIONAL WAYS OF

01:48PM  22   EVALUATING IT FROM THE OUTSIDE COULD NOT SHOW THE PROMISE THAT

01:48PM  23   IT REALLY HAD.

01:48PM  24   Q.   I WON'T ASK YOU ABOUT SPECIFIC TIMING.

01:48PM  25         BUT DID THERE COME A TIME WHEN YOU ESSENTIALLY LOST HOPE

MATTIS DIRECT BY MR. BOSTIC                                              1596

01:48PM  1    THAT THE COMPANY WOULD BE ABLE TO VINDICATE ITSELF WHEN IT CAME

01:48PM  2    TO ACCURACY?

01:48PM  3    A.   YES.  I DON'T RECALL THE EXACT TIME.  THERE JUST CAME A

01:48PM  4    POINT WHEN I DIDN'T KNOW WHAT TO BELIEVE ABOUT THERANOS

01:48PM  5    ANYMORE.

01:48PM  6    Q.   AND DID THERE COME A TIME WHEN YOU SEPARATED FROM THERANOS

01:48PM  7    AND WERE NO LONGER ON THE BOARD?

01:48PM  8    A.   WELL, I THINK WE STOPPED HAVING BOARD MEETINGS AT SOME

01:48PM  9    POINT.  AND IN NOVEMBER I GOT THE UNANTICIPATED CALL TO BE

01:49PM 10    INTERVIEWED FOR SECRETARY OF DEFENSE, AND AT THAT POINT I BROKE

01:49PM 11    ALL CONTACT WITH STANFORD, HOOVER INSTITUTION, STANFORD

01:49PM 12    UNIVERSITY, WITH OTHER BOARDS, FOOD BANK BOARDS AND EVERYTHING.

01:49PM 13    AND SO IT ALL CAME OFF AT THAT POINT, AND THAT WAS PART OF IT.

01:49PM 14    Q.   AND YOU TALKED EARLIER ABOUT YOUR VIEW OF THE ROLE OF THE

01:49PM 15    BOARD OF DIRECTORS.

01:49PM 16         DO YOU RECALL THAT?

01:49PM 17    A.   YES.

01:49PM 18    Q.   AT THERANOS DO YOU BELIEVE YOU AND THE BOARD WERE GIVEN

01:49PM 19    THE INFORMATION THAT YOU NEEDED TO EFFECTIVELY PERFORM THAT

01:49PM 20    ROLE?

01:49PM 21    A.   INITIALLY I THOUGHT SO.  THE BRIEFS WERE DETAILED.  MANY

01:49PM 22    OF THEM WERE DATA DRIVEN, BOTH THE FINANCIALS AND WHAT WE WERE

01:49PM 23    GETTING AS FAR AS MEDICAL RESULTS AND WHERE THAT COULD TAKE US

01:49PM 24    IN TERMS OF RETURNING ON THE PROMISE, FOR EXAMPLE, PREDICTIVE

01:49PM 25    CAPABILITY.

1597

MATTIS DIRECT BY MR. BOSTIC

01:49PM   1         LOOKING BACK NOW I'M DISAPPOINTED IN THE LEVEL OF

01:50PM   2    TRANSPARENCY.  BY SEEING MS. HOLMES IN BETWEEN BOARD MEETINGS,

01:50PM   3    AND I WOULD COME RIGHT OUT AND ASK HER WHAT ARE YOUR

01:50PM   4    FUNDAMENTAL ISSUES AND WHAT CAN I DO TO HELP YOU.

01:50PM   5         SO I LOOKED BACK TO SEE IF I HAD BEEN MAYBE UNAVAILABLE OR

01:50PM   6    SOMETHING, AND I COULDN'T SEE WHY WE WERE BEING SURPRISED ON

01:50PM   7    SUCH FUNDAMENTAL ISSUES.

01:50PM   8    Q.   IF MS. HOLMES HAD TOLD YOU THAT THE THERANOS ANALYZER, THE

01:50PM   9    EDISON, COULD ONLY PERFORM 12 TESTS, WOULD THAT HAVE AFFECTED

01:50PM  10    YOUR DECISION TO JOIN THE THERANOS BOARD?

01:50PM  11    A.   PROBABLY.  IF HER GOAL WAS STILL 2,000, AND SHE WAS GOING

01:50PM  12    THROUGH THE STEPS AND UNDERSTOOD THE CHALLENGES, TECHNICAL AND

01:50PM  13    REGULATORY, IT MIGHT NOT HAVE CAUSED ME TO STOP -- YOU KNOW, TO

01:51PM  14    NOT JOIN OR TO LEAVE THE BOARD WHEN I HEARD IT.

01:51PM  15    Q.   YOU WERE ON THE THERANOS BOARD OF DIRECTORS AROUND THE

01:51PM  16    TIME OF THE COMMERCIAL LAUNCH; CORRECT?

01:51PM  17    A.   IN 2013?

01:51PM  18    Q.   UH-HUH.

01:51PM  19    A.   YES.

01:51PM  20    Q.   AND THAT'S WHEN THERANOS STARTED OFFERING ITS TESTS TO THE

01:51PM  21    PUBLIC; IS THAT RIGHT?

01:51PM  22    A.   RIGHT.

01:51PM  23    Q.   AND IF MS. HOLMES HAD COME TO THE BOARD AT THAT TIME AND

01:51PM  24    SAID THE DEVICE ISN'T READY YET, WE NEED SOME MORE TIME TO GET

01:51PM  25    MORE TESTS ON IT AND TO WORK ON ACCURACY ISSUES, HOW WOULD YOU

1598
MATTIS DIRECT BY MR. BOSTIC

01:51PM 1    HAVE RESPONDED?

01:51PM 2    A.   ABSOLUTELY.  LET'S GO OUT AND HELP RAISE MORE CASH TO KEEP

01:51PM 3    THE COMPANY GOING AND GET IT RIGHT.

01:51PM 4        THERE ARE SOME THINGS THAT YOU DON'T WANT TO ROLL OUT AS A

01:51PM 5    PROTOTYPE THAT ISN'T PROVEN AND DEALING WITH PEOPLE'S LIVES,

01:51PM 6    HEALTH CARE, THAT WOULD BE ONE OF THEM.

01:51PM 7            MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

01:51PM 8            THE COURT:  YES.

01:51PM 9        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

01:52PM 10   BY MR. BOSTIC:

01:52PM 11   Q.   ONE MORE QUESTION.

01:52PM 12       GENERAL MATTIS, GOING BACK TO THE RESPONSE TO "THE

01:52PM 13   WALL STREET JOURNAL" ARTICLE AND THE ADDITIONAL TESTING THAT

01:52PM 14   THE BOARD WAS RECOMMENDING, DO YOU RECALL THAT?

01:52PM 15   A.   THE ADDITIONAL TESTING FOR THIRD PARTY TESTING?

01:52PM 16   Q.   CORRECT.

01:52PM 17   A.   YES.

01:52PM 18   Q.   AND WOULD THAT HAVE BEEN THE KIND OF COMPARISON TESTING

01:52PM 19   THAT THE MILITARY WOULD HAVE DONE, THE SAME KIND OF COMPARING

01:52PM 20   THERANOS RESULTS TO CONVENTIONAL ANALYZER RESULTS IN YOUR MIND?

01:52PM 21   A.   THAT PROBABLY WOULD HAVE BEEN INCLUDED.  I WOULD IMAGINE

01:52PM 22   IT WOULD START WITH JUST THERANOS, THE INTEGRITY OF THE MACHINE

01:53PM 23   ITSELF AND IT'S ABILITY TO DELIVER ACCURACY, AND I GUESS THAT

01:53PM 24   WOULD TAKE, YOU KNOW, SOME KIND OF THIRD PARTY TESTING

01:53PM 25   EQUIPMENT TO RUN IT AGAINST.

MATTIS DIRECT BY MR. BOSTIC

01:53PM 1      BUT I'M NOT AN EXPERT IN THIS AREA, AND I WOULD JUST SAY

01:53PM 2   WE WOULD HAVE TO PROVE THAT IT WAS ACCURATE.

01:53PM 3   Q.   AND AGAIN, BASED ON YOUR UNDERSTANDING AND YOUR

01:53PM 4   RECOLLECTION, WAS THAT EVER PROVEN TO THE BOARD'S SATISFACTION

01:53PM 5   FOLLOWING "THE WALL STREET JOURNAL" ARTICLE?

01:53PM 6   A.   NOT DURING MY TENURE ON THE BOARD.

01:53PM 7         MR. BOSTIC:  THANK YOU, YOUR HONOR.  NO FURTHER

01:53PM 8   QUESTIONS.

01:53PM 9         THE COURT:  WILL YOU HAVE CROSS-EXAMINATION?

01:53PM 10        MR. DOWNEY:  YES, YOUR HONOR.

01:53PM 11        THE COURT:  LET'S TAKE TEN MINUTES.  LET'S TAKE A

01:53PM 12  TEN MINUTE BREAK.  WE'LL TAKE A TEN MINUTE BREAK, AND THEN

01:53PM 13  WE'LL RESUME WITH CROSS-EXAMINATION.

01:53PM 14        THE CLERK:  COURT IS IN RECESS.

01:53PM 15     (RECESS FROM 1:53 P.M. UNTIL 2:07 P.M.)

02:07PM 16        THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK YOU

02:08PM 17  FOR YOUR COURTESY.

02:08PM 18     WE'RE BACK ON THE RECORD.  ALL COUNSEL ARE PRESENT, AND

02:08PM 19  MS. HOLMES IS PRESENT.  OUR JURY AND ALTERNATES ARE PRESENT.

02:08PM 20        THE WITNESS IS ON THE STAND.

02:08PM 21        YOU HAVE CROSS-EXAMINATION.

02:08PM 22     MR. DOWNEY, COME FORWARD.  LET ME SAY SOMETHING TO THE

02:08PM 23  AUDIENCE PLEASE.  IT'S COME TO MY ATTENTION THAT SOMEONE OR

02:08PM 24  SOME FOLKS MIGHT HAVE A DEVICE THAT THEY ARE TYPING WITH.

02:08PM 25  PLEASE -- AND THAT THE NOISE FROM THE TYPING, THE KEYS ARE

MATTIS CROSS BY MR. DOWNEY                                    1600

02:08PM   1    BEING HEARD UP HERE IN THIS AREA.

02:08PM   2         WE ARE ASKING THAT INDIVIDUALS WHO ARE USING DEVICES

02:08PM   3    PLEASE HAVE SOUNDLESS, WHATEVER THAT DESCRIPTION IS, NOISELESS

02:08PM   4    KEYPADS, PLEASE.

02:08PM   5         IF YOU DON'T HAVE THAT, THEN YOU SHOULD TYPE SOFTLY,

02:08PM   6    PLEASE, SUCH THAT IT DOESN'T INTERRUPT THESE PROCEEDINGS.

02:08PM   7         THANK YOU VERY MUCH.  THANK YOU.  SORRY FOR INTERRUPTING

02:08PM   8    YOUR EXAMINATION.

02:08PM   9              MR. DOWNEY:  YOUR HONOR, I'VE PASSED OUT A COPY OF

02:08PM   10   THESE EXHIBITS FOR THIS WITNESS.

02:08PM   11        AND MAY I APPROACH THE WITNESS?

02:09PM   12             THE COURT:  YES.  THANK YOU.

02:09PM   13             MR. DOWNEY:  (HANDING.)

02:09PM   14                      **CROSS-EXAMINATION**

02:09PM   15   BY MR. DOWNEY:

02:09PM   16   Q.  GOOD AFTERNOON, SECRETARY MATTIS.

02:09PM   17        DO YOU HAVE IN FRONT OF YOU A BINDER OF EXHIBITS, A BLACK

02:09PM   18   BINDER?

02:09PM   19   A.  YES.

02:09PM   20   Q.  AND I WANT TO ASK YOU ABOUT YOUR CAREER FOR A FEW MINUTES.

02:09PM   21   YOU WERE 40 YEARS IN THE U.S. MARINE CORPS?

02:09PM   22   A.  A LITTLE OVER THAT, YES, SIR.

02:09PM   23   Q.  AND THEN YOU SPENT ABOUT THREE AND A HALF YEARS IN PRIVATE

02:09PM   24   LIFE?

02:09PM   25   A.  I DID.

MATTIS CROSS BY MR. DOWNEY                                    1601

02:09PM  1    Q.   AND THEN YOU RETURNED TO PUBLIC SERVICE FOR A FEW YEARS?

02:09PM  2    A.   YES, SIR.

02:09PM  3    Q.   YOU DON'T HAVE ANY EXPERIENCE IN CLINICAL LAB SERVICES

02:09PM  4    OTHER THAN YOUR SERVICE ON THE THERANOS BOARD; IS THAT RIGHT?

02:09PM  5    A.   THAT'S CORRECT.

02:09PM  6    Q.   AND YOU'RE NOT A SCIENTIST; CORRECT?

02:09PM  7    A.   NO.

02:09PM  8    Q.   YOU'RE NOT AN ENGINEER?

02:09PM  9    A.   NO.

02:09PM  10   Q.   AND YOU'RE DEPENDING ON OTHERS TO EVALUATE THE VALIDITY OF

02:09PM  11   THERANOS'S TECHNOLOGY; CORRECT?

02:09PM  12   A.   THAT'S CORRECT.

02:09PM  13   Q.   AND YOU WEREN'T IN A POSITION TO EVALUATE ITS VALIDITY

02:10PM  14   WHEN YOU FIRST MET WITH MS. HOLMES IN 2011; CORRECT?

02:10PM  15   A.   NO.

02:10PM  16   Q.   AND YOU WEREN'T IN A POSITION TO EVALUATE IT WHEN YOU

02:10PM  17   JOINED THE BOARD IN 2013; CORRECT?

02:10PM  18   A.   NO.

02:10PM  19   Q.   AND YOU WEREN'T IN A POSITION TO EVALUATE IT IN 2015 WHEN

02:10PM  20   QUESTIONS WERE RAISED ABOUT IT; CORRECT?

02:10PM  21   A.   CORRECT.

02:10PM  22   Q.   AND THAT'S STILL TRUE TODAY; CORRECT?

02:10PM  23   A.   CORRECT.

02:10PM  24   Q.   THERE WERE MEMBERS OF THE THERANOS BOARD WHEN YOU WERE A

02:10PM  25   MEMBER OF THE BOARD WHO DID HAVE SOME SCIENTIFIC EXPERTISE;

MATTIS CROSS BY MR. DOWNEY                                          1602

02:10PM   1      CORRECT?

02:10PM   2      A.   YES.

02:10PM   3      Q.   AND ONE OF THEM WAS DR. BILL FRIST; CORRECT?

02:10PM   4      A.   IT WAS, YES.

02:10PM   5      Q.   AND HE'S A RESPECTED SURGEON; CORRECT?

02:10PM   6      A.   YES.

02:10PM   7      Q.   AND A FORMER U.S. SENATOR?

02:10PM   8      A.   UH-HUH, YES.

02:10PM   9      Q.   AND HE'S SOMEONE WHOSE OPINION YOU RESPECT?

02:10PM  10      A.   YES.

02:10PM  11      Q.   AND ALSO DR. FOEGE WHO YOU MENTIONED WAS ALSO A MEMBER OF

02:10PM  12      THE BOARD; CORRECT?

02:10PM  13      A.   YES.

02:10PM  14      Q.   AND HE WAS A FORMER DIRECTOR OF THE CENTER OF DISEASE

02:10PM  15      CONTROL; CORRECT?

02:10PM  16      A.   CORRECT.

02:10PM  17      Q.   AND WOULD THEY PARTICIPATE IN DISCUSSIONS AT THE BOARD

02:11PM  18      MEETING RELATED TO ANY OF THE SCIENTIFIC ISSUES THAT WERE

02:11PM  19      RAISED?

02:11PM  20      A.   YES.

02:11PM  21      Q.   AND WAS THAT AN AREA WHERE YOU REFRAINED MORE AND JUST

02:11PM  22      LISTENED OR DID YOU PARTICIPATE IN CONVERSATIONS ABOUT THE

02:11PM  23      SCIENTIFIC DATA AND OTHER ISSUES RELATED TO THE SCIENCE OF LAB

02:11PM  24      TESTING?

02:11PM  25      A.   ON THOSE AREAS I DID A LOT OF LISTENING, NOT MUCH TALKING.

MATTIS CROSS BY MR. DOWNEY                                    1603

02:11PM  1     Q.   OKAY.  WHEN YOU JOINED THE BOARD OF DIRECTORS, I THINK YOU

02:11PM  2     TESTIFIED THAT IT WAS SHORTLY AFTER YOU RESIGNED FROM THE

02:11PM  3     MILITARY IN 2013; CORRECT?

02:11PM  4     A.   RIGHT.

02:11PM  5     Q.   AND TO JOIN THE BOARD OF DIRECTORS, YOU HAD TO GO TO THE

02:11PM  6     DEPARTMENT OF THE NAVY AND ASK FOR WHAT IS CALLED A SAFE HARBOR

02:11PM  7     LETTER; CORRECT?

02:11PM  8     A.   THAT'S CORRECT.

02:11PM  9     Q.   AND A SAFE HARBOR LETTER IS SOMETHING THAT IS COMMON FOR

02:11PM 10     FORMER GOVERNMENT OFFICIALS AND MILITARY OFFICIALS TO REQUEST

02:11PM 11     WHEN THEY ENTER THE PRIVATE SECTOR; CORRECT?

02:11PM 12     A.   THAT'S CORRECT.

02:11PM 13     Q.   AND LET ME ASK YOU TO LOOK AT EXHIBIT 10507.

02:12PM 14     A.   YES.

02:12PM 15     Q.   DO YOU HAVE THAT IN FRONT OF YOU?

02:12PM 16     A.   I DO.

02:12PM 17     Q.   AND DO YOU SEE -- DO YOU RECOGNIZE THE FIRST PAGE OF THAT

02:12PM 18     EXHIBIT AS AN EMAIL FROM YOU TO MS. HOLMES?

02:12PM 19     A.   YES.

02:12PM 20     Q.   AND DO YOU RECOGNIZE THE ATTACHED PAGES AS YOUR REQUEST

02:12PM 21     FOR A SAFE HARBOR LETTER AND THEN THE SAFE HARBOR LETTER?

02:12PM 22     A.   YES.

02:12PM 23          MR. DOWNEY:  YOUR HONOR, I BELIEVE 10507 WAS

02:12PM 24     PREVIOUSLY ADMITTED, BUT IF NOT, I MOVE FOR ITS ADMISSION, AND

02:12PM 25     I THINK IT'S ON STIPULATION.

MATTIS CROSS BY MR. DOWNEY

02:12PM  1          MR. BOSTIC:  IT'S NOT ADMITTED AND NOT STIPULATED

02:12PM  2    BUT NO OBJECTION.

02:12PM  3          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:12PM  4      (DEFENDANT'S EXHIBIT 10507 WAS RECEIVED IN EVIDENCE.)

02:12PM  5          MR. DOWNEY:  MAY I ASK YOU TO PUBLISH, MR. BENNETT,

02:12PM  6    THE LAST PAGE OF THE EXHIBIT.  THE PAGE BEFORE THAT.

02:13PM  7      IF YOU COULD HIGHLIGHT THE EMAIL FROM JIM TO ROBERT HOGUE.

02:13PM  8    Q.   DO YOU SEE THIS EMAIL FROM JULY 19TH, 2013, FROM YOU TO

02:13PM  9    ROBERT HOGUE?

02:13PM  10   A.   YES.

02:13PM  11   Q.   AND WHO IS ROBERT HOGUE?

02:13PM  12   A.   HE'S THE COUNSEL TO THE COMMANDANT, THE LEGAL COUNSEL TO

02:13PM  13   THE COMMANDANT OF THE MARINE CORPS.

02:13PM  14   Q.   AND HE'S THE INDIVIDUAL THAT YOU NEED TO CONTACT ABOUT

02:13PM  15   RECEIVING A SAFE HARBOR LETTER; IS THAT RIGHT?

02:13PM  16   A.   HE'S THE ONE WHO WOULD EVALUATE IT, YES.

02:13PM  17   Q.   AND IN YOUR EMAIL TO HIM YOU WRITE, "BOBBY, I NEED

02:13PM  18   (ANOTHER) SAFE HARBOR LETTER IF YOU DETERMINE IT IS

02:13PM  19   PERMISSIBLE.  THIS ONE IS FOR THERANOS, INC. AND THE OFFER

02:13PM  20   BELOW TO SERVE ON THEIR BOARD.  IT'S A MEDICAL LAB COMPANY, A

02:14PM  21   SILICON VALLEY STARTUP ATTEMPTING TO FIELD AN AUTOMATED MEDICAL

02:14PM  22   LAB."

02:14PM  23   A.   UH-HUH.

02:14PM  24   Q.   WAS THAT YOUR UNDERSTANDING OF THE COMPANY'S BUSINESS

02:14PM  25   MISSION AT THAT TIME?

MATTIS CROSS BY MR. DOWNEY                                           1605

02:14PM   1    A.   YES.

02:14PM   2    Q.   AND A FEW SENTENCES LATER YOU WRITE, "THERANOS IS FOCUSSED

02:14PM   3    ON THE U.S. MEDICAL LAB MARKET HERE IN THE STATES," AND THEN

02:14PM   4    YOU SAY "U.S. MILITARY MAY EVENTUALLY BE A CUSTOMER BUT LIKELY

02:14PM   5    NOT IMMEDIATELY OR IN A BIG WAY."

02:14PM   6    A.   UH-HUH.

02:14PM   7    Q.   WAS THAT YOUR UNDERSTANDING OF THERANOS'S RELATIONSHIP

02:14PM   8    WITH THE MILITARY WHEN YOU JOINED THE BOARD?

02:14PM   9    A.   YES, ABSOLUTELY.

02:14PM  10    Q.   AND WAS THAT INFORMATION THAT MS. HOLMES -- YOU HAD GAINED

02:14PM  11    FROM MS. HOLMES?

02:14PM  12    A.   NO.   THAT WAS FROM MY OWN EXPERIENCE THAT WE HAD BEEN

02:14PM  13    UNABLE TO EVEN GET A PILOT PROJECT STARTED.

02:14PM  14    Q.   OKAY.   WELL, DID YOU KNOW WHAT OTHER EFFORTS THE COMPANY

02:14PM  15    WAS MAKING IN THE MILITARY SPACE?

02:14PM  16    A.   NO.

02:14PM  17    Q.   OKAY.   DID YOU TALK TO MS. HOLMES AT ALL ABOUT THEIR PLANS

02:14PM  18    FOR THE MILITARY MARKET BEFORE YOU SENT THIS EMAIL?

02:14PM  19    A.   NO, I DID NOT.

02:14PM  20    Q.   OKAY.   THE ONLY DISCUSSION YOU HAD WITH HER WAS THAT YOU

02:15PM  21    WOULD NOT BE PART OF THE EFFORT TO OBTAIN DOD CONTRACTS; IS

02:15PM  22    THAT RIGHT?

02:15PM  23    A.   THERE'S 300 MILLION AMERICANS AND LESS THAN A MILLION

02:15PM  24    MILITARY, I COULD SURMISE THAT WE PROBABLY WOULD NOT BE A BIG

02:15PM  25    PART OF THEIR MARKET.

1606

MATTIS CROSS BY MR. DOWNEY

02:15PM 1    Q.   FAIR ENOUGH.  AND YOU WERE ABLE TO OBTAIN THE SAFE HARBOR

02:15PM 2    LETTER; CORRECT?

02:15PM 3    A.   YES.  I JUST SENT ANOTHER ONE PREVIOUSLY TO WORK AT

02:15PM 4    STANFORD, AND THIS WAS A SECOND ONE IN A RATHER SHORT ORDER.

02:15PM 5    Q.   OKAY.  AND SOME RESTRICTIONS WERE IMPOSED ON YOU IN

02:15PM 6    CONNECTION WITH THE SAFE HARBOR LETTER; CORRECT?

02:15PM 7    A.   YES.

02:15PM 8    Q.   AND ONE OF THOSE WAS THAT YOU COULDN'T PARTICIPATE IN ANY

02:15PM 9    DISCUSSIONS ABOUT DOD CONTRACTS WITH EITHER DOD OR WITHIN THE

02:15PM 10   COMPANY; RIGHT?

02:15PM 11   A.   RIGHT.  BUT I TOOK IT FURTHER TO THE BACK OFFICE KIND OF

02:15PM 12   TALK.  I WOULDN'T EVEN GIVE ADVICE ON BROADER ASPECTS.

02:15PM 13   Q.   AND YOU ABIDED BY THAT YOUR ENTIRE TIME AT THE COMPANY;

02:16PM 14   CORRECT?

02:16PM 15   A.   YES.  AND MS. HOLMES NEVER BROACHED IT.  SHE LIVED BY IT

02:16PM 16   WHEN WE FIRST TALKED ABOUT.

02:16PM 17   Q.   AND DO YOU KNOW ANYTHING ABOUT THERANOS'S EFFORTS WITH

02:16PM 18   ELEMENTS OF DOD OTHER THAN CENTCOM?

02:16PM 19   A.   I'VE HEARD SECOND OR THIRD HAND OCCASIONALLY ABOUT IT, BUT

02:16PM 20   I GOT NOTHING AUTHORITATIVE AND IT CAME TO NOTHING THAT I WAS

02:16PM 21   AWARE OF.

02:16PM 22   Q.   WELL, ARE YOU FAMILIAR WITH THE U.S. INSTITUTE -- U.S.

02:16PM 23   ARMY INSTITUTE OF SURGICAL RESEARCH IN HOUSTON,

02:16PM 24   FORT SAM HOUSTON?

02:16PM 25   A.   I'M AWARE IT EXISTS, BUT I'M NOT AWARE OF ANYTHING THAT

1607

MATTIS CROSS BY MR. DOWNEY

02:16PM  1    THERANOS DID WITH THEM.

02:16PM  2    Q.   AND DO YOU KNOW OF ANYTHING THAT THERANOS DID IN

02:16PM  3    CONNECTION WITH AFRICOM?

02:16PM  4    A.   NO.   THAT WAS ONE OF THE ONES I HEARD ABOUT, BUT NEVER

02:16PM  5    FROM ANYONE IN AUTHORITY.

02:16PM  6    Q.   ARE YOU AWARE THAT THERANOS DEVICES WERE SENT TO AFRICA

02:16PM  7    AND TRAVELLED WITH THE CHIEF SURGEON OF AFRICOM?

02:16PM  8    A.   NO.

02:16PM  9    Q.   AND DO YOU KNOW ANYTHING ABOUT ANY OTHER EFFORTS THAT

02:17PM  10   THERANOS UNDERTOOK WITH RESPECT TO DOD?

02:17PM  11   A.   NO.   I HEARD IN ONE OF THE BOARD MEETINGS ABOUT THE BAGRAM

02:17PM  12   EFFORT, BUT I HAVE NO -- I JUST TOLD YOU ALL I KNEW ABOUT THAT

02:17PM  13   ONE RIGHT THERE.

02:17PM  14   Q.   WHEN YOU JOINED THE BOARD, YOU WERE GRANTED STOCKING

02:17PM  15   OPTIONS; CORRECT?

02:17PM  16   A.   I BELIEVE SO.

02:17PM  17   Q.   AND CAN YOU EXPLAIN WHAT A STOCK OPTION IS?

02:17PM  18   A.   I NEVER RECEIVED ANY PAPERWORK SO I CANNOT IN THIS CASE.

02:17PM  19   Q.   LET ME ASK YOU TO LOOK FIRST IN YOUR NOTEBOOK AT

02:17PM  20   EXHIBIT 10520.

02:17PM  21   A.   OKAY.

02:17PM  22   Q.   AND THERE'S AN EMAIL ATTACHING SOME DOCUMENTS.   AND FOR

02:18PM  23   PURPOSES OF OUR DISCUSSION, I'M ONLY INTERESTED IN THE

02:18PM  24   ATTACHMENTS, NOT THE EMAIL.

02:18PM  25   A.   RIGHT.

MATTIS CROSS BY MR. DOWNEY                                              1608

02:18PM  1    Q.   SO I WOULD DIRECT YOUR ATTENTION TO EXHIBIT A, PAGE 4 OF

02:18PM  2    EXHIBIT A.

02:18PM  3        IS THAT YOUR SIGNATURE?

02:18PM  4    A.   IT IS.

02:18PM  5    Q.   AND IT IS DATED JANUARY 17TH, 2014; CORRECT?

02:18PM  6    A.   THAT'S CORRECT.

02:18PM  7    Q.   AND IF YOU LOOK AT EXHIBIT B, THAT'S ALSO YOUR SIGNATURE

02:18PM  8    ON THE SECOND PAGE?

02:18PM  9    A.   THE SAME DATE, YES.

02:18PM  10           MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 10520, ONLY

02:18PM  11   EXHIBITS A AND B.

02:18PM  12           MR. BOSTIC:  NO OBJECTION.

02:18PM  13           THE COURT:  THEY'RE ADMITTED, AND THEY MAY BE

02:18PM  14   PUBLISHED.

02:18PM  15       (DEFENDANT'S EXHIBIT 10520A AND 10520B WERE RECEIVED IN

02:18PM  16   EVIDENCE.)

02:18PM  17           MR. DOWNEY:  IF I COULD ASK YOU TO PUBLISH THE

02:18PM  18   PARAGRAPH 1 OF EXHIBIT A.

02:18PM  19   Q.   FIRST OF ALL, DO YOU SEE ABOVE PARAGRAPH A THERE'S WRITING

02:19PM  20   AND IT SAYS ELIZABETH HOLMES.  IS THAT YOUR WRITING?

02:19PM  21   A.   NO, IT IS NOT.

02:19PM  22   Q.   PARAGRAPH 1 SAYS, EXERCISE OF OPTION," AND THEN IT READS,

02:19PM  23   "EFFECTIVE AS OF TODAY JANUARY 17TH, 2014, THE UNDERSIGNED

02:19PM  24   HEREBY ELECTS TO EXERCISE OPTIONEE'S OPTION TO PURCHASE 500,000

02:19PM  25   SHARES OF COMMON STOCK OF THERANOS INC."

MATTIS CROSS BY MR. DOWNEY                                          1609

02:19PM  1          DO YOU SEE THAT?

02:19PM  2     A.   YES.

02:19PM  3     Q.   AND IF WE LOOK AGAIN AT PAGE 4 OF THIS DOCUMENT, THAT'S

02:19PM  4     YOUR SIGNATURE; CORRECT?

02:19PM  5     A.   THAT'S CORRECT.

02:19PM  6     Q.   DOES THAT REFRESH YOUR RECOLLECTION THAT YOU WERE GRANTED

02:19PM  7     OPTIONS WHILE AT THERANOS?

02:19PM  8     A.   IT DOES.  I NEVER HAD A COPY OF THIS.  I SIGNED IT THERE

02:19PM  9     THAT DAY AND THERE WAS NO -- I MEAN, I DON'T RECALL RECEIVING

02:19PM  10    ANY PAPERWORK AT ANY TIME.

02:19PM  11    Q.   IF YOU LOOK AT EXHIBIT B AND IF YOU LOOK AT THE TOP

02:20PM  12    SEGMENT UNDER THE INVESTMENT REPRESENTATION STATEMENT, YOU SEE

02:20PM  13    YOUR NAME NEXT TO OPTIONEE, AND THEN IT SAYS COMMON STOCK AND

02:20PM  14    IT REFLECTS AN AMOUNT OF $85,000; CORRECT?

02:20PM  15    A.   UH-HUH.

02:20PM  16    Q.   IS THAT THE AMOUNT YOU PAID TO EXERCISE THESE OPTIONS

02:20PM  17    WHICH WERE GRANTED TO YOU BY THERANOS?

02:20PM  18    A.   I BELIEVE SO.  I'D HAVE TO CHECK, BUT I THINK IT IS.

02:20PM  19    Q.   OKAY.  IN ADDITION TO ANY OPTIONS THAT YOU MAY HAVE

02:20PM  20    GOTTEN, DID YOU ALSO RECEIVE A SALARY AS A DIRECTOR OF

02:20PM  21    THERANOS?

02:20PM  22    A.   YES.

02:20PM  23    Q.   AND HOW MUCH WERE YOU PAID TO SERVE AS A DIRECTOR OF

02:20PM  24    THERANOS?

02:20PM  25    A.   WELL, FIRST I'D LIKE TO POINT OUT THAT WHEN MS. HOLMES

MATTIS CROSS BY MR. DOWNEY                                         1610

02:20PM  1    MADE THE OFFER, I SAID I'LL DO THIS, YOU DON'T HAVE TO PAY ME,

02:20PM  2    I BELIEVE IN WHAT YOU'RE DOING.

02:20PM  3        AND SHE SAID, NO, IT'S -- I BELIEVE IT WAS $50,000 A YEAR.

02:20PM  4    Q.   OKAY.  WE'RE GOING TO TALK MORE ABOUT THAT CONVERSATION IN

02:20PM  5    A MINUTE.  BUT JUST TO GET THE FACTS OUT ABOUT THE SALARY, CAN

02:20PM  6    I ASK YOU TO LOOK AT, IN YOUR NOTEBOOK, AT EXHIBIT 13807.

02:21PM  7        I'M ASKING YOU TO LOOK AT THE TOP OF THE SECOND PAGE UNDER

02:21PM  8    NEW DIRECTORS.

02:21PM  9    A.   UH-HUH.

02:21PM  10   Q.   AND THERE'S A DISCUSSION THERE RELATED TO YOURSELF AND

02:21PM  11   MR. KOVACEVICH.

02:21PM  12       DOES REVIEWING THIS REFRESH YOUR RECOLLECTION THAT YOUR

02:21PM  13   ANNUAL COMPENSATION WAS $150,000 TO SERVE AS A DIRECTOR?

02:21PM  14   A.   I GUESS IT DOES, YES.

02:21PM  15   Q.   AND WERE YOU PAID THAT IN 2013?

02:21PM  16   A.   I BELIEVE I WAS.  I'M NOT -- I'D HAVE TO CHECK THE

02:21PM  17   RECORDS.

02:21PM  18   Q.   DO YOU RECALL THAT MS. HOLMES PAID YOU FOR THE ENTIRE --

02:22PM  19   OR THE COMPANY PAID YOU FOR THE ENTIRE YEAR, EVEN THOUGH YOU

02:22PM  20   BEGAN SERVICE A LITTLE BIT LATER INTO THE YEAR?

02:22PM  21   A.   I ASSUME IT WAS FOR 12 MONTHS, THE SUCCEEDING 12 MONTHS.

02:22PM  22   Q.   AND WERE YOU PAID FOR EACH OF YEARS THAT YOU WERE ON THE

02:22PM  23   BOARD, TO THE BEST OF YOUR RECOLLECTION?

02:22PM  24   A.   I DON'T BELIEVE SO.

02:22PM  25   Q.   AND I'D LIKE TO ASK YOU ABOUT WHEN YOU JOINED THE BOARD.

MATTIS CROSS BY MR. DOWNEY                                        1611

02:22PM   1        YOU MENTIONED AT SOME POINT IN YOUR DIALOGUE WITH

02:22PM   2    MR. BOSTIC THAT YOU REVIEWED SOME BOOKS ABOUT SERVING AS A

02:22PM   3    DIRECTOR; CORRECT?

02:22PM   4    A.   UH-HUH.

02:22PM   5    Q.   DO YOU REMEMBER WHAT BOOKS THOSE WERE THAT YOU REVIEWED?

02:22PM   6    A.   THERE WERE TWO -- I WAS LECTURING AT VARIOUS COLLEGES,

02:22PM   7    WENT TO BUSINESS SCHOOL LIBRARIES OR BOOK STORES AND PICKED UP

02:22PM   8    TWO -- TWO WERE BOOKS AND TWO WERE PAMPHLETS.  I DON'T RECALL

02:23PM   9    THE TITLES OF THEM RIGHT NOW.  AND THE PAMPHLETS TURNED OUT, I

02:23PM   10   THINK TO BE THE MOST -- THE BOOKS WERE GOOD BACKGROUND, BUT THE

02:23PM   11   PAMPHLETS ACTUALLY GOT INTO THE NITTY GRITTY.

02:23PM   12   Q.   AND WHEN YOU JOINED THE BOARD, WERE THERE SEVERAL

02:23PM   13   DIRECTORS WHO HAD HAD A LOT OF EXPERIENCE AS DIRECTORS OF

02:23PM   14   COMPANIES; CORRECT?

02:23PM   15   A.   YES.

02:23PM   16   Q.   AND MR. NUNN, FOR EXAMPLE, MR. SAM NUNN WAS A DIRECTOR OF

02:23PM   17   THE COMPANY; CORRECT?

02:23PM   18   A.   YES, SENATOR NUNN, YES.

02:23PM   19   Q.   AND SENATOR NUNN HAD BEEN A DIRECTOR OF SEVERAL BLUE CHIP

02:23PM   20   AMERICAN COMPANIES, COCA-COLA, GENERAL ELECTRIC, ET CETERA?

02:23PM   21   A.   YES.

02:23PM   22   Q.   AND DID YOU TALK TO HIM ABOUT YOUR DUTIES AS A BOARD

02:23PM   23   MEMBER?

02:23PM   24   A.   I LEARNED FROM WATCHING HIM, DAVID BOIES, AND THE OTHERS,

02:23PM   25   YES, AND WE TALKED ABOUT IT, ABOUT WHAT YOU DO.

MATTIS CROSS BY MR. DOWNEY

02:23PM  1    Q.   AND WHAT -- DID MR. BOIES GIVE YOU AN INTRODUCTION TO YOUR

02:23PM  2    LEGAL DUTIES ACTING AS A DIRECTOR?

02:23PM  3    A.   DURING BREAKS -- WE ACTUALLY SAT NEXT TO EACH OTHER DURING

02:23PM  4    THE BOARD MEETINGS AND, YES, WE WOULD TALK ABOUT THAT MOSTLY

02:24PM  5    DURING THE BREAKS WHEN HE AND I TALKED ALONE.

02:24PM  6    Q.   AND WERE THOSE HELPFUL TO YOU TO LEARN YOUR OBLIGATIONS

02:24PM  7    AND RESPONSIBILITIES?

02:24PM  8    A.   I'M LEARNING ALL OF THE TIME FROM PEOPLE WITH THAT

02:24PM  9    EXPERIENCE.

02:24PM  10   Q.   YOU TESTIFIED THAT YOU'RE FAIRLY CONFIDENT YOU WERE AT THE

02:24PM  11   OCTOBER 2013 BOARD MEETING; CORRECT?

02:24PM  12   A.   YES.

02:24PM  13   Q.   AND IT LOOKS LIKE THAT HAD BEEN -- YOU HAD BEEN IN

02:24PM  14   NEW HAMPSHIRE THE PRIOR DAY AND THEN CAME BACK OVERNIGHT.  DOES

02:24PM  15   THAT HELP YOU REFRESH YOUR RECOLLECTION THAT YOU WERE THERE?

02:24PM  16   A.   RIGHT.  I'M ALMOST CERTAIN I WAS THERE.

02:24PM  17   Q.   I WANT TO ASK YOU A LITTLE ABOUT THAT BOARD MEETING AND

02:24PM  18   THEN SOME OF THE SUBSEQUENT BOARD MEETINGS.

02:24PM  19        IN CONNECTION WITH THAT, I'M GOING TO ASK YOU TO LOOK AT

02:24PM  20   WHAT MR. BOSTIC SHOWED TO YOU AS EXHIBIT 1172.  THIS WAS

02:24PM  21   ADMITTED DURING YOUR DIRECT EXAMINATION.

02:24PM  22        I'M GOING TO ASK YOU TO LOOK AT THE THIRD PAGE OF THIS

02:25PM  23   EXHIBIT, THE PAGE THAT IS LABELLED AGENDA.

02:25PM  24        AND IT'S ON YOUR SCREEN AS WELL IF THAT MAKES IT EASIER TO

02:25PM  25   LOCATE.

                                                                        1613
MATTIS CROSS BY MR. DOWNEY

02:25PM   1        DO YOU SEE THAT?

02:25PM   2   A.   YES.

02:25PM   3   Q.   AND WAS THAT IN FACT THE MORNING AGENDA FOR THIS MEETING?

02:25PM   4   A.   I CANNOT RECALL.  I ASSUME THAT THIS IS ACCURATE, BUT I

02:25PM   5   CAN'T VERIFY THAT.

02:25PM   6   Q.   OKAY.  LET ME SHOW YOU AS WELL THE NEXT SLIDE, WHICH IS

02:25PM   7   LABELLED BRIEFING AND STRATEGIC PLAN.

02:25PM   8        DO YOU SEE THAT?

02:25PM   9   A.   YES.

02:25PM  10   Q.   AND DO YOU REMEMBER THE CONTENT OF THE BRIEFING AND

02:25PM  11   STRATEGIC PLAN AT YOUR FIRST BOARD MEETING?

02:25PM  12   A.   NO.

02:25PM  13   Q.   WHEN YOU HAD MET WITH MS. HOLMES IN 2011, YOU CAME TO

02:25PM  14   UNDERSTAND THAT SHE WAS DEVELOPING THIS TECHNOLOGY WHICH HAD AS

02:26PM  15   ONE COMPONENT A DEVICE THAT COULD RUN BLOOD TESTS; CORRECT?

02:26PM  16   A.   THAT'S CORRECT.

02:26PM  17   Q.   AND YOU LEARNED, AT SOME POINT SHORTLY BEFORE YOU BECAME A

02:26PM  18   DIRECTOR, THAT THERANOS WOULD BE OFFERING BLOOD TESTS TO THE

02:26PM  19   PUBLIC; CORRECT?

02:26PM  20   A.   GOING -- COMMERCIALIZING IT, YES.

02:26PM  21   Q.   AND YOU REFERRED TO IT AS COMMERCIALIZING.

02:26PM  22        IS THAT HOW IT WAS REFERRED TO WITHIN --

02:26PM  23   A.   I BELIEVE SO.

02:26PM  24   Q.   -- THERANOS?

02:26PM  25        AND DO YOU KNOW WHERE THE BLOOD TESTS WERE BEING PERFORMED

MATTIS CROSS BY MR. DOWNEY                                    1614

02:26PM 1    IN CONNECTION WITH THAT VENTURE?

02:26PM 2    A.   I BELIEVE ONE OF THE PLACES WAS WALGREENS IN DOWNTOWN

02:26PM 3    PALO ALTO BECAUSE I WALKED BY IT GOING TO THE BARBER SHOP.

02:26PM 4    Q.   AND YOU COULD HAVE YOUR BLOOD DRAWN IN A WALGREENS;

02:26PM 5    CORRECT?

02:26PM 6    A.   YES, SIR.

02:26PM 7    Q.   AND THEN WHERE WAS THE BLOOD ANALYZED?

02:26PM 8    A.   WELL, I ASSUMED IF IT WAS A THERANOS DRAW, IT WAS A

02:26PM 9    THERANOS EDISON MACHINE.

02:26PM 10   Q.   AND WERE YOU AWARE WHEN YOU JOINED THE BOARD THAT THE

02:26PM 11   BLOOD WAS BEING SENT BACK TO A CENTRAL THERANOS LAB?

02:27PM 12   A.   I ASSUMED THE CENTRAL THERANOS LAB WAS THE THERANOS

02:27PM 13   MACHINE, YES.

02:27PM 14   Q.   OKAY.  DID YOU KNOW THAT THERANOS HAD BUILT A LABORATORY

02:27PM 15   TO RUN SO-CALLED CLIA TESTS?

02:27PM 16   A.   YES.

02:27PM 17   Q.   AND YOU TOURED THAT LABORATORY, DIDN'T YOU?

02:27PM 18   A.   I HAVE BEEN TO THE NEWARK FACILITY.  I DON'T BELIEVE -- I

02:27PM 19   DON'T RECALL.  CAN YOU REFRESH ME ON WHAT I WOULD HAVE SEEN

02:27PM 20   THERE?

02:27PM 21   Q.   IN ANY EVENT, YOU WERE AWARE THAT THERE WAS A LABORATORY

02:27PM 22   THAT WAS PERFORMING PATIENT TESTING?

02:27PM 23   A.   ABSOLUTELY, YES.  I SEE.

02:27PM 24   Q.   AND YOU UNDERSTOOD THAT THE TESTS WERE BEING -- NOT BEING

02:27PM 25   PERFORMED WITHIN WALGREENS STORES; CORRECT?

MATTIS CROSS BY MR. DOWNEY

02:27PM  1     A.    ABSOLUTELY.

02:27PM  2     Q.    DID YOU, DID YOU EVER HAVE A DISCUSSION IN THE CONTEXT OF

02:27PM  3     A BOARD MEETING ABOUT HIGH THROUGHPUT MACHINES?

02:27PM  4     A.    HIGH THROUGHPUT?  I DON'T RECALL THAT.

02:28PM  5     Q.    OKAY.  AND DID -- WAS THERE EVER ANY DISCUSSION ABOUT

02:28PM  6     WHETHER IT MADE SENSE TO RUN A BUSINESS WHICH CONSISTED OF

02:28PM  7     TRANSPORTING BLOOD SAMPLES BACK TO A CENTRAL LAB TO PERFORM

02:28PM  8     THEM ONE AT A TIME ON SINGLE ANALYZERS?

02:28PM  9     A.    I THINK WE TALKED AT LENGTH OVER THOSE YEARS ABOUT HOW THE

02:28PM  10    THERANOS -- WHAT ITS FOOTPRINT WOULD LOOK LIKE, WHERE IT WOULD

02:28PM  11    BE OPERATING, WHERE THE THERANOS -- WHERE THE EDISON MACHINES

02:28PM  12    WOULD BE USED.

02:28PM  13         IT WAS PART OF THE ROLLOUT.  MS. HOLMES WOULD LEAD THE

02:28PM  14    DISCUSSION.

02:28PM  15    Q.    AND YOU UNDERSTOOD THAT THE HOPE WAS THAT THE DEVICES

02:28PM  16    WOULD ULTIMATELY BE PLACED IN THE WALGREENS STORES; CORRECT?

02:28PM  17    A.    I THOUGHT THAT WAS GOING TO HAPPEN AT SOME POINT, YES.

02:28PM  18    Q.    AND DID YOU UNDERSTAND THAT A BARRIER IN THE RELATIONSHIP

02:28PM  19    BETWEEN WALGREENS AND THERANOS TO THAT HAPPENING WAS THAT

02:29PM  20    WALGREENS WANTED THERANOS TO GET FDA APPROVAL FOR THE USE OF

02:29PM  21    THE DEVICES IN THAT WAY?

02:29PM  22    A.    WELL, I THOUGHT FDA APPROVAL WAS GOING TO BE NECESSARY IF

02:29PM  23    WE WERE GOING TO MOVE THIS COMMERCIALLY ACROSS THE COUNTRY.

02:29PM  24    Q.    OKAY.  AND SO, SO YOU UNDERSTOOD THAT YOU WOULD HAVE TO

02:29PM  25    HAVE FDA APPROVAL IN ORDER TO ROLL THE DEVICES OUT INTO THE

MATTIS CROSS BY MR. DOWNEY                                          1616

02:29PM  1    STORES; CORRECT?

02:29PM  2    A.   YES.

02:29PM  3    Q.   I'M NOT GOING TO GO THROUGH ALL OF THE DIRECTORS.  YOU HAD

02:29PM  4    SOME DISCUSSION WITH MR. BOSTIC ABOUT WHO THEY WERE.

02:29PM  5         BUT IS IT FAIR TO SAY THAT THEY WERE A VERY STRONG GROUP

02:29PM  6    OF INDIVIDUALS?

02:29PM  7    A.   IT WAS AN ECLECTIC GROUP THAT HAD VARIED BACKGROUNDS.

02:29PM  8    THEY WERE PROVEN IN THEIR FIELD, YES, THEY WERE STRONG.

02:29PM  9    Q.   AND THEY WERE CAPABLE OF EXPRESSING THEIR OPINIONS;

02:29PM  10   CORRECT?

02:29PM  11   A.   YES.

02:29PM  12   Q.   AND THEY WERE CAPABLE OF ASKING QUESTIONS IF THEY HAD

02:29PM  13   UNCERTAINTY; CORRECT?

02:30PM  14   A.   ABSOLUTELY.

02:30PM  15   Q.   AND ALSO THEY WERE WILLING TO BE CANDID WITH EACH OTHER

02:30PM  16   AND WITH MS. HOLMES; CORRECT?

02:30PM  17   A.   YES, I BELIEVE SO.  I DON'T WANT TO SPEAK FOR THEM BUT,

02:30PM  18   YES, THAT'S MY OBSERVATION.

02:30PM  19   Q.   I WANT TO ASK YOU ABOUT DISCUSSIONS OF INTELLECTUAL

02:30PM  20   PROPERTY AT BOARD MEETINGS.

02:30PM  21        DO YOU RECALL SUCH DISCUSSIONS?

02:30PM  22   A.   YES.

02:30PM  23   Q.   OKAY.  LET ME ASK YOU TO LOOK AT DEFENDANT'S

02:30PM  24   EXHIBIT 10508.

02:30PM  25   A.   YES.

MATTIS CROSS BY MR. DOWNEY                                          1617

02:31PM  1    Q.   I'M SORRY.  I BEG YOUR PARDON.

02:31PM  2         LET ME DIRECT YOUR ATTENTION TO EXHIBIT 13792.

02:31PM  3    A.   OKAY.

02:31PM  4    Q.   IF YOU LOOK AT PAGE 5 OF PAGE 13792, YOU SEE A SECTION

02:31PM  5    THERE CALLED INTELLECTUAL PROPERTY DISCUSSION?

02:31PM  6    A.   YES.

02:31PM  7    Q.   IS IT ACCURATE THAT MS. HOLMES WOULD REVIEW, DURING BOARD

02:31PM  8    MEETINGS, THE COMPANY'S PATENT PORTFOLIO?

02:31PM  9    A.   YES, IT WAS COMMONLY DISCUSSED, YES.

02:31PM  10   Q.   AND WERE THERE SOME INSTANCES WHEN MR. BOIES WOULD DISCUSS

02:31PM  11   THE LEGAL ASPECTS --

02:31PM  12   A.   YES.

02:31PM  13   Q.   -- OF INTELLECTUAL PROPERTY?

02:31PM  14   A.   UH-HUH, YES.

02:31PM  15   Q.   AND YOU RECOGNIZED THAT THERE WAS A SENSITIVITY WITHIN THE

02:31PM  16   COMPANY TO PROTECTING ITS INTELLECTUAL PROPERTY RIGHTS?

02:31PM  17   A.   ABSOLUTELY.

02:31PM  18   Q.   AND YOU RECOGNIZE THAT THEY HAD ALREADY HAD LITIGATION

02:32PM  19   ABOUT PROTECTING THEIR INTELLECTUAL PROPERTY RIGHTS; CORRECT?

02:32PM  20   A.   I DIDN'T KNOW THAT IN DETAIL.  I KNOW THAT IT OCCURRED AND

02:32PM  21   IN THE READING THAT I HAD DONE AND IN THE BOARDROOM BOOKS AND

02:32PM  22   ALL OF THE BOARD BOOKS AND ALL, THIS WAS AN AREA THAT WAS

02:32PM  23   HIGHLIGHTED.

02:32PM  24   Q.   OKAY.  LET ME ASK YOU TO LOOK AT 10516 IN YOUR NOTEBOOK.

02:32PM  25        DO YOU SEE THAT?

MATTIS CROSS BY MR. DOWNEY                                             1618

02:32PM   1    A.    YEAH, UH-HUH.

02:32PM   2    Q.    IS THIS A DOCUMENT THAT WAS DISTRIBUTED AT A BOARD OF

02:32PM   3    DIRECTORS MEETING?

02:32PM   4    A.    IT LOOKS LIKE IT.  I COULDN'T BE CERTAIN.  IT APPEARS TO

02:32PM   5    BE SIMILAR TO SOME OF THOSE PASSED OUT.

02:32PM   6            MR. DOWNEY:  YOUR HONOR, I MOVE FOR THE ADMISSION OF

02:32PM   7    10516.

02:32PM   8            MR. BOSTIC:  YOUR HONOR, I'M NOT SURE THIS HAS BEEN

02:32PM   9    AUTHENTICATED PROPERLY, YOUR HONOR.

02:32PM  10            THE COURT:  DOES THIS REQUIRE ANY AUTHENTICATION OR

02:33PM  11    ANY REDACTIONS?  IS THERE PROPRIETARY INFORMATION IN THIS?

02:33PM  12            MR. DOWNEY:  THERE'S NOT PROPRIETARY INFORMATION.

02:33PM  13    THERE'S JUST A LIST OF PATENTS OR PATENT APPLICATIONS THAT WAS

02:33PM  14    ATTACHED AND REMOVED FROM THE BOARD EXHIBIT, WHICH MR. BOSTIC

02:33PM  15    PREVIOUSLY SUBMITTED.

02:33PM  16            THE COURT:  IS IT IN THAT PACKET, THE LARGER PACKET?

02:33PM  17            MR. DOWNEY:  IT'S NOT AS HE PUT IT TOGETHER, BUT

02:33PM  18    IT'S PART OF THE ORIGINAL PACKET, YES.

02:33PM  19            THE COURT:  ALL RIGHT.  I'LL ADMIT IT.

02:33PM  20        (DEFENDANT'S EXHIBIT 10516 WAS RECEIVED IN EVIDENCE.)

02:33PM  21            THE COURT:  IT MAY BE PUBLISHED.

02:33PM  22    BY MR. DOWNEY:

02:33PM  23    Q.    SO YOU SEE THIS LABELLED AS AN INTELLECTUAL PROPERTY

02:33PM  24    PORTFOLIO STATUS REPORT?

02:33PM  25    A.    YES.

MATTIS CROSS BY MR. DOWNEY                                    1619

02:33PM  1    Q.   AND IS IT CORRECT THAT THIS IS THE TYPE OF DOCUMENT THAT

02:33PM  2    WOULD BE SHARED WITH THE BOARD TO LIST THE PATENTS THAT WERE

02:33PM  3    IMPORTANT TO THE COMPANY?

02:33PM  4    A.   YEAH, IT LOOKS FAMILIAR.

02:33PM  5    Q.   AND WOULD SOMETIMES, DURING BOARD MEETINGS, PARTICULAR

02:33PM  6    PATENTS AND INVENTIONS BE DISCUSSED AND REVIEWED BY MS. HOLMES?

02:34PM  7    A.   YES.

02:34PM  8    Q.   AND WOULD MR. BOIES ALSO DISCUSS CERTAIN PATENTS OR TRADE

02:34PM  9    SECRETS DURING THE COURSE OF THESE MEETINGS?

02:34PM 10    A.   I BELIEVE SO.  I COULDN'T CITE ANY IN PARTICULAR OR MUCH

02:34PM 11    OF THE CONVERSATION THIS MANY YEARS LATER.

02:34PM 12    Q.   BUT GENERALLY YOU REMEMBER THERE WAS A DISCUSSION ABOUT

02:34PM 13    INTELLECTUAL PROPERTY ISSUES; CORRECT?

02:34PM 14    A.   YES.

02:34PM 15    Q.   AND WERE YOU AWARE WHEN YOU WERE SERVING AS A DIRECTOR

02:34PM 16    THAT THERANOS HAD FILED AND OBTAINED HUNDREDS OF PATENTS;

02:34PM 17    CORRECT?

02:34PM 18    A.   YES.

02:34PM 19    Q.   OKAY.  ALL RIGHT.  THAT'S ALL I HAVE ON THAT SUBJECT.

02:34PM 20    A.   UH-HUH.

02:34PM 21    Q.   YOU MENTIONED THAT THERE WOULD BE PRESENTATIONS OF

02:34PM 22    FINANCIAL INFORMATION AND THAT MS. HOLMES MIGHT PROVIDE SOME

02:34PM 23    INFORMATION ABOUT FINANCES AND MR. BALWANI WOULD PROVIDE SOME

02:34PM 24    INFORMATION ABOUT FINANCES; CORRECT?

02:34PM 25    A.   THAT'S CORRECT.  SHE WOULD MORE INTRODUCE A STRATEGY AND

MATTIS CROSS BY MR. DOWNEY

| | | |
|---|---|---|
| 02:34PM | 1 | WHAT WE WERE DOING, AND MR. BALWANI WOULD GIVE FINANCIAL |
| 02:34PM | 2 | DETAILS. |
| 02:35PM | 3 | Q.   OKAY.  AND WOULD HE COMMENT ON HISTORICAL FINANCIAL |
| 02:35PM | 4 | INFORMATION OF THE COMPANY? |
| 02:35PM | 5 | A.   I THINK HE WOULD GENERALLY -- I CAN'T RECALL.  I REMEMBER |
| 02:35PM | 6 | HE TALKED ABOUT FORECASTS.  I DON'T RECALL HOW MUCH HISTORIC |
| 02:35PM | 7 | FINANCIAL DATA. |
| 02:35PM | 8 | Q.   OKAY.  DID HE PROVIDE FORECASTS FOR DIFFERENT SCENARIOS? |
| 02:35PM | 9 | A.   YES. |
| 02:35PM | 10 | Q.   AND THOSE WOULD, OF COURSE, POTENTIALLY REFLECT DIFFERENT |
| 02:35PM | 11 | EARNING AMOUNTS; CORRECT? |
| 02:35PM | 12 | A.   RIGHT.  THEY WERE LOOKING DIFFERENT -- WHERE THEY WANTED |
| 02:35PM | 13 | TO DEPLOY THE THERANOS CAPABILITY AND IF WE WENT WITH |
| 02:35PM | 14 | PENNSYLVANIA HERE OR INTERMOUNTAIN OR CERTAIN HOSPITAL CHAINS, |
| 02:35PM | 15 | THAT SORT OF THING, THAT WAS LAID OUT WHAT IT WOULD MEAN.  WE |
| 02:35PM | 16 | WERE TRYING TO CREATE A PROFITABLE COMPANY SO IT WOULD STAY IN |
| 02:35PM | 17 | EXISTENCE. |
| 02:35PM | 18 | Q.   AND THERE WOULD BE BOARD DISCUSSION ABOUT THOSE SCENARIOS? |
| 02:36PM | 19 | A.   THERE WOULD, YES. |
| 02:36PM | 20 | Q.   I WANT TO SWITCH TOPICS TO THE SUBJECT OF MS. HOLMES'S |
| 02:36PM | 21 | PERSONAL SECURITY. |
| 02:36PM | 22 | DID THERE COME A TIME WHEN MEMBERS OF THE BOARD BEGAN TO |
| 02:36PM | 23 | DISCUSS THE NEED FOR MS. HOLMES TO OBTAIN PERSONAL SECURITY? |
| 02:36PM | 24 | A.   YES. |
| 02:36PM | 25 | Q.   AND WERE YOU INVOLVED IN THOSE DISCUSSIONS? |

MATTIS CROSS BY MR. DOWNEY                                      1621

02:36PM  1   A.   SECRETARY SHULTZ CALLED ME IN WITH A CONCERN THAT HER

02:36PM  2   PUBLIC PROFILE WAS GOING TO CREATE DANGER FOR HER.

02:36PM  3   Q.   AND DID YOU THEN GET INVOLVED IN HELPING HER TO LOCATE

02:36PM  4   PERSONAL SECURITY?

02:36PM  5   A.   I DID.

02:36PM  6   Q.   TELL ME WHAT YOU DID.

02:36PM  7   A.   MY FORMER CHIEF BODYGUARD, WHO HAD BEEN IN CHARGE OF MY

02:36PM  8   SECURITY FOR ABOUT FIVE YEARS WHEN I WAS A NATO SUPREME ALLIED

02:36PM  9   COMMANDER AND THE COMMANDER OF U.S. CENTRAL COMMAND, WAS

02:36PM  10  RETIRING FROM THE NAVAL CRIMINAL INVESTIGATIVE SERVICE, FULL

02:36PM  11  CAREER, HE HAD COMPLETED SOME -- A COUPLE OF -- I THINK

02:36PM  12  20 YEARS WITH THEM.

02:36PM  13       HE WAS GOING INTO, YOU KNOW, SOME OTHER JOB THAT HE COULD

02:36PM  14  DO, AND I SAID, THIS IS A GUY I WOULD TRUST.

02:37PM  15  Q.   AND YOU THOUGHT THAT PROVIDING THAT KIND OF SECURITY FOR

02:37PM  16  HER WAS NECESSARY; CORRECT?

02:37PM  17  A.   I, I DEFERRED TO HER.  I THOUGHT SHE HAD GOOD JUDGMENT.

02:37PM  18       AND SECRETARY SHULTZ PROBABLY KNEW MORE ABOUT THE CIVILIAN

02:37PM  19  WORLD AND WHAT THE THREATS WERE FOR PEOPLE WHO END UP WITH

02:37PM  20  THEIR PICTURE ON THE FRONT PAGE OF A MAGAZINE, SOMETHING LIKE

02:37PM  21  THAT.

02:37PM  22       I REALLY WASN'T PRIVY TO WHAT KIND OF THREATS SHE MIGHT

02:37PM  23  FACE.

02:37PM  24  Q.   ALL RIGHT.  LET ME ASK YOU TO LOOK IN YOUR NOTEBOOK AT

02:37PM  25  EXHIBIT 10509.

UNITED STATES COURT REPORTERS

**ER-5320**

MATTIS CROSS BY MR. DOWNEY                                    1622

02:37PM  1    A.   YES.

02:37PM  2    Q.   THIS IS AN EMAIL EXCHANGE BETWEEN YOURSELF AND MS. HOLMES;

02:37PM  3    CORRECT?

02:37PM  4    A.   YES.

02:37PM  5         MR. DOWNEY:  YOUR HONOR, I WILL MOVE FOR THE

02:37PM  6    ADMISSION OF 10509.

02:38PM  7         MR. BOSTIC:  NO OBJECTION.

02:38PM  8         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:38PM  9    (DEFENDANT'S EXHIBIT 10509 WAS RECEIVED IN EVIDENCE.)

02:38PM  10   BY MR. DOWNEY:

02:38PM  11   Q.   IF YOU LOOK AT THE BOTTOM EMAIL, WHICH IS AN EMAIL FROM

02:38PM  12   YOU TO MS. HOLMES IN JULY OF 2014, I WILL DIRECT YOUR ATTENTION

02:38PM  13   TO THE THIRD PARAGRAPH OF THAT EMAIL.

02:38PM  14   IT REFERENCES GEORGE'S GROWING CONCERN ABOUT YOUR SECURITY

02:38PM  15   WITH THERANOS'S ROLE BECOMING MORE VISIBLE.

02:38PM  16   IS GEORGE IN THAT SENTENCE A REFERENCE TO MR. SHULTZ?

02:38PM  17   A.   YES, THAT'S SECRETARY SHULTZ.

02:38PM  18   Q.   AND SECRETARY SHULTZ IS THE INDIVIDUAL WHO HAD INTRODUCED

02:38PM  19   YOU TO THERANOS; CORRECT?

02:38PM  20   A.   TO ELIZABETH, YES.

02:38PM  21   Q.   AND HE EXPRESSED A CONCERN FOR HER SECURITY TO YOU;

02:38PM  22   CORRECT?

02:38PM  23   A.   HE DID.  HE AND I WOULD MEET MOST MORNINGS AT STANFORD,

02:38PM  24   AND ON ONE OF THOSE MORNINGS -- ON SEVERAL OF THOSE MORNINGS HE

02:38PM  25   BROUGHT UP THE CONCERN.

MATTIS CROSS BY MR. DOWNEY

02:38PM 1     Q.   AND THEN WAS AN AUTHORIZATION DISCUSSED AT THE BOARD FOR

02:39PM 2     AN EXPENDITURE TO BE MADE FOR PERSONAL SECURITY FOR MS. HOLMES?

02:39PM 3     A.   IF IT WAS NOT, THEN I RECALL IT WAS IN THE OCTOBER BOARD,

02:39PM 4     AND THAT WOULD HAVE BEEN THE FIRST BOARD I WAS ON.  AND SO IF

02:39PM 5     IT HAD BEEN BROUGHT UP BY MR. SHULTZ IN THE WAY HE BROUGHT IT

02:39PM 6     UP TO ME IN THE SUMMER, I WOULDN'T HAVE KNOWN.

02:39PM 7     Q.   AND DO YOU KNOW IF IT WAS DISCUSSED ANY TIME AFTER OCTOBER

02:39PM 8     OF 2013 AT THE BOARD?

02:39PM 9     A.   I DON'T RECALL.  I DON'T WANT TO SAY IT WAS NOT BROUGHT UP

02:39PM 10    EITHER, BUT I JUST DON'T RECALL IT.

02:39PM 11    Q.   OKAY.  AND DID YOU JOIN ANY COMMITTEES OF THE BOARD WHEN

02:39PM 12    YOU JOINED?

02:39PM 13    A.   NO.

02:39PM 14    Q.   AND DO YOU RECALL THAT YOU HAD SOME INVOLVEMENT WITH THE

02:39PM 15    COMPENSATION COMMITTEE OF THE BOARD?

02:39PM 16    A.   I REMEMBER COMPENSATION BEING DISCUSSED BY THE BOARD

02:40PM 17    ITSELF, YES.

02:40PM 18    Q.   OKAY.  LET ME SHOW YOU AN EXHIBIT IN THE NOTEBOOK THAT IS

02:40PM 19    IN FRONT OF YOU.

02:40PM 20        I BEG YOUR PARDON, YOUR HONOR.  MAY I JUST CONFER FOR A

02:40PM 21    MOMENT?

02:40PM 22        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

02:40PM 23    BY MR. DOWNEY:

02:40PM 24    Q.   IF YOU COULD LOOK AT 10510.

02:40PM 25    A.   WHAT'S THE NUMBER AGAIN, SIR?

MATTIS CROSS BY MR. DOWNEY                                        1624

| | | |
|---|---|---|
| 02:40PM | 1 | Q.   10510. |
| 02:40PM | 2 | A.   OKAY. |
| 02:40PM | 3 | Q.   DO YOU SEE THIS IS A SERIES OF EMAIL EXCHANGES BETWEEN YOU |
| 02:40PM | 4 | AND MS. HOLMES IN FEBRUARY OF 2015? |
| 02:40PM | 5 | A.   OKAY. |
| 02:41PM | 6 | Q.   IS THIS, IN FACT, AN EMAIL THAT YOU EXCHANGED WITH HER AT |
| 02:41PM | 7 | THAT TIME? |
| 02:41PM | 8 | A.   IT LOOKS ACCURATE, YES.  I MEAN, IT LOOKS LIKE IT IS. |
| 02:41PM | 9 | MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF |
| 02:41PM | 10 | 10510. |
| 02:41PM | 11 | MR. BOSTIC:  NO OBJECTION. |
| 02:41PM | 12 | THE COURT:  IT'S ADMITTED. |
| 02:41PM | 13 | (DEFENDANT'S EXHIBIT 10510 WAS RECEIVED IN EVIDENCE.) |
| 02:41PM | 14 | BY MR. DOWNEY: |
| 02:41PM | 15 | Q.   IF YOU LOOK AT THE -- |
| 02:41PM | 16 | THE COURT:  AND IT MAY BE PUBLISHED. |
| 02:41PM | 17 | BY MR. DOWNEY: |
| 02:41PM | 18 | Q.   YOU GOT A PROMOTION. |
| 02:41PM | 19 | THERE IS AN EMAIL ON FEBRUARY 11TH, AT 8:27 P.M. |
| 02:41PM | 20 | AND IN THE FIRST BULLET POINT, MS. HOLMES ADDRESSES SOME |
| 02:41PM | 21 | ISSUES THAT SHE WANTS A COMMITTEE TO THINK ABOUT. |
| 02:41PM | 22 | DO YOU KNOW WHAT COMMITTEE THAT WAS? |
| 02:41PM | 23 | A.   IT SAYS THE COMPENSATION COMMITTEE. |
| 02:41PM | 24 | Q.   OKAY.  AND SHE SAYS, "WITH THIS COMMITTEE OWNING THE |
| 02:42PM | 25 | COMPENSATION COMMITTEE FUNCTION, THE COMMITTEE WILL DETERMINE |

MATTIS CROSS BY MR. DOWNEY                                    1625

02:42PM   1    CEO AND COO COMPENSATION."

02:42PM   2         YOU RECALL THAT THE BOARD DETERMINED THAT; CORRECT?

02:42PM   3    A.   THE BOARD DID, YES.

02:42PM   4    Q.   AND IT SAYS, "TOMORROW, WE WILL REVIEW CEO AND COO

02:42PM   5    COMPENSATION FOR 2014.  BOTH SUNNY AND I WANT OUR COMPENSATION

02:42PM   6    FOR 2014 TO BE ENTIRELY IN STOCK OPTIONS IN THE COMPANY."

02:42PM   7         DO YOU SEE THAT?

02:42PM   8    A.   YES.

02:42PM   9    Q.   AND DO YOU RECALL HER TELLING YOU THAT?

02:42PM  10    A.   NO, I DON'T.

02:42PM  11         I'M SURE IT HAPPENED.  IT'S RIGHT THERE.

02:42PM  12    Q.   OKAY.  AND DO YOU KNOW IF HER COMPENSATION WAS, IN FACT,

02:42PM  13    REDUCED ENTIRELY TO STOCK IN THE COMPANY?

02:42PM  14    A.   I DON'T KNOW IF THAT'S A REDUCTION OR NOT.  I ASSUME IF

02:42PM  15    THAT'S WHAT HAPPENED --

02:42PM  16    Q.   FAIR ENOUGH.  LET ME ASK IT DIFFERENTLY.  DO YOU KNOW IF

02:42PM  17    SHE RECEIVED ALL OF HER COMPENSATION IN STOCK OPTIONS IN 2014?

02:42PM  18    A.   THAT SOUNDS VERY FAMILIAR, YES.

02:43PM  19    Q.   AND THAT ATTITUDE WAS SIMILAR TO AN ATTITUDE THAT YOU HAD,

02:43PM  20    I THINK, AT THE BEGINNING OF YOUR SERVICE?  YOU DIDN'T HAVE TO

02:43PM  21    RECEIVE A SALARY; CORRECT?

02:43PM  22    A.   AT THAT TIME I THOUGHT SHE HAD STRONG BELIEF IN HER

02:43PM  23    COMPANY AND WAS WILLING TO MAKE THAT SORT OF A DECISION, OR A

02:43PM  24    RECOMMENDATION.

02:43PM  25    Q.   I WANT TO ASK YOU SOME QUESTIONS ABOUT YOUR UNDERSTANDING

MATTIS CROSS BY MR. DOWNEY                                      1626

02:43PM  1    ABOUT THE ABILITIES OF THERANOS'S TECHNOLOGY AT VARIOUS POINTS

02:43PM  2    IN TIME.

02:43PM  3        YOU MENTIONED WHEN YOU WERE ON DIRECT EXAMINATION THAT

02:43PM  4    MS. HOLMES CAME AND GAVE YOU A DEMONSTRATION, AND I THINK YOU

02:43PM  5    SAID IT WAS BACKSTAGE AT THE MARINE MEMORIAL HALL; IS THAT

02:43PM  6    RIGHT?

02:43PM  7    A.   I'M NOT SURE.  I THINK THAT'S WHERE IT WAS.  I WAS GIVING

02:43PM  8    A SPEECH THAT NIGHT IN SAN FRANCISCO ON MY WAY TO THE PACIFIC,

02:43PM  9    AND WE JUST STOPPED IN HERE LONG ENOUGH TO DO THE SPEECH FOR

02:44PM 10    SECRETARY SHULTZ.

02:44PM 11        AND IT MAY HAVE BEEN -- IT MAY HAVE BEEN SOMEWHERE ELSE,

02:44PM 12    THOUGH.  IT MAY HAVE BEEN AT HIS HOME.  I THINK THERE WAS A

02:44PM 13    DINNER AFTER THE SPEECH.

02:44PM 14        I JUST DON'T -- I JUST CAN'T PLACE IT.

02:44PM 15    Q.   OKAY.  DO YOU KNOW HOW MANY TESTS THE BOX COULD PERFORM,

02:44PM 16    OR MS. HOLMES REPRESENTED THE BOX COULD PERFORM AT THAT TIME?

02:44PM 17    A.   NO.

02:44PM 18    Q.   DO YOU RECALL THAT SHE SAID THAT THE GOAL WAS FOR THE BOX

02:44PM 19    TO BE ABLE TO PERFORM A COMPLETE SET OF RESULTS A PHYSICAL

02:44PM 20    LABORATORY COULD PERFORM, BUT THE BOX WAS NOT ABLE TO PERFORM

02:44PM 21    THAT MANY TESTS AT THE TIME OF THE MEETING?

02:44PM 22    A.   NO, I DON'T RECALL THAT.  BUT I KNEW IT WAS COMING ONLINE,

02:44PM 23    SO I DON'T THINK -- WHEN SHE SAID THAT SHE WAS READY DURING

02:44PM 24    THAT CONVERSATION TO DEPLOY IT, A COMPARISON, I THOUGHT IT WAS

02:45PM 25    GOOD ENOUGH TO PUT IN THE FIELD.

MATTIS CROSS BY MR. DOWNEY                                          1627

02:45PM   1    Q.   LET ME ASK YOU TO LOOK AT 11200 IN YOUR NOTEBOOK, AND I'LL

02:45PM   2    DIRECT YOU TO THE LAST SENTENCE OF THE THIRD PARAGRAPH.

02:45PM   3    A.   RIGHT.

02:45PM   4    Q.   JUST TAKE A MOMENT TO REVIEW THE TWO FINAL SENTENCES --

02:45PM   5    A.   RIGHT.

02:45PM   6    Q.   -- OF THAT PARAGRAPH.

02:45PM   7         DO YOU SEE THAT?

02:45PM   8    A.   RIGHT.  YES.

02:45PM   9    Q.   AND DOES THAT REFRESH YOUR RECOLLECTION THAT YOU WERE TOLD

02:45PM   10   AT THAT TIME THAT THE BOX WAS NOT ABLE TO PERFORM THAT MANY

02:45PM   11   TESTS?

02:45PM   12   A.   WHAT SHE ALLUDED TO -- WHAT SHE SAID WAS THAT SHE COULD

02:45PM   13   DEPLOY IT AND PROVE THAT IT COULD DO THIS AT THAT TIME, AND I

02:45PM   14   WENT BACK WITH THAT UNDERSTANDING.

02:46PM   15   Q.   OKAY.  AND YOU UNDERSTOOD THAT WITH RESPECT TO THE

02:46PM   16   TECHNOLOGY -- WELL, LET ME STRIKE THAT.

02:46PM   17        YOU UNDERSTOOD THAT IN ADDITION TO THE DEVICE, THERE HAD

02:46PM   18   TO BE ASSAYS THAT COULD RUN ON THE DEVICE; CORRECT?

02:46PM   19   A.   YES.

02:46PM   20   Q.   OKAY.  AND AT THAT TIME, DID YOU KNOW HOW MANY ASSAYS HAD

02:46PM   21   BEEN DEVELOPED FOR THE DEVICE?

02:46PM   22   A.   I ASSUMED FROM WHAT SHE WAS SAYING IT WAS A SUFFICIENT

02:46PM   23   NUMBER TO MAKE IT WORTHWHILE TO DEPLOY.

02:46PM   24   Q.   OKAY.  BUT YOU DIDN'T HAVE A SPECIFIC UNDERSTANDING OF

02:46PM   25   THAT, DID YOU?

MATTIS CROSS BY MR. DOWNEY

| | | |
|---|---|---|
| 02:46PM | 1 | A.   NO.   IT WAS READY TO GO HEAD TO HEAD AGAINST WHAT WE WERE |
| 02:46PM | 2 | DOING THEN -- |
| 02:46PM | 3 | Q.   OKAY. |
| 02:46PM | 4 | A.   -- IS WHAT I ASSUMED. |
| 02:46PM | 5 | Q.   OKAY.  AND LATER WHEN YOU JOINED THE BOARD, THAT WAS |
| 02:46PM | 6 | AROUND THE TIME OF THE WALGREENS LAUNCH; CORRECT? |
| 02:46PM | 7 | A.   YES. |
| 02:46PM | 8 | Q.   LET ME ASK YOU TO LOOK AT PAGE 3 OF THE SAME DOCUMENT, |
| 02:47PM | 9 | 11200.  I'M DIRECTING YOUR ATTENTION TO REVIEW THE FIFTH FULL |
| 02:47PM | 10 | PARAGRAPH OF THAT DOCUMENT. |
| 02:47PM | 11 | A.   IT STARTS WITH, "WHEN GENERAL MATTIS"? |
| 02:47PM | 12 | Q.   YES.  JUST READ IT TO YOURSELF. |
| 02:47PM | 13 | A.   YEAH, OKAY.  I'VE READ IT. |
| 02:47PM | 14 | Q.   IS IT ACCURATE THAT WHEN YOU JOINED THE BOARD YOU LEARNED |
| 02:47PM | 15 | ABOUT THE GOAL OF THE NUMBER OF TESTS THAT THE MACHINE COULD |
| 02:47PM | 16 | RUN? |
| 02:47PM | 17 | A.   YEAH, 2,000. |
| 02:47PM | 18 | Q.   AND IS IT ACCURATE THAT DURING BOARD MEETINGS YOU WOULD BE |
| 02:48PM | 19 | SHOWN TESTS THAT COULD TELL ACTIONABLE EARLY DETECTION OF |
| 02:48PM | 20 | MEDICAL PROBLEMS?  I'M ASKING, DID YOU LOOK AT PARTICULAR |
| 02:48PM | 21 | TESTS? |
| 02:48PM | 22 | A.   EXCUSE ME.  GO AHEAD. |
| 02:48PM | 23 | Q.   YEAH.  DID YOU LOOK AT PARTICULAR TESTS FOR WHICH THE |
| 02:48PM | 24 | DEVICE COULD BE USED? |
| 02:48PM | 25 | A.   THERE WAS SOME DISCUSSION ABOUT PARTICULAR TESTS, BUT THE |

MATTIS CROSS BY MR. DOWNEY                                        1629

02:48PM   1      PREDICTIVE CAPABILITY SHOWED A VERY BROAD ABILITY TO FORECAST

02:48PM   2      ILLNESS IF WE CAN GET ENOUGH RESULTS.

02:48PM   3      Q.   AND THAT WAS BY COMPILING DATA FROM THE RESULTS OF THOSE

02:48PM   4      DEVICES; CORRECT?

02:48PM   5      A.   THAT'S CORRECT.

02:48PM   6      Q.   AND DID YOU UNDERSTAND AT THE TIME THAT YOU JOINED THE

02:48PM   7      BOARD THAT THE MACHINE COULD RUN A LIMITED NUMBER OF TESTS AT

02:48PM   8      THAT TIME?

02:48PM   9      A.   I WOULD JUST SAY THAT LIMITED WAS NOT -- I WAS STILL

02:48PM   10     COMING FROM THE IDEA THAT WE WERE GOING TO PUT IT IN THE FIELD

02:49PM   11     AND HAVE IT RUN AGAINST WHAT WE WERE ALREADY DOING.  I ASSUMED

02:49PM   12     IT WAS MORE THAN A HANDFUL OF TESTS, OBVIOUSLY, OR IT WOULD

02:49PM   13     HAVE BEEN WORTHLESS TO US.

02:49PM   14     Q.   AND THERE ARE -- YOU UNDERSTAND AS A RESULT OF YOUR BOARD

02:49PM   15     SERVICE NOW THAT THERE ARE MANY DIFFERENT PROCESSES INVOLVED IN

02:49PM   16     DEVELOPING THESE PARTICULAR ASSAYS; CORRECT?

02:49PM   17     A.   AND GETTING IT CERTIFIED, YES.

02:49PM   18     Q.   AND GETTING IT CERTIFIED FOR USE OUTSIDE OF A CLINICAL

02:49PM   19     LAB; CORRECT?

02:49PM   20     A.   YES.

02:49PM   21     Q.   BECAUSE THAT WOULD REQUIRE FDA APPROVAL; RIGHT?

02:49PM   22     A.   RIGHT.

02:49PM   23     Q.   IS IT TRUE THAT AT SOME POINT WHEN YOU WERE IN

02:49PM   24     CONVERSATION WITH MS. HOLMES EARLY IN YOUR BOARD SERVICE THAT

02:49PM   25     YOU EXPRESSED THAT YOU KNEW THE DEVICE WAS NOT FULLY MATURE?

MATTIS CROSS BY MR. DOWNEY                                                  1630

02:49PM  1    A.   YES.  IT WAS COMING ONLINE, BUT THAT IT WAS MATURE ENOUGH

02:50PM  2    TO GO COMMERCIAL, BUT WE HAD TO KEEP GROWING IT.  WE HAD A

02:50PM  3    DISCUSSION GOING OVER TO NEWARK WHERE SHE AND I WERE IN THE CAR

02:50PM  4    GOING OVER TO LOOK AT THE FACILITY WHERE WE BUILT THE MACHINES.

02:50PM  5    Q.   AND THAT WAS A MANUFACTURING FACILITY; CORRECT?

02:50PM  6    A.   YES.  EXCUSE ME, YES.

02:50PM  7    Q.   AND THAT ARE FOR THE PURPOSE OF PRODUCING THE MACHINES?

02:50PM  8    A.   YES, BUT THE DISCUSSION THERE ACTUALLY TOUCHED ON WHAT YOU

02:50PM  9    WERE TALKING ABOUT.  I JUST REMEMBERED ONE OF THOSE.

02:50PM  10   Q.   AND LET ME ASK YOU TO LOOK AT EXHIBIT 4196.

02:50PM  11        I BEG YOUR PARDON, SECRETARY.  THIS IS ACTUALLY IN THE

02:50PM  12   WHITE NOTEBOOK THAT MR. BOSTIC GAVE YOU.

02:50PM  13             THE COURT:  4196?

02:50PM  14             MR. DOWNEY:  4196.

02:50PM  15             THE COURT:  I THINK IT'S IN YOURS AS WELL.

02:50PM  16             MR. DOWNEY:  BOTH PLACES.

02:50PM  17             THE CLERK:  IT IS ADMITTED, YOUR HONOR.

02:50PM  18             THE COURT:  YES.

02:51PM  19             THE WITNESS:  IS THIS THE EMAIL SENT ON

02:51PM  20   SEPTEMBER 14TH?

02:51PM  21             MR. DOWNEY:  IT IS.  IT IS.

02:51PM  22             THE WITNESS:  YEAH, I'VE GOT IT.

02:51PM  23             MR. DOWNEY:  IS IT ALL RIGHT TO PUBLISH THIS,

02:51PM  24   YOUR HONOR?

02:51PM  25             THE COURT:  YES.

MATTIS CROSS BY MR. DOWNEY                                    1631

02:51PM   1      BY MR. DOWNEY:

02:51PM   2      Q.   ALL RIGHT.  I WANT TO DIRECT YOUR ATTENTION TO THIS EMAIL

02:51PM   3      THAT YOU DISCUSSED WITH MR. BOSTIC.

02:51PM   4           DO YOU SEE THE SECOND BULLET POINT WHICH BEGINS, "HOW OUR

02:51PM   5      TECHNOLOGY WORKS"?

02:51PM   6      A.   RIGHT.  CORRECT.

02:51PM   7      Q.   AND MS. HOLMES WAS TELLING YOU IN CONNECTION WITH THIS

02:51PM   8      EMAIL THAT YOU MAY BE ASKED THE QUESTION OF WHETHER THERE'S A

02:51PM   9      SINGLE DEVICE THAT DOES ALL OF THE TESTS THAT THERANOS IS

02:51PM  10      OFFERING; RIGHT?

02:51PM  11      A.   CORRECT.

02:51PM  12      Q.   AND HER ADVICE TO YOU WAS TO TELL HIM THAT YOU DON'T TALK

02:51PM  13      ABOUT THAT ON THE RECORD?

02:51PM  14      A.   RIGHT.

02:51PM  15      Q.   OKAY.

02:51PM  16      A.   DID YOU SAY ON THE RECORD?

02:51PM  17      Q.   ON THE RECORD?

02:51PM  18      A.   ON OR OFF THE RECORD, WE DON'T DISCUSS THAT.

02:52PM  19      Q.   DON'T TALK ABOUT IT AT ALL?

02:52PM  20      A.   YEAH.

02:52PM  21      Q.   I WANT TO ASK YOU ABOUT THE "FORTUNE" ARTICLE THAT

02:52PM  22      MR. BOSTIC SHOWED YOU, THE ROGER PARLOFF ARTICLE.

02:52PM  23           DO YOU RECALL LOOKING AT THAT WITH MR. BOSTIC?

02:52PM  24      A.   YES.

02:52PM  25      Q.   AND LET ME ASK YOU TO LOOK AT THAT BACK AT EXHIBIT 1776.

1632

MATTIS CROSS BY MR. DOWNEY

02:53PM  1      AND I BELIEVE YOU TESTIFIED THAT YOU REVIEWED THIS ARTICLE

02:53PM  2   WHEN IT WAS PUBLISHED.  CORRECT?

02:53PM  3   A.   I READ IT.  I READ IT AT THAT TIME, YES.

02:53PM  4   Q.   AND I JUST WANT TO ASK YOU ABOUT SOME OF THE REFERENCES IN

02:53PM  5   THE ARTICLE, AND I'D ASK YOU TO LOOK AT PAGE 8 IN THE EXHIBIT

02:53PM  6   IF YOU SEE THAT NUMBERING IN THE BOTTOM CENTER.

02:53PM  7   A.   YES.

02:53PM  8   Q.   ABOUT HALFWAY DOWN THE PAGE IT BEGINS, "AT LEAST AS

02:53PM  9   SIGNIFICANT, THREE HOSPITAL GROUPS ARE NOW WORKING CLOSELY WITH

02:53PM  10  THERANOS WITH THE AIM OF DEPLOYING ITS LAB SERVICES," AND IT

02:53PM  11  REFERS TO UCSF MEDICAL CENTER, WHICH OF COURSE IS FAMILIAR TO

02:53PM  12  YOU; CORRECT?

02:53PM  13  A.   YES.

02:53PM  14  Q.   AND DIGNITY HEALTH; CORRECT?

02:53PM  15  A.   YES.

02:53PM  16  Q.   AND INTERMOUNTAIN HEALTH CARE; CORRECT?

02:53PM  17  A.   RIGHT.

02:53PM  18  Q.   AND YOU WERE AWARE WHEN YOU WERE ON THE BOARD THAT

02:53PM  19  THERANOS WAS WORKING WITH THOSE COMPANIES, WITH THOSE

02:53PM  20  INSTITUTIONS; CORRECT?

02:53PM  21  A.   YES.

02:53PM  22  Q.   AND YOU ALSO LEARNED THAT THEY DID DUE DILIGENCE OF

02:54PM  23  THERANOS IN CONNECTION WITH ENTERING INTO AGREEMENTS WITH

02:54PM  24  THERANOS FOR PARTNERSHIPS; CORRECT?

02:54PM  25  A.   I ASSUMED THEY HAD, YES.

1633

MATTIS CROSS BY MR. DOWNEY

02:54PM 1    Q.   AND WAS THAT COMFORTING TO YOU AS A THIRD PARTY

02:54PM 2    VALIDATION?

02:54PM 3    A.   I THINK THE MORE CREDIBLE HEALTH ORGANIZATIONS REVIEWED IT

02:54PM 4    AND SAID IT WAS GOOD TO GO WAS VERY HELPFUL.

02:54PM 5    Q.   AND YOU SEE THERE THAT THERE IS A QUOTATION FROM THE CEO

02:54PM 6    OF UCSF, AND DID YOU RECOGNIZE THAT NAME, MARK LARET?

02:54PM 7    A.   I'VE HEARD IT.  I DON'T KNOW THE MAN.

02:54PM 8    Q.   THAT'S ALL FOR THAT EXHIBIT.

02:54PM 9         I WANT TO ASK YOU A FEW QUESTIONS ABOUT THE TOPIC YOU

02:54PM 10   ADDRESSED WITH MR. BOSTIC CONCERNING THE DEPARTMENT OF DEFENSE

02:55PM 11   AND YOUR TIME AT CENTCOM.

02:55PM 12   A.   UH-HUH.

02:55PM 13   Q.   YOU ALREADY TESTIFIED THAT YOU MET MS. HOLMES IN 2011, AND

02:55PM 14   THEN I THINK WE SAW YOU HAD A SERIES OF CONVERSATIONS WITH HER

02:55PM 15   IN -- THROUGHOUT 2012 ABOUT DEPLOYING THERANOS'S TECHNOLOGY.

02:55PM 16   A.   MOSTLY EMAIL CONVERSATIONS, NOT IN PERSON, YES.

02:55PM 17   Q.   WELL, ALMOST EXCLUSIVELY EMAIL; CORRECT?  YOU ONLY HAD ONE

02:55PM 18   IN PERSON?

02:55PM 19   A.   I THINK SO, YEAH.

02:55PM 20   Q.   OKAY.  AND BEFORE THAT COULD BE DONE, WAS THERE A

02:55PM 21   REQUIREMENT THAT THERANOS BE GRANTED AN LOE?

02:55PM 22   A.   FOR ME TO TALK TO HER?

02:55PM 23   Q.   NO.  FOR, FOR THE MILITARY TO ACTUALLY RUN SUCH A -- THE

02:55PM 24   PROGRAM ALONG THE LINES THAT YOU WERE IMAGINING.

02:55PM 25   A.   AN LOE IS A LIMITED OBJECTIVE EXPERIMENT SIDE-BY-SIDE

MATTIS CROSS BY MR. DOWNEY                                    1634

02:55PM   1    COMPARISON PILOT PROJECT.  I WANTED SOMETHING THAT WOULD ALLOW

02:55PM   2    ME TO KNOW, IS THIS SOMETHING WORTHY?  BECAUSE AT THAT JOB I

02:55PM   3    COULD PICK UP THE PHONE AND CALL THE CHAIRMAN OF THE JOINT

02:56PM   4    CHIEFS AND THE SECRETARY OF DEFENSE AND SAY I FOUND SOMETHING

02:56PM   5    THAT WAS GOING TO HELP US, IF I WAS ASSURED THAT IT COULD DO

02:56PM   6    IT.

02:56PM   7         SO I NEEDED MORE THAN TALKING TO SOMEONE.  I NEEDED IT TO

02:56PM   8    DELIVER.

02:56PM   9         SO THAT'S WHEN I GOT MY COMMAND SURGEON AND JUDGE ADVOCATE

02:56PM   10   GENERAL TO MAKE CERTAIN LEGAL AND ETHICAL, LEGAL REGULATORY

02:56PM   11   STUFF, AND THEN THE MEDICAL AND ETHICAL REGULATORY STUFF RIGHT

02:56PM   12   BECAUSE IT'S A VERY CONTROLLED ASPECT OF THE MILITARY, THE

02:56PM   13   MEDICAL PART.

02:56PM   14   Q.   DO YOU KNOW WHETHER THERANOS EVER ENTERED INTO A LIMITED

02:56PM   15   OBJECTIVE EXPERIMENT AGREEMENT WITH CENTCOM?

02:56PM   16   A.   THEY DID NOT WHILE I WAS THE COMMANDER, AND I AM NOT AWARE

02:56PM   17   OF IT SINCE I LEFT COMMAND.

02:56PM   18   Q.   AND THE PERSON WHO YOU HAD DESIGNATED YOUR CHIEF SURGEON

02:56PM   19   IS A COLONEL AARON EDGAR; IS THAT CORRECT?

02:56PM   20   A.   THAT'S CORRECT.

02:56PM   21   Q.   AND HE, IN TURN, DELEGATED RESPONSIBILITY TO A NUMBER OF

02:57PM   22   PEOPLE TO COMMUNICATE WITH THERANOS; CORRECT?

02:57PM   23   A.   THERE WERE DIFFERENT ASPECTS THAT HAD TO BE CHECKED OUT.

02:57PM   24   AND, YES, HE WOULD HAVE HAD DIFFERENT EXPERTS ON THAT.

02:57PM   25        JUST TO BE CLEAR, MY CHIEF OF STAFF WOULD HAVE BEEN

MATTIS CROSS BY MR. DOWNEY                                    1635

02:57PM   1    MAJOR GENERAL HORST, U.S. ARMY, WOULD HAVE BEEN THE PERSON

02:57PM   2    OVERSEEING THIS.

02:57PM   3        I WAS MOST OF THE TIME IN THE MIDDLE EAST, SO HE RUNS THE

02:57PM   4    STAFF IN MY ABSENCE.

02:57PM   5    Q.   DO YOU KNOW WHETHER ANY MILITARY PERSONNEL WITH CLINICAL

02:57PM   6    LAB EXPERTISE WENT TO THERANOS TO LOOK AT THE TECHNOLOGY?

02:57PM   7    A.   I'M NOT AWARE OF THOSE KINDS OF DETAILS.  THEY NORMALLY

02:57PM   8    WOULD BE BRIEFED TO ME.

02:57PM   9    Q.   YOU DON'T RECALL HEARING THAT?

02:57PM  10    A.   NO.

02:57PM  11    Q.   I WANT TO SHOW YOU JUST IN YOUR NOTEBOOK EXHIBIT 10547 FOR

02:58PM  12    PUBLICATION.

02:58PM  13    A.   YES.

02:58PM  14    Q.   YOU'RE NOT ON THE EMAIL THAT IS THE FIRST PAGE OF 10457,

02:58PM  15    AND I JUST WANT TO ASK YOU IF YOU HAVE EVER SEEN OR BEEN AWARE

02:58PM  16    OF THE DOCUMENT THAT IS ATTACHED TO 10457.

02:58PM  17    A.   I DON'T RECALL EVER SEEING THIS, NO.

02:58PM  18    Q.   AND YOU DON'T RECALL HEARING THAT AN LOE AGREEMENT WAS

02:58PM  19    ENTERED INTO?

02:58PM  20    A.   I MAY HAVE BEEN TOLD -- WE HAD A FEW OTHER THINGS GOING ON

02:58PM  21    IN THE MIDDLE EAST AT THIS POINT.

02:58PM  22    Q.   THAT'S FAIR ENOUGH.

02:58PM  23        (LAUGHTER.)

02:58PM  24            THE WITNESS:  YEAH, SO I -- I'M NOT TRYING TO MAKE

02:59PM  25    LIGHT OF IT.

MATTIS CROSS BY MR. DOWNEY

02:59PM  1          IT'S JUST THAT THIS IS SOMETHING THAT MY CHIEF OF STAFF

02:59PM  2     KNOWING THAT I WANTED TO SEE IF THIS WOULD WORK AND SO IT WAS

02:59PM  3     KIND OF IN HIS HANDS.  IT WOULDN'T NORMALLY BE BRIEFED TO ME.

02:59PM  4     BY MR. DOWNEY:

02:59PM  5     Q.   OKAY.  DO YOU RECALL THAT THERE WERE SUBSTANTIAL DELAYS IN

02:59PM  6     THE DISCUSSIONS BETWEEN THERANOS AND REPRESENTATIVES OF DOD?

02:59PM  7     A.   I DO.  IT WAS FRUSTRATING TO ME.

02:59PM  8     Q.   AND DO YOU RECALL THERE WAS A LOT OF DIALOGUE ABOUT THE

02:59PM  9     REGULATORY STRUCTURE THAT WOULD HAVE TO BE USED --

02:59PM  10    A.   EXACTLY.

02:59PM  11    Q.   -- TO DEPLOY THE DEVICE?

02:59PM  12         ALL RIGHT.  I WANT TO MOVE TO THE TOPIC OF A COMPARISON

02:59PM  13    TEST ALONG THE LINES THAT YOU DESCRIBED.

02:59PM  14         AND THAT WAS SOMETHING THAT YOU HAD WANTED TO SEE DONE

02:59PM  15    WHEN YOU WERE IN THE MILITARY; CORRECT?

02:59PM  16    A.   RIGHT.

02:59PM  17    Q.   AND THEN WHEN QUESTIONS AROSE IN 2015 ABOUT THERANOS'S

02:59PM  18    TECHNOLOGY, YOU WANTED TO SEE IF SUCH A COMPARISON TEST COULD

03:00PM  19    BE RUN AGAIN; CORRECT?

03:00PM  20    A.   I WANTED TO DO SOMETHING THAT WOULD DEMONSTRATE THAT THE

03:00PM  21    EDISON WORKED AND LIVED UP TO ITS -- WHAT WE HAD BEEN SAYING

03:00PM  22    ABOUT IT.

03:00PM  23    Q.   AND DO YOU RECALL LOOKING WITH MR. BOSTIC ABOUT THE BOARD

03:00PM  24    DIALOGUE BETWEEN MS. KOVACEVICH -- MR. KOVACEVICH AND

03:00PM  25    MS. HOLMES?  DO YOU RECALL LOOKING AT THAT EMAIL EXCHANGE

MATTIS CROSS BY MR. DOWNEY                                          1637

03:00PM  1    EARLIER?

03:00PM  2    A.   YES.

03:00PM  3    Q.   AND YOU TESTIFIED THAT YOU WERE SURPRISED ABOUT WHAT

03:00PM  4    MS. HOLMES SAID IN THAT EMAIL?

03:00PM  5    A.   YES.

03:00PM  6    Q.   AND DO YOU KNOW IF YOU RESPONDED TO THAT EMAIL?

03:00PM  7    A.   DID -- PARDON?

03:00PM  8    Q.   DO YOU KNOW IF YOU RESPONDED TO THE EMAIL?

03:00PM  9    A.   NO.  I SPOKE WITH MS. HOLMES, I'M NOT SURE WHEN, BUT WE

03:00PM  10   TALKED ABOUT IT ON THE PHONE.

03:00PM  11   Q.   ALL RIGHT.  LET ME ASK YOU TO LOOK AT EXHIBIT 10506.

03:01PM  12        IS THIS A SERIES OF EMAIL EXCHANGES BETWEEN YOURSELF AND

03:01PM  13   MS. HOLMES AND OTHERS IN OCTOBER OF 2015?

03:01PM  14   A.   YES.

03:01PM  15             MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 10506.

03:01PM  16             MR. BOSTIC:  NO OBJECTION.

03:01PM  17             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:01PM  18        (DEFENDANT'S EXHIBIT 10506 WAS RECEIVED IN EVIDENCE.)

03:01PM  19   BY MR. DOWNEY:

03:01PM  20   Q.   IF YOU GO TO THE SECOND PAGE OF THAT EXHIBIT -- SORRY, THE

03:01PM  21   THIRD PAGE, AND YOU LOOK IN THE MIDDLE.

03:01PM  22        AND YOU SEE THAT'S THE EMAIL FROM MS. HOLMES THAT WE WERE

03:02PM  23   LOOKING AT EARLIER; CORRECT?

03:02PM  24   A.   YES.

03:02PM  25   Q.   NOW, LET ME DIRECT YOUR ATTENTION TO THE TOP EMAIL ON THE

MATTIS CROSS BY MR. DOWNEY                                    1638

03:02PM   1    FIRST PAGE OF 10506, WHICH IS FROM YOU TO MS. HOLMES AND

03:02PM   2    OTHERS; CORRECT?

03:02PM   3    A.   YEAH.

03:02PM   4    Q.   AND DAVID BOIES IS COPIED; CORRECT?

03:02PM   5    A.   YES.

03:02PM   6    Q.   AND HE WAS A BOARD MEMBER; CORRECT?

03:02PM   7    A.   YES.

03:02PM   8    Q.   AND HE WAS ALSO AN ATTORNEY FOR THE COMPANY; CORRECT?

03:02PM   9    A.   YES.

03:02PM   10   Q.   AND ALSO H. KING IS COPIED.  THAT'S HEATHER KING; CORRECT?

03:02PM   11   A.   RIGHT.

03:02PM   12   Q.   AND SHE WAS GENERAL COUNSEL OF THE COMPANY?

03:02PM   13   A.   YES.

03:02PM   14   Q.   AND WHO WAS RILEY BECHTEL?

03:02PM   15   A.   ANOTHER MEMBER OF THE BOARD.

03:02PM   16   Q.   AND YOU BEGIN YOUR RESPONSE SAYING, "MY APOLOGIES FOR

03:02PM   17   BEING LATE COMING ONLINE.  I KNOW THE MANAGEMENT TEAM IS MOVING

03:02PM   18   IN REAL TIME TO ADDRESS THE POINTS RAISED IN THE ARTICLE AND TO

03:03PM   19   COUNTER THEM BEFORE THEIR REPETITION BECOMES ACCEPTED URBAN

03:03PM   20   MYTH."

03:03PM   21      FIRST OF ALL, IS THE ARTICLE THAT YOU REFER TO THERE "THE

03:03PM   22   WALL STREET JOURNAL" ARTICLE THAT YOU WERE DISCUSSING WITH

03:03PM   23   MR. BOSTIC?

03:03PM   24   A.   YES, AND YOU'LL SEE IT LATER IN THE EMAIL CHAIN.

03:03PM   25   Q.   AND IF YOU LOOK AT THE THIRD PARAGRAPH YOU WRITE, "I'LL BE

1639

MATTIS CROSS BY MR. DOWNEY

03:03PM  1    OFFLINE FOR MUCH OF THE NEXT 24 HOURS, AND I'M TRYING TO CLOSE

03:03PM  2    OUT MY WORK ASAP SO I CAN FLY BACK EARLY FROM THE MID-EAST.

03:03PM  3    WILL KEEP YOU POSTED, BUT PLEASE KNOW THAT MY SILENCE IS DUE TO

03:03PM  4    LACK OF CONNECTIVITY, FOR I HAVE FULL FAITH IN OUR PLAN AND THE

03:03PM  5    OUTCOME AS WE EXECUTE IT RAPIDLY, THOROUGHLY, RAPIDLY (X2) AND

03:03PM  6    IN AN ANTICIPATORY MODE FOR THE FOLLOW-ON ATTACKS WE KNOW ARE

03:03PM  7    COMING..."

03:03PM  8         AND YOU WERE IN THE MIDDLE EAST AT THE TIME?

03:03PM  9    A.   I WAS.

03:04PM 10    Q.   DO YOU KNOW HOW LONG -- HOW MUCH LATER IT WAS THAT YOU

03:04PM 11    RETURNED TO THE U.S. FROM THAT TRIP?

03:04PM 12    A.   NO, I CAN'T RECALL.  IT SHOULDN'T HAVE BEEN TOO LONG, BUT

03:04PM 13    I CAN'T GIVE YOU A GOOD TIMELINE.

03:04PM 14    Q.   AND DO YOU RECALL IN THE DAYS THAT FOLLOWED THERE WAS MORE

03:04PM 15    MEDIA THAT WAS CRITICAL OF THERANOS?

03:04PM 16    A.   I ASSUMED THERE WOULD BE JUST FROM WHAT I HAD READ.  I --

03:04PM 17    IT'S, IT'S, UM -- YOU KNOW, IT'S SIX YEARS AGO NEARLY.  I DON'T

03:04PM 18    RECALL.

03:04PM 19    Q.   DO YOU RECALL A DISCUSSION AT THE BOARD OF ISSUING A

03:04PM 20    STATEMENT ABOUT THE SITUATION?

03:04PM 21    A.   YES.  YES.

03:04PM 22    Q.   AND A DRAFT STATEMENT WAS SHARED WITH THE BOARD; CORRECT?

03:04PM 23    A.   IT WAS, YES.

03:04PM 24    Q.   LET ME SHOW YOU THAT.  IF YOU WITH BRING UP -- I'M SORRY.

03:04PM 25         IF YOU COULD LOOK AT 10523.

MATTIS CROSS BY MR. DOWNEY                                                1640

03:05PM   1        I WILL DIRECT YOU TO THE BEGINNING OF THE FOURTH PAGE OF

03:05PM   2   THE EXHIBIT.

03:05PM   3   A.   YES.

03:05PM   4   Q.   IS THIS A STATEMENT THAT THE BOARD OF DIRECTORS ISSUED IN

03:05PM   5   RESPONSE TO "THE WALL STREET JOURNAL" ARTICLE AND FOLLOW-UP

03:05PM   6   MEDIA?

03:05PM   7   A.   THAT THIS IS A STATEMENT THAT AT THE TOP OF THE PAGE,

03:05PM   8   THOSE TWO PARAGRAPHS?

03:05PM   9   Q.   YES.

03:06PM  10   A.   YEAH, I MEAN, IT LOOKS FAMILIAR.  I'M NOT SURE.  THERE

03:06PM  11   WERE SEVERAL VERSIONS WHEN WE DID SOMETHING LIKE THIS, AND I

03:06PM  12   CAN'T TELL YOU IF THIS WAS THE FINAL VERSION.  IT LOOKS LIKE

03:06PM  13   IT, BUT I --

03:06PM  14   Q.   OKAY.  LET ME ASK YOU TO LOOK FIRST AND GET ORIENTED A

03:06PM  15   LITTLE BIT.

03:06PM  16        FIRST OF ALL, IS THIS A SERIES OF EMAIL EXCHANGES THAT

03:06PM  17   CULMINATE WITH EMAIL EXCHANGES BETWEEN YOU AND MS. HOLMES?

03:06PM  18   A.   UH-HUH.

03:06PM  19   Q.   DO YOU SEE THAT ON THE FIRST PAGE?

03:06PM  20   A.   YES.

03:06PM  21        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:06PM  22   10523.

03:06PM  23        MR. BOSTIC:  NO OBJECTION.

03:06PM  24        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:06PM  25        (DEFENDANT'S EXHIBIT 10523 WAS RECEIVED IN EVIDENCE.)

MATTIS CROSS BY MR. DOWNEY                                    1641

03:06PM   1     BY MR. DOWNEY:

03:06PM   2     Q.   IF YOU LOOK AT THE MIDDLE OF PAGE 2, THERE'S AN EMAIL

03:07PM   3     ADDRESS THAT ORIGINATES FROM THERANOS AND IT'S "FOR OUR

03:07PM   4     SHAREHOLDERS."  IT'S SENT ON NOVEMBER THE 1ST.  IT'S ADDRESSED

03:07PM   5     TO SHAREHOLDERS OF THE COMPANY, AND THERE'S A VERY LONG

03:07PM   6     STATEMENT.

03:07PM   7          DO YOU SEE THAT?

03:07PM   8     A.   I DO.

03:07PM   9     Q.   AND THEN THE STATEMENT ON THE TOP OF PAGE 4 OF THE EXHIBIT

03:07PM   10    IS LABELLED AS A STATEMENT BY THE THERANOS BOARD OF DIRECTORS

03:07PM   11    AND COUNSELORS; CORRECT?

03:07PM   12    A.   UH-HUH, YES.

03:07PM   13    Q.   AND DID THE BOARD AUTHORIZE THE COMPANY TO MAKE THAT

03:07PM   14    STATEMENT AT THE TIME?

03:07PM   15    A.   IF THIS IS THE FINAL VERSION, YES.

03:07PM   16    Q.   ALL RIGHT.  AND AT THE SAME TIME THAT THE COMPANY WAS

03:08PM   17    REACTING TO THE MEDIA, THERE WAS AN INTERNAL DISCUSSION AT THE

03:08PM   18    BOARD, WAS THERE NOT, ABOUT WHAT THE RIGHT REACTION FOR THE

03:08PM   19    COMPANY SHOULD BE TO THE CRITICISMS THAT HAD ARISEN?

03:08PM   20    A.   YES.

03:08PM   21    Q.   AND THERE WERE SEVERAL DIFFERENT SUGGESTIONS PUT FORWARD

03:08PM   22    AS TO HOW THE COMPANY MIGHT RESPOND; CORRECT?

03:08PM   23    A.   YES.

03:08PM   24    Q.   AND MS. HOLMES TALKED TO YOU ABOUT THAT ISSUE; CORRECT?

03:08PM   25    A.   WE DID.  THERE WERE A LOT OF DISCUSSIONS DURING THIS

MATTIS CROSS BY MR. DOWNEY                                                1642

03:08PM   1    PERIOD WITH MEMBERS OF THE BOARD AND MS. HOLMES.

03:08PM   2    Q.   OKAY.  LET ME ASK YOU TO LOOK AT 10523 AGAIN, WHICH IS

03:08PM   3    ALREADY IN EVIDENCE, AND I'M DIRECTING YOUR ATTENTION TO THE

03:08PM   4    COMMUNICATION WITH MS. HOLMES THAT BEGINS AT THE BOTTOM OF

03:09PM   5    PAGE 1 AND CARRIES OVER TO PAGE 2.

03:09PM   6    A.   YES.

03:09PM   7    Q.   AND THIS IS AN EMAIL FROM MS. HOLMES TO THE BOARD;

03:09PM   8    CORRECT?

03:09PM   9    A.   IT IS, YES.

03:09PM  10    Q.   AND IF YOU LOOK AT THE TOP NUMBERED PARAGRAPHS ON PAGE 2,

03:09PM  11    SHE LAYS OUT POTENTIAL STEPS THE COMPANY MIGHT TAKE TO RESPOND

03:09PM  12    TO THE CRITICISM; CORRECT?

03:09PM  13    A.   YES.

03:09PM  14    Q.   AND ONE OF THE STEPS WAS PUBLISHING DATA ON THE COMPANY'S

03:09PM  15    ASSAYS; CORRECT?

03:09PM  16    A.   RIGHT.

03:09PM  17    Q.   AND ONE WAS PUBLISHING INFORMATION ABOUT ITS CLINICAL

03:09PM  18    LABORATORY PERFORMANCE; CORRECT?

03:09PM  19    A.   RIGHT.

03:09PM  20    Q.   AND ONE WAS PUBLISHING DATA THAT THEY HAD ALREADY

03:09PM  21    SUBMITTED TO THE FDA; CORRECT?

03:09PM  22    A.   YES.

03:09PM  23    Q.   NOW, YOU UNDERSTOOD THAT THE COMPANY HAD ALREADY SUBMITTED

03:09PM  24    A LARGE NUMBER OF APPLICATIONS TO THE FDA FOR THE APPROVAL OF

03:09PM  25    ITS ASSAYS; CORRECT?

1643

MATTIS CROSS BY MR. DOWNEY

03:09PM    1    A.   YES.

03:09PM    2    Q.   AND DID YOU KNOW THAT IN CONNECTION WITH THOSE SUBMISSIONS

03:10PM    3    IT HAD SUBMITTED EXTENSIVE DATA ABOUT THE PERFORMANCE OF ITS

03:10PM    4    ASSAYS?

03:10PM    5    A.   I ASSUMED THAT WAS PART OF IT, YES.

03:10PM    6    Q.   AND DO YOU RECALL DELIBERATIONS IN THE BOARD AS TO WHETHER

03:10PM    7    OR NOT THAT DATA SHOULD BE RELEASED?

03:10PM    8    A.   VAGUELY, YES.

03:10PM    9    Q.   THE FOURTH SUGGESTION IS THAT THE COMPANY WORK WITH

03:10PM   10    CENTERS OF EXCELLENCE, AND THE FIFTH WAS TO INVITE PEOPLE TO

03:10PM   11    THERANOS TO DO A FINGERSTICK DEMONSTRATION AND A VENOUS BLOOD

03:10PM   12    DRAW AT THE SAME TIME AND SEE VARIANCE IN DATA, WHETHER THERE

03:10PM   13    WERE VARIANCES IN DATA; CORRECT?

03:10PM   14    A.   UH-HUH.

03:10PM   15    Q.   ALL RIGHT.  AND HOW DID YOU REACT TO THE SUGGESTIONS OF

03:10PM   16    THOSE STEPS?

03:10PM   17    A.   I THOUGHT IT WAS A STEP IN THE RIGHT DIRECTION.  IT WAS

03:10PM   18    TIME TO STAND AND DELIVER.

03:10PM   19    Q.   AND IS THE EMAIL IN THE MIDDLE OF PAGE 1 WHERE YOU SAY --

03:10PM   20    YOU WRITE TO MS. HOLMES AND SAY "THIS IS A STRONG PACKAGE."

03:10PM   21         IS THAT A REFERENCE TO WHAT SHE HAS OUTLINED, THE FIVE

03:11PM   22    STEPS SHE OUTLINED IN HER EMAIL?

03:11PM   23    A.   IT IS.  AGAIN, IT GOES BACK TO MY EARLIEST TIME THAT, YOU

03:11PM   24    KNOW, DEMONSTRATE WHAT IT CAN DO.

03:11PM   25    Q.   NOW, YOU MENTIONED THAT WHILE YOU WERE AT THE COMPANY YOU

MATTIS CROSS BY MR. DOWNEY                                                    1644

03:11PM   1    THOUGHT THAT THE COMPANY WAS SOMEWHAT DATA DRIVEN.

03:11PM   2         YOU WERE SHOWN A LOT OF DATA IN BOARD MEETINGS; CORRECT?

03:11PM   3    A.   I WOULDN'T CALL IT DATA DRIVEN.  WE WERE SHOWN A LOT OF

03:11PM   4    DATA THOUGH, YES.

03:11PM   5    Q.   AND AMONG THE DATA THAT YOU WERE SHOWN AT BOARD MEETINGS

03:11PM   6    WAS ACTUALLY THERANOS'S PERFORMANCE IN COMPARATIVE STUDIES OF

03:11PM   7    ITS RESULTS TO VENOUS DRAWS.

03:11PM   8         DO YOU RECALL THAT?

03:11PM   9    A.   YES.

03:11PM   10   Q.   LET ME ASK YOU TO LOOK AT 11172.  I BEG YOUR PARDON.  LET

03:12PM   11   ME CORRECT THAT.  YOU WERE NOT ABLE TO FIND THAT?

03:12PM   12   A.   YEAH.

03:12PM   13   Q.   I BEG YOUR PARDON.

03:12PM   14        YOUR HONOR, MAY I HAVE JUST ONE MOMENT?

03:12PM   15        I BEG YOUR PARDON, GENERAL.  IT'S 1172, 1172.  AND I'D ASK

03:13PM   16   YOU TO LOOK AT PAGE --

03:13PM   17        THIS WAS PREVIOUSLY ADMITTED, YOUR HONOR.

03:13PM   18   A.   I DON'T THINK I -- WHAT WAS THE NUMBER AGAIN, SIR?

03:13PM   19   Q.   1172.

03:13PM   20            THE COURT:  IT'S NOT IN YOUR BINDER I THINK.

03:13PM   21            MR. DOWNEY:  I BEG YOUR PARDON.

03:13PM   22   Q.   ARE YOU LOOKING AT THE WHITE BINDER OR THE BLACK BINDER?

03:13PM   23   A.   OH, BLACK BINDER.

03:13PM   24   Q.   I THOUGHT IT WAS.  LET ME MOVE ON FROM THAT AND WE CAN

03:13PM   25   COME BACK TO THAT.

MATTIS CROSS BY MR. DOWNEY

03:13PM  1          NOW, DID DISCUSSIONS CONTINUE -- YOU REMAINED ON THE BOARD

03:13PM  2     OF THERANOS AFTER THIS CONTROVERSY AROSE IN THE FALL OF 2015;

03:13PM  3     CORRECT?

03:13PM  4     A.   YES, 2015.  I REMAINED ON INTO 2016, YES.

03:14PM  5     Q.   OKAY.  TOWARDS THE END OF 2016 YOU RESIGNED?

03:14PM  6     A.   YES.

03:14PM  7     Q.   AND THERE WERE A LOT OF DISCUSSIONS ABOUT HOW TO CARRY OUT

03:14PM  8     THE STEPS THAT MS. HOLMES HAD OUTLINED THROUGHOUT THAT YEAR;

03:14PM  9     CORRECT?

03:14PM  10    A.   YES.

03:14PM  11    Q.   AND ONE OF THE STEPS THAT SHE HAD OUTLINED WAS THERANOS

03:14PM  12    COULD PUBLISH DATA ABOUT THE PERFORMANCE OF ITS ASSAYS;

03:14PM  13    CORRECT?

03:14PM  14    A.   YES.

03:14PM  15    Q.   AND DO YOU RECALL THAT MS. HOLMES GAVE A PRESENTATION TO

03:14PM  16    THE AMERICAN ASSOCIATION OF CLINICAL CHEMISTRY IN 2016 AND THAT

03:14PM  17    THERANOS PUBLISHED A LOT OF ITS DATA IN CONNECTION WITH THAT

03:14PM  18    PRESENTATION?

03:14PM  19    A.   IS THIS THE BRIEFING IN I THINK IT'S MARCH TO MAY

03:14PM  20    TIMEFRAME?  DOES THAT SOUND RIGHT?

03:14PM  21    Q.   NO.  THIS IS A LITTLE LATER IN THE YEAR.

03:14PM  22          THIS IS A PRESENTATION BY MS. HOLMES TO A PROFESSIONAL

03:15PM  23    GROUP?

03:15PM  24    A.   I VAGUELY RECALL IT, BUT I CAN'T RECALL MUCH MORE THAN

03:15PM  25    THAT IT HAPPENED.

MATTIS CROSS BY MR. DOWNEY                                   1646

03:15PM  1    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 7673.  AND I'LL

03:15PM  2    ONLY ASK YOU TO LOOK AT THE FIRST PAGE.

03:15PM  3        IS THIS A DOCUMENT THAT YOU SAW IN CONNECTION WITH BOARD

03:15PM  4    MEETINGS AT THERANOS?

03:15PM  5    A.   I DON'T RECALL THIS.

03:15PM  6    Q.   OKAY.  YOU CAN PUT THAT ASIDE.

03:15PM  7        NOW THE OTHER -- ONE OF THE OTHER STEPS THAT YOU HAD

03:15PM  8    DONE -- THAT THE BOARD HAD SUGGESTED WAS SOME FORM OF

03:15PM  9    COMPARATIVE STUDY BE DONE; IS THAT CORRECT?

03:15PM 10    A.   YES.

03:15PM 11    Q.   AND DO YOU RECALL THAT THERANOS ARRANGED WITH UCSF FOR A

03:15PM 12    COMPARATIVE STUDY OF ITS TESTS TO BE DONE?

03:16PM 13    A.   YES.

03:16PM 14    Q.   AND DO YOU RECALL WHAT THE RESULTS OF THAT COMPARISON

03:16PM 15    WERE?

03:16PM 16    A.   NO, I DO NOT.

03:16PM 17    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7717.

03:16PM 18        DO YOU RECOGNIZE THIS DOCUMENT?

03:16PM 19    A.   THIS IS THE FIRST TIME THAT I THINK I'VE SEEN IT.

03:16PM 20    Q.   OKAY.  LET ME ASK YOU TO LOOK AT PAGE 1.  ACTUALLY, IT'S

03:16PM 21    THE FOURTH PAGE OF THE EXHIBIT, BUT IT'S LABELLED PAGE 1.

03:17PM 22    A.   UH-HUH.

03:17PM 23    Q.   WITHOUT REGARD TO ANY DOCUMENT, DO YOU RECALL THAT A STUDY

03:17PM 24    WAS UNDERTAKEN TO EVALUATE THERANOS'S ANALYTICAL PERFORMANCE

03:17PM 25    COMPARED TO OTHER LABORATORY SYSTEMS?

MATTIS CROSS BY MR. DOWNEY

03:17PM  1   A.   I KNOW WE HAD PUSHED FOR IT AND I KNOW THAT THERE WERE

03:17PM  2   EFFORTS UNDERWAY TO MAKE IT HAPPEN.

03:17PM  3        I DON'T RECALL THIS, BUT IT MAY BE -- WHAT -- IS THIS IN

03:17PM  4   LATE 2017?

03:17PM  5   Q.   I THINK THE DATE OF THIS DOCUMENT IS IN 2017, YES.

03:17PM  6   A.   IS WHEN?

03:17PM  7   Q.   IS IN 2017.

03:17PM  8   A.   IS IT IN LATE 2017?

03:17PM  9   Q.   I BELIEVE IT IS.  ASSUME IT IS.

03:17PM  10  A.   OH, IT IS DECEMBER 20TH -- OH, I THINK I HAVE RESIGNED

03:18PM  11  FROM THE BOARD BY THIS POINT, SIR.

03:18PM  12  Q.   OKAY.  BUT DID YOU LEARN WHILE YOU WERE ON THE BOARD THAT

03:18PM  13  AN INDEPENDENT EVALUATION HAD BEEN UNDERTAKEN?

03:18PM  14  A.   I BELIEVE I KNEW IT WAS UNDERWAY.

03:18PM  15       AGAIN, WHEN THE ARTICLE COMES OUT, WE'RE SCRAMBLING TO TRY

03:18PM  16  TO VALIDATE WHAT WE HAVE SAID THAT THERANOS CAN DO.

03:18PM  17       IT'S ROLL UP YOUR SLEEVES AND LET'S PROVE IT NOW BECAUSE

03:18PM  18  WE'RE UNDER ATTACK.  WE'VE GOT TO REACT TO THIS.

03:18PM  19  Q.   OKAY.  SO YOU ENCOURAGED THEM TO UNDERTAKE A COMPARATIVE

03:18PM  20  STUDY; CORRECT?

03:18PM  21  A.   I WANTED COMPARATIVE STUDIES ON THERANOS FROM DAY ONE SO

03:18PM  22  THAT WE COULD BRING IT ONLINE AND PROVE IT COULD --

03:18PM  23  Q.   AND YOU HAD LEARNED AT SOME POINT THAT THEY HAD UNDERTAKEN

03:18PM  24  TO PURSUE THAT KIND OF A STUDY; CORRECT?

03:18PM  25  A.   THAT I'M NOT SURE OF.

MATTIS CROSS BY MR. DOWNEY                                        1648

03:18PM   1    Q.   OKAY.  BUT IN ANY EVENT, THE RESULTS OF THIS STUDY WOULD

03:18PM   2    HAVE TAKEN PLACE AFTER YOU HAD LEFT THERANOS --

03:19PM   3    A.   THAT'S CORRECT.

03:19PM   4    Q.   -- FOR THE DEFENSE DEPARTMENT.

03:19PM   5         AND DO YOU RECALL AN EMAIL FROM MS. HOLMES LAYING OUT

03:19PM   6    POTENTIAL STEPS?  SHE SET FORTH THE POSSIBILITY OF BRINGING

03:19PM   7    INTO THE COMPANY OUTSIDERS WITH A LOT OF EXPERTISE WHO COULD

03:19PM   8    REVIEW DATA; IS THAT CORRECT?

03:19PM   9    A.   YES, THAT'S CORRECT.

03:19PM  10    Q.   AND LET ME ASK YOU TO LOOK AT EXHIBIT 10512 IN CONNECTION

03:19PM  11    WITH THAT.

03:19PM  12         AND IS THIS A SERIES OF EMAIL EXCHANGES BETWEEN --

03:19PM  13    CULMINATING IN EMAIL EXCHANGES BETWEEN YOURSELF AND MS. HOLMES

03:19PM  14    AND OTHERS.

03:19PM  15    A.   AND THE OTHER MEMBERS OF THE BOARD, YES.

03:19PM  16         MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 10512.

03:19PM  17         MR. BOSTIC:  YOUR HONOR, I BELIEVE PORTIONS CONTAIN

03:19PM  18    HEARSAY.

03:20PM  19         THE COURT:  IS THIS OFFERED FOR THE TRUTH OF THE

03:20PM  20    MATTER ASSERTED?

03:20PM  21         MR. DOWNEY:  IT'S BEING OFFERED FOR THE STATE OF

03:20PM  22    MIND OF THE DEFENDANT.

03:20PM  23         THE COURT:  STATE OF MIND OF THE DEFENDANT?

03:20PM  24         MR. DOWNEY:  YES.

03:20PM  25         THE COURT:  LADIES AND GENTLEMEN, THIS WILL BE

MATTIS CROSS BY MR. DOWNEY

03:20PM 1     ADMITTED NOT FOR THE TRUTH OF THE MATTER ASSERTED IN THE

03:20PM 2     DOCUMENT.  THIS ONLY GOES TO THE ISSUE OF THE STATE OF MIND OF

03:20PM 3     MS. HOLMES, AND THAT LIMITED PURPOSE ONLY.

03:20PM 4         YOU'LL BE SO INSTRUCTED LATER IN THE FINAL INSTRUCTIONS

03:20PM 5     HOW YOU MAY TREAT THIS EVIDENCE.

03:20PM 6         (DEFENDANT'S EXHIBIT 10512 WAS RECEIVED IN EVIDENCE.)

03:20PM 7             MR. DOWNEY:  LET ME ASK THAT THAT BE -- MAY THAT BE

03:20PM 8     PUBLISHED, YOUR HONOR?

03:20PM 9             THE COURT:  YES.

03:20PM 10    BY MR. DOWNEY:

03:20PM 11    Q.  I'LL DIRECT YOUR ATTENTION TO THE FIRST EMAIL AT THE

03:20PM 12    BOTTOM OF THE EXCHANGE.  THE EMAIL THAT IS FROM DAVID HELFET,

03:21PM 13    M.D.

03:21PM 14        DO YOU SEE THAT?

03:21PM 15    A.  YES.

03:21PM 16    Q.  AND DO YOU KNOW WHO DAVID HELFET IS?

03:21PM 17    A.  I KNOW HIS REPUTATION.

03:21PM 18    Q.  AND WHAT IS HIS REPUTATION?

03:21PM 19    A.  STRONG IN HIS FIELD.

03:21PM 20    Q.  AND HE GOES ON TO SAY IN THIS EMAIL -- HE THANKS PEOPLE

03:21PM 21    FOR PARTICIPATING IN A SESSION ON FRIDAY, AND HE THEN SAYS,

03:21PM 22    TOWARDS THE BOTTOM, "DESPITE SOME INITIAL SKEPTICISM I DO

03:21PM 23    BELIEVE ULTIMATELY WE WERE ALL CONVINCED," AND THEN HE SETS

03:21PM 24    FORTH A NUMBER OF BULLET POINTS, THE VACUTAINER WORKS, IF DONE

03:21PM 25    CORRECTLY, RELIABLE SMALL AMOUNTS OF BLOOD VIA FINGERSTICK CAN

MATTIS CROSS BY MR. DOWNEY

03:21PM  1    BE OBTAINED FOR TESTING, THERANOS HAS THE TECHNOLOGY TO TEST

03:21PM  2    NANO AMOUNTS OF BLOOD WITH THE SAME TESTS AND ACCURACY AS

03:22PM  3    ROUTINELY DONE TODAY WITH TRADITIONAL VENAPUNCTURE.

03:22PM  4        AND THEN HE SAYS, THE LAB IN THE BOX IS A REALITY AND WILL

03:22PM  5    BE A GAME CHANGER.

03:22PM  6        AND ABOVE THAT HE IS RESPONDED TO BY A THOMAS KICKLER.

03:22PM  7        DO YOU KNOW WHO THOMAS KICKLER IS?

03:22PM  8    A.   NO.

03:22PM  9    Q.   AND DO YOU KNOW OF -- HAVE YOU EVER HEARD OF DR. KICKLER

03:22PM  10   IN CONNECTION WITH JOHNS HOPKINS UNIVERSITY?

03:22PM  11   A.   NO.

03:22PM  12   Q.   AND DO YOU KNOW THAT DR. KICKLER HAD PERFORMED THE FIRST

03:22PM  13   EVALUATION OF THERANOS TECHNOLOGY THAT WAS REFERENCED IN THE

03:22PM  14   BOARD PACKET THAT YOU LOOKED AT EARLIER WITH MR. BOSTIC?

03:22PM  15   A.   NO.

03:22PM  16   Q.   AND THIS GOES ON TO SAY, FROM DR. KICKLER, I WAS NOT ONLY

03:22PM  17   IMPRESSED WITH THE EXCELLENT WORK DONE BUT ALSO WITH THE TEAM

03:22PM  18   THAT HAS BEEN ASSEMBLED.  THE PRESENTATIONS WERE SCHOLARLY,

03:22PM  19   REFLECTED A BROAD KNOWLEDGE, CLEARLY PRESENTED, AND HE HAD THE

03:23PM  20   IMPRESSION OF A LOT OF COLLECTIVE EXPERTISE, EXPERTISE AND

03:23PM  21   EXPERIENCE AT THERANOS.

03:23PM  22       AND THEN MS. HOLMES FORWARDS THAT ON TO THE BOARD AND SETS

03:23PM  23   FORTH THE QUALIFICATIONS OF THE DOCTORS WHO HAD PARTICIPATED IN

03:23PM  24   THIS REVIEW; CORRECT?

03:23PM  25   A.   UH-HUH.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Amy Mason Saharia*
AMY MASON SAHARIA

April 17, 2023