No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

## EXCERPTS OF RECORD
## VOL. XX of LVII | ER-5351 to ER-5650

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA 98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 200024
  (202) 434-5000
  asaharia@wc.com

1651

MATTIS CROSS BY MR. DOWNEY

03:23PM 1    Q.   AND SHE WAS CLEARLY IMPRESSED WITH THE RESULTS OF THIS?

03:23PM 2    A.   YES.

03:23PM 3    Q.   AND YOU WROTE BACK TO MS. HOLMES AND SAID, "THANKS

03:23PM 4    ELIZABETH.  I'M HEARTENED BUT UNSURPRISED AT THE FINDINGS."

03:23PM 5         AND THEN YOU ASK, CAN WE HAVE THESE FIND THEIR WAY INTO

03:23PM 6    TRADE JOURNALS AND THE BUSINESS WORLD NEWS AND MEDIA TO REVERSE

03:23PM 7    THE CURRENT STORY?  CORRECT?

03:23PM 8    A.   YES.

03:23PM 9    Q.   AND YOU WERE CONCERNED THAT THE STORY WAS BECOMING, I

03:23PM 10   THINK YOU CALLED IT SORT OF AN URBAN MYTH; CORRECT?

03:23PM 11   A.   THAT'S CORRECT.  IF WE HAD DATA THAT REFUTED IT, WE NEEDED

03:23PM 12   TO GET IT OUT THERE.

03:24PM 13   Q.   AND THEN AFTER THIS EMAIL EXCHANGE BETWEEN YOU AND

03:24PM 14   MS. HOLMES, SHE SEPARATELY FORWARDS TO THE BOARD ANOTHER CHAIN

03:24PM 15   WHICH BEGINS WITH THE SAME BOTTOM CHAIN, AND THAT IS AT

03:24PM 16   EXHIBIT 7653.  IF YOU COULD LOOK AT THAT.

03:24PM 17        AND IS THIS ANOTHER EMAIL EXCHANGE BETWEEN MS. HOLMES AND

03:24PM 18   THE BOARD, INCLUDING YOURSELF?

03:24PM 19   A.   YES.

03:24PM 20   Q.   IF YOU LOOK UNDER HER FORWARDING OF THIS, YOU SEE THAT

03:25PM 21   IT'S AN EMAIL FROM BILL FOEGE TO MS. HOLMES; CORRECT?

03:25PM 22   A.   YES.

03:25PM 23   Q.   AND BILL FOEGE IS THE GENTLEMAN WHO WE MENTIONED WHO WAS

03:25PM 24   THE DIRECTOR FOR THE CENTER OF DISEASE CONTROL; CORRECT?

03:25PM 25   A.   THAT'S CORRECT.

MATTIS CROSS BY MR. DOWNEY                                    1652

03:25PM    1    Q.   AND HE'S HIGHLY RESPECTED IN THE FIELD OF PUBLIC HEALTH;

03:25PM    2    CORRECT?

03:25PM    3    A.   YES.

03:25PM    4    Q.   AND THEN HE REPORTS ON NOTES THAT HE HAD MADE OF HIS

03:25PM    5    DIALOGUE WITH THESE DOCTORS; CORRECT?

03:25PM    6    A.   YES.

03:25PM    7            MR. DOWNEY:   YOUR HONOR, I MOVE THE ADMISSION OF

03:25PM    8    EXHIBIT 7653.

03:25PM    9            MR. BOSTIC:   SIMILAR HEARSAY OBJECTION, YOUR HONOR.

03:25PM   10            THE COURT:   IS THIS OFFERED FOR THE TRUTH?

03:25PM   11            MR. DOWNEY:   OFFERED FOR THE SAME PURPOSE.

03:25PM   12            THE COURT:   STATE OF MIND OF MS. HOLMES?

03:25PM   13            MR. DOWNEY:   YES, YES.

03:25PM   14            THE COURT:   ALL RIGHT.   LADIES AND GENTLEMEN, THIS

03:25PM   15    IS ADMITTED.   BUT, AGAIN, THE LIMITED PURPOSE OF THIS IS NOT

03:25PM   16    FOR THE TRUTH OF THE MATTER ASSERTED IN THE DOCUMENT, BUT IT

03:25PM   17    GOES TO THE STATE OF MIND OF MS. HOLMES, AND THAT IS THE ONLY

03:25PM   18    REASON IT MAY BE CONSIDERED.

03:26PM   19        YOU'LL BE INSTRUCTED IN THE FINAL INSTRUCTIONS AS TO THAT

03:26PM   20    AS WELL.

03:26PM   21        (DEFENDANT'S EXHIBIT 7653 WAS RECEIVED IN EVIDENCE.)

03:26PM   22    BY MR. DOWNEY:

03:26PM   23    Q.   AND IF YOU LOOK AT THE ATTACHED NOTES, THESE APPEAR TO BE

03:26PM   24    NOTES THAT DR. FOEGE HAD TAKEN DURING THE MEETING; CORRECT?   OR

03:26PM   25    SUMMARIZED IN THE MEETING?

MATTIS CROSS BY MR. DOWNEY                                    1653

03:26PM  1    A.   I GUESS SO.  YEAH, THEY LOOK PRETTY COMPLETE.

03:26PM  2    Q.   OKAY.  AND IF YOU LOOK AT, ON THE SECOND PAGE OF NOTES,

03:26PM  3    DR. FOEGE WRITES, NEXT TO NUMBER 1, "THE AMAZING DETAIL OF THE

03:26PM  4    PRESENTATIONS, THE HIGH QUALITY OF THE STUDIES IN THE ASSAYS.

03:26PM  5    THE PROFESSIONALISM AND THE QUALITY OF THE STAFF AND THE FACT

03:26PM  6    THAT THE THERANOS TEAM HAS IDENTIFIED AND PERFECTED SO MANY

03:26PM  7    PARTS OF THE PROGRAM OVER THE YEARS."

03:26PM  8         AND THEN HE GOES ON TO SAY THESE ARE ACADEMICS AND THEY'RE

03:27PM  9    HARSH JUDGES; CORRECT?

03:27PM  10   A.   RIGHT.

03:27PM  11   Q.   AND THEN IF YOU GO A COUPLE OF PARAGRAPHS ABOVE NUMBER 1,

03:27PM  12   HE RECOUNTS IN THE SECOND PARAGRAPH OF THE NOTES THAT

03:27PM  13   MS. HOLMES REVIEWED STUDIES OF THERANOS'S NANOTAINER; CORRECT?

03:27PM  14   A.   YES.

03:27PM  15   Q.   AND SHE PRESENTED THE DATA AS TO WHAT WAS KNOWN ABOUT HOW

03:27PM  16   THERANOS'S TECHNOLOGY COMPARED VERSUS VENOUS TECHNOLOGY;

03:27PM  17   CORRECT?

03:27PM  18   A.   YES.

03:27PM  19   Q.   AND THEN IT GOES ON TO SAY SHE USED SLIDES AND VIDEO AND

03:27PM  20   SHOWED HOW THE EQUIPMENT WORKS.

03:27PM  21        AND THEN DR. FOEGE RECOUNTED, "THE ATTITUDE OF THE GROUP

03:27PM  22   CHANGED PERCEPTIBLY DURING THE DAY.  SOON THEY SAID THEY HAD

03:27PM  23   SEEN ENOUGH OF THE ANALYTICAL METHODS, THE CAPILLARY VERSUS

03:27PM  24   VENOUS RESULTS SO THAT WE COULD GO ON TO OTHER THINGS."

03:27PM  25        DO YOU SEE THAT?

1654

MATTIS CROSS BY MR. DOWNEY

03:27PM 1    A.   YES.

03:27PM 2    Q.   AND DID YOU EVER DISCUSS WITH MS. HOLMES THE SIGNIFICANCE

03:28PM 3    THAT SHE TOOK FROM THE REACTION TO THE TECHNOLOGY THAT WAS

03:28PM 4    EXPRESSED DURING THIS SESSION?

03:28PM 5    A.   DID I DISCUSS WITH HER HER REACTIONS?

03:28PM 6    Q.   YES, WHAT HER REACTION WAS TO THIS SESSION AND THE

03:28PM 7    COMMENTS THAT WERE MADE BY EXPERTS DURING IT?

03:28PM 8    A.   THEY WERE POSITIVE.  YOU CAN SEE IN THE EMAIL FROM HER,

03:28PM 9    SHE FORWARDS IT -- I MEAN, CLEARLY THIS WAS A STEP IN THE RIGHT

03:28PM 10   DIRECTION TO GET EXPERTS IN AND REVIEW WHAT WE WERE DOING.

03:28PM 11   Q.   I JUST WANT TO ASK YOU WITH RESPECT TO ANOTHER THIRD PARTY

03:28PM 12   VALIDATION ISSUE.  I JUST WANT TO ASK YOU IF YOU HAVE EVEN SEEN

03:28PM 13   A DOCUMENT BEFORE OR NOT.  SO I'M GOING TO ASK YOU JUST TO LOOK

03:28PM 14   AT IT AND YOU CAN TELL ME YES OR NO WHETHER THIS IS A DOCUMENT

03:28PM 15   YOU THINK YOU'VE SEEN BEFORE.

03:28PM 16   A.   OKAY.

03:28PM 17   Q.   AND THIS WILL BE IN YOUR NOTEBOOK AS -- I WANT TO MAKE

03:29PM 18   SURE IT'S IN YOUR NOTEBOOK.  BEAR WITH ME.  EXHIBIT 302.

03:29PM 19        TAKE A MINUTE TO REVIEW THAT AND LET US KNOW IF YOU'VE

03:29PM 20   EVER SEEN THIS DOCUMENT BEFORE.

03:29PM 21   A.   NO.

03:29PM 22   Q.   NOW, DURING THE 2016 TIMEFRAME, A NUMBER OF CHANGES

03:29PM 23   HAPPENED AT THE COMPANY; CORRECT?

03:29PM 24   A.   2013?

03:29PM 25   Q.   2016?

MATTIS CROSS BY MR. DOWNEY                                                1655

03:29PM   1      A.   2016?  YES.

03:29PM   2      Q.   MR. BALWANI LEFT THE COMPANY; CORRECT?

03:29PM   3      A.   YES.

03:29PM   4      Q.   AND INDIVIDUALS WHO HAD SUBSTANTIAL EXPERIENCE IN THE

03:29PM   5      MEDICAL BUSINESS WERE BROUGHT INTO THE COMPANY TO OPERATE

03:29PM   6      PORTIONS OF IT; CORRECT?

03:29PM   7      A.   I'M NOT FAMILIAR WITH ALL OF THE DETAILS, BUT THERE WERE

03:30PM   8      THE CHANGES THAT YOU'RE TALKING ABOUT.

03:30PM   9      Q.   OKAY.  AND DID YOU GET TO MEET, FOR EXAMPLE, MR. BONNANI?

03:30PM   10     A.   I DON'T RECALL.

03:30PM   11     Q.   OKAY.  DID YOU CONTINUE TO COUNSEL MS. HOLMES DURING THAT

03:30PM   12     PERIOD AROUND LEADERSHIP ISSUES AND MANAGEMENT ISSUES?

03:30PM   13     A.   I DON'T RECALL WHEN WE STOPPED THOSE DISCUSSIONS.  BUT

03:30PM   14     EARLY 2016, WE WERE STILL TRYING TO GET THIRD PARTY VALIDATION,

03:30PM   15     SO I COULD IMAGINE I WAS WORKING WITH HER IN HOW SHE CONVEYED

03:30PM   16     THAT TO HER OWN TEAM FOR MORALE REASONS.  YOU KNOW, THE

03:30PM   17     COMPANY, YOU COULD LOSE PEOPLE IN THESE SITUATIONS, GOOD

03:30PM   18     PEOPLE.

03:30PM   19     Q.   AND SHE CONTINUED TO SEEK YOUR ADVICE DURING THAT PERIOD?

03:30PM   20     A.   IT'S BEEN A FEW YEARS.  I DON'T RECALL WHEN WE STOPPED.

03:30PM   21     OBVIOUSLY WE STOPPED IN ABOUT OCTOBER OR NOVEMBER, SOME TIME

03:31PM   22     BEFORE THAT.

03:31PM   23     Q.   LET ME ASK YOU TO LOOK AT 10524.

03:31PM   24     A.   YES.

03:31PM   25     Q.   IS THIS A LETTER FROM YOU TO MS. HOLMES?

MATTIS REDIRECT BY MR. BOSTIC                                     1656

03:31PM  1    A.   YES.

03:31PM  2              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:31PM  3    THIS DOCUMENT.

03:31PM  4              MR. BOSTIC:  NO OBJECTION.

03:31PM  5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:31PM  6         (DEFENDANT'S EXHIBIT 10524 WAS RECEIVED IN EVIDENCE.)

03:31PM  7    BY MR. DOWNEY:

03:31PM  8    Q.   AND THIS IS YOUR RESIGNATION TO THERANOS IN DECEMBER OF

03:31PM  9    2016; CORRECT?

03:31PM 10    A.   THAT'S CORRECT.

03:31PM 11              MR. DOWNEY:  YOUR HONOR, MAY I HAVE A MOMENT?  I MAY

03:31PM 12    BE DONE WITH CROSS-EXAMINATION.  EXCUSE ME ONE MOMENT.

03:31PM 13              THE COURT:  YES.

03:31PM 14         (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:32PM 15              MR. DOWNEY:  YOUR HONOR, I'LL PASS THE WITNESS.

03:32PM 16              THE COURT:  REDIRECT?

03:32PM 17              MR. BOSTIC:  THANK YOU, YOUR HONOR.

03:32PM 18                        **REDIRECT EXAMINATION**

03:32PM 19    BY MR. BOSTIC:

03:32PM 20    Q.   GOOD AFTERNOON, GENERAL MATTIS.

03:32PM 21         DURING YOUR DISCUSSION WITH MR. DOWNEY, YOU TALKED ABOUT

03:32PM 22    AN LOE.

03:32PM 23         DO YOU RECALL THAT DISCUSSION?

03:32PM 24    A.   YES.

03:32PM 25    Q.   AND WHAT IS AN LOE?  JUST REMIND US.

MATTIS REDIRECT BY MR. BOSTIC

03:32PM 1    A.   A LIMITED OBJECTIVE EXPERIMENT.  WE WERE TRYING TO DEFINE

03:32PM 2    WHAT WE WANTED TO DO FOR THE SIDE-BY-SIDE COMPARISON.  WAS IT A

03:32PM 3    PILOT PROJECT?  A LIMITED OBJECTIVE EXPERIMENT?  WE WANTED TO

03:32PM 4    SEE IF WE COULD USE IT IN A MILITARY ENVIRONMENT.

03:33PM 5    Q.   AND DOES AN LOE HAPPEN BEFORE ACTUAL MEDICAL USE OF THE

03:33PM 6    DEVICE OR AT THE SAME TIME?

03:33PM 7    A.   WHAT I WANTED TO DO IS BEFORE I PUT MY REPUTATION ON THE

03:33PM 8    LINE SAYING THAT I WANT THIS THING IN THEATRE, I WANTED TO KNOW

03:33PM 9    IT WORKED.  THAT'S THE BOTTOM LINE.

03:33PM 10       I NEEDED TO HAVE THE DATA, AND THE BEST WAY TO DO IT IS TO

03:33PM 11   PUT ALONGSIDE WHAT WE WERE DOING AND HAVE IT STAND AND DELIVER

03:33PM 12   FASTER AND MORE ACCURATE RESULTS.

03:33PM 13   Q.   DO YOU REMEMBER SOME DISCUSSION WITH MR. DOWNEY ABOUT

03:33PM 14   WHETHER THERE WAS AN AGREEMENT OR NOT, OR A PROTOCOL TO CONDUCT

03:33PM 15   THAT LOE?

03:33PM 16   A.   WE ENGAGED IN THE EFFORT TO TRY TO DO IT.  WE DID NOT

03:33PM 17   ACHIEVE THAT WHILE I WAS THERE.

03:33PM 18   Q.   AND MY QUESTION IS JUST, IS A WRITTEN AGREEMENT TO CONDUCT

03:33PM 19   AN LOE THE SAME THING AS ACTUALLY FOLLOWING THROUGH AND

03:33PM 20   CONDUCTING THAT EXPERIMENT?

03:33PM 21   A.   NO, ABSOLUTELY NOT.  IT SIMPLY OPENS THE DOOR TO DO WHAT

03:34PM 22   WE NEEDED TO DO.

03:34PM 23   Q.   MORE RECENTLY IN YOUR CONVERSATION WITH MR. DOWNEY THERE

03:34PM 24   WAS SOME DISCUSSION AND YOU LOOKED AT SOME EMAILS ABOUT

03:34PM 25   DAVID HELFET AND A DAY THAT HE SPENT AT THERANOS; IS THAT

MATTIS REDIRECT BY MR. BOSTIC                                    1658

03:34PM   1    CORRECT?

03:34PM   2    A.   YES.

03:34PM   3    Q.   AND THAT WAS EXHIBIT 10512 THAT YOU JUST LOOKED AT.  YOU

03:34PM   4    CAN LOOK BACK AT IT IF YOU WOULD LIKE.

03:34PM   5         ACTUALLY, IF WE COULD --

03:34PM   6    A.   YES.

03:34PM   7    Q.   WELL, LET ME ASK, THE MEETING THAT MR. HELFET HAD AT

03:34PM   8    THERANOS THAT IS REFLECTED IN THE EMAIL, WERE YOU PRESENT AT

03:34PM   9    THAT MEETING?

03:34PM   10   A.   NO, I WAS NOT.

03:34PM   11   Q.   AND DO YOU KNOW WHETHER IT TOOK MORE THAN A SINGLE DAY AT

03:34PM   12   THERANOS?

03:34PM   13   A.   I DO NOT KNOW THE DETAILS.  WE HAD HEARD FROM MS. HOLMES

03:34PM   14   ABOUT HIS CREDENTIALS, AND THAT'S WHY I WAS HAPPY TO SEE AN

03:35PM   15   OUTSIDER COMING IN.

03:35PM   16   Q.   AND DO YOU KNOW WHETHER DAVID HELFET'S OPINION OF THERANOS

03:35PM   17   WAS BASED ON ANY DATA THAT WASN'T ACTUALLY SUPPLIED BY THERANOS

03:35PM   18   ITSELF?

03:35PM   19   A.   NO, I DO NOT.

03:35PM   20   Q.   YOU TESTIFIED ON CROSS-EXAMINATION THAT YOU BELIEVED THAT

03:35PM   21   THE BOARD OF DIRECTORS WERE CAPABLE OF ASKING THEIR OWN

03:35PM   22   QUESTIONS AND BEING CANDID WITH MS. HOLMES; IS THAT CORRECT?

03:35PM   23   A.   YES.

03:35PM   24   Q.   IF THE BOARD HAD BEEN INFORMED IN 2013 THAT THE EDISON

03:35PM   25   DEVICE COULD ONLY PERFORM A SMALL SLICE OF THE TESTS THAT

MATTIS REDIRECT BY MR. BOSTIC                                      1659

03:35PM   1    THERANOS WAS CONDUCTING, WOULD THE BOARD HAVE HAD QUESTIONS FOR

03:35PM   2    MS. HOLMES?

03:35PM   3    A.   WELL, QUESTIONS AND CONCERNS ABOUT ROLLING IT OUT IN A

03:35PM   4    COMMERCIAL WAY.

03:35PM   5    Q.   WHAT QUESTIONS AND CONCERNS?  CAN YOU EXPLAIN THAT?

03:35PM   6    A.   WELL, THE QUESTION IS, WERE WE ROLLING IT OUT TOO EARLY

03:36PM   7    AND LOSE OUR CREDIBILITY THAT IT COULD ONLY DO A SMALL NUMBER

03:36PM   8    OF THINGS THAT, BY THERANOS'S DEFINITION, REQUIRED ABOUT 2,000

03:36PM   9    TESTS TO BE FULLY OPERATIONAL.

03:36PM   10        THE CONCERN WOULD BE THAT WE COULD STUMBLE GOING OUT OF

03:36PM   11   THE STARTING GATE AND IT WOULD NOT HAVE THE CREDIBILITY AS A

03:36PM   12   RESULT.

03:36PM   13        I'M TALKING NOW WITH HINDSIGHT.

03:36PM   14   Q.   AND THAT'S MY NEXT QUESTION.

03:36PM   15        DID THE BOARD HAVE THE OPPORTUNITY TO ASK THOSE QUESTIONS

03:36PM   16   OF MS. HOLMES BACK IN 2013?

03:36PM   17   A.   WELL, WE HAD -- WE WERE IN THE ROOM WITH HER, BUT I TOOK

03:36PM   18   AS GOOD FAITH THAT WHAT WE WERE BEING TOLD WAS ACCURATE, AND I

03:36PM   19   ASSUMED THAT WHEN WE SAY THESE ARE THE THERANOS RESULTS, IT WAS

03:36PM   20   FROM THE THERANOS MACHINE.

03:36PM   21        LOOKING BACK, THAT PROBABLY WAS NOT ACCURATE.  BUT AT THE

03:36PM   22   TIME, THAT WAS THE ASSUMPTION THAT I HAD.  I WOULD NOT HAVE

03:37PM   23   TRIED TO DEPLOY IT IN A COUNTRY AS A CENTCOM COMMANDER IF I HAD

03:37PM   24   A DIFFERENT VIEW OF IT.

03:37PM   25   Q.   DURING YOUR DISCUSSION WITH MR. DOWNEY, YOU LOOKED AT SOME

MATTIS REDIRECT BY MR. BOSTIC

03:37PM 1   CORRESPONDENCE THAT YOU HAD WITH MS. HOLMES FOLLOWING THE

03:37PM 2   PUBLICATION OF "THE WALL STREET JOURNAL" ARTICLE.

03:37PM 3       DO YOU RECALL THOSE EXHIBITS?

03:37PM 4   A.   YES.

03:37PM 5   Q.   THAT CORRESPONDENCE AS A WHOLE EXHIBITED A SUPPORTIVE

03:37PM 6   ATTITUDE OF YOURS TOWARDS THE COMPANY.

03:37PM 7       WOULD YOU SAY THAT'S FAIR?

03:37PM 8   A.   THAT'S ACCURATE.

03:37PM 9   Q.   THERE WAS AN EMAIL THAT MR. DOWNEY HAD YOU REVIEW WHERE

03:37PM 10  YOU TALKED ABOUT HAVING FULL FAITH IN THE THERANOS PLAN.

03:37PM 11      DO YOU RECALL THAT?

03:37PM 12  A.   YES.

03:37PM 13  Q.   THERE WAS ALSO A STATEMENT WHERE YOU EXPRESSED SOME

03:37PM 14  CONCERN ABOUT "THE WALL STREET JOURNAL" ALLEGATIONS BECOMING AN

03:37PM 15  URBAN MYTH.

03:37PM 16      DO YOU RECALL THAT?

03:37PM 17  A.   RIGHT.

03:37PM 18  Q.   AND DID THOSE EMAILS -- WERE THEY GENUINE?  WERE YOU

03:38PM 19  SUPPORTIVE OF THE COMPANY AT THAT TIME?  DID YOU STILL BELIEVE

03:38PM 20  IN THE COMPANY?

03:38PM 21  A.   THE OPERATIVE WORD IS "AT THAT TIME."  I STILL BELIEVED

03:38PM 22  WHAT WE HAD, AND I THOUGHT WE HAD TO GET OUT FRONT AND SAY

03:38PM 23  HERE'S THE DATA TO SHOW WE WERE RIGHT, YES.

03:38PM 24  Q.   AND DID THAT REMAIN YOUR VIEWPOINT IN THE MONTHS THAT

03:38PM 25  FOLLOWED?

MATTIS REDIRECT BY MR. BOSTIC                                          1661

03:38PM   1     A.    DURING 2016, PROBABLY BY MID-YEAR, I DIDN'T KNOW WHAT TO

03:38PM   2     BELIEVE ABOUT THE TECHNOLOGY.

03:38PM   3     Q.    AND JUST AT A HIGH LEVEL, WHY WAS THAT?  WHY DID YOUR

03:38PM   4     ATTITUDE TOWARDS THERANOS CHANGE?

03:38PM   5     A.    THERE HAD BEEN TOO MANY SURPRISES.  THERE WAS NOT THE

03:38PM   6     TRANSPARENCY WITH THE MEMBERS OF THE BOARD THAT WOULD HAVE

03:38PM   7     ALLOWED US TO BE IN FRONT OF THESE ISSUES AND TO HELP THE CEO

03:38PM   8     TO HELP GUIDE THE COMPANY THROUGH THESE KIND OF THINGS.

03:38PM   9          IF THE MACHINE WAS SHOWING PROBLEMS, IF IT WASN'T TURNING

03:38PM  10     OUT WHAT WE NEEDED, THEN TAKE THE TIME TO CORRECT IT.  DON'T

03:39PM  11     ROLL IT OUT.

03:39PM  12          MANY OF US HAD EXPERIENCE WHAT HAPPENS IF YOU GO

03:39PM  13     PREMATURELY ON THINGS.

03:39PM  14          SO WE WERE UNABLE TO HELP HER WITH THE FUNDAMENTAL ISSUES

03:39PM  15     THAT SHE WAS APPARENTLY GRAPPLING WITH.  WE ONLY SAW THEM IN

03:39PM  16     THE REARVIEW MIRROR.

03:39PM  17               MR. BOSTIC:  MAY I HAVE ONE MOMENT, YOUR HONOR?

03:39PM  18               THE COURT:  YES.

03:39PM  19          (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:39PM  20               MR. BOSTIC:  NO FURTHER QUESTIONS, YOUR HONOR.

03:39PM  21     THANK YOU.

03:39PM  22     THANK YOU, GENERAL.

03:39PM  23               MR. DOWNEY:  NO FURTHER QUESTIONS, YOUR HONOR.

03:39PM  24               THE COURT:  MAY THIS WITNESS BE EXCUSED?

03:39PM  25               MR. DOWNEY:  YES, YOUR HONOR.

1662
MATTIS REDIRECT BY MR. BOSTIC

| | | |
|---|---|---|
| 03:39PM | 1 | THE COURT:  SIR, YOU'RE EXCUSED.  THANK YOU FOR |
| 03:39PM | 2 | COMING IN. |
| 03:39PM | 3 | THE WITNESS:  THANK YOU. |
| 03:40PM | 4 | THE COURT:  LADIES AND GENTLEMEN OF THE JURY, IT'S |
| 03:40PM | 5 | ABOUT 20 MINUTES TO 4:00, AND I KNOW I TOLD YOU WE WOULD |
| 03:40PM | 6 | REASSESS OUR SCHEDULE. |
| 03:40PM | 7 | LET ME TURN TO COUNSEL AND ASK THEM HOW LONG DO THEY THINK |
| 03:40PM | 8 | THIS LAST WITNESS, THE WITNESS WE INTERRUPTED, MR. LEACH, DO |
| 03:40PM | 9 | YOU HAVE AN ESTIMATE? |
| 03:40PM | 10 | AND I'LL ASK YOUR COLLEAGUE OPPOSITE THE SAME, MS. TREFZ. |
| 03:40PM | 11 | MR. LEACH:  I ESTIMATE APPROXIMATELY 20 TO |
| 03:40PM | 12 | 30 MINUTES, YOUR HONOR.  AND I CAN WORK IN THAT TIME TO BE AS |
| 03:40PM | 13 | EFFICIENT AS POSSIBLE, AND I'M GUIDED BY THE COURT AND THE JURY |
| 03:40PM | 14 | ABOUT YOUR PREFERENCE. |
| 03:40PM | 15 | MS. TREFZ:  I ESTIMATE FIVE TO TEN MINUTES, |
| 03:40PM | 16 | YOUR HONOR. |
| 03:40PM | 17 | THE COURT:  THANK YOU.  I ASKED THAT QUESTION IN |
| 03:40PM | 18 | FRONT OF YOU, LADIES AND GENTLEMEN, FOR A REASON.  WE HAVE THAT |
| 03:40PM | 19 | TIME ESTIMATE. |
| 03:40PM | 20 | NOW, LET ME ASK, THOUGH, IN ALL SERIOUSNESS AND CANDOR, WE |
| 03:40PM | 21 | CAN GO FORWARD AND FINISH THIS WITNESS TODAY.  I'M KEEPING YOU |
| 03:40PM | 22 | LONGER THAN I HAD PROMISED. |
| 03:40PM | 23 | OR WE CAN COME BACK AND START WITH THIS WITNESS ON FRIDAY |
| 03:41PM | 24 | AND FINISH THIS WITNESS WITH THE 25, 30 MINUTES THAT THESE |
| 03:41PM | 25 | LAWYERS HAVE SUGGESTED. |

1663

MATTIS REDIRECT BY MR. BOSTIC

```
03:41PM   1        THE OTHER REASON I ASK THEM IN FRONT OF YOU IS I WANT TO
03:41PM   2   PUT THEM ON THE SPOT, DIDN'T I, AND ASK THEM THEIR TIME
03:41PM   3   ESTIMATES.
03:41PM   4        BUT, LADIES AND GENTLEMEN, IF WE STAYED TO FINISH THIS
03:41PM   5   WITNESS, OTHER THAN THE INCONVENIENCE THAT IT CAUSES, WILL THIS
03:41PM   6   CAUSE -- IN FACT THAT I TOLD YOU I'D LET YOU LEAVE EARLIER.
03:41PM   7        WILL THIS CAUSE ANY SIGNIFICANT DAMAGE OR HARM TO ANY OF
03:41PM   8   YOUR PLANS THIS EVENING?
03:41PM   9        THANK YOU AGAIN.  I APPRECIATE THAT, AS DO THESE LAWYERS.
03:41PM  10        WHY DON'T WE GO FORWARD AND CONTINUE WITH THE EXAMINATION
03:41PM  11   OF THE FORMER WITNESS, AND WE'LL START THAT AGAIN.
03:41PM  12             MR. LEACH:  THANK YOU, YOUR HONOR.
03:41PM  13        THE UNITED STATES WILL CONTINUE ITS EXAMINATION OF
03:41PM  14   JUSTIN OFFEN.
03:41PM  15             THE COURT:  THANK YOU.
03:42PM  16             MR. LEACH:  MAY I?
03:42PM  17             THE COURT:  YES.  YES.
03:42PM  18        (PAUSE IN PROCEEDINGS.)
03:42PM  19             THE COURT:  THANK YOU, SIR.  IF YOU WOULD RESUME THE
03:42PM  20   STAND.  THANK YOU FOR YOUR PATIENCE.
03:42PM  21        WE'RE GOING TO FINISH YOUR EXAMINATION NOW.
03:42PM  22        MR. LEACH WILL FINISH HIS EXAMINATION, AND THEN WE'LL SEE
03:42PM  23   IF THERE'S ANY CROSS-EXAMINATION.
03:42PM  24        I REMIND YOU, SIR, YOU'RE STILL UNDER OATH.
03:42PM  25        IF YOU COULD JUST STATE YOUR NAME AGAIN, PLEASE, FOR THE
```

OFFEN DIRECT BY MR. LEACH (RES.)                    1664

03:42PM   1      RECORD.

03:42PM   2           **(GOVERNMENT'S WITNESS, JUSTIN OFFEN, WAS PREVIOUSLY**

03:42PM   3      **SWORN.)**

03:42PM   4               THE WITNESS:  JUSTIN OFFEN.

03:42PM   5               THE COURT:  THANK YOU.

03:43PM   6                    **DIRECT EXAMINATION (RESUMED)**

03:43PM   7      BY MR. LEACH:

03:43PM   8      Q.   MR. OFFEN, DO YOU STILL HAVE EXHIBIT 5387B IN FRONT OF

03:43PM   9      YOU?

03:43PM  10      A.   YES, SIR.

03:43PM  11      Q.   AND I DRAW YOUR ATTENTION TO PAGE 191.

03:43PM  12      A.   YES, SIR.

03:43PM  13               MR. LEACH:  YOUR HONOR, I OFFER PAGE 191.

03:43PM  14               THE CLERK:  I BELIEVE THAT'S PAGE 13 OF THE

03:43PM  15      DOCUMENT, COUNSEL.

03:43PM  16               MR. LEACH:  YES, THANK YOU, MS. KRATZMANN.  IT'S THE

03:43PM  17      BATES NUMBER PRH 191.

03:43PM  18               MS. TREFZ:  NO OBJECTION.

03:43PM  19               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:43PM  20               MR. LEACH:  THERE'S NO REASON TO PUBLISH IT.  I JUST

03:43PM  21      WANTED IT ADMITTED.

03:43PM  22               THE COURT:  ALL RIGHT.

03:43PM  23          (GOVERNMENT'S EXHIBIT 5387B, PAGE 13 WAS RECEIVED IN

03:43PM  24      EVIDENCE.)

03:43PM  25      BY MR. LEACH:

OFFEN DIRECT BY MR. LEACH (RES.)                                   1665

| | | |
|---|---|---|
| 03:43PM | 1 | Q.   CAN YOU -- LET ME GO MORE SLOWLY. |
| 03:44PM | 2 |      I DIRECT YOUR ATTENTION TO BATES NUMBER ENDING 219. |
| 03:44PM | 3 |      AND I OFFER, YOUR HONOR, THE PAGES WITH BATES NUMBER |
| 03:44PM | 4 | ENDING 219 THROUGH 222. |
| 03:44PM | 5 |           THE COURT:  THEY'RE ADMITTED. |
| 03:44PM | 6 |      (GOVERNMENT'S EXHIBIT 5387B, PAGES 14 THROUGH 17 WERE |
| 03:44PM | 7 | RECEIVED IN EVIDENCE.) |
| 03:44PM | 8 |           MR. LEACH:  IF WE CAN DISPLAY 219, MS. HOLLIMAN. |
| 03:44PM | 9 |      IF YOU CAN PLEASE HIGHLIGHT THE TEXT AT THE BOTTOM OF THE |
| 03:44PM | 10 | PAGE. |
| 03:44PM | 11 |           THE CLERK:  FOR THE RECORD, THIS IS PAGE 14 OF THAT |
| 03:44PM | 12 | EXHIBIT. |
| 03:45PM | 13 |           MR. LEACH:  THANK YOU, MS. KRATZMANN. |
| 03:45PM | 14 | Q.   WHAT IS THE DATE OF THESE TEXTS, MR. OFFEN? |
| 03:45PM | 15 | A.   MAY 13TH, 2015. |
| 03:45PM | 16 | Q.   AND BASED ON THE FORMATTING, THE BATES NUMBER AND |
| 03:45PM | 17 | EVERYTHING ELSE HERE, YOU BELIEVE THIS TO BE DATA FROM |
| 03:45PM | 18 | MS. HOLMES'S IPHONE? |
| 03:45PM | 19 | A.   CORRECT. |
| 03:45PM | 20 | Q.   AND DO YOU SEE THE MESSAGE AT THE BOTTOM, "I AM NARROWING |
| 03:45PM | 21 | THIS DOWN AND CLIA.  DOWN TO 5 PEOPLE.  WILL NAIL THIS." |
| 03:45PM | 22 |      THEN THERE'S AN EXPLETIVE? |
| 03:45PM | 23 | A.   YES. |
| 03:45PM | 24 | Q.   LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE, PLEASE.  THIS |
| 03:45PM | 25 | IS PAGE 15 OF THE DOCUMENT, BATES NUMBER 220. |

OFFEN DIRECT BY MR. LEACH (RES.)   1666

03:46PM 1      IF WE CAN DISPLAY THAT, MS. HOLLIMAN.  IF WE COULD

03:46PM 2    HIGHLIGHT THE TOP PORTION, THE RESPONSE TO THE PREVIOUS

03:46PM 3    MESSAGE.

03:46PM 4      DO YOU SEE WHERE IT SAYS "WHO DO U THINK," MR. OFFEN?

03:46PM 5    A.   YES.

03:46PM 6    Q.   AND THE SENDER OF THE TEXT IS ELIZABETH HOLMES?

03:46PM 7    A.   YES.

03:46PM 8    Q.   AND IF WE CAN GO DOWN FURTHER IN THIS DOCUMENT,

03:46PM 9    MS. HOLLIMAN, TO THE THIRD CHAIN IN THE MIDDLE.

03:46PM 10      DO YOU SEE THE LAST SENTENCE WHERE IT SAYS, "IT IS TYLER

03:46PM 11    ERIKA AND ADAM"?

03:46PM 12    A.   YES.

03:46PM 13    Q.   AND IS THIS A MESSAGE THAT APPEARS TO BE SENT BY

03:46PM 14    MR. BALWANI ON MAY 13TH, 2015?

03:46PM 15    A.   YES.

03:46PM 16    Q.   IF WE CAN GO PLEASE TO PAGE 16 OF THE DOCUMENTS, 221.

03:47PM 17      IF WE CAN ZOOM IN ON THE TOP PORTION OF THIS,

03:47PM 18    MS. HOLLIMAN.

03:47PM 19      DOES THIS APPEAR TO BE ANOTHER TEXT STRING DATED MAY 13TH,

03:47PM 20    2015?

03:47PM 21    A.   YES.

03:47PM 22    Q.   AND DO YOU SEE IN THE MESSAGE FOR THE FIRST ROW THE WORDS

03:47PM 23    "SECONDLY.  WE NEED A BETTER STRATEGY FOR NORMANDY.  FOR A LONG

03:47PM 24    TIME TO COME WE WILL HAVE HYBRID SOLUTIONS."

03:47PM 25      DO YOU SEE THAT LANGUAGE?

OFFEN DIRECT BY MR. LEACH (RES.)                                     1667

```
03:47PM   1      A.   YES.

03:47PM   2      Q.   AND THAT APPEARS TO BE SENT FROM MR. BALWANI TO

03:47PM   3   MS. HOLMES?

03:47PM   4      A.   YES.

03:48PM   5           MR. LEACH:   YOUR HONOR, I MOVE THE ADMISSION OF

03:48PM   6   PAGE 17 OF THE DOCUMENT -- OH, NO, PAGE 18 OF THE DOCUMENT,

03:48PM   7   BATES NUMBER 238.

03:48PM   8           MS. TREFZ:   NO OBJECTION.

03:48PM   9           THE COURT:   THAT'S ADMITTED WITHOUT OBJECTION.

03:48PM  10      (GOVERNMENT'S EXHIBIT 5387B, PAGE 18 WAS RECEIVED IN

03:48PM  11   EVIDENCE.)

03:48PM  12   BY MR. LEACH:

03:48PM  13      Q.   AND IF WE CAN PLEASE DISPLAY THAT, MS. HOLLIMAN.  ZOOM IN

03:48PM  14   ON THE BOTTOM PORTION.

03:48PM  15           DO THESE APPEAR TO BE TEXT MESSAGES BETWEEN MR. BALWANI

03:48PM  16   AND MS. HOLMES DATED JUNE 3RD, 2015, MR. OFFEN?

03:48PM  17      A.   YES.

03:48PM  18      Q.   AND I DRAW YOUR ATTENTION TO THE FIRST MESSAGE.

03:48PM  19           DO YOU SEE THE LANGUAGE, "WE NEED TO FOCUS ON BEING A

03:48PM  20   TECHNOLOGY COMPANY.  WE SPEND ALL OF OUR TIME WITH CLIA

03:48PM  21   MORONS"?

03:49PM  22           DO YOU SEE THAT LANGUAGE?

03:49PM  23      A.   YES.

03:49PM  24      Q.   AND THAT APPEARS TO BE SENT FROM MR. BALWANI TO MS. HOLMES

03:49PM  25   IN THIS JUNE TIME PERIOD?
```

OFFEN DIRECT BY MR. LEACH (RES.)                                    1668

03:49PM   1      A.   YES.

03:49PM   2      Q.   IF WE CAN PLEASE GO TO --

03:49PM   3           I OFFER PAGE 19, EXHIBIT 5387B, BATES NUMBER ENDING 254.

03:49PM   4              MS. TREFZ:  NO OBJECTION.

03:49PM   5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:49PM   6           (GOVERNMENT'S EXHIBIT 5387B, PAGE 19 WAS RECEIVED IN

03:49PM   7      EVIDENCE.)

03:49PM   8      BY MR. LEACH:

03:49PM   9      Q.   IF WE CAN ZOOM IN HERE ON THE ONE MESSAGE, MS. HOLLIMAN.

03:49PM   10          WHAT IS THE DATE OF THIS EXCHANGE, MR. OFFEN?

03:49PM   11     A.   JUNE 26TH, 2015.

03:49PM   12     Q.   OKAY.  AND DOES THE MESSAGE SAY, "I AM OK SENDING LETTER

03:49PM   13     TO ERIKA AS IN HEATHERS EMAIL."

03:49PM   14     A.   YES.

03:49PM   15     Q.   AND DOES THIS APPEAR TO COME FROM MR. BALWANI TO

03:50PM   16     MS. HOLMES?

03:50PM   17     A.   YES.

03:50PM   18              MR. LEACH:  YOUR HONOR, THE GOVERNMENT MOVES THE

03:50PM   19     ADMISSION OF PAGES OF 20 AND 21 OF EXHIBIT 5387B, BATES NUMBER

03:50PM   20     264 TO 265.

03:50PM   21              MS. TREFZ:  NO OBJECTION.

03:50PM   22              THE COURT:  THEY'RE ADMITTED, AND THEY MAY BE

03:50PM   23     PUBLISHED.

03:50PM   24          (GOVERNMENT'S EXHIBIT 5387B, PAGES 20 AND 21, WAS RECEIVED

03:50PM   25     IN EVIDENCE.)

1669

OFFEN DIRECT BY MR. LEACH (RES.)

03:50PM   1              MR. LEACH:  IF WE CAN PLEASE ZOOM IN,

03:50PM   2    MS. HOLLIMAN -- YES, RIGHT THERE.  THE FIRST SIX OR SEVEN

03:50PM   3    MESSAGES.

03:50PM   4         WONDERFUL.  THANK YOU.

03:50PM   5    Q.   WHAT IS THE DATE OF THESE TEXT MESSAGES, MR. OFFEN?

03:50PM   6    A.   JULY 15TH, 2015.

03:50PM   7    Q.   OKAY.  AND I DRAW YOUR ATTENTION TO THE FIRST MESSAGE.

03:51PM   8         DO YOU SEE WHERE IT SAYS, "I WORKED FOR 6 YEARS DAY AND

03:51PM   9    NIGHT TO HELP YOU.  I AM SAD WHERE YOU AND I ARE.  I THOUGHT IT

03:51PM  10    WOULD BE BETTER.  I KNOW UR ANGRY IN UR WAY.  AND UPSET WITH ME

03:51PM  11    FOR NOT DOING EVERYTHING YOU WANTED ME TO DO."

03:51PM  12         DO YOU SEE THAT LANGUAGE?

03:51PM  13    A.   YES.

03:51PM  14    Q.   AND DOES THAT APPEAR TO BE A MESSAGE FROM MR. BALWANI TO

03:51PM  15    MS. HOLMES?

03:51PM  16    A.   YES.

03:51PM  17    Q.   AND DO YOU SEE THE TEXT AT 4:46:31 P.M., THE FOURTH ONE

03:51PM  18    DOWN, OR THE FIFTH ONE DOWN?

03:51PM  19    A.   YES.

03:51PM  20    Q.   AND WOULD YOU MIND READING THIS ONE FOR US, PLEASE?

03:51PM  21    A.   "I AM RESPONSIBLE FOR EVERYTHING AT THERANOS.  ALL HAVE

03:51PM  22    BEEN MY DECISIONS TOO."

03:51PM  23    Q.   AND THAT'S FROM MR. BALWANI TO MS. HOLMES?

03:51PM  24    A.   CORRECT.

03:51PM  25    Q.   IF YOU COULD SKIP THE NEXT MESSAGE, AND THEN I DRAW YOUR

                    OFFEN DIRECT BY MR. LEACH (RES.)                1670

03:51PM   1    ATTENTION TO THE MESSAGES AT 4:46:56 P.M.

03:52PM   2        DO YOU SEE THOSE TWO MESSAGES FROM MR. BALWANI TO

03:52PM   3    MS. HOLMES?

03:52PM   4    A.   YES.

03:52PM   5    Q.   AND DOES THIS SAY, "I WON'T TRANSITION UNTIL UR IN A

03:52PM   6    PERFECT PLACE.  U KNOW THAT.

03:52PM   7        "UR UNDERESTIMATING THE CHALLENGES AND BEING CHILDISH.  I

03:52PM   8    HAVE BEEN TELLING U FOR MONTHS."

03:52PM   9        DO YOU SEE THAT LANGUAGE?

03:52PM  10    A.   YES.

03:52PM  11    Q.   AND THESE ARE MESSAGES FROM MR. BALWANI TO MS. HOLMES?

03:52PM  12    A.   CORRECT.

03:52PM  13            MR. LEACH:  I OFFER THE REMAINING PAGES OF

03:52PM  14    EXHIBIT 5387B.

03:52PM  15            MS. TREFZ:  NO OBJECTION.

03:52PM  16            THE COURT:  THEY'RE ADMITTED.  THEY MAY BE

03:52PM  17    PUBLISHED.

03:52PM  18        (GOVERNMENT'S EXHIBIT 5387B, PAGES 22 THROUGH 30, WAS

03:52PM  19    RECEIVED IN EVIDENCE.)

03:52PM  20            MR. LEACH:  IF WE CAN GO, PLEASE, MS. HOLLIMAN, TO

03:53PM  21    PAGE 21 -- EXCUSE ME, 22.  AND IF YOU CAN ZOOM IN ON THE TOP

03:53PM  22    TWO MESSAGES.

03:53PM  23    Q.   WHAT IS THE DATE OF THESE EXCHANGES, MR. OFFEN?

03:53PM  24    A.   JULY 28TH, 2015.

03:53PM  25    Q.   AND IS THE TOP MESSAGE FROM MR. BALWANI TO MS. HOLMES?

OFFEN DIRECT BY MR. LEACH (RES.)                    1671

03:53PM  1    A.   CORRECT.

03:53PM  2    Q.   AND DOES IT READ, "WE NEED TO COMMIT TO EACH OTHER AND GET

03:53PM  3    OUT OF THIS HELL SO WE CAN LIVE IN PARADISE WE BOTH HAVE"?

03:53PM  4    A.   YES.

03:53PM  5    Q.   AND DOES IT APPEAR MS. HOLMES RESPONDS, "I HAVE LITERALLY

03:53PM  6    BEEN MEDITATING ON EXACT SAME.  WHOLE TIME I WAS RUNNING I WAS

03:53PM  7    THINKING THAT."

03:53PM  8         HAVE I READ THAT CORRECTLY?

03:53PM  9    A.   YES.

03:53PM  10   Q.   IF WE CAN PLEASE DISPLAY, MS. HOLLIMAN, THE TEXT ON 314,

03:54PM  11   WHICH IS PAGE 27 OF THE DOCUMENT.

03:54PM  12        THE CLERK:  BATES 314, COUNSEL, PAGE 26.

03:54PM  13        MR. LEACH:  PAGE 27.  I THINK THE REMAINDER HAVE

03:54PM  14   BEEN ADMITTED.

03:54PM  15        THIS IS PAGE 27.

03:54PM  16        THE CLERK:  IT REFLECTS A BATES NUMBER, COUNSEL, OF

03:54PM  17   315.

03:54PM  18   BY MR. LEACH:

03:54PM  19   Q.   WHAT ARE THE DATES OF THESE TEXT MESSAGES, MR. OFFEN?

03:55PM  20   A.   YOU SAID ON BATES 315?

03:55PM  21   Q.   YES.  I BELIEVE IT'S ON YOUR SCREEN.

03:55PM  22   A.   SEPTEMBER 22ND, 2015.

03:55PM  23        THE COURT:  IT LOOKS LIKE PAGE 26 IS ON THE SCREEN.

03:55PM  24        MR. LEACH:  YES.

03:55PM  25        THE WITNESS:  IT'S THE SAME DATE, BUT YEAH.

UNITED STATES COURT REPORTERS

**ER-5372**

OFFEN DIRECT BY MR. LEACH (RES.)                    1672

03:55PM  1    BY MR. LEACH:

03:55PM  2    Q.   OKAY.  WELL, LET'S START WITH 26.

03:55PM  3    A.   BATES 314?

03:55PM  4    Q.   YES.  SO PAGE 26, BATES 314.

03:55PM  5    A.   OKAY.

03:55PM  6    Q.   AND DO YOU SEE THE MESSAGE AT THE TOP WHERE IT SAYS, "VERY

03:55PM  7    HOSTILE SO FAR.  THEY SAY HAVE COMPLAINTS"?

03:55PM  8    A.   YES.

03:55PM  9    Q.   AND THAT APPEARS TO BE A MESSAGE FROM MR. BALWANI TO

03:55PM  10   MS. HOLMES?

03:55PM  11   A.   CORRECT.

03:55PM  12   Q.   OKAY.  AND DO YOU SEE THE TEXT MESSAGE AT 6:01 WHERE IT

03:56PM  13   SAYS, "PRAYING LITERALLY NON STOP"?

03:56PM  14   A.   YES.

03:56PM  15   Q.   AND THAT APPEARS TO BE FROM MS. HOLMES TO MR. BALWANI?

03:56PM  16   A.   YES.

03:56PM  17   Q.   AND NOW IF WE COULD CONTINUE TO PAGE 27, BATES NUMBER

03:56PM  18   ENDING 315.  AND IF WE CAN ZOOM IN ON THE TOP PORTION.

03:56PM  19        ARE THESE ADDITIONAL MESSAGES FROM SEPTEMBER 22ND, 2015?

03:56PM  20   A.   YES.

03:56PM  21   Q.   AND DO YOU SEE THE TOP MESSAGE WHERE IT SAYS AT

03:56PM  22   10:28:42 P.M.?

03:56PM  23   A.   YES.

03:56PM  24   Q.   AND DOES THIS READ, "OUR VALIDATION REPORTS ARE TERRIBLE.

03:56PM  25   REALLY PAINFUL GOING THRU THIS PROCESS.  SAME ISSUES FDA

OFFEN DIRECT BY MR. LEACH (RES.)                                1673

03:56PM   1    POINTED OUT"?

03:56PM   2    A.   YES.

03:56PM   3    Q.   AND THAT APPEARS TO BE A MESSAGE FROM MR. BALWANI TO

03:57PM   4    MS. HOLMES?

03:57PM   5    A.   CORRECT.

03:57PM   6    Q.   AND COULD I DRAW YOUR ATTENTION TO THE BOTTOM PORTION OF

03:57PM   7    THIS DOCUMENT?

03:57PM   8         DO YOU SEE THE SECOND TEXT WHERE IT SAYS, "GOING BAD SO

03:57PM   9    FAR.  PRAY"?

03:57PM   10   A.   YES.

03:57PM   11   Q.   AND THAT APPEARS TO BE FROM MR. BALWANI TO MS. HOLMES?

03:57PM   12   A.   CORRECT.

03:57PM   13   Q.   AND MR. BALWANI ADDS, "DANIEL HAS NOTHING READY.

03:57PM   14        "TOLD ME EVERYTHING IS IN BINDERS."

03:57PM   15        DO YOU SEE THAT LANGUAGE?

03:57PM   16   A.   YES.

03:57PM   17   Q.   AND DO YOU SEE MS. HOLMES'S RESPONSE AT 4:28:18,

03:57PM   18   "PRAYING"?

03:57PM   19   A.   YES.

03:57PM   20   Q.   AND LET ME DRAW YOUR ATTENTION TO THE LAST PAGE OF THIS

03:58PM   21   EXHIBIT.  IT'S PAGE 30, BATES NUMBER ENDING 342.

03:58PM   22        WHAT IS THE DATE OF THIS MESSAGE?

03:58PM   23   A.   OCTOBER 21ST, 2015.

03:58PM   24   Q.   AND COULD YOU PLEASE READ THE SUBSTANCE OF THE MESSAGE FOR

03:58PM   25   US?

1674
OFFEN DIRECT BY MR. LEACH (RES.)

03:58PM  1    A.   "WORRIED ABOUT YOUR 'ALL FINGERSTICKS ON OUR TECHNOLOGY'

03:58PM  2    COMMENT.  SENT AN EMAIL.  THE WEB DOCUMENT IS FINE."

03:58PM  3    Q.   AND THIS APPEARS TO BE FROM MR. BALWANI TO MS. HOLMES?

03:58PM  4    A.   CORRECT.

03:58PM  5              MR. LEACH:  AND, YOUR HONOR, I JUST WANT TO MAKE

03:58PM  6    SURE THE RECORD IS CLEAR THAT THE GOVERNMENT HAS OFFERED PAGES

03:58PM  7    13 THROUGH 30 OF EXHIBIT 5387B.

03:58PM  8              THE COURT:  NOT THE ENTIRETY OF THIS DOCUMENT.  CAN

03:58PM  9    THE ENTIRETY OF THIS DOCUMENT BE ADMITTED?

03:59PM  10             MR. LEACH:  I THINK SUBJECT TO THE COURT'S PRIOR

03:59PM  11   RULING ABOUT COMPLETENESS, YES.  BUT I THINK SUBJECT TO THAT,

03:59PM  12   THE ENTIRE DOCUMENT CAN GO IN.

03:59PM  13             THE COURT:  ANY OBJECTION TO THAT?

03:59PM  14             MS. TREFZ:  NO.  WE WENT THROUGH MOST OF IT,

03:59PM  15   YOUR HONOR.

03:59PM  16             THE COURT:  YES.  SO I THINK IT'S CLEANER FOR THE

03:59PM  17   RECORD IF THE ENTIRETY OF THE DOCUMENT IS ENTERED, 5387B, AND

03:59PM  18   WHATEVER REDACTIONS NEED TO BE MADE PURSUANT TO THE COURT'S

03:59PM  19   RULINGS, I'LL HAVE YOU DO THAT SO THEY CAN BE ENTERED WITH

03:59PM  20   THOSE REDACTIONS.

03:59PM  21             MR. LEACH:  THANK YOU, YOUR HONOR.  THAT WORKS.

03:59PM  22             THE COURT:  THANK YOU.

03:59PM  23        (GOVERNMENT'S EXHIBIT 5387B, REDACTED, WAS ADMITTED.)

03:59PM  24   BY MR. LEACH:

03:59PM  25   Q.   MR. OFFEN, LET ME -- DO YOU STILL HAVE YOUR BINDER UP

OFFEN DIRECT BY MR. LEACH (RES.)                                    1675

03:59PM  1      THERE?

03:59PM  2      A.   YES.

03:59PM  3      Q.   AND LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED AS

03:59PM  4      5387A.

03:59PM  5      A.   YES.

03:59PM  6      Q.   DOES THIS APPEAR TO BE A SUBSET OF TEXT MESSAGES FROM

03:59PM  7      5387?

03:59PM  8      A.   BASED UPON THE FORMAT PAGES AND BATES NUMBERING, YES.

04:00PM  9           MR. LEACH:  YOUR HONOR, THE GOVERNMENT WOULD OFFER

04:00PM  10     5387A.  I UNDERSTAND THERE MIGHT BE SOME 401 AND 403 AND 802

04:00PM  11     OBJECTIONS, BUT IF THERE'S NO DISPUTE WITH RESPECT TO 901 AND

04:00PM  12     1002, WE WOULD LIKE THIS TO COME INTO EVIDENCE.

04:00PM  13          MS. TREFZ:  YOUR HONOR, WE DO -- THIS IS THE FULL,

04:00PM  14     THE FULLER SET, AND WE OBJECT TO -- WE'RE GOING TO OBJECT TO

04:00PM  15     SOME OF THESE MATERIALS.

04:00PM  16      WE ARE HAPPY TO, YOU KNOW, WORK OUT SOME OF THE SPECIFICS.

04:00PM  17      BUT WE DO NOT HAVE AN AUTHENTICITY OBJECTION TO THE

04:00PM  18     INDIVIDUAL TEXT MESSAGES IN HERE AS WE HAVE PREVIOUSLY

04:00PM  19     DISCUSSED.

04:00PM  20          THE COURT:  WELL, AS FAR AS AUTHENTICITY, THAT'S

04:00PM  21     FINE.  THEY CAN BE ADMITTED UNDER 902, 901.  SO I'LL ADMIT THEM

04:00PM  22     FOR THAT PURPOSE.

04:00PM  23      BUT YOU'RE GOING TO GO THROUGH ANY SPECIFIC --

04:01PM  24          MR. LEACH:  NOT TODAY, YOUR HONOR.  I JUST WANT TO

04:01PM  25     ENSURE THAT THAT HURDLE IS OVERCOME AND THERE'S NOT A NEED TO

OFFEN CROSS BY MS. TREFZ

04:01PM  1   RECALL MR. OFFEN ON THAT BASIS.

04:01PM  2            THE COURT:  SURE.  ALL RIGHT.  UNDERSTOOD.

04:01PM  3        SO IT'S ADMITTED FOR THAT PURPOSE, 901, 902.

04:01PM  4        ANY OTHER INDIVIDUAL OBJECTIONS CAN BE RAISED AT A LATER

04:01PM  5   TIME.  BUT THIS WITNESS WILL NOT BE NEEDED TO TESTIFY AS TO

04:01PM  6   AUTHENTICITY.

04:01PM  7        IS THAT RIGHT?

04:01PM  8            MS. TREFZ:  WE AGREE, YOUR HONOR.

04:01PM  9            THE COURT:  ALL RIGHT.

04:01PM 10        (GOVERNMENT'S EXHIBIT 5387A WAS RECEIVED IN EVIDENCE.)

04:01PM 11            MR. LEACH:  MAY I HAVE ONE MOMENT?

04:01PM 12            THE COURT:  YES.

04:01PM 13        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

04:01PM 14            MR. LEACH:  THANK YOU, MR. OFFEN.

04:01PM 15        THANK YOU, YOUR HONOR.

04:01PM 16        I HAVE NOTHING FURTHER.

04:01PM 17            MS. TREFZ:  BRIEFLY, YOUR HONOR.

04:01PM 18            THE COURT:  MS. TREFZ.

04:01PM 19                          **CROSS-EXAMINATION**

04:01PM 20   BY MS. TREFZ:

04:01PM 21   Q.   HELLO, MR. OFFEN.  MY NAME IS KATIE TREFZ.  I REPRESENT

04:01PM 22   MS. HOLMES.

04:01PM 23   A.   HELLO.

04:01PM 24   Q.   I JUST HAVE A FEW QUESTIONS FOR YOU, STARTING WITH THE

04:02PM 25   FOLLOWING:

1677

OFFEN CROSS BY MS. TREFZ

04:02PM  1        WE SAW EARLIER WHEN YOU WERE DISCUSSING EXHIBIT 5386 THAT

04:02PM  2    THE MAJORITY OF THE MESSAGES INCLUDED HERE WERE FROM

04:02PM  3    MS. HOLMES'S IPHONE?

04:02PM  4    A.   CORRECT.

04:02PM  5    Q.   AND WHEN WAS THAT COLLECTION DONE?

04:02PM  6    A.   JANUARY OF 2017.

04:02PM  7    Q.   OKAY.  SO IS IT FAIR TO SAY THAT THAT COLLECTION CAPTURED

04:02PM  8    WHATEVER MESSAGES WERE ON THE IPHONE AS OF JANUARY 2017?

04:02PM  9    A.   CORRECT.

04:02PM 10    Q.   OKAY.  THE FORMAT THAT WE HAVE BEEN LOOKING AT IN 5387B,

04:02PM 11    THAT IS NOT HOW WE WOULD NORMALLY SEE IT WHEN -- SEE MESSAGES

04:02PM 12    WHEN WE LOOK AT THEM ON OUR PHONES; CORRECT?

04:02PM 13    A.   CORRECT.

04:02PM 14    Q.   AND YOU PUT THAT TOGETHER FOR THE PURPOSE OF COMBINING

04:02PM 15    VARIOUS SOURCES AND PRESENTING IT HERE TODAY?

04:02PM 16    A.   CORRECT.

04:02PM 17    Q.   AT THE -- YOU TESTIFIED A LITTLE BIT ABOUT THE COLUMN

04:03PM 18    TITLED RECORD.

04:03PM 19    A.   YES.

04:03PM 20    Q.   AND I BELIEVE YOU SAID THAT THIS WAS AN IDENTIFICATION

04:03PM 21    NUMBER THAT YOU CREATED IN ORDER TO BE ABLE TO TELL DIFFERENT

04:03PM 22    MESSAGES FROM EACH OTHER TO GIVE THEM ALL UNIQUE NUMBERS; IS

04:03PM 23    THAT RIGHT?

04:03PM 24    A.   THE SOFTWARE CREATED THE I.D. AS PART OF THE INGESTION

04:03PM 25    PROCESS, YES.

OFFEN CROSS BY MS. TREFZ

04:03PM  1    Q.   OKAY.  AND CAN YOU GIVE US SOME INSIGHT AS TO HOW THEY'RE

04:03PM  2    ORDERED?  LIKE, WHAT -- WE CAN SEE THE DIFFERENT NUMBERS GO

04:03PM  3    FROM, YOU KNOW, JUST STARTING, FOR EXAMPLE, WITH PAGE 1 OF

04:03PM  4    5387B, WE CAN SEE THE NUMBERS GO FROM 7317, 7344, 7349.

04:04PM  5         HOW DO WE -- HOW WERE THOSE NUMBERED AND IN WHAT ORDER?

04:04PM  6    A.   YEAH.  SO THE SOFTWARE THAT WE LEVERAGE THAT WE DISCUSSED

04:04PM  7    EARLIER, AXIOM, WHEN IT INGESTS THE EVIDENCE FILE FROM THE

04:04PM  8    PHONE, IT ASSIGNS A SEQUENCE IN THE ORDER IN WHICH IT WRITES IT

04:04PM  9    TO ITS OWN INTERNAL DATABASE.

04:04PM  10        SO IT SIMPLY IS JUST AN INCREMENTAL NUMBER IN TERMS OF HOW

04:04PM  11   IT READS IT INTO THE DATABASE.

04:04PM  12   Q.   AND IS THERE A -- DOES IT READ IT IN IN A DATE OR TIME

04:04PM  13   ORDER?

04:04PM  14   A.   WHAT IT DOES IS IT INGESTS IT FROM THE EVIDENCE FILE AND

04:04PM  15   THE RECORDS ARE STORED ON THE PHONE IN THE EVIDENCE FILE IN A

04:04PM  16   SEQUENTIAL ORDER, BUT WE LEVERAGE PARALLEL PROCESSING, WHICH IS

04:04PM  17   A COMMON WAY THAT DATABASES EXECUTE FOR PURPOSES OF EFFICIENCY

04:04PM  18   AND LESS TIME IF YOU HAVE THAT KIND OF PROCESSING POWER.

04:05PM  19   Q.   UNDERSTOOD.

04:05PM  20   A.   SO OFTENTIMES THE NUMBERS ARE READ IN IN DIFFERENT -- I'M

04:05PM  21   SORRY, THE RECORDS ARE READ IN IN DIFFERENT SEQUENCES BASED

04:05PM  22   UPON THE PARALLEL PROCESSOR.

04:05PM  23   Q.   OKAY.  TURNING TO THE COLUMN THAT SAYS MESSAGE SENT,

04:05PM  24   DATE/TIME, ALL OF THE MESSAGES INCLUDED HERE ARE FROM

04:05PM  25   MS. HOLMES'S DEVICES; CORRECT?

1679
OFFEN CROSS BY MS. TREFZ

04:05PM 1   A.   CORRECT.  THEY CAME OFF OF ONE OF THE THREE DEVICES WE

04:05PM 2   DISCUSSED EARLIER, YES.

04:05PM 3   Q.   AND THERE WERE THREE DEVICES, BUT THESE ARE ALL FROM

04:05PM 4   MS. HOLMES'S DEVICES?

04:05PM 5   A.   CORRECT.

04:05PM 6   Q.   AND SOME OF THE EMAILS OR MESSAGES, EXCUSE ME, ARE FROM,

04:05PM 7   ARE FROM MR. BALWANI TO MS. HOLMES, AND SO I WONDERED IF YOU

04:05PM 8   COULD HELP EXPLAIN WHETHER MESSAGE SENT, DATE/TIME SHOULD ALSO

04:05PM 9   INCLUDE MESSAGE RECEIVED/TIME IF IT'S -- IF THE RECIPIENT IS

04:05PM 10  MS. HOLMES RATHER THAN THE SENDER?

04:05PM 11  A.   SO THIS IS PART OF THE METADATA THAT IS CONTAINED WITHIN

04:05PM 12  THE MESSAGES, AND WHEN A MESSAGE COMES THROUGH ON THE EVIDENCE

04:05PM 13  FILE, IT RETAINS A SENT DATE AND A RECEIVED DATE.

04:06PM 14     WE CHOSE, FOR CONSISTENCY PURPOSES, TO HAVE SENT DATE ON

04:06PM 15  ALL OF THEM.  SO THIS SHOULD BE WHEN A MESSAGE WAS SENT, IN

04:06PM 16  THIS CASE FROM MR. BALWANI TO MS. HOLMES, THE SENT DATE IS

04:06PM 17  STILL THE DATE SENT FROM BALWANI WHICH COMES THROUGH ON THE

04:06PM 18  METADATA ON THE MESSAGE.

04:06PM 19  Q.   OKAY.  AND THEN YOU MENTIONED EARLIER TIME ZONES, AND I

04:06PM 20  WONDERED HERE WHAT TIME ZONE ARE THESE IN?

04:06PM 21  A.   UTC.

04:06PM 22  Q.   AND CAN YOU EXPLAIN TO THE JURY WHAT UTC IS?

04:06PM 23  A.   SURE.  IT STANDS FOR UNIVERSE TIME COORDINATED.  IT IS THE

04:06PM 24  COMPUTER VERSION OF GREENWICH MEAN TIME, BUT IT'S EFFECTIVELY

04:06PM 25  LONDON OR THE PRIME MERIDIAN.

1680

OFFEN CROSS BY MS. TREFZ

| | | |
|---|---|---|
| 04:06PM | 1 | Q.   AND THOSE OF US WHO WORK A LOT WITH ELECTRONIC DOCUMENTS |
| 04:06PM | 2 | ARE WELL FAMILIAR WITH THIS PHENOMENON, BUT JUST TO FAMILIARIZE |
| 04:06PM | 3 | EVERYBODY ELSE WITH THIS, THAT'S EITHER SEVEN OR EIGHT HOURS |
| 04:06PM | 4 | FROM PACIFIC TIME; CORRECT? |
| 04:06PM | 5 | A.   CORRECT.  UTC DOESN'T HAVE DAYLIGHT SAVINGS, SO DEPENDING |
| 04:07PM | 6 | ON THE TIME OF YEAR, IT WOULD BE SEVEN OR EIGHT. |
| 04:07PM | 7 | Q.   SO WHEN WE'RE LOOKING AT THESE, IN ORDER TO UNDERSTAND |
| 04:07PM | 8 | WHAT TIME IT WAS ACTUALLY SENT OR RECEIVED, THEN IT WOULD |
| 04:07PM | 9 | EITHER BE SEVEN HOURS EARLIER OR EIGHT HOURS EARLIER IF YOU'RE |
| 04:07PM | 10 | IN CALIFORNIA? |
| 04:07PM | 11 | A.   CORRECT. |
| 04:07PM | 12 | Q.   AND THIS HAS NOT -- ALL OF THESE TIMES ARE IN GREENWICH |
| 04:07PM | 13 | MEAN TIME, OR UTC; CORRECT? |
| 04:07PM | 14 | A.   CORRECT. |
| 04:07PM | 15 | Q.   AND SO IF MS. HOLMES IS IN CALIFORNIA AND MR. BALWANI IS |
| 04:07PM | 16 | ON THE EAST COAST, WHAT YOU SEE IS GREENWICH MEAN TIME |
| 04:07PM | 17 | REGARDLESS, OR UTC REGARDLESS? |
| 04:07PM | 18 | A.   CORRECT. |
| 04:07PM | 19 | Q.   OKAY.  AND WHEN YOU SORTED THE SPREADSHEET, I TAKE IT, |
| 04:07PM | 20 | FIRST OF ALL, THAT YOU DID SORT THE SPREADSHEET IN ORDER TO |
| 04:07PM | 21 | COME UP WITH THE NUMBERS OR THE MESSAGES IN THIS ORDER? |
| 04:07PM | 22 | A.   WE SORTED BY MESSAGE SENT, DATE/TIME. |
| 04:08PM | 23 | Q.   AND IF TWO MESSAGES WERE SENT AT THE EXACT SAME TIME, AND |
| 04:08PM | 24 | THERE IS AT LEAST ONE EXAMPLE, HOW DID YOU -- HOW DID IT |
| 04:08PM | 25 | DETERMINE WHICH MESSAGE WAS FIRST? |

OFFEN CROSS BY MS. TREFZ

| | | |
|---|---|---|
| 04:08PM | 1 | A.   I DO NOT KNOW WHAT THE SECONDARY SORT IS.  SO IT'S THE |
| 04:08PM | 2 | QUESTION OF, WHAT IS THE SORT ORDER IF THERE'S A TIE?  I DO NOT |
| 04:08PM | 3 | KNOW OFF THE TOP OF MY HEAD WHAT THE SECONDARY SORT IS. |
| 04:08PM | 4 | Q.   OKAY.  CAN WE BRIEFLY BRING UP AS AN EXAMPLE 5387B, WHICH |
| 04:08PM | 5 | WE KNOW IS IN EVIDENCE, PAGE 67. |
| 04:08PM | 6 | A.   WHAT IS THE BATES NUMBER ON THAT, PLEASE? |
| 04:08PM | 7 | Q.   THAT IS -- THAT'S THE -- SORRY.  THAT'S THE BATES 67. |
| 04:08PM | 8 | A.   GREAT, BATES 67. |
| 04:08PM | 9 | Q.   AND I'M NOT SURE WHICH -- IT'S MAYBE ABOUT SIX PAGES LONG. |
| 04:08PM | 10 | THE CLERK:  THAT'S PAGE 4, COUNSEL. |
| 04:09PM | 11 | MS. TREFZ:  PAGE 4.  THANK YOU. |
| 04:09PM | 12 | Q.   AND IF WE CAN JUST FOCUS ON THE FIRST TWO MESSAGES THERE. |
| 04:09PM | 13 | SO YOU SEE IN THESE TWO MESSAGES THEN THAT THEY'RE BOTH |
| 04:09PM | 14 | SENT AT THE EXACT SAME TIME? |
| 04:09PM | 15 | A.   YES. |
| 04:09PM | 16 | Q.   AND THEN IF I CAN TURN YOUR ATTENTION BACK TO 3481, WHICH |
| 04:09PM | 17 | IS IN YOUR -- IN THE BINDER UP THERE. |
| 04:09PM | 18 | A.   THE EXHIBIT? |
| 04:09PM | 19 | Q.   CORRECT, EXHIBIT 3481, AND THE PAGE ENDING IN 599. |
| 04:09PM | 20 | A.   I'M SORRY.  I APOLOGIZE.  YOU'RE SAYING THE -- WHICH |
| 04:09PM | 21 | EXHIBIT? |
| 04:09PM | 22 | Q.   BINDER -- WITNESS BINDER ONE OF TWO. |
| 04:09PM | 23 | A.   I DO NOT HAVE THAT I DON'T BELIEVE. |
| 04:09PM | 24 | Q.   DO YOU NOT HAVE THAT UP THERE ANYMORE? |
| 04:09PM | 25 | A.   I HAD IT EARLIER, BUT I DON'T BELIEVE I HAVE IT ANYMORE. |

OFFEN CROSS BY MS. TREFZ                                          1682

04:10PM   1              MS. TREFZ:  MAY I APPROACH, YOUR HONOR?

04:10PM   2              THE COURT:  YES.

04:10PM   3              MS. TREFZ:  (HANDING.)

04:10PM   4    Q.   APOLOGIES.

04:10PM   5    A.   NO, NO PROBLEM.  WHICH PAGE, PLEASE?

04:10PM   6    Q.   3481, THE PAGE ENDING 599.

04:10PM   7    A.   599.

04:10PM   8    Q.   AND, MR. BENNETT, IF YOU COULD KEEP THE OTHER ONE UP.

04:10PM   9         JUST COMPARE THE TWO MESSAGES AT THE TOP OF THE PAGE

04:10PM   10   ENDING 599 WITH THE TWO ON THE SCREEN.

04:10PM   11   A.   YES.

04:10PM   12   Q.   AND YOU SEE HERE THEY'RE IN A DIFFERENT ORDER; RIGHT?

04:10PM   13   A.   YES.

04:10PM   14   Q.   AND SO IN TERMS OF WHICH -- THERE'S A FURTHER RESPONSIVE

04:10PM   15   EMAIL OR TEXT MESSAGE, IF WE CAN TAKE ONE MORE DOWN,

04:10PM   16   MR. BENNETT.

04:10PM   17        THE MESSAGE "YES," IT'S NOT CLEAR WHICH ONE THAT ACTUALLY

04:10PM   18   COMES RIGHT AFTER; CORRECT?

04:11PM   19   A.   CORRECT.  IT COMES AFTER THE TWO PREVIOUS MESSAGES, YES.

04:11PM   20   Q.   AND WE DON'T KNOW HOW MS. HOLMES SAW THE FIRST TWO

04:11PM   21   MESSAGES?

04:11PM   22   A.   CORRECT.

04:11PM   23   Q.   AND THAT WOULD BE THE CASE WITH ANY OF THE OTHER ONES THAT

04:11PM   24   ARE SENT AT THE EXACT SAME TIME, WE DON'T KNOW WHICH ONE CAME

04:11PM   25   FIRST IN TERMS OF HOW IT WAS VIEWED BY MS. HOLMES OR

OFFEN CROSS BY MS. TREFZ                                    1683

04:11PM   1       MR. BALWANI?

04:11PM   2       A.   CORRECT.

04:11PM   3                MS. TREFZ:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

04:11PM   4                THE COURT:  MR. LEACH, ANYTHING FURTHER?

04:11PM   5                MR. LEACH:  NO, YOUR HONOR.

04:11PM   6                THE COURT:  MAY THIS WITNESS BE EXCUSED?

04:11PM   7                MR. LEACH:  YES, YOUR HONOR.  SUBJECT TO OUR

04:11PM   8       DISCUSSION EARLIER, BUT, YES.

04:11PM   9                THE COURT:  IT SOUNDS LIKE WE WON'T NEED HIM.

04:11PM  10          IS THAT RIGHT, MS. TREFZ.

04:11PM  11                MS. TREFZ:  YES.  THANK YOU, YOUR HONOR.

04:11PM  12                THE COURT:  ALL RIGHT.

04:11PM  13          THANK YOU, SIR.  THANK YOU FOR YOUR PATIENCE.

04:12PM  14          LET ME ASK, WILL THE GOVERNMENT HAVE A WITNESS FRIDAY

04:12PM  15       MORNING?

04:12PM  16                MR. BOSTIC:  YES, YOUR HONOR.

04:12PM  17                THE COURT:  AND THAT WILL BE AT 9:00 O'CLOCK?

04:12PM  18                MR. BOSTIC:  YES, YOUR HONOR.

04:12PM  19                THE COURT:  LET'S TAKE OUR RECESS.  I APPRECIATE

04:12PM  20       YOUR ACCOMMODATION TODAY.  I APPRECIATE IT.

04:12PM  21          I THINK I SAID WE WOULD GO TO 3:00 ON FRIDAY AS WELL.

04:12PM  22          WILL THAT WORK FOR YOU?

04:12PM  23          THANK YOU.  I DON'T SEE ANY HANDS THAT SAY NO.

04:12PM  24          SO THANK YOU AGAIN FOR YOUR PATIENCE.

04:12PM  25          LET ME REMIND YOU OF THE ADMONITION.  PLEASE DO NOT ALLOW

1684
OFFEN CROSS BY MS. TREFZ

| | | |
|---|---|---|
| 04:12PM | 1 | YOURSELF TO ENCOUNTER ANYTHING IN THE MEDIA, YOUR SOCIAL MEDIA, |
| 04:12PM | 2 | SPEAK TO ANY INDIVIDUAL, OR READ ANYTHING THAT HAS ANYTHING TO |
| 04:12PM | 3 | DO WITH THE FACTS OF THIS CASE OR ANYONE INVOLVED WITH IT. |
| 04:12PM | 4 | I'LL ASK YOU THAT QUESTION FRIDAY MORNING. |
| 04:12PM | 5 | HAVE A GOOD EVENING.  HAVE A GOOD DAY OFF TOMORROW.  WE'LL |
| 04:12PM | 6 | SEE YOU FRIDAY MORNING.  THANK YOU VERY MUCH. |
| 04:12PM | 7 | (JURY OUT AT 4:12 P.M.) |
| 04:13PM | 8 | THE COURT:  PLEASE BE SEATED.  THANK YOU. |
| 04:13PM | 9 | THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT FOR THE |
| 04:13PM | 10 | DAY.  ALL COUNSEL AND MS. HOLMES ARE PRESENT. |
| 04:13PM | 11 | ANYTHING FURTHER BEFORE WE BREAK TODAY? |
| 04:13PM | 12 | WHAT IS OUR SCHEDULE? |
| 04:13PM | 13 | WE WILL HAVE WITNESSES FOR -- THAT WILL TAKE UP THE |
| 04:13PM | 14 | ENTIRETY OF OUR TIME ON FRIDAY, I TAKE IT. |
| 04:13PM | 15 | MR. SCHENK:  YES, YOUR HONOR. |
| 04:13PM | 16 | THE COURT:  GREAT.  OKAY. |
| 04:13PM | 17 | AND DO YOU ANTICIPATE ANY ISSUES ABOUT ANY EVIDENCE FOR |
| 04:13PM | 18 | FRIDAY? |
| 04:13PM | 19 | SHOULD I HAVE MS. -- SHOULD I HAVE OUR COURT REPORTER COME |
| 04:14PM | 20 | IN AT 5:30 FRIDAY MORNING? |
| 04:14PM | 21 | MR. WADE:  WELL, SHE WAKES UP AT 5:00, SO IT SEEMS |
| 04:14PM | 22 | LIKE SHE COULD CERTAINLY BE HERE AT 5:30. |
| 04:14PM | 23 | IN ALL SERIOUSNESS, WE WILL CONFER WITH THE GOVERNMENT AND |
| 04:14PM | 24 | LET YOU KNOW IN ADVANCE GIVEN THE ESTIMATE OF THE AMOUNT OF |
| 04:14PM | 25 | TIME. |

OFFEN CROSS BY MS. TREFZ                                                1685

04:14PM   1              THE COURT:  GREAT.  THAT WILL BE HELPFUL FOR OUR

04:14PM   2    SCHEDULING PURPOSES.  THANK YOU VERY MUCH.  I APPRECIATE IT.

04:14PM   3              THE CLERK:  COURT IS ADJOURNED.

04:14PM   4         (COURT ADJOURNED AT 4:14 P.M.)

          5

          6

          7

          8

          9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

```
 1
 2
 3                    CERTIFICATE OF REPORTERS
 4
 5
 6
 7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10   HEREBY CERTIFY:
11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15
16        _____
          IRENE RODRIGUEZ, CSR, CRR
17        CERTIFICATE NUMBER 8076
18
19        _____
          LEE-ANNE SHORTRIDGE, CSR, CRR
20        CERTIFICATE NUMBER 9595
21        DATED:  SEPTEMBER 22, 2021
22
23
24
25
```

1686

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

        UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                        )
                         PLAINTIFF,      )   SAN JOSE, CALIFORNIA
7                                        )
             VS.                         )   VOLUME 11
8                                        )
        ELIZABETH A. HOLMES,             )   SEPTEMBER 24, 2021
9                                        )
                         DEFENDANT.      )   PAGES 1686 - 1888
10      _____  )

11                 TRANSCRIPT OF TRIAL PROCEEDINGS

12             BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
        A P P E A R A N C E S:
14
        FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                             BY:   JOHN C. BOSTIC
                                     JEFFREY B. SCHENK
16                             150 ALMADEN BOULEVARD, SUITE 900
                               SAN JOSE, CALIFORNIA 95113
17
                               BY:   ROBERT S. LEACH
18                                   KELLY VOLKAR
                               1301 CLAY STREET, SUITE 340S
19                             OAKLAND, CALIFORNIA 94612

20          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

        OFFICIAL COURT REPORTERS:
22                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
                               CERTIFICATE NUMBER 8074
23                             LEE-ANNE SHORTRIDGE, CSR, CRR
                               CERTIFICATE NUMBER 9595
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER

```
1        A P P E A R A N C E S:  (CONT'D)
2

3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                              BY:  KEVIN M. DOWNEY
4                                  LANCE A. WADE
                                   KATHERINE TREFZ
5                             725 TWELFTH STREET, N.W.
                              WASHINGTON, D.C. 20005
6
                              LAW OFFICE OF JOHN D. CLINE
7                             BY:  JOHN D. CLINE
                              ONE EMBARCADERO CENTER, SUITE 500
8                             SAN FRANCISCO, CALIFORNIA 94111

9
     ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
10                            BY:  ADELAIDA HERNANDEZ

11                            OFFICE OF THE U.S. ATTORNEY
                              BY:  LAKISHA HOLLIMAN, PARALEGAL
12                                 MADDI WACHS, PARALEGAL

13                            WILLIAMS & CONNOLLY
                              BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
14
                              TBC
15                            BY:  BRIAN BENNETT, TECHNICIAN

16

17

18

19

20

21

22

23

24

25
```

```
 1                        INDEX OF PROCEEDINGS
 2        GOVERNMENT'S:
 3
 4        ADAM ROSENDORFF
          DIRECT EXAM BY MR. BOSTIC                     P. 1702
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

INDEX OF EXHIBITS

|  | IDENT. | EVIDENCE |
|---|---|---|
| GOVERNMENT'S: | | |
| 939 | | 1715 |
| 3231 | | 1723 |
| 1049 | | 1725 |
| 1157 | | 1734 |
| 1491 | | 1739 |
| 1214 | | 1743 |
| 1432 | | 1746 |
| 1525 | | 1755 |
| 1772 | | 1759 |
| 2188 | | 1767 |
| 4836 | | 1779 |
| 4145 | | 1787 |
| 4147 | | 1790 |
| 4840 | | 1793 |
| 4222 | | 1800 |
| 4228 | | 1804 |
| 1543 | | 1810 |
| 1555 | | 1816 |
| 4116 | | 1821 |
| 4189 | | 1825 |
| 2009 | | 1829 |
| 5397 | | 1831 |
| 2206 | | 1837 |
| 4124 | | 1842 |
| 4127 | | 1846 |
| 1717 | | 1851 |
| 4014 | | 1858 |
| 1828 | | 1860 |
| 4292 | | 1866 |
| 4298 | | 1872 |
| 1953 | | 1874 |

```
          1    SAN JOSE, CALIFORNIA                    SEPTEMBER 24, 2021

          2                   P R O C E E D I N G S

08:32AM   3         (COURT CONVENED AT 8:32 A.M.)

08:32AM   4         (JURY OUT AT 8:32 A.M.)

08:32AM   5              THE COURT:  WE ARE ON THE RECORD IN THE HOLMES

08:32AM   6    MATTER.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT.

08:32AM   7         WE ARE OUTSIDE OF THE PRESENCE OF THE JURY TO TALK

08:32AM   8    ABOUT -- LET'S SEE, MS. KRATZMANN RECEIVED AN EMAIL FROM

08:33AM   9    MR. BOSTIC REGARDING A WITNESS.

08:33AM  10         MR. BOSTIC?

08:33AM  11              MR. BOSTIC:  THANK YOU, YOUR HONOR.

08:33AM  12    GOOD MORNING.  JOHN BOSTIC FOR THE UNITED STATES.

08:33AM  13              THE COURT:  GOOD MORNING.

08:33AM  14              MR. BOSTIC:  WE WANTED TO BRING AN ISSUE TO THE

08:33AM  15    COURT'S ATTENTION.  WE ARE NOT SURE WHETHER THE COURT WILL WANT

08:33AM  16    TO RESOLVE IT NOW OR DURING DR. ROSENDORFF'S CROSS, BUT WE

08:33AM  17    WANTED TO FLAG IT FOR THE COURT.

08:33AM  18         SUBSEQUENT TO DR. ROSENDORFF'S EMPLOYMENT AT THERANOS HE

08:33AM  19    HAS OBTAINED UNRELATED EMPLOYMENT AT A DIFFERENT LAB.  IN THE

08:33AM  20    PAST SEVERAL MONTHS THAT LAB WAS THE SUBJECT OF A CMS

08:33AM  21    INSPECTION, AND THAT CMS INSPECTION LED TO SOME FINDINGS OF

08:33AM  22    DEFICIENCIES AT THAT LAB.

08:33AM  23         WE LEARNED ABOUT IT AND PRODUCED THE RECORDS IN OUR

08:33AM  24    POSSESSION RELATING TO THAT MATTER TO THE DEFENSE SEVERAL WEEKS

08:33AM  25    AGO.
```

08:33AM  1      I REACHED OUT TO DEFENSE TO ASK WHETHER THEY INTENDED TO

08:34AM  2  GO INTO THAT TOPIC ON CROSS, AND I WAS INFORMED THAT THEY MAY.

08:34AM  3  WE BELIEVE THAT'S INAPPROPRIATE CROSS IN THIS CASE.  WE BELIEVE

08:34AM  4  THAT IT'S BEYOND THE SCOPE OF DIRECT, AND WE FAIL TO SEE HOW IT

08:34AM  5  FITS INTO THE RULES OF EVIDENCE THAT DELINEATE THE APPROPRIATE

08:34AM  6  AREAS FOR A POSSIBLE WITNESS LIKE THIS.

08:34AM  7          THE COURT:  OKAY.  THANK YOU.

08:34AM  8      MR. WADE?

08:34AM  9          MR. WADE:  GOOD MORNING, YOUR HONOR.

08:34AM  10     LANCE WADE FOR MS. HOLMES.

08:34AM  11     MR. BOSTIC DID MAKE THAT INQUIRY LAST NIGHT, AND WE WERE

08:34AM  12 AS CANDID AS WE COULD BE WITH HIM, WHICH IS TO SAY WE SAID WE

08:34AM  13 MIGHT USE IT.  WE, OF COURSE, DON'T KNOW EXACTLY WHAT WE'RE

08:34AM  14 GOING TO DO BECAUSE WE HAVE NOT HEARD THE DIRECT EXAMINATION.

08:34AM  15     I WOULD HAVE EXPECTED, YOU KNOW, JUST BASED UPON THE

08:34AM  16 DEVELOPMENTS IN THE CASE AND THE DISCLOSURES OF THE GOVERNMENT,

08:34AM  17 THAT DR. ROSENDORFF WOULD TESTIFY ON DIRECT FOR, YOU KNOW, A

08:35AM  18 DAY OR TWO.

08:35AM  19     I UNDERSTAND THAT HE NOW MAY TESTIFY ONLY FOR A COUPLE OF

08:35AM  20 HOURS.  IF THAT'S THE CASE, MAYBE WE DON'T NEED IT.

08:35AM  21     I CAN CERTAINLY REPRESENT TO THE COURT WE WOULD NOT NEED

08:35AM  22 TO USE THESE MATERIALS TODAY, SO WE COULD WAIT AND SEE WHAT THE

08:35AM  23 DIRECT EXAMINATION IS AND THEN DEAL WITH IT DOWN THE ROAD, IF

08:35AM  24 NECESSARY.

08:35AM  25     OF COURSE, THE COURT WELL KNOWS UNDER THE ABEL DECISION

08:35AM 1    THAT BIAS IS AN APPROPRIATE BASIS FOR CROSS-EXAMINATION AND AN

08:35AM 2    APPROPRIATE USE OF EXTRINSIC EVIDENCE.

08:35AM 3        SO WHETHER THAT COMES FROM THE PLAINTIFF IN THIS CASE OR

08:35AM 4    NOT, I DON'T KNOW, WE'LL HAVE TO SEE WHAT DR. ROSENDORFF SAYS

08:35AM 5    ON THE STAND.

08:35AM 6            THE COURT:  WELL, CERTAINLY BIAS IS ALWAYS RELEVANT

08:35AM 7    IN ANY CASE.

08:35AM 8        BUT THE QUESTION AS I LOOK AT IT IS, HOW FAR AND HOW MUCH,

08:35AM 9    IF ANY, EXAMINATION IS PROPER?

08:35AM 10       AS YOU KNOW, WE HAD A WITNESS EARLIER AND THE WITNESS'S

08:35AM 11   POST EVENT EMPLOYMENT WAS DISCUSSED, AND THE COURT FOUND THAT'S

08:36AM 12   NOT RELEVANT.

08:36AM 13       IT MIGHT BE RELEVANT IN THIS CASE, BUT I DON'T KNOW.  WITH

08:36AM 14   THIS WITNESS, I DON'T KNOW.

08:36AM 15       I THINK I GRANTED YOUR MOTION TO NOT ALLOW THAT TESTIMONY

08:36AM 16   TO COME IN BECAUSE POST EMPLOYMENT FROM THERANOS AS TO THAT

08:36AM 17   WITNESS WAS -- YOU REMEMBER THAT WITNESS.

08:36AM 18           MR. WADE:  I NOW DO REMEMBER.  I WAS SEARCHING MY

08:36AM 19   MEMORY BANK, AND I BELIEVE IT WAS A COUPLE WEEKS AGO, BUT IT

08:36AM 20   FEELS SLIGHTLY LONGER THAN THAT AS THIS POINT.

08:36AM 21       BUT I DO RECALL THAT ISSUE AND, AS A RESULT OF THE NATURE

08:36AM 22   OF THAT EXAMINATION, THAT WAS -- I DON'T BELIEVE THE GOVERNMENT

08:36AM 23   WAS SAYING THAT THEY WERE OFFERING IT FOR BIAS, AND WE

08:36AM 24   CERTAINLY, I THINK, AT THE TIME EXPLICITLY SAID WE WERE NOT

08:36AM 25   GOING INTO BIAS ON THAT WITNESS.

08:36AM  1          SO WHAT HAPPENS HERE I DON'T KNOW.  THERE ARE A COUPLE OF

08:36AM  2     INSTANCES OF EMPLOYMENT, POST THERANOS EMPLOYMENT BY -- THAT

08:36AM  3     THE GOVERNMENT IS AWARE OF.

08:37AM  4          I THINK IT'S FAIR TO ASSUME THAT WE GIVE THEM NOTICE THAT

08:37AM  5     WE MAY USE THAT.  WE MAY SEEK TO USE THAT.

08:37AM  6          IF WE -- IF THE COURT WANTS US TO ADDRESS THAT AGAIN,

08:37AM  7     MAYBE TUESDAY MORNING OR MONDAY AFTERNOON, ONCE WE HAVE A

08:37AM  8     BETTER SENSE, WE'RE HAPPY TO DO THAT AND I WILL MAKE THE

08:37AM  9     COMMITMENT TO THE COURT THAT WE WILL NOT GO INTO THOSE MATTERS

08:37AM  10    TODAY.

08:37AM  11              THE COURT:  OKAY.  WELL, THANK YOU.

08:37AM  12         DO YOU ANTICIPATE YOUR TIME ON DIRECT WITH THIS WITNESS TO

08:37AM  13    TAKE UP THE MORNING?

08:37AM  14              MR. BOSTIC:  I THINK IT WILL TAKE UP THE MORNING AND

08:37AM  15    IT WILL GO INTO THE AFTERNOON AND PROBABLY WELL INTO THE

08:37AM  16    AFTERNOON.

08:37AM  17         SO I AGREE WITH MR. WADE ON TIMING.  THAT'S ALL WE'RE

08:37AM  18    ASKING FOR IS AN OPPORTUNITY TO ADDRESS THIS WITH THE COURT,

08:37AM  19    AND WE WANTED TO PUT THE DEFENSE ON NOTICE AND RAISE IT WITH

08:37AM  20    THE COURT IN THE INTEREST OF EFFICIENCY SO THERE'S A CHANCE TO

08:37AM  21    TALK ABOUT IT AND TO HEAR THE DEFENSE'S ARTICULATION FOR WHY

08:37AM  22    IT'S ADMISSIBLE CROSS BEFORE IT GETS RAISED DURING THE

08:37AM  23    EXAMINATION OF THE WITNESS.

08:37AM  24              THE COURT:  SURE.  I APPRECIATE YOUR ATTENTION TO

08:38AM  25    THIS.  LET'S SEE WHERE WE GO.  THANK YOU FOR YOUR INFORMATION

08:38AM 1    ABOUT HOW LONG YOU THINK YOUR DIRECT WILL BE.

08:38AM 2        IT SOUNDS LIKE IT MAY COME UP THIS AFTERNOON, LATE THIS

08:38AM 3    AFTERNOON, MAYBE NOT.

08:38AM 4        BUT IF IT DOES, IF YOU FINISH WITH YOUR DIRECT, MY SENSE

08:38AM 5    IS THAT WITH THE TIME REMAINING, MR. WADE, YOU CAN -- YOU HAVE

08:38AM 6    OTHER AREAS TO PROBE BEFORE YOU GET INTO THIS I WOULD THINK.

08:38AM 7            MR. WADE:  I DO, YOUR HONOR.  SO I DON'T SEE A NEED

08:38AM 8    TO ADDRESS IT AND TAKE UP ANY TIME WITH THE JURY CERTAINLY.

08:38AM 9        ONCE WE HAVE A BETTER SENSE OF THE SCOPE OF THE DIRECT, WE

08:38AM 10   CAN CONFER AND ADVISE THE COURT WHETHER WE NEED TO COME BACK TO

08:38AM 11   THE COURT.

08:38AM 12           THE COURT:  OKAY.  OKAY.

08:38AM 13           MR. WADE:  SINCE WE'RE HERE, YOUR HONOR, I DO HAVE

08:38AM 14   TWO OTHER SMALL ITEMS THAT I JUST WOULD RAISE WITH RESPECT TO

08:38AM 15   DR. ROSENDORFF.

08:38AM 16           THE COURT:  SURE.  LET ME -- BEFORE YOU DO THAT,

08:38AM 17   PARDON ME.

08:38AM 18       IF WE WANT TO DISCUSS THIS ISSUE BEFORE TUESDAY'S

08:38AM 19   TESTIMONY, I THINK OUR MONDAY MORNING CALENDAR -- DO WE HAVE

08:38AM 20   ANYTHING ON CALENDAR MONDAY, MS. KRATZMANN?

08:39AM 21           THE CLERK:  WE DO NOT, YOUR HONOR.

08:39AM 22           THE COURT:  WE HAVE AN AFTERNOON CRIMINAL CALENDAR,

08:39AM 23   WHICH IS A STANDING CALENDAR, BUT MY MONDAY MORNING IS

08:39AM 24   AVAILABLE, SO WE COULD MEET TO DISCUSS THIS ISSUE MONDAY

08:39AM 25   MORNING, AGAIN, MR. WADE, AT 5:00 A.M. IF THAT'S YOUR

08:39AM    1    PREFERENCE.

08:39AM    2              MR. WADE:  MY UNDERSTANDING IS THAT'S WHAT THE COURT

08:39AM    3    REPORTER PREFERS, YOUR HONOR, SO I'LL BE HAPPY TO ACCOMMODATE.

08:39AM    4              THE COURT:  OKAY.  SO LET'S MOVE TO YOUR OTHER

08:39AM    5    ISSUES.

08:39AM    6              MR. WADE:  THE OTHER ISSUE, JUST SMALL ISSUES THAT I

08:39AM    7    WANTED TO RAISE, I'M SURE THE GOVERNMENT IS PROBABLY NOT

08:39AM    8    INTENDING TO BRING CERTAIN ITEMS OF SPECULATION OUT ON DIRECT,

08:39AM    9    BUT I JUST WANT TO FLAG THEM IN ADVANCE TO GET CLARITY OF THAT.

08:39AM   10         ONE IS THAT THERE ARE SOME STATEMENTS IN SOME RECENT

08:39AM   11    DISCLOSURES FROM THE GOVERNMENT THAT DR. ROSENDORFF HEARD THAT

08:39AM   12    MS. HOLMES WAS BCC'D ON ALL EMAILS TO MR. BALWANI.

08:39AM   13         WE BELIEVE THAT'S NOT THE CASE, NOR DOES THIS WITNESS HAVE

08:39AM   14    FOUNDATION TO OFFER THAT, SO I JUST WANT TO -- I DON'T WANT TO

08:40AM   15    CREATE ANY MISIMPRESSION WITH THE JURY, SO I JUST WANTED TO

08:40AM   16    RAISE THAT ISSUE.

08:40AM   17              THE COURT:  OKAY.

08:40AM   18              MR. BOSTIC:  I DON'T INTEND TO ELICIT THAT

08:40AM   19    TESTIMONY, YOUR HONOR.

08:40AM   20              MR. WADE:  AND THEN ONE OTHER SMALL POINT OF A

08:40AM   21    SIMILAR NATURE.

08:40AM   22         THERE'S AN INSTANCE WHERE DR. ROSENDORFF OFFERS

08:40AM   23    SPECULATION AS TO WHY CERTAIN INFORMATION WAS NOT TO BE --

08:40AM   24    MR. BALWANI ASKED NOT TO BE INCLUDED ON CERTAIN REPORTS.

08:40AM   25         WE WOULD JUST, AGAIN, SUGGEST THAT THERE'S, THERE'S NOT A

08:40AM 1     BASIS FOR THIS WITNESS TO SPECULATE AS TO DOCTOR -- AS TO

08:40AM 2     MR. BALWANI'S REASONS FOR NOT WANTING TO DO SOMETHING.  HE CAN

08:40AM 3     OBVIOUSLY TESTIFY AS TO THE FACTS AND, TO A DEGREE, HIS

08:40AM 4     INTERACTIONS WITH MR. BALWANI.  BUT WE WANT TO MAKE SURE THAT

08:40AM 5     THE SPECULATION ABOUT MR. BALWANI'S REASONS IS NOT OFFERED IN

08:40AM 6     COURT.

08:41AM 7          MR. BOSTIC:  YOUR HONOR, ON THAT, I DON'T INTEND TO

08:41AM 8     ELICIT ANY SPECULATION FROM THIS WITNESS.

08:41AM 9          I CONFESS, THOUGH, I'M NOT SURE WHAT INSTANT DEFENSE

08:41AM 10    COUNSEL IS REFERRING TO WHEN HE TALKS ABOUT CERTAIN INFORMATION

08:41AM 11    IN CERTAIN REPORTS.

08:41AM 12         MR. WADE:  THERE WAS AN INSTANCE THAT WAS DISCLOSED

08:41AM 13    IN A 302 THAT A REAGENT WAS USED OR CERTAIN ITEMS WERE NOT

08:41AM 14    DISCLOSED TO A PATIENT.

08:41AM 15         DR. ROSENDORFF SPECULATED THAT THE REASON THAT MR. BALWANI

08:41AM 16    DIDN'T WANT TO DO THAT WAS SOME NEFARIOUS REASON.

08:41AM 17         AGAIN, I WOULD ASSUME THE GOVERNMENT WOULDN'T SEEK TO

08:41AM 18    OFFER SUCH EVIDENCE.  I JUST WANT TO MAKE CLEAR THAT THAT'S THE

08:41AM 19    CASE.

08:41AM 20         MR. BOSTIC:  SO, YOUR HONOR, I, I DON'T INTEND TO

08:41AM 21    ASK THIS WITNESS TO ACT AS A MIND READER.  I KNOW HE DOESN'T

08:41AM 22    KNOW WHAT WAS INSIDE MR. BALWANI'S HEAD.

08:41AM 23         I THINK HE IS QUALIFIED TO GIVE HIS IMPRESSION ABOUT WHAT

08:41AM 24    MR. BALWANI APPEARED TO PRIORITIZE AT VARIOUS TIMES.  HE WORKED

08:41AM 25    CLOSELY WITH MR. BALWANI FOR A NUMBER OF MONTHS AND HAS A GOOD

08:42AM  1        FOUNDATION TO TESTIFY ON THAT BASIS.

08:42AM  2              SO I THINK IF THAT'S THE TESTIMONY THAT MR. WADE IS

08:42AM  3        REFERRING TO, I THINK IT IS ADMISSIBLE, BUT IT WON'T BE

08:42AM  4        SPECULATION.

08:42AM  5                   MR. WADE:  WE CAN DEAL WITH IT AS IT ARISES,

08:42AM  6        YOUR HONOR.

08:42AM  7                   THE COURT:  ALL RIGHT.  GREAT.  THANK YOU.

08:42AM  8                   MR. BOSTIC:  YOUR HONOR, I APOLOGIZE, ONE RELATED

08:42AM  9        ISSUE FOR DR. ROSENDORFF THAT I FAILED TO MENTION.

08:42AM 10              ANOTHER ITEM RELATING TO HIS POST-THERANOS EMPLOYMENT, HE

08:42AM 11        ALSO WORKED FOR A COMPANY, AND I BELIEVE THE COURT IS AWARE OF

08:42AM 12        THIS, THAT LATER BECAME THE SUBJECT OF AN UNRELATED GOVERNMENT

08:42AM 13        INVESTIGATION.

08:42AM 14              THE GOVERNMENT HAS PRODUCED A LARGE VOLUME OF DOCUMENTS TO

08:42AM 15        THE DEFENSE ON THAT TOPIC.

08:42AM 16              THOSE DOCUMENTS ARE SUBJECT TO A PROTECTIVE ORDER THAT

08:42AM 17        REQUIRES THE DEFENSE TO PROVIDE THE GOVERNMENT WITH NOTICE IF

08:42AM 18        IT INTENDS TO GET INTO THAT TOPIC, THOSE DOCUMENTS OR THE FACTS

08:42AM 19        THEREIN IN COURT.

08:42AM 20              WE HAVE NOT RECEIVED THAT NOTICE FROM THE DEFENSE, SO WE

08:42AM 21        ASSUME THAT THE DEFENSE IS NOT PLANNING TO GET INTO THAT TOPIC

08:42AM 22        WITH DR. ROSENDORFF, BUT I WANTED TO FLAG IT FOR THE DEFENSE

08:43AM 23        AND THE COURT AS WELL.

08:43AM 24                   MR. WADE:  I THINK -- IT'S A VERY RELATED ISSUE TO

08:43AM 25        THE OTHER ITEM WITH THE OTHER LAB, YOUR HONOR.

08:43AM  1      I THINK FOR PURPOSES OF DISCLOSURE AND CONSIDERATION BY

08:43AM  2   THE GOVERNMENT, THEY SHOULD ASSUME THAT WE WILL GO INTO THAT,

08:43AM  3   OR MAY INTEND TO GO INTO THAT I WOULD SAY.

08:43AM  4      SO WE WOULD PROVIDE NOTICE HERE THAT WE MAY DO THAT.  I

08:43AM  5   DON'T HAVE PARTICULAR DOCUMENTS THAT I WAS INTENDING TO OFFER,

08:43AM  6   BUT, AGAIN, DEPENDING ON WHAT THE WITNESS SAYS AND IN THE

08:43AM  7   INTEREST OF TRYING TO BE CAUTIOUS IN TERMS OF SUCH DISCLOSURES,

08:43AM  8   THE GOVERNMENT SHOULD ASSUME THAT WE WILL SEEK TO OFFER THAT

08:43AM  9   EVIDENCE.

08:43AM  10          THE COURT:  OKAY.  WELL, THANK YOU FOR THAT.

08:43AM  11     IT SOUNDS TO ME LIKE WE MAY NEED MONDAY MORNING TO DISCUSS

08:43AM  12   THIS FURTHER, AND THAT WOULD BE MY PREFERENCE, RATHER THAN

08:43AM  13   WAITING UNTIL TUESDAY MORNING.

08:43AM  14     SO YOU'LL HAVE THE WEEKEND TO LOOK AT THIS AND DEVELOP ANY

08:43AM  15   PLEADINGS THAT YOU HAVE AND GET THOSE TO ME SO WE CAN STUDY

08:43AM  16   THEM AND THEN BE PREPARED TO HAVE A FULSOME CONVERSATION MONDAY

08:44AM  17   MORNING.

08:44AM  18          MR. WADE:  SURE.  I THINK THAT WOULD BE APPROPRIATE,

08:44AM  19   YOUR HONOR.

08:44AM  20     I KNOW THE COURT DOESN'T WANT US TO HAVE TO DISCLOSE

08:44AM  21   CROSS-EXAMINATION IN ADVANCE, AND WE OBVIOUSLY DON'T KNOW WHAT

08:44AM  22   THE SCOPE OF IT WILL BE, SO THAT SOUNDS APPROPRIATE.

08:44AM  23          THE COURT:  WELL, IT'S PREDICATED ON THE DIRECT, OF

08:44AM  24   COURSE.  I KNOW YOU HAVE TO DECIDE THAT.

08:44AM  25          MR. WADE:  RIGHT.

| | | |
|---|---|---|
| 08:44AM | 1 | THE COURT:  SO MONDAY MORNING MIGHT BE A GOOD TIME. |
| 08:44AM | 2 | SO WHY DON'T YOU RESERVE MONDAY MORNING. |
| 08:44AM | 3 | I'LL CHECK WITH OUR COURT REPORTER AS TO TIMING, AND WE'LL |
| 08:44AM | 4 | LET YOU KNOW ON THAT. |
| 08:44AM | 5 | MR. WADE:  AND AS ALWAYS, WE WILL STAND READY AS TO |
| 08:44AM | 6 | WHATEVER TIME THE COURT PREFERS. |
| 08:44AM | 7 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 08:44AM | 8 | LET ME SEE.  BREAKS TODAY?  DO YOU HAVE A SUGGESTED BREAK |
| 08:44AM | 9 | TIME?  SHOULD WE BREAK AT 10:45 FOR 30 MINUTES?  AND DOES THAT |
| 08:44AM | 10 | WORK FOR THE PARTIES? |
| 08:44AM | 11 | I TOLD THE JURY WE MAY GO UNTIL 3:00 TODAY.  NOW, IT MAY |
| 08:44AM | 12 | DEPEND, IF WE RUN INTO THIS ISSUE WITH DR. ROSENDORFF AND WE |
| 08:45AM | 13 | NEED TO STOP BEFORE 3:00, WE CAN DO THAT.  BUT IT SOUNDS LIKE |
| 08:45AM | 14 | IT MIGHT BE 3:00 BEFORE WE GET INTO SOME THRESHOLD ISSUES. |
| 08:45AM | 15 | MR. BOSTIC:  I THINK SO. |
| 08:45AM | 16 | THE COURT:  WE'LL BREAK FOR 30 MINUTES ABOUT A |
| 08:45AM | 17 | QUARTER UNTIL 11:00, AND THEN ABOUT 1:45 FOR 20 OR 30 MINUTES |
| 08:45AM | 18 | LATER ON, AND THEN WE'LL PRESS ON FOR THE REST OF THE DAY. |
| 08:45AM | 19 | MR. WADE:  VERY WELL, YOUR HONOR. |
| 08:45AM | 20 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 08:45AM | 21 | THE CLERK:  COURT IS IN RECESS. |
| 08:45AM | 22 | (RECESS FROM 8:45 A.M. UNTIL 9:04 A.M.) |
| 09:04AM | 23 | (JURY IN AT 9:04 A.M.) |
| 09:04AM | 24 | THE COURT:  ALL RIGHT.  THANK YOU.  GOOD MORNING. |
| 09:04AM | 25 | WE ARE BACK ON THE RECORD IN UNITED STATES VERSUS |

09:04AM 1    ELIZABETH HOLMES.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS

09:04AM 2    PRESENT.  OUR JURY AND ALTERNATES ARE PRESENT.

09:04AM 3        GOOD MORNING, LADIES AND GENTLEMEN.  NICE TO SEE YOU

09:04AM 4    AGAIN.

09:04AM 5        LET ME ASK THAT QUESTION THAT I WILL POSE TO YOU EACH DAY

09:04AM 6    AS I'VE INDICATED.  I'M CURIOUS AND WOULD LIKE TO KNOW WHETHER

09:04AM 7    ANY OF YOU HAVE, OVER THE COURSE OF OUR BREAK, WHETHER ANY OF

09:04AM 8    YOU HAVE LEARNED ANYTHING ABOUT THIS CASE, SHARED ANY

09:04AM 9    INFORMATION ABOUT THIS CASE OUTSIDE OF THE COURTROOM THROUGH

09:04AM 10   ANY SOCIAL MEDIA, READING, LISTENING, OR DISCUSSING, OR IF ANY

09:04AM 11   OF THAT HAS COME TO PASS, EITHER INTENTIONAL OR ACCIDENTAL.  IF

09:05AM 12   ANY OF YOU HAVE HAD ANY OF THAT EXPERIENCE, IF YOU WOULD RAISE

09:05AM 13   YOUR HAND, I WOULD APPRECIATE IT.

09:05AM 14       AGAIN, I'M HAPPY TO SPEAK WITH YOU PRIVATELY IF YOU WISH.

09:05AM 15       I SEE NO HANDS.  THANK YOU.

09:05AM 16       BEFORE WE BEGIN -- I THINK THE GOVERNMENT HAS ANOTHER

09:05AM 17   WITNESS.

09:05AM 18       BUT BEFORE WE BEGIN, I JUST WANT TO REMIND EVERYONE IN THE

09:05AM 19   COURTROOM THAT RECORDING OF ANY PROCEEDINGS IN THIS COURTROOM,

09:05AM 20   INCLUDING ANY PHOTOGRAPHING OF ANY PROCEEDINGS IN THIS

09:05AM 21   COURTROOM, IS PROHIBITED AND THAT YOU MAY NOT DO THAT.  THAT IS

09:05AM 22   RECORDING VIA ANY DEVICE YOU HAVE, ANY MACHINE, CELL PHONE OR

09:05AM 23   OTHER ITEM IS STRICTLY PROHIBITED.

09:05AM 24       IF THAT'S BROUGHT TO MY ATTENTION, WE'LL HAVE TO TAKE SOME

09:05AM 25   MEASURES ABOUT THAT.  SO I JUST WANTED TO ADVISE EVERYONE TO

| | | |
|---|---|---|
| 09:05AM | 1 | PLEASE DISABLE ANY DEVICE YOU HAVE, IF IT IS CONNECTED TO ANY |
| 09:06AM | 2 | RECORDING, VIDEO, OR AUDIO RECORDING, I WOULD APPRECIATE IT TO |
| 09:06AM | 3 | BE IN COMPLIANCE WITH THE RULES OF THIS COURTHOUSE. |
| 09:06AM | 4 | THANK YOU. |
| 09:06AM | 5 | DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL? |
| 09:06AM | 6 | MR. BOSTIC:  YES, YOUR HONOR.  THE UNITED STATES |
| 09:06AM | 7 | CALLS DR. ADAM ROSENDORFF. |
| 09:06AM | 8 | THE COURT:  SIR, IF YOU WOULD COME FORWARD, PLEASE. |
| 09:06AM | 9 | I'LL INVITE YOU TO STAND OVER HERE WHILE YOU FACE OUR COURTROOM |
| 09:06AM | 10 | DEPUTY. |
| 09:06AM | 11 | IF YOU WOULD RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR |
| 09:06AM | 12 | YOU. |
| 09:06AM | 13 | THE CLERK:  GOOD MORNING. |
| 09:06AM | 14 | **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS SWORN.)** |
| 09:06AM | 15 | THE WITNESS:  YES. |
| 09:06AM | 16 | THE COURT:  PLEASE HAVE A SEAT HERE, SIR.  LET ME |
| 09:06AM | 17 | INVITE YOU TO MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST |
| 09:06AM | 18 | THE CHAIR AND MICROPHONE AS YOU NEED.  I'LL ENCOURAGE YOU TO |
| 09:07AM | 19 | SPEAK DIRECTLY INTO THE MICROPHONE. |
| 09:07AM | 20 | MR. BOSTIC WILL HAVE A QUESTION FOR YOU IN JUST A MOMENT |
| 09:07AM | 21 | IN REGARDS TO YOUR MASK. |
| 09:07AM | 22 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 09:07AM | 23 | AND SPELL IT, PLEASE. |
| 09:07AM | 24 | THE WITNESS:  ADAM ROSENDORFF, A-D-A-M, |
| 09:07AM | 25 | R-O-S-E-N-D-O-R-F-F. |

ROSENDORFF DIRECT BY MR. BOSTIC                                1702

09:07AM   1              THE COURT:  THANK YOU.  COUNSEL.

09:07AM   2                      **DIRECT EXAMINATION**

09:07AM   3      BY MR. BOSTIC:

09:07AM   4      Q.   GOOD MORNING, DR. ROSENDORFF.

09:07AM   5      A.   GOOD MORNING.

09:07AM   6      Q.   I UNDERSTAND FROM THE COURT THAT IF YOU ARE VACCINATED AND

09:07AM   7      YOU ARE COMFORTABLE REMOVING YOUR MASK AND TESTIFYING WITHOUT A

09:07AM   8      MASK, YOU ARE WELCOME TO DO SO.

09:07AM   9      A.   THANK YOU.

09:07AM  10              THE COURT:  MR. BOSTIC, BEFORE YOU BEGIN, I JUST

09:07AM  11      WANT TO ALERT YOU AND THE JURY THAT WE'LL TAKE OUR BREAK, OUR

09:07AM  12      MORNING BREAK AT 10:45, LADIES AND GENTLEMEN.  THAT WILL BE

09:07AM  13      ABOUT 30 MINUTES.  THAT'S OUR BREAK TIME.  THANK YOU.

09:07AM  14              MR. BOSTIC:  THANK YOU, YOUR HONOR.

09:07AM  15              THE COURT:  THANK YOU.

09:07AM  16              MR. BOSTIC:  MAY I APPROACH THE WITNESS, YOUR HONOR?

09:07AM  17              THE COURT:  YES.

09:07AM  18              MR. BOSTIC:  (HANDING.)

09:07AM  19      Q.   DR. ROSENDORFF, WERE YOU AT ONE TIME EMPLOYED BY A COMPANY

09:08AM  20      CALLED THERANOS?

09:08AM  21      A.   YES.

09:08AM  22      Q.   AND WHAT WAS YOUR POSITION AT THE COMPANY?

09:08AM  23      A.   LAB DIRECTOR.

09:08AM  24      Q.   AND WHAT WERE THE APPROXIMATE DATES OF YOUR EMPLOYMENT AT

09:08AM  25      THERANOS?

ROSENDORFF DIRECT BY MR. BOSTIC                          1703

09:08AM   1    A.   APRIL 2013 TO NOVEMBER 2014.

09:08AM   2    Q.   WHAT WAS YOUR REASON FOR LEAVING THE COMPANY?

09:08AM   3    A.   THERE WERE MANY FACTORS.  ONE WAS THE UNWILLINGNESS OF

09:08AM   4    MANAGEMENT TO PERFORM PROFICIENCY TESTING AS REQUIRED BY LAW.

09:08AM   5    I FELT PRESSURED TO VOUCH FOR TESTS THAT I DID NOT HAVE

09:08AM   6    CONFIDENCE IN.  I CAME TO BELIEVE THAT THE COMPANY BELIEVED

09:08AM   7    MORE ABOUT PR AND FUNDRAISING THAN ABOUT PATIENT CARE; AND ALSO

09:08AM   8    THE EQUIPMENT AND REAGENTS, THE PLATFORM WAS NOT ALLOWING ME TO

09:08AM   9    FUNCTION EFFECTIVELY AS A LAB DIRECTOR.

09:08AM  10    Q.   LET'S GO BACKWARD IN TIME A LITTLE BIT FROM YOUR TIME AT

09:09AM  11    THERANOS.

09:09AM  12         CAN YOU SUMMARIZE YOUR EDUCATION FOR ME, BEGINNING WITH

09:09AM  13    COLLEGE?

09:09AM  14    A.   SURE.  I GREW UP IN SOUTH AFRICA.  I GRADUATED WITH A

09:09AM  15    BACHELOR OF ARTS DEGREE FROM THE UNIVERSITY OF WIWATERSRAND AND

09:09AM  16    THEN CAME TO THE UNITED STATES IN 1993.

09:09AM  17         I ATTENDED MEDICAL SCHOOL AT MOUNT SINAI SCHOOL OF

09:09AM  18    MEDICINE IN NEW YORK CITY FROM 1995 TO 2000.

09:09AM  19         FOLLOWING THAT I DID A FELLOWSHIP IN INFECTIOUS DISEASES,

09:09AM  20    BASIC SCIENCE RESEARCH UNTIL 2005.

09:09AM  21         I THEN DID A RESIDENCY IN CLINICAL PATHOLOGY, OTHERWISE

09:09AM  22    KNOWN AS LABORATORY MEDICINE, FROM 2005 UNTIL 2008.

09:09AM  23         I WAS THEN EMPLOYED AS LAB DIRECTOR AT THE UNIVERSITY OF

09:09AM  24    PITTSBURGH CHILDREN'S HOSPITAL.  I LEFT THERE IN 2013 TO JOIN

09:09AM  25    THERANOS.

ROSENDORFF DIRECT BY MR. BOSTIC                                        1704

09:09AM    1    Q.   YOU MENTIONED THAT YOU DID A RESIDENCY.

09:10AM    2         CAN YOU JUST DESCRIBE AT A HIGH LEVEL WHAT A RESIDENCY IS?

09:10AM    3    A.   A RESIDENCY IS FURTHER TRAINING FOLLOWING MEDICAL SCHOOL

09:10AM    4    WHERE A PHYSICIAN SPECIALIZES IN A PARTICULAR MEDICAL FIELD AND

09:10AM    5    RECEIVES SPECIALIZED TRAINING AND CERTIFICATION FOLLOWING THAT.

09:10AM    6    Q.   AND IN WHAT FIELD DID YOU SPECIALIZE DURING YOUR

09:10AM    7    RESIDENCY?

09:10AM    8    A.   CLINICAL PATHOLOGY.

09:10AM    9    Q.   AND WHAT DOES THAT MEAN IN PLAIN LANGUAGE?

09:10AM   10    A.   CLINICAL PATHOLOGY IS ALL OF PATHOLOGY, EXCLUDING TISSUE

09:10AM   11    EXAMINATION OR AUTOPSY.  SO IT FOCUSES ON THE DIAGNOSIS OF

09:10AM   12    DISEASE IN THE LABORATORY.

09:10AM   13    Q.   THE LABORATORY THAT YOU WORKED AT AT THE UNIVERSITY OF

09:10AM   14    PITTSBURGH, WAS IT A LABORATORY THAT PERFORMED BLOOD TESTING

09:11AM   15    ANALYSIS?

09:11AM   16    A.   YES, SIR.

09:11AM   17    Q.   HOW ABOUT BOARD CERTIFICATIONS?  DO YOU HAVE ANY BOARD

09:11AM   18    CERTIFICATIONS?

09:11AM   19    A.   YES.  I'M ACTIVE BOARD CERTIFIED IN CLINICAL PATHOLOGY BY

09:11AM   20    THE AMERICAN BOARD OF PATHOLOGY.

09:11AM   21    Q.   LET'S TALK A LITTLE BIT ABOUT THE LAB DIRECTOR POSITION.

09:11AM   22         WHAT IS A LAB DIRECTOR?

09:11AM   23    A.   A LAB DIRECTOR IS RESPONSIBLE FOR ENSURING THAT THE TESTS

09:11AM   24    THAT COME OUT OF A LAB ARE APPROPRIATE FOR PATIENT CARE, AND

09:11AM   25    THAT ENTAILS A NUMBER OF FACTORS, SUCH AS ENSURING THAT THE

ROSENDORFF DIRECT BY MR. BOSTIC                                    1705

09:11AM  1   EMPLOYEES ARE TRAINED AND COMPETENT, ENROLLMENT IN PROFICIENCY

09:11AM  2   TESTING, AND ENSURING THAT THE LAB HAS A QUALITY MANAGEMENT

09:11AM  3   SYSTEM, DOCUMENTING CORRECTIVE ACTIONS, DEVIATIONS, AND

09:12AM  4   REVIEWING REPORTS IN CONSULTATION WITH CLIENTS AND PHYSICIANS

09:12AM  5   WHEN APPROPRIATE.

09:12AM  6   Q.   ARE THERE CERTAIN QUALIFICATIONS THAT ONE HAS TO HAVE IN

09:12AM  7   ORDER TO BE A LAB DIRECTOR?

09:12AM  8   A.   YES.  PER CLIA, THEY ALLOW M.D.'S OR PH.D.'S TO BE LAB

09:12AM  9   DIRECTORS.  I BELIEVE THE M.D. REQUIRES A YEAR OF EXPERIENCE IN

09:12AM  10  A HIGH COMPLEXITY CLINICAL LABORATORY, AND THE PH.D. REQUIRES

09:12AM  11  SPECIALTY BOARD CERTIFICATION FROM A CMS RECOGNIZED BOARD.

09:12AM  12  Q.   AND THROUGH WHICH ONE OF THOSE PATHS WERE YOU QUALIFIED TO

09:12AM  13  BE A LAB DIRECTOR?

09:12AM  14  A.   M.D. PATH.

09:12AM  15  Q.   YOU TALKED A LITTLE BIT ABOUT A LAB DIRECTOR'S

09:12AM  16  RESPONSIBILITIES.  DO THEY INCLUDE MONITORING THE ACCURACY OF

09:12AM  17  TESTS BEING CONDUCTED BY THE LAB?

09:12AM  18  A.   DEFINITELY.

09:12AM  19  Q.   WHEN WE TALK ABOUT ACCURACY IN THE CONTEXT OF LAB TESTS,

09:13AM  20  WHAT DOES THAT MEAN?

09:13AM  21  A.   ACCURACY IS THE CLOSENESS OF THE RESULT GENERATED BY THE

09:13AM  22  LAB TO THE TRUE RESULT, THE TRUE BIOLOGICAL RESULT IN THE

09:13AM  23  PATIENT.

09:13AM  24  Q.   AND APOLOGIES FOR AN OBVIOUS QUESTION, BUT WHY IS THAT

09:13AM  25  IMPORTANT IN THE FIELD OF LABORATORY TESTING?

ROSENDORFF DIRECT BY MR. BOSTIC                          1706

09:13AM   1    A.   PHYSICIANS AND OTHER HEALTH CARE PROVIDERS RELY --

09:13AM   2              THE COURT:  EXCUSE ME, DOCTOR.

09:13AM   3              MR. WADE:  I ASSUME WE'RE OFFERING THIS AS PART OF

09:13AM   4    THE DISCLOSED EXPERT TESTIMONY?

09:13AM   5              THE COURT:  ARE YOU SEEKING TO QUALIFY THIS WITNESS

09:13AM   6    AS AN EXPERT?

09:13AM   7              MR. BOSTIC:  NOT AT THIS TIME, YOUR HONOR.  I

09:13AM   8    BELIEVE HE HAS A FOUNDATION TO OFFER THIS AS LAY TESTIMONY.

09:13AM   9              THE COURT:  I THINK IT'S GENERAL FOUNDATION.

09:13AM  10              MR. WADE:  OKAY.

09:13AM  11    BY MR. BOSTIC:

09:13AM  12    Q.   WOULD YOU LIKE ME TO REPEAT THE QUESTION, DR. ROSENDORFF?

09:13AM  13    A.   YES, PLEASE.

09:13AM  14    Q.   THE QUESTION IS, WHY IS ACCURACY IMPORTANT, IF IT IS

09:13AM  15    IMPORTANT, IN THE CONTEXT OF LABORATORY TESTING?

09:13AM  16    A.   ACCURACY IS CRITICAL.  PHYSICIANS AND OTHER HEALTH CARE

09:14AM  17    PROVIDERS DEPEND ON THE ACCURACY OF A TEST TO MAKE MEDICAL

09:14AM  18    DECISIONS, SOMETIMES LIFE AND DEATH MEDICAL DECISIONS.

09:14AM  19    Q.   ARE YOU FAMILIAR WITH THE CONCEPT OF PRECISION SEPARATE

09:14AM  20    FROM THE CONCEPT OF ACCURACY?

09:14AM  21    A.   YES, SIR.

09:14AM  22    Q.   AND WHAT DOES PRECISION MEAN WHEN IT COMES TO LAB TESTING?

09:14AM  23    A.   PRECISION IS ALSO KNOWN AS REPEATABILITY.  IT IS THE

09:14AM  24    ABILITY OF A LAB TEST TO RETURN RESULTS FROM THE SAME SAMPLE

09:14AM  25    THAT ARE SUFFICIENTLY CLOSE TOGETHER WITHIN PREDEFINED RANGES

ROSENDORFF DIRECT BY MR. BOSTIC                                    1707

09:14AM  1    THAT ARE ACCEPTABLE FOR PATIENT CARE.

09:14AM  2    Q.   AND AT THE LABS THAT YOU'VE WORKED AT, HOW IS PRECISION

09:14AM  3    MEASURED AND QUANTIFIED?

09:14AM  4    A.   PRECISION IS A REQUIRED ELEMENT OF THE VALIDATION REPORT.

09:15AM  5    AT MINIMUM IT REQUIRES MEASURING BOTH INTRADAY PRECISION AND

09:15AM  6    INTERDAY PRECISION.

09:15AM  7         INTRADAY PRECISION IS WITH THE SAME OPERATOR AND SAME

09:15AM  8    EQUIPMENT, AND AT MINIMUM YOU HAVE TO REPEAT A TEST 20 TIMES ON

09:15AM  9    THE SAME SAMPLE.

09:15AM  10        AND THEN INTERDAY INVOLVES MULTIPLE OPERATORS AND MULTIPLE

09:15AM  11   INSTRUMENTS OVER MANY DAYS, TYPICALLY FIVE, WITH TYPICALLY MORE

09:15AM  12   THAN 20 OBSERVATIONS AND MEASUREMENTS.

09:15AM  13   Q.   AND BASED ON YOUR WORK IN DOING THAT KIND OF ASSESSMENT,

09:15AM  14   WHAT IS THE OUTPUT OF THAT KIND OF TESTING?  WHAT DO YOU END UP

09:15AM  15   WITH BY WAY OF RESULT?

09:15AM  16   A.   YOU END UP WITH A METRIC THAT IS KNOWN AS THE COEFFICIENT

09:15AM  17   OF VARIATION AND IT'S A PERCENTAGE, AND THE LOWER THE

09:15AM  18   COEFFICIENT OF VARIATION, THE MORE PRECISE THE TEST IS.

09:15AM  19   Q.   AS A LABORATORY DIRECTOR, IS IT ALSO PART OF YOUR

09:16AM  20   RESPONSIBILITY TO COMMUNICATE WITH DOCTORS AND PATIENTS ABOUT

09:16AM  21   YOUR RESULTS?

09:16AM  22   A.   YES.

09:16AM  23   Q.   HOW ABOUT THE ROLE OF RESEARCHING AND DEVELOPING ASSAYS?

09:16AM  24   IS THAT PART OF A LAB DIRECTOR'S JOB?

09:16AM  25   A.   THE LAB DIRECTOR WORKS WITH RESEARCH AND DEVELOPMENT TO

ROSENDORFF DIRECT BY MR. BOSTIC                                    1708

09:16AM   1      MAKE SURE ALL OF THE REQUIRED ELEMENTS OF THE VALIDATION ARE

09:16AM   2      EXECUTED ACCORDING TO REGULATIONS, AND ALSO THAT THE VALIDATION

09:16AM   3      IS TAILORED TOWARDS PRACTICAL UTILITY AND PATIENT CARE.

09:16AM   4      Q.   LET'S TALK ABOUT YOUR INITIAL CONTACT WITH THERANOS.  HOW

09:16AM   5      DID YOU FIRST LEARN ABOUT THE COMPANY?

09:16AM   6      A.   I WAS WORKING IN PITTSBURGH AS THE LAB DIRECTOR THERE, AND

09:17AM   7      I WENT ONTO LINKEDIN AND I SAW THAT THERANOS WAS ADVERTISING

09:17AM   8      FOR A LAB DIRECTOR AND I APPLIED FOR THE JOB AND I WAS

09:17AM   9      CONTACTED BY A RECRUITER.

09:17AM   10     Q.   AND DID YOU THEN INTERVIEW FOR THE POSITION?

09:17AM   11     A.   YES.

09:17AM   12     Q.   AND WHAT DO YOU RECALL ABOUT THAT PROCESS GENERALLY?

09:17AM   13     A.   I FLEW OUT TO SAN FRANCISCO.  THE INTERVIEW WAS AROUND

09:17AM   14     6:00 P.M.  I MET WITH SUNNY BALWANI, ELIZABETH HOLMES,

09:17AM   15     DANIEL YOUNG.  I MET IN A SMALL ROOM THAT WAS LOCKED OFF OR

09:17AM   16     SEPARATED FROM THE LABORATORY.

09:17AM   17          IS THERE SOMETHING SPECIFIC ABOUT THE INTERVIEW YOU WANTED

09:17AM   18     TO ASK?

09:17AM   19     Q.   I'LL ASK A FOLLOW-UP QUESTION.

09:17AM   20     A.   YEAH.

09:17AM   21     Q.   DID YOU MEET WITH ALL THREE INDIVIDUALS AT ONCE OR

09:17AM   22     INDIVIDUALLY?

09:17AM   23     A.   INDIVIDUALLY.

09:17AM   24     Q.   AND WERE YOU SUBSEQUENTLY OFFERED A JOB AT THERANOS?

09:18AM   25     A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                          1709

09:18AM   1    Q.   AND DID YOU ACCEPT?

09:18AM   2    A.   YES.

09:18AM   3    Q.   WHY DID YOU ACCEPT THE JOB AT THERANOS?  WHY DID YOU MAKE

09:18AM   4    THAT DECISION?

09:18AM   5    A.   I REALLY BOUGHT INTO THE IDEA OF LABORATORY TESTING BEING

09:18AM   6    DONE FROM A VERY SMALL PINPRICK SAMPLE AND THOUGHT THAT WOULD

09:18AM   7    BE ADVANTAGEOUS TO PATIENTS.

09:18AM   8         I BELIEVED THAT THERANOS HAD ADVANCED TECHNOLOGY THAT

09:18AM   9    WOULD ALLOW THEM TO DO THIS.

09:18AM  10         I WAS IMPRESSED BY THE EARNESTNESS AND THE DEDICATION THAT

09:18AM  11    I SENSED IN THE INTERVIEWERS, AND I THOUGHT IT WAS GOING TO BE

09:18AM  12    THE NEXT APPLE.

09:18AM  13    Q.   AND THE INFORMATION THAT CAUSED YOU TO FEEL THAT WAY,

09:18AM  14    WHERE DID IT COME FROM?

09:18AM  15    A.   I HAD READ THROUGH SOME OF THE PATENT APPLICATIONS THAT

09:19AM  16    THE COMPANY HAD BEEN APPROVED FOR ON THE INTERNET.  I HONESTLY

09:19AM  17    DID NOT KNOW VERY MUCH AT THAT TIME ABOUT WHAT KIND OF

09:19AM  18    TECHNOLOGY THE COMPANY WAS DEVELOPING OR RUNNING.

09:19AM  19    Q.   I'D LIKE TO TALK A LITTLE BIT ABOUT HOW YOU FIT INTO THE

09:19AM  20    STRUCTURE OF THE COMPANY.

09:19AM  21         FIRST OF ALL, WHEN YOU WERE A LAB DIRECTOR AT THERANOS,

09:19AM  22    WERE THERE ANY OTHER LAB DIRECTORS?

09:19AM  23    A.   I DIDN'T BECOME THE LAB DIRECTOR OF RECORD UNTIL THE

09:19AM  24    MIDDLE OF 2013 BECAUSE I WAS APPLYING FOR MY CALIFORNIA MEDICAL

09:19AM  25    LICENSE.

UNITED STATES COURT REPORTERS

**ER-5411**

ROSENDORFF DIRECT BY MR. BOSTIC                                    1710

09:19AM   1           AND THEN IN EARLY 2014 THE COMPANY HIRED THE CO-LAB

09:19AM   2    DIRECTOR, MARK PANDORI, WHO ASSISTED ME IN SOME OF THE LAB

09:19AM   3    DIRECTOR FUNCTIONS.

09:19AM   4    Q.   BEFORE YOU BECAME LAB DIRECTOR, WAS SOMEONE ELSE HOLDING

09:20AM   5    THAT TITLE?

09:20AM   6    A.   YES.

09:20AM   7    Q.   AND WHO WAS THAT?

09:20AM   8    A.   ARNOLD GELB.

09:20AM   9    Q.   AND AS LAB DIRECTOR, WHAT POSITIONS IN THE COMPANY

09:20AM  10    REPORTED TO YOU?

09:20AM  11    A.   IT WAS, IT WAS NOT MADE CLEAR TO ME WHO MY DIRECT REPORTS

09:20AM  12    WOULD BE WITHIN THE COMPANY.

09:20AM  13    Q.   OVER TIME, DID YOU COME TO HAVE AN UNDERSTANDING OF WHO

09:20AM  14    WORKED UNDERNEATH YOU AT THE LAB?

09:20AM  15    A.   I HAD REGULAR MEETINGS WITH THE CLIA GROUP, CLINICAL

09:20AM  16    LABORATORY SCIENTISTS, AND THE QUALITY DIRECTOR.  MY

09:20AM  17    UNDERSTANDING WAS THAT THOSE WERE THE FOLKS THAT WERE REPORTING

09:20AM  18    TO ME OR ACCOUNTABLE TO ME.

09:20AM  19    Q.   AND THE CLINICAL LABORATORY SCIENTISTS, WHAT WAS THEIR

09:21AM  20    DAILY WORK AT THE COMPANY, GENERALLY SPEAKING?

09:21AM  21    A.   THEY WERE THE ONES WHO WENT THROUGH A TRAINING PROGRAM AND

09:21AM  22    CERTIFICATION AND, PER CALIFORNIA BUSINESS AND PROFESSIONS

09:21AM  23    CODE, THEY'RE THE ONES WHO ARE ACTUALLY ALLOWED TO HANDLE

09:21AM  24    PATIENT SPECIMENS AND TO REPORT OUT RESULTS IN THE LABORATORY

09:21AM  25    INFORMATION SYSTEM.

ROSENDORFF DIRECT BY MR. BOSTIC

09:21AM  1    Q.   AND WAS THERE SOMEONE AT THE COMPANY THAT YOU REPORTED TO?

09:21AM  2    A.   YES.

09:21AM  3    Q.   AND WHO DID YOU REPORT TO?

09:21AM  4    A.   SUNNY BALWANI.

09:21AM  5    Q.   AND WHO WAS ABOVE MR. BALWANI AT THE COMPANY, IF ANYONE?

09:21AM  6    A.   ELIZABETH HOLMES.

09:21AM  7    Q.   DID THERE COME A TIME WHEN THERANOS BEGAN OFFERING ITS

09:21AM  8    BLOOD TEST SERVICES TO THE PUBLIC?

09:21AM  9    A.   YES.

09:21AM  10   Q.   AND DO YOU RECALL APPROXIMATELY WHEN THAT WAS?

09:21AM  11   A.   IT WAS EARLY IN SEPTEMBER OF 2013.  I THINK THE 9TH OF

09:21AM  12   SEPTEMBER.

09:21AM  13   Q.   AND DID THERANOS CONTINUE OFFERING BLOOD TESTING SERVICES

09:22AM  14   TO THE PUBLIC THROUGHOUT THE REST OF YOUR TIME AT THE COMPANY?

09:22AM  15   A.   YES.

09:22AM  16   Q.   AND LEADING UP TO THAT COMMERCIAL LAUNCH, SO AFTER YOU

09:22AM  17   JOINED THE COMPANY BUT BEFORE EARLY SEPTEMBER 2013, WHAT KIND

09:22AM  18   OF WORK WERE YOU DOING AT THE COMPANY?

09:22AM  19   A.   I WAS ACTING ESSENTIALLY AS A CONSULTANT.  SO A LOT OF

09:22AM  20   WHAT I WAS DOING WAS TELLING THE R&D GROUP WHAT KIND OF

09:22AM  21   MEASUREMENT RANGE WE NEEDED FOR THE TESTS BASED ON VALUES THAT

09:22AM  22   WOULD BE USEFUL TO CLINICIANS FOR MAKING MEDICAL DECISIONS.

09:22AM  23       I DID CONSULT WITH THE EXECUTIVES IN TERMS OF THE TESTS

09:22AM  24   THAT WE KNEW THAT WE SHOULD BE OFFERING.

09:22AM  25       I DON'T RECALL THE OTHER DUTIES SPECIFICALLY.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1712

09:22AM    1    Q.   YOU SAID WHEN YOU FIRST JOINED THE COMPANY YOU HAD LIMITED

09:23AM    2    KNOWLEDGE ABOUT THE TECHNOLOGY.  DID THAT KNOWLEDGE INCREASE

09:23AM    3    AFTER YOU JOINED THE COMPANY?

09:23AM    4    A.   IT DID.

09:23AM    5    Q.   LET'S TALK ABOUT THE THERANOS DEVICES THAT YOU WERE

09:23AM    6    FAMILIAR WITH.

09:23AM    7         FIRST, DID YOU BECOME FAMILIAR WITH A DEVICE CALLED

09:23AM    8    EDISON?

09:23AM    9    A.   YES.

09:23AM   10    Q.   AND WHAT WAS THE EDISON DEVICE?

09:23AM   11    A.   THE EDISON WAS A SMALL BLACK BOX THAT WAS DESIGNED TO RUN

09:23AM   12    ONE TEST AT A TIME.  THE CATEGORY OF TESTS WERE IMMUNOASSAYS.

09:23AM   13    THESE ARE USUALLY LARGER MOLECULES THAT ARE NOT ABLE TO BE

09:23AM   14    MEASURED ON ANALYZERS AND THAT RELIED ON ANTIBODIES FOR THEIR

09:23AM   15    PROTECTION.

09:23AM   16    Q.   AND DID THERANOS USE THE EDISON DEVICE DURING YOUR TIME AS

09:23AM   17    LAB DIRECTOR?

09:23AM   18    A.   YES.

09:23AM   19    Q.   AND DID THERANOS USE THE EDISON TO TEST PATIENT SAMPLES?

09:23AM   20    A.   YES.

09:23AM   21    Q.   AND WHO MANUFACTURED THE EDISON?

09:24AM   22    A.   THE EDISON WAS MANUFACTURED BY THERANOS IN THEIR NEWARK

09:24AM   23    FACILITY.

09:24AM   24    Q.   DURING YOUR TIME AT THE COMPANY, DID YOU BECOME FAMILIAR

09:24AM   25    WITH ANY OTHER THERANOS MANUFACTURED BLOOD ANALYZERS?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1713

09:24AM  1    A.   I HAD BEEN TOLD ABOUT AN INSTRUMENT CALLED THE MINILAB

09:24AM  2    THAT WAS IN DEVELOPMENT.  IT WAS BEING DESIGNED FOR GENERAL

09:24AM  3    CHEMISTRY ASSAYS.

09:24AM  4         AND ALSO ABOUT AN INSTRUMENT CALLED THE 4S, WHICH WOULD BE

09:24AM  5    ABLE TO DO COMPLETE BLOOD COUNTS AMONG OTHER ASSAYS.

09:24AM  6         I WAS NOT FAMILIAR WITH THE INTENDED CAPABILITY OF THOSE

09:24AM  7    INSTRUMENTS IN DEVELOPMENT.

09:24AM  8    Q.   YOU SAID YOU WERE TOLD ABOUT THOSE INSTRUMENTS.  DID YOU

09:24AM  9    EVER DO ANY WORK ON DEVELOPING THOSE INSTRUMENTS?

09:24AM  10   A.   NO.

09:24AM  11   Q.   AND DID YOU EVER DO ANY WORK ON DEVELOPING OR VALIDATING

09:24AM  12   ASSAYS TO RUN ON THOSE INSTRUMENTS?

09:24AM  13   A.   NO.

09:24AM  14   Q.   DID YOU EVER SEE EITHER OF THOSE INSTRUMENTS?

09:25AM  15   A.   NO.

09:25AM  16   Q.   WAS EITHER OF THOSE INSTRUMENTS THAT YOU MENTIONED EVER

09:25AM  17   USED FOR PATIENT TESTING DURING YOUR TIME AT THE COMPANY?

09:25AM  18   A.   NO.

09:25AM  19   Q.   DID THERANOS RUN ALL OF ITS CLINICAL PATIENT TESTS ON THE

09:25AM  20   EDISON ANALYZER?

09:25AM  21   A.   NO, JUST A HANDFUL OF IMMUNOASSAYS.  THEY RAN GENERAL

09:25AM  22   CHEMISTRY TESTS ON THE SIEMENS ADVIA USING A LABORATORY

09:25AM  23   DEVELOPED TEST.

09:25AM  24   Q.   AND WHAT DOES "LABORATORY DEVELOPED TESTS" MEAN?

09:25AM  25   A.   LABORATORY DEVELOPED TESTS IS A TEST DEVELOPED WITHIN A

ROSENDORFF DIRECT BY MR. BOSTIC                                    1714

```
09:25AM   1    SINGLE LABORATORY THAT IS NOT FDA APPROVED.  IT USES CUSTOM

09:26AM   2    REAGENTS EITHER MANUFACTURED BY THE LABORATORY OR PURCHASED

09:26AM   3    ELSEWHERE, AND IT HAS TO MEET CERTAIN PERFORMANCE

09:26AM   4    SPECIFICATIONS PER CLIA BEFORE IT CAN BE USED FOR PATIENT CARE.

09:26AM   5    Q.   AND THE SIEMENS ADVIA THAT YOU MENTIONED, IS IT

09:26AM   6    MANUFACTURED BY THERANOS?

09:26AM   7    A.   NO.  IT'S MANUFACTURED BY SIEMENS.

09:26AM   8    Q.   WHY DIDN'T THERANOS CONDUCT ALL OF ITS PATIENT TESTING ON

09:26AM   9    THE EDISON?

09:26AM  10    A.   BECAUSE THE EDISON WAS NOT INTENDED TO -- DESIGNED OR

09:26AM  11    INTENDED TO DETECT GENERAL CHEMISTRY SUBSTANCES SUCH AS GLUCOSE

09:26AM  12    OR SODIUM.

09:26AM  13         IT WAS DESIGNED TO DETECT LARGER PEPTIDES AND OTHER

09:26AM  14    ANALYTES, YEAH.

09:26AM  15    Q.   DID THERANOS MAKE ANY CHANGES TO THE SIEMENS ADVIA THAT IT

09:27AM  16    USED FOR PATIENT TESTING?

09:27AM  17    A.   YES.

09:27AM  18    Q.   AND WHAT WERE THE NATURE OF THOSE CHANGES?

09:27AM  19    A.   BECAUSE OF THE SMALL SAMPLE SIZE THAT WAS BEING ACQUIRED

09:27AM  20    IN THE CAPILLARY TUBE AND NANOTAINER DEVICES, THE SIEMENS ADVIA

09:27AM  21    WAS NOT ABLE TO ASPIRATE THAT SAMPLE INTO THE INSTRUMENT

09:27AM  22    BECAUSE THE PROBE COULDN'T GO DOWN FAR ENOUGH AND TO SUCK UP

09:27AM  23    THE SAMPLE.

09:27AM  24         SO THEY DEVELOPED WHAT THEY CALLED THE T-CUP, WHICH WOULD

09:27AM  25    ESSENTIALLY RAISE THE LEVEL OF THAT SAMPLE TO A POINT WHERE THE
```

ROSENDORFF DIRECT BY MR. BOSTIC                                    1715

09:27AM  1    PROBE OR THE ASPIRATOR COULD SUCK IT UP INTO THE INSTRUMENT.

09:27AM  2        THEY ALSO CHANGED WAVELENGTHS AND DETECTION TIMES ON THE

09:27AM  3    INSTRUMENT, WHICH YOU'RE ABLE TO DO ON THE SO-CALLED OPEN

09:27AM  4    CHANNELS ON THE INSTRUMENTS.  SO MOST OF THE TESTS RELY ON

09:27AM  5    ABSORBANCE AT A SPECIFIC WAVELENGTH.

09:28AM  6    Q.   AND TO USE THOSE THERANOS MODIFIED SIEMENS ADVIA, DID THEY

09:28AM  7    INSERT BLOOD SAMPLES INTO THE MACHINE OR WERE THERE OTHER STEPS

09:28AM  8    THAT CAME BEFORE?

09:28AM  9    A.   NO.  THE CTN DEVICE WOULD BE SPUN DOWN AND THEN THE SERUM

09:28AM  10   OR PLASMA WOULD BE REMOVED.  THAT'S THE CLEAR PORTION OF THE

09:28AM  11   SAMPLE THAT IS FREE OF RED BLOOD CELLS.

09:28AM  12       THAT PORTION WOULD THEN BE DILUTED EITHER WITH SALINE OR

09:28AM  13   WATER TO GIVE A VOLUME THAT WAS COMPATIBLE WITH THE THERANOS

09:28AM  14   TEST.

09:28AM  15   Q.   I'LL ASK YOU TO LOOK AT THE BINDER IN FRONT OF YOU.

09:28AM  16   THAT'S THE FIRST TAB, 939.

09:28AM  17       THE GOVERNMENT WOULD LIKE TO OFFER THIS INTO EVIDENCE,

09:28AM  18   YOUR HONOR.

09:28AM  19       I UNDERSTAND THE DEFENSE HAVE STIPULATED.

09:28AM  20           MR. WADE:  WE HAVE, YOUR HONOR.

09:28AM  21           THE COURT:  IT'S ADMITTED.

09:28AM  22       WOULD YOU LIKE IT PUBLISHED?

09:29AM  23           MR. BOSTIC:  YES, PLEASE.

09:29AM  24           THE COURT:  IT MAY BE PUBLISHED.

09:29AM  25       (GOVERNMENT'S EXHIBIT 939 WAS RECEIVED IN EVIDENCE.)

09:29AM  1      BY MR. BOSTIC:

09:29AM  2      Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM ELIZABETH HOLMES

09:29AM  3      TO YOU ON AUGUST 3RD, 2013?

09:29AM  4      A.   I SEE IT ON THE SCREEN.

09:29AM  5      Q.   OKAY.  IN THAT EMAIL MS. HOLMES SAYS, "YOU'LL OBVIOUSLY

09:29AM  6      NEED TO MAKE SURE OUR MICRO-CUPS AND PROTOCOLS/MODIFICATIONS

09:29AM  7      ARE NOT IN ANY WAY VISIBLE TO ANY SIEMENS REP."

09:29AM  8           DO YOU SEE THAT?

09:29AM  9      A.   YES.

09:29AM  10     Q.   AND CAN YOU EXPLAIN THE CONTEXT OF WHAT WAS HAPPENING

09:29AM  11     AROUND THIS TIME?

09:29AM  12               JUROR:  YOUR HONOR, IT'S NOT ON OUR SCREENS.

09:29AM  13               THE COURT:  OH, IT'S NOT ON THE SCREENS IN THE JURY

09:29AM  14     BOX.  PARDON ME A MOMENT, MR. BOSTIC.

09:29AM  15               MR. BOSTIC:  OF COURSE.

09:29AM  16               THE CLERK:  LET ME DO A RESET.  HOLD ON A MINUTE,

09:29AM  17     YOUR HONOR.

09:30AM  18          (PAUSE IN PROCEEDINGS.)

09:30AM  19               THE COURT:  I BELIEVE IT'S ON.  YOU MAY CONTINUE,

09:30AM  20     MR. BOSTIC.

09:30AM  21          WHY DON'T YOU START THAT LAST QUESTION AGAIN.

09:30AM  22     BY MR. BOSTIC:

09:30AM  23     Q.   THE QUESTION AGAIN WAS, DR. ROSENDORFF, WHAT WAS HAPPENING

09:30AM  24     AROUND THE TIME OF THIS EMAIL?

09:30AM  25     A.   SO IN THIS EMAIL, THE MICRO-CUP REFERS TO THE T-CUP OR

ROSENDORFF DIRECT BY MR. BOSTIC                                    1717

09:30AM   1    THERANOS DEVELOPED CUP THAT CONTAINED THE SMALL SAMPLE AND

09:30AM   2    RAISED IT UP.

09:30AM   3        THE PROTOCOLS AND MODIFICATIONS ARE THE ADJUSTMENT TO THE

09:30AM   4    DETECTION TIME AND WAVELENGTHS THAT I REFERRED TO PREVIOUSLY.

09:30AM   5        THESE WERE STORED AS PROGRAMS ON THE SIEMENS INSTRUMENT,

09:30AM   6    AND THE MANAGEMENT DID NOT WANT THOSE PROGRAMS OR THOSE CUPS TO

09:30AM   7    BE VISIBLE TO FIELD SERVICE ENGINEERS OR SIEMENS EMPLOYEES WHEN

09:30AM   8    THEY CAME ON SITE.

09:30AM   9    Q.   AND WAS THERE GOING TO BE A VISIT OF A SIEMENS REP AROUND

09:31AM  10    THE TIME OF THIS EMAIL?

09:31AM  11    A.   I DON'T RECALL.

09:31AM  12    Q.   LET'S LOOK AT THE NEXT EMAIL UP IN THAT CHAIN.  IT WILL BE

09:31AM  13    YOUR RESPONSE TO MS. HOLMES.

09:31AM  14        DO YOU SEE THAT ON THE SCREEN NOW FROM YOU TO MS. HOLMES

09:31AM  15    ON AUGUST 3RD, 2013?

09:31AM  16    A.   YES.

09:31AM  17    Q.   AND YOU SAY, "IT WOULD PROBABLY BE BEST IF THE SIEMENS

09:31AM  18    ASSAYS WERE PROGRAMMED BEFORE THE OPEN CHANNEL T ASSAYS."

09:31AM  19        YOU SAY SUBSEQUENT TO THAT, "THE TECHNICAL REP AND THOSE

09:31AM  20    INTERACTING WITH HER, WILL BE MONITORED TO MAKE SURE NOTHING

09:31AM  21    PROPRIETARY IS REVEALED."

09:31AM  22    A.   YES.

09:31AM  23    Q.   CAN YOU EXPLAIN WHAT THIS RESPONSE MEANT?

09:31AM  24    A.   WELL, MY RECOLLECTION IS THAT THE THERANOS METHODS -- OUR

09:32AM  25    INSTRUCTIONS WERE TO DELETE THOSE METHODS FROM THE ADVIA BEFORE

ROSENDORFF DIRECT BY MR. BOSTIC                                1718

09:32AM   1     THE SIEMENS REPS CAME IN.

09:32AM   2     Q.   WAS IT YOUR UNDERSTANDING AT THIS TIME THAT --

09:32AM   3     A.   OH, I'M SORRY.  GO AHEAD.

09:32AM   4     Q.   FINISH YOUR ANSWER, PLEASE, IF YOU HAVE MORE.

09:32AM   5     A.   MY RECOLLECTION IS THAT THE REPS WERE MONITORED BY SIEMENS

09:32AM   6     SECURITY DURING THE TIME THAT THEY WERE IN THE UPSTAIRS

09:32AM   7     LABORATORY.

09:32AM   8     Q.   BY SIEMENS SECURITY?

09:32AM   9     A.   NO, BY THERANOS SECURITY.

09:32AM   10    Q.   AND WAS IT YOUR UNDERSTANDING AT THE TIME THAT THE CHANGES

09:32AM   11    THAT THERANOS HAD MADE TO THESE SIEMENS DEVICES WERE NOT TO BE

09:32AM   12    REVEALED TO THE INDIVIDUALS FROM SIEMENS?

09:32AM   13    A.   YES.

09:32AM   14    Q.   DO YOU HAVE AN UNDERSTANDING OF WHO FIRST PROPOSED OR

09:32AM   15    DEVELOPED THESE CHANGES TO THE SIEMENS DEVICES?

09:32AM   16    A.   I FIRST HEARD OF THE PLAN FROM DANIEL YOUNG.  I BELIEVE IT

09:33AM   17    WAS HIS IDEA.

09:33AM   18    Q.   AND DO YOU KNOW WHETHER THE IDEA TO USE THESE THIRD PARTY

09:33AM   19    DEVICES WAS DISCUSSED WITH SUNNY BALWANI, FOR EXAMPLE?

09:33AM   20    A.   CAN YOU CLARIFY?  I'M SORRY.

09:33AM   21    Q.   WERE YOU A PART OF ANY DISCUSSIONS INCLUDING SUNNY BALWANI

09:33AM   22    ABOUT THE USE OF THESE THIRD PARTY DEVICES AROUND THIS TIME?

09:33AM   23    A.   I DON'T RECALL SPECIFICALLY TALKING TO HIM ABOUT THE PLAN,

09:33AM   24    ABOUT THIS PLAN.

09:33AM   25        I DO RECALL TALKING TO ELIZABETH ABOUT DIFFERENT DILUTION

ROSENDORFF DIRECT BY MR. BOSTIC                                      1719

09:33AM  1   SCHEMES AND WAYS THAT THIS WAS GOING TO BE EXECUTED.

09:33AM  2   Q.   OKAY.  DID -- LET'S SEE.  WERE ALL OF THE SIEMENS MODIFIED

09:34AM  3   DEVICES AT THERANOS MODIFIED IN THIS SAME WAY?

09:34AM  4   A.   I BELIEVE THAT THE THERANOS LABORATORY DEVELOPED TESTS

09:34AM  5   WERE DIVIDED AMONGST A NUMBER OF SIEMENS INSTRUMENTS.

09:34AM  6        THE GOAL INITIALLY WAS TO HAVE ONE SIEMENS INSTRUMENT BE

09:34AM  7   ABLE TO RUN ALL OF THE THERANOS LABORATORY DEVELOPED TESTS, BUT

09:34AM  8   I DON'T THINK WE WERE ABLE TO DO THAT, SO WE HAD TO DIVVY IT UP

09:34AM  9   AMONGST THE DIFFERENT INSTRUMENTS.

09:34AM 10   Q.   DID THE CLINICAL LAB AT THERANOS USE ANY THIRD PARTY

09:34AM 11   DEVICES, ANY NON-THERANOS DEVICES THAT WERE UNMODIFIED?

09:34AM 12   A.   YES, THEY USED THE SIEMENS ADVIA 1800 IN AN UNMODIFIED

09:34AM 13   MANNER TO BE RUN WITH VENOUS DRAWS FROM VACUTAINERS.  THERE WAS

09:34AM 14   AN INSTRUMENT CALLED THE IMMULITE THAT DID IMMUNOASSAY WITH

09:35AM 15   VENOUS DRAWS.  THERE WAS ABBOTT CELLDYNE RUBY THAT DID COMPLETE

09:35AM 16   BLOOD COUNTS.  THERE WAS AN INSTRUMENT FOR BLOOD LEAD

09:35AM 17   MONITORING.  THERE WAS AN INSTRUMENT TO MEASURE AUTO

09:35AM 18   ANTIBODIES.  I DON'T REMEMBER THE MANUFACTURER.

09:35AM 19        SO THERE WERE A NUMBER OF THIRD PARTY INSTRUMENTS, YEAH.

09:35AM 20   Q.   AND THE INSTRUMENTS THAT YOU JUST LISTED, TO YOUR

09:35AM 21   KNOWLEDGE, DID THEY CONTAIN ANY THERANOS-SPECIFIC ENGINEERING

09:35AM 22   OR MODIFICATIONS?

09:35AM 23   A.   NO.  IT WAS JUST THE ADVIA.

09:35AM 24   Q.   AT THE THERANOS LOCATION PHYSICALLY, CAN YOU TELL US WHERE

09:36AM 25   THE LAB DEVICES WERE IN THE BUILDING?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1720

09:36AM    1     A.   SURE.  THERE WAS A LAB UPSTAIRS, SO AT THE GROUND LEVEL

09:36AM    2     THAT CONTAINED THE FDA APPROVED DEVICES, AND THERE WAS A LAB IN

09:36AM    3     THE BASEMENT WHICH CONTAINED LIQUID HANDLERS, EDISONS, ADVIAS

09:36AM    4     THAT HAD BEEN MODIFIED, ET CETERA.

09:36AM    5          FOR A SHORT PERIOD OF TIME THE ADVIA UPSTAIRS WERE

09:36AM    6     MODIFIED TO DO THE THERANOS TESTS, BUT THAT ALL TRANSFERRED TO

09:36AM    7     THE NORMANDY LAB DOWNSTAIRS.

09:36AM    8     Q.   WHEN YOU SAY THE UPSTAIRS LAB HAD THE FDA APPROVED TESTS,

09:36AM    9     DOES THAT REFER TO THE CONVENTIONAL ANALYZERS?

09:37AM   10     A.   CORRECT.

09:37AM   11     Q.   AND YOU MENTIONED THE NAME NORMANDY.  WHAT DID THAT REFER

09:37AM   12     TO?

09:37AM   13     A.   THE DOWNSTAIRS LABORATORY.

09:37AM   14     Q.   CONTAINING THE THERANOS SPECIFIC DEVICES?

09:37AM   15     A.   CORRECT.

09:37AM   16     Q.   AND WAS THERE A NAME OR NICKNAME FOR THE UPSTAIRS PORTION

09:37AM   17     OF THE LAB WITH THE CONVENTIONAL DEVICES?

09:37AM   18     A.   YES.  SUNNY REFERRED TO IT AS JURASSIC PARK BECAUSE HE

09:37AM   19     BELIEVED THE CONVENTIONAL DEVICES WERE DINOSAURS.

09:37AM   20     Q.   AS LAB DIRECTOR, WERE YOU IN A POSITION TO OVERSEE TESTING

09:37AM   21     IN BOTH OF THOSE LOCATIONS?

09:37AM   22     A.   I WAS.  HOWEVER, ON AN OPERATIONAL BASIS, NISHIT DOSHI WAS

09:37AM   23     PUT IN CHARGE OF THE LAB.

09:37AM   24     Q.   AND DID NISHIT DOSHI ESSENTIALLY REPORT TO YOU IN THAT

09:37AM   25     ROLE?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1721

09:37AM   1      A.   NO, HE DID NOT.

09:37AM   2      Q.   AND TO WHOM DID HE REPORT?

09:37AM   3      A.   I BELIEVE HE REPORTED TO EITHER SUNNY OR ELIZABETH, BUT

09:37AM   4      I'M NOT SURE.

09:37AM   5      Q.   DID THE LAB DIRECTOR POSITION, THOUGH, ENCOMPASS ALL OF

09:38AM   6      THE CLINICAL LAB TESTING THAT THERANOS PERFORMED?

09:38AM   7      A.   YES.

09:38AM   8      Q.   AND NISHIT DOSHI WAS NOT LAB DIRECTOR; CORRECT?

09:38AM   9      A.   NO.

09:38AM   10     Q.   PRIOR TO THE COMMERCIAL LAUNCH IN SEPTEMBER OF 2013, WAS

09:38AM   11     THERANOS CONDUCTING ANY PATIENT TESTING?

09:38AM   12     A.   YES.  THERANOS HAD A CONTRACT WITH SAFEWAY SUPERMARKETS

09:38AM   13     WHERE EMPLOYEES IN PLEASANTON WOULD HAVE BLOOD DRAWN AND THAT

09:38AM   14     WOULD BE TAKEN TO THE THERANOS LABORATORY AND TESTED.

09:38AM   15          MY BELIEF WAS THAT IT WAS VENOUS BLOOD ONLY.

09:38AM   16     Q.   AND THAT'S WHAT WAS HAPPENING WHEN YOU WERE PRESENT AT THE

09:38AM   17     COMPANY?

09:38AM   18     A.   CORRECT.

09:38AM   19     Q.   BECAUSE IT WAS VENOUS BLOOD, DOES THAT MEAN IT WAS TESTED

09:38AM   20     ON THE CONVENTIONAL ANALYZERS?

09:38AM   21     A.   CORRECT.

09:38AM   22     Q.   AND LEADING UP TO THAT COMMERCIAL LAUNCH, THE BROADER

09:38AM   23     COMMERCIAL LAUNCH IN SEPTEMBER OF 2013, WHAT WAS THE OVERALL

09:39AM   24     MOOD AT THE COMPANY?

09:39AM   25     A.   THERE WAS A LOT OF ANXIETY WITHIN THE CLIA GROUP REGARDING

ROSENDORFF DIRECT BY MR. BOSTIC                                      1722

09:39AM   1      THE APPROPRIATENESS OF USING THESE MODIFIED TESTS FOR PATIENT

09:39AM   2    CARE.

09:39AM   3         THE GENERAL MOOD OF THE COMPANY WAS FAIRLY OPTIMISTIC.  I

09:39AM   4    THINK SOME FOLKS WERE QUESTIONING WHY THERANOS WAS NOT USING

09:39AM   5    ITS OWN DEVICES.

09:39AM   6    Q.   HOW WOULD YOU DESCRIBE THE PACE OF EVENTS AND THE WORK

09:39AM   7    THAT WAS HAPPENING LEADING UP TO THAT COMMERCIAL LAUNCH?

09:39AM   8    A.   EXTREMELY RUSHED AND HURRIED.

09:39AM   9    Q.   I'LL ASK YOU TO TURN IN YOUR BINDER TO EXHIBIT 3231,

09:39AM  10    PLEASE.

09:40AM  11         TAKE YOUR TIME.  LET ME KNOW WHEN YOU GET THERE.

09:40AM  12    A.   I HAVE IT.

09:40AM  13    Q.   DO YOU RECOGNIZE THE DOCUMENT MARKED AS EXHIBIT 3231?

09:40AM  14    A.   YES.

09:40AM  15    Q.   AND WHAT IS IT?

09:40AM  16    A.   THIS IS -- THE EMAIL AT THE TOP OF THE PAGE IS FROM

09:40AM  17    NICHOLAS HAASE.  HE WAS IN RESEARCH AND DEVELOPMENT, BUT HE WAS

09:40AM  18    ALSO HEAVILY INVOLVED IN RUNNING THE ADVIA INSTRUMENTS FOR THE

09:40AM  19    VALIDATION, AND HE'S COMMENTING THAT THEY RECEIVED PATHOLOGICAL

09:40AM  20    SAMPLES, BUT THAT THEY'RE ONLY KNOWN TO BE PATHOLOGICAL FOR A

09:40AM  21    SINGLE ANALYTE OR SUBSTANCE, AND THEY WERE GOING TO SCREEN TO

09:40AM  22    SEE IF THEY WERE PATHOLOGICAL FOR ANY ADDITIONAL ANALYTES.

09:40AM  23         SO THIS IS IN REGARD TO THE ANALYTIC RANGE TO MAKE SURE

09:41AM  24    YOU TEST SAMPLES BOTH IN THE NORMAL RANGE AND THE PATHOLOGICAL

09:41AM  25    RANGE.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1723

```
09:41AM    1    Q.   I'LL DIRECT YOU TO PAGE 2 OF THAT EXHIBIT, IF I COULD.

09:41AM    2         DOES THIS EMAIL CHAIN BEGIN WITH AN EMAIL FROM

09:41AM    3    ELIZABETH HOLMES TO OTHER EMPLOYEES AT THERANOS?

09:41AM    4    A.   YES, I SEE AT THE BOTTOM OF THE PAGE AN EMAIL FROM

09:41AM    5    ELIZABETH TO OTHER EMPLOYEES.

09:41AM    6         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES IN

09:41AM    7    EXHIBIT 3231.

09:41AM    8         MR. WADE:  NO OBJECTION.

09:41AM    9         THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

09:41AM   10         MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START ON PAGE

09:41AM   11    2, PLEASE.

09:41AM   12         (GOVERNMENT'S EXHIBIT 3231 WAS RECEIVED IN EVIDENCE.)

09:41AM   13    BY MR. BOSTIC:

09:41AM   14    Q.   DR. ROSENDORFF, DO YOU SEE THE EMAIL ON THE BOTTOM OF THE

09:41AM   15    SCREEN THAT WE WERE JUST TALKING ABOUT?

09:41AM   16    A.   YES.

09:41AM   17    Q.   AND WHAT WAS MS. HOLMES ASKING FOR IN THIS EMAIL?

09:41AM   18    A.   SHE'S ASKING FOR THE TOTAL NUMBER OF GENERAL CHEMISTRY

09:41AM   19    THERANOS LDT ASSAYS THAT HAVE COMPLETED THEIR VALIDATION AS OF

09:42AM   20    TOMORROW, WHICH WOULD HAVE BEEN SEPTEMBER 1ST, ON THE ADVIA AND

09:42AM   21    OTHER PLATFORMS.

09:42AM   22    Q.   THERE'S A MESSAGE ABOVE THAT FROM PAUL PATEL.  WHO WAS HE

09:42AM   23    AT THE COMPANY?

09:42AM   24    A.   HE HEADED UP WHAT WAS KNOWN AS COLOR CHEMISTRY.  IT WAS

09:42AM   25    THE GENERAL CHEMISTRY R&D TEAM AT THERANOS.
```

ROSENDORFF DIRECT BY MR. BOSTIC                                      1724

| | | |
|---|---|---|
| 09:42AM | 1 | Q.   OKAY.  HE INCLUDES ADDITIONAL PEOPLE ON THAT EMAIL, |
| 09:42AM | 2 | INCLUDING YOURSELF; IS THAT CORRECT? |
| 09:42AM | 3 | A.   YES. |
| 09:42AM | 4 | Q.   AND ASKS FOR AN UPDATE; IS THAT RIGHT? |
| 09:42AM | 5 | A.   YES. |
| 09:42AM | 6 | Q.   LET'S TURN TO PAGE 1 OF THE EXHIBIT. |
| 09:42AM | 7 | IF WE CAN ZOOM IN ON THE MIDDLE OF THE PAGE OF PAGE 1. |
| 09:43AM | 8 | DO YOU SEE AN EMAIL IN RESPONSE FROM SOMEONE NAMED |
| 09:43AM | 9 | ROSE EDMONDS? |
| 09:43AM | 10 | A.   YES. |
| 09:43AM | 11 | Q.   AND WHO WAS ROSE EDMONDS AT THERANOS? |
| 09:43AM | 12 | A.   SHE WAS ALSO A RESEARCH AND DEVELOPMENT SCIENTIST INVOLVED |
| 09:43AM | 13 | IN THE VALIDATIONS. |
| 09:43AM | 14 | Q.   THE BEGINNING OF HER EMAIL SAYS, "AS OF RIGHT NOW NONE OF |
| 09:43AM | 15 | OUR ASSAYS ARE COMPLETELY THROUGH VALIDATION INCLUDING CLINICAL |
| 09:43AM | 16 | SAMPLE TESTING WITH FINGERSTICK." |
| 09:43AM | 17 | DO YOU SEE THAT? |
| 09:43AM | 18 | A.   YES. |
| 09:43AM | 19 | Q.   AND CAN YOU EXPLAIN WHAT THIS MEANT AT THIS TIME LEADING |
| 09:43AM | 20 | UP TO THE LAUNCH? |
| 09:43AM | 21 | A.   SHE'S SAYING THAT NONE OF THE GENERAL CHEMISTRY ASSAYS |
| 09:43AM | 22 | HAVE COMPLETED VALIDATION. |
| 09:43AM | 23 | Q.   AND WHY WAS THAT RELEVANT TO THE UPCOMING LAUNCH, IF IT |
| 09:43AM | 24 | WAS? |
| 09:43AM | 25 | A.   WELL, IT'S VERY RELEVANT BECAUSE IT'S NINE DAYS BEFORE THE |

ROSENDORFF DIRECT BY MR. BOSTIC                                    1725

09:43AM  1    LAUNCH AND NONE OF THE TESTS THAT THE COMPANY WAS INTENDING TO

09:43AM  2    LAUNCH HAD BEEN VALIDATED FOR PATIENT CARE.

09:43AM  3         UNDER CLIA LAW AND ACCORDING TO GOOD LABORATORY PRACTICE,

09:44AM  4    YOU NEED TO VALIDATE A TEST FULLY BEFORE YOU CAN USE IT FOR

09:44AM  5    PATIENT CARE.

09:44AM  6    Q.   AND WAS THIS SITUATION CONCERNING TO YOU AT THE TIME?

09:44AM  7    A.   YES.

09:44AM  8    Q.   AND WHY WAS THAT IF THERE'S ANYTHING TO ADD FROM WHAT YOU

09:44AM  9    JUST SAID?

09:44AM  10   A.   AS I SAID EARLIER, I FELT THAT THE VALIDATION WAS BEING

09:44AM  11   RUSHED AND MORE TIME WOULD HAVE BEEN NEEDED TO MORE THOROUGHLY

09:44AM  12   INVESTIGATE THE THERANOS TECHNOLOGY.

09:44AM  13   Q.   AS LAB DIRECTOR, WERE YOU THE ONE SETTING THE SCHEDULE FOR

09:44AM  14   VALIDATION IN THE COMMERCIAL LAUNCH?

09:44AM  15   A.   NO.

09:44AM  16   Q.   AND WHERE WAS THE SCHEDULE COMING FROM?

09:44AM  17   A.   ELIZABETH AND SUNNY.

09:44AM  18   Q.   I'LL ASK YOU TO TURN TO EXHIBIT 1049, PLEASE.

09:45AM  19        YOUR HONOR, THE GOVERNMENT IS OFFERING THIS INTO EVIDENCE.

09:45AM  20   I BELIEVE THE DEFENSE HAS STIPULATED.

09:45AM  21             MR. WADE:  WE HAVE, YOUR HONOR.

09:45AM  22             THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

09:45AM  23        (GOVERNMENT'S EXHIBIT 1049 WAS RECEIVED IN EVIDENCE.)

09:45AM  24             MR. BOSTIC:  IF WE CAN START ON THIS FIRST PAGE AND

09:45AM  25   ZOOM IN ON THE BOTTOM HALF.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1726

09:45AM  1     Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL THAT YOU SENT ON

09:45AM  2     AUGUST 29TH, 2013?

09:45AM  3     A.   YES.

09:45AM  4     Q.   AND APPROXIMATELY HOW FAR IN ADVANCE OF THE LAUNCH WAS

09:45AM  5     THIS EMAIL SENT?

09:45AM  6     A.   NINE DAYS, TEN DAYS.

09:45AM  7     Q.   AND WHAT WAS THE PURPOSE OF THIS EMAIL?  WHAT WERE YOU

09:45AM  8     COMMUNICATING?

09:45AM  9     A.   I WAS RAISING THE ALARM BELLS ABOUT ASSAYS THAT I DIDN'T

09:45AM  10    FEEL WERE READY FOR LAUNCH, AND ALSO RAISING SOME CONCERNS

09:46AM  11    ABOUT STAFFING AND TRAINING.  THAT'S UNDER NUMBER 2,

09:46AM  12    OPERATIONAL.

09:46AM  13    Q.   AND WE'LL GET TO THAT IN A SECOND.

09:46AM  14         LET ME ASK, YOU SENT THIS EMAIL TO ELIZABETH HOLMES AND

09:46AM  15    DANIEL YOUNG; IS THAT CORRECT?

09:46AM  16    A.   CORRECT.

09:46AM  17    Q.   WHY DID YOU SEND IT TO THOSE TWO INDIVIDUALS?

09:46AM  18    A.   I FELT IT WAS VERY IMPORTANT FOR ELIZABETH TO BE AWARE OF

09:46AM  19    THESE ISSUES AS THE CHIEF EXECUTIVE OFFICER OF THE COMPANY, AND

09:46AM  20    I'D ALSO EXPRESSED THESE CONCERNS TO DANIEL YOUNG.  I WANTED TO

09:46AM  21    REITERATE THEM TO HIM.  I HAD LIVE INTERACTION WITH DANIEL

09:46AM  22    DURING THE DAYS -- DURING THE VALIDATION.

09:46AM  23    Q.   YOU THEN GO ON TO DESCRIBE SOME OF YOUR CONCERNS.  CAN YOU

09:46AM  24    WALK US THROUGH THEM?  FIRST, WHAT WERE YOUR MEDICAL CONCERNS

09:46AM  25    AT THE TIME?

ROSENDORFF DIRECT BY MR. BOSTIC                                      1727

09:46AM  1    A.    MY CONCERN WAS THAT THE REFERENCE RANGE FOR GLUCOSE WAS

09:47AM  2    COMING OUT AS 20 TO 97 ON THE THERANOS CHEMISTRIES, WHEREAS THE

09:47AM  3    REFERENCE RANGE FOR GLUCOSE ON THE SIEMENS CHEMISTRIES WAS 56

09:47AM  4    TO 117.

09:47AM  5    Q.    AND APOLOGIES, DR. ROSENDORFF.  YOU'RE ON PAGE 2 NOW OF

09:47AM  6    THE EXHIBIT?

09:47AM  7    A.    YES.

09:47AM  8    Q.    MS. HOLLIMAN, IF WE CAN GO TO PAGE 2, PLEASE.  ZOOM IN ON

09:47AM  9    THE TOP OF THE IMAGE ONCE WE GET THERE.

09:47AM 10         I'M SORRY.  GO AHEAD, DR. ROSENDORFF.

09:47AM 11    A.    THE TOTAL ALLOWABLE ERROR IS THE SUM OF PRECISION PLUS

09:47AM 12    BIAS, WHICH WAS SET BY CMS AT 10 PERCENT.

09:47AM 13         THE PRECISION WAS ALREADY AT 8 PERCENT, AND THERE WAS

09:47AM 14    SIGNIFICANT NEGATIVE BIAS IN THE GLUCOSE ASSAY, WHICH MEANT

09:48AM 15    THAT WE HAD ALREADY EXCEEDED THE TOTAL ALLOWABLE ERROR.  THAT'S

09:48AM 16    WHAT I MEAN BY OUR ENTIRE ERROR BUDGET HAS JUST BEEN SPENT ON

09:48AM 17    PRECISION.

09:48AM 18    Q.    AND I'LL ASK YOU TO TRANSLATE THAT A LITTLE BIT FOR US.

09:48AM 19         FIRST, WHEN YOU SAY THAT THE PRECISION WAS AS HIGH AS

09:48AM 20    8 PERCENT, IS HIGH PRECISION OR IS A HIGH PERCENTAGE HERE A

09:48AM 21    DESIRABLE THING OR AN UNDESIRABLE THING?

09:48AM 22    A.    NO, UNDESIRABLE.

09:48AM 23    Q.    AND WHY IS THAT?

09:48AM 24    A.    GLUCOSE -- TECHNICALLY GLUCOSE IS A FAIRLY SIMPLE ANALYTE

09:48AM 25    TO MEASURE, AND SO IN TERMS OF THE TECHNIQUE, THE VALUES ON

ROSENDORFF DIRECT BY MR. BOSTIC                                      1728

09:48AM   1    REPEAT MEASUREMENT SHOULD NOT VARY BY THAT MUCH.

09:48AM   2    Q.   DID THESE NUMBERS CAUSE YOU ANY CONCERN ABOUT THE ACCURACY

09:48AM   3    OR PRECISION OF THE TEST ITSELF?

09:48AM   4    A.   YES.

09:48AM   5    Q.   AT THE BOTTOM OF THAT PARAGRAPH THERE'S A QUESTION FROM

09:49AM   6    YOU THAT SAYS, "MAYBE WE NEED TO WORK ON OUR CALIBRATORS OR

09:49AM   7    CHEMISTRY?"

09:49AM   8        DO YOU SEE THAT?

09:49AM   9    A.   YES.

09:49AM   10   Q.   AND WHAT DID THAT MEAN?

09:49AM   11   A.   I SUSPECTED THAT THERE WAS A PROBLEM, A BASIC PROBLEM WITH

09:49AM   12   THE INSTRUMENT'S CALIBRATORS, THE INTERNAL INSTRUMENT

09:49AM   13   CALIBRATORS OR THE REAGENT CHEMISTRY THAT MIGHT EXPLAIN THE

09:49AM   14   NEGATIVE BIAS OF THE TECHNIQUE.

09:49AM   15   Q.   AND WHAT DOES "NEGATIVE BIAS" MEAN IN THE CONTEXT OF A

09:49AM   16   TEST LIKE THIS?

09:49AM   17   A.   IT MEANS THAT WHEN YOU TEST ACTUAL PATIENT SAMPLES, YOU'RE

09:49AM   18   GOING TO GET FALSELY LOW RESULTS.

09:49AM   19   Q.   AND YOU GO ON TO TALK ABOUT SOME CONCERNS THAT YOU HAVE

09:49AM   20   WITH SODIUM; IS THAT RIGHT?

09:49AM   21   A.   YES.

09:49AM   22   Q.   AND CAN YOU EXPLAIN TO US WHAT THOSE CONCERNS WERE?

09:49AM   23   A.   SO AT THIS POINT IN TERMS OF PATIENT TESTING, WE HAD DONE

09:50AM   24   SOME TESTING WHERE A FEW PATIENTS HAD SODIUM IN THE 120'S,

09:50AM   25   WHICH IS VERY UNUSUAL FOR SOMEONE WALKING AROUND, A NORMAL

ROSENDORFF DIRECT BY MR. BOSTIC                                          1729

```
09:50AM    1    PERSON.  AS I SAID, 99 PERCENT OF HEALTHY PEOPLE HAVE SODIUMS
09:50AM    2    THAT ARE BETWEEN 135 AND 145, SO TO COME UP -- TO BE TESTED AND
09:50AM    3    HAVE A SODIUM OF 120 IN AN APPARENTLY HEALTHY INDIVIDUAL I JUST
09:50AM    4    DIDN'T BELIEVE.
09:50AM    5    Q.   AS A LAB DIRECTOR, WOULD YOU SOMETIMES LOOK AT A SINGLE
09:50AM    6    RESULT OR A SMALL NUMBER OF RESULTS AS BEING INDICATIVE OF THE
09:50AM    7    TEST PERFORMANCE?
09:50AM    8    A.   THEY WOULD RAISE ALARMS FOR ME.  THEY WOULD REQUIRE
09:50AM    9    INVESTIGATION.
09:50AM   10         IF A LARGE NUMBER OF THESE WERE OCCURRING, THAT WOULD BE
09:50AM   11    MORE -- IN MY MIND THAT WOULD BE ESCALATED TO A BIGGER
09:51AM   12    INVESTIGATION.
09:51AM   13    Q.   BESIDES THE MEDICAL CONCERNS, YOU ALSO HAD OPERATIONAL
09:51AM   14    CONCERNS; IS THAT RIGHT?
09:51AM   15    A.   YES.
09:51AM   16    Q.   AND WHAT WAS THE NATURE OF THOSE OPERATIONAL CONCERNS?
09:51AM   17    A.   I WAS CONCERNED THAT THE LABORATORY STAFF PERFORMING THE
09:51AM   18    TESTING WAS NOT PROPERLY TRAINED AND THAT WE DID NOT HAVE
09:51AM   19    ENOUGH STAFF TO PERFORM THE TESTS.
09:51AM   20    Q.   WOULD THOSE PROBLEMS POTENTIALLY HAVE AN IMPACT ON THE
09:51AM   21    ACCURACY OF PATIENT RESULTS?
09:51AM   22    A.   YES.  IF YOU'RE NOT PROPERLY TRAINED ON A TECHNIQUE, THAT
09:51AM   23    WOULD IMPACT THE RELIABILITY OF THE RESULT.
09:51AM   24    Q.   GOING BACK BRIEFLY TO THE MEDICAL CONCERNS WHERE YOU SAY
09:51AM   25    "MAYBE WE NEED TO WORK ON OUR CALIBRATORS OR CHEMISTRY."
```

ROSENDORFF DIRECT BY MR. BOSTIC                          1730

09:51AM  1        WHO WOULD BE THE PEOPLE ACTUALLY AT THERANOS DOING THAT

09:51AM  2   WORK?

09:51AM  3   A.   PAUL PATEL WAS IN CHARGE OF COLOR CHEMISTRY WORKING WITH

09:52AM  4   DANIEL YOUNG ON INSTRUMENT DEVELOPMENT, TEST DEVELOPMENT IN THE

09:52AM  5   CASE OF GLUCOSE.

09:52AM  6        FOR THE IMMUNOASSAYS, I BELIEVE SUREKHA WAS IN CHARGE OF

09:52AM  7   THAT.

09:52AM  8   Q.   ARE THOSE PEOPLE IN RESEARCH AND DEVELOPMENT?

09:52AM  9   A.   YES.

09:52AM 10   Q.   AT THE BOTTOM OF YOUR EMAIL YOU SAY, "I WOULD LIKE US TO

09:52AM 11   BE THE BEST THAT WE CAN BE.  A FEW MORE WEEKS TO SORT THROUGH

09:52AM 12   THESE MEDICAL AND LOGISTICAL ISSUES, AND GETTING THE PROPER

09:52AM 13   LEVEL OF TRAINING AND STAFFING WOULD HELP US TREMENDOUSLY."

09:52AM 14        WHAT ARE YOU COMMUNICATING THERE?

09:52AM 15   A.   I'M TRYING TO BE AS POLITE AS I CAN AND REALLY WANT THE

09:52AM 16   BEST QUALITY OF TEST RESULTS TO COME OUT OF THE LAB AND FELT

09:53AM 17   THAT WE NEEDED MORE TIME TO SOLVE THESE MEDICAL LOGISTICAL

09:53AM 18   ISSUES, AND IT WOULD ALSO ALLOW US TO TRAIN STAFF MORE

09:53AM 19   THOROUGHLY AND HIRE ADDITIONAL STAFF.

09:53AM 20   Q.   WOULD THIS MEAN DELAYING THE COMMERCIAL LAUNCH OF THERANOS

09:53AM 21   TESTS?

09:53AM 22   A.   YES.

09:53AM 23   Q.   IS THAT A REQUEST THAT YOU MADE LIGHTLY?

09:53AM 24   A.   NO.

09:53AM 25   Q.   AND THIS EMAIL WAS ADDRESSED TO MS. HOLMES; IS THAT

ROSENDORFF DIRECT BY MR. BOSTIC                                    1731

09:53AM   1    CORRECT?

09:53AM   2    A.   CORRECT.

09:53AM   3    Q.   AND WHY DID YOU BELIEVE SHE WAS THE CORRECT PERSON TO

09:53AM   4    RECEIVE THIS REQUEST?

09:53AM   5    A.   MY UNDERSTANDING WAS THAT SHE WAS ACCOUNTABLE TO THE BOARD

09:53AM   6    OF DIRECTORS AND TO THE INVESTORS AND THAT THE LAUNCH HAD TO BE

09:53AM   7    ESSENTIALLY ON SEPTEMBER -- AS SOON AS POSSIBLE BECAUSE THOSE

09:53AM   8    INDIVIDUALS WERE BECOMING DISSATISFIED WITH THERANOS.

09:53AM   9    Q.   AND --

09:54AM   10   A.   THEY HAD BEEN --

09:54AM   11            MR. WADE:  OBJECT, YOUR HONOR.  MOVE TO STRIKE.

09:54AM   12            THE COURT:  SUSTAINED.  THAT LAST ANSWER IS

09:54AM   13   STRICKEN.  YOU CAN ASK ANOTHER QUESTION.

09:54AM   14   BY MR. BOSTIC:

09:54AM   15   Q.   DR. ROSENDORFF, DID YOU HAVE A CONVERSATION WITH

09:54AM   16   MS. HOLMES AROUND THIS TIME ABOUT THIS TOPIC?

09:54AM   17   A.   YES, I DID.

09:54AM   18   Q.   AND WHAT DO YOU RECALL ABOUT THIS CONVERSATION?

09:54AM   19   A.   I WENT INTO HER OFFICE.  SHE HAD PAPERS STUCK ON TO THE

09:54AM   20   WINDOW WITH A NUMBER ON IT WHICH INDICATED THE NUMBER OF DAYS

09:54AM   21   UNTIL LAUNCH.

09:54AM   22        I EXPRESSED MY CONCERNS TO HER.  I TOLD HER THAT THE

09:54AM   23   POTASSIUM WAS UNRELIABLE, THE SODIUM WAS UNRELIABLE, THE

09:54AM   24   GLUCOSE WAS UNRELIABLE, EXPLAINED WHY.

09:54AM   25        SHE WAS VERY NERVOUS.  SHE WAS NOT HER USUAL COMPOSED

ROSENDORFF DIRECT BY MR. BOSTIC                                    1732

09:54AM  1    SELF.  SHE WAS TREMBLING A LITTLE BIT, HER KNEE WAS TAPPING,

09:54AM  2    HER VOICE WAS BREAKING UP.  SHE WAS CLEARLY UPSET.

09:54AM  3    Q.   YOU READ THAT SHE WAS UPSET.

09:54AM  4         DID SHE SEEM SURPRISED TO BE HEARING ABOUT THESE ISSUES

09:55AM  5    FROM YOU?

09:55AM  6    A.   SHE DIDN'T SEEM SURPRISED TO ME.  SHE JUST SEEMED NERVOUS

09:55AM  7    AND UPSET.

09:55AM  8    Q.   YOU MENTIONED EARLIER THAT YOU REPORTED OFFICIALLY, OR

09:55AM  9    MORE DIRECTLY, TO MR. BALWANI; IS THAT CORRECT?

09:55AM  10   A.   CORRECT.

09:55AM  11   Q.   AND WHY DID YOU GO TO MS. HOLMES WITH THIS INSTEAD OF

09:55AM  12   MR. BALWANI?

09:55AM  13   A.   I FELT IT WOULD HAVE MORE IMPACT IN GOING TO ELIZABETH

09:55AM  14   DIRECTLY.

09:55AM  15   Q.   AND WHY DID YOU FEEL THAT WAY?

09:55AM  16   A.   I FELT THAT MANY OF THE CONCERNS THAT I RAISED TO SUNNY

09:55AM  17   WERE -- HE WOULD EITHER DISMISS THEM OR ATTEMPT TO EXPLAIN THEM

09:55AM  18   AWAY OR TELL ME TO GO TALK TO DANIEL YOUNG.

09:55AM  19   Q.   AND WHAT WAS THE OUTCOME OF THIS CONVERSATION?  WAS THE

09:55AM  20   LAUNCH ACTUALLY DELAYED AS YOU WERE REQUESTING?

09:55AM  21   A.   NO.  ELIZABETH SAID THAT FOR THOSE PROBLEMATIC ASSAYS, WE

09:55AM  22   COULD ALWAYS REVERT TO VACUTAINER DRAWS.

09:55AM  23   Q.   AND WHAT WOULD THAT MEAN IN TERMS OF WHAT DEVICE WOULD BE

09:55AM  24   DOING THE ANALYSIS?

09:55AM  25   A.   THEY WOULD BE RUN ON THE CONVENTIONAL FDA APPROVED

ROSENDORFF DIRECT BY MR. BOSTIC                    1733

| | | |
|---|---|---|
| 09:56AM | 1 | INSTRUMENTS. |
| 09:56AM | 2 | Q.   INSTEAD OF THE THERANOS DEVICES? |
| 09:56AM | 3 | A.   CORRECT. |
| 09:56AM | 4 | Q.   WHEN YOU WERE AT THERANOS, WERE YOU AWARE OF |
| 09:56AM | 5 | DEMONSTRATIONS THAT WOULD HAPPEN WHERE VIP'S WOULD VISIT THE |
| 09:56AM | 6 | COMPANY? |
| 09:56AM | 7 | A.   YES. |
| 09:56AM | 8 | Q.   AND DID YOU HAVE ANY INVOLVEMENT IN RUNNING THE SAMPLES |
| 09:56AM | 9 | FOR THOSE TECHNOLOGY DEMONSTRATIONS? |
| 09:56AM | 10 | A.   THE SAMPLE WOULD BE COLLECTED IN A FRONT ROOM.  I WAS NOT |
| 09:56AM | 11 | PRESENT FOR THAT. |
| 09:56AM | 12 | IT WOULD THEN BE TAKEN THROUGH THE LOCKED DOORS INTO THE |
| 09:56AM | 13 | LABORATORY AND RAN IN THE NORMANDY LAB. |
| 09:56AM | 14 | MY INVOLVEMENT IN THAT WAS REVIEWING THE RESULTS AFTER THE |
| 09:56AM | 15 | DEMOS WERE COMPLETE. |
| 09:56AM | 16 | Q.   CAN I ASK YOU TO TURN, PLEASE, TO TAB 1157 IN YOUR BINDER. |
| 09:57AM | 17 | AND ARE YOU LOOKING AT AN EMAIL CHAIN BETWEEN YOU AND |
| 09:57AM | 18 | OTHER EMPLOYEES AT THERANOS? |
| 09:57AM | 19 | A.   NO.  I SEE AN EMAIL AT THE TOP OF THE PAGE FROM |
| 09:57AM | 20 | DANIEL EDLIN.  IS THIS EXHIBIT 1157? |
| 09:57AM | 21 | Q.   1157, UH-HUH. |
| 09:57AM | 22 | A.   AND FROM SAYS DANIEL EDLIN, AND I'M CC'D. |
| 09:57AM | 23 | Q.   OKAY.  AND ARE THE OTHER INDIVIDUALS ON THIS EMAIL CHAIN |
| 09:57AM | 24 | EMPLOYEES AT THERANOS? |
| 09:57AM | 25 | A.   YES. |

ROSENDORFF DIRECT BY MR. BOSTIC

09:57AM  1    Q.   AND DOES THIS RELATE TO ONE OF THE DEMOS THAT WE'VE BEEN

09:57AM  2    TALKING ABOUT?

09:57AM  3    A.   YES.

09:57AM  4    Q.   AND WERE EMAILS LIKE THESE USED AT THERANOS TO TRACK THE

09:58AM  5    PROGRESS OF THESE DEMOS AND FACILITATE COORDINATION BETWEEN

09:58AM  6    PEOPLE WORKING ON THEM?

09:58AM  7    A.   YES, DEFINITELY.

09:58AM  8    Q.   AND WAS IT IMPORTANT TO CONVEY INFORMATION ACCURATELY IN

09:58AM  9    THESE EMAILS SO THAT THE PROCESS COULD OPERATE CORRECTLY?

09:58AM  10   A.   YES, THE EMAILS THAT WE USED TO COORDINATE AMONGST THE

09:58AM  11   DIFFERENT ENTITIES IN THE LABORATORY.

09:58AM  12            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT SUBMITS INTO

09:58AM  13   EVIDENCE 1157.

09:58AM  14            MR. WADE:  NO OBJECTION.

09:58AM  15            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:58AM  16      (GOVERNMENT'S EXHIBIT 1157 WAS RECEIVED IN EVIDENCE.)

09:58AM  17            MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START ON PAGE 2

09:58AM  18   OF THIS EXHIBIT.

09:58AM  19       LET'S ZOOM IN ON THE BOTTOM MESSAGE.

09:58AM  20   Q.   DR. ROSENDORFF, ARE YOU LOOKING AT AN EMAIL FROM

09:58AM  21   DANIEL EDLIN TO YOU AND OTHER EMPLOYEES AT THERANOS?

09:59AM  22   A.   YES.

09:59AM  23   Q.   AND WHO WAS DANIEL EDLIN AT THE COMPANY?

09:59AM  24   A.   HE WAS A PROGRAM OR PROJECT MANAGER.  HE WAS ALSO INVOLVED

09:59AM  25   IN COMMUNICATING TO OUTSIDE LABS ABOUT POSSIBLE COLLABORATIONS.

ROSENDORFF DIRECT BY MR. BOSTIC                                        1735

09:59AM    1     Q.   IN HIS EMAIL HE SAYS, "PLEASE NOTE THAT WE HAVE A PATIENT

09:59AM    2     COMING IN TOMORROW MORNING FOR A DEMO."

09:59AM    3          DO YOU SEE THAT?

09:59AM    4     A.   YES.

09:59AM    5     Q.   AND HE SAYS, "PLEASE PLAN TO RUN THE SAME TESTS THAT WE

09:59AM    6     DID FOR LAST WEEK'S PATIENT.  TESTS INCLUDE," AND THEN HE LIST

09:59AM    7     SOME ASSAYS; IS THAT RIGHT?

09:59AM    8     A.   YES.

09:59AM    9     Q.   AND HE THEN SAYS, "SAM AND MICHAEL, WE WILL ALSO NEED TO

09:59AM   10     SET UP MINILABS AND A 4S IN INTERVIEW ROOM NUMBER 1."

09:59AM   11          DO YOU SEE THAT?

09:59AM   12     A.   YES.

09:59AM   13     Q.   LET'S GO BACK TO PAGE 1.  AND ZOOM IN ON THE MIDDLE

10:00AM   14     MESSAGE ONCE WE GET THERE.  YEAH, FROM THERE DOWN IS GOOD.

10:00AM   15          DO YOU SEE IN THE BOX IN FRONT OF YOU AN EMAIL FROM

10:00AM   16     PAUL PATEL TO YOU AND OTHERS?

10:00AM   17     A.   YES.

10:00AM   18     Q.   AND HE SAYS, "DANIEL, ARE WE EXPECTING TO RUN THIS SAMPLE

10:00AM   19     ON ADVIA?"

10:00AM   20          DO YOU SEE THAT?

10:00AM   21     A.   YES.

10:00AM   22     Q.   AND LET'S ZOOM OUT, MS. HOLLIMAN, AND LOOK AT THE EMAIL

10:00AM   23     ABOVE THIS AT THE TOP OF THE PAGE.

10:00AM   24          MR. EDLIN RESPONDS, "PAUL AND TEAM, PLEASE PLAN ON RUNNING

10:00AM   25     THIS SAMPLE USING THE SAME PROCESSES AS LAST WEEK, I.E., THE

ROSENDORFF DIRECT BY MR. BOSTIC                                    1736

10:00AM  1    CURRENT WORKFLOW IN NORMANDY.  TO ANSWER PAUL'S QUESTION, I

10:01AM  2    BELIEVE ADVIA IS USED FOR THIS FOR GC ASSAYS?"

10:01AM  3         DO YOU SEE THAT?

10:01AM  4    A.   YES.

10:01AM  5    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS?

10:01AM  6    A.   PAUL IS ASKING DANIEL EDLIN WHAT PROCESS IS -- SHOULD BE

10:01AM  7    USED TO RUN THE DEMO SAMPLES, AND DANIEL EDLIN IS SAYING RUN

10:01AM  8    THEM USING THE SAME PROCESSES AS LAST WEEK WITH THE LDT IN

10:01AM  9    NORMANDY, THE LABORATORY DEVELOPED TESTS IN NORMANDY, THE

10:01AM  10   DOWNSTAIRS LAB.

10:01AM  11        AND HE SAYS HE BELIEVES THAT THE ADVIA IS USED FOR GENERAL

10:01AM  12   CHEMISTRY ASSAYS.

10:01AM  13   Q.   AND WAS THAT CORRECT TO YOUR RECOLLECTION AT THE TIME?

10:01AM  14   WAS ADVIA USED FOR GENERAL CHEMISTRY?

10:01AM  15   A.   YES, IT WAS BEING USED FOR THE LABORATORY DEVELOPED TESTS.

10:01AM  16   Q.   AND ADVIA WAS NOT A THERANOS MANUFACTURED DEVICE; IS THAT

10:01AM  17   RIGHT?

10:01AM  18   A.   CORRECT.

10:01AM  19   Q.   LET'S GO BACK TO PAGE 2 NOW, PLEASE, AND BACK TO THAT

10:01AM  20   MESSAGE ON THE BOTTOM HALF OF THE PAGE.

10:02AM  21        I'LL DRAW YOUR ATTENTION TO THE LIST OF ASSAYS THAT WERE

10:02AM  22   GOING TO BE RUN.  ARE YOU FAMILIAR WITH THOSE ASSAYS FROM YOUR

10:02AM  23   TIME AT THERANOS?

10:02AM  24   A.   YES.

10:02AM  25   Q.   AND DO YOU HAVE AN UNDERSTANDING AS TO WHICH OF THOSE

ROSENDORFF DIRECT BY MR. BOSTIC                                          1737

10:02AM   1    ASSAYS COULD BE RUN ON THE THERANOS MANUFACTURED EDISON?

10:02AM   2    A.   ON THE EDISON, SIR?

10:02AM   3    Q.   CORRECT.

10:02AM   4    A.   VITAMIN D, TSH, PSA.

10:02AM   5    Q.   THE OTHER ASSAYS COULD NOT BE RUN ON THE THERANOS

10:02AM   6    MANUFACTURED DEVICE?

10:02AM   7    A.   CORRECT.

10:02AM   8    Q.   WERE ANY OF THESE ASSAYS RUN IN THE CLINICAL LAB ON EITHER

10:02AM   9    THE MINILAB OR THE 4S THAT IS MENTIONED BELOW?

10:02AM  10    A.   NO.

10:02AM  11    Q.   AND WERE THE MINILAB OR 4S USED TO RUN ANY CLINICAL

10:03AM  12    PATIENT TEST SAMPLES?

10:03AM  13    A.   NO.

10:03AM  14    Q.   AND WHEN YOU WERE AT THERANOS -- WELL, LET ME ASK, FIRST,

10:03AM  15    YOU SAW PREVIOUSLY THAT YOU WERE INCLUDED ON THIS EMAIL CHAIN

10:03AM  16    HIGHER UP; CORRECT?

10:03AM  17    A.   YES.

10:03AM  18    Q.   AND AT THE TIME, DID IT REGISTER FOR YOU THAT THERE WAS A

10:03AM  19    MISMATCH BETWEEN THE DEVICES THAT WERE GOING TO BE IN THE DEMO

10:03AM  20    ROOM AND THE DEVICES THAT WERE GOING TO BE USED TO ACTUALLY RUN

10:03AM  21    THE SAMPLES?

10:03AM  22    A.   I THOUGHT THAT THE 4S AND MINILAB WERE BEING SHOWN TO THE

10:03AM  23    DEMO PARTICIPANTS AS PROTOTYPES.

10:03AM  24        A MORE NEFARIOUS INTERPRETATION WOULD BE THAT --

10:03AM  25            MR. WADE:  OBJECTION, YOUR HONOR.  MOVE TO STRIKE.

10:03AM   1          THE COURT:  SUSTAINED.

10:03AM   2     BY MR. BOSTIC:

10:03AM   3     Q.   AND MY QUESTION, DR. ROSENDORFF, WAS WHETHER YOU ONLY

10:03AM   4     NOTICED WHEN YOU WERE AT THE COMPANY THAT ONE TYPE OF DEVICE

10:03AM   5     WAS IN THE ROOM WHILE ANOTHER TYPE WAS USED TO RUN THE SAMPLES?

10:03AM   6     A.   I WASN'T IN THE ROOM.  IT REALLY ONLY STRUCK ME DURING MY

10:04AM   7     INTERVIEWS WITH THE GOVERNMENT WHEN I CAREFULLY READ THE EMAILS

10:04AM   8     THAT I FULLY REALIZED WHAT WAS GOING ON IN THE FRONT ROOM.

10:04AM   9          MR. WADE:  OBJECTION.  MOVE TO STRIKE.

10:04AM   10          THE COURT:  OVERRULED.  THAT CAN STAND.

10:04AM   11     BY MR. BOSTIC:

10:04AM   12     Q.   I'LL ASK YOU TO LOOK NEXT, PLEASE, AT 1491 IN YOUR BINDER.

10:04AM   13          ONCE YOU HAVE IT, LET ME KNOW IF YOU RECOGNIZE IT AS AN

10:04AM   14     EMAIL SENT BETWEEN THERANOS EMPLOYEES.

10:04AM   15     A.   YES.  THIS IS AN EMAIL FROM MARK PANDORI TO MAX FOSQUE AT

10:04AM   16     THE TOP OF THE PAGE.

10:04AM   17     Q.   I'LL ASK YOU TO LOOK AT PAGE 2 OF THAT EXHIBIT.  IS THIS

10:04AM   18     ANOTHER EMAIL DEALING WITH A VIP PATIENT SAMPLE AT THERANOS?

10:05AM   19     A.   YES.

10:05AM   20     Q.   AND LIKE THE OTHER EMAIL, WERE EMAILS LIKE THIS SENT AS

10:05AM   21     PART OF YOUR NORMAL PRACTICE TO COORDINATE THESE TESTS AND

10:05AM   22     FACILITATE THE OPERATION OF THE LAB?

10:05AM   23     A.   YES.

10:05AM   24          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:05AM   25     ADMIT EXHIBIT 1491.

ROSENDORFF DIRECT BY MR. BOSTIC                                      1739

10:05AM  1          MR. WADE:  NO OBJECTION, YOUR HONOR.

10:05AM  2          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:05AM  3          (GOVERNMENT'S EXHIBIT 1491 WAS RECEIVED IN EVIDENCE.)

10:05AM  4          MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 2

10:05AM  5   AND ZOOM IN ON THE BOTTOM MESSAGE.

10:05AM  6   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM MAX FOSQUE TO

10:05AM  7   OTHERS ON JANUARY 28TH, 2014?

10:05AM  8   A.   YES.

10:05AM  9   Q.   HE WRITES, "PLEASE FOLLOW UP ON WHY BRIAN GROSSMAN HAS NOT

10:06AM 10   BEEN RELEASED YET, HE WAS PENDING AN LDAQ AS OF LAST NIGHT.

10:06AM 11   THIS IS CRITICAL TO GET OUT ASAP."

10:06AM 12        DO YOU SEE THAT?

10:06AM 13   A.   YES.

10:06AM 14   Q.   MS. HOLLIMAN, LET GO TO THE NEXT PAGE AND CAPTURE THE TOP

10:06AM 15   TWO THIRDS OF THE PAGE.

10:06AM 16        FIRST OF ALL, DR. ROSENDORFF, DO YOU SEE AT THE TOP THAT

10:06AM 17   READS "HI ADAM/MARK"?

10:06AM 18   A.   YES.

10:06AM 19   Q.   AND THAT EMAIL READS, "THIS PATIENT (BRIAN GROSSMAN) IS A

10:06AM 20   VIP, WOULD YOU MIND LOOKING INTO THE SLOWDOWN HERE?  I BELIEVE

10:06AM 21   H. PYLORI IS RUN ON PREDICATE, PERHAPS THERE IS SOME ISSUE WITH

10:06AM 22   THE MACHINE?"

10:06AM 23        WHAT WAS H. PYLORI, FIRST OF ALL?

10:06AM 24   A.   HELICOBACTER PYLORI.  IT'S A BACTERIA IN THE STOMACH THAT

10:07AM 25   IS ASSOCIATED WITH REFLUX DISEASE.  LET'S LEAVE IT THERE.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1740

10:07AM  1    Q.   AND WHEN THE EMAIL SAYS THAT IT'S RUN ON PREDICATE, WHAT

10:07AM  2    DOES THAT INDICATE?

10:07AM  3    A.   THAT IT IS RUN ON AN FDA APPROVED NON-THERANOS DEVICE.

10:07AM  4    Q.   AND IF WE CAN GO TO PAGE 1 OF THE EXHIBIT, PLEASE.  AND IF

10:07AM  5    WE CAN ZOOM IN ON THE TOP HALF OF THE PAGE.

10:08AM  6         THERE'S AN EMAIL FROM MAX FOSQUE TO YOU AND MARK PANDORI.

10:08AM  7         DO YOU SEE THAT AT THE BOTTOM?

10:08AM  8    A.   YES.

10:08AM  9    Q.   AND IT READS, "THANKS FOR THE UPDATE.  PLEASE LET US KNOW

10:08AM  10   THE OUTCOME."

10:08AM  11        THIS IS ON THE IMMULITE; CORRECT?

10:08AM  12   A.   CORRECT.

10:08AM  13   Q.   AND WHAT WAS THE IMMULITE?

10:08AM  14   A.   THE IMMULITE IS AN INSTRUMENT MANUFACTURED BY SIEMENS

10:08AM  15   CORPORATION THAT MEASURES -- IT'S AN IMMUNOASSAY INSTRUMENT.

10:08AM  16   IT MEASURES THESE PEPTIDES AND LARGER MOLECULES, SUCH AS

10:08AM  17   VITAMIN D, TSH, ET CETERA, THAT ARE NOT ABLE TO BE MEASURED ON

10:08AM  18   THE ADVIA.

10:08AM  19   Q.   AND IS THAT THE INSTRUMENT THAT WAS BEING USED TO RUN THIS

10:08AM  20   SIEMENS ADVIA FOR THIS VIP PATIENT AT THE TIME?

10:08AM  21   A.   CORRECT.  I'D LIKE TO CLARIFY.

10:08AM  22   Q.   PLEASE.

10:08AM  23   A.   THE IMMULITE WOULD HAVE BEEN USED FOR THE HELICOBACTER

10:09AM  24   PYLORI TEST THAT I BELIEVE WAS THE CAUSE OF THE SLOWDOWN FOR

10:09AM  25   RELEASING RESULTS FOR THIS PATIENT BECAUSE ALL OF THE RESULTS

ROSENDORFF DIRECT BY MR. BOSTIC                                    1741

10:09AM  1    WOULD HAVE TO BE COMPLETE BEFORE THE TEST WAS ISSUED, BEFORE

10:09AM  2    THE REPORT WAS ISSUED.

10:09AM  3    Q.   SO THE REPORT WAS WAITING ON THIS RESULT THAT WAS BEING

10:09AM  4    GENERATED BY A NON-THERANOS DEVICE; CORRECT?

10:09AM  5    A.   CORRECT.

10:09AM  6    Q.   LET'S TALK ABOUT QUALITY CONTROL IF WE COULD.

10:09AM  7         HOW -- IN YOUR EXPERIENCE AT THERANOS AND OTHER LABS, WHAT

10:09AM  8    IS QUALITY CONTROL?

10:09AM  9    A.   QUALITY CONTROL IS A METHOD TO DETERMINE WHETHER YOUR

10:09AM 10    INSTRUMENT IS FUNCTIONING PROPERLY BEFORE YOU START TESTING

10:09AM 11    PATIENT SAMPLES.

10:09AM 12    Q.   AND HOW DOES IT WORK IN A LAB?

10:09AM 13    A.   TYPICALLY THE LABORATORY PURCHASES QUALITY CONTROL

10:09AM 14    MATERIALS.  IT THEN RUNS THESE MATERIALS A NUMBER OF TIMES TO

10:09AM 15    ESTABLISH AN ACCEPTABLE RANGE FOR THEIR INSTRUMENT, AND THEN

10:10AM 16    THAT RANGE -- SO USUALLY THERE ARE THREE LEVELS OF QUALITY

10:10AM 17    CONTROL MATERIAL THAT SPAN THE CLINICAL REFERENCE RAGE.

10:10AM 18         SO A RANGE IS ESTABLISHED FOR EACH LEVEL, AND THEN BEFORE

10:10AM 19    YOU CAN RUN PATIENT SAMPLES YOU HAVE TO RUN THESE QUALITY

10:10AM 20    CONTROL MATERIALS AND MAKE SURE THAT THE RESULTS ARE WITHIN

10:10AM 21    THOSE RANGES THAT THEY'RE IN.

10:10AM 22    Q.   AND IN SIMPLE LANGUAGE, WHAT ARE YOU TRYING TO PROVE OR

10:10AM 23    ESTABLISH WITH QUALITY CONTROL?

10:10AM 24    A.   YOU'RE TRYING TO PROVE THAT THE INSTRUMENT IS RETURNING

10:10AM 25    ACCURATE RESULTS BEFORE RUNNING PATIENT SAMPLES.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1742

10:10AM  1    Q.   IS THAT SOMETHING THAT HAS TO BE DONE JUST ONCE FOR EVERY

10:10AM  2    INSTRUMENT AND THEN IT CAN BE USED FOR DAYS AND WEEKS

10:10AM  3    AFTERWARDS ON PATIENT SAMPLES?

10:10AM  4    A.   IT HAS TO BE DONE FOR EVERY INSTRUMENT AND FOR EVERY ASSAY

10:10AM  5    TYPE OR TEST TYPE.  SOME LABORATORIES WILL DO IT AT THE

10:11AM  6    BEGINNING OF THE DAY, AND SOME LABORATORIES WILL DO IT FOR EACH

10:11AM  7    SHIFT.

10:11AM  8    Q.   HOW FREQUENTLY DID IT HAPPEN AT THERANOS?

10:11AM  9    A.   ONCE A DAY.

10:11AM  10   Q.   WHAT HAPPENED IF A DEVICE FAILED QUALITY CONTROL FOR A

10:11AM  11   CERTAIN ASSAY?

10:11AM  12   A.   THE QUALITY CONTROL WOULD BE REPEATED.  IF IT FAILED

10:11AM  13   AGAIN, THE INSTRUMENT WOULD BE TAKEN OUT OF SERVICE AND

10:11AM  14   RECALIBRATED AND QUALITY CONTROL WOULD BE RUN AGAIN TO

10:11AM  15   DETERMINE IF THAT QUALIFICATION PROCESS WAS SUCCESSFUL.

10:11AM  16   Q.   AS LAB DIRECTOR AT THERANOS, WERE YOU GENERALLY FAMILIAR

10:11AM  17   WITH THE QUALITY CONTROL PERFORMANCE OF THE THERANOS ANALYZERS?

10:11AM  18   A.   YES.

10:11AM  19   Q.   AND WAS THE QUALITY CONTROL PERFORMANCE OF THOSE ANALYZERS

10:11AM  20   A REPEATED TOPIC OF DISCUSSION AT THERANOS?

10:11AM  21   A.   YES.

10:11AM  22   Q.   AND DID THOSE DISCUSSIONS INCLUDE CONVERSATIONS WITH

10:11AM  23   MS. HOLMES ABOUT THAT TOPIC?

10:12AM  24   A.   YES.

10:12AM  25   Q.   I'LL ASK YOU TO LOOK AT EXHIBIT 1214, PLEASE.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1743

10:12AM  1      YOUR HONOR, THE GOVERNMENT WOULD LIKE TO MOVE THIS INTO

10:12AM  2   EVIDENCE.  THIS IS SUBJECT TO STIPULATION.

10:12AM  3          MR. WADE:  THAT'S RIGHT, YOUR HONOR.

10:12AM  4          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:12AM  5      (GOVERNMENT'S EXHIBIT 1214 WAS RECEIVED IN EVIDENCE.)

10:12AM  6          MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START AT THE

10:12AM  7   BOTTOM OF PAGE 2.  AND LET'S JUST CAPTURE THE HEADER

10:12AM  8   INFORMATION AT THE BOTTOM OF PAGE 2.

10:12AM  9   Q.   AND WE'RE ABOUT TO LOOK AT THIS EMAIL, DR. ROSENDORFF, BUT

10:12AM 10   DO YOU SEE IT'S FROM SUNNY BALWANI ON SUNDAY, NOVEMBER 3RD,

10:12AM 11   2013?

10:12AM 12   A.   YES.

10:12AM 13   Q.   AND, MS. HOLLIMAN, LET'S GO TO PAGE 3, PLEASE.

10:13AM 14      AND, DR. ROSENDORFF, DO YOU SEE THAT THAT EMAIL WAS SENT

10:13AM 15   TO EMPLOYEES AT THERANOS AND CC'ING ELIZABETH HOLMES?

10:13AM 16   A.   YES.  IT WAS SENT BY SUNNY BALWANI ON NOVEMBER 3RD, 2013

10:13AM 17   TO A NUMBER OF EMPLOYEES AND CC'D TO ELIZABETH HOLMES.

10:13AM 18   Q.   AND IN HIS EMAIL HE SAYS, "I WOULD LIKE THE 2 ADVIAS ON

10:13AM 19   NORMANDY TO BE 100 PERCENT DEDICATED TO CLIA MICRO SAMPLES

10:13AM 20   STARTING THIS WEEK (OR NEXT WEEKEND AT THE LATEST).  I WOULD

10:13AM 21   LIKE 1 ADVIA SET UP TO PROCESS ONLY OUR FINGERSTICK/MICRO

10:13AM 22   SAMPLES FOR GC AND OTHER SET UP FOR OUR IMMUNOASSAYS."

10:13AM 23      DO YOU SEE THAT?

10:13AM 24   A.   YES.

10:13AM 25   Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHY THIS EXCHANGE WAS

ROSENDORFF DIRECT BY MR. BOSTIC                                    1744

10:13AM   1    BEING REQUESTED AT THIS TIME?

10:13AM   2    A.   SUNNY WAS CONCERNED ABOUT INSTRUMENTATION BEING SEPARATED

10:13AM   3    OUT, THAT INSTRUMENTS WOULD NOT BE SHARED BETWEEN THE CLIA LAB

10:14AM   4    AND RESEARCH AND DEVELOPMENT.

10:14AM   5    Q.   AND LET'S GO TO PAGE 1 OF THIS EXHIBIT.  ONCE WE'RE THERE,

10:14AM   6    LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

10:14AM   7         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM ROSE EDMONDS

10:14AM   8    RESPONDING TO SUNNY ON THIS TOPIC?

10:14AM   9    A.   YES.

10:14AM  10    Q.   AND SHE SAYS, "DEAR SUNNY, I AM SOMEWHAT CONCERNED WITH

10:14AM  11    THE FEASIBILITY OF MAKING THIS CHANGE SO QUICKLY.  TODAY WE

10:14AM  12    WERE GOING TO START AN EXPERIMENT TO TRY TO HELP TROUBLESHOOT

10:14AM  13    THE ISE VARIABILITY."

10:14AM  14         WHAT DOES ISE STAND FOR?

10:14AM  15    A.   ION SELECTIVE ELECTRODE.

10:14AM  16    Q.   AND WHAT DID THAT REFER TO AT THERANOS?

10:14AM  17    A.   THIS IS AN ELECTRODE THAT COMES STANDARD ON THE

10:14AM  18    SIEMENS ADVIA INSTRUMENT THAT MEASURES SODIUM, CHLORIDE, AND

10:15AM  19    POTASSIUM.

10:15AM  20    Q.   AND DO YOU RECALL AN ISSUE WITH VARIABILITY OF THOSE

10:15AM  21    ASSAYS AROUND THIS TIME?

10:15AM  22    A.   YES.

10:15AM  23    Q.   AND IS VARIABILITY IN THESE ASSAYS A GOOD THING OR A BAD

10:15AM  24    THING AT A BLOOD TESTING LAB?

10:15AM  25    A.   BAD.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1745

10:15AM   1     Q.   LET'S ZOOM OUT, MS. HOLLIMAN, AND CAPTURE THE TOP HALF OF

10:15AM   2     THE PAGE, PLEASE.

10:15AM   3         DO YOU SEE AT THE BOTTOM OF THAT BOX A MESSAGE FROM

10:15AM   4     SUNNY BALWANI TO DANIEL YOUNG AND ELIZABETH HOLMES?

10:15AM   5     A.   YES.

10:15AM   6     Q.   IT SAYS THERE, "THE ADVIA/GC SCENARIO CONTINUES TO BE A

10:15AM   7     MESS."

10:15AM   8         DO YOU SEE THAT?

10:15AM   9     A.   YES.

10:15AM  10     Q.   WERE YOU INCLUDED ON ANY -- WELL, LET ME POINT OUT THAT

10:16AM  11     YOU ARE NOT INCLUDED IN THIS EMAIL CHAIN AT THIS POINT; IS THAT

10:16AM  12     CORRECT?

10:16AM  13     A.   CORRECT.

10:16AM  14     Q.   WERE YOU INCLUDED IN ANY FOLLOW-UP CONVERSATIONS INVOLVING

10:16AM  15     MR. BALWANI OR MS. HOLMES ON THIS TOPIC?

10:16AM  16     A.   NO.

10:16AM  17     Q.   LET'S TURN TO EXHIBIT 1342, PLEASE.  AND I'LL ASK YOU TO

10:16AM  18     LOOK AT PAGE 6 OF THIS EXHIBIT ONCE YOU GET THERE.

10:16AM  19         ARE YOU LOOKING AT AN EMAIL FROM YOU TO ERIKA CHEUNG ON

10:16AM  20     JANUARY 15, 2014?

10:16AM  21     A.   YES.

10:16AM  22     Q.   AND CAN YOU TELL US WHAT THE PURPOSE WAS OF THIS EMAIL IN

10:17AM  23     GENERAL TERMS?

10:17AM  24     A.   I'M ASKING ERIKA FOR THE QC RANGES FOR VITAMIN D.  ERIKA

10:17AM  25     SAID THAT THEY DIDN'T GET A QC RANGE ESTABLISHED FOR VITAMIN D.

ROSENDORFF DIRECT BY MR. BOSTIC

| | | |
|---|---|---|
| 10:17AM | 1 | AND I'M ASKING HER FOR THESE QC RANGES AND I AM ASKING HER |
| 10:17AM | 2 | TO PUT THE CURRENT AND PRIOR QC RANGES IN A DEDICATED FOLDER IN |
| 10:17AM | 3 | CLIA. |
| 10:17AM | 4 | Q.   AND WAS THIS THE KIND OF TOPIC THAT WAS DISCUSSED BY EMAIL |
| 10:17AM | 5 | AS PART OF YOUR STANDARD PRACTICE AT THERANOS? |
| 10:17AM | 6 | A.   YES. |
| 10:17AM | 7 | Q.   AND WAS IT PART OF YOUR STANDARD PRACTICE TO USE EMAIL TO |
| 10:17AM | 8 | CONVEY INFORMATION ON THIS TOPIC AND TO PRESERVE INFORMATION SO |
| 10:17AM | 9 | THAT IT COULD BE REFERRED BACK TO LATER? |
| 10:17AM | 10 | A.   YES, DEFINITELY. |
| 10:17AM | 11 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS INTO |
| 10:17AM | 12 | EVIDENCE EXHIBIT 1432. |
| 10:17AM | 13 | MR. WADE:  NO OBJECTION, YOUR HONOR. |
| 10:17AM | 14 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:18AM | 15 | (GOVERNMENT'S EXHIBIT 1432 WAS RECEIVED IN EVIDENCE.) |
| 10:18AM | 16 | MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 5 OF |
| 10:18AM | 17 | THIS EXHIBIT AND ZOOM IN ON THE BOTTOM PORTION. |
| 10:18AM | 18 | Q.   DR. ROSENDORFF, YOU TESTIFIED THAT THIS DISCUSSION WAS |
| 10:18AM | 19 | ABOUT THE VITAMIN D ASSAY; IS THAT CORRECT? |
| 10:18AM | 20 | A.   I'M TRYING TO SEE WHERE -- AH.  YES, THIS IS IN REFERENCE |
| 10:18AM | 21 | TO VITAMIN D, CORRECT. |
| 10:18AM | 22 | Q.   AND IN YOUR MESSAGE ON THE SCREEN YOU SAY, "ERIKA THE CV |
| 10:19AM | 23 | PERCENTAGE AT 18 NANOGRAMS PER MILLILITER IS WAY TOO HIGH AT |
| 10:19AM | 24 | 33 PERCENT." |
| 10:19AM | 25 | DO YOU SEE THAT? |

ROSENDORFF DIRECT BY MR. BOSTIC                              1747

10:19AM  1    A.    YES.

10:19AM  2    Q.    AND WHY DID YOU FEEL THAT WAS WAY TOO HIGH AT THAT TIME?

10:19AM  3    A.    THE CV FOR VITAMIN D SHOULD BE MUCH LOWER THAN THAT.

10:19AM  4    Q.    AND WHY IS A HIGH CV PROBLEMATIC?

10:19AM  5    A.    IT MEANS THAT, FOR INSTANCE, TWO PATIENTS WITH AN

10:19AM  6    IDENTICAL VITAMIN D LEVEL WOULD GET DIFFERENT RESULTS WITH THE

10:19AM  7    SAME TEST, OR THAT THE PATIENT SAMPLE RESULT WOULD NOT BE

10:19AM  8    REPEATABLE FROM ONE TEST TO ANOTHER.

10:19AM  9    Q.    YOU GO ON TO SAY ACCORDING TO OUR VALIDATIONS IT SHOULD BE

10:19AM  10   AROUND 20 PERCENT.

10:19AM  11        COULD YOU EXPLAIN WHAT THAT MEANS BETWEEN THE VALIDATIONS

10:19AM  12   AND WHAT YOU WERE LOOKING AT IN THIS INSTANCE?

10:19AM  13   A.    YEAH.  SO PRECISION OF REPRODUCIBILITY IS REQUIRED BY CLIA

10:20AM  14   AS A VALIDATION, AND IT'S ALSO REQUIRED FOR GOOD LABORATORY

10:20AM  15   PRACTICE.

10:20AM  16        OUR VALIDATIONS HAD INDICATED THAT THE CV'S WERE

10:20AM  17   APPROXIMATELY 20 PERCENT, AND WHAT WE WERE SEEING WITH THE

10:20AM  18   BIORAD QC MATERIAL WAS THAT THE CV'S FOR LEVEL 1 WERE

10:20AM  19   33 PERCENT, AND THIS IS MUCH HIGHER THAN WHAT WAS REPORTED IN

10:20AM  20   THE VALIDATION.

10:20AM  21   Q.    AND DOES THE VALIDATION PROCESS COME BEFORE THE ASSAY

10:20AM  22   MOVES INTO THE CLINICAL LAB AND QC BEGINS?

10:20AM  23   A.    YES.

10:20AM  24   Q.    AND WAS THIS A UNIQUE SITUATION AT THERANOS, SEEING QC

10:20AM  25   PERFORMANCE THAN WAS WORSE THAN AN ASSAY THAT PERFORMED AT THE

ROSENDORFF DIRECT BY MR. BOSTIC                                   1748

10:20AM  1    VALIDATION STAGE?

10:20AM  2    A.   I HAD NOT SEEN IT BEFORE.

10:20AM  3    Q.   AND DID YOU SEE IT AFTER THIS?

10:20AM  4    A.   DO YOU MEAN IN SUBSEQUENT LABORATORIES THAT I'VE WORKED

10:20AM  5    IN?

10:20AM  6    Q.   I MEAN AT THERANOS.  DURING YOUR TIME AT THERANOS, WERE

10:20AM  7    THERE OTHER OCCASIONS WHERE YOU SAW LABS PERFORM WORSE IN THE

10:21AM  8    CLINICAL LAB THAN THEY HAD AT VALIDATION?

10:21AM  9    A.   MOST DEFINITELY.

10:21AM  10   Q.   WAS THAT SOMETHING THAT HAPPENED COMMONLY?

10:21AM  11   A.   YES.

10:21AM  12   Q.   LET'S LOOK AT THE BOTTOM OF PAGE 3, PLEASE.  IF WE CAN

10:21AM  13   CAPTURE THE BOTTOM HALF OF THAT PAGE.

10:21AM  14        DO YOU SEE AN EMAIL FROM SHARADA SIVARAMAN?

10:21AM  15   A.   YES.

10:21AM  16   Q.   AND WHO WAS SHARADA SIVARAMAN AT THERANOS?

10:21AM  17   A.   AFTER THE DEPARTURE OF SUREKHA, SHARADA WAS PUT IN CHARGE

10:21AM  18   OF THE EDISONS.

10:21AM  19   Q.   AND SHARADA SAYS THE CV'S ARE HIGH BETWEEN DEVICES.

10:21AM  20        WHAT DOES THAT MEAN IN THIS CONTEXT?

10:21AM  21   A.   SO THIS WOULD REFER TO INTRO RUN PRECISION, WHERE YOU RUN

10:22AM  22   A SAMPLE ON DIFFERENT DEVICES ON DIFFERENT DAYS, AND SHE'S

10:22AM  23   SAYING THAT THE PRECISION OR THE CV'S ARE HIGH WHEN YOU COMPARE

10:22AM  24   THE RESULTS FROM ONE DEVICE TO ANOTHER.

10:22AM  25   Q.   AND WAS THAT A GOOD THING OR A BAD THING?

ROSENDORFF DIRECT BY MR. BOSTIC                           1749

10:22AM   1      A.   BAD.

10:22AM   2      Q.   AND WHY IS THAT SOMETHING THAT YOU DON'T WANT TO SEE AT A

10:22AM   3      LAB?

10:22AM   4      A.   YOU REALLY WANT TO MAKE SURE THAT REGARDLESS OF WHAT

10:22AM   5      INSTRUMENT YOU PICK TO RUN THE TEST, THAT IT GIVES A SIMILAR

10:22AM   6      RESULT.

10:22AM   7           IF THOSE RESULTS ARE NOT CLOSE TOGETHER, THAT INDICATES A

10:22AM   8      PROBLEM IN THE LABORATORY.

10:22AM   9      Q.   AND SHARADA'S EMAIL GOES ON TO SAY, "SINCE WE ARE ALLOWED

10:22AM  10      TO REMOVE 2 DATA POINTS FROM 6 (1 CARTRIDGE OUT OF 3), I HAVE

10:22AM  11      ATTEMPTED TO DO THAT WITH BOTH THE LEVEL 1 AND 2 DATA AND IT

10:22AM  12      IMPROVES THINGS."

10:22AM  13           DO YOU SEE THAT?

10:22AM  14      A.   YES.

10:22AM  15      Q.   AND ARE YOU FAMILIAR WITH THE PRACTICE THAT THIS WAS

10:22AM  16      REFERRING TO?

10:22AM  17      A.   YES.

10:22AM  18      Q.   WHAT WAS THIS PRACTICE AT THERANOS?

10:23AM  19      A.   SO AT THIS POINT IN TIME TWO EDISON -- I'M SORRY, THREE

10:23AM  20      EDISON MACHINES WOULD BE USED FOR A SINGLE PATIENT TEST AND IT

10:23AM  21      WOULD GENERATE SIX DATA POINTS BECAUSE EACH MACHINE HAD TWO

10:23AM  22      TIPS IN IT, AND THE PROCEDURES ALLOW FOR REMOVAL OF TWO OF

10:23AM  23      THOSE DATA POINTS FROM THE SIX DATA POINTS WHEN EVALUATING QC.

10:23AM  24      Q.   YOU SAID THAT THREE THERANOS DEVICES WERE USED FOR EVERY

10:23AM  25      PATIENT TEST; IS THAT CORRECT?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1750

10:23AM  1    A.   AT THE -- YES, AT THIS TIME, YES.

10:23AM  2    Q.   AND WHAT WAS THE PURPOSE AS YOU UNDERSTOOD IT OF USING

10:23AM  3    THREE THERANOS ANALYZERS TO PERFORM ONE TEST?

10:23AM  4    A.   IT WAS FELT THAT AVERAGING RESULTS OF THE SIX DATA POINTS

10:24AM  5    WOULD GIVE MORE ACCURATE RESULTS.

10:24AM  6    Q.   AND WAS IT ABOUT DECREASING THAT CV NUMBER?

10:24AM  7    A.   SO ON A CLINICAL LEVEL YOU LOOK AT A TEST SYSTEM.  THE

10:24AM  8    TEST SYSTEM WOULD HAVE BEEN THE THREE EDISONS.  YOU COMPARE --

10:24AM  9    YOU EVALUATE THE CV ON THAT TEST SYSTEM VERSUS ANOTHER TEST

10:24AM  10   SYSTEM.

10:24AM  11       THIS CV HAS TO DO WITH WHAT THEY'RE OBSERVING IN TERMS OF

10:24AM  12   WHAT -- THE VALUE THAT EACH TIP IS PUTTING OUT.

10:24AM  13   Q.   LET'S LOOK AT YOUR EMAIL IN RESPONSE TO THIS AT THE TOP OF

10:24AM  14   PAGE 3.

10:24AM  15       YOU SAY THERE, "SHARADA, SINCE 3 DEVICES ARE BEING USED AS

10:24AM  16   ONE TESTING SYSTEM, FOR PURPOSES OF QC WE MUST CONSIDER THEM AS

10:25AM  17   ONE TESTING SYSTEM/DEVICE."

10:25AM  18       IS THIS WHAT YOU WERE JUST REFERRING TO?

10:25AM  19   A.   YES.

10:25AM  20   Q.   AND IN THE PARAGRAPH BELOW THAT YOU ASK, "WHICH 2 DATA

10:25AM  21   POINTS, WHICH (1 OUT OF 3 CARTRIDGES) SHOULD WE REMOVE FROM THE

10:25AM  22   DATA SET FOR QC GOING FORWARD?  IS THERE A PROTOCOL FOR THIS?"

10:25AM  23       DO YOU SEE THAT QUESTION?

10:25AM  24   A.   YES.  YES.

10:25AM  25   Q.   AND LET'S TURN TO PAGE 1, PLEASE, OF THIS EXHIBIT AND SEE

ROSENDORFF DIRECT BY MR. BOSTIC                                 1751

```
10:25AM   1    THE ANSWER.  LET'S ZOOM IN ON THE TEXT OF SHARADA'S EMAIL IN

10:25AM   2    THE MIDDLE OF THE PAGE.

10:25AM   3        DO YOU SEE THE LANGUAGE IN THE SECOND PARAGRAPH WHERE SHE

10:25AM   4    RESPONDS TO YOU TO SAY, "AT THIS TIME OUR OUTLIER REMOVAL

10:25AM   5    PROCEDURE IS MANUAL"?

10:25AM   6    A.   I SEE THAT.

10:25AM   7    Q.   SHE SAYS, "(WE CAN MOVE 2 OUT OF THE 6 DATA POINTS) AND IT

10:25AM   8    ALSO DEPENDS ON THE DATA SET."

10:25AM   9        AM I READING THAT CORRECTLY?

10:25AM  10    A.   YES.

10:25AM  11    Q.   AND SHE SAYS BELOW THAT, "I CHOSE THE CARTRIDGES IN GREEN

10:26AM  12    FOR EXCLUSION SINCE THEY IMPROVED CONC CV'S."

10:26AM  13        WHAT IS CONC CV'S?

10:26AM  14    A.   CONCENTRATION CV'S AS OPPOSED TO RLU CV'S.

10:26AM  15    Q.   AND WHAT WOULD THAT REFER TO AS THE SECOND ONE?

10:26AM  16    A.   THERE'S A PHOTO MAGIC DETECTOR AND INSTRUMENT THAT JUST

10:26AM  17    DETECTS THE LIGHT THAT IS COMING OFF THE TIP DURING THE ANALYTE

10:26AM  18    DETECTION.  SO THAT SIGNAL IS TRANSLATED TO AN ACTUAL

10:26AM  19    CONCENTRATION USING A CALIBRATION CURVE.

10:26AM  20    Q.   DURING YOUR TIME AT THERANOS, DID YOU HAVE AN

10:26AM  21    UNDERSTANDING AS TO HOW THIS MANUAL DATA DELETION ACTUALLY

10:26AM  22    FUNCTIONED IN PROCESS?

10:26AM  23    A.   I WAS CONCERNED WE DIDN'T HAVE A PROTOCOL FOR IT.  I ASKED

10:26AM  24    DANIEL ABOUT IT AND HE SAID IT WAS GOING TO BE PART OF AN

10:27AM  25    ALGORITHM ON THE EDISON 3.5.
```

ROSENDORFF DIRECT BY MR. BOSTIC                          1752

10:27AM   1    Q.   AND BEFORE THAT ALGORITHM WAS TO COME OUT, WERE YOU AWARE

10:27AM   2    OF ANY RULES THAT WERE USED TO SELECT WHICH POINTS TO REMOVE

10:27AM   3    FROM THE DATA SET?

10:27AM   4    A.   NO.

10:27AM   5    Q.   ARE YOU AWARE GENERALLY OF RULES ABOUT THE TREATMENT OF

10:27AM   6    OUTLIERS IN DATA SETS?

10:27AM   7    A.   YES.

10:27AM   8    Q.   BUT TO YOUR KNOWLEDGE, YOU DIDN'T SEE THOSE BEING USED IN

10:27AM   9    THIS PROCESS AT THERANOS?

10:27AM   10   A.   NO.

10:27AM   11   Q.   AT THERANOS YOU WORKED WITH OTHER COMMERCIAL ANALYZERS

10:27AM   12   BESIDES JUST THE EDISONS; CORRECT?

10:27AM   13   A.   I'M SORRY.  YOU SAID COMMERCIAL ANALYZERS BESIDES THE

10:27AM   14   EDISONS?  THE EDISON WASN'T A COMMERCIAL.

10:27AM   15   Q.   GOOD POINT.  THANK YOU.  I MISSPOKE.

10:27AM   16   A.   NO PROBLEM.

10:28AM   17   Q.   AT THERANOS YOU WORKED WITH OTHER BLOOD ANALYZERS BESIDES

10:28AM   18   THE EDISONS?

10:28AM   19   A.   CORRECT.

10:28AM   20   Q.   AND SPECIFICALLY THE COMMERCIAL ANALYZERS?

10:28AM   21   A.   CORRECT.

10:28AM   22   Q.   AND DID YOU ALSO HAVE OCCASION TO WORK WITH SOME

10:28AM   23   COMMERCIAL NON-THERANOS ANALYZERS WHEN YOU WERE AT UNIVERSITY

10:28AM   24   OF PITTSBURGH AT THAT LAB?

10:28AM   25   A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                1753

10:28AM   1    Q.   FROM THAT WORK, DO YOU HAVE AN UNDERSTANDING OF WHETHER

10:28AM   2    THOSE DEVICES USED THE SAME APPROACH, THAT IS, WHETHER THEY RUN

10:28AM   3    THE TEST MULTIPLE TIMES, DISREGARD SOME RESULTS, AND THEN TAKE

10:28AM   4    AN AVERAGE OF THE REMAINDER?

10:28AM   5    A.   NO, THEY DID NOT.

10:28AM   6              MR. WADE:   YOUR HONOR, ARE WE IN 701, 702 LAND HERE?

10:28AM   7              THE COURT:   I DON'T THINK SO.   I DON'T THINK THAT

10:28AM   8    CALLS FOR 702.

10:28AM   9    BY MR. BOSTIC:

10:28AM  10    Q.   DR. ROSENDORFF, YOUR ANSWER TO THAT QUESTION -- THE

10:28AM  11    QUESTION WAS BASED ON YOUR KNOWLEDGE HAVING WORKED WITH THOSE

10:28AM  12    DEVICES, DO THOSE COMMERCIAL DEVICES USE THE SAME APPROACH OF

10:28AM  13    TAKING MULTIPLE DATA POINTS, REMOVING SOME AND THEN AVERAGING

10:28AM  14    THE REST?

10:28AM  15    A.   NO, THEY DO NOT.

10:29AM  16    Q.   GOING BACK TO EXHIBIT 1342 FOR A MOMENT.   LET'S ZOOM IN ON

10:29AM  17    THE TOP MESSAGE ON THAT PAGE.

10:29AM  18         THIS IS THE FINAL EMAIL IN THIS EXHIBIT.

10:29AM  19         YOU WRITE TO SHARADA, "YES, I AGREE WITHIN-INSTRUMENT

10:29AM  20    PRECISION IS GOOD BUT THE BETWEEN INSTRUMENT PRECISION IS NOT."

10:29AM  21         YOU SAY, "THIS MIGHT BE A MANUFACTURING ISSUE."

10:29AM  22         CAN YOU EXPLAIN WHY YOU THOUGHT A MANUFACTURING ISSUE

10:29AM  23    MIGHT HAVE BEEN THE ROOT CAUSE OF THIS?

10:29AM  24    A.   WELL, FIRST OF ALL, THE VALIDATION WAS DONE USING ONE

10:30AM  25    EDISON.   WE WERE NOW USING THREE.

ROSENDORFF DIRECT BY MR. BOSTIC                          1754

10:30AM 1        THE FACT THAT WE WERE USING THREE WOULD REVEAL DIFFERENCES

10:30AM 2    IN INSTRUMENT PERFORMANCE FROM ONE INSTRUMENT TO ANOTHER.  THAT

10:30AM 3    COULD POINT TO A HARDWARE ISSUE OR SOME KIND OF MECHANICAL

10:30AM 4    ISSUE IN THE INSTRUMENTS.

10:30AM 5        ALTERNATIVELY IT COULD POINT TO NONSTANDARDIZATION IN THE

10:30AM 6    ACTUAL REAGENTS, THAT THE REAGENT CARTRIDGES USED ON EACH

10:30AM 7    INSTRUMENT MIGHT BE DIFFERENT AND THAT MIGHT BE A MANUFACTURING

10:30AM 8    PROBLEM IN NOT MAKING SURE THAT THE REAGENTS ARE EQUIVALENT

10:30AM 9    WITH EACH CARTRIDGE.

10:30AM 10   Q.   ARE YOU SAYING THAT THE THREE THERANOS ANALYZERS WORKING

10:30AM 11   ON THE SAME SAMPLE WOULD DISAGREE ON WHAT THE RESULT WAS?

10:30AM 12   A.   YES.

10:30AM 13   Q.   AND YOU SAID THIS MIGHT HAVE BEEN RELATED TO THE

10:30AM 14   MANUFACTURING OF THE REAGENTS; IS THAT CORRECT?

10:30AM 15   A.   YES.

10:30AM 16   Q.   AND WHO MANUFACTURED THE REAGENTS?

10:30AM 17   A.   THERANOS.  OR MANUFACTURING OF THE INSTRUMENTS THEMSELVES.

10:30AM 18   Q.   EITHER THE REAGENTS OR THE DEVICES THEMSELVES?

10:30AM 19   A.   CORRECT.

10:30AM 20   Q.   OKAY.  WE CAN PUT THAT EXHIBIT ASIDE.

10:31AM 21       LET'S MOVE TO EXHIBIT 1525, PLEASE.

10:31AM 22       YOUR HONOR, THE GOVERNMENT MOVES THIS INTO EVIDENCE

10:31AM 23   SUBJECT TO STIPULATION.

10:31AM 24           MR. WADE:  THAT'S RIGHT, YOUR HONOR.

10:31AM 25           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

ROSENDORFF DIRECT BY MR. BOSTIC                               1755

10:31AM   1          (GOVERNMENT'S EXHIBIT 1525 WAS RECEIVED IN EVIDENCE.)

10:31AM   2              MR. BOSTIC:  LET'S START, PLEASE, WITH PAGE 4, AND

10:31AM   3   ZOOM IN ON THE BOTTOM MESSAGE, PLEASE.

10:31AM   4   Q.   DR. ROSENDORFF, DO YOU SEE A MESSAGE FROM ERIKA CHEUNG TO

10:31AM   5   YOU AND OTHERS AT THERANOS ON FEBRUARY 10TH, 2014?

10:31AM   6   A.   YES.

10:31AM   7   Q.   AND THE SUBJECT LINE IS QC FOR TSH FAILED AFTER RERUN.

10:32AM   8        DO YOU SEE THAT?

10:32AM   9   A.   YES.

10:32AM  10   Q.   AND WHAT IS BEING COMMUNICATED IN THIS FIRST EMAIL?

10:32AM  11   A.   THE LEVEL 1 HAD BEEN RUN FOR TSH ONCE AND ERIKA IS SAYING

10:32AM  12   SHE RAN THE LEVEL 1 AGAIN AND IT FAILED AGAIN.

10:32AM  13        SORRY, GO AHEAD.

10:32AM  14   Q.   NO, DON'T LET ME CUT YOU OFF.

10:32AM  15   A.   I CAN ADDRESS THE SECOND PART OF HER EMAIL IF THAT IS

10:32AM  16   NEEDED.

10:32AM  17   Q.   YES, PLEASE, EXPLAIN THE CONTEXT FOR THE SECOND PART.

10:32AM  18   A.   THE REAGENT CARTRIDGES WOULD EITHER BE FILLED MANUALLY OR

10:32AM  19   THEY WOULD BE FILLED IN AUTOMATIC FASHION, AND THAT WAS CALLED

10:32AM  20   CAPSYS.  SO THERE WERE TWO KINDS OF REAGENT CARTRIDGES.

10:32AM  21   Q.   DURING YOUR TIME AT THERANOS, DID YOU SEE ISSUES REGULARLY

10:32AM  22   WHERE ASSAYS ON THE EDISON FAILED QC?

10:32AM  23   A.   YES.

10:32AM  24   Q.   AND WAS IT A RARE OR A COMMON OCCURRENCE?

10:33AM  25   A.   COMMON.

UNITED STATES COURT REPORTERS
**ER-5457**

ROSENDORFF DIRECT BY MR. BOSTIC                                    1756

10:33AM 1    Q.   WAS IT COMMON ENOUGH TO CREATE PROBLEMS IN THE LAB?

10:33AM 2    A.   YES.  BECAUSE OF THE HIGH RATE OF QC FAILURE AND THE NEED

10:33AM 3    FOR FREQUENT RECALIBRATION, IT WOULD RESULT IN BACKLOGS.

10:33AM 4         AND IT ALSO WAS OF CONCERN TO ME REGARDING THE ACCURACY OF

10:33AM 5    THE ACTUAL RESULTS THAT WERE COMING OUT.

10:33AM 6         MR. BOSTIC:  YOUR HONOR, I WOULD LIKE TO PUBLISH

10:33AM 7    EXHIBIT 1633.  I BELIEVE IT'S ALREADY IN EVIDENCE.

10:33AM 8         THE COURT:  ALL RIGHT.  THAT MAY BE PUBLISHED.

10:33AM 9    BY MR. BOSTIC:

10:33AM 10   Q.   LET'S LOOK AT -- FIRST OF ALL, ZOOM IN ON THE BOTTOM OF

10:34AM 11   THE PAGE, PLEASE.

10:34AM 12        DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM LANGLY GEE TO

10:34AM 13   MARK PANDORI, YOU, AND OTHERS AT THERANOS?

10:34AM 14   A.   YES.

10:34AM 15   Q.   AND HE SAYS, "THE OTHER DAY YOU ASKED FOR A NUMBER OF

10:34AM 16   FAILED QC ELISA RUNS.  FOR MARCH, 26 PERCENT RUNS FAILED."

10:34AM 17        DO YOU SEE THAT?

10:34AM 18   A.   YES.

10:34AM 19   Q.   AND LET'S GO TO PAGE 2 OF THIS EXHIBIT, PLEASE.  AND LET'S

10:34AM 20   ZOOM IN ON THAT TABLE.

10:34AM 21        DR. ROSENDORFF, WHAT IS BEING DEPICTED IN THE TABLE ON

10:34AM 22   EXHIBIT 1633?

10:34AM 23   A.   SO WHAT IS BEING SHOWN IN THE LEFT COLUMN IS THE ASSAY.

10:34AM 24   EACH ASSAY IS -- QC IS RUN USING THREE LEVEL -- I'M SORRY, TWO

10:34AM 25   LEVELS, A LOW LEVEL AND A HIGH LEVEL.  THAT'S IN COLUMNS 2 AND

ROSENDORFF DIRECT BY MR. BOSTIC

10:34AM   1    3.

10:34AM   2         SO THE NUMBER OF LOW LEVEL QC'S RUN IS SHOWN AND THE

10:35AM   3    NUMBER OF HIGH LEVEL QC'S IS SHOWN FOR EACH ANALYTE, THE TOTAL

10:35AM   4    NUMBER OF RUNS, AND THEN THE FAR RIGHT COLUMN IS THE PERCENTAGE

10:35AM   5    OF QC FAILURES AS A PERCENTAGE OF THE TOTAL RUNS.

10:35AM   6    Q.   AS LAB DIRECTOR OF THERANOS, DID YOU GENERALLY HAVE A

10:35AM   7    SENSE OF HOW THE EDISONS WERE PERFORMING IN QC?

10:35AM   8    A.   YES.

10:35AM   9    Q.   THE DATA THAT WE'RE LOOKING AT AND THESE SPECIFIC FAILURE

10:35AM   10   RATES, ARE THESE TYPICAL FAILURE RATES BASED ON YOUR EXPERIENCE

10:35AM   11   WITH THE EDISON AT THERANOS?

10:35AM   12   A.   YES.

10:35AM   13   Q.   AND SO, IN OTHER WORDS, MARCH WAS NOT AN ESPECIALLY BAD

10:35AM   14   MONTH.  THIS IS WHAT YOU WOULD SEE REGULARLY?

10:35AM   15   A.   YES.

10:35AM   16   Q.   LOOKING AT THESE ACTUAL FAILURE RATES, WAS THIS VIEWED AS

10:35AM   17   ACCEPTABLE PERFORMANCE OR BAD PERFORMANCE AT THERANOS AT THE

10:36AM   18   TIME?

10:36AM   19   A.   CAN YOU CLARIFY?  BY WHOM?

10:36AM   20   Q.   LET'S START WITH YOU.  WHEN YOU WERE LAB DIRECTOR, DID YOU

10:36AM   21   VIEW THIS PERFORMANCE AS ACCEPTABLE?

10:36AM   22   A.   NO, IT WAS NOT ACCEPTABLE.

10:36AM   23   Q.   OKAY.  CAN YOU EXPLAIN WHY?

10:36AM   24   A.   THE QC FAILURE RATE SHOULD BE MUCH LOWER.

10:36AM   25   Q.   AND WHY --

ROSENDORFF DIRECT BY MR. BOSTIC                                    1758

10:36AM   1    A.   I WOULD SAY WITH THE EXCEPTION OF TSH, THAT'S A --

10:36AM   2    Q.   AND WHY AS LAB DIRECTOR WOULD YOU WANT TO SEE LOWER QC

10:36AM   3    FAILURE RATES?

10:36AM   4    A.   WELL, THERE'S A PRACTICAL CONSIDERATION OF BEING ABLE TO

10:36AM   5    RUN THE ASSAY AND NOT HAVE TO RECALIBRATE, AND THEN THERE'S THE

10:36AM   6    CONCERN THAT HIGH QC FAILURE RATES WOULD INDICATE A PROBLEM

10:36AM   7    WITH THE ACCURACY OF THE TEST ITSELF.

10:36AM   8    Q.   YOU TESTIFIED EARLIER THAT WHEN A DEVICE FAILED QC FOR A

10:37AM   9    CERTAIN ASSAY, IT WOULDN'T BE USED AGAIN UNTIL THE PROBLEM WAS

10:37AM   10   SOLVED; IS THAT CORRECT?

10:37AM   11   A.   CORRECT.

10:37AM   12   Q.   WHY DIDN'T THAT ADDRESS YOUR CONCERNS ABOUT THE ACCURACY

10:37AM   13   OF THE ASSAYS?  WOULDN'T THAT SAFEGUARD BE ENOUGH TO PREVENT

10:37AM   14   INACCURATE RESULTS GOING OUT THE DOOR?

10:37AM   15   A.   WE WERE FOLLOWING STANDARD LABORATORY PRACTICE IN THE

10:37AM   16   SENSE THAT WE WOULD NOT REPORT PATIENT RESULTS UNTIL THE QC HAD

10:37AM   17   FAILED.

10:37AM   18       HOWEVER, BECAUSE THE QC WAS FAILING SO FREQUENTLY, IT, IT

10:37AM   19   RAISED DOUBTS IN MY MIND REGARDING THE ACCURACY OF THE TESTS

10:37AM   20   THEMSELVES.

10:37AM   21       IN OTHER WORDS, FROM -- BETWEEN QC RUNS YOU COULD STILL

10:37AM   22   HAVE AN INACCURATE RESULT.  QC ALONE WOULD NOT BE -- PARTIAL QC

10:37AM   23   ALONE WOULD NOT BE SUFFICIENT TO INDICATE AN INACCURATE TEST.

10:37AM   24   Q.   I SEE.  BECAUSE YOU COULD STILL HAVE CONCERNS ABOUT THE

10:37AM   25   PATIENT RESULTS THAT WERE GOING OUT IN BETWEEN THE QC CHECKS?

ROSENDORFF DIRECT BY MR. BOSTIC                              1759

10:37AM  1    A.   CORRECT.

10:37AM  2    Q.   FROM YOUR WORK AT THERANOS WITH NON-THERANOS ANALYZERS AND

10:38AM  3    FROM YOUR TIME AT OTHER LABS, DID YOU HAVE A SENSE OF HOW

10:38AM  4    NON-THERANOS ASSAYS PERFORMED IN QC?

10:38AM  5    A.   YES.

10:38AM  6    Q.   AND HOW DID THE THERANOS ASSAY PERFORMANCE COMPARE TO THE

10:38AM  7    NON-THERANOS ASSAY PERFORMANCE WHEN IT CAME TO QC?

10:38AM  8    A.   SO IN GENERAL IMMUNOASSAY, QC ARE HIGHER THAN GENERAL

10:38AM  9    CHEMISTRY RATES.  HOWEVER, THE IMMUNOASSAY QC FAILURE RATES

10:38AM  10   SHOULD BE SINGLE DIGITS.

10:38AM  11   Q.   AND DID YOU, IN FACT, SEE THAT KIND OF SUPERIOR

10:38AM  12   PERFORMANCE FROM NON-THERANOS ANALYZERS?

10:38AM  13   A.   YES.

10:38AM  14   Q.   LET'S LOOK AT EXHIBIT 1772, PLEASE.

10:39AM  15        YOUR HONOR, THE GOVERNMENT OFFERS THIS INTO EVIDENCE.  IT

10:39AM  16   HAS BEEN STIPULATED TO.

10:39AM  17        MR. WADE:  THAT'S CORRECT, YOUR HONOR.

10:39AM  18        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:39AM  19   (GOVERNMENT'S EXHIBIT 1772 WAS RECEIVED IN EVIDENCE.)

10:39AM  20        MR. BOSTIC:  LET'S START AT PAGE 3 OF THIS EXHIBIT,

10:39AM  21   PLEASE, MS. HOLLIMAN.  IF WE CAN ZOOM IN ON THE MIDDLE OF THE

10:39AM  22   PAGE.

10:39AM  23   Q.   THERE'S AN EMAIL FROM ROMINA RIENER TO YOU.

10:39AM  24        DO YOU SEE THE CONTENT IN FRONT OF YOU.

10:39AM  25   A.   CAN YOU REPEAT THE EXHIBIT NUMBER?  IS THAT 1772?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1760

10:39AM  1    Q.   1772, AND WE'RE ON PAGE 3.

10:39AM  2    A.   OKAY.

10:39AM  3    Q.   DO YOU SEE THE CONTENT OF AN EMAIL TO YOU ON JUNE 11TH,

10:39AM  4    2014?

10:39AM  5    A.   YES.

10:39AM  6    Q.   AND WHAT IS BEING CONVEYED HERE?

10:40AM  7    A.   ON THE LEFT COLUMN ARE THE IMMUNOASSAYS BEING RUN AT THIS

10:40AM  8    TIME ON THE EDISON; AND THE NEXT COLUMN IS THE NUMBER OF EDISON

10:40AM  9    READERS DEDICATED TO EACH ASSAY, IN OTHER WORDS, ONE READER,

10:40AM  10   ONE ASSAY; THE NEXT COLUMN INDICATES HOW MANY OF THESE READERS

10:40AM  11   PASS BOTH QC LEVELS; AND THE LAST COLUMN ARE NOTES.

10:40AM  12   Q.   IN ORDER TO BE USED FOR PATIENT TESTING, DID EACH OF THESE

10:40AM  13   MACHINES HAVE TO PASS BOTH QC LEVELS?

10:40AM  14   A.   YES.

10:40AM  15   Q.   SO, FOR EXAMPLE, IF WE LOOK AT THE ROW FOR T PSA, DO YOU

10:40AM  16   SEE THAT?

10:40AM  17   A.   YES.

10:40AM  18   Q.   AND WHAT IS THE T PSA?

10:40AM  19   A.   TOTAL PROSTATE SPECIFIC ANTIGEN.

10:40AM  20   Q.   AND HOW IS THAT USED MEDICALLY?

10:40AM  21   A.   A HIGH LEVEL CAN INDICATE CANCER.

10:41AM  22   Q.   FOR T PSA THERE WAS A TOTAL NUMBER OF THREE READERS

10:41AM  23   ADDRESSED IN THIS CHART; IS THAT CORRECT?

10:41AM  24   A.   CORRECT.

10:41AM  25   Q.   AND ARE THESE EDISONS WE'RE TALKING ABOUT?

ROSENDORFF DIRECT BY MR. BOSTIC                                          1761

10:41AM   1      A.   YES.

10:41AM   2      Q.   AND HOW MANY OF THOSE THREE PASS THE BOTH QC LEVELS AT

10:41AM   3    THAT TIME?

10:41AM   4      A.   ONE.

10:41AM   5      Q.   ONE OUT OF THREE?

10:41AM   6      A.   CORRECT.

10:41AM   7      Q.   I'LL DRAW YOUR ATTENTION TO VITAMIN D DOWN AT THE BOTTOM

10:41AM   8    OF THE TABLE.

10:41AM   9      A.   YES.

10:41AM  10      Q.   HOW WAS THE VITAMIN D TEST USED IN PRACTICE?

10:41AM  11      A.   VITAMIN D IS A NECESSARY VITAMIN FOR GENERAL HEALTH.

10:41AM  12      Q.   GO AHEAD.

10:41AM  13      A.   IT'S IMPORTANT FOR BONE HEALTH IN PARTICULAR.

10:41AM  14      Q.   AND HOW MANY READERS WERE BEING ADDRESSED IN THIS TABLE

10:41AM  15    THAT COULD BE PERFORMED VITAMIN D?

10:41AM  16      A.   FOUR.

10:41AM  17      Q.   AND OUT OF THE FOUR, HOW MANY PASSED QC LEVELS AND COULD

10:42AM  18    ACTUALLY BE USED FOR PATIENT TESTS?

10:42AM  19      A.   ZERO.

10:42AM  20      Q.   LET'S MOVE FORWARD TO THE FIRST PAGE OF THIS EXHIBIT.

10:42AM  21    LET'S ZOOM IN ON THE MIDDLE MESSAGE, PLEASE.

10:42AM  22          IS THIS AN EMAIL FROM YOU TO SUNNY BALWANI ON JUNE 11TH,

10:42AM  23    2014?

10:42AM  24      A.   CORRECT.

10:42AM  25      Q.   THE TITLE OR THE SUBJECT OF THIS EMAIL IS EDISON BACKLOGS;

ROSENDORFF DIRECT BY MR. BOSTIC                                    1762

10:42AM  1     IS THAT RIGHT?

10:42AM  2     A.    CORRECT.

10:42AM  3     Q.    AND UNDER IMPORTANCE IT SAYS HIGH.  WHAT DOES THAT MEAN?

10:42AM  4     A.    I'M INDICATING THE HIGH IMPORTANCE OF THIS EMAIL.

10:42AM  5     Q.    WHAT WAS THE PURPOSE OF SENDING THIS EMAIL TO

10:42AM  6     SUNNY BALWANI?  WHAT WERE YOU TRYING TO COMMUNICATE?

10:42AM  7     A.    SUNNY HAD INSTRUCTED THE CLIA LABORATORY TO ALIQUOT BLOOD

10:43AM  8     FROM VACUTAINERS INTO CTN'S AND TO RUN THEM ON THE EDISONS.

10:43AM  9     THIS WAS RESULTING IN A LARGER NUMBER OF EDISON TESTS THAN

10:43AM  10    WOULD HAVE OCCURRED IF THOSE -- THAT BLOOD WAS RUN ON THE

10:43AM  11    PREDICATE INSTRUMENTS.

10:43AM  12         I'M INDICATING TO HIM THAT THERE'S A BACKLOG OF 23 PENDING

10:43AM  13    TESTS, 9 OF THEM WERE DUE TO THIS ALIQUOTING PROCEDURE THAT I

10:43AM  14    JUST DESCRIBED.

10:43AM  15         I'M SAYING THAT THE TESTS -- THAT THE TESTING WOULD LIKELY

10:43AM  16    END AT 11:00 P.M.

10:43AM  17         AND I'M SUGGESTING TO HIM TO SUSPEND THIS PRACTICE OF

10:44AM  18    ALIQUOTING FROM THE VACUTAINERS INTO THE CTN.

10:44AM  19    Q.    AND JUST BRIEFLY, WHAT IS THE CTN?

10:44AM  20    A.    CAPILLARY TUBE AND NANOTAINER.  IT IS THE PROPRIETARY

10:44AM  21    THERANOS DEVICE THAT --

10:44AM  22    Q.    AND BY BACKLOG OF EDISON TESTS, DOES THAT MEAN THAT THERE

10:44AM  23    WERE DELAYS IN THE LAB?

10:44AM  24    A.    CORRECT.

10:44AM  25    Q.    AND WERE THESE DELAYS EXACERBATED BY THE FACT THAT SOME

ROSENDORFF DIRECT BY MR. BOSTIC                                    1763

| | | |
|---|---|---|
| 10:44AM | 1 | EDISON ANALYZERS COULDN'T BE USED BECAUSE THEY FAILED QC? |
| 10:44AM | 2 | A.   THAT WAS THE REASON. |
| 10:44AM | 3 | Q.   WAS THAT A COMMON OCCURRENCE IN THE LAB THAT SO MANY |
| 10:44AM | 4 | EDISONS WOULD FAIL QC THAT DELAYS WOULD RESULT BECAUSE NOT |
| 10:44AM | 5 | ENOUGH MACHINES WOULD BE AVAILABLE? |
| 10:44AM | 6 | A.   CORRECT. |
| 10:44AM | 7 | Q.   LET'S LOOK AT THE TOP MESSAGE IN THIS CHAIN, PLEASE, |
| 10:44AM | 8 | MS. HOLLIMAN. |
| 10:45AM | 9 | DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM SUNNY BALWANI TO |
| 10:45AM | 10 | MS. HOLMES AND OTHERS ON JUNE 12TH, 2014? |
| 10:45AM | 11 | A.   YES. |
| 10:45AM | 12 | Q.   AND DO YOU SEE THE IMPORTANCE IS MARKED HIGH IN THIS EMAIL |
| 10:45AM | 13 | AS WELL? |
| 10:45AM | 14 | A.   YES. |
| 10:45AM | 15 | Q.   AND DO YOU SEE HE SAYS IN THE FIRST LINE, "WE NEED THIS |
| 10:45AM | 16 | MESS RESOLVED ASAP? |
| 10:45AM | 17 | A.   YES. |
| 10:45AM | 18 | MR. BOSTIC:  AND, YOUR HONOR, WAS THE COURT THINKING |
| 10:45AM | 19 | OF A BREAK AROUND THIS TIME? |
| 10:45AM | 20 | THE COURT:  I WAS.  ARE YOU FINISHED WITH THIS |
| 10:45AM | 21 | EXHIBIT? |
| 10:45AM | 22 | MR. BOSTIC:  THIS MAY BE A GOOD STOPPING POINT, |
| 10:45AM | 23 | YOUR HONOR. |
| 10:45AM | 24 | THE COURT:  ALL RIGHT.  LET'S TAKE OUR MORNING |
| 10:45AM | 25 | BREAK, LADIES AND GENTLEMEN OF THE JURY, 30 MINUTES, PLEASE. |

ROSENDORFF DIRECT BY MR. BOSTIC                                    1764

10:45AM   1          SIR, YOU CAN STEP DOWN AND WE'LL COME BACK.

10:45AM   2          (JURY OUT AT 10:45 A.M.)

11:21AM   3          (RECESS FROM 10:45 A.M. UNTIL 11:21 A.M.)

11:21AM   4              THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD IN

11:21AM   5     UNITED STATES VERSUS HOLMES.  ALL PARTIES PREVIOUSLY PRESENT

11:21AM   6     ARE PRESENT ONCE AGAIN.

11:21AM   7          BEFORE YOU BEGIN YOUR EXAMINATION, I APOLOGIZE, BUT I NEED

11:21AM   8     TO MAKE A COMMENT HERE THAT IT'S BEEN BROUGHT TO MY ATTENTION

11:21AM   9     THAT, LADIES AND GENTLEMEN, WE HAVE PERMITTED AND WE WILL

11:21AM   10    PERMIT LAPTOPS AND OTHER TYPES OF DEVICES IN THE AUDIENCE IN

11:21AM   11    THE GALLERY, BUT ANY KEYBOARD MUST BE A SILENT KEYBOARD.  ONLY

11:21AM   12    SILENT KEYBOARDS ARE PERMITTED DURING THIS PROCESS.

11:21AM   13         IF YOU DO NOT HAVE A SILENT KEYBOARD ON YOUR DEVICE, YOU

11:21AM   14    MUST CLOSE YOUR CLAMSHELL, TURN THAT OFF, AND NOT USE IT.

11:21AM   15         IF YOU HAVE QUESTIONS ABOUT WHETHER YOUR DEVICE IS A

11:21AM   16    SILENT KEYBOARD OR NOT, PLEASE RAISE YOUR HAND AND I WILL

11:21AM   17    SUMMON A UNITED STATES MARSHAL WHO CAN HELP YOU TO DETERMINE

11:21AM   18    WHAT TYPE OF DEVICE YOU HAVE.

11:22AM   19         (LAUGHTER.)

11:22AM   20             THE COURT:  PLEASE CLOSE YOUR CLAMSHELLS.  SILENT

11:22AM   21    KEYBOARDS ONLY.

11:22AM   22         PARDON ME, MR. BOSTIC.  YOU MAY CONTINUE WITH YOUR

11:22AM   23    EXAMINATION.

11:22AM   24             MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:22AM   25    Q.   WELCOME BACK, DR. ROSENDORFF.

ROSENDORFF DIRECT BY MR. BOSTIC                            1765

11:22AM   1    A.   THANK YOU.

11:22AM   2    Q.   YOU CAN REMOVE YOUR MASK IF YOU'RE COMFORTABLE DOING SO.

11:22AM   3         MS. HOLLIMAN, IF WE CAN PUT BACK EXHIBIT 1772 ON THE

11:22AM   4    SCREEN.  I BELIEVE THIS WAS ADMITTED INTO EVIDENCE.  AND IF WE

11:22AM   5    COULD ZOOM IN ON THE TOP MESSAGE, PLEASE.

11:22AM   6         DR. ROSENDORFF, DO YOU RECALL OUR DISCUSSION A MOMENT AGO

11:22AM   7    ABOUT THIS EMAIL IN JUNE OF 2014 RELATING TO THE EDISON

11:22AM   8    BACKLOG?

11:22AM   9    A.   YES.

11:22AM  10    Q.   AND OUR PREVIOUS DISCUSSION ABOUT QUALITY CONTROL FAILURES

11:22AM  11    AT THERANOS?

11:22AM  12    A.   YES.

11:22AM  13    Q.   AROUND THIS TIME, IN THE MIDDLE OF 2014, WERE YOU PART OF

11:23AM  14    ANY DISCUSSIONS THAT INCLUDED MS. HOLMES ABOUT THE QUALITY

11:23AM  15    CONTROL FAILURES AT THERANOS?

11:23AM  16    A.   YES, I WAS -- I DISCUSSED IT WITH HER.  THERE WAS A

11:23AM  17    MEETING WITH A NUMBER OF STAKEHOLDERS TO TALK ABOUT THE RULES

11:23AM  18    THAT WE WERE GOING TO APPLY TO MONITOR QC PERFORMANCE OVER

11:23AM  19    TIME.  THEY'RE CALLED WESTGARD RULES.

11:23AM  20         THIS DISCUSSION ALSO INCLUDED THE DISCUSSION OF THE HIGH

11:23AM  21    FAILURE RATE OF THE EDISONS.

11:23AM  22    Q.   AND HOW DID THIS MEETING COME TO BE, IF YOU REMEMBER?

11:23AM  23    A.   I THINK THAT I ASKED THAT A MEETING BE CONVENED.  I DON'T

11:23AM  24    RECOLLECT 100 PERCENT, YEAH.

11:23AM  25    Q.   AND DO YOU RECALL WHO WAS PRESENT AT THAT MEETING?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1766

11:23AM  1    A.    MEMBERS OF THE CLIA LAB, HODA ALAMDAR, DANIEL YOUNG,

11:23AM  2    MYSELF, ELIZABETH.

11:23AM  3          SUNNY WAS NOT PRESENT.

11:23AM  4    Q.    YOU MENTIONED EARLIER THAT YOU REPORTED TO SUNNY BALWANI

11:24AM  5    OFFICIALLY; IS THAT CORRECT?

11:24AM  6    A.    CORRECT.

11:24AM  7    Q.    WHAT WAS YOUR UNDERSTANDING AS TO WHY MS. HOLMES WAS

11:24AM  8    PRESENT AT THIS MEETING AND MR. BALWANI WAS NOT, IF YOU DID

11:24AM  9    HAVE AN UNDERSTANDING?

11:24AM 10    A.    I DID NOT KNOW.  I WAS NOT PRIVY TO HOW THEY DIVIDED THEIR

11:24AM 11    DUTIES.

11:24AM 12    Q.    YOU SAID THAT THAT MEETING INCLUDED A DISCUSSION OF QC

11:24AM 13    PERFORMANCE; IS THAT RIGHT?

11:24AM 14    A.    YES.

11:24AM 15    Q.    AND WHAT WAS DISCUSSED IN TERMS OF QC PERFORMANCE IF YOU

11:24AM 16    REMEMBER?

11:24AM 17    A.    IT WAS, IT WAS BROUGHT UP AS A PROBLEM.  THERE WAS NO

11:24AM 18    RESOLUTION OF IT AT THAT MEETING.  THE REMAINDER OF THE MEETING

11:24AM 19    WAS DISCUSSING HOW TO MONITOR QC PERFORMANCE OVER TIME.

11:24AM 20          AND I WOULD JUST ADD TO THAT, WHAT KIND OF ALERTS WOULD

11:25AM 21    HAPPEN ON A -- WOULD NEED TO HAPPEN ON A DAILY BASIS TO ALERT

11:25AM 22    ONE TO A QC PROBLEM.

11:25AM 23    Q.    AND LET'S LOOK NOW AT EXHIBIT 2188, PLEASE, IN YOUR

11:25AM 24    BINDER.

11:25AM 25          DO YOU SEE THAT EXHIBIT IN FRONT OF YOU?

ROSENDORFF DIRECT BY MR. BOSTIC                    1767

11:25AM   1    A.   YES.

11:25AM   2    Q.   AND IS THIS AN EMAIL CHAIN THAT INCLUDES MESSAGES BETWEEN

11:25AM   3    YOURSELF, MS. HOLMES, AND SUNNY BALWANI?

11:25AM   4    A.   2188, SIR?

11:25AM   5    Q.   2188?

11:25AM   6    A.   I SEE THE FIRST EMAIL IS FROM SUNNY TO MYSELF, THE NEXT

11:26AM   7    EMAIL IS FROM MYSELF TO SUNNY, AND THE THIRD EMAIL IS FROM

11:26AM   8    SUNNY TO MYSELF -- OH, AND THE NEXT EMAIL IS FROM ME TO SUNNY

11:26AM   9    AND ELIZABETH, THE NEXT EMAIL IS FROM ME TO SUNNY AND

11:26AM   10   ELIZABETH.

11:26AM   11            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

11:26AM   12   EXHIBIT 2188 INTO EVIDENCE.

11:26AM   13            MR. WADE:  NO OBJECTION, YOUR HONOR.

11:26AM   14            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:26AM   15        (GOVERNMENT'S EXHIBIT 2188 WAS RECEIVED IN EVIDENCE.)

11:26AM   16            MR. BOSTIC:  IF WE CAN START ON PAGE 2, PLEASE, AND

11:26AM   17   ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

11:26AM   18   Q.   DR. ROSENDORFF, ARE YOU LOOKING AT AN EMAIL THAT YOU SENT

11:26AM   19   TO ELIZABETH HOLMES AND SUNNY BALWANI ON NOVEMBER 3RD, 2014?

11:26AM   20   A.   CORRECT.

11:26AM   21   Q.   OKAY.  DO YOU RECALL SENDING THIS EMAIL ON THE GENERAL

11:26AM   22   TOPIC?

11:26AM   23   A.   YES.

11:26AM   24   Q.   AND WHAT WAS THIS EMAIL ABOUT?

11:27AM   25   A.   THIS WAS ABOUT ME DIRECTING THE LABORATORY TO SHOW

ROSENDORFF DIRECT BY MR. BOSTIC                                          1768

11:27AM   1    REFERENCE RANGES IN THE LABORATORY REPORT THAT ARE SPECIFIC TO

11:27AM   2    THE SAMPLE TYPE THAT WOULD BE EITHER THE VENOUS DRAW OR A

11:27AM   3    FINGERSTICK DRAW, AND THE METHOD EMPLOYED, EITHER A PREDICATE

11:27AM   4    METHOD OR A THERANOS METHOD.

11:27AM   5         AND IN LINE ITEMS 1 THROUGH 3 I LIST THE DIFFERENT SAMPLE

11:27AM   6    TYPES AND THE DIFFERENT TESTS.

11:27AM   7    Q.   AND IN THE CONTEXT OF LABORATORY TESTING AT THERANOS, WHAT

11:27AM   8    WAS A REFERENCE RANGE?

11:27AM   9    A.   A REFERENCE -- DO YOU WANT ME TO DEFINE WHAT A REFERENCE

11:27AM  10    RANGE IS?

11:27AM  11    Q.   YES.  WHAT DOES REFERENCE RANGE MEAN IN THIS EMAIL?

11:27AM  12    A.   AH.  REFERENCE RANGE IS THE RANGE OF VALUES IN A NORMAL

11:27AM  13    POPULATION.  IF YOU'RE ABOVE OR BELOW THE REFERENCE RANGE, THAT

11:28AM  14    INDICATES AN ABNORMAL RESULT.

11:28AM  15    Q.   AND WHAT WERE YOU SUGGESTING IN TERMS OF REFERENCE RANGES

11:28AM  16    AT THERANOS IN THIS EMAIL?

11:28AM  17    A.   I WAS SUGGESTING DIFFERENT REFERENCE RANGES THAT WOULD BE

11:28AM  18    SPECIFIC TO THE SAMPLE TYPE AND TO THE METHOD BEING USED.

11:28AM  19    Q.   WHY DID YOU MAKE THAT SUGGESTION AT THIS TIME IN

11:28AM  20    NOVEMBER 2014?

11:28AM  21    A.   BASED ON MY READING AND CLOSE EXAMINATION OF THE DATA THAT

11:28AM  22    WAS COMING OUT OF THE LAB, I DETERMINED THAT NORMAL VALUES WERE

11:28AM  23    LIKELY TO BE DIFFERENT BETWEEN CAPILLARY AND VENOUS BLOOD, AND

11:28AM  24    ALSO THE COLLECTION METHOD WAS IMPACTING THE REFERENCE RANGE,

11:28AM  25    SO BLOOD THAT WAS COLLECTED BY FINGERSTICK WOULD HAVE A

ROSENDORFF DIRECT BY MR. BOSTIC                    1769

11:28AM   1    DIFFERENT REFERENCE RANGE FROM BLOOD COLLECTED FOR A

11:28AM   2    VACUTAINER.

11:29AM   3    Q.   YOU SENT THIS REQUEST ONLY TO ELIZABETH HOLMES AND

11:29AM   4    SUNNY BALWANI; IS THAT CORRECT?

11:29AM   5    A.   CORRECT.

11:29AM   6    Q.   WHY DID YOU DECIDE TO SEND IT TO THOSE TWO INDIVIDUALS?

11:29AM   7    A.   I HAD ALREADY DISCUSSED IT WITH DANIEL YOUNG AND HIS

11:29AM   8    OPINION WAS THAT WE SHOULD HAVE ONE REFERENCE RANGE FOR VENOUS

11:29AM   9    BLOOD AND CAPILLARY BLOOD.

11:29AM   10   Q.   SO IN ESSENCE WERE YOU GOING OVER HIS HEAD HERE?

11:29AM   11   A.   I WAS ESCALATING IT.

11:29AM   12   Q.   WHAT REACTION DID YOU GET FROM MR. BALWANI AND MS. HOLMES

11:29AM   13   WHEN IT CAME TO THE SUGGESTION?

11:29AM   14   A.   I REMEMBER TALKING TO ELIZABETH ABOUT IT.  SHE DID NOT

11:29AM   15   HAVE A CLEAR POSITION ON IT.

11:29AM   16        I DON'T RECALL -- SO IN TERMS OF PRACTICE NUMBER 2, WHEN I

11:29AM   17   SAY WE SHOULD DISCONTINUE THIS PRACTICE OF ALIQUOTING VENOUS

11:29AM   18   BLOOD INTO NANOTAINERS OR USING VENOUS BLOOD ON THE THERANOS

11:30AM   19   TESTS, HE WAS STRONGLY OPPOSED TO THAT.

11:30AM   20   Q.   I'LL DIRECT YOU TO PAGE 1 OF THE EXHIBIT, PLEASE.

11:30AM   21        MS. HOLLIMAN, IF WE CAN ZOOM IN ON THE TOP HALF OF THAT

11:30AM   22   PAGE.

11:30AM   23        DR. ROSENDORFF, DO YOU SEE AT THE BOTTOM OF THAT BOX AN

11:30AM   24   EMAIL FROM YOU TO MR. BALWANI ON NOVEMBER 4TH?

11:30AM   25   A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1770

11:30AM  1      Q.   AND YOU SAY, "FINALLY (AND THERE IS OBJECTIVE DATA ON

11:30AM  2      THIS), THE RATE OF QC FAILURE IS LOWER ON PREDICATE DEVICES

11:30AM  3      THAN IT IS ON EDISONS."

11:30AM  4           DO YOU SEE THAT?

11:30AM  5      A.   YES.

11:30AM  6      Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS, WHAT YOU'RE CONVEYING

11:30AM  7      TO SUNNY?

11:30AM  8      A.   THIS IS IN CONNECTION WITH MY CONCERN ABOUT THE HIGH RATE

11:30AM  9      OF QC FAILURE ON THE THERANOS DEVICES, AND I'M TELLING HIM THAT

11:30AM  10     THE QC FAILURE RATE IS LOWER ON THE FDA APPROVED PREDICATE

11:31AM  11     DEVICES THAN IT IS ON THE EDISONS.

11:31AM  12     Q.   BY "PREDICATE DEVICES," DO YOU MEAN THE NON-THERANOS

11:31AM  13     MANUFACTURED DEVICES?

11:31AM  14     A.   CORRECT.

11:31AM  15     Q.   WHEN YOU SAY "PREDICATE DEVICES," IS THAT SYNONYMOUS WITH

11:31AM  16     FDA APPROVED DEVICES?

11:31AM  17     A.   CORRECT.

11:31AM  18     Q.   AND IS THIS WHAT WE WERE DISCUSSING A MOMENT AGO, YOUR

11:31AM  19     COMPARISON OF THE QC FAILURE RATES FOR THE EDISONS COMPARED TO

11:31AM  20     THE NON-THERANOS DEVICES?

11:31AM  21     A.   YES.

11:31AM  22     Q.   AND THE REST OF YOUR EMAIL SAYS, "AS IS THE THROUGHPUT OF

11:31AM  23     PREDICATE DEVICES."

11:31AM  24           WHAT DID YOU MEAN BY THAT?

11:31AM  25     A.   WHAT I INTENDED TO SAY WAS THAT THE THROUGHPUT, OR HOW

ROSENDORFF DIRECT BY MR. BOSTIC                                    1771

11:31AM   1    MANY SAMPLES YOU CAN RUN IN A GIVEN PERIOD OF TIME, IS HIGHER

11:31AM   2    ON THE PREDICATE DEVICES THAN ON THE EDISONS.

11:31AM   3    Q.   AND THE PREDICATE DEVICES COULD HANDLE MORE SAMPLES OVER A

11:31AM   4    PERIOD OF TIME?

11:31AM   5    A.   CORRECT.

11:31AM   6    Q.   MR. BALWANI RESPONDS TO YOU IN THE EMAIL THAT IS ALSO ON

11:32AM   7    THE SCREEN.  HE SAYS, "ADAM.  THIS IS NOT THE CASE."

11:32AM   8        DO YOU SEE THAT?

11:32AM   9    A.   YES.

11:32AM  10    Q.   AND WHAT WAS MR. BALWANI'S BACKGROUND?

11:32AM  11    A.   AS I UNDERSTAND IT, MR. BALWANI HAD A BACKGROUND IN

11:32AM  12    SOFTWARE AND PROGRAMMING.  HE ALSO AT ONE POINT WAS ENROLLED IN

11:32AM  13    AN MBA PROGRAM AT BERKELEY.

11:32AM  14    Q.   TO YOUR KNOWLEDGE, DID HE HAVE ANY MEDICAL OR BIOLOGICAL

11:32AM  15    EDUCATION?

11:32AM  16    A.   NO.  NONE.

11:32AM  17    Q.   HE GOES ON TO SAY IN HIS EMAIL, "WHEN A DEVICE FAILS, WE

11:32AM  18    ALWAYS TAKE THE RIGHT CORRECTIVE ACTION AND MAKE SURE IT

11:32AM  19    DOESN'T IMPACT THE QUALITY OF RESULTS."

11:32AM  20        DO YOU SEE THAT?

11:32AM  21    A.   YES.

11:32AM  22    Q.   AND DID YOU AGREE AT THIS TIME THAT TAKING CORRECTIVE

11:32AM  23    ACTION WOULD PROVIDE A COMPLETE PROTECTION AGAINST INACCURATE

11:32AM  24    RESULTS GOING OUT THE DOOR?

11:32AM  25    A.   NO, IT WOULD NOT GUARANTEE AN ACCURATE RESULT.

ROSENDORFF DIRECT BY MR. BOSTIC                              1772

11:32AM   1    Q.   OKAY.  WE CAN PUT THAT EXHIBIT ASIDE.  THANK YOU.

11:33AM   2         I'D LIKE TO CIRCLE BACK ON A COUPLE OF TOPICS THAT WE

11:33AM   3    DISCUSSED BEFORE THE BREAK.

11:33AM   4         FIRST, THERE WAS SOME DISCUSSION OF THE CTN.

11:33AM   5         DO YOU REMEMBER THAT?

11:33AM   6    A.   WHICH EMAIL ARE YOU REFERRING TO?

11:33AM   7    Q.   I'M NOT REFERRING TO A SPECIFIC EXHIBIT AT THIS TIME.

11:33AM   8         I'M ASKING IF YOU REMEMBER OUR DISCUSSION ABOUT THE CTN.

11:33AM   9    A.   OUR DISCUSSION?

11:33AM  10    Q.   CORRECT.

11:33AM  11    A.   YES.  YES.

11:33AM  12    Q.   CAN YOU HELP US UNDERSTAND HOW THE CTN FIT INTO THE

11:33AM  13    WORKFLOW OF ANALYZING A SAMPLE ON AN EDISON?

11:33AM  14    A.   SURE.  A PHLEBOTOMIST AT THE COLLECTION SITE, TYPICALLY

11:33AM  15    THE WALGREENS, MOST OF THEM ARE IN ARIZONA, THE PHLEBOTOMIST

11:33AM  16    WOULD WARM A PATIENT'S FINGER, PRICK IT WITH A LANCET UNTIL A

11:33AM  17    DROP OF BLOOD APPEARED, AND THEN OPEN UP A CTN -- THAT'S THE

11:34AM  18    CAPILLARY TUBE NANOTAINER -- AND THEN THE CTN, THE CAPILLARY

11:34AM  19    TUBE WOULD MAKE CONTACT WITH THAT BLOOD, AND THE BLOOD WOULD

11:34AM  20    ENTER THE CAPILLARIES.

11:34AM  21         ONCE THE BLOOD ENTERS THOSE CAPILLARIES, THE VACUUM WOULD

11:34AM  22    APPLY AND THE BLOOD WOULD SHOOT INTO THE NANOTAINER.  THERE ARE

11:34AM  23    TWO CHAMBERS IN THE NANOTAINER.

11:34AM  24         ALSO, IF A DROP OF BLOOD DID NOT APPEAR AFTER PRICKING,

11:34AM  25    THE PHLEBOTOMIST WOULD OFTEN MILK THE FINGER OR APPLY PRESSURE

ROSENDORFF DIRECT BY MR. BOSTIC                                    1773

11:34AM  1    TO IT TO MAKE THAT DROP OF BLOOD APPEAR.

11:34AM  2    Q.   SO AT THE END OF THE PROCESS THAT YOU JUST DESCRIBED, THE

11:34AM  3    BLOOD SAMPLE HAS BEEN MOVED THROUGH THE NANOTAINER THROUGH THE

11:34AM  4    CTN?

11:34AM  5    A.   THROUGH THE CAPILLARY TUBE.

11:34AM  6    Q.   OKAY.  WHAT HAPPENED NEXT TO THAT BLOOD SAMPLE IF IT WAS

11:35AM  7    GOING TO BE RUN ON AN EDISON?

11:35AM  8    A.   THE CTN IS TRANSPORTED TO THE LABORATORY REFRIGERATED IN

11:35AM  9    AN ICE PACK.  THOSE CTN'S WOULD BE SPUN DOWN AND THAT WOULD

11:35AM  10   SEPARATE THE RED BLOOD CELLS FROM THE NONCELLULAR PART OF THE

11:35AM  11   BLOOD.

11:35AM  12   Q.   IS THAT SPUN DOWN IN A CENTRIFUGE?

11:35AM  13   A.   YES.

11:35AM  14   Q.   GO AHEAD.

11:35AM  15   A.   SO YOU WOULD HAVE THE CELLULAR PORTION AT THE BOTTOM AND

11:35AM  16   YOU WOULD HAVE EITHER PLASMA OR SERUM AT THE TOP DEPENDING ON

11:35AM  17   WHICH ANTICOAGULANT WAS USED IN THE COLLECTION DEVICE.

11:35AM  18   Q.   AND WHAT HAPPENED NEXT IN THE PROCESS OF HEADING TOWARDS

11:35AM  19   THE EDISON DEVICE?

11:35AM  20   A.   THAT CLEAR LIQUID, THE SERUM OR PLASMA, WOULD BE DRAWN OUT

11:35AM  21   OF THE NANOTAINER AND PUT ONTO A PLATE, NINE 6 VOLT PLATES.  IT

11:36AM  22   WOULD THEN BE DILUTED WITH EITHER SALINE OR WATER.

11:36AM  23   Q.   WHAT CAME AFTER THAT?  NOW YOU HAVE A DILUTED SAMPLE;

11:36AM  24   CORRECT?

11:36AM  25   A.   CORRECT.

ROSENDORFF DIRECT BY MR. BOSTIC                                        1774

11:36AM   1    Q.   AND WHERE DOES IT GO NEXT?

11:36AM   2    A.   THAT SAMPLE IS NOW READY TO EITHER GO ONTO AN EDISON OR A

11:36AM   3    MODIFIED ADVIA DEVICE.

11:36AM   4    Q.   SO YOU MENTIONED THE CTN EARLIER.  YOU ALSO MENTIONED

11:36AM   5    SOMETHING CALLED A VACUTAINER; IS THAT CORRECT?

11:36AM   6    A.   YES.

11:36AM   7    Q.   AND HOW DOES THE VACUTAINER COMPARE TO THE CTN?

11:36AM   8    A.   VACUTAINERS ARE ABLE TO DRAW A MUCH HIGHER VOLUME OF BLOOD

11:36AM   9    THAN A CTN.  A CTN CAN DRAW ABOUT 60 MICROLITERS OF WHOLE

11:36AM  10    BLOOD, SO A DROP OR TWO.

11:36AM  11         VACUTAINERS ARE DESIGNED TO COLLECT ANYWHERE FROM 8 TO

11:37AM  12    16 MILS OF WHOLE BLOOD.

11:37AM  13    Q.   AT THERANOS, WAS ONE TYPICALLY USED WITH A FINGERSTICK AND

11:37AM  14    THE OTHER TYPICALLY USED WITH A VEIN DRAW?

11:37AM  15    A.   YES.  VENOUS DRAWS WOULD EXCLUSIVELY USE A VACUTAINER, AND

11:37AM  16    FINGERSTICK DRAWS WOULD USE THE CTN.

11:37AM  17    Q.   AND GENERALLY SPEAKING, WHAT EQUIPMENT WOULD BE USED TO

11:37AM  18    ANALYZE VEIN DRAW SAMPLES THAT WERE DRAWN INTO A VACUTAINER?

11:37AM  19    A.   THE FDA APPROVED PREDICATE INSTRUMENTS WOULD BE USED TO

11:37AM  20    ANALYZE THE VENOUS BLOOD THAT IS DRAWN INTO A VACUTAINER.

11:37AM  21    Q.   AND THOSE DEVICES CONTAINED NO THERANOS MODIFICATIONS?

11:37AM  22    A.   CORRECT.

11:37AM  23    Q.   AND WHAT DEVICES IN CONTRAST WOULD BE USED TO RUN SAMPLES

11:37AM  24    DRAWN FROM A FINGERSTICK USING THE NANOTAINER?

11:38AM  25    A.   EITHER THE EDISON DEVICE OR THE MODIFIED ADVIA, IN OTHER

ROSENDORFF DIRECT BY MR. BOSTIC                                    1775

11:38AM  1    WORDS, THE THERANOS LABORATORY DEVELOPED TEST.

11:38AM  2         THERE WAS ALSO A THIRD CATEGORY OF COMPLETE BLOOD COUNTS

11:38AM  3    USING WHOLE BLOOD.  THAT WOULD BE RUN USING A FLOW CYTOMETER.

11:38AM  4    Q.   AND WAS THE FLOW CYTOMETER A THERANOS DESIGNED AND

11:38AM  5    MANUFACTURED DEVICE?

11:38AM  6    A.   NO.

11:38AM  7    Q.   WHEN YOU TESTIFIED EARLIER ABOUT THE TESTING THAT HAD

11:38AM  8    HAPPENED AT SAFEWAY PRIOR TO THE BROADER LAUNCH, DO YOU RECALL

11:38AM  9    THAT TESTIMONY?

11:38AM  10   A.   YES.

11:38AM  11   Q.   AND WHAT DEVICES AND METHODS WERE USED TO CONDUCT THAT

11:38AM  12   TESTING BASED ON YOUR RECOLLECTION?

11:38AM  13   A.   VENOUS BLOOD IN VACUTAINERS ON PREDICATE FDA APPROVED

11:38AM  14   INSTRUMENTS.

11:38AM  15   Q.   FOLLOWING THE COMMERCIAL LAUNCH, CAN YOU HELP US

11:39AM  16   UNDERSTAND THE ROUGH BREAKDOWN OF HOW MANY ASSAYS COULD BE RUN

11:39AM  17   ON THE EDISON VERSUS HOW MANY COULD BE RUN ON THE MODIFIED

11:39AM  18   THIRD PARTY DEVICES VERSUS HOW MANY ON THE UNMODIFIED?  AGAIN,

11:39AM  19   JUST ROUGHLY SPEAKING IN TERMS OF PROPORTIONS.

11:39AM  20   A.   THIS IS APPROXIMATE.  I REMEMBER FOUR TO FIVE IMMUNOASSAYS

11:39AM  21   THAT COULD BE RUN ON THE EDISON, AND ABOUT 20 GENERAL CHEMISTRY

11:39AM  22   TESTS THAT COULD BE RUN ON THE MODIFIED ADVIA.

11:39AM  23        YOU'RE ALSO ASKING HOW MANY COULD BE RUN ON THE PREDICATE

11:39AM  24   DEVICES?

11:39AM  25   Q.   CORRECT.

ROSENDORFF DIRECT BY MR. BOSTIC                          1776

11:39AM   1     A.   ABOUT 100 GENERAL CHEMISTRY TEST ON THE PREDICATE DEVICE,

11:39AM   2     MORE OR LESS, AND DOZENS ON THE IMMULITES.

11:39AM   3     Q.   AND DID THOSE NUMBERS CHANGE SOMEWHAT OVER TIME THROUGHOUT

11:40AM   4     YOUR TIME AT THE COMPANY?

11:40AM   5     A.   YES.  THE COMPANY INTRODUCED MORE AND MORE IMMUNOASSAY

11:40AM   6     TESTS ON THE EDISON AND ALSO EXPANDED THE GENERAL CHEMISTRY

11:40AM   7     MENU.

11:40AM   8     Q.   AND WAS THAT THE COMPANY'S GOAL AT THE TIME, TO GET AS

11:40AM   9     MANY TESTS ON THE EDISON AS POSSIBLE?

11:40AM   10    A.   YES.

11:40AM   11    Q.   AND DID THAT REMAIN THE COMPANY'S GOAL THROUGHOUT YOUR

11:40AM   12    TIME THERE?

11:40AM   13    A.   YES.

11:40AM   14    Q.   LET'S SHIFT GEARS.

11:40AM   15         AS LAB DIRECTOR, DID YOU HAVE A ROLE AT THERANOS IN

11:40AM   16    RESPONDING TO COMPLAINTS OR QUESTIONS ABOUT TEST RESULTS?

11:40AM   17    A.   I DID.

11:40AM   18    Q.   AND HOW DID YOU FIT INTO THAT PROCESS?

11:40AM   19    A.   PATIENT COMPLAINTS OR PHYSICIAN COMPLAINTS WOULD BE

11:40AM   20    REFERRED TO ME EITHER FROM A CUSTOMER SERVICE EMPLOYEE, OR

11:40AM   21    LATER CHRISTIAN HOLMES, ELIZABETH'S BROTHER, WAS PUT IN THE

11:41AM   22    ROLE OF A LIAISON BETWEEN MYSELF AND THE PHYSICIANS.

11:41AM   23    Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHO PLACED

11:41AM   24    CHRISTIAN HOLMES IN THAT ROLE?

11:41AM   25    A.   I DON'T KNOW.

ROSENDORFF DIRECT BY MR. BOSTIC                              1777

11:41AM   1    Q.   YOU MENTIONED THAT CHRISTIAN HOLMES WAS RELATED TO

11:41AM   2    ELIZABETH HOLMES; IS THAT CORRECT?

11:41AM   3    A.   YES.

11:41AM   4    Q.   WAS CHRISTIAN HOLMES A MEDICAL DOCTOR?

11:41AM   5    A.   NO.

11:41AM   6    Q.   DID HE HAVE ANY KIND OF SCIENTIFIC OR TECHNICAL ROLE IN

11:41AM   7    THE LAB?

11:41AM   8    A.   NO.  AT FIRST HE WAS INVOLVED IN THE ROLLOUT OF TESTING

11:41AM   9    SERVICES IN ARIZONA, AND THEN HE CAME TO PLAY THIS LIAISON

11:41AM  10    ROLE.

11:42AM  11    Q.   HOW DID THAT ACTUALLY FUNCTION IN PRACTICE?  HOW DID HE

11:42AM  12    AND YOU INTERACT WHEN IT CAME TO RESPONDING TO CUSTOMER

11:42AM  13    COMPLAINTS?

11:42AM  14    A.   CHRISTIAN WOULD EMAIL ME COMPLAINTS THAT HE -- HE WOULD

11:42AM  15    HIMSELF, OR THEY WOULD BE FORWARDED COMPLAINTS FROM PHYSICIANS.

11:42AM  16    Q.   AND WAS THAT HIS SOLE FUNCTION, TO FORWARD COMPLAINTS TO

11:42AM  17    YOU?

11:42AM  18    A.   NO.  HE WOULD ASK ME -- HE WOULD CHECK IF I HAD SPOKEN TO

11:42AM  19    THE PHYSICIANS.  HE WOULD DISCUSS THE MESSAGING WITH ME.

11:42AM  20    Q.   AND WHEN YOU SAY DISCUSS THE MESSAGING WITH YOU, WHAT DOES

11:42AM  21    THAT MEAN?

11:42AM  22    A.   SO THE COMPANY AND CHRISTIAN'S PREFERENCE WAS THAT IF

11:42AM  23    THERE WAS A SUSPICIOUS RESULT, THAT THERE WOULD BE SOME KIND OF

11:42AM  24    PATIENT FACTOR THAT WOULD EXPLAIN IT, EITHER THE PATIENT WAS ON

11:43AM  25    A CERTAIN MEDICATION AND I WAS OFTEN CALLED UPON TO TRY TO COME

ROSENDORFF DIRECT BY MR. BOSTIC                                          1778

11:43AM   1    UP WITH REASONS OTHER THAN TEST PERFORMANCE THAT WOULD ACCOUNT

11:43AM   2    FOR AN ANOMALOUS RESULT OR TO DEFEND THE RELIABILITY OF THE

11:43AM   3    THERANOS TEST.

11:43AM   4    Q.   UNDERSTOOD.   THANK YOU.

11:43AM   5         WHEN YOU WERE AT THE UNIVERSITY OF PITTSBURGH, YOU WERE

11:43AM   6    ALSO LAB DIRECTOR; CORRECT?

11:43AM   7    A.   I WAS FUNCTIONING AS THE LAB DIRECTOR.   I WAS NOT THE LAB

11:43AM   8    DIRECTOR OF RECORD.   THAT WAS MIGUEL REYES.   HE WAS ON THE CMS

11:43AM   9    CERTIFICATE.

11:43AM   10   Q.   IN THE ROLE THAT YOU DID OCCUPY AT THE UNIVERSITY OF

11:43AM   11   PITTSBURGH, DID YOU ALSO FULFILL THAT FUNCTION OF TALKING TO

11:43AM   12   DOCTORS, FOR EXAMPLE, ABOUT INDIVIDUAL TEST RESULTS?

11:43AM   13   A.   YES.

11:43AM   14   Q.   AND HOW WOULD YOU COMPARE THE EXPERIENCE OF FULFILLING

11:44AM   15   THAT ROLE AT THE UNIVERSITY OF PITTSBURGH VERSUS HOW IT WORKED

11:44AM   16   AT THERANOS?

11:44AM   17   A.   I NEVER FELT A CONFLICT BETWEEN MY PROFESSIONAL ETHICS AND

11:44AM   18   MY DUTY TO TALK TO THE PHYSICIANS AT THE UNIVERSITY OF

11:44AM   19   PITTSBURGH.

11:44AM   20        MANY OF THE DISCUSSIONS WERE ABOUT WHAT METHOD SHOULD BE

11:44AM   21   CHOSEN WITH THE ENDOCRINOLOGISTS, WHETHER THAT METHOD WAS

11:44AM   22   SENSITIVE ENOUGH TO DETECT VERY LOW LEVELS OF HORMONES, FOR

11:44AM   23   INSTANCE, IN CHILDREN.   IT WAS A CHILDREN'S HOSPITAL.

11:44AM   24        AT THERANOS I FELT PRESSURED TO DEFEND THE COMPANY'S

11:44AM   25   RESULTS TO PHYSICIANS.

ROSENDORFF DIRECT BY MR. BOSTIC                                      1779

11:44AM   1    Q.   WAS THERE ANYONE IN THE CHRISTIAN HOLMES POSITION, THE

11:44AM   2    EQUIVALENT TO THAT, WHEN YOU WERE AT UNIVERSITY OF PITTSBURGH?

11:44AM   3    A.   NO.

11:44AM   4    Q.   HOW ABOUT WHEN IT CAME TO THE FREQUENCY OF PROBLEMS?  WERE

11:45AM   5    QUESTIONS ABOUT TEST RESULTS MORE FREQUENT AT THERANOS THAN AT

11:45AM   6    THE UNIVERSITY OF PITTSBURGH?

11:45AM   7    A.   MUCH MORE FREQUENT AT THERANOS.

11:45AM   8    Q.   LET'S LOOK AT SOME EXAMPLES.  I'LL ASK YOU TO TURN TO

11:45AM   9    EXHIBIT 846 IN YOUR BINDER, PLEASE.

11:45AM   10        YOUR HONOR, THE GOVERNMENT IS GOING TO MOVE THIS INTO

11:45AM   11   EVIDENCE.  I UNDERSTAND IT'S BEEN STIPULATED TO.

11:45AM   12             MR. WADE:  I'M SORRY.  WHAT WAS THE EXHIBIT?

11:45AM   13             MR. BOSTIC:  THIS IS 4836.

11:45AM   14             MR. WADE:  THAT'S CORRECT.

11:45AM   15             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:45AM   16        (GOVERNMENT'S EXHIBIT 4836 WAS RECEIVED IN EVIDENCE.)

11:45AM   17   BY MR. BOSTIC:

11:45AM   18   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM OCTOBER 2013 WITH

11:46AM   19   A SUBJECT LINE HCG PRECISION?

11:46AM   20   A.   YES.  YES.

11:46AM   21   Q.   FIRST OF ALL, WHAT IS HCG?

11:46AM   22   A.   HUMAN CHORIONIC GONADOTROPIN.  I KNOW THAT'S GOING TO

11:46AM   23   DRIVE THE STENOGRAPHER CRAZY.

11:46AM   24   Q.   WE'LL CALL IT HCG FROM NOW ON.

11:46AM   25   A.   OKAY.

ROSENDORFF DIRECT BY MR. BOSTIC                                     1780

11:46AM  1    Q.   HOW IS THE HCG TEST USED BASED ON YOUR EXPERIENCE AS A LAB

11:46AM  2    DIRECTOR?

11:46AM  3    A.   THE HCG TEST IS MOST COMMONLY USED TO DETECT PREGNANCY,

11:46AM  4    WHETHER A WOMEN IS PREGNANT OR NOT, AND IT'S ALSO USED TO

11:46AM  5    DETECT WHETHER A PREGNANCY IS PROGRESSING NORMALLY.

11:46AM  6    Q.   I'LL ASK YOU TO LOOK AT PAGE 6 IN THIS EXHIBIT, PLEASE.

11:46AM  7         MS. HOLLIMAN, LET'S PROJECT THAT.  LET'S ZOOM IN ON THE

11:46AM  8    BOTTOM EMAIL MESSAGE THERE.  LET'S CAPTURE THE HEADER IF WE

11:47AM  9    CAN.

11:47AM 10         THANK YOU.

11:47AM 11         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM OCTOBER 16TH,

11:47AM 12    2013, FROM SHARADA SIVARAMAN TO DANIEL YOUNG AND

11:47AM 13    KARTHIK JAYASURYA?

11:47AM 14    A.   YES.

11:47AM 15    Q.   AND IN THIS EMAIL SHARADA SAYS, "DID YOU HAVE A CHANCE TO

11:47AM 16    GO OVER HCG PRECISION DATA?  PLEASE LET ME KNOW WHAT YOU

11:47AM 17    THOUGHT.  I AM CONCERNED ABOUT THE PROGRESSIVE JUMP IN SIGNAL

11:47AM 18    THAT WE SAW AND WANTED TO KNOW AHEAD OF TIME IF A REPEAT

11:47AM 19    EXERCISE IS REQUIRED."

11:47AM 20         DO YOU HAVE AN UNDERSTANDING AS TO WHAT THIS WOULD BE

11:47AM 21    REFERRING TO?

11:47AM 22    A.   I WAS NOT INVOLVED IN THIS PARTICULAR DISCUSSION.  I DO

11:47AM 23    NOT HAVE COMMENT ON IT.

11:47AM 24    Q.   OKAY.  AND YOU'RE ADDED TO THE CHAIN ON PAGE 5.  IF WE CAN

11:47AM 25    LOOK AT THAT.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1781

11:48AM   1         MS. HOLLIMAN, IF WE CAN LOOK AT PAGE 5 AND ZOOM IN ON THE

11:48AM   2    BOTTOM MESSAGE ON THAT PAGE.

11:48AM   3         DR. ROSENDORFF, DO YOU SEE YOU'RE NOW INCLUDED ON THIS

11:48AM   4    EMAIL CHAIN?

11:48AM   5    A.   YES.

11:48AM   6    Q.   AND THERE'S A REFERENCE TO DECISION LEVELS.

11:48AM   7         DO YOU SEE THAT?

11:48AM   8    A.   YES.

11:48AM   9    Q.   AND WHAT DOES DECISION LEVELS MEAN IN THE CONTEXT OF THIS

11:48AM   10   KIND OF TEST?

11:48AM   11   A.   A DECISION LEVEL IS A VERY SPECIFIC LEVEL THAT A DOCTOR

11:48AM   12   WOULD LOOK AT TO MAKE A CLINICAL DECISION.

11:48AM   13   Q.   AND WHY DO DECISION LEVELS NEED TO BE CONSIDERED DURING

11:48AM   14   THIS STAGE OF ASSAY DEVELOPMENT?

11:48AM   15   A.   BECAUSE THESE ARE THE CRITICAL LEVELS THAT DOCTORS ARE

11:48AM   16   LOOKING AT.  YOU WANT TO MAKE SURE YOUR ACCURACY AND PRECISION

11:49AM   17   ARE VERY TIGHT AROUND THESE DECISION LEVELS.

11:49AM   18        IN OTHER WORDS, IF YOUR HCG IS ABOVE 100,000, YOU'RE IN

11:49AM   19   THE ADVANCE STAGES OF PREGNANCY, AND IT'S NOT A CRITICAL NUMBER

11:49AM   20   FOR THE OBSTETRICIAN.

11:49AM   21        AND 6 IS A CRITICAL NUMBER BECAUSE IT WAS USED AS THE

11:49AM   22   CUTOFF TO SAY, ARE YOU PREGNANT OR NOT?

11:49AM   23   Q.   I SEE.  LET'S LOOK AT PAGE 4 OF THIS EXHIBIT AND ZOOM IN

11:49AM   24   ON THE BOTTOM.

11:49AM   25        THIS IS A MESSAGE FROM YOU IN THIS CHAIN; IS THAT RIGHT?

ROSENDORFF DIRECT BY MR. BOSTIC                                   1782

11:49AM   1    A.   CORRECT.

11:49AM   2    Q.   AND IS THIS WHAT YOU WERE JUST TALKING ABOUT?

11:49AM   3    A.   CORRECT.

11:49AM   4    Q.   YOU SAY, "5 MILLIUNITS PER MILLILITER IS A KEY DECISION

11:49AM   5    LEVEL BECAUSE IT DEFINES PREGNANCY."

11:49AM   6         CORRECT?

11:49AM   7    A.   CORRECT.

11:49AM   8    Q.   LET'S LOOK AT PAGE 3.  SO WE'RE MOVING FORWARD IN TIME IN

11:50AM   9    THIS EMAIL CHAIN.

11:50AM   10        SO LET'S LOOK AT PAGE 3 AND THE BOTTOM EMAIL IN THIS

11:50AM   11   MESSAGE, PLEASE.

11:50AM   12        THIS IS AN EMAIL FROM KARTHIK JAYASURYA TO YOU,

11:50AM   13   DANIEL YOUNG, AND SHARADA SIVARAMAN; CORRECT?

11:50AM   14   A.   YES.

11:50AM   15   Q.   AND WHO WAS KARTHIK JAYASURYA AT THERANOS?

11:50AM   16   A.   HE WAS A SCIENTIST.  I DIDN'T FULLY UNDERSTAND THE RANGE

11:50AM   17   OF ROLES.

11:50AM   18   Q.   AND IN HIS EMAIL HE THANKS YOU FOR PROVIDING THE

11:50AM   19   INFORMATION THAT YOU'VE PROVIDED AND IT SAYS, "SHARADA, THE

11:50AM   20   METHOD COMPARISON IS FAILING FOR THE DECISION LEVEL 50

11:50AM   21   MILLIUNITS PER MILLILITER SINCE THE TAE EQUALS 15 PERCENT AND

11:50AM   22   PRECISION ITSELF IS 21 PERCENT AT THAT GIVEN CONCENTRATION, SO

11:50AM   23   WE DON'T HAVE ANY BUDGET FOR BIAS."

11:50AM   24        DO YOU HAVE AN UNDERSTANDING AS TO WHAT THIS WAS REFERRING

11:50AM   25   TO?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1783

11:50AM   1      A.   YES.   THE TMS ALLOWED -- TOTAL ALLOWABLE ERROR FOR THIS

11:51AM   2      ASSAY OR ANALYTE IS 15 PERCENT.

11:51AM   3           AS I SAID, THE TAE IS THE SUM OF PRECISION AND ACCURACY.

11:51AM   4      THE PRECISION WAS ALREADY AT 21 PERCENT, WHICH IS GREATER THAN

11:51AM   5      15 PERCENT, SO THERE'S NO ALLOWANCE THERE FOR ANY BIAS.

11:51AM   6           I'LL STOP THERE.

11:51AM   7      Q.   I WAS GOING TO ASK, IS THIS ANOTHER ONE OF THOSE

11:51AM   8      SITUATIONS WHERE A HIGH PRECISION PERCENTAGE IS AN UNFAVORABLE

11:51AM   9      THING THAT YOU DON'T WANT TO SEE?

11:51AM  10      A.   CORRECT.

11:51AM  11      Q.   LET'S LOOK AT THE TOP PART OF THIS MESSAGE, PLEASE, THE

11:51AM  12      TOP PART OF PAGE 3.   THERE'S AN EMAIL THERE TO YOU

11:52AM  13      OCTOBER 30TH, 2013; IS THAT RIGHT?

11:52AM  14      A.   CORRECT.

11:52AM  15      Q.   AND KARTHIK WRITES, "HI ADAM, IS THERE A WAY WE CAN RELAX

11:52AM  16      THE TAE CRITERIA AT THAT 50 CONCENTRATION.   CURRENTLY, OUR

11:52AM  17      PRECISION STANDS AT 23 PERCENT WHICH IS MUCH MORE THAN TAE,

11:52AM  18      15 PERCENT."

11:52AM  19           DID I READ THAT CORRECTLY?

11:52AM  20      A.   CORRECT.

11:52AM  21      Q.   AND LET'S LOOK AT YOUR RESPONSE ON THE PRECEDING PAGE, SO

11:52AM  22      IF WE GO TO PAGE 2.

11:52AM  23           LET'S ZOOM IN ON THE TEXT OF THAT EMAIL.

11:52AM  24           I'LL DRAW YOUR ATTENTION TO THE LAST SENTENCE OF THE FIRST

11:52AM  25      PARAGRAPH OF YOUR MESSAGE.   YOU SAY, "MY CONCERN WITH RELAXING

ROSENDORFF DIRECT BY MR. BOSTIC                          1784

11:52AM  1    THE TAE AROUND OR NEAR A DECISION POINT IS MAKING THE WRONG

11:52AM  2    CALL FOR A PATIENT."

11:52AM  3         CAN YOU EXPLAIN WHAT YOU MEANT BY THAT?

11:52AM  4    A.   YES.  IF THE TAE WAS RELAXED TO A HIGHER PERCENTAGE, THIS

11:53AM  5    WOULD ALLOW OUR ASSAY TO OPERATE WITH INCREASED BIAS AND

11:53AM  6    INCREASED IMPRECISION OR A HIGHER CV.  IT WOULD RESULT IN A

11:53AM  7    LESS RELIABLE CALL FOR THE PATIENT.

11:53AM  8    Q.   OKAY.  LET'S GO TO PAGE 1 OF THIS EMAIL NOW, SO PAGE 1 OF

11:53AM  9    EXHIBIT 4836.

11:53AM  10        ZOOM IN ON THE BOTTOM MESSAGE, PLEASE.

11:53AM  11        DR. ROSENDORFF, YOU'RE NO LONGER ON THIS EMAIL CHAIN AT

11:53AM  12   THIS POINT; CORRECT?

11:53AM  13   A.   CORRECT.

11:53AM  14   Q.   WE'RE LOOKING AT AN EMAIL FROM SHARADA TO SUNNY BALWANI;

11:53AM  15   IS THAT RIGHT?

11:53AM  16   A.   CORRECT.

11:53AM  17   Q.   SHE SAYS, "HI SUNNY, PLEASE SEE BELOW.  THE REPEAT

11:53AM  18   EXERCISE OF ENTIRE PRECISION WAS COMPLETED ON TUESDAY, AND THE

11:53AM  19   DATA WAS SENT OUT TO DANIEL AND KARTHIK.

11:53AM  20        "SHE SAID WE STILL DO NOT PASS AT THE THIRD PRECISION

11:53AM  21   LEVEL WHICH IS 50 MILLIUNITS PER MILLILITER BECAUSE OUR

11:54AM  22   PRECISION AT THE LEVEL OF 23 PERCENT BUT WE ARE ALLOWED TAE OF

11:54AM  23   15 PERCENT."

11:54AM  24        IS SHE ESSENTIALLY REPORTING THE PROBLEM THAT WE HAVE BEEN

11:54AM  25   LOOKING AT UP TO SUNNY BALWANI?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1785

11:54AM   1      A.   CORRECT.

11:54AM   2      Q.   LET'S ZOOM OUT.

11:54AM   3           AT THE BOTTOM OF THAT SQUARE, DO YOU SEE THAT MR. BALWANI

11:54AM   4      THEN FORWARDED THAT TO DANIEL YOUNG, SAMARTHA ANEKAL, AND

11:54AM   5      ELIZABETH HOLMES?

11:54AM   6      A.   YES, I READ THAT.

11:54AM   7      Q.   AND HE REPORTS TO THEM, WE HAVE RUN THIS, I THINK HE MEANS

11:54AM   8      PRECISION, TWICE NOW.  CAN YOU LOOK INTO THIS TO SEE WHAT'S THE

11:54AM   9      ISSUE AND WHY WE ARE MISSING THIS?

11:54AM  10           DO YOU SEE THAT?

11:54AM  11      A.   YES.

11:54AM  12      Q.   AND SO AT THIS POINT THIS ISSUE HAS BEEN ELEVATED ALL OF

11:54AM  13      THE WAY TO THE TOP OF THE COMPANY; CORRECT?

11:54AM  14      A.   CORRECT.

11:54AM  15      Q.   AND WERE YOU AWARE GENERALLY -- DURING YOUR TIME AT

11:54AM  16      THERANOS, WERE YOU AWARE OF ISSUES CONCERNING THE ACCURACY OF

11:55AM  17      THE HCG TEST?

11:55AM  18      A.   YES.

11:55AM  19      Q.   LET'S LOOK AT EXHIBIT 4145, PLEASE.  AND ONCE YOU GET

11:55AM  20      THERE I'LL ASK YOU IF YOU RECOGNIZE IT.

11:55AM  21           I'LL ASK YOU TO TURN TO PAGE 3 OF THAT EXHIBIT AND LOOK AT

11:55AM  22      THE BOTTOM OF THE EMAIL.  DO YOU SEE THE EXHIBIT FROM SOMEONE

11:55AM  23      NAMED AMELIA AGUIRRE?

11:55AM  24      A.   YES.

11:55AM  25      Q.   AND DO YOU SEE THE EMAIL IS SENT TO AN EMAIL

ROSENDORFF DIRECT BY MR. BOSTIC                                    1786

11:55AM  1     CLS@THERANOS.COM; IS THAT RIGHT?

11:56AM  2     A.   YES.

11:56AM  3     Q.   AND WHAT WAS THAT EMAIL ADDRESS, CLS@THERANOS.COM?

11:56AM  4     A.   IT WAS A GROUP EMAIL.  THE MEMBERS OF THE EMAIL LIST WERE

11:56AM  5     THE CLINICAL LABORATORY SCIENTISTS WITHIN THE COMPANY.

11:56AM  6     Q.   AND WHAT WAS THE PURPOSE OF HAVING THAT EMAIL GROUP

11:56AM  7     ADDRESS?

11:56AM  8     A.   SO THAT THE CLS'S COULD BE ALERTED TO ISSUES OR PROBLEMS

11:56AM  9     IN THE LAB OR PLANS IN THE LAB AS A GROUP.

11:56AM  10    Q.   AND WAS THIS EMAIL ADDRESS USED FOR THAT PURPOSE, TO

11:56AM  11    DISSEMINATE IMPORTANT INFORMATION ABOUT THE FUNCTIONING OF THE

11:56AM  12    LAB AT THERANOS?

11:56AM  13    A.   YES.

11:56AM  14    Q.   AND WAS THERE A DUTY ON PEOPLE WHO USED THAT EMAIL ADDRESS

11:56AM  15    FOR THAT PURPOSE TO BE ACCURATE IN THE INFORMATION THAT THEY

11:56AM  16    WERE REPORTING?

11:56AM  17    A.   YES.

11:56AM  18    Q.   AND WERE EMAILS THAT WERE SENT ON THESE TOPICS PRESERVED

11:57AM  19    AT THERANOS SO THEY COULD BE REFERENCED BACK IN THE FUTURE?

11:57AM  20    A.   YES, THAT WAS MY UNDERSTANDING.

11:57AM  21        I CERTAINLY PRESERVED ALL OF THE EMAILS THAT I WAS PRIVY

11:57AM  22    TO.

11:57AM  23            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

11:57AM  24    ADMIT 4145.

11:57AM  25            MR. WADE:  NO OBJECTION, YOUR HONOR.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1787

11:57AM   1              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:57AM   2         (GOVERNMENT'S EXHIBIT 4145 WAS RECEIVED IN EVIDENCE.)

11:57AM   3              MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 3 OF

11:57AM   4    THIS EXHIBIT, PLEASE.  ZOOM IN ON THE BOTTOM HALF.

11:57AM   5    Q.   DR. ROSENDORFF, ARE WE NOW LOOKING AT THE EMAIL THAT

11:57AM   6    YOU'VE BEEN REVIEWING?

11:57AM   7    A.   YES.

11:57AM   8    Q.   DO YOU REMEMBER WHO AMELIA AGUIRRE WAS AT THERANOS?

11:57AM   9    A.   I THINK SHE WAS CUSTOMER SERVICE.

11:57AM  10    Q.   HER EMAIL TO THE CLS GROUP SAYS, "PHYSICIAN IS CALLING

11:57AM  11    ABOUT RESULTS FOR HCG.  NOTES IN LIS INDICATE HCG RESULTS ARE

11:58AM  12    OORL, DO NOT RELEASE UNTIL FURTHER NOTICE."

11:58AM  13         DO YOU KNOW WHAT OORL STANDS FOR?

11:58AM  14    A.   OUT OF REFERENCE RANGE LOW.  IN OTHER WORDS, THE RESULT IS

11:58AM  15    BELOW THE CAPACITY OF THE INSTRUMENT TO MEASURE.

11:58AM  16    Q.   IN OTHER WORDS, IS THAT AN ERROR IN THE TEST?

11:58AM  17    A.   THAT'S AN ERROR MESSAGE.

11:58AM  18    Q.   LET'S LOOK AT PAGE 2 NOW.  AND IF WE LOOK AT THE BOTTOM OF

11:58AM  19    THAT PAGE, PLEASE.

11:58AM  20         THERE'S A MESSAGE FROM DANIEL YOUNG TO SUNNY BALWANI ON

11:59AM  21    THAT TOPIC; RIGHT?

11:59AM  22    A.   CORRECT.

11:59AM  23    Q.   AND THEN DANIEL SAYS, "ACTUALLY, I JUST TOUCHED BASES WITH

11:59AM  24    CHRISTIAN AND ADAM ON THIS EARLIER."

11:59AM  25         WOULD ADAM BE YOU?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1788

11:59AM   1      A.   YES.

11:59AM   2      Q.   AND THEN, "I ASKED ADAM TO CALL THE DOCTOR TO ASK ABOUT

11:59AM   3      CLINICAL SITUATION.  AND THEN WE WILL BE ABLE TO DECIDE IF WE

11:59AM   4      WANT TO RELEASE THE RESULTS."

11:59AM   5           DID I READ THAT CORRECTLY?

11:59AM   6      A.   CORRECT.

11:59AM   7      Q.   LET'S LOOK AT THE MESSAGE JUST ABOVE THAT ONE.  ACTUALLY,

11:59AM   8      LET'S SEE IF WE CAN CAPTURE THE REST OF THE TOP TWO-THIRDS OF

11:59AM   9      THE PAGE.

11:59AM  10           DO YOU SEE THAT SUNNY ASKS DANIEL YOUNG, "I ASSUME THIS

11:59AM  11      WAS RUN ON EDISONS."

11:59AM  12           DO YOU SEE THAT AT THE BOTTOM OF THE PAGE?

11:59AM  13      A.   YES.

11:59AM  14      Q.   AND THE RESPONSE READS, AT THE TOP OF THE PAGE, "YES, RUN

12:00PM  15      ON EDISONS."

12:00PM  16      A.   YES.

12:00PM  17      Q.   AND WAS THE HCG TEST RUN ON EDISONS AT THIS TIME?

12:00PM  18      A.   YES.

12:00PM  19      Q.   AND THAT EMAIL IN RESPONSE TO SUNNY BALWANI ALSO SAYS, "WE

12:00PM  20      SPOKE WITH THE ORDERING PHYSICIAN AND MADE THE DECISION TO

12:00PM  21      COLLECTION ANOTHER SAMPLE FROM THE SUBJECT.  WE ARE NOT

12:00PM  22      REPORTING OUT THE VERY LOW RESULT."

12:00PM  23           DO YOU SEE THAT?

12:00PM  24      A.   YES.  THE TOP OF THIS PAGE IS CUT OFF.  CAN YOU REMIND ME

12:00PM  25      WHO THE EMAIL IS BEING SENT BY OR FROM?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1789

```
12:00PM   1    Q.   YES.  LET'S LOOK AT PAGE 1 OF THIS EXHIBIT AND ZOOM IN ON

12:00PM   2    THE BOTTOM AND WE CAN SEE THE HEADER INFORMATION.

12:00PM   3         DO YOU SEE AT THE BOTTOM OF THE PAGE THAT THIS WAS SENT BY

12:00PM   4    DANIEL YOUNG?

12:00PM   5    A.   YES.

12:00PM   6    Q.   AND DO YOU RECALL TIMES AT THERANOS WHEN HCG RESULTS WERE

12:00PM   7    NOT RELEASED BECAUSE THEY CAME BACK ERRONEOUS OR INVALID?

12:00PM   8    A.   I RECALL AN INSTANCE WHERE AN INITIAL HCG MEASUREMENT WAS

12:01PM   9    VERY LOW, SUGGESTING A POSSIBLE MISCARRIAGE, AND THEN REPEAT

12:01PM  10    HCG MEASUREMENT AT THERANOS WAS MUCH HIGHER.

12:01PM  11         THIS WAS VERY ALARMING TO ME THAT YOU COULD GET SUCH

12:01PM  12    DIFFERENT RESULTS.

12:01PM  13    Q.   I SEE.

12:01PM  14         LET'S STAY ON PAGE 1 OF THIS EXHIBIT AND ZOOM IN ON THE

12:01PM  15    TOP HALF OF THE PAGE, PLEASE.  THE TOP TWO MESSAGES.

12:01PM  16         DR. ROSENDORFF, DO YOU SEE A MESSAGE FROM DANIEL YOUNG TO

12:01PM  17    SUNNY BALWANI AT THE BOTTOM OF THE PAGE THAT SAYS, "PHYSICIAN

12:01PM  18    NOTED THAT IT WOULD BE SURPRISING TO SEE THE COUNT DROP SO

12:01PM  19    MUCH, EVEN WITH A MISCARRIAGE.  HENCE THE AGREEMENT TO COLLECT

12:01PM  20    ANOTHER SAMPLE"?

12:02PM  21    A.   YES.

12:02PM  22    Q.   AND AT THE TOP OF THE PAGE, DO YOU SEE A MESSAGE FROM

12:02PM  23    ELIZABETH HOLMES TO SUNNY BALWANI RESPONDING IN THIS EMAIL

12:02PM  24    CHAIN SAYING, "I'VE DONE MANY MEETINGS ON THIS TODAY"?

12:02PM  25    A.   YES.
```

ROSENDORFF DIRECT BY MR. BOSTIC                                      1790

12:02PM   1    Q.   AND DO YOU RECALL WHETHER YOU WERE PART OF THOSE MEETINGS

12:02PM   2    THAT MS. HOLMES SAT IN ABOUT THIS HCG ISSUE?

12:02PM   3    A.   I WAS NOT IN A MEETING WITH HER.  I DO RECALL TALKING TO

12:02PM   4    HER.  SHE WOULD CHECK IN WITH ME OCCASIONALLY.  SHE SAID, HOW'S

12:02PM   5    IT GOING?  AND I SAID I WAS FREAKED OUT.  AND SHE SAID, WHY?

12:02PM   6    AND I TOLD HER ABOUT THE HCG ISSUE THAT WE'RE DISCUSSING.

12:02PM   7    Q.   AND WHAT WAS HER REACTION WHEN YOU TOLD HER THAT YOU WERE

12:02PM   8    FREAKED OUT ABOUT THE HCG ISSUE?

12:02PM   9    A.   SHE SAID, DON'T BE FREAKED OUT OR -- YOU KNOW, SHE DIDN'T

12:02PM   10   SEEM ALARMED BY IT.

12:02PM   11   Q.   WE'RE LOOKING AT AN EMAIL CHAIN THAT DOESN'T INCLUDE YOU.

12:03PM   12   DO YOU BELIEVE YOU SHOULD HAVE BEEN INCLUDED IN DISCUSSIONS

12:03PM   13   ABOUT OUT OF RANGE HCG RESULTS AT THERANOS?

12:03PM   14   A.   ABSOLUTELY.

12:03PM   15   Q.   LET'S LOOK AT 4147.

12:03PM   16        THE GOVERNMENT OFFERS THIS INTO EVIDENCE.  I BELIEVE THE

12:03PM   17   DEFENSE HAS STIPULATED.

12:03PM   18             MR. WADE:  WE DO, YOUR HONOR.

12:03PM   19             THE COURT:  IT'S ADMITTED, AND IT MAY BE DISPLAYED.

12:03PM   20        (GOVERNMENT'S EXHIBIT 4147 WAS RECEIVED IN EVIDENCE.)

12:03PM   21   BY MR. BOSTIC:

12:03PM   22   Q.   LET'S ZOOM IN ON THE MIDDLE MESSAGE ON THE PAGE THERE.

12:03PM   23        DR. ROSENDORFF, IS THIS AN EMAIL FROM YOU TO CLS ON

12:03PM   24   MAY 30TH, 2014?

12:03PM   25   A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1791

| | | |
|---|---|---|
| 12:03PM | 1 | Q.   AND CLS, IS THAT THAT SAME GROUP OF LABORATORY STAFF THAT |
| 12:03PM | 2 | WE WERE JUST TALKING ABOUT? |
| 12:03PM | 3 | A.   CORRECT. |
| 12:03PM | 4 | Q.   AND YOUR MESSAGE IS WRITTEN IN ALL CAPITAL LETTERS; IS |
| 12:03PM | 5 | THAT CORRECT? |
| 12:03PM | 6 | A.   CORRECT. |
| 12:03PM | 7 | Q.   AND THIS IS ALSO MARKED IMPORTANCE HIGH. |
| 12:04PM | 8 | DO YOU SEE THAT? |
| 12:04PM | 9 | A.   YES. |
| 12:04PM | 10 | Q.   AND WAS THAT YOUR DECISION TO MARK THIS EMAIL HIGH |
| 12:04PM | 11 | IMPORTANCE? |
| 12:04PM | 12 | A.   YES. |
| 12:04PM | 13 | Q.   AND YOU WRITE IN YOUR EMAIL TO LABORATORY STAFF, "ALL |
| 12:04PM | 14 | FURTHER HCG TESTING (CTN OR VACUTAINER) IS TO BE RUN ON THE |
| 12:04PM | 15 | IMMULITE." |
| 12:04PM | 16 | DO YOU SEE THAT? |
| 12:04PM | 17 | A.   YES. |
| 12:04PM | 18 | Q.   AND WHY WERE YOU MAKING THAT DECISION AT THIS TIME IN |
| 12:04PM | 19 | MAY OF 2014? |
| 12:04PM | 20 | A.   BASED ON THE HIGH CV'S FOR THE EDISON HCG TEST AND THE |
| 12:04PM | 21 | INCONSISTENT RESULTS WE WERE GETTING ON THE EDISON, I |
| 12:04PM | 22 | DETERMINED THAT THIS TEST WAS NOT FIT FOR PATIENT CARE. |
| 12:04PM | 23 | Q.   AND WHEN YOU SAY "ALL FURTHER HCG TESTING IS TO BE RUN ON |
| 12:04PM | 24 | THE IMMULITE," REMIND US WHAT THE IMMULITE IS, PLEASE. |
| 12:04PM | 25 | A.   THE IMMULITE IS A SIEMENS MANUFACTURED INSTRUMENT.  IT'S |

ROSENDORFF DIRECT BY MR. BOSTIC                                    1792

```
12:04PM   1    FDA APPROVED TO CONDUCT IMMUNOASSAYS, INCLUDING HCG.

12:04PM   2    Q.   SO, IN OTHER WORDS, YOU WERE DECIDING THAT THE HCG TEST

12:05PM   3    NEEDED TO BE TAKEN OFF OF THE EDISON, OFF THE THERANOS DEVICE

12:05PM   4    AND PUT ON THE THIRD PARTY DEVICE?

12:05PM   5    A.   CORRECT.

12:05PM   6    Q.   NUMBER 2 IN YOUR LIST OF INSTRUCTIONS INSTRUCTS STAFF,

12:05PM   7    "HOLD ALL EDISON CTN RESULTS - DO NOT RELEASE."

12:05PM   8         DO YOU SEE THAT?

12:05PM   9    A.   CORRECT.

12:05PM  10    Q.   AND WHY DID YOU FEEL CURRENTLY PENDING RESULTS COULDN'T

12:05PM  11    EVEN GO OUT?

12:05PM  12    A.   I WANTED TO MAKE THIS DECISION RETROACTIVE TO RESULTS THAT

12:05PM  13    HAD ALREADY BEEN RUN ON THE EDISONS.

12:05PM  14    Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP PORTION OF THIS

12:05PM  15    EMAIL, PLEASE.

12:05PM  16         DO YOU SEE, DR. ROSENDORFF, AT THE TOP OF THIS PAGE

12:05PM  17    SUNNY BALWANI FORWARDED THIS EMAIL TO ELIZABETH HOLMES ON

12:05PM  18    MAY 31ST, 2014?

12:06PM  19    A.   YES.

12:06PM  20    Q.   LET'S LOOK NEXT AT EXHIBIT 4840, PLEASE.

12:06PM  21         I'LL ASK YOU FIRST TO LOOK AT THE BOTTOM OF PAGE 3 ON THAT

12:06PM  22    EXHIBIT AND LET ME KNOW IF YOU SEE AN EMAIL FROM AMELIA AGUIRRE

12:06PM  23    TO INDIVIDUALS, INCLUDING CLS?

12:06PM  24    A.   YES.

12:06PM  25    Q.   IS THIS ANOTHER EMAIL SENT TO THAT GROUP FOR THE PURPOSE
```

ROSENDORFF DIRECT BY MR. BOSTIC                         1793

| | | |
|---|---|---|
| 12:06PM | 1 | OF DISCUSSING PATIENT TEST RESULTS AS WE'VE TALKED ABOUT |
| 12:07PM | 2 | BEFORE? |
| 12:07PM | 3 | A.   YES. |
| 12:07PM | 4 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO |
| 12:07PM | 5 | ADMIT EXHIBIT 4840. |
| 12:07PM | 6 | MR. WADE:  YOUR HONOR, I DON'T HAVE A COPY OF 4840 |
| 12:07PM | 7 | IN MY BOOK.  IF I COULD -- IF COUNSEL HAS A COPY? |
| 12:07PM | 8 | THE COURT:  IT MIGHT BE UNDER 4846. |
| 12:07PM | 9 | MR. BOSTIC:  I'M HAPPY TO GIVE MY COPY TO DEFENSE |
| 12:07PM | 10 | COUNSEL, YOUR HONOR. |
| 12:07PM | 11 | (PAUSE IN PROCEEDINGS.) |
| 12:07PM | 12 | MR. WADE:  NO OBJECTION. |
| 12:07PM | 13 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:07PM | 14 | (GOVERNMENT'S EXHIBIT 4840 WAS RECEIVED IN EVIDENCE.) |
| 12:07PM | 15 | MR. BOSTIC:  MS. HOLLIMAN, LET'S START AT THE BOTTOM |
| 12:07PM | 16 | OF PAGE 3, THE MIDDLE HALF OF THE PAGE. |
| 12:07PM | 17 | Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM -- |
| 12:07PM | 18 | THE CLERK:  JUST A MOMENT, YOUR HONOR.  IT'S NOT |
| 12:08PM | 19 | DISPLAYING.  IS IT UP? |
| 12:08PM | 20 | BY MR. BOSTIC: |
| 12:08PM | 21 | Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM AMELIA AGUIRRE TO |
| 12:08PM | 22 | INDIVIDUALS AT THERANOS, INCLUDING THAT CLS GROUP? |
| 12:08PM | 23 | A.   YES. |
| 12:08PM | 24 | Q.   AND THE TEXT OF THE EMAIL SAYS, "PLEASE SEE IF YOU CAN RUN |
| 12:08PM | 25 | THIS ASAP.  PHYSICIAN HAS CALLED SEVERAL TIMES TODAY LOOKING |

ROSENDORFF DIRECT BY MR. BOSTIC                                      1794

12:08PM  1      FOR RESULTS."

12:08PM  2          DO YOU SEE THAT?

12:08PM  3      A.   YES.

12:08PM  4      Q.   AND ABOVE THAT IS ANOTHER MESSAGE, "WE ALSO HAVE ANOTHER

12:08PM  5      PHYSICIAN LOOKING FOR RESULTS FOR," AND WE'VE REDACTED THE

12:08PM  6      NAME, "VISIT IS FROM JUNE 10TH, 2014, ALSO FOR TEST HCG."

12:08PM  7          DO YOU SEE THAT?

12:08PM  8      A.   YES.

12:08PM  9      Q.   LET'S LOOK AT THE TOP HALF OF PAGE 3, PLEASE.

12:09PM 10          DO YOU SEE THIS EMAIL MESSAGE FROM ROMINA RIENER ON

12:09PM 11      JUNE 12, 2014?

12:09PM 12      A.   YES.

12:09PM 13      Q.   AND SHE SAYS, "WE RAN THAT SAMPLE YESTERDAY BUT RESULTS

12:09PM 14      CAME OUT INVALID (FAILED RUN).  IT IS STILL PENDING A RERUN."

12:09PM 15          WHAT IS YOUR UNDERSTANDING OF WHAT THAT WOULD MEAN?

12:09PM 16      A.   THE INSTRUMENT WAS UNABLE TO RETURN A RESULT.

12:09PM 17      Q.   AND IS THAT BECAUSE OF A -- WELL, WHAT'S YOUR

12:09PM 18      UNDERSTANDING OF WHAT ISSUES COULD LEAD TO THAT OUTCOME?

12:09PM 19      A.   IT COULD BE MANY DIFFERENT ISSUES.  IT COULD BE A PROBLEM

12:09PM 20      WITH THE CHEMICALS, THE REAGENTS IN THE CARTRIDGE EITHER NOT

12:09PM 21      BEING PRESENT OR NOT BEING MIXED PROPERLY.

12:09PM 22          IT COULD BE A PROBLEM WITH INSTRUMENTATION, WITH DETECTION

12:09PM 23      WITHIN THE INSTRUMENT.

12:09PM 24          THERE ARE A NUMBER OF REASONS WHY IT COULD BE INVALID,

12:09PM 25      YEAH.

ROSENDORFF DIRECT BY MR. BOSTIC                                          1795

12:10PM   1    Q.   LET'S ZOOM OUT AND LOOK AT PAGE 2, PLEASE, IN THIS

12:10PM   2    EXHIBIT.  LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

12:10PM   3         DO YOU SEE AN EMAIL FROM MAX FOSQUE SENT AT 11:31 A.M.

12:10PM   4    ABOUT THIS ISSUE?

12:10PM   5    A.   YES.

12:10PM   6    Q.   AND THERE'S AN EMAIL BELOW THAT FROM CHRISTIAN HOLMES

12:10PM   7    SAYING, "THIS ONE IS CRITICAL IN CASE YOU GUYS ARE DEALING WITH

12:10PM   8    THIS AT ALL."

12:10PM   9         DO YOU SEE THAT?

12:10PM  10    A.   YES.

12:10PM  11    Q.   AND MR. FOSQUE RESPONDS, "I BELIEVE TINA JUST BROUGHT THIS

12:10PM  12    UPSTAIRS, WE CAN RUN NEAT ON THE IMMULITE.  TINA CAN U

12:11PM  13    CONFIRM?"

12:11PM  14         DO YOU SEE THAT?

12:11PM  15    A.   YES.

12:11PM  16    Q.   REMIND US WHAT THE UPSTAIRS PORTION OF THE THERANOS LAB

12:11PM  17    CONTAINED.

12:11PM  18    A.   THE UPSTAIRS PORTION OF THE LAB CONTAINED FDA APPROVED

12:11PM  19    PREDICATE INSTRUMENTS THAT WERE NOT MODIFIED THAT WERE DESIGNED

12:11PM  20    TO TEST VACUTAINER BLOOD, BLOOD FROM VACUTAINERS, VENOUS BLOOD.

12:11PM  21    Q.   AROUND THIS TIME IN THE MIDDLE OF 2014, WAS THE DEFAULT TO

12:11PM  22    RUN HCG TESTS ON THE THIRD PARTY DEVICES OR ON THE THERANOS

12:11PM  23    EDISON?

12:11PM  24    A.   ON THE EDISON.

12:11PM  25    Q.   SO IN THIS CASE WE'RE SEEING A CHANGE OF PLANS ESSENTIALLY

ROSENDORFF DIRECT BY MR. BOSTIC                              1796

12:11PM  1    AND THE SAMPLE IS NOW POSSIBLY GOING TO BE RUN ON THE THIRD

12:11PM  2    PARTY DEVICE INSTEAD?

12:11PM  3    A.   CORRECT.

12:11PM  4    Q.   THE EMAIL ABOVE THAT FROM TINA LIN SAYS, "I BROUGHT IT

12:11PM  5    UPSTAIRS BUT HODA SAID THEY CAN'T RUN IT?  CAN YOU CHECK WHY?"

12:11PM  6         DO YOU SEE THAT?

12:11PM  7    A.   YES.

12:12PM  8    Q.   LET'S LOOK AT THE TOP HALF, OR THE VERY TOP PORTION OF

12:12PM  9    PAGE 2, PLEASE.

12:12PM  10        ACTUALLY, LET'S ZOOM OUT AND CAPTURE THE WHOLE TOP HALF OF

12:12PM  11   THE PAGE.

12:12PM  12        DO YOU SEE THAT MESSAGE FROM TINA LIN THAT SAYS, "SO

12:12PM  13   THEY'RE TESTING THE DEAD VOLUME RIGHT NOW.  THEY CAN'T GET IT

12:12PM  14   TO WORK YET"?

12:12PM  15   A.   YES, I SEE THAT.

12:12PM  16   Q.   AND THEN SHE SAYS, "WE'RE MINUTES AWAY FROM FINDING OUT

12:12PM  17   WHETHER HCG ON EITHER OF THE EDISON DEVICES HAVE PASSED."

12:12PM  18        DO YOU KNOW WHAT THAT WOULD BE A REFERENCE TO?

12:12PM  19   A.   I DON'T KNOW SPECIFICALLY.  IT WOULD EITHER BE WHETHER

12:12PM  20   THAT SAMPLE HAD PASSED ON THE EDISONS OR WHETHER THE QC HAD

12:13PM  21   PASSED.  I CAN'T SAY FOR SURE.

12:13PM  22   Q.   LET'S GO TO PAGE 1 NOW IN THIS EXHIBIT.  LET'S ZOOM IN ON

12:13PM  23   THE BOTTOM PORTION.  LET'S GO TO THE BOTTOM TWO OR THREE EMAIL

12:13PM  24   MESSAGES.

12:13PM  25        OKAY.  AND DO YOU SEE AT THE BOTTOM THERE, THERE'S A

ROSENDORFF DIRECT BY MR. BOSTIC                           1797

12:13PM   1        MESSAGE FROM TINA LIN PROVIDING ANOTHER UPDATE HERE SAYING,

12:13PM   2        "LEVEL 2 FOR HCG JUST BARELY FAILED ON BOTH READERS, SORRY.

12:13PM   3        WE'RE TRYING AGAIN."

12:13PM   4        A.   YES, I SEE THAT.

12:13PM   5        Q.   DOES THAT CLARIFY TO YOU WHAT THAT WOULD BE REFERRING TO?

12:13PM   6        A.   YES, THAT WOULD BE QC, LEVEL 2.

12:13PM   7        Q.   AND WOULD THIS BE REFERRING TO THE EDISON?

12:13PM   8        A.   CORRECT.

12:13PM   9        Q.   AND THERE'S AN EMAIL ABOVE THAT FROM CHRISTIAN HOLMES TO

12:13PM  10        ELIZABETH HOLMES.

12:13PM  11             DO YOU SEE THAT?

12:13PM  12        A.   YES.

12:13PM  13        Q.   AND CHRISTIAN WRITES, "JUST FYI - HCG RIGHT NOW CAUSING

12:14PM  14        SOME SERIOUS ISSUES IN PATIENT COMPLAINTS.  BEEN SPENDING ALL

12:14PM  15        MORNING TALKING TO DOCS ABOUT JUST HCG AND WILL CONTINUE TO DO

12:14PM  16        SO...IT'S A SENSITIVE ONE OBVIOUSLY B/C OF PEOPLE FINDING OUT

12:14PM  17        IF PREGNANT."

12:14PM  18             IS THAT CORRECT?

12:14PM  19        A.   YES, I READ THAT.

12:14PM  20        Q.   DURING THIS TIME IN MID-JUNE 2014, DO YOU RECALL WHETHER

12:14PM  21        YOU WERE PART OF CONVERSATIONS WITH DOCTORS ABOUT PROBLEMS WITH

12:14PM  22        THERANOS HCG TESTS?

12:14PM  23        A.   I WAS NOT.

12:14PM  24        Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP HALF OF THE PAGE,

12:14PM  25        PLEASE.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1798

12:14PM 1          OR LET'S ZOOM IN ON THE MIDDLE PART ACTUALLY.  THANK YOU.

12:14PM 2          CHRISTIAN HOLMES FOLLOWS UP ON HIS EMAIL TO

12:14PM 3     ELIZABETH HOLMES SAYING, "SEEMS LIKE WE ALSO HAVE A CAPACITY

12:14PM 4     ISSUE RIGHT NOW WITH EDISONS AT FULL CAPACITY AND VENOUS

12:15PM 5     SAMPLES IN A SERIOUS QUEUE NOT BEING RUN.  WENT DOWN THERE AND

12:15PM 6     IT'S A COMPLETE MESS."

12:15PM 7          DO YOU RECALL EXPERIENCING CAPACITY ISSUES WITH TESTING

12:15PM 8     BANDWIDTH AT THERANOS?

12:15PM 9     A.   YES, I RECALL CAPACITY ISSUES WITH THE EDISON TESTS.

12:15PM 10    Q.   AND DID SOME OF THAT COME DOWN TO THE QC FAILURE RATES AND

12:15PM 11    OTHER PROBLEMS THAT WE HAVE BEEN TALKING ABOUT?

12:15PM 12    A.   CORRECT.  THE EDISONS WERE ALSO PRETTY SLOW BY COMPARISON

12:15PM 13    WITH THE IMMULITE, EVEN IF THEY WERE WORKING PROPERLY.

12:15PM 14    Q.   AND DID THAT CONTRIBUTE TO A BACKLOG OR SLOWDOWN IN THE

12:15PM 15    LAB?

12:15PM 16    A.   YES.

12:15PM 17    Q.   ALL RIGHT.  LET'S ZOOM OUT AND LOOK AT THE TOP MESSAGE IN

12:15PM 18    THIS CHAIN, PLEASE.

12:15PM 19         ACTUALLY, LET'S GO DOWN TO -- LET'S CAPTURE THE WHOLE TOP

12:16PM 20    HALF.  PERFECT.  THANK YOU.

12:16PM 21         MS. HOLMES THEN RESPONDS TO HER BROTHER AND TO

12:16PM 22    SUNNY BALWANI.

12:16PM 23         DO YOU SEE THAT?

12:16PM 24    A.   YES.

12:16PM 25    Q.   SHE SAYS, "WE'LL CONNECT IN DETAIL ON THIS AS SOON AS I'M

ROSENDORFF DIRECT BY MR. BOSTIC                                    1799

12:16PM   1    OUT.

12:16PM   2         "SUNNY, THIS IS ALREADY HANDLED - JUST FYI."

12:16PM   3         DO YOU SEE THAT?

12:16PM   4    A.   YES.

12:16PM   5    Q.   AND CHRISTIAN WRITES BACK ABOUT AN EXPERIENCE THAT HE HAD

12:16PM   6    WHERE A DOCTOR SENT THERANOS THREE PATIENTS AND ALL RESULTS

12:16PM   7    HAVE BEEN OVER FOUR DAYS, THIS BEING THE THIRD PATIENT.

12:16PM   8         DO YOU SEE THAT?

12:16PM   9    A.   YES.

12:16PM  10    Q.   DO YOU HAVE A RECOLLECTION OF DELAYS THIS LONG DURING YOUR

12:16PM  11    TIME AT THERANOS, RESULTS WAITING AS LONG AS FOUR DAYS?

12:16PM  12    A.   NO.

12:16PM  13    Q.   AND DO YOU THINK YOU SHOULD HAVE BEEN INVOLVED IN

12:16PM  14    CONVERSATIONS ABOUT THIS DELAY?

12:16PM  15    A.   YES.

12:16PM  16    Q.   CHRISTIAN GOES ON TO REPORT THAT THAT DOCTOR ORIGINALLY

12:17PM  17    SAID HE WON'T SEND US ANYMORE PATIENTS BECAUSE WE HAVE HAD

12:17PM  18    ISSUES WITH ALL THREE PATIENTS.

12:17PM  19         BUT AT THE END OF THE CALL, HE SAID HE WOULD BE WILLING TO

12:17PM  20    EVALUATE THIS FURTHER BASED ON PATIENT NEEDS.

12:17PM  21         DO YOU SEE THAT?

12:17PM  22    A.   YES.

12:17PM  23    Q.   AND DID YOU HAVE ANY EXPERIENCES TALKING TO DOCTORS WHO

12:17PM  24    EXPRESSED CONCERNS ABOUT THE VALIDITY OR ACCURACY OF THERANOS

12:17PM  25    HCG RESULTS?

ROSENDORFF DIRECT BY MR. BOSTIC                              1800

12:17PM   1    A.   NO.

12:17PM   2    Q.   LET'S LOOK AT EXHIBIT 4222, PLEASE.

12:17PM   3         LET ME KNOW ONCE YOU'RE THERE.

12:17PM   4    A.   I SEE IT.

12:17PM   5    Q.   OKAY.  I'LL ASK YOU TO LOOK AT THE FIRST PAGE OF THAT

12:18PM   6    EXHIBIT AT THE TOP.

12:18PM   7         DO YOU SEE AN EMAIL FROM SUNNY BALWANI TO

12:18PM   8    ELIZABETH HOLMES?

12:18PM   9    A.   YES.

12:18PM  10    Q.   AND DO YOU SEE THAT THE SUBJECT LINE IS CUSTOMER ISSUE?

12:18PM  11    A.   YES.

12:18PM  12    Q.   AND IF YOU LOOK DOWN ON THAT PAGE, DO YOU SEE THERE'S

12:18PM  13    ADDITIONAL CORRESPONDENCE RELATING TO ANOTHER HCG ISSUE AT

12:18PM  14    THERANOS?

12:18PM  15    A.   YES.

12:18PM  16              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

12:18PM  17    ADMIT EXHIBIT 4222.

12:18PM  18              MR. WADE:  NO OBJECTION.

12:18PM  19              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:18PM  20         (GOVERNMENT'S EXHIBIT 4222 WAS RECEIVED IN EVIDENCE.)

12:18PM  21              MR. BOSTIC:  LET'S START ON PAGE 1 OF THIS EXHIBIT,

12:18PM  22    PLEASE, MS. HOLLIMAN.  AND LET'S ZOOM IN ON THE VERY BOTTOM,

12:19PM  23    PLEASE, JUST TO CAPTURE THAT INFORMATION.

12:19PM  24    Q.   DR. ROSENDORFF, DO YOU SEE WE'RE ABOUT TO LOOK AT AN EMAIL

12:19PM  25    FROM SOMEONE NAMED ALLISON MARTIN AT IVF PHOENIX SENT TO

12:19PM  1    ERIC NELSON, AND THE SUBJECT LINE IS LABS?

12:19PM  2    A.   YES.

12:19PM  3    Q.   AND THIS WAS SENT ON SEPTEMBER 29TH, 2014; CORRECT?

12:19PM  4    A.   YES.

12:19PM  5    Q.   AND LET'S GO TO PAGE 2, PLEASE, MS. HOLLIMAN.  LET'S ZOOM

12:19PM  6    IN ON THE TEXT AT THE TOP, PLEASE.

12:19PM  7         DR. ROSENDORFF, IS THIS AN EMAIL FROM A MEDICAL SERVICE

12:19PM  8    PROVIDER TO THERANOS?

12:19PM  9    A.   YES.

12:19PM  10   Q.   THE EMAIL READS, "ERIC, THANK YOU SO MUCH FOR DROPPING OFF

12:19PM  11   THE NEW ORDER SHEETS.  I AM SORRY I WAS UNAVAILABLE AT THAT

12:19PM  12   TIME.

12:19PM  13       "WE WILL CALL THE SUPPORT LINE, BUT ALSO WANTED TO GIVE

12:20PM  14   YOU A HEADS UP ON WHAT HAPPENED WITH THE LAB.  WE SENT A

12:20PM  15   PATIENT OF OURS IN FOR HER 48-HOUR REPEAT ON HER QB HCG."

12:20PM  16       WHAT IS QB HCG?

12:20PM  17   A.   I DON'T KNOW WHAT THE Q AND THE B STAND FOR.

12:20PM  18   Q.   IS HCG REFERENCING THE TEST THAT WE'VE BEEN TALKING ABOUT?

12:20PM  19   A.   YES.

12:20PM  20   Q.   THE MEDICAL SERVICE PROVIDER GOES ON TO REPORT THAT "THE

12:20PM  21   PATIENT'S INITIAL TEST CAME BACK AT 160 (RUN AT A DIFFERENT

12:20PM  22   LAB) AND WHEN WE SENT HER BACK IN FOR HER REPEAT WITH YOUR LAB

12:20PM  23   THE RESULTS CAME BACK AT LESS THAN 7.82."

12:20PM  24       DO YOU SEE THAT?

12:20PM  25   A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1802

| | | |
|---|---|---|
| 12:20PM | 1 | Q.   AND THE EMAIL GOES ON.  "BECAUSE HER TEST CAME BACK |
| 12:20PM | 2 | NEGATIVE, WE HAD HER DISCONTINUE HER CURRENT MEDICATIONS AND |
| 12:20PM | 3 | BEGAN GETTING HER READY FOR HER NEXT CYCLE." |
| 12:20PM | 4 | DO YOU SEE THAT? |
| 12:20PM | 5 | A.   YES. |
| 12:20PM | 6 | Q.   AND IT GOES ON.  "A FEW WEEKS LATER SHE WENT BACK IN FOR |
| 12:21PM | 7 | ANOTHER QB HCG AND IT CAME BACK AT OVER 2000.  WE BROUGHT HER |
| 12:21PM | 8 | IN AND I SCANNED HER, AND THERE WAS IN FACT A BABY AND A |
| 12:21PM | 9 | HEARTBEAT." |
| 12:21PM | 10 | DO YOU SEE THAT? |
| 12:21PM | 11 | A.   YES. |
| 12:21PM | 12 | Q.   AND THE EMAIL CONTINUES.  "OUR CONCERN IS THAT YOUR LAB |
| 12:21PM | 13 | TOLD US SHE HAD A NEGATIVE PREGNANCY, WE RELAYED THAT TO OUR |
| 12:21PM | 14 | PATIENT AND CONTINUED OUR PROTOCOL AS SHE WASN'T PREGNANT." |
| 12:21PM | 15 | DID I READ THAT CORRECTLY? |
| 12:21PM | 16 | A.   YES. |
| 12:21PM | 17 | Q.   LET'S GO BACK TO PAGE 1 OF THIS EXHIBIT AND ZOOM IN ON THE |
| 12:21PM | 18 | BOTTOM HALF, PLEASE. |
| 12:21PM | 19 | DO YOU SEE THAT ERIC NELSON FORWARDS THAT INFORMATION TO |
| 12:21PM | 20 | MIKE PHEBUS AND KIMBERLY ALFONSO? |
| 12:22PM | 21 | A.   YES. |
| 12:22PM | 22 | Q.   AND CAN YOU IDENTIFY THOSE INDIVIDUALS AT THERANOS.  DID |
| 12:22PM | 23 | YOU WORK WITH THEM? |
| 12:22PM | 24 | A.   I DID NOT WORK WITH ERIC NELSON OR MIKE PHEBUS.  I DID |
| 12:22PM | 25 | WORK WITH KIMBERLY ALFONSO. |

ROSENDORFF DIRECT BY MR. BOSTIC                                    1803

12:22PM  1    Q.   AND WHAT WAS HER POSITION?

12:22PM  2    A.   I BELIEVE SHE WAS A LIAISON WITH THE CLINICAL SITES, THE

12:22PM  3    COLLECTION SITES.  I RECOGNIZE THE NAME.  I DON'T KNOW FOR SURE

12:22PM  4    WHAT HER ROLE WAS.

12:22PM  5    Q.   THE EMAIL ABOVE THAT IS FROM MS. ALFONSO TO

12:22PM  6    CHRISTIAN HOLMES AND SUNNY BALWANI; CORRECT?

12:22PM  7    A.   CORRECT.

12:22PM  8    Q.   AND SHE WRITES "PLEASE SEE BELOW."

12:22PM  9         SHE SAYS, "STILL NEED INFO ON HCG INQUIRY FROM LAST MONTH

12:22PM 10    TOO (RE: AUGUST 20TH WITH 600,000 RESULT FROM THAT NURSE

12:22PM 11    PRACTITIONER)."

12:22PM 12         DO YOU SEE THAT?

12:22PM 13    A.   YES.

12:22PM 14    Q.   AND YOU WERE NOT INCLUDED ON THESE EMAILS; IS THAT

12:23PM 15    CORRECT?

12:23PM 16    A.   THAT'S CORRECT.

12:23PM 17    Q.   AND DO YOU BELIEVE YOU SHOULD HAVE BEEN INCLUDED IN

12:23PM 18    DISCUSSIONS ABOUT HCG RESULTS LIKE THESE?

12:23PM 19    A.   YES, ABSOLUTELY.

12:23PM 20    Q.   LET'S ZOOM IN ON THE TOP PORTION OF PAGE 1, PLEASE, THE

12:23PM 21    TOP TWO MESSAGES.  ACTUALLY, THE TOP THREE MESSAGES.

12:23PM 22         DO YOU SEE ON SEPTEMBER 29TH, AT 4:45 P.M., SUNNY BALWANI

12:23PM 23    FORWARDED THIS INFORMATION TO ELIZABETH HOLMES?

12:23PM 24    A.   YES, I SEE THAT.

12:23PM 25    Q.   AND MS. HOLMES RESPONDS, "HOW DID THAT HAPPEN?"

ROSENDORFF DIRECT BY MR. BOSTIC                                    1804

12:23PM    1      A.   YES, I SEE THAT.

12:23PM    2      Q.   AND MR. BALWANI RESPONDS, "FINDING OUT."

12:23PM    3           IS THAT RIGHT?

12:23PM    4      A.   YES.

12:23PM    5      Q.   LET'S LOOK NOW AT EXHIBIT 4228.

12:24PM    6           DO YOU HAVE EXHIBIT 4228 IN FRONT OF YOU?

12:24PM    7      A.   YES.

12:24PM    8      Q.   IS THIS A CONTINUATION OR A DIFFERENT VERSION OF THE SAME

12:24PM    9      EMAIL CHAIN THAT WE WERE LOOKING AT?

12:24PM   10      A.   IT APPEARS THAT WAY BASED ON THE DATES.

12:24PM   11      Q.   OKAY.

12:24PM   12      A.   OH, IT IS.  IT IS STILL REFERENCING -- THE SUBJECT LINE IS

12:24PM   13      IDENTICAL, IT SAYS FORWARD CUSTOMER ISSUE GM.

12:24PM   14      Q.   THANK YOU.

12:24PM   15           THE GOVERNMENT MOVES INTO EVIDENCE EXHIBIT 4228.

12:24PM   16                MR. WADE:  NO OBJECTION.

12:24PM   17                THE COURT:  IT IS ADMITTED, AND IT MAY BE PUBLISHED.

12:24PM   18           (GOVERNMENT'S EXHIBIT 4228 WAS RECEIVED IN EVIDENCE.)

12:24PM   19                MR. BOSTIC:  LET'S LOOK AT THE BOTTOM OF PAGE 2.

12:24PM   20      AND ZOOM IN ON THE VERY BOTTOM MESSAGE.

12:25PM   21      Q.   DO YOU SEE AN EMAIL FROM MAXIMILIAN FOSQUE TO

12:25PM   22      DANIEL YOUNG, CHINMAY PANGARKAR, SUNNY BALWANI,

12:25PM   23      CHRISTIAN HOLMES ON SEPTEMBER 29TH, 2014?

12:25PM   24      A.   YES, I SEE THAT.

12:25PM   25      Q.   AND MR. FOSQUE WRITES, "A DOCTOR'S OFFICE HAS REPORTED A

ROSENDORFF DIRECT BY MR. BOSTIC                                    1805

12:25PM    1    POTENTIAL DISCREPANCY WITH OUR HCG RESULTS."

12:25PM    2         IS THAT RIGHT?

12:25PM    3    A.   YES.

12:25PM    4    Q.   AND LET'S TURN TO PAGE 3.  AND LET'S ZOOM IN ON THE TOP,

12:25PM    5    PLEASE.

12:25PM    6         THAT EMAIL GOES ON TO SAY, "ON OR AROUND SEPTEMBER 3RD OR

12:25PM    7    SEPTEMBER 4TH A PATIENT GOT HCG RESULTS FROM ANOTHER LAB 160

12:25PM    8    MILLIUNITS PER MILLILITER.  WITHIN 48 HOURS THE PATIENT CAME TO

12:25PM    9    WALGREENS (VISIT DATE 9/5) AND WE COLLECTED 1 EDTA CTN."

12:25PM   10         THAT MENTION OF COLLECTION IN THE CTN, WHAT DOES THAT

12:26PM   11    SIGNIFY TO YOU ABOUT THE METHOD OF DRAW?

12:26PM   12    A.   THAT WOULD BE A FINGERSTICK DRAW FOR RUN ON THE EDISON

12:26PM   13    INSTRUMENT.

12:26PM   14    Q.   THE EMAIL GOES ON, "WE REPORTED RESULTS OF OORL."

12:26PM   15         REMIND US, WHAT DOES THAT STAND FOR?

12:26PM   16    A.   OUT OF RANGE LOW.

12:26PM   17    Q.   AND IT SAYS, "LESS THAN 7.82 MILLIUNITS PER MILLILITER.

12:26PM   18    DUE TO THIS MEDICATIONS WERE DISCONTINUED.  HOWEVER, THE

12:26PM   19    PATIENT RETURNED ON SEPTEMBER 19TH WITH THE SAME TEST ORDERED

12:26PM   20    ALONG WITH PROGESTERONE.  WE THEN REPORTED HCG RESULTS OF

12:26PM   21    2150.01 MILLIUNITS PER MILLILITER (ALIQUOT TO CTN AND RUN ON

12:26PM   22    EDISON.)"

12:26PM   23         DO YOU SEE THAT?

12:26PM   24    A.   YES, I DO.

12:26PM   25    Q.   IT GOES ON TO SAY, "THE OFFICE IS INQUIRING AS TO WHY THE

ROSENDORFF DIRECT BY MR. BOSTIC                                    1806

| | | |
|---|---|---|
| 12:26PM | 1 | FIRST RESULT WAS REPORTED AS A NEGATIVE, WHERE IN FACT IT IS |
| 12:26PM | 2 | LIKELY IT SHOULD HAVE BEEN A POSITIVE VALUE." |
| 12:26PM | 3 | DID YOU AGREE AT THE TIME WITH THE OFFICE'S CONCLUSION |
| 12:26PM | 4 | ABOUT THE ACCURACY OF THIS TEST? |
| 12:27PM | 5 | ACTUALLY, LET ME JUST ASK YOU, THE QUESTION IS, DO YOU |
| 12:27PM | 6 | AGREE WITH THE OFFICE'S CONCLUSION ABOUT THE ACCURACY OF THESE |
| 12:27PM | 7 | TESTS? |
| 12:27PM | 8 | A.  YES.  YES, I DO. |
| 12:27PM | 9 | MR. WADE:  OBJECTION, YOUR HONOR. |
| 12:27PM | 10 | THE WITNESS:  OH, I'M SORRY. |
| 12:27PM | 11 | THE COURT:  OVERRULED. |
| 12:27PM | 12 | BY MR. BOSTIC: |
| 12:27PM | 13 | Q.  SORRY.  YOU CAN FINISH YOUR ANSWER, DR. ROSENDORFF. |
| 12:27PM | 14 | A.  I SEE THAT THE RESULTS ON 9/5 WAS LESS THAN 7.8, AND TWO |
| 12:27PM | 15 | WEEKS LATER ON 9/19 THE RESULT WAS OVER 2000.  I CANNOT THINK |
| 12:27PM | 16 | OF A CLINICAL SCENARIO THAT WOULD EXPLAIN THIS DISCREPANCY. |
| 12:27PM | 17 | Q.  LET'S LOOK AT PAGE 1 IN THE TOP HALF OF THE PAGE, PLEASE. |
| 12:27PM | 18 | DO YOU SEE AT THE BOTTOM OF THAT SELECTION AN EMAIL FROM |
| 12:27PM | 19 | DANIEL YOUNG? |
| 12:27PM | 20 | A.  YES. |
| 12:27PM | 21 | Q.  AND THE EMAIL IS SENT TO INDIVIDUALS AT THERANOS, |
| 12:28PM | 22 | INCLUDING SUNNY BALWANI AND CHRISTIAN HOLMES; IS THAT RIGHT? |
| 12:28PM | 23 | A.  YES. |
| 12:28PM | 24 | Q.  AND THE EMAIL STATES, "BASED ON THE INDIVIDUAL TIP DATE |
| 12:28PM | 25 | FOR THE FINGERSTICK SAMPLE, THERE WERE 4 TIPS REPORTING OUT OF |

ROSENDORFF DIRECT BY MR. BOSTIC                              1807

12:28PM   1    RANGE LOW AND TWO REPORTING INVALID."

12:28PM   2         DO YOU SEE THAT?

12:28PM   3    A.   YES.

12:28PM   4    Q.   AND WHAT DOES IT MEAN FOR A TIP TO REPORT INVALID?

12:28PM   5    A.   THAT TIP IS UNABLE TO GENERATE A SIGNAL OR REPORT A VALUE.

12:28PM   6    Q.   DANIEL YOUNG GOES ON TO SAY, "IT IS POSSIBLE THAT A

12:28PM   7    PROCESSING ERROR OCCURRED, BUT WE REALLY DO NOT HAVE DIRECT

12:28PM   8    EVIDENCE OF ANY ERRORS BASED ON THIS DATA.

12:28PM   9         "FROM THE PATIENT HISTORY, GIVEN MEDICATION AND OTHER

12:28PM   10   FACTORS THAT WE DO NOT FULLY KNOW, THERE COULD HAVE BEEN SOME

12:28PM   11   UNUSUAL TRENDS IN THIS ANALYTE."

12:28PM   12        DO YOU SEE THAT?

12:28PM   13   A.   YES.

12:28PM   14   Q.   AND WAS DANIEL YOUNG A PHYSICIAN?

12:28PM   15   A.   NO.

12:28PM   16   Q.   WAS DANIEL YOUNG -- DID HE HAVE A POSITION IN THE CLINICAL

12:28PM   17   LAB AT THERANOS?

12:28PM   18   A.   DANIEL YOUNG WAS VERY INVOLVED IN THE CLIA LAB AFTER THE

12:29PM   19   TESTS WERE LAUNCHED.  HE WOULD OFTEN OFFER HIS OPINION AS TO

12:29PM   20   THE VALIDITY OF THE RESULTS.

12:29PM   21   Q.   WAS HE A CLS IN THE CLINICAL LAB?

12:29PM   22   A.   NO.

12:29PM   23   Q.   HOW ABOUT A CLA, IS THAT THE LEVEL BELOW?

12:29PM   24   A.   NO, HE WAS NOT.

12:29PM   25   Q.   DID HE HAVE ANY OFFICIAL TITLE IN CONNECTION WITH THE

ROSENDORFF DIRECT BY MR. BOSTIC                                    1808

12:29PM    1    CLINICAL LAB?

12:29PM    2    A.   HIS TITLE AT THE COMPANY WAS VICE PRESIDENT OF THERANOS

12:29PM    3    SYSTEMS.

12:29PM    4    Q.   LOOKING AT THE VERY TOP OF THE MESSAGE HERE, DO YOU SEE

12:29PM    5    THAT ON SEPTEMBER 30TH, 2014, SUNNY BALWANI FORWARDED ALL OF

12:29PM    6    THIS INFORMATION TO ELIZABETH HOLMES?

12:29PM    7    A.   YES.

12:29PM    8    Q.   LET'S LOOK NEXT AT EXHIBIT 1543, PLEASE.

12:29PM    9         LET ME ASK, BEFORE WE MOVE ON TO THAT EXHIBIT, DO YOU

12:30PM   10    RECALL LOOKING AT AN EXHIBIT WHERE YOU DIRECTED THAT NO

12:30PM   11    ADDITIONAL HCG TESTING WAS GOING TO BE PERFORMED ON THE EDISON?

12:30PM   12    A.   YES.

12:30PM   13    Q.   AND DO YOU RECALL WHAT THE OUTCOME WAS OF THAT DECISION?

12:30PM   14    A.   I DO NOT.

12:30PM   15    Q.   WE LOOKED AT SOME EXAMPLES AFTER THAT DATE WHERE HCG WAS

12:30PM   16    STILL RUN ON THE EDISON; IS THAT CORRECT?

12:30PM   17    A.   YES.  SO MY INITIAL INSTRUCTIONS I BELIEVE WERE IN JUNE OF

12:31PM   18    2014.  I DON'T RECALL EXACTLY THE DATES, I'M SORRY.

12:31PM   19    Q.   NO PROBLEM.

12:31PM   20         LET'S GO BACK JUST BRIEFLY TO EXHIBIT 4147, PLEASE, WHICH

12:31PM   21    IS IN EVIDENCE.

12:31PM   22    A.   I'M SORRY, THAT WAS MAY.  GOT IT.

12:31PM   23    Q.   IS THAT REFRESHING YOUR RECOLLECTION ABOUT WHEN THAT HAD

12:31PM   24    HAPPENED?

12:31PM   25    A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                      1809

```
12:31PM   1    Q.   BASED ON THE EMAILS THAT WE HAVE LOOKED AT SINCE THAT,

12:31PM   2    DOES IT APPEAR THAT HCG WAS CONTINUED TO BE RUN ON THE EDISON

12:31PM   3    EVEN FOLLOWING THIS DECISION?

12:31PM   4    A.   CORRECT, THEY WERE NOT FOLLOWING MY DIRECTIVE.

12:31PM   5              MR. WADE:  LACK OF FOUNDATION.  HE ANSWERED THE

12:31PM   6    QUESTION --

12:31PM   7              THE COURT:  COULD YOU LAY A LITTLE MORE FOUNDATION

12:31PM   8    FOR THAT, PLEASE.

12:31PM   9    BY MR. BOSTIC:

12:31PM  10    Q.   DR. ROSENDORFF, ARE YOU AWARE OF INSTANCES FOLLOWING THIS

12:31PM  11    DATE WHERE THERANOS RAN THE HCG TEST ON THE EDISON?

12:31PM  12    A.   I WAS NOT AWARE.

12:31PM  13    Q.   OKAY.  ARE YOU AWARE OF THAT FACT TODAY?

12:31PM  14    A.   YES, I AM.

12:32PM  15    Q.   DO YOU HAVE EXHIBIT 1543 IN FRONT OF YOU?

12:32PM  16    A.   I HAVE IT NOW.

12:32PM  17    Q.   I'LL DIRECT YOUR ATTENTION TO PAGE 5 AND LOOKING AT THAT

12:32PM  18    PAGE, I'LL ASK YOU IF YOU RECOGNIZE AN EMAIL FROM YOU DIRECTED

12:32PM  19    TO DANIEL AND SUNNY?

12:32PM  20    A.   YES.

12:32PM  21    Q.   AND DO YOU KNOW WHO DANIEL AND SUNNY WOULD BE IN THIS

12:32PM  22    EMAIL?

12:32PM  23    A.   DANIEL YOUNG AND SUNNY BALWANI.

12:32PM  24    Q.   I'LL ASK YOU TO TURN TO PAGE 4.

12:32PM  25              AND DO YOU SEE AT THE BOTTOM OF PAGE 4 MS. HOLMES IS THEN
```

ROSENDORFF DIRECT BY MR. BOSTIC                              1810

| | | |
|---|---|---|
| 12:32PM | 1 | ADDED TO THE EMAIL CHAIN? |
| 12:33PM | 2 | A.   YES, I DO. |
| 12:33PM | 3 |         MR. BOSTIC:  YOUR HONOR, MOVE TO ADMIT EXHIBIT 1543. |
| 12:33PM | 4 |         MR. WADE:  NO OBJECTION. |
| 12:33PM | 5 |         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:33PM | 6 |      (GOVERNMENT'S EXHIBIT 1543 WAS RECEIVED IN EVIDENCE.) |
| 12:33PM | 7 |      MR. BOSTIC:  MS. HOLLIMAN, LET'S START WITH PAGE 5, |
| 12:33PM | 8 | PLEASE.  LET'S ZOOM OWN IN ON THE EMAIL BEGINNING WITH DANIEL |
| 12:33PM | 9 | AND SUNNY. |
| 12:33PM | 10 | Q.   DO YOU SEE THE EMAIL ON FEBRUARY 19TH, 2014? |
| 12:33PM | 11 | A.   YES. |
| 12:33PM | 12 | Q.   AND IT SAYS, "WE HAVE BEEN GETTING A SPATE OF LOW HDL |
| 12:33PM | 13 | VALUES." |
| 12:33PM | 14 |      IS THAT CORRECT? |
| 12:33PM | 15 | A.   CORRECT. |
| 12:33PM | 16 | Q.   AND CAN YOU EXPLAIN WHAT WAS HAPPENING AT THIS TIME AND |
| 12:33PM | 17 | WHY YOU SENT THIS EMAIL? |
| 12:33PM | 18 | A.   WE WERE GETTING PHYSICIAN QUERIES AND COMPLAINTS ABOUT LOW |
| 12:34PM | 19 | HDL VALUES AND ABOUT THE CHOLESTEROL RESULTS IN GENERAL. |
| 12:34PM | 20 | Q.   AND WHAT IS HDL? |
| 12:34PM | 21 | A.   HIGH DENSITY LIPOPROTEIN. |
| 12:34PM | 22 | Q.   AND WHAT IS THAT TEST ABOUT? |
| 12:34PM | 23 | A.   IT IS IMPORTANT FOR CARDIO VASCULAR HEALTH. |
| 12:34PM | 24 | Q.   AND THE REPORTS THAT YOU WERE GETTING FROM DOCTORS ABOUT |
| 12:34PM | 25 | HDL VALUES COMING OUT OF THERANOS, DID THEY CAUSE YOU CONCERN |

ROSENDORFF DIRECT BY MR. BOSTIC                                    1811

12:34PM  1    AT THE TIME?

12:34PM  2    A.   YES, THEY DID.

12:34PM  3    Q.   AND WHY IS THAT?

12:34PM  4    A.   AS MENTIONED IN THE EMAIL THESE ARE PATIENTS AND THE

12:34PM  5    GENERAL POPULATION, AND THEY'RE ALL SHOWING RESULTS IN THE

12:35PM  6    FIFTH PERCENTILE OR LESS.  ANOTHER 95 PERCENT OF FOLKS HAVE

12:35PM  7    HDL'S THAT ARE HIGHER.  STATISTICALLY THIS DOES NOT SEEM LIKELY

12:35PM  8    TO ME IN THE SPAN OF FOUR DAYS FROM 2-14 TO 2-18 THAT WE WOULD

12:35PM  9    BE GETTING THE SPATE OF LOW HDL'S.

12:35PM  10   Q.   AND WHAT DID THAT CAUSE YOU TO SUSPECT?

12:35PM  11   A.   A PROBLEM WITH THE ASSAY.

12:35PM  12   Q.   AND, IN FACT, YOU WRITE IN YOUR EMAIL, "WE HAVE BEEN

12:35PM  13   GETTING A SPATE OF LOW HDL VALUES.  I SUSPECT THAT OUR HDL

12:35PM  14   ASSAY HAS FAILED AND I DO NOT WANT TO REPORT OUT THIS RESULT

12:35PM  15   UNTIL WE FIX IT."

12:35PM  16        DO YOU SEE THAT?

12:35PM  17   A.   CORRECT.

12:35PM  18   Q.   AND WHAT DID YOU MEAN WHEN YOU SAID THAT YOU SUSPECTED

12:35PM  19   THAT THE HDL ASSAY HAD FAILED?

12:35PM  20   A.   I SUSPECTED THAT THE THERANOS HDL WAS NO LONGER WORKING.

12:35PM  21   Q.   DOES THAT MEAN NO LONGER PROVIDING ACCURATE RESULTS?

12:36PM  22   A.   CORRECT.

12:36PM  23   Q.   IS THIS ANOTHER INSTANCE WHERE A RELATIVELY SMALL NUMBER

12:36PM  24   OF PATIENT TEST RESULTS CAN INDICATE AN OVERALL PROBLEM WITH AN

12:36PM  25   ASSAY?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1812

12:36PM  1      A.   YES.

12:36PM  2      Q.   LET'S LOOK AT THE BOTTOM OF PAGE 4, PLEASE.

12:36PM  3           DANIEL YOUNG RESPONDS TO SUNNY BALWANI AND

12:36PM  4      ELIZABETH HOLMES ABOUT THIS ISSUE; IS THAT CORRECT?

12:36PM  5      A.   YES.

12:36PM  6      Q.   HE WRITES, "AT FIRST GLANCE THE HDL QC DATA," IS THAT

12:36PM  7      QUALITY CONTROL DATA?

12:36PM  8      A.   YES.

12:36PM  9      Q.   AND "LOOKS TO BE RUNNING CONSISTENTLY LOW (VERY ROUGHLY

12:36PM 10      10 PERCENT LOW).  THESE QC DATA SHOULD HAVE RAISED AN ALARM

12:37PM 11      FLAG SEVERAL WEEKS AGO."

12:37PM 12           DO YOU SEE THAT?

12:37PM 13      A.   YES.

12:37PM 14      Q.   AND LET'S GO TO PAGE 1 OF THIS EXHIBIT TO SEE YOUR

12:37PM 15      RESPONSE.  AND LET'S LOOK AT THE TOP MESSAGE.

12:37PM 16           DO YOU SEE AN EMAIL THAT YOU SENT ON THIS ISSUE ON

12:37PM 17      FEBRUARY 19TH?

12:37PM 18      A.   YES.

12:37PM 19      Q.   AND THE EMAIL WAS SENT TO SUNNY BALWANI, DANIEL YOUNG, AND

12:37PM 20      MARK PANDORI?

12:37PM 21      A.   YES.

12:37PM 22      Q.   YOU WRITE, "THE QC DRIFT TO THE LOW SIDE WOULD DEFINITELY

12:37PM 23      NOT HAVE HELPED -- BUT WE'RE STILL WITHIN PROTOCOL."

12:37PM 24           CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

12:37PM 25      A.   YES.  THE LABORATORY WAS NOT PERMITTED TO RELEASE RESULTS

ROSENDORFF DIRECT BY MR. BOSTIC                                  1813

12:37PM   1    UNTIL THE QC HAD PASSED.  IF THE QC WAS 10 PERCENT LOWER THAN

12:37PM   2    OUR TARGET VALUE, THAT WOULD STILL ALLOW RESULTS TO BE

12:38PM   3    REPORTED.

12:38PM   4    Q.   AND SO HAD QC ACTUALLY PASSED IN THE CASE OF THIS

12:38PM   5    PARTICULAR ASSAY DURING THIS TIME PERIOD?

12:38PM   6    A.   YES.

12:38PM   7    Q.   DID THE FACT THAT THE ASSAY HAD PASSED QC REMOVE YOUR

12:38PM   8    CONCERNS ABOUT THE ACCURACY OF THOSE HDL RESULTS?

12:38PM   9    A.   NO.

12:38PM   10   Q.   WHY NOT?

12:38PM   11   A.   BASED ON MY CLINICAL EXPERIENCE AND THE FACT THAT ONLY

12:38PM   12   5 PERCENT OF THE POPULATION SHOULD HAVE HDL'S IN THIS RANGE, I

12:38PM   13   THOUGHT IT WAS VERY UNLIKELY THAT WE WOULD SEE A SPATE OF LOW

12:38PM   14   HDL'S LIKE THIS.

12:38PM   15   Q.   IS THIS AN EXAMPLE OF THE WAYS IN WHICH QC CANNOT PROTECT

12:38PM   16   AGAINST INACCURATE RESULTS GOING OUT?

12:38PM   17   A.   CORRECT.

12:38PM   18   Q.   LET'S GO BACK TO PAGE --

12:39PM   19   A.   I ALSO WANTED TO CLARIFY THAT THE QC MATERIAL IS A

12:39PM   20   DIFFERENT MATERIAL FROM ACTUAL PATIENT SAMPLES.

12:39PM   21   Q.   CAN YOU EXPLAIN THAT?  WHERE DOES QC MATERIAL COME FROM?

12:39PM   22   A.   IT'S MANUFACTURED IN THIS CASE BY BIORAD.  IT HAS

12:39PM   23   PRESERVATIVES, SALTS, PROTEINS, STABILIZERS, DETERGENT,

12:39PM   24   ET CETERA.  IT'S DESIGNED TO PERFORM LIKE SERUM.

12:39PM   25       THERE ARE NO QC MATERIALS FOR CAPILLARY BLOOD AS FAR AS

ROSENDORFF DIRECT BY MR. BOSTIC                                    1814

12:39PM   1      I'M AWARE.

12:39PM   2      Q.   ARE YOU MENTIONING THAT BECAUSE THAT'S ANOTHER REASON WHY

12:39PM   3      A LAB NEEDS TO PAY ATTENTION TO ACTUAL PATIENT RESULTS

12:39PM   4      THEMSELVES?

12:39PM   5      A.   YES, YES.

12:39PM   6      Q.   ON PAGE 3 OF THIS EXHIBIT.  LET'S ZOOM IN ON THE MIDDLE OF

12:40PM   7      THE PAGE, PLEASE, WHERE IT SAYS, "THE DATA LOOKS QUITE CLOSE."

12:40PM   8          AND, DR. ROSENDORFF, DO YOU SEE A MESSAGE THAT YOU SENT IN

12:40PM   9      THIS CHAIN?

12:40PM   10     A.   YES.

12:40PM   11     Q.   AND YOU TALK ABOUT FOR THE FIVE PATIENTS WITH LOW HDL

12:40PM   12     VALUES AND THEN YOU LIST THREE ITEMS?

12:40PM   13     A.   YES.  YES.

12:40PM   14     Q.   AND CAN YOU DESCRIBE WHAT THOSE ITEMS ARE AND WHY YOU

12:40PM   15     THOUGHT AT THE TIME THAT THEY MIGHT HAVE CONTRIBUTED TO THESE

12:40PM   16     PROBLEMS?

12:40PM   17     A.   SURE.  THE TECAN WAS THE LIQUID HANDLER THAT WAS

12:40PM   18     DISPENSING THE SALINE OR THE WATER TO DILUTE THE CAPILLARY

12:41PM   19     BLOOD SAMPLES, IT MAY HAVE BEEN AN ISSUE OF THE TECAN

12:41PM   20     OVERDILUTING, AND, THEREFORE, LOWERING THE HDL CONCENTRATION.

12:41PM   21          I DON'T RECALL WHAT MY THINKING WAS IN TERMS OF

12:41PM   22     PREANALYTIC COLLECTION ISSUE.

12:41PM   23          THE NEXT ISSUE IS REAGENT GETTING OLD AND SPORADICALLY

12:41PM   24     PRODUCING LOW RESULTS.  SO IF THE REAGENT IS BEYOND EXPIRATION

12:41PM   25     OR IS OLD, THEN IT'S NOT GOING TO WORK AS INTENDED.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1815

12:41PM   1    Q.   AND WAS USE OF THE TECAN IN THAT DILUTION METHOD NECESSARY

12:41PM   2    WITH THE FDA APPROVED THIRD PARTY DEVICES?

12:41PM   3    A.   NO.

12:41PM   4    Q.   NUMBER 2 TALKS ABOUT, FOR EXAMPLE, BAD CTN'S.

12:41PM   5         DO YOU SEE THAT?

12:41PM   6    A.   YES.

12:41PM   7    Q.   AND WERE CTN'S USED WITH THE FDA APPROVED THIRD PARTY

12:41PM   8    DEVICES?

12:41PM   9    A.   NO.   IN THE CASE OF THE HCG EMAIL WE WERE REVIEWING

12:42PM  10    EARLIER, AN ATTEMPT WAS MADE TO USE A CTN WITH THE IMMULITE.

12:42PM  11    Q.   AND IS THAT THE BACKUP PLAN THAT WE WERE LOOKING AT

12:42PM  12    BEFORE?

12:42PM  13    A.   CORRECT.

12:42PM  14    Q.   BUT THAT WASN'T PART OF THERANOS'S NORMAL DEFAULT

12:42PM  15    WORKFLOW?

12:42PM  16    A.   CORRECT.

12:42PM  17    Q.   AND NUMBER 3 TALKS ABOUT REAGENT GETTING OLD; IS THAT

12:42PM  18    RIGHT?

12:42PM  19    A.   YES.

12:42PM  20    Q.   AND WHO MANUFACTURED THE REAGENT USED FOR THIS ASSAY?

12:42PM  21    A.   THERANOS.   I'M SORRY, I JUST WANT TO CLARIFY.   IN SOME

12:42PM  22    INSTANCES THERANOS MANUFACTURED THE CHEMISTRY REAGENTS AND

12:42PM  23    SOMETIMES THE SIEMENS REAGENTS WERE USED.

12:42PM  24    Q.   UNDERSTOOD.   THANK YOU.

12:42PM  25    A.   YEAH.

ROSENDORFF DIRECT BY MR. BOSTIC                                  1816

12:42PM   1    Q.   WHO WAS RESPONSIBLE FOR MONITORING THE AGE OF REAGENTS

12:43PM   2    USED AT THERANOS IN THE CLINICAL LAB?

12:43PM   3    A.   THAT WOULD BE DELEGATED TO THE TECHNICAL SUPERVISOR.

12:43PM   4    Q.   A THERANOS EMPLOYEE?

12:43PM   5    A.   CORRECT.

12:43PM   6    Q.   AND I'LL ASK YOU TO LOOK NOW AT EXHIBIT 1555, PLEASE.

12:43PM   7         DO YOU SEE EXHIBIT 1555 IN FRONT OF YOU?

12:43PM   8    A.   YES.

12:43PM   9    Q.   AND IS THIS ANOTHER EMAIL CHAIN RELATING TO HDL VALUES AT

12:43PM  10    THERANOS?

12:43PM  11    A.   YES.

12:43PM  12    Q.   AND DOES IT INCLUDE YOU, SUNNY BALWANI, AND

12:43PM  13    ELIZABETH HOLMES?

12:43PM  14    A.   YES.

12:43PM  15         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

12:43PM  16    ADMIT EXHIBIT 1555.  I UNDERSTAND IT'S BEEN STIPULATED TO.

12:43PM  17         MR. WADE:  WE DO, YOUR HONOR.

12:43PM  18         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:44PM  19    (GOVERNMENT'S EXHIBIT 1555 WAS RECEIVED IN EVIDENCE.)

12:44PM  20         MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 4,

12:44PM  21    PLEASE.  LET'S ZOOM IN ON THE CONTENT OF THAT MIDDLE MESSAGE.

12:44PM  22    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL THAT YOU SENT ON

12:44PM  23    FEBRUARY 20TH, 2014?

12:44PM  24    A.   YES.

12:44PM  25    Q.   AND THE EMAIL WAS SENT TO SUNNY BALWANI, DANIEL YOUNG, AND

ROSENDORFF DIRECT BY MR. BOSTIC                                    1817

12:44PM   1      CC'ING ELIZABETH HOLMES; CORRECT?

12:44PM   2      A.   YES.

12:44PM   3      Q.   AND YOU SAY IN THE EMAIL, "I WOULD LIKE TO DISCONTINUE

12:44PM   4      P-HDL TESTING, AND REVERT TO LIHEP VACUTAINER SAMPLES FOR HDL."

12:44PM   5           DO YOU SEE THAT?

12:44PM   6      A.   YES.

12:44PM   7      Q.   AND CAN YOU TRANSLATE THAT FOR US?  WHAT DOES THAT MEAN?

12:44PM   8      A.   I BELIEVE THERE'S A TYPO OR AN ERROR IN THIS EMAIL.

12:45PM   9           WHAT I MEANT WAS I WOULD LIKE TO DISCONTINUE T-HDL TESTING

12:45PM  10      AND THAT IS THE THERANOS METHOD AND REVERT TO LIHEP VACUTAINER

12:45PM  11      SAMPLES FOR HDL.

12:45PM  12      Q.   AND WHAT DOES THAT MEAN?

12:45PM  13      A.   LITHIUM HEPARIN IS THE ANTICOAGULANT THAT IS PRESENT IN

12:45PM  14      VACUTAINERS THAT ARE USED FOR COLLECTION OF VENOUS SAMPLES FOR

12:45PM  15      HDL MEASUREMENT.

12:45PM  16      Q.   SO WHAT WERE YOU ACTUALLY SUGGESTING HERE, DISCONTINUING

12:45PM  17      THE T-HDL TESTING REGARDING TO LITHIUM HEPARIN VACUTAINER, WHAT

12:45PM  18      EFFECT WOULD THAT HAVE?

12:45PM  19      A.   I'M SORRY, COULD YOU REPEAT.

12:45PM  20      Q.   SURE.  I'M JUST TRYING TO UNDERSTAND WHAT YOU WERE

12:45PM  21      SUGGESTING HERE AND WHY.

12:45PM  22      A.   I WAS SUGGESTING TO CONTINUE THE THERANOS HDL TEST AND TO

12:46PM  23      GO BACK TO THE PREDICATE TESTING.  I DIDN'T FEEL THAT REPORTING

12:46PM  24      THE HDL RESULTS USING THE THERANOS TEST WAS GOOD MEDICAL

12:46PM  25      PRACTICE.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1818

12:46PM   1    Q.   AND WHY AT THAT TIME DID YOU FEEL THAT IT WASN'T GOOD

12:46PM   2    MEDICAL PRACTICE TO CONTINUE REPORTING THERANOS HDL TESTS?

12:46PM   3    A.   BECAUSE OF THE SPATE OF LOW HDL VALUES WERE BEING SEEN AND

12:46PM   4    THERE WAS ALSO A STUDY COMPARING THE PREDICATES OF THE THERANOS

12:46PM   5    TESTS FOR HDL WHICH SHOWED A NEGATIVE BIAS ON THE THERANOS TEST

12:46PM   6    FOR HDL THAT'S IN A PREVIOUS EMAIL.

12:46PM   7    Q.   YOU DECIDED TO SEND THIS EMAIL TO SUNNY BALWANI AND

12:46PM   8    INCLUDE ELIZABETH HOLMES; IS THAT RIGHT?

12:46PM   9    A.   CORRECT.

12:46PM  10    Q.   AND WHY DID YOU DECIDE TO SEND IT TO BOTH OF THEM?

12:46PM  11    A.   AT THIS POINT IN TIME I WASN'T CONFIDENT THAT RAISING

12:46PM  12    THESE CONCERNS TO SUNNY AND DANIEL WAS GOING TO HAVE AN IMPACT,

12:46PM  13    AND I WANTED TO MAKE SURE THAT ELIZABETH WAS AWARE OF THESE

12:47PM  14    PROBLEMS, AND I THOUGHT THAT ELIZABETH HAD MORE POWER WITHIN

12:47PM  15    THE COMPANY TO MAKE CORRECTIONS.

12:47PM  16    Q.   THIS REQUEST, THIS RECOMMENDATION TO DISCONTINUE THERANOS

12:47PM  17    TESTING OF HDL, WAS IT A BIG DEAL?

12:47PM  18    A.   YES.

12:47PM  19    Q.   WHY?

12:47PM  20    A.   HDL IS A PRETTY ROUTINELY MEASURED BREAD AND BUTTER

12:47PM  21    ANALYTE PATIENT TEST, AND MANY PATIENTS WALK INTO WALGREENS

12:47PM  22    WOULD HAVE GOTTEN THEIR CARDIO VASCULAR HEALTH CHECKED WITH A

12:47PM  23    CHOLESTEROL TEST THAT WOULD INCLUDE HDL.

12:47PM  24    Q.   AND SO YOU TESTIFIED THAT IT WAS A COMMON TEST.  WHY WOULD

12:47PM  25    IT MATTER, THOUGH, TO SWITCH IT FROM A THERANOS METHOD TO A

ROSENDORFF DIRECT BY MR. BOSTIC                    1819

| | | |
|---|---|---|
| 12:47PM | 1 | PREDICATE NON-THERANOS METHOD? |
| 12:48PM | 2 | A.   I BELIEVE THAT THE PREDICATE METHOD WAS MORE ACCURATE. |
| 12:48PM | 3 | IN TERMS OF THE COMPANY, I GOT A LOT OF PUSHBACK WHEN I |
| 12:48PM | 4 | SUGGESTED REVERTING TO THE PREDICATE METHODS.  THESE |
| 12:48PM | 5 | SUGGESTIONS WERE MET WITH NEGATIVITY.  THEY DIDN'T GO DOWN WELL |
| 12:48PM | 6 | WITH MANAGEMENT. |
| 12:48PM | 7 | Q.   AND LET'S BE CLEAR ABOUT WHO WE ARE TALKING ABOUT.  WHEN |
| 12:48PM | 8 | YOU SAY, "MANAGEMENT," WHO DO YOU MEAN SPECIFICALLY? |
| 12:48PM | 9 | A.   SUNNY, ELIZABETH, AND DANIEL, YEAH. |
| 12:48PM | 10 | Q.   LET'S LOOK AT PAGE 2 OF THIS EXHIBIT, PLEASE.  AND LET'S |
| 12:48PM | 11 | ZOOM IN ON THE TOP HALF. |
| 12:49PM | 12 | THERE'S AN EMAIL FROM DANIEL YOUNG TO YOU, MR. BALWANI, |
| 12:49PM | 13 | AND MS. HOLMES. |
| 12:49PM | 14 | DO YOU SEE THAT? |
| 12:49PM | 15 | A.   YES. |
| 12:49PM | 16 | Q.   AND HE SAYS, PLEASE HAVE THEM PREPARE FOR THE STUDY FOR |
| 12:49PM | 17 | TOMORROW MORNING. |
| 12:49PM | 18 | DO YOU RECALL A STUDY TAKING PLACE AROUND THIS TIME |
| 12:49PM | 19 | RELATING TO HDL? |
| 12:49PM | 20 | A.   YES.  AS REFERENCED IN THE PREVIOUS EMAIL, I WAS TRYING TO |
| 12:49PM | 21 | SOLVE THE PROBLEM.  THE FIRST STEP WOULD BE TO CONTINUE PATIENT |
| 12:49PM | 22 | TESTING.  THE SECOND STEP WOULD BE TO COLLECT MATCHING SAMPLES, |
| 12:49PM | 23 | FINGERSTICK AND VENOUS, FROM PATIENTS AND TO COMPARE THE |
| 12:49PM | 24 | RESULTS THAT WE GOT TO VERIFY THAT WOULD ALLOW US TO DETECT ANY |
| 12:49PM | 25 | SYSTEMATIC DIFFERENCES IN THOSE TWO METHODS AND TO START |

ROSENDORFF DIRECT BY MR. BOSTIC                                    1820

12:49PM   1    TROUBLESHOOTING FROM THERE.

12:49PM   2    Q.   MR. BALWANI RESPONDS TO THAT GROUP, INCLUDING MS. HOLMES

12:49PM   3    AND YOU, SAYING, "WE MUST RESOLVE THIS ASAP.  DANIEL PUT

12:49PM   4    EVERYONE NEEDED ON THIS PROJECT INCLUDING SAM, EZER, NISHIT,

12:50PM   5    AND TINA.  WE CANNOT REVERT BACK TO VENIPUNCTURE FOR HDL."

12:50PM   6         I WANT TO ASK YOU, HE WRITES "WE CANNOT REVERT BACK TO

12:50PM   7    VENIPUNCTURE FOR HDL."

12:50PM   8         DID YOU HAVE CONVERSATIONS WITH MR. BALWANI AROUND THIS

12:50PM   9    TIME ABOUT THIS ISSUE OF REVERTING BACK TO THE PREDICATE

12:50PM  10    METHOD?

12:50PM  11    A.   I DON'T RECALL THE SPECIFIC CONVERSATION ABOUT REVERTING

12:50PM  12    BACK FOR HDL.  IN GENERAL THERE WERE MANY CONVERSATIONS WITH

12:50PM  13    HIM ABOUT REVERTING BACK TO VENIPUNCTURE THAT WERE MET WITH

12:50PM  14    HOSTILITY.

12:50PM  15    Q.   DO YOU EVER RECALL A SITUATION WHERE MR. BALWANI WAS

12:50PM  16    ENTHUSIASTIC OR FAVORABLE ABOUT THE IDEA OF TAKING A TEST OFF

12:50PM  17    OF A THERANOS EQUIPMENT AND PUTTING IT BACK ON THE PREDICATE

12:50PM  18    DEVICE?

12:50PM  19    A.   NO.

12:50PM  20    Q.   HOW ABOUT MS. HOLMES?  DO YOU EVER RECALL A SITUATION

12:50PM  21    WHERE SHE WAS HAPPY ABOUT THE IDEA OF TAKING AN ASSAY OFF OF A

12:50PM  22    THERANOS ANALYZER AND PUTTING IT BACK ON AN FDA APPROVED

12:51PM  23    DEVICE?

12:51PM  24    A.   NO, SHE WAS NOT HAPPY ABOUT THAT IDEA.

12:51PM  25    Q.   LET'S LOOK NEXT AT EXHIBIT 4116.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1821

| | | |
|---|---|---|
| 12:51PM | 1 | YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT EXHIBIT 4116.  I |
| 12:51PM | 2 | UNDERSTAND THE DEFENSE HAS STIPULATED. |
| 12:51PM | 3 | MR. WADE:  WE HAVE, YOUR HONOR. |
| 12:51PM | 4 | THE COURT:  IT'S ADMITTED WITHOUT OBJECTION. |
| 12:51PM | 5 | BEFORE YOU BEGIN EXAMINATION ON THIS, LADIES AND |
| 12:51PM | 6 | GENTLEMEN, WHY DON'T YOU STAND UP AND STRETCH FOR JUST A |
| 12:51PM | 7 | MOMENT. |
| 12:51PM | 8 | PARDON ME, MR. BOSTIC.  PARDON ME, DR. ROSENDORFF.  YOU |
| 12:51PM | 9 | MAY STRETCH, TOO. |
| 12:51PM | 10 | (GOVERNMENT'S EXHIBIT 4116 WAS RECEIVED IN EVIDENCE.) |
| 12:51PM | 11 | MR. BOSTIC:  NO PROBLEM.  THANK YOU, YOUR HONOR. |
| 12:51PM | 12 | (STRETCHING.) |
| 12:51PM | 13 | THE COURT:  AND EVERYONE ELSE, TOO. |
| 12:52PM | 14 | THANK YOU VERY MUCH, LADIES AND GENTLEMEN. |
| 12:52PM | 15 | MR. BOSTIC. |
| 12:52PM | 16 | MR. BOSTIC:  THANK YOU, YOUR HONOR. |
| 12:52PM | 17 | Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL ON THE SCREEN WITH A |
| 12:52PM | 18 | SUBJECT LINE C02 OR BICARBONATE ISSUE? |
| 12:52PM | 19 | A.   YES. |
| 12:52PM | 20 | Q.   AND WHAT IS C02 OR BICARBONATE IN THE CONTEXT OF |
| 12:52PM | 21 | LABORATORY TESTING? |
| 12:52PM | 22 | A.   C02 IS A GAS THAT IS ELIMINATED BY THE LUNGS.  IF YOU |
| 12:53PM | 23 | RETAIN C02, IT COULD INDICATE A LUNG PROBLEM. |
| 12:53PM | 24 | Q.   LET'S LOOK AT PAGE 2 OF THIS EXHIBIT -- ACTUALLY LET'S GO |
| 12:53PM | 25 | BACK TO PAGE 1.  LET'S ZOOM IN ON THE TOP HALF OF THE PAGE OR |

ROSENDORFF DIRECT BY MR. BOSTIC                                    1822

12:53PM  1    ACTUALLY THE MIDDLE OF THE PAGE CAPTURING THE WHOLE EMAIL

12:53PM  2    MESSAGE.

12:53PM  3         ARE YOU LOOKING, DR. ROSENDORFF, AT AN EMAIL THAT YOU SENT

12:53PM  4    ON MARCH 31ST, 2014?

12:53PM  5    A.   YES, SIR.

12:53PM  6    Q.   AND YOU SENT IT TO MR. BALWANI AND MARK PANDORI; IS THAT

12:53PM  7    CORRECT?

12:53PM  8    A.   YES.

12:53PM  9    Q.   AND THIS EMAIL, LIKE SOME OTHERS THAT WE HAVE SEEN, IS

12:53PM 10    MARKED IMPORTANCE HIGH; IS THAT RIGHT?

12:53PM 11    A.   YES.

12:53PM 12    Q.   YOU WRITE, "HI SUNNY.  AT LEAST TWO-THIRDS OF OUR PATIENTS

12:53PM 13    ARE READING BELOW THE NORMAL RANGE FOR BICARBONATE."  YOU

12:54PM 14    PROVIDE THE RANGE.

12:54PM 15         YOU DO NOT EXPECT -- OR YOU SAY, "I DO NOT EXPECT

12:54PM 16    OUTPATIENTS TO HAVE ABNORMAL BICARB VALUES.  CURTIS'S STUDY

12:54PM 17    WITH SIX DAYS OF DATA, (24 DATA POINTS) ALSO SHOWS THAT BICARB

12:54PM 18    IS READING 30 PERCENT LOWER THAN MATCHED VENOUS EVEN AFTER

12:54PM 19    CORRECTION OF THE VALUE FOR BIAS."

12:54PM 20         CAN YOU EXPLAIN WHAT THE ISSUE WAS HERE AND WHY YOU WERE

12:54PM 21    BRINGING IT TO MR. BALWANI'S ATTENTION?

12:54PM 22    A.   OBJECTIVELY TWO-THIRDS OF THE PATIENT'S RESULTS WERE

12:54PM 23    COMING BACK BELOW THE NORMAL RANGE FOR BICARBONATES, AND THAT

12:54PM 24    WAS JUST A FACT.

12:54PM 25         CLINICALLY, I DID NOT EXPECT HEALTHY PATIENTS TO HAVE LOW

ROSENDORFF DIRECT BY MR. BOSTIC                                    1823

12:54PM   1    BICARBONATE VALUES.  I'M REFERENCING CURTIS, SCHNEIDER I

12:55PM   2    BELIEVE HIS LAST NAME WAS, A RESEARCH AND DEVELOPMENT SCIENTIST

12:55PM   3    WHO HAD DONE A STUDY OF MATCHING VENOUS AND FINGERSTICK SAMPLES

12:55PM   4    AND HE FOUND BASED ON 24 DATA POINTS THAT THE BICARBONATE WAS

12:55PM   5    READING 20 PERCENT LOWER IN THE FINGERSTICK VERSUS THE MATCHED

12:55PM   6    VENOUS.

12:55PM   7    Q.    NOW, WHAT DOES THAT MEAN THE BICARB WAS READING 30 PERCENT

12:55PM   8    LOWER IN FINGERSTICK THAN MATCHED VENOUS?  CAN YOU EXPLAIN?

12:55PM   9    A.    SURE.  SO THESE WOULD BE FOLKS, AND I BELIEVE THEY WERE

12:55PM   10   THERANOS EMPLOYEES, WHERE THE EMPLOYEES WOULD BE PAID MONEY TO

12:55PM   11   GET THEIR BLOOD DRAWN FROM THEIR ARM, A VENOUS DRAW, AND THEN

12:55PM   12   THEY WOULD ALSO GET THEIR FINGERS PRICKED.  THE BLOOD FROM THE

12:55PM   13   ARM, THE VENOUS BLOOD, WOULD GO TO THE PREDICATE INSTRUMENT.

12:55PM   14   SO THE BICARB WOULD BE MEASURED ON THAT.

12:55PM   15        AND THEN THE FINGERSTICK WOULD GO TO THE -- WOULD ALSO GO

12:55PM   16   TO THE PREDICATE INSTRUMENT, BUT IT WOULD BE RUN ON THE

12:56PM   17   THERANOS LAB DEVELOPED TESTS AND THEN THOSE WOULD BE COMPARED

12:56PM   18   TO EACH OTHER.

12:56PM   19   Q.    AND THIS SEEMS TO BE DISCUSSING THE DISCREPANCY BETWEEN

12:56PM   20   THOSE TWO TYPES OF RESULTS; IS THAT RIGHT?

12:56PM   21   A.    CORRECT, CORRECT.

12:56PM   22   Q.    AND WAS THAT VIEWED AS A PROBLEM AT THERANOS?

12:56PM   23   A.    IT WAS VIEWED AS A PROBLEM.  ROSE EDMONDS AND OTHER R&D

12:56PM   24   SCIENTISTS THOUGHT IT WAS A BIG PROBLEM.  I THOUGHT IT WAS A

12:56PM   25   PROBLEM.  I DON'T RECALL WHAT THE OPINION OF MANAGEMENT WAS,

ROSENDORFF DIRECT BY MR. BOSTIC                                    1824

12:56PM   1     BUT I'LL JUST STOP THERE.  OKAY.

12:56PM   2     Q.   WHY IS THIS A CAUSE FOR CONCERN IF THERE'S A MISMATCH

12:56PM   3     BETWEEN A FINGERSTICK SAMPLE AND A VEIN SAMPLE, WHY IS THAT A

12:56PM   4     PROBLEM?

12:56PM   5     A.   WELL, SAY, FOR INSTANCE, YOU HAD A PATIENT WITH A HIGH

12:57PM   6     BICARBONATE VALUE AND THEN WE MEASURE THEIR BICARBONATE BY

12:57PM   7     FINGERSTICK AND WE SHOW THAT IT IS IN THE NORMAL RANGE, WE

12:57PM   8     WOULDN'T KNOW IF IT WAS TRULY NORMAL OR IF THERE WAS A PROBLEM

12:57PM   9     WITH THE ASSAY.

12:57PM  10          MY LEADING THEORY WAS THAT THE GAS WOULD ESCAPE FROM THE

12:57PM  11     CTN'S AND THEN RESULTING IN LOWER BICARBONATE MEASUREMENTS.

12:57PM  12     Q.   SO DID THESE ISSUES HAVE YOU CAUSE YOU TO HAVE CONCERNS

12:57PM  13     ABOUT THE ACCURACY OF THE OVERALL THERANOS BICARBONATE TESTS?

12:57PM  14     A.   YES.  I BELIEVE EARLY ON WE STOPPED REPORTING BICARBONATE

12:57PM  15     VALUES IN THE PATIENT REPORTS.

12:57PM  16     Q.   YOU MENTIONED THAT YOU THOUGHT A POSSIBLE CAUSE MIGHT BE

12:57PM  17     GAS ESCAPING FROM THE CTN'S?

12:57PM  18     A.   CORRECT.

12:57PM  19     Q.   AND WERE CTN'S USED FOR FDA APPROVED TESTING ON THE

12:58PM  20     PREDICATE DEVICES?

12:58PM  21     A.   NO.

12:58PM  22     Q.   SO, IN OTHER WORDS, IS THIS A DISADVANTAGE OF THERANOS'S

12:58PM  23     APPROACH?

12:58PM  24     A.   YES.

12:58PM  25     Q.   ON PAGE 1, IF WE CAN ZOOM OUT AND ZOOM BACK IN ON THE VERY

ROSENDORFF DIRECT BY MR. BOSTIC                                    1825

12:58PM   1        TOP OF THE PAGE.

12:58PM   2            THERE'S AN EMAIL FROM SUNNY BALWANI TO DANIEL YOUNG,

12:58PM   3        PAUL PATEL, AND SAMARTHA ANEKAL.

12:58PM   4            DO YOU SEE THAT?

12:58PM   5        A.   YES.

12:58PM   6        Q.   AND HE CC'S ELIZABETH HOLMES; IS THAT RIGHT?

12:58PM   7        A.   YES.

12:58PM   8        Q.   AND FORWARDS THE INFORMATION BELOW; IS THAT CORRECT?

12:58PM   9        A.   YES.

12:58PM   10       Q.   LET'S LOOK NEXT AT EXHIBIT 4189.

12:59PM   11           YOUR HONOR, THE GOVERNMENT MOVES EXHIBIT 4189 INTO

12:59PM   12       EVIDENCE.  I BELIEVE THERE'S A STIPULATION.

12:59PM   13               MR. WADE:  THERE IS, YOUR HONOR.

12:59PM   14               THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

12:59PM   15       PUBLISHED.

12:59PM   16           (GOVERNMENT'S EXHIBIT 4189 WAS RECEIVED IN EVIDENCE.)

12:59PM   17               THE WITNESS:  I DON'T APPEAR TO HAVE THAT.  I'LL

12:59PM   18       JUST LOOK AT IT ON THE SCREEN IF THAT'S ACCEPTABLE.

12:59PM   19               MR. BOSTIC:  THAT'S FINE.  THANK YOU.  APOLOGIES FOR

12:59PM   20       THAT.

12:59PM   21       Q.   THIS ONE IS EASY TO SEE ON THE SCREEN BECAUSE IT'S ONLY

12:59PM   22       ONE PAGE.  LET'S START WITH YOUR EMAIL AT THE TOP.  IF WE CAN

12:59PM   23       ZOOM IN ON THE EMAIL AT THE TOP PORTION OF THE PAGE.

12:59PM   24           THANK YOU, MS. HOLLIMAN.

12:59PM   25           DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU TO

ROSENDORFF DIRECT BY MR. BOSTIC                                   1826

12:59PM   1    SUNNY BALWANI ON AUGUST 27TH, 2014?

12:59PM   2    A.   YES.

12:59PM   3    Q.   AND IS THIS MORE DISCUSSION ABOUT C02 OR BICARBONATE

12:59PM   4    RESULTS?

12:59PM   5    A.   YES.

12:59PM   6    Q.   AND YOUR EMAIL TO MR. BALWANI SAYS, "SUNNY, I AM THINKING

01:00PM   7    THAT SINCE WE VOID ALL ABNORMAL BICARBONATE RESULTS, THE TEST

01:00PM   8    HAS LOST ALL DIAGNOSTIC VALUE AND PROBABLY ALSO RELIABILITY

01:00PM   9    WHEN RESULTS ARE REPORTED IN THE NORMAL RANGE."

01:00PM  10         DO YOU SEE THAT?

01:00PM  11    A.   YES.

01:00PM  12    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS AND WHY YOU FELT THE

01:00PM  13    NEED TO TELL SUNNY THIS?

01:00PM  14    A.   I BELIEVED IT WAS VERY LIKELY THAT C02 WAS ESCAPING FROM

01:00PM  15    THE CTN'S.  AFTER COLLECTION AND TRANSPORTATION TO THE LAB, THE

01:00PM  16    BICARBONATE THAT WE WERE MEASURING WAS MUCH, MUCH LOWER THAN

01:00PM  17    THE PATIENT'S TRUE BICARBONATE LEVEL; THAT THE BICARBONATE TEST

01:00PM  18    LOSS ITS DIAGNOSTIC VALUE BECAUSE IT WASN'T REFLECTING THE TRUE

01:00PM  19    BICARBONATE LEVEL IN THE PATIENT.

01:00PM  20         AND THEN I POSE A SCENARIO WHERE A PATIENT HAS A TRULY

01:00PM  21    HIGH BICARBONATE BUT BECAUSE THE C02 IS ESCAPING FROM THE CTN,

01:01PM  22    THE BICARBONATE THEN COMES DOWN INTO THE NORMAL RANGE, AND,

01:01PM  23    THEREFORE, WE WERE REPORTING A FALSELY NORMAL BICARBONATE VALUE

01:01PM  24    WHEN, IN FACT, THE RESULT SHOULD BE HIGH.

01:01PM  25    Q.   AND WHY WOULD THAT BE A PROBLEM FOR A PATIENT TO GET A

ROSENDORFF DIRECT BY MR. BOSTIC                                    1827

01:01PM   1    FALSELY NORMAL BICARBONATE RESULT?

01:01PM   2    A.   A PATIENT MIGHT HAVE SOME KIND OF OBSTRUCTIVE LUNG DISEASE

01:01PM   3    THAT WOULD BE CAUSING THEM TO TRAP C02, IT WOULD EXPECT THEM TO

01:01PM   4    HAVE A HIGH BICARBONATE VALUE, AND THIS WOULD BE MISLEADING TO

01:01PM   5    THE CLINICIAN REGARDING THOSE KINDS OF MEDICAL PROBLEMS.

01:01PM   6    Q.   LET'S -- FIRST OF ALL, LET ME SEE IF YOU NOTE THAT AT THE

01:01PM   7    TOP OF THIS PAGE MR. BALWANI FORWARDS YOUR MESSAGE TO

01:01PM   8    ELIZABETH HOLMES ON AUGUST 27TH, 2014; IS THAT RIGHT?

01:02PM   9    A.   YES.

01:02PM  10    Q.   LET'S ZOOM OUT AND LOOK AT THE MESSAGE BELOW THIS ONE.

01:02PM  11         THIS IS AN EMAIL FROM MAX FOSQUE TO THE CLS EMAIL GROUP;

01:02PM  12    IS THAT CORRECT?

01:02PM  13    A.   CORRECT.  AND I'M CC'D AS WELL AS CHRISTIAN.

01:02PM  14    Q.   THANK YOU.  AND THE SUBJECT LINE IS VOIDED C02 RESULTS.

01:02PM  15    THIS WAS THE ORIGINAL EMAIL IN THAT CHAIN; IS THAT RIGHT?

01:02PM  16    A.   YES.

01:02PM  17    Q.   AND THE EMAIL READS, "ALL, PER ELIZABETH'S REQUEST, IN THE

01:02PM  18    SHORT TERM, PLEASE DO NOT PUT ANY COMMENT/NOTE ON THE RESULT

01:02PM  19    REPORT IF C02 VALUES ARE VOIDED.  IF DOCTORS CALL TO INQUIRE,

01:02PM  20    WE HAVE PROVIDED THE FOLLOWING MESSAGING TO THE CUSTOMER

01:02PM  21    SERVICE TEAM:

01:02PM  22         "'C02 RESULTS WERE NOT REPORTED DUE TO TEMPORARY

01:03PM  23    UNAVAILABILITY OF THIS TEST FOR THIS SAMPLE.  WE ARE GROWING AS

01:03PM  24    FAST AS WE CAN AND ARE WORKING TO ENSURE THIS DOES NOT HAPPEN

01:03PM  25    GOING FORWARD.  WE APOLOGIZE FOR THE TEMPORARY INCONVENIENCE.'"

ROSENDORFF DIRECT BY MR. BOSTIC                                    1828

```
01:03PM   1        DO YOU SEE THAT?

01:03PM   2   A.   YES.

01:03PM   3   Q.   DID YOU HAVE THOUGHTS AT THE TIME WHETHER THAT MESSAGE

01:03PM   4   ACCURATELY DESCRIBED WHAT WAS HAPPENING WITH THE BICARBONATE

01:03PM   5   TEST AT THERANOS?

01:03PM   6   A.   I DID NOT SEE ANY EFFORTS WITHIN THE COMPANY TO RECTIFY

01:03PM   7   THIS PROBLEM, THEREFORE, I DID NOT THINK THAT IT WAS A

01:03PM   8   TEMPORARY PROBLEM.  I FIRMLY BELIEVED IT WOULD BE A PERMANENT

01:03PM   9   PROBLEM, AND I DON'T THINK THIS MESSAGING IS TRANSPARENT.

01:03PM  10   Q.   WERE YOU SATISFIED WITH THE SOLUTION OF SIMPLY AVOIDING

01:03PM  11   BICARBONATE TEST RESULTS IN RESPONSE TO THIS PROBLEM?

01:03PM  12   A.   I FELT AT THE TIME A BETTER SOLUTION WOULD BE NOT TO OFFER

01:03PM  13   THE TEST, DON'T HAVE IT ON THE ORDER FORM AS AN AVAILABLE TEST

01:04PM  14   IF WE KNOW WE CAN'T PERFORM IT.

01:04PM  15   Q.   AND WHY IS THAT?  WHAT IS THE DIFFERENCE BETWEEN NOT

01:04PM  16   OFFERING THE TEST IN THE FIRST PLACE OR JUST VOIDING THE

01:04PM  17   RESULTS IF YOU'RE NOT CONFIDENT IN THEM?

01:04PM  18   A.   BECAUSE A DOCTOR HAS MADE A DECISION THAT HE OR SHE WANTS

01:04PM  19   TO SEE THE BICARBONATE VALUE FOR A PATIENT FOR THEIR CLINICAL

01:04PM  20   CARE.  HIS OR HER EXPECTATION IS THAT THIS RESULT WILL BE

01:04PM  21   RETURNED TO THEM IN A TIMELY MANNER AND WILL BE ACCURATE.

01:04PM  22        THE COMPANY KNOWS THAT THEY'RE UNABLE TO DO BICARBONATE

01:04PM  23   TESTING, YET THEY'RE MESSAGING IS THAT IT'S TEMPORARILY

01:04PM  24   UNAVAILABLE.

01:04PM  25   Q.   LET'S LOOK AT EXHIBIT 2009, PLEASE, AND WE'LL LOOK AT A
```

01:04PM  1    DIFFERENT ASSAY.  LET ME KNOW WHEN YOU GET TO EXHIBIT 2009 IN

01:05PM  2    YOUR BINDER.

01:05PM  3    A.   GOT IT.

01:05PM  4    Q.   AND I'LL DIRECT YOU TO -- WELL, LOOKING AT THIS EMAIL

01:05PM  5    CHAIN.  IS THIS AN EMAIL CHAIN BETWEEN YOU AND OTHER EMPLOYEES

01:05PM  6    AT THERANOS INCLUDING SUNNY BALWANI?

01:05PM  7    A.   YES.  IT'S -- THE FIRST EMAIL IS FROM MYSELF TO SUNNY AND

01:05PM  8    TO MAX FOSQUE.

01:05PM  9    Q.   AND DOES EMAIL RELATE TO LAB TEST RESULTS GENERATED IN

01:05PM 10    THERANOS?

01:05PM 11    A.   YES.

01:05PM 12         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES INTO

01:05PM 13    EVIDENCE GOVERNMENT'S EXHIBIT 2009.

01:05PM 14         MR. WADE:  NO OBJECTION, YOUR HONOR.

01:05PM 15         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:05PM 16    (GOVERNMENT'S EXHIBIT 2009 WAS RECEIVED IN EVIDENCE.)

01:06PM 17         MR. BOSTIC:  ACTUALLY, MS. HOLLIMAN, LET'S TAKE THIS

01:06PM 18    DOWN AND REDACT THE PATIENT NAME AND DATE OF BIRTH.

01:06PM 19    Q.   IN THE MEANTIME, DR. ROSENDORFF, LET ME ASK YOU WHAT IS

01:06PM 20    TESTOSTERONE AND HOW IS THAT ASSAY USED?

01:06PM 21    A.   TESTOSTERONE IS A HORMONE THAT IS PRESENT IN MALES AND TO

01:06PM 22    A MUCH LESSER EXTENT IN FEMALES AND IT IS THOUGHT TO BE

01:06PM 23    IMPORTANT FOR LEVELS IN MALES, SEXUAL DRIVE, AND JUST -- IT'S

01:06PM 24    ALSO IMPORTANT FOR BUILDING MUSCLE.

01:06PM 25    Q.   AND DID THERANOS OFFER ANY TESTOSTERONE TESTS?

ROSENDORFF DIRECT BY MR. BOSTIC                              1830

01:06PM   1      A.   YES.

01:06PM   2      Q.   AND WHAT DEVICE WAS USED TO RUN THE THERANOS TEST AT --

01:07PM   3      EXCUSE ME.  WHAT DEVICE WAS USED TO RUN THE TESTOSTERONE TEST

01:07PM   4      AT THERANOS?

01:07PM   5      A.   AT THIS POINT IN TIME IT WAS THE EDISON.

01:07PM   6      Q.   THANK YOU, MS. HOLLIMAN.

01:07PM   7           LET'S GO TO PAGE 2 OF THIS EXHIBIT.

01:07PM   8                MR. WADE:  COUNSEL, WE SHOULD PROBABLY TAKE THIS

01:07PM   9      PAGE DOWN FOR THE SAME REASON.

01:07PM   10                MR. BOSTIC:  THERE'S MORE REDACTION TO BE DONE.

01:07PM   11     WE CAN MOVE ON FROM THIS ONE MORE NOW.

01:07PM   12     Q.   LET'S LOOK AT EXHIBIT 5397, PLEASE, DR. ROSENDORFF.

01:07PM   13          DO YOU HAVE 5397 IN FRONT OF YOU?

01:08PM   14     A.   I DO.

01:08PM   15     Q.   AND IS EXHIBIT 5397 ANOTHER EMAIL CHAIN BETWEEN YOU AND

01:08PM   16     OTHER INDIVIDUALS AT THERANOS?

01:08PM   17     A.   YES.

01:08PM   18     Q.   AND DOES THIS EMAIL RELATE TO LABORATORY RESULTS GENERATED

01:08PM   19     BY THERANOS?

01:08PM   20     A.   YES.

01:08PM   21                MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:08PM   22     ADMIT EXHIBIT 5397.

01:08PM   23                MR. WADE:  NO OBJECTION, YOUR HONOR.

01:08PM   24                THE COURT:  ARE THERE REDACTIONS NEEDED ON THIS ONE

01:08PM   25     AS WELL?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1831

01:08PM   1            MR. BOSTIC:  I BELIEVE THIS ONE THE REDACTIONS ARE

01:08PM   2    COMPLETE, YOUR HONOR.

01:08PM   3            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:08PM   4            MR. BOSTIC:  THANK YOU.

01:08PM   5        (GOVERNMENT'S EXHIBIT 5397 WAS RECEIVED IN EVIDENCE.)

01:08PM   6    BY MR. BOSTIC:

01:08PM   7    Q.   DR. ROSENDORFF, I'LL DIRECT YOUR ATTENTION TO THE BOTTOM

01:08PM   8    HALF OF THIS PAGE.

01:09PM   9        LET'S ZOOM IN IF WE CAN.

01:09PM  10        DO YOU SEE THAT THIS EMAIL CHAIN BEGINS WITH SOMEONE NAMED

01:09PM  11    STEVE MORIN TO YOU ON NOVEMBER 4TH, 2014?

01:09PM  12    A.   YES.

01:09PM  13    Q.   AND THE SUBJECT LINE IS REDRAW REQUEST?

01:09PM  14    A.   YES.

01:09PM  15    Q.   AND WHO WAS STEVE MORIN AT THERANOS?  DO YOU REMEMBER?

01:09PM  16    A.   I REMEMBER THAT HE HAD HIS CLINICAL LABORATORY SCIENTIST

01:09PM  17    QUALIFICATION.  I DON'T REMEMBER IF HE WAS A CLS OR A

01:09PM  18    SUPERVISOR.

01:09PM  19    Q.   AND THE TEXT OF THE EMAIL SAYS, "FOR PATIENT," AND THEN

01:09PM  20    THE PATIENT NAME IS REMOVED, "FOR VITAMIN D ON CTN, SAMPLE

01:09PM  21    INTEGRITY, LIPEMIC, RESULTS NOT CONSISTENT."

01:09PM  22        DO YOU SEE THAT?

01:09PM  23    A.   YES.

01:09PM  24    Q.   AND CAN YOU EXPLAIN WHAT THAT IS CONVEYING?

01:09PM  25    A.   I DON'T KNOW WHAT HE MEANS BY SAMPLE INTEGRITY, LIPEMIC.

ROSENDORFF DIRECT BY MR. BOSTIC

| | | |
|---|---|---|
| 01:10PM | 1 | I DO KNOW WHAT HE MEANS BY RESULTS NOT CONSISTENT. |
| 01:10PM | 2 | Q.   CAN YOU EXPLAIN THAT FOR US? |
| 01:10PM | 3 | A.   HE'S SAYING THERE WAS ONE RUN WHERE THE VITAMIN D RESULT |
| 01:10PM | 4 | WAS 132 AND THEN THE EXTRA RUN IT WAS GREATER THAN 200. |
| 01:10PM | 5 | Q.   AND HOW IS THE VITAMIN D TEST USED IN THE MEDICAL SETTING? |
| 01:10PM | 6 | A.   IT'S USED TO ASSESS NUTRITIONAL STATUS AND VITAMIN D IS |
| 01:10PM | 7 | ALSO IMPORTANT FOR BONE HEALTH. |
| 01:10PM | 8 | Q.   WHEN MR. MORIN IS REFERENCING A FIRST RUN OF THE VALUE OF |
| 01:10PM | 9 | 132 AND A NEXT RUN OORH. |
| 01:10PM | 10 | WHAT DOES OORH STAND FOR? |
| 01:10PM | 11 | A.   OUT OF RANGE HIGH. |
| 01:10PM | 12 | Q.   AND WOULD THAT SIGNIFY A VALUE GREATER THAN 200? |
| 01:11PM | 13 | A.   CORRECT. |
| 01:11PM | 14 | Q.   AND WHEN HE SAYS FIRST RUN AND NEXT RUN, WHAT IS THAT |
| 01:11PM | 15 | REFERRING TO? |
| 01:11PM | 16 | A.   TWO CONSECUTIVE RUNS ON THE SAME SAMPLE. |
| 01:11PM | 17 | Q.   AND THAT WAS MY QUESTION, THESE ARE TWO RUNS FROM THE SAME |
| 01:11PM | 18 | BLOOD SAMPLE FROM THE SAME PATIENT? |
| 01:11PM | 19 | A.   I BELIEVE SO. |
| 01:11PM | 20 | Q.   AND DOES THAT MEAN THAT YOU EXPECT THEM TO HAVE THE SAME |
| 01:11PM | 21 | OR VERY SIMILAR VALUES? |
| 01:11PM | 22 | A.   CORRECT.   CORRECT. |
| 01:11PM | 23 | Q.   AND YOUR RESPONSE TO MR. MORIN ABOVE SAYS, "STEVE, WOULD |
| 01:11PM | 24 | THE FACT THAT THE SAMPLE IS LIPEMIC ACCOUNT FOR THE DISCREPANT |
| 01:11PM | 25 | RESULTS?  I THINK IT WOULD MERELY INTRODUCE A CONSISTENT BIAS. |

ROSENDORFF DIRECT BY MR. BOSTIC                                    1833

01:11PM   1    THIS MAKES ME WORRY ABOUT THE REPRODUCIBILITY OF THE ASSAY."

01:11PM   2         DO YOU SEE THAT?

01:11PM   3    A.   YES.

01:11PM   4    Q.   AND DID IT GIVE YOU CONCERNS ABOUT THE REPRODUCTION OF THE

01:11PM   5    SIEMENS ADVIA?

01:11PM   6    A.   YES.

01:11PM   7    Q.   AND DOES REPRODUCIBILITY HAVE ANYTHING TO DO WITH ACCURACY

01:12PM   8    OR RELIABILITY?

01:12PM   9    A.   YES.  IT HAS TO DO WITH THE RELIABILITY OF THE TEST.

01:12PM   10   Q.   HOW SO?

01:12PM   11   A.   WELL, FOR INSTANCE, THERE ARE OCCASIONS WHERE YOU NEED TO

01:12PM   12   RERUN A TEST FOR WHATEVER REASON AND YOU WANT TO MAKE SURE THAT

01:12PM   13   THE ORIGINAL VALUE AND THE REPEAT VALUE ARE CLOSE TOGETHER.

01:12PM   14        IF, IF THE RESULT ON THE REPEAT TESTING IS ALL OVER THE

01:12PM   15   PLACE, THAT JUST BRINGS INTO QUESTION THE ERROR WITHIN THE

01:12PM   16   TEST, THE TEST IS ERROR PRONE.

01:12PM   17   Q.   AND IF YOU RUN THE SAME SAMPLE TWICE AND YOU GET VERY

01:12PM   18   DIFFERENT RESULTS, CAN THEY BOTH BE CORRECT?

01:12PM   19   A.   NO.

01:12PM   20   Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP HALF OF THE PAGE,

01:12PM   21   PLEASE.

01:13PM   22        MR. MORIN RESPONDS TO YOU AND SAYS, "I AGREE, DIDN'T TRUST

01:13PM   23   THE RESULTS, DECIDED IT WAS BEST TO BE CONSERVATIVE AND ASK FOR

01:13PM   24   A REDRAW."

01:13PM   25        WHAT WOULD IT MEAN AT THERANOS WHEN SOMEONE WOULD GET A

ROSENDORFF DIRECT BY MR. BOSTIC                                    1834

01:13PM   1    REDRAW?

01:13PM   2    A.   EITHER THEMSELVES OR THE ORDERING PHYSICIAN WOULD BE

01:13PM   3    NOTIFIED.  I BELIEVE THERE WAS AN APP AND THEY WOULD BE

01:13PM   4    NOTIFIED TO GO BACK TO THE PHARMACY AND HAVE THEIR FINGERS

01:13PM   5    PRICKED AGAIN.

01:13PM   6    Q.   SO, IN OTHER WORDS, THIS WOULD BE STARTING THE WHOLE TEST

01:13PM   7    PROCESS FROM THE BEGINNING; IS THAT CORRECT?

01:13PM   8    A.   CORRECT.  CORRECT.

01:13PM   9    Q.   AT THE TOP OF THIS PAGE THERE'S AN EMAIL MESSAGE OR A

01:13PM  10    FORWARD FROM ADAM ROSENDORFF TO A GMAIL ADDRESS.

01:13PM  11        DO YOU SEE THAT?

01:13PM  12    A.   YES.

01:13PM  13    Q.   CAN YOU EXPLAIN WHAT WE WERE LOOKING AT THERE?

01:13PM  14    A.   AT A CERTAIN POINT IN 2014 I STARTED TO FORWARD MYSELF

01:13PM  15    EMAILS WITH ISSUES OF CONCERN.  I FORWARDED THEM TO MY GMAIL

01:14PM  16    ACCOUNT.  I WASN'T CONFIDENT THAT THERANOS WOULD PRESERVE THESE

01:14PM  17    EMAILS IN THE EVENT OF A CMS OR GOVERNMENT INVESTIGATION.  I

01:14PM  18    WANTED TO PROTECT MYSELF.

01:14PM  19        I ALSO WAS AT THE TIME CONSIDERING A QUI TAM FALSE CLAIMS

01:14PM  20    LAWSUIT BEING THE -- TO BE THE RELATOR ON SUCH A LAWSUIT.  I

01:14PM  21    BASICALLY -- I ALSO WANTED TO GET THE WORD OUT OF WHAT WAS

01:14PM  22    GOING ON AT THERANOS.

01:14PM  23    Q.   WHEN YOU JOINED THE COMPANY, DID YOU ENTER INTO AN

01:14PM  24    EMPLOYMENT CONTRACT OR OTHER -- DR. ROSENDORFF, IF YOU COULD

01:14PM  25    LET ME -- BE SURE TO LET ME FINISH THE QUESTION FOR THE COURT

ROSENDORFF DIRECT BY MR. BOSTIC                                    1835

01:14PM   1    REPORTER'S SAKE.  THANK YOU.

01:14PM   2        MY QUESTION WAS WHEN YOU JOINED THE COMPANY, DID YOU SIGN

01:15PM   3    LEGAL DOCUMENTS LIKE AN EMPLOYMENT CONTRACT?

01:15PM   4    A.   CALIFORNIA -- YES, I SIGNED A NONDISCLOSURE AGREEMENT.

01:15PM   5    Q.   AND BY FORWARDING DOCUMENTS LIKE THIS TO YOUR PERSONAL

01:15PM   6    EMAIL ACCOUNT, DID YOU BELIEVE OR UNDERSTAND THAT YOU WERE

01:15PM   7    TAKING A RISK BY BREAKING THAT RULE?

01:15PM   8    A.   YES.

01:15PM   9    Q.   WHY DID YOU DECIDE TO DO IT ANYHOW?

01:15PM   10   A.   I FELT STRONGLY THAT THE PUBLIC BENEFITS OF THIS

01:15PM   11   INFORMATION GETTING OUT WAS OF IMPORTANCE TO ME.  I ALSO FELT

01:15PM   12   FOR SELF-PROTECTION IN THE EVENT OF AN INVESTIGATION THAT SUCH

01:15PM   13   A BENEFIT WOULD OUTWEIGH THE RISK OF BEING SUED BY THE COMPANY.

01:15PM   14   Q.   I NEED TO ASK THEN, AROUND THIS TIME IN NOVEMBER OF 2014,

01:15PM   15   WERE YOU GIVING THOUGHT TO LEAVING THE COMPANY OR WHETHER YOU

01:16PM   16   WOULD SAY AT THE COMPANY AT ALL?

01:16PM   17   A.   YES.

01:16PM   18   Q.   WHEN DID THOSE THOUGHTS BEGIN, IF YOU RECALL?

01:16PM   19   A.   I WAS VERY ENTHUSIASTIC WORKING FOR THERANOS AT THE

01:16PM   20   BEGINNING.

01:16PM   21       OVER TIME I CAME TO REALIZE THAT THE COMPANY REALLY VALUED

01:16PM   22   PR AND FUNDRAISING ABOVE PATIENT CARE.  I GOT VERY

01:16PM   23   DISILLUSIONED, AND I STARTED LOOKING FOR OTHER JOBS AROUND THE

01:16PM   24   MIDDLE OF 2013.  IT DID NOT IMPACT MY COMMITMENT TO PROVIDING

01:16PM   25   THE HIGHEST QUALITY OF PATIENT CARE THAT I COULD AS LAB

ROSENDORFF DIRECT BY MR. BOSTIC                                    1836

01:16PM   1    DIRECTOR.  I WAS STILL VERY MUCH ENGAGED.

01:16PM   2    Q.   I JUST WANT TO MAKE SURE WE'RE CLEAR FOR THE RECORD.

01:16PM   3    A.   YEAH.

01:16PM   4    Q.   DID YOU SAY YOU BEGAN LOOKING FOR EMPLOYMENT --

01:16PM   5    A.   GO AHEAD, GO AHEAD.

01:17PM   6    Q.   DID YOU SAY YOU BEGAN LOOKING FOR OTHER EMPLOYMENT IN THE

01:17PM   7    MIDDLE OF 2013 SHORTLY AFTER JOINING THE COMPANY?

01:17PM   8    A.   YES.

01:17PM   9    Q.   LET'S LOOK NEXT AT EXHIBIT 2206, PLEASE.

01:17PM  10         LET ME KNOW WHEN YOU HAVE EXHIBIT 2206 IN FRONT OF YOU

01:17PM  11    THAT IS IN YOUR BINDER.

01:17PM  12    A.   I HAVE IT.

01:17PM  13    Q.   OKAY.  IS EXHIBIT 2206 AN EMAIL CHAIN BETWEEN YOU AND

01:17PM  14    OTHER INDIVIDUALS AT THERANOS?

01:17PM  15    A.   YES.

01:18PM  16    Q.   AND DOES IT RELATE TO LABORATORY RESULTS GENERATED WITHIN

01:18PM  17    THE COMPANY?

01:18PM  18    A.   YES.

01:18PM  19              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:18PM  20    ADMIT EXHIBIT 2206.

01:18PM  21              MR. WADE:  ONE MOMENT.

01:18PM  22         (PAUSE IN PROCEEDINGS.)

01:18PM  23              MR. WADE:  NO OBJECTION, YOUR HONOR.

01:18PM  24              THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

01:18PM  25         (GOVERNMENT'S EXHIBIT 2206 WAS RECEIVED IN EVIDENCE.)

ROSENDORFF DIRECT BY MR. BOSTIC                                    1837

01:18PM   1      BY MR. BOSTIC:

01:18PM   2      Q.   AND IF WE CAN LOOK AT PAGE 2, PLEASE.

01:19PM   3           DO YOU SEE ON THE SCREEN IN FRONT OF YOU -- LET'S ZOOM IN

01:19PM   4      ON THE MESSAGE KIND OF BEGINNING ONE-THIRD DOWN THE PAGE.

01:19PM   5      LET'S SEE IF WE CAN CAPTURE FROM THERE DOWN, PLEASE.

01:19PM   6           DR. ROSENDORFF, DO YOU SEE AN EMAIL IN FRONT OF YOU THAT

01:19PM   7      WAS SENT TO YOUR THERANOS EMAIL ADDRESS ON NOVEMBER 14, 2014?

01:19PM   8      A.   YES.

01:19PM   9      Q.   AND THE EMAIL SAYS, "HELLO DR. ROSENDORFF, AS YOU

01:19PM   10     REQUESTED, I AM SENDING YOU INFORMATION ON LAB RESULTS ON TWO

01:19PM   11     OF MY PATIENTS.  THE RESULTS DO NOT APPEAR TO BE ACCURATE.  I

01:20PM   12     AM TRYING OUT THERANOS LAB AND ACCURACY IS VERY IMPORTANT.  I

01:20PM   13     WAS NOT AWARE THAT SOME OF THEIR METHODS ARE NOT FDA APPROVED."

01:20PM   14          DO YOU SEE THAT?

01:20PM   15     A.   I SEE THAT.

01:20PM   16     Q.   AND YOU SAID YOU WOULD SOMETIMES INTERACT WITH DOCTORS

01:20PM   17     CONCERNING TEST RESULTS; IS THAT RIGHT?

01:20PM   18     A.   CORRECT.

01:20PM   19     Q.   LET'S ZOOM OUT AND LET'S GO TO PAGE 3, PLEASE.

01:20PM   20          LET'S START -- APOLOGIES.  LET'S GO BACK TO 2 AND ZOOM IN

01:20PM   21     JUST ON THE RESULTS BEGINNING HERE.  YES, RIGHT HERE DOWN.

01:20PM   22          DO YOU SEE SOME PATIENT RESULTS THAT WERE SUBMITTED BY

01:20PM   23     THIS DOCTOR BY EMAIL TO YOU?

01:20PM   24     A.   YES.

01:20PM   25     Q.   AND NOW LET'S GO TO PAGE 3, PLEASE.  LET'S ZOOM IN ON THE

ROSENDORFF DIRECT BY MR. BOSTIC                          1838

01:20PM  1    TOP HALF OF THE PAGE.

01:21PM  2         DO YOU SEE SOME ADDITIONAL PATIENT TEST RESULTS AND A NOTE

01:21PM  3    FROM THE DOCTOR, ALTHOUGH THIS PATIENT HAD AN -- THE RESULT FOR

01:21PM  4    THIS PATIENT WAS HBA1C 4.6, BUT THERE'S A PARENTHETICAL THAT

01:21PM  5    SAYS I'VE BEEN TESTING HER THE LAST FEW YEARS AND SHE HAS

01:21PM  6    ALWAYS BEEN 5.5 TO 5.9.

01:21PM  7         DO YOU SEE THAT?

01:21PM  8    A.   I SEE THAT.

01:21PM  9    Q.   LET'S ZOOM OUT AND ZOOM IN ON THE LAST LINE IN THE MIDDLE

01:21PM  10   OF THE PAGE.  LET'S CAPTURE WHAT IS BELOW THAT ALSO.  THANK

01:21PM  11   YOU.

01:21PM  12        DO YOU SEE THE DOCTOR'S REACTIONS TO THOSE RESULTS?  "I AM

01:22PM  13   NOT SURE WHAT TO DO WITH THESE LAB RESULTS????"

01:22PM  14   A.   YES.

01:22PM  15   Q.   AND LET'S GO TO PAGE 1 IN THIS EXHIBIT NOW.  LET'S ZOOM IN

01:22PM  16   ON YOUR MESSAGE IN THE TOP HALF OF THE PAGE, PLEASE.

01:22PM  17        DR. ROSENDORFF, DO YOU SEE AN EMAIL THAT YOU SENT ON

01:22PM  18   NOVEMBER 14TH, 2014, AT 5:05 P.M.?

01:22PM  19   A.   YES.

01:22PM  20   Q.   AND YOU SAY, "I DID CALL HER."

01:22PM  21        IS THAT REFERRING TO THE PHYSICIAN WHO SENT THE REPORT?

01:22PM  22   A.   YES.

01:22PM  23   Q.   AND YOU SAY, "UNFORTUNATELY I DO NOT HAVE A GOOD

01:22PM  24   EXPLANATION FOR THE TESTOSTERONE DISCREPANCY."

01:22PM  25        DOES THAT MEAN THAT THOSE RESULTS CAUSED YOU CONCERNS

ROSENDORFF DIRECT BY MR. BOSTIC                                    1839

01:22PM   1    ABOUT THE ACCURACY OF THE RESULTS?

01:23PM   2    A.   YES.

01:23PM   3    Q.   YOU NEXT SAY, "THE SODIUM RESULTS OF 127 MILLIUNITS PER

01:23PM   4    LITER IS CLEARLY ERRONEOUS GIVEN THE CLINICAL HISTORY."

01:23PM   5         AT THE TIME DID YOU CONCLUDE THAT THAT RESULT GAVE YOU

01:23PM   6    CONCERNS ABOUT THE ACCURACY OF THE SODIUM TEST?

01:23PM   7    A.   YES.

01:23PM   8    Q.   AT THE BOTTOM OF YOUR EMAIL YOU SAY, "THE AIC RESULT IS

01:23PM   9    ODD.  IT WAS RUN ON THE DCA VANTAGE I ASSUME FROM FINGERSTICK."

01:23PM  10         WAS THE DCA VANTAGE A THERANOS MODIFIED DEVICE?

01:23PM  11    A.   NO.

01:23PM  12    Q.   AND YOU SAY, "WE SHOULD RUN HBA1C USING THE TOSOH G7 OR

01:23PM  13    BIORAD VARIANT USING VENOUS BLOOD."

01:23PM  14         DO YOU SEE THAT?

01:23PM  15    A.   YES.

01:23PM  16    Q.   AND AT THIS TIME WAS THE EDISON CAPABLE OF RUNNING AN

01:24PM  17    HBA1C TEST?

01:24PM  18    A.   I DON'T RECALL.

01:24PM  19    Q.   LOOKING AT YOUR EMAIL ABOVE WHERE YOU'RE WRITING TO

01:24PM  20    CHRISTIAN HOLMES.

01:24PM  21         DO YOU SEE THAT AT THE TOP OF THE PAGE?

01:24PM  22    A.   YES.

01:24PM  23    Q.   AND YOU SAY, "I TOLD HER WE WOULD DO A TECHNICAL REVIEW --

01:24PM  24    UNFORTUNATELY OUR PRECISION STUDIES FOR THE EDISON HAVE ALL

01:24PM  25    BEEN DONE ON VENOUS BLOOD -- WHICH DOES NOT REFLECT OUR ACTUAL

ROSENDORFF DIRECT BY MR. BOSTIC                                    1840

01:24PM   1    WORKFLOW, I.E., TESTING SERIALLY ON FS IN THIS CASE."

01:24PM   2         CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

01:24PM   3    A.   I'M NOT EXACTLY SURE WHAT ASSAY THIS IS REFERRING TO.

01:24PM   4    THERE ARE A NUMBER OF THINGS MENTIONED IN THE PREVIOUS EMAIL

01:24PM   5    SUCH AS SODIUM AIC, ET CETERA, SO I DON'T RECALL WHAT TEST I

01:25PM   6    WAS REFERRING TO HERE.

01:25PM   7    Q.   LET ME ASK YOU GENERALLY, DO YOU RECALL FROM YOUR TIME AT

01:25PM   8    THERANOS PRECISION STUDIES FOR EDISON BEING RUN ON VENOUS

01:25PM   9    BLOOD?

01:25PM   10   A.   YES.

01:25PM   11   Q.   AND THE EDISON WAS DESIGNED TO TEST FINGERSTICK SAMPLES;

01:25PM   12   CORRECT?

01:25PM   13   A.   CORRECT.

01:25PM   14   Q.   AND WHAT WAS YOUR UNDERSTANDING AS TO WHY VENOUS BLOOD WAS

01:25PM   15   USED FOR THE PRECISION STUDIES ON THAT INSTRUMENT?

01:25PM   16   A.   IT WAS A PRACTICAL CONSIDERATION IN ORDER TO TEST BLOOD 20

01:25PM   17   TIMES FOR THE INTRO RUN PRECISION.  YOU WOULD HAVE TO PRICK

01:25PM   18   SOMEONE'S FINGER -- YOU WOULD HAVE TO GENERATE 20 CTN'S FROM

01:25PM   19   MULTIPLE FINGER PRICKS BECAUSE WHAT HAPPENS IS AFTER YOU PRICK

01:25PM   20   SOMEONE'S FINGER, AFTER A WHILE YOU CAN'T GET DROPS OF BLOOD

01:25PM   21   OUT OF IT ANYMORE.  IT STARTS GIVING YOU -- YOU CLOT UP.

01:25PM   22   THAT'S WHAT HAPPENS AFTER GETTING YOUR FINGER PRICKED.

01:25PM   23        SO TO ACTUALLY GET 20 FINGER PRICK SAMPLES, YOU WOULD

01:26PM   24   PROBABLY HAVE TO PRICK EVERY FINGER ON A PATIENT.

01:26PM   25        DOES THAT MAKE SENSE?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1841

01:26PM  1     Q.   IT DOES.

01:26PM  2     A.   YEAH.

01:26PM  3     Q.   YOU SAY IN YOUR EMAIL, "UNFORTUNATELY OUR PRECISION

01:26PM  4     STUDIES FOR THE EDISON HAVE ALL BEEN DONE ON VENOUS BLOOD."

01:26PM  5          WHY WAS THAT UNFORTUNATE IF YOU RECALL?

01:26PM  6     A.   THINKING ABOUT IT NOW, I DON'T THINK PRACTICALLY WE COULD

01:26PM  7     HAVE DONE IT ANY OTHER WAY.

01:26PM  8     Q.   DOES --

01:26PM  9     A.   I'M THINKING ABOUT A THEORETICAL IDEAL HERE.

01:26PM  10    Q.   UNDERSTOOD.

01:26PM  11         WOULD A MISMATCH BETWEEN THE WAY PRECISION STUDIES ARE RUN

01:26PM  12    AND THE WAY THE LAB ACTUALLY DOES ITS WORKFLOW AFFECT

01:26PM  13    CONFIDENCE IN THE PRECISION STUDIES AT ALL?

01:26PM  14    A.   THE CONCERN IS THAT THERE'S A PREANALYTIC COMPONENT, IN

01:27PM  15    OTHER WORDS, HOW DO YOU OBTAIN THE SPECIMEN, AND THAT'S GOING

01:27PM  16    TO AFFECT PRECISION.

01:27PM  17         SO IF YOU OBTAIN THE SPECIMEN USING A VACUTAINER, IT MAY

01:27PM  18    GIVE YOU A DIFFERENT ESTIMATE OF PRECISION THAN IF YOU OBTAINED

01:27PM  19    THE SPECIMEN USING A CTN.

01:27PM  20    Q.   I'LL ASK YOU TO LOOK AT 4124, PLEASE.  LET ME KNOW WHEN

01:27PM  21    YOU HAVE 4124 IN FRONT OF YOU?

01:27PM  22    A.   I HAVE IT.

01:27PM  23    Q.   IS EXHIBIT 4124 ANOTHER EMAIL CHAIN BETWEEN EMPLOYEES AT

01:27PM  24    THERANOS?

01:27PM  25    A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                              1842

01:27PM   1    Q.   AND DOES IT INCLUDE MESSAGES TO OR FROM ELIZABETH HOLMES

01:28PM   2    AND SUNNY BALWANI?

01:28PM   3    A.   YES.

01:28PM   4            MR. BOSTIC:   YOUR HONOR, THE GOVERNMENT MOVES TO

01:28PM   5    ADMIT EXHIBIT 4124.

01:28PM   6            MR. WADE:   NO OBJECTION, YOUR HONOR.

01:28PM   7            THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

01:28PM   8        (GOVERNMENT'S EXHIBIT 4124 WAS RECEIVED IN EVIDENCE.)

01:28PM   9            MR. BOSTIC:   MS. HOLLIMAN, LET'S GO TO PAGE 2,

01:28PM   10   PLEASE, AND ZOOM IN ON THE BOTTOM OF THE TEXT MESSAGE THERE.

01:28PM   11   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM MIKE PHEBUS TO

01:28PM   12   KIMBERLY ALFONSO?

01:28PM   13   A.   YES.

01:28PM   14   Q.   AND THE EMAIL READS:   "HERE IS SOME FEEDBACK FROM

01:28PM   15   KARI REEDY IN THE FIELD TODAY."

01:28PM   16       DO YOU RECOGNIZE THAT NAME KARI REEDY?

01:29PM   17   A.   NO, I DO NOT.

01:29PM   18   Q.   AND THE FIRST BULLET POINT THERE SAYS, DR. STAMPS LIKES

01:29PM   19   OUR LAB AND HAS SENT 3 PATIENTS.   HE DOES NOT TRUST OUR

01:29PM   20   POTASSIUM TEST, HOWEVER."

01:29PM   21       AND THEN IT GOES ON TO DESCRIBE, "HE WAS CALLED LATE AT

01:29PM   22   NIGHT REGARDING A PATIENT THAT HAD ABNORMALLY HIGH LEVELS OF

01:29PM   23   POTASSIUM.   THE PATIENT WAS IN NEW YORK CITY AT THE TIME OF THE

01:29PM   24   CALL SO THE DOCTOR HAD TO CONTACT THEM WHILE THEY WERE OUT OF

01:29PM   25   TOWN.   THEY DID A RETEST IN NEW YORK AND THE RESULTS CAME BACK

ROSENDORFF DIRECT BY MR. BOSTIC                                    1843

01:29PM  1    COMPLETELY NORMAL.  DR. STAMPS SAID THAT POTASSIUM IS A TRICKY

01:29PM  2    ONE TO COLLECT BECAUSE OF CLOTTING AND SUCH.  HE ALSO MENTIONED

01:29PM  3    THAT HE IS WILLING TO SHARE THE SPECIFIC PATIENT INFORMATION

01:29PM  4    AND EXPLAIN THE EXPERIENCE IF SOMEONE WANTED TO REACH OUT TO

01:29PM  5    HIM."

01:29PM  6         DID I READ THAT CORRECTLY?

01:29PM  7    A.   YES.

01:29PM  8    Q.   WHAT IS POTASSIUM?

01:29PM  9    A.   POTASSIUM IS A -- IT'S AN ION.  IT'S A CHEMICAL ELEMENT

01:30PM  10   THAT IN A PATIENT IS IMPORTANT FOR CARDIAC FUNCTION AND NERVE

01:30PM  11   CONDUCTION.

01:30PM  12   Q.   AND WOULD AN ABNORMALLY HIGH POTASSIUM RESULT BE A CAUSE

01:30PM  13   FOR HARM AND IMMEDIATE RETEST?

01:30PM  14   A.   YES.  CRITICAL HIGH TEST RESULTS COULD INDICATE THAT THE

01:30PM  15   PATIENT IS AT RISK FOR A HEART RHYTHM PROBLEM.  IT'S CALLED

01:30PM  16   ARRYTHMIA.

01:30PM  17   Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.  LET'S ZOOM IN ON

01:30PM  18   THE MIDDLE THIRD IF WE CAN.

01:30PM  19        DANIEL YOUNG WRITES, "I'M NOT SURE THAT THIS DOCTOR WAS

01:31PM  20   ASKING ABOUT THE CRITICAL VALUE FOR POTASSIUM.  CRITICAL VALUE

01:31PM  21   COMES FROM CLINICAL GUIDANCE DOCUMENTS AND CARE GUIDELINES, NOT

01:31PM  22   FROM R&D."

01:31PM  23        DO YOU SEE THAT?

01:31PM  24   A.   YES.

01:31PM  25   Q.   AND LET'S LOOK AT THE MESSAGE ABOVE THAT FROM MR. BALWANI.

ROSENDORFF DIRECT BY MR. BOSTIC                                        1844

01:31PM   1    JUST CAPTURE THE WHOLE TOP OF THE PAGE, PLEASE.  PERFECT.

01:31PM   2    THANK YOU.

01:31PM   3        DO YOU SEE AT THE BOTTOM OF THAT SELECTION MR. BALWANI

01:31PM   4    RESPONDS, "BUT DO WE KNOW IF THIS RESULT WAS ACCURATE GIVEN

01:31PM   5    THIS IS AN ISE ASSAY?  THAT'S WHAT I WAS REFERRING TO."

01:31PM   6        DO YOU SEE THAT?

01:31PM   7    A.   YES, I SEE THAT.

01:31PM   8    Q.   FIRST OF ALL, WHAT IS AN ISE ASSAY?

01:31PM   9    A.   ISE STANDS FOR ION SELECTIVE ELECTRODE.  IT COMES

01:31PM   10   PRE-INSTALLED ON SIEMENS INSTRUMENTS AND IS USED FOR MEASURING

01:31PM   11   SODIUM, POTASSIUM, AND CHLORIDE.

01:31PM   12   Q.   AND WERE THESE ASSAYS THAT THERANOS RAN ON MODIFIED

01:32PM   13   SIEMENS DEVICES OR UNMODIFIED SIEMENS DEVICES?

01:32PM   14   A.   MODIFIED.

01:32PM   15   Q.   DID THERANOS HAVE REPEATED PROBLEMS WITH ACCURACY OF THE

01:32PM   16   ISE'S?

01:32PM   17   A.   YES, THEY DID.

01:32PM   18   Q.   DANIEL YOUNG RESPONDS TO MR. BALWANI TO SAY, "WE'LL HAVE

01:32PM   19   TO CHECK.  SOME POTASSIUM RESULTS CAN RUN HIGH WITH SLIGHT

01:32PM   20   SAMPLE HEMOLYSIS."

01:32PM   21       WHAT DOES HEMOLYSIS MEAN?

01:32PM   22   A.   HEMOLYSIS REFERS TO THE BURSTING OF RED BLOOD CELLS AND

01:32PM   23   THE CONSEQUENT RELEASE OF LARGE AMOUNTS OF POTASSIUM INTO THE

01:32PM   24   SERUM, PLASMA IN THE SAMPLE.

01:32PM   25   Q.   BASED ON WHAT YOU SAW AT THERANOS, WAS THAT SOMETHING MORE

ROSENDORFF DIRECT BY MR. BOSTIC                                    1845

01:32PM   1    OR LESS LIKELY TO OCCUR FROM A FINGERSTICK DRAW VERSUS A VEIN

01:32PM   2    DRAW?

01:32PM   3    A.   MUCH MORE LIKELY TO OCCUR FROM A FINGERSTICK DRAW.  THE

01:33PM   4    ONLY TIME IT WOULD OCCUR IN A VENOUS DRAW IS IF THE

01:33PM   5    PHLEBOTOMIST USED THE WRONG KIND OF NEEDLE.

01:33PM   6    Q.   AND WHEN THERE WAS HEMOLYSIS PRESENT, DID IT HAVE AN

01:33PM   7    EFFECT ON TESTING ACCURACY BASED ON WHAT YOU SAW?

01:33PM   8    A.   YES, IT WOULD SPURIOUSLY OR FALSELY ELEVATE THE POTASSIUM

01:33PM   9    RESULT.

01:33PM  10    Q.   DANIEL YOUNG GOES ON TO SAY, "WE REVIEW THE IMAGINES FOR

01:33PM  11    ALL SAMPLES FOR HIGH POTASSIUM RESULTS AND THEN CLIA DETERMINES

01:33PM  12    IF A RERUN IS NEEDED OR NOT, AND HOW TO REPORT IT."

01:33PM  13         DO YOU RECALL THIS PROCEDURE INVOLVING REVIEWING IMAGES

01:33PM  14    FOR ALL SAMPLES WITH HIGH POTASSIUM RESULTS?

01:33PM  15    A.   MY RECOLLECTION IS THAT THE IMAGING WAS AVAILABLE ON THE

01:33PM  16    EDISON BECAUSE THE EDISON HAD A CAMERA.  I DO NOT RECALL

01:33PM  17    IMAGING BEING AVAILABLE FOR TESTING THAT WAS RUN ON THE ADVIAS.

01:33PM  18    Q.   AND IF IMAGING WAS NOT AVAILABLE, WOULD IT STILL BE

01:34PM  19    POSSIBLE, OR WOULD IT BE POSSIBLE TO DO A VISUAL INSPECTION OF

01:34PM  20    THE SAMPLE?

01:34PM  21    A.   NO.

01:34PM  22    Q.   WOULD REVIEWING IMAGES IN CASES WHERE POTASSIUM RESULTS

01:34PM  23    WERE HIGH, SLOW DOWN THE TESTING PROCESS?

01:34PM  24    A.   DEFINITELY.

01:34PM  25    Q.   I'LL DIRECT YOUR ATTENTION TO THE EMAIL AT THE TOP OF THE

ROSENDORFF DIRECT BY MR. BOSTIC                                    1846

01:34PM   1    CHAIN FROM MR. BALWANI TO MS. HOLMES.

01:34PM   2         DO YOU SEE THAT ON APRIL 17TH, 2014?

01:34PM   3    A.   YES.

01:34PM   4    Q.   AND HE FORWARDED HER THE MESSAGES BELOW THAT WE HAVE BEEN

01:34PM   5    LOOKING AT.  "SEE BELOW.  THIS IS WHAT WE ARE DOING TODAY WITH

01:34PM   6    OUR LIMITED RESOURCES.  THIS IS WHAT DANIEL HAS TO DO MANUALLY.

01:34PM   7    NOT SCALEABLE."

01:34PM   8         DO YOU SEE THAT?

01:34PM   9    A.   YEAH, I SEE THAT.

01:34PM   10   Q.   DO YOU AGREE WITH MR. BALWANI HERE THAT THAT KIND OF

01:34PM   11   PROCESS WOULD PRESENT CHALLENGES -- I'M SORRY.  LET ME START

01:35PM   12   THAT QUESTION AGAIN.

01:35PM   13        DO YOU AGREE WITH MR. BALWANI THAT THAT APPROACH WOULD

01:35PM   14   PRESENT CHALLENGES WHEN IT CAME TO SCALING UP THERANOS'S

01:35PM   15   PROCESS?

01:35PM   16   A.   YES.

01:35PM   17   Q.   LET'S LOOK AT EXHIBIT 4127.

01:35PM   18        DO YOU HAVE EXHIBIT 4127 IN FRONT OF YOU?

01:35PM   19   A.   I DO.  I DO.

01:35PM   20   Q.   IS THIS ADDITIONAL EMAIL CORRESPONDENCE BETWEEN THERANOS

01:35PM   21   EMPLOYEES RELATING TO THE SAME REPORT THAT WE WERE JUST LOOKING

01:35PM   22   AT?

01:36PM   23   A.   YES.

01:36PM   24        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:36PM   25   ADMIT EXHIBIT 4127.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1847

01:36PM   1              MR. WADE:  NO OBJECTION.

01:36PM   2              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:36PM   3          (GOVERNMENT'S EXHIBIT 4127 WAS RECEIVED IN EVIDENCE.)

01:36PM   4    BY MR. BOSTIC:

01:36PM   5    Q.   DR. ROSENDORFF, IS THIS STILL THIS DISCUSSION ABOUT HIGH

01:36PM   6    POTASSIUM RESULTS?

01:36PM   7    A.   YES.

01:36PM   8    Q.   AND AGAIN, WHAT DEVICE WOULD BE YIELDING THESE HIGH

01:36PM   9    POTASSIUM RESULTS?

01:36PM   10   A.   IT WOULD BE THE THERANOS LABORATORY DEVELOPED TESTS RUN ON

01:36PM   11   THE ADVIA USING THE ION SPECIFIC ELECTRODE.

01:36PM   12   Q.   AND WERE TESTS RUN ON THERANOS MODIFIED DEVICES FDA

01:36PM   13   APPROVED OR NOT FDA APPROVED?

01:36PM   14   A.   NOT FDA APPROVED.

01:36PM   15   Q.   I'LL ASK YOU TO LOOK AT THE BOTTOM OF PAGE 1.  IF WE CAN

01:36PM   16   JUST ZOOM IN ON THE HEADER INFORMATION THERE.

01:37PM   17        WE SEE THAT WE'RE ABOUT TO LOOK AT AN EMAIL FROM

01:37PM   18   SUNNY BALWANI TO INDIVIDUALS AT THERANOS, INCLUDING YOURSELF;

01:37PM   19   IS THAT RIGHT?

01:37PM   20   A.   YES.

01:37PM   21   Q.   AND LET'S GO TO PAGE 2, PLEASE.  LET'S ZOOM IN ON THE TOP

01:37PM   22   MESSAGE.

01:37PM   23        DO YOU SEE MR. BALWANI'S EMAIL ON THE SCREEN?

01:37PM   24   A.   YES.

01:37PM   25   Q.   HE SAYS, "MAX, CAN YOU PLEASE WORK WITH DANIEL TO GET THE

ROSENDORFF DIRECT BY MR. BOSTIC                                  1848

01:37PM   1    IMAGES OF THIS SAMPLE AND SEE IF THERE WAS ANY HEMOLYSIS

01:37PM   2    (SOMEONE SHOULD HAVE BEEN FOLLOWING THIS PROCESS.  THIS IS PART

01:37PM   3    OF OUR CURRENT SOP)."

01:37PM   4        DO YOU SEE THAT?

01:37PM   5    A.   YES.

01:37PM   6    Q.   AND LET'S GO BACK TO PAGE 1.  PLEASE LET'S ZOOM IN ON YOUR

01:37PM   7    EMAIL ON THE MIDDLE OF THE PAGE WITH THE HIGHLIGHTING.

01:38PM   8        AND YOU WRITE, "ONE FURTHER OBSERVATION - I DO NOT BELIEVE

01:38PM   9    THAT THE LEVELS OF HEMOLYSIS THAT WOULD RESULT IN A CTN

01:38PM  10    POTASSIUM VALUE GREATER THAN 5.2 MM ARE NECESSARILY DETECTIBLE

01:38PM  11    BY VISUAL INSPECTION BY A CLS."

01:38PM  12        CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

01:38PM  13    A.   YES.  I BELIEVED THAT YOU COULD STILL HAVE HEMOLYSIS IN A

01:38PM  14    CTN, THAT THIS WOULD NOT BE DETECTABLE BY A CLS REVIEWING AN

01:38PM  15    IMAGE OF A CTN.

01:38PM  16    Q.   WOULD THAT MEAN THAT THAT EXTRA STEP OF DOING THE VISUAL

01:38PM  17    ANALYSIS WOULD NOT PROVIDE A GOOD ENOUGH SAFEGUARD TO THIS

01:38PM  18    ISSUE?

01:38PM  19    A.   CORRECT.

01:38PM  20    Q.   LET'S ZOOM OUT AND THEN ZOOM IN ON THE TOP TWO MESSAGES ON

01:38PM  21    THIS PAGE, PLEASE.

01:39PM  22        DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM SUNNY BALWANI TO

01:39PM  23    ELIZABETH HOLMES NOW AND MAX FOSQUE?

01:39PM  24    A.   YES.

01:39PM  25    Q.   AND THE IMPORTANCE IS MARKED HIGH.

ROSENDORFF DIRECT BY MR. BOSTIC                          1849

01:39PM  1          DO YOU SEE THAT?

01:39PM  2     A.   YES.

01:39PM  3     Q.   HE SAYS TO MS. HOLMES, "MAX IS GOING TO COME AND TALK TO

01:39PM  4     YOU ABOUT THIS ISSUE.  ADAM AND DANIEL CAN'T AGREE ON THIS AND

01:39PM  5     HE IS IN THE MIDDLE OF THIS.  WE NEED A RIGHT ANSWER FOR THIS."

01:39PM  6          DO YOU SEE THAT?

01:39PM  7     A.   YES, I DO.

01:39PM  8     Q.   AND DO YOU RECALL A DISAGREEMENT WITH DANIEL YOUNG OVER

01:39PM  9     HOW TO HANDLE THIS ISSUE?

01:39PM 10     A.   DANIEL BELIEVED THAT HEMOLYSIS COULD BE RELIABLY DETECTED

01:39PM 11     BY THE REVIEW OF THE CTN.  ONE MAJOR PROBLEM IS THAT IN ROUTINE

01:39PM 12     LAB PRACTICE, FOR INSTANCE, A PREDICATE FDA APPROVED INSTRUMENT

01:40PM 13     WOULD DETECT HEMOLYSIS RIGHT AWAY.

01:40PM 14          THIS WAS ALWAYS BEING DONE AFTER THE FACT.  THAT'S ONE

01:40PM 15     ISSUE.

01:40PM 16          THE SECOND ISSUE IS THAT THE VISUAL INSPECTION OF THE CTN

01:40PM 17     IMAGES WAS SOMEWHAT OF A COTTAGE INDUSTRY, KIND OF A -- IT WAS

01:40PM 18     NOT SCIENTIFIC, IN MY OPINION, TO MAKE A DETERMINATION OF

01:40PM 19     WHETHER THERE HAD BEEN HEMOLYSIS BASED ON VISUAL INSPECTION OF

01:40PM 20     A CTN.

01:40PM 21          THERE WERE OBVIOUS CASES WHERE THE PLASMA IS PINK.

01:40PM 22     Q.   YOU MENTIONED THAT THIRD PARTY DEVICES COULD DETECT

01:40PM 23     HEMOLYSIS INSTANTLY.

01:40PM 24          DID I HEAR YOU CORRECTLY?

01:40PM 25     A.   YES.  YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1850

01:40PM  1    Q.   CAN YOU EXPLAIN THAT?

01:40PM  2    A.   THE SIEMENS HAS WHAT ARE CALLED INDICES.  YOU CAN TURN ON

01:40PM  3    THE INDICES.  THEY DETECT HEMOLYSIS, LIPEMIA, AND ICTERUS.  AND

01:41PM  4    THESE ARE KNOWN AS INTERFERING SUBSTANCES AND THEY'RE FLAGGED

01:41PM  5    BY THIS SIEMENS INSTRUMENT AND OTHER CHEMISTRY ANALYZERS DURING

01:41PM  6    THE RUN OF THE SAMPLE.

01:41PM  7    Q.   DID THE THERANOS EDISON HAVE THAT CAPABILITY?

01:41PM  8    A.   NO, IT DID NOT.

01:41PM  9         BUT I THINK WE'RE TALKING ABOUT POTASSIUM HERE, SO THIS

01:41PM  10   WOULD BE THE ADVIA.

01:41PM  11   Q.   OKAY.  WE WERE TALKING ABOUT THE DISAGREEMENT THAT YOU HAD

01:41PM  12   WITH DANIEL YOUNG ABOUT HOW TO APPROACH THIS ISSUE.

01:41PM  13   A.   YES.

01:41PM  14   Q.   MR. BALWANI ESSENTIALLY BRINGS IN MS. HOLMES IN ORDER TO

01:41PM  15   MAKE A FINAL DECISION; IS THAT RIGHT?

01:41PM  16   A.   YES.

01:41PM  17   Q.   AND DO YOU RECALL MS. HOLMES WEIGHING IN ON THIS ISSUE AND

01:41PM  18   MAKING THAT FINAL DECISION?

01:41PM  19   A.   NO.

01:41PM  20   Q.   AT THE TOP OF THE PAGE THERE, ELIZABETH HOLMES RESPONDS TO

01:42PM  21   MR. BALWANI AND SAYS, "FYI I AM MAKING SURE THIS LOOP GETS

01:42PM  22   CLOSED WITH DR. STAMPS.  PLEASE LET ME KNOW IF THERE ARE ANY

01:42PM  23   OTHER OPEN WAG/PATIENT/PHYSICIAN RELATED ISSUES YOU ARE AWARE

01:42PM  24   OF THAT I HAVE NOT OTHERWISE ALREADY REFERENCED IN MY EMAILS

01:42PM  25   THIS AFTERNOON."

ROSENDORFF DIRECT BY MR. BOSTIC                                    1851

01:42PM   1          DO YOU SEE THAT?

01:42PM   2     A.   YES.

01:42PM   3     Q.   LET'S LOOK AT EXHIBIT 1717.

01:42PM   4          YOUR HONOR, I'M CONSCIOUS OF THE TIME.  DO YOU WANT TO

01:42PM   5     REMIND ME WHEN YOU WANT TO TAKE THE NEXT BREAK?

01:42PM   6               THE COURT:  WE WERE GOING TO DO IT AT 1:45.  MAYBE

01:42PM   7     NOW IS AN OPPORTUNE TIME BEFORE YOU MOVE ON TO ANOTHER TOPIC.

01:43PM   8               MR. BOSTIC:  IT WOULD BE, YOUR HONOR.

01:43PM   9               THE COURT:  LET'S TAKE ANOTHER BREAK, FOLKS, A 20

01:43PM   10    MINUTE BREAK.

01:43PM   11         THANK YOU.  YOU MAY STAND DOWN.

01:43PM   12         (RECESS FROM 1:43 P.M. UNTIL 2:05 P.M.)

02:05PM   13              THE COURT:  THANK YOU.  PLEASE BE SEATED.  WE ARE

02:05PM   14    BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT

02:05PM   15    ONCE AGAIN.  THE JURY AND ALTERNATES ARE PRESENT.

02:06PM   16         MR. BOSTIC.

02:06PM   17              MR. BOSTIC:  THANK YOU, YOUR HONOR.

02:06PM   18    Q.   DR. ROSENDORFF, WE WERE ABOUT TO LOOK AT EXHIBIT 1717.

02:06PM   19    COULD I ASK YOU TO TURN TO THAT IN YOUR BINDER, PLEASE.

02:06PM   20    A.   YES.

02:06PM   21              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:06PM   22    ADMIT EXHIBIT 1717.  I UNDERSTAND THE DEFENSE HAS STIPULATED.

02:06PM   23              MR. WADE:  WE DO, YOUR HONOR.

02:06PM   24              THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

02:06PM   25    PUBLISHED.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1852

02:06PM    1              (GOVERNMENT'S EXHIBIT 1717 WAS RECEIVED IN EVIDENCE.)

02:06PM    2                   MR. BOSTIC:  MAY WE PUBLISH, YOUR HONOR?

02:06PM    3                   THE COURT:  YES.

02:06PM    4                   MR. BOSTIC:  MS. HOLLIMAN, LET'S START AT THE BOTTOM

02:06PM    5       OF PAGE 2, PLEASE.

02:06PM    6       Q.   DR. ROSENDORFF, WE'RE BEEN TALKING ABOUT ISE ASSAYS.

02:06PM    7            DO YOU RECALL OUR DISCUSSION?

02:06PM    8       A.   YES.

02:06PM    9       Q.   AND WHICH ASSAYS ARE INCLUDED IN ISE ASSAYS?

02:07PM   10       A.   SODIUM, POTASSIUM, AND CHLORIDE.

02:07PM   11       Q.   AND WHAT DEVICE, OR WHAT KIND OF DEVICE WAS THERANOS USING

02:07PM   12       WHEN YOU WERE AT THE COMPANY TO RUN ISE TESTS?

02:07PM   13       A.   THE SIEMENS ADVIA 1800.

02:07PM   14       Q.   UM, THE SIEMENS ADVIA AS IT CAME FROM THE FACTORY OUT OF

02:07PM   15       THE BOX?

02:07PM   16       A.   WE SPOKE ABOUT HOW THE SAMPLES WERE DILUTED.  I KNOW THAT

02:07PM   17       THE ION SENSITIVE ELECTRODE WAS USED ON THOSE SAMPLES FOR THOSE

02:07PM   18       THREE ANALYTES.  THERE MAY HAVE BEEN OTHER MODIFICATIONS THAT I

02:07PM   19       WASN'T AWARE OF.

02:07PM   20       Q.   WERE THERANOS ISE TESTS CONDUCTED ON FINGERSTICK SAMPLES?

02:07PM   21       A.   YES.

02:07PM   22       Q.   DID THE SIEMENS ADVIA DEVICES INCLUDE --

02:08PM   23       A.   I'M SORRY, I NEED TO CLARIFY.

02:08PM   24            IF YOU'RE RUNNING SODIUM, POTASSIUM, OR CHLORIDE ON A

02:08PM   25       VENOUS DRAW, YOU WOULD ALSO BE USING THE ION SENSITIVE

ROSENDORFF DIRECT BY MR. BOSTIC                                    1853

02:08PM   1      ELECTRODE.

02:08PM   2      Q.   GENERALLY SPEAKING, DID --

02:08PM   3      A.   AND ION SELECTIVE ELECTRODE.

02:08PM   4      Q.   THANK YOU.

02:08PM   5           GENERALLY SPEAKING AT THERANOS, WAS THE DEFAULT TO RUN ISE

02:08PM   6      ASSAYS ON MODIFIED OR UNMODIFIED THIRD PARTY DEVICES?

02:08PM   7      A.   MODIFIED.

02:08PM   8      Q.   AND THAT WOULD ALLOW THE COMPANY TO USE FINGERSTICK

02:08PM   9      SAMPLES?

02:08PM   10     A.   CORRECT.

02:08PM   11     Q.   SO THE MATERIALS WE'VE BEEN LOOKING AT, THEY'VE BEEN

02:08PM   12     RELATED TO THE PERFORMANCE OF THERANOS MODIFIED THIRD PARTY

02:08PM   13     DEVICES?

02:08PM   14     A.   CORRECT.

02:08PM   15     Q.   AND WERE THOSE FDA APPROVED OR NOT?

02:09PM   16     A.   ONCE YOU USE A DIFFERENT SAMPLE TYPE OR METHOD OR YOU

02:09PM   17     CHANGE THE INSTRUMENT IN ANY WAY, IT IMMEDIATELY BECOMES A

02:09PM   18     LABORATORY DEVELOPED TEST.

02:09PM   19     Q.   AND LABORATORY DEVELOPED TEST MEANS NOT FDA APPROVED?

02:09PM   20     A.   CORRECT.

02:09PM   21     Q.   DRAWING YOUR ATTENTION TO EXHIBIT 1717.  THERE'S AN EMAIL

02:09PM   22     ON YOUR SCREEN FROM SOMEONE NAMED HODA ALAMDAR?

02:09PM   23     A.   YES.

02:09PM   24     Q.   TO YOU AND MARK PANDORI; CORRECT?

02:09PM   25     A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1854

```
02:09PM   1      Q.   AND WHO WAS HODA ALAMDAR, IF YOU REMEMBER?

02:09PM   2      A.   CLINICAL LABORATORY SCIENTIST.

02:09PM   3      Q.   THIS EMAIL WAS ALSO SENT TO THE GROUP CLS; CORRECT?

02:09PM   4      A.   CORRECT.

02:09PM   5      Q.   AND THE SUBJECT LINE IS ISE OUTPUT MAY 9TH, 2014.

02:09PM   6           DO YOU SEE THAT?

02:09PM   7      A.   YES.

02:09PM   8      Q.   MS. ALAMDAR WRITES, "ALMOST EVERY ISE SAMPLE NEEDS A RERUN

02:10PM   9      SINCE THEY'RE HIGH; MOST OF THE TIME THE RERUN VALUE IS ALSO

02:10PM  10      HIGH OR THE SAME."

02:10PM  11           DO YOU SEE THAT?

02:10PM  12      A.   YES.

02:10PM  13      Q.   DO YOU RECALL THIS BEING A PROBLEM WITH THERANOS ISE

02:10PM  14      TESTS?

02:10PM  15      A.   YES.

02:10PM  16      Q.   AND COULD YOU DESCRIBE WHAT THIS MEANS?

02:10PM  17      A.   I THINK WHAT SHE'S REFERRING TO IS FOR INSTANCE, IF YOU

02:10PM  18      HAD A POTASSIUM VALUE THAT WAS ABOVE THE REFERENCE RANGE, IT

02:10PM  19      WOULD BE RERUN, OR A SODIUM VALUE THAT WAS BELOW THE REFERENCE

02:10PM  20      RANGE, IT WOULD BE RERUN.

02:10PM  21           YEAH.

02:10PM  22      Q.   AND WHAT IS THE SIGNIFICANCE, IF ANY, OF THE FACT THAT

02:10PM  23      WHEN THESE SAMPLES WERE RERUN, THE VALUE AGAIN WOULD BE HIGH OR

02:10PM  24      THE SAME?  WHAT DID THAT TELL YOU AS LAB DIRECTOR AT THE TIME?

02:10PM  25      A.   IT SUGGESTS CONSISTENT BIAS.
```

ROSENDORFF DIRECT BY MR. BOSTIC                                        1855

02:10PM  1        Q.   AND IS BIAS A KIND OF INACCURACY?

02:11PM  2        A.   YES.

02:11PM  3        Q.   LET'S LOOK AT THE EMAIL MESSAGE ABOVE THIS ONE IN THE

02:11PM  4        MIDDLE OF THE PAGE, PLEASE.

02:11PM  5             YOU FORWARD THIS INFORMATION TO MR. BALWANI; CORRECT?

02:11PM  6        A.   CORRECT.

02:11PM  7        Q.   AND YOU SAY, "SUNNY, SORRY TO BOTHER YOU.  I'D LIKE TO

02:11PM  8        CORRECT OUR ISE PROBLEM.  PLEASE SEE HODA'S EMAIL BELOW.  IT IS

02:11PM  9        MY OPINION THAT SODIUM, POTASSIUM, AND CHLORIDE SHOULD HAVE A

02:11PM 10        DEDICATED CTN AND BE RUN NEAT ON THE ADVIA."

02:11PM 11        A.   YES.

02:11PM 12        Q.   CAN YOU EXPLAIN WHAT YOU WERE SUGGESTING THERE?

02:11PM 13        A.   YES.  I WAS SUSPICIOUS OF THE THERANOS METHOD FOR SODIUM,

02:11PM 14        POTASSIUM, AND CHLORIDE.  IN PARTICULAR, THE DILUTION WAS

02:12PM 15        LIKELY RESULTING IN THOSE -- THE CONCENTRATIONS OF THOSE

02:12PM 16        ANALYTES GOING BELOW THE LOWER LIMIT OF DETECTION OF THE

02:12PM 17        INSTRUMENTS.

02:12PM 18             SO THAT -- YOU KNOW, THE INSTRUMENT IS ONLY DESIGNED TO

02:12PM 19        DETECT TO A CERTAIN POINT, AND IF YOU GO BELOW THAT, YOU RUN

02:12PM 20        INTO -- YOU START RUNNING INTO PROBLEMS.

02:12PM 21             SO ONE SOLUTION THAT I SUGGESTED WAS TO COLLECT A SEPARATE

02:12PM 22        CAPILLARY TUBE AND NANOTAINER FOR THOSE THREE ANALYTES AND TO

02:12PM 23        RUN THEM WITHOUT DILUTION, IN OTHER WORDS, NEAT ON THE ADVIA.

02:12PM 24        Q.   AND THAT WOULD AVOID ANY PROBLEMS, IN THEORY AT LEAST,

02:12PM 25        CAUSED BY THE DILUTION STEP?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1856

02:12PM   1    A.   CORRECT.

02:12PM   2    Q.   LET'S LOOK AT THE VERY TOP OF THIS PAGE.  AND IF WE CAN

02:12PM   3    ZOOM IN ON JUST THAT HEADER.

02:12PM   4         DO YOU SEE ON MAY 9TH, 2014, MR. BALWANI SENT THIS EMAIL

02:13PM   5    MESSAGE TO DANIEL YOUNG AND ELIZABETH HOLMES?

02:13PM   6    A.   YES, I SEE THAT.

02:13PM   7    Q.   AND LET'S GO TO PAGE 1, PLEASE.  LET'S LOOK AT

02:13PM   8    DANIEL YOUNG'S MESSAGE IN THE BOTTOM HALF OF THE PAGE.

02:13PM   9         DO YOU SEE THIS RESPONSIVE EMAIL FROM DANIEL YOUNG?

02:13PM  10    A.   YES.

02:13PM  11    Q.   AND AT THIS POINT, WERE YOU STILL ON THE EMAIL CHAIN?

02:13PM  12    A.   I DON'T SEE A HEADER FOR THE 8:38 P.M. EMAIL FROM DANIEL.

02:13PM  13         I DON'T BELIEVE I WAS.

02:13PM  14    Q.   OKAY.  MR. YOUNG SAYS IN THAT MIDDLE PARAGRAPH OF HIS

02:13PM  15    EMAIL, "RUNNING NEAT PLASMA IS AN OPTION, BUT NOT A VERY GOOD

02:13PM  16    ONE CLEARLY."

02:13PM  17         DO YOU AGREE THAT RUNNING NEAT PLASMA WOULD HAVE HAD SOME

02:14PM  18    DISADVANTAGES?

02:14PM  19    A.   FOR THE COMPANY, YES.  IT WOULD HAVE BEEN INCONVENIENT FOR

02:14PM  20    THEM BECAUSE IT WOULD HAVE REQUIRED AN ADDITIONAL FINGERPRICK

02:14PM  21    FOR THE PATIENT.

02:14PM  22    Q.   AND DANIEL YOUNG SAYS, "ALTERNATIVELY, WE HAVE BEEN

02:14PM  23    LOOKING AT IMPLEMENTING A BIAS CORRECTION."

02:14PM  24         GENERALLY SPEAKING, WHAT IS A BIAS CORRECTION?

02:14PM  25    A.   IF YOUR ASSAY IS SHOWING A CONSISTENT BIAS RELATIVE TO THE

UNITED STATES COURT REPORTERS

**ER-5558**

ROSENDORFF DIRECT BY MR. BOSTIC                                    1857

02:14PM  1    PREDICATE, YOU CAN APPLY A CORRECTION FACTOR TO BRING THOSE TWO

02:14PM  2    VALUES INTO LINE WITH EACH OTHER.

02:14PM  3         IF THERE'S INCONSISTENCY, IF THERE'S IMPRECISION, THAT'S

02:14PM  4    NOT GOING TO WORK.

02:14PM  5    Q.   BUT IT'S A WAY TO COMPENSATE FOR CONSISTENT INACCURACY?

02:14PM  6    A.   FOR CONSISTENT BIAS, CORRECT.

02:15PM  7    Q.   LET'S ZOOM OUT AND LOOK AT THE TOP HALF OF THE PAGE.  A

02:15PM  8    LITTLE FURTHER DOWN.  THAT'S PERFECT.

02:15PM  9         DO YOU SEE AN EMAIL AT THE BOTTOM OF THIS SELECTION FROM

02:15PM  10   ELIZABETH HOLMES ON MAY 9TH, AT 8:50 P.M.?

02:15PM  11   A.   YES.

02:15PM  12   Q.   MS. HOLMES SAYS IN RESPONSE TO DANIEL YOUNG, "I'LL TAKE A

02:15PM  13   LOOK.  IF THE BIAS CORRECTION IS ROBUST, WE SHOULD IMPLEMENT

02:15PM  14   IT.  WHAT IS TIMELINE ON THE FINAL SOLUTION?"

02:15PM  15        DO YOU SEE THAT?

02:15PM  16   A.   YES.

02:15PM  17   Q.   AND DANIEL YOUNG RESPONDS TO HER EMAIL TO PROVIDE HER WITH

02:15PM  18   THE REQUESTED INFORMATION AND SHE SAYS OKAY.

02:15PM  19        DO YOU SEE THAT?

02:15PM  20   A.   YES, DANIEL SAYS THE STUDIES TO DETERMINE, ET CETERA, AND

02:16PM  21   THEN ELIZABETH REPLIES OKAY.

02:16PM  22   Q.   OKAY.  WE CAN PUT THAT ONE ASIDE.

02:16PM  23        LET'S LOOK AT 4014.  4014.  AND LET ME KNOW WHEN YOU HAVE

02:16PM  24   THAT IN FRONT OF YOU.

02:16PM  25   A.   4014?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1858

02:16PM   1      Q.   4014.

02:16PM   2      A.   I HAVE IT.

02:16PM   3      Q.   OKAY.  IS EXHIBIT 4014 A CHAIN OF EMAILS INCLUDING

02:16PM   4      INDIVIDUALS AT THERANOS, INCLUDING SUNNY BALWANI AND

02:16PM   5      ELIZABETH HOLMES?

02:16PM   6      A.   YES.

02:16PM   7           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:16PM   8      ADMIT EXHIBIT 4014.

02:16PM   9           MR. WADE:  NO OBJECTION.

02:16PM  10           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:17PM  11           (GOVERNMENT'S EXHIBIT 4014 WAS RECEIVED IN EVIDENCE.)

02:17PM  12           MR. BOSTIC:  LET'S START, PLEASE, WITH THE BOTTOM OF

02:17PM  13      PAGE 1, AND IF WE CAN CAPTURE THE EMAIL MESSAGE RIGHT THERE.

02:17PM  14      Q.   DR. ROSENDORFF, YOU'RE NOT ON THIS EMAIL EITHER; CORRECT?

02:17PM  15      A.   CORRECT.

02:17PM  16      Q.   AND THIS IS AN EMAIL FROM DANIEL YOUNG TO SUNNY BALWANI

02:17PM  17      AND ELIZABETH HOLMES; IS THAT RIGHT?

02:17PM  18      A.   CORRECT.

02:17PM  19      Q.   AND ON OCTOBER 17TH, 2013, DANIEL YOUNG WRITES AN EMAIL

02:17PM  20      WITH THE SUBJECT LINE CLIA UPDATES.

02:17PM  21           DO YOU SEE THAT?

02:17PM  22      A.   YES.

02:17PM  23      Q.   LET'S LOOK AT PAGE 2 OF THIS EMAIL, PLEASE.  LET'S ZOOM IN

02:17PM  24      AT THE BOTTOM OF THE PAGE ON LINE ITEM 3 ON THE LIST.

02:18PM  25           THERE'S A HEADING IN THIS LIST TITLED ELECTROLYTES/ISE.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1859

02:18PM  1          DO YOU SEE THAT?

02:18PM  2     A.   YES.

02:18PM  3     Q.   AND MR. DANIEL YOUNG WRITES TO MS. HOLMES AND MR. BALWANI,

02:18PM  4     "OUR NA, K, CI TEST RESULTS ARE STILL NOT AS RELIABLE AS I

02:18PM  5     WOULD LIKE."

02:18PM  6     A.   YES.

02:18PM  7     Q.   AND WHAT IS HE REFERRING TO THERE?

02:18PM  8     A.   THE SODIUM, POTASSIUM, AND CHLORIDE ASSAYS THAT ARE

02:18PM  9     PERFORMED USING THE ION SELECTIVE ELECTRODE.

02:18PM 10     Q.   OKAY.  AND THEY SAY -- HE SAYS THEY'RE STILL NOT AS

02:18PM 11     RELIABLE AS HE WOULD LIKE.

02:18PM 12          AROUND THIS TIME IN OCTOBER OF 2013, CAN YOU REMINDS US

02:18PM 13     HOW LONG AFTER THE COMMERCIAL LAUNCH OF THE THERANOS TESTS WE

02:18PM 14     WERE AT THIS POINT?

02:18PM 15     A.   APPROXIMATELY FIVE WEEKS.

02:19PM 16     Q.   WERE YOU AWARE THIS EARLY OF PROBLEMS PLAGUING THE ISE

02:19PM 17     TEST AT THERANOS?

02:19PM 18     A.   YES.

02:19PM 19     Q.   AND DID THOSE ISE PROBLEMS CONTINUE OVER THE MONTHS THAT

02:19PM 20     YOU WERE LAB DIRECTOR AT THE COMPANY?

02:19PM 21     A.   YES.  DO YOU WANT ME TO ELABORATE OR --

02:19PM 22     Q.   IF THERE'S MORE TO YOUR ANSWER.

02:19PM 23     A.   I WOULD COMPLAIN ABOUT THEM.  FOLKS WOULD NOTE THE

02:19PM 24     PROBLEM.  DANIEL WOULD SAY HE'S WORKING ON A FIX, AND IN SOME

02:19PM 25     INSTANCES HE WOULD SHOW ME DATA THAT SUGGESTED OR THAT

ROSENDORFF DIRECT BY MR. BOSTIC                                    1860

02:19PM   1    INDICATED A FIX, AND THEN THE PROBLEMS MIGHT STABILIZE FOR A

02:19PM   2    WHILE, BUT THEY WOULD COME BACK.

02:19PM   3    Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.  THE MIDDLE EMAIL

02:20PM   4    FROM DANIEL YOUNG, JUST A QUICK UPDATE.

02:20PM   5        WE JUST LOOKED AT AN EMAIL FROM OCTOBER 17TH.  NOW WE'RE

02:20PM   6    LOOKING AT AN OCTOBER 21ST EMAIL; IS THAT CORRECT?

02:20PM   7    A.   CORRECT.

02:20PM   8    Q.   DANIEL YOUNG SAYS TO SUNNY BALWANI AND ELIZABETH HOLMES,

02:20PM   9    "JUST A QUICK UPDATE, WE STILL ARE HAVING ISE CHALLENGES.

02:20PM  10    THERE ARE SEVERAL RESULTS RECENTLY THAT ARE OUT OF RANGE NORMAL

02:20PM  11    THAT I DO NOT BELIEVE.  SO AS A RESULT WE ARE NOT REPORTING

02:20PM  12    THESE RESULTS."

02:20PM  13        DO YOU SEE THAT?

02:20PM  14    A.   YES.

02:20PM  15    Q.   AND IS THIS CONSISTENT WITH YOUR MEMORY OF ISE ISSUES AT

02:20PM  16    THIS TIME?

02:20PM  17    A.   YES, WE WERE NOT REPORTING RESULTS THAT WERE OUT OF RANGE,

02:20PM  18    THAT WERE OUTSIDE OF THE REFERENCE RANGE, YEAH.

02:20PM  19    Q.   LET'S LOOK NEXT AT EXHIBIT 1828.

02:21PM  20        THE GOVERNMENT MOVES TO ADMIT EXHIBIT 1828.  I BELIEVE THE

02:21PM  21    DEFENSE HAS STIPULATED.

02:21PM  22            MR. WADE:  WE HAVE, YOUR HONOR.

02:21PM  23            THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

02:21PM  24    PUBLISHED.

02:21PM  25        (GOVERNMENT'S EXHIBIT 1828 WAS RECEIVED IN EVIDENCE.)

ROSENDORFF DIRECT BY MR. BOSTIC                                    1861

02:21PM   1             MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 2 OF

02:21PM   2   THIS EXHIBIT.  LET'S ZOOM IN ON THE TEXT OF THE BOTTOM EMAIL

02:21PM   3   THERE.

02:21PM   4   Q.   DR. ROSENDORFF, DO YOU SEE THIS IS AN EMAIL THAT YOU SENT

02:21PM   5   ON JUNE 25TH, 2014?

02:21PM   6   A.   YES.

02:21PM   7   Q.   AND YOU WRITE TO DANIEL YOUNG AND SUNNY BALWANI; IS THAT

02:21PM   8   CORRECT?

02:21PM   9   A.   YES.

02:21PM  10   Q.   YOU SAY, "ALL, I WANTED TO GIVE SOME SUMMARY STATISTICS ON

02:21PM  11   PERFORMANCE OF OUR POTASSIUM ASSAY SINCE IT WAS OPTIMIZED ON

02:21PM  12   5/24."

02:21PM  13        DO YOU RECALL WHAT OPTIMIZED WOULD MEAN IN THIS CONTEXT?

02:22PM  14   A.   AT ONE POINT THERE WAS A CALIBRATION CURVE THAT WAS PUT ON

02:22PM  15   THE SAME RUN AS THE PATIENT SAMPLES THAT APPEARED TO FIX THE

02:22PM  16   PROBLEM, OR THAT I WAS TOLD WOULD FIX THE PROBLEM, AND SO I

02:22PM  17   WANTED TO EVALUATE THE PERFORMANCE OF THE POTASSIUM ASSAY AFTER

02:22PM  18   THAT FIX.

02:22PM  19   Q.   WHO WAS IT WHO TOLD YOU THAT THAT FIX WOULD ADDRESS THE

02:22PM  20   PROBLEM?

02:22PM  21   A.   DANIEL, DANIEL YOUNG.

02:22PM  22   Q.   YOUR EMAIL TO DANIEL YOUNG AND SUNNY BALWANI ON THAT DATE

02:22PM  23   INCLUDES SOME INFORMATION ABOUT RECENT RESULTS SINCE THAT

02:22PM  24   OPTIMIZATION; IS THAT CORRECT?

02:22PM  25   A.   CORRECT.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1862

02:22PM   1    Q.   BELOW THOSE RESULTS YOU LIST THREE IMPRESSIONS.

02:22PM   2         DO YOU SEE THAT?

02:23PM   3    A.   YES.

02:23PM   4    Q.   AND CAN YOU READ OR SUMMARIZE THOSE IMPRESSIONS FOR US?

02:23PM   5    A.   YES.  BASED ON THE REFERENCE RANGE, YOU WOULD EXPECT

02:23PM   6    2.5 PERCENT OF POTASSIUMS TO BE ABOVE THE REFERENCE RANGE.

02:23PM   7         WHAT WE WERE SEEING IS 10.3 PERCENT, THEREFORE, TOO MANY

02:23PM   8    POTASSIUMS WERE BEING FLAGGED AS HIGH BASED ON THE REFERENCE

02:23PM   9    RANGE THAT WE CHOSE.

02:23PM  10    Q.   AND CAN I ASK YOU ABOUT THAT?  WHY WOULD THAT BE AN ISSUE?

02:23PM  11    AS LAB DIRECTOR, WHY DID THAT CAUSE YOU CONCERN?

02:23PM  12    A.   AGAIN, IT WOULD POINT TO ACCURACY PROBLEMS.  IT WOULD BE

02:23PM  13    REPORTING OUT FALSELY HIGH POTASSIUM RESULTS TO PATIENTS AND

02:23PM  14    THEIR PHYSICIANS.

02:23PM  15    Q.   AND IS THAT ADDRESSED IN THE FIRST BULLET POINT WHERE YOU

02:24PM  16    SAY, "TOO MANY POTASSIUMS ARE FLAGGING HIGH BASED ON THE RR WE

02:24PM  17    HAVE CHOSEN"?

02:24PM  18    A.   YES.

02:24PM  19    Q.   AND WHAT DOES RR STAND FOR?

02:24PM  20    A.   REFERENCE RANGE.

02:24PM  21    Q.   AND HOW ABOUT THE SECOND BULLET POINT?  CAN YOU EXPLAIN TO

02:24PM  22    US WHAT THE ISSUE WAS THERE?

02:24PM  23    A.   YES.  SO I DON'T WANT TO GET TOO TECHNICAL, BUT YOU CHOOSE

02:24PM  24    A REFERENCE RANGE BASED ON WHAT YOU SEE IN 95 PERCENT OF THE

02:24PM  25    POPULATION.  THAT LEAVES ANOTHER 5 PERCENT THAT WERE EXPECTED

ROSENDORFF DIRECT BY MR. BOSTIC                                    1863

02:24PM   1    TO HAVE AN ABNORMAL RESULT.  IT COULD EITHER BE A HIGH RESULT

02:24PM   2    OR A LOW RESULT, SO THAT GIVES YOU 2.5 PERCENT ON EITHER END.

02:24PM   3        SO WE WOULD EXPECT 2.5 PERCENT OF PATIENTS TO HAVE A LOW

02:24PM   4    POTASSIUM.

02:24PM   5        WHAT WE WERE OBSERVING WAS 1.4 PERCENT.  THAT'S WHY I SAY

02:24PM   6    TOO FEW POTASSIUMS ARE FLAGGING LOW.

02:24PM   7    Q.   AND HOW ABOUT THE THIRD BULLET POINT THERE?  YOU SAY, "OUR

02:24PM   8    TEST IS CURRENTLY NOT CAPABLE OF DIFFERENTIATING TRUE CRITICAL

02:25PM   9    POTASSIUM FROM POTASSIUM ELEVATED DUE TO COLLECTION, OR, LESS

02:25PM   10   LIKELY, ASSAY ISSUES, BECAUSE WE ARE ORDERING REDRAW FOR ALL

02:25PM   11   POTASSIUM ABOVE A CERTAIN LEVEL."

02:25PM   12       WHY WAS THAT A PROBLEM?

02:25PM   13   A.   IF YOU'RE REPORTING OUT A CRITICAL POTASSIUM, OTHERWISE

02:25PM   14   KNOWN AS A PANIC VALUE, THAT REQUIRES IMMEDIATE ATTENTION,

02:25PM   15   MEDICAL ATTENTION.

02:25PM   16       AS WAS MENTIONED IN A PREVIOUS EMAIL, A PATIENT WAS ON

02:25PM   17   VACATION IN NEW YORK AND HAD TO IMMEDIATELY GO GET THEIR

02:25PM   18   POTASSIUM TESTED AND IT CAME OUT NORMAL.

02:25PM   19       OBVIOUSLY IN A CASE WHERE A PATIENT HAS A NORMAL POTASSIUM

02:25PM   20   AND YOU'RE REPORTING A CRITICAL RESULT, IT'S GOING TO RESULT IN

02:25PM   21   A LOT OF ANXIETY AND INCONVENIENCE FOR THAT PATIENT AND THEIR

02:25PM   22   FAMILIES.

02:25PM   23       BY THE SAME TOKEN, YOU COULD HAVE A PATIENT WITH A

02:26PM   24   CRITICAL POTASSIUM LEVEL, BUT I DIDN'T HAVE FAITH THAT --

02:26PM   25   BASICALLY I DIDN'T HAVE FAITH THAT THAT WAS A TRUE RESULT

ROSENDORFF DIRECT BY MR. BOSTIC                                    1864

02:26PM   1    BECAUSE I MENTIONED THE ISSUES WITH COLLECTION AND WITH THE

02:26PM   2    ASSAY.

02:26PM   3        SO IF YOU VOID A CRITICAL POTASSIUM, THE PATIENT TRULY

02:26PM   4    DOES HAVE A CRITICAL POTASSIUM, THEY COULD BE IN A LIFE

02:26PM   5    THREATENING SITUATION THAT WOULDN'T BE ADDRESSED MEDICALLY.

02:26PM   6    Q.   LET'S ZOOM OUT AND LOOK AT THE EMAIL AT THE TOP OF THIS

02:26PM   7    PAGE.

02:26PM   8        THIS IS AN EMAIL FROM SUNNY BALWANI TO YOU AND

02:26PM   9    DANIEL YOUNG; IS THAT RIGHT?

02:26PM  10    A.   CORRECT.

02:26PM  11    Q.   AND MR. BALWANI SAYS, "ADAM.  I AGREE WE NEED TO RESOLVE

02:26PM  12    THE POTASSIUM ISSUE.  I AM ON THE ROAD THRU FRIDAY SO WILL SEND

02:27PM  13    OUT A MEETING REQUEST FOR MONDAY.  THANKS."

02:27PM  14        AND THIS WAS ON MONDAY?

02:27PM  15    A.   CORRECT.

02:27PM  16    Q.   AND DID YOU FEEL THAT THIS WAS AN ISSUE THAT COULD WAIT

02:27PM  17    SEVERAL DAYS TO BE RESOLVED?

02:27PM  18    A.   IT WAS AN EMERGENT ISSUE.  THE FACT THAT I TOLD THE LAB TO

02:27PM  19    VOID THE CRITICAL RESULTS SOMEWHAT LESSENED THE MEDICAL IMPACT

02:27PM  20    OF THIS ISSUE, BUT THIS COMPLAINT OF MINE HAD BEEN GOING ON

02:27PM  21    SINCE THE YEAR BEFORE.

02:27PM  22        IN MY MIND, IT WAS AN EMERGENT ISSUE, BUT IT WASN'T BEING

02:27PM  23    VIEWED AS SUCH BY THE COMPANY.

02:27PM  24    Q.   UNDERSTOOD.  LET'S LOOK AT PAGE 1 OF THIS EXHIBIT, PLEASE,

02:27PM  25    AND LET'S ZOOM IN ON THE TEXT BELOW THE TABLE.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1865

02:27PM   1          FIRST, DO YOU SEE THIS IS PART OF AN EMAIL FROM

02:28PM   2     DANIEL YOUNG TO YOURSELF AND MR. BALWANI?

02:28PM   3     A.   YES.

02:28PM   4     Q.   OKAY.  LET'S ZOOM IN ON THAT TEXT.

02:28PM   5          DO YOU SEE DANIEL YOUNG'S EMAIL INCLUDES A NUMBERED LIST

02:28PM   6     PROVIDING HIS THOUGHTS ON WHAT MIGHT BE CAUSING THE ISSUE?

02:28PM   7     A.   YES.

02:28PM   8     Q.   AND DO YOU SEE THAT BELOW THAT HE SAYS, "WE PLAN TO STUDY

02:28PM   9     TO UNDERSTAND THESE FACTORS AND WILL THEN MAKE REFINEMENTS

02:28PM   10    WHERE NEEDED.  I THINK WE ARE VERY CLOSE TO HAVING PERFECTED

02:28PM   11    OUR POTASSIUM ASSAY."

02:28PM   12    A.   YES.

02:28PM   13    Q.   AND DID YOU AGREE WITH MR. YOUNG THAT THE COMPANY WAS

02:28PM   14    CLOSE TO PERFECTING THE POTASSIUM ASSAY AT THAT TIME?

02:28PM   15    A.   NO.

02:28PM   16    Q.   DID PROBLEMS WITH THE POTASSIUM ASSAY AND OTHER ISE'S

02:28PM   17    CONTINUE AFTER JUNE 2014?

02:28PM   18    A.   YES.

02:29PM   19    Q.   AND TO BE CLEAR, HOW LONG HAD THE COMPANY BEEN USING THIS

02:29PM   20    POTASSIUM ASSAY ON ACTUAL PATIENTS AT THIS POINT?

02:29PM   21    A.   SINCE EARLY 2013.

02:29PM   22    Q.   LET'S JUST ZOOM IN BRIEFLY ON THE TOP OF THIS PAGE,

02:29PM   23    PLEASE.

02:29PM   24          DR. ROSENDORFF, DO YOU SEE AT THE TOP OF EXHIBIT 1828

02:29PM   25    MR. BALWANI FORWARDS THIS EMAIL, THIS INFORMATION TO

ROSENDORFF DIRECT BY MR. BOSTIC                                    1866

02:29PM   1    ELIZABETH HOLMES ON JUNE 28TH, 2014?

02:29PM   2    A.   YES.

02:29PM   3    Q.   LET'S LOOK AT EXHIBIT 4292, PLEASE.

02:30PM   4         YOUR HONOR, THE GOVERNMENT MOVES EXHIBIT 4292 INTO

02:30PM   5    EVIDENCE.  I BELIEVE THE DEFENSE HAS STIPULATED.

02:30PM   6              MR. WADE:  WE DO, YOUR HONOR.

02:30PM   7              THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

02:30PM   8    PUBLISHED.

02:30PM   9         (GOVERNMENT'S EXHIBIT 4292 WAS RECEIVED IN EVIDENCE.)

02:30PM  10              MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 2,

02:30PM  11    PLEASE.  LET'S ZOOM IN ON THE BOTTOM EMAIL.

02:30PM  12    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM OCTOBER 2014 FROM

02:30PM  13    SOMEONE NAME ANAM KHAN?

02:30PM  14    A.   YES.

02:30PM  15    Q.   AND WHO WAS ANAM KHAN?

02:30PM  16    A.   A CUSTOMER SERVICE REPRESENTATIVE.

02:30PM  17    Q.   AND THE SUBJECT LINE OF THE EMAIL IS CRITICAL ISE'S; IS

02:31PM  18    THAT RIGHT?

02:31PM  19    A.   YES.

02:31PM  20    Q.   AND THE TEXT OF THE EMAIL SAYS -- THE PATIENT'S NAME IS

02:31PM  21    REDACTED, BUT HE INDICATES THAT THE PHYSICIAN CALLED TODAY

02:31PM  22    ASKING WHY ISE'S WEREN'T INCLUDED ON HER FINAL REPORT.

02:31PM  23         DO YOU SEE THAT?

02:31PM  24    A.   YES.

02:31PM  25    Q.   A COUPLE LINES DOWN HE SAYS -- ACTUALLY, JUST CONTINUING

ROSENDORFF DIRECT BY MR. BOSTIC                                    1867

02:31PM  1    ON.  HE SAYS, "ONLY COMP WAS ORDERED, BUT ISE'S WERE VOIDED, SO

02:31PM  2    I EXPLAINED THAT THE PATIENT WOULD NEED TO COME BACK IN TO BE

02:31PM  3    REDRAWN."

02:31PM  4        DO YOU SEE THAT?

02:31PM  5    A.   YES.

02:31PM  6    Q.   AND WHAT DID THAT MEAN AGAIN WHEN ISE RESULTS WERE VOIDED?

02:31PM  7    A.   IF THEY WERE ABOVE OR BELOW THE REFERENCE RANGE, THEY

02:31PM  8    WOULD NOT APPEAR AS VALUES AND THE STATEMENT WOULD APPEAR ON

02:31PM  9    THE REPORTS VOIDED BY LABORATORY.

02:31PM  10   Q.   THE EMAIL GOES ON TO SAY, "THE LADY I SPOKE TO MENTIONED

02:31PM  11   THAT THEY REALLY NEEDED THE SODIUM RESULT BECAUSE THE PATIENT

02:31PM  12   HAD LOW SODIUM LEVELS AND THAT'S WHAT THEY WERE CHECKING.  I

02:32PM  13   NOTICED THE SODIUM RESULTS WERE CRITICAL LOW SO I ASSUME THAT'S

02:32PM  14   WHY WE VOIDED IT.  IS IT POSSIBLE THAT THAT WAS THE TRUE VALUE?

02:32PM  15   IF SHE COMES IN AGAIN AND THE VALUE IS STILL CRITICAL LOW, WILL

02:32PM  16   IT JUST BE VOIDED AGAIN?"

02:32PM  17       DO YOU SEE THAT?

02:32PM  18   A.   YES.

02:32PM  19   Q.   AND IS THIS AN EXAMPLE OF WHY THIS PRACTICE CAUSED YOU

02:32PM  20   CONCERN AT THERANOS?

02:32PM  21   A.   YES.  YES.  THIS WAS A PATIENT WITH A HISTORY OF LOW

02:32PM  22   SODIUM THAT BY POLICY WE WERE VOIDING LOW SODIUMS, SO THIS TEST

02:32PM  23   WAS OF NO VALUE TO HER.

02:32PM  24   Q.   AND WE SPOKE EARLIER ABOUT THE ALTERNATIVE OF JUST NOT

02:32PM  25   OFFERING THE TEST TO BEGIN WITH?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1868

02:32PM   1      A.   CORRECT.

02:32PM   2      Q.   DID YOU FEEL AT THIS TIME THAT THAT OPTION WOULD HAVE BEEN

02:32PM   3      A BETTER SERVICE TO THIS INDIVIDUAL PATIENT?

02:32PM   4      A.   I THINK THAT NOW.  I BELIEVE THAT NOW.

02:32PM   5           I DIDN'T GO THROUGH THAT THOUGHT PROCESS AT THE TIME,

02:33PM   6      YEAH.

02:33PM   7      Q.   LET'S LOOK AT HOW YOU RESPONDED AT THE TIME.  LET'S ZOOM

02:33PM   8      BACK OUT AND ZOOM BACK IN ON THE MESSAGE DIRECTLY ABOVE THAT

02:33PM   9      ONE.  LET'S INCLUDE THE HEADER.

02:33PM  10           THANK YOU.

02:33PM  11           DO YOU SEE AN EMAIL FROM YOU ON OCTOBER 27TH, 2014?

02:33PM  12      A.   YES.

02:33PM  13      Q.   AND TO WHOM DID YOU SEND THIS EMAIL?

02:33PM  14      A.   TO BOTH SUNNY BALWANI AND ELIZABETH HOLMES.

02:33PM  15      Q.   YOUR EMAIL SAYS, "I WANTED TO BRING THIS IMPORTANT ISSUE

02:33PM  16      TO YOUR ATTENTION.  RIGHT NOW, AFTER MUCH COOPERATIVE

02:33PM  17      DISCUSSION BETWEEN CLIA AND R&D AND THOUGHT, IF THE CTN SODIUM

02:33PM  18      IS BELOW 120 MM OR ABOVE 160 MM, WE END UP VOIDING THE RESULT,

02:33PM  19      BECAUSE WE HAVE NO WAY OF KNOWING FOR SURE WHETHER THE RESULT

02:33PM  20      IS TRULY ABNORMAL OR ARTIFACTUAL TO THE ASSAY, OR RELATED TO A

02:34PM  21      SPECIMEN INTEGRITY ISSUE."

02:34PM  22           DID I READ THAT CORRECTLY?

02:34PM  23      A.   YES.

02:34PM  24      Q.   AND YOU MENTIONED THAT THERE ARE CONDITIONS WHERE PATIENTS

02:34PM  25      CAN ACTUALLY HAVE A CRITICAL SODIUM LEVEL AND THAT WOULD BE

ROSENDORFF DIRECT BY MR. BOSTIC                                    1869

02:34PM  1    THEIR GENUINE RESULT; IS THAT TRUE?

02:34PM  2    A.   CORRECT.

02:34PM  3    Q.   AND YOU THEN HIGHLIGHT THE EXAMPLE BELOW THAT WAS SENT TO

02:34PM  4    YOU AND YOU SAY, "I AM NOT SURE OF THE CLINICAL VALUE OF A

02:34PM  5    SODIUM ASSAY, WHICH IN THE ONLY TIME WE CAN REPORT IT IS WHEN

02:34PM  6    IT IS NOT CRITICAL, AND THE VERY SITUATIONS THAT REQUIRE

02:34PM  7    ACCURATE MEASUREMENT AND REPORTING OF ABNORMAL OF SODIUM

02:34PM  8    RESULTS ARE VOIDED."

02:34PM  9         CAN YOU EXPLAIN WHAT YOU MEANT BY THAT?

02:34PM  10   A.   YES.  THIS IS A PATIENT WITH A MEDICAL CONDITION THAT

02:34PM  11   RESULTS IN A HIGH SODIUM.  IT'S FOR THEIR -- IT'S THEIR OWN

02:34PM  12   DDAVP, WHICH IS THE TREATMENT.

02:35PM  13        AND THAT LOWERS THE SODIUM.  IT'S CRITICALLY FOR DRUG

02:35PM  14   MONITORING.  FOR MONITORING WHETHER THIS DDAVP TREATMENT IS

02:35PM  15   EFFECTIVE, IT'S CRITICAL THAT THE SODIUM IS MEASURED

02:35PM  16   ACCURATELY.

02:35PM  17        IF THE PATIENT IS NOT BEING TREATED APPROPRIATELY, THEY

02:35PM  18   WOULD STILL HAVE A HIGH SODIUM, BUT THE LABORATORY WOULD SAY,

02:35PM  19   OH, WELL, WE HAD TO VOID THIS.

02:35PM  20        SO THAT'S WHERE THE ASSAY REALLY HAS ITS CLINICAL VALUE,

02:35PM  21   AND THOSE ARE THE TIMES WHEN WE WOULD END UP VOIDING THE

02:35PM  22   RESULTS.

02:35PM  23   Q.   AND WAS YOUR CONCERN THAT THE THERANOS ASSAY WAS NOT

02:35PM  24   DELIVERING THAT CLINICAL VALUE AT THIS TIME?

02:35PM  25   A.   YES, YES.

ROSENDORFF DIRECT BY MR. BOSTIC                              1870

02:35PM   1      Q.   YOUR EMAIL GOES ON TO SAY, "ALL OF US IN CLIA SHARE THE

02:35PM   2      SAME CONCERNS.  HOW IS THE 4S SODIUM DOING?  MAYBE WE CAN USE

02:35PM   3      THE 4S FOR ISE'S?"

02:35PM   4           WHAT WERE YOU SUGGESTING THERE?

02:36PM   5      A.   I HAD HEARD FROM OTHER FOLKS AND BY EMAIL THAT THE 4S WAS

02:36PM   6      IN DEVELOPMENT.  THIS WAS AN INSTRUMENT IN DEVELOPMENT THAT

02:36PM   7      COULD DO BOTH COMPLETE BLOOD COUNTS AND GENERAL CHEMISTRY

02:36PM   8      ASSAYS.

02:36PM   9           I WAS REALLY STRUGGLING, GRASPING AT STRAWS TRYING TO FIND

02:36PM  10      AN ALTERNATIVE WAY OF MEASURING SODIUM USING A THERANOS METHOD.

02:36PM  11      Q.   AND YOU THOUGHT MAYBE THIS NEXT GENERATION DEVICE MIGHT BE

02:36PM  12      THE ANSWER?

02:36PM  13      A.   CORRECT.

02:36PM  14      Q.   AND DID YOU LEAVE THERANOS STILL HAVING NEVER SEEN ONE OF

02:36PM  15      THESE NEXT GENERATION DEVICES?

02:36PM  16      A.   NEVER SAW IT.

02:36PM  17      Q.   LET'S LOOK AT PAGE 1 OF THIS EMAIL, AND LET'S ZOOM IN ON

02:37PM  18      THE MIDDLE MESSAGE FROM MR. BALWANI.

02:37PM  19           THANK YOU.

02:37PM  20           MR. BALWANI RESPONDS TO THIS CHAIN TO SAY, "I HAVE NOT

02:37PM  21      HEARD ANY ISSUES ON ADVIAS OR ISE'S, BUT I KNOW THERE ARE

02:37PM  22      ISSUES THAT ARE NOW CAUSING US A LOT OF PAIN."

02:37PM  23           AT THIS POINT IN OCTOBER OF 2014, HAD YOU SPECIFICALLY

02:37PM  24      DISCUSSED ISE ISSUES ON ADVIAS WITH MR. BALWANI?

02:37PM  25      A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1871

02:38PM   1    Q.   LET'S LOOK AT EXHIBIT 4182.  LET ME KNOW WHEN YOU HAVE

02:38PM   2    EXHIBIT 4182 IN FRONT OF YOU.

02:38PM   3    A.   I HAVE IT.

02:38PM   4    Q.   OKAY.  I'LL ASK YOU TO PLEASE LOOK AT PAGE 3 OF THE

02:38PM   5    EXHIBIT.

02:38PM   6         DO YOU SEE THIS IS AN EMAIL CHAIN BETWEEN INDIVIDUALS AT

02:38PM   7    THERANOS INCLUDING MAX FOSQUE, DANIEL YOUNG, SUNNY BALWANI, AND

02:38PM   8    CHRISTIAN HOLMES?

02:38PM   9    A.   YES.

02:38PM  10    Q.   AND DO YOU SEE THAT THIS EMAIL RELATES TO A PARTICULAR LAB

02:38PM  11    RESULT GENERATED AT THERANOS?

02:38PM  12    A.   YES.

02:38PM  13    Q.   AND DO YOU SEE THAT IT'S CHECKED IMPORTANCE LEVEL HIGH IN

02:38PM  14    THE EMAIL?

02:38PM  15    A.   YES.

02:39PM  16              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:39PM  17    ADMIT EXHIBIT 4182.

02:39PM  18              MR. WADE:  WITH THE COURT'S INDULGENCE FOR ONE

02:39PM  19    SECOND.

02:39PM  20         (PAUSE IN PROCEEDINGS.)

02:39PM  21              MR. WADE:  THERE ARE 805 ISSUES WITH THIS ONE,

02:39PM  22    YOUR HONOR.  802.

02:39PM  23              THE COURT:  MR. BOSTIC, ARE YOU ASKING THAT THIS BE

02:39PM  24    ADMITTED FOR A SPECIFIC PURPOSE?

02:39PM  25              MR. BOSTIC:  YOUR HONOR, I CAN MOVE ON FROM THIS ONE

ROSENDORFF DIRECT BY MR. BOSTIC                                    1872

02:39PM   1    FOR NOW.

02:39PM   2    Q.   LET'S LOOK INSTEAD, DR. ROSENDORFF, AT EXHIBIT 4298,

02:39PM   3    PLEASE.

02:40PM   4    A.   OKAY.

02:40PM   5    Q.   AND DO YOU SEE THAT EXHIBIT 4298 IS AN EMAIL INCLUDING

02:40PM   6    SUNNY BALWANI AND ELIZABETH HOLMES?

02:40PM   7    A.   THE EMAIL AT THE TOP OF THE PAGE, YES, AT THE TOP OF THE

02:40PM   8    EXHIBIT.

02:40PM   9    Q.   AND DO YOU SEE THAT THE SUBJECT LINE IS CRITICAL ISE'S?

02:40PM  10    A.   YES.

02:40PM  11         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:40PM  12    ADMIT EXHIBIT 4298.

02:40PM  13         MR. WADE:  NO OBJECTION.

02:40PM  14         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:40PM  15         (GOVERNMENT'S EXHIBIT 4298 WAS RECEIVED IN EVIDENCE.)

02:40PM  16    BY MR. BOSTIC:

02:40PM  17    Q.   DO YOU RECALL LOOKING AT THIS EMAIL CHAIN EARLIER, AND

02:40PM  18    I'LL DIRECT YOU TO PAGE 3 OF THE EXHIBIT.

02:41PM  19         AND LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE, PLEASE.

02:41PM  20         DO YOU RECALL, DR. ROSENDORFF, WE WERE RECENTLY LOOKING AT

02:41PM  21    THIS EMAIL CHAIN ABOUT CRITICAL ISE'S?

02:41PM  22    A.   DURING MY TESTIMONY TODAY, YES.

02:41PM  23    Q.   YES.  AND MR. BALWANI ON THE BOTTOM OF THE PAGE SAYS THAT

02:41PM  24    HE HAS NOT HEARD OF ANY ISSUES ON ADVIAS OR ISE'S, AND I ASKED

02:41PM  25    YOU WHAT YOU THOUGHT OF THAT STATEMENT.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1873

| | | |
|---|---|---|
| 02:41PM | 1 | A.   I DON'T THINK IT'S A GENUINE STATEMENT.  I DON'T THINK |
| 02:41PM | 2 | HE'S BEING GENUINE, NO. |
| 02:41PM | 3 | Q.   LET ME ASK YOU TO LOOK AT PAGE 2 OF THIS EXHIBIT. |
| 02:41PM | 4 | AND LET'S GO THERE, MS. HOLLIMAN.  LET'S ZOOM IN ON THE |
| 02:41PM | 5 | TOP HALF OF THAT PAGE. |
| 02:42PM | 6 | DO YOU SEE AT THE TOP THERE AN EMAIL FROM TINA LIN TO |
| 02:42PM | 7 | NISHIT DOSHI, SUNNY BALWANI, AND DANIEL YOUNG? |
| 02:42PM | 8 | A.   YES. |
| 02:42PM | 9 | Q.   SHE SAYS, "WE SHOULD ALSO CONSIDER WHETHER XPT WILL SOLVE |
| 02:42PM | 10 | THE PROBLEMS WE'RE CURRENTLY SEEING." |
| 02:42PM | 11 | DO YOU SEE THAT? |
| 02:42PM | 12 | A.   YES. |
| 02:42PM | 13 | Q.   AND DO YOU KNOW WHAT XPT IS REFERRING TO? |
| 02:42PM | 14 | A.   THIS IS A NEW MODEL OF THE ADVIA WITH HIGHER THROUGHPUT. |
| 02:42PM | 15 | Q.   AND IS THIS ANOTHER THIRD PARTY DEVICE? |
| 02:42PM | 16 | A.   CORRECT. |
| 02:42PM | 17 | Q.   AND WAS THIS NEW MODEL OF THE ADVIA INVENTED OR DEVELOPED |
| 02:42PM | 18 | OR MANUFACTURED BY THERANOS? |
| 02:42PM | 19 | A.   NO.  IT WAS A SIEMENS INSTRUMENT. |
| 02:42PM | 20 | Q.   DO YOU KNOW AT THIS TIME WHETHER THERANOS WAS CONSIDERING |
| 02:42PM | 21 | PURCHASING ONE OR MORE XPT ANALYZERS FROM SIEMENS? |
| 02:43PM | 22 | A.   AT THIS POINT I BELIEVE THERANOS HAD ALREADY PURCHASED |
| 02:43PM | 23 | SOME XPT INSTRUMENTS. |
| 02:43PM | 24 | Q.   AND IS IT YOUR RECOLLECTION THAT THERANOS PURCHASED |
| 02:43PM | 25 | ADDITIONAL SIEMENS XPT INSTRUMENTS BEFORE COMPLETING WORK ON |

ROSENDORFF DIRECT BY MR. BOSTIC                    1874

| | | |
|---|---|---|
| 02:43PM | 1 | ITS 4S OR MINILAB DEVICES? |
| 02:43PM | 2 | A.   CORRECT. |
| 02:43PM | 3 | Q.   OKAY.  WE CAN PUT THAT ONE ASIDE. |
| 02:43PM | 4 | LET'S LOOK AT EXHIBIT 1953, PLEASE. |
| 02:44PM | 5 | DO YOU HAVE EXHIBIT 1953 IN FRONT OF YOU? |
| 02:44PM | 6 | A.   YES. |
| 02:44PM | 7 | Q.   AND WE SPOKE ABOUT ISE'S. |
| 02:44PM | 8 | DO YOU SEE IN FRONT OF YOU AN EMAIL CHAIN RELATING TO |
| 02:44PM | 9 | CALCIUM RESULTS AT THERANOS? |
| 02:44PM | 10 | A.   I SEE AN EMAIL FROM CHRISTIAN TO HIS SISTER, ELIZABETH, |
| 02:44PM | 11 | ABOUT A CANDID CONVERSATION SAYING THAT THERE ARE ISSUES WITH |
| 02:44PM | 12 | CALCIUM, POTASSIUM, AND SODIUM. |
| 02:44PM | 13 | Q.   LET ME DIRECT YOU TO PAGE 2 OF THE EXHIBIT. |
| 02:44PM | 14 | A.   AH.  OKAY.  I SEE AN EMAIL FROM ERIC NELSON TO MIKE PHEBUS |
| 02:44PM | 15 | COPYING KIMBERLY ALFONSO REGARDING HIGH POTASSIUM -- THE HIGH |
| 02:44PM | 16 | CALCIUM LEVEL. |
| 02:44PM | 17 | Q.   AND AS YOU POINTED OUT, THE EMAIL CHAIN EVENTUALLY |
| 02:45PM | 18 | CULMINATES IN AN EMAIL FROM CHRISTIAN HOLMES TO |
| 02:45PM | 19 | ELIZABETH HOLMES; IS THAT RIGHT? |
| 02:45PM | 20 | A.   YES. |
| 02:45PM | 21 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO |
| 02:45PM | 22 | ADMIT EXHIBIT 1953. |
| 02:45PM | 23 | MR. WADE:  NO OBJECTION. |
| 02:45PM | 24 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 02:45PM | 25 | (GOVERNMENT'S EXHIBIT 1953 WAS RECEIVED IN EVIDENCE.) |

ROSENDORFF DIRECT BY MR. BOSTIC                                    1875

02:45PM   1            MR. BOSTIC:  MS. HOLLIMAN, LET'S START ON PAGE 2,

02:45PM   2    PLEASE.  LET'S ZOOM IN ON THE TEXT OF THE BOTTOM EMAIL MESSAGE

02:45PM   3    THERE.

02:45PM   4    Q.   FIRST OF ALL, BEFORE WE DO THAT, DR. ROSENDORFF, DO YOU

02:45PM   5    SEE THAT THE FIRST EMAIL IN THIS CHAIN IS FROM ERIC NELSON TO

02:45PM   6    MIKE PHEBUS AND KIMBERLY ALFONSO?

02:45PM   7    A.   YES.

02:45PM   8    Q.   AND WHAT WERE THE ROLES OF THESE INDIVIDUALS AT THERANOS,

02:45PM   9    IF YOU RECALL?

02:45PM  10    A.   I DIDN'T KNOW MIKE PHEBUS.  I RECOGNIZED KIMBERLY'S NAME.

02:46PM  11    AS I MENTIONED BEFORE, I'M NOT SURE OF HER EXACT ROLE.

02:46PM  12    Q.   THE EMAIL FROM ERIC NELSON READS, "MIKE AND KIMBERLY,

02:46PM  13    FOUNTAIN HILLS OFFICE HAS HAD A COUPLE OF ISSUES."

02:46PM  14         HE NOTES THAT THIS REPORT IS COMING FROM FOUNTAIN HILLS

02:46PM  15    PEDIATRIC AND INTERNAL MEDICINE.

02:46PM  16         DO YOU SEE THAT?

02:46PM  17    A.   YES.

02:46PM  18    Q.   AND LET'S ZOOM IN ON THE REPORT BELOW.

02:46PM  19         THE REPORTED ISSUE SAYS, "I HAVE HAD 5-6 CALCIUMS LEVELS

02:46PM  20    COME BACK RECENTLY THAT WERE OVER 10 (HYPERCALCEMIA).  THESE

02:46PM  21    PATIENTS HAVE NEVER HAD HIGH CALCIUM IN THE PAST.  SENT ALL

02:46PM  22    PATIENTS TO SQ TO RETEST AND THE CALCIUM LEVELS ARE UNDER 10

02:46PM  23    (NORMAL)."

02:46PM  24         CAN YOU EXPLAIN WHAT THAT WOULD SIGNIFY TO YOU?

02:46PM  25            MR. WADE:  YOUR HONOR, 104, 701.

02:46PM  1        THE COURT:  CAN YOU LAY A FOUNDATION?

02:46PM  2    BY MR. BOSTIC:

02:46PM  3    Q.   DR. ROSENDORFF, YOU TESTIFIED THAT IN YOUR ROLE AS LAB

02:47PM  4    DIRECTOR, YOU WOULD FREQUENTLY FIELD COMPLAINTS AND QUESTIONS

02:47PM  5    FROM MEDICAL PROVIDERS.

02:47PM  6    A.   CORRECT.

02:47PM  7    Q.   AND IS WHAT YOU'RE LOOKING AT SUCH A COMPLAINT FROM A

02:47PM  8    MEDICAL PROVIDER?

02:47PM  9    A.   YES, IT APPEARS TO BE A COMPLAINT FROM A PHYSICIAN

02:47PM 10    ASSISTANT THAT WAS COMMUNICATED TO ERIC NELSON.

02:47PM 11        I DON'T BELIEVE THIS MADE ITS WAY TO ME, THOUGH.

02:47PM 12    Q.   YEAH.  OKAY.

02:47PM 13        LET ME JUST ASK YOU, THE TERM USED IN THE SECTION I JUST

02:47PM 14    READ, "HYPERCALCEMIA," CAN YOU JUST DEFINE THAT?  WHAT IS

02:47PM 15    HYPERCALCEMIA?

02:47PM 16    A.   CALCIUM IS A CHEMICAL ELEMENT.  IT CAN BE HIGH BECAUSE OF

02:47PM 17    ABSORPTION FROM BONE OR RENAL PROBLEMS.  IF IT'S HIGH, IT CAN

02:47PM 18    RESULT IN DEPOSITS IN VARIOUS TISSUES AND CAUSE PROBLEMS.

02:48PM 19    Q.   THE DOCTOR CONTACTING THERANOS IN THIS EMAIL REPORTS THAT

02:48PM 20    SHE HAD PATIENTS COME BACK RECENTLY WITH HIGH CALCIUM RESULTS

02:48PM 21    HAVING NEVER HAD HIGH CALCIUM IN THE PAST.

02:48PM 22        DO YOU SEE THAT THERE?

02:48PM 23    A.   YES.

02:48PM 24    Q.   SHE SAYS, "SENT ALL PATIENTS TO SQ TO RETEST."

02:48PM 25        DO YOU HAVE AN UNDERSTANDING OF WHAT SQ WOULD STAND FOR IN

ROSENDORFF DIRECT BY MR. BOSTIC                                    1877

02:48PM   1    THIS CONTEXT?

02:48PM   2    A.   SONORA QUEST.

02:48PM   3    Q.   AND WHAT IS SONORA QUEST?

02:48PM   4    A.   IT IS THE CHAIN OF RETAIL COLLECTION SITES AND

02:48PM   5    LABORATORIES IN ARIZONA.

02:48PM   6    Q.   WAS IT A COMPETITOR OF THERANOS?

02:48PM   7    A.   YES.

02:48PM   8    Q.   WAS IT A CONVENTIONAL LAB DISSIMILAR TO THERANOS?

02:48PM   9    A.   YES.

02:48PM   10   Q.   THIS EMAIL INDICATES THAT WHEN THOSE PATIENTS WERE SENT TO

02:49PM   11   SONORA QUEST TO RETEST, THEIR CALCIUM LEVELS CAME BACK AS

02:49PM   12   NORMAL.

02:49PM   13        DO YOU SEE THAT THERE?

02:49PM   14   A.   YES.

02:49PM   15   Q.   LET'S ZOOM IN NOW ON THE TOP OF THE PAGE.  AND WE'LL LOOK

02:49PM   16   AT AN EMAIL FROM KIMBERLY ALFONSO TO CHRISTIAN HOLMES AND

02:49PM   17   SUNNY BALWANI.

02:49PM   18        DO YOU SEE THAT?

02:49PM   19   A.   YES.

02:49PM   20   Q.   AND THE EMAIL SAYS, "CHRISTIAN - PLEASE SEE BELOW.  ON #1,

02:49PM   21   LET ME KNOW IF YOU WANT TO HAVE ERIC FURTHER DEFINE THE 5-6

02:49PM   22   PATIENTS AND THEIR RESULTS OR IF WE CAN LOOK UP BY PROVIDER."

02:49PM   23        DO YOU SEE THAT?

02:49PM   24   A.   YES.

02:49PM   25   Q.   AND LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.  AND LET'S LOOK

ROSENDORFF DIRECT BY MR. BOSTIC                                    1878

02:50PM  1    AT THE BOTTOM HALF AND CHRISTIAN HOLMES'S EMAIL ON

02:50PM  2    SEPTEMBER 23RDRD.

02:50PM  3         DO YOU SEE THAT EMAIL, DR. ROSENDORFF?

02:50PM  4    A.    YES.

02:50PM  5    Q.    AND ON SEPTEMBER 23RD, CHRISTIAN HOLMES WRITES AN EMAIL TO

02:50PM  6    DANIEL YOUNG, INCLUDING SUNNY BALWANI, AND MAX FOSQUE.

02:50PM  7         AT THE BOTTOM OF THAT EMAIL HE SAYS, "FOR MY OWN

02:50PM  8    BACKGROUND, ARE THERE ANY FINDINGS WE CAN RELAY ABOUT HIGH

02:50PM  9    TRENDS IN CALCIUM REPORTING?  SEEMS TO BE BY FAR THE MAJORITY

02:50PM  10   OF QUESTIONS WE GET ABOUT ACCURACY NOW."

02:50PM  11        MY QUESTION FOR YOU IS AROUND THIS TIME IN SEPTEMBER OF

02:50PM  12   2014, WERE YOU ALSO SEEING ISSUES AROUND THE THERANOS CALCIUM

02:50PM  13   TEST?

02:50PM  14   A.    I HAD SEEN ISSUES WITH HIGH CALCIUMS PRIOR TO THIS DATE.

02:50PM  15   Q.    AND SO YOU UNDERSTOOD THIS TO BE A PREEXISTING PROBLEM AT

02:50PM  16   THERANOS?

02:50PM  17   A.    YES.

02:50PM  18   Q.    LET'S ZOOM OUT AND ZOOM IN ON THE TOP HALF OF THIS PAGE,

02:50PM  19   PLEASE.

02:51PM  20        ARE YOU LOOKING NOW AT AN EMAIL FROM CHRISTIAN HOLMES TO

02:51PM  21   ELIZABETH HOLMES SENT ON SEPTEMBER 23RD, 2010?

02:51PM  22   A.    YES.

02:51PM  23   Q.    AND WERE YOU INCLUDED ON THIS EMAIL?

02:51PM  24   A.    NO.

02:51PM  25   Q.    AND WAS MR. BALWANI INCLUDED ON THIS EMAIL?

ROSENDORFF DIRECT BY MR. BOSTIC

02:51PM    1      A.    NO.

02:51PM    2      Q.    THE SUBJECT LINE IS CUSTOMER ISSUE -- SIKORSKI.

02:51PM    3            DO YOU SEE THAT?

02:51PM    4      A.    YES.

02:51PM    5      Q.    AND THE IMPORTANCE IS LISTED AS HIGH.

02:51PM    6            DO YOU SEE THAT?

02:51PM    7      A.    YES.

02:51PM    8      Q.    MS. HOLMES'S BROTHER WRITES TO HER, HEY WANTED TO HAVE

02:51PM    9      JUST A MORE CANDID CONVERSATION ABOUT THIS WITH YOU.

02:51PM   10            DO YOU SEE THAT?

02:51PM   11      A.    YES.

02:51PM   12      Q.    AND HE SAYS, I AM ALWAYS CONFIDENT IN OUR TECHNOLOGY, BUT

02:51PM   13      IT'S PRETTY OBVIOUS WE HAVE ISSUES WITH CALCIUM, POTASSIUM, AND

02:51PM   14      SODIUM SPECIFICALLY.

02:51PM   15            DO YOU AGREE WITH MR. HOLMES AT THAT TIME THAT THERANOS

02:52PM   16      WAS HAVING PROBLEMS WITH ITS ASSAYS?

02:52PM   17      A.    I AGREE WITH HIS STATEMENT THAT THERE WERE PROBLEMS WITH

02:52PM   18      THE ASSAYS.  I DON'T AGREE WITH THE SPECIFICALLY PART.

02:52PM   19      Q.    CAN YOU EXPLAIN THAT?  WHY WOULD YOU NOT USE THE WORD

02:52PM   20      "SPECIFICALLY"?

02:52PM   21      A.    I THINK THERE WERE OTHER ASSAYS THAT HAD PROBLEMS.

02:52PM   22      Q.    INCLUDING SOME THAT WE HAVE BEEN SPEAKING ABOUT TODAY?

02:52PM   23      A.    YES.

02:52PM   24      Q.    HOW ABOUT THE FIRST PART OF THAT SENTENCE WHERE

02:52PM   25      CHRISTIAN HOLMES SAYS, "I AM ALWAYS CONFIDENT IN OUR

ROSENDORFF DIRECT BY MR. BOSTIC                                    1880

02:52PM   1    TECHNOLOGY."

02:52PM   2         IN SEPTEMBER OF 2014, WERE YOU CONFIDENT IN THE THERANOS

02:52PM   3    TECHNOLOGY?

02:52PM   4    A.   NO.

02:52PM   5    Q.   CHRISTIAN HOLMES GOES ON TO SAY IN HIS EMAIL, "SUNNY IS ON

02:52PM   6    THESE EMAILS, BUT WANTED TO GET YOUR THOUGHTS SPECIFICALLY ON

02:52PM   7    CONSIDERING TO STOP REPORTING THESE TESTS UNTIL WE FIND THE

02:52PM   8    REASON WE ARE REPORTING AS WE ARE.  I'M 1,000 PERCENT CONFIDENT

02:52PM   9    THIS IS AN EASILY SOLVABLE ISSUE AND ONE THAT WE WILL FIX, BUT

02:52PM  10    JUST MORE A QUESTION AROUND THE COST/BENEFIT OF CONTINUING TO

02:53PM  11    SEND THESE RESULTS TO DOCS WHEN THERE SEEM TO BE ISSUES WITH

02:53PM  12    THEIR ACCURACY."

02:53PM  13         DO YOU SEE THAT?

02:53PM  14    A.   YES.

02:53PM  15    Q.   AND DID THIS REFLECT YOUR SENTIMENT AT THE TIME?

02:53PM  16    A.   YES.

02:53PM  17    Q.   AND HOW ABOUT THE POINT ABOUT BEING 1,000 PERCENT

02:53PM  18    CONFIDENT THIS IS AN EASILY SOLVABLE ISSUE.

02:53PM  19         IS THAT HOW YOU FELT AT THERANOS?

02:53PM  20    A.   NO.  I BELIEVED AT THAT TIME THAT THERE WERE INHERENT

02:53PM  21    PROBLEMS IN RUNNING THESE KINDS OF ASSAYS RELIABLY FROM

02:53PM  22    FINGERSTICK.

02:53PM  23    Q.   CHRISTIAN HOLMES RAISES THE QUESTION ABOUT THE

02:53PM  24    COST/BENEFIT OF CONTINUING TO SEND THESE RESULTS TO DOCS WHEN

02:53PM  25    THERE SEEMS TO BE ISSUES WITH THEIR ACCURACY.

ROSENDORFF DIRECT BY MR. BOSTIC                              1881

02:53PM   1        HOW WOULD YOU HAVE ASSESSED AT THE TIME THE COST/BENEFIT

02:53PM   2    OF CONTINUING TO RELEASE THESE RESULTS TO PATIENTS AND DOCTORS?

02:53PM   3            MR. WADE:  YOUR HONOR, I'M NOT SURE I UNDERSTAND THE

02:54PM   4    RELEVANCE OF THIS INQUIRY COMMENTING ON AN EMAIL HE'S NOT ON.

02:54PM   5    WE'RE PRETTY FAR AFIELD.

02:54PM   6            THE COURT:  ARE YOU ASKING HIS OPINION AS THE LAB

02:54PM   7    DIRECTOR AT THE TIME?

02:54PM   8            MR. BOSTIC:  I'M ASKING FOR HIS OPINION BASED ON

02:54PM   9    WHAT HE SAW AT THE TIME.  I'M ASKING HIM TO PROVIDE A SUMMARY

02:54PM  10    OF WHAT HE HAD SEEN AT THE TIME, AND THIS IS ALSO RELEVANT TO

02:54PM  11    EXPLAIN WHAT HE DID AFTER THIS TIME PERIOD.

02:54PM  12            THE COURT:  SUBSEQUENT CONDUCT?

02:54PM  13            MR. BOSTIC:  CORRECT.

02:54PM  14            THE COURT:  SO WHY DON'T YOU ASK THOSE QUESTIONS IN

02:54PM  15    THAT ORDER AND LAY THE FOUNDATION AND THE WITNESS CAN ANSWER.

02:54PM  16    BY MR. BOSTIC:

02:54PM  17    Q.  DR. ROSENDORFF, AROUND THIS TIME, WERE YOU STILL THINKING

02:54PM  18    ABOUT LEAVING THERANOS?

02:54PM  19    A.  YES, DEFINITELY.

02:54PM  20    Q.  WAS YOUR DECISION PROCESS BASED PARTLY ON YOUR VIEW OF THE

02:54PM  21    RELIABILITY OF THE THERANOS ASSAYS?

02:54PM  22    A.  YES.

02:54PM  23    Q.  MOVING ON TO THE THIRD PARAGRAPH IN CHRISTIAN HOLMES'S

02:55PM  24    EMAIL.

02:55PM  25        HE SAYS, "I AM ALSO BRINGING THIS UP BECAUSE I HAVEN'T

ROSENDORFF DIRECT BY MR. BOSTIC                                      1882

02:55PM  1    HEARD ANY REASON/ROOT CAUSE FOR WHY THESE TESTS ARE OFF."

02:55PM  2         CHRISTIAN HOMES WAS NOT A SCIENTIST; CORRECT?

02:55PM  3    A.   CORRECT.

02:55PM  4    Q.   AND YOU WERE THE LAB DIRECTOR; CORRECT?

02:55PM  5    A.   CORRECT.

02:55PM  6    Q.   AND AT THIS TIME, WERE YOU AWARE OF THE COMPANY HAVING

02:55PM  7    DISCOVERED ANY REASON OR ROOT CAUSE FOR WHY THE TESTS WERE OFF?

02:55PM  8    A.   THERE WERE HYPOTHESES AND IDEAS BEING DISCUSSED.  THERE

02:55PM  9    WAS NO SINGLE ROOT CAUSE IDENTIFIED.

02:55PM  10   Q.   AND DID THAT FACT AFFECT YOUR OPTIMISM ABOUT WHETHER THE

02:55PM  11   PROBLEMS COULD BE SOLVED?

02:55PM  12   A.   I DIDN'T BELIEVE AT THIS POINT THAT THERANOS COULD SOLVE

02:55PM  13   THESE PROBLEMS.

02:55PM  14   Q.   CHRISTIAN HOLMES GOES ON TO SAY, "I JUST GET A RESPONSE

02:56PM  15   FROM DANIEL THAT, 'WE ARE AWARE OF THE ISSUES AND ARE

02:56PM  16   CONDUCTING A STUDY.'"  HE SAYS, "LEAVES ME A BIT HANDS TIED

02:56PM  17   WITH THE DOCS - OBVIOUSLY I CAN'T TELL THEM WE ARE WRONG, BUT

02:56PM  18   THEY CONTINUE TO SEND PATIENTS TO QUEST AFTER WE REPORT HIGH,

02:56PM  19   AND THE PATIENTS RESULTS COME BACK NORMAL."

02:56PM  20        WHERE CHRISTIAN HOLMES SAYS THERE "OBVIOUSLY I CAN'T TELL

02:56PM  21   THEM WE ARE WRONG," HOW DID THAT RELATE TO YOUR EXPERIENCE

02:56PM  22   DISCUSSING THERANOS TEST RESULTS WITH DOCTORS?

02:56PM  23   A.   I CAME TO BELIEVE THAT THE THERANOS RESULTS WERE WRONG.

02:56PM  24   IT CAUSED A LOT OF INNER CONFLICT.  I HAD A DUTY AS A PHYSICIAN

02:56PM  25   TO BE HONEST AND STRAIGHTFORWARD WITH THE PROVIDERS.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1883

02:56PM   1        I ALSO HAD OBLIGATIONS WITHIN THE COMPANY.  I HAD A DUTY

02:57PM   2   AS A LAB DIRECTOR TO BE TRANSPARENT WITH THE CLIENTS.

02:57PM   3        AT ONE POINT I STARTED TO REFUSE TO TALK TO PHYSICIANS.  I

02:57PM   4   BELIEVE THAT I TOLD ONE OR TWO PHYSICIANS THAT I DIDN'T BELIEVE

02:57PM   5   THE RESULTS.  THAT CAUSED A LOT OF EMOTIONAL DISCOMFORT FOR ME.

02:57PM   6   Q.   AND DID YOU FEEL -- BASED ON YOUR, ON THE CONVERSATIONS

02:57PM   7   THAT YOU HAD WITH MS. HOLMES AND MR. BALWANI, DID YOU FEEL THAT

02:57PM   8   YOU WERE FREE CONSISTENTLY TO TELL DOCTORS WHEN TEST RESULTS

02:57PM   9   WERE WRONG?

02:57PM  10   A.   NO.  I FELT THAT ELIZABETH, SUNNY, AND CHRISTIAN, AND

02:57PM  11   DANIEL TO SOME EXTENT, WERE PUSHING ME TO RATIONALIZE, JUSTIFY

02:57PM  12   THE ERRONEOUS RESULTS TRY TO UNEARTH OR DIG UP PATIENT FACTORS

02:57PM  13   THAT WOULD EXPLAIN ERRONEOUS RESULTS, ANYTHING OTHER THAN

02:58PM  14   SAYING OUR TESTS ARE INACCURATE.

02:58PM  15   Q.   CHRISTIAN HOLMES GOES ON TO WRITE IN HIS EMAIL, "I KNOW

02:58PM  16   HAVE SALES REPS, DOCS, AND PATIENTS WITHOUT ANSWERS AS TO WHY

02:58PM  17   THEIR QUEST REPORT SAYS NORMAL, AND THERANOS'S DOESN'T.  I'LL

02:58PM  18   DEFINITELY MANAGE THESE THINGS, BUT JUST SEEMS TO BE WORTH

02:58PM  19   CONSIDERING A HIATUS IN REPORTING THESE VALUES UNTIL WE HAVE

02:58PM  20   FINISHED WHATEVER STUDIES DANIEL IS REFERRING TO."

02:58PM  21        DID I READ THAT CORRECTLY?

02:58PM  22   A.   YES.

02:58PM  23   Q.   AND WOULD YOU ALSO HAVE SUPPORTED A HIATUS IN REPORTING

02:58PM  24   THESE VALUES WHILE THE PROBLEM WAS INVESTIGATED?

02:58PM  25   A.   ABSOLUTELY.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1884

02:58PM   1              MR. BOSTIC:  YOUR HONOR, IF THE COURT PLANS TO BREAK

02:58PM   2     FOR THE DAY AT 3:00 P.M., THIS WOULD BE A GOOD STOPPING POINT.

02:58PM   3              THE COURT:  YOU HAVE ADDITIONAL EXAMINATION?

02:58PM   4              MR. BOSTIC:  YES, YOUR HONOR.

02:58PM   5              THE COURT:  LET'S DO THAT.

02:58PM   6         LADIES AND GENTLEMEN, WE'LL BREAK FOR THE WEEKEND AT THIS

02:58PM   7     TIME AND WE'LL RESUME ON TUESDAY NEXT AT 9:00 A.M.

02:59PM   8         DOCTOR, YOU'LL COME BACK THEN TO RESUME YOUR EXAMINATION.

02:59PM   9              THE WITNESS:  YES, YOUR HONOR.

02:59PM  10              THE COURT:  THANK YOU.

02:59PM  11         LADIES AND GENTLEMEN, A COUPLE OF THINGS.  WHEN WE COME

02:59PM  12     BACK NEXT WEEK, I HOPE YOU RECALL THAT I TOLD YOU I WOULD LIKE

02:59PM  13     TO ROTATE YOU IN THE SEATING, AND I HOPE WHAT I CAN DO NEXT

02:59PM  14     WEEK, WITH YOUR COOPERATION, IS PERHAPS MOVE OUR DEAR FRIENDS

02:59PM  15     IN THE FRONT ROW TO THE BACK ROW, AND WE'LL ROTATE THOSE OF YOU

02:59PM  16     WHO ARE SEATED OUTSIDE OF THE BOX, YOU'LL ROTATE INTO THOSE

02:59PM  17     SEATS, AND THEN FOLKS WILL JUST MOVE DOWN AND WE'LL FOLLOW THAT

02:59PM  18     EVERY WEEK.  I HOPE THAT'S NOT TOO UNCOMFORTABLE FOR YOU.

02:59PM  19         I WANT TO GIVE EVERYONE AN OPPORTUNITY TO ENJOY THESE

02:59PM  20     LOVELY CHAIRS THAT EVERYONE IS SEATED IN IN THE JURY BOX.

02:59PM  21         SO THAT'S WHAT WE'LL DO.  WE'LL ROTATE THAT.  I HOPE THAT

02:59PM  22     DOESN'T CAUSE YOU TOO MUCH INCONVENIENCE.

02:59PM  23         BEFORE WE BREAK, LET ME REMIND YOU AGAIN OF THE

02:59PM  24     ADMONITION.  PLEASE, PLEASE ENSURE THAT YOU, TO ALL EXTENT

02:59PM  25     POSSIBLE, AVOID ANY MEDIA, SOCIAL MEDIA, INTERACTION WITH

1885

| | | |
|---|---|---|
| 03:00PM | 1 | RADIO, TELEVISION, ANY SOCIAL MEDIA OR INTERNET. |
| 03:00PM | 2 | DO NOT DO ANY RESEARCH ON ANYTHING ABOUT THIS CASE OR |
| 03:00PM | 3 | ANYTHING TO DO WITH IT, INCLUDING RESEARCHING ANYTHING THAT |
| 03:00PM | 4 | YOU'VE HEARD TODAY OR ANY OF THE PARTIES INVOLVED IN THIS CASE. |
| 03:00PM | 5 | PLEASE AVOID DISCUSSING THIS CASE.  YOU MUST NOT DISCUSS |
| 03:00PM | 6 | THE CASE AT ALL WITH EACH OTHER OR ANYONE AT YOUR HOMES OR |
| 03:00PM | 7 | WORKPLACES UNTIL THE CASE HAS BEEN DELIVERED TO YOU AND YOU CAN |
| 03:00PM | 8 | GO AND DO YOUR DELIBERATIONS.  THAT'S THE ONLY TIME THAT YOU |
| 03:00PM | 9 | CAN BEGIN DISCUSSING THE FACTS OF THE CASE. |
| 03:00PM | 10 | SO I REMIND YOU OF THAT ADMONITION.  I'M GOING TO ASK YOU |
| 03:00PM | 11 | THE QUESTION TUESDAY NEXT WHETHER OR NOT YOU HAVE INADVERTENTLY |
| 03:00PM | 12 | COME ACROSS ANYTHING ABOUT THE CASE. |
| 03:00PM | 13 | I APPRECIATE YOUR CONTINUED FIDELITY TO THIS ADMONITION, |
| 03:00PM | 14 | AND IT'S SO IMPORTANT AND THAT'S WHY I REMIND YOU OF THIS EACH |
| 03:00PM | 15 | TIME WE MEET. |
| 03:00PM | 16 | HAVE A GREAT WEEKEND.  ENJOY THE WEEKEND. |
| 03:00PM | 17 | ANYTHING FURTHER, MS. KRATZMANN, FOR OUR JURY? |
| 03:01PM | 18 | THE CLERK:  NO, YOUR HONOR. |
| 03:01PM | 19 | THE COURT:  ALL RIGHT.  GREAT. |
| 03:01PM | 20 | ANYTHING FURTHER, COUNSEL, BEFORE THE JURY LEAVES? |
| 03:01PM | 21 | MR. DOWNEY:  NO, YOUR HONOR. |
| 03:01PM | 22 | MR. LEACH:  NO, YOUR HONOR. |
| 03:01PM | 23 | THE COURT:  ALL RIGHT.  GREAT.  HAVE A GREAT |
| 03:01PM | 24 | WEEKEND. |
| 03:01PM | 25 | (JURY OUT AT 3:01 P.M.) |

| | | |
|---|---|---|
| 03:01PM | 1 | THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE |
| 03:01PM | 2 | SEATED. |
| 03:01PM | 3 | THE RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATES |
| 03:01PM | 4 | HAVE LEFT FOR THE WEEKEND. |
| 03:01PM | 5 | BEFORE WE BREAK, COUNSEL, SHOULD WE JUST SCHEDULE A |
| 03:01PM | 6 | MEETING MONDAY MORNING AT SOME TIME?  DOES THAT WORK? |
| 03:01PM | 7 | MR. WADE:  WE CAN CERTAINLY DO THAT.  IF THE |
| 03:01PM | 8 | GOVERNMENT WANTS TO SUBMIT ITS PAPERS AND THEN WE CAN HAVE A |
| 03:02PM | 9 | REASONABLE TIME TO RESPOND IF IT WANTS TO EXCLUDE THAT |
| 03:02PM | 10 | EVIDENCE. |
| 03:02PM | 11 | MR. BOSTIC:  YOUR HONOR, I'M HAPPY TO SUBMIT |
| 03:02PM | 12 | SOMETHING IF THE COURT WOULD FIND THAT HELPFUL. |
| 03:02PM | 13 | IT'S DIFFICULT FOR US TO FRAME THAT ARGUMENT WITHOUT |
| 03:02PM | 14 | KNOWING EXACTLY WHERE THE DEFENSE INTENDS TO GO OR WHY. |
| 03:02PM | 15 | IN PARTICULAR, I HEARD MR. WADE TODAY TALK ABOUT BIAS, AND |
| 03:02PM | 16 | I JUST DON'T KNOW HOW BIAS IS RELEVANT HERE. |
| 03:02PM | 17 | SO I'M HAPPY TO ADDRESS THE ISSUE ORALLY WITH THE COURT, |
| 03:02PM | 18 | BUT I DEFER TO THE COURT ON WHAT WOULD BE MOST PRODUCTIVE. |
| 03:02PM | 19 | THE COURT:  THANK YOU. |
| 03:02PM | 20 | WELL, MR. WADE, YOU WANTED TO WAIT UNTIL YOU HEARD |
| 03:02PM | 21 | TESTIMONY. |
| 03:02PM | 22 | DO YOU KNOW HOW MUCH ADDITIONAL EXAMINATION YOU HAVE, |
| 03:02PM | 23 | MR. BOSTIC? |
| 03:02PM | 24 | MR. BOSTIC:  WE'RE MUCH CLOSER TO THE END THAN THE |
| 03:02PM | 25 | BEGINNING, YOUR HONOR. |

1887

03:02PM   1            (LAUGHTER.)

03:02PM   2                 THE COURT:  YOU KNOW, THEY SAY THAT ABOUT ME ALL OF

03:02PM   3     THE TIME.

03:03PM   4                 MR. BOSTIC:  I WOULD SAY I HAVE APPROXIMATELY AN

03:03PM   5     HOUR LEFT.

03:03PM   6                 THE COURT:  FAIR ENOUGH.

03:03PM   7                 MR. WADE:  YOUR HONOR, I CAN GIVE IT SOME THOUGHT.

03:03PM   8     I'M NOT SURE WE CAN ACCOMPLISH MUCH ON MONDAY.  I AM ALWAYS

03:03PM   9     HAPPY TO SEE THE COURT AND I KNOW YOU'LL MISS US IF WE'RE OFF

03:03PM  10     AN EXTRA DAY.

03:03PM  11        WE NEED TO ESTABLISH A FOUNDATION TO OFFER EVIDENCE FOR

03:03PM  12     BIAS, AND TO THE EXTENT THAT WE INTEND TO DO THAT, WE'LL DO

03:03PM  13     THAT AND THE COURT CAN RULE.

03:03PM  14        WE WOULD MAYBE TRY TO DO IT AT A TIME -- I ANTICIPATE A

03:03PM  15     LENGTHY CROSS-EXAMINATION.  WE WOULD TRY TO DO IT AT A TIME AT

03:03PM  16     OR AROUND WHEN WE COULD TAKE A BREAK IF NEEDED JUST TO TRY TO

03:03PM  17     BE RESPECTFUL OF THE ISSUE.

03:03PM  18        WE WANT TO GIVE THE GOVERNMENT EVERY OPPORTUNITY TO RAISE

03:03PM  19     THEIR CONCERNS, BUT I'M NOT INCLINED TO LAY OUT MY

03:03PM  20     CROSS-EXAMINATION WHILE THE WITNESS IS STILL ON DIRECT.

03:03PM  21                 THE COURT:  NO.  I UNDERSTAND THAT.

03:03PM  22        I GUESS IT WOULD BE INAPPROPRIATE FOR ME TO ASK YOU, HAVE

03:03PM  23     YOU HEARD ANYTHING THAT SUGGESTS A BIAS TYPE OF AN ISSUE?

03:03PM  24                 MR. WADE:  YES.

03:03PM  25                 THE COURT:  OKAY.  FAIR ENOUGH.

1888

03:04PM    1          LET'S DO THIS:  I'M GOING TO ASK YOU TO MEET AND CONFER ON

03:04PM    2     THIS ISSUE.  IF YOU FEEL THAT IT IS -- AFTER THAT, IF YOU FEEL

03:04PM    3     THAT IT'S APPROPRIATE TO HAVE A DISCUSSION PRIOR TO

03:04PM    4     MR. BOSTIC'S EXAMINATION ON TUESDAY, THEN WE HAVE THE MORNING

03:04PM    5     AVAILABLE AND WE CAN OFFER THAT TO YOU, AND I WOULD INVITE YOU

03:04PM    6     TO CONTACT MS. KRATZMANN FOR SCHEDULING.

03:04PM    7              MR. WADE:  WE WILL DO THAT.

03:04PM    8              MR. BOSTIC:  WE WILL DO THAT.

03:04PM    9              THE COURT:  GREAT.  EVERYONE HAVE A GOOD WEEKEND.

03:04PM   10     ENJOY.

          11          (COURT ADJOURNED AT 3:04 P.M.)

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1

2

3                     <u>CERTIFICATE OF REPORTERS</u>

4

5

6

7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        _____
          IRENE RODRIGUEZ, CSR, CRR
          CERTIFICATE NUMBER 8076
17

18        _____
19        LEE-ANNE SHORTRIDGE, CSR, CRR
          CERTIFICATE NUMBER 9595
20

21        DATED:  SEPTEMBER 24, 2021

22

23

24

25

<pre>
 1

 2                      UNITED STATES DISTRICT COURT

 3                    NORTHERN DISTRICT OF CALIFORNIA

 4                          SAN JOSE DIVISION

 5

     UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
 6                                     )
                       PLAINTIFF,      )   SAN JOSE, CALIFORNIA
 7                                     )
             VS.                       )   VOLUME 12
 8                                     )
     ELIZABETH A. HOLMES,              )   SEPTEMBER 28, 2021
 9                                     )
                       DEFENDANT.      )   PAGES 1889 - 2106
10     _____  )

11                    TRANSCRIPT OF TRIAL PROCEEDINGS
12             BEFORE THE HONORABLE EDWARD J. DAVILA
                     UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14
     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                          BY:   JOHN C. BOSTIC
                                  JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:   ROBERT S. LEACH
18                                KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
23                          LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER
</pre>

```
1        A P P E A R A N C E S: (CONT'D)

2

3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                              BY:  KEVIN M. DOWNEY
4                                  LANCE A. WADE
                                   KATHERINE TREFZ
5                             725 TWELFTH STREET, N.W.
                              WASHINGTON, D.C. 20005
6
                              LAW OFFICE OF JOHN D. CLINE
7                             BY:  JOHN D. CLINE
                              ONE EMBARCADERO CENTER, SUITE 500
8                             SAN FRANCISCO, CALIFORNIA 94111

9
     ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
10                            BY:  ADELAIDA HERNANDEZ

11                            OFFICE OF THE U.S. ATTORNEY
                              BY:  LAKISHA HOLLIMAN, PARALEGAL
12                                 MADDI WACHS, PARALEGAL

13                            WILLIAMS & CONNOLLY
                              BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
14
                              TBC
15                            BY:  BRIAN BENNETT, TECHNICIAN

16

17

18

19

20

21

22

23

24

25
```

1

2                              INDEX OF PROCEEDINGS

3        GOVERNMENT'S:

4        **ADAM ROSENDORFF**
         DIRECT EXAM BY MR. BOSTIC (RES.)            P. 1903
5        CROSS-EXAM BY MR. WADE                      P. 1963

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1892

```
 1                          INDEX OF EXHIBITS

 2
                                      IDENT.      EVIDENCE
 3        GOVERNMENT'S:

 4        4182                                    1903
          4181                                    1909
 5        1580                                    1917
          1724                                    1924
 6        1248                                    1926
          4146                                    1929
 7        4044                                    1933
          4047                                    1934
 8        2149                                    1938
          4323                                    1940
 9        4314                                    1945
          4330                                    1948
10        5378A, PAGES 28 & 33                    1952
          2228                                    1953
11

12

13        DEFENDANT'S:

14        11000A                                  1981
          7603                                    1986
15        12464                                   2016
          7338                                    2024
16        10272                                   2054
          9903                                    2082
17        9915                                    2084
          9910                                    2094
18        9945                                    2094

19

20

21

22

23

24

25
```

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | SAN JOSE, CALIFORNIA                          SEPTEMBER 28, 2021         |
|       | 2  | P R O C E E D I N G S                                                   |
| 08:35AM | 3  | (COURT CONVENED AT 8:35 A.M.)                                         |
| 08:35AM | 4  | (JURY OUT AT 8:35 A.M.)                                               |
| 08:35AM | 5  | THE COURT:  LET'S GO ON THE RECORD IN UNITED STATES                   |
| 08:35AM | 6  | VERSUS ELIZABETH HOLMES.                                              |
| 08:35AM | 7  | LET ME FIRST CAPTURE THE APPEARANCES OF THE PARTIES.                  |
| 08:35AM | 8  | WHO APPEARS FOR THE GOVERNMENT?                                       |
| 08:35AM | 9  | MR. SCHENK:  GOOD MORNING, YOUR HONOR.                                |
| 08:35AM | 10 | JEFF SCHENK ON BEHALF OF THE UNITED STATES.  I'M JOINED BY            |
| 08:35AM | 11 | BOB LEACH, JOHN BOSTIC, ADDIE HERNANDEZ, AND LAKISHA HOLLIMAN.        |
| 08:35AM | 12 | THE COURT:  THANK YOU.  GOOD MORNING.                                 |
| 08:35AM | 13 | AND I ALSO SEE MS. VOLKAR.                                            |
| 08:35AM | 14 | MR. SCHENK:  AND MS. VOLKAR.  THANK YOU.                              |
| 08:35AM | 15 | THE COURT:  YES.  THANK YOU.  GOOD MORNING.                           |
| 08:35AM | 16 | MR. DOWNEY:  KEVIN DOWNEY FOR MS. HOLMES.                             |
| 08:35AM | 17 | WITH ME ARE LANCE WADE, KATIE TREFZ, AND JOHN CLINE.                  |
| 08:35AM | 18 | MS. HOLMES IS PRESENT IN COURT.                                       |
| 08:35AM | 19 | THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.                        |
| 08:35AM | 20 | WE'RE OUTSIDE OF THE PRESENCE OF OUR JURY, AND I JUST                 |
| 08:35AM | 21 | WANTED TO BRING TO THE PARTIES'S ATTENTION AN EMAIL I THINK           |
| 08:36AM | 22 | MS. KRATZMANN SHARED WITH YOU FROM ONE OF OUR ALTERNATE JURORS.       |
| 08:36AM | 23 | MR. DOWNEY:  YES, YOUR HONOR.                                         |
| 08:36AM | 24 | THE COURT:  I HAVE THAT AS WELL.  I WANTED TO                         |
| 08:36AM | 25 | DISCUSS THAT WITH YOU AND TALK ABOUT NEXT STEPS WITH THIS             |

08:36AM  1    PERSON.

08:36AM  2        IT SUGGESTS WE SHOULD HAVE A CONVERSATION OUTSIDE OF THE

08:36AM  3    PRESENCE OF HER COLLEAGUES AND MAKE SOME FURTHER INQUIRY ABOUT

08:36AM  4    HER EMAIL AND THE ISSUES IT PRESENTS.

08:36AM  5        MR. SCHENK?

08:36AM  6        MR. SCHENK:  I AGREE.  THE START DATE IS UNCLEAR,

08:36AM  7    AND SHE SAYS NEXT MONTH, AND THAT'S GOING TO AFFECT OUR

08:36AM  8    PERSPECTIVE ON IF SHE SHOULD BE RELEASED NOW OR IF IT'S A START

08:36AM  9    DATE THAT MAYBE WE COULD WORK WITH AND ASK HER TO STAY ON A

08:36AM  10   LITTLE BIT LONGER.

08:36AM  11       THE COURT:  SURE.  ANYTHING?

08:36AM  12       MR. DOWNEY:  NO, YOUR HONOR.

08:36AM  13       THE COURT:  IT SEEMS IT'S PART-TIME.  IT'S A LITTLE

08:36AM  14   UNCLEAR ABOUT THE NATURE OF THE ENGAGEMENT AND THE DURATION OF

08:37AM  15   IT.  SO I THOUGHT I WOULD MAKE SOME INQUIRY.

08:37AM  16       CANDIDLY, I MAY ASK THE ALTERNATE JUROR WHETHER OR NOT IT

08:37AM  17   WOULD BE BENEFICIAL FOR THE COURT TO SPEAK WITH THE EMPLOYER

08:37AM  18   AND COLLECT SOME ADDITIONAL INFORMATION, AND THAT'S BEEN DONE

08:37AM  19   BEFORE, TO SEE IF SOME SCHEDULING MIGHT BE APPROPRIATE,

08:37AM  20   CHANGING OUR HOURS, THOSE TYPES OF THINGS.

08:37AM  21       SO WE'LL DO THAT THEN.  I'LL ASK MS. KRATZMANN TO CHECK

08:37AM  22   WHEN THIS ALTERNATE ARRIVES, AND THEN WE CAN INVITE HER IN AND

08:37AM  23   MAYBE HAVE THAT CONVERSATION.

08:37AM  24       AS TO SCHEDULING AND TIMING THIS WEEK, I'M GOING TO ASK

08:37AM  25   THE JURORS IF WE CAN GO UNTIL 3:00 TODAY.  MAYBE I CAN GO UNTIL

| | | |
|---|---|---|
| 08:37AM | 1 | 4:00.  I'M HOPEFUL WE CAN GO UNTIL 3:00 OR 4:00 TOMORROW. |
| 08:37AM | 2 | FRIDAY I WOULD LIKE TO END AT 2:00.  I WOULD SUGGEST MAYBE EVEN |
| 08:37AM | 3 | 1:00 O'CLOCK.  I HAVE AN ENGAGEMENT AND APPOINTMENT I WOULD |
| 08:38AM | 4 | LIKE TO MAKE UP THE PENINSULA IN THE AFTERNOON IF I CAN. |
| 08:38AM | 5 | BUT IF I CAN'T, OF COURSE, THAT'S FINE.  THIS CASE TAKES |
| 08:38AM | 6 | PRIORITY OVER THAT. |
| 08:38AM | 7 | BUT LET'S SEE WHAT THAT BRINGS US. |
| 08:38AM | 8 | I'LL ALSO ASK OUR JURORS WHETHER GOING FORWARD PERHAPS WE |
| 08:38AM | 9 | CAN EXTEND OUR TIME TO MAYBE 3:00 O'CLOCK INSTEAD OF 2:00, AND |
| 08:38AM | 10 | THEN MAYBE 4:00 O'CLOCK TO SEE WHAT THEIR SCHEDULES PERMIT.  SO |
| 08:38AM | 11 | I'LL MAKE THAT INQUIRY. |
| 08:38AM | 12 | ANY INQUIRY ON THAT? |
| 08:38AM | 13 | MR. DOWNEY:  THAT'S FINE WITH US. |
| 08:38AM | 14 | MR. SCHENK:  NO.  THANK YOU. |
| 08:38AM | 15 | THE COURT:  GREAT.  MS. KRATZMANN, DO YOU KNOW THE |
| 08:38AM | 16 | STATUS OF ANY OF OUR JURORS? |
| 08:38AM | 17 | THE CLERK:  NO, YOUR HONOR.  I HAVE NOT HAD AN |
| 08:38AM | 18 | OPPORTUNITY TO CHECK IN WITH THEM. |
| 08:38AM | 19 | THE COURT:  OKAY.  I'LL STEP DOWN AND ALLOW YOU TO |
| 08:38AM | 20 | DO THAT THEN. |
| 08:38AM | 21 | WHAT I'LL DO IS THAT ONCE MS. KRATZMANN HAS CONFIRMED THE |
| 08:38AM | 22 | ARRIVAL OF THE JUROR, THEN WE'LL COME BACK, AND WE'LL HAVE OUR |
| 08:38AM | 23 | CONVERSATION. |
| 08:38AM | 24 | ANYTHING FURTHER ABOUT ANYTHING ELSE? |
| 08:38AM | 25 | MR. SCHENK:  NO, YOUR HONOR. |

| | | |
|---|---|---|
| 08:38AM | 1 | MR. DOWNEY:  NO.  THANK YOU, YOUR HONOR. |
| 08:38AM | 2 | THE COURT:  THIS MORNING -- MR. BOSTIC SUGGESTED |
| 08:39AM | 3 | FRIDAY THAT HE HAD ABOUT AN HOUR LEFT I THINK, MR. BOSTIC, MORE |
| 08:39AM | 4 | OR LESS? |
| 08:39AM | 5 | MR. BOSTIC:  YES, YOUR HONOR.  I THINK BETWEEN AN |
| 08:39AM | 6 | HOUR AND TWO HOURS, BUT NO MORE THAN TWO. |
| 08:39AM | 7 | THE COURT:  OKAY. |
| 08:39AM | 8 | (LAUGHTER.) |
| 08:39AM | 9 | THE COURT:  IT'S A WIDE FREEWAY, MR. BOSTIC. |
| 08:39AM | 10 | MR. BOSTIC:  I DID SOME WORK OVER THE WEEKEND. |
| 08:39AM | 11 | THE COURT:  I MEAN, WE ALL DID.  GREAT.  THANK YOU. |
| 08:39AM | 12 | THE CLERK:  COURT IS IN RECESS. |
| 08:39AM | 13 | (RECESS FROM 8:39 A.M. UNTIL 8:56 A.M.) |
| 08:56AM | 14 | THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES |
| 08:56AM | 15 | PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN. |
| 08:56AM | 16 | LET'S BRING IN OUR ALTERNATE JUROR, PLEASE. |
| 08:56AM | 17 | (ALTERNATE JUROR NUMBER 3 IS PRESENT.) |
| 08:56AM | 18 | THE COURT:  GOOD MORNING.  PLEASE BE SEATED.  THANK |
| 08:56AM | 19 | YOU. |
| 08:56AM | 20 | GOOD MORNING.  ALL COUNSEL ARE PRESENT AND DEFENSE COUNSEL |
| 08:56AM | 21 | ARE PRESENT. |
| 08:56AM | 22 | ALTERNATE JUROR NUMBER 3 IS PRESENT.  GOOD MORNING. |
| 08:56AM | 23 | JUROR:  GOOD MORNING. |
| 08:56AM | 24 | THE COURT:  MS. KRATZMANN SHARED WITH US AN EMAIL |
| 08:56AM | 25 | THAT I SHARED WITH COUNSEL REGARDING ALTERNATE JUROR NUMBER 3, |

08:57AM   1    YOUR RESPONSIBILITY OF A NEW POSITION.

08:57AM   2              JUROR:  YES, SIR.

08:57AM   3              THE COURT:  NOW, TELL ME, IS THIS A PART-TIME

08:57AM   4    POSITION?

08:57AM   5              JUROR:  IT'S A FULL TIME, BUT TEMPORARY, SO THEY'RE

08:57AM   6    HIRING ME UNTIL DECEMBER.

08:57AM   7              THE COURT:  I SEE.  AND CAN YOU TELL US WHAT THE

08:57AM   8    HOURS ARE OF THIS JOB?

08:57AM   9              JUROR:  9:00 TO 6:00.

08:57AM  10              THE COURT:  I SEE.

08:57AM  11              JUROR:  MONDAY THROUGH FRIDAY.

08:57AM  12              THE COURT:  AND WHEN DOES IT BEGIN?

08:57AM  13              JUROR:  THEY WANT ME TO START AS SOON AS POSSIBLE.

08:57AM  14    THEY ARE JUST DOING MY BACKGROUND CHECK RIGHT NOW.

08:57AM  15              THE COURT:  I SEE.  AND I BELIEVE YOU'RE FULL-TIME

08:57AM  16    EMPLOYED NOW; RIGHT?

08:57AM  17              JUROR:  YES.

08:57AM  18              THE COURT:  SO THIS IS --

08:57AM  19              JUROR:  IT IS A DIFFERENT FIELD I'VE BEEN WANTING TO

08:57AM  20    GO TO AND FINALLY HAD A CHANCE TO, SO I CAN'T PASS IT UP.

08:57AM  21              THE COURT:  I SEE.  I SEE.

08:57AM  22        IS THIS SOMETHING THAT YOU -- DO YOU THINK THAT THEY WOULD

08:57AM  23    BE ABLE TO HOLD THIS POSITION FOR YOU UNTIL YOU FINISH YOUR

08:58AM  24    SERVICE HERE?

08:58AM  25              JUROR:  I CAN ASK, BUT, YEAH, RIGHT NOW THEY'RE JUST

1898

08:58AM  1    IN THE PROCESS OF CHECKING MY BACKGROUND.

08:58AM  2              THE COURT:  SURE.  AND I'M SURE THAT'S GOING TO GO

08:58AM  3    FINE, ABSOLUTELY, YES.

08:58AM  4         (LAUGHTER.)

08:58AM  5              THE COURT:  I'M CURIOUS IF IT MIGHT BE HELPFUL IF

08:58AM  6    YOU FIND THAT INFORMATION OUT, OR PERHAPS I COULD SPEAK TO

08:58AM  7    WHOEVER THE PERSON IS TO MAKE THAT INQUIRY TO SEE IF THAT MIGHT

08:58AM  8    BE OF ASSISTANCE.

08:58AM  9              JUROR:  SO YOU WOULD LIKE ME TO PROVIDE THE PHONE

08:58AM  10   NUMBER OR EMAIL?

08:58AM  11             THE COURT:  WELL, MAYBE.  I THINK IT MIGHT -- THAT

08:58AM  12   MIGHT BE SOMETHING THAT I WOULD LIKE TO DO, BUT I WANT TO GIVE

08:58AM  13   YOU -- I DON'T WANT TO INTERFERE WITH YOUR EMPLOYMENT

08:58AM  14   OPPORTUNITY AT ALL.  SO I WOULD LIKE TO HAVE YOU PERHAPS TALK

08:58AM  15   TO THEM, EXPLAIN TO THEM YOUR CURRENT PUBLIC SERVICE SITUATION,

08:58AM  16   AND THEN SEE IF PERHAPS THEY COULD EITHER DEFER YOUR EMPLOYMENT

08:59AM  17   OR IF, GIVEN OUR SCHEDULE, OUR SCHEDULE THAT WE BREAK AT 2:00

08:59AM  18   AND REALISTICALLY IT WILL BE AT 3:00 O'CLOCK, WHETHER OR NOT

08:59AM  19   THAT'S SOMETHING THAT WOULD AFFORD SOME RELIEF, AND ALSO

08:59AM  20   WHETHER OR NOT THERE MIGHT BE A POSSIBILITY FOR YOU TO DO SOME

08:59AM  21   WORK IN THE NEW POSITION REMOTELY.

08:59AM  22             JUROR:  YES, YOUR HONOR.  I'LL GET IN TOUCH WITH

08:59AM  23   THAT PERSON THAT I KNOW.

08:59AM  24             THE COURT:  OKAY.  THAT WOULD BE HELPFUL.  I WOULD

08:59AM  25   APPRECIATE THAT.

08:59AM 1  AND THEN MAYBE YOU COULD REPORT BACK AND THEN MAYBE I'LL

08:59AM 2 FOLLOW UP WITH REACHING OUT TO THEM.

08:59AM 3  BUT LET ME ASK THESE LAWYERS IF THEY HAVE ANY QUESTIONS AS

08:59AM 4 WELL.

08:59AM 5   MR. SCHENK:  NOTHING FURTHER.

08:59AM 6  THANK YOU, YOUR HONOR.

08:59AM 7   MR. DOWNEY:  NOTHING FROM US, YOUR HONOR.

08:59AM 8   THE COURT:  THANK YOU.  ALL RIGHT.  THANK YOU FOR

08:59AM 9 LETTING US KNOW.  THANK YOU SO MUCH.  AND WE'LL BE CALLING YOU

08:59AM 10 ALL OUT IN JUST A MOMENT.

08:59AM 11   JUROR:  THANK YOU.

08:59AM 12   THE COURT:  OH, BEFORE YOU LEAVE, I DID WANT TO ASK

09:00AM 13 YOU ONE OTHER QUESTION IN RESPONSE TO THIS, AND THAT'S THE

09:00AM 14 QUESTION I ASK YOUR COLLEAGUES, AND I SHOULD HAVE ASKED

09:00AM 15 INITIALLY, DURING THE WEEKEND AND THE BREAK, DID YOU HAVE CAUSE

09:00AM 16 TO COME UPON ANY OR BE EXPOSED TO ANY INFORMATION ABOUT THIS

09:00AM 17 CASE, ANY PARTIES ATTACHED TO IT, OR TALK TO ANYONE ABOUT THIS

09:00AM 18 CASE?

09:00AM 19   JUROR:  NO, YOUR HONOR.  NO, YOUR HONOR.

09:00AM 20   THE COURT:  THANK YOU.  I APPRECIATE THAT.  THANK

09:00AM 21 YOU.

09:00AM 22  (PROCEEDINGS HELD OUT OF THE PRESENCE OF ALTERNATE JUROR

09:00AM 23 NUMBER 3.)

09:00AM 24   THE COURT:  ARE THE BALANCE OF THE JURORS HERE,

09:00AM 25 MS. KRATZMANN?

1900

| | | |
|---|---|---|
| 09:00AM | 1 | THE CLERK:  YES, YOUR HONOR. |
| 09:00AM | 2 | THE COURT:  WELL, LET'S BRING THEM IN. |
| 09:00AM | 3 | THE CLERK:  I'LL NEED TO GET THEM LINED UP, BUT, |
| 09:00AM | 4 | YEAH. |
| 09:00AM | 5 | THE COURT:  THANK YOU. |
| 09:00AM | 6 | ANYTHING FURTHER, COUNSEL?  SHOULD WE BRING THE JURY IN? |
| 09:00AM | 7 | MR. SCHENK:  NOTHING FURTHER. |
| 09:00AM | 8 | THE COURT:  I'M SORRY, MR. DOWNEY? |
| 09:00AM | 9 | MR. DOWNEY:  NO, NOTHING FURTHER. |
| 09:00AM | 10 | THE COURT:  THIS MAY TAKE A MINUTE.  AS YOU MAY |
| 09:01AM | 11 | RECALL, I'M GOING TO ROTATE THE JURORS JUST TO GIVE EVERYONE AN |
| 09:01AM | 12 | OPPORTUNITY TO HAVE BETTER SEATING, IF YOU WILL, TO OBSERVE THE |
| 09:01AM | 13 | PROCEEDINGS. |
| 09:01AM | 14 | AND I HAVE INFORMATION THAT WE SHOULD BREAK ABOUT 10:45 |
| 09:01AM | 15 | FOR ABOUT 30 MINUTES, AND THEN MAYBE ANOTHER 30, 20 MINUTE |
| 09:01AM | 16 | BREAK LATER IN THE AFTERNOON IF THAT WORKS FOR FOLKS. |
| 09:01AM | 17 | MR. WADE:  EXACTLY, YOUR HONOR.  IF MR. BOSTIC IS |
| 09:01AM | 18 | WITHIN A SHORT TIME OF COMPLETING HIS EXAMINATION AT 10:45, WE |
| 09:01AM | 19 | HAVE A LITTLE BIT OF FLEXIBILITY.  WE WOULDN'T WANT TO |
| 09:01AM | 20 | INTERRUPT THAT. |
| 09:01AM | 21 | THE COURT:  OKAY. |
| 09:01AM | 22 | MR. BOSTIC:  I APPRECIATE THAT. |
| 09:01AM | 23 | AND THAT SCHEDULE IS FINE WITH THE GOVERNMENT. |
| 09:01AM | 24 | THE COURT:  THANK YOU. |
| 09:01AM | 25 | (PAUSE IN PROCEEDINGS.) |

09:05AM  1          (JURY IN AT 9:05 A.M.)

09:05AM  2              THE COURT:  THANK YOU.  GOOD MORNING.  WE'RE BACK ON

09:05AM  3      THE RECORD.  ALL PARTIES ARE PRESENT, COUNSEL AND THE

09:05AM  4      DEFENDANT.  OUR JURY AND ALTERNATES ARE PRESENT.

09:05AM  5          OUR JURY BOX HAS A DIFFERENT LOOK TO IT.  GOOD MORNING,

09:05AM  6      LADIES AND GENTLEMEN.  WE HAVE ROTATED AS I SAID WE WOULD DO,

09:05AM  7      AND THANK YOU FOR YOUR COOPERATION IN THAT.

09:05AM  8          WE'LL DO THAT NEXT WEEK AGAIN.  WE'LL ROTATE THE SEATS

09:05AM  9      AROUND AND AFFORD EVERYONE A BETTER VIEW AND A BETTER

09:05AM  10     OPPORTUNITY TO PERCEIVE THE PROCEEDINGS.

09:05AM  11         THANK YOU VERY MUCH.

09:05AM  12         BEFORE WE BEGIN, I DO WANT TO ASK ALL OF YOU THE QUESTION

09:05AM  13     AGAIN ABOUT YOUR WEEKENDS.  I HOPE YOU ALL HAD PLEASANT

09:05AM  14     WEEKENDS.  MY QUESTION IS, DURING THE WEEKEND WHEN YOU WERE

09:05AM  15     AWAY FROM COURT, WERE ANY OF YOU EXPOSED TO ANYTHING ABOUT THIS

09:06AM  16     CASE THROUGH THE MEDIA, THE NEWSPAPER, RADIO, TELEVISION, OR

09:06AM  17     VIA COMMUNICATIONS, CONVERSATIONS WITH ANYONE ABOUT THIS CASE

09:06AM  18     OR ANYTHING TO DO WITH IT?  IF SO, I WOULD ASK YOU TO RAISE

09:06AM  19     YOUR HAND.

09:06AM  20         AGAIN, IF YOU WOULD LIKE TO SPEAK PRIVATELY WITH US ABOUT

09:06AM  21     THAT, WE WOULD BE HAPPY TO DO THAT AS WELL.

09:06AM  22         SO ANYONE HAVE EXPOSURE TO ANYTHING ABOUT THIS CASE DURING

09:06AM  23     THE LAST WEEK?

09:06AM  24         I SEE NO HANDS.

09:06AM  25         THANK YOU VERY MUCH FOR YOUR CONTINUED FIDELITY TO THAT

09:06AM  1        ADMONITION.

09:06AM  2            COUNSEL, ANYTHING FURTHER BEFORE WE CONTINUE WITH THE

09:06AM  3    EXAMINATION?

09:06AM  4                MR. BOSTIC:  NO, YOUR HONOR.

09:06AM  5                MR. WADE:  NO, YOUR HONOR.

09:06AM  6                THE COURT:  ALL RIGHT.  THANK YOU.

09:06AM  7          DO WE HAVE YOUR WITNESS HERE, MR. BOSTIC?

09:06AM  8                MR. BOSTIC:  YES, YOUR HONOR.

09:06AM  9                THE COURT:  GREAT.

09:07AM  10         GOOD MORNING, SIR.  I'LL ASK YOU TO RESUME THE WITNESS

09:07AM  11   STAND IF YOU WOULD.

09:07AM  12               THE WITNESS:  UH-HUH.

09:07AM  13               THE COURT:  AND AGAIN, FEEL FREE TO ADJUST THE CHAIR

09:07AM  14   AND MICROPHONE AS YOU NEED.

09:07AM  15        I THINK THERE'S SOME FRESH WATER THERE FOR YOUR

09:07AM  16   REFRESHMENT.  SHOULD YOU REQUIRE IT, HELP YOURSELF.

09:07AM  17               THE WITNESS:  YES.  THANK YOU.

09:07AM  18               THE COURT:  WHEN YOU ARE COMFORTABLE, WOULD YOU

09:07AM  19   PLEASE STATE YOUR NAME AGAIN.

09:07AM  20               THE WITNESS:  YES, MY NAME IS ADAM ROSENDORFF.

09:07AM  21               THE COURT:  THANK YOU.  AND I JUST WANT TO REMIND

09:07AM  22   YOU YOU'RE STILL UNDER OATH.

09:07AM  23               THE WITNESS:  THANK YOU.

09:07AM  24         **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS PREVIOUSLY**

09:07AM  25   **SWORN.)**

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                                    1903

| | | |
|---|---|---|
| 09:07AM | 1 | **DIRECT EXAMINATION (RESUMED)** |
| 09:07AM | 2 | BY MR. BOSTIC: |
| 09:07AM | 3 | Q.   GOOD MORNING, DR. ROSENDORFF.  WELCOME BACK. |
| 09:07AM | 4 | A.   GOOD MORNING. |
| 09:07AM | 5 | Q.   DO YOU HAVE A BINDER OF DOCUMENTS IN FRONT OF YOU? |
| 09:07AM | 6 | A.   YES. |
| 09:07AM | 7 | Q.   I'D LIKE TO PICK UP WHERE WE LEFT OFF, PLEASE. |
| 09:07AM | 8 | IF YOU COULD TURN TO EXHIBIT 4182 IN THAT BINDER. |
| 09:08AM | 9 | A.   I HAVE IT. |
| 09:08AM | 10 | Q.   AND IS EXHIBIT 4182 AN EMAIL CHAIN INVOLVING INDIVIDUALS |
| 09:08AM | 11 | AT THERANOS, INCLUDING SUNNY BALWANI AND DANIEL YOUNG? |
| 09:08AM | 12 | A.   YES. |
| 09:08AM | 13 | Q.   AND I'LL LET YOU FLIP THROUGH THAT EMAIL CHAIN IF YOU |
| 09:08AM | 14 | WOULD LIKE, AND THEN I'LL ASK YOU, IS THAT EMAIL CHAIN RELATING |
| 09:08AM | 15 | TO A PARTICULAR LAB TEST RESULT GENERATED WITHIN THERANOS? |
| 09:08AM | 16 | A.   YES.  IT RELATES TO THE PT INR TEST. |
| 09:08AM | 17 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES INTO |
| 09:08AM | 18 | EVIDENCE EXHIBIT 4182. |
| 09:08AM | 19 | MR. WADE:  NO OBJECTION, YOUR HONOR. |
| 09:08AM | 20 | THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED. |
| 09:08AM | 21 | (GOVERNMENT'S EXHIBIT 4182 WAS RECEIVED IN EVIDENCE.) |
| 09:09AM | 22 | MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START ON THE |
| 09:09AM | 23 | BOTTOM OF PAGE 3 PLEASE, AND IF WE CAN ZOOM IN TO CAPTURE THAT |
| 09:09AM | 24 | HEADER INFORMATION AT THE VERY BOTTOM, JUST THE LAST LINE OF |
| 09:09AM | 25 | THE PAGE. |

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                          1904

| | |
|---|---|
| 09:09AM 1 | THE COURT:  GIVE US JUST A SECOND, MR. BOSTIC. |
| 09:09AM 2 | GREAT.  I THINK WE'VE GOT IT.  THANK YOU. |
| 09:09AM 3 | MR. BOSTIC:  THANK YOU, YOUR HONOR. |
| 09:09AM 4 | Q.   DR. ROSENDORFF, DO YOU SEE IN FRONT OF YOU THAT WE'RE |
| 09:09AM 5 | ABOUT TO LOOK AT AN EMAIL IN FRONT OF YOU FROM AN INDIVIDUAL |
| 09:09AM 6 | NAMED TRACEY MASSON? |
| 09:09AM 7 | A.   YES. |
| 09:09AM 8 | Q.   THANK YOU. |
| 09:09AM 9 | MS. HOLLIMAN, IF WE COULD TURN TO PAGE 4, PLEASE. |
| 09:09AM 10 | LET'S LOOK AT THE TOP EMAIL.  DR. ROSENDORFF, DO YOU SEE |
| 09:09AM 11 | THIS IS AN EMAIL FROM AUGUST 24TH, 2014? |
| 09:09AM 12 | A.   YES. |
| 09:09AM 13 | Q.   AND SENT TO SUNNY BALWANI, CHRISTIAN HOLMES, AND OTHERS AT |
| 09:10AM 14 | THERANOS? |
| 09:10AM 15 | A.   YES. |
| 09:10AM 16 | Q.   AND DO YOU SEE THE SUBJECT IS BOT EXPERIENCE? |
| 09:10AM 17 | A.   YES. |
| 09:10AM 18 | Q.   AND THE TEXT READS "COULD YOU PLEASE CHECK ON THESE |
| 09:10AM 19 | RESULTS?  THESE ARE FOR" NAME REDACTED "ONE OF OUR BOTS." |
| 09:10AM 20 | IS BOT SHORT FOR PHLEBOTOMIST? |
| 09:10AM 21 | A.   YES. |
| 09:10AM 22 | Q.   AND WHAT IS A PHLEBOTOMIST? |
| 09:10AM 23 | A.   A PHLEBOTOMIST IS TRAINED TO DRAW BLOOD FROM A PATIENT. |
| 09:10AM 24 | Q.   LET'S ZOOM OUT.  AND THEN ZOOM IN ON THE FIRST TWO |
| 09:10AM 25 | PARAGRAPHS OF THE TEXT BELOW. |

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                          1905

09:10AM   1          DR. ROSENDORFF, DO YOU SEE THE TEXT BELOW REPORTS THIS

09:10AM   2   EXPERIENCE FROM SOMEONE WHO BEEN ON ANTICOAGULANT FOR ABOUT

09:10AM   3   14 YEARS NOW?

09:10AM   4          DO YOU SEE THAT?

09:10AM   5   A.   YES, I DO.

09:10AM   6   Q.   IT GOES ON TO SAY, "I HAVE BEEN WITHIN RECOMMENDED PT INR

09:10AM   7   RANGE FOR ABOUT 13 YEARS, PROMPTING THE SAME MG DOSAGE FOR OVER

09:10AM   8   A DECADE."

09:11AM   9          WHAT IS PT INR?

09:11AM  10   A.   IT'S A COAGULANT TEST.  IT IS A TEST OF BLOOD CLOTTING.  A

09:11AM  11   NUMBER OF DIFFERENT CLINICAL CONDITIONS REQUIRE ANTICOAGULANT

09:11AM  12   LONG-TERM, SUCH AS AFIB.  THOSE PATIENTS WOULD BE ON COUMADIN

09:11AM  13   AND THEY WOULD HAVE THEIR COAGULANT MONITORED WITH A PT INR.

09:11AM  14   Q.   AND THAT REPORT GOES ON TO READ, "I RECENTLY HAD MY

09:11AM  15   STANDING ORDER SWITCHED TO THERANOS FOR MY PT INR MONITORING.

09:11AM  16   THIS WAS THE FIRST TIME I HAD A CTN DRAW FOR MY PT INR."

09:11AM  17          CAN YOU REMIND US WHAT CTN MEANS?

09:11AM  18   A.   IT'S CAPILLARY TUBE AND NANOTAINER.

09:12AM  19   Q.   AND YOU WERE GOING TO SAY IT WAS THE COLLECTION DEVICE?

09:12AM  20   A.   IT WAS THE COLLECTION DEVICE THAT THERANOS WAS USING FOR

09:12AM  21   FINGERSTICK SAMPLES.

09:12AM  22   Q.   IS THIS A THERANOS-SPECIFIC DEVICE?

09:12AM  23   A.   CORRECT.

09:12AM  24   Q.   THAT ACCOUNT GOES ON TO SAY "I WAS SURPRISED WHEN THE

09:12AM  25   RESULTS CAME BACK OUT OF RANGE (TOO LOW).  MY DOCTOR ADVISED ME

                        UNITED STATES COURT REPORTERS

                                **ER-5608**

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                                    1906

09:12AM   1     TO RETEST ABOUT A WEEK LATER.  THE SECOND CTN RESULT WAS ALSO

09:12AM   2     EXTREMELY LOW AND HE INCREASED BY COUMADIN FOR ONE DOSE."

09:12AM   3          DO YOU SEE THAT?

09:12AM   4     A.   YES, I DO.

09:12AM   5     Q.   SHE THEN SAYS, "THIS WAS LAST WEEK.  I HAVE NOT FELT RIGHT

09:12AM   6     SINCE THE ONE INCREASED DOSE AND ALSO EXPERIENCED VARIOUS SKIN

09:12AM   7     BRUISING ON MY LEGS AND ARMS ALMOST IMMEDIATELY AFTER THE ONE

09:12AM   8     DOSE INCREASE.  I ASKED FOR ANOTHER STANDING ORDER DRAW AT THE

09:12AM   9     END OF MY SHIFT YESTERDAY.  THIS TIME I WANTED THE DRAW

09:12AM  10     SWITCHED FROM CTN TO VENOUS DRAW."

09:12AM  11          DO YOU SEE THAT?

09:12AM  12     A.   YES, I DO.

09:12AM  13     Q.   LET'S ZOOM OUT, MS. HOLLIMAN, AND ZOOM BACK IN JUST ON THE

09:12AM  14     LAST TWO LINES OF THIS PAGE.

09:13AM  15          LOOKING AT THE BOTTOM OF THAT SCREEN, DO YOU SEE THAT,

09:13AM  16     DR. ROSENDORFF?  IT GOES ON TO SAY, "MY DOCTOR JUST CALLED ME

09:13AM  17     BECAUSE MY PT INR RESULTS NOW SHOW THAT IT IS VERY HIGH."

09:13AM  18     A.   YES, I SEE THAT.

09:13AM  19     Q.   AND MS. HOLLIMAN, LET'S GO TO THE NEXT PAGE, PAGE 5, AND

09:13AM  20     ZOOM IN ON THE TEXT AT THE TOP.

09:13AM  21          SHE THEN GOES ON TO SAY, "FOR TESTING ACCURACY, I WILL BE

09:13AM  22     GETTING BOTH THE VENIPUNCTURE AND THE CTN DRAW ON MONDAY TO

09:13AM  23     COMPARE RESULTS, AS THIS INFORMATION WOULD BE OF UTMOST

09:13AM  24     IMPORTANCE TO THERANOS AND ULTIMATELY TO THE WELL-BEING OF OUR

09:13AM  25     PATIENTS."

09:13AM   1          DO YOU SEE THAT?

09:13AM   2     A.   YES, I DO.

09:13AM   3     Q.   OKAY.  WE CAN ZOOM OUT, MS. HOLLIMAN.

09:14AM   4          DR. ROSENDORFF, AFTER SOME BACK AND FORTH IN THIS EMAIL,

09:14AM   5     I'LL ASK YOU TO LOOK NOW AT THE BOTTOM HALF OF PAGE 1 OF THIS

09:14AM   6     EXHIBIT.

09:14AM   7          MS. HOLLIMAN, IF WE CAN GO THERE.

09:14AM   8          DR. ROSENDORFF, DO YOU SEE IN THE BOTTOM OF THIS PAGE IN

09:14AM   9     THE SAME EMAIL CHAIN THERE'S A MESSAGE FROM SUNNY BALWANI TO

09:14AM  10     DANIEL YOUNG?

09:14AM  11     A.   YES.

09:14AM  12     Q.   AND ON AUGUST 24TH, 2014, MR. BALWANI WRITES, "DANIEL.

09:14AM  13     THE NET NET OF THIS SEEMS TO SUGGEST THAT OUR PT WAS REPORTING

09:14AM  14     RESULTS TOO LOW.  CAN U PLZ TAKE A LOOK INTO THIS."

09:14AM  15          DO YOU SEE THAT?

09:14AM  16     A.   I SEE THAT.

09:14AM  17     Q.   AND ABOVE THAT DANIEL RESPONDS, "AS I MENTIONED I HAD A

09:14AM  18     FEW CONCERNS A FEW WEEKS BACK ABOUT SAMPLE STABILITY PT INR

09:14AM  19     ONLY WHEN PATIENTS ARE UNDER COUMADIN TREATMENT.  WE CREATED A

09:15AM  20     STUDY PLAN TO EVALUATE THIS."

09:15AM  21          DO YOU SEE THAT?

09:15AM  22     A.   YES, I DO.

09:15AM  23     Q.   BASED ON YOUR EXPERIENCE AT THERANOS, ARE PATIENTS

09:15AM  24     MONITORING PT INR LIKELY TO BE UNDER TREATMENT WITH COUMADIN?

09:15AM  25     A.   VERY LIKELY.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                          1908

09:15AM  1    Q.   ABOVE THAT MESSAGE FROM DANIEL YOUNG, MR. BALWANI ASKS,

09:15AM  2    "ARE THERE ANY OTHER ASSAYS YOU HAVE CONCERNS WITH, AND IF SO,

09:15AM  3    PLEASE SEND ME A LIST."

09:15AM  4         DO YOU SEE THAT?

09:15AM  5    A.   YES, I DO.

09:15AM  6    Q.   MS. HOLLIMAN, LET'S ZOOM IN ON THE TOP MESSAGE ON THIS

09:15AM  7    PAGE.

09:15AM  8         DR. ROSENDORFF, DO YOU SEE THAT DANIEL YOUNG RESPONDS ON

09:15AM  9    AUGUST 25TH, 2014, TO PROVIDE THAT LIST OF ASSAYS THAT HE HAS

09:15AM 10    CONCERNS WITH?

09:15AM 11    A.   YES.

09:15AM 12    Q.   AND THAT LIST INCLUDES, BESIDES PT INR, HCG, TESTOSTERONE,

09:15AM 13    VITAMIN B12, TSH/FT4, C02, AS WELL AS SOME REFERENCE TO

09:16AM 14    GLUCOSE, POTASSIUM, AND BICARBONATE?

09:16AM 15         DO YOU SEE THAT?

09:16AM 16    A.   YES.

09:16AM 17    Q.   WHICH, IF ANY, OF THESE ASSAYS DO YOU RECALL HAVING

09:16AM 18    ACCURACY ISSUES DURING YOUR TIME AT THE COMPANY?

09:16AM 19    A.   HCG, C02, GLUCOSE, POTASSIUM.  I DON'T HAVE A DISTINCT

09:16AM 20    RECOLLECTION ABOUT THE TSH/FT4, THE VITAMIN B12, OR THE

09:16AM 21    TESTOSTERONE.

09:16AM 22    Q.   THOSE ARE THE ONES THAT COME TO MIND.

09:16AM 23         IF I COULD ASK YOU TO TURN IN THAT ONE TAB IN YOUR BINDER

09:16AM 24    TO EXHIBIT 4181, PLEASE.

09:17AM 25    A.   YES.

UNITED STATES COURT REPORTERS

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                                    1909

09:17AM   1      Q.   AND DO YOU SEE THIS IS AN CONTINUATION OF THAT SAME EMAIL

09:17AM   2      CHAIN?

09:17AM   3      A.   YES.

09:17AM   4      Q.   AND WITH A COPY FROM SUNNY BALWANI TO ELIZABETH HOLMES?

09:17AM   5      A.   YES.

09:17AM   6            MR. BOSTIC:   YOUR HONOR, THE GOVERNMENT MOVES TO

09:17AM   7      ADMIT EXHIBIT 4181.

09:17AM   8            MR. WADE:   NO OBJECTION, YOUR HONOR.

09:17AM   9            THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

09:17AM  10      (GOVERNMENT'S EXHIBIT 4181 WAS RECEIVED IN EVIDENCE.)

09:17AM  11            MR. BOSTIC:   MS. HOLLIMAN, IF WE CAN JUST ZOOM IN ON

09:17AM  12      THE TOP HALF OF PAGE 1.

09:17AM  13      Q.   DR. ROSENDORFF, THIS IS IN THE SAME EMAIL CHAIN THAT WE

09:17AM  14      WERE JUST LOOKING AT?

09:17AM  15      A.   YES.

09:17AM  16      Q.   AND DO YOU SEE AT THE TOP OF THE PAGE SUNNY BALWANI

09:17AM  17      FORWARDS DANIEL YOUNG'S RESPONSE TO MS. HOLMES ON AUGUST 25TH,

09:17AM  18      2014?

09:17AM  19      A.   CORRECT.

09:17AM  20      Q.   AND HIS COMMENT THERE IS "ALWAYS ANOTHER STUDY AFTER THE

09:18AM  21      FACT."

09:18AM  22           DO YOU SEE THAT?

09:18AM  23      A.   YES.

09:18AM  24      Q.   AND WHEN YOU WERE AT THERANOS, WERE YOU AWARE GENERALLY OF

09:18AM  25      STUDIES PERFORMED WITHIN THE COMPANY TO ADDRESS ISSUES WITH

UNITED STATES COURT REPORTERS

ER-5612

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1910

```
09:18AM   1    ASSAYS BEING USED IN THE CLINICAL LAB?

09:18AM   2    A.   YES, THERE WERE FREQUENTLY STUDIES INITIATED AFTER

09:18AM   3    PROBLEMS WERE IDENTIFIED TO RECHECK ACCURACY.

09:18AM   4    Q.   AND WE'VE TALKED ABOUT YOUR CONCERNS WITH ACCURACY DURING

09:18AM   5    THAT TIME.

09:18AM   6         DID YOU DRAW ANY COMFORT FROM THE FACT THAT THESE STUDIES

09:18AM   7    WERE OCCURRING AT THERANOS?

09:18AM   8    A.   I THOUGHT THAT THEY WERE POTENTIALLY USEFUL.  ONE CONCERN

09:18AM   9    IS THAT THE STUDIES WOULD BE DONE UNDER OPTIMIZED CONDITIONS.

09:18AM  10         STUDIES WERE FREQUENTLY DONE USING VENOUS BLOOD ONLY AND

09:19AM  11    NOT VENOUS AND MATCHED FINGERPRICK, WHICH WOULD REDUCE THEIR

09:19AM  12    POWER STUDIES.

09:19AM  13    Q.   AND GENERALLY SPEAKING, DID THE STUDIES THAT WE'RE TALKING

09:19AM  14    ABOUT RESOLVE YOUR CONCERNS ABOUT THE ACCURACY OF THERANOS

09:19AM  15    TESTS?

09:19AM  16    A.   NO, THEY DID NOT.

09:19AM  17    Q.   I'D LIKE YOU TO THINK BACK ON THE TESTIMONY THAT YOU'VE

09:19AM  18    GIVEN FRIDAY AND TODAY ABOUT ISSUES OF THERANOS BLOOD TESTS.

09:19AM  19         DO YOU HAVE THAT TESTIMONY IN MIND?

09:19AM  20    A.   YES.

09:19AM  21    Q.   HAVE OUR DISCUSSIONS COVERED EVERY INCIDENT INVOLVING

09:19AM  22    ACCURATE PATIENT RESULTS THAT YOU OBSERVED AT THERANOS?

09:20AM  23    A.   I THINK OUR DISCUSSION HAS BEEN FAIRLY COMPREHENSIVE.

09:20AM  24    NOTHING COMES TO MIND IMMEDIATELY ABOUT SOMETHING THAT WE HAVE

09:20AM  25    OVERLOOKED, YEAH.
```

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)

09:20AM 1    Q.   WHEN YOU WERE AT THE COMPANY, WHAT EFFECT DID THE

09:20AM 2    INCIDENTS LIKE THE ONES WE'VE DISCUSSED HAVE ON YOUR VIEW OF

09:20AM 3    THE TESTING ACCURACY AT THERANOS?

09:20AM 4    A.   EVERY TIME WE GOT A PHYSICIAN COMPLAINT OR QUERY, EVERY

09:20AM 5    TIME OUR QC WOULD FAIL, EVERY TIME WE HAD A SPATE OF ANOMALOUS

09:20AM 6    RESULTS OUT OF REFERENCE RANGE, IT RAISED SERIOUS OR GRAVE

09:20AM 7    CONCERNS FOR ME ABOUT THE ACCURACY OF THE TESTING PROCESS.

09:20AM 8    Q.   LET'S SHIFT GEARS A LITTLE BIT.

09:20AM 9         CAN YOU TELL ME, PLEASE, ARE YOU FAMILIAR WITH THE TERM

09:20AM 10   CALLED PROFICIENCY TESTING?

09:21AM 11   A.   YES.

09:21AM 12   Q.   AND WHAT IS PROFICIENCY TESTING?

09:21AM 13   A.   PROFICIENCY TESTING IS A WAY OF CHECKING THE ACCURACY AND

09:21AM 14   PRECISION OF YOUR TESTING PROCESS OVER AN EXTENDED PERIOD OF

09:21AM 15   TIME.  LABORATORIES SIGN UP WITH A PROFICIENCY TESTING

09:21AM 16   ORGANIZATION, SUCH AS THE COLLEGE FOR AMERICAN PATHOLOGISTS,

09:21AM 17   API, OR NEW YORK STATE PROFICIENCY, ET CETERA.  THEY RECEIVE A

09:21AM 18   CHALLENGE THREE TIMES A YEAR.  EACH CHALLENGE CONSISTS OF A

09:21AM 19   NUMBER OF SAMPLES.  THE LABORATORY IS NOT AWARE OF THE

09:21AM 20   CONCENTRATION OF ANALYTE IN THOSE SAMPLES.

09:21AM 21        THEY THEN TEST THEM IN THE SAME WAY THEY WOULD TEST

09:21AM 22   PATIENT SAMPLES AND THEY RECORD THE RESULTS TO THE ORGANIZATION

09:21AM 23   THAT SENT THEM THE SAMPLES.

09:21AM 24        THEY THEN RECEIVE AN EVALUATION THAT TELLS THEM HOW CLOSE

09:22AM 25   THEIR RESULT IS TO THEIR PEERS.  SO THE MEAN OF THEIR PEERS IS

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                          1912

09:22AM   1    CONSIDERED TO BE THE TARGET VALUE, YEAH.

09:22AM   2    Q.   THANK YOU.  WHAT IS THE RELATIONSHIP BETWEEN PROFICIENCY

09:22AM   3    TESTING AND QUALITY CONTROL THAT WE'VE PREVIOUSLY DISCUSSED?

09:22AM   4    A.   PROFICIENCY TESTING OCCURS IN DISCRETE CHALLENGES OVER THE

09:22AM   5    COURSE OF A YEAR.  YOU'RE REQUIRED BY LAW TO DO PROFICIENCY

09:22AM   6    TESTING.

09:22AM   7         QUALITY CONTROL IS DONE, AS I MENTIONED, AT THE BEGINNING

09:22AM   8    OF EACH DAY, OR AT THE BEGINNING OF EACH SHIFT.

09:22AM   9    Q.   AND WAS THERE A PROFICIENCY TESTING PROCESS IN PLACE AT

09:22AM   10   THERANOS WHEN YOU WERE AT THE COMPANY?

09:22AM   11   A.   NO, THERE WAS NO FORMAL PROFICIENCY TESTING PROCESS.

09:22AM   12   Q.   HOW DID PROFICIENCY TESTING WORK AT THERANOS?

09:23AM   13   A.   ON OCCASION, AS I MENTIONED, THERE WERE QC STUDIES TO

09:23AM   14   CHECK ACCURACY OF TESTING IF PROBLEMS WERE IDENTIFIED.  I

09:23AM   15   REPEATEDLY ALERTED MANAGEMENT TO THIS PROBLEM THAT WE DID NOT

09:23AM   16   HAVE PROFICIENCY TESTING IN PLACE.

09:23AM   17        WE STARTED TESTING IN SEPTEMBER AND IT WAS ALREADY OCTOBER

09:23AM   18   AND WE HADN'T PERFORMED PROFICIENCY.

09:23AM   19   Q.   WHEN YOU SAY YOU RAISED THOSE CONCERNS TO MANAGEMENT, WHO

09:23AM   20   SPECIFICALLY DID YOU SPEAK TO?

09:23AM   21   A.   THERE WAS A MEETING THAT WAS CONVENED IN MID 2014

09:23AM   22   SPECIFICALLY TO DISCUSS PROFICIENCY TESTING.  EVERYBODY WAS

09:23AM   23   AWARE THAT WE DID NOT HAVE A PROGRAM IN PLACE.  DIFFERENT

09:23AM   24   PROPOSALS WERE DISCUSSED AND VETTED AT THIS MEETING.

09:24AM   25   Q.   AND WHO WAS PRESENT AT THAT MEETING?

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1913

09:24AM   1    A.   ELIZABETH, SUNNY, DANIEL HOLMES -- I'M SORRY,

09:24AM   2    DANIEL YOUNG, BRAD ARINGTON.  HE WAS THE COUNSEL, THE CORPORATE

09:24AM   3    COUNSEL.  A NUMBER OF OTHER INDIVIDUALS THAT I DON'T RECALL.

09:24AM   4    Q.   AND WHAT DO YOU RECALL ABOUT THE CONTENT OF THAT MEETING?

09:24AM   5    WHAT CONCERNS DID YOU RAISE AT THAT TIME?

09:24AM   6    A.   I RAISED THE CONCERN THAT WE DID NOT HAVE A PROFICIENCY

09:24AM   7    PROGRAM IN PLACE.  I EXPRESSED MY VIEW THAT IT WOULD NEED TO BE

09:24AM   8    AN ALTERNATIVE ASSESSMENT OF PROFICIENCY BECAUSE THERANOS WAS

09:24AM   9    DOING THE LABORATORY DEVELOPED TESTS WITHOUT PEERS, AND WE

09:24AM   10   DISCUSSED DIFFERENT WAYS OF DOING THAT ALTERNATIVE ASSESSMENT

09:25AM   11   OF PROFICIENCY.

09:25AM   12   Q.   AND WAS THERE A COLLECTIVE DECISION OR RESOLUTION REACHED

09:25AM   13   AT THE END OF THAT MEETING?

09:25AM   14   A.   YES.  I WAS TOLD -- I LEFT THE MEETING -- I LEFT THE

09:25AM   15   MEETING STILL UNCOMFORTABLE.  I FELT THAT MANAGEMENT WAS PAYING

09:25AM   16   LIP SERVICE TO THIS ISSUE AND I DIDN'T FEEL LIKE I WOULD BE

09:25AM   17   GIVEN THE RESOURCES AND SUPPORT BY MANAGEMENT TO EXECUTE ON

09:25AM   18   THIS PROFICIENCY PROGRAM.

09:25AM   19   Q.   YOU MENTIONED THAT THAT MEETING WAS IN MID 2014; IS THAT

09:25AM   20   CORRECT?

09:25AM   21   A.   THAT'S AS I RECALL, CORRECT.

09:25AM   22   Q.   AND HOW MUCH LONGER DID YOU STAY WITH THE COMPANY AFTER

09:25AM   23   THAT MEETING?

09:25AM   24   A.   I LEFT IN NOVEMBER OF 2014.

09:25AM   25   Q.   AND IN THE INTERVENING MONTHS, WAS THERE ANY SIGNIFICANT

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                          1914

09:25AM   1      PROGRESS MADE ON THE PROFICIENCY FRONT?

09:25AM   2      A.   NO.

09:25AM   3      Q.   AND DID THERE COME A TIME WHEN THERANOS STAFF CONDUCTED

09:25AM   4      PROFICIENCY TESTING OF EDISON TESTS COMPARED TO STANDARD

09:26AM   5      COMMERCIAL ANALYZERS?

09:26AM   6      A.   YES.  I BELIEVE -- I'M NOT SURE IF WE DISCUSSED DURING MY

09:26AM   7      PREVIOUS TESTIMONY THAT LEFTOVER CAP SAMPLES WERE RUN ON BOTH

09:26AM   8      THE IMMULITE AND THE EDISON FOR A NUMBER OF ANALYTES AND

09:26AM   9      RESULTS WERE COMPARED AS A SPOT-CHECK OF ACCURACY.  IT WAS NOT

09:26AM   10     PART OF AN SOP.  IT WAS NOT PART OF A FORMAL PROFICIENCY

09:26AM   11     PROGRAM THAT WE HAD.

09:26AM   12     Q.   DO YOU RECALL WHOSE IDEA IT WAS TO CONDUCT THAT

09:26AM   13     PROFICIENCY TESTING?

09:26AM   14     A.   MARK PANDORI, LANGLY GEE, AND MYSELF MET TO DISCUSS THE

09:26AM   15     IDEA.

09:26AM   16     Q.   I'D LIKE TO SHOW YOU EXHIBIT 1548 AT THIS TIME.

09:26AM   17          IT'S ALREADY IN EVIDENCE.

09:26AM   18          MAY I PUBLISH IT, YOUR HONOR?

09:27AM   19               THE COURT:  YES.

09:27AM   20               MR. BOSTIC:  IF WE CAN PLEASE GO TO THE ATTACHMENT

09:27AM   21     TO THIS EMAIL, PLEASE, MS. HOLLIMAN, THE NATIVE.

09:27AM   22     Q.   DR. ROSENDORFF, IT WON'T BE IN THE BINDER, BUT ON THE

09:27AM   23     SCREEN IN FRONT OF YOU, DO YOU HAVE SOME IMAGES OF SOME TESTING

09:27AM   24     DATA?

09:27AM   25     A.   YES, I DO.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                              1915

09:27AM   1      Q.   AND ARE THESE THE RESULTS FROM THE SPOT-CHECK PROFICIENCY

09:27AM   2      TESTING THAT WE'VE BEEN DISCUSSING?

09:27AM   3      A.   YES.

09:27AM   4      Q.   DO YOU SEE IN THIS DATA THAT THERE ARE GROUPS OF RESULTS

09:27AM   5      FOR VITAMIN D, TPSA, FT4, AND TSH; IS THAT RIGHT?

09:27AM   6      A.   YES.

09:27AM   7      Q.   AND EACH ONE OF THOSE HAS A ROW LABELLED PREDICATE AND ONE

09:27AM   8      LABELED THERANOS.

09:27AM   9           CAN YOU EXPLAIN WHAT THOSE TWO ROWS SIGNIFY?

09:27AM  10      A.   THE PREDICATE ROW OF THE RESULTS OBTAINED FOR THE SET OF

09:27AM  11      PROFICIENCY SAMPLES ON THE IMMULITE INSTRUMENT, THE THERANOS

09:28AM  12      ROW INDICATES THE RESULTS OBTAINED USING THE EDISON INSTRUMENT,

09:28AM  13      AND THEN THE THIRD ROW IS A RATIO BETWEEN THE THERANOS RESULT

09:28AM  14      AND THE PREDICATE RESULTS.  A 100 PERCENT RECOVERY WOULD

09:28AM  15      INDICATE AN IDENTICAL RESULT.  ANYTHING HIGHER THAN 100 WOULD

09:28AM  16      SHOW THAT THE THERANOS METHOD WAS TESTING HIGHER THAN THE

09:28AM  17      PREDICATE METHOD.

09:28AM  18      Q.   AND WHAT WAS THE POINT, GENERALLY SPEAKING, OF INCLUDING

09:28AM  19      THE PREDICATE METHOD OF THE NON-THERANOS ANALYZER IN THIS TEST?

09:28AM  20      A.   WELL, THE ASSAY HAD BEEN VALIDATED AGAINST THE IMMULITE,

09:28AM  21      SO FOR THIS EXERCISE IT WAS AN APPROPRIATE CHOICE OF

09:28AM  22      COMPARATORY METHOD.

09:28AM  23      Q.   AND IN RUNNING A TEST LIKE THIS, WHAT CONSTITUTES GOOD

09:28AM  24      PERFORMANCE?  WHAT ARE YOU HOPING TO SEE WHEN YOU LOOK AT THESE

09:29AM  25      RESULTS?

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)

09:29AM 1    A.    WELL, PROFICIENCY -- THE ALTERNATIVE ACCEPTANCE OF

09:29AM 2    PROFICIENCY -- IN AN ALTERNATIVE ACCEPTANCE OF PROFICIENCY, THE

09:29AM 3    ACCEPTANCE CRITERIA FOR HOW CLOSELY THE RESULTS SHOULD MATCH

09:29AM 4    ARE DEFINED IN THE SOP.

09:29AM 5        IN GENERAL, I WOULD HAVE SET 20 PERCENT DIFFERENCE AS

09:29AM 6    ACCEPTABLE PERFORMANCE.

09:29AM 7    Q.    AND WHEN YOU SAY 20 PERCENT DIFFERENCE, ARE YOU TALKING

09:29AM 8    ABOUT THE CLOSENESS OF THE MATCH BETWEEN THE THERANOS RESULTS

09:29AM 9    AND THE PREDICATE RESULTS?

09:29AM 10   A.    YES.

09:29AM 11   Q.    GENERALLY SPEAKING -- AND YOU CAN TAKE A MOMENT TO LOOK AT

09:29AM 12   THE DATA IF YOU WOULD LIKE -- GENERALLY SPEAKING, DID THERANOS

09:29AM 13   PERFORM WELL IN THIS COMPARISON TEST AGAINST THE PREDICATE?

09:29AM 14   A.    SO THE ONLY ANALYTE THAT I CAN SEE THAT IS WITHIN THAT

09:30AM 15   20 PERCENT WOULD BE TSH.  THE VITAMIN 2 THERANOS TESTS RETURNED

09:30AM 16   A RESULT THAT WAS MORE THAN DOUBLED THE PREDICATE FOR ALL OF

09:30AM 17   THE SAMPLES, THE NEW YORK STATE SAMPLES.

09:30AM 18       THERE IS BOTH UNDER RECOVERY AND OVER RECOVERY FOR TPSA

09:30AM 19   AND FREE T4.

09:30AM 20   Q.    AND FOR TSH SPECIFICALLY, DO YOU SEE IN COLUMN I THERE'S A

09:30AM 21   SET OF RESULTS WHERE THE PREDICATE TESTED AT LEVEL OF 10.2 AND

09:30AM 22   THERANOS TESTED AT 35.52?

09:30AM 23   A.    YES.  I OVERLOOKED THAT DATA POINT.  SO THAT WOULD BE --

09:31AM 24   SO IN PROFICIENCY TESTING, HOW MOST PEOPLE DO IT IS THAT YOU

09:31AM 25   LOOK AT FIVE SAMPLES ACROSS A RANGE OF VALUES AND THE PASSING

```
09:31AM   1     CRITERIA IS THAT FOUR OUT OF FIVE SHOULD PASS.

09:31AM   2     Q.   OKAY.  UNDERSTOOD.

09:31AM   3          GENERALLY SPEAKING, WERE PEOPLE AT THERANOS PLEASED WITH

09:31AM   4     THE EDISON'S PERFORMANCE ON THIS TEST, IF YOU KNOW?

09:31AM   5     A.   ON TSH?

09:31AM   6     Q.   ACROSS THE BOARD ON THIS PROFICIENCY TEST.

09:31AM   7     A.   THE GROUP WHO CAME UP WITH THE PLAN WAS NOT AS CONCERNED,

09:31AM   8     AND THEN THE NEWS OF THIS EXERCISE LEAKED OUT TO OTHERS WITHIN

09:31AM   9     THE COMPANY.

09:31AM   10    Q.   I'LL ASK YOU TO TURN IN YOUR BINDER TO EXHIBIT 1580,

09:31AM   11    PLEASE.

09:31AM   12         YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT THIS.  I

09:31AM   13    UNDERSTAND THE DEFENSE HAS STIPULATED TO THIS.

09:32AM   14              MR. WADE:  ONE MOMENT, YOUR HONOR.

09:32AM   15         (PAUSE IN PROCEEDINGS.)

09:32AM   16              MR. WADE:  THAT'S CORRECT, YOUR HONOR.

09:32AM   17              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:32AM   18         (GOVERNMENT'S EXHIBIT 1580 WAS RECEIVED IN EVIDENCE.)

09:32AM   19              MR. BOSTIC:  THANK YOU.

09:32AM   20         MS. HOLLIMAN, IF WE CAN GO TO PAGE 5, PLEASE.  IF YOU CAN

09:32AM   21    ZOOM IN ON JUST THE MIDDLE OF THE PAGE.

09:32AM   22    Q.   DR. ROSENDORFF, FIRST, DO YOU SEE AN EMAIL FROM

09:32AM   23    DANIEL YOUNG TO YOU, ELIZABETH HOLMES, AND SUNNY BALWANI?

09:32AM   24    A.   YES, I DO.

09:32AM   25    Q.   AND DO YOU SEE GENERALLY THAT EMAIL DISCUSSES PROFICIENCY
```

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1918

09:32AM   1    TESTING?

09:32AM   2    A.   YES.

09:32AM   3    Q.   THANK YOU, MS. HOLLIMAN.

09:32AM   4         LET'S GO TO PAGE 4 IN THIS EXHIBIT.  LET'S ZOOM IN ON THE

09:33AM   5    TOP HALF OF THIS PAGE, PLEASE.

09:33AM   6         DR. ROSENDORFF, DO YOU SEE IN THE MIDDLE OF THAT IMAGE AN

09:33AM   7    EMAIL FROM LANGLY GEE TO YOU, DANIEL YOUNG, AND MARK PANDORI?

09:33AM   8    A.   YES.

09:33AM   9    Q.   AND THE TEXT SAYS, "ATTACHED IS DATA I HAVE COLLECTED ON

09:33AM  10    OUR PAST API AND NY PROFICIENCIES THAT COMPARES PREDICATE

09:33AM  11    VERSUS EDISON ON VITAMIN D."

09:33AM  12         DO YOU SEE THAT?

09:33AM  13    A.   YES.

09:33AM  14    Q.   I AM SORRY.  IT SAYS VITAMIN D, TSH, FT4, AND PSA; IS THAT

09:33AM  15    RIGHT?

09:33AM  16    A.   CORRECT.

09:33AM  17    Q.   AND LET'S GO TO PAGE 3 IN THIS EXHIBIT.  LET'S LOOK AT THE

09:33AM  18    BOTTOM HALF OF THIS PAGE, PLEASE.

09:33AM  19         DR. ROSENDORFF, DO YOU SEE A MESSAGE WHERE SUNNY BALWANI

09:34AM  20    SAYS, "WHERE AND WHO PULLED THE RESULTS FOR EDISON RUNS?"

09:34AM  21    A.   YEAH.

09:34AM  22    Q.   HE SAYS "I WOULD LIKE TO SEE THE RAW DATA FOR THESE AND

09:34AM  23    MAKE SURE THE CALIBRATIONS, ET CETERA, WERE PROPERLY APPLIED."

09:34AM  24         DO YOU SEE THAT?

09:34AM  25    A.   I SEE THAT.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1919

09:34AM   1    Q.   LET'S ZOOM IN, PLEASE, ON THE TOP HALF OF THIS PAGE NOW.

09:34AM   2         DO YOU SEE DISCUSSION IN THIS SECTION ABOUT HOW THE EDISON

09:34AM   3    ASSAYS WERE VALIDATED?

09:34AM   4    A.   YES, I DO.

09:34AM   5    Q.   CAN YOU EXPLAIN WHAT THAT MEANS, IN PARTICULAR YOUR

09:34AM   6    MESSAGE AT THE TOP WHERE IT SAYS, "THEY WERE VALIDATED ON THE

09:34AM   7    IMMULITE FOR THE MOST PART"?

09:34AM   8    A.   THE ACCURACY OF A LABORATORY TEST, IN THIS CASE THE

09:34AM   9    THERANOS EDISON TESTS WERE PERFORMED USING A VENOUS PLUG.  THE

09:35AM  10    SAME SAMPLE WOULD BE TESTED ON THE IMMULITE AND ON THE EDISON,

09:35AM  11    AND THAT'S HOW YOU WOULD DETERMINE THE ACCURACY, YEAH.

09:35AM  12    Q.   SO, IN OTHER WORDS, THE IMMULITE WAS USED AS THE STANDARD

09:35AM  13    FOR THE VALUATION OF THESE EDISON ASSAYS?

09:35AM  14    A.   CORRECT.  IT'S ALSO KNOWN AS THE COMPARATOR ASSAY.

09:35AM  15    Q.   LET'S GO TO PAGE 2 OF THIS EXHIBIT, PLEASE.  LET'S LOOK AT

09:35AM  16    THE BOTTOM MESSAGE.

09:35AM  17         DR. ROSENDORFF, DO YOU SEE THAT SUNNY BALWANI WRITES YOU

09:35AM  18    AND OTHERS TO SAY, "AND OUR VALIDATION AGAINST IMMULITE HAS

09:35AM  19    BEEN EXCELLENT IN THE PAST.  IT IS THESE PT SAMPLES THAT ARE

09:35AM  20    OFF"?

09:36AM  21    A.   YES, I SEE THAT.

09:36AM  22    Q.   DO YOU REMEMBER THIS EXCHANGE AT THE TIME AND MR. BALWANI

09:36AM  23    SAYING IT MUST BE THE PT SAMPLES THAT ARE OFF?

09:36AM  24    A.   YES, I REMEMBER IT VERY, VERY WELL.

09:36AM  25    Q.   DID YOU AGREE THAT IT WAS THE PT SAMPLES THEMSELVES THAT

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1920

09:36AM   1    WERE THE PROBLEM HERE?

09:36AM   2    A.   NO, I DID NOT.

09:36AM   3    Q.   AND WHY NOT?

09:36AM   4    A.   PT SAMPLES MUST BE DISTRIBUTED TO PARTICIPATING

09:36AM   5    LABORATORIES OVER AN EXTENDED TIME PERIOD.  THEY MUST SURVIVE

09:36AM   6    SHIPPING CONDITIONS.  THEY MUST BE STABLE TO FREEZE/THAW.

09:36AM   7         IN VIEW OF THESE CONSIDERATIONS, THEY'RE MADE OUT TO BE

09:36AM   8    VERY STABLE, THEY HAVE PRESERVATIVES TO PREVENT BACTERIA

09:36AM   9    GROWTH, AND THEY HAVE BUFFERS TO PREVENT PH CHANGES, AND

09:36AM  10    PROTEINS TO MAINTAIN THE OSMOTIC PRESSURE, ET CETERA.

09:37AM  11    Q.   AND --

09:37AM  12    A.   THAT ARE TO BE STABLE.

09:37AM  13    Q.   AND BASED ON YOUR EXPERIENCE IN WORKING WITH PT SAMPLES,

09:37AM  14    HAVE THEY PERFORMED AS INTENDED?

09:37AM  15    A.   YES.

09:37AM  16    Q.   LET'S ZOOM OUT AND ZOOM BACK IN ON THE TOP OF THIS PAGE,

09:37AM  17    PLEASE, THE VERY TOP.

09:37AM  18         DO YOU SEE AT THE TOP OF THE PAGE A MESSAGE "CC'ING

09:37AM  19    ELIZABETH ON THIS AS WE WENT THRU THESE DISCUSSION OVER A YEAR

09:37AM  20    AGO ALSO"?

09:37AM  21    A.   THIS MESSAGE IS FROM SUNNY BALWANI.

09:37AM  22    Q.   YOU SEE THAT ON THE EXHIBIT?

09:37AM  23    A.   ON PAGE 1 AT THE VERY BOTTOM OF THE PREVIOUS PAGE IT SAYS

09:37AM  24    FROM SUNNY BALWANI.

09:37AM  25    Q.   OKAY.  AND DO YOU SEE THAT ON THE SCREEN?

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                                   1921

09:38AM    1      A.   NO.  I'M LOOKING AT THAT IN MY BINDER.

09:38AM    2      Q.   LET'S GO TO PAGE 1 OF THIS EXHIBIT NOW.  AND LET'S ZOOM IN

09:38AM    3      ON THE BOTTOM HALF OF THE PAGE MOVING FORWARD IN TIME HERE.

09:38AM    4           NOW LET'S CAPTURE THE BOTTOM HALF OF PAGE 1.

09:38AM    5           DR. ROSENDORFF, DO YOU SEE A MESSAGE FROM YOURSELF IN THIS

09:38AM    6      CHAIN STATING IF WE DID ENROLL FOR PT FOR THERANOS METHODS, WE

09:38AM    7      WOULD NEED TO DO AN ALTERNATE ASSESSMENT PROTOCOL OR AAP?

09:38AM    8      A.   YES.

09:38AM    9      Q.   AND WE'RE NOW IN FEBRUARY 2014.

09:38AM   10           WAS THIS THE FIRST TIME THAT YOU HAD RAISED THE NEED FOR

09:38AM   11      AAP PROFICIENCY TESTING AT THERANOS?

09:39AM   12      A.   NO.  I RAISED THE ISSUE WITH DANIEL YOUNG AND DISCUSSED IT

09:39AM   13      WITH HIM PRIOR TO THIS.

09:39AM   14      Q.   ABOVE YOUR EMAIL THERE'S A MESSAGE FROM ELIZABETH HOLMES.

09:39AM   15           DO YOU SEE THAT?

09:39AM   16      A.   YES.

09:39AM   17      Q.   SHE SAYS, "WE ENGAGED TOP COUNSEL ON THIS SOME TIME AGO.

09:39AM   18      SUNNY WILL DEBRIEF YOU TOMORROW -- IT IS CRITICAL THAT NO ONE

09:39AM   19      IS GUESSING ON MATTERS LIKE THESE."

09:39AM   20           DO YOU SEE THAT?

09:39AM   21      A.   YES, I DO.

09:39AM   22      Q.   AND IS THAT WHAT YOU WERE DOING, YOU WERE GUESSING?

09:39AM   23      A.   NO, I WAS NOT.  I WAS READING THROUGH THE REGULATIONS,

09:39AM   24      DECIDING WHAT WAS MOST APPROPRIATE FOR PATIENT CARE IN TERMS OF

09:39AM   25      VERIFYING ACCURACY AND GIVING MY GUIDANCE.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                                    1922

09:39AM  1    Q.   AND HOW DID WHAT YOU WERE DOING FIT IN, IF IT DID AT ALL,

09:39AM  2    WITH THE ROLE OF LABORATORY DIRECTOR?

09:39AM  3    A.   THE LABORATORY DIRECTOR WAS RESPONSIBLE AT THE END OF THE

09:40AM  4    DAY FOR THE ACCURACY OF TESTS THAT GO OUT IN THE LAB.

09:40AM  5    Q.   AND DID THAT INCLUDE ESTABLISHING APPROPRIATE PROFICIENCY

09:40AM  6    TESTING AT THE LAB?

09:40AM  7    A.   YES.

09:40AM  8    Q.   LET'S GO NOW TO THE TOP HALF OF PAGE 1.

09:40AM  9         DR. ROSENDORFF, DO YOU SEE A MESSAGE HERE FROM

09:40AM  10   SUNNY BALWANI TO YOU AND OTHERS, INCLUDING ELIZABETH HOLMES, AT

09:40AM  11   THERANOS?

09:40AM  12   A.   YES, I DO.

09:40AM  13   Q.   AND HE SAYS AT THE TOP OF HIS EMAIL "I ALSO WANT TO

09:40AM  14   REITERATE THIS POINT.  I AM EXTREMELY IRRITATED AND FRUSTRATED

09:40AM  15   BY FOLKS WITH NO LEGAL BACKGROUND TAKING LEGAL POSITIONS AND

09:40AM  16   INTERPRETATIONS ON THESE MATTERS AND JUNIOR CLIA AND NON-CLIA

09:40AM  17   PERSONNEL CHALLENGING OUR CLIA SOP'S.  THIS MUST STOP," HE

09:40AM  18   SAYS.

09:40AM  19        DO YOU SEE THAT?

09:40AM  20   A.   YES, I DO.

09:40AM  21   Q.   AND IN THE SECOND PARAGRAPH OF THE EMAIL HE SAYS, "THESE

09:41AM  22   PAST FEW DAYS, WE HAVE WASTED SO MUCH TIME TALKING TO PEOPLE

09:41AM  23   OUTSIDE OF CLIA WHO HAVE COME TO US TO SHARE THAT OUR PT ON

09:41AM  24   VITAMIN D ON EDISON HAS FAILED.  THESE PT SAMPLES SHOULD HAVE

09:41AM  25   NEVER RUN ON EDISONS TO BEGIN WITH."

Case: 22-10312, 04/17/2023, ID: 12696875, DktEntry: 22-21, Page 276 of 300

Case 5:18-cr-00258-EJD   Document 1267   Filed 01/18/22   Page 35 of 219    1923
ROSENDORFF DIRECT BY MR. BOSTIC (RES.)

```
09:41AM   1        DID YOU FEEL AT THIS TIME THAT THE PT TESTS THAT HAD BEEN
09:41AM   2   RUN WERE A WASTE OF TIME?
09:41AM   3   A.   NO.  LABORATORIES FREQUENTLY ENGAGE IN QC EXERCISES THAT
09:41AM   4   ARE DOCUMENTED.
09:41AM   5        MY PREFERENCE AND WHAT IS THE MOST COMMON PRACTICE IS TO
09:41AM   6   SIDE ON AN SOP -- A VALIDATION PLAN FOR DOING PROFICIENCY TO
09:41AM   7   WRITE A STANDARD OPERATING PROCEDURE WHICH INCLUDES ACCEPTANCE
09:42AM   8   CRITERIA FOR THE RESULTS OF THE PROFICIENCY TESTING EXERCISE,
09:42AM   9   AND TO RECORD THIS AS A -- TO HAVE THAT BE SIGNED OFF BY THE
09:42AM  10   LABORATORY DIRECTOR, AND THAT NEEDS TO BE IN CONTROLLED
09:42AM  11   DOCUMENTS SO THAT ANY CHANGES HAVE A DATE AND SIGNATURE
09:42AM  12   ASSOCIATED WITH IT.
09:42AM  13   Q.   IN THE LAST HALF, OR THE LAST PARAGRAPH OF MR. BALWANI'S
09:42AM  14   EMAIL, HE SAYS IN THE MIDDLE OF THAT PARAGRAPH, "NO PERSONAL
09:42AM  15   OPINIONS.  RIGHT NOW, EVERY CLS OR TS OR GS CONSIDERS
09:42AM  16   THEMSELVES AS REGULATORY EXPERT AND THIS CULTURE MUST BE NIP IN
09:42AM  17   THE BUD."
09:42AM  18        DO YOU SEE THAT?
09:42AM  19   A.   YES.
09:42AM  20   Q.   AND DO YOU AGREE WITH THOSE COMMENTS?
09:42AM  21   A.   I WAS HIRED TO APPLY MY EXPERTISE AND OPINIONS TO THE
09:42AM  22   DIRECTION OF THE LABORATORY.  I ALSO DELEGATED THE PROFICIENCY
09:43AM  23   TESTING TO THE TECHNICAL SUPERVISOR, SO IT'S NOT REALLY AN
09:43AM  24   APPROPRIATE STATEMENT.
09:43AM  25   Q.   I'LL ASK YOU TO TURN TO EXHIBIT 1724, PLEASE, IN YOUR
```

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1924

09:43AM   1    BINDER.

09:43AM   2        DO YOU HAVE THAT?  LET ME KNOW IF YOU RECOGNIZE IT.

09:43AM   3    A.   I HAVE IT.

09:43AM   4    Q.   AND IS EXHIBIT 1724 AN EMAIL FROM YOU TO

09:43AM   5    CHIN MAY PANGARKAR?

09:43AM   6    A.   YES.

09:43AM   7        MR. BOSTIC:  AND YOUR HONOR, THE GOVERNMENT MOVES TO

09:43AM   8    ADMIT EXHIBIT 1724.  I WAS THE DEFENSE HAS STIPULATED?

09:43AM   9        MR. WADE:  WE HAVE, YOUR HONOR.

09:43AM  10        THE COURT:  IT'S ADMITTED AND MAY BE PUBLISHED.

09:43AM  11        (GOVERNMENT'S EXHIBIT 1724 WAS RECEIVED IN EVIDENCE.)

09:43AM  12    BY MR. BOSTIC:

09:43AM  13    Q.   DR. ROSENDORFF, IS THIS AN EMAIL FROM MAY 13TH, 2014?

09:43AM  14    A.   YES, IT IS.

09:43AM  15    Q.   AND SO MONTHS LATER THAN WHAT WE HAVE BEEN LOOKING AT; IS

09:43AM  16    THAT CORRECT?

09:43AM  17    A.   I'M SORRY.  CAN YOU REMIND ME OF THE DATE OF THE PREVIOUS

09:44AM  18    EXHIBIT?

09:44AM  19    Q.   YES.  YOU CAN FLIP BACK TO EXHIBIT 1758 IF YOU NEED TO TO

09:44AM  20    REFRESH YOUR RECOLLECTION.

09:44AM  21    A.   THOSE DISCUSSIONS WERE IN FEBRUARY OF 2014, AND MY

09:44AM  22    REQUESTS FOR AN UPDATE FROM CHIN MAY WERE IN MAY 2014.

09:44AM  23    Q.   THIS EMAIL WHERE YOU ASKED FOR AN UPDATE, IS THIS

09:44AM  24    REFERRING TO THE SAME PROFICIENCY TESTING CONCERNS THAT YOU HAD

09:44AM  25    RAISED PREVIOUSLY?

09:44AM   1    A.    YES.

09:44AM   2    Q.    AND HAD ANY PROGRESS BEEN MADE ON GETTING PROFICIENCY

09:44AM   3    TESTING UP AND RUNNING AT THERANOS IN THE MONTHS BETWEEN THE

09:44AM   4    TWO EMAILS?

09:44AM   5    A.    NO.

09:44AM   6    Q.    AND WAS THAT FOR LACK OF EFFORT ON YOUR PART?

09:44AM   7    A.    NO.

09:44AM   8    Q.    WHAT WAS THE REASON, IF YOU UNDERSTOOD IT, WHY PROFICIENCY

09:44AM   9    TESTING STILL WASN'T HAPPENING?

09:45AM  10    A.    A PLAN HAD BEEN DRAFTED BY MYSELF MANY MONTHS BEFORE THIS.

09:45AM  11    I SIGNED UP ON THAT PLAN, I HAD DISCUSSIONS WITH MANAGEMENT

09:45AM  12    ABOUT THE NEED TO EXECUTE ON THAT PLAN, AND RESOURCES AND THE

09:45AM  13    MANAGEMENT DIRECTION WERE NEEDED TO ACTUALLY EXECUTE ON THE

09:45AM  14    PLAN.  I HAD DONE EVERYTHING I COULD FROM THE LAB DIRECTOR

09:45AM  15    PERSPECTIVE.

09:45AM  16    Q.    AT THE TOP OF THIS PAGE IN THE HEADER INFORMATION, THERE'S

09:45AM  17    A BCC TO A. ROSENDORFF AT GMAIL.COM.

09:45AM  18          DO YOU SEE THAT?

09:45AM  19    A.    YES.

09:45AM  20    Q.    AND DID YOU BCC YOUR PERSONAL EMAIL IN THIS MESSAGE?

09:45AM  21    A.    YES.

09:45AM  22    Q.    AND WHAT WAS THE PURPOSE OF THAT?

09:45AM  23    A.    AS I MENTIONED BEFORE, I WANTED TO PROTECT MYSELF IN THE

09:45AM  24    EVENT OF A GOVERNMENTAL OR CMS INVESTIGATION.

09:46AM  25          I WAS CONSIDERING FILING A QUI TAM OR FALSE CLAIMS LAWSUIT

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                1926

09:46AM   1    AGAINST THE COMPANY AND I ALSO -- I WANTED TO GET THE WORD OUT

09:46AM   2    ABOUT WHAT WAS HAPPENING AT THERANOS.

09:46AM   3    Q.    AND THAT INCLUDED PROFICIENCY TESTING?

09:46AM   4    A.    YES.

09:46AM   5    Q.    LET'S TALK ABOUT TRANSPARENCY AT THERANOS.

09:46AM   6          FIRST, LET'S LOOK AT EXHIBIT 1248, PLEASE.

09:46AM   7          YOU TESTIFIED BEFORE THAT PART OF THE LAB DIRECTOR ROLE

09:47AM   8    WAS SPEAKING TO PATIENTS AND DOCTORS ABOUT INDIVIDUAL TEST

09:47AM   9    RESULTS.

09:47AM   10         DO YOU REMEMBER THAT?

09:47AM   11   A.    YES.

09:47AM   12   Q.    IN THOSE CONVERSATIONS, DID YOU FEEL THAT YOU WERE ABLE TO

09:47AM   13   BE OPEN AND TRANSPARENT WITH DOCTORS AND PATIENTS ABOUT ISSUES

09:47AM   14   WITH THERANOS TESTS?

09:47AM   15   A.    I FELT A CONFLICT BETWEEN THE MESSAGING THAT THE COMPANY

09:47AM   16   WANTED ME TO PROVIDE AND THEIR DIRECTION TO EXPLORE

09:47AM   17   JUSTIFICATIONS FOR ERRONEOUS RESULTS AND MY DUTY AS A PHYSICIAN

09:47AM   18   TO INFORM THEM OF MY CONCERNS REGARDING THE ACCURACY OF THE

09:47AM   19   TESTING.

09:47AM   20   Q.    LET'S LOOK AT EXHIBIT 1248 NOW.

09:48AM   21         YOUR HONOR, THE GOVERNMENT MOVES IT INTO EVIDENCE.  I

09:48AM   22   UNDERSTAND IT'S SUBJECT TO STIPULATION.

09:48AM   23               MR. WADE:  IT IS, YOUR HONOR.

09:48AM   24               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:48AM   25         (GOVERNMENT'S EXHIBIT 1248 WAS RECEIVED IN EVIDENCE.)

09:48AM   1            MR. BOSTIC:  IF WE CAN ZOOM IN ON THE TOP HALF OF

09:48AM   2    THE PAGE.

09:48AM   3    Q.   DR. ROSENDORFF, YOU'RE NOT ON THIS EMAIL CHAIN; CORRECT?

09:48AM   4    A.   CORRECT.

09:48AM   5    Q.   AND THIS IS AN EMAIL FROM DANIEL YOUNG TO SUNNY BALWANI

09:48AM   6    AND ELIZABETH HOLMES IN NOVEMBER OF 2013; IS THAT CORRECT?

09:48AM   7    A.   YES.

09:48AM   8    Q.   AND IT SAYS, "QUICK SUMMARY OF MEETING WITH SHARADA, RAN,

09:48AM   9    ADAM, AND SURAJ."

09:48AM  10         ARE YOU THE ADAM IN THAT LIST?

09:48AM  11    A.   YES.  THERE WAS ONLY ONE OTHER ADAM AT THE COMPANY AND I

09:48AM  12    DON'T THINK THIS REFERS TO HIM.

09:48AM  13    Q.   UNDER THE BULLET POINTS THERE IN DANIEL YOUNG'S EMAIL, THE

09:48AM  14    SECOND ONE IS FOR TSH.

09:48AM  15         DO YOU SEE THAT?

09:48AM  16    A.   YES.

09:48AM  17    Q.   AND THE FIRST BULLET UNDER THAT SAYS, "WE DISCUSSED THE

09:49AM  18    CURRENT LLOQ FOR TSH WHICH IS.1."

09:49AM  19         WHAT IS LLOQ?

09:49AM  20    A.   IT IS THE LOWER LIMITS OF QUANTITATION.  IT IS THE LOWEST

09:49AM  21    CONCENTRATION OF ANALYTES THAT CAN BE MEASURED WITH AN

09:49AM  22    ACCEPTABLE PRECISION AND ACCURACY.

09:49AM  23    Q.   SO IS IT A MEASURE OF HOW SENSITIVE A GIVEN ASSAY IS?

09:49AM  24    A.   CORRECT.

09:49AM  25    Q.   AND THE SECOND BULLET POINT SAYS, "ADAM NOTED THAT SOME

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1928

09:49AM  1    ASSAYS THIRD AND FOURTH GENERATION ASSAYS ON THE MARKET HAVE

09:49AM  2    LOWER LLOQ."

09:49AM  3         WOULD THAT MEAN A HIGHER SENSITIVITY?

09:49AM  4    A.   CORRECT.

09:49AM  5    Q.   AND THE THIRD BULLET POINT SAYS, "ADAM WANTED TO ADD A

09:49AM  6    NOTE ON THE LAB RESULTS INDICATING THAT OUR ASSAY IS SECOND

09:49AM  7    GENERATION.  I TOLD HIM THIS IS NOT WHAT WE WERE GOING TO DO."

09:49AM  8         DO YOU SEE THAT?

09:49AM  9    A.   YES, I DO.

09:49AM  10   Q.   AND WHY DID YOU WANT TO INDICATE A NOTE THAT THE THERANOS

09:49AM  11   TEST WAS SECOND GENERATION AS OPPOSED TO THIRD OR FOURTH

09:50AM  12   GENERATION?

09:50AM  13   A.   IT'S IMPORTANT FOR PHYSICIANS TO KNOW HOW SENSITIVE THE

09:50AM  14   TSH IS.  IT'S ESSENTIALLY FOR DISTINGUISHING MILD

09:50AM  15   HYPERTHYROIDISM FROM SEVERE HYPERTHYROIDISM, SO THYROID

09:50AM  16   TOXICOSIS.

09:50AM  17   Q.   THE HEADER OF THIS EMAIL TELLS US THAT THIS EMAIL WAS SENT

09:50AM  18   TO SUNNY BALWANI AND ELIZABETH HOLMES; IS THAT CORRECT?

09:50AM  19   A.   CORRECT.

09:50AM  20   Q.   WAS THIS POLICY EVER CHANGED AT THERANOS?  WERE YOU EVER

09:50AM  21   PERMITTED TO INCLUDE THAT NOTE ON LAB TESTS FOR TSH?

09:50AM  22   A.   NO, I WAS NOT.

09:50AM  23   Q.   LET'S LOOK NEXT AT EXHIBIT 4146, PLEASE.

09:51AM  24        YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT EXHIBIT 4146.  I

09:51AM  25   BELIEVE THE DEFENSE HAS STIPULATED.

UNITED STATES COURT REPORTERS

**ER-5631**

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1929

09:51AM    1              MR. WADE:  WE HAVE.

09:51AM    2              THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

09:51AM    3          (GOVERNMENT'S EXHIBIT 4146 WAS RECEIVED IN EVIDENCE.)

09:51AM    4              MR. BOSTIC:  LET'S START WITH PAGE 3, PLEASE, ON THE

09:51AM    5      BOTTOM HALF.

09:51AM    6      Q.   DR. ROSENDORFF, DO YOU SEE THIS EMAIL CHAIN STARTS WITH A

09:51AM    7      MESSAGE EMAIL FROM GURBIR SIDHU AT THERANOS?

09:51AM    8      A.   YES.

09:51AM    9      Q.   AND MR. SIDHU SAYS, "HI ADAM, I HAVE SUBMITTED REQUEST FOR

09:51AM   10      REDRAW FOR CBC AND ESR ON PATIENT," AND THEN REDACTED, "DUE TO

09:51AM   11      COMPROMISED INTEGRITY."

09:51AM   12          DO YOU SEE THAT?

09:51AM   13      A.   YES.

09:51AM   14      Q.   AND ABOVE IT SAYS APPROVED.

09:51AM   15      A.   YES.

09:51AM   16      Q.   AND WHAT WERE YOU APPROVING HERE?

09:51AM   17      A.   THE REDRAW FOR THIS PATIENT FOR CBC AND ESR.

09:52AM   18      Q.   AND WHY WAS A REDRAW NECESSARY IN THIS CASE?

09:52AM   19      A.   I HAD BEEN INFORMED BY A CLINICAL LABORATORY SCIENTIST WHO

09:52AM   20      WAS QUALIFIED TO MAKE THE DETERMINATION AS TO SAMPLE INTEGRITY,

09:52AM   21      AND HE HAD INFORMED ME THAT THE SAMPLE INTEGRITY WAS

09:52AM   22      COMPROMISED.  I APPROVED THE REDRAW.

09:52AM   23      Q.   DO YOU HAVE AN UNDERSTANDING OF WHAT EQUIPMENT WAS USED AT

09:52AM   24      THERANOS TO RUN, FOR EXAMPLE, THE CBC TEST AT THIS TIME?

09:52AM   25      A.   YES.  WHOLE BLOOD WOULD BE MIXED WITH ANTIBODIES SPECIFIC

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                     1930

09:52AM   1    FOR EACH CELL TYPE IN THE WHOLE BLOOD.

09:52AM   2         A SECONDARY ANTIBODY WOULD BE APPLIED, CONJUGATED TO A

09:52AM   3    FLUOROPHORE, AND THIS WOULD BE RAN ON A COMMERCIALLY AVAILABLE

09:52AM   4    FLOW CYTOMETRY INSTRUMENT.

09:52AM   5    Q.   AND FOR FINGERSTICK SAMPLES, WAS THAT COMMERCIALLY

09:53AM   6    AVAILABLE ANALYZER MODIFIED BY THERANOS?

09:53AM   7    A.   NOT TO MY KNOWLEDGE.

09:53AM   8         I JUST WANT TO ADD THAT IT WAS A -- IT'S A RESEARCH

09:53AM   9    INSTRUMENT.  I MEAN, ANY TEST RUN ON THE ANALYZER WOULD HAVE TO

09:53AM  10    BE A LABORATORY DEVELOPED TEST.

09:53AM  11    Q.   UNDERSTOOD.  SO THIS WOULD BE, IN OTHER WORDS, A THERANOS

09:53AM  12    SPECIFIC TEST AND NOT AN FDA APPROVED TEST?

09:53AM  13    A.   CORRECT.

09:53AM  14    Q.   AND LET'S LOOK AT PAGE 2 IN THIS EMAIL, PLEASE.  LET'S

09:53AM  15    ZOOM IN ON THE BOTTOM HALF.

09:53AM  16         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM SOMEONE NAMED

09:53AM  17    ANAM KHAN TO CHRISTIAN HOLMES ON MAY 29TH IN, 2014?

09:53AM  18    A.   YES, I DO.

09:53AM  19    Q.   AND IT SAYS, "HI, CHRISTIAN, CAN YOU PLEASE APPROVE THIS

09:54AM  20    REDRAW?  THANKS ANAM."

09:54AM  21    A.   I SEE THAT.

09:54AM  22    Q.   ARE YOU AWARE OF ANY ROLE THAT CHRISTIAN HOLMES HAD AT THE

09:54AM  23    COMPANY IN APPROVING REDRAWS?

09:54AM  24    A.   I WASN'T AWARE AT ALL THAT HE WAS INVOLVED IN THAT KIND OF

09:54AM  25    A DECISION.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                          1931

09:54AM  1    Q.   AND DID HE HAVE ANY POSITION IN THE CLINICAL LAB AT

09:54AM  2    THERANOS ITSELF?

09:54AM  3    A.   NO.  SO ANYBODY MAKING A CLINICAL DECISION HAS TO BE ON

09:54AM  4    THE CMS ROSTER, IT'S FORM 209.  IT LISTS ALL OF THE PERSONNEL

09:54AM  5    THAT ARE HANDLING PATIENT SPECIMENS, MAKING DECISIONS SUCH AS

09:54AM  6    THESE, ET CETERA.

09:54AM  7    Q.   DID CHRISTIAN HOLMES HAVE A MEDICAL OR A SCIENCE

09:54AM  8    BACKGROUND TO YOUR KNOWLEDGE?

09:54AM  9    A.   NO, HE DID NOT.

09:54AM  10   Q.   WHEN YOU WERE LAB DIRECTOR AT THE COMPANY, WERE YOU AWARE

09:54AM  11   THAT IN SOME CASES CHRISTIAN HOLMES WOULD BE ASKED TO APPROVE

09:55AM  12   REDRAWS?

09:55AM  13   A.   I WAS NOT AWARE.

09:55AM  14   Q.   LET'S ZOOM OUT, MS. HOLLIMAN, AND CAPTURE THE EMAIL

09:55AM  15   MESSAGE JUST ABOVE THAT.  ACTUALLY, LET'S GO DOWN TO THE

09:55AM  16   MESSAGE JUST BELOW THAT ONE.

09:55AM  17       DO YOU SEE THAT, DR. ROSENDORFF, THAT CHRISTIAN HOLMES

09:55AM  18   EMAILS DANIEL EDLIN AND ELIZABETH HOLMES AND IT SAYS,

09:55AM  19   "DANIEL - PLEASE SEE NOTES BELOW.  FROM WHAT IT SEEMS A REDRAW

09:55AM  20   IS NECESSARY GIVEN THE DISINTEGRATION OF CELLS."

09:55AM  21       DO YOU SEE THAT?

09:55AM  22   A.   YES, I SEE THAT.

09:55AM  23   Q.   AND LET'S GO TO THE MESSAGE ABOVE.

09:55AM  24       AND HERE CHRISTIAN HOLMES INDICATES THAT MESSAGE SHOULD

09:55AM  25   HAVE GONE TO DANIEL YOUNG INSTEAD OF DANIEL EDLIN.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                          1932

09:56AM    1            DO YOU SEE THAT?

09:56AM    2       A.   YES, I SEE THAT.

09:56AM    3       Q.   LET'S GO TO PAGE 1 OF THIS EMAIL, PLEASE.  AND LET'S ZOOM

09:56AM    4       IN ON THE BOTTOM HALF.

09:56AM    5            DR. ROSENDORFF, DO YOU SEE AT BOTTOM OF THE SCREEN THERE'S

09:56AM    6       A MESSAGE FROM CHRISTIAN HOLMES TO ELIZABETH HOLMES AND

09:56AM    7       DANIEL YOUNG SAYING, "UNFORTUNATELY THIS DOC CALLED BACK AND

09:56AM    8       REACHED A DIFFERENT CSR WHO SAW ADAM APPROVED THE REDRAW,

09:56AM    9       FORGOT TO CHECK WITH ME, AND TOLD THE DOC WE NEED A REDRAW."

09:56AM   10            DO YOU SEE THAT?

09:56AM   11       A.   YES.

09:56AM   12       Q.   AND HE THEN SAYS BELOW, "NEED TO DISCUSS MESSAGING FOR MY

09:56AM   13       CALL WITH THIS DOC, WITH REGARD TO THE REASON FOR REDRAW."

09:56AM   14       A.   YES, I SEE THAT.

09:56AM   15       Q.   AND CAN YOU EXPLAIN THE ROLES THAT YOU AND

09:56AM   16       CHRISTIAN HOLMES HAD IN COMMUNICATING WITH DOCTORS ABOUT

09:56AM   17       THERANOS RESULTS?

09:56AM   18       A.   MY UNDERSTANDING OF THE PROCESS WAS THAT CHRISTIAN WOULD

09:57AM   19       RECEIVE QUERIES OR COMPLAINTS FROM CUSTOMER REPRESENTATIVES, HE

09:57AM   20       WOULD THEN FORWARD THOSE TO ME.

09:57AM   21       Q.   AND BETWEEN THE TWO OF YOU, WAS THERE ONE OF YOU WHO HAD

09:57AM   22       THE ACTUAL JOB OF SPEAKING TO PHYSICIANS ABOUT THE RESULTS, OR

09:57AM   23       WAS THAT HANDLED BY BOTH OF YOU?  WHAT WAS YOUR UNDERSTANDING?

09:57AM   24       A.   THAT WAS MYSELF.

09:57AM   25       Q.   AND THE MESSAGE ABOVE THE ONE WE WERE JUST LOOKING AT,

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1933

09:57AM  1    CHRISTIAN HOLMES WRITES AGAIN TO SAY, "DANIEL - SORRY TO FLOOD

09:57AM  2    YOUR INBOX WITH THESE TODAY."

09:57AM  3        AT THE BOTTOM OF THAT MESSAGE HE SAYS, "JUST NEED TO KNOW

09:57AM  4    WHAT HAPPENED SO EAH AND I CAN WORK ON MESSAGING TO THE DOC."

09:57AM  5        DO YOU SEE THAT?

09:57AM  6    A.   YES, I DO.

09:57AM  7    Q.   WERE EAH ELIZABETH HOLMES'S INITIALS?

09:57AM  8    A.   CORRECT.

09:57AM  9    Q.   WE CAN PUT THAT ONE ASIDE.  THANK YOU.

09:58AM 10        LET'S LOOK AT EXHIBIT 4044.

09:58AM 11        YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT EXHIBIT 4044.

09:58AM 12    IT'S BEEN STIPULATED TO.

09:58AM 13             MR. WADE:  THAT'S CORRECT, YOUR HONOR.

09:58AM 14             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:58AM 15        (GOVERNMENT'S EXHIBIT 4044 WAS RECEIVED IN EVIDENCE.)

09:58AM 16             MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 2,

09:58AM 17    PLEASE.  AND IF WE CAN ZOOM IN ON THE TOP HALF.

09:58AM 18    Q.   DR. ROSENDORFF, DO YOU SEE THIS EMAIL CHAIN FROM

09:58AM 19    ELIZABETH HOLMES TO YOU AND OTHERS AT THERANOS?

09:58AM 20    A.   YES.

09:58AM 21    Q.   AND HER EMAIL SAYS, "CHECKING IN ON THE DAY BY DAY PLAN

09:58AM 22    FOR AUDIT PREPARATIONS."

09:59AM 23        DO YOU SEE THAT?

09:59AM 24    A.   YES.

09:59AM 25    Q.   AND DO YOU RECALL WHAT AUDIT THIS WOULD BE REFERRING TO IN

09:59AM 1    NOVEMBER OF 2013?

09:59AM 2    A.   THIS WOULD BE REFERRING TO THE IMPENDING LABORATORY FIELD

09:59AM 3    SERVICES AUDIT.  LABORATORY FIELD SERVICES CONDUCTS AUDITS IN

09:59AM 4    LABORATORIES IN CALIFORNIA ON BEHALF OF CMS.

09:59AM 5    Q.   AND SO WHO EMPLOYS THE INDIVIDUALS WHO ARE CONDUCTING THAT

09:59AM 6    AUDIT?  WHO DO THEY WORK FOR?

09:59AM 7    A.   THEY'RE PART OF THE CALIFORNIA DEPARTMENT OF PUBLIC

09:59AM 8    HEALTH.  LABORATORY FIELD SERVICES IS A DIVISION OF CDPH.

09:59AM 9    Q.   AND MS. HOLMES IS ASKING HERE FOR INFORMATION ABOUT THE

09:59AM 10   DAY BY DAY PLAN FOR PREPARATIONS FOR THAT AUDIT; IS THAT

09:59AM 11   CORRECT?

09:59AM 12   A.   CORRECT.

09:59AM 13   Q.   AND LET'S LOOK AT PAGE 1 OF THIS EXHIBIT, PLEASE.

09:59AM 14       DR. ROSENDORFF, ON PAGE 1 DO YOU SEE AN EMAIL FROM YOU IN

10:00AM 15   RESPONSE LISTING SOME BULLET POINTS AS PART OF THE PREPARATION

10:00AM 16   PLAN FOR THAT AUDIT?

10:00AM 17   A.   YES, I DO.

10:00AM 18   Q.   LET'S LOOK NEXT AT EXHIBIT 4047.  THAT SHOULD BE THE NEXT

10:00AM 19   ONE IN YOUR BINDER.

10:00AM 20       YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT THIS AS WELL.  I

10:00AM 21   BELIEVE THE DEFENSE HAS STIPULATED.

10:00AM 22           MR. WADE:  CORRECT, YOUR HONOR.

10:00AM 23           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:00AM 24       (GOVERNMENT'S EXHIBIT 4047 WAS RECEIVED IN EVIDENCE.)

10:00AM 25           MR. BOSTIC:  AND LET'S ZOOM IN ON THE TOP HALF OF

UNITED STATES COURT REPORTERS

ER-5637

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1935

10:00AM   1      THE PAGE, PLEASE.

10:00AM   2      Q.   DR. ROSENDORFF, DO YOU SEE AT THE BOTTOM OF THE SCREEN AN

10:00AM   3      EMAIL FROM ELIZABETH HOLMES TO YOU AND OTHERS AT THERANOS

10:00AM   4      CC'ING SUNNY BALWANI AT THE BOTTOM OF THE PAGE?

10:00AM   5      A.   YES.  I'M SORRY.  I DIDN'T MEAN TO INTERRUPT YOU.

10:00AM   6      Q.   AND DO YOU SEE THAT THE TEXT OF THAT MESSAGE SAYS, "LET ME

10:00AM   7      KNOW IF THE PATH FOR WALKING THE AUDITORS IN AND DOWNSTAIRS HAS

10:01AM   8      BEEN CEMENTED SO WE AVOID AREAS THAT CANNOT BE ACCESSED, AND

10:01AM   9      WHAT THAT PATH IS."

10:01AM  10          DO YOU SEE THAT?

10:01AM  11      A.   YES, I DO.

10:01AM  12      Q.   DO YOU RECALL DURING YOUR TIME AT THERANOS ANY DISCUSSION

10:01AM  13      ABOUT THE AREAS OF THE COMPANY THAT AUDITORS COULD AND COULD

10:01AM  14      NOT SEE?

10:01AM  15      A.   YES, I REMEMBER DISCUSSING WITH ELIZABETH HOLMES AND SUNNY

10:01AM  16      SPECIFICALLY THAT NOBODY WAS ALLOWED TO GO IN OR OUT OF THE

10:01AM  17      NORMANDY LAB DURING THE TIME OF THE INSPECTION.

10:01AM  18      Q.   AND THE EMAIL CHAIN ABOVE THAT, OR SORRY, THE EMAIL

10:01AM  19      MESSAGE ABOVE THAT IS FROM MS. HOLMES AGAIN AND IT SAYS IN

10:01AM  20      PARENTHESIS, "(KERRY, PLEASE DELINEATE THIS BASED ON WHAT WE

10:01AM  21      DID WITH THE NEW YORK INSPECTOR RECENTLY AND SEND THAT OUT.)"

10:01AM  22          DO YOU RECALL THAT?

10:01AM  23      A.   YES, I DO.

10:01AM  24      Q.   AND DO YOU RECALL THE NEW YORK INSPECTOR'S VISIT AND ANY

10:01AM  25      AREAS THAT WERE OFF LIMITS OR INCLUDED DURING THAT VISIT?

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1936

10:02AM   1    A.   I WAS NOT INVOLVED IN THE NEW YORK STATE AUDIT.

10:02AM   2    Q.   THE DIRECTION THAT YOU JUST REFERENCED, THAT NO ONE SHOULD

10:02AM   3    COME OR GO DURING NORMANDY, WHAT INSPECTION WAS THAT DURING?

10:02AM   4    A.   IT WAS DURING -- IT REFERRED TO THE ALCHEMIST OR THE CLIA

10:02AM   5    INSPECTION IN NOVEMBER.

10:02AM   6    Q.   AND WHO SPECIFICALLY GAVE THAT DIRECTION THAT NO ONE

10:02AM   7    SHOULD COME OR GO FROM THE LAB DURING THAT INSPECTION?

10:02AM   8    A.   IT CAME FROM SUNNY.

10:02AM   9    Q.   DID YOU RECEIVE ANY DIRECTION ABOUT WHETHER TO SHOW

10:02AM   10   AUDITORS OR INSPECTORS THE NORMANDY DURING THAT VISIT?

10:02AM   11   A.   SO STANDARD PRACTICE DURING AN INSPECTION IS TO SHOW THE

10:02AM   12   AUDITORS WHAT THEY ASKED FOR.  THEY ASKED FOR VALIDATION

10:03AM   13   STUDIES FOR THE EDISON INSTRUMENT AND FOR THE MODIFIED SIEMENS

10:03AM   14   LDT'S.  WE SHOWED THEM THESE STUDIES.

10:03AM   15       WHILE THIS WAS GOING ON, I EMAILED DANIEL YOUNG AND ASKED

10:03AM   16   HIM IF WE SHOULD MENTION THE DOWNSTAIRS LAB, AND HE SAID NOT

10:03AM   17   UNLESS THEY SPECIFICALLY BRING IT UP OR REQUEST TO SEE IT.

10:03AM   18   Q.   AND JUST AS A REMINDER, WHAT WAS IN THE DOWNSTAIRS LAB AT

10:03AM   19   THERANOS?

10:03AM   20   A.   THE SIEMENS INSTRUMENTING RUNNING THE LDT'S, THE TECAN

10:03AM   21   LIQUID HANDLERS, SOFTWARE THAT WOULD INTERFACE WITH THIS

10:03AM   22   EQUIPMENT, A ROBOT TO HANDLE SPECIMENS AS THEY CAME IN,

10:03AM   23   CENTRIFUGES, ET CETERA.

10:03AM   24   Q.   DURING THIS INSPECTION, WERE YOU WITH THE AUDITOR OR

10:03AM   25   AUDITORS DURING THE COURSE OF THE DAY?

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                               1937

10:03AM   1      A.   FOR THE MAJORITY OF IT, YES.

10:04AM   2      Q.   AND WAS THERE A SPECIFIC PORTION WHERE YOU WEREN'T WITH

10:04AM   3      THEM?

10:04AM   4      A.   CORRECT.  I RETIRED TO MY OFFICE WHILE THE INSPECTOR WAS

10:04AM   5      REVIEWING DOCUMENTATION IN THE UPSTAIRS LABORATORY.

10:04AM   6      Q.   TO YOUR KNOWLEDGE, AT ANY POINT DURING THAT DAY WERE THE

10:04AM   7      INSPECTORS SHOWN AN EDISON DEVICE?

10:04AM   8      A.   NOT TO MY KNOWLEDGE.  THERE WAS DISCUSSION BETWEEN

10:04AM   9      DANIEL YOUNG AND THE AUDITOR AT THE BEGINNING OF THE AUDIT

10:04AM   10     AROUND WHAT WAS PROPRIETARY AND WHAT MIGHT NOT BE REVEALED AND

10:04AM   11     WHAT COULD BE SHOWN.  I DON'T KNOW THE SPECIFICS OF THAT

10:04AM   12     DISCUSSION, BUT THAT WAS BROUGHT UP.

10:04AM   13     Q.   I'LL ASK YOU TO LOOK AT EXHIBIT 2149, PLEASE.

10:05AM   14          DO YOU HAVE 2149 IN FRONT OF YOU?

10:05AM   15     A.   YES, I DO.

10:05AM   16     Q.   IS THIS AN EMAIL CHAIN INCLUDING CORRESPONDENCE BETWEEN

10:05AM   17     YOU AND DANIEL YOUNG AND OTHERS AT THERANOS?

10:05AM   18     A.   YES.

10:05AM   19          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:05AM   20     ADMIT EXHIBIT 2149.

10:05AM   21          THE WITNESS:  SO -- I'M SORRY.  I DON'T KNOW IF I'M

10:05AM   22     ON THE RIGHT EXHIBIT.  I'M ON EXHIBIT 2149.  THE FIRST HEADER

10:05AM   23     SHOWS ME CC'ING THIS TO MY GMAIL ACCOUNT.  THE SECOND HEADER IS

10:05AM   24     AN EMAIL FROM DANIEL YOUNG TO A NUMBER OF PEOPLE, INCLUDING

10:05AM   25     MYSELF.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1938

10:06AM   1        BY MR. BOSTIC:

10:06AM   2        Q.   YOU'RE ON THE RIGHT DOCUMENT.  YOU'RE IN THE RIGHT PLACE.

10:06AM   3        A.   OKAY.

10:06AM   4             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:06AM   5        ADMIT THIS EXHIBIT AT THIS TIME.

10:06AM   6             MR. WADE:  THE COURT'S INDULGENCE.

10:06AM   7             (PAUSE IN PROCEEDINGS.)

10:06AM   8             MR. WADE:  NO OBJECTION, YOUR HONOR.

10:06AM   9             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:06AM  10             (GOVERNMENT'S EXHIBIT 2149 WAS RECEIVED IN EVIDENCE.)

10:06AM  11             MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN JUST CAPTURE

10:06AM  12        THE TOP HALF OF THE PAGE APPROXIMATELY.  LET'S GO DOWN A LITTLE

10:06AM  13        BIT FURTHER.

10:06AM  14             THAT'S GOOD.  THANK YOU.

10:06AM  15        Q.   DR. ROSENDORFF, DO YOU SEE AT THE BOTTOM OF THE PAGE

10:06AM  16        THERE'S SOME CORRESPONDENCE BETWEEN YOU, DANIEL YOUNG, AND

10:06AM  17        OTHERS FROM SEPTEMBER 2013?

10:06AM  18        A.   YES.

10:06AM  19        Q.   AND IN YOUR EMAIL, THE FIRST LINE SAYS, "I FAVOR

10:07AM  20        ESTABLISHING DE-NOVO REFERENCE RANGES ON CAPILLARY BLOOD BASED

10:07AM  21        ON ALREADY COLLECTED AND WALGREENS NORMALS."

10:07AM  22             DO YOU SEE THAT TEXT?

10:07AM  23        A.   YES, I DO.

10:07AM  24        Q.   AND DO YOU RECALL THIS CONVERSATION GENERALLY?

10:07AM  25        A.   YES, I DO.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1939

10:07AM   1        Q.   AT THE TOP OF THE PAGE, YOU FORWARD THAT EMAIL CHAIN TO

10:07AM   2    YOUR PERSONAL EMAIL; IS THAT CORRECT?

10:07AM   3        A.   YES.

10:07AM   4        Q.   AND THE EMAIL IS SEPTEMBER 2013, BUT YOU FORWARDED IT MORE

10:07AM   5    THAN A YEAR LATER; IS THAT CORRECT?

10:07AM   6        A.   CORRECT.

10:07AM   7        Q.   WHY DID YOU DECIDE TO FORWARD THIS EMAIL CHAIN TO YOURSELF

10:07AM   8    IN OCTOBER OF 2014?

10:07AM   9        A.   DESPITE MY BEST EFFORTS TO IMPROVE ASSAYS, TO WORK MY

10:07AM  10    HARDEST WITH THE COMPANY, TO ALERT MANAGEMENT TO PROBLEMS, THE

10:08AM  11    NUMBER AND SEVERITY OF ISSUES HAD REACHED A CRESCENDO FOR ME.

10:08AM  12        AT THAT TIME IN OCTOBER OF 2014, AS I MENTIONED, I THINK I

10:08AM  13    ALREADY DISCUSSED THE REASONS WHY I FORWARDED THE EMAIL IN

10:08AM  14    GENERAL TO MY GMAIL ACCOUNT.

10:08AM  15        Q.   AND I THINK THERE WAS SOMETHING AT THIS POINT IN TIME THAT

10:08AM  16    CAUSED YOU TO CONTINUE WITH THAT PRACTICE.

10:08AM  17        A.   IT WAS AROUND THIS TIME THAT WE WERE GETTING A HIGH

10:08AM  18    FREQUENCY OF DOCTOR COMPLAINTS.

10:08AM  19        Q.   AND REMIND US WHEN APPROXIMATELY DID YOU LEAVE THE

10:08AM  20    COMPANY?

10:08AM  21        A.   NOVEMBER 2014.

10:08AM  22        Q.   AND SO WE'RE NOW IN YOUR FINAL WEEKS WITH THERANOS; IS

10:08AM  23    THAT CORRECT?

10:08AM  24        A.   CORRECT.

10:08AM  25        Q.   AND LET'S LOOK AT EXHIBIT 4323 NEXT.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                                    1940

10:08AM   1          YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT THIS.  I BELIEVE

10:08AM   2     THE DEFENSE HAS STIPULATED.

10:09AM   3          (PAUSE IN PROCEEDINGS.)

10:09AM   4               MR. WADE:  WE HAVE, YOUR HONOR.

10:09AM   5               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:09AM   6          (GOVERNMENT'S EXHIBIT 4323 WAS RECEIVED IN EVIDENCE.)

10:09AM   7     BY MR. BOSTIC:

10:09AM   8     Q.   LET'S START ON PAGE 4 OF THIS EXHIBIT -- DR. ROSENDORFF,

10:09AM   9     DO YOU SEE --

10:09AM  10          LET'S ZOOM IN ON THAT FIRST EMAIL MESSAGE AT THE BOTTOM.

10:09AM  11          DR. ROSENDORFF, DO YOU SEE THIS BEGINS WITH AN EMAIL TO

10:09AM  12     CHRISTIAN HOLMES ABOUT A DOCTOR CALLING ABOUT HDL AND LDL

10:09AM  13     RESULTS?

10:09AM  14     A.   YES.

10:09AM  15     Q.   AND WHAT ARE HDL AND LDL?

10:09AM  16     A.   HIGH DENSITY LIPO PROTEIN AND LOW DENSITY LIPO PROTEIN.

10:10AM  17     Q.   AND GENERALLY SPEAKING, WHAT IS THE CLINICAL SIGNIFICANCE

10:10AM  18     OF THOSE?

10:10AM  19     A.   PATIENTS WITH HIGH LDL OR HIGH TOTAL CHOLESTEROL ARE AT

10:10AM  20     RISK FOR HEART DISEASE.

10:10AM  21          BY CONTRAST, HIGH HDL IS PROTECTIVE AGAINST HEART DISEASE.

10:10AM  22     Q.   AND THIS CALL INDICATES THAT A DOCTOR WAS CONCERNED ABOUT

10:10AM  23     HDL AND LDL RESULTS AND THE LIPID PANEL FOR A CERTAIN PATIENT.

10:10AM  24          DO YOU SEE THAT?

10:10AM  25     A.   YES.

UNITED STATES COURT REPORTERS

**ER-5643**

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                                    1941

10:10AM  1    Q.   AND THE RECORD IS THAT HDL AND LDL ARE NOT ADDING UP AND

10:10AM  2    THE DOCTOR THOUGHT THAT THE LDL WAS A FALSE READING.

10:10AM  3         DO YOU SEE THAT?

10:10AM  4    A.   YES, I SEE THAT.

10:10AM  5    Q.   WHY WOULD IT BE A PROBLEM THAT HDL AND LDL WERE NOT ADDING

10:10AM  6    UP?

10:10AM  7    A.   THE TOTAL CHOLESTEROL CAN BE ESTIMATED BY ADDING HDL TO

10:11AM  8    LDL AND THEN BY ADDING TRIGLYCERIDES AND DIVIDING THAT VALUE BY

10:11AM  9    5.  IT'S KNOWN AS THE FRIEDEWALD OCCASION.

10:11AM  10        THIS EMAIL SUGGESTS THAT THE M.A. HAD APPLIED THAT

10:11AM  11   FORMULA, AND THEN COMPARED THE TOTAL CALCULATED CHOLESTEROL TO

10:11AM  12   THE ACTUAL CHOLESTEROL MEASURED BY THE LABORATORY.

10:11AM  13   Q.   AND DID THE RESULTS CALL INTO QUESTION THE ACCURACY OF THE

10:11AM  14   THERANOS TEST?

10:11AM  15   A.   YES.

10:11AM  16   Q.   LET'S GO TO PAGE 3 OF THIS EXHIBIT, PLEASE.  LET'S LOOK AT

10:11AM  17   THE BOTTOM HALF OF THE PAGE ON PAGE 3.

10:12AM  18        DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU NOW TO

10:12AM  19   CHRISTIAN HOLMES ABOUT THIS TOPIC?

10:12AM  20   A.   YES, I DO.

10:12AM  21   Q.   AND YOU INDICATE THAT YOU CALLED AND LEFT A MESSAGE WITH

10:12AM  22   THE PROVIDER SAYING THAT THERANOS WOULD ATTEMPT TO RERUN THE

10:12AM  23   SAMPLE; IS THAT RIGHT?

10:12AM  24   A.   YES.

10:12AM  25   Q.   AND YOU THEN DESCRIBE THE PROBLEM BELOW THAT YOU JUST

UNITED STATES COURT REPORTERS

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                          1942

10:12AM  1    TALKED ABOUT; IS THAT CORRECT?

10:12AM  2    A.   CORRECT.

10:12AM  3    Q.   LET'S ZOOM OUT AND LOOK AT THE TOP MESSAGE ON THIS PAGE.

10:12AM  4         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU AT THE VERY

10:12AM  5    TOP OF THE PAGE?

10:12AM  6    A.   YES, I DO.

10:12AM  7    Q.   YOU SAY, "SEEMS LIKE A TECHNICAL PROBLEM.  THERE ARE NO

10:12AM  8    PATIENT FACTORS THAT WOULD EXPLAIN THIS."

10:12AM  9    A.   RIGHT.

10:12AM  10   Q.   AND WHAT DID YOU MEAN BY THAT?

10:12AM  11   A.   I MEANT THAT IT WOULDN'T MATTER, FOR INSTANCE, IF THE

10:12AM  12   PATIENT WAS TAKING CHOLESTEROL LOWERING MEDICATION OR IF THE

10:13AM  13   PATIENT HAD HYPERCHOLESTEROLEMIA.  THERE ARE NO PREEXISTING

10:13AM  14   ILLNESSES OR MEDICATIONS THAT WOULD EXPLAIN THIS KIND OF

10:13AM  15   DISCREPANCY.

10:13AM  16   Q.   AND IF THERE ARE NO PATIENT FACTORS THAT WOULD EXPLAIN IT,

10:13AM  17   WHAT DOES THAT LEAVE AS THE POSSIBLE EXPLANATION?

10:13AM  18   A.   TECHNICAL PROBLEM.

10:13AM  19   Q.   IN OTHER WORDS, A PROBLEM WITH THE TEST ITSELF?

10:13AM  20   A.   CORRECT.

10:13AM  21   Q.   LET'S GO TO PAGE 2 NOW, MOVING FORWARD IN TIME.  LET'S

10:13AM  22   ZOOM IN ON THE VERY BOTTOM HALF OF THE PAGE.

10:13AM  23        DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM CHRISTIAN HOLMES

10:13AM  24   TO YOU ON NOVEMBER 14TH, 2014?

10:13AM  25   A.   YES, I DO.

UNITED STATES COURT REPORTERS

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                              1943

10:13AM   1     Q.   HE SAYS, "I ESCALATED THIS AND RECEIVED THE FOLLOWING

10:13AM   2     RESPONSE.  ADAM IS THIS SUFFICIENT FOR YOU TO RELAY TO THE

10:13AM   3     DOC?"

10:13AM   4          IS THAT CORRECT?

10:13AM   5     A.   YES.

10:13AM   6     Q.   AND HE THEN PROVIDES A PURPORTED EXPLANATION FOR THE

10:14AM   7     THERANOS RESULTS; IS THAT CORRECT?

10:14AM   8     A.   YES.

10:14AM   9     Q.   LET'S ZOOM OUT AND LOOK AT YOUR RESPONSE JUST ABOVE THAT

10:14AM  10     MESSAGE.

10:14AM  11          MS. HOLLIMAN, IF WE CAN GO DOWN A LITTLE BIT FURTHER.

10:14AM  12     PERFECT.  THANK YOU.

10:14AM  13          DR. ROSENDORFF, DO YOU SEE YOUR RESPONSE TO

10:14AM  14     CHRISTIAN HOLMES'S EMAIL AT THE BOTTOM THERE?

10:14AM  15     A.   YES, I DO.

10:14AM  16     Q.   AND YOU SAY, "I AM GOING TO PASS ON THIS ONE."

10:14AM  17          IS THAT CORRECT?

10:14AM  18     A.   CORRECT.

10:14AM  19     Q.   AND CHRISTIAN HOLMES THEN ASKS, "CAN YOU PLEASE CLARIFY

10:14AM  20     WHAT YOU MEAN BY THIS?"

10:14AM  21          AND YOU SAY, "IF YOU'RE ASKING ME TO DEFEND THESE VALUES

10:14AM  22     THEN THE ANSWER IS NO."

10:14AM  23          IS THAT RIGHT?

10:14AM  24     A.   CORRECT.

10:14AM  25     Q.   AND WHY DID YOU REFUSE TO DEFEND THE VALUES IN THIS CASE?

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1944

10:14AM   1       A.    BECAUSE I DIDN'T BELIEVE THEM TO BE ACCURATE.

10:14AM   2       Q.    LET'S LOOK AT PAGE 1 AND SEE THE CONTINUATION OF THIS

10:15AM   3       CONVERSATION.

10:15AM   4             LET'S ZOOM IN ON THE BOTTOM MESSAGE.

10:15AM   5             DR. ROSENDORFF, DO YOU SEE THAT CHRISTIAN HOLMES RESPONDS,

10:15AM   6       "THIS CAN BE HANDLED CONSTRUCTIVELY INTERNALLY."

10:15AM   7             AND THEN HE SAYS, "ADAM, IF YOU'RE GOING TO REFUSE TO

10:15AM   8       SPEAK WITH THE CLINICIAN WHO IS ASKING TO SPEAK WITH OUR LAB

10:15AM   9       DIRECTOR ABOUT INTERPRETING A PATIENT'S RESULTS, THEN SO BE IT,

10:15AM  10       BUT SIMPLY PASSING ON GETTING BACK TO THIS DOC IS NOT AN

10:15AM  11       OPTION."

10:15AM  12             DO YOU SEE THAT?

10:15AM  13       A.    YES, I DO.

10:15AM  14       Q.    WERE YOU REFUSING TO SPEAK TO THE DOCTOR AT ALL?

10:15AM  15       A.    NO.  I WAS REFUSING TO DEFEND THE ACCURACY OF THE RESULT.

10:15AM  16       Q.    LET'S ZOOM IN ON THE TOP HALF OF THIS PAGE.

10:15AM  17             AND IN THE MIDDLE OF THE SCREEN, DR. ROSENDORFF, DO YOU

10:15AM  18       SEE A MESSAGE FROM ELIZABETH HOLMES TO HER BROTHER

10:16AM  19       CHRISTIAN HOLMES ON NOVEMBER 14TH AT 2:22?

10:16AM  20       A.    YES.

10:16AM  21       Q.    SHE SAYS, "CHRISTIAN:  YOU HANDLED THIS EXCELLENTLY.  THE

10:16AM  22       LAST NOTE TO ADAM BELOW, ESPECIALLY THE SECOND SENTENCE, WAS

10:16AM  23       EXACTLY RIGHT."

10:16AM  24             DO YOU SEE THAT?

10:16AM  25       A.    YES.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)          1945

| | | |
|---|---|---|
| 10:16AM | 1 | Q.   LET'S LOOK AT EXHIBIT 4314. |
| 10:16AM | 2 | YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT THIS EXHIBIT, |
| 10:16AM | 3 | 4314.  IT'S SUBJECT TO STIPULATION. |
| 10:16AM | 4 | (PAUSE IN PROCEEDINGS.) |
| 10:16AM | 5 | MR. WADE:  THAT'S CORRECT, YOUR HONOR. |
| 10:16AM | 6 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:16AM | 7 | (GOVERNMENT'S EXHIBIT 4314 WAS RECEIVED IN EVIDENCE.) |
| 10:16AM | 8 | BY MR. BOSTIC: |
| 10:16AM | 9 | Q.   LET'S LOOK AT THE TOP HALF OF PAGE 2. |
| 10:16AM | 10 | DR. ROSENDORFF, DO YOU SEE THIS IS A CONTINUATION OF THAT |
| 10:16AM | 11 | SAME EMAIL CHAIN THAT WE WERE JUST LOOKING AT? |
| 10:16AM | 12 | A.   YES, I DO. |
| 10:16AM | 13 | Q.   YOUR RESPONSE TO CHRISTIAN IS AT THE TOP OF THE PAGE.  YOU |
| 10:17AM | 14 | SAY, "I WILL HAPPILY SPEAK TO THE CLINICIAN BUT I WILL NOT |
| 10:17AM | 15 | DEFEND THE RESULTS." |
| 10:17AM | 16 | WAS THAT YOUR POSITION AT THE TIME? |
| 10:17AM | 17 | A.   YES. |
| 10:17AM | 18 | Q.   AND LET'S GO TO PAGE 1 NOW AND ZOOM IN ON THE BOTTOM HALF |
| 10:17AM | 19 | OF THE PAGE. |
| 10:17AM | 20 | YOU THEN FOLLOW UP WITH YOUR EMAIL TO CHRISTIAN; IS THAT |
| 10:17AM | 21 | CORRECT? |
| 10:17AM | 22 | A.   YES, I DID. |
| 10:17AM | 23 | Q.   AND YOU SAY, "TO CLARIFY, NUMBER 1, THIS IS NOT A QUESTION |
| 10:17AM | 24 | OF INTERPRETING RESULTS, THIS IS THE QUESTION OF RELIABILITY |
| 10:17AM | 25 | AND ACCURACY OF THE RESULT." |

UNITED STATES COURT REPORTERS

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                              1946

10:17AM   1            DO YOU SEE THAT?

10:17AM   2       A.   YES.

10:17AM   3       Q.   YOU SAY, "THE MOST CONSTRUCTIVE THING AT THIS POINT IS TO

10:17AM   4       OFFER RELIABLE AND ROBUST ASSAYS, NOT TO SPIN."

10:17AM   5            DID YOU FEEL AT THIS TIME YOU WERE BEING ASKED TO SPIN

10:17AM   6       INSTEAD OF PROVIDE RELIABLE AND ROBUST ASSAYS?

10:17AM   7       A.   YES, I DID.

10:17AM   8       Q.   POINT NUMBER 3 IN YOUR EMAIL SAYS, "FURTHER 100 PERCENT

10:17AM   9       HONESTY AND TRANSPARENCY TO THE PATIENT IS ESSENTIAL."

10:17AM  10            AT THIS TIME DID YOU FEEL THAT THERANOS WAS BEING

10:18AM  11       100 PERCENT HONEST AND TRANSPARENT TO THE PATIENT?

10:18AM  12       A.   NO.  DESPITE MY DIRECTION, THE COMPANY WAS NOT SHOWING ON

10:18AM  13       THE PATIENT REPORT WHAT THE SAMPLE TYPE WAS, WHETHER IT WAS

10:18AM  14       VENOUS OR CAPILLARY, AND WHAT METHOD WAS BEING USED TO RUN THE

10:18AM  15       SAMPLE.

10:18AM  16            MY INTERACTIONS WITH MANAGEMENT, THEY MADE IT VERY CLEAR

10:18AM  17       WHAT THE MESSAGING SHOULD BE.

10:18AM  18       Q.   AND WHAT WAS THE MESSAGE -- WHAT WAS THE MESSAGING

10:18AM  19       DIRECTION THAT YOU RECEIVED FROM MANAGEMENT?

10:18AM  20       A.   THE MESSAGING WOULD BE TO DEFEND THE RESULTS BY COMING UP

10:18AM  21       WITH PATIENT FACTORS THAT WOULD EXPLAIN DISCREPANCIES.

10:18AM  22       Q.   LET'S ZOOM OUT AND LOOK AT THE VERY TOP MESSAGE ON THIS

10:18AM  23       PAGE, PAGE 1.

10:19AM  24            DO YOU SEE THERE, DR. ROSENDORFF, AN EMAIL FROM

10:19AM  25       CHRISTIAN HOLMES TO ELIZABETH HOLMES AND SUNNY BALWANI STATING,

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Amy Mason Saharia*

AMY MASON SAHARIA

April 17, 2023