No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

## EXCERPTS OF RECORD
## VOL. XXI of LVII | ER-5651 to ER-5949

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA 98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 200024
  (202) 434-5000
  asaharia@wc.com

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                                  1947

10:19AM   1      "HIS RESPONSE TO THIS WAS TO DO A VACUTAINER REDRAW AND I ENDED

10:19AM   2      THE CONVERSATION AT THAT POINT."

10:19AM   3      A.   I JUST WANTED TO ADD SOMETHING RELATED TO MY PREVIOUS

10:19AM   4      COMMENTS.

10:19AM   5      Q.   GO AHEAD.

10:19AM   6      A.   THE FACT THAT THE SAMPLE TYPE AND METHOD TYPE WAS NOT

10:19AM   7      SHOWN ON THE REPORT MADE IT VERY DIFFICULT FOR ME TO

10:19AM   8      TROUBLESHOOT OR INTERPRET RESULTS AS A LABORATORY DIRECTOR.

10:19AM   9          IN OTHER WORDS, THIS INFORMATION WAS NOT AVAILABLE TO THE

10:19AM  10      PHYSICIANS AND IT WAS NOT TRANSPARENT TO ME EITHER.

10:19AM  11      Q.   THANK YOU.

10:19AM  12      A.   I COULD FIND OUT -- I WAS ABLE TO FIND OUT THAT

10:19AM  13      INFORMATION, BUT IT REQUIRED A LOT OF EFFORT.

10:19AM  14      Q.   SO YOU HAD ACCESS TO THAT INFORMATION THROUGH EFFORT; IS

10:19AM  15      THAT RIGHT?

10:19AM  16      A.   YES.

10:19AM  17      Q.   AND DID PHYSICIANS HAVE ACCESS TO THAT SAME INFORMATION IF

10:19AM  18      THEY NEEDED IT?

10:19AM  19      A.   IT WAS NOT ON THE REPORT.  I DON'T RECALL ANY PHONE CALLS

10:20AM  20      ASKING US WHETHER SAMPLES WERE RUN ON VENOUS BLOOD OR CAPILLARY

10:20AM  21      BLOOD.

10:20AM  22      Q.   WERE YOU PERMITTED TO TELL PHYSICIANS ABOUT THE SPECIFIC

10:20AM  23      METHODS USED TO RUN THERANOS TESTS?

10:20AM  24      A.   I DIDN'T RECEIVE EXPLICIT INSTRUCTION NOT TO, SO IF I WAS

10:20AM  25      ASKED, I WOULD, I WOULD TELL PHYSICIANS.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                              1948

10:20AM  1      I ALSO THINK IT'S GOOD MEDICAL CARE AND PATIENT CARE TO

10:20AM  2  TELL PHYSICIANS ABOUT THIS, ABOUT THESE ISSUES.

10:20AM  3  Q.  BUT YOUR RECOMMENDATION WAS TO INCLUDE THAT INFORMATION ON

10:20AM  4  THE REPORT ITSELF?

10:20AM  5  A.  CORRECT, CORRECT.

10:20AM  6  Q.  AND GOING BACK TO EXHIBIT 4314.

10:20AM  7      CHRISTIAN HOLMES'S EMAIL REPORTS THAT YOUR POSITION WAS TO

10:20AM  8  DO A VACUTAINER REDRAW.  WHAT WOULD THAT MEAN IN THIS CASE?

10:21AM  9  A.   IT WOULD MEAN TO DRAW VENOUS BLOOD AND TO RUN THAT SAMPLE

10:21AM  10  ON AN FDA APPROVED COMMERCIALLY AVAILABLE INSTRUMENT.

10:21AM  11  Q.   IN OTHER WORDS, A NON-THERANOS METHOD?

10:21AM  12  A.   CORRECT.

10:21AM  13  Q.   I'LL ASK YOU TO LOOK NOW AT EXHIBIT 4330, PLEASE.

10:21AM  14      YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT 4330.  THE

10:21AM  15  DEFENSE HAS STIPULATED.

10:21AM  16          MR. WADE:  WE HAVE, YOUR HONOR.

10:21AM  17          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:21AM  18      (GOVERNMENT'S EXHIBIT 4330 WAS RECEIVED IN EVIDENCE.)

10:21AM  19  BY MR. BOSTIC:

10:21AM  20  Q.   LET'S START WITH PAGE 3 OF THIS EXHIBIT.  AND IF WE CAN

10:21AM  21  ZOOM IN ON THAT EMAIL.

10:21AM  22      DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU ON

10:21AM  23  NOVEMBER 14TH, 2014 TO MS. HOLMES AND MR. BALWANI?

10:21AM  24  A.   YES, I DO.

10:21AM  25  Q.   AND YOU SAY IN THIS EMAIL, "I AM HEARING THAT THERANOS

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                          1949

10:21AM   1    INTENDS TO TEST SAMPLES TO RULE OUT OR DIAGNOSE EBOLA AT 7373

10:22AM   2    GATEWAY.

10:22AM   3         "CAN YOU PLEASE CONFIRM THAT THIS IS CORRECT.  IF SO, I AM

10:22AM   4    WONDERING WHY, AS LAB DIRECTOR, I WAS NOT INVOLVED IN THE

10:22AM   5    DECISION."

10:22AM   6         DO YOU SEE THAT?

10:22AM   7    A.   I SEE THAT.

10:22AM   8    Q.   LET'S LOOK AT PAGE 2 AND CAPTURE THE BOTTOM OF THE PAGE.

10:22AM   9         MS. HOLMES RESPONDS TO YOU TO SAY "THAT IS NOT CORRECT.

10:22AM   10   WHO SAID THIS?"

10:22AM   11        DO YOU SEE THAT?

10:22AM   12   A.   YES.

10:22AM   13   Q.   YOU SUGGEST A COMPANY-WIDE EMAIL?

10:22AM   14   A.   YES.

10:22AM   15   Q.   LET'S LOOK AT THE TOP OF THIS PAGE.

10:22AM   16        YOU THEN FOLLOW UP ON THIS EMAIL CHAIN TO SAY, "ELIZABETH,

10:22AM   17   I FEEL REALLY UNCOMFORTABLE WITH WHAT IS HAPPENING RIGHT NOW IN

10:22AM   18   THIS COMPANY.  IS THERE ANY WAY YOU CAN GET SPENCER BACK ON THE

10:23AM   19   CLIA LICENSE AND TAKE ME OFF?  I AM FEELING PRESSURED TO VOUCH

10:23AM   20   FOR RESULTS THAT I CANNOT BE CONFIDENT IN AND ALSO IN A NUMBER

10:23AM   21   OF CASES WHERE I GET QUESTIONS ABOUT ASSAYS, I DO NOT KNOW WHAT

10:23AM   22   METHOD IS BEING USED.  IE VACUTAINERS, ILIQUOTTED INTO CTN'S,

10:23AM   23   ET CETERA."

10:23AM   24        WHAT PROMPTED YOU TO SEND THIS MESSAGE AT THIS TIME?

10:23AM   25   A.   IT WAS THE CULMINATION OF A LARGE NUMBER OF THE ISSUES

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                1950

10:23AM  1   THAT WE HAVE BEEN DISCUSSING DURING MY TESTIMONY, AND I WAS

10:23AM  2   PARTICULARLY DISTURBED BY THE FACT THAT WHAT WAS BEING DONE AT

10:23AM  3   THE COMPANY WAS NOT VISIBLE TO ME IN TERMS OF THE EBOLA EMAIL

10:23AM  4   THAT I MENTIONED AND IN TERMS OF THE METHODS BEING RUN,

10:23AM  5   ET CETERA.

10:23AM  6   Q.   AND LET'S LOOK AT PAGE 1 TO SEE MS. HOLMES'S RESPONSE.

10:23AM  7   IT'S AN EMAIL ON THE BOTTOM OF THE PAGE.

10:24AM  8        MS. HOLMES RESPONDS, "HOW SAD AND DISAPPOINTING TO SEE

10:24AM  9   THIS FROM YOU."

10:24AM 10        SHE SAID, "OUTSIDE OF THE FACT THAT YOU'VE NEVER EMAILED

10:24AM 11   ME ON ANY CONCERNS YOU ALLUDE TO THERE BEFORE BUT NOW EMAIL

10:24AM 12   THIS, YOU KNOW FROM EVERY CONVERSATION WE'VE EVER HAD TOGETHER

10:24AM 13   HOW FUNDAMENTAL IT IS TO ALL OF US FOR YOU OR ANY OTHER

10:24AM 14   EMPLOYEE NEVER TO DO ANYTHING YOU'RE NOT COMPLETELY CONFIDENT

10:24AM 15   IN."

10:24AM 16        DO YOU SEE THAT?

10:24AM 17   A.   YES, I DO.

10:24AM 18   Q.   AND DID YOU AGREE WITH THOSE WORDS AT THE TIME?

10:24AM 19   A.   NO, I DID NOT.

10:24AM 20   Q.   WHY NOT?

10:24AM 21   A.   I HAD FREQUENT CONVERSATIONS WITH ELIZABETH ABOUT CONCERNS

10:24AM 22   THAT I HAD IN THE LABORATORY.  I -- AS THE JURY HAS SEEN, A

10:24AM 23   NUMBER OF EMAILS DEALING WITH THESE ISSUES WERE CC'D TO

10:24AM 24   ELIZABETH, AND THAT WAS VISIBLE TO ME AS WELL.

10:24AM 25        I EMAILED ELIZABETH DIRECTLY ON OCCASION TO ALERT HER TO

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1951

10:25AM  1    CONCERNS.  I HAD AT LEAST ONE MEETING IN HER OFFICE BEFORE THE

10:25AM  2    LAUNCH TO DISCUSS MY CONCERNS.

10:25AM  3    Q.   YOUR REQUEST TO BE TAKEN OFF OF THE CLIA LICENSE AND PUT

10:25AM  4    SOMEONE ELSE ON, IN EFFECT, WHAT WOULD THAT MEAN WITH RESPECT

10:25AM  5    TO YOUR LAB DIRECTOR POSITION?

10:25AM  6    A.   I WOULD NO LONGER BE THE CLIA LABORATORY DIRECTOR OF

10:25AM  7    RECORD, AND IN THE EYES OF THE STATE AND THE FEDERAL

10:25AM  8    GOVERNMENT, I WOULD NOT BE THE PERSON RESPONSIBLE FOR THE

10:25AM  9    LABORATORY.

10:25AM  10   Q.   WE CAN PUT THAT ASIDE.

10:25AM  11        YOUR HONOR, THE GOVERNMENT WOULD LIKE TO ADMIT TWO PAGES

10:25AM  12   OF 5387A, AND THESE WERE AUTHENTICATED THROUGH A PREVIOUS

10:25AM  13   WITNESS, AND AT THIS TIME THE GOVERNMENT IS ADMITTING

10:26AM  14   PAGE 28 AND PAGE 33 FOR ADMISSION INTO EVIDENCE.

10:26AM  15        I DON'T BELIEVE IT'S IN THE BINDER, BUT I DO HAVE ONE COPY

10:26AM  16   IF THE COURT WOULD LIKE TO REVIEW.

10:26AM  17             THE COURT:  PLEASE.

10:26AM  18        IS THERE ANY OBJECTION?

10:26AM  19             MR. WADE:  I DON'T HAVE A COPY.

10:26AM  20             MR. BOSTIC:  I DON'T HAVE A COPY FOR THE DEFENSE,

10:26AM  21   BUT I DID GIVE THEM NOTICE ABOUT THESE.

10:26AM  22             THE COURT:  WHY DON'T WE SHOW MR. WADE FIRST.  THANK

10:26AM  23   YOU.

10:26AM  24             MR. WADE:  I'M SORRY, COUNSEL.  AGAIN THE NUMBER

10:26AM  25   PLEASE?

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1952

| | | |
|---|---|---|
| 10:26AM | 1 | MR. BOSTIC:  EXHIBIT NUMBER 5387A, PAGES 28 AND 33. |
| 10:27AM | 2 | MR. WADE:  NO OBJECTION. |
| 10:27AM | 3 | THE COURT:  THOSE TWO PAGES, PAGE 28 AND 33, ARE |
| 10:27AM | 4 | ADMITTED.  THEY MAY BE PUBLISHED. |
| 10:27AM | 5 | MR. BOSTIC:  THANK YOU, YOUR HONOR. |
| 10:27AM | 6 | (GOVERNMENT'S EXHIBIT 5387A, PAGES 28 AND 33, WAS RECEIVED |
| 10:27AM | 7 | IN EVIDENCE.) |
| 10:27AM | 8 | MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN FIRST CAPTURE |
| 10:27AM | 9 | THE CONTENT OF THIS TEXT EXCHANGE. |
| 10:27AM | 10 | Q.  DR. ROSENDORFF, DURING YOUR TIME AT THE COMPANY, YOU |
| 10:27AM | 11 | DIDN'T HAVE ACCESS TO TEXT MESSAGES BETWEEN ELIZABETH HOLMES |
| 10:27AM | 12 | AND SUNNY BALWANI; CORRECT? |
| 10:27AM | 13 | A.  NO, I DID NOT. |
| 10:27AM | 14 | Q.  EXHIBIT 5387A, PAGE 28, CONTAINS AN EXCHANGE. |
| 10:27AM | 15 | FIRST THERE'S A MESSAGE FROM ELIZABETH HOLMES THAT READS: |
| 10:27AM | 16 | "JUST FINISHED CALLS.  ALICE WALTON IN FOR 50. |
| 10:27AM | 17 | "CONFIRMED 100 GREG." |
| 10:27AM | 18 | DO YOU SEE THAT LANGUAGE? |
| 10:27AM | 19 | A.  YES, I DO. |
| 10:28AM | 20 | Q.  AND THERE'S A RESPONSE FROM MR. BALWANI, "AWESOME. |
| 10:28AM | 21 | "I WAS THINKING TODAY.  THEY ARE NOT INVESTING IN OUR |
| 10:28AM | 22 | COMPANY. |
| 10:28AM | 23 | "THEY ARE INVESTING IN OUR DESTINY." |
| 10:28AM | 24 | DO YOU SEE THAT? |
| 10:28AM | 25 | A.  YES, I DO. |

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1953

10:28AM  1    Q.   AND MR. BALWANI SAYS, "SO TOTAL 10."

10:28AM  2         MS. HOLMES RESPONDS, "150 TOTAL."

10:28AM  3         AND MS. HOLMES SAYS, "RUPERT OVER 100."

10:28AM  4         DO YOU SEE THAT?

10:28AM  5    A.   YES.

10:28AM  6    Q.   AND MR. BALWANI SAYS, "AWESOME.

10:28AM  7         "CAN'T WAIT TO LEARN MORE ABOUT CONVERSATION WITH RUPERT."

10:28AM  8         DURING THE EVENTS WE HAVE BEEN DISCUSSING WHEN YOU WERE

10:28AM  9    HAVING CONCERNS WITH THERANOS TESTING ACCURACY, WERE YOU AWARE

10:28AM 10    THAT MR. BALWANI AND MS. HOLMES WERE RAISING TENS OF MILLIONS

10:28AM 11    OF DOLLARS FROM INVESTORS?

10:28AM 12    A.   I WAS AWARE THAT INVESTING WAS OCCURRING, YES.

10:28AM 13    Q.   AND WERE YOU INVOLVED IN SPEAKING TO INVESTORS AT ALL OR

10:28AM 14    SECURING THOSE INVESTMENTS FOR THE COMPANY?

10:28AM 15    A.   NO, NOT AT ALL.

10:29AM 16    Q.   LET'S LOOK BRIEFLY AT EXHIBIT 2228 IN YOUR BINDER.

10:29AM 17         DR. ROSENDORFF --

10:29AM 18         ACTUALLY, YOUR HONOR, I BELIEVE THIS IS SUBJECT TO

10:29AM 19    STIPULATION AND THE GOVERNMENT MOVES TO ADMIT 2228.

10:29AM 20              MR. WADE:  THAT'S CORRECT, YOUR HONOR.

10:29AM 21              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:29AM 22         (GOVERNMENT'S EXHIBIT 2228 WAS RECEIVED IN EVIDENCE.)

10:29AM 23              MR. BOSTIC:  LET'S START, MS. HOLLIMAN, WITH PAGE 2,

10:29AM 24    PLEASE.  LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

10:30AM 25    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL TO YOU AND CLS GROUP

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1954

10:30AM  1      ON NOVEMBER 21ST, 2014?

10:30AM  2      A.   YES, I DO.

10:30AM  3      Q.   IS THIS JUST DAYS BEFORE YOU LEFT THE COMPANY?

10:30AM  4      A.   YES, IT IS.

10:30AM  5      Q.   THE MESSAGE SAYS, "HI ADAM, PLEASE APPROVE A REDRAW FOR

10:30AM  6      CMP FOR," AND THEN THE PATIENT NAME IS REDACTED, "THE CHLORIDE

10:30AM  7      WAS CRITICAL HIGH AND THE COLLECTED CTN WAS QNS FOR RERUN."

10:30AM  8           WHAT DOES QNS MEAN IN THIS CONTEXT?

10:30AM  9      A.   QUANTITY NOT SUFFICIENT.

10:30AM  10     Q.   IN OTHER WORDS, THERE WASN'T ENOUGH OF THE SAMPLE TO

10:30AM  11     RERUN?

10:30AM  12     A.   CORRECT.

10:30AM  13     Q.   LET'S ZOOM IN ON THE TOP HALF OF THIS PAGE, PLEASE.

10:30AM  14          YOU FORWARD THIS INFORMATION TO ELIZABETH HOLMES AND

10:31AM  15     SUNNY BALWANI; CORRECT?

10:31AM  16     A.   CORRECT.

10:31AM  17     Q.   AND YOU SAY, "ELIZABETH/SUNNY, WE ARE STILL VOIDING

10:31AM  18     CRITICAL ISE RESULTS AND ASKING FOR REDRAW.  THIS MEANS WE

10:31AM  19     WOULD MISS A TRULY CRITICAL ISE RESULT.  BY THE SAME TOKEN, IT

10:31AM  20     CALLS INTO QUESTION THE ACCURACY OF EVEN THE NORMAL ISE

10:31AM  21     RESULTS.

10:31AM  22          "ARE YOU BOTH COMFORTABLE WITH THIS?"

10:31AM  23          CAN YOU EXPLAIN WHAT YOUR CONCERN WAS IN THIS CASE?

10:31AM  24     A.   FIRST OF ALL, PHYSICIANS WOULD HAVE BEEN ORDERING THESE

10:31AM  25     TESTS AND EXPECTING TO GET RESULTS BACK FROM THE LAB.  WE WERE

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                     1955

```
10:31AM   1    VOIDING THE CRITICAL RESULTS BY RULE, BY DEFAULT.  SO THE VERY

10:31AM   2    CLINICAL SITUATIONS THAT WOULD REQUIRE ACCURATE REPORTING OF

10:31AM   3    CRITICAL ISE RESULTS WOULD THEN NOT BE REPORTED.

10:31AM   4         SO THAT MEANS WE WOULD MISS A TRULY CRITICAL ISE RESULT

10:32AM   5    AND WE WOULDN'T BE REPORTING IT, AND IT ALSO CALLED INTO

10:32AM   6    QUESTION THE ACCURACY OF THE ISE RESULTS THAT WERE WITHIN THE

10:32AM   7    NORMAL RANGE.

10:32AM   8    Q.   AND YOU ASK MS. HOLMES AND MR. BALWANI IF THEY WERE

10:32AM   9    COMFORTABLE WITH THIS.  WERE YOU COMFORTABLE WITH THIS AT THE

10:32AM  10    TIME?

10:32AM  11    A.   NO, I WAS NOT.

10:32AM  12    Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT, AND LET'S ZOOM IN ON

10:32AM  13    THE BOTTOM OF THAT PAGE.

10:32AM  14         DR. ROSENDORFF, DO YOU SEE A RESPONSE FROM SUNNY BALWANI

10:32AM  15    ON YOUR SCREEN?

10:32AM  16    A.   YES, I DO.

10:32AM  17    Q.   AND HE SAYS, "ADAM.  SEE ATTACHED.

10:32AM  18         "MICHAEL JUMPED THE GUN IN REQUESTING THIS REDRAW.  AND SO

10:32AM  19    DID YOU IN JUMPING TO CONCLUSION WITHOUT UNDERSTANDING THE

10:32AM  20    PROCESS."

10:32AM  21         AND THEN HE SAYS, "WE HAVE VERY HIGH CONFIDENCE IN EVERY

10:32AM  22    RESULT WE ARE RELEASING."

10:32AM  23         DID YOU AGREE WITH THAT RESPONSE?

10:32AM  24    A.   NO.

10:32AM  25    Q.   AND LET'S ZOOM OUT AND LOOK AT YOUR RESPONSE.
```

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                          1956

10:33AM   1        YOU THEN FORWARD MR. BALWANI'S RESPONSE TO MS. HOLMES; IS

10:33AM   2    THAT CORRECT?

10:33AM   3    A.   CORRECT.

10:33AM   4    Q.   YOU SAY, "ELIZABETH, I FIND SUNNYS RESPONSE OFFENSIVE AND

10:33AM   5    DISINGENUOUS.  HE SHOULD APOLOGIZE."

10:33AM   6        IS THAT CORRECT?

10:33AM   7    A.   CORRECT.

10:33AM   8    Q.   AND LET'S LOOK, PLEASE, NOW, AT THE TOP MESSAGE IN THIS

10:33AM   9    EMAIL CHAIN.

10:33AM  10        MR. BALWANI WRITES TO MS. HOLMES AFTER SHE FORWARDS HIM

10:33AM  11    YOUR MESSAGE; IS THAT CORRECT?

10:33AM  12    A.   CORRECT.

10:33AM  13    Q.   AND HE SAYS, "WE NEED TO RESPOND TO HIM NOW AND CUT HIM

10:33AM  14    MONDAY."

10:33AM  15        DO YOU SEE THAT MESSAGE?

10:33AM  16    A.   YES, I DO.

10:33AM  17    Q.   HOW DID IT COME THAT YOU SEPARATED FROM THE COMPANY?  WHAT

10:33AM  18    WERE THE CIRCUMSTANCES OF YOUR DEPARTURE?

10:33AM  19    A.   I ACCEPTED AN OFFER OF EMPLOYMENT FROM ANOTHER DIAGNOSTIC

10:33AM  20    LABORATORY I BELIEVE IN OCTOBER OR THEREABOUTS.

10:34AM  21        I EMAILED SUNNY AND ELIZABETH TO THANK THEM FOR THE

10:34AM  22    OPPORTUNITY FOR WORKING AT THERANOS AND TO GIVE THEM ENOUGH

10:34AM  23    TIME THAT THEY COULD FIND ANOTHER LABORATORY DIRECTOR.

10:34AM  24        THIS EMAIL FROM SUNNY SAYING THAT THEY NEED TO CUT ME

10:34AM  25    ESSENTIALLY MEANS THAT THEY WOULD HAVE FIRED ME A FEW DAYS

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1957

10:34AM   1    BEFORE I HAD INTENDED TO QUIT ANYWAY.

10:34AM   2    Q.   AT ANY POINT DURING YOUR FINAL WEEKS AT THE COMPANY, DID

10:34AM   3    MS. HOLMES OR MR. BALWANI ASK YOU TO STAY AT THE COMPANY TO

10:34AM   4    HELP FIX THE PROBLEMS THAT YOU WERE SEEING WITH THE THERANOS

10:34AM   5    TESTS?

10:34AM   6    A.   ON MY LAST DAY AT THE COMPANY I WAS SCHEDULED TO MEET WITH

10:34AM   7    SUNNY.  HE EXTENDED HIS HAND TO ME.  I DECLINED TO SHAKE HIS

10:34AM   8    HAND.

10:34AM   9         HE THEN ASKED ME TO SIGN SOME DOCUMENTS REMOVING ME AS

10:35AM  10    LABORATORY DIRECTOR AT THE THERANOS LAB AND THE ARIZONA

10:35AM  11    LABORATORY.

10:35AM  12         HE THEN MENTIONED THAT HE WOULD BE PREPARED TO KEEP ME ON

10:35AM  13    AS LABORATORY DIRECTOR IF I WANTED TO.

10:35AM  14         I SAID NO, IT WASN'T WORTH THE RISK TO MY REPUTATION TO DO

10:35AM  15    THAT.

10:35AM  16    Q.   AND WAS YOUR THINKING THERE BASED ON THE PROBLEMS THAT YOU

10:35AM  17    WERE SEEING WITH THE THERANOS TESTS?

10:35AM  18    A.   YES.

10:35AM  19    Q.   LET'S GO BACK, PLEASE, TO EXHIBIT 5387A, AND LET'S LOOK AT

10:35AM  20    PAGE 33 NOW.

10:35AM  21         DR. ROSENDORFF, ARE YOU LOOKING AT A TEXT EXCHANGE BETWEEN

10:35AM  22    MS. HOLMES AND MR. BALWANI IN DECEMBER OF 2014?

10:35AM  23    A.   YES.

10:35AM  24    Q.   AND WOULD THIS BE AFTER YOU LEFT THE COMPANY?

10:36AM  25    A.   YES.

| 10:36AM | 1 | Q.   AND MS. HOLMES WRITES AT THE TOP: |
|---|---|---|

10:36AM   1    Q.   AND MS. HOLMES WRITES AT THE TOP:

10:36AM   2         "THIS YEAR IS OUR YEAR."

10:36AM   3         SHE SAYS.  "WE CAN NEVER FORGET THIS TIGER."

10:36AM   4         DO YOU SEE THAT?

10:36AM   5    A.   YES, I DO.

10:36AM   6    Q.   AND MR. BALWANI SAYS, "I KNOW.  I AM FOCUSSED ON IT.

10:36AM   7         "WE WILL EXECUTE THIS YEAR."

10:36AM   8         MS. HOLMES SAYS, "I KNOW.

10:36AM   9         "I AM FOCUSSED ON IT TOO.

10:36AM   10        "AND FOR OUR KIDS NEVER FORGET WHO WE ARE."

10:36AM   11        DO YOU SEE THAT?

10:36AM   12   A.   YES, I DO.

10:36AM   13   Q.   MR. BALWANI IS SAYING "WE WILL EXECUTE THIS YEAR" IN

10:36AM   14   DECEMBER OF 2014.

10:36AM   15        CAN YOU REMIND US WHEN THERANOS FIRST BEGAN OFFERING

10:36AM   16   PATIENT TESTING TO THE PUBLIC?

10:36AM   17   A.   SEPTEMBER 9TH, 2013.

10:36AM   18        MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

10:36AM   19        THE COURT:  YES.

10:37AM   20   (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

10:37AM   21   BY MR. BOSTIC:

10:37AM   22   Q.   DR. ROSENDORFF, AFTER YOU LEFT THERANOS, DID YOU DISCUSS

10:37AM   23   THINGS THAT YOU HAD SEEN AT THE COMPANY WITH ANYONE ELSE?

10:37AM   24   A.   YES, I DID.

10:37AM   25   Q.   YOU MENTIONED EARLIER THAT ONE REASON THAT YOU FORWARDED

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)

10:37AM 1    EMAILS TO YOURSELF WAS BECAUSE YOU THOUGHT YOU NEEDED TO GET

10:37AM 2    THE WORD OUT ABOUT THERANOS.

10:37AM 3    A.   YES.

10:37AM 4    Q.   AND WHO DID YOU SPEAK TO, IF ANYONE, TO MAKE THAT HAPPEN?

10:37AM 5    A.   I SPOKE TO NANCY HERSH, A LAWYER.  I THEN RECEIVED A PHONE

10:37AM 6    CALL FROM JOHN CARREYROU WITH "THE WALL STREET JOURNAL" AND I

10:37AM 7    SPOKE OFF THE RECORD REGARDING MY EXPERIENCE AT THERANOS.

10:37AM 8    Q.   AND WHY DID YOU DECIDE TO SPEAK TO THE JOURNALIST ABOUT

10:37AM 9    YOUR EXPERIENCE AT THE COMPANY?

10:37AM 10   A.   EVEN MONTHS AFTER I LEFT THE COMPANY, I FELT OBLIGATED

10:38AM 11   FROM A MORAL AND ETHICAL PERSPECTIVE TO ALERT THE PUBLIC.  I

10:38AM 12   DIDN'T QUITE KNOW HOW I SHOULD DO THAT, BUT WHEN THIS

10:38AM 13   OPPORTUNITY PRESENTED ITSELF, I TOOK ADVANTAGE OF IT.

10:38AM 14   Q.   I'D LIKE TO ASK YOU JUST A COUPLE OF DIFFERENT QUESTIONS

10:38AM 15   ABOUT PROFICIENCY TESTING IF I COULD.

10:38AM 16        PRIOR TO SEPTEMBER 2013, DO YOU HAVE AN UNDERSTANDING OF

10:38AM 17   HOW THERANOS WAS CONDUCTING ITS PROFICIENCY TESTING?

10:38AM 18   A.   PRIOR TO DECEMBER 2013?

10:38AM 19   Q.   PRIOR TO SEPTEMBER OF 2013.  SO BEFORE THE COMMERCIAL

10:38AM 20   LAUNCH, ARE YOU AWARE OF ANY PROFICIENCY TESTING HAPPENING AT

10:38AM 21   THERANOS?

10:38AM 22   A.   NO.

10:38AM 23   Q.   YOU TESTIFIED BEFORE --

10:39AM 24   A.   I ALSO WANT TO ADD THAT I ALSO SPOKE TO SAM SHELDON, A

10:39AM 25   LAWYER -- AT THE TIME HE WAS AT QUINN EMANUEL.  I WAS REFERRED

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1960

10:39AM  1    TO HIM BY "THE WALL STREET JOURNAL" JOURNALIST.

10:39AM  2    Q.   UNDERSTOOD.

10:39AM  3         YOU TESTIFIED EARLIER ABOUT THE KIND OF TESTING THAT WAS

10:39AM  4    BEING CONDUCTED AT THERANOS PRIOR TO THE COMMERCIAL LAUNCH.

10:39AM  5         DO YOU RECALL THAT TESTIMONY?

10:39AM  6    A.   YES.

10:39AM  7    Q.   AND WAS THE TESTING THAT WAS DONE PRIOR TO SEPTEMBER 2013

10:39AM  8    ON THERANOS SPECIFIC DEVICES OR WAS IT ON FDA APPROVED

10:39AM  9    COMMERCIAL ANALYZERS?

10:39AM  10   A.   FDA APPROVED COMMERCIAL ANALYZERS.

10:39AM  11   Q.   AND BY THE TIME YOU LEFT THERANOS IN NOVEMBER OF 2014, HAD

10:39AM  12   THERANOS IMPLEMENTED PROFICIENCY TESTING IN THE WAY THAT YOU

10:39AM  13   HAD RECOMMENDED?

10:39AM  14   A.   NO.

10:39AM  15   Q.   IN NOVEMBER OF 2013, WAS YOUR DECISION TO LEAVE THE

10:40AM  16   COMPANY SOMETHING THAT YOU TOOK LIGHTLY?

10:40AM  17   A.   NOVEMBER 2014.

10:40AM  18   Q.   NOVEMBER 2014.

10:40AM  19   A.   NO.  IT WAS AFTER CONSIDERABLE EFFORT ON MY PART TO

10:40AM  20   IMPROVE THE TESTING METHODOLOGY AT THERANOS, ENDLESS MEETINGS

10:40AM  21   AND CONVERSATIONS, VERY CAREFUL STUDY OF THE MEDICAL

10:40AM  22   LITERATURE, LATE NIGHTS, GREAT EFFORT ON MY PART TO IMPROVE THE

10:40AM  23   QUALITY AT THERANOS.

10:40AM  24   Q.   THANK YOU, DR. ROSENDORFF.

10:40AM  25        NO FURTHER QUESTIONS AT THIS TIME, YOUR HONOR.

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                    1961

10:40AM   1            THE COURT:  MR. WADE, DO YOU HAVE CROSS-EXAMINATION?

10:40AM   2            MR. WADE:  I DO HAVE CROSS-EXAMINATION.

10:40AM   3            THE COURT:  LET'S TAKE OUR MORNING BREAK NOW, LADIES

10:40AM   4     AND GENTLEMEN.  WE'LL TAKE OUR BREAK.

10:40AM   5         WE'LL TAKE A 30 MINUTE BREAK AT THIS TIME, 30 MINUTES,

10:40AM   6     PLEASE.

10:40AM   7         AND I MEANT TO MENTION AT THE BEGINNING, IS THERE ANY

10:41AM   8     OBJECTION TO GOING TO 3:00 P.M. TODAY?  3:00 P.M. TODAY?  IS

10:41AM   9     THERE ANY PROBLEM THAT WOULD PRESENT WITH ANYONE?  IF SO,

10:41AM  10     PLEASE RAISE YOUR HAND.

10:41AM  11         I SEE NONE.  THANK YOU.

10:41AM  12         I'D LIKE TO GO TO AT LEAST 3:00 TOMORROW --

10:41AM  13            THE WITNESS:  YOUR HONOR, MAY I SAY SOMETHING?

10:41AM  14            THE COURT:  OH, YES.

10:41AM  15            THE WITNESS:  I HAVE CHILDCARE OBLIGATIONS TOMORROW

10:41AM  16     AFTERNOON.  I WOULD PREFER TO FINISH AT 2:00 TOMORROW.  I DON'T

10:41AM  17     KNOW IF THAT'S POSSIBLE.

10:41AM  18            MR. WADE:  WE WANT TO ACCOMMODATE THE WITNESS

10:41AM  19     OBVIOUSLY.

10:41AM  20            THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR THAT.

10:41AM  21     THANK YOU FOR THAT.  I APPRECIATE THAT.

10:41AM  22         IT SOUNDS LIKE WE'LL SEE IF THAT CAN BE ACCOMPLISHED.

10:41AM  23     THANK YOU.

10:41AM  24            THE WITNESS:  THANK YOU.

10:41AM  25            THE COURT:  SO TOMORROW I'D LIKE TO GO UNTIL PERHAPS

ROSENDORFF DIRECT BY MR. BOSTIC (RES.)                           1962

10:41AM   1    3:00, AND I MIGHT ASK YOU TO LOOK AT YOUR SCHEDULES IF WE CAN

10:41AM   2    GO UNTIL 4:00 TOMORROW IF THAT'S NOT IN -- DON'T ANSWER ME NOW,

10:41AM   3    BUT CHECK YOUR SCHEDULE, PLEASE.

10:41AM   4         FRIDAY WE'LL FINISH AT 2:00, AND IT MAY BE THAT WE'LL

10:41AM   5    FINISH AT 1:00, BUT NO LATER THAN 2:00 FOR CERTAIN.

10:42AM   6         THAT'S OUR TENTATIVE SCHEDULE.  THANK YOU VERY MUCH.

10:42AM   7              THE CLERK:  COURT IS IN RECESS.

10:42AM   8         (RECESS FROM 10:42 A.M. UNTIL 11:18 A.M.)

11:18AM   9              THE COURT:  WE'RE BACK ON THE RECORD.  THE JURY IS

11:18AM   10   PRESENT.  THE ALTERNATES ARE PRESENT.  ALL COUNSEL ARE PRESENT

11:18AM   11   AND THE DEFENDANT IS PRESENT.

11:18AM   12        THE WITNESS IS ON THE STAND.

11:18AM   13        MR. WADE, DO YOU HAVE CROSS-EXAMINATION?

11:18AM   14             MR. WADE:  I DO.  MAY I APPROACH THE WITNESS?

11:18AM   15             THE COURT:  YES.

11:18AM   16             MR. WADE:  DR. ROSENDORFF, I'M GOING TO HAND YOU TWO

11:19AM   17   YELLOW BINDERS.

11:19AM   18             THE WITNESS:  YES.

11:19AM   19             MR. WADE:  AND THESE ARE STATEMENTS OF YOURS AND

11:19AM   20   THERE ARE TIMES THAT I WILL ASK YOU ABOUT YOUR STATEMENTS AND

11:19AM   21   KNOW THAT THAT'S WHAT THESE YELLOW BINDERS ARE.

11:19AM   22             THE WITNESS:  THANK YOU.  THESE ARE DURING MY

11:19AM   23   TESTIMONY?

11:19AM   24             MR. WADE:  (HANDING.)

11:19AM   25             THE WITNESS:  THANKS.

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 11:19AM  | 1  | **CROSS-EXAMINATION**                                        |
| 11:19AM  | 2  | BY MR. WADE:                                                 |
| 11:19AM  | 3  | Q.  DR. ROSENDORFF, WE HAVE NEVER MET BEFORE, HAVE WE?       |
| 11:19AM  | 4  | A.  NO, SIR.                                                 |
| 11:19AM  | 5  | Q.  I'VE NEVER HAD A CHANCE TO ASK YOU A SINGLE QUESTION?    |
| 11:19AM  | 6  | A.  CORRECT.                                                 |
| 11:19AM  | 7  | Q.  IN FACT, HAVE YOU EVER SEEN ME BEFORE YOU WALKED INTO THIS |
| 11:19AM  | 8  | COURTROOM LAST WEEK?                                         |
| 11:19AM  | 9  | A.  NOT IN PERSON, NO.                                       |
| 11:19AM  | 10 | Q.  AND YOU'VE HAD NO INTERACTIONS WITH ME?                  |
| 11:19AM  | 11 | A.  NO.                                                      |
| 11:19AM  | 12 | Q.  YOU'VE HAD NO INTERACTIONS WITH MR. DOWNEY?              |
| 11:19AM  | 13 | A.  NO.                                                      |
| 11:19AM  | 14 | Q.  OR MS. TREFZ?                                            |
| 11:19AM  | 15 | A.  NO.                                                      |
| 11:19AM  | 16 | Q.  OR MR. CLINE?                                            |
| 11:19AM  | 17 | A.  NO.                                                      |
| 11:20AM  | 18 | Q.  OR ANY OTHER MEMBER OF OUR TEAM; RIGHT?                  |
| 11:20AM  | 19 | A.  CORRECT.                                                 |
| 11:20AM  | 20 | Q.  YOU'VE ALSO HAD INTERACTIONS WITH THE GOVERNMENT; CORRECT? |
| 11:20AM  | 21 | A.  CORRECT.                                                 |
| 11:20AM  | 22 | Q.  EXTENSIVE INTERACTIONS?                                  |
| 11:20AM  | 23 | A.  I'VE MET WITH THEM MULTIPLE TIMES.                       |
| 11:20AM  | 24 | Q.  HOW MANY TIMES?                                          |
| 11:20AM  | 25 | A.  I DO NOT RECALL THE EXACT NUMBER.                        |

ROSENDORFF CROSS BY MR. WADE                                          1964

11:20AM  1      Q.   IT'S EIGHT TIMES, WASN'T IT, SIR?

11:20AM  2      A.   I DON'T RECALL THE EXACT NUMBER.

11:20AM  3      Q.   YOU'VE MET WITH MR. SCHENK?

11:20AM  4      A.   YES, SIR.

11:20AM  5      Q.   ON A NUMBER OF OCCASIONS?

11:20AM  6      A.   I -- HE'S BEEN PART OF THE GOVERNMENT TEAM ON THE

11:20AM  7      OCCASIONS WHEN I'VE MET WITH THE GOVERNMENT.  I'VE MADE HIS

11:20AM  8      ACQUAINTANCE.

11:20AM  9      Q.   AND YOU'VE MET NUMEROUS TIMES WITH MR. BOSTIC?

11:20AM 10      A.   CORRECT.

11:20AM 11      Q.   AND YOU'VE MET NUMEROUS TIMES WITH MR. LEACH?

11:20AM 12      A.   CORRECT.

11:20AM 13      Q.   HAVE YOU MET WITH SPECIAL AGENT HERNANDEZ?

11:20AM 14      A.   NO, SIR.

11:20AM 15      Q.   YOU HAVEN'T MET WITH HER?

11:20AM 16      A.   NO.

11:20AM 17      Q.   BUT ARE THERE OTHER AGENTS WHO YOU'VE INTERACTED WITH IN

11:21AM 18      THIS CASE?

11:21AM 19      A.   CAN YOU CLARIFY WHAT YOU MEAN BY "AGENTS."

11:21AM 20      Q.   HAVE THERE BEEN OTHER FEDERAL AGENTS FOR EITHER THE FDA,

11:21AM 21      THE U.S. POSTAL SERVICE, OR THE FBI IN ANY OF YOUR INTERACTIONS

11:21AM 22      WITH THE GOVERNMENT IN THIS CASE?

11:21AM 23      A.   YES.  INITIALLY I MET WITH THE S.E.C.  I BELIEVE THERE WAS

11:21AM 24      A POSTAL INSPECTOR PRESENT DURING THAT INTERVIEW, AS WELL AS AN

11:21AM 25      FBI, A MEMBER OF THE FBI.

ROSENDORFF CROSS BY MR. WADE

| | | |
|---|---|---|
| 11:21AM | 1 | I KNOW CHRIS MCCOLLOW, WHO IS A POSTAL INSPECTOR, WHO HAS |
| 11:21AM | 2 | BEEN VERY HELPFUL IN COORDINATING MY INTERACTIONS WITH THE |
| 11:21AM | 3 | GOVERNMENT. |
| 11:21AM | 4 | Q.  IN FACT, THOSE AGENTS HAVE BEEN PRESENT FOR MANY OF THE |
| 11:21AM | 5 | INTERACTIONS THAT YOU'VE HAD WITH THE GOVERNMENT; RIGHT? |
| 11:21AM | 6 | A.  CORRECT. |
| 11:21AM | 7 | Q.  AND ARE THOSE AGENTS HERE IN THE COURTROOM TODAY? |
| 11:21AM | 8 | A.  I SEE MR. MCCOLLOW.  I DON'T RECOGNIZE ANY OTHERS. |
| 11:22AM | 9 | Q.  COULD YOU IDENTIFY MR. MCCOLLOW? |
| 11:22AM | 10 | A.  SURE.  HE'S SITTING NEXT TO MY COUNSEL, DAN KOFFMAN, TO |
| 11:22AM | 11 | HIS LEFT. |
| 11:22AM | 12 | Q.  AND THERE ARE TWO AGENTS TO HIS RIGHT, CORRECT, SITTING |
| 11:22AM | 13 | OVER ON THE RIGHT-HAND SIDE? |
| 11:22AM | 14 | A.  WELL, DAN IS SITTING -- |
| 11:22AM | 15 | Q.  TO YOUR RIGHT.  IN THE SAME ROW THAT YOUR COUNSEL IS IN, |
| 11:22AM | 16 | THERE ARE TWO OTHER AGENTS SITTING THERE, AREN'T THERE? |
| 11:22AM | 17 | A.  I DON'T RECOGNIZE THEM AS AGENTS, SIR. |
| 11:22AM | 18 | Q.  AND DO YOU RECALL THAT YOU MET WITH FBI SPECIAL AGENT |
| 11:22AM | 19 | MARIO SCUSSEL? |
| 11:22AM | 20 | A.  NO. |
| 11:22AM | 21 | Q.  AND DO YOU RECALL THAT YOU MET WITH FEDERAL POSTAL |
| 11:22AM | 22 | INSPECTOR MATTHEW NORFLEET? |
| 11:22AM | 23 | A.  NO. |
| 11:22AM | 24 | Q.  AND DO YOU RECALL THAT YOU MET WITH U.S. FDA CRIMINAL |
| 11:22AM | 25 | INVESTIGATOR GEORGE SCAVDIS? |

ROSENDORFF CROSS BY MR. WADE

| | | |
|---|---|---|
| 11:22AM | 1 | A.   NO. |
| 11:22AM | 2 | Q.   AND MR. SCAVDIS WAS IN YOUR MEETING THREE WEEKS AGO.  YOU |
| 11:23AM | 3 | DON'T RECALL THAT, SIR? |
| 11:23AM | 4 | A.   THERE WAS AN FDA REPRESENTATIVE THERE.  I DO NOT RECALL |
| 11:23AM | 5 | HIS NAME. |
| 11:23AM | 6 | Q.   YOUR FIRST INTERACTION WITH THEM WAS IN 2016; RIGHT? |
| 11:23AM | 7 | A.   I BELIEVE SO. |
| 11:23AM | 8 | Q.   AND YOUR NEXT INTERACTION WAS IN 2017? |
| 11:23AM | 9 | A.   I BELIEVE SO. |
| 11:23AM | 10 | Q.   AND THEN 2018? |
| 11:23AM | 11 | A.   YES. |
| 11:23AM | 12 | Q.   YOU GAVE GRAND JURY TESTIMONY IN 2018? |
| 11:23AM | 13 | A.   CORRECT. |
| 11:23AM | 14 | Q.   YOU MET WITH THE GOVERNMENT AGAIN IN SEPTEMBER OF 2020? |
| 11:23AM | 15 | DO YOU RECALL THAT? |
| 11:23AM | 16 | A.   I DO NOT HAVE A RECOLLECTION OF THAT. |
| 11:23AM | 17 | Q.   YOU GAVE THEM STATEMENTS ABOUT YOUR EXPERTISE IN ADVANCE |
| 11:23AM | 18 | OF AN EXPERT DISCLOSURE. |
| 11:24AM | 19 | DO YOU RECALL THAT? |
| 11:24AM | 20 | A.   I REMEMBER DISCUSSING WITH MY ATTORNEYS AT THE TIME |
| 11:24AM | 21 | WHETHER I WAS GOING TO BE A FACT WITNESS OR AN EXPERT WITNESS. |
| 11:24AM | 22 | THERE WAS A ZOOM MEETING AT SOME POINT DURING COVID WHERE I DID |
| 11:24AM | 23 | TALK TO THE GOVERNMENT BY ZOOM. |
| 11:24AM | 24 | Q.   AND YOU TALKED TO THEM ABOUT ISSUES IN ADVANCE OF A |
| 11:24AM | 25 | DISCLOSURE THAT THEY WERE GOING TO MAKE INDICATING THAT YOU |

ROSENDORFF CROSS BY MR. WADE                                    1967

11:24AM   1      WERE GOING TO SERVE AS AN EXPERT; CORRECT?

11:24AM   2      A.   THEY WERE THINKING ABOUT IT.  I DON'T KNOW THAT THAT WAS A

11:24AM   3      DONE DEAL AT THAT POINT.  THAT WAS SOMETHING THAT THEY WERE

11:24AM   4      CONSIDERING.

11:24AM   5      Q.   AND DO YOU KNOW WHETHER THEY EVER MADE A DISCLOSURE OF YOU

11:24AM   6      AS AN EXPERT?

11:24AM   7      A.   NO, I DO NOT.

11:24AM   8      Q.   WE'LL COME BACK TO THAT.

11:24AM   9           YOU MET WITH THEM AGAIN IN 2021; CORRECT?

11:24AM  10      A.   CORRECT.

11:24AM  11      Q.   YOU MET WITH THEM AUGUST 30TH, 2021?

11:24AM  12      A.   CORRECT.

11:24AM  13      Q.   AND YOU MET WITH THEM ON SEPTEMBER 13TH, 2021?

11:24AM  14      A.   CORRECT.

11:24AM  15      Q.   YOU MET WITH THEM ON SEPTEMBER 23RD, 2021?

11:24AM  16      A.   CORRECT.

11:24AM  17      Q.   AND WAS THE INFORMATION THAT YOU PROVIDED IN THESE

11:25AM  18      INTERVIEWS TO THESE PROSECUTORS AND FEDERAL AGENTS TRUE,

11:25AM  19      ACCURATE, AND COMPLETE?

11:25AM  20      A.   YES, SIR.

11:25AM  21      Q.   AND DID YOU EVER MISLEAD THE FBI?

11:25AM  22      A.   I DID NOT.

11:25AM  23      Q.   DID YOU EVER MISLEAD THE PROSECUTORS IN THIS CASE?

11:25AM  24      A.   I DID NOT.

11:25AM  25      Q.   DID YOU EVER LIE TO THE GOVERNMENT?

ROSENDORFF CROSS BY MR. WADE                                        1968

| | | |
|---|---|---|
| 11:25AM | 1 | A.   NO, SIR. |
| 11:25AM | 2 | Q.   DID YOU EVER CONCEAL ANYTHING FROM THE GOVERNMENT? |
| 11:25AM | 3 | A.   NO, SIR. |
| 11:25AM | 4 | Q.   AND I WOULD GUESS AT SOME POINT IN TIME ONE OF THESE |
| 11:25AM | 5 | AGENTS ADVISED YOU THAT IT'S ACTUALLY A FEDERAL CRIME TO LIE TO |
| 11:25AM | 6 | AN AGENT, IS IT NOT? |
| 11:25AM | 7 | A.   CORRECT. |
| 11:25AM | 8 | Q.   UNDER 18 U.S.C. 1001, DID THEY ADVISE YOU OF THAT? |
| 11:25AM | 9 | A.   I DO NOT RECALL THE STATUTE NUMBER.  BUT I SIGNED AN |
| 11:25AM | 10 | AGREEMENT WITH THE GOVERNMENT ON A NUMBER OF OCCASIONS WHERE I |
| 11:25AM | 11 | WOULD BE GRANTED IMMUNITY FOR THE DAY, BUT MY DIRECT INTERVIEW |
| 11:26AM | 12 | COULD NOT BE USED AGAINST ME.  THAT'S WHAT I RECALL, YEAH. |
| 11:26AM | 13 | Q.   AND YOUR INTERVIEW COULDN'T BE USED AGAINST YOU BECAUSE |
| 11:26AM | 14 | YOU WERE GRANTED -- HAVE YOU EVER HEARD OF THE TERM "QUEEN FOR |
| 11:26AM | 15 | A DAY"? |
| 11:26AM | 16 | A.   I HAVE HEARD OF THAT. |
| 11:26AM | 17 | Q.   MAYBE KING FOR A DAY? |
| 11:26AM | 18 | A.   KING FOR A DAY. |
| 11:26AM | 19 | Q.   YOU'VE HEARD THAT? |
| 11:26AM | 20 | A.   YES. |
| 11:26AM | 21 | Q.   AND THOSE STATEMENTS COULD NOT BE USED AGAINST YOU UNLESS |
| 11:26AM | 22 | YOU LIED OR CONCEALED; RIGHT? |
| 11:26AM | 23 | A.   CORRECT. |
| 11:26AM | 24 | Q.   AND THEN IT COULD BE USED AGAINST YOU? |
| 11:26AM | 25 | A.   I BELIEVE SO. |

ROSENDORFF CROSS BY MR. WADE                                                    1969

11:26AM   1    Q.   HAS THE GOVERNMENT EVER INDICATED THAT THERE'S SOME

11:26AM   2    CONCERN THAT YOU MAY BE PROSECUTED FOR HAVING LIED TO A FEDERAL

11:26AM   3    AGENT?

11:26AM   4    A.   NO, AT NO TIME.

11:26AM   5    Q.   THREE OF THE MEETINGS THAT WE DISCUSSED, THE ONES THAT

11:26AM   6    OCCURRED THIS YEAR, WERE FOR PREPARATION OF YOUR TESTIMONY HERE

11:26AM   7    OVER THE LAST COUPLE OF DAYS; RIGHT?

11:26AM   8    A.   YES, SIR.

11:26AM   9    Q.   AND THEY WERE ACTUALLY SPECIFICALLY DEDICATED TO WHAT YOU

11:27AM  10    WERE GOING TO DO IN THIS TRIAL; RIGHT?

11:27AM  11    A.   YES.  YES.

11:27AM  12    Q.   AND YOU MET WITH THE GOVERNMENT LAWYERS AND AGENTS?

11:27AM  13    A.   THE SEPTEMBER 13TH MEETING, I REMEMBER THE THREE

11:27AM  14    GOVERNMENT LAWYERS WERE THERE, MR. MCCOLLOW WAS THERE, AND I

11:27AM  15    BELIEVE AN FDA PERSON.  I JUST DO NOT RECALL THE ROLL CALL OF

11:27AM  16    THESE MEETINGS.

11:27AM  17    Q.   IF YOU COULD LOOK AT VOLUME 1 OF YOUR BINDER.  LOOK AT

11:28AM  18    EXHIBIT 11424.

11:28AM  19    A.   I'M SORRY.  THAT IS NOT IN VOLUME 1 IN MY BINDER.

11:28AM  20    Q.   TRY VOLUME 2 OF YOUR BINDER, 11424, SIR.

11:28AM  21    A.   OKAY.  I SEE IT.

11:28AM  22    Q.   DO YOU SEE IT?

11:28AM  23    A.   YES.

11:28AM  24    Q.   AND PLEASE READ THE FIRST PARAGRAPH OF THAT MEMORANDUM TO

11:28AM  25    YOURSELF.

ROSENDORFF CROSS BY MR. WADE

| | | |
|---|---|---|
| 11:29AM | 1 | A.   OKAY. |
| 11:29AM | 2 | Q.   AND DOES THAT REFRESH YOUR RECOLLECTION, SIR, THAT U.S. |
| 11:29AM | 3 | FOOD AND DRUG ADMINISTRATION OFFICE OF INSPECTOR GENERAL |
| 11:29AM | 4 | SPECIAL AGENT GEORGE SCAVDIS WAS PRESENT FOR YOUR INTERVIEW? |
| 11:29AM | 5 | A.   AS I'VE SAID, I REMEMBER THAT AN FDA REPRESENTATIVE WAS |
| 11:29AM | 6 | THERE.  THIS DOES NOT REFRESH MY RECOLLECTION OF HIS NAME. |
| 11:29AM | 7 | Q.   DID HE SPEAK DURING THE INTERVIEW? |
| 11:29AM | 8 | A.   NO. |
| 11:29AM | 9 | Q.   DURING THOSE PREP SESSIONS, YOU WENT THROUGH THE QUESTIONS |
| 11:29AM | 10 | THAT WERE GOING TO BE ASKED BY THE GOVERNMENT AND THE ANSWERS |
| 11:29AM | 11 | THAT YOU WERE GOING TO GIVE; RIGHT? |
| 11:29AM | 12 | A.   WE DISCUSSED SOME OF EXHIBITS THAT WERE POSSIBLY GOING TO |
| 11:29AM | 13 | BE PRESENTED. |
| 11:30AM | 14 | I WAS ALWAYS INSTRUCTED BY THE GOVERNMENT TO BE TRUTHFUL |
| 11:30AM | 15 | AND TO TELL THE TRUTH WITH REGARD TO THOSE EXHIBITS. |
| 11:30AM | 16 | Q.   AND DID THEY INSTRUCT YOU TO TELL THAT ANSWER WHEN I ASKED |
| 11:30AM | 17 | HOW YOU PREPARED IN THAT SESSION? |
| 11:30AM | 18 | A.   NO, SIR. |
| 11:30AM | 19 | Q.   AND DID YOU DISCUSS THE ANSWER YOU JUST GAVE -- |
| 11:30AM | 20 | A.   NO. |
| 11:30AM | 21 | Q.   -- IN THAT MEETING WITH THE GOVERNMENT? |
| 11:30AM | 22 | A.   NO. |
| 11:30AM | 23 | MR. BOSTIC:  OBJECTION, YOUR HONOR.  ARGUMENTATIVE. |
| 11:30AM | 24 | HE NEEDS TO BE ALLOWED TO COMPLETE HIS ANSWER. |
| 11:30AM | 25 | THE COURT:  YOU NEED TO LET HIM HIS ANSWER SO YOU |

ROSENDORFF CROSS BY MR. WADE                                          1971

11:30AM  1    CAN BE FULLY INFORMED AS TO YOUR NEXT QUESTION.

11:30AM  2              MR. WADE:  MY APOLOGIES, YOUR HONOR.

11:30AM  3              THE WITNESS:  IN ALL OF MY MEETINGS WITH THE

11:30AM  4    GOVERNMENT, WE HAVE REVIEWED EMAILS THAT MAY OR MAY NOT BE

11:30AM  5    PRESENTED AS EXHIBITS DURING THE TRIAL, AND MY INSTRUCTIONS

11:30AM  6    FROM THE PROSECUTION, FROM THE GOVERNMENT, WERE TO GIVE

11:30AM  7    TRUTHFUL ANSWERS DURING THE TRIAL.

11:30AM  8    BY MR. WADE:

11:30AM  9    Q.   AND IT'S YOUR POSITION THAT YOU GAVE TRUTHFUL ANSWERS

11:30AM  10   DURING THIS TRIAL?

11:30AM  11   A.   YES, SIR.

11:30AM  12   Q.   OKAY.  AND MY QUESTION TO YOU WAS NOT WHETHER THEY ASKED

11:30AM  13   YOU TO GIVE TRUTHFUL ANSWERS.

11:30AM  14        MY QUESTION WAS, DID THEY GO OVER THE QUESTIONS THAT THEY

11:31AM  15   WERE GOING TO ASK YOU IN THESE PREP SESSIONS, YES OR NO?

11:31AM  16   A.   MANY OF THEM, YES.

11:31AM  17   Q.   AND DID THEY GO OVER AND DID YOU DISCUSS THE ANSWERS THAT

11:31AM  18   YOU WERE GOING TO GIVE IN RESPONSE TO THOSE QUESTIONS?

11:31AM  19   A.   DURING THE PREP SESSIONS, THE GOVERNMENT ASKED ME

11:31AM  20   QUESTIONS REGARDING THE EMAILS AND I GAVE THEM ANSWERS.

11:31AM  21        THERE WAS NO EXPECTATION OR PRESSURE ON ME TO GIVE A

11:31AM  22   SPECIFIC ANSWER.  I WAS MERELY INSTRUCTED TO TELL THE TRUTH.

11:31AM  23   Q.   AND AGAIN, SIR, THAT WASN'T MY QUESTION.

11:31AM  24        MY QUESTION WAS, DID YOU DISCUSS WITH THE GOVERNMENT THE

11:31AM  25   ANSWERS THAT YOU WERE GOING TO GIVE IN THIS TRIAL, YES OR NO?

ROSENDORFF CROSS BY MR. WADE                                                1972

11:31AM   1      A.    I ANSWERED THE GOVERNMENT'S QUESTIONS DURING THOSE

11:31AM   2      SESSIONS.  I'M NOT SURE WHAT ELSE I HAVE TO SAY ABOUT THAT,

11:31AM   3      YEAH.

11:32AM   4             THE COURT:  CAN YOU ANSWER THAT QUESTION YES OR NO

11:32AM   5      WITHOUT AN EXPLANATION?

11:32AM   6             THE WITNESS:  NO.

11:32AM   7      BY MR. WADE:

11:32AM   8      Q.    WERE THERE EVER INSTANCES IN WHICH YOU DIDN'T RECALL

11:32AM   9      SOMETHING AND THE GOVERNMENT HELPED REFRESH YOUR RECOLLECTION

11:32AM  10      AS TO A SPECIFIC DATE OR A SPECIFIC EVENT?

11:32AM  11      A.    NO, THEY DID NOT CORRECT ME IF I MADE A MISTAKE ABOUT A

11:32AM  12      DATE.

11:32AM  13             YOU KNOW, ONE EXAMPLE WOULD BE THE DATE OF THE ROLLOUT.  I

11:32AM  14      REMEMBER THAT DATE.  THE GOVERNMENT DIDN'T HAVE TO REFRESH MY

11:32AM  15      RECOLLECTION ABOUT THAT.

11:32AM  16      Q.    DIDN'T HAVE TO REFRESH YOUR RECOLLECTION ABOUT THAT?

11:32AM  17      A.    NO.

11:32AM  18      Q.    OKAY.  WELL, LET'S LOOK AT THAT.

11:33AM  19             LOOK ON PAGE 3 OF THAT SAME DOCUMENT.  AND MY QUESTION TO

11:33AM  20      YOU, SIR, IS THIS, WAS YOUR RECOLLECTION ON THAT LAUNCH DATE

11:33AM  21      BASED UPON YOUR REVIEW OF DOCUMENTS IN THAT INTERVIEW?

11:33AM  22      A.    NO.

11:33AM  23      Q.    YOU DID NOT IDENTIFY THE LAUNCH DATE WITH WALGREENS AS

11:33AM  24      SEPTEMBER 9TH, 2013 FROM YOUR REVIEW OF THE DOCUMENTS?

11:33AM  25      A.    NO.

ROSENDORFF CROSS BY MR. WADE                                              1973

11:33AM   1     Q.   IS THAT YOUR TESTIMONY, SIR?

11:33AM   2     A.   YES.

11:33AM   3     Q.   AND LOOKING AT PAGE 3 OF THIS EXHIBIT, THIRD PARAGRAPH,

11:33AM   4     FIRST SENTENCE, THAT DOESN'T REFRESH YOUR RECOLLECTION AS TO

11:33AM   5     WHETHER YOU IDENTIFIED THE THERANOS LAUNCH WITH WALGREENS AS

11:34AM   6     SEPTEMBER 9TH, 2013 FROM YOUR REVIEW OF DOCUMENTS?

11:34AM   7     A.   I BELIEVE I HAD AN INDEPENDENT RECOLLECTION OF THAT.

11:34AM   8     Q.   THE LAST PREP SESSION THAT YOU HAD WITH THE GOVERNMENT WAS

11:34AM   9     THE THURSDAY NIGHT BEFORE YOU CAME IN TO TESTIFY IN THIS TRIAL;

11:34AM  10     RIGHT?

11:34AM  11     A.   RIGHT.

11:34AM  12     Q.   AND IT WAS AT 8:00 O'CLOCK AT NIGHT; RIGHT?

11:34AM  13     A.   CORRECT.

11:34AM  14     Q.   AND THAT WAS THE THIRD SESSION?

11:34AM  15     A.   YES, I BELIEVE SO.

11:34AM  16     Q.   AND THEN YOU CAME IN HERE THE NEXT MORNING TO TESTIFY?

11:34AM  17     A.   CORRECT.

11:34AM  18     Q.   RIGHT UP THERE?

11:34AM  19     A.   YEP.

11:34AM  20     Q.   AND YOU TOOK THE OATH?

11:34AM  21     A.   CORRECT.

11:34AM  22     Q.   AND YOU AGREED TO TELL THE TRUTH?

11:34AM  23     A.   YES.

11:34AM  24     Q.   AND YOU'VE TESTIFIED TODAY YOU'VE TOLD THE TRUTH; RIGHT?

11:35AM  25     A.   YES.

ROSENDORFF CROSS BY MR. WADE                                        1974

11:35AM   1      Q.   THE WHOLE TIME?

11:35AM   2           AND THEN YOUR EXAMINATION BEGAN.

11:35AM   3           DO YOU RECALL THAT?

11:35AM   4      A.   YES.

11:35AM   5      Q.   AND YOU TOOK OFF YOUR MASK AND YOUR EXAMINATION BEGAN.

11:35AM   6           DO YOU RECALL?

11:35AM   7      A.   YES.

11:35AM   8      Q.   AND THE FIRST SUBSTANTIVE QUESTION THAT YOU WERE ASKED WAS

11:35AM   9      ABOUT WHY YOU LEFT THERANOS.

11:35AM  10           DO YOU RECALL THAT?

11:35AM  11      A.   YES, SIR.

11:35AM  12      Q.   OKAY.  LET'S LOOK AT EXHIBIT 11439.

11:35AM  13           WOULD YOU TURN YOUR ATTENTION AND COUNSEL'S ATTENTION TO

11:36AM  14      1702.

11:36AM  15           NOW, SIR, AGAIN YOU WERE ASKED FOUR QUESTIONS.  THE FIRST

11:36AM  16      QUESTION WAS, WERE YOU AT ONE TIME EMPLOYED BY A COMPANY CALLED

11:36AM  17      THERANOS AND YOU SAID YES?

11:36AM  18      A.   CORRECT.

11:36AM  19      Q.   AND THEN YOU WERE ASKED YOUR POSITION AT THE COMPANY AND

11:36AM  20      YOU SAID YOU WERE A LAB DIRECTOR.

11:36AM  21      A.   CORRECT.

11:36AM  22      Q.   RIGHT?

11:36AM  23      A.   CORRECT.

11:36AM  24      Q.   AND THEN YOU WERE ASKED ABOUT THE APPROXIMATE DATES OF

11:36AM  25      YOUR EMPLOYMENT AND YOU GAVE THEM?

ROSENDORFF CROSS BY MR. WADE                                                    1975

11:36AM   1    A.   YES.

11:36AM   2    Q.   AND THEN THE FIRST SUBSEQUENT QUESTION YOU WERE ASKED, THE

11:36AM   3    FIRST QUESTION IN YOUR EXAMINATION WAS, WHAT WAS YOUR REASON

11:36AM   4    FOR LEAVING THE COMPANY; RIGHT?

11:36AM   5    A.   YES.

11:36AM   6    Q.   AND YOU GAVE FOUR REASONS.  YOU SAID THERE WERE MANY

11:36AM   7    FACTORS.  ONE WAS THE UNWILLINGNESS OF MANAGEMENT TO PERFORM

11:36AM   8    PROFICIENCY AS REQUIRED BY LAW; I FELT PRESSURED TO VOUCH FOR

11:37AM   9    TESTS THAT I DID NOT HAVE CONFIDENCE IN; I CAME TO BELIEVE THAT

11:37AM   10   THE COMPANY BELIEVED MORE ABOUT PR AND FUNDRAISING THAN ABOUT

11:37AM   11   PATIENT CARE; AND ALSO THE EQUIPMENT AND REAGENTS, THE PLATFORM

11:37AM   12   WAS NOT ALLOWING ME TO FUNCTION EFFECTIVELY AS A LAB DIRECTOR.

11:37AM   13        THAT'S WHAT YOU TESTIFIED, RIGHT, SIR?

11:37AM   14   A.   YES, SIR.

11:37AM   15   Q.   IS THAT ONE OF THE QUESTIONS AND ANSWERS YOU DISCUSSED

11:37AM   16   WITH THE GOVERNMENT?

11:37AM   17   A.   THE GOVERNMENT DID ASK ME WHY I LEFT THE COMPANY ON A FEW

11:37AM   18   MEETINGS WITH THEM, YES.

11:37AM   19   Q.   SO IS THAT A YES?

11:37AM   20   A.   YES.

11:37AM   21   Q.   DID YOU ANSWER THE QUESTION?

11:37AM   22   A.   YES.

11:37AM   23   Q.   OKAY.  SO THAT WAS ONE OF THE QUESTIONS AND ANSWERS YOU

11:37AM   24   DISCUSSED WITH THE GOVERNMENT?

11:37AM   25   A.   YES.

ROSENDORFF CROSS BY MR. WADE                                          1976

11:37AM  1    Q.   AND, SIR, YOU WERE PREVIOUSLY ASKED NEARLY THAT EXACT SAME

11:37AM  2    QUESTION UNDER OATH SEVERAL YEARS AGO, WEREN'T YOU?

11:37AM  3    A.   ARE YOU REFERRING TO MY GRAND JURY TESTIMONY?

11:38AM  4    Q.   NO.  WHY DON'T YOU LOOK AT DX 11000.

11:38AM  5    A.   OKAY, I HAVE THAT HERE.  OH, I SEE.  OKAY.

11:38AM  6    Q.   AND DX 11000.

11:38AM  7         DO YOU SEE THAT, SIR?

11:38AM  8    A.   YES.

11:38AM  9    Q.   AND THAT'S A DEPOSITION TRANSCRIPT; RIGHT?

11:38AM  10   A.   YES.

11:38AM  11   Q.   AND THAT'S TESTIMONY THAT YOU GAVE IN A CIVIL DEPOSITION

11:38AM  12   IN FEBRUARY OF 2019?

11:38AM  13   A.   YES.

11:38AM  14   Q.   DO YOU RECALL GIVING THAT DEPOSITION?

11:38AM  15   A.   YES.

11:38AM  16   Q.   AND IT WAS IN SAN FRANCISCO?

11:38AM  17   A.   YES.

11:38AM  18   Q.   AND IT WAS IN A CONFERENCE ROOM; RIGHT?

11:39AM  19   A.   YES.

11:39AM  20   Q.   AND YOU WERE SURROUNDED BY LAWYERS WHO WERE ASKING YOU

11:39AM  21   QUESTIONS; RIGHT?

11:39AM  22   A.   YES.

11:39AM  23   Q.   AND AS HERE, THERE WAS A COURT REPORTER WHO WAS WRITING

11:39AM  24   DOWN YOUR ANSWERS; RIGHT?

11:39AM  25   A.   YES.

ROSENDORFF CROSS BY MR. WADE                                    1977

11:39AM   1    Q.   AND AS HERE, YOU RAISED YOUR RIGHT HAND AND GAVE AN OATH;

11:39AM   2    RIGHT?

11:39AM   3    A.   YES.

11:39AM   4    Q.   AND DID YOU TELL THE TRUTH IN THAT TESTIMONY, SIR?

11:39AM   5    A.   YES.

11:39AM   6    Q.   I'D LIKE YOU TO LOOK AT 167, PAGE 167 OF THE TESTIMONY.

11:39AM   7         TELL ME WHEN YOU HAVE THAT IN FRONT OF YOU, SIR.

11:39AM   8    A.   I HAVE IT.

11:40AM   9    Q.   AND I'D LIKE TO DIRECT YOUR ATTENTION ON PAGE 167 TO

11:40AM   10   LINE 11.

11:40AM   11        YOU WERE ASKED, "AND WHY DID YOU STOP WORKING AT

11:40AM   12   THERANOS?"

11:40AM   13        AND YOUR ANSWER WAS, "I WASN'T SATISFIED THAT MANAGEMENT

11:40AM   14   HAD RESPONDED TO MY COMPLAINTS REGARDING PROFICIENCY TESTING."

11:40AM   15        RIGHT?

11:40AM   16   A.   CORRECT.

11:40AM   17   Q.   AND THEN YOU WERE ASKED, "DID YOU HAVE ANY OTHER CONCERNS

11:40AM   18   THAT PRECIPITATED YOUR RESIGNATION?"

11:40AM   19        AND YOU ANSWERED, "THAT WAS THE MAIN ONE."

11:40AM   20        RIGHT?

11:40AM   21   A.   CORRECT.

11:40AM   22   Q.   AND THEN YOU WERE ASKED, "WERE THERE SMALLER CONCERNS THAT

11:40AM   23   YOU HAD IN ADDITION TO THE MAIN ONE?"

11:40AM   24        AND YOU SAID NO; RIGHT?

11:40AM   25   A.   CORRECT.

ROSENDORFF CROSS BY MR. WADE

| | | |
|---|---|---|
| 11:40AM | 1 | Q.   THAT WAS ON FEBRUARY 26TH, 2019, AT ABOUT 12:23 P.M.; |
| 11:40AM | 2 | RIGHT? |
| 11:40AM | 3 | A.   YES. |
| 11:41AM | 4 | Q.   AND YOU WERE SENT A COPY OF THAT TRANSCRIPT TO REVIEW, |
| 11:41AM | 5 | WERE YOU NOT, SIR? |
| 11:41AM | 6 | A.   YES. |
| 11:41AM | 7 | Q.   I'D LIKE YOU TO TURN IN THAT BINDER TO EXHIBIT 11439. |
| 11:41AM | 8 | DO YOU HAVE THAT IN FRONT OF YOU, SIR? |
| 11:41AM | 9 | A.   YES. |
| 11:41AM | 10 | Q.   AND THIS IS WHAT IS REFERRED TO AS AN ERRATA SHEET; |
| 11:41AM | 11 | CORRECT?  HAVE YOU EVER HEARD THAT TERM? |
| 11:41AM | 12 | A.   ERRATA? |
| 11:42AM | 13 | Q.   IT'S A SHEET THAT YOU SIGN AFTER YOU GET A CHANCE TO |
| 11:42AM | 14 | REVIEW YOUR DEPOSITION; IS THAT RIGHT? |
| 11:42AM | 15 | A.   I'M NOT FAMILIAR WITH THE LEGAL TERM. |
| 11:42AM | 16 | Q.   OKAY.  DO YOU RECOGNIZE THIS DOCUMENT? |
| 11:42AM | 17 | MR. BOSTIC:  APOLOGIES.  I WONDER IF THERE'S A |
| 11:42AM | 18 | MISSTATEMENT. |
| 11:42AM | 19 | THE COURT:  11439.  I BELIEVE THAT'S A TRANSCRIPT. |
| 11:42AM | 20 | MR. WADE:  IT MAY BE 11439A, 11439A. |
| 11:42AM | 21 | MS. TREFZ:  11000A. |
| 11:42AM | 22 | MR. WADE:  OH, I'M SORRY, 11000A. |
| 11:42AM | 23 | Q.   MY APOLOGIES, DR. ROSENDORFF.  DO YOU HAVE 11000A IN FRONT |
| 11:42AM | 24 | OF YOU? |
| 11:43AM | 25 | A.   NO, I DO NOT. |

ROSENDORFF CROSS BY MR. WADE                                    1979

11:43AM   1    Q.   TRY THE OTHER BINDER IF YOU MIGHT.

11:43AM   2    A.   I DO NOT SEE IT IN THE OTHER BINDER.

11:43AM   3         MR. WADE:   CAN WE BRING UP THE EXHIBIT, PLEASE,

11:43AM   4    ELECTRONICALLY ONLY FOR THE WITNESS AND THE COURT AND COUNSEL?

11:43AM   5         THE CLERK:   COUNSEL WILL NEED TO TURN OFF THEIR

11:43AM   6    MONITORS.

11:43AM   7         MR. WADE:   DO YOU HAVE IT, YOUR HONOR?

11:43AM   8    Q.   IS THAT DOCUMENT MARKED AT THE TOP, SIR?

11:43AM   9    A.   IT'S MARKED 11000A.

11:43AM   10   Q.   AND DO YOU RECOGNIZE THIS DOCUMENT?

11:43AM   11   A.   YES.

11:43AM   12   Q.   AND IS THAT YOUR SIGNATURE ON THIS DOCUMENT?

11:43AM   13   A.   YES.

11:43AM   14        MR. WADE:   I MOVE THE ADMISSION OF THIS DOCUMENT,

11:44AM   15   YOUR HONOR.

11:44AM   16        MR. BOSTIC:   OBJECTION, YOUR HONOR, UNDER 613.

11:44AM   17        THE COURT:   THIS IS THE SIGNATURE DOCUMENT?

11:44AM   18        MR. WADE:   I CAN LAY A LITTLE MORE FOUNDATION,

11:44AM   19   YOUR HONOR.

11:44AM   20        THE COURT:   WHY DON'T YOU?   WHY DON'T YOU?

11:44AM   21   BY MR. WADE:

11:44AM   22   Q.   THIS WAS A DOCUMENT THAT YOU WERE SENT ALONG WITH YOUR

11:44AM   23   TRANSCRIPT, RIGHT, SIR?

11:44AM   24   A.   YES.

11:44AM   25   Q.   AND AT THE TOP IT SAYS DECLARATION UNDER PENALTY OF

11:44AM  1    PERJURY; RIGHT?

11:44AM  2    A.   CORRECT.

11:44AM  3    Q.   AND IT ASKS YOU TO CERTIFY UNDER THE PENALTY OF PERJURY

11:44AM  4    UNDER THE LAWS OF THE STATE OF CALIFORNIA --

11:44AM  5         THE COURT:  MR. WADE, YOU DON'T HAVE TO -- IT HASN'T

11:44AM  6    BEEN ADMITTED YET.  THIS IS FOUNDATION FOR --

11:44AM  7         MR. WADE:  I'M JUST ASKING HIM -- THIS IS A

11:44AM  8    QUESTION, YOUR HONOR.

11:44AM  9         THE COURT:  RIGHT.  BUT BY SAYING WHAT THE EXHIBIT

11:44AM  10   IS, YOU'RE IN ESSENCE ADMITTING THE EXHIBIT.

11:44AM  11        I THINK THE FOUNDATION IS -- I THINK YOU WERE TALKING

11:45AM  12   ABOUT A PRIOR DEPOSITION, AND MAYBE YOU COULD RELAY HOW THIS

11:45AM  13   RELATES TO THE DEPOSITION.

11:45AM  14        MR. WADE:  VERY WELL, YOUR HONOR.  I THOUGHT I DID,

11:45AM  15   BUT LET ME TRY IT AGAIN.

11:45AM  16   Q.   THIS DOCUMENT RELATES TO THAT DEPOSITION THAT WE WERE

11:45AM  17   JUST -- THAT I JUST SHOWED YOU; RIGHT?

11:45AM  18   A.   YES.

11:45AM  19   Q.   AND THIS DOCUMENT IS A DOCUMENT WHERE YOU CERTIFY THE

11:45AM  20   ACCURACY OF THAT DEPOSITION; RIGHT?

11:45AM  21   A.   YES.

11:45AM  22        MR. WADE:  MOVE THE ADMISSION, YOUR HONOR.

11:45AM  23        MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

11:45AM  24        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:45AM  25        MR. WADE:  THANK YOU, YOUR HONOR.

| | | |
|---|---|---|
| 11:45AM | 1 | (DEFENDANT'S EXHIBIT 11000A WAS RECEIVED IN EVIDENCE.) |
| 11:45AM | 2 | BY MR. WADE: |
| 11:45AM | 3 | Q.   LET'S BLOW UP THE TOP OF THAT DOCUMENT. |
| 11:45AM | 4 | AND HERE IT SAYS THAT YOU CERTIFY UNDER THE PENALTY OF |
| 11:45AM | 5 | PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE |
| 11:45AM | 6 | FOREGOING IS TRUE AND CORRECT; RIGHT? |
| 11:45AM | 7 | A.   YES. |
| 11:45AM | 8 | Q.   AND THAT'S YOUR SIGNATURE RIGHT THERE (INDICATING)? |
| 11:45AM | 9 | A.   YES. |
| 11:45AM | 10 | Q.   AND WHEN YOU GOT THAT TRANSCRIPT, YOU READ IT, DIDN'T YOU, |
| 11:46AM | 11 | SIR? |
| 11:46AM | 12 | A.   I REVIEWED THE TRANSCRIPT, YES. |
| 11:46AM | 13 | Q.   OKAY.  LET'S GO TO THE SECOND PAGE. |
| 11:46AM | 14 | DO YOU SEE ON THE SECOND PAGE AT THE TOP YOU MAKE SEVERAL |
| 11:46AM | 15 | CORRECTIONS TO THE TRANSCRIPT; RIGHT? |
| 11:46AM | 16 | A.   YES. |
| 11:46AM | 17 | Q.   YOU DIDN'T CORRECT OR CLARIFY THE TESTIMONY THAT I JUST |
| 11:46AM | 18 | ASKED YOU ABOUT A COUPLE MINUTES AGO, DID YOU? |
| 11:46AM | 19 | A.   NO. |
| 11:47AM | 20 | MR. WADE:  THE COURT'S INDULGENCE? |
| 11:47AM | 21 | THE COURT:  YES. |
| 11:47AM | 22 | BY MR. WADE: |
| 11:47AM | 23 | Q.   DO YOU HAVE A WHITE BINDER UP THERE, SIR? |
| 11:47AM | 24 | A.   YES. |
| 11:47AM | 25 | Q.   AND YOU WERE ASKED A LOT OF QUESTIONS ABOUT DOCUMENTS |

ROSENDORFF CROSS BY MR. WADE                                              1982

11:47AM  1    WITHIN THAT BINDER DURING YOUR DIRECT EXAMINATION.

11:47AM  2         DO YOU RECALL THAT?

11:47AM  3    A.   YES.

11:47AM  4    Q.   AND I REALIZED OVER THIS WEEKEND THIS BINDER IS IN

11:47AM  5    APPROXIMATELY CHRONOLOGICAL ORDER, BUT YOU WERE NOT ASKED ABOUT

11:47AM  6    THESE DOCUMENTS IN CHRONOLOGICAL ORDER, WERE YOU?

11:47AM  7    A.   NO.

11:47AM  8    Q.   NO.  THE GOVERNMENT JUMPED ALL AROUND IN THAT BINDER?

11:47AM  9    A.   YES.

11:47AM  10   Q.   AND THEY JUMPED FROM ASSAY TO ASSAY?

11:47AM  11   A.   CORRECT.

11:47AM  12   Q.   AT TIMES THEY JUMPED FROM ONE YEAR TO THE NEXT?

11:47AM  13   A.   CORRECT.

11:47AM  14   Q.   AND THEN BACK TO -- AND THEN ANOTHER YEAR AGAIN?

11:47AM  15   A.   CORRECT.

11:47AM  16   Q.   AND THEY NEVER WALKED YOU ALL THE WAY THROUGH ONE OF THE

11:47AM  17   TESTS FROM START TO FINISH?

11:47AM  18   A.   NO, THEY DID NOT.

11:47AM  19   Q.   THEY DIDN'T SHOW YOU A SINGLE POLICY DOCUMENT, DID THEY?

11:47AM  20   A.   NO.

11:47AM  21   Q.   AND THEY DIDN'T SHOW YOU ANY OF THE VALIDATION REPORTS,

11:47AM  22   DID THEY?

11:47AM  23   A.   NO.

11:47AM  24   Q.   AND THEY DIDN'T SHOW YOU THE REGULATIONS THAT RELATED TO

11:47AM  25   YOUR RESPONSIBILITY WITHIN THE LAB, DID THEY?

ROSENDORFF CROSS BY MR. WADE

11:47AM  1    A.   NO, THEY DID NOT.

11:47AM  2    Q.   AND AS THEY JUMPED FROM DOCUMENT TO DOCUMENT AND DREW YOUR

11:48AM  3    ATTENTION TO A PARAGRAPH, THE OVERARCHING PRINCIPLE WAS THAT

11:48AM  4    THEY WANTED YOU TO OFFER AND EXPLAIN YOUR CONCERNS WITH RESPECT

11:48AM  5    TO A PARTICULAR ITEM IDENTIFIED IN THE DOCUMENT; RIGHT?

11:48AM  6    A.   YES.

11:48AM  7    Q.   AND THEY ACTUALLY DID THAT AGAIN AND AGAIN; RIGHT?

11:48AM  8    A.   YES.

11:48AM  9    Q.   AND THEY IDENTIFIED CONCERNS WITH RESPECT TO DR. YOUNG?

11:48AM 10    A.   I DON'T RECALL THEM ASKING ME ABOUT CONCERNS ABOUT

11:48AM 11    DR. YOUNG.

11:48AM 12         CAN YOU CLARIFY YOUR QUESTION?  I'M SORRY.

11:48AM 13    Q.   WELL, THERE WERE MANY INSTANCES IN WHICH THEY TRIED TO GET

11:49AM 14    YOU TO EXPRESS CONCERNS ABOUT THINGS THAT DR. YOUNG WAS DOING;

11:49AM 15    RIGHT?

11:49AM 16         MR. BOSTIC:  OBJECTION.  ARGUMENTATIVE.

11:49AM 17         THE COURT:  SUSTAINED AS TO THE FORM OF THE

11:49AM 18    QUESTION.

11:49AM 19    BY MR. WADE:

11:49AM 20    Q.   DO YOU RECALL INSTANCES IN WHICH YOU WERE ASKED QUESTIONS

11:49AM 21    ABOUT DR. YOUNG'S WORK?

11:49AM 22    A.   YES.

11:49AM 23    Q.   AND DO YOU RECALL INSTANCES IN WHICH YOU WERE ASKED

11:49AM 24    QUESTIONS ABOUT MR. BALWANI'S WORK?

11:49AM 25    A.   YES.

ROSENDORFF CROSS BY MR. WADE                                    1984

11:49AM  1    Q.   AND DO YOU HAVE -- DO YOU RECALL QUESTIONS WHERE YOU WERE

11:49AM  2    ASKED CONCERNS -- OR ASKED QUESTIONS ABOUT MR. HOLMES'S WORK?

11:49AM  3    A.   MS. HOLMES OR --

11:49AM  4    Q.   MR. HOLMES, CHRISTIAN?

11:49AM  5    A.   YES.

11:49AM  6    Q.   DO YOU RECALL THAT?

11:49AM  7    A.   YES.

11:49AM  8    Q.   AND YOU WERE ASKED QUESTIONS ABOUT MS. HOLMES'S WORK;

11:49AM  9    RIGHT?

11:49AM  10   A.   YES.

11:49AM  11   Q.   AND MANY OF THE QUESTIONS PROMPTED ANSWERS WHERE YOU WERE

11:49AM  12   CRITICIZING THEM FOR THINGS RELATING TO THE LAB; RIGHT?

11:49AM  13   A.   I WAS ASKED WHETHER THESE INDIVIDUALS HAD THE APPROPRIATE

11:49AM  14   BACKGROUND TO BE MAKING THESE DECISIONS THAT THEY WERE, AND I

11:50AM  15   RESPONDED THAT THEY WERE NOT.

11:50AM  16   Q.   DR. ROSENDORFF, YOU WERE THE CLIA LAB DIRECTOR FROM

11:50AM  17   SEPTEMBER 2013 UNTIL NOVEMBER OF 2014; RIGHT?

11:50AM  18   A.   CORRECT.

11:50AM  19   Q.   AND DURING THAT TIME, YOU WERE THE HIGHEST AUTHORITY UNDER

11:50AM  20   THE FEDERAL REGULATIONS WITHIN THAT LAB; RIGHT?

11:50AM  21   A.   CORRECT.

11:50AM  22   Q.   FEDERAL CLIA REGULATIONS MAKE YOU -- MADE YOU LEGALLY

11:50AM  23   RESPONSIBLE FOR ALL OF THE CRITICALLY IMPORTANT FUNCTIONS OF

11:50AM  24   CLIA LAB OPERATIONS; RIGHT?

11:50AM  25   A.   YES.

ROSENDORFF CROSS BY MR. WADE                                    1985

| | | |
|---|---|---|
| 11:50AM | 1 | Q.   IF YOU COULD LOOK -- |
| 11:50AM | 2 | MAY I APPROACH, YOUR HONOR? |
| 11:50AM | 3 | THE COURT:  YES. |
| 11:51AM | 4 | DO YOU HAVE THIS? |
| 11:51AM | 5 | MR. BOSTIC:  I'M NOT SURE, YOUR HONOR.  WHICH |
| 11:51AM | 6 | VOLUME? |
| 11:51AM | 7 | MR. WADE:  IT'S VOLUME 1 OF THE EXHIBITS. |
| 11:51AM | 8 | MR. BOSTIC:  YES, YOUR HONOR. |
| 11:51AM | 9 | BY MR. WADE: |
| 11:51AM | 10 | Q.   IF I COULD CALL YOUR ATTENTION TO EXHIBIT 7603. |
| 11:51AM | 11 | THE CLERK:  THAT EXHIBIT NUMBER AGAIN, COUNSEL, |
| 11:51AM | 12 | PLEASE. |
| 11:51AM | 13 | MR. WADE:  7603. |
| 11:51AM | 14 | THE WITNESS:  I HAVE IT. |
| 11:51AM | 15 | BY MR. WADE: |
| 11:51AM | 16 | Q.   THESE ARE THE FEDERAL CLIA LAB REGULATIONS; RIGHT? |
| 11:51AM | 17 | A.   YES. |
| 11:51AM | 18 | Q.   AND WHEN I SAY THAT YOU'RE RESPONSIBLE FOR THE FEDERAL |
| 11:51AM | 19 | CLIA LAB REGULATIONS, YOU ACTUALLY HAVE TO KNOW ESSENTIALLY ALL |
| 11:51AM | 20 | OF THESE REGULATIONS AS IT RELATES TO THE FUNCTION OF THE LAB |
| 11:51AM | 21 | FOR WHICH YOU'RE THE LAB DIRECTOR; RIGHT? |
| 11:51AM | 22 | A.   I HAVE TO BE AWARE OF THE LABORATORY DIRECTOR |
| 11:51AM | 23 | RESPONSIBILITIES AND TO EXECUTE ON THOSE.  THAT'S THE MAJOR |
| 11:52AM | 24 | FOCUS.  I CAN'T TESTIFY THAT I'M AWARE OF EVERY SINGLE |
| 11:52AM | 25 | REGULATION IN THIS BINDER. |

ROSENDORFF CROSS BY MR. WADE

11:52AM  1    Q.   WE'LL GET TO THE LAB DIRECTOR RESPONSIBILITIES.  BUT YOU

11:52AM  2    FREQUENTLY CONSULT THESE MATERIALS WHEN YOU'RE RUNNING A LAB;

11:52AM  3    RIGHT?

11:52AM  4    A.   YES.

11:52AM  5         MR. WADE:  OKAY.  I MOVE FOR THE ADMISSION OF

11:52AM  6    EXHIBIT 7603.

11:52AM  7         MR. BOSTIC:  OBJECTION.  RELEVANCE, YOUR HONOR.

11:52AM  8         THE COURT:  YOU'RE SEEKING TO ADMIT THE ENTIRETY OF

11:52AM  9    THE DOCUMENT?

11:52AM  10        MR. WADE:  THEY ARE THE REGULATIONS THAT

11:52AM  11   ENCOMPASS -- YES.  YES.

11:52AM  12        THE COURT:  I KNOW WHAT THEY ARE.  AND THEY ARE HOW

11:52AM  13   MANY PAGES?  122?

11:52AM  14        MR. WADE:  YES.

11:52AM  15        THE COURT:  IT WILL BE ADMITTED.  OBJECTION

11:52AM  16   OVERRULED.

11:52AM  17        (DEFENDANT'S EXHIBIT 7603 WAS RECEIVED IN EVIDENCE.)

11:52AM  18   BY MR. WADE:

11:52AM  19   Q.   JUST SO THE RECORD IS CLEAR, YOU HAD GENERAL FAMILIARITY

11:52AM  20   TO THE EXTENT THAT YOU NEEDED TO KNOW ABOUT A REGULATION IN

11:53AM  21   DOING YOUR RESPONSIBILITIES AS LAB DIRECTOR IN THE LAB; RIGHT?

11:53AM  22   A.   YES.

11:53AM  23   Q.   AND UNDER THESE REGULATIONS, YOU WERE THE PERSON WHO WAS

11:53AM  24   RESPONSIBLE FOR ENSURING THAT TESTS THAT WERE OFFERED WERE

11:53AM  25   VERIFIED AND VALIDATED?

ROSENDORFF CROSS BY MR. WADE                                    1987

11:53AM   1    A.   CORRECT.

11:53AM   2    Q.   YOU WERE THE PERSON WHO WAS RESPONSIBLE FOR ENSURING THE

11:53AM   3    ACCURACY AND RELIABILITY OF PATIENT RESULTS?

11:53AM   4    A.   CORRECT.

11:53AM   5    Q.   YOU WERE THE INDIVIDUAL WHO WAS REQUIRED TO ENSURE THAT

11:53AM   6    THE TEST METHODOLOGY SELECTED HAD THE CAPABILITY OF PROVIDING

11:53AM   7    THE QUALITY OF RESULTS THAT ARE REQUIRED FOR PATIENT CARE;

11:53AM   8    RIGHT?

11:53AM   9    A.   CORRECT.

11:53AM   10   Q.   YOU WERE THE INDIVIDUAL WHO IS REQUIRED TO ENSURE LAB

11:53AM   11   PERSONNEL WERE PERFORMING THE TEST METHODS AS REQUIRED FOR

11:53AM   12   ACCURATE AND RELIABLE RESULTS; RIGHT?

11:53AM   13   A.   YES.

11:53AM   14   Q.   ALL OF THOSE OBLIGATIONS ARE SET FORTH IN THOSE

11:54AM   15   REGULATIONS?

11:54AM   16   A.   CORRECT.

11:54AM   17   Q.   AND MANY OTHERS?

11:54AM   18   A.   CORRECT.

11:54AM   19   Q.   AND YOU UNDERSTOOD THAT IF YOU FAILED TO DISPATCH THOSE

11:54AM   20   OBLIGATIONS, YOU COULD FACE SERIOUS CONSEQUENCES, RIGHT, SIR?

11:54AM   21   A.   CORRECT.

11:54AM   22   Q.   AND YOU COULD LOSE YOUR ABILITY TO SERVE AS A LAB

11:54AM   23   DIRECTOR?

11:54AM   24   A.   CAN I MAKE A CLARIFYING STATEMENT?

11:54AM   25   Q.   YOU CAN ANSWER A QUESTION.  THE LAST QUESTION POSED, I CAN

ROSENDORFF CROSS BY MR. WADE                                        1988

11:54AM   1    READ IT BACK.

11:54AM   2              THE COURT:  DO YOU NEED TO CLARIFY YOUR ANSWER?

11:54AM   3              THE WITNESS:  I --

11:54AM   4              THE COURT:  DO YOU NEED TO CLARIFY YOUR ANSWER?

11:54AM   5              THE WITNESS:  YES.  I ENDEAVORED EARNESTLY TO

11:54AM   6    FULFILL THE LABORATORY DIRECTOR OBLIGATIONS.  I FACED

11:54AM   7    CONSTRAINTS AND PUSHBACK FROM MANAGEMENT.

11:54AM   8              MR. WADE:  YOUR HONOR, MOVE TO STRIKE.

11:55AM   9    NONRESPONSIVE.

11:55AM   10             THE COURT:  I THINK IT WAS RESPONSIVE TO HIS ANSWER.

11:55AM   11   YOU CAN CERTAINLY PROBE THAT AS WELL.  OVERRULED.

11:55AM   12             MR. WADE:  WE'LL PROBE THAT IN A MINUTE.

11:55AM   13   Q.   MY QUESTION WAS, YOU UNDERSTOOD THAT IF YOU FAILED TO

11:55AM   14   DISPATCH YOUR OBLIGATIONS, YOU COULD FACE SERIOUS CONSEQUENCES?

11:55AM   15   A.   CORRECT.

11:55AM   16   Q.   AND YOU COULD FACE CIVIL MONETARY PENALTIES; RIGHT?

11:55AM   17   A.   CORRECT.

11:55AM   18   Q.   YOU COULD EVEN IN SOME CASES LOSE YOUR LICENSE TO

11:55AM   19   PRACTICE -- TO BE A LAB DIRECTOR; RIGHT?

11:55AM   20   A.   CORRECT.

11:55AM   21   Q.   AND IN SOME CASES YOU COULD EVEN FACE CRIMINAL LIABILITY;

11:55AM   22   IS THAT NOT CORRECT?

11:55AM   23   A.   CORRECT.

11:55AM   24   Q.   AND YOU ONLY HAD THE ABILITY TO HOLD THAT IMPORTANT JOB AS

11:55AM   25   LAB DIRECTOR BECAUSE OF YOUR SPECIALIZED TRAINING; RIGHT?

ROSENDORFF CROSS BY MR. WADE                                           1989

| | | |
|---|---|---|
| 11:55AM | 1 | A.   NO.   IN TERMS OF THE LABORATORY DIRECTOR'S |
| 11:55AM | 2 | RESPONSIBILITIES -- I DON'T KNOW IF YOU WANT ME TO GO INTO |
| 11:55AM | 3 | THIS.  YOU EITHER HAVE TO BE AN M.D., A D.O., OR A PH.D. AND |
| 11:56AM | 4 | SOME EXPERIENCE MANAGING LABS. |
| 11:56AM | 5 | AND FOR PH.D.'S, THERE ARE BOARDS THAT YOU HAVE TO PASS, |
| 11:56AM | 6 | BE CERTIFIED BY VARIOUS BOARDS TO BE A LABORATORY DIRECTOR, AND |
| 11:56AM | 7 | THAT'S ALL SPELLED OUT IN THE REGULATIONS. |
| 11:56AM | 8 | Q.   AND YOU WERE AN M.D.? |
| 11:56AM | 9 | A.   CORRECT. |
| 11:56AM | 10 | Q.   AND BECAUSE YOU WERE AN M.D., YOU WERE ABLE TO SERVE AS A |
| 11:56AM | 11 | LABORATORY DIRECTOR, ALONG WITH THOSE OTHER QUALIFICATIONS; |
| 11:56AM | 12 | RIGHT? |
| 11:56AM | 13 | A.   FOR AN M.D. I BELIEVE IT'S A YEAR OF LABORATORY EXPERIENCE |
| 11:56AM | 14 | IN A HIGH COMPLEX LABORATORY THAT IS REQUIRED. |
| 11:56AM | 15 | Q.   RIGHT.  AND I BELIEVE MY QUESTION WAS IT'S BECAUSE OF YOUR |
| 11:56AM | 16 | SPECIALIZED TRAINING THAT YOU QUALIFIED AND WERE ABLE TO SERVE |
| 11:56AM | 17 | AS LAB DIRECTOR; RIGHT? |
| 11:56AM | 18 | A.   YES. |
| 11:56AM | 19 | Q.   AND AS A MEDICAL DOCTOR, YOU ALSO HAD ETHICAL OBLIGATIONS; |
| 11:56AM | 20 | RIGHT? |
| 11:56AM | 21 | A.   ABSOLUTELY. |
| 11:56AM | 22 | Q.   FIRST, DO NO HARM? |
| 11:56AM | 23 | A.   CORRECT. |
| 11:56AM | 24 | Q.   AND SO, SIR, IN LIGHT OF YOUR TESTIMONY, I HAVE TO ASK YOU |
| 11:56AM | 25 | DIRECTLY AND SQUARELY, DID YOU FAITHFULLY DISPATCH YOUR LEGAL |

1990

ROSENDORFF CROSS BY MR. WADE

11:57AM    1    OBLIGATIONS AS LAB DIRECTOR AT THERANOS?

11:57AM    2    A.   YES, I DID.

11:57AM    3    Q.   DID YOU OFFER TESTS, LAB TESTS THAT YOU KNEW AT THE TIME

11:57AM    4    WERE INACCURATE OR UNRELIABLE?

11:57AM    5    A.   NO.  WHENEVER TESTS WERE INACCURATE OR UNRELIABLE, I

11:57AM    6    ORDERED THE LABORATORY TO CEASE TESTING OR MOVE TO AN FDA

11:57AM    7    APPROVED TEST, AND I RAISED MY CONCERNS TO MANAGEMENT.

11:57AM    8        WHENEVER THERE WAS AN ISSUE OF PATIENT HARM OR PATIENT

11:57AM    9    CARE, I STEPPED IN VERY AGGRESSIVELY TO DISPATCH MY OBLIGATIONS

11:57AM   10    AS A PHYSICIAN.

11:57AM   11    Q.   THANK YOU, SIR.

11:57AM   12        SO YOU NEVER OFFERED TESTS THAT YOU THOUGHT WERE

11:57AM   13    INACCURATE AND UNRELIABLE WHEN YOU WERE SERVING AS LAB DIRECTOR

11:57AM   14    AT THERANOS; CORRECT?

11:57AM   15    A.   CORRECT.

11:57AM   16    Q.   AND DID YOU EVER PROVIDE PATIENT TEST RESULTS THAT YOU

11:58AM   17    KNEW WERE INACCURATE OR UNRELIABLE AT THE TIME THAT YOU

11:58AM   18    PROVIDED THEM?

11:58AM   19    A.   NO.  THERE'S NO WAY TO DEFINITIVELY KNOW ON A TEST BY TEST

11:58AM   20    BASIS WHETHER A TEST IS UNRELIABLE.

11:58AM   21    Q.   I UNDERSTAND, SIR.  I'M JUST ASKING THE QUESTION WHETHER

11:58AM   22    YOU KNEW -- LET ME TRY AGAIN.  I'M JUST LOOKING FOR AN ANSWER

11:58AM   23    FROM MY QUESTION.

11:58AM   24        AND THE FIRST RELATES TO THE ASSAY -- LET ME INQUIRE, THE

11:58AM   25    ASSAYS THAT WERE OFFERED IN THE LAB, OKAY, THE TYPES OF TESTS

ROSENDORFF CROSS BY MR. WADE                                    1991

| | | |
|---|---|---|
| 11:58AM | 1 | THAT YOU WERE OFFERING -- |
| 11:58AM | 2 | A.   YES. |
| 11:58AM | 3 | Q.   -- DID YOU EVER USE A TEST ON PATIENTS THAT YOU BELIEVED |
| 11:58AM | 4 | WAS INACCURATE AND UNRELIABLE? |
| 11:58AM | 5 | A.   NO. |
| 11:58AM | 6 | Q.   AND WITH RESPECT TO THE RESULTS THAT YOU PROVIDED TO |
| 11:58AM | 7 | PATIENTS, DID YOU EVER PROVIDE TEST RESULTS THAT YOU KNEW TO |
| 11:58AM | 8 | BELIEVE WERE INACCURATE AND UNRELIABLE AT THE TIME THAT THOSE |
| 11:58AM | 9 | TEST RESULTS WERE TRANSMITTED? |
| 11:58AM | 10 | A.   NO. |
| 11:58AM | 11 | Q.   AND YOU WERE NEVER TOLD BY MS. HOLMES TO REPORT AN |
| 11:59AM | 12 | INACCURATE RESULT; CORRECT? |
| 11:59AM | 13 | A.   CORRECT. |
| 11:59AM | 14 | Q.   YOU WERE NEVER TOLD BY MR. BALWANI TO REPORT AN INACCURATE |
| 11:59AM | 15 | RESULT? |
| 11:59AM | 16 | A.   THERE WERE NUMEROUS INSTANCES, AS I PREVIOUSLY TESTIFIED, |
| 11:59AM | 17 | WHEN I ORDERED THE TESTS SHOULD BE RUN ON THE FDA INSTRUMENTS, |
| 11:59AM | 18 | BUT THOSE ORDERS WERE IGNORED. |
| 11:59AM | 19 | Q.   SIR, DO YOU RECALL IN THAT DEPOSITION THAT WE PREVIOUSLY |
| 11:59AM | 20 | LOOKED AT THAT YOU WERE ASKED, "AND YOU WERE NEVER TOLD BY |
| 11:59AM | 21 | MR. BALWANI TO REPORT A FALSE RESULT, RIGHT?" |
| 11:59AM | 22 | AND YOU ANSWER "CORRECT?" |
| 11:59AM | 23 | A.   THAT'S WHAT I JUST SAID. |
| 11:59AM | 24 | Q.   OKAY.  I JUST WANT TO MAKE SURE IT'S CLEAR. |
| 11:59AM | 25 | IF YOU HAD COME TO A CONCLUSION THAT RESULTS FROM AN ASSAY |

ROSENDORFF CROSS BY MR. WADE

| | | |
|---|---|---|
| 11:59AM | 1 | SHOULD NOT BE USED, THEN YOU HAD AN OBLIGATION TO TAKE THAT |
| 11:59AM | 2 | TEST DOWN; RIGHT? |
| 11:59AM | 3 | A.   CORRECT. |
| 11:59AM | 4 | Q.   AND THERE WERE OCCASIONS, AS YOU TESTIFIED, THAT YOU DID |
| 12:00PM | 5 | PAUSE OR DISCONTINUE THE USE OF ASSAYS ON CERTAIN ITEMS; RIGHT? |
| 12:00PM | 6 | A.   YES. |
| 12:00PM | 7 | Q.   AND THAT WAS YOUR OBLIGATION TO DO THAT? |
| 12:00PM | 8 | A.   YES. |
| 12:00PM | 9 | Q.   AND MS. HOLMES NEVER DIRECTED YOU TO DO THAT? |
| 12:00PM | 10 | A.   CORRECT. |
| 12:00PM | 11 | Q.   AND SHE NEVER TOLD YOU YOU HAD TO USE AN ASSAY ON A |
| 12:00PM | 12 | CERTAIN MACHINE? |
| 12:00PM | 13 | A.   THE STANCE OF THE COMPANY WAS THAT WHENEVER POSSIBLE WE |
| 12:00PM | 14 | SHOULD USE THERANOS METHODS AND DEVICES. |
| 12:00PM | 15 | Q.   RIGHT.  BUT YOU JUST TESTIFIED THAT ONLY IF IT WAS |
| 12:00PM | 16 | ACCURATE AND RELIABLE WHEN IT WAS BEING OFFERED; RIGHT? |
| 12:00PM | 17 | A.   CORRECT. |
| 12:00PM | 18 | Q.   OKAY.  AND YOU FOLLOWED THAT; RIGHT? |
| 12:00PM | 19 | A.   RIGHT. |
| 12:00PM | 20 | Q.   AND THAT WAS YOUR LEGAL OBLIGATION, SIR? |
| 12:00PM | 21 | A.   YES. |
| 12:00PM | 22 | Q.   AND WITH RESPECT TO THE OPERATIONS OF THE LAB, YOU WERE |
| 12:00PM | 23 | THE PERSON WHO WAS RESPONSIBLE FOR ENSURING COMPLYING |
| 12:00PM | 24 | OPERATIONS IN THE LAB; RIGHT? |
| 12:01PM | 25 | A.   ME AND THE QUALITY DIRECTOR, YES.  ULTIMATELY I WAS |

ROSENDORFF CROSS BY MR. WADE                                              1993

12:01PM   1   RESPONSIBLE, AND I DELEGATED SOME OF THOSE RESPONSIBILITIES TO

12:01PM   2   THE QUALITY MANAGER.

12:01PM   3   Q.   AND AS A LAB DIRECTOR, YOU HAVE THE ABILITY TO DELEGATE

12:01PM   4   RESPONSIBILITIES TO QUALIFIED PEOPLE; RIGHT?

12:01PM   5   A.   YES.

12:01PM   6   Q.   AND THOSE FEDERAL REGULATIONS IN 7603, THEY SET FORTH THE

12:01PM   7   SPECIFIC QUALIFICATIONS THAT PEOPLE HAVE TO HAVE WITH RESPECT

12:01PM   8   TO IMPORTANT JOBS; RIGHT?

12:01PM   9   A.   YES.

12:01PM  10   Q.   AND YOU FOLLOWED THOSE REGULATIONS; RIGHT?

12:01PM  11   A.   CORRECT.

12:01PM  12   Q.   AND THE PEOPLE WHO PERFORM THOSE FUNCTIONS, LIKE QUALITY

12:01PM  13   MANAGER, THEY MET THOSE REQUIREMENTS; RIGHT?

12:01PM  14   A.   CORRECT.

12:01PM  15   Q.   BUT ULTIMATELY, IF THEY FAILED, IT WAS YOUR

12:01PM  16   RESPONSIBILITY; RIGHT?

12:01PM  17   A.   CORRECT.

12:01PM  18   Q.   SO DID YOU MAKE SURE THEY DID A GOOD JOB?

12:01PM  19   A.   YES.  I WAS MONITORING THE PERFORMANCE OF THE SUPERVISORS

12:01PM  20   OF THE QUALITY MANAGER, YES.

12:01PM  21   Q.   IN FACT, YOU HAD REGULAR MEETINGS WITH THE QUALITY

12:01PM  22   MANAGER; RIGHT?

12:01PM  23   A.   YES.

12:01PM  24   Q.   AND THE QUALITY MANAGER GAVE REGULAR REPORTS TO YOU;

12:02PM  25   RIGHT?

ROSENDORFF CROSS BY MR. WADE

| | | |
|---|---|---|
| 12:02PM | 1 | A.   HE GAVE ME MONTHLY QC REPORTS, AND THERE WERE WEEKLY |
| 12:02PM | 2 | MEETINGS WITH THE ENTIRE CLIA GROUP. |
| 12:02PM | 3 | Q.   AND WE TALKED ABOUT QUALITY CONTROL. |
| 12:02PM | 4 | DO YOU RECALL SOME OF THAT TESTIMONY? |
| 12:02PM | 5 | A.   YES. |
| 12:02PM | 6 | Q.   OKAY.  IT WAS YOUR RESPONSIBILITY TO ENSURE THAT QUALITY |
| 12:02PM | 7 | CONTROL WAS PERFORMED; RIGHT? |
| 12:02PM | 8 | A.   CORRECT. |
| 12:02PM | 9 | Q.   AND THAT QUALITY CONTROL POLICIES WERE ADHERED TO; RIGHT? |
| 12:02PM | 10 | A.   CORRECT. |
| 12:02PM | 11 | Q.   AND IT WAS YOUR RESPONSIBILITY TO ENSURE THAT PROFICIENCY |
| 12:02PM | 12 | TESTING OR AAP WAS PERFORMED IN REQUIRED INTERVALS; RIGHT? |
| 12:02PM | 13 | A.   YES.  BUT IF THE RESOURCES PERSONNEL AND DIRECTION FROM |
| 12:02PM | 14 | MANAGEMENT DOES NOT SUPPORT ME, THAT ISN'T POSSIBLE. |
| 12:02PM | 15 | Q.   WE'LL TALK ABOUT AAP AND PT MORE SPECIFICALLY LATER. |
| 12:02PM | 16 | BUT MY QUESTION FOR NOW IS, ULTIMATELY THAT IS YOUR |
| 12:02PM | 17 | RESPONSIBILITY, RIGHT, SIR? |
| 12:03PM | 18 | A.   YES.  I THINK I'VE TESTIFIED PREVIOUSLY THAT THE TESTING |
| 12:03PM | 19 | PLATFORM WAS NOT ALLOWING ME TO EXECUTE MY RESPONSIBILITIES AS |
| 12:03PM | 20 | LABORATORY DIRECTOR EFFECTIVELY.  THAT WAS ONE OF THE REASONS |
| 12:03PM | 21 | WHY I QUIT. |
| 12:03PM | 22 | MR. WADE:  MOVE TO STRIKE.  NONRESPONSIVE. |
| 12:03PM | 23 | THE COURT:  THAT LAST RESPONSE IS STRICKEN AS |
| 12:03PM | 24 | NONRESPONSIVE. |
| 12:03PM | 25 | I'M SURE WE'LL HAVE OTHER QUESTIONS FOR YOU. |

| | | |
|---|---|---|
| 12:03PM | 1 | BY MR. WADE: |
| 12:03PM | 2 | Q.   AND YOU MENTIONED THE QUALITY MANAGER; RIGHT? |
| 12:03PM | 3 | A.   YES. |
| 12:03PM | 4 | Q.   THERE ARE OTHER IMPORTANT FUNCTIONS WITHIN THE LAB AS |
| 12:03PM | 5 | WELL; RIGHT? |
| 12:03PM | 6 | A.   YES. |
| 12:03PM | 7 | Q.   THERE'S A TECHNICAL SUPERVISOR? |
| 12:03PM | 8 | A.   YES. |
| 12:03PM | 9 | Q.   AND A CLINICAL CONSULTANT? |
| 12:03PM | 10 | A.   YES. |
| 12:03PM | 11 | Q.   AND A GENERAL SUPERVISOR? |
| 12:04PM | 12 | A.   YES. |
| 12:04PM | 13 | Q.   AND THERE ARE TESTING PERSONNEL; RIGHT? |
| 12:04PM | 14 | A.   YES. |
| 12:04PM | 15 | Q.   AND THE JOBS OF ALL OF THOSE PEOPLE ARE SET FORTH IN THE |
| 12:04PM | 16 | REGULATIONS; RIGHT? |
| 12:04PM | 17 | A.   CORRECT. |
| 12:04PM | 18 | Q.   AND THERE'S SPECIFIC EDUCATION LEVELS AND TRAINING THAT |
| 12:04PM | 19 | ARE REQUIRED TO MEET THOSE -- TO BE QUALIFIED TO PERFORM THOSE |
| 12:04PM | 20 | FUNCTIONS? |
| 12:04PM | 21 | A.   YES. |
| 12:04PM | 22 | Q.   AND ONE OF YOUR JOBS AS LABORATORY DIRECTOR IS TO ENSURE |
| 12:04PM | 23 | THAT THE PEOPLE WHO ARE DOING THOSE JOBS ARE QUALIFIED? |
| 12:04PM | 24 | A.   CORRECT. |
| 12:04PM | 25 | Q.   IF YOU COULD LOOK WITHIN 7603 AT 493.1147. |

1996

ROSENDORFF CROSS BY MR. WADE

| | | |
|---|---|---|
| 12:04PM | 1 | IF IT'S EASIER, IT'S ALSO SEPARATE IN YOUR BOOK UNDER |
| 12:05PM | 2 | 7603D.  IF IT'S EASIER TO LOOK AT, IT'S THE SAME MATERIAL. |
| 12:05PM | 3 | THE WITNESS:  COULD YOU TELL ME WHAT THE HOLMES |
| 12:05PM | 4 | NUMBER IS ON THAT PAGE? |
| 12:05PM | 5 | BY MR. WADE: |
| 12:05PM | 6 | Q.   DO YOU HAVE 7603 IN FRONT OF YOU? |
| 12:05PM | 7 | A.   I HAVE 7603D. |
| 12:05PM | 8 | Q.   OKAY.  7603D.  YOU HAVE THAT IN FRONT OF YOU? |
| 12:05PM | 9 | A.   YES. |
| 12:05PM | 10 | Q.   OKAY.  HOLMES NUMBER 793. |
| 12:05PM | 11 | YOUR HONOR, WE INCLUDED THIS AS AN EXCERPT FOR |
| 12:05PM | 12 | CONVENIENCE.  IT'S A SMALLER DOCUMENT.  IF THERE'S NO |
| 12:05PM | 13 | OBJECTION, WE'LL PUBLISH THIS VERSION. |
| 12:05PM | 14 | MR. BOSTIC:  IF THIS IS INCLUDED IN 7603, NO |
| 12:05PM | 15 | OBJECTION. |
| 12:05PM | 16 | MR. WADE:  IT IS. |
| 12:05PM | 17 | THE COURT:  I THINK IT IS.  GO RIGHT AHEAD. |
| 12:05PM | 18 | MR. WADE:  IF WE CAN PULL THAT UP AND IF WE CAN |
| 12:06PM | 19 | HIGHLIGHT. |
| 12:06PM | 20 | Q.   DO YOU SEE WHERE IT SETS FORTH THE STANDARD FOR TECHNICAL |
| 12:06PM | 21 | SUPERVISOR QUALIFICATIONS? |
| 12:06PM | 22 | DO YOU SEE THAT? |
| 12:06PM | 23 | A.   YES. |
| 12:06PM | 24 | Q.   AND ARE YOU FAMILIAR WITH THESE REQUIREMENTS GENERALLY? |
| 12:06PM | 25 | A.   YES. |

ROSENDORFF CROSS BY MR. WADE                                    1997

12:06PM  1    Q.   AND GENERALLY, WHAT IS REQUIRED TO BE A TECHNICAL

12:06PM  2    SUPERVISOR WITHIN A HIGH COMPLEXITY CLIA LAB?

12:06PM  3    A.   YOU NEED TO HAVE A BACHELOR'S OR HIGHER DEGREE IN A

12:06PM  4    RELEVANT SUBJECT, SUCH AS CLINICAL LABORATORY MEDICINE OR

12:06PM  5    BIOLOGY.

12:06PM  6         YOU NEED TO HAVE SOME YEARS OF EXPERIENCE WORKING IN A

12:06PM  7    CLINICAL LABORATORY.

12:06PM  8    Q.   OKAY.  ARE YOU FAMILIAR WITH MS. HOLMES'S EDUCATIONAL

12:06PM  9    BACKGROUND?

12:06PM  10   A.   I BELIEVE SHE DROPPED OUT OF STANFORD AT THE AGE OF 19.

12:06PM  11   Q.   AND BASED ON YOUR UNDERSTANDING OF HER BACKGROUND, WOULD

12:07PM  12   SHE QUALIFY TO BE A TECHNICAL SUPERVISOR IN A CLIA LAB?

12:07PM  13   A.   NO, SHE WOULD NOT.

12:07PM  14   Q.   LET ME ASK, I THINK IT'S OBVIOUS FROM YOUR PRIOR

12:07PM  15   TESTIMONY, BUT WOULD SHE BE QUALIFIED TO BE A LABORATORY

12:07PM  16   DIRECTOR?

12:07PM  17   A.   NO, DEFINITELY NOT.

12:07PM  18   Q.   LET'S GO TO HOLMES PAGE 800.  IF WE CAN HIGHLIGHT THE

12:07PM  19   HEADING ON THAT PAGE.

12:07PM  20        DO YOU SEE THAT SETS FORTH THE TECHNICAL SUPERVISOR'S

12:07PM  21   RESPONSIBILITIES?

12:07PM  22   A.   YES.

12:07PM  23   Q.   AT A HIGH LEVEL COULD YOU EXPLAIN FOR US WHAT A TECHNICAL

12:07PM  24   SUPERVISOR DOES WITHIN A LAB?

12:07PM  25   A.   THEY ARE RESPONSIBLE FOR THE TECHNICAL ASPECTS OF TESTS,

ROSENDORFF CROSS BY MR. WADE                                                   1998

| | | |
|---|---|---|
| 12:07PM | 1 | RUNNING OF TESTS. THEY ALSO OVERSEE PROFICIENCY TESTING, THAT |
| 12:08PM | 2 | THE LIMS SYSTEM IS WORKING CORRECTLY. THEY'RE INVOLVED IN THE |
| 12:08PM | 3 | TECHNICAL ASPECTS OF THE LABORATORY. |
| 12:08PM | 4 | Q. OKAY. IS THAT AN IMPORTANT JOB WITHIN A CLIA LAB? |
| 12:08PM | 5 | A. YES. |
| 12:08PM | 6 | Q. AND DID YOU HAVE A TECHNICAL SUPERVISOR AT THERANOS? |
| 12:08PM | 7 | A. I BELIEVE WE DID. I DON'T RECALL WHO THAT WAS. |
| 12:08PM | 8 | Q. AND YOU DON'T RECALL THE NAME? |
| 12:08PM | 9 | A. NO. |
| 12:08PM | 10 | Q. OKAY. LET'S GO TO THE NEXT PAGE. 801. |
| 12:08PM | 11 | A. YES. |
| 12:08PM | 12 | Q. AND DO YOU SEE THE HEADING THERE FOR A CLINICAL |
| 12:08PM | 13 | CONSULTANT? |
| 12:08PM | 14 | A. YES. |
| 12:08PM | 15 | Q. AND IT SETS FORTH THE REQUIREMENTS FOR A CLINICAL |
| 12:08PM | 16 | CONSULTANT. |
| 12:08PM | 17 | A. YES. |
| 12:08PM | 18 | Q. DO YOU SEE THAT? |
| 12:08PM | 19 | A. YES. |
| 12:08PM | 20 | Q. AND GENERALLY WHAT ARE THE QUALIFICATIONS FOR A CLINICAL |
| 12:08PM | 21 | CONSULTANT? |
| 12:08PM | 22 | A. THEY HAVE TO BE QUALIFIED AS A LABORATORY DIRECTOR OR BE A |
| 12:09PM | 23 | DOCTOR OF MEDICINE, DOCTOR OF OSTEOPATHY, AND LICENSED IN THE |
| 12:09PM | 24 | STATE IN WHICH THEY'RE WORKING. |
| 12:09PM | 25 | Q. AND WAS MS. HOLMES, WOULD SHE BE QUALIFIED IN YOUR |

ROSENDORFF CROSS BY MR. WADE                                        1999

12:09PM  1    UNDERSTANDING OF THIS REGULATION TO BE A CLINICAL CONSULTANT?

12:09PM  2    A.   NO.

12:09PM  3    Q.   DO YOU SEE THE NEXT COLUMN OF THAT PAGE WHICH TALKS ABOUT

12:09PM  4    A GENERAL SUPERVISOR?

12:09PM  5    A.   YES.

12:09PM  6    Q.   ACTUALLY, BEFORE I GET TO THAT, DID YOU HAVE A CLINICAL

12:09PM  7    CONSULTANT, OR DID SOMEONE FUNCTION AS A CLINICAL CONSULTANT AT

12:09PM  8    THERANOS?

12:09PM  9    A.   I BELIEVE I WAS -- THE LABORATORY DIRECTOR CAN ALSO

12:09PM  10   FUNCTION AS THE CLINICAL CONSULTANT.  YOU CAN HOLD TWO

12:09PM  11   POSITIONS.  I BELIEVE THAT WAS THE CASE AT THERANOS.

12:10PM  12   Q.   YOU BELIEVED YOU SERVED BOTH POSITIONS?

12:10PM  13   A.   YES.

12:10PM  14   Q.   OKAY.  AND IF I CAN HAVE -- MY APOLOGIES FOR INTERRUPTING

12:10PM  15   YOU.

12:10PM  16        IF I CAN DRAW YOUR ATTENTION TO THE NEXT COLUMN TO THE

12:10PM  17   RIGHT.

12:10PM  18        DO YOU SEE WHERE IT TALKS ABOUT GENERAL SUPERVISOR?

12:10PM  19   A.   YES.

12:10PM  20   Q.   AND GENERALLY WHAT ARE THE REQUIREMENTS FOR A GENERAL

12:10PM  21   SUPERVISOR?

12:10PM  22   A.   GENERALLY THEY HAVE TO HAVE A CLINICAL LABORATORY CLS

12:10PM  23   LICENSE IN CALIFORNIA; THEY HAVE TO MEET THE REQUIREMENTS FOR A

12:10PM  24   LABORATORY DIRECTOR OR A TECHNICAL SUPERVISOR; OR THEY CAN BE A

12:10PM  25   DOCTOR OF MEDICINE; THEY MUST HAVE AT LEAST ONE YEAR OF LAB

ROSENDORFF CROSS BY MR. WADE                                          2000

12:10PM   1     TRAINING AND EXPERIENCE; THEY MUST QUALIFY AS TESTING

12:10PM   2     PERSONNEL, ET CETERA.

12:10PM   3        THERE'S A NUMBER OF REQUIREMENTS LISTED HERE.

12:10PM   4     Q.   AND WOULD MS. HOLMES QUALIFY FOR THAT POSITION BASED ON

12:11PM   5     YOUR UNDERSTANDING?

12:11PM   6     A.   NO.

12:11PM   7     Q.   AND DID YOU HAVE A GENERAL SUPERVISOR WITHIN THE LAB?

12:11PM   8     A.   YES, I BELIEVE THAT WAS HODA ALAMDAR.

12:11PM   9     Q.   AND SHE REPORTED TO YOU?

12:11PM   10    A.   CORRECT.  SO IT WAS NEVER FORMALLY -- YES, UNDER CLIA LAW

12:11PM   11    THOSE PEOPLE REPORT TO ME.  BUT I WAS NEVER TOLD WHO MY REPORTS

12:11PM   12    WERE WITHIN THE COMPANY THOUGH.

12:11PM   13    Q.   I RECALL THAT TESTIMONY, SIR.  DO YOU RECALL TESTIFYING

12:11PM   14    PREVIOUSLY THAT THERE WERE 12 PEOPLE WHO REPORTED DIRECTLY TO

12:11PM   15    YOU?

12:11PM   16    A.   APPROXIMATELY, YES.

12:11PM   17    Q.   REPORTING DIRECTLY TO YOU?

12:11PM   18    A.   I BELIEVE SO.

12:11PM   19    Q.   OKAY.

12:11PM   20    A.   AND CAN I ADD SOMETHING HERE?

12:11PM   21    Q.   SURE.

12:11PM   22    A.   I JUST WANT TO CLARIFY THAT SUNNY BALWANI WAS HEAVILY

12:12PM   23    INVOLVED AND WAS GIVING US BOTH DIRECTIONS ON A DAILY BASIS.

12:12PM   24    Q.   MY QUESTION WAS, WERE THEY REPORTING DIRECTLY TO YOU?

12:12PM   25    A.   UNDER CLIA LAW, YES.

ROSENDORFF CROSS BY MR. WADE                                      2001

12:12PM   1    Q.   AND YOU WERE REPORTING DIRECTLY TO MR. BALWANI; CORRECT?

12:12PM   2    A.   YES.

12:12PM   3    Q.   AND I BELIEVE YOU TESTIFIED PREVIOUSLY THAT THE DOTTED

12:12PM   4    LINE REPORTED DIRECTLY TO DANIEL YOUNG; RIGHT?

12:12PM   5    A.   I BELIEVE SO.

12:12PM   6    Q.   BECAUSE HE WAS THE VICE PRESIDENT OF THE COMPANY?

12:12PM   7    A.   CORRECT.

12:12PM   8    Q.   AND HE WAS A SENIOR EMPLOYEE TO YOU?

12:12PM   9    A.   CORRECT.

12:12PM   10   Q.   AND SO IN A SENSE WHEN YOU'RE DEALING WITH HIM, HE'S PART

12:12PM   11   OF SENIOR MANAGEMENT?

12:12PM   12   A.   YES.

12:12PM   13   Q.   OKAY.  DO YOU THINK -- ARE THERE EVER CIRCUMSTANCES WHERE

12:12PM   14   IT'S APPROPRIATE FOR SENIOR MANAGEMENT TO HAVE DISCUSSION ABOUT

12:12PM   15   A SUBORDINATE?

12:12PM   16   A.   I DON'T UNDERSTAND YOUR QUESTION, SIR.

12:12PM   17   Q.   ARE THERE EVER -- LET ME TRY IT AGAIN.

12:12PM   18        YOU UNDERSTAND THAT THERE ARE SOMETIMES PEOPLE WHO SERVE

12:13PM   19   IN A CERTAIN HIERARCHY WITHIN A COMPANY; RIGHT?

12:13PM   20   A.   YES.

12:13PM   21   Q.   AND THERE ARE SOMETIMES PEOPLE WHO ARE SUBORDINATE TO

12:13PM   22   THEM, WHO ARE LOWER DOWN IN THE HIERARCHY?

12:13PM   23   A.   YES.

12:13PM   24   Q.   OKAY.  IS IT EVER APPROPRIATE FOR PEOPLE HIGHER UP IN THE

12:13PM   25   HIERARCHY TO HAVE A CONVERSATION ABOUT A PERSON LOWER DOWN IN

ROSENDORFF CROSS BY MR. WADE                                            2002

12:13PM   1     THE HIERARCHY WITHOUT INCLUDING THAT PERSON?

12:13PM   2     A.   NO, IT'S NOT APPROPRIATE.

12:13PM   3     Q.   IT'S NEVER APPROPRIATE?

12:13PM   4     A.   CORRECT.

12:13PM   5     Q.   SO HYPOTHETICALLY, A CEO AND A PRESIDENT OF A COMPANY

12:13PM   6     COULDN'T HAVE A CONVERSATION ABOUT THE PERFORMANCE OF THE CHIEF

12:13PM   7     FINANCIAL OFFICER WITHOUT THE CHIEF FINANCIAL OFFICER BEING

12:13PM   8     PRESENT?

12:13PM   9     A.   ARE YOU ASKING WHAT IS APPROPRIATE BUSINESS CONDUCT, OR

12:13PM  10     ARE YOU ASKING WHAT THE COMPANY POLICY IS?  OR ARE YOU ASKING

12:13PM  11     ABOUT THE LAW?

12:13PM  12     Q.   WELL, YOU'VE WORKED IN BUSINESS; RIGHT?

12:14PM  13     A.   CORRECT.

12:14PM  14     Q.   WITHIN COMPANIES?

12:14PM  15     A.   IT DOES FREQUENTLY HAPPEN THAT HIGH MANAGEMENT WILL ASK

12:14PM  16     ABOUT A MIDDLE MANAGEMENT PERSON WITH A SUBORDINATE.  THAT DOES

12:14PM  17     HAPPEN, YES.

12:14PM  18     Q.   MY QUESTION IS, ISN'T IT PERFECTLY NORMAL AND APPROPRIATE

12:14PM  19     FOR SENIOR MANAGEMENT TO HAVE DISCUSSIONS ABOUT A LOWER LEVEL

12:14PM  20     EMPLOYEE?

12:14PM  21     A.   THAT THEY WOULD HAVE THOSE DISCUSSIONS WITH THE DIRECT --

12:14PM  22     THE PERSON THAT THE EMPLOYEE REPORTED TO, RIGHT.  SO IF UPPER

12:14PM  23     MANAGEMENT HAD A CONCERN ABOUT SOMEBODY THAT REPORTED TO

12:14PM  24     DANISE YAM, THEY WOULD ASK HER ABOUT IT.  THEY WOULDN'T GO

12:14PM  25     DIRECTLY TO THE SUBORDINATE.

ROSENDORFF CROSS BY MR. WADE                                    2003

12:14PM  1    Q.   I'M NOT ASKING ABOUT THEM GOING TO THE SUBORDINATE.  I'M

12:14PM  2    ASKING ABOUT THEM HAVING COMMUNICATIONS WITH EACH OTHER.

12:14PM  3         LET ME GIVE YOU AN EXAMPLE, OKAY?

12:14PM  4    A.   UH-HUH.

12:14PM  5    Q.   LET'S SAY MS. HOLMES AND MR. BALWANI WANTED TO HAVE A

12:14PM  6    CONVERSATION ABOUT THE FACT THAT ADAM ROSENDORFF KEPT ROTTEN

12:15PM  7    FOOD IN HIS OFFICE AND IT SMELLED A LOT AND IT WAS BECOMING A

12:15PM  8    PROBLEM AND PEOPLE WERE COMPLAINING AND IT BECAME A SANITARY

12:15PM  9    ISSUE.

12:15PM  10        COULD MS. HOLMES AND MR. BALWANI HAVE A CONVERSATION ABOUT

12:15PM  11   THAT ISSUE WITHOUT INCLUDING YOU?

12:15PM  12   A.   THEY WOULD -- IT'S MOST APPROPRIATE THAT THEY WOULD COME

12:15PM  13   TO ME FIRST, YES.

12:15PM  14   Q.   THAT WASN'T MY QUESTION.

12:15PM  15        MY QUESTION WAS, IS IT YOUR TESTIMONY HERE THAT IT IS

12:15PM  16   INAPPROPRIATE FOR SENIOR EMPLOYEES TO HAVE DISCUSSIONS ABOUT

12:15PM  17   THE PERFORMANCE AND FUNCTIONS OF A SUBORDINATE EMPLOYEE?

12:15PM  18   THAT'S YOUR TESTIMONY?

12:15PM  19   A.   NO.  SO THE EVALUATION PROCESS DIFFERS FROM COMPANY TO

12:15PM  20   COMPANY.  FOR INSTANCE, I WORKED AT INVITAE.  THERE WERE 360

12:15PM  21   EVALUATIONS WHERE EVERYBODY GOT TO EVALUATE EVERYBODY ELSE.

12:15PM  22        I'M TRYING TO BE AS RESPONSIVE TO YOUR QUESTION AS I CAN.

12:16PM  23   I GUESS I'M JUST NOT GETTING IT OR -- YEAH.

12:16PM  24   Q.   LET ME TRY TO MAKE IT MORE CONCRETE.  HODA -- IS IT

12:16PM  25   ALAMDAR?

ROSENDORFF CROSS BY MR. WADE                                    2004

```
12:16PM   1      A.   ALAMDAR.

12:16PM   2      Q.   -- REPORTED TO YOU?

12:16PM   3      A.   CORRECT.

12:16PM   4      Q.   AND YOU REPORTED TO MR. BALWANI?

12:16PM   5      A.   CORRECT.

12:16PM   6      Q.   AND DID YOU EVER HAVE CONVERSATIONS WITH MR. BALWANI ABOUT

12:16PM   7      MS. ALAMDAR'S PERFORMANCE OUT OF THE PRESENCE OF MS. ALAMDAR?

12:16PM   8      A.   I DO NOT RECALL.

12:16PM   9      Q.   DID YOU EVER HAVE CONVERSATIONS WITH MR. BALWANI ABOUT THE

12:16PM  10      PERFORMANCE OF ANY OF THE OTHER PEOPLE WHO REPORTED TO YOU

12:16PM  11      OUTSIDE OF THE PRESENCE OF THOSE EMPLOYEES?

12:16PM  12      A.   I DO NOT RECALL.  I WILL SAY ON MY FIRST DAY AT THE

12:16PM  13      COMPANY, SUNNY FIRED ONE OF THE CLS'S WITHOUT CONSULTING ME.

12:16PM  14           MR. WADE:  MOVE TO STRIKE AS NONRESPONSIVE.

12:17PM  15           THE COURT:  THAT LAST RESPONSE IS STRICKEN, LADIES

12:17PM  16      AND GENTLEMEN.

12:17PM  17      BY MR. WADE:

12:17PM  18      Q.   NOW, AT THE TIME YOU LEFT THE COMPANY, THERE WERE OTHER

12:17PM  19      PEOPLE WORKING IN THE CLIA LAB; RIGHT?

12:17PM  20      A.   CORRECT.

12:17PM  21      Q.   AND YOU HAD SIGNED OFF ON OR AGREED WITH THE HIRING OF ALL

12:17PM  22      OF THE PEOPLE WHO WERE LEFT AT THE TIME YOU LEFT; RIGHT?

12:17PM  23      A.   NO.  THERE WERE SOME INDIVIDUALS THAT WERE HIRED BEFORE I

12:17PM  24      CAME ON BOARD.

12:17PM  25      Q.   BUT NO ONE WAS -- NO ONE WHO WAS LEFT THERE WAS EVER HIRED
```

ROSENDORFF CROSS BY MR. WADE                                    2005

12:17PM   1    OVER YOUR OBJECTION?

12:17PM   2    A.   CORRECT.

12:17PM   3    Q.   AND OF THE PEOPLE THAT WERE LEFT, YOU NEVER ASKED THAT

12:17PM   4    ANYONE BE FIRED?

12:17PM   5    A.   CORRECT.

12:17PM   6    Q.   YOU HAD CONFIDENCE --

12:17PM   7    A.   I DID HAVE A PROBLEM WITH ONE EMPLOYEE THAT I RAISED TO

12:17PM   8    MANAGEMENT, YES.  BUT I NEVER ASKED THAT SHE BE FIRED, NO.

12:18PM   9    Q.   AND WHO IS THAT EMPLOYEE?

12:18PM  10    A.   CHI NGUYEN.

12:18PM  11    Q.   YOU HAD CONFIDENCE IN THE PEOPLE WHO WERE WORKING UNDER

12:18PM  12    YOU; RIGHT?

12:18PM  13    A.   YES.

12:18PM  14    Q.   YOU ACTUALLY THOUGHT YOU HAD A GOOD TEAM THROUGHOUT THE

12:18PM  15    TIME YOU WERE AT THERANOS?

12:18PM  16    A.   YES.

12:19PM  17    Q.   YOU TESTIFIED A COUPLE MINUTES AGO ABOUT THE DATE OF THE

12:19PM  18    LAUNCH.

12:19PM  19         DO YOU RECALL THAT?

12:19PM  20    A.   YES.

12:19PM  21    Q.   AND YOU TESTIFIED ON DIRECT EXAMINATION THAT IT WAS THE

12:19PM  22    9TH OF SEPTEMBER?

12:19PM  23    A.   CORRECT.

12:19PM  24    Q.   EIGHT YEARS AGO?

12:19PM  25    A.   CORRECT.

ROSENDORFF CROSS BY MR. WADE                                    2006

12:19PM   1    Q.   YOU RECALL THAT DATE SPECIFICALLY?

12:19PM   2    A.   YES.

12:19PM   3    Q.   AND THE REASON -- YOU HAVE AN INDEPENDENT RECOLLECTION OF

12:19PM   4    IT?  IT'S NOT BECAUSE YOU WERE SHOWN DOCUMENTS BY THE

12:19PM   5    GOVERNMENT; RIGHT?

12:19PM   6    A.   YES.  YES.

12:19PM   7    Q.   AND THROUGHOUT THE QUESTIONING BY THE GOVERNMENT ON YOUR

12:19PM   8    DIRECT TESTIMONY, THERE WERE FREQUENT DISCUSSIONS AND QUESTIONS

12:20PM   9    THAT TALKED ABOUT THAT COMMERCIAL LAUNCH IN SEPTEMBER OF 2013.

12:20PM  10        DO YOU RECALL THAT?

12:20PM  11    A.   YES.

12:20PM  12    Q.   YOU WERE ASKED A QUESTION ABOUT EVENTS PRIOR TO THE

12:20PM  13    COMMERCIAL LAUNCH IN SEPTEMBER OF 2013?

12:20PM  14    A.   YES.

12:20PM  15    Q.   AND LEADING UP TO THAT COMMERCIAL LAUNCH, THE BROADER

12:20PM  16    COMMERCIAL LAUNCH IN SEPTEMBER OF 2013; RIGHT?

12:20PM  17    A.   YES.  SO SEPTEMBER 9TH, 2013, TESTING WAS OPENED UP TO

12:20PM  18    FRIENDS AND FAMILY, BUT NOT TO THE GENERAL PUBLIC IF THAT'S

12:20PM  19    WHAT YOU MEAN BY "BROADER."

12:20PM  20    Q.   IF WE CAN -- IF I CAN DRAW YOUR ATTENTION TO PAGE 1721 OF

12:21PM  21    THE TRIAL TRANSCRIPT, WHICH IS EXHIBIT 11439.

12:21PM  22    A.   YES, I HAVE IT.

12:21PM  23    Q.   AND DO YOU SEE A -- ACTUALLY, LET ME START AT 1711.  OKAY?

12:21PM  24        YOU WERE ASKED --

12:21PM  25    A.   EXHIBIT 11711?

UNITED STATES COURT REPORTERS
**ER-5711**

ROSENDORFF CROSS BY MR. WADE

| | | |
|---|---|---|
| 12:21PM | 1 | Q.   11711. |
| 12:21PM | 2 | A.   I'M SORRY.  I'M FINDING IT VERY DIFFICULT SWITCHING |
| 12:22PM | 3 | BINDERS. |
| 12:22PM | 4 | Q.   I'M SORRY.  I'M BEING -- PAGE -- LET ME STRIKE IT AND |
| 12:22PM | 5 | START OVER FOR EVERYONE'S CLARITY. |
| 12:22PM | 6 | EXHIBIT 11439, PAGE 1711. |
| 12:22PM | 7 | A.   OKAY. |
| 12:22PM | 8 | Q.   YOU WERE ASKED, "DID THERE COME A TIME WHEN THERANOS BEGAN |
| 12:22PM | 9 | OFFERING THESE BLOOD TESTING SERVICES?" |
| 12:22PM | 10 | AND YOU SAID, "RIGHT." |
| 12:22PM | 11 | RIGHT? |
| 12:22PM | 12 | A.   YES. |
| 12:22PM | 13 | Q.   AND YOU WERE ASKED, DO YOU RECALL WHEN THAT WAS. |
| 12:22PM | 14 | AND IT WAS EARLY IN SEPTEMBER OF 2013.  IT WAS I THINK THE |
| 12:22PM | 15 | 9TH OF SEPTEMBER; RIGHT? |
| 12:22PM | 16 | A.   YES. |
| 12:22PM | 17 | Q.   OKAY.  LET'S GO TO PAGE 1721, LINE 10. |
| 12:23PM | 18 | YOU WERE ASKED THE QUESTION, "PRIOR TO THE COMMERCIAL |
| 12:23PM | 19 | LAUNCH IN SEPTEMBER OF 2013, WAS THERANOS CONDUCTING ANY |
| 12:23PM | 20 | PATIENT TESTING?" |
| 12:23PM | 21 | DO YOU SEE THAT? |
| 12:23PM | 22 | A.   YES. |
| 12:23PM | 23 | Q.   AND THEN ON LINE 22, "AND LEADING UP TO THAT COMMERCIAL |
| 12:23PM | 24 | LAUNCH, THE BROADER COMMERCIAL LAUNCH IN SEPTEMBER OF 2013, |
| 12:23PM | 25 | WHAT WAS THE OVERALL MOOD AT THE COMPANY?" |

ROSENDORFF CROSS BY MR. WADE                                          2008

12:23PM   1          RIGHT?

12:23PM   2     A.   YES.

12:23PM   3     Q.   AND YOU WERE ASKED SOME QUESTIONS ABOUT EXHIBITS THAT

12:23PM   4     RELATED TO THAT TIME PERIOD WHEN YOU WERE GETTING READY TO

12:23PM   5     LAUNCH; RIGHT?

12:23PM   6     A.   YES.

12:23PM   7     Q.   AND YOU WERE ASKED ABOUT AN EMAIL THAT RELATED TO WHETHER

12:23PM   8     THERE WERE ANY GENERAL CHEMISTRY ASSAYS THAT WERE VALIDATED.

12:23PM   9          DO YOU RECALL THAT?

12:23PM  10     A.   YES.

12:23PM  11     Q.   AND YOU WERE ASKED GENERALLY ABOUT WHETHER THAT WAS

12:24PM  12     CONCERNING TO YOU THAT NONE OF THEM HAD BEEN VALIDATED AS OF

12:24PM  13     AUGUST 31ST, 2013; RIGHT?

12:24PM  14     A.   COULD YOU POINT ME TO THAT PART OF MY TESTIMONY?

12:24PM  15     Q.   SURE.  NO, LET'S PUT UP 3231.  IT'S IN EVIDENCE.  IT MIGHT

12:24PM  16     COME UP ON YOUR SCREEN.  THAT MIGHT BE EASIER.

12:24PM  17          LET'S BLOW UP THE EMAIL IN THE MIDDLE OF THE PAGE.

12:24PM  18     A.   I SEE.  THIS IS AN EMAIL FROM ROSE EDMONDS WHERE I WAS

12:24PM  19     CC'D.

12:24PM  20     Q.   DO YOU SEE THAT?

12:24PM  21     A.   YES.

12:24PM  22     Q.   AND THIS IS AUGUST 31ST, 2013; RIGHT?

12:24PM  23     A.   YES, YES.

12:24PM  24     Q.   AND THE BEGINNING OF THE EMAIL RIGHT THERE SAYS, "AS OF

12:25PM  25     RIGHT NOW NONE OF OUR ASSAYS ARE COMPLETELY THROUGH VALIDATION

ROSENDORFF CROSS BY MR. WADE                                    2009

12:25PM   1    INCLUDING CLINICAL SAMPLE TESTING WITH FINGERSTICK."

12:25PM   2        RIGHT?  DO YOU SEE THAT?

12:25PM   3    A.  YES.

12:25PM   4    Q.  OKAY.  AND YOU WERE ASKED ABOUT THIS DOCUMENT ON DIRECT

12:25PM   5    EXAMINATION; RIGHT?

12:25PM   6    A.  YES.

12:25PM   7    Q.  AND YOU TESTIFIED THAT THIS WAS SIGNIFICANT BECAUSE IT WAS

12:25PM   8    NINE DAYS BEFORE THE LAUNCH AND NONE OF THE TESTS THAT THE

12:25PM   9    COMPANY WAS INTENDING TO LAUNCH HAD BEEN VALIDATED FOR PATIENT

12:25PM   10   CARE.

12:25PM   11       DO YOU RECALL THAT?

12:25PM   12   A.  YES, I BELIEVE I SAID THAT.  YES.

12:25PM   13   Q.  OKAY.

12:25PM   14   A.  I JUST WANT TO ADD THAT NO TESTS WERE IMPLEMENTED BEFORE I

12:26PM   15   REVIEWED AND SIGNED OFF ON THE VALIDATION DOCUMENTS.

12:26PM   16   Q.  RIGHT.  BUT I BELIEVE YOU SAID ON DIRECT EXAMINATION, YOU

12:26PM   17   SAID YOU WERE CONCERNED BECAUSE YOU WERE ABOUT A WEEK FROM THE

12:26PM   18   LAUNCH AND NONE OF THE GENERAL CHEMISTRY ASSAYS HAD BEEN

12:26PM   19   VALIDATED; RIGHT?

12:26PM   20   A.  YES.

12:26PM   21   Q.  AND YOU WERE ASKED, "IS THIS SITUATION CONCERNING TO YOU

12:26PM   22   AT THIS TIME?"

12:26PM   23       AND YOU SAID, "YES."

12:26PM   24       RIGHT?

12:26PM   25   A.  YES.

ROSENDORFF CROSS BY MR. WADE                                          2010

| | | |
|---|---|---|
| 12:26PM | 1 | Q.   AND YOU WERE ASKED "WHY?" |
| 12:26PM | 2 | AND YOU SAID, "THIS VALIDATION WAS BEING RUSHED." |
| 12:26PM | 3 | RIGHT? |
| 12:26PM | 4 | A.   CORRECT. |
| 12:26PM | 5 | Q.   AND THERE WAS BEING PRESSURE TO LAUNCH, AT THE START OF |
| 12:26PM | 6 | THAT COMMERCIAL LAUNCH ON SEPTEMBER 9TH; RIGHT? |
| 12:26PM | 7 | A.   YES. |
| 12:26PM | 8 | Q.   AND DO YOU RECALL YOU WERE ASKED ABOUT ANOTHER DOCUMENT |
| 12:27PM | 9 | DATED SEPTEMBER 29TH RELATING TO GLUCOSE AND SODIUM AND THE |
| 12:27PM | 10 | FACT THAT THEY WERE STILL WORKING OUT ISSUES WITH RESPECT TO |
| 12:27PM | 11 | THOSE TWO ASSAYS? |
| 12:27PM | 12 | DO YOU RECALL THAT? |
| 12:27PM | 13 | A.   YES. |
| 12:27PM | 14 | Q.   AND YOU WERE ASKED WHETHER THAT WAS CONCERNING TO YOU. |
| 12:27PM | 15 | DO YOU RECALL THAT? |
| 12:27PM | 16 | A.   YES.  YES. |
| 12:27PM | 17 | Q.   AND YOU SAID SOMETHING LIKE IT WAS CONCERNING BECAUSE IT |
| 12:27PM | 18 | WAS JUST DAYS BEFORE THE LAUNCH; RIGHT? |
| 12:27PM | 19 | A.   YES. |
| 12:27PM | 20 | Q.   AND YOU WERE ASKED ABOUT MS. HOLMES'S TESTIMONY, OR YOUR |
| 12:27PM | 21 | MEETING WITH MS. HOLMES. |
| 12:27PM | 22 | DO YOU RECALL THAT? |
| 12:27PM | 23 | A.   YES. |
| 12:27PM | 24 | Q.   AND YOU DESCRIBED WITH SOME DRAMA THE EVENTS, HOW SHE |
| 12:27PM | 25 | PHYSICALLY RESPONDED TO YOUR COMMENTS. |

ROSENDORFF CROSS BY MR. WADE                                    2011

12:27PM   1        DO YOU RECALL THAT?

12:27PM   2   A.   NO DRAMA.  I WAS JUST MAKING OBSERVATIONS.  I WAS

12:27PM   3   REPORTING WHAT I OBSERVED.

12:27PM   4   Q.   YOU SAID SOMETHING LIKE SHE WAS TREMBLING, SHAKING, SHE

12:28PM   5   WASN'T HER USUAL SELF; RIGHT?

12:28PM   6   A.   RIGHT.

12:28PM   7   Q.   AND BECAUSE YOU HAD EXPRESSED THIS CONCERN ABOUT THE

12:28PM   8   SODIUM ASSAY; RIGHT?

12:28PM   9   A.   AND POTASSIUM AND GLUCOSE.

12:28PM   10  Q.   OKAY.  AND WE'LL COME BACK TO THAT.  OKAY?

12:28PM   11  A.   YES.

12:28PM   12  Q.   BUT DO YOU RECALL YOU WERE ASKED ABOUT THAT ASSAY?

12:28PM   13  A.   YES.

12:28PM   14  Q.   IN CONNECTION WITH THIS LAUNCH?

12:28PM   15  A.   YES.

12:28PM   16  Q.   AND AGAIN AND AGAIN YOU WERE ASKED ABOUT THE EVENTS

12:28PM   17  LEADING UP TO THIS SEPTEMBER 9TH LAUNCH AND THE CONCERNS THAT

12:28PM   18  YOU HAD BECAUSE PEOPLE WERE EXPRESSING CONCERNS IN ADVANCE OF

12:28PM   19  THAT LAUNCH; RIGHT?

12:28PM   20  A.   YES.

12:28PM   21  Q.   SIR, YOU PREVIOUSLY TESTIFIED THAT THAT WAS A SOFT LAUNCH

12:28PM   22  THAT WAS OPEN TO A LIMITED NUMBER OF FRIENDS AND FAMILIES;

12:28PM   23  RIGHT?

12:28PM   24  A.   CORRECT.

12:28PM   25  Q.   AND YOU DIDN'T MAKE THAT CLEAR IN YOUR DIRECT TESTIMONY,

ROSENDORFF CROSS BY MR. WADE                                    2012

12:29PM   1    DID YOU, SIR?

12:29PM   2    A.   I WAS NEVER ASKED ABOUT THE SPECIFIC PATIENTS THAT WERE

12:29PM   3    BEING TESTED DURING MY DIRECT.

12:29PM   4        I HAVE COMMUNICATED THAT TO THE GOVERNMENT ON OTHER

12:29PM   5    OCCASIONS.

12:29PM   6    Q.   YOU HAVE COMMUNICATED THE CONCEPT OF SOFT LAUNCH --

12:29PM   7    A.   CORRECT.

12:29PM   8    Q.   -- ON MANY OCCASIONS; RIGHT?

12:29PM   9    A.   AT LEAST ONE OCCASION.

12:29PM   10   Q.   RIGHT.  YOU TESTIFIED IN THE GRAND JURY WITH RESPECT TO

12:29PM   11   THE SOFT LAUNCH; RIGHT?

12:29PM   12   A.   THAT WAS A LONG TIME AGO.  I DON'T RECALL.

12:29PM   13   Q.   OKAY.  WELL, LET'S LOOK AT THAT TESTIMONY.

12:29PM   14       YOUR GRAND JURY TESTIMONY IS 11002.

12:30PM   15   A.   OKAY.

12:30PM   16   Q.   AND DO YOU HAVE THAT IN FRONT OF YOU?

12:30PM   17   A.   YES.

12:30PM   18   Q.   LET ME DRAW YOUR -- THAT'S EXHIBIT 11002.  IF I COULD DRAW

12:31PM   19   YOUR ATTENTION TO PAGE 82.  IF YOU CAN LET ME KNOW WHEN YOU ARE

12:31PM   20   THERE.

12:31PM   21   A.   OKAY.

12:31PM   22   Q.   OKAY.  AND IF YOU COULD JUST READ TO YOURSELF LINE 16 ON

12:31PM   23   PAGE 82 TO LINE 21 ON PAGE 83.

12:31PM   24   A.   YES.

12:31PM   25       (PAUSE IN PROCEEDINGS.)

ROSENDORFF CROSS BY MR. WADE                                              2013

| | | |
|---|---|---|
| 12:31PM | 1 | THE WITNESS:  YES. |
| 12:31PM | 2 | BY MR. WADE: |
| 12:31PM | 3 | Q.   YOU'VE READ ALL OF THAT TESTIMONY ALREADY? |
| 12:31PM | 4 | A.   YES, YES, 19 THROUGH 21. |
| 12:31PM | 5 | Q.   NO, I'M SORRY.  I WANT YOU TO READ FROM LINE 16 ON PAGE 82 |
| 12:31PM | 6 | TO LINE 21 ON PAGE 83, THE NEXT PAGE. |
| 12:32PM | 7 | A.   OH, I SEE.  I SEE. |
| 12:32PM | 8 | (PAUSE IN PROCEEDINGS.) |
| 12:32PM | 9 | THE WITNESS:  YES. |
| 12:32PM | 10 | BY MR. WADE: |
| 12:32PM | 11 | Q.   OKAY.  AND IF I COULD ALSO HAVE YOU READ ON PAGE 76, |
| 12:32PM | 12 | LINE 10 THROUGH LINE 23. |
| 12:33PM | 13 | A.   LINE 23 ON THE SAME PAGE? |
| 12:33PM | 14 | Q.   YES. |
| 12:33PM | 15 | A.   OKAY. |
| 12:33PM | 16 | Q.   AND DOES THAT REFRESH YOUR RECOLLECTION THAT YOU DISCUSSED |
| 12:33PM | 17 | THE SOFT LAUNCH IN YOUR GRAND JURY TESTIMONY? |
| 12:33PM | 18 | A.   YES. |
| 12:33PM | 19 | Q.   AND IN THE PRESENCE OF THE GOVERNMENT LAWYERS -- |
| 12:33PM | 20 | A.   YES. |
| 12:33PM | 21 | Q.   -- IN THIS CASE; RIGHT? |
| 12:33PM | 22 | A.   YES.  CAN I JUST ASK YOU -- |
| 12:33PM | 23 | Q.   I'M ASKING THE QUESTIONS HERE, SIR, AND YOU'RE GIVING THE |
| 12:33PM | 24 | ANSWERS.  OKAY? |
| 12:33PM | 25 | DO YOU RECALL THAT TESTIMONY? |

ROSENDORFF CROSS BY MR. WADE                                                    2014

| | | |
|---|---|---|
| 12:33PM | 1 | A.   YES. |
| 12:33PM | 2 | Q.   AND YOU TESTIFIED THAT THAT WAS A LIMITED FRIENDS AND |
| 12:33PM | 3 | FAMILY LAUNCH; RIGHT? |
| 12:34PM | 4 | A.   CORRECT.  THAT DIDN'T ALLAY ANY OF MY CONCERNS THOUGH.  IF |
| 12:34PM | 5 | YOU'RE TESTING ONE PATIENT OR A THOUSAND, IT DOESN'T MAKE A |
| 12:34PM | 6 | DIFFERENCE. |
| 12:34PM | 7 | MR. WADE:  YOUR HONOR, MOVE TO STRIKE THE LAST |
| 12:34PM | 8 | PORTION. |
| 12:34PM | 9 | THE COURT:  THE LAST PORTION IS STRICKEN. |
| 12:34PM | 10 | HE'LL ASK YOU QUESTIONS AND JUST ANSWER HIS QUESTIONS AS |
| 12:34PM | 11 | BEST YOU CAN, PLEASE. |
| 12:34PM | 12 | THE WITNESS:  SURE. |
| 12:34PM | 13 | BY MR. WADE: |
| 12:34PM | 14 | Q.   AND DOES THAT REFRESH YOUR RECOLLECTION, SIR, THAT YOU |
| 12:34PM | 15 | TOLD THEM THAT THAT WASN'T OPEN TO THE GENERAL PUBLIC; RIGHT? |
| 12:34PM | 16 | A.   CORRECT.  CORRECT. |
| 12:34PM | 17 | Q.   THAT SOFT LAUNCH? |
| 12:34PM | 18 | A.   CORRECT. |
| 12:34PM | 19 | Q.   AND IS IT YOUR TESTIMONY THAT THE NATURE OF THAT SOFT |
| 12:34PM | 20 | LAUNCH WAS CLEAR IN YOUR PRIOR TESTIMONY?  DO YOU BELIEVE THAT |
| 12:34PM | 21 | WAS CLEAR? |
| 12:34PM | 22 | A.   I WASN'T SPECIFICALLY ASKED ABOUT THE SOFT LAUNCH IN MY |
| 12:34PM | 23 | PREVIOUS TESTIMONY. |
| 12:34PM | 24 | Q.   YOU WERE ASKED ABOUT THE COMMERCIAL LAUNCH; RIGHT? |
| 12:34PM | 25 | A.   YES. |

ROSENDORFF CROSS BY MR. WADE                                           2015

| | | |
|---|---|---|
| 12:34PM | 1 | Q.   AND YOU SAID IT WAS THIS DATE; RIGHT? |
| 12:34PM | 2 | A.   YES. |
| 12:34PM | 3 | Q.   BUT THE TESTING WAS NOT OPEN TO THE GENERAL PUBLIC UNTIL |
| 12:34PM | 4 | MONTHS LATER; RIGHT? |
| 12:34PM | 5 | A.   I DO NOT RECALL THE DATES AFTER SEPTEMBER 9TH WHEN THE |
| 12:35PM | 6 | TESTING WAS OPENED UP TO THE GENERAL PUBLIC. |
| 12:35PM | 7 | Q.   LET ME DRAW YOUR ATTENTION TO DX 12464. |
| 12:35PM | 8 | MR. BOSTIC:  IF COUNSEL COULD IDENTIFY WHICH BINDER |
| 12:35PM | 9 | THIS EXHIBIT IS IN, THAT WOULD HELP THE WITNESS. |
| 12:35PM | 10 | THE COURT:  THAT WOULD HELP. |
| 12:35PM | 11 | MR. WADE:  IF COUNSEL KNEW FOR SURE, COUNSEL WOULD. |
| 12:35PM | 12 | (LAUGHTER.) |
| 12:35PM | 13 | THE COURT:  ONE OF THE BLACK BINDERS. |
| 12:35PM | 14 | BY MR. WADE: |
| 12:35PM | 15 | Q.   IT'S A DOCUMENT AND IT'S ONE OF THE TWO EXHIBIT BINDERS. |
| 12:35PM | 16 | FOR REFERENCE, THE YELLOW BINDERS RELATE TO YOUR |
| 12:35PM | 17 | TESTIMONY. |
| 12:35PM | 18 | A.   UH-HUH. |
| 12:35PM | 19 | Q.   AND THE BLACK BINDERS THAT ARE BEFORE YOU SHOULD HAVE |
| 12:36PM | 20 | DOCUMENTS IN THEM. |
| 12:36PM | 21 | THIS IS AN EMAIL THAT I'D LIKE TO DRAW YOUR ATTENTION TO |
| 12:36PM | 22 | WHICH IS 12464? |
| 12:36PM | 23 | A.   IN THE BLACK BINDER OR THE YELLOW BINDER? |
| 12:36PM | 24 | Q.   THE BLACK BINDER.  I BELIEVE IT'S IN VOLUME 2. |
| 12:36PM | 25 | A.   I ONLY HAVE ONE VOLUME OF A BLACK BINDER UP HERE. |

ROSENDORFF CROSS BY MR. WADE                                    2016

12:36PM   1           MR. WADE:  MAY I APPROACH?

12:36PM   2           THE COURT:  YES.

12:36PM   3           MR. WADE:  (HANDING.)

12:36PM   4           THE WITNESS:  THANK YOU.  12462, SIR?

12:37PM   5    BY MR. WADE:

12:37PM   6    Q.  12464, PLEASE.

12:37PM   7    A.  ALL RIGHT.  UH-HUH.

12:37PM   8    Q.  DO YOU RECOGNIZE THIS AS AN EMAIL BETWEEN YOU AND

12:37PM   9    MR. BALWANI RELATING TO THE PUBLIC LAUNCH OF THERANOS ON

12:37PM  10    NOVEMBER -- IN NOVEMBER OF 2013?

12:37PM  11    A.  YES.

12:37PM  12    Q.  OKAY.

12:37PM  13        MOVE THE ADMISSION OF THIS EXHIBIT.

12:37PM  14           MR. BOSTIC:  NO OBJECTION.

12:37PM  15           THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:37PM  16        (DEFENDANT'S EXHIBIT 12464 WAS RECEIVED IN EVIDENCE.)

12:37PM  17           MR. WADE:  LET'S GO TO THE BOTTOM AND BLOW THAT UP.

12:37PM  18    Q.  DO YOU SEE HERE THIS IS AN EMAIL FROM SUNNY BALWANI TO

12:37PM  19    YOU?

12:37PM  20    A.  YES.

12:37PM  21    Q.  AND THAT'S -- AND THE SUBJECT IS 300 U AVE?

12:37PM  22    A.  YES.

12:37PM  23    Q.  AND 300 U AVE IS THE TESTING LOCATION IN PALO ALTO?

12:37PM  24    A.  CORRECT.  IT'S THE WALGREENS IN PALO ALTO.

12:38PM  25    Q.  AND THAT FIRST SENTENCE SAYS, "WE WOULD LIKE TO OPEN OUR

ROSENDORFF CROSS BY MR. WADE                                        2017

12:38PM   1      300 UNIVERSITY AVE. STORE TO PUBLIC THIS COMING MONDAY."

12:38PM   2          RIGHT?

12:38PM   3      A.   RIGHT.

12:38PM   4      Q.   BECAUSE IT HADN'T PREVIOUSLY BEEN OPEN TO THE PUBLIC;

12:38PM   5      RIGHT?

12:38PM   6      A.   CORRECT.

12:38PM   7      Q.   AND IT HAD PREVIOUSLY BEEN OPENED TO FRIENDS AND FAMILY OF

12:38PM   8      PEOPLE OF THERANOS; IS THAT RIGHT?

12:38PM   9      A.   THAT'S RIGHT.

12:38PM   10     Q.   AND IT HAD PREVIOUSLY -- YOU HAD TO HAVE A CERTIFICATE, A

12:38PM   11     SPECIAL CERTIFICATE IN ORDER TO GO THERE AND GET A TEST?

12:38PM   12     A.   CORRECT.

12:38PM   13     Q.   AND IT WAS A VERY LOW VOLUME OF PEOPLE WHO WERE GETTING

12:38PM   14     THOSE TESTS.

12:38PM   15          DO YOU RECALL THAT?

12:38PM   16     A.   I DO NOT RECALL THE TESTING VOLUME AT THAT TIME.

12:38PM   17     Q.   DO YOU RECALL IT WAS AN AVERAGE OF ABOUT THREE PATIENTS A

12:38PM   18     DAY IN ADVANCE OF THE COMMERCIAL LAUNCH?

12:38PM   19     A.   I DO NOT.

12:38PM   20     Q.   DO YOU RECALL BEING OVERWHELMED BY THE VOLUME?

12:38PM   21     A.   NO.

12:39PM   22     Q.   AND IN THE SECOND SENTENCE IT SAYS, "WE FEEL CONFIDENT

12:39PM   23     THAT WE CAN HANDLE ABOUT 30 SAMPLES/DAY FROM THIS LOCATION AT

12:39PM   24     THIS POINT."

12:39PM   25          IS THAT CORRECT?

ROSENDORFF CROSS BY MR. WADE                                    2018

12:39PM   1      A.   YES.

12:39PM   2      Q.   AND WOULD THAT SUGGEST THAT YOU WERE DOING MORE THAN 30

12:39PM   3      SAMPLES PREVIOUSLY?

12:39PM   4      A.   AS I TESTIFIED JUST NOW, I DO NOT RECALL THE VOLUME THAT

12:39PM   5      WAS BEING RUN PREVIOUSLY.

12:39PM   6      Q.   AND IT SAYS THERE, "AND IT HAS BEEN 2 MONTHS SINCE WE HAVE

12:39PM   7      BEEN OUT IN WALGREENS."

12:39PM   8           RIGHT?

12:39PM   9      A.   YES.

12:39PM  10      Q.   AND IT SAYS, "IT'S TIME TO GO LIVE."

12:39PM  11           RIGHT?

12:39PM  12      A.   YES.

12:39PM  13      Q.   BECAUSE ALL OF THE TESTING THAT HAD OCCURRED BEFORE THEN

12:39PM  14      WAS NOT OPEN TO THE GENERAL PUBLIC?

12:39PM  15      A.   CORRECT.

12:40PM  16      Q.   AND DO YOU RECALL WHEN YOU TESTIFIED TO THE GOVERNMENT, TO

12:40PM  17      THE GRAND JURY, YOU MADE THIS POINT TO THEM; RIGHT?

12:40PM  18      A.   YES.

12:40PM  19      Q.   AND YOU WERE ACTUALLY ASKED SPECIFIC QUESTIONS ABOUT THIS

12:40PM  20      ISSUE; RIGHT?

12:40PM  21      A.   YES.

12:40PM  22      Q.   AND IN THAT TESTIMONY, THE GOVERNMENT TRIED TO SUGGEST

12:40PM  23      THAT, WELL, AT THIS TIME THE LAUNCH WAS IMMINENT; RIGHT?

12:40PM  24           DO YOU RECALL THAT?

12:40PM  25      A.   I THINK I JUST READ THEY WERE ABOUT TO GO LIVE AND I SAW

ROSENDORFF CROSS BY MR. WADE                                    2019

12:40PM  1    SOMETHING WHEN I WAS REVIEWING THE GRAND JURY TESTIMONY TO THAT

12:40PM  2    EFFECT, YES.

12:40PM  3    Q.   DO YOU RECALL YOU INITIALLY WERE ASKED SOME QUESTIONS WITH

12:40PM  4    RESPECT TO THE LAUNCH; RIGHT?

12:40PM  5    A.   YES.

12:40PM  6    Q.   AND THEN YOU CAME BACK LATER AFTER THE GRAND JURORS HAD

12:40PM  7    ASKED SOME QUESTIONS AND MR. SCHENK ASKED YOU A COUPLE OF

12:41PM  8    CLARIFYING QUESTIONS ABOUT THAT.

12:41PM  9         DO YOU RECALL THAT?

12:41PM  10   A.   I RECALL AT THE END OF THE GRAND JURY PROCEEDINGS

12:41PM  11   MR. SCHENK ASKED ME SOME QUESTIONS AND ONE OF THE JURORS IN THE

12:41PM  12   GRAND JURY ASKED ME SOME QUESTIONS.

12:41PM  13   Q.   ABOUT THAT SOFT LAUNCH?

12:41PM  14   A.   I DON'T RECALL WHAT THE TOPIC WAS.

12:41PM  15   Q.   LET'S -- LET'S LOOK AT THOSE PAGES AGAIN.  THAT'S

12:41PM  16   EXHIBIT 11002, PAGE 82.

12:41PM  17   A.   I DO NOT HAVE THAT EXHIBIT IN MY BINDER.

12:41PM  18   Q.   IT'S IN A YELLOW BINDER.  SORRY.

12:42PM  19   A.   110?

12:42PM  20   Q.   11002.  IT WAS THE GRAND JURY TESTIMONY WE PREVIOUSLY

12:42PM  21   DISCUSSED.

12:42PM  22   A.   OKAY.  I HAVE IT.  I HAVE IT.

12:42PM  23   Q.   IF YOU COULD RE-READ THE TESTIMONY FROM LINE 16 ON PAGE 82

12:42PM  24   TO LINE 21 ON PAGE 83.

12:42PM  25        THE COURT:  TO HIMSELF?

ROSENDORFF CROSS BY MR. WADE                                2020

12:42PM  1              MR. WADE:  TO HIMSELF.

12:42PM  2          (PAUSE IN PROCEEDINGS.)

12:42PM  3              THE WITNESS:  OKAY.

12:43PM  4      BY MR. WADE:

12:43PM  5      Q.  AND DOES THIS REFRESH YOUR RECOLLECTION THAT IN THE GRAND

12:43PM  6      JURY YOU TESTIFIED ABOUT HOW THIS WAS A RESTRICTED LAUNCH THAT

12:43PM  7      WAS ONLY OPEN TO FAMILY OR EMPLOYEES OR FRIENDS OF EMPLOYEES?

12:43PM  8      A.  I DON'T HAVE AN INDEPENDENT RECOLLECTION OF THIS.  I'M

12:43PM  9      READING IT NOW, SO I --

12:43PM  10     Q.  DOES IT REFRESH YOUR RECOLLECTION?

12:43PM  11     A.  I'M UNDERSTANDING THE CONTENT OF THESE PAGES TODAY.  I DO

12:43PM  12     NOT HAVE AN INDEPENDENT RECOLLECTION OF IT.

12:43PM  13     Q.  OKAY.  AND DOES READING THESE PAGES REFRESH YOUR

12:43PM  14     RECOLLECTION ABOUT BEING ASKED WHETHER IT WAS SOON TO BE THAT

12:43PM  15     ANYONE COULD WALK INTO THE WALGREENS IN THE 40 OR SO LOCATIONS?

12:43PM  16     A.  YES.

12:43PM  17     Q.  AND YOU SAID YES?

12:43PM  18     A.  WELL, I'M READING THAT AND UNDERSTANDING THAT.

12:44PM  19          AS I SAID, I DON'T HAVE AN INDEPENDENT RECOLLECTION IN MY

12:44PM  20     MIND ABOUT THIS CONVERSATION.

12:44PM  21     Q.  ON SEPTEMBER 9TH OF 2013?

12:44PM  22     A.  YES.

12:44PM  23     Q.  IT WAS STILL MONTHS BEFORE THE GENERAL PUBLIC COULD WALK

12:44PM  24     INTO THAT WALGREENS; RIGHT?

12:44PM  25     A.  YES.

ROSENDORFF CROSS BY MR. WADE                                          2021

12:44PM   1    Q.   AND SO THESE DOCUMENTS FROM LATE AUGUST TO -- LET ME

12:44PM   2    STRIKE THAT.

12:44PM   3         DO YOU KNOW HOW MANY TESTS WERE OFFERED IN THE FRIENDS AND

12:44PM   4    FAMILY LAUNCH?

12:44PM   5    A.   IT WAS APPROXIMATELY 30 GENERAL CHEMISTRY TESTS AND ABOUT

12:44PM   6    FOUR OR FIVE EDISON TESTS.  THAT'S THE VERY ROUGH FIGURE.

12:44PM   7    THOSE ARE VERY ROUGH FIGURES.

12:44PM   8    Q.   OKAY.  IN THE SOFT LAUNCH --

12:45PM   9    A.   YES.

12:45PM   10   Q.   -- I JUST WANT TO MAKE SURE I UNDERSTAND YOUR TESTIMONY.

12:45PM   11        THE NUMBERS YOU JUST GAVE REFER TO THE SOFT LAUNCH IN

12:45PM   12   SEPTEMBER OF 2013?

12:45PM   13   A.   YES, THAT'S CORRECT.

12:45PM   14   Q.   OKAY.

12:45PM   15        THE COURT'S INDULGENCE FOR ONE SEC?

12:45PM   16           THE COURT:  OF COURSE.

12:45PM   17   BY MR. WADE:

12:46PM   18   Q.   IN YOUR BLACK BINDER, I THINK IT SHOULD BE VOLUME 2, DO

12:46PM   19   YOU HAVE EXHIBIT 13880?

12:47PM   20   A.   I HAVE IT.  I HAVE IT.

12:47PM   21   Q.   PLEASE TAKE A MOMENT TO READ THAT TO YOURSELF.

12:47PM   22        AND DOES THIS DOCUMENT REFRESH YOUR RECOLLECTION AS TO AN

12:47PM   23   APPROXIMATE DATE OF THE FRIENDS AND FAMILY LAUNCH BEING IN

12:47PM   24   SEPTEMBER OF 2013?

12:47PM   25   A.   AS I TESTIFIED, I REMEMBER THAT INDEPENDENTLY, YEAH.

ROSENDORFF CROSS BY MR. WADE                                                    2022

12:47PM   1    Q.   OKAY.  AND ISN'T IT THE CASE, SIR, THAT THERE WERE NO

12:47PM   2    EDISON TESTS OFFERED UNTIL MUCH LATER IN TIME?

12:47PM   3    A.   I BELIEVE THAT EDISON TESTS WERE OFFERED AT THAT TIME.

12:47PM   4    Q.   SIR, ISN'T IT TRUE THAT THROUGHOUT THE MONTH OF SEPTEMBER,

12:47PM   5    THE ONLY TESTS THAT WERE OFFERED THERE WERE CBC AND HBA1C;

12:48PM   6    ISN'T THAT RIGHT?

12:48PM   7    A.   NO.  AFTER SEPTEMBER 9TH, THERE WERE GENERAL CHEMISTRY

12:48PM   8    TESTS THAT WERE OFFERED USING THE SIEMENS INSTRUMENTS THAT WERE

12:48PM   9    MODIFIED TO PERFORM THE LABORATORY DEVELOPED TESTS.

12:48PM   10   Q.   I UNDERSTAND THAT AFTER THERE WERE.  I'M ASKING WHEN.

12:48PM   11   A.   OH.  AT THE TIME OF LAUNCH IT WAS NOT JUST CBC AND HBA1C.

12:48PM   12   IT WAS GENERAL CHEMISTRY ASSAYS, TOO, AND I BELIEVE THERE WERE

12:48PM   13   SOME EDISON TESTS OFFERED AS WELL.

12:48PM   14   Q.   WHICH ASSAYS SPECIFICALLY, SIR, WERE OFFERED?

12:48PM   15   A.   I DO NOT RECALL.

12:48PM   16        IN TERMS OF GENERAL CHEMISTRY, IT WAS SOMETHING LIKE A

12:48PM   17   BASIC METABOLIC PANEL.

12:48PM   18   Q.   SIR, IF YOU COULD PLEASE GO TO EXHIBIT 7338.

12:49PM   19   A.   YES.

12:49PM   20   Q.   I'LL ASK YOU TO TAKE A MINUTE AND READ THIS -- READ THE

12:49PM   21   EMAIL FIRST.  TELL ME WHEN YOU'RE DONE READING THE EMAIL.

12:49PM   22   A.   OKAY.

12:49PM   23   Q.   AND DO YOU SEE THERE'S AN ATTACHMENT TO THE EMAIL, SIR,

12:50PM   24   WHICH IS A SPREADSHEET?

12:50PM   25   A.   YES.

ROSENDORFF CROSS BY MR. WADE                                    2023

12:50PM  1    Q.   ARE YOU ABLE TO REVIEW THAT?  I THINK IT'S READABLE AND IN

12:50PM  2    NON-NATIVE FORM.  WHY DON'T YOU TAKE A MINUTE AND REVIEW THAT?

12:50PM  3    A.   YES.  WHAT IS THE ATTACHMENT INTENDED TO SHOW OR --

12:50PM  4    Q.   I -- I -- I'M JUST ASKING YOU TO READ IT TO YOURSELF.

12:50PM  5    A.   UH-HUH.

12:50PM  6    Q.   AND TELL ME WHEN YOU'RE DONE.

12:50PM  7            MR. WADE:  YOUR HONOR, THIS IS A DOCUMENT THAT I

12:51PM  8    BELIEVE WE HAVE STIPULATED IS AUTHENTIC.  THE WITNESS IS NOT ON

12:51PM  9    IT.  BUT IT MIGHT BE EASIER TO ADMIT IT AS A BUSINESS RECORD

12:51PM  10   NOW AND HAVE THE WITNESS EXPLAIN.

12:51PM  11           THE COURT:  THIS IS THE DOCUMENT AT THE END OF THE

12:51PM  12   NATIVE FORMAT?

12:51PM  13           MR. WADE:  THE 7338, AND THEN WE CAN PULL THE NATIVE

12:51PM  14   FORMAT UP.

12:51PM  15           MR. BOSTIC:  I WOULD OBJECT AS TO FOUNDATION.  I

12:51PM  16   DON'T BELIEVE A FOUNDATION HAS BEEN LAID FOR A BUSINESS RECORD.

12:51PM  17           THE COURT:  FOR THE EMAILS?

12:51PM  18           MR. BOSTIC:  FOR THE EMAILS, AND SPECIFICALLY THE

12:51PM  19   ATTACHMENT.

12:51PM  20           MR. WADE:  I WOULD ASK UNDER, I THINK IT'S 104, IF

12:51PM  21   IT CAN BE CONDITIONALLY ADMITTED.  I WOULD REPRESENT TO THE

12:51PM  22   COURT THAT WE CAN LAY THE FOUNDATION FOR THIS DOCUMENT.

12:51PM  23           THE COURT:  I'LL DO THAT.  WE'LL ADMIT IT NOW FOR

12:51PM  24   EASE OF THE PROCEEDINGS.

12:51PM  25           MR. WADE:  MAY I PUBLISH IT?

ROSENDORFF CROSS BY MR. WADE                                      2024

| | | |
|---|---|---|
| 12:51PM | 1 | THE COURT:  IT CAN BE PUBLISHED. |
| 12:51PM | 2 | (DEFENDANT'S EXHIBIT 7338 WAS RECEIVED IN EVIDENCE.) |
| 12:52PM | 3 | BY MR. WADE: |
| 12:52PM | 4 | Q.   LET'S START WITH THE EMAIL.  DO YOU SEE AT THE TOP OF THE |
| 12:52PM | 5 | EMAIL, SIR, THIS EMAIL SAYS -- ACTUALLY, LET ME GO ONE EMAIL |
| 12:52PM | 6 | BELOW.  TWO EMAILS BELOW.  JUST PULL UP THE FIRST TOP OF THE |
| 12:52PM | 7 | DOCUMENT. |
| 12:52PM | 8 | DO YOU SEE THE DOCUMENT FROM NICK MENCHEL? |
| 12:52PM | 9 | A.   YES. |
| 12:52PM | 10 | Q.   AND DO YOU KNOW, WHO WAS NICK MENCHEL? |
| 12:52PM | 11 | A.   HE WAS ONE OF THE DECOYS. |
| 12:52PM | 12 | Q.   AND SO YOU KNOW WHO HE IS? |
| 12:52PM | 13 | A.   YES, I INTERACTED WITH HIM AT THERANOS. |
| 12:52PM | 14 | Q.   OKAY.  HE WAS AN EMPLOYEE AT THERANOS? |
| 12:52PM | 15 | A.   YES. |
| 12:52PM | 16 | Q.   AND DO YOU KNOW WHAT POSITION OR WHO HE WORKED FOR? |
| 12:52PM | 17 | A.   HE HAD A NUMBER OF DIFFERENT ROLES COORDINATING WITH THE |
| 12:52PM | 18 | COLLECTION SITES.  I DO NOT RECALL HIS EXACT JOB DESCRIPTION. |
| 12:52PM | 19 | Q.   AND DO YOU RECALL HIM BEING INVOLVED IN THE WALGREENS SOFT |
| 12:52PM | 20 | LAUNCH? |
| 12:52PM | 21 | A.   NO. |
| 12:52PM | 22 | Q.   OKAY.  DO YOU SEE THERE WHERE IT SAYS THE LIST, THEY'RE |
| 12:52PM | 23 | CREATING A LIST RELATING TO WALGREENS, THE WALGREENS VISITS? |
| 12:53PM | 24 | A.   YES. |
| 12:53PM | 25 | Q.   LET'S GO UP TO THE TOP, AND DO YOU SEE THE ATTACHMENT |

ROSENDORFF CROSS BY MR. WADE                                          2025

12:53PM   1    THERE SAYS WAG VISITS 091113 TO 101713?

12:53PM   2    A.   YES.

12:53PM   3    Q.   OKAY.  AND THIS SAYS THAT THIS IS UPDATED, AND THIS IS AS

12:53PM   4    OF 10-21-2013?

12:53PM   5    A.   YES.  THAT'S THE DATE OF THE EMAIL AND THE DATE OF THE

12:53PM   6    EXCEL SPREADSHEET IS 10/17/2013.

12:53PM   7    Q.   FAIR ENOUGH.  LET'S LOOK AT THE SPREADSHEET.  IF WE CAN

12:53PM   8    PULL IT UP.

12:53PM   9         AND IF WE LOOK AT THE WAG FINGERSTICK TAB.

12:53PM  10         DO YOU SEE THAT?

12:53PM  11    A.   YES.

12:53PM  12    Q.   AND DO YOU SEE WHERE IT LISTS THE TESTS THAT WERE RUN ON

12:54PM  13    FINGERSTICK?

12:54PM  14    A.   YES.

12:54PM  15    Q.   AND DO YOU SEE WHERE IT SAYS CBC?

12:54PM  16    A.   YES.

12:54PM  17    Q.   AND WHAT MACHINE WAS CBC RUN ON AS A FINGERSTICK TEST?

12:54PM  18    A.   I BELIEVE IT WAS THE TEST THAT WAS RUN IN NORMANDY USING

12:54PM  19    FLOW CYTOMETRY.

12:54PM  20    Q.   OKAY.  NON-EDISON?

12:54PM  21    A.   NO EDISONS WERE USED ON CBC'S.

12:54PM  22    Q.   YOU KNOW THAT, SIR, BUT THE JURY DOESN'T, SO I'M ASKING TO

12:54PM  23    CLARIFY, SIR.

12:54PM  24    A.   SURE.

12:54PM  25    Q.   AND A1C, DOES THAT REFER TO HBA1C?

ROSENDORFF CROSS BY MR. WADE                                    2026

12:54PM    1    A.   CORRECT.

12:54PM    2    Q.   AND WHAT MACHINE DOES THAT TEST RUN ON WHEN IT'S A

12:54PM    3    FINGERSTICK TEST?

12:54PM    4    A.   THERE WERE DIFFERENT MACHINES USED AT DIFFERENT POINTS IN

12:54PM    5    TIME TO RUN A1C.  ONE OF THEM WAS CALLED THE DC ADVANTAGE.  AT

12:55PM    6    THIS POINT IN TIME I DO NOT RECALL HOW THE COMPANY WAS RUNNING

12:55PM    7    A1C.

12:55PM    8    Q.   OKAY.  BUT IT WAS NEVER RUN ON AN EDISON; RIGHT?

12:55PM    9    A.   NO.

12:55PM   10    Q.   IF WE CAN SCROLL DOWN.  ACTUALLY, YOU SEE AS YOU GO ALONG

12:55PM   11    THERE ARE ANYWHERE FROM 10 TO 20 TESTS, PARTICULARLY IN THE

12:55PM   12    EARLY DAYS.  IT'S A LITTLE -- THERE ARE A FEW MORE AND THEN IT

12:55PM   13    KIND OF PETERS OUT.

12:55PM   14         DO YOU SEE THAT?  DO YOU SEE THAT?

12:55PM   15    A.   YES.

12:55PM   16    Q.   OKAY.  AND WHEN WE GET TO THE BOTTOM, THE ONLY TESTS THAT

12:55PM   17    WERE RUN ON FINGERSTICK THROUGH 9-28-2013 WERE CBC AND HBA1C;

12:55PM   18    RIGHT?

12:55PM   19    A.   YES, THAT'S WHAT THIS SHEET INDICATES.

12:56PM   20    Q.   OKAY.  AND IDENTIFY FOR ME WHEN THE FIRST EDISON BASED

12:56PM   21    TEST WAS RUN ACCORDING TO THIS LIST?

12:56PM   22    A.   10-17-2013.

12:56PM   23    Q.   AND WHAT TEST IS THAT?

12:56PM   24    A.   TSH.

12:56PM   25    Q.   TSH?

ROSENDORFF CROSS BY MR. WADE                                    2027

12:56PM    1    A.   YES.

12:56PM    2    Q.   OKAY.  AND IF THERE IS A TSH TEST THAT WAS RUN IN THE CLIA

12:56PM    3    LAB, YOU WOULD HAVE ALREADY SIGNED THE VALIDATION REPORT FOR

12:56PM    4    THAT; RIGHT?

12:56PM    5    A.   YES, ABSOLUTELY.

12:56PM    6    Q.   AND YOU'VE TALKED ABOUT SOME TESTS THAT WERE DISCUSSED IN

12:56PM    7    LATE AUGUST OR SEPTEMBER OF 2013.  YOU'VE IDENTIFIED A FEW

12:56PM    8    DIFFERENT TESTS, SODIUM AND POTASSIUM, AND SOME OTHERS; RIGHT?

12:56PM    9    A.   YES.  I WAS NOT AWARE IN EARLY SEPTEMBER THAT THE LAUNCH

12:56PM   10    WOULD BE RESTRICTED TO CDC AND AIC.

12:56PM   11    Q.   WELL, YOU WORK AT THE LAB; RIGHT?

12:57PM   12    A.   RIGHT.

12:57PM   13    Q.   AND ALL OF THOSE PEOPLE WITHIN THE LAB REPORT TO YOU;

12:57PM   14    RIGHT?

12:57PM   15    A.   YES.

12:57PM   16    Q.   INCLUDING THE CLS'S; RIGHT?

12:57PM   17    A.   YES.

12:57PM   18    Q.   AND THEY ARE THE ONES WHO ISSUE THE REPORTS?

12:57PM   19    A.   YES.

12:57PM   20    Q.   AND SO YOU COULD HAVE WALKED OVER AT ANY TIME AND ASKED

12:57PM   21    THEM; RIGHT?

12:57PM   22    A.   YES.

12:57PM   23    Q.   OKAY.  BUT YOU DON'T SEE SODIUM OR POTASSIUM LISTED ON

12:57PM   24    THIS SHEET, DO YOU?

12:57PM   25    A.   I DO.  IT'S LINE 106 IN THE SPREADSHEET.  IN COLUMN A,

ROSENDORFF CROSS BY MR. WADE                                     2028

| | | |
|---|---|---|
| 12:57PM | 1 | IT'S 1947 -- I'M SORRY, IT ACTUALLY BEGINS ON LINE 104.  IN |
| 12:57PM | 2 | COLUMN A, IT'S 1478.  IT'S LISTED AS CMP.  THAT'S A COMPLETE |
| 12:57PM | 3 | METABOLIC PANEL THAT INCLUDES SODIUM. |
| 12:57PM | 4 | Q.   OKAY.  AND DO YOU KNOW WHAT MACHINE THAT WAS RUN ON? |
| 12:57PM | 5 | A.   THAT WOULD BE RUN ON THE MODIFIED SIEMENS INSTRUMENT. |
| 12:57PM | 6 | Q.   AND WHAT DATE WAS THAT? |
| 12:57PM | 7 | A.   FROM THIS SHEET OCTOBER 14TH, 2013. |
| 12:57PM | 8 | Q.   AND IF IT WAS RUN, IT HAD A VALIDATION REPORT; RIGHT? |
| 12:57PM | 9 | A.   CORRECT. |
| 12:57PM | 10 | Q.   AND WE'VE TALKED ABOUT THESE ISSUES THAT CAME UP BEFORE |
| 12:58PM | 11 | VALIDATION REPORTS; RIGHT? |
| 12:58PM | 12 | A.   YES. |
| 12:58PM | 13 | Q.   BUT IF A VALIDATION REPORT WAS ISSUED AND THE TEST WAS |
| 12:58PM | 14 | RUN, THAT MEANS THAT THE ISSUE YOU EXPRESSED WAS RESOLVED; |
| 12:58PM | 15 | RIGHT? |
| 12:58PM | 16 | A.   NO.  I HAVE TO DISAGREE WITH YOU. |
| 12:58PM | 17 | Q.   WELL, DO YOU RECALL TESTIFYING TO THAT PREVIOUSLY, SIR? |
| 12:58PM | 18 | A.   TESTIFYING TO? |
| 12:58PM | 19 | Q.   DO YOU RECALL TESTIFYING THAT IF THERE WAS A CONCERN THAT |
| 12:58PM | 20 | WAS RAISED AND A SUBSEQUENT VALIDATION REPORT WAS SIGNED BY |
| 12:58PM | 21 | YOU, THAT YOU HAD BEEN COMFORTED THAT THAT CONCERN HAD BEEN |
| 12:58PM | 22 | ADDRESSED AND IT WAS ONLY THEN THAT YOU WOULD BE WILLING TO |
| 12:58PM | 23 | VALIDATE AN ASSAY? |
| 12:58PM | 24 | A.   CORRECT.  CORRECT.  I THOUGHT YOU WERE ASKING ME ABOUT THE |
| 12:58PM | 25 | RELIABILITY TESTING AFTER THE VALIDATION WAS SIGNED. |

ROSENDORFF CROSS BY MR. WADE                                         2029

| | | |
|---|---|---|
| 12:58PM | 1 | Q.   I'M GLAD I WAS ABLE TO CLARIFY. |
| 12:58PM | 2 | A.   OKAY. |
| 12:59PM | 3 | Q.   NOW, YOU TESTIFIED ON DIRECT ABOUT THAT MEETING WITH |
| 12:59PM | 4 | ELIZABETH IN ADVANCE OF THE LAUNCH? |
| 12:59PM | 5 | A.   RIGHT. |
| 12:59PM | 6 | Q.   THAT WAS THE SOFT LAUNCH? |
| 12:59PM | 7 | A.   CORRECT. |
| 12:59PM | 8 | Q.   AND ABOUT THE TWO TESTS THAT WERE RUN IN SEPTEMBER; RIGHT? |
| 12:59PM | 9 | A.   CORRECT. |
| 12:59PM | 10 | Q.   AND YOU TALKED ABOUT THE SERIOUS CONCERNS THAT YOU HAD; |
| 12:59PM | 11 | RIGHT? |
| 12:59PM | 12 | A.   YES. |
| 12:59PM | 13 | Q.   AND YOU MENTIONED THREE TESTS? |
| 12:59PM | 14 | A.   YES. |
| 12:59PM | 15 | Q.   POTASSIUM, SODIUM, AND GLUCOSE? |
| 12:59PM | 16 | A.   YES. |
| 12:59PM | 17 | Q.   NOW, YOU'VE TESTIFIED UNDER OATH PREVIOUSLY WITH RESPECT |
| 01:00PM | 18 | TO THIS MEETING; RIGHT? |
| 01:00PM | 19 | A.   DURING THE GRAND JURY TESTIMONY I BELIEVE. |
| 01:00PM | 20 | Q.   RIGHT.  AND THAT -- AND IN A DEPOSITION -- |
| 01:00PM | 21 | A.   YES. |
| 01:00PM | 22 | Q.   -- IN A CIVIL PROCEEDING. |
| 01:00PM | 23 | DO YOU RECALL THAT? |
| 01:00PM | 24 | A.   YES.  YES. |
| 01:00PM | 25 | Q.   OKAY.  AND IN THAT TESTIMONY YOU SAID THAT YOU RAISED ONE |

ROSENDORFF CROSS BY MR. WADE                                    2030

01:00PM   1    TEST; RIGHT?

01:00PM   2    A.   I DON'T REMEMBER EXACTLY WHAT I SAID IN THE TESTIMONY.

01:00PM   3    I'D HAVE TO LOOK AT IT.  BUT I KNOW I AT LEAST SPOKE ABOUT

01:00PM   4    POTASSIUM.  THERE WERE OTHER ISSUES THAT WERE DISCUSSED,

01:00PM   5    INCLUDING THE SODIUM AND GLUCOSE.

01:00PM   6    Q.   SIR, DO YOU RECALL YOUR TESTIMONY WAS THAT THE ISSUE THAT

01:00PM   7    YOU RAISED WITH ELIZABETH HOLMES IN THAT MEETING WAS RELATED TO

01:00PM   8    THE POTASSIUM ASSAY?

01:01PM   9    A.   NOT JUST THE POTASSIUM.

01:01PM  10    Q.   WELL, LET'S LOOK BACK AT YOUR TESTIMONY, SIR.

01:01PM  11         IF YOU CAN LOOK AT THE EXHIBIT IN THE YELLOW BINDER,

01:01PM  12    11001.

01:01PM  13    A.   OKAY.

01:01PM  14    Q.   AND I WANT TO CLARIFY ONE THING AT THE OUTSET BEFORE WE

01:01PM  15    TALK ABOUT YOUR TESTIMONY.

01:02PM  16         THE POTASSIUM ASSAY WAS GOING TO BE RUN ON WHAT DEVICE?

01:02PM  17    A.   MODIFIED SIEMENS DEVICE.

01:02PM  18    Q.   NOT THE EDISON DEVICE?

01:02PM  19    A.   CORRECT.

01:02PM  20    Q.   SO THIS CONVERSATION HAD NOTHING TO DO WITH THE USE OF THE

01:02PM  21    EDISON 3.5 IN THE LAB; RIGHT?

01:02PM  22    A.   NO, IT DID NOT.

01:02PM  23    Q.   IF YOU CAN LOOK AT PAGE 190 OF 11001.

01:02PM  24         THE CLERK:  THAT EXHIBIT NUMBER AGAIN, COUNSEL.

01:02PM  25    SORRY.

ROSENDORFF CROSS BY MR. WADE                                       2031

01:02PM   1              MR. WADE:  11001.

01:03PM   2              THE WITNESS:  I HAVE IT.

01:03PM   3      BY MR. WADE:

01:03PM   4      Q.   AND IF YOU CAN READ TO YOURSELF PAGE 190.

01:03PM   5      A.   OKAY.

01:03PM   6      Q.   DO YOU SEE THE DISCUSSION OF THE POTASSIUM ASSAY?

01:03PM   7      A.   YES.

01:03PM   8      Q.   AND THE DISCUSSION OF THE CONVERSATION WITH MS. HOLMES AND

01:03PM   9      THE WALGREENS LAUNCH?

01:04PM  10      A.   YES.

01:04PM  11      Q.   AND DOES THIS REFRESH YOUR RECOLLECTION?  AND THIS WAS

01:04PM  12      TESTIMONY THAT YOU GAVE UNDER OATH IN THAT CIVIL DEPOSITION;

01:04PM  13      RIGHT?

01:04PM  14      A.   YES, I DID DISCUSS THE POTASSIUM ISSUES WITH

01:04PM  15      ELIZABETH HOLMES.

01:04PM  16      Q.   AND THAT REFRESHES YOUR RECOLLECTION; RIGHT?  YOU DON'T

01:04PM  17      MENTION ANY OTHER ASSAY THERE, DO YOU?

01:04PM  18      A.   I DON'T MENTION ANY OTHER ASSAYS.

01:04PM  19      Q.   OKAY.  LET'S GO TO YOUR GRAND JURY TESTIMONY.

01:04PM  20      A.   UH-HUH.

01:04PM  21      Q.   AT 76.

01:04PM  22      A.   CAN YOU TELL ME WHICH BINDER, ET CETERA?

01:04PM  23      Q.   IT WAS ONE OF THOSE YELLOW BINDERS AND IS THAT TESTIMONY

01:04PM  24      THAT YOU WERE LOOKING AT BEFORE.

01:04PM  25              IT IS EXHIBIT 11002.

ROSENDORFF CROSS BY MR. WADE                                        2032

01:05PM   1       A.   OKAY.

01:05PM   2       Q.   GO TO PAGE 76.

01:05PM   3       A.   OKAY.

01:05PM   4       Q.   DO YOU SEE THAT?

01:05PM   5       A.   YES.

01:05PM   6       Q.   TAKE A MOMENT AND READ THAT.

01:05PM   7       A.   I'VE READ IT.

01:05PM   8       Q.   AND YOU RAISED THE POTASSIUM ISSUES; RIGHT?

01:05PM   9       A.   YES.

01:05PM  10       Q.   AND YOU DON'T MENTION ANY OTHER ASSAYS THAT WERE RAISED IN

01:06PM  11       THAT MEETING; RIGHT?

01:06PM  12       A.   I WAS ASKED SPECIFICALLY ABOUT CONVERSATIONS WITH

01:06PM  13       MR. BALWANI AND MS. HOLMES ABOUT THE POTASSIUM RESULTS.

01:06PM  14       Q.   RIGHT.  AND YOU WERE ASKED QUESTIONS ABOUT THAT MEETING.

01:06PM  15       YOU'VE BEEN ASKED QUESTIONS ABOUT THAT MEETING.

01:06PM  16            YOU'VE GIVEN TESTIMONY ON THREE DIFFERENT OCCASIONS WITH

01:06PM  17       RESPECT TO MATTERS AT THERANOS, RIGHT, OUTSIDE OF THIS TRIAL?

01:06PM  18       A.   THE CIVIL GRAND JURY -- AND WHAT WOULD BE THE THIRD?

01:06PM  19       Q.   THERE WERE TWO CIVIL DEPOSITIONS THAT YOU GAVE TESTIMONY

01:06PM  20       IN; RIGHT?

01:06PM  21       A.   I DON'T RECALL.

01:06PM  22       Q.   YOU GAVE TESTIMONY IN THE ARIZONA MATTER.  DO YOU RECALL

01:06PM  23       THAT?  WE'VE BEEN LOOKING AT THAT TESTIMONY.

01:06PM  24       A.   THERE WAS -- IS THAT THE COLMAN, ET AL.?

01:07PM  25       Q.   THAT WAS A DIFFERENT MATTER.  DO YOU RECALL GIVING

ROSENDORFF CROSS BY MR. WADE                                        2033

01:07PM  1      TESTIMONY IN THE COLMAN MATTER?

01:07PM  2      A.   YES.

01:07PM  3      Q.   AND I CAN REFRESH YOUR RECOLLECTION WITH THE BINDERS IF

01:07PM  4      YOU WOULD LIKE.  BOTH TRANSCRIPTS ARE IN THE BINDERS.

01:07PM  5      A.   THAT'S OKAY.

01:07PM  6      Q.   AND DO YOU RECALL THAT YOU GAVE TESTIMONY OR DEPOSITIONS

01:07PM  7      TWICE?

01:07PM  8      A.   I ACTUALLY ONLY RECALL GIVING DEPOSITIONS IN THE COLMAN

01:07PM  9      CASE.

01:07PM 10      Q.   OKAY.  WE TALKED ABOUT YOUR TESTIMONY?

01:07PM 11      A.   YES.

01:07PM 12      Q.   AND WE TALKED ABOUT SEVEN MEETINGS --

01:07PM 13      A.   YES.

01:07PM 14      Q.   -- WITH THE GOVERNMENT?

01:07PM 15      A.   YES.

01:07PM 16      Q.   AND BEFORE THE PREP SESSION MEETINGS --

01:07PM 17      A.   YES.

01:07PM 18      Q.   -- YOU NEVER MENTIONED ANY ASSAY THAT YOU RAISED WITH

01:07PM 19      MS. HOLMES IN THAT MEETING OTHER THAN POTASSIUM IN ANY OF THOSE

01:07PM 20      INTERVIEWS; ISN'T THAT RIGHT?

01:07PM 21      A.   I HONESTLY -- IN SEVEN MEETINGS, I DON'T HAVE AN

01:07PM 22      ENCYCLOPEDIC MEMORY.

01:07PM 23      Q.   YOU CAN'T REMEMBER THOSE DEPOSITIONS, BUT YOU CAN RECALL

01:08PM 24      THAT YOU RAISED THOSE TWO OTHER ASSAYS IN THAT MEETING?

01:08PM 25      A.   YES.

ROSENDORFF CROSS BY MR. WADE                                             2034

```
01:08PM   1    Q.   EIGHT YEARS AGO?

01:08PM   2    A.   YES.

01:08PM   3    Q.   NOW, IN THAT MEETING WITH MS. HOLMES IN SEPTEMBER, YOU

01:08PM   4    RAISED A CONCERN ABOUT FINGERSTICK TECHNOLOGY; RIGHT?

01:08PM   5    A.   YES.

01:08PM   6    Q.   AND HER RESPONSE WAS WE SHOULD JUST USE THE VENOUS DRAWS

01:08PM   7    IF THE FINGERSTICK IS NOT READY; RIGHT?

01:08PM   8    A.   YES.

01:08PM   9    Q.   AND THAT WAS A SAFE AND PERTINENT RESPONSE, WAS IT NOT?

01:08PM  10    A.   YES.

01:08PM  11    Q.   THAT WOULD HAVE BEEN EXACTLY THE KIND OF RESPONSE THAT YOU

01:08PM  12    WOULD HAVE PROPOSED?

01:08PM  13    A.   YES.

01:08PM  14    Q.   THOSE VENOUS METHODS WERE RELIABLE?

01:08PM  15    A.   YES.

01:08PM  16    Q.   AND YOU HAD BEEN DOING THOSE AT SAFEWAY FOR OVER A YEAR;

01:09PM  17    RIGHT?

01:09PM  18    A.   YES.

01:09PM  19    Q.   AND THE COMPANY HAD EXPERIENCE DOING THOSE?

01:09PM  20    A.   YES.

01:09PM  21    Q.   AND IF THERE WERE ISSUES THAT NEEDED TO BE ADDRESSED WITH

01:09PM  22    RESPECT TO THE ASSAYS THAT WERE RUN ON FINGERSTICK, YOU COULD

01:09PM  23    JUST RUN THEM ON VENOUS IN THE MEANTIME?

01:09PM  24    A.   CORRECT.

01:09PM  25    Q.   AND WE HAVE SEEN OTHER INSTANCES WHERE YOU HAVE SUGGESTED
```

ROSENDORFF CROSS BY MR. WADE                                          2035

01:09PM  1    JUST THAT WHEN ISSUES AROSE IN THE LAB; RIGHT?

01:09PM  2    A.   YES.

01:09PM  3    Q.   HCG, FOR EXAMPLE.  DO YOU RECALL THERE WAS AN INSTANCE

01:09PM  4    WHERE YOU SAID IT SHOULD GO TO VENOUS DRAW?

01:09PM  5    A.   CORRECT.

01:09PM  6    Q.   AND YOU DID IT ON OTHER OCCASIONS; RIGHT?

01:09PM  7    A.   RIGHT.

01:09PM  8    Q.   AND THAT'S A ROUTINE PART OF BEING A LAB DIRECTOR; RIGHT?

01:09PM  9    A.   CORRECT.

01:09PM 10    Q.   AND YOU'RE PAID TO MAKE THOSE JUDGMENTS?

01:09PM 11    A.   YES.

01:09PM 12    Q.   AND IN THIS PARTICULAR CIRCUMSTANCE, MS. HOLMES WASN'T

01:09PM 13    DIRECTING WHAT YOU HAD TO DO; RIGHT?

01:09PM 14    A.   NO, SHE WAS NOT IN A POSITION TO DIRECT.

01:10PM 15    Q.   AND SHE WAS MAKING A SUGGESTION, WHY DON'T YOU RUN IT ON

01:10PM 16    VENOUS DRAW; RIGHT?

01:10PM 17    A.   YES.

01:10PM 18    Q.   WHICH IS ULTIMATELY THE RESULT THAT YOU WANTED FROM THAT

01:10PM 19    MEETING, IS IT NOT?

01:10PM 20    A.   YES.

01:10PM 21         MR. WADE:  NOW I'M SWITCHING TO A NEW TOPIC,

01:10PM 22    YOUR HONOR.  I WONDER WHEN THE COURT WANTED TO TAKE ANOTHER

01:10PM 23    BREAK?

01:10PM 24         THE COURT:  IN ABOUT 15 MINUTES.

01:10PM 25         MR. WADE:  OKAY.  WE'LL KEEP GOING.

ROSENDORFF CROSS BY MR. WADE                                        2036

01:10PM  1    Q.   DO YOU RECALL BEFORE THAT LAUNCH THAT YOU WERE DOING SOME

01:10PM  2    WORK WITH THE R&D GROUP TO VALI -- TO BRING THE ASSAYS OVER

01:11PM  3    FROM THE R&D FUNCTION TO THE CLIA FUNCTION?

01:11PM  4         DO YOU RECALL THAT?

01:11PM  5    A.   YES.

01:11PM  6    Q.   AND JUST FOR THE BENEFIT -- BECAUSE THERE ARE TWO

01:11PM  7    DIFFERENT LABS THAT WERE OPERATING WITHIN THERANOS; RIGHT?

01:11PM  8    A.   CORRECT.

01:11PM  9    Q.   THERE WAS AN R&D LAB THAT WAS OPERATING?

01:11PM  10   A.   YES.

01:11PM  11   Q.   AND THERE WAS A CLIA LAB?

01:11PM  12   A.   YES.

01:11PM  13   Q.   AND THE R&D LAB DOESN'T HAVE THE SAME FEDERAL CLIA

01:11PM  14   REQUIREMENTS THAT YOU HAD; RIGHT?

01:11PM  15   A.   NO, IT DOES NOT.

01:11PM  16   Q.   IT'S BASICALLY FOR RESEARCH AND DEVELOPMENT?

01:11PM  17   A.   YES.

01:11PM  18   Q.   AND THERE WERE A LOT OF SCIENTISTS OVER THERE WORKING TO

01:11PM  19   DEVELOP ASSAYS; RIGHT?

01:11PM  20   A.   YES.

01:11PM  21   Q.   AND YOU WOULD CONSULT WITH THEM AFTER YOU JOINED THE

01:11PM  22   COMPANY FROM TIME TO TIME; RIGHT?

01:11PM  23   A.   YES.

01:11PM  24   Q.   AND YOU WOULD GIVE THEM INFORMATION TO HELP INFORM THE

01:11PM  25   WORK THAT THEY WERE DOING SO THAT IT WOULD FACILITATE EASIER

01:11PM   1    TRANSITION INTO THE CLIA LAB; RIGHT?

01:11PM   2    A.   YES, YES.

01:11PM   3    Q.   BECAUSE YOU HAD SOME TECHNICAL EXPERTISE THAT COULD HELP

01:11PM   4    INFORM THEM AS TO WHAT YOU WERE GOING TO LOOK FOR DOWN THE

01:12PM   5    ROAD; RIGHT?

01:12PM   6    A.   YES.

01:12PM   7    Q.   OKAY.  AND YOU WORKED WITH DR. YOUNG ON THAT A BIT?

01:12PM   8    A.   CORRECT.

01:12PM   9    Q.   AND DID YOU WORK WITH OTHER SCIENTISTS THERE?

01:12PM   10   A.   PAUL PATEL.

01:12PM   11   Q.   AND DR. PATEL WAS THE LEAD ON GENERAL CHEMISTRY ASSAYS?

01:12PM   12   A.   YES.

01:12PM   13   Q.   AND DO YOU RECALL WORKING WITH DR. GANGAKHEDKAR A BIT AS

01:12PM   14   WELL?

01:12PM   15   A.   YES.

01:12PM   16   Q.   OKAY.  AND DID YOU WORK WITH -- AND SHE WAS WORKING ON THE

01:12PM   17   ELISA ASSAYS; CORRECT?

01:12PM   18   A.   THE EDISON ASSAYS, CORRECT.

01:12PM   19   Q.   WELL, SHE WAS WORKING ON A LOT OF ELISA ASSAYS, BUT THEY

01:12PM   20   INCLUDED THE EDISON ASSAYS; RIGHT?

01:12PM   21   A.   WE NEVER HAD A TEST, SIR, THAT WAS AN ELISA ASSAY PER SE.

01:12PM   22   ALL OF THE IMMUNOASSAYS WERE RUN ON THE EDISON.

01:12PM   23   Q.   OKAY.  AND YOU -- WE'LL COME BACK TO DISCUSS SOME OF THE

01:12PM   24   IMMUNOASSAYS THAT WERE IN THE LAB LATER.

01:12PM   25        BUT YOU WERE WORKING WITH THOSE FOLKS ON FACILITATING THAT

ROSENDORFF CROSS BY MR. WADE                                    2038

01:13PM   1    TRANSITION INTO THE CLIA LAB?

01:13PM   2    A.   YES.

01:13PM   3    Q.   OKAY.  AND JUST SO WE'RE CLEAR, BECAUSE WE THROW A LOT OF

01:13PM   4    TERMS AROUND IN THIS TRIAL ABOUT TESTS AND LABS, IT'S NOT --

01:13PM   5    CLIA REGULATIONS APPLY ONCE IT GOES INTO THE CLIA LAB; RIGHT?

01:13PM   6    A.   NO.  CLIA SETS FORTH WHAT YOU NEED OR HOW YOU NEED TO

01:13PM   7    VALIDATE A TEST BEFORE YOU START RUNNING IT ON PATIENTS.  THERE

01:13PM   8    ARE SPECIFICATIONS THAT HAVE TO BE DEMONSTRATED BEFORE YOU GO

01:13PM   9    LIVE.

01:13PM  10    Q.   AND THOSE ARE SOME SPECIFICATIONS THAT ARE SET FORTH IN

01:13PM  11    THE FEDERAL REGULATIONS?

01:13PM  12    A.   CORRECT.

01:13PM  13    Q.   RIGHT?

01:13PM  14         AND ONE OF THE THINGS -- BUT MY POINT IS, SIR, BEFORE IT'S

01:13PM  15    GOING TO GO INTO THE CLIA LAB, THOSE SPECIFICATIONS AREN'T

01:13PM  16    APPLICABLE, RIGHT, IN R&D?

01:13PM  17    A.   R&D RUNS THE VALIDATION STUDIES.  PROVISIONAL SOP'S ARE IN

01:14PM  18    PLACE TO GUIDE HOW THOSE STUDIES ARE BEING CONDUCTED, AND THEN

01:14PM  19    THERE'S SOMETHING CALLED TECH TRANSFER WHERE THE R&D TEAM

01:14PM  20    TRAINS THE CLIA LABORATORY PERSONNEL ON HOW DO THE ASSAY, AND

01:14PM  21    THEY'RE SIGNED OFF AS TRAINED PERSONNEL, AND THEN THE

01:14PM  22    VALIDATION REPORT GETS SIGNED OFF BY THE LAB DIRECTOR AND THEN

01:14PM  23    THE TEST CAN GO LIVE.

01:14PM  24    Q.   AND ULTIMATELY THE JUDGMENTS AS TO WHICH TEST COULD GO

01:14PM  25    FROM R&D INTO CLIA WAS YOUR CALL FUNDAMENTALLY?

ROSENDORFF CROSS BY MR. WADE                                                2039

```
01:14PM   1    A.   YES.

01:14PM   2    Q.   AND IF YOU DIDN'T SIGN YOUR NAME, IT COULDN'T COME IN?

01:14PM   3    A.   CORRECT.

01:14PM   4    Q.   OKAY.  AND THERE WERE OTHER PEOPLE WHO SIGNED THE ASSAY

01:14PM   5    VALIDATION REPORTS BASED UPON WORK THAT THEY HAD DONE ON THE

01:14PM   6    ASSAY; RIGHT?

01:14PM   7    A.   YES.  THEY WERE VOUCHING FOR THE, FOR THE INTEGRITY OF THE

01:14PM   8    DATA.

01:14PM   9    Q.   AND THEY WERE VOUCHING FOR THE INTEGRITY OF THE DATA AND

01:14PM  10    YOU RELIED UPON THAT --

01:15PM  11    A.   I RELIED UPON THEM, CORRECT.

01:15PM  12    Q.   OKAY.  BUT ONCE THEY CAME IN, YOU HAD TO MAKE THAT

01:15PM  13    JUDGMENT AS TO WHETHER OR NOT THOSE CLIA REQUIREMENTS WERE

01:15PM  14    CHECKED; RIGHT?

01:15PM  15    A.   THAT WAS DONE AT THE VERY BEGINNING OF THE VALIDATION

01:15PM  16    PROCESS SO THAT I WOULDN'T BE ASKING FOR THINGS AFTER THE FACT,

01:15PM  17    THAT WE HAD A COMPREHENSIVE PLAN IN PLACE BEFORE THE VALIDATION

01:15PM  18    BEGAN.

01:15PM  19    Q.   RIGHT.  YOU STARTED BACK NOT LONG AFTER YOU BEGAN WORKING

01:15PM  20    AT THE COMPANY ON THOSE PROJECTS, RIGHT, AND ADVISING THE R&D?

01:15PM  21    A.   YES, YES.

01:15PM  22    Q.   AND MUCH OF THE WORK THAT THEY WERE DOING IN THE R&D GROUP

01:15PM  23    WAS SPECIFICALLY DESIGNED TO FACILITATE SMOOTH TRANSITION INTO

01:15PM  24    THE CLIA LAB?

01:15PM  25    A.   YES.
```

ROSENDORFF CROSS BY MR. WADE                                              2040

01:15PM   1    Q.   OR QUICK TRANSITION?

01:15PM   2    A.   YES, YES.

01:15PM   3    Q.   AND I'D LIKE TO SHOW YOU WHAT IS IN EVIDENCE AT 9921,

01:15PM   4    WHICH IS GOING TO BE ONE OF YOUR BLACK BINDERS.  WE'LL BRING IT

01:15PM   5    UP ON THE SCREEN.  IT'S IN EVIDENCE, AND IT MAY BE EASIER FOR

01:16PM   6    YOU TO LOOK AT IT THERE.  IT'S ON YOUR SCREEN.

01:16PM   7         DO YOU SEE THIS IS A DOCUMENT ENTITLED MASTER VALIDATION

01:16PM   8    PLAN FOR ELISA ASSAYS ON THERANOS DEVICES?

01:16PM   9    A.   YEAH.

01:16PM   10   Q.   AND THIS WAS PUT IN PLACE INITIALLY IN 2011.

01:16PM   11        DO YOU SEE THAT?

01:16PM   12   A.   YES.

01:16PM   13   Q.   AND THAT WAS BY DR. ARNOLD GELB?

01:16PM   14   A.   CORRECT.

01:16PM   15   Q.   AND HE WAS YOUR PREDECESSOR AS LAB DIRECTOR?

01:16PM   16   A.   CORRECT.

01:16PM   17   Q.   OKAY.  AND YOU SEE DR. --

01:16PM   18   A.   I JUST WANT TO CLARIFY THAT.  SO DR. GELB WAS NOT THERE

01:16PM   19   WHEN I ARRIVED.  THE LABORATORY DOCUMENTS WERE BEING SIGNED BY

01:16PM   20   SPENCER HIRAKI.  HE WAS A PH.D.

01:16PM   21   Q.   SPENCER HIRAKI WAS SERVING AS THE CLIA LAB DIRECTOR FOR

01:16PM   22   THAT SHORT PERIOD --

01:17PM   23   A.   CORRECT.

01:17PM   24   Q.   -- BETWEEN WHEN DR. GELB LEFT AND WHEN YOU ARRIVED; IS

01:17PM   25   THAT RIGHT?

ROSENDORFF CROSS BY MR. WADE                                    2041

01:17PM   1    A.   CORRECT.

01:17PM   2    Q.   AND I SHOULD SAY BETWEEN WHEN DR. GELB LEFT AND YOU MET

01:17PM   3    THE LICENSING REQUIREMENTS?

01:17PM   4    A.   THAT'S RIGHT.  THAT'S RIGHT.

01:17PM   5    Q.   OKAY.  BUT YOU WERE SERVING -- WELL, DR. GELB, IN ANY

01:17PM   6    EVENT, APPEARS TO HAVE SIGNED THIS DOCUMENT.

01:17PM   7         DO YOU SEE THAT?

01:17PM   8    A.   CORRECT.

01:17PM   9    Q.   AND DO YOU RECALL WHETHER YOU HAD REVIEWED THIS DOCUMENT

01:17PM  10    AT THE TIME?  I CAN GO TO THE SECOND PAGE AND IT MIGHT HELP.

01:17PM  11    THIRD PAGE.

01:17PM  12    A.   I DO NOT RECALL REVIEWING THIS DOCUMENT.

01:17PM  13    Q.   OKAY.  LET'S GO TO EXHIBIT 1031.  THAT'S IN EVIDENCE.

01:18PM  14         IF WE CAN PUBLISH IT, YOUR HONOR?

01:18PM  15              THE COURT:  YES.

01:18PM  16    BY MR. WADE:

01:18PM  17    Q.   LET'S START WITH AN EMAIL HERE.  AND YOU SEE THIS IS AN

01:18PM  18    EMAIL FROM DR. GANGAKHEDKAR COPYING DR. SIVARAMAN.  YOU KNEW

01:18PM  19    DR. SIVARAMAN AS WELL?

01:18PM  20    A.   YES, I DID.

01:18PM  21    Q.   SHE WORKED IN R&D?

01:18PM  22         DO YOU RECALL THAT?

01:18PM  23    A.   SHARADA WAS SUREKHA'S BOSS.  THEY BOTH WORKED ON THE

01:18PM  24    IMMUNOASSAYS AND THE EDISONS.  I THINK SHARADA LEFT AT SOME

01:18PM  25    POINT AND SUREKHA TOOK OVER.  I DON'T RECALL.

ROSENDORFF CROSS BY MR. WADE                                      2042

01:18PM  1   Q.   OKAY.  IN ANY EVENT, THIS WAS SENT TO YOU AND DR. YOUNG.

01:18PM  2        DO YOU SEE THAT?

01:18PM  3   A.   AND TO ELIZABETH.

01:18PM  4   Q.   RIGHT, AND TO MS. HOLMES?

01:18PM  5   A.   YES.

01:18PM  6   Q.   AND MS. HOLMES WAS VERY INVOLVED IN THE R&D EFFORTS.

01:18PM  7        DO YOU RECALL THAT?  ON THE ASSAYS?

01:19PM  8   A.   I HAVE SEEN EVIDENCE DURING THIS TRIAL WHERE SHE WAS

01:19PM  9   COMMUNICATING WITH SUREKHA.

01:19PM 10   Q.   LET ME -- WE DON'T WANT ANY EVIDENCE.  WE JUST WANT YOUR

01:19PM 11   KNOWLEDGE AT THE TIME.  I DON'T MEAN TO BE RUDE AND INTERRUPT

01:19PM 12   YOU, BUT WE JUST WANT TO KNOW WHETHER YOU WERE AWARE AT THE

01:19PM 13   TIME THAT SHE WAS INVOLVED IN THE R&D?

01:19PM 14   A.   WHETHER MS. HOLMES WAS INVOLVED?

01:19PM 15   Q.   YES.

01:19PM 16   A.   I DO NOT KNOW.

01:19PM 17   Q.   BUT SHE WAS ON THIS DOCUMENT?

01:19PM 18   A.   CORRECT.

01:19PM 19   Q.   AND DO YOU SEE HERE IT MENTIONS OR ATTACHES THREE

01:19PM 20   DOCUMENTS?

01:19PM 21   A.   YES.

01:19PM 22   Q.   OKAY.  AND THERE ARE A COUPLE DEVELOPMENT REPORTS, AND

01:19PM 23   THEN IT SAYS A VALIDATION PLAN.

01:19PM 24        DO YOU SEE THAT?

01:19PM 25   A.   YES.

01:19PM  1    Q.   OKAY.  LET'S BRING UP THE FIRST -- AND IT SAYS -- I'M

01:19PM  2    SORRY.  IF WE CAN GO BACK TO THE EMAIL.  I JUMPED THE GUN

01:19PM  3    THERE.

01:19PM  4         IT SAYS, "AS DISCUSSED IN THE MEETING WITH ELIZABETH,

01:19PM  5    PLEASE REVIEW THE DATA IN THE DEVELOPMENT REPORTS FOR USABILITY

01:20PM  6    TOWARDS VALIDATION AND PROPOSE WHAT WILL BE NEEDED FOR

01:20PM  7    VERIFICATION FOR THE 3.5 SYSTEM WITH THE PRE-DILUTIONS."

01:20PM  8         DO YOU SEE THAT?

01:20PM  9    A.   YES.

01:20PM  10   Q.   AND THIS WAS KIND OF THE TECH TRANSFER THAT YOU WERE

01:20PM  11   TALKING ABOUT; RIGHT?

01:20PM  12   A.   YES.

01:20PM  13   Q.   AND YOU WERE --

01:20PM  14   A.   ACTUALLY, THIS IS REALLY ASSAY DEVELOPMENT.  THE TECH

01:20PM  15   TRANSFER IS WHEN, YOU KNOW, THE R&D TEAM IS VALIDATING THE TEST

01:20PM  16   AND THEY'RE TRAINING THE CLIA STAFF.  THESE ARE REALLY

01:20PM  17   PRELIMINARY STUDIES AS FAR AS I CAN TELL.

01:20PM  18   Q.   WELL, LET'S LOOK AT THE DOCUMENT.  IF WE CAN BRING UP THE

01:20PM  19   FIRST ASSAY.

01:20PM  20        DO YOU SEE THERE IT SAYS MASTER VALIDATION PLAN FOR ELISA

01:20PM  21   ASSAYS ON THERANOS DEVICES.

01:20PM  22        DO YOU SEE THAT?

01:20PM  23   A.   YEAH.  SO ONE THING THAT DOESN'T MAKE SENSE IS THERE WAS

01:20PM  24   AN ATTACHMENT THAT SAYS TSH MASTER VALIDATION PLAN, THAT WAS

01:20PM  25   WHAT THE ATTACHMENT WAS ENTITLED, AND THE DOCUMENT SAYS MASTER

ROSENDORFF CROSS BY MR. WADE                                        2044

01:21PM   1    VALIDATION PLAN, SO I DON'T KNOW WHY THERE WAS THAT

01:21PM   2    DISCREPANCY.

01:21PM   3    Q.   THERE WERE MULTIPLE ATTACHMENTS, AND WE CAN SPEND A LITTLE

01:21PM   4    TIME WITH EACH.

01:21PM   5         LET ME START WITH THIS ONE.

01:21PM   6    A.   UH-HUH.

01:21PM   7    Q.   AND THIS IS AN ATTACHMENT.  AND IF YOU HAVE ANY

01:21PM   8    UNCERTAINLY, THE EXHIBIT IS IN YOUR BOOK.  YOU'RE WELCOME TO

01:21PM   9    LOOK AT THE PHYSICAL ATTACHMENT.

01:21PM  10         BUT THIS IS ONE OF THE ATTACHMENTS.  IT SAYS MASTER

01:21PM  11    VALIDATION PLAN FOR ELISA ASSAYS ON THERANOS DEVICES.

01:21PM  12         DO YOU SEE THAT?

01:21PM  13    A.   YES.

01:21PM  14    Q.   AND THIS IS NOW THE TYPE OF FORMAT THAT WAS USED WITHIN

01:21PM  15    THE CLIA LAB SETTING AT THERANOS; RIGHT?

01:21PM  16    A.   CORRECT.

01:21PM  17    Q.   AND THIS IS THE TYPE OF DOCUMENT, WHEN YOU'RE TALKING

01:21PM  18    ABOUT VALIDATION REPORTS LATER -- AND WE'LL TALK ABOUT SOME IN

01:21PM  19    A BIT -- MANY OF THEM HAVE THIS TYPE OF DOCUMENT, THIS TYPE OF

01:21PM  20    COVER PAGE; RIGHT?

01:21PM  21    A.   YEAH.  YOU CAN'T, YOU CAN'T HAVE A MASTER VALIDATION PLAN

01:21PM  22    THAT WOULD APPLY TO ALL OF THE ELISA ASSAYS.  THAT MAKES NO

01:21PM  23    SENSE.  IT'S A PURE ASSAY PLAN.  THAT'S WHAT IS REQUIRED.

01:21PM  24    Q.   I UNDERSTAND.  LET ME SEE IF I CAN HELP UNPACK THAT

01:22PM  25    COMMENT A BIT.  OKAY?

ROSENDORFF CROSS BY MR. WADE                                         2045

01:22PM   1     A.   UH-HUH.

01:22PM   2     Q.   EACH ASSAY HAS TO HAVE AN ASSAY SPECIFIC VALIDATION PLAN?

01:22PM   3     A.   CORRECT.

01:22PM   4     Q.   SIGNED BY YOU --

01:22PM   5     A.   CORRECT.

01:22PM   6     Q.   -- IN ORDER TO BE OFFERED IN THE CLIA LAB; RIGHT?

01:22PM   7     A.   NO.   THAT, THAT IS THE GREEN LIGHT FOR IT TO GO INTO

01:22PM   8     VALIDATION.

01:22PM   9          THE PLAN LAYS OUT HOW ARE YOU GOING TO DO YOUR VALIDATION,

01:22PM   10    WHAT YOUR ACCEPTANCE CRITERIA ARE, ET CETERA.

01:22PM   11         AFTER THE PLAN THERE'S A VALIDATION REPORT.   THAT HAS TO

01:22PM   12    BE SIGNED BY ME BEFORE TESTS CAN BE OFFERED.

01:22PM   13    Q.   OKAY.   SO THERE'S A VALIDATION PLAN?

01:22PM   14    A.   CORRECT.

01:22PM   15    Q.   AND THEN THERE'S A VALIDATION REPORT?

01:22PM   16    A.   CORRECT.

01:22PM   17    Q.   THAT IS PREPARED WITHIN THE CLIA LAB?

01:22PM   18    A.   YES.

01:22PM   19    Q.   AND ONCE YOU'RE COMFORTABLE THAT IT HAS MET ALL OF THE

01:22PM   20    REQUIREMENTS, YOU SIGN IT?

01:22PM   21    A.   CORRECT.

01:22PM   22    Q.   AND BEFORE THE TEST CAN BE OFFERED, YOU NEED TO HAVE AN

01:22PM   23    SOP; RIGHT?

01:22PM   24    A.   YES.

01:22PM   25    Q.   AND THE SOP IS PREPARED?

ROSENDORFF CROSS BY MR. WADE                                            2046

01:22PM  1    A.   YES.

01:22PM  2    Q.   AND THEN YOU OFFER THE ASSAY?

01:22PM  3    A.   YOU NEED TRAINING AND DOCUMENTATION OF TRAINING.

01:22PM  4    Q.   AND ALL OF THOSE THINGS UNDER THOSE REGULATIONS IN 7603

01:23PM  5    ULTIMATELY ARE THE RESPONSIBILITY OF THE LABORATORY DIRECTOR?

01:23PM  6    A.   YEAH.  YOU NEED TO HAVE INSTRUMENTS MAINTAINED,

01:23PM  7    PERFORMANCE QUALIFICATIONS ON THE INSTRUMENTS.  THERE ARE A

01:23PM  8    NUMBER OF THINGS.

01:23PM  9    Q.   THERE ARE A LOT OF THINGS THAT YOU NEED TO HAVE WITHIN THE

01:23PM 10    FUNCTIONING OF THE CLIA LAB; RIGHT?

01:23PM 11    A.   YES.

01:23PM 12    Q.   AND WE'LL TALK ABOUT MANY OF THEM WITH YOU, SIR.

01:23PM 13         BUT I'M FOCUSSED RIGHT NOW ON THIS INITIAL PERIOD.

01:23PM 14         AND I UNDERSTAND YOUR TESTIMONY IS EVERY ASSAY HAS TO HAVE

01:23PM 15    A PLAN?

01:23PM 16    A.   CORRECT.

01:23PM 17    Q.   DO YOU RECALL THAT?

01:23PM 18         DO YOU RECALL THAT FOR DIFFERENT CATEGORIES OF ASSAYS

01:23PM 19    THERE WAS SORT OF AN OVERARCHING MASTER VALIDATION PLAN THAT

01:23PM 20    WOULD BE USED FOR THE PROCESS TO BE USED TO CREATE THOSE

01:23PM 21    INDIVIDUAL ASSAY PLANS?

01:23PM 22    A.   I DON'T RECALL THAT.

01:23PM 23    Q.   LET'S TAKE A LOOK AT THE DOCUMENT.

01:23PM 24         YOU SEE YOU WERE SENT THIS DOCUMENT; RIGHT?

01:23PM 25    A.   I SEE THAT IT HAS MY NAME ON IT AT THE BOTTOM.

ROSENDORFF CROSS BY MR. WADE                                    2047

01:23PM   1    Q.   WE CAN GO BACK TO THE EMAIL ON 1031.

01:24PM   2    A.   YEAH, THIS WAS TSH MASTER VALIDATION PLAN.  I'M ASSUMING

01:24PM   3    THAT'S THE SAME DOCUMENT.

01:24PM   4    Q.   SIR, I DON'T WANT ANY CONFUSION.  WHY DON'T YOU PULL UP

01:24PM   5    1031 IN YOUR BLACK BINDER.

01:24PM   6    A.   ONE BLACK BINDER STARTS AT 10451.

01:25PM   7              MR. WADE:  MAY I APPROACH, YOUR HONOR?

01:25PM   8              THE COURT:  DO YOU HAVE IT?

01:25PM   9              MR. WADE:  I HAVE IT.  BUT IF IT'S EASIER I'LL HAND

01:25PM  10    IT.

01:25PM  11              THE WITNESS:  IT'S NOT IN HERE.  THE OTHER BINDER

01:25PM  12    ENDS AT 10300.

01:25PM  13              MR. WADE:  (HANDING.)

01:25PM  14              THE WITNESS:  OKAY.  THANKS.

01:25PM  15    BY MR. WADE:

01:25PM  16    Q.   I BELIEVE IN THAT COPY, SIR, I ONLY PRINTED ONE OF THE

01:25PM  17    FOUR ATTACHMENTS.

01:25PM  18         BUT WHY DON'T YOU TAKE A MINUTE AND REVIEW THAT DOCUMENT

01:25PM  19    JUST GENERALLY TO FAMILIARIZE YOURSELF WITH IT.

01:25PM  20         WHILE HE'S DOING IT, IF WE CAN PULL UP ON SPLIT SCREEN

01:25PM  21    THAT ATTACHMENT AND 9921.

01:26PM  22         SO YOU'LL RECALL A FEW MINUTES AGO WE LOOKED AT 9921.  IT

01:26PM  23    WAS THE DR. GELB MASTER VALIDATION PLAN --

01:26PM  24    A.   YES.

01:26PM  25    Q.   -- FOR ELISA ASSAYS.

01:26PM 1       DO YOU SEE THAT?

01:26PM 2   A.   YES.

01:26PM 3   Q.   AND THAT WAS SIGNED BY DR. GANGAKHEDKAR, DR. GELB, AND

01:26PM 4   DR. YOUNG.  I GUESS JUST THOSE THREE, YES?

01:26PM 5   A.   OH, THAT WAS WAY BACK IN 2011, YEAH.

01:26PM 6   Q.   RIGHT.  DO YOU SEE THAT BACK IN 2011?

01:26PM 7   A.   YEAH.

01:26PM 8   Q.   AND WHY DON'T WE LOOK AT A COUPLE OF PAGES OF THAT

01:26PM 9   DOCUMENT.  IF YOU'LL GO TO THE THIRD PAGE.

01:26PM 10      THIS IS THE DOCUMENT THAT SETS FORTH SOME PLANS AND

01:26PM 11  DEFINITIONS WITH RESPECT TO HOW THE VALIDATION PROCESS WAS

01:26PM 12  GOING TO PLAY OUT WITH RESPECT TO ASSAY DEVELOPMENT.

01:26PM 13      LET ME GO TO THE NEXT PAGE.  AND THE NEXT PAGE.  AND THE

01:27PM 14  NEXT PAGE.

01:27PM 15      OKAY.  NOW, IF YOU TURN YOUR ATTENTION BACK TO 10 -- THE

01:27PM 16  ATTACHMENT AT 1031, YOU SEE IT'S VERY SIMILAR.  AND IT APPEARS

01:27PM 17  TO BE AN ATTEMPT TO UPDATE THAT OLD PLAN?

01:27PM 18  A.   YES.  THIS ONE IS DATED AUGUST 2013.

01:27PM 19  Q.   RIGHT.

01:27PM 20  A.   THE AUTHOR AND REVIEW AND STATEMENT ARE THE SAME -- I'M

01:27PM 21  SORRY.  THE PREVIOUS ONE WAS SIGNED BY DR. GELB.  YOU'RE

01:27PM 22  SHOWING ME THE UPDATED ONE ON THE SCREEN, AND I'M ALSO LOOKING

01:27PM 23  AT IT.

01:27PM 24  Q.   OKAY.  LET ME PULL DOWN THE OLD ONE.

01:27PM 25  A.   YEAH.

ROSENDORFF CROSS BY MR. WADE                                              2049

01:27PM    1    Q.   AND I'M GOING TO FOCUS YOU ON THE ONE THAT WAS SENT TO YOU

01:27PM    2    AND DR. YOUNG AND MS. HOLMES IN AUGUST OF 2013.

01:28PM    3         OKAY?

01:28PM    4    A.   OKAY.

01:28PM    5    Q.   DO I INFER FROM YOUR QUESTIONS THAT YOU DON'T RECALL THIS

01:28PM    6    DOCUMENT?

01:28PM    7    A.   I DO NOT.

01:28PM    8    Q.   OKAY.  BUT YOU UNDERSTAND THAT IT WAS EMAILED TO YOU AT

01:28PM    9    THE TIME?

01:28PM   10    A.   YES.

01:28PM   11    Q.   OKAY.  I'M JUST GOING TO ASK YOU A COUPLE OF QUESTIONS

01:28PM   12    ABOUT THIS DOCUMENT.

01:28PM   13    A.   UH-HUH.

01:28PM   14    Q.   IF WE CAN GO TO THE SECOND, THIRD, RIGHT HERE.

01:28PM   15         DO YOU SEE WHERE IT -- THE PURPOSE IS IDENTIFIED AS "TO

01:28PM   16    DEFINE A VALIDATION PLAN FOR THE VALIDATION AND QUALIFICATION

01:28PM   17    OF ELISA ASSAYS."

01:28PM   18         DO YOU SEE THAT?

01:28PM   19    A.   YES.

01:28PM   20    Q.   AND IF I CAN TAKE ALL OF NUMBER 2, THE SCOPE.

01:28PM   21         DO YOU SEE THAT 2.1 SAYS, "THIS DOCUMENT APPLIES TO THE

01:28PM   22    VALIDATION/QUALIFICATION OF ELISA ASSAYS ON THERANOS DEVICES

01:28PM   23    UNDER CLIA REGULATIONS BY CLIA LABORATORY PERSONNEL"?

01:29PM   24    A.   YES.

01:29PM   25    Q.   AND THEN 2.2 OF THAT PAGE REFERS TO 42 CFR 493.1253.

01:29PM 1        DO YOU SEE THAT?

01:29PM 2    A.   YES.

01:29PM 3    Q.   AND YOU'RE FAMILIAR WITH THAT PROVISION, AREN'T YOU, SIR?

01:29PM 4    A.   YES, I AM.

01:29PM 5    Q.   THAT'S AN OLD STANDBY FOR A LAB DIRECTOR LIKE YOU, ISN'T

01:29PM 6    IT?

01:29PM 7    A.   YES.

01:29PM 8    Q.   OKAY.  AND THE IDEA -- THAT IS THE CLIA REGULATION THAT

01:29PM 9    SETS FORTH ALL OF THE REQUIREMENTS THAT NEED TO BE MET BEFORE

01:29PM 10   AN ASSAY CAN BE VALIDATED, AND THEN LATER IN THE VALIDATION

01:29PM 11   DOCUMENT IN THE CLIA LAB, AND THEN OFFERED TO PATIENTS; RIGHT?

01:29PM 12   A.   YES.  IT LISTS THE REQUIRED PERFORMANCE SPECIFICATIONS.

01:29PM 13   Q.   RIGHT.  AND YOU SEE THAT REFERENCE THERE?

01:29PM 14   A.   YES.

01:29PM 15   Q.   AND IF WE CAN GO DOWN TO THE NEXT SECTION OF THE DOCUMENT

01:30PM 16   THERE AND JUST FOCUS ON THE DEFINITIONS.

01:30PM 17       IT TALKS ABOUT SOME OF THOSE REQUIREMENTS AND GIVES SOME

01:30PM 18   DEFINITIONS THERE?

01:30PM 19   A.   YES.

01:30PM 20   Q.   AND WITH RESPECT TO ACCURACY, IT ALSO INCORPORATES CLSI

01:30PM 21   MATERIAL; RIGHT?

01:30PM 22   A.   YES.

01:30PM 23   Q.   WHICH IS A COMMON INDUSTRY STANDARD GUIDANCE ON ACCURACY;

01:30PM 24   RIGHT?

01:30PM 25   A.   CLSI -- I CAN DESCRIBE WHAT THAT IS.

ROSENDORFF CROSS BY MR. WADE                                          2051

01:30PM  1    Q.   SURE.

01:30PM  2    A.   IT IS A PRIVATE ORGANIZATION BASED IN WAYNE, PENNSYLVANIA,

01:30PM  3    THAT PUBLISHES GUIDANCE DOCUMENTS ON A NUMBER OF LABORATORY

01:30PM  4    ISSUES.

01:30PM  5    Q.   OKAY.  AND WHY DON'T WE GO TO THE NEXT PAGE.  THE NEXT

01:30PM  6    PAGE, NEXT PAGE.  LET'S BLOW UP 7.  I'M SORRY.  6.

01:31PM  7         AND THIS TALKS ABOUT THE PROCESS TO DO THAT ON THE

01:31PM  8    THERANOS DEVICES; RIGHT?

01:31PM  9    A.   YES.

01:31PM  10   Q.   AND THE DEVICES THAT WERE BEING USED AT THIS TIME WERE 3.0

01:31PM  11   AND 3.5 DEVICES; RIGHT?

01:31PM  12   A.   I DO NOT RECALL.

01:31PM  13   Q.   OKAY.  AND I KNOW YOU DON'T REMEMBER THE DOCUMENTS, BUT AS

01:31PM  14   A GENERAL MATTER --

01:31PM  15   A.   ARE YOU ASKING ME TO VOUCH FOR THE TRUTH OF THIS

01:31PM  16   STATEMENT?

01:31PM  17   Q.   NO.

01:31PM  18   A.   OKAY.

01:31PM  19   Q.   I JUST KNOW YOU DON'T REMEMBER THE DOCUMENT.

01:31PM  20   A.   YEAH.

01:31PM  21   Q.   BUT DO YOU RECALL GENERALLY THE PROCESS THAT WAS GONE

01:31PM  22   THROUGH TO MEET THOSE SPECIFICATIONS WITH RESPECT TO EACH

01:31PM  23   INDIVIDUAL ASSAY?

01:31PM  24   A.   YES.  YES.

01:31PM  25             MR. WADE:  OKAY.  MAYBE THIS WOULD BE A GOOD TIME

ROSENDORFF CROSS BY MR. WADE                                              2052

01:31PM  1    FOR A BREAK, YOUR HONOR.

01:31PM  2            THE COURT:  SURE.  SURE.  LET'S TAKE OUR AFTERNOON

01:31PM  3    BREAK.

01:31PM  4        FOLKS, LET'S TAKE ABOUT 20 MINUTES AND THEN WE'LL COME

01:32PM  5    BACK AND FINISH OUR DAY.

01:32PM  6        (RECESS FROM 1:32 P.M. UNTIL 1:54 P.M.)

01:54PM  7            THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

01:54PM  8    THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

01:54PM  9        MR. WADE, WOULD YOU LIKE TO CONTINUE?

01:54PM  10           MR. WADE:  I WOULD, YOUR HONOR.

01:54PM  11   Q.   DR. ROSENDORFF, I'D LIKE TO BACK UP TO THE TIME BEFORE YOU

01:54PM  12   JOINED THERANOS --

01:54PM  13   A.   YES.

01:54PM  14   Q.   -- AND ASK YOU ABOUT WHEN YOU JOINED THERANOS.  OKAY?

01:54PM  15   A.   YES.

01:54PM  16   Q.   YOU OFFERED SOME TESTIMONY ABOUT THAT ON DIRECT.

01:54PM  17        DO YOU RECALL?

01:54PM  18   A.   YES.

01:54PM  19   Q.   AND BEFORE YOU JOINED THERANOS, YOU WERE WORKING AT UPMC?

01:55PM  20   A.   CORRECT.

01:55PM  21   Q.   AND WERE YOU THE CLIA LAB DIRECTOR?

01:55PM  22   A.   MY TITLE WAS MEDICAL DIRECTOR OF THE CLIA LABORATORIES.

01:55PM  23   MIGUEL REYES WAS ON THE CERTIFICATE AS THE CLIA DIRECTOR OF

01:55PM  24   RECORD.

01:55PM  25   Q.   AND BEFORE YOU CAME TO THERANOS, HAD YOU EVER SERVED AS A

01:55PM   1    CLIA LAB DIRECTOR BEFORE?

01:55PM   2    A.   NO.

01:55PM   3    Q.   I BELIEVE YOU APPLIED FOR THE JOB, IS IT LATE 2012?

01:55PM   4    A.   CORRECT.

01:55PM   5    Q.   AND YOUR INTERVIEW WAS IN LATE 2013; IS THAT CORRECT?

01:55PM   6    A.   CORRECT.

01:55PM   7    Q.   AND YOU PROVIDED A RESUME IN CONNECTION WITH THAT?

01:56PM   8    A.   YES.

01:56PM   9    Q.   LET ME DIRECT YOU TO EXHIBIT 10272.  AND THEY ARE IN THE

01:56PM  10    BLACK BINDERS AND THEY SHOULD BE IN NUMERICAL ORDER, DOCTOR.

01:56PM  11    IT SHOULD HELP YOU LOOK AT THE TABS ON THE SIDE.

01:56PM  12              THE COURT:  IS IT VOLUME 1?

01:56PM  13              MR. WADE:  I BELIEVE SO.  WE'LL BRING A BOOKSHELF

01:56PM  14    FOR THE COURT NEXT TIME, YOUR HONOR.

01:56PM  15    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

01:56PM  16    A.   YES.

01:56PM  17    Q.   AND DO YOU RECOGNIZE THAT DOCUMENT?

01:56PM  18    A.   YES.

01:56PM  19    Q.   AND WHAT IS THE DOCUMENT?

01:56PM  20    A.   IT IS A RESUME THAT APPEARS TO BE CURRENT DURING MY TIME

01:56PM  21    AT UPMC.  IT'S SINCE BEEN UPDATED.

01:56PM  22    Q.   AND BASED ON THE BOOKS AND RECORDS OF THE COMPANY, THIS

01:57PM  23    APPEARS TO BE THE ONE THAT YOU SENT TO THERANOS?

01:57PM  24    A.   YES.

01:57PM  25    Q.   WOULD IT APPEAR TO BE OF THAT VINTAGE?

ROSENDORFF CROSS BY MR. WADE                                    2054

01:57PM  1    A.   YES.

01:57PM  2              MR. WADE:  MOVE THE ADMISSION OF EXHIBIT 10272.

01:57PM  3              THE COURT:  THERE'S AN ADDRESS THAT SHOULD BE

01:57PM  4    REDACTED.

01:57PM  5              MR. WADE:  I BELIEVE IT'S AN ADDRESS THAT HAS LONG

01:57PM  6    SINCE PASSED, BUT IF THERE'S A CONCERN.

01:57PM  7              THE COURT:  SHOULD WE OUT OF CAUTION, MR. BOSTIC?

01:57PM  8              MR. BOSTIC:  NO OBJECTION TO THE ADMISSION,

01:57PM  9    YOUR HONOR.

01:57PM 10              THE COURT:  LET'S JUST DELETE THAT.  THANK YOU,

01:57PM 11    MR. WADE.

01:57PM 12              MR. WADE:  MY APOLOGIES.

01:57PM 13              THE COURT:  AND THE PHONE NUMBERS AND ALL OF THAT.

01:57PM 14              MR. WADE:  WE'LL BLOCK OUT THE WHOLE ROW BELOW

01:57PM 15    A. ROSENDORFF, M.D.

01:57PM 16         MAY WE PUBLISH IT, YOUR HONOR, ONCE WE GET THAT?

01:57PM 17              THE COURT:  YES.

01:57PM 18         (DEFENDANT'S EXHIBIT 10272 WAS RECEIVED IN EVIDENCE.)

01:57PM 19    BY MR. WADE:

01:57PM 20    Q.   AGAIN, THIS IS THE RESUME BEFORE THE TIME YOU APPLIED TO

01:58PM 21    THERANOS?

01:58PM 22    A.   YES.

01:58PM 23    Q.   AND DO YOU BELIEVE THAT THIS RESUME IS TRUE, ACCURATE, AND

01:58PM 24    COMPLETE?

01:58PM 25    A.   YES.

ROSENDORFF CROSS BY MR. WADE                                        2055

01:58PM    1     Q.   WHY DID YOU LEAVE UPMC?

01:58PM    2     A.   WHY DID I LEAVE?

01:58PM    3     Q.   YES.

01:58PM    4     A.   I GOT REALLY INTERESTED IN THE INNOVATION THAT WAS

01:58PM    5     HAPPENING IN SILICON VALLEY, AND I REMEMBER READING A BIOGRAPHY

01:58PM    6     OF STEVE JOBS, AND I DON'T RECALL WHO THE AUTHOR WAS.

01:58PM    7          THE WHOLE KIND OF EXCITEMENT AROUND SILICON VALLEY WAS

01:58PM    8     VERY COMPELLING TO ME.

01:58PM    9          THAT'S THE MAJOR REASON, YES.

01:58PM   10     Q.   AND WAS IT THIS BIOGRAPHY?

01:58PM   11     A.   YES.

01:58PM   12     Q.   AND IT WAS WALTER ISAACSON AND STEVE JOBS?

01:58PM   13     A.   YES.

01:58PM   14     Q.   AND YOU WERE EXCITED ABOUT TECHNOLOGY, AND THAT'S ONE OF

01:58PM   15     THE REASONS THAT YOU MIGHT WANT TO MOVE OUT TO SILICON VALLEY?

01:59PM   16     A.   YES.

01:59PM   17     Q.   AND WERE THERE ANY OTHER REASONS THAT PROMPTED YOU TO

01:59PM   18     LEAVE UPMC?

01:59PM   19     A.   NOT THAT I CAN RECALL, NO.

01:59PM   20     Q.   NOT THAT YOU CAN RECALL?

01:59PM   21     A.   NO.

01:59PM   22     Q.   NOTHING ELSE?

01:59PM   23     A.   NO.  I WANTED TO MAKE A MORE GLOBAL IMPACT ON HEALTH CARE

01:59PM   24     AND I THOUGHT JOINING A DIAGNOSTICS COMPANY WOULD HELP ME DO

01:59PM   25     THAT.

ROSENDORFF CROSS BY MR. WADE                                    2056

| | | |
|---|---|---|
| 01:59PM | 1 | Q.   OKAY.  AND I BELIEVE YOU TESTIFIED THAT -- SO WHEN YOU |
| 01:59PM | 2 | WERE MOVING WEST AND YOU WANTED TO GET INTO TECHNOLOGY, YOU |
| 01:59PM | 3 | WERE -- YOU HAD SORT OF APPLE AND ITS STORY AND INNOVATION IN |
| 01:59PM | 4 | YOUR MIND; IS THAT FAIR? |
| 01:59PM | 5 | A.   INNOVATION, YES, YES. |
| 01:59PM | 6 | Q.   AND SO YOU UNDERSTOOD MUCH OF WHAT HAD MADE APPLE |
| 01:59PM | 7 | SUCCESSFUL AS A RESULT OF READING THE ISAACSON BIOGRAPHY; |
| 02:00PM | 8 | RIGHT? |
| 02:00PM | 9 | A.   YES, YES. |
| 02:00PM | 10 | Q.   AND YOU KNEW ONE OF THE THINGS THAT WAS IMPORTANT TO |
| 02:00PM | 11 | APPLE'S SUCCESS AND SUCCESS OF A TECHNOLOGY COMPANY WAS VERY |
| 02:00PM | 12 | EFFECTIVE PUBLIC RELATIONS AND MARKETING; RIGHT? |
| 02:00PM | 13 | MR. BOSTIC:  OBJECTION.  FOUNDATION. |
| 02:00PM | 14 | THE COURT:  WELL, IF HE KNOWS. |
| 02:00PM | 15 | CAN YOU ANSWER THAT QUESTION? |
| 02:00PM | 16 | THE WITNESS:  MY PERSONAL OPINION WAS THAT IT WAS |
| 02:00PM | 17 | APPLE'S UNDERSTANDING OF PEOPLE'S EVERYDAY NEEDS AND TAILORING |
| 02:00PM | 18 | THE TECHNOLOGY TO THOSE NEEDS THAT MADE IT SUCCESSFUL. |
| 02:00PM | 19 | BY MR. WADE: |
| 02:00PM | 20 | Q.   AND, AGAIN, WE'RE TALKING ABOUT -- BASED ON THE BOOK, YOU |
| 02:00PM | 21 | ARE AWARE THAT MR. JOBS SPENT A LOT OF TIME FOCUSSED ON |
| 02:00PM | 22 | COMMERCIALS AND OTHER PUBLIC RELATIONS; RIGHT? |
| 02:00PM | 23 | A.   YES. |
| 02:00PM | 24 | Q.   AND YOU'RE AWARE, BASED ON THE BOOK, THAT THEY BECAME |
| 02:00PM | 25 | INCREDIBLY FAMOUS FOR SOME OF THE ADVERTISING THAT THEY |

ROSENDORFF CROSS BY MR. WADE                                          2057

02:00PM   1    DEVELOPED; RIGHT?

02:00PM   2    A.   YES.

02:00PM   3    Q.   THAT THEY CREATED THE 1984 SUPER BOWL AD.

02:01PM   4         DO YOU RECALL THAT?

02:01PM   5    A.   I RECALL A CHIAT/DAY, I BELIEVE, THERE WAS AN AD ABOUT BIG

02:01PM   6    BROTHER, OR THERE WAS A REFERENCE TO GEORGE ORWELL.

02:01PM   7    Q.   THE ORWELLIAN AD, WHICH I BELIEVE WAS TITLED 1984?

02:01PM   8    A.   YES.

02:01PM   9    Q.   AND IT WAS RUN IN THE SUPER BOWL.

02:01PM   10        DO YOU RECALL THAT?

02:01PM   11   A.   I DO NOT RECALL.

02:01PM   12   Q.   AND AS A RESULT OF THAT, THAT HELPED GET A LOT OF

02:01PM   13   ATTENTION FOR APPLE.

02:01PM   14        DO YOU RECALL THAT?

02:01PM   15   A.   THAT WAS A VERY FAMOUS COMMERCIAL, SO I GUESS SO.

02:01PM   16   Q.   AND THERE WERE ALSO -- THAT SAME FIRM THAT IS REFERENCED

02:01PM   17   IN THE ISAACSON BOOK, THE CHIAT/DAY FIRM, THEY DEVELOPED THE

02:01PM   18   "THINK DIFFERENT" CAMPAIGN AND IT TALKS ABOUT THAT IN THE BOOK;

02:01PM   19   RIGHT?

02:01PM   20   A.   YES.

02:01PM   21   Q.   AND THAT WAS VIEWED AS A KEY PART OF THEIR SUCCESS, THAT

02:01PM   22   BRANDING STRATEGY; RIGHT?

02:01PM   23   A.   YES.

02:01PM   24   Q.   AND YOU RECALL FROM THE BOOK THE INTENSE SECRECY THAT

02:01PM   25   MR. JOBS IMPOSED ON R&D PROJECTS AT APPLE?

ROSENDORFF CROSS BY MR. WADE                                      2058

| | | |
|---|---|---|
| 02:01PM | 1 | A.   CAN I MAKE A COMMENT ON APPLE'S SUCCESS? |
| 02:01PM | 2 | Q.   YOU CAN ANSWER THE QUESTION. |
| 02:02PM | 3 | A.   OKAY.  CAN YOU REPEAT THE QUESTION? |
| 02:02PM | 4 | Q.   DO YOU WANT ME TO REPEAT IT? |
| 02:02PM | 5 | A.   YEAH. |
| 02:02PM | 6 | Q.   OKAY.  DO YOU RECALL -- DO YOU RECALL THAT THE BOOK LAYS |
| 02:02PM | 7 | OUT IN INTENSE DETAIL OR IN EXCRUCIATING DETAIL THE SECRECY |
| 02:02PM | 8 | THAT APPLE PUT IN CONNECTION WITH ITS RESEARCH AND DEVELOPMENT |
| 02:02PM | 9 | AND PRODUCT DEVELOPMENT EFFORTS. |
| 02:02PM | 10 | DO YOU RECALL THAT? |
| 02:02PM | 11 | A.   I RECALL INTENSE SECRECY WITH REGARD TO THE PUBLIC |
| 02:02PM | 12 | KNOWLEDGE OF THE TECHNOLOGY, YES. |
| 02:02PM | 13 | Q.   DO YOU RECALL THAT THERE WERE -- AS DETAILED IN THE BOOK, |
| 02:02PM | 14 | THERE WERE ACTUALLY OCCASIONS WHERE MR. JOBS WOULD MOVE AN R&D |
| 02:02PM | 15 | PRODUCT TEAM OUT OF THE APPLE FACILITY INTO ANOTHER FACILITY, A |
| 02:02PM | 16 | SECRET AND UNDISCLOSED LOCATION, THAT WAS UNMARKED. |
| 02:02PM | 17 | DO YOU RECALL THAT? |
| 02:02PM | 18 | A.   NO.  THAT'S INTERESTING.  YEAH. |
| 02:02PM | 19 | Q.   OKAY.  DO YOU RECALL THAT WHEN MR. JOBS WOULD GO TO REVIEW |
| 02:02PM | 20 | TECHNOLOGY, THAT HE WOULD DO IT IN A SPECIAL PASSWORD PROTECTED |
| 02:03PM | 21 | ROOM WHERE NO ONE ELSE COULD ACCESS THAT TECHNOLOGY?  IT WAS A |
| 02:03PM | 22 | ROOM SPECIFICALLY DESIGNED FOR THAT? |
| 02:03PM | 23 | MR. BOSTIC:  OBJECTION.  RELEVANCE.  FOUNDATION. |
| 02:03PM | 24 | COUNSEL IS TESTIFYING. |
| 02:03PM | 25 | MR. WADE:  HE READ THE BOOK. |

ROSENDORFF CROSS BY MR. WADE                                            2059

02:03PM  1              THE COURT:  HE DID READ THE BOOK, BUT THIS ISN'T THE

02:03PM  2      TIME FOR A BOOK REPORT.  I FAIL TO SEE THE RELEVANCE.

02:03PM  3          I'LL ALLOW YOU SOME LATITUDE, BUT HE READ THE BOOK AND YOU

02:03PM  4      CAN GO ON.

02:03PM  5              MR. WADE:  FAIR ENOUGH.

02:03PM  6          LET ME CONTINUE WITH THE RELEVANCE.

02:03PM  7      Q.   YOU READ THE BOOK?

02:03PM  8      A.   YES.

02:03PM  9      Q.   AND I BELIEVE YOU TESTIFIED YOU CAME OUT AND YOU

02:03PM  10     INTERVIEWED FOR 20 MINUTES WITH MS. HOLMES; IS THAT RIGHT?

02:03PM  11     A.   ABOUT THAT, YES.

02:03PM  12     Q.   AND ABOUT 20 MINUTES WITH DR. YOUNG?

02:03PM  13     A.   YES.

02:03PM  14     Q.   AND ABOUT 20 MINUTES WITH MR. BALWANI?

02:03PM  15     A.   YES.

02:03PM  16     Q.   AND YOU WERE VERY IMPRESSED BY THEIR EXUBERANCE.  WAS THAT

02:03PM  17     THE WORD THAT YOU USED?

02:03PM  18     A.   THE PHRASE I USED WAS EARNESTNESS AND DEDICATION.

02:03PM  19     Q.   YOU WERE IMPRESSED BY THEIR EARNESTNESS AND DEDICATION AT

02:04PM  20     THE TIME OF THE INTERVIEW?

02:04PM  21     A.   YES.

02:04PM  22     Q.   AND YOU HAD DONE SOME RESEARCH ON THE COMPANY; RIGHT?

02:04PM  23     A.   CORRECT.

02:04PM  24     Q.   AND YOU LOOKED AT SOME PATENTS?

02:04PM  25     A.   THERE WAS VERY LITTLE INFORMATION AVAILABLE ON THE COMPANY

ROSENDORFF CROSS BY MR. WADE                                    2060

02:04PM   1    WEBSITE ABOUT WHAT THEY ACTUALLY DID.  I WAS ABLE TO GOOGLE AND

02:04PM   2    FOUND SOME PATENTS THAT THERANOS HAD FILED --

02:04PM   3    Q.   OKAY.

02:04PM   4    A.   -- OVER THE YEARS, YEAH.

02:04PM   5    Q.   OKAY.  AND YOU SAID THAT THERE WAS VERY LITTLE

02:04PM   6    INFORMATION.

02:04PM   7         THERE WAS NOT A LOT OF PUBLIC DISCLOSURE IN THAT

02:04PM   8    INFORMATION; RIGHT?

02:04PM   9    A.   NO.

02:04PM   10   Q.   BECAUSE THEY WERE STILL IN RESEARCH AND DEVELOPMENT MODE?

02:04PM   11   A.   STEALTH MODE, QUOTE-UNQUOTE.

02:04PM   12   Q.   YES.  AND LIKE APPLE, THEY KEPT THE SECRETS.  YOU HAD JUST

02:04PM   13   READ APPLE, SO IT MUST NOT HAVE BEEN SURPRISING FOR YOU TO

02:04PM   14   LEARN THAT THIS TECHNOLOGY COMPANY WAS HOLDING ITS CONFIDENTIAL

02:04PM   15   TRADE SECRETS CLOSELY?

02:04PM   16   A.   I HAD TWO THOUGHTS.  ONE WAS THAT THE LACK OF INFORMATION

02:04PM   17   WOULD NOT ALLOW ME TO EVALUATE THIS OPPORTUNITY AS THOROUGHLY

02:05PM   18   AS I WOULD LIKE.

02:05PM   19        MY OTHER THOUGHT WAS THAT THEY MUST HAVE GREAT TECHNOLOGY

02:05PM   20   BECAUSE THEY'RE KEEPING IT SO SECRET, BECAUSE THEY'RE KEEPING

02:05PM   21   IT SO SECRET, BECAUSE THEY'RE KEEPING THE TECHNOLOGY SO SECRET.

02:05PM   22   Q.   OKAY.  AND -- BUT IT WASN'T TOTALLY SECRET.  THERE WERE

02:05PM   23   PATENTS THAT YOU REVIEWED; RIGHT?

02:05PM   24   A.   CORRECT.

02:05PM   25             MR. WADE:  MAY I APPROACH, YOUR HONOR?

| | | |
|---|---|---|
| 02:05PM | 1 | THE COURT:  YES. |
| 02:05PM | 2 | MR. WADE:  (HANDING.) |
| 02:05PM | 3 | THE COURT:  IS THIS THE PATENT BINDER? |
| 02:05PM | 4 | MR. WADE:  THIS IS THE PATENT BINDER.  I BELIEVE IT |
| 02:05PM | 5 | IS VOLUME 8. |
| 02:05PM | 6 | Q.  DR. ROSENDORFF, I PUT BEFORE YOU A BINDER OF THE PATENTS |
| 02:05PM | 7 | THAT WERE PUBLICLY AVAILABLE ON THE WEBSITE ON -- PUBLICLY |
| 02:05PM | 8 | AVAILABLE AS OF THE DATE OF YOUR INTERVIEW.  OKAY? |
| 02:05PM | 9 | A.  YES. |
| 02:05PM | 10 | Q.  AND DO YOU RECALL HOW -- AND I WANT TO HAVE THIS AS A |
| 02:06PM | 11 | REFERENCE FOR YOU IN CASE YOU NEED TO GO TO ANY OF THESE |
| 02:06PM | 12 | MATERIALS IN CONNECTION WITH MY QUESTIONS.  OKAY? |
| 02:06PM | 13 | A.  OKAY. |
| 02:06PM | 14 | Q.  AND YOU MENTIONED THERE WAS NOT VERY MUCH PUBLICLY |
| 02:06PM | 15 | AVAILABLE INFORMATION; RIGHT? |
| 02:06PM | 16 | A.  NO. |
| 02:06PM | 17 | Q.  AND THERE WAS NOT A LOT OF PRESS OR MEDIA OUT THERE; |
| 02:06PM | 18 | RIGHT? |
| 02:06PM | 19 | A.  THERE WAS NOT. |
| 02:06PM | 20 | Q.  RIGHT.  AND THERE WASN'T A LOT ON THE WEBSITE? |
| 02:06PM | 21 | A.  THERE WAS A YOUTUBE VIDEO OF ELIZABETH THAT SHE WAS |
| 02:06PM | 22 | TALKING AT STANFORD AND IT WAS SHORTLY AFTER SHE STARTED THE |
| 02:06PM | 23 | COMPANY.  SHE WAS A BRUNETTE BACK THEN.  IT WAS AN INTERESTING |
| 02:06PM | 24 | TALK, YEAH. |
| 02:06PM | 25 | Q.  AND SO WAS I. |

02:06PM   1          (LAUGHTER.)

02:06PM   2     BY MR. WADE:

02:06PM   3     Q.   NEVERTHELESS, BASED UPON YOUR INFORMATION, THE INFORMATION

02:06PM   4     THAT YOU WERE TO GATHER AND THE PATENTS THAT YOU REVIEWED, YOU

02:06PM   5     CAME TO A CONCLUSION ABOUT THE COMPANY; RIGHT?

02:06PM   6     A.   YES.

02:06PM   7     Q.   YOU THOUGHT IT WOULD BE THE NEXT APPLE?

02:06PM   8     A.   CORRECT.

02:06PM   9     Q.   NOW, YOU UNDERSTAND THAT APPLE IS THE BIGGEST COMPANY IN

02:07PM   10    THE WORLD RIGHT NOW?

02:07PM   11    A.   IS THAT RIGHT?

02:07PM   12    Q.   IT'S WORTH OVER $2 TRILLION.

02:07PM   13    A.   MARKET CAP?

02:07PM   14    Q.   YEAH.

02:07PM   15    A.   I KEEP LOSING TRACK.  SOMETIMES IT'S MICROSOFT.  SOMETIMES

02:07PM   16    IT'S APPLE.  SOMETIMES IT'S GOOGLE.  YOU KNOW BETTER THAN ME.

02:07PM   17    Q.   ALL CHILDREN OF THE SILICON VALLEY HERE; RIGHT?

02:07PM   18    A.   NO.  I DIDN'T GROW UP HERE.

02:07PM   19    Q.   OKAY.  THOSE COMPANIES ARE ALL CHILDREN OF THE

02:07PM   20    SILICON VALLEY?

02:07PM   21    A.   YES, YES.

02:07PM   22    Q.   AND SO YOU CAME TO THE -- BUT YOU DID KNOW AT THE TIME --

02:07PM   23    IF YOU DIDN'T KNOW IT WAS ONE OF THE BIGGEST COMPANIES IN THE

02:07PM   24    WORLD, YOU KNEW IT WAS ONE OF THE MOST SUCCESSFUL COMPANIES

02:07PM   25    GOING AT THE TIME; RIGHT?

ROSENDORFF CROSS BY MR. WADE                                                2063

02:07PM   1    A.   CORRECT.

02:07PM   2    Q.   AND BASED UPON THE HOUR OF INTERVIEWS AND THOSE PATENTS,

02:07PM   3    YOU CAME TO THE VIEW THAT THIS WAS GOING TO BE THE EQUIVALENT

02:07PM   4    OF THIS ICONIC CORPORATE COMPANY?

02:07PM   5    A.   I BELIEVED IT WAS GOING TO REVOLUTIONIZE LABORATORY

02:08PM   6    TESTING.

02:08PM   7    Q.   AND WERE THERE PARTICULAR PATENTS THAT CAUSED YOU TO

02:08PM   8    BELIEVE THAT IT COULD REVOLUTIONIZE LABORATORY TESTING?

02:08PM   9    A.   YEAH.   THERE WERE PATENTS RELATED TO HOW YOU COLLECT SMALL

02:08PM  10    SAMPLES; THERE WERE PATENTS RELATED TO TIPS THAT WERE COAT TO

02:08PM  11    THE ANTIBODIES THAT WOULD BOTH DRAW UP THE SAMPLE AND BE A

02:08PM  12    DETECTION DEVICE.   THERE WERE A LOT OF INTERESTING IDEAS.

02:08PM  13    Q.   AND THAT WAS WHAT -- THE TECHNOLOGY THAT YOU SAW PUBLICLY

02:08PM  14    AVAILABLE IN THE INTELLECTUAL PROPERTY IS WHAT CAUSED YOU TO

02:08PM  15    THINK THIS COULD BE THE NEXT APPLE?

02:08PM  16    A.   NOT JUST THAT.   I MEAN, THE IMPRESSION THAT I GOT AFTER

02:08PM  17    THE INTERVIEWS, THE FACT THAT THEY WERE INTERVIEWING ME AT

02:08PM  18    6:00 P.M. SPOKE TO A CERTAIN WORTH ETHIC THERE.

02:09PM  19         THE PATENTS WAS ONE FACTOR, YES.

02:09PM  20    Q.   PATENTS AND WORK ETHIC?

02:09PM  21    A.   YES.

02:09PM  22    Q.   AND THE 60-MINUTE OF INTERVIEW?

02:09PM  23    A.   ON YOUTUBE, YEAH.

02:09PM  24    Q.   OKAY.   AND I THINK YOU SAID WHEN YOU CAME TO THE COMPANY,

02:09PM  25    YOU DIDN'T GO ON TO THE CLIA LICENSE RIGHT AWAY; RIGHT?

ROSENDORFF CROSS BY MR. WADE                                          2064

02:09PM  1     A.   CORRECT.  I NEEDED A CALIFORNIA MEDICAL LICENSE BEFORE I

02:09PM  2     COULD SERVE AS LABORATORY DIRECTOR.

02:09PM  3     Q.   AND SO WAS THERE A PROCESS THAT YOU HAD TO GO THROUGH TO

02:09PM  4     GET THAT BEFORE YOU COULD BE THE LABORATORY DIRECTOR?

02:09PM  5     A.   YES.  I APPLIED TO THE MEDICAL BOARD OF CALIFORNIA FOR A

02:09PM  6     MEDICAL LICENSE.

02:09PM  7     Q.   OKAY.  AND DID YOU GET THAT LICENSE?

02:10PM  8     A.   YES.

02:10PM  9     Q.   AND DO YOU RECALL WHEN YOU WENT ON THE CLIA CERTIFICATE?

02:10PM  10    A.   I DO NOT RECALL.

02:10PM  11    Q.   BEFORE YOU WENT ON THE CLIA CERTIFICATE, WAS IT

02:10PM  12    SPENCER HIRAKI WHO WAS ON THE CLIA CERTIFICATE?

02:10PM  13    A.   CORRECT.

02:10PM  14    Q.   AND JUST SO WE UNDERSTAND IT, THERANOS WAS RUNNING ONLY

02:10PM  15    THE BIG MACHINES; RIGHT?

02:10PM  16    A.   CORRECT.

02:10PM  17    Q.   AND THE COMMERCIAL DEVICES.

02:10PM  18         DO YOU RECALL WHICH ONES?

02:10PM  19    A.   THERE WERE -- I RECALL THEY WERE RUNNING THE VENOUS

02:10PM  20    SAMPLES ON THE SIEMENS INSTRUMENTS UNMODIFIED AND THE CELLDYNE

02:10PM  21    RUBY FOR CBC'S.

02:10PM  22    Q.   AND THOSE WERE COMING UNDER A CONTRACT THAT WAS WITH

02:10PM  23    SAFEWAY; IS THAT RIGHT?

02:10PM  24    A.   CORRECT.

02:10PM  25    Q.   THEY WERE PERFORMING TESTS OUT AT THE SAFEWAY LABORATORY,

ROSENDORFF CROSS BY MR. WADE                                              2065

02:11PM   1    OR AT THE SAFEWAY HEADQUARTERS -- I'M SORRY -- AT THE THERANOS

02:11PM   2    LABORATORY; RIGHT?

02:11PM   3    A.   THESE TESTS WERE FOR SAFEWAY EMPLOYEES AT THEIR

02:11PM   4    HEADQUARTERS IN PLEASANTON.

02:11PM   5    Q.   AND AT WHAT POINT DID YOU GET INVOLVED IN OVERSEEING

02:11PM   6    THOSE, NOT IN A CLIA CAPACITY, BUT JUST AS AN EMPLOYEE?  DID

02:11PM   7    YOU HAVE ANY ROLE IN OVERSEEING THE OPERATION OF THOSE TESTS?

02:11PM   8    A.   NO.

02:11PM   9    Q.   NO?

02:11PM  10    A.   NO.

02:11PM  11    Q.   AND WHEN YOU -- WERE THERE ANY STEPS THAT YOU UNDERTOOK IN

02:11PM  12    BETWEEN THE PERIOD WHEN YOU WEREN'T THE CLINICAL LAB DIRECTOR

02:11PM  13    TO FAMILIARIZE YOURSELF WITH THE STATUS OF THE CLIA LAB?

02:11PM  14    A.   YES.  I WOULD HAVE FREQUENT DISCUSSIONS WITH LABORATORY

02:12PM  15    STAFF.  I SPENT A LOT OF TIME IN THE ACTUAL LABORATORY AND

02:12PM  16    FAMILIARIZED MYSELF WITH THE INSTRUMENTATION, WITH THE

02:12PM  17    LABORATORY INFORMATION SYSTEMS.

02:12PM  18    Q.   THE LABORATORY INFORMATION SYSTEM, THAT'S THE LIS?

02:12PM  19    A.   CORRECT.

02:12PM  20    Q.   AND THERE WAS PROBABLY AN EARLY VERSION OF THE LIS AT THAT

02:12PM  21    TIME?

02:12PM  22    A.   YES.  IT WAS CALLED LABDAQ.

02:12PM  23    Q.   LABDAQ.  IT WAS KIND OF AN OFF-THE-SHELF PRODUCT; IS THAT

02:12PM  24    RIGHT?

02:12PM  25    A.   I BELIEVE SO.

ROSENDORFF CROSS BY MR. WADE                                    2066

02:12PM   1    Q.   AND I'LL COME BACK IN A SECOND AND I'LL ASK YOU A FEW

02:12PM   2    QUESTIONS NEXT ABOUT THE NEXT VERSION OF THE LIS.

02:12PM   3    A.   UH-HUH.

02:12PM   4    Q.   BUT BEFORE I DO THAT, MR. HIRAKI WAS NOT THERE FULL TIME;

02:12PM   5    CORRECT?

02:12PM   6    A.   NO, HE WAS NOT.

02:12PM   7    Q.   DO YOU RECALL HOW OFTEN HE WOULD COME IN?

02:12PM   8    A.   ABOUT ONCE A MONTH.

02:12PM   9    Q.   AND YOU WERE THERE?

02:12PM   10   A.   CORRECT.

02:12PM   11   Q.   AND DID YOU THINK THAT IT WAS -- WAS IT YOUR UNDERSTANDING

02:12PM   12   THAT IT WAS APPROPRIATE UNDER CLIA TO HAVE A PART-TIME LAB

02:13PM   13   DIRECTOR?

02:13PM   14   A.   YES, IT IS PERMITTED UNDER CLIA.

02:13PM   15   Q.   IN FACT, IT'S PRETTY COMMON, ISN'T IT?

02:13PM   16   A.   YES.

02:13PM   17   Q.   AND IT'S NOT AT ALL UNCOMMON FOR ONE LAB DIRECTOR TO COVER

02:13PM   18   MULTIPLE LABS; RIGHT?

02:13PM   19   A.   CORRECT.  YOU'RE PERMITTED TO DIRECT FIVE LABS UNDER CLIA,

02:13PM   20   I BELIEVE.

02:13PM   21   Q.   FIVE LABS?

02:13PM   22   A.   CORRECT, CORRECT.

02:13PM   23   Q.   SO AS A LAB DIRECTOR, YOU HAVE THE ABILITY TO SPLIT YOUR

02:13PM   24   TIME BETWEEN FIVE DIFFERENT LABS?

02:13PM   25   A.   YES, IF YOU -- THAT'S REALLY AN INTERNAL CHOICE.  IF YOU

UNITED STATES COURT REPORTERS

**ER-5771**

ROSENDORFF CROSS BY MR. WADE                                            2067

02:13PM  1     BELIEVE THAT YOU CAN FULFILL THOSE DUTIES RESPONSIBLY, THEN

02:13PM  2     YES.

02:13PM  3     Q.   AND THAT'S A JUDGMENT THAT IS MADE BY THE LAB DIRECTOR?

02:13PM  4     A.   CORRECT.

02:13PM  5     Q.   OKAY.  AND DID YOU THINK, GIVEN THE SMALL VOLUME OF TESTS

02:13PM  6     AND THE FACT THAT THEY WERE ON THESE BIG MACHINES, DID YOU

02:13PM  7     THINK THAT MR. HIRAKI WAS DEDICATING ENOUGH TIME IN THAT

02:13PM  8     PERIOD?

02:13PM  9     A.   YES.

02:13PM  10    Q.   AND YOU WERE THERE, TOO, TO HELP; RIGHT?

02:13PM  11    A.   YES.

02:13PM  12    Q.   AND YOU AT TIMES SERVED AS A PART-TIME LAB DIRECTOR;

02:14PM  13    CORRECT?

02:14PM  14    A.   CORRECT, CORRECT.

02:14PM  15    Q.   AND ABOUT WHAT IS THE MOST LABS THAT YOU'VE COVERED?

02:14PM  16    A.   THREE.

02:14PM  17    Q.   THREE AT ONCE?

02:14PM  18    A.   YES.

02:14PM  19    Q.   OKAY.  BUT YOU THINK THERE'S A REGULATION THAT ALLOWS YOU

02:14PM  20    TO DO UP TO FIVE; IS THAT RIGHT?

02:14PM  21    A.   YEAH.  I DON'T KNOW IF THAT'S A BUSINESS AND PROFESSIONS

02:14PM  22    CODE THAT IS SPECIFIC TO CALIFORNIA OR WHETHER THAT'S A CLIA

02:14PM  23    REG.  THOSE ARE THE RULES.  I DON'T KNOW WHAT THEY FALL UNDER,

02:14PM  24    YEAH.

02:14PM  25    Q.   AND IS THE ISSUE THERE, THERE'S SOME JUDGMENT THAT IF YOU

ROSENDORFF CROSS BY MR. WADE                                    2068

| | | |
|---|---|---|
| 02:14PM | 1 | GO OVER FIVE, THAT'S PROBABLY TOO MANY; RIGHT? |
| 02:14PM | 2 | A.   YES. |
| 02:14PM | 3 | Q.   AS YOU WERE COMING INTO THE LAB, DID YOU REVIEW THE SOP'S |
| 02:14PM | 4 | THAT WERE IN PLACE. |
| 02:14PM | 5 | A.   NO.  ONCE YOU'RE THE LAB DIRECTOR OF RECORD, YOU DON'T |
| 02:15PM | 6 | SIGN SOP'S.  YOU KNOW, THE TESTS WERE BEING RUN ACCORDING TO |
| 02:15PM | 7 | THE PACKAGE INSERTS, THE SIEMENS PACKAGE INSERTS.  I WAS |
| 02:15PM | 8 | FAMILIAR WITH THOSE. |
| 02:15PM | 9 | I DON'T REALLY RECALL REVIEWING THE SOP'S IN MUCH DETAIL, |
| 02:15PM | 10 | NO. |
| 02:15PM | 11 | Q.   NOW, GIVE US ALL A SENSE OF THE NUMBER OF SOP'S THAT ONE |
| 02:15PM | 12 | HAS IN A CLIA LAB.  DO YOU HAVE AN ESTIMATE ON THE NUMBER OF |
| 02:15PM | 13 | SOP'S? |
| 02:15PM | 14 | A.   IT'S VERY VARIABLE.  IT DEPENDS ON THE NUMBER OF TESTS |
| 02:15PM | 15 | BEING RUN.  IT DEPENDS ON THE REGULATORY ENVIRONMENTS IN THE |
| 02:15PM | 16 | LABORATORY.  SO I CAN'T REALLY GIVE YOU A NUMBER. |
| 02:15PM | 17 | Q.   WHEN YOU SAY "REGULATORY ENVIRONMENT," IS THAT WHETHER |
| 02:15PM | 18 | IT'S A MODERATE COMPLEXITY OR A HIGH COMPLEXITY LABORATORY? |
| 02:15PM | 19 | A.   NO.  IT'S JUST THE CULTURE OF THE COMPANY IN TERMS OF |
| 02:15PM | 20 | HAVING SOP'S AND POLICIES IN PLACE THAT ADDRESS EVERY SINGLE |
| 02:15PM | 21 | CLIA REQUIREMENT, YEAH. |
| 02:15PM | 22 | Q.   BUT THERE ARE SOME THINGS THAT ARE VIEWED AS NECESSARY |
| 02:16PM | 23 | UNDER CLIA; RIGHT? |
| 02:16PM | 24 | A.   YES. |
| 02:16PM | 25 | Q.   AND DID YOU -- |

ROSENDORFF CROSS BY MR. WADE                                              2069

02:16PM  1    A.   SO I JUST WANT TO CLARIFY, NOT -- THERE ARE MANY, MANY,

02:16PM  2    LABORATORIES THAT ARE ACCREDITED BY CAP, THE COLLEGE OF

02:16PM  3    AMERICAN PATHOLOGY.  THOSE LABORATORIES WOULD BE TAILORING

02:16PM  4    THEIR SOP'S TO THE CAP CHECKLIST.

02:16PM  5    Q.   OKAY.  WAS THERANOS A CAP LAB?

02:16PM  6    A.   NO.

02:16PM  7    Q.   IT WAS THE CLIA LAB?

02:16PM  8    A.   CORRECT.

02:16PM  9    Q.   AND THE CLIA PROCESS ACTUALLY, THERE'S A CERTIFICATION

02:16PM  10   PROCESS THAT HAPPENS BEFORE YOU CAN ATTAIN CLIA LICENSING;

02:16PM  11   RIGHT?

02:16PM  12   A.   CORRECT.

02:16PM  13   Q.   AND PART OF THAT PROCESS IS THAT YOU HAVE TO GO THROUGH

02:16PM  14   AND SET UP NECESSARY PROCEDURES AND GET NECESSITY PERSONNEL AND

02:16PM  15   EQUIPMENT AND THE LIKE; RIGHT?

02:17PM  16   A.   CORRECT.

02:17PM  17   Q.   AND IN THOSE REGULATIONS THAT WE WERE TALKING ABOUT AT

02:17PM  18   7603, THERE ARE A LOT OF REQUIREMENTS THAT GO TO WHAT IS

02:17PM  19   NECESSARY BEFORE YOU CAN PROPERLY FUNCTION AS A CLIA

02:17PM  20   LABORATORY; CORRECT?

02:17PM  21   A.   CORRECT.

02:17PM  22   Q.   AND IT WAS YOUR UNDERSTANDING AT THE TIME THAT YOU CAME

02:17PM  23   INTO THE COMPANY THAT THERANOS HAD ALREADY GONE THROUGH THAT

02:17PM  24   CERTIFICATION PROCESS; RIGHT?

02:17PM  25   A.   YES.  SO THE FIRST THING THAT HAPPENS IS THAT LABORATORY

ROSENDORFF CROSS BY MR. WADE                                      2070

02:17PM  1    FIELD SERVICES COMES ON SITE AND THEY DO AN INSPECTION, AND IF

02:17PM  2    THAT GOES WELL, THEY ISSUE A CERTIFICATE OF REGISTRATION, AND

02:17PM  3    THEN AT SOME SUBSEQUENT POINT, THEY COME BACK AND DO ANOTHER

02:17PM  4    INSPECTION AND THEY GIVE YOU A CERTIFICATE OF COMPLIANCE, COC.

02:17PM  5    Q.   AND ONLY THEN CAN YOU OPERATE AS A LAB?

02:17PM  6    A.   NO.   YOU CAN START TESTING AFTER YOU GET YOUR CERTIFICATE

02:17PM  7    OF REGISTRATION.

02:17PM  8    Q.   SO AFTER THE FIRST CERTIFICATE.   BUT THEN THEY'RE GOING TO

02:18PM  9    COME BACK A SHORT TIME LATER AND DO AN INSPECTION; IS THAT

02:18PM 10    RIGHT?

02:18PM 11    A.   CORRECT.   CORRECT.   THAT'S MY UNDERSTANDING, CORRECT.

02:18PM 12    Q.   OKAY.   AND SO THERE ARE TWO VISITS THAT ARE NECESSARY

02:18PM 13    BEFORE YOU ARE KIND OF FULLY CERTIFIED UNDER CLIA?

02:18PM 14    A.   CORRECT.

02:18PM 15    Q.   OKAY.   AND IT WAS YOUR UNDERSTANDING AT THE TIME THAT YOU

02:18PM 16    CAME IN THAT THERANOS HAD ALREADY GONE THROUGH THAT PROCESS;

02:18PM 17    RIGHT?

02:18PM 18    A.   YES.

02:18PM 19    Q.   AND DO YOU KNOW --

02:18PM 20    A.   I ACTUALLY -- SO I WANT TO CLARIFY.   THERANOS WAS RUNNING

02:18PM 21    AND REPORTING PATIENT SAMPLES, I BELIEVE THEY HAD AT LEAST

02:18PM 22    THEIR CERTIFICATE OF REGISTRATION.   I DO NOT RECALL IF THEY HAD

02:18PM 23    THE OTHER CERTIFICATE OF COMPLIANCE, YEAH.

02:18PM 24    Q.   OKAY.   WELL, I TAKE IT AT SOME POINT BEFORE YOU BECAME THE

02:18PM 25    LAB DIRECTOR, YOU LEARNED OR ENSURED THAT IT WAS A PROPERLY

ROSENDORFF CROSS BY MR. WADE                                      2071

```
02:18PM   1      CERTIFIED LAB.

02:18PM   2      A.   YES, YES, OF COURSE.

02:18PM   3      Q.   AND YOU FILED THE NECESSARY PAPERWORK TO PUT YOURSELF ON

02:18PM   4      THE LAB AS THE LAB DIRECTOR; RIGHT?

02:18PM   5      A.   CORRECT.

02:18PM   6      Q.   AND DO YOU RECALL THE DATE ON WHICH YOU BECAME THE, YOU

02:19PM   7      BECAME THE LABORATORY DIRECTOR OF RECORD?

02:19PM   8      A.   NO, I DO NOT.

02:19PM   9      Q.   DO YOU RECALL AROUND THE FALL OF 2013?

02:19PM  10      A.   SUMMER MAYBE.  I JUST -- I CAN'T SPEAK TO THAT UNDER OATH.

02:19PM  11      I DON'T HAVE A RECOLLECTION OF IT.

02:19PM  12      Q.   OKAY.  I TAKE IT YOU DON'T RECALL WHEN YOU GOT YOUR

02:19PM  13      NECESSARY LICENSING FROM CALIFORNIA?

02:19PM  14      A.   NO, I DO NOT RECALL.  NO.

02:19PM  15      Q.   OKAY.  AND THERE ARE, WITHIN THE CLIA WORLD, DIFFERENT

02:19PM  16      LEVELS OF COMPLEXITY --

02:19PM  17      A.   CORRECT.

02:19PM  18      Q.   -- FOR LABS; RIGHT?

02:19PM  19      A.   CORRECT.

02:19PM  20      Q.   AND THERE'S A HIGH COMPLEXITY LAB; RIGHT?  AND A MODERATE

02:19PM  21      COMPLEXITY LAB?

02:19PM  22      A.   THERE ARE MULTIPLE CATEGORIES.  THERE'S A MODERATE

02:19PM  23      COMPLEXITY, A HIGH COMPLEXITY, THERE'S SOMETHING ELSE CALLED

02:20PM  24      PROVIDER -- PPM, IT'S A MICROSCOPY CERTIFICATION.  THERE ARE

02:20PM  25      OTHER LABS DOING CLIA WAVE TESTS.  SO THERE ARE A NUMBER OF
```

ROSENDORFF CROSS BY MR. WADE                                      2072

02:20PM  1   CATEGORIES.

02:20PM  2   Q.   AND WHAT IS -- HIGH COMPLEXITY, IS THAT THE HIGHEST LEVEL

02:20PM  3   FOR A CLIA LAB?

02:20PM  4   A.   RIGHT.   SO IF YOU DO EVEN ONE LABORATORY DEVELOPED TEST,

02:20PM  5   YOU'RE IMMEDIATELY CONSIDERED HIGH COMPLEXITY.

02:20PM  6   Q.   SO THERANOS NEEDED TO BE A HIGH COMPLEXITY CLIA LAB;

02:20PM  7   RIGHT?

02:20PM  8   A.   CORRECT.

02:20PM  9   Q.   AND AS A RESULT, THE LEVEL OF QUALIFICATIONS FOR STAFF GO

02:20PM 10   UP A LEVEL; RIGHT?

02:20PM 11   A.   CORRECT.

02:20PM 12   Q.   AND THERE ARE SOME PEOPLE WHO COULD BE -- WHO WOULD BE

02:20PM 13   QUALIFIED TO BE MODERATE COMPLEXITY LAB DIRECTORS WHO COULD

02:20PM 14   NEVER BECOME A HIGH COMPLEXITY LAB DIRECTOR; RIGHT?

02:20PM 15   A.   THAT'S RIGHT.

02:20PM 16   Q.   UNLESS THEY WENT BACK TO MEDICAL SCHOOL OR SOMETHING OR

02:20PM 17   GOT A PH.D. IN THE NECESSARY LICENSING?

02:20PM 18   A.   YES.   THE REQUIREMENTS ARE MORE STRINGENT FOR EDUCATION

02:21PM 19   AND EXPERIENCE IN A HIGH COMPLEXITY LAB VERSUS A MODERATE

02:21PM 20   COMPLEXITY.

02:21PM 21   Q.   AND ARE THE OPERATIONAL POLICIES AND GUIDELINES MORE

02:21PM 22   RIGOROUS AS WELL?

02:21PM 23   A.   THOSE ARE DETERMINED BY THE LABORATORY FOR THE MOST PART,

02:21PM 24   YEAH.

02:21PM 25   Q.   WELL, YOU WERE -- YOU ENDED UP BEING THE LAB DIRECTOR OF

ROSENDORFF CROSS BY MR. WADE                                                2073

02:21PM   1     THIS HIGH COMPLEXITY LAB; RIGHT?

02:21PM   2     A.   YES, I WAS.

02:21PM   3     Q.   AND WAS UNIVERSITY OF -- UPMC, WAS THAT A HIGH COMPLEXITY

02:21PM   4     LAB?

02:21PM   5     A.   YES.

02:21PM   6     Q.   OKAY.  SO YOU WERE COMFORTABLE WITH THE LEVEL OF

02:21PM   7     PROCEDURES AND THINGS THAT WERE IN PLACE WHEN YOU PUT YOUR NAME

02:21PM   8     ON TO THE CERTIFICATE?

02:21PM   9     A.   AT THE TIME, YES.

02:21PM   10    Q.   YEAH.  WERE THERE OTHER POLICIES THAT YOU PUT IN PLACE

02:21PM   11    IMMEDIATELY OR BEFORE YOU TOOK OVER?

02:21PM   12    A.   SO I LISTED A NUMBER OF POLICIES AND PROCEDURES IN THE

02:22PM   13    EMAIL TO ELIZABETH SHORTLY BEFORE THE LAUNCH.  THAT'S WHAT I

02:22PM   14    WORKED ON.  THAT'S WHAT I RECALL.

02:22PM   15    Q.   THAT'S WHAT YOU RECALL?

02:22PM   16    A.   YEAH.

02:22PM   17    Q.   BECAUSE YOU WERE TELLING HER WHAT NEEDED TO BE DONE IN

02:22PM   18    ORDER TO BE SHIPSHAPE?

02:22PM   19    A.   CORRECT.

02:22PM   20    Q.   IN ORDER TO MAKE SURE THAT EVERYTHING IS IN COMPLIANCE?

02:22PM   21    A.   YEAH.  I WAS FURIOUSLY WORKING ON DOCUMENTATION BEFORE THE

02:22PM   22    LAUNCH, YEAH.

02:22PM   23    Q.   IN FACT, IF WE CAN GO BACK TO -- DO YOU RECALL IN THAT

02:22PM   24    EMAIL FROM MR. BALWANI IN ADVANCE OF THE NOVEMBER PUBLIC

02:22PM   25    LAUNCH, DO YOU RECALL THAT DOCUMENT THAT WE WERE LOOKING AT?

ROSENDORFF CROSS BY MR. WADE                                                2074

| | | |
|---|---|---|
| 02:22PM | 1 | A.   I THINK SO, WHERE I SAID HOW EXCITING THAT WE'RE |
| 02:22PM | 2 | GOING PUBLIC, OR THAT WE'RE EXPANDING TESTING TO A WIDER BASE? |
| 02:22PM | 3 | IS THAT THE EMAIL? |
| 02:22PM | 4 | Q.   YES.  IT'S 12464.  CAN WE BRING THAT UP? |
| 02:23PM | 5 | DO YOU SEE AT THE BOTTOM OF THE FIRST PAGE THERE'S AN |
| 02:23PM | 6 | EMAIL FROM MR. BALWANI TO YOU? |
| 02:23PM | 7 | DO YOU SEE THAT? |
| 02:23PM | 8 | A.   YES. |
| 02:23PM | 9 | Q.   AND WE TALKED ABOUT HOW THIS WAS IN DISCUSSION OF GOING |
| 02:23PM | 10 | LIVE? |
| 02:23PM | 11 | A.   YES. |
| 02:23PM | 12 | Q.   AND LET'S GO TO THE SECOND PAGE. |
| 02:23PM | 13 | THE CLERK:  IS THIS ADMITTED? |
| 02:23PM | 14 | MR. WADE:  I BELIEVE 12464 WAS ADMITTED.  IF NOT, I |
| 02:23PM | 15 | WOULD MOVE THE ADMISSION. |
| 02:23PM | 16 | THE CLERK:  IT IS. |
| 02:23PM | 17 | BY MR. WADE: |
| 02:23PM | 18 | Q.   AND DO YOU SEE THIS PAGE? |
| 02:23PM | 19 | A.   YES. |
| 02:23PM | 20 | Q.   AND HERE MR. BALWANI IS SAYING, "THE KEY IS TO HAVE |
| 02:23PM | 21 | PERFECT DISCIPLINE AND SOP'S IN PLACE TO MAKE SURE WE HAVE A |
| 02:23PM | 22 | PLAN FOR EVERYTHING AND EVERYONE IN THE CHAIN KNOWS WHAT NEEDS |
| 02:23PM | 23 | TO BE DONE." |
| 02:23PM | 24 | DO YOU SEE THAT? |
| 02:23PM | 25 | A.   YES. |

ROSENDORFF CROSS BY MR. WADE                                                 2075

02:23PM  1    Q.   AND HE'S -- AND HE THEN SAYS, "WE WILL WORK ON THIS FROM

02:24PM  2    NOW THRU THE NEXT 5 DAYS AND I KNOW WE WILL GET THIS DONE."

02:24PM  3         DO YOU SEE THAT?

02:24PM  4    A.   YES.

02:24PM  5    Q.   AND SO HE WAS ASKING AND HE WANTED THIS SHIPSHAPE LIKE YOU

02:24PM  6    SAID?

02:24PM  7    A.   YES.

02:24PM  8    Q.   AND THEN HE SAYS, "I WOULD LIKE TO ASK AT THIS TIME IF YOU

02:24PM  9    HAVE A REASON TO THINK THAT WE NEED MORE TIME OR TEST OUT

02:24PM 10    SOMETHING THAT WE HAVEN'T THOUGHT ABOUT."

02:24PM 11         DO YOU SEE THAT?

02:24PM 12    A.   YES, YES.

02:24PM 13    Q.   WE WILL BE PICKING UP -- THERE'S MAYBE A TYPO THERE, BUT

02:24PM 14    HE BASICALLY SAYS THAT THEY'RE GOING TO BE PICKING UP SAMPLES

02:24PM 15    EVERY HOUR OR SO DURING NOVEMBER.

02:24PM 16         DO YOU SEE THAT?

02:24PM 17    A.   YES.

02:24PM 18    Q.   AND SO HE'S RAISING THIS TO YOU TO MAKE SURE THAT YOU'RE

02:24PM 19    COMFORTABLE; RIGHT?

02:24PM 20    A.   YES.

02:24PM 21    Q.   AND YOU RESPOND.  LET'S LOOK AT THAT.

02:25PM 22         AND YOU SAY, "THIS IS VERY EXCITING THAT WE ARE BROADENING

02:25PM 23    OUR TESTING TO A WIDER BASE?"

02:25PM 24         RIGHT?

02:25PM 25    A.   YES.

02:25PM  1    Q.  DO YOU RECALL THAT?

02:25PM  2        AS A LAB DIRECTOR, IT PROBABLY WAS MORE EXCITING TO START

02:25PM  3    HAVING MORE VOLUME AND DIFFERENT TESTS; RIGHT?

02:25PM  4    A.  YES.

02:25PM  5    Q.  AND IT SAYS, "THERE ARE A FEW ISSUES THAT NEED TO BE

02:25PM  6    ADDRESSED."

02:25PM  7        SO YOU RESPONDED TO HIS INQUIRY; RIGHT?

02:25PM  8    A.  YES.

02:25PM  9    Q.  AND YOU IDENTIFIED THOSE ISSUES; RIGHT?

02:25PM  10   A.  YES.

02:25PM  11   Q.  AND YOU WORKED TO MAKE SURE THAT YOU GOT THEM ADDRESSED;

02:25PM  12   RIGHT?

02:25PM  13   A.  YES.  YES.

02:25PM  14   Q.  AND DO YOU RECALL IN THIS TIME PERIOD THERE WERE

02:25PM  15   ACTUALLY -- THERE WAS KIND OF A CAP PUT IN PLACE ON THE NUMBER

02:25PM  16   OF SAMPLES THAT WOULD BE HANDLED?

02:25PM  17   A.  I DO NOT RECALL THAT.

02:25PM  18   Q.  WELL, DO YOU RECALL IN THIS TIME PERIOD IN NOVEMBER THERE

02:25PM  19   WAS ONLY THE ONE LOCATION; RIGHT?

02:25PM  20   A.  CORRECT.

02:25PM  21   Q.  AND WE HAD TALKED ABOUT THE -- YOU WERE ASKED IN THE GRAND

02:25PM  22   JURY ABOUT WHETHER THE -- IT WAS GOING TO BE IMMINENT THAT YOU

02:26PM  23   WERE GOING TO ENTER THE 40 WALGREENS LOCATIONS.

02:26PM  24       DO YOU RECALL THAT?

02:26PM  25   A.  YEAH.  THAT'S WHAT I WAS TOLD BY MR. BALWANI, THAT IT WAS

ROSENDORFF CROSS BY MR. WADE                                          2077

02:26PM   1      IMMINENT THAT THEY WERE GOING TO GO INTO ARIZONA AND HAVE A

02:26PM   2      NUMBER OF LOCATIONS THERE.

02:26PM   3          BUT AS OF NOVEMBER, IT WAS JUST THE WALGREENS IN

02:26PM   4      PALO ALTO.

02:26PM   5      Q.   RIGHT.  AND ACTUALLY, IN THE EMAIL DOWN BELOW, IT SAYS, WE

02:26PM   6      WILL BE OPENING OUR FIRST PHOENIX LOCATION NEXT MID-WEEK;

02:26PM   7      RIGHT?

02:26PM   8      A.   YES.

02:26PM   9      Q.   SO AT THE TIME THERE WAS ONE; RIGHT?

02:26PM  10      A.   CORRECT.

02:26PM  11      Q.   AND THERE WOULD SOON BE A SECOND?

02:26PM  12      A.   CORRECT.

02:26PM  13      Q.   AND DO YOU RECALL THAT THERE WAS ACTUALLY ANOTHER ARIZONA

02:26PM  14      STORE THAT WAS ADDED IN NOVEMBER AS WELL?

02:26PM  15          DO YOU RECALL THAT?

02:26PM  16      A.   I DON'T RECALL THE ROLLOUT, THE TIMELINE AND THE ROLLOUT

02:26PM  17      IN ARIZONA.  NO, I DO NOT.

02:26PM  18      Q.   AND DO YOU RECALL IT WASN'T UNTIL ACTUALLY OCTOBER OF 2014

02:26PM  19      THAT THERE WERE 40 STORES ACROSS ARIZONA?

02:27PM  20      A.   AGAIN, I DON'T RECALL THE EXACT SCOPE AND TIMELINE OF THE

02:27PM  21      ARIZONA ROLLOUT.

02:27PM  22      Q.   BUT YOU RECALL FROM THE VOLUME THAT IN THE EARLY PERIOD

02:27PM  23      IN -- OF THE PUBLIC LAUNCH FROM THE -- IN NOVEMBER GOING

02:27PM  24      FORWARD, THAT THE VOLUME WAS NOT OVERWHELMING; RIGHT?

02:27PM  25      A.   CORRECT.

ROSENDORFF CROSS BY MR. WADE                                        2078

02:27PM   1    Q.   AND THAT THE STORE FOOTPRINT EXTENDED OVER TIME AND THE

02:27PM   2    VOLUME RAMPED UP; RIGHT?

02:27PM   3    A.   CORRECT, CORRECT.

02:27PM   4    Q.   AND ONE OF THE THINGS THAT YOU WERE FOCUSSED ON WITH

02:27PM   5    DR. PANDORI AND OTHERS WAS WORKING TO GET STRONG PROCEDURES AND

02:27PM   6    POLICIES IN PLACE WHILE THE VOLUME WAS STILL LOW; RIGHT?

02:27PM   7    A.   YES.

02:27PM   8    Q.   AND THAT GAVE YOU MORE TIME TO DO SOME THINGS LIKE SOME OF

02:27PM   9    THESE STUDIES AND SOME OF THESE OTHER THINGS TO TRY TO GET

02:27PM   10   COMFORTABLE WITH THE PROCEDURES; RIGHT?

02:27PM   11   A.   FROM MY PERSPECTIVE, THE VOLUME IS NOT -- DOESN'T REALLY

02:27PM   12   MATTER.  YOU HAVE TO HAVE POLICIES AND PROCEDURES IN PLACE

02:28PM   13   BEFORE YOU START PATIENT TESTING.

02:28PM   14   Q.   RIGHT.

02:28PM   15   A.   IT'S NOT THAT THE VOLUME IS LOW, SO NOW WE HAVE BREATHING

02:28PM   16   ROOM TO DO THIS.  THIS HAS TO BE DONE EVEN IF YOU'RE TESTING

02:28PM   17   ONE PATIENT.

02:28PM   18   Q.   AND YOU STILL HAVE TO HAVE ALL OF THE CLIA POLICIES AND

02:28PM   19   PRACTICES IN PLACE; RIGHT?

02:28PM   20   A.   YES.

02:28PM   21   Q.   AND YOU STILL NEED TO ADHERE TO THE REGULATIONS AS YOU SAY

02:28PM   22   YOU DID; RIGHT?

02:28PM   23   A.   YES.

02:28PM   24   Q.   BUT IN TERMS OF THE OPERATIONAL ASPECTS OF THE LAB, AND

02:28PM   25   HOW IT FUNCTIONS, AND HOW IT HANDLES THINGS, AND HOW IT IS

ROSENDORFF CROSS BY MR. WADE                                    2079

02:28PM   1    MANAGED ON A DAY-TO-DAY BASIS, YOU HAVE SOME TIME TO WORK THAT

02:28PM   2    OUT; RIGHT?

02:28PM   3    A.   YES.  DEFINITELY ON THE OPERATIONAL ISSUES, YES.

02:28PM   4    Q.   AND THAT'S APPROPRIATE.  THE KEY THING IS YOU HAVE TO MEET

02:28PM   5    THOSE CLIA REQUIREMENTS?

02:28PM   6    A.   CORRECT.

02:28PM   7    Q.   AND YOU ALWAYS MET THOSE?

02:28PM   8    A.   YES.

02:28PM   9    Q.   NOW, THIS MAY BE ROUTINE TO YOU, BUT PLEASE BEAR WITH ME.

02:29PM   10   THESE SOP'S AND POLICIES THAT YOU PUT IN PLACE, A LOT OF THEM

02:29PM   11   ARE ACTUALLY SPECIFICALLY REQUIRED BY THE REGULATIONS; RIGHT?

02:29PM   12   A.   CORRECT.

02:29PM   13   Q.   THAT STACK AT 7603?

02:29PM   14   A.   CORRECT.

02:29PM   15   Q.   AND WHICH IS PROBABLY RESPONSIBLE FOR THE DEATH OF MANY

02:29PM   16   TREES; RIGHT?  IS THAT RIGHT?

02:29PM   17   A.   I GUESS SO.  YOU'RE MAKING A JOKE, BUT I GUESS SO.

02:29PM   18   Q.   AND VERY THICK POLICIES.  DO YOU RECALL THAT?

02:29PM   19   A.   YES.

02:29PM   20   Q.   AND WHAT IS THE PURPOSE?  CAN YOU JUST EXPLAIN FOR THE

02:29PM   21   LADIES AND GENTLEMEN OF THE JURY THE PURPOSE OF HAVING SOP'S

02:29PM   22   AND WHY IT'S IMPORTANT TO DOCUMENT THEM?

02:29PM   23   A.   RIGHT.  SO AN SOP IS A SERIES OF STEPS THAT THE LAB TECHS

02:29PM   24   TAKE DURING TESTING, AND THE GOAL IS TO MAKE SURE THAT ALL OF

02:29PM   25   THE TECHS ARE DOING THE SAME THING, THAT THEY'RE

ROSENDORFF CROSS BY MR. WADE                                                    2080

02:30PM   1    STANDARDIZATION BETWEEN LAB TECHS, THAT THEY'RE EXECUTING THE

02:30PM   2    TESTS IN A WAY THAT COMPLIES WITH HOW.  THE TEST IS SUPPOSED TO

02:30PM   3    BE RUN SO THAT ACCURATE TESTS COME OUT.

02:30PM   4        THERE ARE OTHER SOP'S THAT DEAL WITH PROFICIENCY TESTING

02:30PM   5    OR POST-ANALYTIC ASPECTS LIKE PATIENT REPORTING, AND

02:30PM   6    PREANALYTIC LIKE HOW YOU COLLECT THE SAMPLE.

02:30PM   7        AN SOP IS AN OPERATING PROCEDURE THAT SPELLS OUT IN DETAIL

02:30PM   8    HOW THINGS SHOULD BE DONE AND MAKES SURE THAT EVERYBODY IS ON

02:30PM   9    THE SAME PAGE.

02:30PM   10   Q.   AND THAT CAN GO FROM VERY SPECIFIC INFORMATION WITH

02:30PM   11   RESPECT TO ONE ASSAY; RIGHT?

02:30PM   12   A.   YES.

02:30PM   13   Q.   AND IT CAN INCLUDE THAT?

02:30PM   14   A.   YES.

02:30PM   15   Q.   TO A WHOLE QUALITY ASSURANCE SYSTEM; RIGHT?

02:30PM   16   A.   YES.

02:30PM   17   Q.   AND THAT QUALITY ASSURANCE SYSTEM IS SOMETHING THAT THE

02:30PM   18   LAB DIRECTOR IS ULTIMATELY RESPONSIBLE FOR; RIGHT?

02:31PM   19   A.   YES.

02:31PM   20   Q.   AND YOU HAD A QUALITY CONTROL MANAGER AT THERANOS?

02:31PM   21   A.   QM MANAGER, CORRECT.

02:31PM   22   Q.   AND HIS NAME WAS LANGLY GEE; RIGHT?

02:31PM   23   A.   THAT'S CORRECT.

02:31PM   24   Q.   SPECIFICALLY HIRED FOR THAT FUNCTION?

02:31PM   25   A.   YES.

ROSENDORFF CROSS BY MR. WADE                                        2081

02:31PM   1     Q.   AND REPORTING TO YOU?

02:31PM   2     A.   YES.

02:31PM   3     Q.   AND HE HAS A WHOLE SET OF POLICIES AND A WHOLE SYSTEM THAT

02:31PM   4     IS DESIGNED TO ASSURE QUALITY CONTROL AND FUNCTIONING WITHIN

02:31PM   5     THE LAB?

02:31PM   6     A.   YES.

02:31PM   7     Q.   RIGHT?

02:31PM   8          AND SO YOU HAVE THAT WHOLE SPACE; RIGHT?

02:31PM   9          AND THEN YOU ALSO HAVE A LOT OF VERY SPECIFIC REQUIREMENTS

02:31PM   10    THAT NEED TO BE DOCUMENTED WITHIN THESE PROCEDURES; RIGHT?

02:31PM   11    A.   CORRECT.

02:31PM   12    Q.   AND LET'S LOOK AT 9903.

02:32PM   13    A.   OKAY.

02:32PM   14    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

02:32PM   15    A.   YES.

02:32PM   16    Q.   AND THAT'S SOP FOR REFRIGERATOR AND FREEZER TEMPERATURE

02:32PM   17    MONITORING; RIGHT?

02:32PM   18    A.   YES.

02:32PM   19    Q.   AND THIS WAS THE SOP THAT WAS IN PLACE WITHIN THE THERANOS

02:32PM   20    CLIA LAB; RIGHT?

02:32PM   21    A.   IT WAS EFFECTIVE ON JUNE 9TH, 2011.  I DO NOT KNOW IF

02:32PM   22    THERE WAS A SUPERSEDING DOCUMENT THAT WOULD HAVE REPLACED THIS.

02:32PM   23    I WOULD NEED TO GO INTO THE DOCUMENT CONTROL SYSTEM TO SEE

02:32PM   24    THAT.

02:32PM   25    Q.   BUT YOU RECOGNIZE THAT THIS IS PART OF THE DOCUMENT FORMAT

ROSENDORFF CROSS BY MR. WADE                                          2082

02:32PM  1    AND DOCUMENT CONTROL SYSTEM THAT WAS USED TO TRACK DIFFERENT

02:32PM  2    POLICIES WITHIN THE CLIA LAB AT THERANOS; RIGHT?

02:32PM  3    A.   THIS IS A -- THIS IS A PROCEDURE, SIR.

02:32PM  4    Q.   THIS IS AN SOP?

02:32PM  5    A.   CORRECT, CORRECT.

02:32PM  6    Q.   BUT THIS IS AN SOP, WHICH IS A POLICY OR PROCEDURE WITHIN

02:32PM  7    THE THERANOS LAB; RIGHT?

02:32PM  8    A.   PROCEDURE, CORRECT.

02:32PM  9    Q.   OKAY.  PROCEDURE.  I STAND CORRECTED, DOCTOR.

02:33PM 10         AND IT'S KEPT IN THE FORMAT AS A CONTROL DOCUMENT THAT WAS

02:33PM 11    NECESSARY WITHIN THE LAB; RIGHT?

02:33PM 12    A.   CORRECT.

02:33PM 13              MR. WADE:  I MOVE THE ADMISSION OF 9903.

02:33PM 14              MR. BOSTIC:  NO OBJECTION.

02:33PM 15              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:33PM 16         (DEFENDANT'S EXHIBIT 9903 WAS RECEIVED IN EVIDENCE.)

02:33PM 17    BY MR. WADE:

02:33PM 18    Q.   SIR, THIS IS, I'M GOING TO GUESS, 120 PAGES THAT RELATES

02:33PM 19    TO THE MONITORING OF TEMPERATURES WITHIN THE REFRIGERATOR AND

02:33PM 20    FREEZER AT THE LAB; RIGHT?

02:33PM 21    A.   I DON'T KNOW HOW MANY PAGES ARE HERE.  THESE PROCEDURES

02:33PM 22    APPEAR TO APPLY TO TEMPERATURE MONITORING, YES.

02:33PM 23    Q.   YOU SEE THE FIRST PAGE IN THE BOTTOM IS 425?

02:33PM 24    A.   YES.

02:33PM 25    Q.   AND YOU SEE THE LAST PAGE IS 558?

ROSENDORFF CROSS BY MR. WADE                                           2083

02:33PM   1      A.   I'M SORRY?

02:33PM   2      Q.   THE LAST PAGE ON THE BOTTOM SAYS --

02:34PM   3      A.   OH, I SEE.

02:34PM   4      Q.   -- 558.  IF YOU JUST FLIP TO THE BACK.

02:34PM   5           I'M JUST FOCUSSED ON THE VERY LAST PAGE, DR. ROSENDORFF?

02:34PM   6      A.   YES.

02:34PM   7      Q.   AND DO YOU SEE IT SAYS 558 IN THE BOTTOM RIGHT CORNER?

02:34PM   8      A.   YES.

02:34PM   9      Q.   OKAY.  SO THAT'S ABOUT 125, 130 PAGES.

02:34PM  10           DO YOU SEE THAT?

02:34PM  11      A.   THEY'RE NOT ALL PROCEDURES.  THERE ARE TEMPERATURE LOGS IN

02:34PM  12      HERE THAT WOULD BE FILLED OUT BY A LABORATORY STAFF.

02:34PM  13      Q.   I'M GLAD YOU MADE THAT POINT BECAUSE ONE OF THE

02:34PM  14      REQUIREMENTS IN THIS PROCEDURE IS SPECIFIC AND ROUTINE REGULAR

02:34PM  15      MONITORING --

02:34PM  16      A.   CORRECT.

02:34PM  17      Q.   -- OF THIS OPERATION; RIGHT?

02:34PM  18      A.   CORRECT.

02:34PM  19      Q.   AND THE REASON I SHOW THIS IS THAT THIS IS TYPICAL OF MANY

02:35PM  20      OF THE SPECIFIC PROCEDURES WITHIN THE CLIA LAB; RIGHT?

02:35PM  21      A.   YES.

02:35PM  22      Q.   AND YOU HAVE A TEAM OF PEOPLE THAT WERE REQUIRED TO DO ALL

02:35PM  23      OF THESE THINGS?

02:35PM  24      A.   YES.

02:35PM  25      Q.   AND TO DOCUMENT THESE THINGS?

ROSENDORFF CROSS BY MR. WADE                                    2084

```
02:35PM   1     A.   YES.

02:35PM   2     Q.   LET'S GO TO 9915.

02:35PM   3     A.   I'M THERE.

02:35PM   4     Q.   AND DO YOU SEE THAT THIS IS A DOCUMENT IN THAT SAME

02:35PM   5     PROCEDURE TEMPLATE?

02:35PM   6     A.   YES.

02:35PM   7     Q.   AND THIS IS FOR TEST RESULT REPORTING --

02:35PM   8     A.   YES.

02:35PM   9     Q.   -- EFFECTIVE 6-13-2011?

02:35PM  10     A.   YES.

02:35PM  11     Q.   AND MAINTAINED IN THE THERANOS CLIA LAB?

02:35PM  12     A.   YES.

02:35PM  13          MR. WADE:  I MOVE FOR THE ADMISSION OF 9915.

02:35PM  14          MR. BOSTIC:  NO OBJECTION.

02:36PM  15          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:36PM  16     (DEFENDANT'S EXHIBIT 9915 WAS RECEIVED IN EVIDENCE.)

02:36PM  17     BY MR. WADE:

02:36PM  18     Q.   THIS WAS A PROCEDURE THAT WAS IMPLEMENTED UNDER DR. GELB?

02:36PM  19     A.   YES.  I CAN MAKE OUT HIS HANDWRITING AS THE APPROVER, YES.

02:36PM  20     Q.   OKAY.  AND IF YOU GO TO THE THIRD PAGE.

02:36PM  21     A.   YES.

02:36PM  22     Q.   THIS SETS FORTH THE PROCEDURE FOR WHEN TESTS CAN BE

02:36PM  23     REPORTED; RIGHT?

02:36PM  24     A.   HOW?  WHEN?  THAT'S A PROCEDURE FOR TEST REPORTING, YES.

02:36PM  25     Q.   RIGHT.  AND ARE THERE SPECIFIC RULES AND REGULATIONS THAT
```

ROSENDORFF CROSS BY MR. WADE                                    2085

02:36PM   1    REPORT TO THAT -- RELATE TO THAT?

02:36PM   2    A.   YES, ABSOLUTELY.

02:36PM   3    Q.   AND WHO IS RESPONSIBLE WITHIN THE CLIA LAB FOR TEST

02:36PM   4    REPORTING?

02:36PM   5    A.   ON A ROUTINE BASIS?

02:36PM   6    Q.   LET'S START THERE.

02:36PM   7    A.   THE CLINICAL LABORATORY SCIENTISTS.

02:37PM   8    Q.   THOSE ARE SOMETIMES REFERRED TO AS CLS'S?

02:37PM   9    A.   YEAH, THEY RELEASE THE RESULTS FROM THE LAB INTO THE

02:37PM  10    REPORTING SYSTEM.

02:37PM  11    Q.   AND WE'VE SEEN WITHIN THE DOCUMENTS THAT YOU HAVE BEEN

02:37PM  12    ASKED QUESTIONS ABOUT CLS EMAIL GROUPS; RIGHT?

02:37PM  13    A.   YES.

02:37PM  14    Q.   AND THOSE EMAIL GROUPS ARE DESIGNED TO GO TO THE PEOPLE

02:37PM  15    WHO HAVE THE AUTHORITY TO RELEASE THE TESTS; RIGHT?

02:37PM  16    A.   CORRECT.

02:37PM  17    Q.   AND TO DO THAT YOU HAVE TO BE A CLS OR ABOVE?

02:37PM  18    A.   IN GENERAL.  THERE'S A GOVERNOR, THERE WAS A GOVERNOR'S

02:37PM  19    DECLARATION FOR COVID THAT EXEMPTED WHERE CLS WAS NO LONGER

02:37PM  20    REQUIRED TO RELEASE COVID RESULTS.

02:37PM  21    Q.   BECAUSE OF THE DEMAND FOR THAT TESTING?

02:37PM  22    A.   BECAUSE OF THE EMERGENCY.  BECAUSE OF THE PANDEMIC, YEAH.

02:37PM  23    Q.   OKAY.  BUT AS A GENERAL MATTER, WITH THE EXCEPTION OF

02:37PM  24    COVID RESULTS, THERE WERE NO -- THERE WAS NO COVID-19 TESTING

02:38PM  25    DONE AT THERANOS; RIGHT?

ROSENDORFF CROSS BY MR. WADE                                        2086

02:38PM   1      A.   NO, NO.

02:38PM   2      Q.   THERE WAS A NOVEL CORONAVIRUS R&D ASSAY, THOUGH; RIGHT?

02:38PM   3      A.   I DO NOT RECALL.

02:38PM   4      Q.   OKAY.  THE -- IN ANY EVENT, WITH RESPECT TO THIS, I

02:38PM   5      BELIEVE YOUR TESTIMONY IS THAT THE CLS'S ARE AUTHORIZED TO

02:38PM   6      RELEASE REPORTS?

02:38PM   7      A.   CORRECT.

02:38PM   8      Q.   AND THEY HAVE SPECIFIC TRAINING THAT GIVES THEM THE

02:38PM   9      ABILITY TO DO THAT; RIGHT?

02:38PM  10      A.   CORRECT.

02:38PM  11      Q.   AND THEY HAVE TO FOLLOW THE SPECIFIC POLICY; RIGHT?

02:38PM  12      A.   CORRECT.

02:38PM  13      Q.   AND ARE THERE SOME OTHER MORE SENIOR PEOPLE WHO COULD DO

02:38PM  14      THAT, TOO?  LIKE I ASSUME YOU COULD RELEASE A RESULT?

02:38PM  15      A.   YES, YES.

02:38PM  16      Q.   OKAY.  IS THERE ANYONE BETWEEN THE CLS AND THE LAB

02:38PM  17      DIRECTOR WHO HAS THE LEGAL AUTHORITY TO RELEASE RESULTS?

02:38PM  18      A.   YOU NEED THE CLS, SO I DON'T RECALL EXACTLY.  I THINK THE

02:38PM  19      TECHNICAL SUPERVISOR HAS TO BE CLS BUT THE GENERAL SUPERVISOR

02:38PM  20      DOES NOT.

02:38PM  21           I'LL HAVE TO REVIEW THE REGULATIONS, BUT YOU NEED A CLS

02:39PM  22      LICENSE TO RELEASE TEST RESULTS, YES.

02:39PM  23      Q.   AND THE CLS LICENSE AND THE GENERAL SUPERVISOR, THAT'S THE

02:39PM  24      MORE SENIOR PERSON; RIGHT?

02:39PM  25      A.   CORRECT.

ROSENDORFF CROSS BY MR. WADE                                                    2087

02:39PM  1    Q.   AND I THINK WE TALKED ABOUT BEFORE, MS. HOLMES WAS NOT

02:39PM  2    QUALIFIED TO HAVE ANY OF THOSE POSITIONS WHERE YOU COULD

02:39PM  3    RELEASE RESULTS; RIGHT?

02:39PM  4    A.   NO, SHE WAS NOT.

02:39PM  5    Q.   WITHIN A HIGH COMPLEXITY LAB; RIGHT?

02:39PM  6    A.   CORRECT.

02:39PM  7    Q.   AND SHE NEVER DID RELEASE RESULTS TO YOUR KNOWLEDGE, DID

02:39PM  8    SHE?

02:39PM  9    A.   NO, NOT TO MY KNOWLEDGE.

02:39PM  10   Q.   SHE NEVER CAME DOWN IN THE LAB AND SAID SEND THOSE OUT;

02:39PM  11   RIGHT?

02:39PM  12   A.   NO.

02:39PM  13   Q.   AND THAT WOULD NOT HAVE BEEN APPROPRIATE, WOULD IT?

02:39PM  14   A.   IT WOULD NOT HAVE BEEN APPROPRIATE, NO.

02:39PM  15   Q.   AND IS IT YOUR BELIEF, SIR, THAT DURING YOUR TIME PERIOD

02:39PM  16   AS LAB DIRECTOR AT THERANOS THAT YOU FOLLOWED THE LEGAL

02:39PM  17   REQUIREMENTS AND POLICIES WITH RESPECT TO TEST REPORTING?

02:39PM  18   A.   YES.

02:39PM  19   Q.   SIR, I MENTIONED A MINUTE AGO LIS.

02:40PM  20        DO YOU RECALL THAT?

02:40PM  21   A.   YES.

02:40PM  22   Q.   AND AT SOME POINT DO YOU RECALL THAT THERE WAS A NEW LIS

02:40PM  23   SYSTEM THAT WAS PUT IN PLACE WITHIN THE THERANOS LAB?

02:40PM  24   A.   YES.  IT WAS CALLED SUPER MARIO, I BELIEVE.

02:40PM  25   Q.   IT WAS A CUSTOM BUILT PRODUCT?

ROSENDORFF CROSS BY MR. WADE                                                    2088

02:40PM    1      A.   CORRECT.

02:40PM    2      Q.   BY SOFTWARE DEVELOPERS?

02:40PM    3      A.   CORRECT.

02:40PM    4      Q.   AND, AGAIN, FOR THE BENEFIT OF THE JURY, YOU WERE SHOWN A

02:40PM    5      LOT OF EMAILS RELATING TO TEST RESULTS; RIGHT?

02:40PM    6      A.   YES.

02:40PM    7      Q.   AND QUESTIONS WERE ASKED BASED UPON SNIPPETS OF

02:40PM    8      INFORMATION THAT WAS INCLUDED WITHIN THE EMAILS; RIGHT?

02:40PM    9      SOMETIMES DATA?  SOMETIMES PATIENT INFORMATION; RIGHT?

02:40PM   10      A.   THE QUESTIONS WERE BASED ON THE EMAIL CONTENT, YES.

02:40PM   11      Q.   RIGHT.  AND THAT VARIED FROM EMAIL TO EMAIL; RIGHT?

02:41PM   12      A.   CORRECT.

02:41PM   13      Q.   AND YOU DIDN'T MAINTAIN THE PATIENT RECORDS IN ALL OF THE

02:41PM   14      TESTING DATA WITHIN EMAIL; RIGHT?

02:41PM   15      A.   IT'S THE, IT'S THE ISSUES THAT ARE ESCALATED THAT ARE

02:41PM   16      RECORDED IN EMAIL AS BUSINESS RECORDS.

02:41PM   17           ALL OF THE LABORATORY RESULTS AND REPORTS BY LAW NEED TO

02:41PM   18      BE MAINTAINED WITHIN THE LABORATORY INFORMATION SYSTEM, AND

02:41PM   19      YOU'RE REQUIRED TO MAINTAIN THE TEST REPORTS AS WELL.

02:41PM   20      Q.   RIGHT.  AND THAT'S A SPECIAL, THAT'S A SPECIAL DATABASE

02:41PM   21      THAT TRACKS ALL OF THE ASPECTS OF TESTING; RIGHT?

02:41PM   22      A.   SO THE LABORATORY INFORMATION SYSTEM RECORDS WHAT HAPPENED

02:41PM   23      WITHIN THE LABORATORY.  THERE ARE OTHER SYSTEMS THAT ARE USED

02:41PM   24      TO STORE THE ACTUAL REPORTS AND TO STORE WHAT ARE CALLED

02:42PM   25      ASSESSIONS, WHICH IS THE ACTUAL ORDER FOR THE TEST THAT IS

ROSENDORFF CROSS BY MR. WADE                                              2089

02:42PM   1    FILLED OUT BY THE ORDERING CLINICIAN.

02:42PM   2         DOES THAT ANSWER YOUR QUESTION?

02:42PM   3    Q.   IT GIVES ME A FRAMEWORK FOR ANOTHER QUESTION.  I AM A

02:42PM   4    LAWYER.

02:42PM   5    A.   AH.

02:42PM   6    Q.   SO THE LIS TRACKS A LOT OF SPECIFIC DETAILS ABOUT THE TEST

02:42PM   7    THAT WAS PERFORMED AND THE RESULTS THAT WERE -- THAT RESULTED;

02:42PM   8    RIGHT?

02:42PM   9    A.   CORRECT, THE SAMPLE THAT WAS PROCESSED, THE METHOD IT WAS

02:42PM   10   RUN ON, THE TIME THAT IT WAS PROCESSED, THE TIME THAT IT WENT

02:42PM   11   TO EACH PART OF THE ANALYTIC PROCESS, ET CETERA.

02:42PM   12   Q.   AND THE NEW -- NOT THE OLD LAB DAQ SYSTEM, BUT THE NEW

02:42PM   13   SYSTEM THAT WAS PUT IN PLACE, SUPER MARIO, OR WHATEVER IT WAS

02:42PM   14   CALLED, THAT WOULD TRACK EVEN MORE INFORMATION THAN LAB DAQ,

02:43PM   15   D-A-Q; RIGHT?

02:43PM   16   A.   I CAN'T REALLY SPEAK TO THAT.  I DESCRIBED WHAT A GOOD

02:43PM   17   LABORATORY INFORMATION SYSTEM SHOULD DO.  I'M NOT TESTIFYING AS

02:43PM   18   TO WHAT SUPER MARIO WAS CAPABLE OF.

02:43PM   19   Q.   OKAY.  BUT -- THANK YOU FOR CLARIFYING.

02:43PM   20        YOU DID TESTIFY THAT YOU NEED AN LIS TO BE A CLIA

02:43PM   21   COMPLIANT LAB; RIGHT?

02:43PM   22   A.   YES.

02:43PM   23   Q.   AND YOU HAD ONE WHEN YOU WERE AT THERANOS?

02:43PM   24   A.   YES.

02:43PM   25   Q.   AND IT TRACKED DATA ABOUT THE TESTS THAT WERE RUN?

ROSENDORFF CROSS BY MR. WADE                                          2090

02:43PM   1    A.   YES.

02:43PM   2    Q.   AND ISN'T IT THE CASE THAT SOMETIMES WHEN AN ISSUE AROSE,

02:43PM   3    SOMEONE WOULD GO AND PULL INFORMATION FROM THE LIS TO GIVE YOU

02:43PM   4    MORE DATA TO CONSIDER; RIGHT?

02:43PM   5    A.   YES.

02:43PM   6    Q.   AND THAT TYPE OF DATA COULD INCLUDE THE SPECIFIC ASSAY

02:44PM   7    THAT WAS USED; RIGHT?

02:44PM   8    A.   YES, YES.

02:44PM   9    Q.   AND IT COULD INCLUDE THE MACHINE THAT IT WAS RUN ON?

02:44PM  10    A.   YES.

02:44PM  11    Q.   BOTH THE TYPE OF MACHINE LIKE WAS IT A BIG MACHINE, AN

02:44PM  12    EDISON, OR SOME OTHER MACHINE; RIGHT?

02:44PM  13    A.   YES.

02:44PM  14    Q.   BUT IT COULD ALSO TELL YOU EXACTLY WHICH MACHINE?

02:44PM  15    A.   I CAN'T SPEAK TO -- IT SHOULD.  A GOOD LIS WILL RECORD THE

02:44PM  16    SERIAL NUMBER OF THE INSTRUMENT THAT WAS USED FOR THAT SAMPLE.

02:44PM  17    Q.   AND THE REFERENCE RANGE?

02:44PM  18    A.   YES, THOSE ARE STORED IN LIS, YES.

02:44PM  19    Q.   AND WHAT OTHER TESTING INFORMATION WAS INCLUDED OR WOULD

02:44PM  20    BE INCLUDED IN THE LIS?

02:44PM  21    A.   TIME OF ARRIVAL IN THE LAB OF THE SAMPLE, TIME THAT THE

02:44PM  22    REPORT WAS RELEASED.

02:45PM  23        THE REFERENCE RANGES, THE ACTUAL RESULTS TYPICALLY THERE'S

02:45PM  24    A COMMENT SECTION IN THE LIS THAT COULD BE FILLED OUT BY THE

02:45PM  25    CLS'S.

ROSENDORFF CROSS BY MR. WADE                                    2091

02:45PM   1    Q.   AND IN CONNECTION WITH YOUR MEETINGS AND IN PREPARATION

02:45PM   2    FOR YOUR TESTIMONY OR YOUR MEETINGS WITH THE GOVERNMENT PRIOR

02:45PM   3    IN THE CASE, DID THEY EVER SHOW YOU ANY LIS DATA RELATING TO

02:45PM   4    ONE OF THE INCIDENTS?

02:45PM   5    A.   NO, THE LIS WAS RENDERED INACCESSIBLE.  THAT'S MY

02:45PM   6    UNDERSTANDING.

02:45PM   7    Q.   OKAY.  YOU DON'T HAVE ANY PERSONAL KNOWLEDGE OF THAT, DO

02:45PM   8    YOU, SIR?

02:45PM   9    A.   NO.  THAT HAPPENED AFTER I LEFT.

02:45PM   10   Q.   OKAY.  SO YOU DON'T HAVE ANY OF THE DETAILED INFORMATION

02:45PM   11   THAT RELATES TO ANY OF THE INCIDENTS THAT YOU'VE TALKED ABOUT;

02:45PM   12   RIGHT?

02:45PM   13   A.   NO.  I DISAGREE.  THERE'S A -- ALL OF THE PERTINENT -- I

02:45PM   14   WOULD ASK FOR ALL OF THE PERTINENT INFORMATION ON A PATIENT

02:45PM   15   QUERY.  FOLKS LIKE MAX FOSQUE WHO RAN THE LIS, I WOULD GATHER

02:46PM   16   ALL OF THE INFORMATION TO DO AN INVESTIGATION IN INSTANCES

02:46PM   17   WHERE THERE WAS A PATIENT COMPLAINT OR A DOCTOR COMPLAINT,

02:46PM   18   ET CETERA.

02:46PM   19   Q.   I DIDN'T MEAN TO SUGGEST OTHERWISE.

02:46PM   20        MY POINT IS ACTUALLY JUST THAT.

02:46PM   21        WHEN SOMETHING WOULD COME UP, YOU WOULD HAVE MAX FOSQUE OR

02:46PM   22   SOMEONE WHO HAD ACCESS TO LIS GATHER ALL -- SCRAPE ALL OF THE

02:46PM   23   DATA OUT OF THERE, GET THE REPORT, HAVE ALL OF THE DETAILS, AND

02:46PM   24   ONLY THEN WOULD YOU BE IN A POSITION TO FULLY ANALYZE THE

02:46PM   25   POSITION; RIGHT?

ROSENDORFF CROSS BY MR. WADE                                    2092

02:46PM   1     A.   YES, I WAS ALSO ABLE TO LOG INTO THE LIS AND CHECK THINGS

02:46PM   2     ON MY OWN.

02:46PM   3     Q.   AND DID YOU DO THAT?

02:46PM   4     A.   YES, I DID.

02:46PM   5     Q.   AND MS. HOLMES NEVER HAD ACCESS TO LIS; RIGHT?

02:46PM   6     A.   I DO NOT KNOW.

02:46PM   7     Q.   YEAH.  WELL, YOU NEVER, YOU NEVER HAD ANY INTERACTION WITH

02:46PM   8     HER THAT LED YOU TO BELIEVE THAT SHE DID; RIGHT?

02:46PM   9     A.   CORRECT.

02:46PM   10    Q.   THE -- AND YOU GOT THAT INFORMATION ON MANY OCCASIONS WHEN

02:46PM   11    ISSUES WOULD ARISE; RIGHT?

02:46PM   12    A.   YES.

02:46PM   13    Q.   AND IT WOULD NOT JUST GIVE YOU INFORMATION ABOUT THAT

02:46PM   14    SPECIFIC PATIENT, BUT IT WOULD GIVE YOU INFORMATION ABOUT OTHER

02:47PM   15    TESTS, RIGHT, OF THE SAME KIND THAT WERE MAYBE RUN IN THE SAME

02:47PM   16    MONTH, FOR EXAMPLE?

02:47PM   17    A.   YES.  DATABASE QUERIES ARE -- YOU'RE ABLE TO DO DATABASE

02:47PM   18    QUERIES ON THE LIS AND COLLECT INFORMATION IN ANY NUMBER OF

02:47PM   19    WAYS, YEAH.

02:47PM   20    Q.   SO YOU COULD LOOK AT A SPECIFIC TYPE OF ASSAY, PULL ALL OF

02:47PM   21    THE RESULTS FOR A PARTICULAR MONTH AND SEE IF THEY TOLD YOU

02:47PM   22    ANYTHING; RIGHT?

02:47PM   23    A.   CORRECT.

02:47PM   24    Q.   AND YOU COULD PULL OUT THEORETICALLY ALL OF THE EDISON

02:47PM   25    ASSAYS AND LOOK AT THEM IN TOTAL AND SEE IF IT TOLD YOU

ROSENDORFF CROSS BY MR. WADE                                         2093

02:47PM  1    ANYTHING; RIGHT?

02:47PM  2    A.   YEAH, THESE ARE ALL FEATURES OF AN IDEAL LIS.

02:47PM  3    Q.   YEAH.

02:47PM  4    A.   JUST TO BE PERFECTLY TRUTHFUL, I DON'T REMEMBER WHAT THE

02:47PM  5    FULL CAPABILITIES WERE OF SUPER MARIO.

02:47PM  6    Q.   OKAY.  WELL, DO YOU EVER RECALL BEING CONCERNED ABOUT THE

02:47PM  7    CAPABILITIES?

02:47PM  8    A.   NO.  I MEAN, THE INFORMATION WAS AVAILABLE TO ME, WHETHER

02:47PM  9    IT CAME FROM LIS OR OTHER SOURCES.

02:48PM 10    Q.   OKAY.  LET ME GO TO DOCUMENT 9910.

02:49PM 11    A.   YES, I HAVE IT.

02:49PM 12    Q.   AND DO YOU RECOGNIZE THIS TO BE ONE OF THE POLICIES OR

02:49PM 13    PROCEDURES THAT WAS IMPLEMENTED IN THE THERANOS CLIA LAB?

02:49PM 14    A.   THIS IS A QUALITY ASSISTANCE MANUAL THAT WAS EFFECTIVE IN

02:49PM 15    2011 WRITTEN BY ARNE GELB AND APPROVED BY SPENCER HIRAKI.

02:49PM 16    Q.   AND BASED ON THE FORMAT, YOU UNDERSTOOD THAT THIS WOULD

02:49PM 17    HAVE BEEN A MANUAL THAT WAS IN PLACE AT THE TIME IN THE

02:49PM 18    THERANOS CLIA LAB?

02:49PM 19    A.   I'M SORRY, DURING WHAT TIME PERIOD?

02:49PM 20    Q.   WELL, IT WAS EFFECTIVE AS OF 6-9-2011.

02:49PM 21         DO YOU SEE THAT?

02:49PM 22    A.   YES.

02:49PM 23              MR. WADE:  I WOULD MOVE THE ADMISSION OF

02:49PM 24    EXHIBIT 9910.

02:49PM 25              MR. BOSTIC:  NO OBJECTION.

02:49PM  1              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:49PM  2          (DEFENDANT'S EXHIBIT 9910 WAS RECEIVED IN EVIDENCE.)

02:50PM  3      BY MR. WADE:

02:50PM  4      Q.   AND I BELIEVE YOU TESTIFIED THAT THIS WAS A POLICY THAT

02:50PM  5      WAS PUT IN PLACE IN DR. GELB'S PERIOD; RIGHT?

02:50PM  6      A.   SO ONE THING THAT DOESN'T JIBE HERE IS THAT SPENCER HIRAKI

02:50PM  7      IS LISTED AS THE CO-DIRECTOR, AND HE'S ALSO LISTED AS ONE OF

02:50PM  8      THE SIGNATORIES OF THE MANUAL.  SO YOU WOULD HAVE TO ASK LFS

02:50PM  9      WHO WAS ON THE LICENSE AT THE TIME.  AND IT APPEARS FROM THIS

02:50PM  10     THAT THEY WERE ACTUALLY CO-DIRECTORS.  AND IF YOU SEE UNDER

02:50PM  11     SPENCER'S NAME IT SAYS CO-DIRECTOR.

02:50PM  12     Q.   OKAY.  AND JUST SO WE'RE CLEAR, THIS IS REVISION A; RIGHT?

02:50PM  13     A.   CORRECT.

02:50PM  14     Q.   OKAY.  AND LET'S LOOK AT 9945.

02:51PM  15          AND DO YOU RECOGNIZE THIS TO BE A QUALITY SYSTEMS MANUAL

02:51PM  16     THAT WAS IN PLACE WHEN YOU WERE THE LABORATORY DIRECTOR AT

02:51PM  17     THERANOS?

02:51PM  18     A.   YES.

02:51PM  19              MR. WADE:  MOVE THE ADMISSION OF 9945.

02:51PM  20              MR. BOSTIC:  NO OBJECTION.

02:51PM  21              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:51PM  22          (DEFENDANT'S EXHIBIT 9945 WAS RECEIVED IN EVIDENCE.)

02:51PM  23     BY MR. WADE:

02:51PM  24     Q.   NOW, DO YOU SEE HERE THIS IS EFFECTIVE AS OF 7-28-2014?

02:51PM  25     A.   YES.

ROSENDORFF CROSS BY MR. WADE                                    2095

02:51PM  1   Q.   AND DO YOU RECALL WE WERE PREVIOUSLY DISCUSSING HOW OVER

02:51PM  2   TIME YOU WERE WORKING TO CONTINUOUSLY IMPROVE THE QUALITY

02:51PM  3   SYSTEMS OPERATION; RIGHT?

02:51PM  4   A.   YES.

02:51PM  5   Q.   AND, IN FACT, UNDER CLIA CONTINUOUS IMPROVEMENT IS SORT OF

02:51PM  6   A CONCEPT THAT IS ENCOURAGED; RIGHT?

02:51PM  7   A.   CORRECT.

02:51PM  8   Q.   AND THERE IS ACTUALLY A SPECIFIC SET OF PROCEDURES WITHIN

02:51PM  9   THE CLIA REGULATIONS THAT TALK ABOUT HOW YOU DEAL WITH

02:52PM  10  PROBLEMS; RIGHT?

02:52PM  11  A.   CAN YOU BE MORE SPECIFIC.

02:52PM  12  Q.   WELL, THERE ARE PROCEDURES THAT TALK ABOUT THINGS YOU GO

02:52PM  13  THROUGH, STEPS YOU GO THROUGH TO TRY TO PREVENT PROBLEMS.

02:52PM  14  THAT'S LIKE A QUALITY SYSTEMS MANUAL.

02:52PM  15       DO YOU RECALL?

02:52PM  16  A.   CORRECT.

02:52PM  17  Q.   AND THERE ARE REQUIREMENTS FOR WHAT YOU SHOULD DO IF A

02:52PM  18  PROBLEM ARISES AND WHAT YOU SHOULD DO AND DOCUMENT AND THE

02:52PM  19  LIKE?

02:52PM  20  A.   CORRECT, CORRECT.

02:52PM  21  Q.   OKAY.  AND ONE OF THE CONCEPTS THAT YOU'RE SUPPOSED TO DO

02:52PM  22  UNDER CLIA REGULATIONS IS TO LEARN FROM YOUR MISTAKES AND TRY

02:52PM  23  TO STRENGTHEN THE POLICY AS A RESULT OF THEM; RIGHT?

02:52PM  24  A.   CLIA DOES NOT DETAIL A PRESCRIBED HOW OUR LAB SHOULD GO

02:52PM  25  ABOUT IMPROVING ITS QUALITY.  IT'S A SET OF REGULATIONS THAT

ROSENDORFF CROSS BY MR. WADE                                                    2096

| | | |
|---|---|---|
| 02:52PM | 1 | ARE DESIGNED TO ENSURE GOOD LABORATORY PRACTICE AND GOOD |
| 02:52PM | 2 | PATIENT CARE. |
| 02:52PM | 3 | Q.   OKAY.  WELL, WE'LL GO INTO THOSE REGULATIONS A BIT MORE |
| 02:53PM | 4 | TOMORROW, BUT THIS PROCEDURE THAT WAS IN PLACE AT 9945 WAS MADE |
| 02:53PM | 5 | EFFECTIVE 7-28-2014; RIGHT? |
| 02:53PM | 6 | A.   CORRECT. |
| 02:53PM | 7 | Q.   AND THAT WAS REVISION C? |
| 02:53PM | 8 | A.   YES. |
| 02:53PM | 9 | Q.   AND THAT WAS PART OF AN EFFORT BY YOU AND THE TEAM THAT |
| 02:53PM | 10 | YOU WERE WORKING WITH TO TRY TO STRENGTHEN THE QUALITY SYSTEMS |
| 02:53PM | 11 | WITHIN THE CLIA LAB? |
| 02:53PM | 12 | A.   YES. |
| 02:53PM | 13 | Q.   OKAY.  AND IT'S SIGNED BY DR. MASINDE. |
| 02:53PM | 14 | DO YOU SEE THAT? |
| 02:53PM | 15 | A.   YES. |
| 02:53PM | 16 | Q.   AND WHO WAS DR. MASINDE? |
| 02:53PM | 17 | A.   A TECHNICAL SUPERVISOR. |
| 02:53PM | 18 | Q.   AND THEN WE TALKED ABOUT MR. GEE; RIGHT?  DO YOU SEE THAT? |
| 02:53PM | 19 | A.   YES. |
| 02:53PM | 20 | Q.   AND HE WAS ACTUALLY THE QA/QC MANAGER? |
| 02:53PM | 21 | A.   YES. |
| 02:53PM | 22 | Q.   AND HE WAS IN CHARGE OF THAT? |
| 02:53PM | 23 | A.   CORRECT. |
| 02:53PM | 24 | Q.   AND REPORTING TO YOU? |
| 02:53PM | 25 | A.   CORRECT. |

ROSENDORFF CROSS BY MR. WADE                                           2097

02:53PM   1    Q.   AND THEN WE SEE HODA ALAMDAR WHO YOU TALKED ABOUT BEFORE.

02:54PM   2         AND THEN WE SEE LINA CASTRO; RIGHT?

02:54PM   3    A.   YES.

02:54PM   4    Q.   AND SHE'S THE CLS AND SAFETY OFFICER; RIGHT?

02:54PM   5              THE WITNESS:  YOUR HONOR, MAY I HAVE A FEW MINUTES

02:54PM   6    FOR A RESTROOM BREAK?

02:54PM   7              THE COURT:  YES.  SHOULD WE --

02:54PM   8              MR. WADE:  WE'RE AT 3:00 O'CLOCK.

02:54PM   9              THE COURT:  WHY DON'T WE BREAK FOR THE DAY.  WE'LL

02:54PM  10    BREAK FOR THE DAY.  WE'LL TAKE OUR RECESS NOW, LADIES AND

02:54PM  11    GENTLEMEN.

02:54PM  12         WE'LL START AT 9:00 O'CLOCK.  MAY WE GO UNTIL 4:00

02:54PM  13    TOMORROW?  DOES THAT CAUSE INCONVENIENCE FOR OUR JURORS?

02:54PM  14         I SEE NO HANDS.

02:54PM  15         THANK YOU SO MUCH FOR YOUR GENEROSITY.  BEFORE WE BREAK,

02:54PM  16    LADIES AND GENTLEMEN, LET ME REMIND YOU AGAIN, PLEASE DO NOT

02:54PM  17    COMMUNICATE WITH ANYONE IN ANY WAY ABOUT THIS CASE, PLEASE

02:54PM  18    AVOID ANY INFORMATION ABOUT THE CASE YOU MIGHT SEE WHILE

02:54PM  19    BROWSING YOUR SOCIAL MEDIA OR ANY INTERNET ACTIVITY.  AVOID ANY

02:54PM  20    NEWSPAPER ARTICLES AND TELEVISION ADS ABOUT THIS.

02:54PM  21         I'LL ASK YOU TOMORROW WHETHER OR NOT ANY OF THOSE THINGS

02:54PM  22    HAVE HAPPENED.

02:54PM  23         HAVE A GOOD EVENING, AND WE'LL SEE YOU TOMORROW AT 9:00

02:54PM  24    O'CLOCK.

02:54PM  25         THANK YOU.

ROSENDORFF CROSS BY MR. WADE                                          2098

02:55PM  1                (JURY OUT AT 2:55 P.M.)

02:55PM  2                THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

02:55PM  3     YOU.  THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

02:55PM  4     DAY.  I THINK THE WITNESS IS GONE.  YES.

02:55PM  5           ANYTHING FURTHER BEFORE WE BREAK?

02:55PM  6                MR. BOSTIC:  YOUR HONOR, I BELIEVE THE PARTIES HAD

02:55PM  7     SPOKEN WITH THE COURT ABOUT WHETHER NOW MIGHT BE A GOOD TIME TO

02:55PM  8     DISCUSS THE ADDITIONAL POST-THERANOS TOPICS RELATED TO

02:56PM  9     DR. ROSENDORFF.

02:56PM  10                THE COURT:  ARE WE READY TO TALK ABOUT THAT NOW,

02:56PM  11    MR. WADE?

02:56PM  12                MR. WADE:  WE MAY BE.  THERE MAY BE SOME ISSUES THAT

02:56PM  13    I COULD RAISE.  FRANKLY, I WOULD PREFER TO DO IT AT SIDE-BAR

02:56PM  14    AND CONSIDER WHETHER WE COULD KEEP A PORTION OF THAT SEALED.  I

02:56PM  15    KNOW THAT --

02:56PM  16                THE COURT:  PARDON ME FOR INTERRUPTING YOU.  WHY

02:56PM  17    DON'T WE DO THIS.  WE JUST FINISHED THIS WITNESS'S TESTIMONY.

02:56PM  18    I WAS WONDERING WHETHER WE WERE GOING TO MOVE INTO ANY OF THIS.

02:56PM  19           WHAT I WOULD LIKE YOU TO DO -- AND PARDON ME, I'M NOT

02:56PM  20    COMMENTING ON YOUR ANSWER AT ALL, BUT IT MIGHT BENEFIT YOU TO

02:56PM  21    TALK WITH YOUR TEAM, MR. WADE, ABOUT WHAT YOU'RE GOING TO DO

02:56PM  22    AND HOW YOU'RE GOING TO DO THAT AND, YOU KNOW, IF YOU FEEL THE

02:56PM  23    OPPORTUNITY TO COMMUNICATE WITH THE GOVERNMENT TO ENHANCE OUR

02:56PM  24    CONVERSATION TOMORROW MORNING, THAT WOULD BE HELPFUL.

02:56PM  25                MR. WADE:  I'M HAPPY TO DO THAT, YOUR HONOR.

ROSENDORFF CROSS BY MR. WADE                                    2099

02:56PM   1      I THINK MY SENSITIVITY IS OBVIOUSLY THE WITNESS IS ON

02:56PM   2   CROSS-EXAMINATION AND THE WITNESS HAS COUNSEL.  YOU MAY HAVE

02:57PM   3   NOTICED THERE WERE A FEW MEMBERS OF THE MEDIA PRESENT AND HIS

02:57PM   4   COUNSEL IS PRESENT AND HAS THE RIGHT TO OBSERVE THIS.

02:57PM   5      I'M NOT INCLINED TO PREVIEW ALL CROSS-EXAMINATION

02:57PM   6   APPROACHES IN ADVANCE.

02:57PM   7      IF THERE'S A DESIRE TO RAISE SPECIFIC ISSUES, I'M HAPPY TO

02:57PM   8   SHARE WITH THE GOVERNMENT AT THIS POINT BECAUSE I HAVE THE

02:57PM   9   WITNESS ON CROSS.

02:57PM  10      IF THERE'S A DESIRE TO GET INTO SPECIFIC DETAIL IN ADVANCE

02:57PM  11   SO THE GOVERNMENT CAN RAISE THEIR ISSUES, WHICH I HAVE NO

02:57PM  12   OBJECTION TO, I WOULD JUST ASK THAT WE DO IT AT SIDE-BAR, WE

02:57PM  13   HAVE THAT SEALED UNTIL HE'S DONE TESTIFYING, AND THEN IT CAN BE

02:57PM  14   UNSEALED.

02:57PM  15          THE COURT:  OH, LET'S SEE.  THE SIDE-BAR

02:57PM  16   CONVERSATION YOU'RE SPEAKING TO?

02:57PM  17          MR. WADE:  JUST ON THE SCOPE AND NATURE OF THE

02:57PM  18   CROSS-EXAMINATION BEFORE THAT OCCURS.

02:57PM  19          THE COURT:  OKAY.  AND THIS IS -- I THINK WHAT WE'RE

02:57PM  20   TALKING ABOUT HERE WE DISCUSSED PREVIOUSLY IS ANY POST-THERANOS

02:57PM  21   EMPLOYMENT WITH THIS WITNESS.

02:58PM  22      MR. BOSTIC.

02:58PM  23          MR. BOSTIC:  THAT'S CORRECT, YOUR HONOR.

02:58PM  24      I BELIEVE THERE ARE TWO CATEGORIES OF INFORMATION WE ARE

02:58PM  25   TALKING ABOUT THAT GOES UNDER THAT UMBRELLA TOPIC.  ONE IN

ROSENDORFF CROSS BY MR. WADE                                    2100

02:58PM   1    PARTICULAR RELATES TO DOCUMENT PRODUCTION BY THE GOVERNMENT

02:58PM   2    SUBJECT TO A STIPULATED PROTECTIVE ORDER THAT THE COURT SIGNED.

02:58PM   3              THE COURT:  OKAY.

02:58PM   4              MR. WADE:  AND WE HAVE GIVEN NOTICE THAT WE MAY USE

02:58PM   5    THOSE MATERIALS, IN PARTICULAR I -- THERE'S A, THERE'S A --

02:58PM   6              THE COURT:  LET ME.  PARDON ME, AGAIN.  I APOLOGIZE,

02:58PM   7    MR. WADE.

02:58PM   8        IF YOU HAVE, TO THE EXTENT THAT YOU FEEL COMFORT, IF YOU

02:58PM   9    CAN IDENTIFY WHAT THOSE DOCUMENTS ARE AND THEN EMAIL THEM TO

02:58PM   10   MS. KRATZMANN JUST TO SHARE WITH THEM IN ADVANCE SO I HAVE SOME

02:58PM   11   TIME TO LOOK AT IT.

02:58PM   12             MR. WADE:  SURE.

02:58PM   13             THE COURT:  WOULD THAT BE HELPFUL?

02:58PM   14             MR. WADE:  WE WOULD BE HAPPY TO DO THAT.  AGAIN,

02:58PM   15   WE'RE NOT -- WE'RE TRYING TO BE AS TRANSPARENT AS WE CAN BE

02:58PM   16   WITHOUT REVEALING THE INFORMATION.

02:58PM   17       ONE OTHER NOTE, YOUR HONOR, JUST ON THIS WITNESS.

02:58PM   18       I THINK THE WITNESS EXPLAINED THAT HE HAS A CONFLICT AT

02:58PM   19   2:00 O'CLOCK TOMORROW.

02:58PM   20             THE COURT:  RIGHT.

02:58PM   21             MR. WADE:  I THINK THERE WAS SOME UNCERTAINTY.  I

02:58PM   22   WILL NOT BE DONE AT 2:00 O'CLOCK TOMORROW.

02:59PM   23       I THINK WE WILL SEE OCTOBER BEFORE WE SEE ANOTHER WITNESS

02:59PM   24   UNLESS WE TAKE ONE OUT OF ORDER.

02:59PM   25       SO I WANTED TO JUST RAISE THAT AND GET THE COURT'S --

ROSENDORFF CROSS BY MR. WADE                                    2101

02:59PM  1           THE COURT:  NO.  THANK YOU.  I WANTED TO ASK YOU

02:59PM  2   ABOUT HOW MUCH TIME, WHETHER OR NOT -- I THINK THE PHRASE

02:59PM  3   FRIDAY WAS CLOSER TO THE END THAN THE BEGINNING I THINK.

02:59PM  4           MR. WADE:  MR. BOSTIC HAS TAUGHT ME ABOUT THE

02:59PM  5   DANGERS OF GIVING ESTIMATES.

02:59PM  6       (LAUGHTER.)

02:59PM  7           MR. WADE:  I WOULD EXPECT ALL DAY --

02:59PM  8           THE COURT:  TOMORROW.

02:59PM  9           MR. WADE:  -- TOMORROW.  AND CERTAINLY IF IT'S UNTIL

02:59PM  10  2:00 ALL DAY TOMORROW, AND I'LL HAVE A BETTER SENSE AFTER THAT.

02:59PM  11          THE COURT:  OKAY.

02:59PM  12          MR. WADE:  SOME IS GOING A LITTLE FASTER THAN OTHERS

02:59PM  13  AS THE COURT KNOWS.

02:59PM  14          THE COURT:  SURE.  WELL, WHAT I'VE ASKED THE JURY TO

02:59PM  15  DO IS TO HAVE A 4:00 O'CLOCK DAY TOMORROW.

02:59PM  16      AND IT SOUNDS LIKE WE WOULD BREAK THIS WITNESS'S TESTIMONY

02:59PM  17  AND TRY TO FILL THE GAP WITH ANOTHER WITNESS, MR. BOSTIC?

02:59PM  18  WOULD THAT BE POSSIBLE?

02:59PM  19          MR. BOSTIC:  YOUR HONOR, I'D LIKE TO HAVE A FIRM

02:59PM  20  ANSWER ON THAT NOW.  UNFORTUNATELY, WE STILL NEED TO CHECK WITH

03:00PM  21  OUR OTHER WITNESSES WHO ARE NEXT IN THE LINEUP.

03:00PM  22      I ALSO UNDERSTAND THAT THE DEFENSE IS WILLING TO AGREE TO

03:00PM  23  CERTAIN WITNESSES COMING NEXT IN ORDER BUT NOT OTHERS, SO I

03:00PM  24  THINK THERE MAY BE SOME ADDITIONAL CONVERSATION TO HAVE WITH

03:00PM  25  DEFENSE COUNSEL ON THAT.

ROSENDORFF CROSS BY MR. WADE                                   2102

03:00PM  1            MR. WADE:  IF I CAN JUST RAISE THAT ISSUE AND MAYBE

03:00PM  2    MAKE A SUGGESTION.  WE'LL MEET AND CONFER AND SEE IF WE CAN

03:00PM  3    WORK THIS OUT.  WE WANT TO BE AS FLEXIBLE AS WE CAN FOR THE

03:00PM  4    WITNESSES.

03:00PM  5            I BELIEVE THE NEXT WITNESS IS THE NEXT LAB DIRECTOR, AND

03:00PM  6    WE WOULD NOT WANT TO START THE EXAMINATION OF THAT LAB DIRECTOR

03:00PM  7    UNTIL WE COMPLETED THIS BECAUSE SOME OF WHAT WE LEARN HERE MAY

03:00PM  8    RELATE TO THAT EXAMINATION.  THAT IS SORT OF THE CONCERN THAT

03:00PM  9    WE WOULD HAVE AT THAT LEVEL.

03:00PM 10            BUT THE MORE PRACTICAL CONCERN IS, YOUR HONOR, I'M

03:00PM 11    EXAMINING BOTH WITNESSES.  IT WOULD BE VERY DIFFICULT FOR ME TO

03:00PM 12    DO THIS EXAMINATION, AND THEN BE PREPARED TO TAKE A SEPARATE

03:00PM 13    WITNESS IN PART BECAUSE I DON'T THINK WE WOULD FINISH.

03:00PM 14            THE COURT:  OH, MR. WADE.  YOU WOEFULLY

03:00PM 15    UNDERESTIMATE YOUR SKILLS, MR. WADE.

03:01PM 16            MR. WADE:  WHAT I WAS GOING TO SUGGEST, I KNOW THE

03:01PM 17    GOVERNMENT HAS SOME OTHER WITNESSES THAT THEY HAVE IDENTIFIED.

03:01PM 18            IF THERE IS CONCERN ABOUT WHETHER THEY CAN GET THAT

03:01PM 19    WITNESS UP AND DOWN, WE CAN MAYBE EVEN, YOU KNOW, BREAK --

03:01PM 20    DR. ROSENDORFF, I UNDERSTAND, LIVES IN SAN FRANCISCO.  MAYBE WE

03:01PM 21    CAN STOP AT THE LUNCH BREAK WITH DR. ROSENDORFF AND THEN MAKE

03:01PM 22    SURE WE CAN GET, YOU KNOW, A FULL WITNESS IN, BUT I JUST AM

03:01PM 23    WANTING TO BE --

03:01PM 24            THE COURT:  WELL, HE SAID HE NEEDS TO FINISH AT

03:01PM 25    2:00.  I DON'T KNOW IF THAT MEANS FINISH HERE OR HE HAS AN

ROSENDORFF CROSS BY MR. WADE                                           2103

03:01PM  1    APPOINTMENT AT 2:00.  I THINK HE SAID FINISH AT 2:00.  HE HAS

03:01PM  2    AN OBLIGATION.  MAYBE HE'S FACTORED IN HIS TRAVEL TIMING ON

03:01PM  3    THAT.

03:01PM  4         BUT I'M GOING TO HONOR HIS REQUEST, AND WE'LL BREAK WITH

03:01PM  5    HIM TOMORROW AT 2:00.  I HOPE WE CAN CAPTURE THE BALANCE OF

03:01PM  6    THOSE TWO HOURS WITH ANOTHER WITNESS OF SOME SORT.

03:01PM  7         I UNDERSTAND THE RETICENCE TO GO WITH ANOTHER DIRECTOR.

03:01PM  8    YOU'LL HAVE THAT PERSON ON CROSS AS WELL, AND I UNDERSTAND THE

03:02PM  9    ISSUE WITH THAT FROM BOTH PERSPECTIVES.  IT'S BETTER TO HAVE A

03:02PM  10   CHRONOLOGY OF DIRECTORS IF THAT'S HOW IT'S GOING.  I DON'T

03:02PM  11   KNOW.

03:02PM  12        BUT WHY DON'T YOU SEE WHAT YOU CAN DO WITH THE WITNESS.

03:02PM  13        I DON'T KNOW IF THE GOVERNMENT HAS ANOTHER WITNESS THAT WE

03:02PM  14   CAN FIT INTO THAT -- IT'S A TWO HOUR ESTIMATE.

03:02PM  15        BUT, OF COURSE, THEN YOU HAVE TO FACTOR IN

03:02PM  16   CROSS-EXAMINATION, ET CETERA.

03:02PM  17        FRIDAY WE'RE ONLY GOING TO GO UNTIL 2:00 AT THE LATEST, I

03:02PM  18   DON'T KNOW, MAYBE 1:00, SOMETHING LIKE THAT.  SO PLEASE

03:02PM  19   CONSIDER THAT ALSO.

03:02PM  20             MR. WADE:  AND THERE ARE -- THE GOVERNMENT IS, AS WE

03:02PM  21   ALL HAVE DISCUSSED WITH THE COURT, DISCLOSED WITNESSES WHO MAY

03:02PM  22   COME UP THIS WEEK.

03:02PM  23        IF THEY WANT TO RUN POTENTIAL WITNESSES BY US AND IN TERMS

03:02PM  24   OF, YOU KNOW, AN ESTIMATED LENGTH OF CROSS, WE'RE HAPPY TO MEET

03:02PM  25   AND CONFER AND SEE IF WE CAN FIND ONE WE CAN FIT IN THERE.

ROSENDORFF CROSS BY MR. WADE                                    2104

03:02PM   1        THE COURT:  GREAT.  I APPRECIATE YOUR EFFORTS ON

03:02PM   2    THAT.  I'M NOT ASKING YOU TO REVEAL WHAT YOUR CROSS-EXAMINATION

03:02PM   3    IS, MR. WADE.

03:02PM   4        MR. WADE:  YOU NEVER HAVE, YOUR HONOR.  I APPRECIATE

03:02PM   5    THAT.

03:03PM   6        MR. BOSTIC:  YES, YOUR HONOR.  THE PARTIES ARE HAPPY

03:03PM   7    TO MEET AND CONFER ON THAT.  OF COURSE, OUR PRIORITIES ARE

03:03PM   8    AVOIDING CONFUSION FOR THE JURY, NOT INCONVENIENCING THE COURT,

03:03PM   9    AND MINIMIZING THE INCONVENIENCE ON WITNESSES, BUT WE WILL LOOK

03:03PM  10    INTO WHAT WE CAN DO TO FILL THAT SLOT TOMORROW.

03:03PM  11        THE COURT:  THANK YOU.

03:03PM  12     THIS JURY IS EXPERIENCED WITH TAKING WITNESSES OUT OF

03:03PM  13    ORDER.  I THINK THEY'RE BECOMING MORE ACCLIMATED TO THE COURT

03:03PM  14    PROCESS AND IT'S A SMART JURY SO.

03:03PM  15        MR. BOSTIC:  YOUR HONOR, IF I COULD JUST GO BACK TO

03:03PM  16    THE ISSUE OF DISCLOSURE.  I JUST WANTED TO NOTE FOR THE COURT,

03:03PM  17    THE PROTECTIVE ORDER COVERING THE DOCUMENT PRODUCTION RELATED

03:03PM  18    TO THE UNRELATED INVESTIGATION OF THE COMPANY WHERE

03:03PM  19    DR. ROSENDORFF ALSO WORKED.

03:03PM  20        THE COURT:  RIGHT.

03:03PM  21        MR. BOSTIC:  THAT PROTECTIVE ORDER CONTAINS A

03:03PM  22    PROVISION THAT REQUIRES EITHER PARTY BEFORE USING IT IN OPEN

03:03PM  23    COURT TO PROVIDE THE OTHER PARTY WITH NOTICE OF THE PARTICULAR

03:03PM  24    DOCUMENTS THAT ARE GOING TO BE USED AND TIME FOR THAT FIRST

03:03PM  25    PARTY TO OBJECT.

ROSENDORFF CROSS BY MR. WADE                                    2105

03:03PM   1        THE ONLY NOTICE THAT WE HAVE RECEIVED THAT I'M AWARE OF

03:03PM   2   FROM THE DEFENSE GIVES US NOTICE OF AN ENTIRE 12,000 PAGE RANGE

03:03PM   3   OF DOCUMENTS THAT THEY MIGHT GO INTO.

03:04PM   4        MY POSITION IS THAT THAT'S NOT IN THE SPIRIT OR THE LETTER

03:04PM   5   OF THE PROTECTIVE ORDER.

03:04PM   6        I'M NOT SURE IF I MISSED SOMETHING ADDITIONALLY FROM THEM

03:04PM   7   WHILE WE'VE BEEN IN THE AFTERNOON SESSION, BUT I WANTED TO

03:04PM   8   RAISE THAT FOR THE COURT IN CASE THAT MIGHT BE A GATING ITEM TO

03:04PM   9   US HAVING A FULL CONVERSATION ABOUT THAT TOPIC.

03:04PM  10        MR. WADE:  I DID NEED THE NIGHT TO REVIEW THE 12,000

03:04PM  11   DOCUMENTS, YOUR HONOR, BUT I BELIEVE THERE ARE A COUPLE OF

03:04PM  12   DOCUMENTS THAT WE HAVE INCLUDED WITHIN -- THE COURT'S

03:04PM  13   INDULGENCE.

03:04PM  14        THE COURT:  CONTAINED ON THAT POST-IT.

03:04PM  15        MR. WADE:  MS. TREFZ HAS PROVIDED ME THE EVER USEFUL

03:04PM  16   GOLDEN TICKET.  I BELIEVE THEY'RE WITHIN THESE, THESE VOLUMES.

03:04PM  17   I'M SURPRISED THE GOVERNMENT HASN'T REVIEWED THEM ALREADY.

03:04PM  18        BUT THE -- I WILL GIVE THAT LIST THAT IDENTIFIES SOME OF

03:04PM  19   THEM, AND THERE MAY BE ONE OR TWO OTHERS.

03:04PM  20        AND IF WE IDENTIFIED THEM, AS SOON AS WE IDENTIFY THE

03:05PM  21   POTENTIAL USE, WE WILL RAISE IT WITH THE GOVERNMENT.

03:05PM  22        I THINK THE -- I FORGET EXACTLY WHAT THE MATERIALS ARE,

03:05PM  23   BUT I DON'T THINK IT WILL BE MUCH OF A SURPRISE TO THE

03:05PM  24   GOVERNMENT, AND WE'RE HAPPY TO MEET AND CONFER WITH THEM ON --

03:05PM  25        THE COURT:  WELL, THAT WOULD BE GREAT.  I APPRECIATE

ROSENDORFF CROSS BY MR. WADE                                        2106

03:05PM   1    YOUR EFFORTS TO -- IT WOULD MAKE IT A -- MORE EFFICIENT FOR US

03:05PM   2    TO ENGAGE OUR JURY AND GET THE EVIDENCE IN AS NEEDED IF WE CAN.

03:05PM   3         I KNOW YOU MIGHT HAVE SOME DISCUSSIONS ABOUT CERTAIN

03:05PM   4    TOPICS, AND I'M EAGER TO TALK WITH YOU ABOUT THAT.

03:05PM   5         BUT TO THE EXTENT THAT YOU CAN MEET AND CONFER AND

03:05PM   6    IDENTIFY THOSE DOCUMENTS, I'M HAPPY TO HEAR IT'S NOT 12,000

03:05PM   7    PAGES, THEY FIT ON A POST-IT, A SMALL POST-IT, WHICH IS

03:05PM   8    REFRESHING, SO WE WILL SEE WHAT WE CAN COME UP WITH.

03:05PM   9              MR. WADE:  WE WILL DO THAT, YOUR HONOR.  OBVIOUSLY

03:05PM   10   WE HAVE A LITTLE MORE FREEDOM TO HAVE THOSE DISCUSSIONS NOW

03:05PM   11   THAT WE HAVE THE WITNESS ON CROSS.

03:05PM   12             THE COURT:  OKAY.  THANKS.  HAVE A GOOD EVENING.

03:05PM   13   WE'LL SEE YOU TOMORROW.

03:05PM   14             THE CLERK:  COURT IS ADJOURNED.

03:06PM   15        (COURT ADJOURNED AT 3:06 P.M.)

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

```
 1
 2
 3                      CERTIFICATE OF REPORTERS
 4
 5
 6
 7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10   HEREBY CERTIFY:
11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15
16                      _____
                        IRENE RODRIGUEZ, CSR, CRR
17                      CERTIFICATE NUMBER 8076
18
                        _____
19                      LEE-ANNE SHORTRIDGE, CSR, CRR
20                      CERTIFICATE NUMBER 9595
21                      DATED:  SEPTEMBER 28, 2021
22
23
24
25
```

1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5
    UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                    )
                       PLAINTIFF,    )   SAN JOSE, CALIFORNIA
7                                    )
            VS.                      )   VOLUME 13
8                                    )
    ELIZABETH A. HOLMES,             )   SEPTEMBER 29, 2021
9                                    )
                       DEFENDANT.    )   PAGES 2107 - 2381
10   _____)

11                  TRANSCRIPT OF TRIAL PROCEEDINGS
12             BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
13
    A P P E A R A N C E S:
14
    FOR THE PLAINTIFF:      UNITED STATES ATTORNEY'S OFFICE
15                          BY:   JOHN C. BOSTIC
                                  JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:   ROBERT S. LEACH
18                                KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21
    OFFICIAL COURT REPORTERS:
22                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
23                          LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER

```
 1         A P P E A R A N C E S: (CONT'D)
 2

 3     FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
 4                                   LANCE A. WADE
                                     KATHERINE TREFZ
 5                                   ANDREW LEMENS
                                     PATRICK LOOBY
 6                                   RICHARD CLEARY
                                725 TWELFTH STREET, N.W.
 7                              WASHINGTON, D.C. 20005

 8                              LAW OFFICE OF JOHN D. CLINE
                                BY:  JOHN D. CLINE
 9                              ONE EMBARCADERO CENTER, SUITE 500
                                SAN FRANCISCO, CALIFORNIA 94111
10

11     ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                                BY:  ADELAIDA HERNANDEZ
12
                                OFFICE OF THE U.S. ATTORNEY
13                              BY:  LAKISHA HOLLIMAN, PARALEGAL
                                     MADDI WACHS, PARALEGAL
14
                                WILLIAMS & CONNOLLY
15                              BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

16                              TBC
                                BY:  BRIAN BENNETT, TECHNICIAN
17

18

19

20

21

22

23

24

25
```

1

2                              INDEX OF PROCEEDINGS

3          GOVERNMENT'S:

4          **ADAM ROSENDORFF**
           CROSS-EXAM BY MR. WADE (RES.)              P. 2113

5

6          **VICTORIA SUNG**
           DIRECT EXAM BY MR. LEACH                   P. 2294

7          CROSS-EXAM BY MR. CLINE                    P. 2340

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2110

```
 1                        INDEX OF EXHIBITS

 2
                                      IDENT.      EVIDENCE
 3        GOVERNMENT'S:

 4        1240                                      2152
          1430                                      2168
 5        5039                                      2302
          5414                                      2311
 6        3849                                      2314
          541                                       2318
 7        5416                                      2318
          3893                                      2336
 8        5049                                      2355

 9
          DEFENDANT'S:
10
          12479                                     2141
11        10281                                     2174
          9387                                      2210
12        13809                                     2230
          10451                                     2262
13        10029                                     2268
          13905                                     2270
14        13895                                     2342
          13896                                     2344
15        13897                                     2346
          13898                                     2349
16        13899                                     2350
          13900                                     2351
17        13901                                     2353
          13907                                     2357
18        13902                                     2360

19

20

21

22

23

24

25
```

|       | 1  | SAN JOSE, CALIFORNIA                    SEPTEMBER 29, 2021 |
|-------|----|---|
| 08:21AM | 2  | P R O C E E D I N G S |
| 09:03AM | 3  | (COURT CONVENED AT 9:03 A.M.) |
| 09:03AM | 4  | (JURY IN AT 9:03 A.M.) |
| 09:03AM | 5  | THE COURT:  THANK YOU.  PLEASE BE SEATED. |
| 09:03AM | 6  | WE'RE BACK ON THE RECORD IN UNITED STATES VERSUS HOLMES. |
| 09:03AM | 7  | ALL COUNSEL IS PRESENT.  MS. HOLMES IS PRESENT. |
| 09:03AM | 8  | OUR JURY AND ALTERNATES ARE PRESENT. |
| 09:03AM | 9  | GOOD MORNING, LADIES AND GENTLEMEN.  BEFORE WE BEGIN, LET |
| 09:03AM | 10 | ME ASK OUR JURORS WHETHER OR NOT, IN THE RECESS WHETHER OR NOT |
| 09:03AM | 11 | THEY HAD OCCASION TO EITHER SEE, WATCH, DISCUSS ANYTHING WITH |
| 09:03AM | 12 | ANYONE ABOUT ANYTHING TO DO WITH THIS CASE. |
| 09:03AM | 13 | IF SO, COULD YOU PLEASE RAISE YOUR HAND SO WE CAN TALK |
| 09:03AM | 14 | ABOUT THAT? |
| 09:03AM | 15 | I SEE NO HANDS. |
| 09:03AM | 16 | GREAT.  THANK YOU VERY MUCH. |
| 09:03AM | 17 | LET'S SEE.  DO WE HAVE THE WITNESS HERE? |
| 09:03AM | 18 | I THINK HE'S BEING SUMMONED. |
| 09:03AM | 19 | DR. ROSENDORFF, GOOD MORNING. |
| 09:04AM | 20 | THE WITNESS:  GOOD MORNING. |
| 09:04AM | 21 | THE COURT:  IF YOU COULD RESUME THE STAND AND MAKE |
| 09:04AM | 22 | YOURSELF COMFORTABLE AGAIN. |
| 09:04AM | 23 | THE WITNESS:  YES. |
| 09:04AM | 24 | THE COURT:  WHEN YOU ARE COMFORTABLE, I WOULD JUST |
| 09:04AM | 25 | ASK YOU TO STATE YOUR NAME AGAIN, AND I REMIND YOU THAT YOU'RE |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2112

| 09:04AM | 1 | STILL UNDER OATH. |

09:04AM  2          THE WITNESS:  YES.

09:04AM  3          **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS RESWORN.)**

09:04AM  4          THE WITNESS:  MY NAME IS ADAM ROSENDORFF.

09:04AM  5          THE COURT:  THANK YOU.

09:04AM  6      MR. WADE, DO YOU HAVE ADDITIONAL QUESTIONS?

09:04AM  7          MR. WADE:  I DO, YOUR HONOR.

09:04AM  8          THE COURT:  LET'S PROCEED.

09:04AM  9      LADIES AND GENTLEMEN, WE'LL TAKE A BREAK I THINK A LITTLE

09:04AM  10  AFTER 11:00, BEFORE 11:30 IF THAT'S CONVENIENT, AND I THINK

09:04AM  11  WE'RE GOING TO GO UNTIL 4:00 O'CLOCK TODAY.  YOU HAVE AN

09:04AM  12  ENGAGEMENT.

09:04AM  13          THE WITNESS:  YES, CHILDCARE.

09:04AM  14          THE COURT:  RIGHT.  I'VE TALKED WITH COUNSEL AND, OF

09:04AM  15  COURSE, WE'RE GOING TO ALLOW THAT TO HAPPEN SO YOU CAN TAKE

09:04AM  16  CARE OF YOUR NEEDS AND THEN WE'LL ADJUST ACCORDINGLY.

09:04AM  17          THE WITNESS:  THANK YOU.  I APPRECIATE THAT.

09:04AM  18          MR. WADE:  AND I'LL TRY TO KEEP AN EYE ON THE TIME,

09:05AM  19  I HOPE, FOR THE BREAK.  IF YOU SEE ME LOOKING AT MY WATCH, IT'S

09:05AM  20  NOT BECAUSE I'M BOARD BEING HERE.

09:05AM  21          THE COURT:  ALL RIGHT.  THANK YOU.

09:05AM  22  ///

09:05AM  23  ///

09:05AM  24  ///

09:05AM  25          **CROSS-EXAMINATION (RESUMED)**

ROSENDORFF CROSS BY MR. WADE (RES.)                                2113

09:05AM   1    BY MR. WADE:

09:05AM   2    Q.   GOOD MORNING, DR. ROSENDORFF.

09:05AM   3    A.   GOOD MORNING.

09:05AM   4    Q.   I'D LIKE TO COME BACK AND ASK YOU SOME QUESTIONS RELATING

09:05AM   5    TO SOME MATTERS THAT YOU DISCUSSED ON DIRECT EXAMINATION.

09:05AM   6    OKAY?

09:05AM   7    A.   SURE.

09:05AM   8    Q.   I'D LIKE TO START WITH THE 2013 AUDIT BY THE CALIFORNIA

09:05AM   9    DEPARTMENT OF HEALTH.

09:05AM   10        DO YOU RECALL GIVING SOME GENERAL TESTIMONY WITH RESPECT

09:05AM   11   TO THAT?

09:05AM   12   A.   YES.

09:05AM   13   Q.   AND BEING A CERTIFIED LABORATORY SUBJECTS THE LABORATORY

09:05AM   14   TO AUDITS BY REGULATORS LIKE THE CDPH AND THE CMS ON A REGULAR

09:05AM   15   BASIS; IS THAT RIGHT?

09:05AM   16   A.   CORRECT.

09:05AM   17   Q.   AND I THINK YOU DISCUSSED THAT DECEMBER 13TH AUDIT

09:05AM   18   YESTERDAY.

09:05AM   19   A.   YES.

09:05AM   20   Q.   THAT WAS THE FIRST AUDIT IN THE TIME PERIOD THAT YOU WERE

09:05AM   21   THE LAB DIRECTOR AT THERANOS?

09:05AM   22   A.   CORRECT.

09:05AM   23   Q.   AND THE GOVERNMENT --

09:06AM   24   A.   WELL, IT WAS BY NEW YORK STATE.  I WASN'T THE LAB DIRECTOR

09:06AM   25   AT THE TIME, BUT I WAS EMPLOYED BY THE COMPANY.

ROSENDORFF CROSS BY MR. WADE (RES.)                                2114

09:06AM   1     Q.   OKAY.  SO IN ADDITION TO THE AUDITS THAT ARE DONE BY CMS,

09:06AM   2     WHICH IS THE FEDERAL REGULATOR, THERE ARE SOMETIMES AUDITS THAT

09:06AM   3     ARE DONE BY STATES FOR THEIR OWN ACCREDITATION PURPOSES; RIGHT?

09:06AM   4     A.   NEW YORK STATE.

09:06AM   5     Q.   AND NEW YORK STATE DOES ITS OWN AUDIT WHERE IT COMES IN

09:06AM   6     AND LOOKS AT THE LAB AND MAKES SURE THAT IT'S CERTIFIED IN A

09:06AM   7     MANNER THAT COMPLIES WITH ITS REQUIREMENTS UNDER NEW YORK STATE

09:06AM   8     LAW; IS THAT RIGHT?

09:06AM   9     A.   CORRECT.

09:06AM   10    Q.   AND IN THIS INSTANCE, THERE WAS ALSO AN AUDIT THAT WAS

09:06AM   11    DONE BY THE CALIFORNIA DEPARTMENT OF HEALTH; RIGHT?

09:06AM   12    A.   CORRECT.

09:06AM   13    Q.   AND THAT WAS IN DECEMBER OF 2013?

09:06AM   14    A.   I BELIEVE SO.  I DON'T KNOW FOR SURE.  AT THE END OF 2013.

09:06AM   15    Q.   AND WE'LL GO THROUGH SOME DOCUMENTS ON THAT AND THAT MIGHT

09:06AM   16    HELP REFRESH YOUR RECOLLECTION AS TO THE TIME.

09:06AM   17        BUT YOU RECALL GENERALLY IN THAT TIME PERIOD THERE WAS AN

09:07AM   18    AUDIT BY CDPH?

09:07AM   19    A.   MORE ACCURATELY, IT'S LABORATORY FIELD SERVICES, WHICH IS

09:07AM   20    A DIVISION OF CDPH.

09:07AM   21    Q.   OKAY.

09:07AM   22    A.   THEY'RE NOT CALLED AUDITS, THEY'RE CALLED INSPECTIONS.

09:07AM   23    AND LABORATORY FIELD SERVICES SUBMITS THE RESULTS OF THOSE

09:07AM   24    INSPECTIONS TO THE CENTERS FOR MEDICARE AND MEDICARE SERVICES.

09:07AM   25    Q.   OKAY.  THANK YOU FOR THE CLARIFICATION, DOCTOR.

ROSENDORFF CROSS BY MR. WADE (RES.)                           2115

09:07AM   1        SO THE STATE REGULATOR IN CALIFORNIA WORKS IN CONJUNCTION

09:07AM   2    WITH THE FEDERAL REGULATOR; CORRECT?

09:07AM   3    A.   CORRECT.

09:07AM   4    Q.   BUT THE STATE REGULATOR IS LOOKING AT YOUR COMPLIANCE WITH

09:07AM   5    THOSE FEDERAL CLIA REGULATIONS WE TALKED ABOUT YESTERDAY;

09:07AM   6    RIGHT?

09:07AM   7    A.   CORRECT.

09:07AM   8    Q.   OKAY.  AND YOU RECALL IN YOUR TESTIMONY YESTERDAY THE

09:07AM   9    GOVERNMENT ASKED YOU QUESTIONS IN PARTICULAR ABOUT A COUPLE OF

09:07AM   10   EMAILS THAT RELATED TO COMMUNICATIONS WITHIN THE COMPANY IN

09:07AM   11   ADVANCE OF THOSE AUDITS.

09:07AM   12        DO YOU RECALL THAT?

09:07AM   13   A.   YES.

09:07AM   14   Q.   OKAY.  AND ONE EMAIL THAT YOU SENT WAS ABOUT THE

09:08AM   15   PREPARATIONS FOR THE AUDIT.

09:08AM   16        DO YOU RECALL THAT?

09:08AM   17   A.   YES.

09:08AM   18   Q.   AND YOU WERE TAKING A LEAD ORGANIZING ROLE IN THAT; IS

09:08AM   19   THAT RIGHT?

09:08AM   20   A.   YES.

09:08AM   21   Q.   AND THERE WAS ANOTHER ONE ABOUT THE PATH THAT AUDITORS

09:08AM   22   WERE GOING TO WALK, THEY WERE GOING TO TAKE WALKING THROUGH THE

09:08AM   23   BUILDING; RIGHT?

09:08AM   24   A.   THAT EMAIL WAS FROM ELIZABETH.

09:08AM   25   Q.   RIGHT.  YOU RECALL THAT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2116

09:08AM   1     A.   YES.

09:08AM   2     Q.   BUT I BELIEVE YOU WERE ON THE EMAIL; RIGHT?

09:08AM   3     A.   CORRECT.

09:08AM   4     Q.   AND IT WAS FROM MS. HOLMES?

09:08AM   5     A.   CORRECT.

09:08AM   6     Q.   OKAY.  AND DO YOU RECALL BEING ASKED QUESTIONS ABOUT THAT?

09:08AM   7     A.   DURING MY PRIOR TESTIMONY?

09:08AM   8     Q.   YES.

09:08AM   9     A.   YES.

09:08AM   10    Q.   OKAY.  AND I'D LIKE TO JUST BACK UP AND ASK SOME BROADER

09:08AM   11    QUESTIONS TO SET THE FRAME OF THIS AUDIT IN TOTAL, AND THEN

09:08AM   12    WALK THROUGH SOME OF -- SOME MORE FACTS RELATING TO THAT AUDIT.

09:08AM   13         OKAY?

09:08AM   14    A.   YES.

09:08AM   15    Q.   OKAY.  WE DISCUSSED YESTERDAY HOW WHEN A LAB APPLIES FOR A

09:09AM   16    CLIA LICENSE THEY HAVE AN INITIAL INSPECTION.

09:09AM   17         DO YOU RECALL THAT?

09:09AM   18    A.   YES.

09:09AM   19    Q.   AND THAT HAD ALREADY BEEN DONE PRIOR TO THIS 2013

09:09AM   20    INSPECTION; RIGHT?

09:09AM   21    A.   IT WOULD HAVE HAD TO HAVE BEEN DONE, OTHERWISE THE LAB

09:09AM   22    WOULD NOT BE PERMITTED TO REPORT RESULTS.

09:09AM   23    Q.   RIGHT.

09:09AM   24    A.   IT WAS PRIOR TO WHEN I JOINED THE COMPANY.

09:09AM   25    Q.   YOU WOULDN'T BE ABLE TO HAVE A JOB WHERE YOU'RE ON A CLIA

ROSENDORFF CROSS BY MR. WADE (RES.)                          2117

09:09AM   1    CERTIFICATE IF THERE HADN'T BEEN THAT INSPECTION; RIGHT?

09:09AM   2    A.   CORRECT.

09:09AM   3    Q.   OKAY.  AND AFTER THAT YOU SAID THEY'RE ALLOWED TO START

09:09AM   4    PROCESSING SAMPLES, BUT THERE ARE ALSO ONGOING INSPECTION

09:09AM   5    REQUIREMENTS FROM THE REGULATORS?

09:09AM   6    A.   CORRECT.

09:09AM   7    Q.   OKAY.  AND SHORTLY AFTER THAT, THEY CAME IN TO CONDUCT

09:09AM   8    THIS 2013 INSPECTION WHICH WAS A ROUTINE INSPECTION THAT IS

09:09AM   9    DONE EVERY TWO YEARS; RIGHT?

09:09AM   10   A.   CORRECT.

09:09AM   11   Q.   AND SO DO YOU RECALL THAT THE INITIAL CERTIFICATION OF THE

09:09AM   12   THERANOS LAB WAS IN ABOUT SOMETIME IN 2011?

09:10AM   13   A.   I HAVE NO IDEA WHEN THE INITIAL CERTIFICATION WAS.

09:10AM   14   Q.   BUT YOU DO KNOW THAT THESE INSPECTIONS TAKE PLACE EVERY

09:10AM   15   TWO YEARS; RIGHT?

09:10AM   16   A.   YES, SIR.

09:10AM   17   Q.   SO IS IT REASONABLE TO ASSUME THAT THE LAST INSPECTION

09:10AM   18   PROBABLE WOULD HAVE BEEN ABOUT TWO YEARS BEFORE THE ONE YOU

09:10AM   19   DEALT WITH IN LATE 2013?

09:10AM   20   A.   THAT'S AN EXTRAPOLATION.  THAT'S A CONCLUSION THAT YOU

09:10AM   21   MIGHT WANT TO DRAW.  I DON'T KNOW HOW MUCH TIME NEEDS TO ELAPSE

09:10AM   22   BETWEEN THE INITIAL INSPECTION AND THE FOLLOW-UP INSPECTION.

09:10AM   23        I KNOW THAT THE ROUTINE INSPECTIONS ARE EVERY TWO YEARS.

09:10AM   24   Q.   OKAY.  AND YOU KNOW THAT ONE OF THOSE INSPECTIONS OCCURRED

09:10AM   25   IN LATE 2013?

ROSENDORFF CROSS BY MR. WADE (RES.)                                      2118

09:10AM  1    A.   CORRECT.

09:10AM  2    Q.   THAT WAS A ROUTINE SURVEY?

09:10AM  3    A.   CORRECT.

09:10AM  4    Q.   OKAY.  AND THIS WAS -- JUST TO REMIND US OF THE TIMELINE,

09:10AM  5    THIS WAS SHORTLY AFTER THE COMMERCIAL LAUNCH IN NOVEMBER OF

09:11AM  6    2013 THAT WE DISCUSSED YESTERDAY; RIGHT?

09:11AM  7    A.   CAN YOU CLARIFY WHAT YOU MEAN BY "COMMERCIAL"?

09:11AM  8    Q.   SURE.  YOU RECALL THE COMMUNICATION THAT I SHOWED YOU WITH

09:11AM  9    MR. BALWANI IN EARLY NOVEMBER OF 2013 WHERE HE SAID YOU WERE

09:11AM  10   READY TO OPEN TO THE PUBLIC.

09:11AM  11       DO YOU RECALL THAT EMAIL YESTERDAY?

09:11AM  12   A.   YES.

09:11AM  13   Q.   OKAY.  THAT'S WHAT I'M TALKING ABOUT WHEN I SAY -- WHY

09:11AM  14   DON'T WE DESCRIBE IT AS THE PUBLIC LAUNCH, OKAY?  WOULD THAT BE

09:11AM  15   HELPFUL?

09:11AM  16   A.   SURE.

09:11AM  17   Q.   SO THE PUBLIC LAUNCH, YOU RECALL THAT HAPPENING IN EARLY

09:11AM  18   NOVEMBER OF 2013; RIGHT?

09:11AM  19   A.   YES.

09:11AM  20   Q.   AND THIS INSPECTION HAPPENED A SHORT TIME AFTER THAT

09:11AM  21   LAUNCH; RIGHT?

09:11AM  22   A.   CORRECT.

09:11AM  23   Q.   OKAY.  AND IT HAPPENED A COUPLE OF MONTHS AFTER THAT SOFT

09:11AM  24   LAUNCH FOR FRIENDS AND FAMILY THAT WE TALKED ABOUT YESTERDAY;

09:11AM  25   RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2119

09:11AM    1        A.   CORRECT.

09:11AM    2        Q.   OKAY.  AND THESE ARE REGULARLY SCHEDULED EVENTS; RIGHT?

09:12AM    3        A.   CORRECT.

09:12AM    4        Q.   AND THERANOS KNEW IN ADVANCE THAT THE INSPECTOR WAS GOING

09:12AM    5    TO ARRIVE?

09:12AM    6        A.   YES.

09:12AM    7        Q.   AND IT'S PRETTY ROUTINE IN ADVANCE OF SUCH A SURVEY FOR A

09:12AM    8    LAB TO PREPARE AND MAKE SURE IT'S READY FOR THE SURVEY; RIGHT?

09:12AM    9        A.   CORRECT.

09:12AM   10        Q.   AND THAT HAPPENS ON THE ROUTINE BASIS FOR THESE SURVEYS AS

09:12AM   11    PART OF STANDARD PRACTICE?

09:12AM   12        A.   CORRECT.

09:12AM   13        Q.   OKAY.  AND THERANOS DID PREPARE?

09:12AM   14        A.   WE DID.  WE DID.

09:12AM   15             WE ALSO HAD A CONSULTANT.  HIS NAME WAS JERRY HURST.  WE

09:12AM   16    WANTED HIM TO COME IN TO DO A PREINSPECTION TO ASSESS OUR

09:12AM   17    READINESS.  HE WASN'T AVAILABLE.

09:12AM   18        Q.   BUT YOU HAD HIM AS A RESOURCE --

09:12AM   19        A.   YES.

09:12AM   20        Q.   -- IN THAT TIME PERIOD; CORRECT?

09:12AM   21        A.   YES.

09:12AM   22        Q.   AND THAT WAS MR. JERRY HURST OR DR. JERRY HURST?

09:12AM   23        A.   I DO NOT KNOW HIS EDUCATION.

09:13AM   24        Q.   OKAY.  BUT YOU UNDERSTOOD AT THE TIME THAT HE WAS A VERY

09:13AM   25    EXPERIENCED LAB PERSON; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                          2120

09:13AM   1      A.   YES.

09:13AM   2      Q.   AND HE WAS, HE WAS ON A RETAINER OR SOME SORT OF AN

09:13AM   3      AGREEMENT --

09:13AM   4      A.   YES.

09:13AM   5      Q.   -- THAT AGREEMENT WAS WITH THE COMPANY FOR HIM TO PROVIDE

09:13AM   6      ADVISORY SERVICES TO THE COMPANY ON AN AS-NEEDED BASIS; RIGHT?

09:13AM   7      A.   YES.  HE HAD BEEN AN INSPECTOR BEFORE.

09:13AM   8      Q.   HE HAD ACTUALLY BEEN, I BELIEVE, A CDPH INSPECTOR; RIGHT?

09:13AM   9      A.   YES, YES.

09:13AM   10     Q.   AND SO HE WAS VERY FAMILIAR WITH THE TYPES OF ISSUES THAT

09:13AM   11     CDPH WOULD LOOK AT; RIGHT?

09:13AM   12     A.   INDEED.

09:13AM   13     Q.   AND HE KNEW THE PROCEDURES AND POLICIES THAT WOULD NEED TO

09:13AM   14     BE IN PLACE IN ORDER TO SATISFY THE REGULATORS; RIGHT?

09:13AM   15     A.   YES, YES.

09:13AM   16     Q.   AND HE WAS SOMEWHAT OF AN EXPERT ON THOSE ISSUES, WAS HE

09:13AM   17     NOT?

09:13AM   18     A.   THAT'S A VERY SUBJECTIVE ASSESSMENT.  ARE YOU ASKING FOR

09:13AM   19     MY OPINION OR --

09:13AM   20     Q.   WELL, LET ME ASK YOU THIS:  HE WAS EXPERIENCED ON THOSE

09:14AM   21     MATTERS; RIGHT?

09:14AM   22     A.   YES.

09:14AM   23     Q.   AND HE WAS EXPERIENCED AS A CDPH INSPECTOR?

09:14AM   24     A.   YES.

09:14AM   25     Q.   AND HE WAS KNOWLEDGEABLE ABOUT THOSE PRACTICES AND

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2121

09:14AM   1    PROCEDURES THAT WOULD BE CONSIDERED IN THOSE INSPECTIONS.

09:14AM   2    RIGHT?

09:14AM   3    A.   YES, HE WAS FAMILIAR WITH THEM.

09:14AM   4    Q.   OKAY.  AND I BELIEVE YOU TESTIFIED A MINUTE AGO THAT IN

09:14AM   5    CONNECTION WITH THAT INSPECTION YOU QUARTERBACKED, IF YOU WILL,

09:14AM   6    THE PREPARATION WORK?

09:14AM   7    A.   I OUTLINED IN AN EMAIL MY EXPECTATIONS FOR WHAT NEEDED TO

09:14AM   8    HAPPEN IN TERMS OF TRAINING AND DOCUMENTATION IN ADVANCE OF THE

09:14AM   9    INSPECTION.

09:14AM  10    Q.   OKAY.  AND LET'S LOOK AT, LET'S LOOK AT THAT EMAIL THAT I

09:14AM  11    THINK YOU'RE REFERRING TO, WHICH IS IN EVIDENCE.  WE CAN PUT IT

09:14AM  12    UP ON THE SCREEN.  IT'S EXHIBIT 4044.

09:14AM  13    A.   I'M JUST -- IS IT OKAY IF I JUST LOOK AT IT ON THE SCREEN,

09:14AM  14    OR DO YOU WANT ME TO TURN TO IT IN MY BINDER?

09:15AM  15    Q.   THAT'S FINE.  I JUST WANT YOU TO KNOW IF YOU EVER HAVE ANY

09:15AM  16    QUESTION AND WANT TO LOOK AT THE ENTIRE DOCUMENT, WE HAVE THEM

09:15AM  17    UP THERE AND WE'LL BE PREPARED TO GIVE YOU THAT OPPORTUNITY.

09:15AM  18    OKAY?

09:15AM  19    A.   YEAH.

09:15AM  20    Q.   SO WE'LL PUT UP EXHIBIT 4044.  I THINK YOU -- IT'S ON YOUR

09:15AM  21    SCREEN.

09:15AM  22         DO YOU SEE IT?

09:15AM  23    A.   YES.

09:15AM  24    Q.   AND I BELIEVE YOU TESTIFIED A LITTLE BIT ABOUT THIS

09:15AM  25    YESTERDAY; IS THAT RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2122

| 09:15AM | 1 | A.   CORRECT. |
| 09:15AM | 2 | Q.   OKAY.  AND I WANT TO JUST WALK THROUGH IT IN SLIGHTLY MORE |
| 09:15AM | 3 | DETAIL. |
| 09:15AM | 4 | YOU TALKED ABOUT ALL OF THE MATERIALS THAT NEED TO BE |
| 09:15AM | 5 | ORGANIZED AND PROVIDED IN ORDER TO BE READY FOR THAT INSPECTION |
| 09:15AM | 6 | AND TO BE COMPLIANT UNDER CLIA; RIGHT? |
| 09:15AM | 7 | A.   YES, YES. |
| 09:15AM | 8 | Q.   AND YOU TALKED ABOUT TRAINING DOCUMENTS; RIGHT? |
| 09:15AM | 9 | A.   YES, YES. |
| 09:15AM | 10 | Q.   AND YOU TALKED ABOUT DIPLOMAS AND EDUCATIONAL |
| 09:15AM | 11 | QUALIFICATION DOCUMENTS FOR THE STAFF? |
| 09:15AM | 12 | A.   YES. |
| 09:15AM | 13 | Q.   AND THAT WAS BECAUSE, I THINK WE TALKED ABOUT YESTERDAY, |
| 09:15AM | 14 | IT'S YOUR RESPONSIBILITY TO CERTIFY THAT PEOPLE ARE QUALIFIED |
| 09:16AM | 15 | TO PERFORM CERTAIN FUNCTIONS WITHIN THE LAB; RIGHT? |
| 09:16AM | 16 | A.   YES, YES. |
| 09:16AM | 17 | Q.   AND ONE OF THE WAYS YOU DO THAT IS SOMETIMES YOU GET THE |
| 09:16AM | 18 | RESUMES AND THINGS AND YOU ACTUALLY DOCUMENT THEIR |
| 09:16AM | 19 | QUALIFICATIONS; RIGHT? |
| 09:16AM | 20 | A.   CORRECT.  YOU HAVE TO MAKE SURE THAT THEIR EDUCATION AND |
| 09:16AM | 21 | TRAINING MEETS THE CLIA REQUIREMENTS FOR EACH POSITION. |
| 09:16AM | 22 | Q.   AND YOU DID THAT; RIGHT? |
| 09:16AM | 23 | A.   YES. |
| 09:16AM | 24 | Q.   AND YOU WANTED THAT ORGANIZED SO IT COULD BE REVIEWED BY |
| 09:16AM | 25 | THE INSPECTOR; CORRECT? |

ROSENDORFF CROSS BY MR. WADE (RES.)                               2123

09:16AM  1    A.   CORRECT.

09:16AM  2    Q.   AND YOU ALSO WANTED THAT ORG CHART; RIGHT?

09:16AM  3    A.   CORRECT.

09:16AM  4    Q.   AND THERE WERE ALSO SOME SOP'S THAT YOU WANTED THE COMPANY

09:16AM  5    TO PREPARE; RIGHT?

09:16AM  6    A.   CORRECT.

09:16AM  7    Q.   OKAY.  DO YOU SEE THAT YOU WANTED THE SOP FOR INTERNAL

09:16AM  8    PROFICIENCY TESTING OF LDT'S TO BE READY FOR THAT INSPECTION;

09:16AM  9    RIGHT?

09:16AM 10    A.   YES.

09:16AM 11    Q.   AND YOU WANTED -- IF WE GO TO THE NEXT SET OF MATERIALS,

09:16AM 12    YOU WANTED THE ONGOING QC ANALYSIS IN THE LEVEY-JENNINGS CHART

09:17AM 13    FOR LDT'S AVAILABLE; RIGHT?

09:17AM 14    A.   YES.

09:17AM 15    Q.   AND THAT'S THIS DAILY QC PROCEDURE THAT WE'VE TALKED ABOUT

09:17AM 16    A BIT; RIGHT?

09:17AM 17    A.   JUST TO EXPLAIN TO THE JURY, LEVEY-JENNINGS IS A WAY OF

09:17AM 18    LOOKING AT HOW QC PERFORMANCE OVER A MONTH OR AN EXTENDED

09:17AM 19    PERIOD OF TIME.

09:17AM 20    Q.   AND I DON'T KNOW THAT WE HAVE SEEN LEVEY-JENNINGS CHARTS

09:17AM 21    IN ANY OF THE CHARTS THAT HAVE BEEN SHOWN, BUT IN ANY MATTER,

09:17AM 22    THAT PULLS DATA FROM A PRETTY LENGTHY PERIOD OF TIME RELATED TO

09:17AM 23    QC; RIGHT?

09:17AM 24    A.   CORRECT.

09:17AM 25    Q.   AND AS PART OF THE REVIEW OF THE QC, YOU LOOK AT TRENDS

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2124

09:17AM  1     OVER A LONG PERIOD OF TIME AND HOW THE QC PERFORMED; IS THAT

09:17AM  2     RIGHT?

09:17AM  3     A.   CORRECT.

09:17AM  4     Q.   AND THOSE LEVEY-JENNINGS CHARTS ARE THE COMPILATION OF

09:17AM  5     THAT QUALITY CONTROL DATA?

09:17AM  6     A.   CORRECT.

09:17AM  7     Q.   AND THERE'S BEEN SOME DISCUSSION WITHIN THIS CASE ABOUT

09:17AM  8     WESTGARD RULES.

09:17AM  9     A.   CORRECT, CORRECT.

09:18AM 10     Q.   YOU'RE FAMILIAR WITH THOSE?

09:18AM 11     A.   CORRECT.

09:18AM 12     Q.   AND WE'LL TALK ABOUT IT MORE IN A BIT.  BUT AS A GENERAL

09:18AM 13     MATTER, THOSE ARE RULES THAT YOU KIND OF APPLIED TO THOSE

09:18AM 14     LEVEY-JENNINGS CHARTS; RIGHT?

09:18AM 15     A.   CORRECT.

09:18AM 16     Q.   AND THAT'S TO MAKE SURE THAT THE PERFORMANCE OVER THE LONG

09:18AM 17     TERM OF QUALITY CONTROL, IT MEETS CLIA STANDARDS; RIGHT?

09:18AM 18     A.   CLIA DOES NOT OUTLINE OR PRESCRIBE HOW ONE SHOULD LOOK AT

09:18AM 19     LEVEY-JENNINGS PLOTS, INTERPRET THEM, OR IMPLEMENT RULES.  THEY

09:18AM 20     SAY THAT CALIBRATION AND CONTROL PROCEDURES NEED TO BE IN

09:18AM 21     PLACE.

09:18AM 22     Q.   RIGHT.  THEY DON'T PROVIDE THE SPECIFICITY?

09:18AM 23     A.   THEY DON'T TELL YOU HOW TO DO IT.

09:18AM 24     Q.   IT'S UP TO THE LAB DIRECTOR TO FIGURE OUT THE BEST WAY TO

09:18AM 25     IMPLEMENT THAT; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2125

09:18AM   1      A.   CORRECT.

09:18AM   2      Q.   AND WORKING WITH THE QUALITY MANAGER?

09:18AM   3      A.   CORRECT.

09:18AM   4      Q.   OKAY.  AND A COMMON WAY THAT THAT'S DONE WITHIN THE

09:18AM   5      INDUSTRY IS TO APPLY WESTGARD RULES TO LEVEY-JENNINGS CHARTS;

09:18AM   6      CORRECT?

09:18AM   7      A.   CORRECT.

09:18AM   8      Q.   AND YOU DID THAT AT THERANOS?

09:18AM   9      A.   YES.

09:18AM   10     Q.   AND SPECIFICALLY, YOU WANTED THEM TO GATHER THE

09:19AM   11     LEVEY-JENNINGS CHARTS FOR THE LDT'S?

09:19AM   12     A.   WELL, I JUST WANT TO CLARIFY.  SO I CALLED THE MEETING

09:19AM   13     WITH ELIZABETH AND OTHER TO DISCUSS HOW WE WOULD ASSESS QC

09:19AM   14     PERFORMANCE OVER TIME.  WE DID NOT HAVE AN SOP REGARDING WHAT

09:19AM   15     QC TO DISQUALIFY ON THE BASIS OF VIOLATION OF A WESTGARD RULE.

09:19AM   16     IF THAT ANSWERS YOUR QUESTION.

09:19AM   17          YOU SAID, YOU DID THAT, YOU LOOKED AT WESTGARD.

09:19AM   18          BUT JUST TO BE CLEAR, WE DID NOT HAVE A PROCEDURE IN PLACE

09:19AM   19     WHERE WE WOULD DISQUALIFY A QC DATA POINT ON THE WESTGARD

09:19AM   20     RULES.

09:19AM   21     Q.   AND WE'LL TALK ABOUT THE QC POLICIES IN MORE DETAIL IN A

09:19AM   22     BIT, BUT JUST SO WE'RE CLEAR ON THIS POINT, THE ADAPTION AND

09:19AM   23     IMPLEMENTATION OF THE QC POLICY WAS YOUR JOB; RIGHT, SIR?

09:19AM   24     A.   CORRECT.

09:19AM   25     Q.   OKAY.  LET'S KEEP GOING DOWN THIS LIST.

ROSENDORFF CROSS BY MR. WADE (RES.)                                 2126

09:19AM  1    A.    I MEAN, YOU KEEP SAYING IT'S MY JOB, IT'S MY JOB.

09:19AM  2          BUT I WAS PART OF A LARGE COMPANY WITH DELEGATED ROLES AND

09:20AM  3    COMPLICATED OPERATIONS AND A LOT OF TRUST I PUT INTO OTHER

09:20AM  4    INDIVIDUALS TO EXECUTE ON THESE.

09:20AM  5          SO I'M NOT SURE, YOU KNOW, WHEN YOU SAY IT WAS YOUR JOB,

09:20AM  6    IT WAS YOUR JOB.

09:20AM  7          YES, I DID MY JOB, RIGHT, BUT I ALSO DEPENDED ON A LOT OF

09:20AM  8    PEOPLE AROUND ME.

09:20AM  9    Q.    YOU DID DEPEND ON A LOT OF QUALIFIED PEOPLE AROUND YOU;

09:20AM 10    RIGHT?

09:20AM 11    A.    YES.

09:20AM 12    Q.    AND UNDER THE CLIA REGULATIONS, YOU'RE ACTUALLY PERMITTED

09:20AM 13    TO RELY ON THOSE QUALIFIED PEOPLE, AREN'T YOU?

09:20AM 14    A.    CORRECT.

09:20AM 15    Q.    IF THEY MEET THE REQUIREMENTS SET FORTH IN THE REGULATIONS

09:20AM 16    FOR THEIR POSITIONS; RIGHT?

09:20AM 17    A.    BUT IT'S NOT JUST THEM.  ON AN OPERATIONAL LEVEL YOU HAVE

09:20AM 18    PROJECT MANAGERS, CUSTOMER SERVICE REPS, SOFTWARE PEOPLE, UPPER

09:20AM 19    MANAGEMENT, ALL CONTRIBUTING TO THE QUALITY OF THE SERVICES

09:20AM 20    PROVIDED BY THE LABORATORY.

09:20AM 21          I ALONE FULFILLED MY DUTIES AS LAB DIRECTOR, BUT IT'S JUST

09:21AM 22    NOT REASONABLE TO EXPECT THAT I COULD HAVE GUARANTEED THE

09:21AM 23    QUALITY OF SERVICES COMING OUT OF THE LAB.

09:21AM 24    Q.    WELL, SIR, I THINK YESTERDAY WE WENT THROUGH THE

09:21AM 25    REGULATIONS; RIGHT?  DO YOU RECALL THAT, 7603?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2127

09:21AM   1    A.   YES.   YES.

09:21AM   2    Q.   OKAY.  AND UNDER THOSE REGULATIONS, YOU'RE PERMITTED TO

09:21AM   3    DELEGATE CERTAIN RESPONSIBILITIES WITHIN THE ORGANIZATION;

09:21AM   4    RIGHT?

09:21AM   5    A.   CORRECT.

09:21AM   6    Q.   OKAY.  BUT UNDER THOSE REGULATIONS, ULTIMATELY YOU'RE

09:21AM   7    RESPONSIBLE IF THOSE JOBS ARE NOT DONE PROPERLY; CORRECT?

09:21AM   8    A.   YES.  BUT THERE ARE A NUMBER OF OTHER INDIVIDUALS --

09:21AM   9             MR. WADE:  I DON'T HAVE A QUESTION PENDING,

09:21AM   10   YOUR HONOR.

09:21AM   11            THE COURT:  YOU CAN ASK ONE.

09:21AM   12            MR. WADE:  OKAY.  GOOD.

09:21AM   13   Q.   I'D LIKE TO CONTINUE DOWN THIS CHART.

09:21AM   14        THE QUESTION THAT I WAS ASKING WAS, ON NOVEMBER 26TH OF

09:21AM   15   2013, YOU SPECIFICALLY ASKED THAT THE ONGOING QC ANALYSIS IN

09:21AM   16   THE LEVEY-JENNINGS CHARTS FOR LDT'S, WHICH IS THE DAILY QC

09:22AM   17   PROCEDURE, BE COMPILED AND READY FOR THE INSPECTORS; RIGHT?

09:22AM   18   A.   YES.

09:22AM   19   Q.   OKAY.  AND YOU SPECIFICALLY ASKED THAT THE CALIBRATION

09:22AM   20   VERIFICATION PLAN FOR THE LDT'S BE PREPARED AND QUALIFIED AND

09:22AM   21   READY FOR THE INSPECTORS; RIGHT?

09:22AM   22   A.   YES.

09:22AM   23   Q.   OKAY.  AND YOU SPECIFICALLY ASKED THAT THE PROCEDURE FOR

09:22AM   24   RETESTING OF CRITICAL VALUES BE THERE.

09:22AM   25        DO YOU SEE THAT?

ROSENDORFF CROSS BY MR. WADE (RES.)                              2128

09:22AM  1      A.   YES.

09:22AM  2      Q.   AND THEN IF WE GO DOWN TO WEDNESDAY --

09:22AM  3      A.   I JUST WANT TO --

09:22AM  4      Q.   THERE'S NO QUESTION PENDING, SIR.

09:22AM  5           IF WE GO DOWN TO WEDNESDAY, THE SOP FOR THERANOS LIS -- DO

09:22AM  6      YOU SEE THAT THERE?

09:22AM  7      A.   YES.

09:22AM  8      Q.   OKAY.  AND THESE DOCUMENTS ARE -- THIS DOCUMENT HERE, YOU

09:22AM  9      HAVE DIFFERENT DATES ON THIS BECAUSE YOU'RE KIND OF MAPPING OUT

09:23AM  10     DUE DATES SO PEOPLE CAN GET THIS DONE AND READY AND YOU CAN

09:23AM  11     HAVE IT REVIEWED AND READY FOR THE INSPECTORS; RIGHT?

09:23AM  12     A.   YES.

09:23AM  13     Q.   OKAY.  THE SOP FOR THERANOS LIS, THAT WAS THE LIS THAT WE

09:23AM  14     TALKED ABOUT YESTERDAY; CORRECT?

09:23AM  15     A.   CORRECT.

09:23AM  16     Q.   AND YOU SEE THERE'S AN SOP FOR SUPER MARIO.

09:23AM  17          DO YOU SEE THAT REFERENCE?

09:23AM  18     A.   YES.

09:23AM  19     Q.   AND WE TALKED A LITTLE BIT ABOUT SUPER MARIO YESTERDAY.

09:23AM  20          DO YOU RECALL?

09:23AM  21     A.   YES.

09:23AM  22     Q.   AND IT'S A GREAT NAME, ISN'T IT?

09:23AM  23     A.   NO COMMENT.

09:23AM  24     Q.   OKAY.  DO YOU SEE THERE'S A SEPARATION BETWEEN THE LIS AND

09:23AM  25     SUPER MARIO.  DO YOU SEE THEY'RE IDENTIFIED AS TWO SEPARATE

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2129

```
09:23AM   1    THINGS?  DO YOU SEE THAT?

09:23AM   2    A.   YES.  SO THERE'S AMBIGUITY HERE BECAUSE THERE WAS AN LIS

09:23AM   3    FOR THE FDA APPROVED COMMERCIAL INSTRUMENTS CALLED LAB DAQ, AND

09:23AM   4    THERE WAS AN LIS FOR THE THERANOS METHODS CALLED SUPER MARIO.

09:24AM   5    Q.   ACTUALLY, DOES THIS REFRESH YOUR RECOLLECTION IN ANY WAY,

09:24AM   6    SIR, THAT -- ACTUALLY, LET ME STRIKE THAT.

09:24AM   7        DO YOU SEE THE NAME ANAM NEXT TO THAT?

09:24AM   8    A.   YES, SIR.

09:24AM   9    Q.   AND DOWN WHO ANAM WAS?

09:24AM  10    A.   ANAM KHAN, A CUSTOMER SERVICE REPRESENTATIVE.

09:24AM  11    Q.   RIGHT.  SHE DEALT WITH CUSTOMER SERVICE ISSUES THAT CAME

09:24AM  12    UP FROM MEDICAL PRACTICES; RIGHT?

09:24AM  13    A.   CORRECT.

09:24AM  14    Q.   AND DOES LOOKING AT THIS REFRESH YOUR RECOLLECTION THAT

09:24AM  15    SUPER MARIO WAS ACTUALLY THE CUSTOMER SERVICE DATABASE SYSTEM

09:24AM  16    THAT DOCUMENTED CUSTOMER SERVICE CALLS WITHIN THE COMPANY?

09:24AM  17    A.   NO.  I BELIEVE WE USED SALES FORCE FOR THAT FOR CUSTOMER

09:24AM  18    SERVICE RELATIONS.

09:24AM  19        THERE WAS, THERE WAS AN INTERFACE AVAILABLE TO THE

09:24AM  20    COLLECTION SITES THAT WOULD TELL THEM WHAT KINDS OF TUBES TO

09:24AM  21    PULL GIVEN THE ORDERS THAT WERE COMING IN.

09:25AM  22        IN OTHER WORDS, IF YOU NEEDED A COMPLETE METABOLIC PANEL,

09:25AM  23    IT WOULD BE A RED TOP; IF YOU NEEDED A CBC, IT WOULD BE A

09:25AM  24    LITHIUM HEPARIN TUBE.

09:25AM  25    Q.   OKAY.  LET ME ASK THIS, AND MAYBE IT WAS SALES FORCE, BUT
```

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2130

09:25AM   1    DO YOU RECALL THAT THERE WAS A COMPUTER SYSTEM THAT DOCUMENTED

09:25AM   2    THOSE INCOMING INQUIRIES; RIGHT?

09:25AM   3    A.   YES.

09:25AM   4    Q.   AND ANAM WAS THE PERSON RESPONSIBLE FOR THAT?

09:25AM   5    A.   YES.

09:25AM   6    Q.   AND THERE WAS ACTUALLY AN SOP SET WITHIN THE CLIA LAB THAT

09:25AM   7    RELATED TO THAT; RIGHT?

09:25AM   8    A.   I DO NOT RECALL.

09:25AM   9    Q.   OKAY.  DO YOU RECALL WHAT SOP YOU WERE ASKING OR WHAT

09:25AM   10   PROCEDURE -- YEAH, I'M SORRY, WHAT SOP YOU WERE ASKING ANAM TO

09:25AM   11   PREPARE IN ADVANCE OF THIS NOVEMBER 2013 AUDIT?  DO YOU RECALL?

09:26AM   12   A.   THE INTENT WAS FOR AN SOP FOR HOW ONE ENTERS DATA INTO THE

09:26AM   13   THERANOS LIS AND HOW THAT -- ESSENTIALLY MANUAL FOR HOW THAT

09:26AM   14   SOFTWARE WORKS.

09:26AM   15       I -- READING THE EMAIL NOW, I DO NOT BELIEVE THAT IT'S

09:26AM   16   EXPLICIT OR DETAILED ENOUGH TO HAVE GIVEN, YOU KNOW, CLEAR

09:26AM   17   INSTRUCTIONS TO HER.

09:26AM   18   Q.   DO YOU REGRET THAT, SIR?

09:26AM   19   A.   NO.  I, YOU KNOW, I PUT TOGETHER A LIST AS BEST AS I COULD

09:26AM   20   WITHIN THE TIME CONSTRAINTS AT THE TIME.

09:26AM   21   Q.   AND YOU WERE GOING TO REVIEW WHATEVER THEY PREPARED

09:26AM   22   ANYWAY; RIGHT?

09:26AM   23   A.   YES.

09:26AM   24   Q.   OKAY.  AND DO YOU SEE THERE'S AN SOP WITH RESPECT TO

09:26AM   25   REDRAWS THERE.

ROSENDORFF CROSS BY MR. WADE (RES.)                                     2131

09:26AM   1        DO YOU SEE THAT?

09:26AM   2   A.   YES.

09:26AM   3   Q.   OKAY.  AND FINALLY, ON THIS PAGE DO YOU SEE THERE'S A

09:26AM   4   REFERENCE TO A MOCK AUDIT BY JERRY HURST?

09:27AM   5   A.   CORRECT.

09:27AM   6   Q.   AND DO YOU RECALL WHETHER OR NOT THAT HAD OCCURRED?

09:27AM   7   A.   IT DID NOT.

09:27AM   8   Q.   OKAY.  AND THAT WAS DUE TO A SCHEDULING ISSUE?

09:27AM   9   A.   HE WAS UNAVAILABLE.

09:27AM  10   Q.   OKAY.

09:27AM  11   A.   YEAH.

09:27AM  12   Q.   AND IF WE GO TO THE NEXT PAGE, YOU SEE THERE AT THE BOTTOM

09:27AM  13   IT SAYS, "MYSELF AND SUPERVISORS MINIMALLY PRESENT TO HANDLE

09:27AM  14   INSPECTION STARTING AT 10:30."

09:27AM  15   A.   CORRECT.

09:27AM  16   Q.   AND JUST MINIMAL PRESENCE IS WHAT YOU THOUGHT WAS MOST

09:27AM  17   PERTINENT FOR THE INSPECTION?

09:27AM  18   A.   NO.  I WAS DESCRIBING THE MINIMUM NUMBER OF PEOPLE THAT I

09:27AM  19   WOULD EXPECT TO ATTEND THE INSPECTION.  I WAS NOT SAYING THE

09:27AM  20   NUMBERS OF PEOPLE SHOULD BE KEPT TO A MINIMUM.

09:27AM  21   Q.   OH, OKAY.  WELL, THANK YOU FOR YOUR CLARIFICATION ON THAT,

09:27AM  22   DOCTOR.

09:28AM  23        AND ONE OF THE REASONS THAT -- LET ME JUST MAKE SURE I WAS

09:28AM  24   CLEAR.  THE LDT'S THAT ARE REFERENCED WITHIN THAT, DO YOU SEE

09:28AM  25   THAT DOCUMENT?

ROSENDORFF CROSS BY MR. WADE (RES.)                           2132

09:28AM   1              IF WE CAN GO UP TO THE FIRST PAGE AND CAPTURE THE MIDDLE

09:28AM   2      OF THE DOCUMENT.

09:28AM   3              WHERE LDT'S ARE REFERENCED, THOSE ARE THE THERANOS SMALL

09:28AM   4      SAMPLE ASSAYS; CORRECT?

09:28AM   5      A.   CORRECT.

09:28AM   6      Q.   AND INCLUDING THE EDISON DEVICES; RIGHT?

09:28AM   7      A.   CORRECT.

09:28AM   8      Q.   AND YOU WANTED TO MAKE SURE THAT EVERYTHING WAS

09:28AM   9      APPROPRIATELY PREPARED FOR THE INSPECTION ON THOSE ITEMS;

09:28AM  10      RIGHT?

09:28AM  11      A.   YES.

09:28AM  12      Q.   OKAY.  AND ONE OF THE REASONS THAT YOU NEEDED TO BE

09:28AM  13      PREPARED WAS BECAUSE WHEN AN INSPECTOR COMES IN, THEY MAY ASK

09:28AM  14      FOR THE DOCUMENTATION?

09:28AM  15      A.   CORRECT.

09:28AM  16      Q.   THEY DON'T TELL YOU IN ADVANCE EXACTLY WHAT DOCUMENTS OR

09:28AM  17      INFORMATION THAT THEY'RE GOING TO LOOK FOR?

09:29AM  18      A.   CPA DOES, BUT NOT CLIA.

09:29AM  19      Q.   AND THIS WAS A CLIA AUDIT; CORRECT?

09:29AM  20      A.   CORRECT.

09:29AM  21      Q.   AND SO THE AUDITORS THAT WERE COMING IN, IN THIS CASE FROM

09:29AM  22      THE CALIFORNIA DEPARTMENT OF HEALTH, COULD ASK FOR ANYTHING?

09:29AM  23      A.   CORRECT.  CORRECT.

09:29AM  24      Q.   OKAY.  AND YOU NEED TO BE READY IN CASE THE INSPECTORS ASK

09:29AM  25      FOR THE INFORMATION; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2133

09:29AM   1    A.   YES.

09:29AM   2    Q.   AND THEY GET TO, THEY GET TO PREPARE WHATEVER QUESTIONS

09:29AM   3    AND THEY GET TO PREPARE A LIST OF QUESTIONS AND INFORMATION

09:29AM   4    THAT THEY WANT FROM THE LAB; RIGHT?

09:29AM   5    A.   THEY'RE ENTITLED TO ASK WHATEVER QUESTIONS THEY SEE FIT AT

09:29AM   6    THE TIME.

09:29AM   7    Q.   AND YOU'RE OBLIGATED TO GIVE THEM WHATEVER THEY ASK FOR;

09:29AM   8    RIGHT?

09:29AM   9    A.   CORRECT.

09:29AM  10    Q.   AND DID YOU DO THAT?

09:29AM  11    A.   CORRECT.

09:29AM  12    Q.   AND AS A GENERAL MATTER, THEY COME IN AND YOU FEEL LIKE

09:29AM  13    YOU'RE READY AND THEN YOU WAIT UNTIL THEY ASK QUESTIONS AND

09:29AM  14    THEN YOU GIVE THEM WHATEVER THEY ASK FOR; RIGHT?

09:30AM  15    A.   JUST ANSWER THE QUESTION.

09:30AM  16    Q.   JUST ANSWER THE QUESTION; RIGHT?

09:30AM  17    A.   YES.

09:30AM  18    Q.   THAT'S THE STANDARD APPROACH.  YOU WAIT FOR THEIR INQUIRY

09:30AM  19    AND THEN YOU PROVIDE THE INFORMATION AND RESPONSE?

09:30AM  20    A.   CORRECT.

09:30AM  21    Q.   AND YOU DON'T GIVE THEM A GUIDED TOUR OF THE WHOLE

09:30AM  22    FACILITY; RIGHT?

09:30AM  23    A.   NO.

09:30AM  24    Q.   AND YOU DON'T BRING THEM INTO THE R&D DEPARTMENT?

09:30AM  25    A.   WELL, IN OTHER LABORATORIES WE HAVE HAD CAP INSPECTION

ROSENDORFF CROSS BY MR. WADE (RES.)                                          2134

09:30AM  1    WHERE WE HAVE SHOWN CAP THE FACILITY.

09:30AM  2    Q.   AND I'M JUST TALKING ABOUT HERE.  YOU'VE TALKED ABOUT YOUR

09:30AM  3    GENERAL PROCEDURE, WHICH IS THEY ASK A QUESTION, YOU WAIT, AND

09:30AM  4    YOU GIVE THEM A RESPONSE?

09:30AM  5    A.   YES.

09:30AM  6    Q.   AND YOU DID THAT, SIR?

09:30AM  7    A.   YES.

09:30AM  8    Q.   AND YOU DIDN'T HIDE ANY INFORMATION FROM THESE INSPECTORS

09:30AM  9    IN 2013 AT THERANOS, DID YOU?

09:30AM  10   A.   NO.

09:30AM  11   Q.   AND THAT WOULD BE A BIG PROBLEM IF YOU DID THAT; RIGHT?

09:31AM  12   A.   YES.

09:31AM  13   Q.   AND YOU NEVER WOULD DO THAT; RIGHT?

09:31AM  14   A.   I WOULD NEVER DO THAT, YES.

09:31AM  15   Q.   I BELIEVE YOU TESTIFIED YESTERDAY THAT THE INSPECTOR WHO

09:31AM  16   CAME IN ASKED TO SEE CERTAIN DOCUMENTS RELATING TO THERANOS'S

09:31AM  17   LDT'S; RIGHT?

09:31AM  18   A.   CORRECT.

09:31AM  19   Q.   THOSE ARE THE EDISON TESTS OR THE SMALL SAMPLE ASSAY

09:31AM  20   TESTS; RIGHT?

09:31AM  21   A.   WHAT DO YOU MEAN BY "SMALL SAMPLE ASSAY TESTS"?

09:31AM  22   Q.   WELL, LET ME -- LET ME STRIKE THAT.

09:31AM  23       THESE ARE THE TESTS THAT THERANOS DEVELOPED THAT WERE

09:31AM  24   RUNNING IN THE LAB; RIGHT?

09:31AM  25   A.   CORRECT.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2135

| | | |
|---|---|---|
| 09:31AM | 1 | Q.   AND THEY WERE NOT -- THEY WERE RUN ON A SMALLER SAMPLE AS |
| 09:31AM | 2 | A GENERAL MATTER; RIGHT? |
| 09:31AM | 3 | A.   CORRECT. |
| 09:31AM | 4 | Q.   AND SOME OF THEM WERE RUN ON A MODIFIED COMMERCIAL DEVICES |
| 09:31AM | 5 | THAT APPLIED SOME THERANOS MODIFICATIONS AND TECHNOLOGY; RIGHT? |
| 09:31AM | 6 | A.   YES. |
| 09:31AM | 7 | Q.   AND SOME OF THEM WERE RUN ON THE EDISON? |
| 09:32AM | 8 | A.   YES. |
| 09:32AM | 9 | Q.   RIGHT. |
| 09:32AM | 10 | AND THOSE ARE THE LDT'S? |
| 09:32AM | 11 | A.   NONE OF THEM WERE RUN ON THE INSTRUMENTS THAT -- WELL, |
| 09:32AM | 12 | WITH THE EXCEPTION OF EDISON, THE REST WERE NOT RUN ON THERANOS |
| 09:32AM | 13 | DEVELOPED INSTRUMENTS. |
| 09:32AM | 14 | Q.   UNDERSTOOD.  THERE WERE SOME ASSAYS THAT WERE RUNNING ON |
| 09:32AM | 15 | THERANOS DEVELOPED EDISONS; RIGHT? |
| 09:32AM | 16 | A.   CORRECT. |
| 09:32AM | 17 | Q.   AND THEN THERE WERE SOME ASSAYS THAT WERE RUNNING ON |
| 09:32AM | 18 | COMMERCIAL DEVICES WHERE THERANOS HAD MODIFIED SOME OF THE |
| 09:32AM | 19 | SOFTWARE AND HARDWARE TECHNOLOGY TO RUN ITS ASSAYS; RIGHT? |
| 09:32AM | 20 | A.   CORRECT. |
| 09:32AM | 21 | Q.   AND WHEN -- AND THOSE WERE RUN ON SMALL SAMPLES; RIGHT? |
| 09:32AM | 22 | A.   CORRECT. |
| 09:32AM | 23 | Q.   AND SO WHEN WE'RE TALKING ABOUT LDT'S GENERALLY, IT'S ONE |
| 09:32AM | 24 | OF THOSE TWO CATEGORIES; RIGHT? |
| 09:32AM | 25 | A.   CORRECT. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2136

09:32AM   1        THERE'S ALSO THE COMPLETE BLOOD COUNT WHERE THEY USED FLOW

09:32AM   2   CYTOMETRY FOR SOME BIZARRE REASON TO DO COMPLETE BLOOD COUNTS.

09:32AM   3        AND THEN THERE WAS A PT INR METHOD THAT WAS IN DEVELOPMENT

09:33AM   4   THAT WAS ALSO LDT.

09:33AM   5   Q.   AND SO THERE WERE TWO LDT'S IN ADDITION --

09:33AM   6   A.   THAT I CAN RECALL, YEAH.

09:33AM   7   Q.   OKAY.  AND WHEN YOU TESTIFIED YESTERDAY THAT THE INSPECTOR

09:33AM   8   ASKED TO SEE CERTAIN DOCUMENTS RELATING TO THE THERANOS LDT'S,

09:33AM   9   IT WAS ONE OF THOSE LDT'S?

09:33AM  10   A.   YES.  I BELIEVE WE SHOWED THE INSPECTOR THE VALIDATION

09:33AM  11   REPORTS FOR THE SMALL SAMPLES AS YOU CALL THEM THAT WERE RUN ON

09:33AM  12   THE ADVIA'S AND THE EDISON LDT'S.

09:33AM  13   Q.   ON BOTH?

09:33AM  14   A.   YEAH.

09:33AM  15   Q.   YOU SHOWED THEM BOTH VALIDATION REPORTS; RIGHT?

09:33AM  16   A.   YES.

09:33AM  17   Q.   ONE FOR EDISONS?

09:33AM  18   A.   YES.

09:33AM  19   Q.   AND ONE FOR THE MODIFIED LDT'S; RIGHT?

09:33AM  20   A.   YES.

09:33AM  21   Q.   AND SO THEY WERE AWARE THAT YOU WERE USING THAT HARDWARE

09:33AM  22   WITHIN THE LAB; RIGHT?

09:33AM  23   A.   YES.

09:33AM  24   Q.   AND DO YOU HAPPEN TO RECALL WHICH PARTICULAR VALIDATION

09:33AM  25   REPORTS YOU SHOWED THEM?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2137

09:33AM  1    A.   I DO NOT RECALL WHICH ANALYTES WE SHOWED THEM.

09:33AM  2    Q.   OKAY.  BUT ONE OF EACH?

09:33AM  3    A.   CORRECT.

09:33AM  4    Q.   AND SO YOU TESTIFIED YESTERDAY THAT THERE WERE SOME

09:34AM  5    COMMUNICATIONS WITHIN THE COMPANY AROUND ACCESS TO THE NORMANDY

09:34AM  6    LAB.

09:34AM  7        DO YOU RECALL THAT?

09:34AM  8    A.   YES.

09:34AM  9    Q.   OKAY.  AND THE PORTION OF THE -- THAT'S THE PORTION OF THE

09:34AM  10   CLIA LAB THAT WAS DOWNSTAIRS?

09:34AM  11   A.   CORRECT.

09:34AM  12   Q.   OKAY.  AND THE QUESTION IS RELATED TO WHETHER YOU WOULD

09:34AM  13   AFFIRMATIVELY LEAVE THE INSPECTORS DOWNSTAIRS THERE; RIGHT?

09:34AM  14   A.   NO.   THERE WAS AN EMAIL FROM ELIZABETH SAYING HAS THE PATH

09:34AM  15   BEEN CEMENTED?

09:34AM  16        AND SHE REFERENCED THE NEW YORK STATE INSPECTION.

09:34AM  17        AND THERE WAS VERBAL INSTRUCTION FROM SUNNY BALWANI THAT

09:34AM  18   NOBODY WAS TO ENTER OR LEAVE THE NORMANDY LAB DURING THE PERIOD

09:35AM  19   OF THE INSPECTION.

09:35AM  20   Q.   AND NO ONE ENTERING AND LEAVING AND GOING IN AND OUT OF

09:35AM  21   THE NORMANDY LAB RELATED TO STAFF, NOT THE INSPECTOR; CORRECT?

09:35AM  22   BECAUSE IF THEY ASKED TO SEE IT, YOU WOULD SHOW IT TO THEM;

09:35AM  23   RIGHT?

09:35AM  24   A.   I WOULD BE OBLIGED AND WOULD BE REQUIRED TO SHOW IT TO

09:35AM  25   THEM.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2138

09:35AM   1    Q.   AND THEY WERE JUST ASKING THAT OTHER EMPLOYEES NOT BE

09:35AM   2    RUNNING IN AND OUT OF THERE DURING THE INSPECTION; RIGHT?

09:35AM   3         IS THAT YOUR RECOLLECTION?

09:35AM   4    A.   CORRECT.  CORRECT.

09:35AM   5    Q.   OKAY.  WELL, I'M GOING TO ASK SOME MORE SPECIFIC QUESTIONS

09:35AM   6    OF THAT.

09:35AM   7         WHY DON'T WE TAKE A LOOK AT 4047, WHICH IS IN EVIDENCE.

09:35AM   8    WE'LL PUT IT UP ON THE SCREEN.

09:35AM   9         THIS IS THE EMAIL THAT YOU WERE REFERRING TO FROM

09:35AM  10    YESTERDAY?

09:35AM  11    A.   CORRECT.

09:35AM  12    Q.   AND IT SAYS BELOW -- LET'S HIGHLIGHT THAT QUESTION FROM

09:36AM  13    MS. HOLMES.

09:36AM  14         DO YOU SEE THAT THERE?

09:36AM  15         IT SAYS, "LET ME KNOW IF THE PATH FOR WALKING THE AUDITORS

09:36AM  16    IN AND DOWNSTAIRS HAS BEEN CEMENTED SO WE CAN AVOID AREAS THAT

09:36AM  17    CANNOT BE ACCESSED, AND WHAT THAT PATH IS."

09:36AM  18         RIGHT?

09:36AM  19    A.   YES.

09:36AM  20    Q.   SHE'S NOT SAYING DON'T GO THERE; RIGHT?

09:36AM  21    A.   SHE IS ASKING TO KNOW WHAT AREAS ARE GOING TO BE SHOWN TO

09:36AM  22    THE INSPECTORS.

09:36AM  23    Q.   WELL, SHE'S, SHE'S ACTUALLY ASKING WHAT THE PATH IS FOR

09:36AM  24    WALKING THE AUDITORS IN AND DOWNSTAIRS; RIGHT?

09:36AM  25    A.   I THINK YOU'RE SORT OF BEING SEMANTIC.  YOU'RE SORT OF

ROSENDORFF CROSS BY MR. WADE (RES.)                                         2139

09:36AM   1    SPLITTING HAIRS RIGHT NOW.

09:36AM   2        BUT THAT'S THE WAY THAT I READ THE EMAIL.  SHE WANTED TO

09:36AM   3    KNOW WHAT AREAS WOULD BE SHOWN TO INSPECTORS AND WHAT AREAS

09:36AM   4    WOULD NOT BE.

09:36AM   5    Q.   OKAY.  WELL, LET'S --

09:36AM   6    A.   THAT'S HOW I READ THE EMAIL.

09:36AM   7    Q.   I UNDERSTAND.  I UNDERSTAND.  I APPRECIATE THAT EMAIL.

09:36AM   8        LET'S LOOK AT THE TOP.  THERE'S ANOTHER EMAIL.

09:37AM   9        DO YOU SEE THAT?

09:37AM  10    A.   YES.

09:37AM  11    Q.   IT SAYS, "(KERRY, PLEASE DELINEATE THIS BASED ON WHAT WE

09:37AM  12    DID WITH THE NEW YORK INSPECTOR RECENTLY AND SEND THAT OUT)."

09:37AM  13        DO YOU RECALL THAT?

09:37AM  14    A.   YES.

09:37AM  15    Q.   AND THE GOVERNMENT SHOWED YOU THIS EMAIL YESTERDAY; RIGHT?

09:37AM  16    A.   YES, THEY DID.

09:37AM  17    Q.   AND DID THE GOVERNMENT SHOW YOU MS. JOHNSON'S RESPONSE

09:37AM  18    YESTERDAY?

09:37AM  19    A.   NO, I DON'T BELIEVE I'VE SEEN A RESPONSE FROM MS. JOHNSON.

09:37AM  20    Q.   LET'S TAKE A LOOK AT IT.

09:37AM  21        IF YOU LOOK AT EXHIBIT 12749, WHICH SHOULD BE IN YOUR

09:37AM  22    BINDER 2 UP THERE.

09:37AM  23            MS. TREFZ:  12749.

09:38AM  24            MR. WADE:  12749.

09:38AM  25            THE WITNESS:  I SEE AN EMAIL HERE FROM KERRY.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2140

09:38AM   1        BY MR. WADE:

09:38AM   2        Q.   OKAY.  JUST TAKE A MINUTE AND FAMILIARIZE YOURSELF WITH

09:38AM   3        THAT EMAIL.

09:38AM   4             AND THIS IS AN EMAIL THAT YOU'RE ON?

09:38AM   5        A.   YES.

09:38AM   6        Q.   AND IT RELATES TO THESE ISSUES?

09:38AM   7        A.   CORRECT.

09:38AM   8                  MR. WADE:  I WOULD MOVE FOR THE ADMISSION OF

09:38AM   9        EXHIBIT 12749.

09:38AM  10                  MR. BOSTIC:  I APOLOGIZE, YOUR HONOR.  I'M STILL

09:38AM  11        LOOKING FOR A COPY OF THAT EMAIL.  I DON'T THINK I HAVE IT.

09:38AM  12                  MR. WADE:  WE'LL GIVE COUNSEL A MINUTE.

09:38AM  13             (PAUSE IN PROCEEDINGS.)

09:38AM  14                  MR. WADE:  IT MAY BE 12479.  I'M LOOKING AT AN

09:39AM  15        EMAIL --

09:39AM  16        Q.   IS THE DATE OF YOUR EMAIL AT THE TOP 12-4-2013?

09:39AM  17        A.   NO, SIR.  11-27-2013.

09:39AM  18        Q.   I MUST HAVE TRANSPOSED MY TYPING.

09:39AM  19             CAN WE LOOK AT 12479?

09:39AM  20        A.   THAT'S WHAT I'M LOOKING AT.

09:39AM  21        Q.   OH, YOU'RE LOOKING AT 12479.

09:39AM  22             DOES COUNSEL HAVE THAT?

09:39AM  23                  MR. BOSTIC:  I DO NOW.

09:39AM  24                  THE COURT:  12479 IS ADMITTED, AND IT MAY BE

09:39AM  25        PUBLISHED.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2141

09:39AM   1            (DEFENDANT'S EXHIBIT 12479 WAS RECEIVED IN EVIDENCE.)

09:39AM   2       BY MR. WADE:

09:39AM   3       Q.   OKAY.  AND IF WE CAN GO DOWN TO THE BOTTOM ACTUALLY AND

09:39AM   4       LOOK AT THOSE BOTTOM EMAILS.

09:39AM   5            NOW, THIS IS A FAMILIAR EMAIL TO YOU; RIGHT?  THIS IS THE

09:39AM   6       ONE THAT THE GOVERNMENT SHOWED YOU YESTERDAY?

09:39AM   7       A.   YES, YES.

09:39AM   8       Q.   AND THIS IS THE EMAIL WHERE MS. HOLMES SAYS "LET ME KNOW

09:39AM   9       IF THE PATH FOR WALKING THE AUDITORS IN AND DOWNSTAIRS HAS BEEN

09:40AM  10       CEMENTED SO WE CAN AVOID THE AREAS THAT CANNOT BE ACCESSED, AND

09:40AM  11       WHAT THE PATH IS."

09:40AM  12            DO YOU SEE THAT?

09:40AM  13       A.   YES, I DO.

09:40AM  14       Q.   AND THEN THE RESPONSE IS -- RELATES TO THE NEW YORK --

09:40AM  15       USING THE PATH OF THE NEW YORK INSPECTOR; RIGHT?

09:40AM  16       A.   CORRECT.

09:40AM  17       Q.   OKAY.  LET'S LOOK AT -- LET'S GO UP THE CHAIN.

09:40AM  18            AND THIS IS MS. JOHNSON'S RESPONSE.

09:40AM  19            DO YOU SEE THAT?

09:40AM  20       A.   YES, YES.

09:40AM  21       Q.   AND LET'S LOOK AT IT.

09:40AM  22            IT SAYS "NO PROBLEM.

09:40AM  23            "THE PATH FOR THE NEW YORK INSPECTION WAS FROM THE

09:40AM  24       CONFERENCE ROOM NEAR THE FRONT LOBBY DIRECTLY TO THE LAB GOING

09:40AM  25       PAST HR.  ALL OF THE BULLETIN BOARDS FROM THE LOBBY TO HR WERE

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2142

09:40AM   1    COVERED WITH PAPER SO THE INSPECTORS COULD NOT VIEW ANY OF THE

09:40AM   2    DRAWINGS OR ITEMS ON THE BOARD.  DAVID DO ASSISTED WITH PLACING

09:40AM   3    THE PAPER ON THE WHITE BOARDS."

09:40AM   4         DO YOU SEE THAT?

09:40AM   5    A.   I DO.

09:40AM   6    Q.   PUTTING THE PAPER ON THE WHITE BOARDS WAS TO COVER

09:41AM   7    POTENTIAL TRADE SECRETS; RIGHT?

09:41AM   8    A.   NO.  MY OPINION -- I DON'T KNOW.

09:41AM   9    Q.   I'M ASKING FOR YOUR RECOLLECTION AS OPPOSED TO YOUR

09:41AM  10    OPINION.  DO YOU HAVE A RECOLLECTION?

09:41AM  11    A.   I DO NOT RECALL THAT THE ISSUE WAS TRADE SECRETS.  WE

09:41AM  12    WOULD NOT HAVE PINNED UP TRADE SECRETS ON A BULLETIN BOARD.  I

09:41AM  13    MEAN, WHO WOULD DO THAT?

09:41AM  14    Q.   OKAY.  BUT -- I UNDERSTAND YOU'RE OFFERED YOUR OPINION ON

09:41AM  15    THAT.

09:41AM  16         DO YOU RECALL THE BULLETIN BOARDS IN THIS -- ON THIS PATH?

09:41AM  17    A.   YES.

09:41AM  18    Q.   AND DO YOU RECALL WHAT DEPARTMENT THEY WERE IN?

09:41AM  19    A.   WHAT DEPARTMENT?

09:41AM  20    Q.   YEAH.  YOU SEE THE PATH THAT'S OUTLINED IN THIS?

09:41AM  21    A.   YES.

09:41AM  22    Q.   AND YOU WORKED IN THAT BUILDING?

09:41AM  23    A.   CORRECT.

09:41AM  24    Q.   IN WHAT DEPARTMENT WERE THOSE WHITE BOARDS?

09:41AM  25    A.   I CAN TELL YOU WHERE THEY WERE SITUATED.  THEY WERE

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2143

09:41AM   1    SITUATED ON A WALL AND BEHIND THE WALL WAS A CORRIDOR AND

09:41AM   2    BEHIND THE CORRIDOR WAS THE JURASSIC PARK LABORATORY.

09:42AM   3    Q.   OKAY.  SO IT'S THE JURASSIC PARK LABORATORY?

09:42AM   4    A.   CORRECT.

09:42AM   5    Q.   AND DO YOU RECALL WHO USED THE WHITE BOARDS?

09:42AM   6    A.   THE INTENTION OF THE WHITE BOARDS WAS TO SHOW LICENSING OR

09:42AM   7    PERSONNEL.  SO OUR CLIA LICENSE WE PINNED UP THERE, OUR CLS

09:42AM   8    LICENSES WE PINNED UP THERE, THE NEW YORK LICENSES, OTHER STATE

09:42AM   9    LICENSES.

09:42AM  10    Q.   OKAY.  YOU DON'T THINK IT WAS ANYTHING CONFIDENTIAL?

09:42AM  11    A.   I DO NOT.

09:42AM  12    Q.   OKAY.  SO ANYONE COULD HAVE LOOKED AT THE MATERIAL IN YOUR

09:42AM  13    MIND?

09:42AM  14    A.   COULD YOU CLARIFY THE QUESTION?

09:42AM  15    Q.   WELL, YOU WOULDN'T HAVE HAD A PROBLEM SHOWING THAT TO

09:42AM  16    ANYONE COMING IN?

09:42AM  17    A.   NO.

09:42AM  18    Q.   OKAY.  LET'S FOCUS ON THE SECOND PARAGRAPH.  OKAY, SIR?

09:42AM  19    A.   YEAH.

09:42AM  20    Q.   LET'S BLOW THAT UP IF WE CAN.

09:42AM  21         IT SAYS, "I WOULD SUGGEST THAT THE PATH TO THE NORMANDY

09:42AM  22    LAB BE THE STAIRS BY THE BACK DOOR AND WALK THROUGH THE

09:43AM  23    SHIPPING AREA OR USE THE ELEVATOR IF ANYONE HAS PHYSICAL

09:43AM  24    PROBLEMS PREVENTING THEM FROM USING THE STAIRS."

09:43AM  25         DO YOU SEE THAT?

ROSENDORFF CROSS BY MR. WADE (RES.)                              2144

09:43AM   1    A.   YES.

09:43AM   2    Q.   SHE'S TALKING ABOUT THE ACTUAL PATH THAT YOU WOULD TAKE TO

09:43AM   3    THE NORMANDY LAB?

09:43AM   4    A.   SHE'S SUGGESTING A PATH TO THE NORMANDY LAB.

09:43AM   5    Q.   IN RESPONSE TO MS. HOLMES'S INQUIRY; RIGHT?

09:43AM   6    A.   YES.

09:43AM   7    Q.   AND YOU WERE SHOWN THIS DOCUMENT BY THE GOVERNMENT IN YOUR

09:43AM   8    PREPARATION, WERE YOU NOT?

09:43AM   9    A.   I DO NOT RECALL.

09:43AM  10    Q.   OKAY.  IF YOU CAN LOOK IN YOUR YELLOW BINDER AT TX 11 --

09:43AM  11    A.   WHICH VOLUME, SIR?

09:43AM  12    Q.   VOLUME 2 --

09:43AM  13    A.   UH-HUH.

09:43AM  14    Q.   -- EXHIBIT 11424 --

09:43AM  15    A.   OKAY.

09:43AM  16    Q.   -- PAGE 10?

09:44AM  17    A.   OKAY.

09:44AM  18    Q.   AND IF YOU COULD LOOK AT THE LARGE PARAGRAPH IN THE MIDDLE

09:44AM  19    AND JUST READ IT TO YOURSELF AND TELL ME WHEN YOU'RE DONE.

09:44AM  20         (PAUSE IN PROCEEDINGS.)

09:44AM  21            THE WITNESS:  OKAY.  I'VE READ IT.

09:45AM  22    BY MR. WADE:

09:45AM  23    Q.   AND FOR THE RECORD, THIS IS -- I'M SHOWING YOU A

09:45AM  24    MEMORANDUM OF INTERVIEW THAT RELATES TO YOUR AUGUST 30TH

09:45AM  25    INTERVIEW A COUPLE WEEKS AGO; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                      2145

09:45AM   1      A.   YES.

09:45AM   2      Q.   OKAY.  AND HAVE YOU READ THAT?

09:45AM   3      A.   YES.

09:45AM   4      Q.   OKAY.  DOES READING THAT REFRESH YOUR RECOLLECTION THAT

09:45AM   5      THE GOVERNMENT SHOWED YOU THIS DOCUMENT IN THAT INTERVIEW?

09:45AM   6      A.   NOT THE DOCUMENT FROM KERRY.  THE OTHER TWO, YES.  I DON'T

09:45AM   7      SEE MENTION OF THE DOCUMENT FROM KERRY, THE EMAIL FROM KERRY.

09:45AM   8      Q.   LET'S BLOW UP THE BATES NUMBER IN THE BOTTOM CORNER,

09:45AM   9      PLEASE.

09:45AM  10          YOU THINK YOU WERE JUST SHOWN THE DOCUMENT FROM KERRY AND

09:45AM  11      NOT THIS DOCUMENT?

09:46AM  12      A.   NO.  I THINK I WAS JUST SHOWN THE DOCUMENT FROM MS. HOLMES

09:46AM  13      ABOUT DELINEATION OF THE PATH, AND THEN THE OTHER EMAIL FROM

09:46AM  14      MS. HOLMES THAT SAYS KERRY, PLEASE DELINEATE.

09:46AM  15          I DON'T RECALL THAT I SAW KERRY'S RESPONSE DURING THAT

09:46AM  16      GOVERNMENT SESSION.

09:46AM  17      Q.   THE GOVERNMENT NEVER SHOWED YOU THAT RESPONSE?

09:46AM  18      A.   I DON'T RECALL SEEING IT.

09:46AM  19      Q.   OKAY.  WELL, DOES THIS -- DO THESE DOCUMENTS REFRESH YOUR

09:46AM  20      RECOLLECTION THAT YOU BELIEVE THAT MS. HOLMES WAS OPEN TO

09:46AM  21      SHOWING THE AUDITORS THE DOWNSTAIRS LAB?

09:46AM  22      A.   YES, THAT IS WHAT I TOLD THE GOVERNMENT DURING THIS

09:46AM  23      INTERVIEW.

09:47AM  24      Q.   AND PART OF THE REASON, SIR, WHY THERE NEEDED TO BE SOME

09:47AM  25      DISCUSSION ABOUT THESE LABS WAS BECAUSE THE THERANOS LAB WAS

| | | |
|---|---|---|
| 09:47AM | 1 | SPLIT INTO TWO DIFFERENT PHYSICAL LOCATIONS; RIGHT? |
| 09:47AM | 2 | A.   CORRECT. |
| 09:47AM | 3 | Q.   AND -- |
| 09:47AM | 4 | A.   SAME BUILDING. |
| 09:47AM | 5 | Q.   IN THE SAME BUILDING, BUT ONE WAS IN THE BASEMENT; |
| 09:47AM | 6 | CORRECT? |
| 09:47AM | 7 | A.   RIGHT. |
| 09:47AM | 8 | Q.   OKAY.  AND YOU BELIEVED, SIR, THAT THE R&D SECTION SHOULD |
| 09:47AM | 9 | HAVE BEEN AVOIDED DURING THAT, DURING THAT INTERVIEW; RIGHT? |
| 09:47AM | 10 | OR DURING THAT INSPECTION; CORRECT? |
| 09:47AM | 11 | A.   THE INSPECTORS WOULD NOT HAVE ASKED TO SEE AN R&D AREA. |
| 09:48AM | 12 | IT'S NOT USED FOR PROCESSING PATIENT SAMPLES.  THERE'S NO |
| 09:48AM | 13 | REASON WHY THEY WOULD NEED TO SEE IT, YEAH. |
| 09:48AM | 14 | Q.   BUT YOU BELIEVED IT SHOULD HAVE BEEN AVOIDED; RIGHT? |
| 09:48AM | 15 | A.   IF THE INSPECTORS HAD SPECIFICALLY ASKED TO SEE IT, I |
| 09:48AM | 16 | WOULD HAVE SHOWN IT TO THEM. |
| 09:48AM | 17 | Q.   FAIR ENOUGH.  BECAUSE YOU WERE ALWAYS TRANSPARENT WITH THE |
| 09:48AM | 18 | INSPECTORS; CORRECT? |
| 09:48AM | 19 | A.   RIGHT. |
| 09:48AM | 20 | Q.   BUT DO YOU RECALL TELLING THE GOVERNMENT IN THAT SAME |
| 09:48AM | 21 | INTERVIEW THAT YOU THOUGHT IT WAS REASONABLE TO AVOID THE R&D |
| 09:48AM | 22 | LAB UNLESS THEY REQUESTED IT? |
| 09:48AM | 23 | A.   CORRECT. |
| 09:48AM | 24 | Q.   AND DURING THAT INSPECTION, THOSE INSPECTORS WERE SHOWN |
| 09:48AM | 25 | WHATEVER THEY WANTED TO SEE? |

ROSENDORFF CROSS BY MR. WADE (RES.)                                2147

| | | |
|---|---|---|
| 09:48AM | 1 | A.   CORRECT. |
| 09:48AM | 2 | Q.   AND THEY DIDN'T ASK TO SEE THE LABORATORY THAT INCLUDED |
| 09:48AM | 3 | THE LDT'S; RIGHT? |
| 09:48AM | 4 | A.   NO, NOT EXPLICITLY, NO. |
| 09:48AM | 5 | Q.   AND IF THEY HAD, YOU WOULD HAVE SHOWN IT TO THEM? |
| 09:49AM | 6 | A.   YES, YES. |
| 09:49AM | 7 | Q.   YOU ACTUALLY -- YOU TOLD THE INSPECTORS ABOUT THE |
| 09:49AM | 8 | DOWNSTAIRS LAB; RIGHT? |
| 09:49AM | 9 | A.   I DID NOT. |
| 09:49AM | 10 | Q.   DO YOU RECALL GIVING TESTIMONY PREVIOUSLY THAT YOU TOLD |
| 09:49AM | 11 | THE INSPECTORS OF THE DOWNSTAIRS LAB? |
| 09:49AM | 12 | A.   I DON'T RECALL. |
| 09:49AM | 13 | Q.   LET'S TAKE A LOOK AT EXHIBIT 11001, WHICH IS IN YOUR |
| 09:49AM | 14 | YELLOW BINDER, VOLUME 1. |
| 09:50AM | 15 | A.   OKAY. |
| 09:50AM | 16 | Q.   DO YOU HAVE THAT IN FRONT OF YOU? |
| 09:50AM | 17 | A.   YES. |
| 09:50AM | 18 | Q.   OKAY.  IF YOU COULD LOOK AT PAGE 47, LINES -- I'M SORRY, |
| 09:50AM | 19 | PAGE 41, LINES 17 TO 21. |
| 09:50AM | 20 | PAGE 41, LINES 17 TO 21.  READ IT TO YOURSELF, PLEASE. |
| 09:50AM | 21 | A.   I READ IT. |
| 09:50AM | 22 | Q.   AND DOES THAT REFRESH YOUR RECOLLECTION, SIR, THAT YOU |
| 09:50AM | 23 | TOLD THE INSPECTORS ABOUT THE DOWNSTAIRS LAB? |
| 09:50AM | 24 | A.   NO.  I MEAN, I STATE IN THIS INTERVIEW WE TOLD HER, AND |
| 09:50AM | 25 | THEN I HESITATE, AND I SAY WE MUST HAVE TOLD HER. |

ROSENDORFF CROSS BY MR. WADE (RES.)                              2148

09:50AM   1         I WAS -- THIS WAS MORE IN THE VEIN OF SPECULATION.

09:50AM   2         I DO RECALL SPECIFICALLY DURING THE AUDITS I SENT AN EMAIL

09:50AM   3    TO DANIEL YOUNG SAYING, BASICALLY SHOULD WE TELL THE INSPECTORS

09:50AM   4    ABOUT THE DOWNSTAIRS LAB?

09:50AM   5         AND DANIEL YOUNG SAID NOT UNLESS SHE EXPLICITLY ASKS ABOUT

09:51AM   6    IT.

09:51AM   7         YOU KNOW, I'M SAYING WE MUST HAVE TOLD HER.  THAT'S A, I

09:51AM   8    GUESS YOU WOULD CALL IT AN INFERENCE OR A LOGICAL CONCLUSION,

09:51AM   9    NOT REALLY A RECOLLECTION.  YEAH.

09:51AM  10    Q.   YOU WERE INFERRING FROM THE CIRCUMSTANCES RELATING TO YOUR

09:51AM  11    INTERACTIONS WITH THE INSPECTOR THAT YOU MUST HAVE SHOWN HER OR

09:51AM  12    TOLD HER ABOUT THE DOWNSTAIRS LAB?

09:51AM  13    A.   I DO -- I DON'T REMEMBER WHAT THE BASIS OF MY INFERENCE

09:51AM  14    WAS DURING THIS TESTIMONY WITH COLMAN.

09:51AM  15    Q.   BUT YOU CERTAINLY DIDN'T HIDE THE DOWNSTAIRS LAB FROM

09:51AM  16    THEM; RIGHT?

09:51AM  17    A.   AGAIN, IF THEY HAD ASKED TO SEE ABOUT THE DOWNSTAIRS LAB,

09:51AM  18    IF THEY HAD ASKED TO SEE WHERE THESE LDT'S WERE PERFORMED, I

09:52AM  19    WOULD HAVE BEEN OBLIGED TO SHOW THE DOWNSTAIRS LAB TO THEM.

09:52AM  20    Q.   I JUST WANT TO MAKE SURE THE RECORD IS CLEAR.  IS IT YOUR

09:52AM  21    TESTIMONY THAT YOU ACTIVELY CONCEALED THAT LABORATORY FROM

09:52AM  22    THEM?

09:52AM  23    A.   NO, NO.

09:52AM  24    Q.   OKAY.  YOU DIDN'T HIDE IT FROM THEM; RIGHT?

09:52AM  25    A.   NO.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2149

09:52AM   1     Q.   AND DURING THIS SURVEY THERE WERE A FEW DEFICIENCIES AND

09:52AM   2     AREAS OF IMPROVEMENT THAT WERE NOTED BY THE INSPECTOR; RIGHT?

09:52AM   3     A.   YES.

09:52AM   4     Q.   AND THEY WERE RELATIVELY MINOR ISSUES?

09:52AM   5     A.   YES.

09:52AM   6     Q.   OKAY.  AND IS THAT IN PART BECAUSE YOU HAD DONE ALL OF

09:52AM   7     THAT PREPARATION WORK IN ADVANCE?

09:52AM   8     A.   IN PART, YES.

09:52AM   9     Q.   OKAY.  DO YOU RECALL THAT NEVERTHELESS MS. HOLMES AND

09:52AM   10    MR. BALWANI WERE UPSET THAT THERE WERE ANY DEFICIENCIES?

09:52AM   11    A.   YES.

09:52AM   12    Q.   AND THEY WANTED TO DO BETTER; RIGHT?

09:52AM   13    A.   THEY WANTED NO DEFICIENCIES ON THE REPORT.

09:53AM   14    Q.   AND I ASSUME YOU WOULD HAVE WANTED NO DEFICIENCIES ON THE

09:53AM   15    REPORT; RIGHT?

09:53AM   16    A.   WELL, THAT'S IDEAL, YES.

09:53AM   17    Q.   BUT IT'S NOT COMMON, IS IT?

09:53AM   18    A.   IT HAPPENS.

09:53AM   19    Q.   USUALLY THEY FIND SOME DEFICIENCIES THAT THEY DOCUMENT IN

09:53AM   20    THE REPORT; RIGHT?

09:53AM   21    A.   YES.

09:53AM   22    Q.   AND THESE WERE, IN YOUR MIND, RELATIVELY MINOR

09:53AM   23    DEFICIENCIES?

09:53AM   24    A.   YES.

09:53AM   25    Q.   AND YOU ADDRESSED THEM QUICKLY?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2150

09:53AM   1      A.   YES.

09:53AM   2      Q.   AND YOU MOVED ON WITH A CLEAN BILL OF HEALTH; RIGHT?

09:53AM   3      A.   YES.

09:53AM   4      Q.   OKAY.

09:54AM   5           (PAUSE IN PROCEEDINGS.)

09:54AM   6      BY MR. WADE:

09:54AM   7      Q.   I'M GOING TO SWITCH TOPICS HERE, DR. ROSENDORFF.

09:54AM   8           IF WE CAN START BY PULLING UP EXHIBIT 12464, WHICH IS IN

09:54AM   9      EVIDENCE, AND WE DISCUSSED YESTERDAY JUST TO KIND OF REORIENT

09:54AM  10      YOU TO WHERE WE ARE.

09:54AM  11           THIS IS THE NOVEMBER 8TH, 2013 EMAIL FROM YOU TO

09:55AM  12      MR. BALWANI.

09:55AM  13           DO YOU SEE THAT?

09:55AM  14      A.   YES.

09:55AM  15      Q.   AND IF WE CAN GO TO THE BOTTOM OF THAT EMAIL, DOWN ON THE

09:55AM  16      BOTTOM, MR. BALWANI'S EMAIL.

09:55AM  17           AND DO YOU RECALL THIS WAS THE EMAIL IN WHICH MR. BALWANI

09:55AM  18      MADE INQUIRIES OF YOU IN ADVANCE OF THE PUBLIC LAUNCH OF

09:55AM  19      OPERATIONS AT WALGREENS?

09:55AM  20      A.   I RECALL READING THIS EMAIL YESTERDAY.

09:55AM  21      Q.   OKAY.  AND LET ME GO TO THE SECOND PAGE AGAIN JUST SO I

09:55AM  22      CAN REFRESH YOU ON THE TOPICS THAT WE WANT TO DISCUSS.

09:55AM  23           OKAY.  AND YOU RECALL HERE MR. BALWANI ASKING YOU IF

09:55AM  24      THERE'S ANYTHING YOU NEEDED OR ANYTHING THAT NEEDED TO BE

09:55AM  25      ADDRESSED IN ADVANCE OF THAT LAUNCH AT WALGREENS.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2151

09:55AM   1          DO YOU RECALL THAT?

09:55AM   2     A.   YES.

09:55AM   3     Q.   OKAY.  DO YOU RECALL THAT YOU DID SOME WORK IN CONNECTION

09:56AM   4     WITH THAT TO MAKE SURE THAT THE LAB WAS IN SHAPE IN ADVANCE OF

09:56AM   5     THAT PUBLIC LAUNCH; RIGHT?

09:56AM   6     A.   YES.

09:56AM   7     Q.   OKAY.  AND YOU HAD RAISED SOME ISSUES UP THE CHAIN OF THIS

09:56AM   8     EMAIL THAT YOU WANTED TO ADDRESS.

09:56AM   9          DO YOU RECALL THAT?

09:56AM  10          I DON'T HAVE ANY SPECIFIC QUESTIONS.  DO YOU RECALL

09:56AM  11     GENERALLY THAT YOU RAISED SOME ISSUES THAT YOU WANTED TO

09:56AM  12     ADDRESS BEFORE THE OPENING?

09:56AM  13     A.   THIS IS A NOVEMBER EMAIL THAT WE'RE LOOKING AT?

09:56AM  14     Q.   YEAH.  WE CAN --

09:56AM  15     A.   LET'S STEP BACK.

09:56AM  16     Q.   LET'S PULL THE EMAIL UP, THE DATE UP.  LET'S PULL THE TOP.

09:56AM  17          DO YOU SEE THIS WAS NOVEMBER 8TH, 2013?

09:56AM  18     A.   OKAY.  AND WHAT IS MY RESPONSE TO THIS EMAIL?

09:56AM  19     Q.   YOUR RESPONSE IS RIGHT THERE ABOUT HOW YOU'RE EXCITED.

09:56AM  20     A.   OH, I SEE.  I SEE.  YEAH.

09:57AM  21     Q.   AND YOU RAISE SOME ISSUES THAT YOU WANTED TO ADDRESS IN

09:57AM  22     RESPONSE TO HIS INQUIRY; RIGHT?

09:57AM  23     A.   YES.

09:57AM  24     Q.   AND THIS IS ON FRIDAY, NOVEMBER 8TH.

09:57AM  25          DO YOU SEE THAT?

UNITED STATES COURT REPORTERS
**ER-5857**

ROSENDORFF CROSS BY MR. WADE (RES.)                                2152

```
09:57AM   1    A.   YES.

09:57AM   2    Q.   AND I'D LIKE TO GO TO EXHIBIT 1240.

09:57AM   3              MR. WADE:  THE COURT'S INDULGENCE.

09:57AM   4         (PAUSE IN PROCEEDINGS.)

09:58AM   5              MR. WADE:  MAY I APPROACH, YOUR HONOR?

09:58AM   6              THE COURT:  YES.

09:58AM   7    BY MR. WADE:

09:58AM   8    Q.   DO YOU HAVE 1240 IN FRONT OF YOU?

09:58AM   9    A.   YES.

09:58AM  10    Q.   AND IF YOU CALL YOUR ATTENTION TO THE BOTTOM OF THE EMAIL

09:58AM  11    CHAIN, DO YOU SEE THAT THIS IS AN EMAIL BETWEEN YOU AND

09:58AM  12    MR. BALWANI?

09:58AM  13    A.   YES.

09:58AM  14    Q.   REGARDING LAB COMPLIANCE?

09:58AM  15    A.   YES.

09:58AM  16              MR. WADE:  I MOVE THE ADMISSION OF 1240.

09:59AM  17              MR. BOSTIC:  NO OBJECTION.  IT'S ADMITTED, AND IT

09:59AM  18    MAY BE PUBLISHED.

09:59AM  19         (GOVERNMENT'S EXHIBIT 1240 WAS RECEIVED IN EVIDENCE.)

09:59AM  20    BY MR. WADE:

09:59AM  21    Q.   IF WE CAN START ON THE BOTTOM EMAIL AND WORK OUR WAY UP

09:59AM  22    HERE?

09:59AM  23    A.   YES.

09:59AM  24    Q.   OKAY.  DO YOU SEE -- NOW, THIS IS AN EMAIL THAT IS ON

09:59AM  25    SUNDAY, NOVEMBER 10TH, 2013.
```

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2153

09:59AM    1              DO YOU SEE THAT?

09:59AM    2        A.    YES.

09:59AM    3        Q.    AND THIS IS JUST SHORTLY AFTER MR. BALWANI SENT YOU THAT

09:59AM    4        EMAIL SAYING, IS THERE ANYTHING THAT WE NEED?

09:59AM    5              DO YOU RECALL THAT?

09:59AM    6        A.    YES.

09:59AM    7        Q.    AND IT LOOKS LIKE YOU WENT TO WORK TO MAKE SURE THAT

09:59AM    8        EVERYTHING WAS IN SHAPE; RIGHT?

09:59AM    9        A.    YES.

09:59AM   10        Q.    AND IT LOOKS LIKE YOU WERE WORKING OVER THE WEEKEND;

09:59AM   11        RIGHT?

09:59AM   12        A.    YES.

09:59AM   13        Q.    BECAUSE THIS EMAIL WAS SENT ON A SUNDAY?

09:59AM   14        A.    I WAS VERY -- I WAS THINKING VERY HARD ABOUT COMPLIANCE

09:59AM   15        AND QUALITY ISSUES OVER THE WEEKEND, YEAH.

09:59AM   16        Q.    RIGHT.  BECAUSE IF YOU WERE GOING TO OPEN UP TO THE

09:59AM   17        GENERAL PUBLIC, YOU WANTED TO MAKE DOUBLY SURE THAT EVERYTHING

09:59AM   18        WAS IN SHAPE ON COMPLIANCE; RIGHT?

09:59AM   19        A.    CORRECT.  CORRECT.

09:59AM   20        Q.    AND IN GOING THROUGH THOSE ISSUES, YOU IDENTIFIED, YOU

10:00AM   21        IDENTIFIED SOME ITEMS THAT YOU WANTED TO FLAG FOR MR. BALWANI;

10:00AM   22        CORRECT?

10:00AM   23        A.    YES.

10:00AM   24        Q.    AND SPECIFICALLY YOU MENTIONED COMPLIANCE WITH FEDERAL LAW

10:00AM   25        CFR 493.1253.

ROSENDORFF CROSS BY MR. WADE (RES.)                          2154

10:00AM  1         DO YOU SEE THAT?

10:00AM  2    A.   YES.

10:00AM  3    Q.   THAT'S IN THE SUBJECT MATTER OF THE EMAIL THERE.

10:00AM  4         DO YOU SEE THAT?

10:00AM  5    A.   YES.

10:00AM  6    Q.   AND THAT'S ONE OF THOSE REGULATIONS THAT IS WITHIN

10:00AM  7    EXHIBIT 7603 THAT WE WERE TALKING ABOUT YESTERDAY; RIGHT?

10:00AM  8    A.   YES.

10:00AM  9    Q.   AND SO YOU WERE GOING THROUGH AND MAKING SURE THAT

10:00AM  10   EVERYTHING WAS TICKED AND TIED; RIGHT?

10:00AM  11   A.   YES.

10:00AM  12   Q.   AND SO WHEN YOU DID THAT, YOU IDENTIFIED AN ISSUE IN

10:00AM  13   CONNECTION WITH THE ESTABLISHMENT AND VERIFICATION OF

10:00AM  14   PERFORMANCE SPECIFICATIONS; RIGHT?

10:00AM  15   A.   YES.

10:00AM  16   Q.   AS YOU WERE WORKING YOUR WAY THROUGH -- AND IF WE CAN BLOW

10:01AM  17   UP THE LOWER PART OF THE EMAIL BEFORE -- BELOW THAT FROM

10:01AM  18   493.1253 DOWN TO THE BOTTOM.

10:01AM  19        AND AS YOU WERE DOING YOUR WORK, YOU WERE GOING THROUGH

10:01AM  20   THESE ITEMS RELATING TO ACCURACY AND PRECISION AND THE

10:01AM  21   REPORTABLE RANGE AND THE LIKE; RIGHT?

10:01AM  22   A.   CORRECT.

10:01AM  23   Q.   TO MAKE SURE YOU WERE IN COMPLIANCE?

10:01AM  24   A.   CORRECT.

10:01AM  25   Q.   AND THERE WAS AN ITEM DOWN THERE AT THE BOTTOM, DO YOU SEE

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2155

10:01AM   1    THAT, RELATING TO THE REPORTABLE RANGE OF TEST RESULTS FOR THE

10:01AM   2    TEST SYSTEM?

10:01AM   3    A.   YES.

10:01AM   4    Q.   AND YOU HIGHLIGHTED, YOU HIGHLIGHTED FOR MR. BALWANI THAT

10:01AM   5    YOU HAD A CONCERN ABOUT THAT; RIGHT?

10:01AM   6    A.   YES.

10:01AM   7    Q.   AND LET'S GO TO THE NEXT PAGE OF THAT EMAIL AND JUST BLOW

10:01AM   8    UP THE WHOLE EMAIL.

10:01AM   9         OKAY.  AND YOU SAY, "MY CONCLUSIONS AND INTERPRETATIONS OF

10:02AM  10    THE ABOVE," AND YOU IDENTIFY TWO ITEMS RELATING TO THE

10:02AM  11    REGULATIONS THAT YOU THOUGHT NEEDED TO BE APPLIED?

10:02AM  12    A.   CORRECT.

10:02AM  13    Q.   CORRECTED; CORRECT?

10:02AM  14    A.   CORRECT.

10:02AM  15    Q.   OKAY.  AND YOU SENT THAT TO YOUR BOSS?

10:02AM  16    A.   CORRECT.

10:02AM  17    Q.   MR. BALWANI.

10:02AM  18         AND, AGAIN, THIS IS TWO DAYS AFTER HE MADE THAT INQUIRY OF

10:02AM  19    YOU; RIGHT?

10:02AM  20    A.   YES.

10:02AM  21    Q.   OKAY.  AND IF WE CAN GO UP THE CHAIN TO THE NEXT EMAIL.

10:02AM  22    YOU ADDED ONE ADDITIONAL COMMENT THERE.  YOU SAID, "SUNNY.

10:02AM  23         "SORRY I ALSO FORGOT TO MENTION, THAT SPECIFICITY STUDIES

10:02AM  24    ARE MISSING FOR A NUMBER OF GC ANALYTES."

10:02AM  25         DO YOU SEE THAT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2156

10:02AM   1    A.   YES.

10:02AM   2    Q.   AND LET'S GO UP THE CHAIN AND, ON THE BOTTOM PAGE THERE,

10:03AM   3    LET'S LOOK AT THE NEXT COUPLE OF EMAILS.  WE'LL WORK UP FROM

10:03AM   4    THE BOTTOM.

10:03AM   5         DO YOU SEE MR. BALWANI ASKS, "WHAT GC ASSAYS?"

10:03AM   6         DO YOU SEE THAT?

10:03AM   7    A.   CORRECT.

10:03AM   8    Q.   AND THEN YOU IDENTIFY THAT YOU'RE GOING THROUGH THEM NOW?

10:03AM   9    A.   YES.

10:03AM  10    Q.   AND, AGAIN, THIS IS SUNDAY AFTERNOON?

10:03AM  11    A.   YES.

10:03AM  12    Q.   AND YOU ARE WORKING HARD.

10:03AM  13    A.   I'M TRYING TO GET THE LAB TO COME INTO COMPLIANCE.

10:03AM  14    Q.   RIGHT.  AND YOU'RE RAISING THE ISSUES AND MAKING SURE THAT

10:03AM  15    PEOPLE KNOW THAT THEY NEED TO BE ADDRESSED; RIGHT?

10:03AM  16    A.   YES.

10:03AM  17    Q.   THAT'S YOUR JOB?

10:03AM  18    A.   YES.

10:03AM  19    Q.   OKAY.  AND YOU RAISE THE SPECIFIC ITEMS THAT ARE MENTIONED

10:03AM  20    THERE; RIGHT?

10:03AM  21    A.   CORRECT.

10:03AM  22    Q.   OKAY.  AND LET'S LOOK AT MR. BALWANI'S RESPONSE.

10:03AM  23         OKAY.  SO HE RESPONDS, "MY COMMENTS BELOW."

10:03AM  24         HE CONSULTED WITH THE OTHER TEAM LEADS IN THE OFFICE TODAY

10:04AM  25    ON THIS, SO THIS IS AUTHORITATIVE.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2157

10:04AM  1        AND HE IDENTIFIES -- HE PROVIDES YOU INFORMATION THAT HE

10:04AM  2    THINKS IS A RESPONSE TO THE INQUIRY THAT YOU MADE OF HIM;

10:04AM  3    RIGHT?

10:04AM  4    A.    YES.

10:04AM  5    Q.    AND IF YOU LOOK AT THE TWO PARAGRAPHS AT THE BOTTOM --

10:04AM  6    ACTUALLY, IF WE CAN ZOOM OUT AND THEN JUST BLOW THOSE TWO

10:04AM  7    PARAGRAPHS UP.

10:04AM  8        HE TALKS ABOUT THE GC PROCEDURES AND HOW EVERYONE IS

10:04AM  9    FOLLOWING THIS PROCESS RELIGIOUSLY.  IF IT'S NOT IN THE SOP'S,

10:04AM 10    THEN I WILL MAKE SURE THIS GETS THERE TOMORROW.

10:04AM 11        DO YOU SEE THAT?

10:04AM 12    A.    YES.

10:04AM 13    Q.    AND REGARDING THE EDISON, THE QC PROCEDURES WERE WORKED

10:04AM 14    OUT AND COMMUNICATED TO THE CLIA TEAM.

10:04AM 15        HE SAYS, I'M STILL WORKING WITH THE ELISA TEAM TO

10:04AM 16    ESTABLISH THE ACCEPTABLE QC FOR THE EDISONS.

10:04AM 17        DO YOU SEE THAT?

10:04AM 18    A.    YES.

10:04AM 19    Q.    AND THEN HE TALKS ABOUT THE NEXT STEP WAS TO DOCUMENT

10:05AM 20    THESE PROCEDURES IN SOP'S IN CLIA APPROVED AND RELEASED

10:05AM 21    PROTOCOLS, TRAIN THE STAFF, AND HAVE THEM IMPLEMENT THESE

10:05AM 22    PROCEDURES; RIGHT?

10:05AM 23    A.    YES.

10:05AM 24    Q.    AND HE NOTES THAT HE TALKED TO KERRY ABOUT THAT A COUPLE

10:05AM 25    WEEKS AGO; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                2158

10:05AM   1     A.   YES.

10:05AM   2     Q.   OKAY.  SO HE'S SUGGESTING LET'S GET TO IT; RIGHT?

10:05AM   3     A.   YES, YES.

10:05AM   4     Q.   LET'S WORK UP THE CHAIN.

10:05AM   5          AND THEN WE HAVE TO GO A COUPLE PAGES UP BECAUSE THERE'S A

10:05AM   6     LONG LIST.

10:05AM   7          OKAY.  LET'S START THERE.

10:05AM   8          AND YOU SAY, "HI SUNNY.  THANKS FOR YOUR COMMENTS."

10:05AM   9          DO YOU SEE THAT?

10:05AM  10     A.   YES.

10:05AM  11     Q.   AND THEN YOU SAY, "IN TERMS OF SPECIFICITY, THE FOLLOWING

10:05AM  12     HAVE NOT BEEN DONE."

10:05AM  13          THIS WAS IN RESPONSE TO HIS INQUIRY ON THE GENERAL

10:05AM  14     CHEMISTRY ASSAYS THAT NEEDED MORE SPECIFICITY INFORMATION;

10:05AM  15     RIGHT?

10:05AM  16     A.   YES.

10:05AM  17     Q.   AND YOU RAISED THE SPECIFICITY ISSUE; RIGHT?

10:05AM  18     A.   YES.

10:05AM  19     Q.   AND THEN HE ASKED YOU WHICH ASSAYS?

10:06AM  20     A.   YES.

10:06AM  21     Q.   AND THIS IS THE RESPONSE; RIGHT?

10:06AM  22          AND YOU IDENTIFY A LIST OF THEM THAT NEED A RESPONSE;

10:06AM  23     RIGHT?

10:06AM  24     A.   I CAN ELABORATE ON THAT IF NEED BE.

10:06AM  25     Q.   AT AN APPROPRIATE POINT MAYBE.  BUT I JUST WANT TO MAKE

ROSENDORFF CROSS BY MR. WADE (RES.)                          2159

```
10:06AM   1    SURE THAT I GET MY QUESTIONS OUT THERE.
10:06AM   2    A.   SURE.  I'M JUST READING EMAILS THAT YOU'RE SHOWING ME AND
10:06AM   3    I'M SAYING YES, I'M READING THIS EMAIL AND THAT'S WHAT IS GOING
10:06AM   4    ON HERE.
10:06AM   5    Q.   AND I'M JUST TRYING TO MAKE SURE THAT I UNDERSTAND THAT
10:06AM   6    I'M READING THIS EMAIL RIGHT.  YOU WROTE THE EMAIL.  YOU SENT
10:06AM   7    THESE COMMENTS TO MR. BALWANI; RIGHT?
10:06AM   8    A.   I SEE.
10:06AM   9    Q.   AND THEN YOU IDENTIFIED A LIST OF THE ISSUES; CORRECT?
10:06AM   10   A.   YES.
10:06AM   11   Q.   AND IF WE GO ON -- IF WE ZOOM OUT AND GO TO THE NEXT PAGE,
10:06AM   12   THE NEXT PAGE GOING BACKWARD.
10:06AM   13        YOU PROVIDE THE WHOLE LIST; RIGHT?
10:06AM   14   A.   YES.
10:06AM   15   Q.   OKAY.  AND YOU SEND THAT TO HIM ON SUNDAY AFTERNOON?
10:07AM   16   A.   YES.
10:07AM   17   Q.   OKAY.  AND IF WE GO UP THE CHAIN TO THE NEXT EMAIL,
10:07AM   18   MR. BALWANI SAYS, "ADAM.  AS YOU KNOW, WE TAKE THESE ISSUES
10:07AM   19   WITH SERIOUSNESS.  WHY DIDN'T YOU RAISE THESE BEFORE TO ME WHEN
10:07AM   20   I WAS ASKING FOR ANY ISSUES FOR MONTHS?  IT WAS ONLY A MONTH
10:07AM   21   PLUS AGO WHEN YOU SIGNED OFF ON THESE ASSAYS.  SAME THING
10:07AM   22   AROUND ULOQ.  THIS IS WHY WE MEET EVERY WEEK AND I HAVE
10:07AM   23   PROACTIVELY SEEKING OUT ANY CONCERNS FOR EVERY MEMBER
10:07AM   24   THROUGHOUT THE COMPANY."
10:07AM   25        DO YOU SEE WHAT HE WROTE THERE?
```

ROSENDORFF CROSS BY MR. WADE (RES.)                                2160

10:07AM   1    A.   YES, I SEE WHAT HE WROTE.

10:07AM   2    Q.   AND THEN HE SAYS HE WILL CIRCLE BACK WITH OTHER TEAM

10:07AM   3    MEMBERS AND GET THEIR RESPONSES.

10:07AM   4         DO YOU SEE THAT?

10:07AM   5    A.   YES.

10:07AM   6    Q.   AND SO HE WAS FRUSTRATED IN THAT EMAIL; RIGHT?

10:07AM   7    A.   YOU'RE DRAWING THAT INFERENCE.

10:07AM   8    Q.   WOULD YOU DRAW THAT INFERENCE FROM THAT EMAIL, OR DO YOU

10:07AM   9    THINK HE WAS NOT FRUSTRATED?

10:08AM  10    A.   HE'S ASKING ME WHY I DIDN'T RAISE THESE ISSUES BEFORE.

10:08AM  11    Q.   OKAY.  AND YOU RESPONDED, DIDN'T YOU?  LET'S LOOK AT YOUR

10:08AM  12    RESPONSE.

10:08AM  13         YOU APOLOGIZE FOR THE LATE FEEDBACK REGARDING READINESS;

10:08AM  14    RIGHT?

10:08AM  15    A.   YES.

10:08AM  16    Q.   YOU HAD BEEN WORKING HARD; RIGHT?

10:08AM  17    A.   YES, YES.

10:08AM  18    Q.   BUT IT WASN'T GOING TO STOP YOU FROM RAISING AN ISSUE EVEN

10:08AM  19    IF YOU SAW IT AT THE LAST MINUTE; RIGHT?

10:08AM  20    A.   YES.

10:08AM  21    Q.   AND THAT'S WHAT YOU'RE DOING IN THIS EMAIL?

10:08AM  22    A.   CORRECT.

10:08AM  23    Q.   AND YOU NOTE THAT IT TAKES YOU A LITTLE TIME TO SEE THE

10:08AM  24    WHOLE PICTURE; RIGHT?

10:08AM  25    A.   CORRECT.

ROSENDORFF CROSS BY MR. WADE (RES.)                    2161

10:08AM   1      Q.   THESE LABS ARE COMPLICATED?

10:08AM   2      A.   VERY COMPLICATED.

10:08AM   3      Q.   SOMETIMES THEY'RE HARD TO UNDERSTAND THE INFORMATION AND

10:08AM   4      THE -- ALL OF THE DOCUMENTS UNTIL YOU'VE HAD A LITTLE TIME TO

10:08AM   5      DIGEST THEM; RIGHT?

10:08AM   6      A.   WELL, YOU HAVE TO SQUARE UP THE REGULATIONS WITH THE

10:08AM   7      STUDIES THAT HAVE BEEN DONE AND MAKE SURE THEY MATCH UP WITH

10:08AM   8      EACH OTHER, YEAH.

10:08AM   9      Q.   RIGHT.

10:09AM   10     A.   THAT TAKES TIME.

10:09AM   11     Q.   THAT TAKES TIME.  YOU WOULD TAKE THIS STUDY AND COMPARE IT

10:09AM   12     TO THOSE REGULATIONS IN EXHIBIT 7603, AND YOU MAKE SURE THAT

10:09AM   13     EVERYTHING IS COMPLIANT; RIGHT?

10:09AM   14     A.   YES.

10:09AM   15     Q.   AND YOU HAD TO DO THAT; RIGHT?

10:09AM   16     A.   YES.

10:09AM   17     Q.   BECAUSE THAT WAS YOUR RESPONSIBILITY; RIGHT?

10:09AM   18     A.   YES.

10:09AM   19     Q.   YOU WERE SIGNING YOUR NAME ON THAT DOCUMENT?

10:09AM   20     A.   YES.

10:09AM   21     Q.   OKAY.  AND SO EVEN THOUGH IT TOOK A LITTLE BIT OF TIME,

10:09AM   22     YOU WANTED TO DO IT; RIGHT?

10:09AM   23     A.   YES.

10:09AM   24     Q.   OKAY.  AND THAT'S WHAT YOU'RE DOING HERE; CORRECT?

10:09AM   25     A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                        2162

10:09AM   1    Q.   AND THEN YOU EXPLAIN THAT THE SPECIFICITY STUDIES WERE

10:09AM   2    ADDED TO SOME OF THE VALIDATION REPORTS AFTER YOUR SIGNATURE

10:09AM   3    AND SO YOU JUST WANTED TO GO THROUGH THEM AGAIN; RIGHT?

10:09AM   4    A.   THEY SHOULD HAVE BEEN RECORDED AS REVISIONS TO THE

10:09AM   5    VALIDATION WITH THE DATE THAT THE REVISION WAS MADE.

10:09AM   6         THEY SHOULD HAVE BEEN DONE IDEALLY BEFORE, YOU KNOW,

10:09AM   7    BEFORE PROCESSING PATIENT SPECIMENS.  I DON'T KNOW WHEN --

10:10AM   8    YEAH.

10:10AM   9         SO WHEN WAS THE WIDER LAUNCH?  NOVEMBER 11TH YOU SAID?

10:10AM  10    Q.   WELL, IT WAS AFTER THIS DATE BECAUSE HE SENT YOU THE EMAIL

10:10AM  11    ON FRIDAY; RIGHT?

10:10AM  12    A.   YEAH.

10:10AM  13    Q.   AND THIS WAS ON SUNDAY; CORRECT?

10:10AM  14    A.   I JUST WANT TO ADD THAT THE THERANOS TECHNOLOGY DID NOT

10:10AM  15    ALLOW FOR THE DETECTION OF INTERFERING SUBSTANCES.  SO EVEN IF

10:10AM  16    WE HAD DONE THE STUDY AS REQUIRED BY LAW, THE TECHNOLOGY ITSELF

10:10AM  17    WOULD NOT HAVE ALLOWED FOR THE DETECTION OF THOSE INTERFERING

10:10AM  18    SUBSTANCES.

10:10AM  19    Q.   OKAY.  WHAT I'M WANTING TO FOCUS ON IS SPECIFICALLY THIS

10:10AM  20    EMAIL, WHICH IS YOU'RE LOOKING AT THOSE VALIDATION STUDIES;

10:10AM  21    RIGHT?

10:10AM  22    A.   YES.

10:10AM  23    Q.   AND YOU'RE LOOKING AT THOSE REGULATIONS; RIGHT?

10:10AM  24    A.   YES.

10:10AM  25    Q.   AND YOU'RE WANTING TO MAKE SURE THAT THEY ARE, THEY ARE

ROSENDORFF CROSS BY MR. WADE (RES.)                    2163

10:10AM   1    COMPLIANT; CORRECT?

10:10AM   2    A.   YES.

10:10AM   3    Q.   AND IF THERE'S A CONCERN, YOU WANT TO TRY TO ADDRESS IT,

10:10AM   4    AND THAT'S WHAT YOU'RE DOING RIGHT HERE; RIGHT?

10:10AM   5    A.   YES, YES.

10:10AM   6    Q.   OKAY.  AND YOU MENTIONED THAT YOU THOUGHT IT WAS DIFFICULT

10:10AM   7    TO GET SOME ANSWERS FROM DANIEL'S TEAM ON A TIMELY BASIS?

10:11AM   8    A.   YES.

10:11AM   9    Q.   AND THAT WAS ONE OF THE REASONS FOR THE DELAY; RIGHT?

10:11AM  10    A.   YES.

10:11AM  11    Q.   BUT YOU WENT IN ON SUNDAY, AND YOU WORKED TO GET IT DONE?

10:11AM  12    A.   YES.

10:11AM  13    Q.   OKAY.  LET'S WORK UP THE CHAIN.  LET'S GO TO MR. BALWANI'S

10:11AM  14    RESPONSE AT THE BOTTOM.

10:11AM  15         DO YOU SEE THAT?

10:11AM  16    A.   YES.

10:11AM  17    Q.   OKAY.  AND IT SAYS, "IF THE SPECIFICITY STUDIES ARE NOT

10:11AM  18    REQUIRED (AND HENCE WERE TO BE DONE AS REVISIONS) THEN THAT'S

10:11AM  19    WHEN WE SHOULD DO AND NOT HAVE THEM HOLD BACK WHAT WE ARE

10:11AM  20    DOING."

10:11AM  21         DO YOU SEE THAT?

10:11AM  22    A.   YES, I SEE THAT.

10:11AM  23    Q.   I THINK THERE'S A LITTLE GRAMMATICAL ISSUE THERE, BUT HE'S

10:11AM  24    ESSENTIALLY SAYING IF THEY'RE NOT REQUIRED, LET'S JUST GO AHEAD

10:11AM  25    AND KIND OF CLEAN IT UP LATER?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2164

| | | |
|---|---|---|
| 10:11AM | 1 | A.   BUT THEY ARE REQUIRED. |
| 10:11AM | 2 | Q.   WELL, LET'S LOOK AT YOUR RESPONSE. |
| 10:11AM | 3 | YOU ACTUALLY SAY JUST THAT, DON'T YOU? |
| 10:11AM | 4 | A.   YES. |
| 10:11AM | 5 | Q.   AND YOU SAY THEY ARE REQUIRED.  THEY'RE VERY IMPORTANT IN |
| 10:12AM | 6 | FACT YOU NOTE; RIGHT? |
| 10:12AM | 7 | A.   YES. |
| 10:12AM | 8 | Q.   BECAUSE YOU HAD READ THOSE REGULATIONS? |
| 10:12AM | 9 | A.   YES. |
| 10:12AM | 10 | Q.   OKAY.  AND YOU ACTUALLY NOTE THAT THERE IN THE SECOND LINE |
| 10:12AM | 11 | THERE, "IT IS ESSENTIAL TO PROVE THAT IT DOESN'T INTERFERE WITH |
| 10:12AM | 12 | THE MODIFIED ASSAY."  RIGHT? |
| 10:12AM | 13 | A.   YES. |
| 10:12AM | 14 | Q.   AND YOU DEEMED IT AS ESSENTIAL? |
| 10:12AM | 15 | A.   YES. |
| 10:12AM | 16 | Q.   AND THAT'S WHY YOU'RE RAISING IT? |
| 10:12AM | 17 | A.   YES. |
| 10:12AM | 18 | Q.   AND THAT'S WHY YOU'RE NOT LETTING HIM GO FORWARD -- |
| 10:12AM | 19 | A.   CORRECT. |
| 10:12AM | 20 | Q.   -- BECAUSE IT'S YOUR JOB; RIGHT? |
| 10:12AM | 21 | A.   I HAD MANY, MANY BATTLES WITH SUNNY ABOUT WHAT WAS NEEDED |
| 10:12AM | 22 | VERSUS WHAT HE WAS PREPARED TO ALLOW IN TERMS OF THE R&D GROUP |
| 10:12AM | 23 | ACTUALLY DOING THE WORK. |
| 10:12AM | 24 | Q.   RIGHT.  BUT FUNDAMENTALLY, IT'S NOT MR. BALWANI WHO IS |
| 10:12AM | 25 | PUTTING HIS NAME, HIS SIGNATURE ON THOSE DOCUMENTS; RIGHT? |

ROSENDORFF CROSS BY MR. WADE (RES.)                                2165

10:12AM   1    A.   NO.  THAT'S WHY I -- THAT'S WHY I -- THAT'S WHY I HAD

10:12AM   2    BATTLES WITH HIM.

10:12AM   3    Q.   AND THAT'S WHY YOU RAISED THE ISSUE HERE; RIGHT?

10:12AM   4    A.   YES, YES.

10:12AM   5    Q.   OKAY.  LET'S GO UP THE CHAIN.  LET'S LOOK AT MR. BALWANI'S

10:13AM   6    RESPONSE.

10:13AM   7         OKAY.  HE SAYS HE SPOKE WITH THE TEAMS TODAY, AND THEY ARE

10:13AM   8    ALL GOING TO PUT LONG HOURS IN AND DO WHATEVER IT TAKES TO GET

10:13AM   9    THIS DONE TOMORROW.

10:13AM  10         DO YOU SEE THAT?

10:13AM  11    A.   YES.

10:13AM  12    Q.   AND HE SAYS, "WE ALREADY HAVE ALL OF THE DATA, THEY WILL

10:13AM  13    COMPLETE THE REPORTS."

10:13AM  14         DO YOU SEE THAT?

10:13AM  15    A.   YES.

10:13AM  16    Q.   AND HE SAYS, "PLEASE SPEND TIME ON THIS AND HIGHLIGHT IF

10:13AM  17    THERE IS ANYTHING MISSING."

10:13AM  18         DO YOU SEE THAT?

10:13AM  19    A.   YES.

10:13AM  20    Q.   "WE DON'T WANT TO GO THRU THIS AGAIN."

10:13AM  21         DO YOU SEE THAT?

10:13AM  22    A.   YES.

10:13AM  23    Q.   AND HE IS SAYING KEEP DOING YOUR WORK AND RAISE IT AS

10:13AM  24    QUICKLY AS YOU CAN; RIGHT?  HE WAS COMPLAINING A LITTLE ABOUT

10:13AM  25    THE TIMING MAYBE?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2166

10:13AM   1       A.   YES.

10:13AM   2       Q.   AND LET'S LOOK AT YOUR RESPONSE.

10:13AM   3            YOU SAY, "WILL DO."

10:13AM   4            RIGHT?

10:13AM   5       A.   YES.

10:13AM   6       Q.   OKAY.  AND IF WE JUST GO TO THE TOP EMAIL, THIS IS YOUR

10:13AM   7       EFFORTS TO RAISE THIS ISSUE AND ENSURE COMPLIANCE AND THE

10:13AM   8       FOLLOWUP THAT WAS NEEDED WAS COMMUNICATED TO MS. HOLMES;

10:14AM   9       CORRECT?

10:14AM  10       A.   YES.

10:14AM  11       Q.   THE -- WE TALKED YESTERDAY ABOUT HOW THERANOS HAD A

10:14AM  12       DETAILED QC PLAN; RIGHT?

10:14AM  13            DO YOU RECALL THAT?

10:14AM  14       A.   WE REVIEWED THE QUALITY MANAGEMENT SYSTEMS MANUAL.

10:14AM  15       Q.   CORRECT.

10:14AM  16            AND DO YOU RECALL THAT THERE WERE ALSO SOME PROCEDURES

10:14AM  17       THAT RELATED SPECIFICALLY -- WELL, LET ME STRIKE THAT.

10:14AM  18            AND THAT GENERALLY SET FORTH THE WHOLE -- THE QUALITY

10:14AM  19       SYSTEMS PROGRAM FOR THE WHOLE COMPANY; RIGHT?

10:14AM  20       A.   FOR THE LABORATORY SPECIFICALLY.

10:14AM  21       Q.   FAIR POINT.  IT DIDN'T COVER THE ACCOUNTING FUNCTION OF

10:14AM  22       THE COMPANY?

10:14AM  23       A.   RIGHT.

10:14AM  24       Q.   OR THE PARKING REGULATIONS.  IT FOCUSSED ON THE LAB;

10:15AM  25       RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2167

10:15AM  1      A.   CORRECT.

10:15AM  2      Q.   AND THAT WAS AN OVERARCHING QUALITY ASSURANCE SYSTEM THAT

10:15AM  3      WAS DESIGNED TO MAKE SURE THAT THE LAB WAS COMPLIANT WITH

10:15AM  4      FEDERAL CLIA REGULATIONS.

10:15AM  5           DO YOU RECALL THAT?

10:15AM  6      A.   CORRECT.

10:15AM  7      Q.   AND WE LOOKED AT THAT POLICY YESTERDAY THAT YOU SIGNED;

10:15AM  8      RIGHT?

10:15AM  9      A.   YES, WE DID.

10:15AM  10     Q.   AND I BELIEVE IT WAS DEVELOPED BY --

10:15AM  11     A.   TINA NOYES ORIGINALLY, AND THEN I THINK SIGNED BY DR. GELB

10:15AM  12     AND THEN REVISED SOME YEARS LATER.

10:15AM  13     Q.   SOME YEARS LATER BY DR. MASINDE.

10:15AM  14          DO YOU RECALL THAT?

10:15AM  15     A.   YES.

10:15AM  16     Q.   AND SIGNED BY MR. LANGLY GEE?

10:15AM  17     A.   YES.

10:15AM  18     Q.   AND BY HODA ALAMDAR?

10:15AM  19     A.   YES.

10:15AM  20     Q.   AND LINA CASTRO?

10:15AM  21     A.   YES.

10:15AM  22     Q.   AND YOU?

10:15AM  23     A.   YES.

10:15AM  24     Q.   ALL RIGHT.  LET ME SHOW YOU EXHIBIT 1430, WHICH SHOULD BE

10:16AM  25     CHRONOLOGICALLY IN YOUR BINDER.

ROSENDORFF CROSS BY MR. WADE (RES.)                                      2168

| | | |
|---|---|---|
| 10:16AM | 1 | FOR THE COURT, IT WAS IN THE RED WELD THAT WAS HANDED UP. |
| 10:16AM | 2 | A.   THE YELLOW BINDER? |
| 10:16AM | 3 | Q.   NO, NO.  THE BLACK -- I THINK IT'S BLACK, VOLUME 1.  THE |
| 10:16AM | 4 | EXHIBITS, VOLUME 1. |
| 10:16AM | 5 | A.   IT'S PATENTS. |
| 10:16AM | 6 | I DO NOT HAVE 1401. |
| 10:16AM | 7 | Q.   1430.  THERE'S A LOT OF NUMBERS FLYING AROUND HERE.  DO |
| 10:17AM | 8 | YOU HAVE A 1430? |
| 10:17AM | 9 | A.   YES. |
| 10:17AM | 10 | Q.   AND DO YOU RECOGNIZE THAT AS AN EMAIL FROM YOU TO THE CLIA |
| 10:17AM | 11 | LAB GROUP? |
| 10:17AM | 12 | A.   YES. |
| 10:17AM | 13 | Q.   JANUARY 16TH, 2014? |
| 10:17AM | 14 | A.   YES. |
| 10:17AM | 15 | MR. WADE:  I WOULD MOVE THE ADMISSION OF 1430, |
| 10:17AM | 16 | YOUR HONOR. |
| 10:17AM | 17 | MR. BOSTIC:  NO OBJECTION. |
| 10:17AM | 18 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:17AM | 19 | (GOVERNMENT'S EXHIBIT 1430 WAS RECEIVED IN EVIDENCE.) |
| 10:17AM | 20 | BY MR. WADE: |
| 10:17AM | 21 | Q.   THIS IS AN EMAIL THAT YOU SENT ON JANUARY 16TH, 2014, TO |
| 10:17AM | 22 | THE CLIA LAB GROUP. |
| 10:17AM | 23 | DO YOU SEE THAT? |
| 10:17AM | 24 | A.   YES. |
| 10:17AM | 25 | Q.   AND YOU NOTED IT WAS A HIGH PRIORITY; RIGHT? |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2169

10:17AM   1        A.   YES.

10:17AM   2        Q.   YOU THOUGHT THIS WAS IMPORTANT?

10:17AM   3        A.   YES.

10:17AM   4        Q.   OKAY.  AND THIS IS THE -- THIS INCLUDES AN ATTACHMENT OF A

10:17AM   5    QUALITY CONTROL POLICY; RIGHT?

10:17AM   6        A.   YES.

10:18AM   7        Q.   AND I TAKE IT, GIVEN THAT YOU WERE COMMUNICATING THIS OUT

10:18AM   8    AS A HIGH IMPORTANCE TO THE CLIA TEAM, YOU -- WAS THIS YOUR

10:18AM   9    INSTRUCTION TO THE CLIA TEAM THAT YOU WANTED THIS FOLLOWED?

10:18AM  10        A.   YES.

10:18AM  11        Q.   OKAY.  AND I TAKE IT THEN IT WAS YOUR EXPECTATION IT WOULD

10:18AM  12    BE FOLLOWED; RIGHT?

10:18AM  13        A.   YES.

10:18AM  14        Q.   OKAY.  LET'S GO TO THE ATTACHMENT.

10:18AM  15             AND THIS ONE ISN'T SIGNED YET BECAUSE IT LOOKS LIKE MAYBE

10:18AM  16    YOU HAD JUST CREATED IT; RIGHT?

10:18AM  17        A.   YES.

10:18AM  18        Q.   AND, IN FACT, THE EMAIL IS -- ACTUALLY, LET ME JUST BACK

10:18AM  19    UP QUICKLY TO THE EMAIL.

10:18AM  20             SOMETIMES THE TOP EMAILS IN THESE CHAINS WE HAVE LEARNED

10:18AM  21    ARE IN GREENWICH MEANTIME OR UTC?

10:18AM  22        A.   OH, I SEE.

10:18AM  23        Q.   I TAKE IT YOU WERE NOT WORKING AT 2:00 A.M. PROBABLY ON A

10:19AM  24    QC POLICY, WERE YOU?

10:19AM  25        A.   IT'S POSSIBLE.

ROSENDORFF CROSS BY MR. WADE (RES.)                                2170

10:19AM  1      Q.   OKAY.  YOU WERE WORKING HARD?

10:19AM  2      A.   YES, I WAS.

10:19AM  3      Q.   OFTENTIMES THESE ARE SIX OR SEVEN HOURS EARLIER, IF THAT

10:19AM  4      SEEMS RIGHT, AND IF SO, THAT WOULD PLACE THE TRANSMITTAL OF THE

10:19AM  5      EMAIL AS JANUARY 15TH, DO YOU SEE, BECAUSE IT WOULD BRING IT IN

10:19AM  6      THE PRIOR DAY?

10:19AM  7      A.   YES.

10:19AM  8      Q.   AND IF YOU TURN TO THE, IF THE TURN TO THE SOP, I THINK

10:19AM  9      YOU SEE THE EFFECTIVE DATE IS JANUARY 15TH, 2014.

10:19AM  10          DO YOU SEE THAT?

10:19AM  11     A.   YES.

10:19AM  12     Q.   AND SO IT LOOKS LIKE THIS HAD JUST BEEN FINALIZED AND

10:19AM  13     TRANSMITTED OUT TO THE GROUP; RIGHT?

10:19AM  14     A.   YES.

10:19AM  15     Q.   AND THESE WERE THE PROCEDURES THAT YOU WANTED THEM TO

10:19AM  16     FOLLOW?

10:19AM  17     A.   YES.

10:19AM  18     Q.   AND THAT'S ON -- IF WE GO TO THE NEXT PAGE, THIS INCLUDES

10:19AM  19     UP AT THE TOP THE DAILY QC?

10:19AM  20     A.   YES.

10:19AM  21     Q.   DO YOU SEE THAT?

10:19AM  22     A.   YES.

10:19AM  23     Q.   AND IT JUST SETS FORTH THE POLICY THAT YOU WANTED

10:19AM  24     FOLLOWED?

10:19AM  25     A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2171

10:19AM  1    Q.   AND IF YOU GO DOWN TO THE BOTTOM.  AND IF WE CAN BLOW THAT

10:20AM  2    UP.

10:20AM  3         THAT'S THE CONTINUOUS QC; RIGHT?

10:20AM  4    A.   THESE ARE THE WESTGARD RULES.

10:20AM  5    Q.   THIS IS WHAT WE WERE TALKING ABOUT BEFORE; RIGHT?

10:20AM  6    A.   YEP.

10:20AM  7    Q.   OKAY.  SO THIS IS WHERE YOU LOOKED AT THOSE LEVEY-JENNINGS

10:20AM  8    CHARTS OF QUALITY CONTROL DATA; RIGHT?

10:20AM  9    A.   YES.

10:20AM  10   Q.   AND YOU LOOK AT IT OVER A LONG PERIOD OF TIME?

10:20AM  11   A.   YES.

10:20AM  12   Q.   AND YOU ASSESS SOME RULES AS TO WHETHER OR NOT THE ASSAY

10:20AM  13   IS COMPLIANT?

10:20AM  14   A.   WHETHER THE QC IS PASSING.

10:20AM  15   Q.   RIGHT.

10:20AM  16   A.   YEAH.

10:20AM  17   Q.   BECAUSE THERE COULD BE CIRCUMSTANCES WHERE QC PASSES ON A

10:20AM  18   DAILY BASIS UNDER THE DAILY RULE; RIGHT?

10:20AM  19   A.   YES.

10:20AM  20   Q.   BUT IF YOU LOOK AT ITS PERFORMANCE CONSISTENTLY OVER TIME,

10:20AM  21   THAT THE CONSISTENT TREND OVER TIME WOULD SUGGEST AN ISSUE THAT

10:20AM  22   SHOULD BE ADDRESSED; RIGHT?

10:20AM  23   A.   YES, YOU ARE RIGHT.

10:20AM  24   Q.   AND THAT'S WHAT THE CONTINUOUS QC IS FOR; RIGHT?

10:21AM  25   A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                           2172

| | | |
|---|---|---|
| 10:21AM | 1 | Q.   AND THAT'S WHY YOU WANTED THE FOLKS WITHIN THE COMPANY TO |
| 10:21AM | 2 | FOLLOW THAT CONTINUOUS QUALITY CONTROL? |
| 10:21AM | 3 | A.   CORRECT. |
| 10:21AM | 4 | Q.   AND IF THERE WAS AN ISSUE WITH EITHER THE DAILY CONTROL OR |
| 10:21AM | 5 | THE CONTINUOUS CONTROL, YOU WERE TO CEASE USING THE ASSAY, |
| 10:21AM | 6 | CORRECT, UNTIL THAT ISSUE WAS ADDRESSED? |
| 10:21AM | 7 | A.   YOU COULDN'T RUN THAT ASSAY FOR THAT INSTRUMENT UNTIL THAT |
| 10:21AM | 8 | ISSUE WAS ADDRESSED. |
| 10:21AM | 9 | Q.   RIGHT.  UNTIL YOU WERE BACK IN COMPLIANCE WITH THE POLICY; |
| 10:21AM | 10 | RIGHT? |
| 10:21AM | 11 | A.   CORRECT. |
| 10:21AM | 12 | Q.   AND IF WE GO TO THE NEXT PAGE, THIS SETS FORTH A VERY |
| 10:21AM | 13 | SPECIFIC POLICY WITH RESPECT TO THE EDISON QC; RIGHT? |
| 10:21AM | 14 | A.   YES. |
| 10:21AM | 15 | Q.   AND YOU IDENTIFY THAT SPECIFICALLY AND SEPARATELY WITHIN |
| 10:21AM | 16 | THIS DOCUMENT? |
| 10:21AM | 17 | A.   YES. |
| 10:21AM | 18 | Q.   CORRECT? |
| 10:21AM | 19 | A.   YES. |
| 10:21AM | 20 | Q.   OKAY.  AND YOU EXPECTED THAT THAT WOULD BE FOLLOWED? |
| 10:21AM | 21 | A.   YES, I EXPECTED IT TO BE FOLLOWED. |
| 10:22AM | 22 | Q.   AND IT WAS CLEAR PROCESS; RIGHT? |
| 10:22AM | 23 | A.   YES. |
| 10:22AM | 24 | Q.   OKAY.  AND I JUST WANT TO BE VERY, VERY CLEAR, BECAUSE I |
| 10:22AM | 25 | KNOW THIS IS OLD HAT TO YOU, BUT FOR SOME OF US IT IS NOT, QC |

ROSENDORFF CROSS BY MR. WADE (RES.)                          2173

10:22AM  1    SAMPLES ARE NOT PATIENT SAMPLES; RIGHT?

10:22AM  2    A.   CORRECT.

10:22AM  3    Q.   SO IF A QC TEST IS RUN AND IT FAILS, THAT DOESN'T MEAN

10:22AM  4    SOMETHING BAD HAPPENED TO A PATIENT; RIGHT?  THAT DOESN'T MEAN

10:22AM  5    THAT THAT PATIENT'S BLOOD TEST WAS SCREWED UP?

10:22AM  6    A.   NO, NO.  YOU RUN THE QC BEFORE YOU RUN THE PATIENT

10:22AM  7    SAMPLES.

10:22AM  8    Q.   RIGHT.  AND YOU ONLY RUN A PATIENT SAMPLE IF THE

10:22AM  9    INSTRUMENT PASSES QUALITY CONTROL?

10:22AM  10   A.   CORRECT.

10:22AM  11   Q.   OKAY.  AND ON A DAY-TO-DAY BASIS IT WAS LANGLY GEE WHO WAS

10:22AM  12   RESPONSIBLE FOR THE DAY-TO-DAY QUALITY MANAGEMENT; RIGHT?

10:23AM  13   A.   YES.

10:23AM  14   Q.   AND MR. GEE, WAS HE SOMEONE YOU HIRED, OR DID YOU INHERIT

10:23AM  15   HIM WITHIN THE LAB?

10:23AM  16   A.   WE HIRED HIM.

10:23AM  17   Q.   LET'S LOOK AT EXHIBIT 10281, WHICH SHOULD BE IN THE BACK

10:23AM  18   OF VOLUME 1 OF YOUR BLACK EXHIBITS BINDER.

10:23AM  19        AND, AGAIN, IT'S 10281.

10:23AM  20   A.   I'VE GOT IT.

10:23AM  21   Q.   AND DO YOU RECOGNIZE THAT TO BE THE RESUME OF MR. GEE?

10:23AM  22   A.   YES.

10:23AM  23        MR. WADE:  AND MOVE THE ADMISSION OF EXHIBIT 10281,

10:24AM  24   ALTHOUGH I WOULD ASK THAT ANY IDENTIFICATION INFORMATION BE

10:24AM  25   REDACTED FROM IT BEFORE WE PUBLISH.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2174

10:24AM   1              MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

10:24AM   2              THE COURT:  IT'S ADMITTED, BUT THE PERSONAL

10:24AM   3    INFORMATION AT THE TOP WILL BE REDACTED.

10:24AM   4          (DEFENDANT'S EXHIBIT 10281 WAS RECEIVED IN EVIDENCE.)

10:24AM   5    BY MR. WADE:

10:24AM   6    Q.   AND YOU RECOGNIZE THIS TO BE MR. GEE'S CURRICULUM VITAE?

10:24AM   7    A.   DO I RECOGNIZE IT NOW?

10:24AM   8    Q.   YOU RECOGNIZE THAT THIS WAS HIS RESUME; RIGHT?

10:24AM   9    A.   YEAH, IT APPEARS TO BE HIS RESUME.

10:24AM  10    Q.   AND YOU HIRED HIM?

10:24AM  11    A.   YES.

10:24AM  12    Q.   AND ONE OF THE REASONS --

10:24AM  13    A.   I WANT TO CLARIFY.  I INTERVIEWED HIM.  I DID NOT MAKE THE

10:24AM  14    HIRING DECISIONS FOR THE LABORATORY AT THERANOS.

10:24AM  15    Q.   AND DID MR. BALWANI MAKE THOSE DECISIONS?

10:24AM  16    A.   AND MS. HOLMES, YES.

10:24AM  17    Q.   OKAY.

10:24AM  18    A.   NOBODY WOULD BE HIRED UNLESS THEY APPROVED IT, AND IN MOST

10:25AM  19    INSTANCES THEY WOULD ACTUALLY INTERVIEW THOSE INDIVIDUALS,

10:25AM  20    YEAH.

10:25AM  21    Q.   AND, IN FACT, MS. HOLMES INTERVIEWED ALMOST EVERY

10:25AM  22    INDIVIDUAL THAT WAS HIRED; ISN'T THAT RIGHT?

10:25AM  23    A.   I BELIEVE SO.

10:25AM  24    Q.   OKAY.  AND IN THAT PROCESS, IF YOU RECALL, SIR, THE PEOPLE

10:25AM  25    WHO HAD SORT OF DAY-TO-DAY RESPONSIBILITY WOULD TYPICALLY

ROSENDORFF CROSS BY MR. WADE (RES.)                              2175

10:25AM  1    INTERVIEW THE PERSON FIRST; RIGHT?

10:25AM  2         DO YOU RECALL THAT?

10:25AM  3    A.   IT WAS USUALLY ME.

10:25AM  4    Q.   YEAH.

10:25AM  5    A.   AND THEN IF I GAVE A THUMBS UP, IT WOULD GO TO SUNNY AND

10:25AM  6    ELIZABETH, YEAH.

10:25AM  7    Q.   AND DO YOU RECALL SOMETIMES WHEN DR. PANDORI WAS AROUND HE

10:25AM  8    WOULD DO THOSE INTERVIEWS WITH YOU, TOO?

10:25AM  9    A.   YES, YES.

10:25AM 10    Q.   AND LIKE YOU SAID, YOU GIVE THEM A THUMBS UP OR A THUMBS

10:25AM 11    DOWN AND MAKE THAT RECOMMENDATION AND PASS IT ON TO SUNNY AND

10:25AM 12    ELIZABETH?

10:25AM 13    A.   CORRECT.

10:25AM 14    Q.   AND THEN THEY WOULD INTERVIEW THEM WITH THE BENEFIT OF

10:25AM 15    YOUR RECOMMENDATION?

10:25AM 16    A.   CORRECT.

10:25AM 17    Q.   OKAY.  AND SO I TAKE IT YOU RECOMMENDED TO HIRE MR. GEE?

10:25AM 18    A.   YES.

10:25AM 19    Q.   AND THEY AGREED WITH YOUR RECOMMENDATION IN THIS CASE?

10:26AM 20    A.   YES.

10:26AM 21    Q.   AND WAS PART OF THE REASON THAT YOU HIRED MR. GEE WAS

10:26AM 22    BECAUSE HE WAS AN EXPERIENCED QUALITY SYSTEMS MANAGER?

10:26AM 23    A.   YES.

10:26AM 24    Q.   AND HE HAD ACTUALLY DONE WORK AND MAINTAINED A QUALITY

10:26AM 25    SYSTEMS PROGRAM UNDER CLIA AND NEW YORK REGULATIONS PREVIOUSLY;

ROSENDORFF CROSS BY MR. WADE (RES.)                              2176

10:26AM  1      RIGHT?

10:26AM  2      A.   YES.

10:26AM  3      Q.   AND HE HAD ACTUALLY HELD POSITIONS OF THAT NATURE AT A

10:26AM  4      COUPLE OF DIFFERENT COMPANIES; RIGHT?

10:26AM  5      A.   IT APPEARS FROM HIS RESUME AND READING IT NOW THAT HIS

10:26AM  6      EXPERIENCE IN QUALITY MANAGEMENT WAS AT TETHYS BIOSCIENCES FROM

10:27AM  7      2012.

10:27AM  8          PREVIOUSLY HE WAS AT BIO-RAD WHERE HE WAS INVOLVED IN

10:27AM  9      REAGENTS AND QUALITY CONTROL.

10:27AM 10      Q.   OKAY.  AND WE'VE HEARD A LOT OF TALK ABOUT REAGENTS IN

10:27AM 11      THIS CASE.  THAT'S SOMETHING THAT IS ROUTINELY USED WITHIN THE

10:27AM 12      LABORATORY; CORRECT?

10:27AM 13      A.   CORRECT.

10:27AM 14      Q.   AND HE DID SOME WORK, QUALITY WORK IN CONNECTION WITH

10:27AM 15      THAT?

10:27AM 16      A.   CORRECT.

10:27AM 17      Q.   AND THEN HE DID THE CLIA AND NEW YORK REGULATORY WORK IN

10:27AM 18      CONNECTION WITH HIS TIME AT TETHYS BIOSCIENCE?

10:27AM 19      A.   CORRECT.

10:27AM 20      Q.   AND YOU THOUGHT HE WAS WELL QUALIFIED FOR THAT POSITION?

10:27AM 21      A.   YES.

10:27AM 22      Q.   NOW, YOU TESTIFIED ON DIRECT EXAMINATION ABOUT SOME

10:27AM 23      QUALITY -- SOME CONCERNS THAT YOU HAD ABOUT QUALITY CONTROL.

10:27AM 24          DO YOU RECALL THAT?

10:27AM 25      A.   YES, YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2177

10:27AM  1    Q.   OKAY.  AND ULTIMATELY IT'S YOUR JOB TO HAVE THOSE

10:27AM  2    CONCERNS; RIGHT?

10:27AM  3    A.   YES.

10:27AM  4    Q.   AND THAT'S WHY YOU'RE, YOU'RE PAID THE BIG BUCKS; RIGHT?

10:28AM  5    A.   NOT AS BIG BUCKS AS YOU GET PAID.

10:28AM  6         (LAUGHTER.)

10:28AM  7    BY MR. WADE:

10:28AM  8    Q.   WELL, LET'S FOCUS ON THE RELEVANT EVIDENCE, AND I HATE TO

10:28AM  9    ASK SUCH A PERSONAL QUESTION --

10:28AM  10   A.   YEAH.

10:28AM  11   Q.   -- BUT IT IS SOMEWHAT RELEVANT TO THE CASE JUST GIVEN SOME

10:28AM  12   OF THE ISSUES.

10:28AM  13        DO YOU RECALL HOW MUCH YOU WERE COMPENSATED FOR YOUR WORK

10:28AM  14   AT THERANOS?

10:28AM  15   A.   IT'S IN MY OFFER LETTER.  I BELIEVE IT WAS $220,000 PER

10:28AM  16   YEAR.

10:28AM  17   Q.   DO YOU RECALL MAYBE IT WAS $240,000 PER YEAR?

10:28AM  18   A.   IT MAY HAVE BEEN.

10:28AM  19   Q.   IT WAS A SUBSTANTIAL RAISE OVER WHAT YOU HAD BEEN PAID

10:28AM  20   OVER AT UPMC?

10:28AM  21   A.   CORRECT.

10:28AM  22   Q.   AND DID YOU CONSIDER THAT TO BE GENEROUS COMPENSATION?

10:28AM  23   A.   IT WAS IN LINE WITH, WITH SIMILAR POSITIONS AT SIMILAR

10:28AM  24   COMPANIES IN THE BAY AREA.

10:28AM  25   Q.   OKAY.  AND DO YOU KNOW THAT YOU WERE ONE OF THE HIGHEST

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2178

10:28AM   1    COMPENSATED PEOPLE IN THE COMPANY?  WERE YOU AWARE OF THAT?

10:28AM   2    A.   I WAS NOT.

10:28AM   3    Q.   OKAY.  AND SO, AGAIN, IT'S YOUR, YOUR -- WE'VE TALKED

10:29AM   4    ABOUT THE IMPORTANCE OF YOUR JOB AND ALL OF THE

10:29AM   5    RESPONSIBILITIES THAT YOU HOLD, AND YOU FELT LIKE YOU WERE

10:29AM   6    COMPENSATED FAIRLY FOR THAT?

10:29AM   7    A.   YES.

10:29AM   8    Q.   OKAY.  AND --

10:29AM   9    A.   IN RETROSPECT, GIVEN THE QUALITY ISSUES AND THE RISKS,

10:29AM  10    PROFESSIONAL RISKS AND PROBLEMS AT THERANOS, I THINK THAT I

10:29AM  11    SHOULD HAVE BEEN PAID MUCH, MUCH MORE.

10:29AM  12         AND IN VIEW OF THE LEGAL EXPENSES THAT I'VE HAD TO GO

10:29AM  13    THROUGH IN THE LAST SEVEN OR EIGHT YEARS.

10:29AM  14              MR. WADE:  I WOULD MOVE TO STRIKE, YOUR HONOR.

10:29AM  15              THE COURT:  THE LAST PORTION WILL BE STRICKEN AS

10:29AM  16    NONRESPONSIVE.

10:29AM  17    BY MR. WADE:

10:29AM  18    Q.   NOW, MANY OF THE CONCERNS THAT THE GOVERNMENT DISCUSSED

10:29AM  19    WITH YOU WERE CONCERNS THAT HAD HAPPENED IN THE FIRST HALF OF

10:29AM  20    2014.

10:29AM  21         DO YOU RECALL THAT?

10:30AM  22         IF YOU'RE UNCERTAIN, I CAN HELP REFRESH YOUR RECOLLECTION

10:30AM  23    A BIT.

10:30AM  24    A.   SURE.

10:30AM  25    Q.   DO YOU RECALL THERE WERE SOME EMAILS IN MARCH OF 2014

ROSENDORFF CROSS BY MR. WADE (RES.)                                     2179

10:30AM  1    ABOUT QUALITY CONTROL?

10:30AM  2    A.   YES.

10:30AM  3    Q.   DO YOU RECALL THAT?

10:30AM  4    A.   YES.

10:30AM  5    Q.   WITHIN ONE OF THE EMAILS THERE WERE SOME, THERE WERE SOME

10:30AM  6    STATS THAT WERE SHOWN TO YOU ABOUT THE QUALITY CONTROL

10:30AM  7    PERFORMANCE?

10:30AM  8    A.   YES.

10:30AM  9    Q.   OKAY.  AND, AGAIN, QUALITY CONTROL WAS SOMETHING THAT YOU

10:30AM 10    WERE ATTENTIVE TO IN YOUR JOB?

10:30AM 11    A.   YES.

10:30AM 12    Q.   OKAY.  AND WHEN YOU WERE LOOKING AT THOSE ISSUES, YOU

10:30AM 13    WEREN'T ALWAYS SURE WHAT THE ROOT CAUSE OF THE ISSUE WAS;

10:30AM 14    RIGHT?

10:30AM 15    A.   I NARROWED -- NO, I COULDN'T NOT -- I DIDN'T HAVE DATA TO

10:30AM 16    PINPOINT THE ROOT CAUSE.

10:30AM 17    Q.   RIGHT.  IT WASN'T CLEAR WHAT IT WAS?

10:30AM 18    A.   ALL THAT I KNEW WAS THAT THE INSTRUMENT WAS NOT PERFORMING

10:30AM 19    ANYWHERE CLOSE TO THE PERFORMANCE THAT WE SAW IN THE VALIDATION

10:30AM 20    STUDIES.

10:30AM 21    Q.   UNDERSTOOD.

10:30AM 22         AND SO WHAT YOU WERE DOING WHEN YOU WERE DOING QUALITY

10:30AM 23    CONTROL WAS TESTING THE PERFORMANCE AND QUALITY CONTROL BACK TO

10:31AM 24    THE VALIDATION STUDY; RIGHT?

10:31AM 25    A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2180

10:31AM  1    Q.   OKAY.  I DIDN'T SEE THAT REFERENCED SPECIFICALLY IN THAT

10:31AM  2    POLICY, BUT MAYBE AS A LAB DIRECTOR THAT WOULD BE SOMETHING

10:31AM  3    THAT YOU WOULD LOOK AT?

10:31AM  4    A.   YES.

10:31AM  5    Q.   OKAY.  AS PART OF YOUR OVERALL COMPLIANCE

10:31AM  6    RESPONSIBILITIES?

10:31AM  7    A.   YES.

10:31AM  8    Q.   THAT'S A PRETTY SOPHISTICATED ANALYSIS, ISN'T IT?

10:31AM  9    A.   WELL, I, I WAS OBLIGED TO MAKE AN ASSESSMENT OF WHETHER

10:31AM  10   THE INSTRUMENTS WERE PERFORMING ACCORDING TO THE PASSING

10:31AM  11   CRITERIA AND SPECIFICATIONS THAT WERE DEMONSTRATED IN THE

10:31AM  12   VALIDATION REPORT.

10:31AM  13        IF THAT WAS NOT THE CASE, THEN THAT WOULD POINT TO A

10:31AM  14   SERIOUS PROBLEM.

10:31AM  15   Q.   RIGHT.  AND IF IT POINTED TO A SERIOUS PROBLEM OF A

10:31AM  16   SUFFICIENT NATURE, YOU WOULD PULL THE ASSAY, WOULDN'T YOU?

10:31AM  17   A.   YES.

10:31AM  18   Q.   YES.  THAT WAS YOUR OBLIGATION TO PULL THAT ASSAY IF IT

10:31AM  19   RAISED TO A CERTAIN LEVEL THAT YOU DIDN'T THINK IT COULD

10:31AM  20   PROVIDE SAFE AND RELIABLE RESULTS TO PATIENTS; RIGHT?

10:32AM  21   A.   YES.

10:32AM  22   Q.   AND YOU DID THAT SOMETIMES ON A --

10:32AM  23   A.   IN CERTAIN INSTANCES, YES.

10:32AM  24   Q.   AND THAT WAS SOMETHING THAT YOU WERE MONITORING REGULARLY?

10:32AM  25   A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2181

10:32AM  1    Q.   AND YOU HAD THE SOPHISTICATION AND EXPERIENCE TO DO THAT?

10:32AM  2    A.   YES.

10:32AM  3    Q.   AND YOU HAD ACCESS TO ALL OF THE DATA TO DO THAT; RIGHT?

10:32AM  4    A.   YES.

10:32AM  5    Q.   AND IF IT WASN'T IN FRONT OF YOU IN AN EMAIL, YOU COULD GO

10:32AM  6    AND ASK MR. GEE OR ONE OF THE OTHER PEOPLE WHO WORKED FOR YOU

10:32AM  7    TO PULL WHATEVER INFORMATION YOU NEEDED TO DO THAT ANALYSIS;

10:32AM  8    RIGHT?

10:32AM  9    A.   YES.

10:32AM  10   Q.   AND AT TIMES YOU DID; RIGHT?

10:32AM  11   A.   YES.

10:32AM  12   Q.   YEAH.  AND THERE WERE TIMES WHERE YOU THOUGHT MAYBE SOME

10:32AM  13   OF THE ISSUES RELATED TO REAGENTS; RIGHT?

10:32AM  14   A.   YES.

10:32AM  15   Q.   AND WHETHER THERE WERE CONCERNS ABOUT EITHER THE QUALITY

10:32AM  16   AGE OR SOME PERFORMANCE CHARACTERISTIC OF THE REAGENT; RIGHT?

10:32AM  17   A.   YES.

10:32AM  18   Q.   AND IN THOSE CASES, SOMETIMES WOULD THE PEOPLE WITHIN THE

10:32AM  19   LAB REPLACE THE REAGENTS AND SEE IF OTHER REAGENTS PERFORMED

10:33AM  20   DIFFERENTLY?

10:33AM  21   A.   YES.  I BELIEVE THERE'S SOME EMAILS FROM ERIKA CHEUNG TO

10:33AM  22   THE EFFECT THAT SHE REPLACED THE MANUALLY FILLED CARTRIDGES

10:33AM  23   WITH CAPSYS CARTRIDGES TO SEE IF THAT IMPROVED THE QC

10:33AM  24   PERFORMANCE.

10:33AM  25            MR. WADE:  OKAY.  I JUST HEARD SOMETHING HAPPEN WITH

ROSENDORFF CROSS BY MR. WADE (RES.)                          2182

10:33AM  1      THE MIKE.  IS EVERYTHING OKAY?  I WOULD JUST INQUIRE OF THE

10:33AM  2   COURT.

10:33AM  3          OKAY.  IS IT OKAY?

10:33AM  4          SHOULD WE TAKE JUST A MINUTE, YOUR HONOR?

10:33AM  5              THE CLERK:  LET ME JUST RESET THE SYSTEM.  HOLD ON.

10:33AM  6              THE COURT:  THANK YOU.

10:33AM  7              THE CLERK:  IT WILL JUST TAKE A MOMENT.

10:33AM  8          LET'S TRY IT AGAIN.

10:33AM  9          (PAUSE IN PROCEEDINGS.)

10:33AM 10   BY MR. WADE:

10:33AM 11   Q.   OKAY.  AND YOU CAN HEAR ME OKAY, SIR?

10:33AM 12   A.   YES.

10:33AM 13   Q.   OKAY.  I THINK WE SOLVED IT THERE.

10:34AM 14          LET ME JUST STEP BACK BROADLY AND TALK ABOUT POTENTIAL

10:34AM 15   SOURCES OF ERROR WITHIN THE LAB.

10:34AM 16          OKAY?

10:34AM 17   A.   OKAY.

10:34AM 18   Q.   AND THERE ARE -- DO YOU RECALL THAT THERE ARE SOME BUCKETS

10:34AM 19   THAT ARE PREANALYTIC, ANALYTIC, AND POST-ANALYTIC ERRORS?

10:34AM 20   A.   CORRECT.

10:34AM 21   Q.   AND PREANALYTIC ERRORS ARE ESSENTIALLY MISTAKES OR

10:34AM 22   PROBLEMS THAT HAPPEN BEFORE THE TEST IS ACTUALLY ENTERED INTO A

10:34AM 23   MACHINE; RIGHT?

10:34AM 24   A.   CORRECT.

10:34AM 25   Q.   AND THEN AN ANALYTIC ERROR IS THE ERROR THAT HAPPENS WHEN

ROSENDORFF CROSS BY MR. WADE (RES.)                                2183

10:34AM   1    THE TEST IS RUNNING WITHIN THE MACHINE?

10:34AM   2    A.    ANALYTIC APPLIES TO THE STEPS THAT ARE CONDUCTED WITHIN

10:35AM   3    THE LABORATORY AND IT COULD INCLUDE PREPROCESSING OR

10:35AM   4    PREPARATION OF THE SAMPLES BEFORE THEY GO INTO A MACHINE.

10:35AM   5    Q.    OKAY.  AND THEN POST-ANALYTIC IS WHAT HAPPENS AFTERWARDS;

10:35AM   6    RIGHT?

10:35AM   7    A.    CORRECT.

10:35AM   8    Q.    OKAY.  AND CAN YOU JUST IDENTIFY FOR THE BENEFIT OF THE

10:35AM   9    JURY, GIVE US A SENSE OF, YOU KNOW, WHAT ARE THE PREANALYTIC

10:35AM  10    ERRORS THAT CAN HAPPEN WITHIN A LAB?

10:35AM  11    A.    I CAN TELL YOU ABOUT THE ERRORS THAT HAPPENED AT THERANOS.

10:35AM  12    Q.    I'M JUST WONDERING AND ASKING GENERALLY SO WE CAN GET A

10:35AM  13    SENSE OF THE RANGE OF THE PREANALYTIC ERRORS, OKAY?

10:35AM  14    A.    PROBLEMS WITH SPECIMEN COLLECTION AND THE INTEGRITY OF THE

10:35AM  15    SAMPLE BEFORE IT ARRIVES IN THE LAB, SUCH AS HEMOLYSIS;

10:35AM  16    INTERFERING SUBSTANCES THAT WAS REFERRED TO AS A SPECIFICITY IN

10:35AM  17    THE LAST EMAIL; LIPEMIA IN A SAMPLE; IMPROPER TEMPERATURE

10:35AM  18    EXCURSIONS DURING TRANSPORTATION; SHAKING OF THE SAMPLE;

10:36AM  19    VIBRATION; DAMAGE TO THE SAMPLE; ET CETERA.

10:36AM  20    Q.    AND IF YOU HAVE A LONG LIST, YOU CAN PROBABLY COME UP WITH

10:36AM  21    FIVE OR TEN MORE DO YOU THINK?

10:36AM  22    A.    YEAH.

10:36AM  23    Q.    IT'S BASICALLY IN THAT EARLY PROCESS?

10:36AM  24    A.    IT COULD BE A SPECIMEN MIXUP, SO SWITCHING -- IDENTIFIERS

10:36AM  25    BEING SWITCHED.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2184

10:36AM  1    Q.   AND IT COULD BE A HUMAN ERROR RELATING TO DOCUMENTING

10:36AM  2    SOMETHING WITH RESPECT TO THE LAB ORDER; RIGHT?

10:36AM  3    A.   CORRECT.

10:36AM  4    Q.   IT COULD BE HOW IT'S ENTERED INTO A COMPUTER?

10:36AM  5    A.   CORRECT.

10:36AM  6    Q.   ANYTHING?  THERE'S A WHOLE HOST OF ISSUES WITHIN THAT

10:36AM  7    PREANALYTIC BUCKET; RIGHT?

10:36AM  8    A.   CORRECT.

10:36AM  9    Q.   AND SOMETIMES IT'S HARD TO FIGURE OUT WHAT THE ERROR MIGHT

10:36AM  10   BE; RIGHT?

10:36AM  11   A.   SOMETIMES.

10:36AM  12   Q.   AND THAT'S WHY IF THERE'S A PROBLEM THAT COMES UP, YOU'LL

10:36AM  13   TRY TO GET ALL OF THE DATA THAT YOU CAN RELATING TO A

10:36AM  14   PARTICULAR PATIENT FROM THE LIS SO THAT YOU HAVE THE FULL

10:37AM  15   PICTURE; RIGHT?

10:37AM  16   A.   YES.

10:37AM  17   Q.   OKAY.  AND THEN WHAT IS THE ANALYTIC CATEGORY OF ERRORS?

10:37AM  18   CAN YOU GIVE US A SENSE OF GENERALLY WITHIN THE LAB, WHAT ARE

10:37AM  19   THE AREAS IN WHICH THERE COULD BE ANALYTIC ERRORS?

10:37AM  20   A.   A FLAW IN THE INSTRUMENTATION, IN THE DESIGN OR

10:37AM  21   PERFORMANCE OF THE INSTRUMENTATION; A FAULT IN THE REAGENT, A

10:37AM  22   FLAW IN THE REAGENT ITSELF; POTENTIALLY CONTAMINATION OF THE

10:37AM  23   SAMPLE WITHIN THE LABORATORY, PARTICULARLY FOR MOLECULAR TESTS;

10:37AM  24   CROSS-CONTAMINATION OF ONE SAMPLE TO ANOTHER; SPILLOVER; A

10:37AM  25   TEST -- A LAB TECH NOT FOLLOWING THE OPERATING PROCEDURE AND

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2185

10:37AM  1    ADDING THE WRONG REAGENTS; INSTRUMENT ERRORS; SOFTWARE ERRORS;

10:38AM  2    PIPETTING ERRORS; SKIPPED WELLS; IMPROPER CENTRIFUGATION.  THE

10:38AM  3    LIST GOES ON AND ON.

10:38AM  4    Q.   THE TEMPERATURE OF THE LAB COULD BE BAD?

10:38AM  5    A.   CORRECT.  THE TEMPERATURE AND HUMIDITY HAS TO BE

10:38AM  6    MONITORED.

10:38AM  7    Q.   THE POWER COULD GO OUT?  THERE ARE ALL SORTS OF ISSUES

10:38AM  8    WITHIN THAT PHASE WHERE SOMETHING COULD GO WRONG; RIGHT?

10:38AM  9    A.   CORRECT.

10:38AM  10   Q.   AND IN THE POST-ANALYTIC PHASE, WHAT ARE THE ERRORS THAT

10:38AM  11   CAN HAPPEN IN THE POST-ANALYTIC PHASE?

10:38AM  12   A.   AN ERROR IN THE DATA TRANSMISSION BETWEEN THE LABORATORY

10:38AM  13   RESULTS AND THE ACTUAL REPORT NOT MATCHING UP.

10:38AM  14        AGAIN, YOU CAN HAVE PATIENT IDENTIFIERS BEING SWAPPED OR

10:38AM  15   SOME KIND OF CLERICAL ERROR WHEN THE CLS ENTERS THE DATA INTO

10:38AM  16   THE SYSTEM AND IT DOESN'T COME OUT RIGHT IN THE REPORT;

10:39AM  17   SOFTWARE GLITCHES THAT PREVENT THE REPORT GETTING TO THE

10:39AM  18   INFORMATION; THE WRONG REFERENCE RANGE BEING APPLIED TO A TEST.

10:39AM  19   Q.   AND THESE ARE COMPUTERIZED; RIGHT?

10:39AM  20   A.   YES.

10:39AM  21   Q.   AND SO THERE COULD BE SOME COATING ERROR OR SOME SOFTWARE

10:39AM  22   MALFUNCTION?

10:39AM  23   A.   YES.

10:39AM  24   Q.   AND IT COULD BE AS SIMPLE AS SOME SORT OF TRANSCRIPTION

10:39AM  25   ERROR; RIGHT?

10:39AM   1    A.   YES.

10:39AM   2    Q.   AND WE HAVE SEEN SOME OF MY ERRORS WITH RESPECT TO SOME OF

10:39AM   3    THE NUMBERS IN THIS CASE, HAVEN'T WE?

10:39AM   4    A.   YES.

10:39AM   5    Q.   AND THOSE SECOND TWO CATEGORIES, THOSE ARE CATEGORIES THAT

10:39AM   6    SIMILARLY SOMETIMES YOU WOULD GO AND YOU WOULD GET WHATEVER YOU

10:39AM   7    COULD OUT OF THE LAB INFORMATION SYSTEM IN ORDER TO ASSESS THE

10:39AM   8    PROBLEM; CORRECT?

10:39AM   9    A.   YES.

10:39AM  10    Q.   AND WHEN YOU'RE DOING -- BACK TO THE QC FUNCTION.

10:39AM  11         WHEN THE QC FUNCTION IS BEING PERFORMED BY MR. GEE AND

10:40AM  12    HE'S CREATING DATA THAT IS PRESENTED TO YOU, FOR THE MOST PART

10:40AM  13    YOU'RE LOOKING AT THAT IN THE FIRST INSTANCE ON AN

10:40AM  14    ASSAY-BY-ASSAY BASIS; RIGHT?

10:40AM  15    A.   CORRECT.

10:40AM  16    Q.   AND WE'VE TALKED ABOUT THE WIDE RANGE OF DIFFERENT

10:40AM  17    INSTRUMENTS THAT WERE RUNNING WITHIN THE THERANOS LAB; RIGHT?

10:40AM  18    A.   YES.

10:40AM  19    Q.   AND YOU WOULD LOOK AT QC ON EACH AND EVERY ONE OF THOSE

10:40AM  20    MACHINES; RIGHT?

10:40AM  21    A.   YES.

10:40AM  22    Q.   AND IT'S A BIG JOB?

10:40AM  23    A.   YES.

10:40AM  24    Q.   A LOT OF RESPONSIBILITY FOR MR. GEE; CORRECT?

10:40AM  25    A.   WELL, IT'S A RESPONSIBILITY OF THE CLS'S AND LAB TECHS TO

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2187

10:40AM    1    MAKE SURE THE QC PASSES FOR EACH RUN.  DR. GEE DOESN'T HAVE TO

10:40AM    2    LOOK AT THAT ON A --

10:40AM    3    Q.   RIGHT.  MR. GEE CAN'T GO TO EACH AND EVERY MACHINE AND

10:40AM    4    PERFORM THOSE DAILY QC TESTS; RIGHT?

10:40AM    5    A.   NO.

10:40AM    6    Q.   AND IT'S A TEAM EFFORT TO GET THAT DATA AND TO FEED IT TO

10:40AM    7    MR. GEE; RIGHT?

10:40AM    8    A.   YES.

10:40AM    9    Q.   AND HE THEN DOES AN ANALYSIS OF IT; RIGHT?

10:41AM   10    A.   YES.

10:41AM   11    Q.   AND THEN YOU DO AN ANALYSIS OF IT?

10:41AM   12    A.   YES.

10:41AM   13    Q.   AND IN LOOKING AT THOSE CONCERNS THAT YOU DISCUSSED WITH

10:41AM   14    THE GOVERNMENT ON DIRECT, YOU NEVER INSTRUCTED THE CLIA TEAM AT

10:41AM   15    ANY POINT TO JUST STOP USING THE EDISON DEVICE ALTOGETHER, DID

10:41AM   16    YOU?

10:41AM   17    A.   I DID NOT.  I DID FOR HCG, AND THERE MAY HAVE BEEN ANOTHER

10:41AM   18    TEST THAT WE WERE DISCUSSING WHERE I SAID PLEASE DISCONTINUE ON

10:41AM   19    THE EDISON.

10:41AM   20    Q.   RIGHT.  AND SPECIFICALLY I THINK I SEE THAT AS THE RESULT

10:41AM   21    OF SOME OF YOUR WORK WITHIN THE LAB, YOU IDENTIFIED ISSUES

10:41AM   22    WHERE YOU HALTED ANY REPORTING OF RESULTS; RIGHT?

10:41AM   23    A.   YES.

10:41AM   24    Q.   AND THAT WAS CONSISTENT WITH YOUR REGULATORY

10:41AM   25    RESPONSIBILITY TO MAKE SURE THAT PATIENTS GOT ACCURATE AND

ROSENDORFF CROSS BY MR. WADE (RES.)                        2188

10:41AM   1    RELIABLE RESULTS; RIGHT?

10:41AM   2    A.   YES.

10:41AM   3    Q.   BUT YOU NEVER HALTED THE USE OF THE EDISON SYSTEM

10:41AM   4    ALTOGETHER; CORRECT?

10:42AM   5    A.   NO, NO.

10:42AM   6    Q.   IN FACT, THROUGHOUT YOUR TIME AT THERANOS, THE COMPANY

10:42AM   7    CONTINUED TO VALIDATE TESTS THROUGHOUT THE TIME PERIOD;

10:42AM   8    CORRECT?

10:42AM   9    A.   CORRECT.

10:42AM   10   Q.   OKAY.  I HAVE IN FRONT OF YOU A BINDER OF ASSAY VALIDATION

10:42AM   11   REPORTS.

10:42AM   12        DO YOU SEE THAT BINDER?

10:42AM   13        IT'S A SEPARATE BINDER OF JUST ASSAY VALIDATION REPORTS.

10:43AM   14   A.   YES, I HAVE IT.

10:43AM   15   Q.   AND I WILL REPRESENT TWO THINGS TO YOU, ONE OF WHICH

10:43AM   16   MAY -- HOPEFULLY BOTH OF WHICH ARE COMFORTING.  THESE ARE ALL

10:43AM   17   DOCUMENTS AND VALIDATION REPORTS THAT YOU SIGNED WHILE YOU WERE

10:43AM   18   A LAB DIRECTOR.

10:43AM   19   A.   OKAY.

10:43AM   20   Q.   AND I'M NOT GOING TO GO THROUGH ALL OF THEM.  OKAY?

10:43AM   21        BUT I DO WANT TO GO THROUGH A COUPLE.

10:43AM   22        AND BY STIPULATION WITH THE GOVERNMENT, YOUR HONOR, WE

10:43AM   23   HAVE MOVED THE ADMISSION OF ALL OF THESE VIA WRITTEN DOCUMENT,

10:43AM   24   WHICH I'VE TENDERED TO THE COURT REPORTER JUST SO WE DON'T HAVE

10:43AM   25   TO READ THROUGH ALL OF THE NUMBERS HERE ON THE RECORD IF

| | | |
|---|---|---|
| 10:43AM | 1 | THAT'S -- IF IT'S OKAY WITH THE COURT TO PROCEED IN THAT |
| 10:44AM | 2 | MANNER. |
| 10:44AM | 3 | THE CLERK:  DO YOU HAVE AN EXTRA COPY, COUNSEL? |
| 10:44AM | 4 | MR. WADE:  (HANDING.) |
| 10:44AM | 5 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 10:44AM | 6 | AND YOU'RE GOING TO COVER THESE IN YOUR EXAMINATION? |
| 10:44AM | 7 | MR. WADE:  I'M GOING TO COVER CERTAIN OF THEM IN THE |
| 10:44AM | 8 | EXAMINATION, AND I'LL IDENTIFY THE NUMBERS. |
| 10:44AM | 9 | THE OTHERS WE WOULD LIKE IN EVIDENCE BECAUSE WE MAY USE |
| 10:44AM | 10 | THEM FOR OTHER PURPOSES AND DR. ROSENDORFF SIGNED ALL OF THEM. |
| 10:44AM | 11 | THE COURT:  AND THE -- I'M JUST TRYING TO DISCERN |
| 10:44AM | 12 | WHETHER I NEED TO READ ALL OF THESE NUMBERS TO THE JURY NOW. |
| 10:44AM | 13 | ARE YOU GOING TO TALK ABOUT ALL OF THESE? |
| 10:44AM | 14 | MR. WADE:  AS I GO THROUGH THEM, I CAN IDENTIFY THEM |
| 10:44AM | 15 | AS A DOCUMENT THAT IS IN ADMISSION BY STIPULATION IF THAT'S |
| 10:44AM | 16 | OKAY. |
| 10:44AM | 17 | THE COURT:  WHY DON'T YOU DO THAT. |
| 10:44AM | 18 | LADIES AND GENTLEMEN, YOU'RE GOING TO HEAR TESTIMONY ABOUT |
| 10:44AM | 19 | SOME EXHIBITS.  I DO HAVE A DOCUMENT FROM COUNSEL INDICATING |
| 10:44AM | 20 | THAT THEY HAVE STIPULATED, THEY HAVE STIPULATED TO THE |
| 10:44AM | 21 | ADMISSION OF THESE EXHIBITS. |
| 10:45AM | 22 | PLEASE RECALL IN MY PRELIMINARY INSTRUCTIONS I TOLD YOU |
| 10:45AM | 23 | WHEN THE PARTIES STIPULATE TO SOMETHING, THAT MEANS THAT THEY |
| 10:45AM | 24 | HAVE REACHED AGREEMENT THAT IT MAY BE INTRODUCED INTO EVIDENCE |
| 10:45AM | 25 | AND THAT YOU MAY CONSIDER THAT IN YOUR DELIBERATIONS. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2190

10:45AM   1        THERE ARE PERHAPS 30, 40 NUMBERS HERE.  I'M NOT GOING TO

10:45AM   2   READ THEM ALL TO YOU NOW, BUT COUNSEL HAVE INDICATED THAT THIS

10:45AM   3   PART OF THE EXAMINATION WILL TOUCH ON THESE.  YOU'LL HAVE THE

10:45AM   4   STIPULATION AND IT WILL BE PART OF THE EVIDENCE TO REFER TO

10:45AM   5   SHOULD YOU WISH TO IDENTIFY A SPECIFIC DOCUMENT.

10:45AM   6        AS YOU GO THROUGH, COUNSEL, JUST IDENTIFY, PLEASE, THE

10:45AM   7   DOCUMENTS THAT ARE GOING TO BE ADMITTED PURSUANT TO THE

10:45AM   8   STIPULATION.

10:45AM   9        I THINK THAT WOULD CLEAR THE RECORD.  THANK YOU.

10:45AM  10             MR. WADE:  GREAT.  THANK YOU, YOUR HONOR.

10:45AM  11        AND THANK YOU TO THE GOVERNMENT FOR THE STIPULATION.

10:46AM  12   Q.   I'D LIKE TO FIRST DRAW YOUR ATTENTION TO EXHIBIT 9368,

10:46AM  13   WHICH IS AMONG THE STIPULATED EXHIBITS.  IT'S TOWARDS THE BACK.

10:46AM  14   THEY SHOULD BE NUMERICAL IN ORDER.

10:46AM  15   A.   YES.

10:46AM  16   Q.   OKAY.  AND THIS IS THE VALIDATION REPORT THAT WE'VE BEEN

10:46AM  17   TALKING ABOUT SO MUCH HERE; RIGHT?

10:46AM  18   A.   I'M NOT SURE WHAT YOU MEAN.

10:46AM  19   Q.   OKAY.  YOU RECALL THAT YOU TESTIFIED ABOUT VALIDATION

10:46AM  20   REPORTS FOR THE CLIA LAB PREVIOUSLY?

10:46AM  21   A.   YES.

10:46AM  22   Q.   AND THIS IS AN EXAMPLE OF ONE; RIGHT?

10:46AM  23   A.   YES.

10:46AM  24   Q.   AND THIS IS FOR THE TSH ELISA ASSAY.

10:46AM  25        DO YOU SEE THAT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2191

10:46AM   1      A.   YES.

10:46AM   2      Q.   AND IT'S ON THE EDISON -- IT'S ON THE EDISON THERANOS

10:46AM   3      SYSTEM; RIGHT?

10:46AM   4      A.   YES.

10:46AM   5      Q.   AND THAT'S -- AND THIS IS ONE OF THE EARLIER EDISON

10:47AM   6      ASSAYS; CORRECT?

10:47AM   7      A.   YES.

10:47AM   8      Q.   AND DO YOU SEE YOUR SIGNATURE THERE?  THE DATE IS

10:47AM   9      9-30-2013?

10:47AM   10     A.   YES.

10:47AM   11     Q.   AND SO THIS WOULD HAVE BEEN VALIDATED FOR THE PURPOSES OF

10:47AM   12     THE CLIA LABORATORY AS OF THAT DATE?

10:47AM   13     A.   YES.

10:47AM   14     Q.   AND COULD THEN BE USED CONSISTENT WITH AN APPROPRIATE SOP

10:47AM   15     IN THE CLIA LAB?

10:47AM   16     A.   YES.

10:47AM   17     Q.   FOR PATIENT USE?

10:47AM   18     A.   YES.

10:47AM   19     Q.   AND BY -- DO YOU SEE THAT THERE ARE SEVERAL PEOPLE WHO

10:47AM   20     AFFIX THEIR SIGNATURE TO THESE DOCUMENTS?

10:47AM   21     A.   YES.

10:47AM   22     Q.   AND THOSE ARE OTHER PEOPLE WHO WORKED ON THE DEVELOPMENT

10:47AM   23     OF THESE REPORTS?

10:47AM   24     A.   YES.

10:47AM   25     Q.   OTHER SCIENTISTS AND THE LIKE?

ROSENDORFF CROSS BY MR. WADE (RES.)                    2192

10:47AM  1    A.   CORRECT.

10:47AM  2    Q.   BUT ULTIMATELY YOU'RE THE APPROVER OF THESE POLICIES?

10:47AM  3    A.   I'M -- I APPROVED THE REPORT, YES.

10:48AM  4    Q.   AND --

10:48AM  5    A.   IT'S NOT A POLICY DOCUMENT.

10:48AM  6    Q.   IT'S A DOCUMENT THAT VALIDATES THE TEST AS APPROPRIATE FOR

10:48AM  7    PATIENT USE?

10:48AM  8    A.   CORRECT.

10:48AM  9    Q.   OKAY.  AND IS IT FAIR TO DESCRIBE THIS AS THE TICKET FOR

10:48AM  10   ADMISSION INTO THE CLIA LAB?

10:48AM  11   A.   YES.

10:48AM  12   Q.   OKAY.  WITHOUT ONE OF THESE DOCUMENTS, THERE IS NOT A --

10:48AM  13   A.   IT'S A REQUIRED, IT'S A REQUIRED ELEMENT FOR -- TO BEGIN

10:48AM  14   LAB TESTING.

10:48AM  15        AS I HAVE TESTIFIED BEFORE, THERE ARE A NUMBER OF OTHER

10:48AM  16   ELEMENTS, SUCH AS TRAINING, INSTRUMENT MAINTENANCE, ET CETERA.

10:48AM  17   CHECKING ON THOSE WOULD BE DELEGATED TO THE SUPERVISORS.

10:48AM  18   Q.   OKAY.

10:48AM  19   A.   IN OTHER WORDS, IF THEY SAW A PROBLEM IN ANY OF THOSE

10:48AM  20   AREAS, THEN THERE WOULD NOT BE TESTING.

10:48AM  21   Q.   OKAY.  UNDERSTOOD.

10:48AM  22        BUT THE POINT I JUST WANT TO MAKE SURE OF, AND I THINK

10:48AM  23   WE'RE IN AGREEMENT HERE, IS THAT IF YOU DON'T HAVE ONE OF THESE

10:48AM  24   DOCUMENTS, YOU CANNOT OFFER THE ASSAY WITHIN THE CLIA LAB;

10:48AM  25   CORRECT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                      2193

10:48AM   1      A.   CORRECT.

10:48AM   2      Q.   AND IF THEY DON'T HAVE YOUR SIGNATURE ON THE DOCUMENT WHEN

10:49AM   3      YOU'RE THE LAB DIRECTOR, THAT ASSAY CANNOT GO INTO THE CLIA

10:49AM   4      LAB; CORRECT?

10:49AM   5      A.   CORRECT.

10:49AM   6      Q.   AND THIS PARTICULAR ONE CAME IN SEPTEMBER, LATE SEPTEMBER

10:49AM   7      OF 2013; RIGHT?

10:49AM   8      A.   YES.

10:49AM   9      Q.   OKAY.  LET'S WALK THROUGH JUST ONE OF THESE IN A LITTLE

10:49AM  10      MORE DETAIL SO WE CAN MAKE SURE THAT WE UNDERSTAND THIS.

10:49AM  11           IF YOU CAN GO TO PAGE 5 OF THE DOCUMENT, AND IF WE CAN GO

10:49AM  12      UP TO THE ASSAY SPECIFICATIONS.

10:49AM  13           THIS GIVES SORT OF THE OVERVIEW OF THE ASSAY AND AN

10:49AM  14      OVERVIEW OF THE PROCESS OF VALIDATION.

10:49AM  15           IS THAT FAIR?

10:49AM  16      A.   IT'S CLINICAL BACKGROUND, AND THAT'S 1.1; NUMBER 1.2 IS

10:50AM  17      THE ASSAY SPECIFICATIONS THAT HAVE BEEN DEMONSTRATED; AND 1.3

10:50AM  18      IS THE COMPARATOR OR REFERENCE ASSAY THAT WAS USED TO VALIDATE

10:50AM  19      THIS TEST.

10:50AM  20      Q.   AND DO YOU UNDERSTAND -- I THINK YOU TESTIFIED YESTERDAY,

10:50AM  21      A LOT OF THE UNDERLYING DATA WORK HAD BEEN PERFORMED IN A

10:50AM  22      RESEARCH AND DEVELOPMENT FUNCTION?

10:50AM  23      A.   YES.

10:50AM  24      Q.   AND THEN IT WAS BROUGHT INTO THE CLIA LAB AND TESTED BY

10:50AM  25      YOU AND YOUR COLLEAGUES?

ROSENDORFF CROSS BY MR. WADE (RES.)                                  2194

10:50AM   1    A.   YES.

10:50AM   2    Q.   OKAY.  DO YOU SEE AT THE BOTTOM WHERE IT SAYS REGULATION

10:50AM   3    AND GUIDANCE?

10:50AM   4    A.   YES.

10:50AM   5    Q.   OKAY.  AND DO YOU SEE IT SAYS, "THE

10:50AM   6    QUALIFICATION/VALIDATION OF THE ELISA ASSAYS ON THE THERANOS

10:50AM   7    DEVICE WILL BE IN ACCORDANCE WITH 493.1253."

10:50AM   8         DO YOU SEE THAT?

10:50AM   9    A.   YES.

10:50AM  10    Q.   AND THAT'S ACTUALLY, THAT'S THE SAME PROVISION THAT YOU

10:51AM  11    HAD, YOU HAD CUT AND PASTED INTO THAT EMAIL TO MR. BALWANI;

10:51AM  12    RIGHT?

10:51AM  13    A.   YES.

10:51AM  14    Q.   AND YOU HAD SAID THAT THERE WAS ONE ELEMENT OF THAT THAT

10:51AM  15    HADN'T BEEN MET AND THAT YOU WANTED TO HAVE MET?

10:51AM  16    A.   YES.

10:51AM  17    Q.   OKAY.  BUT THOSE, THOSE ARE SORT OF THE REGULATORY

10:51AM  18    REQUIREMENTS BEFORE YOU CAN, YOU CAN OFFER AN ASSAY WITHIN THE

10:51AM  19    CLIA LAB?

10:51AM  20    A.   YES.

10:51AM  21    Q.   AND YOU NEEDED TO ENSURE THAT IT MET THAT REQUIREMENT;

10:51AM  22    RIGHT?

10:51AM  23    A.   YES.

10:51AM  24    Q.   OKAY.  AND YOU DID ENSURE THAT; RIGHT?

10:51AM  25    A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2195

10:51AM   1      Q.   AND IF WE CAN MOVE FORWARD IN THE DOCUMENT TO PAGE 8.

10:52AM   2           DO YOU SEE THE DATA ON THE BOTTOM?  AND THIS IS PART OF

10:52AM   3      THE CALIBRATION WORK THAT WAS DONE?

10:52AM   4      A.   NO.

10:52AM   5      Q.   WELL, LET ME BACK UP TO PAGE 6 TO MAKE SURE THAT I'M

10:52AM   6      GUIDING YOU CORRECTLY.

10:52AM   7           DO YOU SEE SECTION 2 IS CALIBRATION?

10:52AM   8      A.   YES.

10:52AM   9      Q.   AND CALIBRATION OF THE INSTRUMENT WAS SOMETHING THAT WAS

10:52AM  10      NECESSARY IN ORDER FOR IT TO GET VALIDATED; CORRECT?

10:52AM  11      A.   YES.

10:52AM  12      Q.   AND IT IS SOMETHING THAT NEEDED TO BE DOCUMENTED WITHIN

10:52AM  13      THIS REPORT; RIGHT?

10:52AM  14      A.   YES.

10:52AM  15      Q.   OKAY.  AND THEN ALL OF THAT DETAILED DATA IS LAID FORTH

10:52AM  16      WITHIN THAT REPORT ITSELF; CORRECT?

10:52AM  17      A.   YES.

10:52AM  18      Q.   AND LET'S GO FORWARD TO PAGE 8.

10:53AM  19           THERE ARE A NUMBER OF TABLES THAT SUMMARIZE THAT

10:53AM  20      CALIBRATION DATA; RIGHT?

10:53AM  21      A.   YES.

10:53AM  22      Q.   AND WHAT DOES THAT TABLE ON THE BOTTOM OF PAGE 8 DO?

10:53AM  23      A.   SO IT'S TAKING THE DATA FOR EACH CALIBRATOR AND IT'S

10:53AM  24      TRANSLATING INTO AN ACTUAL ANALYTE CONCENTRATION.

10:53AM  25           AND THE NOMINAL CONCENTRATION IS HOW MUCH IS IN THAT, EACH

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2196

10:53AM  1    CALIBRATOR, AND THE THERANOS CONCENTRATION IS HOW MUCH IS BEING

10:53AM  2    REPORTED OUT BY THE INSTRUMENT.

10:53AM  3    Q.   OKAY.  AND THAT IS SOMETHING THAT IS ASSESSED BEFORE IT

10:53AM  4    CAN BE USED; RIGHT?

10:53AM  5    A.   YES.

10:53AM  6    Q.   OKAY.  AND IF YOU LOOK AT THE NEXT SEVERAL PAGES,

10:53AM  7    THERE'S -- I BELIEVE THERE'S MORE CALIBRATION DATA; CORRECT?

10:54AM  8    A.   YES.

10:54AM  9    Q.   OKAY.  LET'S GO TO PAGE 15.

10:54AM  10       AND DO YOU SEE PAGE 15, SECTION 4 OF EXHIBIT 9368

10:54AM  11   REFERENCES THE REFERENCE RANGE?

10:54AM  12   A.   YES.

10:54AM  13   Q.   AND A REFERENCE RANGE NEEDS TO BE CREATED UNDER THE

10:54AM  14   REGULATORY STANDARDS; CORRECT?

10:54AM  15   A.   CORRECT.

10:54AM  16   Q.   AND THAT REQUIRES, THAT REQUIRES DATA ANALYSIS RELATING TO

10:54AM  17   SOME OF THE RESULTS THAT HAVE BEEN OBTAINED; CORRECT?

10:54AM  18   A.   YES.

10:54AM  19   Q.   OKAY.  AND THAT'S WHAT IS DOCUMENTED WITHIN THIS REPORT;

10:54AM  20   RIGHT?

10:54AM  21   A.   YEAH.  THIS IS A VERIFICATION OF THE REFERENCE RANGE USING

10:54AM  22   20 FINGERSTICK SAMPLES FROM NORMAL DONORS.

10:54AM  23   Q.   OKAY.  AND LET'S GO TO PAGE 17.

10:55AM  24       DO YOU SEE ON THE BOTTOM THERE THERE'S A REFERENCE TO

10:55AM  25   PRECISION?

UNITED STATES COURT REPORTERS

ER-5902

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2197

10:55AM  1    A.   YES.

10:55AM  2    Q.   AND PRECISION IS SOMETIMES A PROXY FOR RELIABILITY; IS

10:55AM  3    THAT RIGHT?

10:55AM  4    A.   RELIABILITY IS NOT DEFINED IN ANY REGULATORY OR GUIDANCE

10:55AM  5    DOCUMENT.

10:55AM  6    Q.   OKAY.  IT'S, IT'S A MATTER THAT IS LEFT TO THE JUDGMENT OF

10:55AM  7    THE LABORATORY DIRECTOR?

10:55AM  8    A.   SO THERE'S SOMETHING CALLED ALLOWABLE ERROR FOR AN ASSAY.

10:55AM  9    Q.   TOTAL ALLOWABLE ERROR?

10:55AM  10   A.   TOTAL ALLOWABLE ERROR, YEAH.

10:55AM  11   Q.   AND SOMETIMES REFERRED TO AS TAE?

10:55AM  12   A.   CORRECT.

10:55AM  13   Q.   AND YOU SOMETIMES LOOK AT THAT; RIGHT?

10:55AM  14   A.   YES.

10:55AM  15   Q.   AND YOU ALSO LOOK AT PRECISION DATA I THINK WE HAVE SEEN

10:55AM  16   IN SOME OF THE EMAILS; RIGHT?

10:55AM  17   A.   PRECISION IS REPRODUCIBILITY.

10:55AM  18   Q.   AND IT'S CONSISTENCY DATA ESSENTIALLY; RIGHT?

10:55AM  19   A.   YES.

10:55AM  20   Q.   THE FREQUENCY WITH WHICH THE TESTING CAN TEST THE SAME

10:56AM  21   SAMPLE AND GET THE SAME NUMBER EVERY TIME?

10:56AM  22   A.   YES, YES.

10:56AM  23   Q.   SO, LIKE, FOR EXAMPLE --

10:56AM  24   A.   IT'S NEVER GOING TO GET THE SAME NUMBER BECAUSE THERE'S

10:56AM  25   INHERENT VARIABILITY IN THE PROCESS.  BUT YOU'LL GET VALUES

ROSENDORFF CROSS BY MR. WADE (RES.)                          2198

10:56AM  1    IDEALLY THAT ARE CLOSE TO EACH OTHER.

10:56AM  2    Q.   RIGHT.

10:56AM  3    A.   HOW CLOSE THEY ARE IS PREDEFINED BY THE LABORATORY, HOW

10:56AM  4    CLOSE THEY NEED TO BE.

10:56AM  5    Q.   AND YOU SAY IT'S NEVER GOING TO HIT THE SAME NUMBER

10:56AM  6    BECAUSE IT'S THE SAME BLOOD; RIGHT?

10:56AM  7    A.   CORRECT.

10:56AM  8    Q.   AND IT TYPICALLY HAS THE SAME AMOUNT OF AN ANALYTE WITHIN

10:56AM  9    IT; RIGHT?

10:56AM  10   A.   RIGHT.

10:56AM  11   Q.   AND BECAUSE OF INSTRUMENTATION AND OTHER FACTORS, THERE'S

10:56AM  12   WHAT YOU DESCRIBED AS VARIABILITY; RIGHT?

10:56AM  13   A.   RIGHT.  BUT YOU ALSO HAVE TO BEAR IN MIND THAT IT'S NOT

10:56AM  14   NECESSARILY -- IF THE ANALYTE IS AT VERY LOW ABUNDANCE, THE

10:56AM  15   FIRST TIME YOU TAKE AN ALIQUOT YOU MIGHT GET TEN MOLECULES, AND

10:57AM  16   THE NEXT TIME YOU TAKE AN ALIQUOT YOU MIGHT GET EIGHT

10:57AM  17   MOLECULES.

10:57AM  18   Q.   AND ALL OF THAT CAN AFFECT THE RESULT AS QUANTIFIED BY THE

10:57AM  19   TEST; RIGHT?

10:57AM  20   A.   YES, YES.

10:57AM  21   Q.   AND SO -- BUT THE IDEA OF PRECISION IS TO TEST THE

10:57AM  22   FREQUENCY WITH WHICH, IF YOU PERFORM THE SAME PROCEDURE, YOU

10:57AM  23   CAN GET THE SAME NUMBER; RIGHT?  THAT'S THE GOAL?

10:57AM  24   A.   IT'S NOT THE SAME NUMBER.  I'VE ALREADY EXPLAINED THAT TO

10:57AM  25   YOU.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2199

10:57AM   1       Q.   OKAY.

10:57AM   2       A.   THE NUMBERS ARE SUFFICIENTLY CLOSE TO EACH OTHER AS

10:57AM   3   DEFINED BY A STANDARD DEVIATION.

10:57AM   4       Q.   OKAY.

10:57AM   5       A.   RELATIVE TO THE MEAN OF THOSE NUMBERS.  AND THAT GIVES YOU

10:57AM   6   A CV PERCENTAGE, AND THAT HAS TO MEET PREDEFINED LABORATORY

10:57AM   7   CRITERIA.

10:57AM   8       Q.   OKAY.  LET ME SEE IF I CAN LIKEN THE CONCEPT TO A

10:57AM   9   DAY-TO-DAY EXPERIENCE.

10:57AM  10       IF THERE WAS A SCALE AND I WERE TO GET UP ON THE SCALE AT

10:57AM  11   THE SAME TIME, THAT SCALE MIGHT SAY 145 POUNDS; RIGHT?

10:58AM  12       THE NEXT TIME IT MIGHT SAY 145.3.

10:58AM  13       THE NEXT TIME IT MIGHT SAY 144.7; RIGHT?

10:58AM  14       IT WOULD DEPEND UPON THE PRECISION OF THE SCALE.  RIGHT?

10:58AM  15       A.   CORRECT.

10:58AM  16       Q.   AND THAT VARIABILITY FROM RESULT TO RESULT IS JUST SORT OF

10:58AM  17   THE NATURE OF THE INSTRUMENTATION?

10:58AM  18       A.   THAT'S ONE FACTOR, YES.

10:58AM  19       Q.   RIGHT.  AND IT'S HARD TO KNOW WITH CERTAINTY THE SORT OF

10:58AM  20   TRUE MEASURE OF THE ACTUAL ANALYTE WITHIN BLOOD; RIGHT?

10:58AM  21       A.   WELL, THIS GETS INTO A COMPLICATED DISCUSSION THAT IS

10:58AM  22   PROBABLY NOT APPROPRIATE FOR RIGHT NOW, YEAH.

10:58AM  23       IT GETS INTO THE DISCUSSION OF NUTROLOGY, WHAT A TRUE

10:58AM  24   VALUE IS, BIOLOGICAL TRUE VALUE, THE GOLD STANDARD, ET CETERA.

10:58AM  25       Q.   AND THE GOLD STANDARDS ARE SORT OF AN ESTABLISHED ASSAY

ROSENDORFF CROSS BY MR. WADE (RES.)                    2200

10:59AM  1     AGAINST WHICH ASSAYS ARE FREQUENTLY MEASURED; RIGHT?

10:59AM  2     A.   CORRECT.

10:59AM  3     Q.   AND THAT'S PART OF A VALIDATION PROCESS; RIGHT?

10:59AM  4     A.   CORRECT.

10:59AM  5     Q.   AND LET'S GO BACK TO THE DOCUMENT AND LOOK AT PAGE 20.

10:59AM  6     THIS IS SECTION 5 OF THE REPORT.

10:59AM  7          DOCTOR, I DON'T WANT TO WALK THROUGH ALL THESE REPORTS,

10:59AM  8     BUT AS A GENERAL MATTER, THESE ARE KIND OF SIMILAR DOCUMENTS;

10:59AM  9     RIGHT?  THEY LOOK AT THE SAME ELEMENTS; IS THAT RIGHT?

10:59AM 10     A.   YES.

10:59AM 11     Q.   AND THIS SETS FORTH ACCURACY.

10:59AM 12          DO YOU SEE THAT?

10:59AM 13     A.   YES.

10:59AM 14     Q.   AND WHAT IS DONE TO ASSESS THE ACCURACY OF THE ASSAY

10:59AM 15     BEFORE IT'S PUT WITHIN THE CLIA LAB?

10:59AM 16     A.   A NUMBER OF SAMPLES, PATIENT SAMPLES, ARE COLLECTED.  FOR

11:00AM 17     THE ACCURACY SECTION, THIS WOULD BE VENOUS BLOOD.  THEY'RE

11:00AM 18     UNIQUE PATIENT SAMPLES.  IN THIS CASE THERE WERE 103 COLLECTED,

11:00AM 19     AND SOME WERE BELOW THE REFERENCE RANGE AND SOME OF THEM WERE

11:00AM 20     ABOVE THE REFERENCE RANGE SO THAT YOU MAKE SURE YOU'RE

11:00AM 21     CAPTURING BOTH THE NORMAL AND PATHOLOGICAL STATES.  THOSE

11:00AM 22     SAMPLES WOULD BE RUN ON A THERANOS METHOD AND A PREDICATE

11:00AM 23     METHOD, IN THIS CASE THE IMMULITE.

11:00AM 24     Q.   OKAY.

11:00AM 25     A.   AND THEN YOU COMPARE THOSE DATA AND IDEALLY YOU PLOT THEM

ROSENDORFF CROSS BY MR. WADE (RES.)                    2201

11:00AM   1      AGAINST EACH OTHER AND THERE SHOULD BE A LINEAR ONE-TO-ONE

11:00AM   2      RELATIONSHIP BETWEEN THOSE NUMBERS.

11:00AM   3      Q.   OKAY.  AND THERE OFTEN IS NOT A LINEAR ONE-TO-ONE RATIO,

11:00AM   4      BUT IT NEEDS TO BE WITHIN A CERTAIN RANGE OF ONE-TO-ONE; RIGHT?

11:00AM   5      A.   CORRECT.

11:00AM   6      Q.   AND LET ME SEE IF I CAN UNPACK THAT A LITTLE BIT JUST FOR

11:00AM   7      CLARIFICATION FOR NONSCIENTISTS LIKE ME.  OKAY?

11:01AM   8      A.   UH-HUH.

11:01AM   9      Q.   IS THE IMMULITE COMPARATOR IN THAT, IS THAT THE GOLD

11:01AM  10      STANDARD AGAINST WHICH YOU'RE MEASURING THE PERFORMANCE?

11:01AM  11      A.   IN THIS CASE, YES.

11:01AM  12      Q.   SO THE GOLD STANDARD IS AN EXISTING COMMERCIAL MACHINE;

11:01AM  13      RIGHT?

11:01AM  14      A.   CORRECT.

11:01AM  15      Q.   AND THAT'S APPROVED BY THE FDA; CORRECT?

11:01AM  16      A.   CORRECT.

11:01AM  17      Q.   AND YOU LOOK AT THAT RESULT, AND THEN YOU TAKE THE SAME

11:01AM  18      BLOOD AND YOU RUN IT ON THE THERANOS MACHINE?

11:01AM  19      A.   CORRECT.

11:01AM  20      Q.   OKAY.  AND THEN YOU COMPARE THE RESULTS OF ONE TO THE

11:01AM  21      OTHER; RIGHT?

11:01AM  22      A.   CORRECT.

11:01AM  23      Q.   AND WHAT YOU SAID IS THAT YOU DON'T WANT TO JUST HAVE

11:01AM  24      NORMAL RESULTS TO COMPARE, LIKE THE AVERAGE?

11:01AM  25      A.   RIGHT.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2202

11:01AM   1    Q.   YOU WANT TO MAKE SURE IF SOMEONE HAS, FOR EXAMPLE, AN

11:01AM   2    ELEVATED VITAMIN D LEVEL, THAT IT TESTS THE SAME ON BOTH

11:01AM   3    MACHINES; RIGHT?

11:01AM   4    A.   YES, YES.

11:01AM   5    Q.   OKAY.  AND SIMILARLY, IF THEY HAVE A LOW VITAMIN D

11:01AM   6    LEVEL --

11:01AM   7    A.   YES.

11:01AM   8    Q.   -- THAT THEY TEST THE SAME ON BOTH MACHINES; IS THAT

11:02AM   9    CORRECT?

11:02AM   10   A.   YES, YES.

11:02AM   11   Q.   AND WHEN YOU'RE ASSESSING THE ACCURACY OF A TEST, THAT'S

11:02AM   12   WHAT YOU'RE DOING, YOU'RE COMPARING THERANOS'S PERFORMANCE

11:02AM   13   AGAINST A WELL ESTABLISHED FDA APPROVED MACHINE; RIGHT?

11:02AM   14   A.   YES.

11:02AM   15   Q.   OKAY.  AND IT'S ONLY WHEN THAT GETS WITHIN AN ALLOWABLE

11:02AM   16   RELATIONSHIP THAT IT'S DEEMED SUFFICIENTLY ACCURATE TO BE

11:02AM   17   OFFERED IN A LAB; RIGHT?

11:02AM   18   A.   YES.  THERE'S A, THERE'S A BIAS -- THERE'S A TOTAL

11:02AM   19   ALLOWABLE ERROR THAT IS THE SUM OF THE PRECISION IN THE BIAS

11:02AM   20   THAT CANNOT BE EXCEEDED.

11:02AM   21       SO YOU REALLY LOOK AT THE PERCENT DIFFERENCE IN THE

11:02AM   22   PREDICATE AND THERANOS METHODS, THAT'S YOUR BIAS, AND THEN YOU

11:02AM   23   LOOK AT YOUR CV'S, THAT'S YOUR PRECISION, AND YOU ADD THOSE

11:02AM   24   TOGETHER, AND THEY HAVE TO BE WITHIN THE TOTAL ALLOWABLE ERROR,

11:02AM   25   YEAH.

ROSENDORFF CROSS BY MR. WADE (RES.)                           2203

```
11:02AM   1     Q.   AND THE BIAS IS THE AMOUNT OF WHICH ONE RESULT IS OFF FROM

11:03AM   2     THE GOLD STANDARD; RIGHT?

11:03AM   3     A.   ON AVERAGE.

11:03AM   4     Q.   ON AVERAGE?

11:03AM   5     A.   YES.

11:03AM   6     Q.   AND SO IF THE GOLD STANDARD IS THE BULL'S EYE IN THE

11:03AM   7     TARGET, IT'S THE AMOUNT THAT THE ARROW HITS JUST OUTSIDE OF

11:03AM   8     THAT TARGET; RIGHT?  IT'S A MEASUREMENT AKIN TO SOMETHING LIKE

11:03AM   9     THAT?

11:03AM  10     A.   YES.

11:03AM  11     Q.   OKAY.  AND IF THE ARROW HITS, YOU KNOW, WAY OFF THE TARGET

11:03AM  12     THREE TIMES, YOU PROBABLY HAVE A PROBLEM AND IT'S NOT GOING TO

11:03AM  13     BE SUFFICIENTLY ACCURATE; RIGHT?

11:03AM  14     A.   WELL, YOU'RE LOOKING AT AVERAGE BIAS, SO --

11:03AM  15     Q.   SO YOU COMPUTE THOSE ITEMS WITHIN THE TOTAL RANGE?  THE

11:03AM  16     TOTALITY OF THE GROUP OF TESTS HAS TO BE SUFFICIENTLY CLOSE TO

11:03AM  17     THAT BULL'S EYE --

11:03AM  18     A.   YES.

11:03AM  19     Q.   -- TO BE CONSIDERED ACCURATE FOR PATIENT USE; RIGHT?

11:03AM  20     A.   EACH -- SO IF YOU LOOK AT TABLE 12, YOU KNOW, EACH --

11:03AM  21     THERE'S A --

11:04AM  22     Q.   COULD WE PULL UP TABLE 12 FOR THE JURY, PLEASE.  THAT'S ON

11:04AM  23     PAGE 21.

11:04AM  24          SHOULD WE BLOW UP THE TOP, DOCTOR?

11:04AM  25     A.   YES.
```

ROSENDORFF CROSS BY MR. WADE (RES.)                              2204

11:04AM   1    Q.   OKAY.  LET'S BLOW UP THE TOP.

11:04AM   2    A.   YOU SEE THAT THE THERANOS RESULTS ARE FAIRLY CLOSE TO THE

11:04AM   3    IMMULITE RESULTS.

11:04AM   4        THE IMMULITE RESULTS ARE SHOWING AS REPORTED VALUE, AND

11:04AM   5    THE RECOVERIES FOR THE MOST PART ARE CLOSE TO 100 PERCENT WITH

11:04AM   6    A FEW EXCEPTIONS, RIGHT?

11:04AM   7        TSH 09, THE RECOVERY IS ONLY 54 PERCENT, AND FOR TSH 17,

11:04AM   8    THE RECOVERY IS 200 PERCENT.

11:04AM   9        ALL OF THAT GETS AVERAGED OUT IN A BIAS CALCULATION.

11:05AM  10    Q.   AND THAT'S WHY YOU HAVE A UNIVERSE OF DATA AND YOU -- IN

11:05AM  11    AGGREGATE, THEY HAVE TO HIT THE TARGET OR BE SUFFICIENTLY CLOSE

11:05AM  12    TO THE TARGET; CORRECT?

11:05AM  13    A.   CORRECT.

11:05AM  14    Q.   AND IT'S ONLY WHEN THAT HAPPENS AND IT'S DEEMED

11:05AM  15    SUFFICIENTLY ACCURATE THAT IT CAN GO INTO THE LAB; RIGHT?

11:05AM  16    A.   YES.

11:05AM  17    Q.   LET'S GO TO PAGE 25 AND BLOW UP FIGURE 8.

11:05AM  18        OKAY.  DO YOU SEE, DO YOU SEE THIS CHART?

11:05AM  19    A.   YES.

11:05AM  20    Q.   OKAY.  AND IS THIS THE MEASUREMENT OF ACCURACY THAT THE --

11:06AM  21    THE QUANTIFICATION OF THE MEASUREMENT OF ACCURACY THAT YOU WERE

11:06AM  22    TALKING ABOUT?

11:06AM  23    A.   NO.  THIS IS A PLOT.  ON THE X AXIS YOU HAVE THE PREDICATE

11:06AM  24    RESULTS, AND ON THE Y AXIS YOU HAVE THE THERANOS RESULTS.

11:06AM  25        EACH DATA POINT IS -- SO THE RESULT -- THOSE TWO VALUES

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2205

11:06AM   1    GENERATED THE POINT THAT YOU'RE SEEING ON THE GRAPH, AND THEN

11:06AM   2    WHAT IS CALLED A LINEAR REGRESSION IS PERFORMED WHICH GENERATES

11:06AM   3    A FORMULA THAT RELATES THE ONE RESULT TO THE OTHER, AND THAT'S

11:06AM   4    Y EQUALS 0.9748X, AND THEN AN R SQUARED VALUE, WHICH IS

11:06AM   5    STATISTICAL ESTIMATES OF THE CORRELATION, HOW WELL CORRELATED

11:06AM   6    THOSE RESULTS ARE TO EACH OTHER.

11:06AM   7    Q.   AND THAT R SQUARED THERE --

11:06AM   8    A.   YES.

11:06AM   9    Q.   -- WHICH IS .9205.

11:07AM  10         DO YOU SEE THAT?

11:07AM  11    A.   YES.

11:07AM  12    Q.   AND YOU SAID PERFECT IS 1.0; CORRECT?

11:07AM  13    A.   CORRECT.

11:07AM  14    Q.   AND THERE'S RARELY PERFECT; RIGHT?

11:07AM  15    A.   CORRECT.

11:07AM  16    Q.   AND IT'S A QUESTION OF WHETHER THAT NUMBER IS CLOSE ENOUGH

11:07AM  17    TO 1; IS THAT RIGHT?

11:07AM  18    A.   CORRECT, CORRECT.

11:07AM  19    Q.   AND IN THIS CASE IT WAS?

11:07AM  20    A.   CORRECT.  I'D LIKE TO POINT OUT SOMETHING.

11:07AM  21         I'LL SHUT UP BECAUSE I'M NOT BEING ASKED A QUESTION.

11:07AM  22    Q.   WE'LL KEEP GOING.  WE'RE GOING TO TAKE A BREAK HERE IN A

11:07AM  23    SECOND.

11:07AM  24         IF WE GO TO 8 -- I'M SORRY, PAGE 36, SECTION 8.  THIS

11:07AM  25    IS -- THERE'S A DETAILED SECTION HERE OF DATA RELATING TO

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2206

11:07AM   1    ANTICOAGULANT COMPARISON; RIGHT?

11:08AM   2        DO YOU SEE THAT?

11:08AM   3    A.   JUST GIVE ME A MOMENT TO READ IT, PLEASE.

11:08AM   4        (PAUSE IN PROCEEDINGS.)

11:08AM   5            THE WITNESS:   OKAY.

11:08AM   6    BY MR. WADE:

11:08AM   7    Q.   AND THIS IS ONE OF THE REQUIREMENTS.  YOU NEED TO MAKE THE

11:08AM   8    ASSESSMENT BEFORE THE ASSAY CAN BE VALIDATED?

11:08AM   9    A.   YES.

11:08AM  10    Q.   OKAY.  THAT'S THE ONLY QUESTION THAT I HAVE ON THAT.

11:08AM  11        IF WE CAN GO TO 42 AND LOOK AT SECTION 9.

11:08AM  12        I THINK WE TALKED A LITTLE BIT EARLIER ABOUT SENSITIVITY.

11:09AM  13        DO YOU RECALL THAT?

11:09AM  14    A.   YES.

11:09AM  15    Q.   THAT WAS AN ISSUE THAT YOU RAISED?

11:09AM  16    A.   YES.

11:09AM  17    Q.   AND YOU WANTED TO MAKE SURE THAT SENSITIVITY WAS PROPERLY

11:09AM  18    DOCUMENTED; RIGHT?

11:09AM  19    A.   VALIDATED AND DOCUMENTED, YES.

11:09AM  20    Q.   OKAY.  AND THIS IS THE SECTION OF THE REPORT THAT DOES

11:09AM  21    THAT; RIGHT?

11:09AM  22    A.   YES.

11:09AM  23    Q.   OKAY.  AND THE PAGES THAT FOLLOW HAVE THE DETAILED DATA

11:09AM  24    RELATING TO THAT?

11:09AM  25    A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2207

| | | |
|---|---|---|
| 11:09AM | 1 | Q.   OKAY.  AND LET'S GO TO PAGE 46. |
| 11:09AM | 2 | SECTION 10 IS INTERFERENCE; IS THAT RIGHT? |
| 11:09AM | 3 | A.   YES. |
| 11:09AM | 4 | Q.   OKAY.  AND EXPLAIN TO US WHAT IS DONE TO ASSESS |
| 11:09AM | 5 | INTERFERENCES IN CONNECTION WITH THE VALIDATION OF AN ASSAY |
| 11:09AM | 6 | GENERALLY. |
| 11:09AM | 7 | A.   COMMERCIALLY AVAILABLE INTERFERING SUBSTANCES.  IN THIS |
| 11:09AM | 8 | CASE HEMOGLOBIN, BILIRUBIN, AND TRIGLYCERIDES WERE ADDED TO |
| 11:10AM | 9 | BLOOD AND YOU COMPARE THE VALUES YOU GET WITH THE INTERFERING |
| 11:10AM | 10 | SUBSTANCES ADDED -- YOU COMPARE THE VALUES YOU GET FOR SAMPLES |
| 11:10AM | 11 | WITHOUT THE INTERFERING SUBSTANCES TO VALUES THAT YOU GET WITH |
| 11:10AM | 12 | THE INTERFERING SUBSTANCES AND YOU DETERMINE WHAT -- HOW MUCH |
| 11:10AM | 13 | INTERFERENCE IS THERE. |
| 11:10AM | 14 | Q.   AND THAT'S TO ENSURE THAT THOSE INTERFERING SUBSTANCES |
| 11:10AM | 15 | DON'T GET IN THE WAY OF AN ACCURATE RESULT? |
| 11:10AM | 16 | A.   CORRECT. |
| 11:10AM | 17 | Q.   OKAY.  SO YOU BASICALLY ADD IN ELEMENTS TO SEE IF IT |
| 11:10AM | 18 | TRICKS THE TEST TO GIVING A BAD RESULT? |
| 11:10AM | 19 | A.   CORRECT. |
| 11:10AM | 20 | Q.   OKAY.  BECAUSE SOME OF THOSE ELEMENTS THAT YOU ADD INTO |
| 11:11AM | 21 | THE SAMPLE ACTUALLY DO EXIST IN OTHER PEOPLE'S BLOOD; RIGHT? |
| 11:11AM | 22 | A.   ALL OF THESE DO. |
| 11:11AM | 23 | Q.   ALL OF THEM DO? |
| 11:11AM | 24 | A.   YEAH. |
| 11:11AM | 25 | Q.   SO YOU WANT TO MAKE SURE WHEN THE TEST GOES OUT IN THE |

ROSENDORFF CROSS BY MR. WADE (RES.)                              2208

11:11AM   1    FIELD AND THERE ARE DIFFERENT INTERFERING SUBSTANCES, THAT

11:11AM   2    YOU'RE STILL ABLE TO GET AN ACCURATE RESULT?

11:11AM   3    A.   YES.

11:11AM   4    Q.   OKAY.  AND IF I COULD, JUST FINALLY ON THIS DOCUMENT,

11:11AM   5    BRING YOU TO THE LAST PAGE, WHICH IS PAGE 51.

11:11AM   6         AND DO YOU SEE THIS DOCUMENT REFERENCES THE MANY DIFFERENT

11:11AM   7    MATERIALS THAT HAVE GONE INTO THE WORK AND ANALYSIS RELATING TO

11:11AM   8    THIS ASSAY.

11:11AM   9         DO YOU SEE THAT?

11:11AM  10    A.   YES.

11:11AM  11    Q.   AND MANY OF THESE ARE SPECIFICALLY CITED WITHIN THE

11:11AM  12    REPORT?

11:11AM  13    A.   YES.

11:11AM  14    Q.   AND DIFFERENT SCIENTISTS OVER TIME REFER TO THESE AS

11:11AM  15    STANDARDS AND INFORMATION TO CONSIDER?

11:12AM  16    A.   YES.

11:12AM  17    Q.   AND I TAKE IT, GENERALLY SPEAKING, IF I WERE TO PRINT OUT

11:12AM  18    ALL OF THESE MATERIALS, I WOULD PROBABLY HAVE TO HAND YOU

11:12AM  19    ANOTHER ONE OF THESE BINDERS; IS THAT RIGHT?

11:12AM  20    A.   YEAH.  PLEASE DON'T.

11:12AM  21    Q.   OKAY.

11:12AM  22         WITH THAT, YOUR HONOR, MAY WE TAKE A BREAK?

11:12AM  23         THE COURT:  LET'S DO THAT.  WHY DON'T WE TAKE

11:12AM  24    45 MINUTES, AND WE'LL COME BACK AT NOON.

11:12AM  25         WE'LL GO THEN, LADIES AND GENTLEMEN, UNTIL 2:00 AND TAKE A

ROSENDORFF CROSS BY MR. WADE (RES.)                2209

11:12AM  1          BREAK, AND THEN WE'LL FINISH AT 4:00.

11:12AM  2               HAVE A GOOD LUNCH.

11:12AM  3               (LUNCH RECESS AT 11:12 A.M.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2210

| | | |
|---|---|---|
| 12:02PM | 1 | **AFTERNOON SESSION** |
| 12:02PM | 2 | (JURY IN AT 12:02 P.M.) |
| 12:02PM | 3 | THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD. |
| 12:02PM | 4 | THE JURY AND ALTERNATES ARE PRESENT. |
| 12:02PM | 5 | COUNSEL AND MS. HOLMES IS PRESENT. |
| 12:03PM | 6 | OUR WITNESS IS ON THE STAND. |
| 12:03PM | 7 | YOU'D LIKE TO CONTINUE WITH YOUR EXAMINATION? |
| 12:03PM | 8 | MR. WADE:  I WOULD, YOUR HONOR.  THANK YOU. |
| 12:03PM | 9 | Q.  DR. ROSENDORFF, I BELIEVE BEFORE THE BREAK WE WERE TALKING |
| 12:03PM | 10 | ABOUT VALIDATION REPORTS. |
| 12:03PM | 11 | DO YOU RECALL THAT? |
| 12:03PM | 12 | A.  YES. |
| 12:03PM | 13 | Q.  AND I'D LIKE TO GO TO OUR NEXT VALIDATION REPORT, AND IT'S |
| 12:03PM | 14 | WITHIN THAT BOOK, 9387. |
| 12:03PM | 15 | A.  OKAY.  I HAVE IT. |
| 12:03PM | 16 | MR. WADE:  IT'S IN EVIDENCE PER STIPULATION.  IF WE |
| 12:03PM | 17 | CAN PUBLISH IT. |
| 12:03PM | 18 | (DEFENDANT'S EXHIBIT 9387 WAS RECEIVED IN EVIDENCE.) |
| 12:03PM | 19 | BY MR. WADE: |
| 12:03PM | 20 | Q.  AND CAN YOU IDENTIFY THE ASSAY FOR WHICH THIS WAS A |
| 12:03PM | 21 | VALIDATION REPORT AND THE DEVICE ON WHICH IT WAS VALIDATED? |
| 12:03PM | 22 | A.  THE ASSAY IS TPSA, WHICH IS TOTAL PROSTATE SPECIFIC |
| 12:04PM | 23 | ANTIGEN FOR THE EDISON 3.X SYSTEM. |
| 12:04PM | 24 | Q.  AND THIS WAS AN EDISON ASSAY; CORRECT? |
| 12:04PM | 25 | A.  CORRECT. |

UNITED STATES COURT REPORTERS

**ER-5916**

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2211

12:04PM  1    Q.   AND YOU SIGNED THIS VALIDATION REPORT ON SEPTEMBER 30TH,

12:04PM  2    2013?

12:04PM  3    A.   YES, I DID.

12:04PM  4    Q.   AND YOU BELIEVED THIS ASSAY TO APPROPRIATELY QUALIFY FOR

12:04PM  5    VALIDATION UNDER THE RULES AND REGULATIONS WE'VE BEEN

12:04PM  6    PREVIOUSLY REVIEWING IN CONNECTION WITH THAT?

12:04PM  7    A.   YES, AND THE ASSAY MET THOSE REQUIREMENTS.

12:04PM  8    Q.   OKAY.

12:04PM  9    A.   THE VALIDATION, I'M SORRY.

12:04PM  10   Q.   AND THREE OF YOUR COLLEAGUES ALSO SIGNED OFF ON THAT AS

12:04PM  11   WELL?

12:04PM  12   A.   YES.

12:04PM  13   Q.   IF WE COULD GO TO THE NEXT VALIDATION REPORT, WHICH IS

12:04PM  14   9412.

12:05PM  15        THIS IS IN EVIDENCE PER STIPULATION, AND WE'RE PUBLISHING

12:05PM  16   IT.

12:05PM  17        THIS IS THE VITAMIN D ASSAY VALIDATION REPORT ON THE

12:05PM  18   EDISON 3 SERIES DEVICE; IS THAT RIGHT?

12:05PM  19   A.   CORRECT.

12:05PM  20   Q.   AND THIS, TOO, IS SIGNED ON SEPTEMBER 30TH, 2013?

12:05PM  21   A.   YES.

12:05PM  22   Q.   AND IT'S ALSO SIGNED BY THREE OF YOUR COLLEAGUES?

12:05PM  23   A.   YES.

12:05PM  24   Q.   AND IS IT SIGNED BECAUSE YOU BELIEVED AT THE TIME THIS WAS

12:05PM  25   PRESENTED TO YOU THAT IT QUALIFIED, ACCORDING TO ALL OF THE

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2212

12:05PM  1    REQUIREMENTS NECESSARY TO OFFER A TEST IN THE CLIA LAB?

12:05PM  2    A.   YES, THAT WAS MY BELIEF.

12:05PM  3    Q.   IF WE CAN GO TO THE NEXT VALIDATION REPORT, WHICH IS 9381,

12:05PM  4    WHICH IS ALSO IN EVIDENCE PER STIPULATION.  WE'RE PUBLISHING

12:06PM  5    THAT.

12:06PM  6         THIS IS THE TOTAL T4 ELISA ASSAY VALIDATION REPORT ON THE

12:06PM  7    EDISON 3.5 THERANOS SYSTEM; IS THAT RIGHT?

12:06PM  8    A.   CORRECT.

12:06PM  9    Q.   AND IT IS EFFECTIVE JANUARY 10TH, 2014; IS THAT CORRECT?

12:06PM 10    A.   CORRECT.

12:06PM 11    Q.   AND AS WITH THE PRIOR REPORTS, YOU SIGNED --

12:06PM 12    A.   POINT OF CLARIFICATION.  I SIGNED IT ON THE 14TH.  I'M NOT

12:06PM 13    SURE WHY THE EFFECTIVE DATE IS PRIOR TO THAT.

12:06PM 14    Q.   IS IT POSSIBLE THAT IT HAD BEEN REVIEWED OR SOMETHING

12:06PM 15    PREVIOUSLY?

12:06PM 16    A.   I DON'T RECALL.

12:06PM 17    Q.   OKAY.  WELL, YOU SIGNED IT ON THE 14TH; IS THAT CORRECT?

12:06PM 18    A.   CORRECT.

12:06PM 19    Q.   AND AS OF AT LEAST JANUARY 14TH, 2014, DID YOU BELIEVE IT

12:06PM 20    TO BE -- DID YOU BELIEVE THAT THIS VALIDATION REPORT MET ALL OF

12:06PM 21    THE APPROPRIATE REQUIREMENTS?

12:06PM 22    A.   YES, I DID.

12:06PM 23    Q.   AND DID YOU BELIEVE THEN IT WAS APPROPRIATE TO OFFER THIS

12:06PM 24    ASSAY WITHIN THE CLIA LAB?

12:06PM 25    A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                          2213

12:06PM  1    Q.   OKAY.  IF WE CAN GO TO THE NEXT VALIDATION REPORT, WHICH

12:07PM  2    IS 9382, WHICH IS ALSO IN EVIDENCE BY STIPULATION.

12:07PM  3         WE'RE LOOKING AT THE TOTAL TESTOSTERONE ELISA ASSAY

12:07PM  4    VALIDATION REPORT ON THE EDISON 3.5 THERANOS SYSTEM; CORRECT?

12:07PM  5    A.   CORRECT.

12:07PM  6    Q.   AND THIS SAYS THAT YOU SIGNED THAT DOCUMENT ON

12:07PM  7    JANUARY 15TH, 2014; IS THAT CORRECT?

12:07PM  8    A.   CORRECT.

12:07PM  9    Q.   AND IN SIGNING THAT DOCUMENT, YOU'RE RECOGNIZING THAT THAT

12:07PM  10   ASSAY WAS APPROPRIATE TO BE OFFERED WITHIN THE CLIA LAB?

12:07PM  11   A.   CORRECT.

12:07PM  12   Q.   AND THAT IT MET ALL OF THE APPROPRIATE LEGAL REQUIREMENTS;

12:07PM  13   CORRECT?

12:07PM  14   A.   YES.

12:07PM  15   Q.   IF WE CAN GO NEXT TO 9384.  SINCE THERE'S A BIG WORD IN

12:08PM  16   THIS ONE I'M GOING TO HAVE YOU PRONOUNCE IT.

12:08PM  17        CAN YOU TELL US THIS ASSAY?

12:08PM  18   A.   SURE.  TOTAL TRIIODOTHYRONINE ASSAY.

12:08PM  19   Q.   AND DOES THAT HAVE A SHORT -- IS THAT REFERRED TO AS

12:08PM  20   SOMETHING BY AN ABBREVIATED NAME?

12:08PM  21   A.   T3.

12:08PM  22   Q.   T3.  THIS IS THE T3 ELISA ASSAY VALIDATION REPORT ON THE

12:08PM  23   EDISON 3 SERIES THERANOS SYSTEM?

12:08PM  24   A.   CORRECT.

12:08PM  25   Q.   AND YOU SIGNED THIS DOCUMENT ON JANUARY 20 -- I'M SORRY,

ROSENDORFF CROSS BY MR. WADE (RES.)                          2214

| | | |
|---|---|---|
| 12:08PM | 1 | JANUARY 15TH, 2014? |
| 12:09PM | 2 | A.   YES. |
| 12:09PM | 3 | Q.   AND YOUR COLLEAGUES SIGNED THIS AS WELL? |
| 12:09PM | 4 | A.   YES. |
| 12:09PM | 5 | Q.   AND IN SIGNING THIS, YOU WERE CERTIFYING THAT THIS ASSAY |
| 12:09PM | 6 | WAS APPROPRIATE FOR USE ON PATIENTS WITHIN THE CLIA LAB? |
| 12:09PM | 7 | A.   YES. |
| 12:09PM | 8 | Q.   AND THAT IT MET ALL OF THE APPROPRIATE REQUIREMENTS? |
| 12:09PM | 9 | A.   YES. |
| 12:09PM | 10 | Q.   I'LL MOVE TO THE NEXT REPORT, WHICH IS 9196. |
| 12:09PM | 11 | THIS IS THE HCG ELISA ASSAY VALIDATION REPORT ON THE |
| 12:09PM | 12 | EDISON 3.5 THERANOS SYSTEM? |
| 12:09PM | 13 | A.   IF YOU'LL ALLOW ME A FEW MOMENTS.  9186? |
| 12:09PM | 14 | Q.   OH, MY APOLOGIES, DOCTOR. |
| 12:09PM | 15 | A.   NO PROBLEM. |
| 12:09PM | 16 | Q.   9196, WHICH IS EVIDENCE PER STIPULATION. |
| 12:10PM | 17 | A.   OKAY. |
| 12:10PM | 18 | Q.   DO YOU HAVE THAT IN FRONT OF YOU, DOCTOR? |
| 12:10PM | 19 | A.   YES. |
| 12:10PM | 20 | Q.   OKAY.  THIS IS THE HCG ELISA ASSAY VALIDATION REPORT ON |
| 12:10PM | 21 | THE EDISON 3.5 THERANOS SYSTEM? |
| 12:10PM | 22 | A.   YES. |
| 12:10PM | 23 | Q.   AND IT'S SIGNED BY YOU ON MARCH 19TH, 2014; CORRECT? |
| 12:10PM | 24 | A.   CORRECT. |
| 12:10PM | 25 | Q.   AND IT'S SIGNED BY THREE OF YOUR COLLEAGUES AS WELL? |

ROSENDORFF CROSS BY MR. WADE (RES.)                                     2215

12:10PM    1        A.   CORRECT.

12:10PM    2        Q.   AND YOU SIGNED THAT BECAUSE YOU THOUGHT IT WAS APPROPRIATE

12:10PM    3        TO OFFER THIS ASSAY ON THE EDISON DEVICE IN THE CLIA LAB;

12:10PM    4        CORRECT?

12:10PM    5        A.   AT THE TIME, YES.

12:10PM    6        Q.   AND THAT IT MET ALL OF THE REQUIREMENTS TO BE OFFERED IN

12:10PM    7        THE CLIA LAB ON MARCH 19TH, 2014; CORRECT?

12:10PM    8        A.   YES.

12:10PM    9        Q.   IF I CAN GO TO EXHIBIT 9409, WHICH IS IN EVIDENCE PER

12:11PM   10        STIPULATION.

12:11PM   11             DO YOU HAVE THAT IN FRONT OF YOU, DOCTOR?

12:11PM   12        A.   YES.

12:11PM   13        Q.   AND THIS IS THE VITAMIN B12 ELISA ASSAY VALIDATION REPORT?

12:11PM   14        A.   CORRECT, YES.

12:11PM   15        Q.   ON THE EDISON 3.5 THERANOS SYSTEM?

12:11PM   16        A.   YES.

12:11PM   17        Q.   AND YOU SIGNED THIS DOCUMENT ON AUGUST 5TH, 2014?

12:11PM   18        A.   CORRECT.

12:11PM   19        Q.   AND IT WAS SIGNED BY NINE OF YOUR COLLEAGUES AS WELL?

12:11PM   20        A.   CORRECT.

12:11PM   21        Q.   AND IN SIGNING THIS, YOU WERE RECOGNIZING THAT THIS ASSAY

12:11PM   22        WAS -- HAD MET ALL OF THE REQUIREMENTS UNDER CLIA?

12:11PM   23        A.   CORRECT.

12:11PM   24        Q.   AND THAT IT WAS APPROPRIATE TO BE OFFERED IN USE WITH

12:11PM   25        PATIENTS IN THE CLIA LAB?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2216

12:11PM  1     A.   YES.

12:11PM  2     Q.   OKAY.  IF WE CAN GO TO 9323, WHICH IS IN EVIDENCE PER

12:12PM  3     STIPULATION.

12:12PM  4     A.   I HAVE IT.

12:12PM  5     Q.   AND THIS IS THE PROLACTIN ELISA ASSAY VALIDATION REPORT ON

12:12PM  6     THE EDISON 3.5 THERANOS SYSTEM; IS THAT CORRECT?

12:12PM  7     A.   CORRECT.

12:12PM  8     Q.   AND YOU SIGNED THIS DOCUMENT SEPTEMBER 9TH, 2014?

12:12PM  9     A.   CORRECT.

12:12PM  10    Q.   AND IT WAS SIGNED BY FIVE OF YOUR COLLEAGUES; CORRECT?

12:12PM  11    A.   CORRECT.

12:12PM  12    Q.   AND YOU SIGNED THIS BECAUSE YOU BELIEVED THAT IT MET ALL

12:12PM  13    OF THE LEGAL REQUIREMENTS AND WAS APPROPRIATE TO BE OFFERED AND

12:12PM  14    USED WITH PATIENTS IN THE CLIA LAB; IS THAT CORRECT?

12:12PM  15    A.   CORRECT.

12:13PM  16    Q.   IF WE CAN GO TO 9158, WHICH IS IN EVIDENCE PER

12:13PM  17    STIPULATION.

12:13PM  18    A.   I HAVE IT.

12:13PM  19    Q.   YOU HAVE THAT IN FRONT OF YOU?

12:13PM  20    A.   YES.

12:13PM  21    Q.   AND THIS IS THE ESTRADIOL ELISA ASSAY VALIDATION REPORT ON

12:13PM  22    THE EDISON 3.5 THERANOS SYSTEM; CORRECT?

12:13PM  23    A.   CORRECT.

12:13PM  24    Q.   AND YOU SIGNED THIS DOCUMENT ON SEPTEMBER 18TH, 2014;

12:13PM  25    CORRECT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2217

12:13PM  1    A.   CORRECT.

12:13PM  2    Q.   AND IT WAS SIGNED BY FIVE OF YOUR COLLEAGUES AS WELL;

12:13PM  3    CORRECT?

12:13PM  4    A.   FOUR.

12:13PM  5    Q.   MY APOLOGIES, FOUR OF YOUR COLLEAGUES?

12:13PM  6    A.   CORRECT.

12:13PM  7    Q.   AND YOU SIGNED THIS BECAUSE YOU THOUGHT IT WAS APPROPRIATE

12:13PM  8    TO OFFER THIS WITH PATIENTS IN THE CLIA LAB?

12:13PM  9    A.   YES.

12:13PM  10   Q.   AND YOU FELT THAT THIS MET ALL OF THE REQUIREMENTS SET

12:14PM  11   FORTH IN FEDERAL LAW; IS THAT RIGHT?

12:14PM  12   A.   YES.

12:14PM  13   Q.   OKAY.  I'D LIKE TO PUT UP BEFORE YOU, DR. ROSENDORFF, A

12:14PM  14   DEMONSTRATIVE THAT HAS BEEN OFFERED TO THE COURT AND I

12:14PM  15   UNDERSTAND THE GOVERNMENT HAS STIPULATED TO?

12:14PM  16          MR. BOSTIC:  CORRECT, YOUR HONOR.

12:14PM  17          THE COURT:  THAT CAN BE PUBLISHED NOW.

12:14PM  18   BY MR. WADE:

12:14PM  19   Q.   SIR, WHAT I'VE DONE IS TAKEN A CALENDAR AND RUN THE

12:14PM  20   CALENDAR FROM SEPTEMBER OF 2013 TO SEPTEMBER OF 2014.

12:14PM  21       DO YOU SEE THAT?

12:14PM  22   A.   I SEE THAT.

12:14PM  23   Q.   AND I HAVE HIGHLIGHTED THE DATE ON WHICH YOU SIGNED ASSAY

12:14PM  24   VALIDATION REPORTS FOR THE EDISON ASSAY.

12:15PM  25       DO YOU SEE THAT?

ROSENDORFF CROSS BY MR. WADE (RES.)                          2218

12:15PM   1    A.    OKAY.

12:15PM   2    Q.    AND IF AT ANY POINT WHEN WE TALK ABOUT THIS DEMONSTRATIVE

12:15PM   3    IF YOU WANT TO LOOK BACK AT THOSE VALIDATION REPORTS, YOU JUST

12:15PM   4    LET ME KNOW AND WE'LL GO BACK TO THEM.

12:15PM   5         OKAY?

12:15PM   6    A.    SURE.

12:15PM   7    Q.    AND MY QUESTION FOR YOU AT THIS POINT, SIR, IS -- BEFORE I

12:15PM   8    TURNED TO THE CALENDAR, YOU WOULD NOT HAVE KEPT SIGNING THE

12:15PM   9    VALIDATION REPORTS FOR A 3.5 ASSAY IF YOU THOUGHT THE ASSAY WAS

12:15PM   10   INHERENTLY UNRELIABLE, WOULD YOU?

12:15PM   11   A.    I WOULD NOT.

12:15PM   12   Q.    AND I'D LIKE TO LOOK -- I BELIEVE YOU HAVE A WHITE BINDER

12:15PM   13   STILL IN FRONT OF YOU THAT IS THE GOVERNMENT BINDER.

12:15PM   14   A.    THE WITNESS BINDER?

12:15PM   15   Q.    YES.

12:16PM   16   A.    YES.

12:16PM   17   Q.    YEAH.  DO YOU STILL HAVE THE GOVERNMENT WITNESS BINDER

12:16PM   18   STILL IN FRONT OF YOU?

12:16PM   19   A.    YES, YES.

12:16PM   20   Q.    AND I'D LIKE TO DRAW YOUR ATTENTION TO EXHIBIT 1548.  IT

12:16PM   21   IS IN EVIDENCE, BUT LET'S NOT PUBLISH IT QUITE YET.

12:16PM   22   A.    1548?

12:16PM   23   Q.    YEAH.  DO YOU SEE 1548?

12:16PM   24   A.    YES.

12:16PM   25   Q.    AND DO YOU RECALL THIS IS A DOCUMENT THAT YOU WERE SHOWN

12:16PM   1     THAT RELATES TO THAT EXPERIMENT THAT WAS DONE ON PROFICIENCY

12:16PM   2     TESTING MATERIAL WITH -- ON THE EDISON DEVICE?

12:16PM   3          DO YOU RECALL THAT?

12:16PM   4     A.   YES.

12:16PM   5     Q.   AND THIS DOCUMENT IS DATED FEBRUARY 2ND, 2014; CORRECT?

12:17PM   6     A.   FEBRUARY 20TH, 2014.

12:17PM   7     Q.   I'M SORRY.  FEBRUARY -- ANOTHER ONE OF THOSE TRANSCRIPTION

12:17PM   8     ERRORS THAT ARE BETWEEN THE PAGE AND THE HEAD THAT WE TALKED

12:17PM   9     ABOUT EARLIER; RIGHT?

12:17PM   10    A.   UH-HUH.

12:17PM   11    Q.   AND FEBRUARY 20TH, 2014; CORRECT?

12:17PM   12    A.   CORRECT.

12:17PM   13    Q.   I'M GOING TO PUT THE DOCUMENT UP, BUT I JUST WANT TO LOOK

12:17PM   14    AT IT ON THE CALENDAR HERE.

12:17PM   15         MADAM DEPUTY, CAN I MARK ON THE SCREEN ON THIS?

12:17PM   16             THE CLERK:  YOU SHOULD BE ABLE TO, COUNSEL.

12:17PM   17             MR. WADE:  I CAN'T, BUT WITH THE COURT'S INDULGENCE.

12:17PM   18         (PAUSE IN PROCEEDINGS.)

12:18PM   19    BY MR. WADE:

12:18PM   20    Q.   SINCE I DON'T HAVE THE ABILITY TO WRITE ON THE SCREEN, LET

12:18PM   21    ME JUST NOTE THAT BASED ON YOUR EDUCATION AND TRAINING, YOU

12:18PM   22    RECOGNIZE THAT FEBRUARY 20TH, 2014 FALLS SOMEWHERE BETWEEN

12:18PM   23    THOSE TWO VALIDATION REPORTS ON THE 14TH AND 15TH AND THE

12:18PM   24    VALIDATION REPORT ON MARCH 19TH?

12:18PM   25         DO YOU SEE THAT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2220

12:18PM   1      A.   YES.

12:18PM   2      Q.   IF WE COULD PUBLISH 1548.  AND IF WE CAN JUST GO QUICKLY

12:18PM   3      TO THE SPREADSHEET.

12:18PM   4           LET'S LOOK AT THE DATE JUST SO THAT THE JURY CAN SEE THE

12:18PM   5      DATE.

12:18PM   6           THAT'S FEBRUARY 20TH, 2014.

12:18PM   7           DO YOU SEE THAT?

12:18PM   8      A.   YES.

12:18PM   9      Q.   AND IF WE CAN GO TO THE ATTACHED SPREADSHEET FOR THIS

12:18PM  10      EXHIBIT.

12:19PM  11           DO YOU RECALL BEING SHOWN THIS EXHIBIT?

12:19PM  12      A.   YES.

12:19PM  13      Q.   AND THIS IS DATA THAT YOU WERE MADE AWARE OF IN CONNECTION

12:19PM  14      WITH THIS EXPERIMENT THAT WAS DONE WITHIN THE LAB ON PRECISION

12:19PM  15      TESTING MATERIAL?

12:19PM  16      A.   PROFICIENCY TESTING MATERIAL, YES.

12:19PM  17      Q.   DO YOU RECALL THAT?

12:19PM  18      A.   YES.

12:19PM  19      Q.   AND IF WE CAN GO BACK TO THE DEMONSTRATIVE.

12:19PM  20           THERE WAS NOTHING THAT AROSE AS A RESULT OF THE DATA IN

12:19PM  21      THIS DOCUMENT THAT GAVE YOU SUFFICIENT CONCERN TO STOP YOU FROM

12:19PM  22      SIGNING THAT VALIDATION REPORT ON MARCH 19TH; CORRECT?

12:19PM  23      A.   CORRECT.

12:19PM  24      Q.   WE CAN GO TO THE EXHIBIT IN THE GOVERNMENT'S BINDER 1432.

12:20PM  25      A.   CAN YOU JUST REMIND ME WHEN THIS PROFICIENCY TESTING

ROSENDORFF CROSS BY MR. WADE (RES.)                              2221

```
12:20PM   1    EXERCISE WAS PERFORMED FOR FEBRUARY 20TH?  I BELIEVE SO.

12:20PM   2    FEBRUARY 19TH.

12:20PM   3    Q.   THERE ISN'T A QUESTION PENDING, SIR.

12:20PM   4         THE COURT:  WELL, WILL THAT CLARIFY YOUR PREVIOUS

12:20PM   5    ANSWER?

12:20PM   6         THE WITNESS:  YES.

12:20PM   7         MR. WADE:  OKAY.

12:20PM   8         THE COURT:  WHY DON'T YOU ASK --

12:20PM   9    BY MR. WADE:

12:20PM  10    Q.   I'VE NEVER BEEN ASKED A QUESTION ON EXAMINATION, BUT LET'S

12:20PM  11    START IT NOW.

12:20PM  12         THE COURT:  YOU HAVEN'T BEEN PRACTICING LONG ENOUGH.

12:20PM  13       (LAUGHTER.)

12:20PM  14         THE COURT:  SIR, DO YOU NEED TO GIVE SOME

12:20PM  15    CLARIFICATION TO YOUR PREVIOUS ANSWER?

12:21PM  16         THE WITNESS:  YES.  YES.

12:21PM  17         THE COURT:  OKAY.  WHAT IS IT YOU WOULD LIKE --

12:21PM  18         THE WITNESS:  SO IT APPEARS ON MARCH 19TH I SIGNED A

12:21PM  19    VALIDATION REPORT FOR AN EDISON INSTRUMENT.

12:21PM  20       MY QUESTION IS ABOUT THE TIMING OF THAT RELATIVE TO THE

12:21PM  21    PROFICIENCY TESTING EXERCISE THAT WAS PERFORMED.  WAS IT THE

12:21PM  22    SAME DAY OR --

12:21PM  23    BY MR. WADE:

12:21PM  24    Q.   WOULD YOU LIKE TO LOOK BACK AT THAT EXHIBIT WE WERE JUST

12:21PM  25    DISCUSSING?
```

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2222

```
12:21PM    1      A.   YES.

12:21PM    2      Q.   OR ARE YOU TALKING ABOUT SOME OTHER FACT THAT IS IN YOUR

12:21PM    3      HEAD?  SOME OTHER EVENT?

12:21PM    4      A.   NO.  IT JUST RELATES TO A PREVIOUS QUESTION.

12:21PM    5      Q.   OKAY.  LET'S GO BACK TO THAT DOCUMENT, WHICH WAS -- LET'S

12:21PM    6      SEE IF WE CAN CLARIFY THIS.

12:21PM    7           THIS WAS EXHIBIT 1548.

12:21PM    8      A.   YES.

12:21PM    9      Q.   DO YOU SEE THAT?

12:21PM   10      A.   YES.

12:21PM   11      Q.   AND WE'LL TALK ABOUT PROFICIENCY TESTING IN A BIT, BUT DO

12:21PM   12      YOU RECALL THAT THERE WERE, AFTER THIS TIME PERIOD, THERE WERE

12:21PM   13      A SERIES OF EXPERIMENTS THAT WERE DONE ON THE EDISON DEVICE TO

12:22PM   14      TEST THE ACCURACY ON MARCH 14TH?

12:22PM   15           DO YOU RECALL THAT?

12:22PM   16      A.   NO.

12:22PM   17      Q.   THAT'S NOT WHAT YOU'RE REFERRING TO?

12:22PM   18      A.   NO.

12:22PM   19      Q.   OKAY.  WE'LL TALK ABOUT THAT MORE LATER.

12:22PM   20           THIS PARTICULAR DOCUMENT IS FEBRUARY 20TH, 2014.

12:22PM   21           DO YOU SEE THAT?

12:22PM   22      A.   YES.

12:22PM   23      Q.   OKAY.  DOES THAT REFRESH YOUR RECOLLECTION?

12:22PM   24      A.   YES.

12:22PM   25      Q.   OKAY.  AND IF WE GO BACK TO THE DEMONSTRATIVE.
```

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2223

12:22PM   1          FEBRUARY 20TH IS BEFORE YOU SIGNED THAT NEXT VALIDATION

12:22PM   2     REPORT ON MARCH 19TH; CORRECT?

12:22PM   3     A.   UNDERSTOOD.

12:22PM   4     Q.   OKAY.  CAN WE GO TO EXHIBIT 1432.

12:22PM   5          DO YOU SEE THIS IS A DOCUMENT DATED JANUARY 16TH, 2014?

12:22PM   6          DO YOU SEE THAT?

12:22PM   7     A.   YES.

12:22PM   8     Q.   AND DO YOU RECALL BEING SHOWN THIS BY THE GOVERNMENT?

12:23PM   9     A.   YES.

12:23PM  10     Q.   AND IF YOU GO TO THE THIRD PAGE -- I'M SORRY, LET'S GO TO

12:23PM  11     THE FIFTH PAGE.  I APOLOGIZE AGAIN.  LET'S GO TO THE LAST

12:23PM  12     PAGE, 7, AND WE'LL WORK OUR WAY BACK QUICKLY.

12:23PM  13          DO YOU RECALL WHEN YOU LOOKED AT THIS, THIS WAS QUALITY

12:23PM  14     CONTROL DATA RELATING TO THE EDISON DEVICE?

12:23PM  15     A.   CORRECT.

12:23PM  16     Q.   OKAY.  AND DO YOU SEE ACTUALLY ON PAGE 7 -- AND YOU WERE

12:23PM  17     ASKED ABOUT THIS ON DIRECT EXAMINATION; RIGHT?

12:23PM  18     A.   CORRECT.

12:23PM  19     Q.   OKAY.  DO YOU SEE ON PAGE 7 THERE'S A REFERENCE TO

12:23PM  20     HEPATITIS C VIRUS?

12:23PM  21     A.   YES.

12:23PM  22     Q.   THE HEPATITIS C VIRUS ASSAY WAS NEVER ACTUALLY OFFERED ON

12:23PM  23     THE EDISON DEVICE; CORRECT?

12:23PM  24     A.   NO.  I BELIEVE WE DID RUN IT FOR A PATIENT.  YES, WE DID.

12:23PM  25     Q.   YOU THINK YOU RAN IT ON ONE PATIENT?

ROSENDORFF CROSS BY MR. WADE (RES.)                          2224

12:23PM   1      A.   YES.

12:23PM   2      Q.   AND DID YOU VALIDATE IT FOR THAT PURPOSE?

12:23PM   3      A.   YES.

12:23PM   4      Q.   OKAY.  I HAVEN'T SEEN A VALIDATION REPORT FOR THAT, BUT

12:23PM   5      YOU THINK ON ONE OCCASION YOU VALIDATED IT FOR ONE PATIENT?

12:23PM   6      A.   YES.

12:23PM   7      Q.   APART FROM THAT ONE PATIENT, DO YOU RECALL EVER RUNNING

12:24PM   8      IT?

12:24PM   9      A.   NO.

12:24PM  10      Q.   OKAY.  WHEN YOU VALIDATED IT FOR THAT ONE PATIENT, WERE

12:24PM  11      YOU COMFORTABLE THAT IT WAS SAFE, ACCURATE, AND RELIABLE FOR

12:24PM  12      USE?

12:24PM  13      A.   YES.  I WAS CALLED ON THE WEEKEND TO QUICKLY GO THROUGH

12:24PM  14      THE VALIDATION.

12:24PM  15      Q.   WAS THAT SOME SORT OF AN EMERGENCY PROTOCOL?

12:24PM  16      A.   YES.

12:24PM  17      Q.   AND YOU WERE COMFORTABLE THAT THE ASSAY MET ALL OF THE

12:24PM  18      REQUIREMENTS AT THAT TIME?

12:24PM  19      A.   YES.

12:24PM  20      Q.   OKAY.  GENERALLY THIS DOCUMENT REFERS TO QC DATA FOR

12:24PM  21      VARIOUS EDISON ASSAYS; RIGHT?

12:24PM  22      A.   YES.

12:24PM  23      Q.   AND, IN FACT, IF WE GO TO PAGE 6 OF THE EXHIBIT, AT THE

12:24PM  24      BOTTOM YOU SEE THE EMAILS AND IT SAYS QC FOR EDISON ASSAYS;

12:24PM  25      RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                              2225

12:24PM   1      A.   YES.

12:24PM   2      Q.   AND THERE'S A NUMBER OF CHARTS.  IF WE GO TO PAGE 5,

12:24PM   3      RIGHT?

12:24PM   4           DO YOU SEE THIS?

12:24PM   5      A.   YES.

12:24PM   6      Q.   AND THIS WAS THE DATA THAT YOU WERE SHOWN WHICH WAS THIS

12:24PM   7      SNAPSHOT IN TIME RIGHT HERE.

12:24PM   8           DO YOU RECALL THAT?

12:24PM   9      A.   YES.

12:24PM  10      Q.   AND AS YOU WORK YOUR WAY FORWARD, PAGE 4, THERE'S MORE

12:25PM  11      DATA; RIGHT?  AND YOU'RE DOING MORE ANALYSIS?

12:25PM  12      A.   YES.

12:25PM  13      Q.   AND YOU OFFER -- DO YOU RECALL OFFERING TESTIMONY ABOUT

12:25PM  14      THIS DOCUMENT ON DIRECT EXAMINATION?

12:25PM  15      A.   YES.

12:25PM  16      Q.   AND THIS BEING A SOURCE OF CONCERN?

12:25PM  17      A.   YES.

12:25PM  18      Q.   AND IF WE CAN GO BACK TO THE DEMONSTRATIVE.

12:25PM  19           NOW, THE CONCERNS WEREN'T SUFFICIENTLY SIGNIFICANT THAT IT

12:25PM  20      PROMPTED YOU TO STOP OFFERING THE VALIDATION REPORTS; CORRECT?

12:25PM  21      A.   CORRECT.

12:25PM  22      Q.   AND THE CONCERNS WEREN'T PARTICULARLY SIGNIFICANT THAT YOU

12:25PM  23      PULLED THESE ASSAYS FROM USE WITHIN THE CLIA LAB?

12:25PM  24      A.   SO WHEN I SIGNED THE VALIDATION REPORT, I DON'T KNOW WHAT

12:25PM  25      THE QC IS GOING TO LOOK LIKE BECAUSE IT HASN'T BEEN RUN YET.

ROSENDORFF CROSS BY MR. WADE (RES.)                                  2226

12:25PM   1    Q.   NO, I UNDERSTAND THAT.

12:25PM   2         BUT WHAT I'M SAYING IS THAT YOU HAD SOME QC DATA WITH

12:25PM   3    RESPECT TO ASSAYS THAT WERE PREVIOUSLY IN OPERATION; RIGHT?

12:26PM   4    A.   OTHER ASSAYS, YES.

12:26PM   5    Q.   YEAH, ON THAT DEVICE; RIGHT?

12:26PM   6    A.   YES, YES.

12:26PM   7    Q.   AND THERE WAS NOTHING ABOUT THAT QC DATA THAT GAVE YOU

12:26PM   8    CONCERN THAT PROMPTED YOU TO NOT SIGN THAT ASSAY VALIDATION

12:26PM   9    REPORT ON MARCH 19TH; CORRECT?

12:26PM  10    A.   A DIFFERENT ASSAY.

12:26PM  11    Q.   A DIFFERENT ASSAY; RIGHT?

12:26PM  12    A.   YES.

12:26PM  13    Q.   AND THERE WAS NOTHING ABOUT THE EDISON DEVICE THAT

12:26PM  14    PROMPTED YOU NOT TO SIGN THAT VALIDATION REPORT; RIGHT?

12:26PM  15    A.   CORRECT.

12:26PM  16    Q.   OKAY.  LET'S GO TO 1772 AND LOOK AT THE HEADER ON THE TOP.

12:26PM  17    BLOW UP THE HEADER.

12:26PM  18         DO YOU SEE THIS IS AN EMAIL FROM JUNE 12TH, 2014?

12:26PM  19    A.   YES.

12:26PM  20    Q.   AND DO YOU SEE THAT?  AND LET'S GO TO THE SECOND PAGE.

12:27PM  21         DO YOU RECALL THAT THIS IS SOME QC DATA THAT YOU WERE

12:27PM  22    SHOWN ON DIRECT EXAMINATION?

12:27PM  23    A.   YES.

12:27PM  24    Q.   AND DO YOU RECALL TALKING ABOUT CONCERNS RELATING TO THIS?

12:27PM  25    A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2227

12:27PM   1    Q.   COULD WE GO TO THE DEMONSTRATIVE.

12:27PM   2         THERE WAS NOTHING ABOUT THESE CONCERNS OF JUNE OF 2014

12:27PM   3    THAT PREVENTED YOU FROM SIGNING ASSAY VALIDATION REPORTS FOR

12:27PM   4    THE EDISON IN AUGUST AND SEPTEMBER; CORRECT?

12:27PM   5    A.   CORRECT.

12:27PM   6    Q.   I'M DONE WITH THIS DEMONSTRATIVE.

12:28PM   7         IS IT FAIR TO SAY, SIR, THAT QUALITY CONTROL FAILURES

12:28PM   8    HAPPEN SOMETIMES WITHIN CLIA LABS; RIGHT?

12:28PM   9    A.   YES.

12:28PM   10   Q.   AND I BELIEVE YOU MENTIONED TO THE GOVERNMENT IN ONE OF

12:28PM   11   YOUR INTERVIEWS THAT AT UPMC, IN YOUR EXPERIENCE, THERE WAS A

12:28PM   12   PREDICATE DEVICE THAT WAS 10 PERCENT OR LOWER; RIGHT?

12:28PM   13   A.   YES.

12:28PM   14   Q.   AND I THINK WE'VE ESTABLISHED YOU HAD A WHOLE TEAM WHO WAS

12:28PM   15   SET UP TO REVIEW AND TRACK THIS; RIGHT?

12:28PM   16   A.   I'M SORRY.  COULD YOU REPEAT THE QUESTION?

12:28PM   17   Q.   SURE.  YOU HAD MR. GEE WHO WAS SIGNED UP AND RESPONSIBLE

12:28PM   18   FOR THIS; RIGHT?

12:28PM   19   A.   YES.

12:28PM   20   Q.   AND THEN I THINK YOU TESTIFIED THAT THE PEOPLE WHO

12:28PM   21   OPERATED THE MACHINES NEEDED TO KNOW HOW TO PERFORM QC AS WELL

12:28PM   22   AND GET THAT DATA TO MR. GEE; RIGHT?

12:28PM   23   A.   YES.

12:29PM   24   Q.   AND THEN HE WOULD HAVE TO COMPILE THAT DATA AND PROVIDE IT

12:29PM   25   TO YOU AND OTHERS; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2228

| | | |
|---|---|---|
| 12:29PM | 1 | A.  YES. |
| 12:29PM | 2 | Q.  AND YOU HAD REGULAR MEETINGS WITH MR. GEE TO MONITOR THIS; |
| 12:29PM | 3 | CORRECT? |
| 12:29PM | 4 | A.  YES. |
| 12:29PM | 5 | Q.  I'D LIKE TO -- I'D LIKE YOU TO LOOK AT EXHIBIT 13809. |
| 12:29PM | 6 | DO YOU HAVE THAT IN FRONT OF YOU? |
| 12:29PM | 7 | A.  NOT YET. |
| 12:29PM | 8 | Q.  OKAY.  I'LL GIVE YOU A MINUTE, DOCTOR. |
| 12:29PM | 9 | A.  13809.  WHAT ARE WE REFERRING TO?  ARE WE DONE WITH THE |
| 12:29PM | 10 | GOVERNMENT BINDER? |
| 12:29PM | 11 | Q.  YEAH.  MY APOLOGIES.  WE'RE BACK TO THE BLACK BINDER, |
| 12:30PM | 12 | VOLUME 2 IN YOUR LIBRARY. |
| 12:30PM | 13 | A.  13809? |
| 12:30PM | 14 | Q.  CORRECT. |
| 12:30PM | 15 | A.  OKAY. |
| 12:30PM | 16 | Q.  DO YOU HAVE THAT DOCUMENT IN FRONT OF YOU? |
| 12:30PM | 17 | A.  YES. |
| 12:30PM | 18 | Q.  AND THIS IS A QUALITY SYSTEMS PRESENTATION THAT WAS |
| 12:30PM | 19 | PREPARED BY LANGLY GEE. |
| 12:30PM | 20 | DO YOU RECALL? |
| 12:30PM | 21 | A.  I'M READING IT NOW. |
| 12:30PM | 22 | I DON'T RECALL THE PRESENTATION. |
| 12:30PM | 23 | Q.  YEAH.  YOU WERE CALLED -- YOU HAD REGULAR QUALITY SYSTEMS |
| 12:30PM | 24 | MEETINGS WITHIN THE LAB FUNCTION? |
| 12:30PM | 25 | A.  I MET WITH LANGLY ONCE A MONTH. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2229

| | | |
|---|---|---|
| 12:31PM | 1 | Q.   AND THAT YOU WOULD DIRECT HIM TO PREPARE SUMMARY DATA AND |
| 12:31PM | 2 | INFORMATION? |
| 12:31PM | 3 | A.   YES. |
| 12:31PM | 4 | Q.   WITH RESPECT TO THAT? |
| 12:31PM | 5 | A.   YES. |
| 12:31PM | 6 | Q.   DO YOU RECALL THAT? |
| 12:31PM | 7 | A.   YES. |
| 12:31PM | 8 | Q.   AND THAT WAS PART OF YOUR ENSURING THAT YOU WERE |
| 12:31PM | 9 | DISPATCHING YOUR RESPONSIBILITIES AS LAB DIRECTOR; RIGHT? |
| 12:31PM | 10 | A.   YES. |
| 12:31PM | 11 | Q.   AND ONE OF THE WAYS HE DISPATCHED HIS RESPONSIBILITIES WAS |
| 12:31PM | 12 | TO COMPILE THAT INFORMATION AND TO PROVIDE IT TO YOU AND |
| 12:31PM | 13 | PRESENT IT TO YOU; RIGHT? |
| 12:31PM | 14 | A.   CORRECT. |
| 12:31PM | 15 | Q.   TAKE A MINUTE AND LOOK AT THIS DOCUMENT. |
| 12:31PM | 16 | MY QUESTION FOR YOU, THIS IS ONE OF THOSE PRESENTATIONS |
| 12:31PM | 17 | WHERE HE DID THAT; CORRECT? |
| 12:31PM | 18 | A.   THIS IS A QUALITY SYSTEMS PRESENTATION THAT WAS PRESENTED |
| 12:31PM | 19 | TO THE CLS GROUP AND PERHAPS OTHERS, AND IT'S DIFFERENT FROM |
| 12:31PM | 20 | THE MONTHLY QC MEETINGS I HAD WITH LANGLY. |
| 12:31PM | 21 | Q.   OKAY.  SO THIS IS A BROADLY PRESENTED WITHIN THE COMPANY? |
| 12:32PM | 22 | A.   YES. |
| 12:32PM | 23 | MR. WADE:  MOVE TO ADMIT EXHIBIT 13809. |
| 12:32PM | 24 | MR. BOSTIC:  NO OBJECTION. |
| 12:32PM | 25 | THE COURT:  IT'S ADMITTED AND MAY BE PRESENTED. |

ROSENDORFF CROSS BY MR. WADE (RES.)

| | | |
|---|---|---|
| 12:32PM | 1 | (DEFENDANT'S EXHIBIT 13809 WAS RECEIVED IN EVIDENCE.) |
| 12:32PM | 2 | BY MR. WADE: |
| 12:32PM | 3 | Q.   AND GIVE US A SENSE WHO MIGHT BE IN THE ROOM FOR THIS |
| 12:32PM | 4 | PRESENTATION. |
| 12:32PM | 5 | A.   I DO NOT RECALL. |
| 12:32PM | 6 | Q.   AND WERE THESE QUARTERLY MEETINGS? |
| 12:32PM | 7 | A.   WELL, THIS ONE SAYS Q1/Q2.  SO IT LOOKS LIKE THERE ARE TWO |
| 12:32PM | 8 | QUARTERS WRAPPED UP IN THIS REVIEW.  THEY'RE SUPPOSED TO BE |
| 12:32PM | 9 | QUARTERLY. |
| 12:32PM | 10 | Q.   AND THAT'S WHAT YOU REQUESTED? |
| 12:32PM | 11 | A.   YES. |
| 12:32PM | 12 | Q.   ACTUALLY, I THINK IT LOOKS KIND OF LIKE Q3 IN THERE |
| 12:32PM | 13 | BECAUSE YOU WERE IN Q3 BY THIS POINT; RIGHT? |
| 12:32PM | 14 | A.   CORRECT. |
| 12:32PM | 15 | Q.   RIGHT.  JULY IS WITHIN THE THIRD QUARTER? |
| 12:32PM | 16 | A.   CORRECT, CORRECT. |
| 12:32PM | 17 | Q.   AND IF WE CAN GO TO PAGE 2. |
| 12:32PM | 18 | THIS IS AN AGENDA.  AND WAS THIS A MEETING WHERE MR. GEE |
| 12:33PM | 19 | WAS PRESENTING? |
| 12:33PM | 20 | A.   YES. |
| 12:33PM | 21 | Q.   AND HE WOULD PRESENT A SLIDE DECK AND WALK PEOPLE THROUGH |
| 12:33PM | 22 | THIS DATA? |
| 12:33PM | 23 | A.   YES. |
| 12:33PM | 24 | Q.   AND LET'S WALK THROUGH SOME OF THIS.  THE THIRD PAGE IS |
| 12:33PM | 25 | THE MISSION AND CORE STATEMENT. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2231

12:33PM   1          AND DO YOU SEE ON THE BOTTOM THE CORE VALUES THERE?

12:33PM   2     A.   YES.

12:33PM   3     Q.   AND WAS THIS SOMETHING THAT YOU DIRECTED AS THE LAB

12:33PM   4     DIRECTOR?  WAS THIS PART OF YOUR GOALS AND ASPIRATIONS FOR THE

12:33PM   5     ORGANIZATION?

12:33PM   6     A.   I SUPPORTED THE STATED VALUE, OR THE STATED GOAL.  I

12:33PM   7     DIDN'T WRITE THE STATEMENT.

12:33PM   8     Q.   OKAY.  IF WE CAN GO TO THE NEXT PAGE.

12:33PM   9          IN THIS SLIDE, THIS WALKS THROUGH THE THERANOS LABORATORY

12:33PM  10     LICENSES?

12:33PM  11     A.   YES.

12:33PM  12     Q.   AND DOES THIS ACCURATELY, TO THE BEST OF YOUR

12:33PM  13     RECOLLECTION, REFLECT THE STATE OF THE LICENSES OF THE CLIA LAB

12:33PM  14     AT THAT TIME?

12:33PM  15     A.   I HONESTLY RELIED ON LANGLY TO KEEP TRACK OF THE LICENSES

12:34PM  16     AND I DON'T RECALL THE TIMELINE AS I SIT HERE TODAY.

12:34PM  17     Q.   AND DO YOU HAVE ANY REASON TO QUESTION THE ACCURACY OF THE

12:34PM  18     INFORMATION THAT WAS PRESENTED?

12:34PM  19     A.   NO.

12:34PM  20     Q.   OKAY.  LET'S GO TO THE NEXT PAGE.

12:34PM  21          THIS, THIS SLIDE SETS FORTH THE SAMPLE COUNTS AND IT

12:34PM  22     COMPARES IT TO WHAT THE FORECAST WAS.

12:34PM  23          DO YOU SEE THAT?

12:34PM  24     A.   YES.

12:34PM  25     Q.   AND SO ONE OF THE THINGS -- AND WE TALKED ABOUT HOW THERE

ROSENDORFF CROSS BY MR. WADE (RES.)                          2232

12:34PM   1    WAS AN INCREASE IN VOLUME OVER TIME; RIGHT?

12:34PM   2    A.   CORRECT.

12:34PM   3    Q.   AND ONE OF THE THINGS YOU WERE WORKING TO DO IS SORT OF

12:34PM   4    RAMP UP THE OPERATIONS; RIGHT?

12:34PM   5    A.   YES.

12:34PM   6    Q.   AND THERE WAS PROJECTED GROWTH?

12:34PM   7    A.   YES.

12:34PM   8    Q.   AND YOU WERE SORT OF SEEING HOW YOU WERE DOING WITH THE

12:34PM   9    PROJECTED GROWTH?

12:34PM  10    A.   YES.

12:34PM  11    Q.   AND SO IN Q4 OF 2013, THIS WOULD BE THE SAMPLE VOLUME WAS

12:35PM  12    254 SAMPLES?

12:35PM  13    A.   CORRECT.

12:35PM  14    Q.   AND THAT'S MAYBE NOT SURPRISING BECAUSE THE -- I THINK WE

12:35PM  15    SAID THAT THE GENERAL PUBLIC LAUNCH WAS EARLY NOVEMBER.

12:35PM  16         DO YOU RECALL THAT?

12:35PM  17    A.   CORRECT.

12:35PM  18    Q.   OKAY.  AND YOU SEE Q1 IT ACTUALLY GOES UP A LITTLE BIT.

12:35PM  19    IT GOES UP TO 663; IS THAT RIGHT?

12:35PM  20    A.   YES.

12:35PM  21    Q.   AND THAT'S THE TOTAL SAMPLE VOLUME FOR ALL ASSAYS WITHIN

12:35PM  22    THE CLIA LAB?

12:35PM  23    A.   IT LOOKS LIKE THAT.  I DON'T THINK THEY'RE BREAKING IT OUT

12:35PM  24    WITH VACUTAINERS AND CTN'S.

12:35PM  25    Q.   OKAY.  LET'S GO ON AND SEE WHAT OTHER DATA WE SEE.

ROSENDORFF CROSS BY MR. WADE (RES.)                                2233

12:35PM   1            THIS IS THE WALGREENS/THERANOS SAMPLES BY STORE.

12:35PM   2            DO YOU SEE THAT?

12:35PM   3     A.    YES.

12:35PM   4     Q.    AND IF WE LOOK IN THE LEFT-HAND COLUMN, DO YOU SEE THAT IT

12:35PM   5     SAYS THERE WERE 10 SAMPLES IN OCTOBER OF 2013?

12:35PM   6     A.    YES.

12:35PM   7     Q.    AND THEN IT RAMPS UP A LITTLE BIT IN NOVEMBER; RIGHT?

12:36PM   8     A.    YES.

12:36PM   9     Q.    AND AT THAT POINT THERE ARE THREE DIFFERENT LOCATIONS IN

12:36PM  10     NOVEMBER.

12:36PM  11            DO YOU SEE THAT?

12:36PM  12     A.    YES.

12:36PM  13     Q.    AND THEN IT, IT GOES UP A LITTLE BIT MORE IN DECEMBER;

12:36PM  14     RIGHT?

12:36PM  15     A.    YES.

12:36PM  16     Q.    AND THERE'S A FOURTH LOCATION ADDED, IT LOOKS LIKE, BUT

12:36PM  17     MAYBE ONLY ONE SAMPLE WAS DONE THERE FOR A WHILE.  IT LOOKS

12:36PM  18     LIKE MAYBE THAT WAS A SOFT LAUNCH OR SOMETHING.

12:36PM  19     A.    1601 WAS THE ACTUAL THERANOS BUILDING, YEAH.

12:36PM  20     Q.    AND SO YOU BEGAN TRACKING THE SAMPLES THAT WERE BEING RUN

12:36PM  21     WITHIN THE BUILDING?

12:36PM  22     A.    NO, BUT THAT'S ACTUALLY A SAMPLE THAT WAS COLLECTED IN THE

12:36PM  23     BUILDING.

12:36PM  24     Q.    OH, OKAY.  THAT WAS COLLECTED IN THE BUILDING?

12:36PM  25     A.    YEAH.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2234

12:36PM   1    Q.   OKAY.  AND THEN WE SEE SORT OF THE BREAKOUT THERE BY

12:36PM   2    STORE; RIGHT?

12:36PM   3    A.   CORRECT.

12:36PM   4    Q.   THE NEXT PAGE SHOWS AVERAGE PATIENT WAITING TIME.

12:37PM   5         DO YOU SEE THAT?

12:37PM   6    A.   YES.

12:37PM   7    Q.   AND THAT'S IN HOURS I THINK.  AND THAT WAS DATA THAT WAS

12:37PM   8    BEING TRACKED BY THE COMPANY AS WELL; RIGHT?

12:37PM   9    A.   CORRECT.

12:37PM   10   Q.   BECAUSE THAT WOULD AFFECT THE DIFFERENT PROCEDURES YOU

12:37PM   11   MIGHT HAVE TO HAVE IN PLACE DEPENDING ON HOW FREQUENTLY THE

12:37PM   12   CUSTOMERS WERE COMING THROUGH; RIGHT?

12:37PM   13   A.   I DON'T UNDERSTAND YOUR COMMENT.

12:37PM   14   Q.   OKAY.  WELL, LET'S SAY THAT IT SPIKED UP TO THAT THEY WERE

12:37PM   15   WAITING FOR OVER AN HOUR OR SOMETHING.  YOU MIGHT HAVE TO PUT

12:37PM   16   MORE RESOURCES IN A LOCATION; RIGHT?

12:37PM   17   A.   YES.

12:37PM   18   Q.   LET'S GO TO A NEXT LINE.

12:37PM   19   A.   BUT THOSE KIND OF OPERATIONAL DECISIONS WERE NOT MINE TO

12:37PM   20   MAKE.

12:37PM   21   Q.   I UNDERSTAND.  YOU'RE JUST BEING PRESENTED WITH DATA TO

12:37PM   22   GIVE YOU A PICTURE OF WHAT IS HAPPENING; RIGHT?

12:37PM   23   A.   CORRECT.

12:37PM   24   Q.   AND, AND YOU SEE THIS SLIDE, WHICH IS BATES LABEL ENDING

12:38PM   25   515.  IT SAYS REDRAWS BY STORE LOCATION.

ROSENDORFF CROSS BY MR. WADE (RES.)                          2235

12:38PM    1            DO YOU SEE THAT?

12:38PM    2       A.   YES.

12:38PM    3       Q.   AND THE NUMBERS HERE -- THIS IS THE BEST COPY I HAD, SO I

12:38PM    4       APOLOGIZE FOR THE QUALITY OF THE COPY, BUT YOU SEE THE -- YOU

12:38PM    5       CAN SEE ON THE SIDE THAT IT SHOWS HOW MANY THERE ARE, YOU KNOW,

12:38PM    6       IN THAT LEFT-HAND COLUMN?

12:38PM    7       A.   YES.

12:38PM    8       Q.   AND ACCORDING TO MY COUNT WITH MY MICROSCOPE, I COUNTED

12:38PM    9       ABOUT 26 TOTAL REDRAWS IN THE FIRST QUARTER.

12:38PM   10            DOES THAT SEEM AT LEAST ABOUT RIGHT?

12:38PM   11       A.   SO ARE YOU ASKING ME IF THIS DATA IS ACCURATE?

12:38PM   12       Q.   NO.  I'M ASKING YOU IF THAT'S WHAT IT DEPICTS?

12:38PM   13       A.   YES, THAT'S WHAT IT DEPICTS.

12:38PM   14       Q.   IN TERMS OF THE REDRAWS THAT MR. GEE TRACKED AS PART OF

12:39PM   15       HIS QUALITY ASSURANCE PROGRAM?

12:39PM   16       A.   YES, THAT'S WHAT THIS DEPICTS.

12:39PM   17       Q.   OKAY.  AND I THINK WE SAW THERE WERE 663 SAMPLES IN

12:39PM   18       QUARTER 1.

12:39PM   19       A.   CORRECT.

12:39PM   20       Q.   AND IF WE CAN GO TO THE NEXT SLIDE, THIS TRACKS OUT VERY

12:39PM   21       SPECIFICALLY THE REASONS FOR THE REDRAWS.

12:39PM   22            DO YOU SEE THIS?

12:39PM   23       A.   YES.

12:39PM   24       Q.   AND THIS IS NOW IN JUNE OF 2014; RIGHT?

12:39PM   25       A.   YES.

UNITED STATES COURT REPORTERS

**ER-5941**

ROSENDORFF CROSS BY MR. WADE (RES.)                          2236

| | | |
|---|---|---|
| 12:39PM | 1 | Q.   AND THE VOLUME WAS GOING UP A LITTLE BIT; CORRECT? |
| 12:39PM | 2 | A.   YES. |
| 12:39PM | 3 | Q.   AND SO ONE OF THE THINGS THAT YOU WANT TO DO AS PART OF |
| 12:39PM | 4 | YOUR QUALITY ASSURANCE PROGRAM IS THAT YOU WANTED TO TRACK THE |
| 12:39PM | 5 | REASONS THAT THERE ARE REDRAWS SO YOU CAN MAKE IMPROVEMENTS AND |
| 12:39PM | 6 | TRY TO AVOID THOSE IN THE FUTURE; RIGHT? |
| 12:39PM | 7 | A.   YES. |
| 12:39PM | 8 | Q.   OKAY.  IF WE CAN GO TO THE NEXT ONE. |
| 12:39PM | 9 | WE'VE TALKED A LITTLE BIT ABOUT TRAINING, AND I THINK |
| 12:40PM | 10 | YOU'VE EMPHASIZED HOW IMPORTANT IT IS TO HAVE TRAINING; RIGHT? |
| 12:40PM | 11 | A.   CORRECT. |
| 12:40PM | 12 | Q.   AND THIS IS JUST -- THIS DEPICTS THE TRAINING THAT WAS |
| 12:40PM | 13 | PERFORMED BY VARIOUS PERSONNEL WITHIN THE CLIA LAB; IS THAT |
| 12:40PM | 14 | RIGHT? |
| 12:40PM | 15 | A.   CORRECT. |
| 12:40PM | 16 | Q.   AND THAT WAS ONE OF MR. GEE'S RESPONSIBILITIES TO TRACK |
| 12:40PM | 17 | THAT? |
| 12:40PM | 18 | A.   YES. |
| 12:40PM | 19 | Q.   OKAY. |
| 12:40PM | 20 | A.   THIS DEPICTS THE TRAINING AS OF Q1 THE WAY I READ THIS. |
| 12:40PM | 21 | Q.   RIGHT. |
| 12:40PM | 22 | A.   THIS SAYS Q1 IN PARENTHESIS, YEAH. |
| 12:40PM | 23 | Q.   FAIR POINT.  IT SAYS CLIA TRAINING, AND IN PARENTHESIS IT |
| 12:40PM | 24 | SAYS Q1? |
| 12:40PM | 25 | A.   CORRECT. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2237

12:40PM   1      Q.   AND SO IT'S FAIR TO ASSUME IT IS Q1?

12:40PM   2      A.   YES.

12:40PM   3      Q.   AND IS IT FAIR TO SAY THAT TRAINING WAS ONGOING?

12:40PM   4      A.   YES.

12:40PM   5      Q.   AND PARTICULARLY AS NEW PERSONNEL CAME IN?

12:40PM   6      A.   WELL, IF THERE IS A NEW METHOD BEING IMPLEMENTED IN THE

12:40PM   7      LAB, YOU NEED TO HAVE TRAINING ON THAT METHOD.

12:40PM   8           IF IT WAS NEW PERSONNEL, THEY WERE GOING TO NEED TO BE

12:40PM   9      TRAINED ON ALL OF THE METHODS.

12:40PM  10      Q.   I UNDERSTAND.  AND THAT'S PART OF THE REASON THAT YOU HAVE

12:40PM  11      THE DIFFERENT PROTOCOLS; RIGHT?

12:41PM  12      A.   YES, THAT'S TRAINING DOCUMENTS, CORRECT.

12:41PM  13      Q.   LET'S GO TO THE NEXT PAGE.

12:41PM  14           AND THIS DOCUMENT TALKS ABOUT PROCESS IMPROVEMENTS; RIGHT?

12:41PM  15      A.   YES.

12:41PM  16      Q.   BECAUSE THERE WERE GOALS TO CONTINUOUSLY IMPROVE; RIGHT?

12:41PM  17      A.   YES.

12:41PM  18      Q.   AND DO YOU SEE UP TOP THERE IT SAYS THE IMPROVEMENTS TO

12:41PM  19      THE LIS; RIGHT?

12:41PM  20      A.   YES.

12:41PM  21      Q.   AND THAT'S THE DATABASE SYSTEM THAT TRACKS ALL OF THE

12:41PM  22      IMPORTANT DATA WITHIN THE LAB?

12:41PM  23      A.   YES.

12:41PM  24      Q.   AND GIVES YOU ALL OF THOSE DETAILS THAT WE WERE TALKING

12:41PM  25      ABOUT BEFORE?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2238

12:41PM  1      A.   YES.

12:41PM  2      Q.   OKAY.  AND IT NOTES INCREASED STAFF BY 12 EMPLOYEES.

12:41PM  3           DO YOU RECALL THAT?

12:41PM  4      A.   I DO NOT RECALL THAT WE INCREASED STAFF BY 12 EMPLOYEES IN

12:41PM  5      Q1/Q2.

12:41PM  6      Q.   WELL, WE HAVE SOME ORG CHARTS A LITTLE LATER IN THE

12:41PM  7      PRESENTATION AND WE'LL GET THROUGH THOSE AS WE WALK THROUGH AND

12:41PM  8      MAYBE IT WILL REFRESH YOUR RECOLLECTION.  OKAY?

12:41PM  9      A.   YES.

12:41PM  10     Q.   AND DO YOU SEE WHERE IT SAYS EDISON LEVEY-JENNINGS CHARTS

12:41PM  11     CREATED BY KARTHIK?

12:42PM  12     A.   YEAH.

12:42PM  13     Q.   AND KARTHIK WAS A STATISTICIAN THAT WORKED UNDER

12:42PM  14     DR. YOUNG?

12:42PM  15     A.   UM, KARTHIK -- YOU KNOW, KARTHIK WAS A SMART GUY.  I DO

12:42PM  16     NOT KNOW HIS JOB DESCRIPTION WITHIN THE COMPANY.

12:42PM  17     Q.   WAS HE A GUY WHO CRUNCHED A LOT OF NUMBERS?

12:42PM  18     A.   I DON'T RECALL.

12:42PM  19     Q.   OKAY.  BUT YOU SEE THERE THERE'S AN INDICATION THAT HE'S

12:42PM  20     THE ONE WHO CREATED LEVEY-JENNINGS CHARTS; RIGHT?

12:42PM  21     A.   YES.

12:42PM  22     Q.   AND THOSE ARE THE QC CHARTS THAT WE TALKED ABOUT THAT YOU

12:42PM  23     REVIEWED THE WESTGARD RULES UNDER; RIGHT?

12:42PM  24     A.   I REVIEWED WITH LANGLY GEE ONCE A MONTH THE AVERAGE

12:42PM  25     FAILURE RATES ON THE EDISON MACHINES THAT WERE IN OPERATION.  I

ROSENDORFF CROSS BY MR. WADE (RES.)                                2239

| | | |
|---|---|---|
| 12:42PM | 1 | WROTE AN SOP INSTRUCTING THE LAB REGARDING WESTGARD RULES AND |
| 12:42PM | 2 | LEVEY-JENNINGS PLOTS. |
| 12:43PM | 3 |     I DID NOT REVIEW THE -- I DON'T RECALL THAT I REVIEWED THE |
| 12:43PM | 4 | LEVEY-JENNINGS DATA WITH LANGLY EVERY MONTH. |
| 12:43PM | 5 | Q.  OKAY.  BUT YOU WOULD HAVE EXPECTED THAT MR. GEE WOULD DO |
| 12:43PM | 6 | THAT ON A REGULAR BASIS? |
| 12:43PM | 7 | A.  YES. |
| 12:43PM | 8 | Q.  AND YOU WOULD HAVE RELIED UPON HIM FOR THAT? |
| 12:43PM | 9 | A.  YES. |
| 12:43PM | 10 | Q.  AND IF HE HAD AN ISSUE, HE WOULD RAISE IT WITH YOU? |
| 12:43PM | 11 | A.  YES. |
| 12:43PM | 12 | Q.  OKAY.  AND DO YOU SEE THERE AT THE END IT SAYS TRANSFERRED |
| 12:43PM | 13 | FOUR ASSAYS TO NORMANDY. |
| 12:43PM | 14 | DO YOU SEE THAT? |
| 12:43PM | 15 | A.  YES. |
| 12:43PM | 16 | Q.  AND FOR A TOTAL OF EIGHT AT THIS TIME; RIGHT? |
| 12:43PM | 17 | A.  YES. |
| 12:43PM | 18 | Q.  LET'S GO TO THE NEXT SLIDE. |
| 12:43PM | 19 | OKAY.  AND HERE IS A COMPILATION OF QUALITY CONTROL DATA. |
| 12:43PM | 20 | DO YOU SEE THAT? |
| 12:43PM | 21 | A.  YES. |
| 12:43PM | 22 | Q.  AND IT'S BROKEN OUT BY SOME DIFFERENT METHODS; RIGHT? |
| 12:43PM | 23 | A.  YES.  I SEE PREDICATE AND THERANOS METHODS. |
| 12:43PM | 24 | Q.  OKAY.  LET'S FOCUS ON THE -- IF WE CAN BLOW UP KIND OF THE |
| 12:43PM | 25 | LEFT COLUMN. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2240

12:44PM   1        THIS IS TOTAL; RIGHT?

12:44PM   2   A.   YES.

12:44PM   3   Q.   AND SO THIS IS ALL ENCOMPASSING IF YOU LOOK AT ALL THE

12:44PM   4   TESTS OFFERED AND ALL OF THE CONTROLS ANALYZED, RIGHT,

12:44PM   5   INCLUDING THE PREDICATE METHODS?

12:44PM   6   A.   YES.

12:44PM   7   Q.   AND THE FAILURE RATE THERE, BASED ON ALL OF THE CONTROLS,

12:44PM   8   IS .14 PERCENT.

12:44PM   9        DO YOU SEE THAT?

12:44PM  10   A.   IT LOOKS LIKE THESE ARE ALL OF THE TESTS BEING BUNDLED

12:44PM  11   INTO ONE.

12:44PM  12   Q.   ALL TESTS?

12:44PM  13   A.   YEAH.

12:44PM  14   Q.   AND SO ALL OF THE QUALITY CONTROL TESTS?

12:44PM  15   A.   YES.

12:44PM  16   Q.   OKAY.  LET'S GO BACK OUT.

12:44PM  17        MAYBE WE CAN SET THE TABLE.

12:44PM  18        SO IN THE LEFT COLUMN IT LOOKS LIKE YOU HAVE ALL TESTS,

12:44PM  19   AND THEN IN THE MIDDLE IT'S JUST PREDICATE TESTS; CORRECT?

12:44PM  20   A.   CORRECT.

12:44PM  21   Q.   AND BY PREDICATE WE MEAN THOSE BIG MACHINES AND VENOUS

12:44PM  22   DRAWS; RIGHT?

12:44PM  23   A.   CORRECT.

12:45PM  24   Q.   FDA APPROVED MACHINES?

12:45PM  25   A.   YES.

2241

ROSENDORFF CROSS BY MR. WADE (RES.)

12:45PM  1    Q.   AND IN THE RIGHT-HAND COLUMN, THAT'S FOCUSSED ON THERANOS;

12:45PM  2    RIGHT?

12:45PM  3    A.   YES.

12:45PM  4    Q.   AND AT THIS TIME THERE WERE 52 ASSAYS BEING PERFORMED;

12:45PM  5    RIGHT?

12:45PM  6    A.   YES.

12:45PM  7    Q.   AND THAT WAS A COMBINATION, WE'VE TALKED ABOUT THIS AGAIN,

12:45PM  8    BUT THAT WAS A COMBINATION OF THE EDISON ASSAYS AND THE ASSAYS

12:45PM  9    THAT WERE BEING RUN ON THE, ON THE SIEMENS DEVICE WITH MODIFIED

12:45PM 10    TECHNOLOGY; CORRECT?

12:45PM 11    A.   THE QC ON THE SIEMENS DEVICE, IT WAS THE SAME QC FOR BOTH

12:45PM 12    PREDICATE AND THERANOS.

12:45PM 13    Q.   OKAY.  SO SAME QC?

12:45PM 14    A.   CORRECT.

12:45PM 15    Q.   OKAY.  AND THESE NUMBERS, THEY'RE COMBINING THOSE

12:45PM 16    TOGETHER; CORRECT?

12:45PM 17    A.   CORRECT.

12:45PM 18    Q.   AND THE TOTAL FAILURE THERE FOR ALL OF THOSE COMBINED IS

12:45PM 19    2.9 PERCENT; RIGHT?

12:45PM 20    A.   YES.

12:45PM 21    Q.   OKAY.  AND IF, IF WE LOOK UP AT THE TOP -- I'M SORRY, IN

12:46PM 22    THE MIDDLE, DO YOU SEE THE Q1 PREDICATE?

12:46PM 23    A.   YES.

12:46PM 24    Q.   AND THAT SAYS 132 ASSAYS PERFORMED?

12:46PM 25    A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                      2242

12:46PM   1        Q.   AND 8458 CONTROLS ANALYZED?

12:46PM   2        A.   THAT'S A LOT OF CONTROLS GIVEN THERE ARE ONLY 132 ASSAYS

12:46PM   3        RUN.  THAT'S A LOT OF CONTROLS.  I DON'T KNOW WHY SO MANY

12:46PM   4        CONTROLS WERE RUN.

12:46PM   5        Q.   IT WAS MR. GEE'S DATA; RIGHT?

12:46PM   6        A.   YEAH.

12:46PM   7        Q.   AND IT HAS A FAILURE RATE OF .75 PERCENT.

12:46PM   8             DO YOU SEE THAT?

12:46PM   9        A.   I'M READING THAT.

12:46PM  10        Q.   AND IF YOU GO TO THE NEXT SLIDE -- AND THIS ONE IS A

12:46PM  11        LITTLE HARD TO MAKE OUT WITH THE QUALITY OF THE COPY -- BUT

12:47PM  12        THIS BREAKS OUT THE ELISA FAILED QUALITY CONTROL.

12:47PM  13             DO YOU SEE THAT?

12:47PM  14        A.   YES.

12:47PM  15        Q.   AND THESE WOULD HAVE BEEN THE EDISON ASSAYS.

12:47PM  16        A.   CORRECT.

12:47PM  17        Q.   AND WHAT HE'S DOING HERE IS HE'S COMPILING ALL OF THE

12:47PM  18        FAILURES THAT HAPPEN ON AN ASSAY-BY-ASSAY BASIS OVER TIME;

12:47PM  19        CORRECT?

12:47PM  20        A.   IN Q1.

12:47PM  21        Q.   IN Q1.  ON THIS SLIDE IT'S FOR Q1; CORRECT?

12:47PM  22        A.   CORRECT.

12:47PM  23        Q.   AND IT'S SEVEN ASSAYS AT THIS TIME?

12:47PM  24        A.   YES.

12:47PM  25        Q.   OKAY.  SO IT HAS THE TOTAL IN THE BAR GRAPH AND THEN IT

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Amy Mason Saharia
AMY MASON SAHARIA

April 17, 2023