No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

## EXCERPTS OF RECORD
## VOL. XXII of LVII | ER-5950 to ER-6248

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
600 Stewart Street
Suite 400
Seattle, WA 98101
(360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
680 Maine Ave. S.W.
Washington, D.C. 200024
(202) 434-5000
asaharia@wc.com

12:47PM  1    HAS UP AT THE TOP, IT'S HARD TO SEE IN THE COLOR, BUT IT'S --

12:47PM  2    WELL, YOU CAN ACTUALLY SEE IT A LITTLE BETTER ON THE SCREEN --

12:47PM  3    FAILED HIGH AND FAILED LOW.

12:47PM  4         DO YOU SEE THAT?

12:47PM  5    A.   YES.

12:47PM  6    Q.   AND THIS WOULD HAVE BEEN THE COMPILED DATA.  WE TALKED

12:48PM  7    ABOUT HOW WE WOULD COMPILE SOME DATA OVER TIME?

12:48PM  8    A.   YES.

12:48PM  9    Q.   AND YOU WOULD LOOK AT IT.

12:48PM 10         THIS WAS THE COMPILED DATA?

12:48PM 11    A.   THIS IS NOT THE DATA THAT LANGLY WOULD BE PRESENTING TO ME

12:48PM 12    DURING OUR MONTHLY MEETINGS.

12:48PM 13    Q.   OKAY.  YOU WOULD HAVE OTHER DATA FOR THAT?

12:48PM 14    A.   YES.

12:48PM 15    Q.   AND WOULD THAT MAYBE INCLUDE SOMETIMES LEVEY-JENNINGS

12:48PM 16    CHARTS, TOO?

12:48PM 17    A.   NO.

12:48PM 18    Q.   AND JUST MAYBE MORE SUMMARY DATA?

12:48PM 19    A.   IT WOULD BE THE ASSAYS AND THE PERCENT FAILURE RATES FOR

12:48PM 20    THE ASSAYS.

12:48PM 21    Q.   OKAY.

12:48PM 22    A.   THAT WAS BASICALLY IT.  THAT'S WHAT I RECALL AT LEAST.

12:48PM 23    Q.   AND SO THE MATH WOULD BE PERFORMED ESSENTIALLY.  YOU WOULD

12:48PM 24    HAVE --

12:48PM 25    A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                          2244

12:48PM  1   Q.   IT WOULDN'T BE DEPICTED THIS WAY?

12:48PM  2   A.   NO, IT WOULD NOT.

12:48PM  3   Q.   BUT FOR THIS PARTICULAR PRESENTATION, HE DEPICTS IT THIS

12:48PM  4   WAY SO YOU CAN SEE IT?

12:48PM  5   A.   YES.

12:48PM  6   Q.   AND THERE WAS NOTHING ABOUT THIS DATA PRESENTATION THAT

12:48PM  7   PROMPTED YOU TO TAKE DOWN ANY OF THE EDISON ELISA ASSAYS?

12:48PM  8   A.   NO.

12:48PM  9   Q.   OKAY.  LET'S GO TO THE NEXT PAGE.

12:48PM  10      HERE'S A -- THIS IS Q3 EDISON QUALITY CONTROL; RIGHT?

12:49PM  11  A.   SOMETHING IS NOT SQUARING OUT BECAUSE WHEN I LOOK AT THE

12:49PM  12  PERCENT CONTROL FAILURES IN THE TABLE THAT I REVIEWED WITH THE

12:49PM  13  GOVERNMENT AND I LOOK AT THESE BAR GRAPHS, THEY APPEAR TO BE

12:49PM  14  SHOWING -- THEY'RE VERY DIFFERENT.  THE PERCENTAGE GIVES YOU

12:49PM  15  FAILURE RATES THAT APPEAR TO BE MUCH LOWER IN THESE BAR CHARTS

12:49PM  16  THAN IN THE TABLE THAT I REVIEWED WITH THE GOVERNMENT

12:49PM  17  YESTERDAY.

12:49PM  18  Q.   WELL, AS WITH ANY DATA, IT MAY DEPEND UPON THE POINT AT

12:49PM  19  WHICH YOU LOOK AT THE DATA; RIGHT?  IS THAT FAIR WITH DATA?

12:49PM  20  A.   YES, I JUST REVIEWED ONE MONTH.

12:49PM  21  Q.   AND SO WHEN YOU'RE -- DO YOU RECALL WHEN WE WERE LOOKING

12:49PM  22  AT THE VALIDATION REPORT, WE WERE LOOKING AT THE RESULTS AND

12:49PM  23  THERE WAS ONE THAT WAS HIGH, AND THERE WAS ONE THAT WAS LOW,

12:49PM  24  AND THERE WERE ONES THAT WERE KIND OF IN BETWEEN THE AVERAGE

12:49PM  25  AMOUNT, AND THAT'S WHAT IT GETS TO; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2245

| | | |
|---|---|---|
| 12:49PM | 1 | A.   YES. |
| 12:49PM | 2 | Q.   AND AT DIFFERENT POINTS IN TIME THERE COULD BE DIFFERENT |
| 12:50PM | 3 | FAILURE RATES; RIGHT? |
| 12:50PM | 4 | A.   YES. |
| 12:50PM | 5 | Q.   AND THAT WOULD BE FOR A VARIETY OF REASONS.  FOR EXAMPLE, |
| 12:50PM | 6 | THIS IS IN Q3; RIGHT? |
| 12:50PM | 7 | A.   YES. |
| 12:50PM | 8 | Q.   AND AT THAT POINT THE LAB HAD BEEN UP AND RUNNING FOR A |
| 12:50PM | 9 | WHILE; RIGHT? |
| 12:50PM | 10 | A.   YES. |
| 12:50PM | 11 | Q.   AND MAYBE PEOPLE WERE TRAINED BETTER; RIGHT? |
| 12:50PM | 12 | A.   IT'S POSSIBLE. |
| 12:50PM | 13 | Q.   MAYBE THERE WERE SOME ISSUES WITH REAGENTS, THOSE HAVE |
| 12:50PM | 14 | BEEN IRONED OUT; RIGHT? |
| 12:50PM | 15 | A.   YES. |
| 12:50PM | 16 | Q.   BECAUSE YOU WERE ALWAYS TRYING TO CONTINUOUSLY IMPROVE; |
| 12:50PM | 17 | RIGHT? |
| 12:50PM | 18 | A.   CORRECT. |
| 12:50PM | 19 | Q.   AND SO IT'S POSSIBLE THAT -- WOULDN'T YOU EXPECT, AS THE |
| 12:50PM | 20 | LAB MATURED, THAT THE Q3 -- THAT THE FAILURE RATE WOULD GET |
| 12:50PM | 21 | BETTER OR -- |
| 12:50PM | 22 | A.   WELL, FROM MY MEETINGS WITH LANGLY, IT APPEARED THAT THE |
| 12:50PM | 23 | QC FAILURE RATES REMAINED HIGH OVER A PERIOD OF MANY MONTHS. |
| 12:50PM | 24 | Q.   OKAY. |
| 12:50PM | 25 | A.   AND THAT'S WHY THIS DATA IS SURPRISING TO ME. |

| | | |
|---|---|---|
| 12:50PM | 1 | Q.   AND HE'S THE ONE WHO IS PRESENTING THE DATA; CORRECT? |
| 12:50PM | 2 | A.   YES. |
| 12:50PM | 3 | Q.   AND HE'S THE ONE WHO IS RESPONSIBLE FOR THE DATA; CORRECT? |
| 12:51PM | 4 | A.   CORRECT. |
| 12:51PM | 5 | Q.   AND LET'S GO TO THE NEXT SLIDE. |
| 12:51PM | 6 |      AND YOU SEE, YOU SEE THE OCCURRENCE HERE. |
| 12:51PM | 7 |      JUST A MINUTE AGO WE WERE ACTUALLY TALKING ABOUT |
| 12:51PM | 8 | PREANALYTIC, ANALYTIC, AND POST-ANALYTIC; RIGHT? |
| 12:51PM | 9 | A.   YES. |
| 12:51PM | 10 | Q.   AND HERE YOU'RE TRACKING THE DIFFERENT KINDS OF ERRORS IN |
| 12:51PM | 11 | THAT WAY; RIGHT? |
| 12:51PM | 12 | A.   RIGHT. |
| 12:51PM | 13 | Q.   AND THIS IS FOR QUARTER 1? |
| 12:51PM | 14 | A.   CORRECT. |
| 12:51PM | 15 | Q.   AND THERE WERE 660 TESTS, DO YOU RECALL, IN QUARTER 1?  I |
| 12:51PM | 16 | THINK IT WAS ONE OF THE FIRST COUPLE OF SLIDES. |
| 12:51PM | 17 | A.   663. |
| 12:51PM | 18 | Q.   YES.  AND HERE THERE ARE IT LOOKS LIKE MAYBE ABOUT 11 |
| 12:51PM | 19 | ISSUES? |
| 12:51PM | 20 | A.   CORRECT. |
| 12:51PM | 21 | Q.   AND LET'S GO TO THE NEXT PAGE.  THESE OCCURRENCES ARE |
| 12:52PM | 22 | QUARTER 2 AND QUARTER 3. |
| 12:52PM | 23 |      DO YOU SEE THAT? |
| 12:52PM | 24 | A.   YES. |
| 12:52PM | 25 | Q.   AND HERE AGAIN THEY'RE TRACKING PRE-ANALYTIC, ANALYTIC, |

ROSENDORFF CROSS BY MR. WADE (RES.)                    2247

| | | |
|---|---|---|
| 12:52PM | 1 | AND POST-ANALYTIC FOR EACH QUARTER; RIGHT? |
| 12:52PM | 2 | A.  YES. |
| 12:52PM | 3 | Q.  AND IT LOOKS LIKE IT'S UNDER -- |
| 12:52PM | 4 | A.  IT'S FOR Q3.  WHAT I SEE IS Q2 AND Q3, AND WHAT I SEE IS |
| 12:52PM | 5 | PREANALYTIC, ANALYTIC, AND POST-ANALYTIC FOR THOSE THREE |
| 12:52PM | 6 | QUARTERS. |
| 12:52PM | 7 | ARE YOU WITH ME? |
| 12:52PM | 8 | Q.  I AM WITH YOU. |
| 12:52PM | 9 | A.  OKAY. |
| 12:52PM | 10 | Q.  AND WE DON'T HAVE SAMPLE VOLUME IN THIS DECK FOR THAT, BUT |
| 12:52PM | 11 | YOU RECALL GENERALLY THAT THE SAMPLE VOLUME IN QUARTER 2 AND |
| 12:52PM | 12 | QUARTER 3 WAS GOING UP? |
| 12:52PM | 13 | A.  CORRECT. |
| 12:53PM | 14 | Q.  OKAY.  LET'S GO TO THE NEXT SLIDE. |
| 12:53PM | 15 | AND THEY EVEN BREAK OUT -- MR. GEE BREAKS OUT HERE SOME OF |
| 12:53PM | 16 | THE DIFFERENT TYPES OF OCCURRENCES; RIGHT? |
| 12:53PM | 17 | A.  FOR Q2, CORRECT. |
| 12:53PM | 18 | Q.  AND THIS ONE IS FOR Q2? |
| 12:53PM | 19 | A.  YEAH. |
| 12:53PM | 20 | Q.  AND DO YOU SEE HERE FOR Q2 ACTUALLY, DO YOU SEE THERE ARE |
| 12:53PM | 21 | BACK ORDERS ON HCG? |
| 12:53PM | 22 | A.  YES. |
| 12:53PM | 23 | Q.  AND WE TALKED ABOUT THAT YESTERDAY; RIGHT?  THAT WAS ONE |
| 12:53PM | 24 | OF THOSE OCCURRENCES; RIGHT? |
| 12:53PM | 25 | A.  WE DISCUSSED BACK ORDERS FOR HCG? |

ROSENDORFF CROSS BY MR. WADE (RES.)                          2248

12:53PM   1      Q.   WELL, WE DISCUSSED -- WE CAN DISCUSS IT WHEN WE NEXT GET

12:53PM   2      TOGETHER, OKAY?

12:53PM   3           DO YOU RECALL DISCUSSING HCG?

12:53PM   4      A.   WITH YOU, YEAH.

12:53PM   5      Q.   OKAY.  AND YOU SEE THE ISSUE OF THE EDISON HCG IS

12:53PM   6      IDENTIFIED THERE?

12:53PM   7      A.   YES.

12:53PM   8      Q.   AS IT SHOULD BE; RIGHT?  THAT WAS AN OCCURRENCE THAT

12:54PM   9      HAPPENED AND IT'S TRACKED?

12:54PM  10      A.   YES.

12:54PM  11      Q.   OKAY.  LET'S GO -- I THINK THERE ARE LESS THAN 15 TOTAL

12:54PM  12      IDENTIFIED HERE; RIGHT?

12:54PM  13      A.   TWELVE.

12:54PM  14      Q.   TWELVE.  AND ONE RELATES TO THE EDISON DEVICE?

12:54PM  15      A.   YES.

12:54PM  16      Q.   LET'S GO TO THE NEXT PAGE.

12:54PM  17           THIS SETS FORTH THE SPECIFICITY THERE WITH RESPECT TO THE

12:54PM  18      DIFFERENT THINGS.

12:54PM  19           AND YOU SEE THERE ARE SOME ISSUES IDENTIFIED WITH A COUPLE

12:54PM  20      OF THE ASSAYS ON THE EDISON DEVICE THAT HAVE COME ONLINE?

12:54PM  21      A.   YES.

12:54PM  22      Q.   AND THAT'S TRACKED AND THAT'S ADDRESSED; RIGHT?

12:54PM  23      A.   SO THERE'S MENTION OF ISSUES IN Q3 FOR ANALYTIC FOR

12:55PM  24      EDISON SHBG, VITAMIN B12, ESTRADIOL, PROLACTIN.

12:55PM  25           IDEALLY WHAT SHOULD HAPPEN IS THAT YOU HAVE A WHAT IS

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2249

12:55PM  1    CALLED QUALITY EXCEPTION REPORT THAT DESCRIBES THE DATE OF THE

12:55PM  2    INCIDENT, THE OPERATORS INVOLVED, WHAT EXACTLY OCCURRED, IF IT

12:55PM  3    HAD AN IMPACT ON THE PATIENT RESULTS, AND THEN YOU DO A ROOT

12:55PM  4    CAUSE ANALYSIS, AND THEN YOU COME UP WITH CORRECTIVE AND

12:55PM  5    PREVENTATIVE ACTIONS.

12:55PM  6    Q.   RIGHT.   THAT'S PART OF YOUR QUALITY SYSTEMS MANUAL THAT WE

12:55PM  7    LOOKED AT EARLIER?

12:55PM  8    A.   I THINK SO, YES.

12:55PM  9    Q.   AND THAT'S PART OF A STANDARD QUALITY PROTOCOL THAT YOU

12:55PM  10   WERE INVOLVED IN OVERSEEING WITHIN THE CLIA LAB; RIGHT?

12:56PM  11   A.   YES.

12:56PM  12   Q.   AND THAT WOULD HAVE BEEN MR. GEE'S RESPONSIBILITY?

12:56PM  13   A.   YES.

12:56PM  14   Q.   AND DO YOU KNOW WHETHER HE DID IT?   DO YOU RECALL?

12:56PM  15   A.   I RECALL VERY POOR INCIDENT MANAGEMENT REPORTING AT

12:56PM  16   THERANOS.

12:56PM  17   Q.   WELL, HE HAS THESE ITEMS LISTED HERE.   DO YOU KNOW WHETHER

12:56PM  18   HE WROTE REPORTS ON THOSE?

12:56PM  19   A.   NO, HE DID NOT.   I DO NOT RECALL.

12:56PM  20   Q.   YOU DON'T RECALL?

12:56PM  21   A.   YEAH.

12:56PM  22   Q.   OKAY.   OKAY.   WELL, LET'S GO TO THE NEXT PAGE, AND THIS

12:56PM  23   ONE MENTIONS COMPLAINTS.

12:56PM  24        DO YOU SEE THAT?

12:56PM  25   A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                               2250

12:56PM  1    Q.   AND THESE ARE PHYSICIAN COMPLAINTS OR PATIENT COMPLAINTS;

12:56PM  2    RIGHT?  BOTH?

12:56PM  3    A.   IT'S DIFFICULT TO SEE WITH THE DIFFERENT SHADING WHAT IS

12:56PM  4    WHAT.

12:56PM  5    Q.   YEAH.  I THINK IF YOU LOOK ON THE BOTTOM YOU SEE THERE ARE

12:56PM  6    TWO DIFFERENT COLORS FOR EACH OF THE COMPLAINTS.  ONE IS FOR

12:56PM  7    PATIENT AND ONE IS FOR PHYSICIAN.

12:56PM  8         DO YOU SEE THAT?

12:56PM  9    A.   YES.

12:56PM  10   Q.   AND THEY IDENTIFY TWO FOR EACH?

12:56PM  11   A.   YES.

12:56PM  12   Q.   AND THAT'S FOR THE 660-SOMETHING TEST VOLUME?

12:57PM  13   A.   YES.

12:57PM  14   Q.   AND LET'S GO TO THE NEXT PAGE.  THIS IS QUARTER 3, AND

12:57PM  15   THIS COMBINES -- THIS SHOWS 10 COMPLAINTS IN QUARTER 3?

12:57PM  16   A.   YES.

12:57PM  17   Q.   DO YOU SEE THAT?

12:57PM  18   A.   YES.

12:57PM  19   Q.   AND I THINK WE DON'T KNOW WHAT THE VOLUME WAS, BUT I THINK

12:57PM  20   YOU TESTIFIED IT WAS GOING UP?

12:57PM  21   A.   CORRECT.

12:57PM  22   Q.   AND IF YOU GO TO THE NEXT PAGE, THOSE COMPLAINTS, RIGHT,

12:57PM  23   IT SPECIFIES THE COMPLAINTS THAT WERE RECEIVED?

12:57PM  24   A.   YES.

12:57PM  25   Q.   AND IT'S FAIR TO SAY THERE'S KIND OF A BASKET OF DIFFERENT

ROSENDORFF CROSS BY MR. WADE (RES.)                                   2251

12:57PM   1    ITEMS THAT COME UP WITH RESPECT TO COMPLAINTS; RIGHT?

12:57PM   2    A.   YES.

12:57PM   3    Q.   LIKE, FOR EXAMPLE, THE FIRST ONE IN Q3 SAYS, NO ONE

12:58PM   4    ANSWERED PHONE ON SUNDAY AND COULD NOT LEAVE A VOICEMAIL;

12:58PM   5    RIGHT?

12:58PM   6    A.   YES.

12:58PM   7    Q.   AND SOME OF -- ONE OF THEM DOWN THERE, THERE IS ONE THAT

12:58PM   8    SAYS TESTOSTERONE RESULT WAS WRONG; RIGHT?

12:58PM   9    A.   YES.

12:58PM   10   Q.   AND THAT'S TRACKED SO THAT YOU CAN IMPROVE IT; CORRECT?

12:58PM   11   A.   YES.  WELL, THERE'S NO DESCRIPTION OF THE EVENTS.  I DON'T

12:58PM   12   RECALL THAT EVENT HAVING BEEN WRITTEN UP AS A QUALITY

12:58PM   13   EXCEPTION, SO IT'S REALLY DIFFICULT TO -- YOU KNOW, ABSENT

12:58PM   14   THOSE THINGS, IT'S REALLY DIFFICULT TO CORRECT THAT ISSUE.

12:58PM   15   Q.   OKAY.  I UNDERSTAND.

12:58PM   16       LET'S GO TO -- WELL, I BELIEVE YOU SAID THAT THIS ISN'T

12:58PM   17   THE DOCUMENTATION OF THOSE ITEMS; RIGHT?  THAT WOULD BE -- THIS

12:58PM   18   IS A PRESENTATION THAT --

12:58PM   19   A.   RIGHT, IT'S A SUMMARY.  IT'S A SUMMARY.  YEAH.

12:58PM   20   Q.   AND THAT INFORMATION WOULD BE DOCUMENTED IN OTHER

12:58PM   21   DOCUMENTS IN THE LAB BY MR. GEE; CORRECT?

12:58PM   22   A.   IT SHOULD HAVE BEEN.

12:58PM   23   Q.   IT SHOULD HAVE BEEN.  OKAY.

12:58PM   24       LET'S GO TO -- LET'S JUMP A COUPLE SLIDES FORWARD TO BATES

12:59PM   25   RANGE ENDING IN 531.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2252

12:59PM   1            DO YOU SEE THIS IS PROFICIENCY TESTING?

12:59PM   2       A.   YES.

12:59PM   3       Q.   AND THIS IS FOR QUARTER 1 AND QUARTER 2?

12:59PM   4       A.   YES.

12:59PM   5       Q.   AND THIS IS FOR THE PREDICATE DEVICES; CORRECT?

12:59PM   6       A.   WELL, SINCE THERE IS NO PROFICIENCY TESTING CONDUCTED ON

12:59PM   7       THE THERANOS DEVICES, YES, IT WAS ON THE PREDICATE DEVICES.

12:59PM   8       Q.   WHY DON'T WE COME BACK TO THE PROFICIENCY TESTING ITEM?

12:59PM   9       A.   SURE.

12:59PM   10      Q.   BUT YOU SEE THAT THERE IS PROFICIENCY TESTING REFERENCED

12:59PM   11      HERE; CORRECT?

12:59PM   12      A.   YES.

12:59PM   13      Q.   AND THAT IS IN QUARTER 1 AND QUARTER 2?

12:59PM   14      A.   YES.

12:59PM   15      Q.   OKAY.  LET'S, LET'S JUMP TO BATES ENDING 534.

01:00PM   16           DO YOU SEE THIS IS AN ORG CHART AT THE END OF 3-31-2014?

01:00PM   17      A.   CORRECT.

01:00PM   18      Q.   AND DO YOU SEE THAT?

01:00PM   19           AND THIS IDENTIFIED THE TEAM OF PEOPLE WHO ARE WORKING

01:00PM   20      WITH YOU IN THE LAB; RIGHT?

01:00PM   21      A.   CORRECT.

01:00PM   22      Q.   AND I WON'T COUNT THEM HERE.  WE HAVE THEM IN EVIDENCE.

01:00PM   23           BUT I JUST NOTE THAT THE NEXT SLIDE IS GOING TO SHOW THAT

01:00PM   24      ORG CHART AS OF 6-30-2014, AND I THINK WHEN YOU LOOK AT THE

01:00PM   25      BOTTOM YOU'LL SEE SOME ADDITIONAL PEOPLE.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2253

01:00PM   1      A.   YES.

01:00PM   2      Q.   AND YOU'LL RECALL THAT THERE WAS SOME STAFFING UP THAT

01:00PM   3   NEEDED TO BE DONE IF THE VOLUME WAS GOING UP?

01:00PM   4      A.   YES.

01:00PM   5      Q.   AND THAT WAS DONE UNDER YOUR DIRECTION?

01:00PM   6      A.   THAT WOULD BE SUNNY DETERMINING BASED ON THE SAMPLE

01:00PM   7   VOLUMES.

01:00PM   8      Q.   AND HE WAS -- HE HAD THE MANAGEMENT SUPERVISION OF THE LAB

01:01PM   9   AND HE WOULD AUTHORIZE YOU TO HIRE SOMEONE NEW?

01:01PM  10      A.   YES.

01:01PM  11      Q.   AND THEN YOU WOULD GO THROUGH THAT PROCESS THAT YOU

01:01PM  12   PREVIOUSLY TESTIFIED ABOUT?

01:01PM  13      A.   YES.

01:01PM  14      Q.   OKAY.  AND IF WE GO TO THE 6-30-2014 SLIDE.

01:01PM  15           I'M SORRY.  GO TO THE NEXT SLIDE, WHICH IS ALSO DATED

01:01PM  16   6-30-2014.

01:01PM  17           THIS IDENTIFIED EVEN THE PHLEBOTOMISTS WHO ARE OUT IN THE

01:01PM  18   FIELD WORKING FOR THERANOS TAKING SAMPLES; RIGHT?

01:01PM  19      A.   CORRECT.  I -- IT APPEARS THAT THIS CHART IS SPECIFIC TO

01:01PM  20   THE PHLEBOTOMIST.

01:01PM  21      Q.   YEAH.

01:01PM  22      A.   YEAH.

01:01PM  23      Q.   IS IT FAIR TO SAY THAT YOU DIDN'T SPEND A LOT OF TIME

01:01PM  24   DIRECTLY SUPERVISING THE PHLEBOTOMISTS?

01:01PM  25      A.   I DID NOT SUPERVISE THE PHLEBOTOMISTS, YEAH.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2254

01:01PM   1    Q.   OKAY.  SO THEY HAVE IT FLOWING FROM YOU, BUT THEY WERE

01:01PM   2    KIND OF SEPARATE TEAMS?

01:01PM   3    A.   CORRECT.

01:01PM   4    Q.   AND I BELIEVE THE NEXT SLIDE --

01:02PM   5    A.   I MEAN, THEY WERE ALL IN -- MOST OF THEM WERE IN ARIZONA.

01:02PM   6    I WAS IN CALIFORNIA, SO --

01:02PM   7    Q.   UNDERSTOOD.  AND IF I COULD JUST LASTLY BRING YOUR

01:02PM   8    ATTENTION TO BATES RANGE ENDING IN 542.  HERE HE IS TRACKING

01:02PM   9    AMENDED AND CORRECTED REPORTS?

01:02PM   10   A.   YES.

01:02PM   11   Q.   AND HE NOTES TWO IN Q4?

01:02PM   12   A.   YES.

01:02PM   13   Q.   AND NONE IN QUARTER 1?

01:02PM   14   A.   CORRECT.

01:02PM   15   Q.   AND THAT WAS -- THAT WOULD HAVE BEEN -- THE TEST REPORTING

01:02PM   16   WAS PART OF -- I THINK YESTERDAY WE LOOKED AT THE PROCEDURE FOR

01:02PM   17   TEST REPORTING?

01:02PM   18   A.   YES.

01:02PM   19   Q.   OKAY.  I DON'T HAVE ANYTHING FURTHER ON THAT DOCUMENT.

01:03PM   20        YOU MENTIONED A COUPLE OF TIMES PRECISION TESTING.

01:03PM   21        DO YOU RECALL THAT?

01:03PM   22   A.   YES.

01:03PM   23   Q.   AND I WANT TO COME BACK TO THAT A LITTLE BIT.

01:03PM   24        PRECISION TESTING IS SOMETHING THAT WOULD HAVE FALLEN

01:03PM   25   UNDER THE LDT'S RESPONSIBILITIES ULTIMATELY; CORRECT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2255

01:03PM  1    A.   YES.

01:03PM  2    Q.   AND MR. GEE WORKED ON THAT AS WELL?

01:03PM  3    A.   NO.  MR. GEE WORKED ON QUALITY CONTROL AND QUALITY

01:03PM  4    ASSURANCE.  PRECISION IS PERFORMED AS PART OF THE INITIAL

01:03PM  5    VALIDATION OF A TEST THAT IS REPEAT MEASUREMENTS ON A SINGLE

01:04PM  6    SAMPLE WITHIN DAYS AND BETWEEN DAYS.

01:04PM  7    Q.   AND I MAY HAVE USED -- OR I MAY HAVE MISSPOKEN A MINUTE

01:04PM  8    AGO.  I WAS SHIFTING TO PROFICIENCY TESTING --

01:04PM  9    A.   AH, OKAY.

01:04PM  10   Q.   -- AS OPPOSED TO PRECISION TESTING.

01:04PM  11   A.   YES.

01:04PM  12   Q.   OKAY.  PROFICIENCY TESTING, DO YOU RECALL YOU TESTIFIED

01:04PM  13   ABOUT THAT ON DIRECT EXAMINATION?

01:04PM  14   A.   YES.

01:04PM  15   Q.   AND THAT'S COME UP A COUPLE OF TIMES DURING THE COURSE OF

01:04PM  16   YOUR TESTIMONY UNDER MY EXAMINATION?

01:04PM  17   A.   YES.

01:04PM  18   Q.   AND PROFICIENCY TESTING ULTIMATELY IS THE RESPONSIBILITY

01:04PM  19   OF THE LAB DIRECTOR; CORRECT?

01:04PM  20   A.   ULTIMATELY, YES.

01:04PM  21   Q.   BUT THAT IS A RESPONSIBILITY THAT MR. GEE WORKED ON;

01:04PM  22   CORRECT?

01:04PM  23   A.   NO.  I BELIEVE HODA ALAMDAR, THE TECHNICAL SUPERVISOR, WAS

01:04PM  24   HANDLING PROFICIENCY.

01:04PM  25   Q.   AND SHE -- HODA WAS -- WAS SHE KIND OF THE NUMBER 2 WITHIN

ROSENDORFF CROSS BY MR. WADE (RES.)                          2256

01:05PM   1    THE LAB?  IS THAT FAIR?

01:05PM   2    A.   WELL, FOR A PERIOD DR. PANDORI WOULD HAVE BEEN THE CO-LAB

01:05PM   3    DIRECTOR AND HE WOULD HAVE BEEN NUMBER 2 IN THE LAB.

01:05PM   4    Q.   OKAY?

01:05PM   5    A.   AND THEN WE HAD GODFREY MASINDE, HE WAS A G.S., GENERAL

01:05PM   6    SUPERVISOR, AND THEN HODA WAS THE TECHNICAL SUPERVISOR.

01:05PM   7    Q.   AND THEY, THEY -- WHO WAS IT THAT WORKED ON PROFICIENCY

01:05PM   8    TESTING?

01:05PM   9    A.   HODA.

01:05PM   10   Q.   HODA.  ON DIRECT EXAMINATION THE GOVERNMENT ASKED YOU

01:05PM   11   ABOUT THAT, AND THEY ASKED IF THERE WAS EVER PROFICIENCY

01:05PM   12   TESTING AT THERANOS, AND YOU TESTIFIED THAT THERE WERE NO

01:05PM   13   FORMAL PROFICIENCY TESTING PROCESSES.

01:06PM   14        DO YOU RECALL THAT?

01:06PM   15   A.   THERE WAS NO FORMAL PROFICIENCY TESTING PROCESSES THAT

01:06PM   16   WERE IMPLEMENTED FOR THE THERANOS TESTS.

01:06PM   17   Q.   BUT THAT'S NOT WHAT YOU TESTIFIED TO.

01:06PM   18        DO YOU RECALL, SIR, THAT YOU WERE ASKED, "AND WAS THERE A

01:06PM   19   PROFICIENCY TESTING PROCESS IN PLACE AT THERANOS WHEN YOU WERE

01:06PM   20   AT THE COMPANY?"

01:06PM   21        AND YOU ANSWERED, "NO, THERE WAS NO FORMAL PROFICIENCY

01:06PM   22   TESTING PROCESS."

01:06PM   23        DO YOU RECALL THAT?

01:06PM   24   A.   YES.

01:06PM   25   Q.   AND WAS THAT TESTIMONY ACCURATE?

2257

ROSENDORFF CROSS BY MR. WADE (RES.)

01:06PM 1    A.   WELL, THE GOVERNMENT DIDN'T SPECIFY WHETHER THEY WERE

01:06PM 2    TALKING ABOUT THE THERANOS TESTS OR THE PREDICATE TESTS.

01:06PM 3    Q.   AND YOU DIDN'T SPECIFY IN YOUR ANSWER EITHER, DID YOU?

01:06PM 4    A.   NO.

01:06PM 5    Q.   SO THAT -- SO LET ME ASK THE QUESTION AGAIN.  OKAY?

01:06PM 6         AND JUST SO WE'RE CLEAR, AT THE VERY END OF YOUR

01:06PM 7    TESTIMONY, DO YOU RECALL THAT MR. BOSTIC CAME BACK TO ASK A

01:06PM 8    COUPLE OF FOLLOW-UP QUESTIONS?

01:06PM 9    A.   YES.

01:06PM 10   Q.   AND WHEN HE CAME BACK, YOU WERE ASKED, PRIOR TO SEPTEMBER

01:07PM 11   OF 2013 BEFORE THE COMMERCIAL LAUNCH, ARE YOU AWARE OF ANY

01:07PM 12   PROFICIENCY TESTING HAPPENING AT THERANOS?

01:07PM 13        AND YOU SAID NO.

01:07PM 14        ARE EITHER OF THOSE --

01:07PM 15   A.   SO THAT'S NOT CORRECT.  THERE WAS PROFICIENCY TESTING FOR

01:07PM 16   THE PREDICATE METHODS.

01:07PM 17   Q.   OKAY.  BOTH OF THOSE QUESTIONS WERE INACCURATE; CORRECT?

01:07PM 18   BOTH OF THOSE ANSWERS WERE INACCURATE?

01:07PM 19   A.   ABOUT WHETHER THERE WAS PROFICIENCY TESTING IN PLACE?

01:07PM 20   Q.   YES.

01:07PM 21   A.   THERE WAS PROFICIENCY TESTING FOR THE PREDICATE

01:07PM 22   INSTRUMENTS.

01:07PM 23   Q.   AND SO YOUR QUESTIONS WERE INACCURATE?

01:07PM 24   A.   YES.

01:07PM 25   Q.   OKAY.  SO LET'S WORK TO CLARIFY THIS.

ROSENDORFF CROSS BY MR. WADE (RES.)                                  2258

01:07PM   1     A.   OKAY.

01:07PM   2     Q.   BECAUSE THERE WAS, SO THE RECORD IS PERFECTLY CLEAR, A

01:07PM   3     PROFICIENCY TESTING PROGRAM IN PLACE FOR TESTS THAT THERANOS

01:08PM   4     WAS RUNNING IN THE CLIA LAB ON COMMERCIAL DEVICES?

01:08PM   5     A.   CORRECT.

01:08PM   6          I KNOW THAT PROFICIENCY TESTING WAS BEING RUN ON THE

01:08PM   7     PREDICATE INSTRUMENTS AND BEING REPORTED.

01:08PM   8          I DO NOT SPECIFICALLY RECALL AN SOP RELATING TO

01:08PM   9     PROFICIENCY TESTING.

01:08PM   10         WE MAY HAVE REVIEWED THAT DOCUMENT OR IT MAY HAVE BEEN

01:08PM   11    PART OF THE QUALITY SYSTEMS MANUAL THAT WE REVIEWED.

01:08PM   12    Q.   WELL, IF THERE WASN'T A PROFICIENCY TESTING PROGRAM, THAT

01:08PM   13    WOULD BE A PROBLEM; RIGHT?

01:08PM   14    A.   A POLICY, AN SOP, YES, THAT WOULD BE A PROBLEM.

01:08PM   15    Q.   DO YOU RECALL THAT BEING THE CASE?

01:08PM   16    A.   I DO NOT RECALL.

01:08PM   17    Q.   OKAY.

01:08PM   18    A.   THAT MAY BE PART OF THE MISUNDERSTANDING, YOU KNOW, IN THE

01:08PM   19    GOVERNMENT'S QUESTION IN TERMS OF A FORMAL PROCEDURE BEING IN

01:08PM   20    PLACE.

01:08PM   21         I CAN TESTIFY THAT WE WERE RUNNING PROFICIENCY SAMPLES ON

01:09PM   22    THE PREDICATE METHOD, YES.

01:09PM   23         DOES THAT CLEAR IT UP OR --

01:09PM   24    Q.   WELL, LET'S KEEP GOING AND SEE IF WE CAN CLEAR IT UP SOME

01:09PM   25    MORE.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2259

01:09PM  1    A.   UH-HUH.

01:09PM  2    Q.   DO YOU RECALL YESTERDAY THAT WE TALKED ABOUT SOME OF YOUR

01:09PM  3    INTERVIEWS WITH THE GOVERNMENT; RIGHT?

01:09PM  4    A.   YES.

01:09PM  5    Q.   AND I THINK YOUR FIRST INTERVIEW WAS IN JULY OF 2016.

01:09PM  6         DO YOU RECALL THAT?

01:09PM  7    A.   I RECALL MY FIRST INTERVIEW WITH THE GOVERNMENT WAS WITH

01:09PM  8    THE S.E.C.  I DO NOT RECALL THE DATE.

01:09PM  9    Q.   AND IN ADDITION TO THE S.E.C., MR. LEACH WAS PRESENT.

01:09PM  10        DO YOU RECALL THAT?

01:09PM  11   A.   CORRECT.

01:09PM  12   Q.   AND THERE WERE A COUPLE OF FBI AGENTS PRESENT?

01:09PM  13   A.   CORRECT.

01:09PM  14   Q.   IT LOOKED LIKE THERE WAS A WHOLE ROOM FULL OF PEOPLE;

01:09PM  15   RIGHT?

01:09PM  16   A.   YES, THERE WERE MANY PEOPLE THERE.

01:09PM  17   Q.   AND YOU WERE ASKED ABOUT THERANOS PROFICIENCY TESTING.

01:10PM  18        DO YOU RECALL?

01:10PM  19   A.   I DO NOT RECALL THAT.

01:10PM  20   Q.   AND DO YOU RECALL TELLING THE GOVERNMENT IN THAT MEETING

01:10PM  21   THAT EDISON MACHINES DID PRODUCE GOOD RESULTS FROM THE AAP?

01:10PM  22   A.   I DO NOT RECALL THAT, NO.

01:10PM  23   Q.   AND DO YOU RECALL TELLING THEM THAT THERANOS PROPRIETARY

01:10PM  24   MACHINES USED A PROCESS CALLED ALTERNATIVE EFFICIENCY --

01:10PM  25   ALTERNATIVE ASSESSMENT PROFICIENCY?

01:10PM  1    A.   I DO NOT RECALL.

01:10PM  2    Q.   AND AAP MEASURES ACCURACY; RIGHT?

01:10PM  3    A.   CORRECT.

01:10PM  4    Q.   OKAY.  AND THE AAP WAS THE POLICY THAT WAS SET FORTH TO BE

01:10PM  5    USED ON THE THERANOS DEVICES; CORRECT?

01:10PM  6    A.   CORRECT.

01:11PM  7    Q.   WHY DON'T YOU TURN IN YOUR YELLOW BINDER TO STATEMENT

01:11PM  8    11003.

01:11PM  9         DO YOU SEE THAT IN FRONT OF YOU?  IT'S A DOCUMENT DATED

01:11PM  10   JULY 22ND, 2016?

01:11PM  11   A.   YES.

01:11PM  12   Q.   OKAY.  I'D LIKE TO CALL YOUR ATTENTION TO THE LAST

01:11PM  13   PARAGRAPH AT THE BOTTOM OF THE THIRD PAGE.

01:11PM  14   A.   YES.

01:11PM  15   Q.   AND I'D LIKE YOU TO JUST READ THAT TO YOURSELF AND LET ME

01:11PM  16   KNOW WHEN YOU'RE DONE?

01:12PM  17        (PAUSE IN PROCEEDINGS.)

01:12PM  18        THE WITNESS:  YES, I READ IT.

01:12PM  19   BY MR. WADE:

01:12PM  20   Q.   AND, SIR, DOES IT REFRESH YOUR RECOLLECTION THAT YOU TOLD

01:12PM  21   THE GOVERNMENT THAT THE EDISON MACHINES DID PRODUCE GOOD

01:12PM  22   RESULTS FROM THE AAP?

01:12PM  23   A.   THERE WAS A PROCESS CALLED IQP THAT WAS IMPLEMENTED IN A

01:12PM  24   HAPHAZARD FASHION THAT SEEMED TO PRODUCE GOOD RESULTS.

01:12PM  25        THERE WAS NO FORMAL AAP PROCEDURE THAT DESCRIBED THE STEPS

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2261

01:12PM   1    TO BE DONE AND THE ACCEPTANCE CRITERIA THAT WAS SIGNED OFF BY

01:12PM   2    ME IN A DOCUMENT CONTROL SYSTEM.

01:12PM   3    Q.   OKAY.  LET ME, LET ME JUST -- THANK YOU FOR YOUR

01:12PM   4    EXPLANATION.  LET ME TRY THE QUESTION ONE MORE TIME.

01:12PM   5         DOES READING THAT PARAGRAPH REFRESH YOUR RECOLLECTION THAT

01:12PM   6    YOU TOLD THE GOVERNMENT THAT EDISON MACHINES DID PRODUCE GOOD

01:13PM   7    RESULTS FROM THE AAP?

01:13PM   8    A.   I DON'T RECALL HAVING MADE THAT STATEMENT TO THE

01:13PM   9    GOVERNMENT.  I AM ASSUMING THE RECORD IS CORRECT.

01:13PM  10    Q.   IF I CAN TURN YOU AWAY FROM THE YELLOW BINDER, WE'RE GOING

01:13PM  11    TO GO BACK TO THE BLACK BINDER.

01:13PM  12              THE COURT:  WHILE YOU GET THAT, FOLKS, WOULD YOU

01:13PM  13    STAND UP FOR 30 SECONDS IF YOU WOULD LIKE TO STRETCH YOUR LEGS

01:13PM  14    FOR JUST A MOMENT.

01:13PM  15         (STRETCHING.)

01:14PM  16    BY MR. WADE:

01:14PM  17    Q.   AND WHILE THEY'RE STRETCHING, DOCTOR, I'M GOING TO ASK YOU

01:14PM  18    TO GO TO 10451 IN THE BLACK BINDER, WHICH I BELIEVE MIGHT BE

01:14PM  19    ONE OF THE EARLIER EXHIBITS IN BINDER 2.

01:14PM  20    A.   I'VE GOT IT.

01:14PM  21    Q.   AND THIS IS AN EMAIL CHAIN WITHIN A GROUP OF PEOPLE AT

01:14PM  22    THERANOS THAT INCLUDES YOU AND RELATES TO SOME PROFICIENCY

01:15PM  23    TESTING; IS THAT CORRECT?

01:15PM  24    A.   THE EMAIL IS FROM LANGLY GEE TO A NUMBER OF RECIPIENTS.  I

01:15PM  25    AM ONE OF THEM.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2262

01:15PM   1              MR. WADE:  OKAY.  MOVE THE ADMISSION OF 10451.

01:15PM   2              MR. BOSTIC:  YOUR HONOR, I APOLOGIZE.  I'M STILL

01:15PM   3     LOOKING FOR THIS ONE.

01:15PM   4              THE COURT:  10451.

01:15PM   5              MR. WADE:  10451, YOUR HONOR.  I BELIEVE IT'S THE

01:15PM   6     FIRST DOCUMENT IN THE SECOND BINDER.

01:15PM   7              MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

01:15PM   8              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:15PM   9          (DEFENDANT'S EXHIBIT 10451 WAS RECEIVED IN EVIDENCE.)

01:15PM  10     BY MR. WADE:

01:15PM  11     Q.   OKAY.  AND THIS IS AN EMAIL CHAIN, AS YOU NOTED, WITH

01:15PM  12     LANGLY GEE, YOURSELF, AND A NUMBER OF OTHER PEOPLE AT THERANOS.

01:16PM  13          DO YOU SEE DAN EDLIN THERE?

01:16PM  14     A.   YES.

01:16PM  15     Q.   AND BRAD ARINGTON?

01:16PM  16     A.   YES.

01:16PM  17     Q.   AND DR. PANDORI?

01:16PM  18     A.   YES.

01:16PM  19     Q.   OKAY.  I'D LIKE TO START AT THE BACK OF THE EMAIL.

01:16PM  20          DO YOU SEE THAT EMAIL?

01:16PM  21     A.   YES.

01:16PM  22     Q.   AND IN THIS EMAIL, MR. EDLIN IS ASKING FOR AN UPDATE ON

01:16PM  23     PROFICIENCY TESTING; CORRECT?

01:16PM  24     A.   YES.

01:16PM  25     Q.   AND HE NOTES THAT, "EAH HAS ASKED FOR THIS AS PART OF A

01:17PM   1    PRESENTATION SHE IS COMPILING FOR TOMORROW."

01:17PM   2         DO YOU SEE THAT?

01:17PM   3    A.   YES.

01:17PM   4    Q.   AND YOU RESPONDED, IF WE CAN GO UP THE CHAIN.  DO YOU SEE

01:17PM   5    THAT THIS IS YOUR RESPONSE?  YOUR RESPONSE IS ACTUALLY ON THE

01:17PM   6    NEXT PAGE, BUT DO YOU SEE THAT THIS IS YOUR RESPONSE?

01:17PM   7    A.   YES.

01:17PM   8    Q.   AND IT SAYS, "WE ARE CONTINUALLY DOING PROFICIENCY

01:17PM   9    TESTING.  LANGLY OR BRAD CAN FILL YOU IN ON THE STATE BY STATE

01:17PM  10    APPLICATIONS/STATUS."

01:17PM  11         CORRECT?

01:17PM  12    A.   YES, WE DID PROFICIENCY TESTING ON THE PREDICATE

01:17PM  13    INSTRUMENTS.

01:17PM  14    Q.   RIGHT.  YOU'RE DOING PROFICIENCY TESTING ON THE PREDICATE

01:17PM  15    INSTRUMENTS, AND YOU'RE DIRECTING MR. EDLIN TO EITHER LANGLY OR

01:17PM  16    BRAD; CORRECT?

01:17PM  17    A.   CORRECT.

01:17PM  18    Q.   AND BRAD ARINGTON WAS A REGULATORY LAWYER WHO WORKED

01:18PM  19    WITHIN THE COMPANY; RIGHT?

01:18PM  20    A.   HE WAS GENERAL COUNSEL AT THE TIME I BELIEVE.

01:18PM  21    Q.   OKAY.  AND HE FREQUENTLY WAS DEALING WITH DIFFERENT

01:18PM  22    REGULATORY ISSUES RELATING TO CLIA; CORRECT?

01:18PM  23    A.   YES, YES.

01:18PM  24    Q.   OKAY.  AND THEN IF WE GO UP THE CHAIN THERE'S SOME

01:18PM  25    ADDITIONAL DISCUSSION, BUT IF I CAN DRAW YOUR ATTENTION TO THE

| | | |
|---|---|---|
| 01:18PM | 1 | MAY 8TH EMAIL AT 6:39. |
| 01:18PM | 2 | DO YOU SEE THAT? |
| 01:18PM | 3 | A.   YES. |
| 01:18PM | 4 | Q.   THIS SAYS, THIS SAYS -- THIS SETS FORTH THE SURVEYS |
| 01:18PM | 5 | PERFORMED AND SCORES AND UPDATE TO THE LICENSES. |
| 01:18PM | 6 | DO YOU SEE THAT? |
| 01:18PM | 7 | A.   YES. |
| 01:18PM | 8 | Q.   AND IT SETS FORTH A NUMBER OF RESULTS FROM PROFICIENCY |
| 01:18PM | 9 | TESTING BELOW? |
| 01:18PM | 10 | A.   YES. |
| 01:18PM | 11 | Q.   AND THEY'RE ALL 100 PERCENT; CORRECT? |
| 01:18PM | 12 | A.   YES. |
| 01:18PM | 13 | Q.   AND SPECIFICALLY DO YOU SEE WHERE IT SAYS CAP HIV? |
| 01:19PM | 14 | A.   YES. |
| 01:19PM | 15 | Q.   AND THAT'S 10 PERCENT? |
| 01:19PM | 16 | A.   YES. |
| 01:19PM | 17 | Q.   OKAY.  LET'S GO -- |
| 01:19PM | 18 | A.   AND WHEN WE RAN HIV ON AN ABBOTT INSTRUMENT, IT WAS AN FDA |
| 01:19PM | 19 | APPROVED INSTRUMENT. |
| 01:19PM | 20 | Q.   CORRECT.  AND IT WAS A TWO-PART TEST; CORRECT? |
| 01:19PM | 21 | A.   I DON'T RECALL. |
| 01:19PM | 22 | Q.   DO YOU RECALL THE PROTOCOL THAT YOU USED FOR HIV? |
| 01:19PM | 23 | A.   IT WAS MOLECULAR TEST. |
| 01:19PM | 24 | Q.   LET ME GO -- I DON'T HAVE ANYTHING ELSE IN THIS DOCUMENT. |
| 01:19PM | 25 | ACTUALLY, I WANT TO LOOK AT THE -- LET ME LOOK AT THE |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2265

01:19PM   1    ATTACHMENT TO THE DOCUMENT.

01:20PM   2         NOW, IF WE JUST LOOK AT THE TOP FIRST.  THIS IS ADDRESSED

01:20PM   3    TO YOU; RIGHT?

01:20PM   4    A.   YES.

01:20PM   5    Q.   BECAUSE YOU WERE THE LAB DIRECTOR?

01:20PM   6    A.   YES.

01:20PM   7    Q.   AND THIS IS DOCUMENTATION OF THE PROFICIENCY TESTING

01:20PM   8    RESULTS; CORRECT?

01:20PM   9    A.   YES.

01:20PM   10   Q.   AND IF WE ZOOM BACK OUT, THIS SETS FORTH THE DIFFERENT

01:20PM   11   RESULTS.

01:20PM   12        DO YOU SEE THAT?

01:20PM   13   A.   YES.

01:20PM   14   Q.   AND IF WE CAN HIGHLIGHT THE GREY COLUMN ON THE RIGHT.

01:20PM   15        DO YOU SEE IT SAYS ACCEPTABLE THERE?

01:20PM   16   A.   YES.

01:20PM   17   Q.   AND IT SAYS ACCEPTABLE, IF WE GO BACK, ON ALL OF THE TESTS

01:20PM   18   ON THE FIRST PAGE; CORRECT?

01:20PM   19   A.   WE WERE NOT PERFORMING BACTERIAL IDENTIFICATION OR

01:20PM   20   SUSCEPTIBILITY AT THERANOS USING THESE TECHNIQUES.

01:20PM   21        THESE -- I DON'T RECALL WHY THIS PROFICIENCY WAS DONE, BUT

01:21PM   22   WE WEREN'T DOING GRAM STAINS OR CULTURE BACTERIA OR ANYTHING

01:21PM   23   LIKE THAT.

01:21PM   24   Q.   DO YOU THINK THESE TESTS WERE SENT TO THE WRONG LAB?

01:21PM   25   A.   NO.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2266

01:21PM  1    Q.   DO YOU THINK THEY WERE RUN AT THERANOS?

01:21PM  2    A.   THEY WERE RUN AT THERANOS.

01:21PM  3    Q.   OKAY.  AND ALL OF THEM WERE ACCEPTABLE; CORRECT?

01:21PM  4    A.   YES.

01:21PM  5    Q.   AND DO YOU THINK THAT THAT'S AN INDICATION OF GOOD LAB

01:21PM  6    PRACTICES THAT, WHETHER YOU'RE RUNNING THEM REGULARLY OR NOT,

01:21PM  7    PEOPLE WERE EXECUTING WELL WHEN THEY WERE PERFORMING THE TESTS?

01:21PM  8    A.   MY UNDERSTANDING -- MY RECOLLECTION IS THAT CHI NGUYEN WAS

01:21PM  9    IN CHARGE OF MICROBIOLOGY AND THE COMPANY WAS CONSIDERING DOING

01:21PM  10   TRADITIONAL CULTURE GRAM STAIN, AND IN PREPARATION FOR THAT

01:22PM  11   THEY WERE RUNNING PROFICIENCY.

01:22PM  12   Q.   SO WE TALKED ABOUT BEFORE WHEN YOU VALIDATE ASSAYS, YOU

01:22PM  13   NEED TO MEASURE THEM AGAINST A GOLD STANDARD; RIGHT?

01:22PM  14   A.   CORRECT.

01:22PM  15   Q.   AND SO IN ORDER TO HAVE A GOLD STANDARD THAT YOU CAN

01:22PM  16   MEASURE A NEW ASSAY YOU'RE DEVELOPING AGAINST, YOU NEED TO, YOU

01:22PM  17   NEED TO PUT THAT GOLD STANDARD ASSAY UP WITHIN YOUR LAB; RIGHT?

01:22PM  18   A.   CORRECT.

01:22PM  19   Q.   AND MAKE SURE THAT IT PERFORMS WELL?

01:22PM  20   A.   CORRECT.

01:22PM  21   Q.   AND SO DO YOU THINK IT'S POSSIBLE THAT THESE WERE PUT UP

01:22PM  22   INTO THE LAB SO THAT THEY COULD SERVE AS THE GOLD STANDARD FOR

01:22PM  23   ASSAYS THAT WERE UNDER DEVELOPMENT?

01:22PM  24   A.   IT'S POSSIBLE.

01:22PM  25   Q.   OKAY.  LET'S GO TO 10029, WHICH SHOULD BE IN YOUR BINDER 1

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2267

01:23PM  1      TOWARDS THE BACK.

01:23PM  2      A.   I DON'T HAVE IT.

01:23PM  3      Q.   IN BINDER 1.  EXHIBIT BINDER 1, TOWARDS THE BACK OF THE

01:23PM  4      EXHIBIT, 10029.

01:23PM  5      A.   I DO NOT HAVE IT.  I GO FROM 9412 TO 12531.

01:23PM  6      Q.   WE'LL GET ANOTHER COPY IN JUST ONE SEC WITH THE COURT'S

01:23PM  7      INDULGENCE.

01:24PM  8                   THE CLERK:  COUNSEL (HANDING.)

01:24PM  9                   THE WITNESS:  THANK YOU.

01:24PM  10     BY MR. WADE:

01:24PM  11     Q.   SIR, DO YOU HAVE 10029 IN FRONT OF YOU?

01:24PM  12     A.   YES.

01:24PM  13     Q.   AND DO YOU SEE THE DOCUMENT IS ADDRESSED TO YOU?

01:24PM  14     A.   YES.

01:24PM  15     Q.   AND WHAT IS THIS DOCUMENT?

01:24PM  16     A.   IT'S A PROFICIENCY TESTING EVENT THAT OCCURRED IN 2014.

01:24PM  17     I'M LOOKING AT GENERAL CHEMISTRIES AND WHEN -- I'M SORRY.

01:25PM  18     Q.   GO AHEAD.

01:25PM  19     A.   AND THESE WERE PERFORMED -- I'M SORRY.  THESE ARE

01:25PM  20     IMMUNOASSAYS, OKAY, PERFORMED AT THERANOS USING THE FDA

01:25PM  21     APPROVED IMMULITE INSTRUMENT, AND THIS DOCUMENT SHOWED THE

01:25PM  22     RESULT THAT THERANOS OBTAINED AND THE EXPECTED RESULTS FOR EACH

01:25PM  23     PROFICIENCY SAMPLE FOR EACH ANALYTE.

01:25PM  24                   MR. WADE:  I MOVE THE ADMISSION OF 10029.

01:25PM  25                   MR. BOSTIC:  NO OBJECTION.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2268

01:25PM   1              THE COURT:  IT'S ADMITTED AND MAY BE PUBLISHED.

01:25PM   2              (DEFENDANT'S EXHIBIT 10029 WAS RECEIVED IN EVIDENCE.)

01:25PM   3        BY MR. WADE:

01:25PM   4        Q.   YOU GAVE A PRETTY COMPREHENSIVE ANSWER, SO WE CAN PROBABLY

01:25PM   5        MOVE THROUGH THIS QUICKLY.  THIS WAS A PROFICIENCY TESTING

01:25PM   6        DOCUMENT FOR THE GENERAL CHEMISTRY ASSAYS?

01:25PM   7        A.   IMMUNOASSAY.

01:25PM   8        Q.   I'M SORRY, IMMUNOASSAYS.

01:25PM   9              LET'S LOOK JUST IN THE UPPER LEFT-HAND CORNER.

01:26PM   10             DO YOU SEE THAT?

01:26PM   11       A.   YES.

01:26PM   12       Q.   AND THIS SAYS IT'S THE THIRD EVENT?

01:26PM   13       A.   YES.

01:26PM   14       Q.   WHAT DOES THAT MEAN?

01:26PM   15       A.   UM, TYPICALLY THERE'S THREE CHALLENGES SENT TO A LAB EACH

01:26PM   16       YEAR.  THIS WOULD BE THE THIRD OF THOSE THREE CHALLENGES.

01:26PM   17       Q.   OKAY.  AND IF WE CAN GO BACK TO THE DOCUMENT AND HIGHLIGHT

01:26PM   18       THE COLUMN ALL OF THE WAY TO THE LEFT ALL OF THE WAY DOWN.

01:26PM   19             THESE ARE THE ASSAYS THAT WERE TESTED FOR PROFICIENCY

01:26PM   20       TESTING; CORRECT?

01:26PM   21       A.   YES, AND IT'S ALSO CONTINUED ON THE REVERSE PAGE.

01:26PM   22       Q.   AND IT'S CONTINUED ON THE REVERSE PAGE.  LET'S LOOK AT

01:26PM   23       THOSE.

01:26PM   24             AND ALL OF THESE TESTS PASSED PROFICIENCY TESTING;

01:26PM   25       CORRECT?

2269

ROSENDORFF CROSS BY MR. WADE (RES.)

| | | |
|---|---|---|
| 01:26PM | 1 | A.   YES, WITH THE EXCEPTION OF BETA-2 MICROGLOBULIN, WHICH WAS |
| 01:27PM | 2 | NOT GRADED. |
| 01:27PM | 3 | Q.   RIGHT.  SO ALL OF THE TESTS THAT WERE GRADED PASSED; |
| 01:27PM | 4 | RIGHT? |
| 01:27PM | 5 | A.   YES. |
| 01:27PM | 6 | Q.   CERTIFYING THAT THEY WERE ACCURATE; CORRECT? |
| 01:27PM | 7 | A.   AGAIN, THESE ARE ON THE IMMULITE INSTRUMENT, YES. |
| 01:27PM | 8 | Q.   AND THEY'RE ON THE IMMULITE INSTRUMENT; CORRECT? |
| 01:27PM | 9 | A.   YES. |
| 01:27PM | 10 | Q.   AND THEY'RE CERTIFYING THAT THESE TESTS ARE ACCURATE; |
| 01:27PM | 11 | RIGHT? |
| 01:27PM | 12 | A.   CORRECT. |
| 01:27PM | 13 | Q.   OKAY. |
| 01:27PM | 14 | A.   SO ACTUALLY, SOME OF THESE APPEAR TO HAVE BEEN RUN ON THE |
| 01:27PM | 15 | ADVIA.  IF YOU LOOK AT PREALBUMIN, IT LOOKS LIKE THAT WAS RUN |
| 01:27PM | 16 | ON THE ADVIA, ON TRANSFER IT WAS RUN ON THE ADVIA. |
| 01:27PM | 17 | Q.   OKAY.  SO THE TESTS WERE RUN EITHER ON THE ADVIA OR THE |
| 01:28PM | 18 | IMMULITE, BUT THEY ALL PASSED CERTIFYING THEIR ACCURACY; |
| 01:28PM | 19 | CORRECT? |
| 01:28PM | 20 | A.   AND THEN THE MICROALBUMIN WAS RUN ON THE DCA VANTAGE. |
| 01:28PM | 21 | Q.   AND I JUST WANT TO CONFIRM BECAUSE THERE WAS SOME |
| 01:28PM | 22 | QUESTIONS THAT YOU HAD ABOUT WHETHER THERE WAS A PROFICIENCY |
| 01:28PM | 23 | TESTING POLICY IN PLACE IN SEPTEMBER OF 2013, OKAY?  SO I WANT |
| 01:28PM | 24 | TO CLARIFY THAT. |
| 01:28PM | 25 | IF WE CAN LOOK AT EXHIBIT 13905. |

                                                                      2270
ROSENDORFF CROSS BY MR. WADE (RES.)

01:29PM   1          AND I BELIEVE 13905 WILL BE TOWARDS THE BACK OF YOUR

01:29PM   2     SECOND VOLUME.

01:29PM   3          AND FOR THE COURT, IT'S IN THE RED WELD.

01:29PM   4     A.   I HAVE 13905.

01:29PM   5     Q.   OKAY.  AND THIS IS AN EMAIL BETWEEN SYLVIA CHANG AND

01:29PM   6     MR. BALWANI RELATING TO PROFICIENCY TESTING DETAILS; RIGHT?

01:29PM   7     A.   YES.

01:29PM   8               MR. WADE:  MOVE THE ADMISSION OF 13905.

01:29PM   9               MR. BOSTIC:  NO OBJECTION.

01:29PM   10              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:29PM   11         (DEFENDANT'S EXHIBIT 13905 WAS RECEIVED IN EVIDENCE.)

01:29PM   12    BY MR. WADE:

01:29PM   13    Q.   JUST SO WE RECALL THE TESTIMONY AT THE END OF YOUR DIRECT

01:29PM   14    WHETHER THERE WAS A PROFICIENCY TESTING PROGRAM IN PLACE AT

01:29PM   15    THERANOS IN SEPTEMBER OF 2013, YOU BELIEVE THAT WAS MISTAKEN

01:29PM   16    TESTIMONY; CORRECT?

01:29PM   17    A.   MY RECOLLECTION IS THAT WE WERE PERFORMING PROFICIENCY

01:30PM   18    TESTING USING THE API CAP AND NEW YORK STATE SAMPLES.

01:30PM   19    Q.   OKAY.

01:30PM   20    A.   YEAH.

01:30PM   21    Q.   AND LET'S LOOK AT THIS EMAIL.  THIS IS AN EMAIL TO

01:30PM   22    MR. BALWANI; CORRECT?

01:30PM   23    A.   YES.

01:30PM   24    Q.   AND IT'S FROM SYLVIA CHANG.  WHO IS SYLVIA CHANG?

01:30PM   25    A.   I DO NOT REMEMBER.

| | | |
|---|---|---|
| 01:30PM | 1 | Q.   SHE WAS AN EMPLOYEE THAT DIDN'T WORK LONG OR SOMETHING? |
| 01:30PM | 2 | OKAY.  AND THIS IS IN JULY OF 2013; RIGHT? |
| 01:30PM | 3 | A.   YES. |
| 01:30PM | 4 | Q.   AND THIS IS BEFORE THE SOFT LAUNCH? |
| 01:30PM | 5 | A.   YES. |
| 01:30PM | 6 | Q.   AND IT'S BEFORE THE PUBLIC LAUNCH? |
| 01:30PM | 7 | A.   CORRECT. |
| 01:30PM | 8 | Q.   AND SHE'S FOLLOWING UP ON INFORMATION THAT MR. BALWANI |
| 01:30PM | 9 | REQUESTED WITH RESPECT TO THE SCHEDULING AND SUBMISSION OF |
| 01:30PM | 10 | PROFICIENCY SAMPLES; RIGHT? |
| 01:30PM | 11 | A.   YES. |
| 01:30PM | 12 | Q.   AND IF -- AND SHE SETS FORTH, IS IT FAIR TO SAY, IN |
| 01:31PM | 13 | RELATIVELY SORT OF DETAILED OUTLINE OF THE PROCESS AND WHAT |
| 01:31PM | 14 | WOULD BE INVOLVED IN IMPLEMENTING THAT? |
| 01:31PM | 15 | A.   YES. |
| 01:31PM | 16 | Q.   OKAY.  AND IF WE GO TO THE BOTTOM, YOU SEE THERE IT SAYS, |
| 01:31PM | 17 | "ADAM/KERRY/HODA - PLEASE ADD TO THE LIST IF I HAVE MISSED |
| 01:31PM | 18 | ANYTHING." |
| 01:31PM | 19 | DO YOU SEE THAT? |
| 01:31PM | 20 | A.   YES. |
| 01:31PM | 21 | Q.   AND DO YOU RECALL WHETHER YOU ADDED ANYTHING TO THE LIST |
| 01:31PM | 22 | OR DO YOU THINK SHE COVERED IT SUFFICIENTLY? |
| 01:31PM | 23 | A.   I DO NOT RECALL. |
| 01:31PM | 24 | Q.   NOW, LET'S TALK A LITTLE BIT ABOUT AAP. |
| 01:32PM | 25 | DO YOU RECALL THAT THERE WAS AN AAP POLICY THAT WAS PUT IN |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2272

01:33PM   1    PLACE AT THERANOS?

01:33PM   2    A.   I'M SORRY.  I WROTE AN SOP AND THEN IT WAS OVERWRITTEN

01:33PM   3    ESSENTIALLY BY GODFREY, SO I CAN TESTIFY THAT THE AAP WAS NEVER

01:33PM   4    IMPLEMENTED FOR THE THERANOS TEST.

01:33PM   5    Q.   I UNDERSTAND THAT'S YOUR TESTIMONY.

01:33PM   6         MY QUESTION IS, WAS THERE AN AAP POLICY THAT WAS PUT IN

01:33PM   7    PLACE AT THERANOS?

01:33PM   8    A.   I BELIEVE THERE WAS AN SOP THAT WAS WRITTEN, RIGHT, AND

01:33PM   9    APPROVED BY ME.

01:33PM  10    Q.   AND DO YOU RECALL WHEN YOU CREATED THAT SOP?

01:34PM  11    A.   I DO -- I THINK IT WAS SOMETIME IN 2014.

01:34PM  12    Q.   2014?

01:34PM  13    A.   YES.

01:34PM  14    Q.   OKAY.  I THINK YOU TESTIFIED ON DIRECT THAT YOU HAD

01:34PM  15    DISCUSSED A NEED FOR AAP TESTING WITH DR. YOUNG; IS THAT

01:34PM  16    CORRECT?

01:34PM  17    A.   CORRECT.

01:34PM  18    Q.   AND THERE WAS A NEED TO PUT A POLICY IN PLACE THAT WOULD

01:34PM  19    ADDRESS THE EDISON DEVICES; CORRECT?

01:34PM  20    A.   CORRECT.

01:34PM  21    Q.   AND THAT WAS BECAUSE THERE WAS A BELIEF WITHIN THE COMPANY

01:34PM  22    AT THAT TIME THAT THEY WOULD NEED A DIFFERENT PROCEDURE FROM

01:35PM  23    TRADITIONAL PROFICIENCY TESTING?

01:35PM  24    A.   CORRECT.

01:35PM  25    Q.   AND LET ME SHOW YOU WHAT IS MARKED AS DOCUMENT 1580.

2273
ROSENDORFF CROSS BY MR. WADE (RES.)

01:35PM  1    A.   WHICH BINDER ARE WE IN?

01:35PM  2    Q.   IT'S IN EVIDENCE.  I BELIEVE THIS IS ONE OF THE DOCUMENTS

01:35PM  3    THAT THE GOVERN SHOWED YOU YESTERDAY, SO IT'S PROBABLY WITHIN

01:35PM  4    THE WHITE BINDER.

01:35PM  5    A.   OKAY.

01:35PM  6    Q.   OKAY.  DO YOU RECALL BEING SHOWN THIS DOCUMENT YESTERDAY?

01:35PM  7    A.   YES.

01:35PM  8    Q.   AND DO YOU RECALL THAT THIS IS THE DOCUMENT WHERE

01:36PM  9    MS. HOLMES SUGGESTED THAT REGULATORY COUNSEL SHOULD BE, SHOULD

01:36PM  10   BE CONSULTED ON THE PRECISION TESTING POLICY AND YOU WERE

01:36PM  11   OFFENDED BY THAT; RIGHT?

01:36PM  12   A.   PROFICIENCY TESTING NOT PRECISION TESTING.

01:36PM  13   Q.   OKAY.  SO LET ME TRY AGAIN AND CLARIFY.  I APOLOGIZE.

01:36PM  14        YOU RECALL THAT THIS WAS A DOCUMENT THAT RELATED TO

01:36PM  15   PROFICIENCY TESTING.  MS. HOLMES SUGGESTED THAT YOU --

01:36PM  16   A.   THIS EMAIL RELATED TO PROFICIENCY TESTING.

01:36PM  17   Q.   OKAY.  AND YOU RECALL BEING ASKED ABOUT THIS AND

01:36PM  18   MS. HOLMES'S COMMENTS IN PARTICULAR?

01:36PM  19   A.   YES.

01:36PM  20   Q.   OKAY.  LET'S START AT THE BACK OF THE EMAIL.  OKAY.

01:37PM  21        HERE -- AND JUST SO WE'RE CLEAR, YOU GAVE TESTIMONY

01:37PM  22   YESTERDAY THAT THERE WAS NO -- I THINK YOU SAID THERE WAS NO

01:37PM  23   PROFICIENCY TESTING POLICY AT THERANOS.

01:37PM  24   A.   I DIDN'T, I DIDN'T -- I DON'T RECALL EXACTLY WHAT MY

01:37PM  25   TESTIMONY WAS.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2274

01:37PM   1        I SAW THAT SYLVIA REFERENCED AN ATTACHED POLICY IN THE

01:37PM   2    EMAIL THAT WE REVIEWED A WHILE AGO.

01:37PM   3        I DO NOT RECALL SEEING A POLICY OR A PROCEDURE IN PLACE

01:37PM   4    FOR PROFICIENCY TESTING.

01:37PM   5    Q.   OKAY.  AND YOU RECALL THAT THERE WAS ACTUALLY SPECIFICALLY

01:37PM   6    AN AAP POLICY THAT WAS PUT IN PLACE?

01:37PM   7    A.   AGAIN, I WROTE ONE AND SIGNED IT.  IT WAS REWRITTEN BY

01:38PM   8    GODFREY, AND IT WAS NEVER IMPLEMENTED.

01:38PM   9    Q.   AND WHOSE RESPONSIBILITY IS IT TO IMPLEMENT THE AAP POLICY

01:38PM   10   UNDER CLIA LAW?

01:38PM   11   A.   IT'S DELEGATED TO THE TECHNICAL SUPERVISOR.  IT'S

01:38PM   12   ULTIMATELY THE LAB DIRECTOR'S RESPONSIBILITY.

01:38PM   13       HOWEVER, IT REQUIRES A LARGE CONCERTED EFFORT BY THE

01:38PM   14   ENTIRE OPERATIONS TEAM, RESOURCES, SUPPORT BY MANAGEMENT.

01:38PM   15   GIVEN THE NUMBER AND COMPLEXITY OF LDT'S THAT WE WERE DOING, IT

01:38PM   16   WAS NOT SOMETHING THAT I COULD HAVE ACHIEVED ON MY OWN.

01:38PM   17            MR. WADE:  YOUR HONOR, I WOULD MOVE TO STRIKE

01:38PM   18   EVERYTHING AFTER LABORATORY DIRECTOR.

01:39PM   19       (PAUSE IN PROCEEDINGS.)

01:39PM   20            THE COURT:  ALL RIGHT.  THANK YOU.  I'LL STRIKE

01:39PM   21   EVERYTHING AFTER THE WORDS "DIRECTOR'S RESPONSIBILITY."

01:39PM   22       RESPONSIBILITY WILL BE STRICKEN, LADIES AND GENTLEMEN, AS

01:39PM   23   NONRESPONSIVE TO THE QUESTION.

01:39PM   24   BY MR. WADE:

01:39PM   25   Q.   LET'S TURN BACK TO THE DOCUMENT.  DO YOU SEE THIS IS A

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2275

01:39PM  1    NOVEMBER 26TH, 2013 EMAIL FROM DANIEL YOUNG TO YOU COPYING

01:39PM  2    MS. HOLMES AND MR. BALWANI?

01:39PM  3    A.   YES.

01:39PM  4    Q.   AND IT SAYS AT THE TOP, "HERE ARE MY SUGGESTIONS THAT I

01:39PM  5    DISCUSSED WITH ADAM."

01:39PM  6    A.   YES.

01:39PM  7    Q.   DO YOU SEE THAT?

01:39PM  8    A.   YES.

01:39PM  9    Q.   AND HE TALKS IN DETAIL ABOUT -- HE SAYS THERE ARE 91 TESTS

01:40PM  10   THAT CLIA REGULATED AND REQUIRES PROFICIENCY TESTING?

01:40PM  11   A.   YES.

01:40PM  12   Q.   DO YOU SEE THAT?

01:40PM  13        AND THEN HE -- IN THE SECOND PARAGRAPH HE TALKS ABOUT --

01:40PM  14   HE SAYS, "FOR OUR LDT'S, ALL OF WHICH ARE CLIA REGULATED AT THE

01:40PM  15   MOMENT, WE NEED SOP'S FOR PT."

01:40PM  16        RIGHT?

01:40PM  17   A.   YES.

01:40PM  18   Q.   AND HE TALKS ABOUT THE PROCESS FOR THAT; RIGHT?

01:40PM  19   A.   HE PROPOSES DIFFERENT METHODS OF ALTERNATIVE PT.

01:40PM  20   Q.   RIGHT.  IF WE GO DOWN BELOW, HE MAKES A PROPOSAL TO YOU

01:40PM  21   FOR WHAT HE THINKS SHOULD BE CONSIDERED TO TEST THE ACCURACY OF

01:40PM  22   THE EDISON DEVICES; RIGHT?

01:40PM  23   A.   CORRECT.

01:40PM  24   Q.   AND HE'S --

01:41PM  25   A.   SO HE'S -- JUST TO CLARIFY, HE'S NOT SPECIFICALLY TALKING

ROSENDORFF CROSS BY MR. WADE (RES.)                                      2276

01:41PM   1    ABOUT THE EDISONS HERE.  THE SUBJECT OF THE EMAIL IS

01:41PM   2    PROFICIENCY TESTING FOR LDT'S.  THAT WOULD ENCOMPASS ALL OF THE

01:41PM   3    LDT'S USED AT THERANOS.

01:41PM   4    Q.   HE'S TALKING ABOUT ALL OF THE LDT'S?

01:41PM   5    A.   CORRECT.

01:41PM   6    Q.   OKAY.  AND DOWN IN THE BOTTOM PART OF THAT EMAIL, RIGHT,

01:41PM   7    HE SAYS -- HE SETS FORTH SOME OF THE DETAILS TO INCLUDE THAT;

01:41PM   8    RIGHT?

01:41PM   9    A.   YES.

01:41PM   10   Q.   DO YOU SEE THAT?

01:41PM   11        AND INCLUDING THAT AAP SHOULD BE DONE TWICE PER YEAR;

01:41PM   12   RIGHT?

01:41PM   13   A.   YES.

01:41PM   14   Q.   AND THAT'S, THAT'S THE REQUIREMENT UNDER CLIA; CORRECT?

01:41PM   15   A.   I BELIEVE SO, YES.

01:41PM   16   Q.   AND YOU HAVE TO DO PROFICIENCY TESTING OR ALTERNATIVE

01:41PM   17   TESTING ON YOUR PRIMARY METHOD FOR A PARTICULAR ASSAY; CORRECT?

01:41PM   18   A.   CORRECT.

01:41PM   19   Q.   YOU HAVE TO DO IT EVERY SIX MONTHS FROM THE POINT AT WHICH

01:41PM   20   THAT BECOMES YOUR PRIMARY METHOD; CORRECT?

01:41PM   21   A.   YES.

01:41PM   22   Q.   OKAY.  THE -- AND HE PROPOSES THE CONTENTS OF THE SOP FOR

01:42PM   23   THAT ALTERNATIVE ASSESSMENT PROTOCOL; RIGHT?

01:42PM   24   A.   YES.

01:42PM   25   Q.   OKAY.  AND IF WE GO UP ONE EMAIL, IT STARTS ON THE BOTTOM

2277

ROSENDORFF CROSS BY MR. WADE (RES.)

01:42PM 1    OF THE NEXT PAGE.  DO YOU SEE THAT?  THIS IS FROM YOU LATER

01:42PM 2    THAT SAME DAY, NOVEMBER 26TH, 2013?

01:42PM 3    A.   YES.

01:42PM 4    Q.   OKAY.  AND JUST SO WE CAN UNDERSTAND, THIS 2013,

01:42PM 5    NOVEMBER 26TH, THIS IS JUST AFTER THE PUBLIC LAUNCH OF

01:42PM 6    THERANOS; RIGHT?

01:42PM 7    A.   YES.

01:42PM 8    Q.   AND IF THAT WAS THE DATE OF THE PUBLIC LAUNCH, YOU

01:42PM 9    WOULDN'T NEED TO DO AAP FOR PROBABLY FIVE OR SIX MONTHS; RIGHT?

01:42PM 10   A.   YEAH.  SO THE CLIA REGULATIONS SAY THAT PROFICIENCY

01:43PM 11   TESTING SHOULD BE DONE AT SOME FREQUENCY.  I DON'T RECALL

01:43PM 12   EXACTLY WHAT THE REGS SAY.

01:43PM 13       I DON'T KNOW IF IT'S FROM THE TIME THAT A METHOD BECOMES

01:43PM 14   YOUR PRIMARY METHOD, BUT THEY DO SAY THAT IT SHOULD BE

01:43PM 15   PERFORMED ON THE PRIMARY METHOD.

01:43PM 16   Q.   RIGHT, ON THE PRIMARY METHOD, AT SOME INTERVALS.

01:43PM 17       BUT IT'S NOT LIKE QUALITY CONTROL WHERE YOU DO IT EVERY

01:43PM 18   DAY; RIGHT?

01:43PM 19   A.   CORRECT.

01:43PM 20   Q.   AND THIS IS ONCE -- TWICE OR THREE TIMES A YEAR; RIGHT?

01:43PM 21   A.   CORRECT.

01:43PM 22   Q.   AND YOU SAY -- IF WE CAN GO TO THE SUBSTANCE OF YOUR

01:43PM 23   EMAIL.  YOU SAY, "I'LL WRITE UP THE SOP AND INCORPORATE WHAT WE

01:43PM 24   HAVE DISCUSSED."

01:43PM 25       RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                2278

01:43PM   1    A.   CORRECT.

01:43PM   2    Q.   AND I DIDN'T HIGHLIGHT IT IN THE EMAIL BELOW, BUT IN THE

01:43PM   3    EMAIL BELOW, WHAT DR. YOUNG, HE NOTED THAT THERE WERE -- YOU

01:43PM   4    AND HE HAD A DISCUSSION; RIGHT?  THAT'S HOW HE STARTED THE

01:43PM   5    EMAIL?

01:43PM   6    A.   YES.

01:43PM   7    Q.   AND SO HE'S WORKING WITH YOU TO DEVELOP THIS; CORRECT?

01:43PM   8    A.   YES.

01:43PM   9    Q.   AND THEN IF WE CAN GO UP A COUPLE OF EMAILS TO

01:44PM   10   MR. PANDORI'S EMAIL AT 5:20 P.M.

01:44PM   11       DO YOU SEE THAT?

01:44PM   12   A.   YES.

01:44PM   13   Q.   AND HE SAYS -- MR. GEE SAYS TO -- I'M SORRY.

01:44PM   14       MR. PANDORI SAYS TO MR. GEE, "PLEASE SHARE WITH DANIEL THE

01:44PM   15   COMPARISON OF PREDICATE AND EDISON FOR THE PT SPECIMENS WE

01:44PM   16   TESTED."

01:44PM   17       DO YOU SEE THAT?

01:44PM   18   A.   YES, YES.

01:44PM   19   Q.   AND DOES THAT INDICATE THAT THERE WAS SOME AT LEAST

01:44PM   20   EXPERIMENTAL PRECISION TESTING THAT WAS GOING ON DURING THIS

01:44PM   21   TIME PERIOD?

01:44PM   22   A.   AGAIN, PROFICIENCY, NOT PRECISION.  YOU SAID PRECISION.  I

01:44PM   23   THINK YOU MEANT PROFICIENCY.

01:44PM   24   Q.   I DID.

01:44PM   25   A.   YEAH.  THERE WAS LEFTOVER PT SPECIMENS FROM A VARIETY OF

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2279

01:44PM   1      SOURCES.

01:44PM   2           THEY WERE RUN ON SOME EDISON INSTRUMENTS AND COMPARED TO

01:45PM   3      THE RESULTS FROM THE IMMULITE.

01:45PM   4      Q.   OKAY.  AND AS WE WORK UP THE CHAIN, IF WE GO TO THE

01:45PM   5      8:25 P.M., THERE'S DISCUSSION WITH MR. BALWANI ABOUT THIS;

01:45PM   6      RIGHT?

01:45PM   7      A.   YES.

01:45PM   8      Q.   AND HE SAYS HE WOULD LIKE TO SEE THESE RESULTS THAT WERE

01:45PM   9      RUN; RIGHT?

01:45PM   10     A.   YES.

01:45PM   11     Q.   ON THE EDISONS?

01:45PM   12     A.   YES.

01:45PM   13     Q.   BECAUSE IT LOOKS LIKE THERE WAS SOME PROFICIENCY TESTING

01:45PM   14     THAT WAS DONE ON THE EDISONS; RIGHT?

01:45PM   15     A.   YES.

01:45PM   16     Q.   OKAY.  LET'S GO UP ONE CHAIN.

01:45PM   17     A.   I -- NEVER MIND.

01:45PM   18     Q.   DO YOU SEE IT GO UP ONE CHAIN?  DO YOU SEE THAT?

01:45PM   19     A.   YES.

01:45PM   20     Q.   AND IT SAYS, "WE ALSO NEED INFORMATION ABOUT THE PT

01:45PM   21     SAMPLES, SUCH AS WHAT THE MATRIXES WERE."

01:46PM   22           RIGHT?

01:46PM   23     A.   YES.

01:46PM   24     Q.   AND HE WANTS TO GET THIS INFORMATION; RIGHT?

01:46PM   25     A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2280

01:46PM  1    Q.   OKAY.  AND THEN IF WE JUMP UP TO FEBRUARY 24TH -- AND I

01:46PM  2    SHOULD MAKE CLEAR.  I DON'T KNOW IF YOU CAUGHT WHAT HAPPENED.

01:46PM  3    I DON'T WANT TO IN ANY WAY MISLEAD YOU.

01:46PM  4        THERE WAS AN EMAIL THAT WAS FORWARDED FROM 2013 WHERE YOU

01:46PM  5    AND DANIEL WERE DISCUSSING THE POLICY; RIGHT?

01:46PM  6    A.   CORRECT.

01:46PM  7    Q.   DO YOU SEE THAT?

01:46PM  8    A.   YES.

01:46PM  9    Q.   AND THAT'S BEING FORWARDED IN FEBRUARY OF 2013.

01:46PM  10       DO YOU SEE THAT?  THERE'S A SWITCH IN YEARS THERE

01:46PM  11   BECAUSE -- AND DO YOU SEE DANIEL'S EMAIL, IF WE CAN GO TO THE

01:46PM  12   BOTTOM OF PAGE 4.

01:47PM  13       DO YOU SEE THAT?

01:47PM  14   A.   I SEE THAT.

01:47PM  15   Q.   AND THAT'S 2013.  AND THEN THE NEXT EMAIL ABOVE THAT

01:47PM  16   DANIEL FORWARDS TO MR. PANDORI IN FEBRUARY OF 2014?

01:47PM  17   A.   I SEE IT.  I SEE IT.

01:47PM  18   Q.   OKAY.  IS THAT HELPFUL TO YOUR UNDERSTANDING OF WHAT

01:47PM  19   HAPPENED?

01:47PM  20   A.   YES.  HE WANTED TO GET MARK PANDORI IN THE LOOP ABOUT WHAT

01:47PM  21   THE THOUGHTS WERE REGARDING ALTERNATIVE ASSESSMENT OF

01:47PM  22   PROFICIENCY.

01:47PM  23   Q.   AND THAT ALL RELATES TO THE DATA IN MS. CHEUNG'S EMAIL

01:47PM  24   THAT WE LOOKED AT; RIGHT?

01:47PM  25   A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2281

01:47PM  1    Q.   AND THAT DATA THAT WAS DERIVING FROM RUNNING PROFICIENCY

01:47PM  2    TESTING SAMPLES, TRADITIONAL PROFICIENCY TESTING SAMPLES ON AN

01:47PM  3    EDISON; RIGHT?

01:47PM  4    A.   CORRECT.

01:47PM  5    Q.   WHICH WAS NOT CONSISTENT WITH THE POLICY THAT YOU AND

01:48PM  6    DR. YOUNG HAD DEVELOPED BACK IN 2013; CORRECT?

01:48PM  7    A.   CORRECT.

01:48PM  8    Q.   OKAY.  AND THE REASON THIS IS BEING REFORWARDED BY YOU IS

01:48PM  9    TO REMIND EVERYBODY ABOUT THE POLICY --

01:48PM 10    A.   THAT WAS REFORWARDED BY DANIEL.

01:48PM 11    Q.   LET'S GO BACK OR DOWN ONE EMAIL.  RIGHT.  SO THIS IS SENT

01:48PM 12    FROM YOU TO DANIEL AND TO MS. HOLMES AND MR. BALWANI IN

01:48PM 13    NOVEMBER OF 2013; RIGHT?

01:48PM 14    A.   YES.

01:48PM 15    Q.   AND SO THE EXPECTATION BEING THAT THIS WAS -- THE POLICY

01:48PM 16    THAT WE HAD JUST DISCUSSED WAS GOING TO BE THE POLICY THAT

01:48PM 17    WOULD BE APPLIED; CORRECT?

01:48PM 18         YOU FORWARDED THIS TO THE SENIOR MANAGEMENT OF THE

01:48PM 19    COMPANY?

01:48PM 20    A.   SO WHAT I FORWARDED TO ELIZABETH AND SUNNY IN

01:49PM 21    NOVEMBER 26TH, 2013 WAS A STATEMENT, DANIEL, THANKS, I'LL WRITE

01:49PM 22    UP THE SOP AND INCORPORATE WHAT WE HAVE DISCUSSED.

01:49PM 23    Q.   RIGHT.  RIGHT.  I'M SORRY FOR THE CONFUSION,

01:49PM 24    DR. ROSENDORFF.

01:49PM 25    A.   THAT'S IT.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2282

01:49PM   1      Q.   LET'S GO BACK TO THAT FIRST EMAIL.  OKAY.

01:49PM   2           THIS LAYS OUT THE AAP POLICY THAT YOU WERE GOING TO APPLY

01:49PM   3      TO ASSESS THE ACCURACY OF THE EDISON DEVICES; RIGHT?

01:49PM   4      A.   IT'S A PROPOSAL BY DANIEL, YES.

01:49PM   5      Q.   IT'S A PROPOSAL BY DANIEL.  AND THEN YOU SAY YOU'RE GOING

01:49PM   6      TO WRITE IT UP AS AN SOP; RIGHT?

01:49PM   7      A.   CORRECT.

01:49PM   8      Q.   AND THEN YOU FORWARD, IN 2013, THE FACT THAT YOU'RE GOING

01:49PM   9      TO WRITE IT UP AS AN SOP TO MR. YOUNG AND TO MS. HOLMES AND

01:49PM  10      MR. BALWANI; CORRECT?

01:49PM  11      A.   YES, YES.

01:49PM  12      Q.   OKAY.  AND DR. YOUNG FORWARDS THAT TO MR. PANDORI, WHO WAS

01:49PM  13      INVOLVED WITH MS. CHEUNG IN THAT USE OF THE PROFICIENCY TESTING

01:50PM  14      MATERIAL ON THE EDISON; RIGHT?

01:50PM  15      A.   YES.

01:50PM  16      Q.   AND DR. PANDORI WAS NOT AT THE COMPANY BACK WHEN YOU AND

01:50PM  17      DR. YOUNG CREATED THAT POLICY?

01:50PM  18      A.   HE WAS NOT.

01:50PM  19      Q.   SO DR. YOUNG WAS FORWARDING THAT TO HIM; CORRECT?

01:50PM  20      A.   CORRECT.

01:50PM  21      Q.   AND THEN MR. PANDORI, GOING BACK UP THE EMAIL NOW THAT

01:50PM  22      WE'RE ON THE SAME PAGE, MR. PANDORI SAYS, "PLEASE SHARE WITH

01:50PM  23      DANIEL YOUNG THE COMPARISON OF PREDICATE AND EDISON FOR THE PT

01:50PM  24      SPECIMENS WE TESTED."

01:50PM  25           RIGHT?

01:50PM  1    A.   YES.

01:50PM  2    Q.   AND UNDER THE AAP POLICY FOR EDISONS, PT SPECIMENS WERE

01:50PM  3    NOT SUPPOSED TO BE TESTED?

01:50PM  4    A.   CORRECT.

01:50PM  5    Q.   OKAY.  AND LET'S GO UP THE CHAIN FURTHER.

01:51PM  6         LET'S SKIP TO MR. BALWANI'S EMAIL ON FEBRUARY 24, 2014.

01:51PM  7    THIS WAS AROUND THE TIME THAT MS. CHEUNG WAS SENDING THAT DATA

01:51PM  8    AROUND; RIGHT?

01:51PM  9    A.   YES.

01:51PM  10   Q.   AND THIS SAYS HERE, "WHERE AND WHO PULLED THE RESULTS?"

01:51PM  11        MR. BALWANI WANTED TO SEE THE DATA; RIGHT?

01:51PM  12   A.   CORRECT.

01:51PM  13   Q.   OKAY.  LET'S GO TO THE NEXT EMAIL.

01:51PM  14        AND DR. YOUNG SAYS WE ALSO NEED INFORMATION ABOUT THE PT

01:51PM  15   SAMPLES SUCH AS THE MATRIX AND OTHER MATERIALS.

01:51PM  16        RIGHT?  DO YOU SEE THAT?

01:51PM  17   A.   YES.

01:51PM  18   Q.   AND HE THEN SAYS, "THESE PT SAMPLES ARE USUALLY FORMULATED

01:51PM  19   WITH CERTAIN TEST SYSTEMS IN MIND."

01:51PM  20        RIGHT?

01:51PM  21   A.   YES.

01:51PM  22   Q.   AND HE THEN SAYS, "THIS IS ONE OF THE REASONS I AM NOT

01:52PM  23   COMFORTABLE USING THEM WITHOUT A PEER GROUP."

01:52PM  24        RIGHT?

01:52PM  25   A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                               2284

01:52PM   1    Q.   AND THAT'S BECAUSE WE HAD TALKED ABOUT SOME OF THOSE

01:52PM   2    INTERFERENCES AND THINGS; RIGHT?  DO YOU RECALL THAT TESTIMONY

01:52PM   3    A LITTLE BIT AGO?  HOW SOMETIMES TESTS RESPOND TO OTHER

01:52PM   4    ELEMENTS IN THE MATERIAL?

01:52PM   5    A.   YES.

01:52PM   6    Q.   AND IT'S SOMETIMES REFERRED TO AS A MATRIXES; IS THAT

01:52PM   7    RIGHT?

01:52PM   8    A.   NO.  WE DISCUSSED ICTERUS, LIPEMIA AND HEMOLYSIS AS PART

01:52PM   9    OF THE SPECIFICITY DISCUSSION WITH MR. BALWANI.  THOSE

01:52PM   10   SUBSTANCES CAN INTERFERE WITH DETECTION OF ANALYTES.

01:52PM   11        WHAT DANIEL IS TALKING ABOUT HERE IS WHAT IS THE MATRIX,

01:53PM   12   IN OTHER WORDS, IS THE MATRIX MADE UP TO RESEMBLE SERUM?  IS IT

01:53PM   13   BEING MADE UP TO RESEMBLE CAPILLARY BLOOD?  WHAT IS IN THE PT

01:53PM   14   MATERIAL ITSELF?

01:53PM   15   Q.   BECAUSE THE PT MATERIAL THAT IS TESTED ON THE EDISON MAY

01:53PM   16   NOT BE AN APPLES-TO-APPLES COMPARISON, RIGHT?  IT MAY NOT BE A

01:53PM   17   PEERED TEST?

01:53PM   18   A.   I MEAN, I CAN EXPLAIN MY THINKING ABOUT THAT YOU IF WOULD

01:53PM   19   LIKE.

01:53PM   20   Q.   WELL, LET'S GO UP THE EMAIL AND FOCUS ON WHAT HAPPENED AT

01:53PM   21   THE TIME.  LET'S GO UP TO THE FEBRUARY 24TH EMAIL FROM

01:53PM   22   DR. YOUNG.

01:53PM   23        I'M SORRY, ONE EMAIL UP.  IT'S BURIED WITHIN -- IT SAYS,

01:54PM   24   "ON FEBRUARY 24TH, 2014."

01:54PM   25        NOW, THIS IS AN EMAIL -- ACTUALLY, I'M SORRY.  THIS IS AN

ROSENDORFF CROSS BY MR. WADE (RES.)                              2285

01:54PM   1      EMAIL FROM MR. BALWANI; CORRECT?

01:54PM   2      A.   YES, HE'S -- IT APPEARS THAT HE'S QUOTING DANIEL HERE.

01:54PM   3      Q.   AND HE'S QUOTING AN EMAIL FROM DANIEL?

01:54PM   4      A.   YEAH.

01:54PM   5      Q.   AND IT SAYS, "TO ADD MORE DETAILS ABOUT MY CONCERNS."

01:54PM   6           AND JUST SO WE'RE CLEAR, YOU AND DANIEL HAD WORKED

01:54PM   7      TOGETHER ON DEVELOPING THE AAP TEST; CORRECT?

01:54PM   8      A.   ME AND DANIEL HAD DISCUSSED IT.  I WROTE OUT AN SOP THAT

01:54PM   9      WAS OVERWRITTEN BY THE G.S.  THE AAP WAS NEVER IMPLEMENTED.

01:54PM   10     Q.   I UNDERSTAND YOUR ANSWER IN THAT REGARD.

01:54PM   11          MY QUESTION WAS, YOU AND DANIEL WORKED TOGETHER TO DEVELOP

01:54PM   12     THAT PROCEDURE; CORRECT?

01:54PM   13     A.   CORRECT.

01:54PM   14     Q.   CORRECT.  AND HERE DANIEL IS QUOTED AS SAYING, "TO ADD

01:55PM   15     MORE DETAILS ABOUT MY CONCERNS RELATING TO USING PT SAMPLES

01:55PM   16     WITHOUT EXTENSIVE STUDY WITH OUR LDT'S AND WITHOUT A PEER

01:55PM   17     GROUP, I WANTED TO HIGHLIGHT WHY THE PEER GROUP METHODS WERE

01:55PM   18     ESTABLISHED FOR PT AND OTHER CHALLENGES RELATING TO MATRIX

01:55PM   19     EFFECTS."

01:55PM   20          DO YOU SEE THAT?

01:55PM   21     A.   YES.

01:55PM   22     Q.   AND HE THEN SAYS, "THESE FACTORS ARE WHY I HAD RECOMMENDED

01:55PM   23     LAST YEAR THE APPROACH THAT WE SINCE CAPTURED IN OUR CLIA SOP'S

01:55PM   24     LAST YEAR."

01:55PM   25          DO YOU SEE THAT?

| | | |
|---|---|---|
| 01:55PM | 1 | A.  YES. |
| 01:55PM | 2 | Q.  "NAMELY, RUNNING PT ON FDA-CLEARED PREDICATES." |
| 01:55PM | 3 | THAT MEANS A BIG DEVICE IN THE LAB, ONE OF THE BIG |
| 01:55PM | 4 | MACHINES? |
| 01:55PM | 5 | A.  A DCA VANTAGE IS FDA APPROVED.  IT'S PRETTY SMALL. |
| 01:55PM | 6 | IF YOU COULD BE MORE SPECIFIC, THAT WOULD BE HELPFUL TO |
| 01:55PM | 7 | ME. |
| 01:55PM | 8 | Q.  IT WAS ONE OF THE GOLD STANDARD PREDICATES; RIGHT? |
| 01:55PM | 9 | A.  THE FDA APPROVED SIEMENS INSTRUMENT, YES. |
| 01:56PM | 10 | Q.  YES.  AND YOU WANTED TO COMPARE YOUR SAMPLES AGAINST THAT? |
| 01:56PM | 11 | A.  YES. |
| 01:56PM | 12 | Q.  YEAH.  AND RUNNING INTERNAL ALTERNATIVE ASSESSMENT |
| 01:56PM | 13 | PROGRAMS -- THAT'S AAP; RIGHT? |
| 01:56PM | 14 | A.  YES. |
| 01:56PM | 15 | Q.  NAMELY, USING THE ACTUAL PATIENT SAMPLES; RIGHT? |
| 01:56PM | 16 | A.  YES. |
| 01:56PM | 17 | Q.  "TO ENSURE THAT OUR LDT'S, ELISA, CYTO, AND GC, ARE |
| 01:56PM | 18 | ACCURATE WITH RESPECT TO THESE PREDICATES." |
| 01:56PM | 19 | DO YOU SEE THAT? |
| 01:56PM | 20 | A.  YES. |
| 01:56PM | 21 | Q.  AND THAT'S HIS STATED GOAL? |
| 01:56PM | 22 | A.  YES. |
| 01:56PM | 23 | Q.  AND THAT WAS IN THE SOP THAT YOU DRAFTED; RIGHT? |
| 01:56PM | 24 | A.  YES. |
| 01:56PM | 25 | Q.  "NOTE THAT CAP IS DEVELOPING SOME UNMODIFIED SAMPLES FOR |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2287

01:56PM   1      PT BUT THIS IS STILL IN DEVELOPMENT (SOMETHING WE SHOULD

01:56PM   2      FURTHER ENGAGE CAP ON)."

01:56PM   3          RIGHT?

01:56PM   4      A.   I READ THAT.

01:56PM   5      Q.   AND DO YOU SEE THAT?

01:56PM   6      A.   UH-HUH.

01:56PM   7      Q.   AND THEN HE QUOTES FROM SOME RESEARCH HE HAD DONE.

01:56PM   8          DO YOU SEE THAT?

01:56PM   9      A.   YES.

01:56PM   10     Q.   AND THEN THE LAST SENTENCE DOWN AT THE BOTTOM, HE SAYS,

01:57PM   11     "THE PROPOSED INTERNAL AAP APPROACH WAS DEVISED TO OVERCOME

01:57PM   12     THESE LIMITATIONS OF OUR LDT'S.  LOOKING FORWARD TO DISCUSSING

01:57PM   13     THESE MATTERS."

01:57PM   14          RIGHT?

01:57PM   15     A.   YES.

01:57PM   16     Q.   THAT'S WHAT HE SAID.

01:57PM   17          BECAUSE THE POLICY THAT YOU -- THERE WERE CONCERNS

01:57PM   18     RECOGNIZED ABOUT HOW MATRIX COULD AFFECT THE RESULT AND YOU

01:57PM   19     TOGETHER DEVELOPED A POLICY THAT WAS DESIGNED TO ADJUST FOR

01:57PM   20     THAT; RIGHT?

01:57PM   21     A.   IN MY DISCUSSIONS WITH DANIEL, WE NEVER DISCUSSED MATRIX

01:57PM   22     EFFECTS.

01:57PM   23     Q.   OKAY.

01:57PM   24     A.   AND THESE ARE COMING UP IN FEBRUARY OF 2014, THESE

01:57PM   25     CONCERNS, YEAH.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2288

01:57PM   1      Q.   BUT YOU, YOU AGREED THAT THE AAP WAS THE APPROPRIATE

01:57PM   2      METHOD?

01:57PM   3      A.   YES, YES.

01:57PM   4      Q.   OKAY.  AND THAT'S WHAT SHOULD BE USED WHEN YOU'RE TESTING

01:57PM   5      THOSE SAMPLES?

01:57PM   6      A.   YES.

01:57PM   7      Q.   OKAY.  AND THE, THE PT SPECIMENS THAT WERE USED IN THAT

01:57PM   8      EXPERIMENT THAT MS. CHEUNG SENT YOU DATA ON WERE NOT SUPPOSED

01:58PM   9      TO BE USED UNDER THE POLICY; RIGHT?

01:58PM   10     A.   CORRECT.  THAT WAS A -- THAT WAS A SPOT-CHECK, QC

01:58PM   11     EXERCISE.  THAT WAS NOT CAPTURED IN A PROCEDURE.

01:58PM   12     Q.   RIGHT.  BUT MY QUESTION IS THAT THE AAP PROTOCOL THAT YOU

01:58PM   13     SET UP UNDER THAT, YOU WERE NOT SUPPOSED TO USE THAT

01:58PM   14     MATERIAL --

01:58PM   15     A.   CORRECT, CORRECT.

01:58PM   16     Q.   -- TO ASSESS THE ACCURACY OF THERANOS'S EDISON DEVICES?

01:58PM   17     A.   CORRECT.

01:58PM   18     Q.   OKAY.  LET'S -- NOW, WHEN YOU WERE SHOWN THIS BY THE

01:58PM   19     GOVERNMENT, THEY DIDN'T SHOW YOU THAT PIECE, DID THEY?

01:58PM   20     A.   WHICH PIECE?

01:58PM   21     Q.   THE PIECE FROM DR. YOUNG.

01:58PM   22     A.   NO, THEY DIDN'T.

01:58PM   23     Q.   NO, THEY DIDN'T.

01:58PM   24          AND THEN IF YOU LOOK ABOVE THAT, IT SAYS, "CC'ING

01:58PM   25     ELIZABETH ON THIS AS WE WENT THRU THIS DISCUSSION OVER A YEAR

01:58PM  1      AGO ALSO."

01:58PM  2          DO YOU SEE THAT?

01:58PM  3      A.   YES.

01:58PM  4      Q.   AND DO YOU REMEMBER ABOUT A YEAR AGO WAS WHEN YOU HAD

01:59PM  5      FORWARDED WHAT YOU WERE GOING TO DO TO HER AS DISCUSSED WITH

01:59PM  6      DR. YOUNG; RIGHT?

01:59PM  7      A.   YES, YES.  THERE WAS AN EMAIL THAT PROBABLY SAID OKAY, I

01:59PM  8      WILL DO.

01:59PM  9      Q.   YEAH.  WHERE YOU SAID YOU WERE GOING TO PREPARE THE SOP

01:59PM  10     FOR AAP AS DISCUSSED; RIGHT?

01:59PM  11     A.   CORRECT.

01:59PM  12     Q.   AND THAT APPROACH HAD BEEN VETTED INTERNALLY; CORRECT?

01:59PM  13     A.   I'M NOT SURE WHAT YOU MEAN.

01:59PM  14     Q.   WELL, YOU DISCUSSED IT WITH DR. YOUNG?

01:59PM  15     A.   RIGHT.

01:59PM  16     Q.   AND YOU FORWARDED IT TO YOUR DIRECT REPORT, MR. BALWANI;

01:59PM  17     CORRECT?

01:59PM  18     A.   SO JUST TO BE PERFECTLY CLEAR --

01:59PM  19     Q.   MY QUESTION -- THE QUESTION PENDING IS WHETHER YOU

01:59PM  20     FORWARDED IT TO MR. BALWANI.  THAT'S THE QUESTION.

01:59PM  21     A.   I SAID, OKAY, WILL DO.  THAT WAS THE MESSAGE FORWARDED TO

01:59PM  22     MR. BALWANI.

01:59PM  23          IT WAS NOT, IT WAS -- IT DID NOT INCLUDE DANIEL'S

02:00PM  24     PROPOSAL.  THAT WHAT I CAN SEE FROM THE DOCUMENTS.  SO --

02:00PM  25     Q.   LET'S GO BACK TO MAKE SURE THAT WE'RE VERY CLEAR ON THIS.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2290

```
02:00PM   1      OKAY?

02:00PM   2      A.   YES.

02:00PM   3      Q.   THIS IS AN IMPORTANT ISSUE.

02:00PM   4           LET'S GO BACK TO PAGE 4.  LET'S FOCUS ON THE BOTTOM EMAIL.

02:00PM   5      A.   YEP.

02:00PM   6      Q.   OKAY.  LET'S LOOK AT THAT.

02:00PM   7           THAT'S A FORWARD FROM YOU TO DR. YOUNG, MS. HOLMES,

02:00PM   8      MR. BALWANI ON NOVEMBER 26TH, 2013; CORRECT?

02:00PM   9      A.   CORRECT.

02:00PM  10      Q.   IT'S THE FORWARD OF AN EMAIL THAT IS BELOW; CORRECT?

02:00PM  11      A.   NO.  THE EMAIL BELOW IS A NEW EMAIL.

02:00PM  12      Q.   WELL, LET'S LOOK AT -- LET'S NOW GO TO THE EMAIL BELOW.

02:00PM  13      LET'S LOOK, LET'S LOOK AT THAT WHOLE PAGE.  OKAY?

02:01PM  14           THAT'S WHAT IS BEING FORWARDED TO THOSE PEOPLE IN 2013;

02:01PM  15      CORRECT?  THAT EMAIL THREAD THAT INCLUDED YOUR EMAIL TO DANIEL,

02:01PM  16      YOUR RESPONSE TO DANIEL, WHICH IS SET FORTH DIRECTLY BELOW YOUR

02:01PM  17      EMAIL THERE?

02:01PM  18      A.   SO THE WAY I SEE THIS IS THAT THE ONLY THING THAT I

02:01PM  19      FORWARDED TO ELIZABETH AND SUNNY WAS THE STATEMENT, "DANIEL,

02:01PM  20      THANKS, I'LL WRITE UP THE SOP AND INCORPORATE WHAT WE HAVE

02:01PM  21      DISCUSSED."

02:01PM  22           I'M LOOKING AT THE NEXT ITEM AS A SEPARATE EMAIL.

02:01PM  23      Q.   AS NOT ENCAPSULATING EVERYTHING THAT'S BEFORE; RIGHT?  YOU

02:01PM  24      JUST SAID, THANKS, I'LL WRITE UP THE SOP WITHOUT INCLUDING THAT

02:01PM  25      CONTENT?  THAT'S YOUR TESTIMONY?
```

ROSENDORFF CROSS BY MR. WADE (RES.)                2291

02:01PM  1    A.   THAT'S HOW I READ -- THAT'S HOW I INTERPRET THIS DOCUMENT

02:01PM  2    TODAY, YES.

02:01PM  3    Q.   OKAY.  YOU'RE FAMILIAR WITH EMAIL THREADS?

02:01PM  4    A.   YES.

02:01PM  5    Q.   OKAY.  WELL, LET'S GO BACK UP THE CHAIN.  YOU HAD CC'D

02:02PM  6    MS. HOLMES.

02:02PM  7         MS. HOLMES HAD BEEN CC'D.

02:02PM  8         DO YOU RECALL THAT ON THE TOP OF PAGE 2?

02:02PM  9    A.   THE TOP OF PAGE 2.  THE BOTTOM OF PAGE 1 IS FROM

02:02PM 10    SUNNY BALWANI TO DANIEL AND MYSELF AND LANGLY, ET CETERA, AND

02:02PM 11    ELIZABETH.

02:02PM 12    Q.   RIGHT.  AND HE SAYS, "CC'ING ELIZABETH ON THIS AS WE WENT

02:02PM 13    THRU THESE DISCUSSIONS OVER A YEAR AGO."

02:02PM 14    A.   YES.

02:02PM 15    Q.   DO YOU THINK THE DISCUSSIONS YOU WERE GOING THROUGH OVER A

02:02PM 16    YEAR AGO WAS YOUR FORWARD ON THE SOP, OR DO YOU THINK IT WAS

02:02PM 17    THE SUBSTANCE OF THE ISSUE?

02:02PM 18    A.   I'M NOT FOLLOWING.  I'M SORRY.

02:02PM 19    Q.   OKAY.  LET'S KEEP GOING.

02:03PM 20         MS. HOLMES THEN RESPONDS WITH RESPECT TO THAT ENTIRE

02:03PM 21    DISCUSSION; CORRECT?

02:03PM 22    A.   YES.

02:03PM 23    Q.   OKAY.  AND THAT ENTIRE DISCUSSION RELATED TO THE

02:03PM 24    PERFORMANCE OF PROFICIENCY TESTING ON EDISON DEVICES THAT WAS

02:03PM 25    NOT CONSISTENT WITH THE AAP POLICY THAT YOU DRAFTED INTO THE

ROSENDORFF CROSS BY MR. WADE (RES.)                                   2292

02:03PM   1        SOP?

02:03PM   2        A.   CORRECT.

02:03PM   3        Q.   OKAY.  AND THAT WAS THE DATA THAT WAS INCLUDED IN

02:03PM   4        MS. CHEUNG'S EMAIL THAT THE GOVERNMENT SHOWED YOU ON DIRECT

02:03PM   5        TESTIMONY?

02:03PM   6        A.   YES.

02:03PM   7               THE COURT:  MR. WADE, DO YOU --

02:03PM   8               MR. WADE:  IS IT 2:00?  YEAH, NOW IS PROBABLY A GOOD

02:03PM   9        TIME TO BREAK.  I DON'T WANT TO HOLD THE DOCTOR UP.  I KNOW HE

02:03PM   10       HAS AN IMPORTANT --

02:03PM   11              THE COURT:  SO LET'S TAKE OUR AFTERNOON RECESS,

02:04PM   12       LADIES AND GENTLEMEN.  LET'S TAKE 20 MINUTES, 20 MINUTES.  WILL

02:04PM   13       THAT DO?

02:04PM   14          AND WE MAY HAVE A BREAK IN OUR WITNESSES.  THE DOCTOR MAY

02:04PM   15       NEED TO -- I THINK HE HAS AN APPOINTMENT.

02:04PM   16          SO, DOCTOR, WE'LL EXCUSE YOU FOR THE REST OF THE DAY, AND

02:04PM   17       WE'LL SEE YOU AGAIN FRIDAY MORNING, PLEASE, AT 9:00 O'CLOCK.

02:04PM   18              THE WITNESS:  OKAY.  VERY GOOD.

02:04PM   19              THE COURT:  THANK YOU.

02:04PM   20          COUNSEL, IF YOU COULD REMAIN FOR JUST A MOMENT.

02:04PM   21          (JURY OUT AT 2:04 P.M.)

02:04PM   22              THE COURT:  ALL RIGHT.  THANK YOU.

02:05PM   23          THE RECORD SHOULD REFLECT OUR JURY AND ALTERNATES HAVE

02:05PM   24       LEFT THE COURTROOM FOR A BREAK.

02:05PM   25          ALL COUNSEL AND MS. HOLMES IS PRESENT.

| | | |
|---|---|---|
| 02:05PM | 1 | WE'RE GOING TO COME BACK IN 20 MINUTES. |
| 02:05PM | 2 | WILL WE HAVE A WITNESS THEN, MR. LEACH? |
| 02:05PM | 3 | MR. LEACH:  WE WILL, YOUR HONOR, YES. |
| 02:05PM | 4 | THE COURT:  GREAT.  OKAY.  THANK YOU.  WE'LL BE IN |
| 02:05PM | 5 | RECESS THEN. |
| 02:05PM | 6 | THE CLERK:  COURT IS IN RECESS. |
| 02:05PM | 7 | (RECESS FROM 2:05 P.M. UNTIL 2:28 P.M.) |
| 02:28PM | 8 | (JURY IN AT 2:28 P.M.) |
| 02:28PM | 9 | THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD. |
| 02:28PM | 10 | OUR JURY AND ALTERNATES ARE PRESENT.  ALL COUNSEL ARE PRESENT |
| 02:28PM | 11 | AND MS. HOLMES IS PRESENT. |
| 02:28PM | 12 | AS I SAID, LADIES AND GENTLEMEN, WE'RE GOING TO TAKE A |
| 02:28PM | 13 | BREAK WITH DR. ROSENDORFF'S TESTIMONY AND WE'LL RESUME WITH HIM |
| 02:28PM | 14 | ON FRIDAY MORNING. |
| 02:28PM | 15 | BUT IN THE ALTERNATIVE, YOU HAVE A WITNESS TO CALL, |
| 02:28PM | 16 | MR. LEACH? |
| 02:28PM | 17 | MR. LEACH:  WE DO, YOUR HONOR. |
| 02:28PM | 18 | THE UNITED STATES CALLS DR. VICTORIA SUNG. |
| 02:28PM | 19 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 02:29PM | 20 | GOOD AFTERNOON.  IF YOU WOULD PLEASE COME FORWARD AND FACE |
| 02:29PM | 21 | OUR COURTROOM DEPUTY HERE.  IF YOU WOULD RAISE YOUR RIGHT HAND, |
| 02:29PM | 22 | SHE HAS A QUESTION FOR YOU. |
| 02:29PM | 23 | **(GOVERNMENT'S WITNESS, VICTORIA SUNG, WAS SWORN.)** |
| 02:29PM | 24 | THE WITNESS:  YES. |
| 02:29PM | 25 | THE CLERK:  GO AHEAD AND TAKE THE STAND. |

SUNG DIRECT BY MR. LEACH                                              2294

02:29PM   1            THE COURT:  PLEASE HAVE A SEAT HERE AND MAKE

02:29PM   2    YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THAT CHAIR AND

02:29PM   3    MICROPHONE.  I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE

02:29PM   4    MICROPHONE.

02:29PM   5         WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

02:29PM   6    AND THEN SPELL IT, PLEASE.

02:29PM   7            THE WITNESS:  VICTORIA SUNG.  V-I-C-T-O-R-I-A,

02:29PM   8    S-U-N-G.

02:29PM   9            THE COURT:  THANK YOU.  COUNSEL.

02:29PM   10           MR. LEACH:  THANK YOU, YOUR HONOR.

02:29PM   11                      **DIRECT EXAMINATION**

02:29PM   12   BY MR. LEACH:

02:29PM   13   Q.   DR. SUNG, I UNDERSTAND YOU HAVE A CLEAR MASK THAT YOU

02:29PM   14   WOULD BE MORE COMFORTABLE WEARING IN COURT; IS THAT CORRECT?

02:29PM   15   A.   YES.

02:29PM   16           MR. LEACH:  AND WITH THE COURT'S PERMISSION, CAN SHE

02:29PM   17   WEAR THAT MASK?

02:29PM   18           THE COURT:  YES, OF COURSE.

02:29PM   19        ANY OBJECTION, COUNSEL?

02:30PM   20        CAN YOU STATE YOUR NAME SO WE CAN ENSURE OUR COURT

02:30PM   21   REPORTER CAN HEAR YOU APPROPRIATELY.

02:30PM   22           THE WITNESS:  IT'S VICTORIA SUNG.

02:30PM   23           THE COURT:  MAYBE A LITTLE CLOSER TO THE MICROPHONE

02:30PM   24   WOULD BE HELPFUL.

02:30PM   25           THE WITNESS:  VICTORIA SUNG.

SUNG DIRECT BY MR. LEACH                                              2295

02:30PM   1              THE COURT:  THANK YOU.

02:30PM   2         COUNSEL.

02:30PM   3    BY MR. LEACH:

02:30PM   4    Q.   GOOD AFTERNOON, DR. SUNG.  WOULD YOU PLEASE DESCRIBE FOR

02:30PM   5    US YOUR EDUCATIONAL AND PROFESSIONAL BACKGROUND?

02:30PM   6    A.   YEAH.  SO I HAVE AN UNDERGRADUATE DEGREE FROM

02:30PM   7    U.C. BERKELEY AND PH.D. FROM GEORGETOWN UNIVERSITY.

02:30PM   8    Q.   AND WHEN DID YOU OBTAIN YOUR PH.D. FROM GEORGETOWN

02:30PM   9    UNIVERSITY?

02:30PM   10   A.   IN 1998.

02:30PM   11   Q.   AND WHAT HAVE YOU DONE PROFESSIONALLY SINCE OBTAINING YOUR

02:30PM   12   PH.D. FROM GEORGETOWN?

02:30PM   13   A.   SO I HAVE WORKED -- I DID A SHORT POSTDOCTORAL FELLOWSHIP

02:30PM   14   IN STANFORD.

02:30PM   15        AND THEN I MOVED ON TO INDUSTRY, AND I'VE WORKED AT A

02:30PM   16   NUMBER OF DIFFERENT COMPANIES SINCE THEN.  ABOUT FIVE YEARS AT

02:31PM   17   SUGEN, WHICH WAS ACQUIRED BY PHARMACIA AND PFIZER, AND FOUR

02:31PM   18   YEARS AT CHIRON, WHICH WAS ACQUIRED BY NOVARTIS.

02:31PM   19              THE COURT:  DR. SUNG, I'M SORRY TO ASK YOU.  CAN YOU

02:31PM   20   MOVE A LITTLE CLOSER.  THE ACOUSTICS HERE ARE CHALLENGING.

02:31PM   21        THANK YOU.

02:31PM   22   BY MR. LEACH:

02:31PM   23   Q.   IF YOU COULD PULL THE MICROPHONE A LITTLE BIT CLOSER SO WE

02:31PM   24   CAN ALL HEAR YOU THROUGH THE MASK.

02:31PM   25   A.   YES.

SUNG DIRECT BY MR. LEACH                                             2296

02:31PM   1   Q.   AND FOR THE COURT REPORTER, WHO IS TRANSCRIBING

02:31PM   2   EVERYTHING, SO WHEN WE USE NEW COMPANIES, I'LL COMMIT TO GO AS

02:31PM   3   SLOWLY AS I CAN, AND IF YOU CAN DO THE SAME, THAT WOULD BE

02:31PM   4   GREAT.

02:31PM   5        SO YOU WORK FOR A COMPANY CALLED SUGEN?

02:31PM   6   A.   YES.

02:31PM   7   Q.   AND WHAT WAS SUGEN?

02:31PM   8   A.   SO SUGEN WAS A SMALL BIOTECH COMPANY IN SOUTH

02:31PM   9   SAN FRANCISCO, AND I WAS THERE UNTIL ABOUT 19 -- NO, ABOUT

02:31PM  10   2003.

02:31PM  11   Q.   AND I HEARD YOU MENTION CHIRON.  WHAT IS CHIRON?

02:31PM  12   A.   CHIRON IS ANOTHER BIOTECH COMPANY IN EMERYVILLE.  IT WAS

02:31PM  13   ACQUIRED BY NOVARTIS, AND I WAS THERE UNTIL ABOUT 2007.

02:32PM  14   Q.   AND WHAT DID YOU DO AFTER CHIRON?

02:32PM  15   A.   THEN I MOVED TO CELGENE WHERE I WAS IN THE SOUTH

02:32PM  16   SAN FRANCISCO -- OR SORRY, THE SAN FRANCISCO MISSION BAY

02:32PM  17   OFFICE, AND I WAS THERE FOR ABOUT TEN YEARS, JUST OVER TEN

02:32PM  18   YEARS.

02:32PM  19   Q.   AND SO YOU JOINED CELGENE AT SOME POINT IN 2007, 2008?

02:32PM  20   A.   YEAH.  IT WAS ACTUALLY PHARMION, WHICH WAS ACQUIRED BY

02:32PM  21   CELGENE.

02:32PM  22   Q.   AND THEN YOU REMAINED WITH CELGENE UNTIL SOMETIME IN 2017,

02:32PM  23   2018?

02:32PM  24   A.   CORRECT.

02:32PM  25   Q.   AND SO WHAT DID YOU DO AFTER THAT?

2297

SUNG DIRECT BY MR. LEACH

02:32PM 1    A.   SO THEN I JOINED ARCH ONCOLOGY, A STARTUP BIOTECH FIRM

02:32PM 2    WHICH IS IN BRISBANE, CALIFORNIA, AND I WAS THERE FOR JUST OVER

02:32PM 3    THREE YEARS.

02:32PM 4    Q.   OKAY.  AND WHAT ARE YOU DOING TODAY?

02:32PM 5    A.   AND SO I JUST STARTED THREE MONTHS AGO AT A NEW COMPANY

02:32PM 6    CALLED ADITUM BIO IN OAKLAND, CALIFORNIA.

02:32PM 7    Q.   GREAT.  I WOULD LIKE TO FOCUS ON THE TIME PERIOD, IF WE

02:33PM 8    COULD, WHILE YOU WERE AT CELGENE.

02:33PM 9         DO YOU HAVE THAT TIME PERIOD IN MIND?

02:33PM 10   A.   UH-HUH.

02:33PM 11   Q.   AND WHAT IS CELGENE?

02:33PM 12   A.   CELGENE AT THE TIME IS A -- WAS A BIO PHARMA COMPANY.

02:33PM 13   IT'S NOW BEEN ACQUIRED BY BRISTOL MYERS SQUIBB.

02:33PM 14   Q.   AND WHEN YOU SAY A BIO PHARMA COMPANY, WHAT DO YOU MEAN?

02:33PM 15   A.   A COMPANY THAT DEVELOPS DRUGS FOR VARIOUS INDICATIONS.

02:33PM 16   Q.   AND DID YOU WORK WITHIN A PARTICULAR GROUP WITHIN CELGENE?

02:33PM 17   A.   I DID.

02:33PM 18   Q.   AND WHAT GROUP WAS THAT?

02:33PM 19   A.   IT WAS CALLED TRANSLATIONAL DEVELOPMENT.

02:33PM 20   Q.   AND WHAT IS TRANSLATIONAL DEVELOPMENT?

02:33PM 21   A.   SO TRANSLATIONAL DEVELOPMENT IS -- IT'S AN ITERATIVE

02:33PM 22   PROCESS WHICH INVOLVES DEVELOPING RESEARCH TO THE POINT OF

02:33PM 23   BRINGING IT TO CLINICAL TRIALS, UNDERSTANDING THE MECHANISM OF

02:33PM 24   DRUGS, AND THEN TAKING DATA FROM THE CLINICAL TRIALS, FROM THE

02:33PM 25   PATIENTS, AND MAKING SURE THAT YOUR DRUG WORKS LIKE IT'S

                                                                        2298
SUNG DIRECT BY MR. LEACH

02:33PM  1    SUPPOSED TO.

02:33PM  2        AND IF IT DOESN'T, TRYING TO UNDERSTAND WHY AND WHY

02:33PM  3    CERTAIN PATIENTS MIGHT RESPOND AND WHY OTHERS DON'T.

02:33PM  4    Q.   WHAT WERE YOUR RESPONSIBILITIES WITHIN TRANSLATIONAL

02:34PM  5    DEVELOPMENT WITHIN CELGENE?

02:34PM  6    A.   SO I HAD A DUAL RESPONSIBILITY.  ONE WAS TO HEAD A LAB

02:34PM  7    GROUP DOING RESEARCH IN THE PROGRAMS THAT I PARTICIPATED IN;

02:34PM  8    AND THEN THE OTHER WAS TO ACTUALLY SIT ON DEVELOPMENT TEAMS,

02:34PM  9    CLINICAL DEVELOPMENT TEAMS AND WORK ON DRUGS THAT WERE IN LATER

02:34PM  10   STAGE DEVELOPMENT AND BEING EVALUATED IN PATIENTS.

02:34PM  11   Q.   AND USING A PARTICULAR EXAMPLE IN MIND, CAN YOU GIVE US A

02:34PM  12   SENSE OF HOW YOU WOULD WORK WITH CLINICAL DEVELOPMENT TEAMS AND

02:34PM  13   WHAT YOU WOULD DO WITHIN THAT CONTEXT?

02:34PM  14   A.   YES.  SO I WAS THE SORT OF RESIDENT SCIENTIST I GUESS.  SO

02:34PM  15   I HAD A VIEW IN ON HOW THE DRUG WAS DEVELOPED FROM THE START,

02:34PM  16   FROM THE SELECTION OF THE DRUG AND THE TESTING OF THE DRUG

02:34PM  17   BEFORE PATIENT TRIALS.

02:34PM  18       AND THEN I WOULD SIT ON THE TEAMS AND HELP TO ANSWER

02:34PM  19   CERTAIN QUESTIONS ABOUT HOW THE DRUG MIGHT WORK IN THE

02:35PM  20   PATIENTS.

02:35PM  21       AND SO WE WOULD OPERATIONALLY, YOU KNOW, GATHER SAMPLES

02:35PM  22   FROM PATIENTS WHILE THEY WERE TAKING THE DRUG AND THEN TRY TO

02:35PM  23   UNDERSTAND LEVELS OF CIRCULATING PROTEINS IN THEIR BLOOD TO

02:35PM  24   MAKE SURE THAT THEY WERE, YOU KNOW, GOING IN THE RIGHT

02:35PM  25   DIRECTION, FOR EXAMPLE, WHILE THEY WERE ON THE DRUG.

2299

SUNG DIRECT BY MR. LEACH

| | | |
|---|---|---|
| 02:35PM | 1 | Q.  SO, FOR EXAMPLE, YOU WOULD LOOK AT PARTICULAR PROTEINS |
| 02:35PM | 2 | AFTER A DRUG WAS GIVEN TO A PATIENT TO SEE HOW THE BODY AND THE |
| 02:35PM | 3 | BLOOD IS REACTING? |
| 02:35PM | 4 | A.  YES. |
| 02:35PM | 5 | Q.  I WANT TO DRAW YOUR ATTENTION TO THE TIME PERIOD 2009. |
| 02:35PM | 6 | AT OR AROUND THAT TIME, WAS CELGENE DEVELOPING A DRUG |
| 02:35PM | 7 | KNOWN AS ACE-011? |
| 02:35PM | 8 | A.  YES. |
| 02:35PM | 9 | Q.  WHAT IS ACE-011? |
| 02:35PM | 10 | A.  ACE-011 IS A LARGE MOLECULAR BIOLOGIC DRUG.  IT IS AN |
| 02:35PM | 11 | ACTIVIN RECEPTOR, A-C-T-I-V-I-N, TO AN INHIBITOR BASICALLY, |
| 02:36PM | 12 | YEAH. |
| 02:36PM | 13 | Q.  AND DOES ACE-011 GO BY SOME OTHER NAME? |
| 02:36PM | 14 | A.  YES.  IT HAD A NAME SOTATERCEPT, S-O-T-A-T-E-R-C-E-P-T. |
| 02:36PM | 15 | Q.  AND WHAT WAS CELGENE IN THIS 2009 TIME PERIOD HOPING THAT |
| 02:36PM | 16 | ACE-011, OR SOTATERCEPT, WOULD DO? |
| 02:36PM | 17 | A.  IT WAS BEING DEVELOPED FOR A NUMBER OF DIFFERENT |
| 02:36PM | 18 | INDICATIONS.  WE HAD IN LICENSED IT FROM A COMPANY IN |
| 02:36PM | 19 | CAMBRIDGE, MASSACHUSETTS, AND IT WAS BEING LOOKED AT FOR |
| 02:36PM | 20 | TREATMENT OF ANEMIA IN ASSOCIATION WITH KIDNEY DISEASE AND |
| 02:36PM | 21 | OTHER DISEASES WHERE ANEMIA IS FOUND. |
| 02:36PM | 22 | Q.  SO IT WAS A DRUG THAT YOU HOPED WOULD TREAT ANEMIA? |
| 02:36PM | 23 | A.  YES. |
| 02:36PM | 24 | Q.  AND BONE LOSS? |
| 02:36PM | 25 | A.  YEAH, ORIGINALLY, YES, BONE LOSS. |

SUNG DIRECT BY MR. LEACH                                                    2300

02:36PM   1    Q.   AND IN THIS 2009 TIME PERIOD, WHERE IN THE STAGES OF

02:36PM   2    DEVELOPMENT WAS CELGENE WITH ACE-011, OR SOTATERCEPT?

02:37PM   3    A.   IT WAS JUST POST PHASE I.

02:37PM   4    Q.   AND DOES PHASE I HAVE A PARTICULAR SIGNIFICANCE TO FOLKS

02:37PM   5    IN THE BIOTECH WORLD?

02:37PM   6    A.   SO IT'S THE FIRST IN MAN, THE FIRST TIME A DRUG IS

02:37PM   7    EVALUATED IN A PATIENT FOR SAFETY PRIMARILY.

02:37PM   8    Q.   IN OR AROUND 2009, WAS CELGENE PREPARING TO PERFORM

02:37PM   9    CLINICAL TRIALS TO EVALUATE ACE-011 WITH PATIENTS?

02:37PM   10   A.   YES.

02:37PM   11   Q.   OKAY.  AND WHAT ESSENTIALLY WAS THE HOPE OF THAT STUDY OR

02:37PM   12   THAT TRIAL?

02:37PM   13   A.   THERE WERE MULTIPLE TRIALS, BUT THERE WAS ONE TRIAL

02:37PM   14   BEING -- WHERE THE DRUG WAS BEING EVALUATED WITH PATIENTS WITH

02:37PM   15   CHRONIC KIDNEY DISEASE, AND THE HOPE WAS THAT IT WOULD PREVENT

02:37PM   16   ANEMIA IN THESE PATIENTS.  AND THERE WERE OTHER TRIALS ONGOING

02:37PM   17   AS WELL, AND CHEMOTHERAPY INDUCED ANEMIA.

02:37PM   18   Q.   AND WITHIN THE TRANSLATIONAL MEDICINE GROUP OF CELGENE,

02:37PM   19   WHAT WAS YOUR ROLE VIS-A-VIS THIS CLINICAL TRIAL?

02:38PM   20   A.   SO MY ROLE WAS TO SUGGEST CERTAIN END POINTS OR PROTEINS

02:38PM   21   IN THE BLOOD TO MEASURE THAT MIGHT HAVE SOME BEARING ON WHETHER

02:38PM   22   OR NOT THE DRUG WAS WORKING AS IT SHOULD BE.

02:38PM   23   Q.   WHEN YOU SAY "END POINTS," WHAT DO YOU MEAN?

02:38PM   24   A.   PROTEINS IN THE BLOOD IN CIRCULATION.

02:38PM   25   Q.   AND CAN YOU GIVE US SOME EXAMPLES?

SUNG DIRECT BY MR. LEACH                                                    2301

02:38PM   1    A.   SO SOMETHING LIKE A HORMONE, YOU COULD MEASURE SOMETHING

02:38PM   2    LIKE ESTROGEN OR ANDROGENS.  IT COULD BE A NUMBER OF OTHER

02:38PM   3    ANALYTES, THINGS LIKE SODIUM LEVELS, SUGAR, ANYTHING LIKE THAT

02:38PM   4    YOU WOULD GET IN A BLOOD TESTS WHEN YOU GO TO THE DOCTOR.

02:38PM   5    Q.   AT OR AROUND THIS TIME, DID CELGENE ENTER INTO AN

02:38PM   6    AGREEMENT WITH A COMPANY CALLED THERANOS TO PROVIDE SERVICES TO

02:38PM   7    CELGENE RELATING TO THIS TRIAL?

02:38PM   8    A.   YES.

02:38PM   9    Q.   AT A HIGH LEVEL, WHAT WAS YOUR UNDERSTANDING OF WHAT

02:38PM   10   THERANOS WAS DOING?

02:38PM   11   A.   SO MY UNDERSTANDING WAS THAT THERANOS WAS DEVELOPING A

02:39PM   12   PLATFORM TO ANALYZE THESE END POINTS THAT WE JUST MENTIONED,

02:39PM   13   AND THAT THEY COULD DO IT WITH A VERY SMALL VOLUME OF BLOOD IN

02:39PM   14   A VERY EFFICIENT WAY, AND THIS WOULD BE A HUGE ADVANTAGE FOR

02:39PM   15   PATIENTS AND FOR HEALTH CARE PROVIDERS, RESEARCHERS, FOR

02:39PM   16   EVERYONE.

02:39PM   17   Q.   AND HOW DID THAT CORRELATE TO THE CLINICAL TRIAL THAT

02:39PM   18   CELGENE WAS PERFORMING?

02:39PM   19   A.   SO THE END POINTS THAT I MENTIONED THAT WE WERE LOOKING AT

02:39PM   20   IN THE CLINICAL TRIAL INVOLVED DRAWING BLOOD FROM PATIENTS.  SO

02:39PM   21   USUALLY THESE ASSAYS REQUIRE A CERTAIN VOLUME OF BLOOD AND SO,

02:39PM   22   YOU KNOW, IT MIGHT BE LARGER THAN SOMETHING THAT THERANOS'S

02:39PM   23   ASSAY REQUIRED.

02:39PM   24        SO, AGAIN, IT WAS -- THE PURPOSE OF THESE, THE ASSAYS, WAS

02:39PM   25   TO MEASURE AN END POINT IN THE BLOOD.

SUNG DIRECT BY MR. LEACH                                                2302

02:39PM  1    Q.   OKAY.  AND WAS THERANOS ALONE IN DOING THIS OR DID YOU

02:39PM  2    HAVE OTHER BLOOD TESTING COMPANIES INVOLVED?

02:39PM  3    A.   YEAH, THERE ARE MANY OTHER BLOOD TESTING COMPANIES, AND

02:40PM  4    THERE ARE VARIOUS ASSAYS OR TESTS FOR THE SAME END POINTS THAT

02:40PM  5    ARE OFFERED AROUND THE WORLD.

02:40PM  6    Q.   OKAY.  AND DID YOU WORK CLOSELY WITH FOLKS FROM THERANOS

02:40PM  7    IN CONNECTION WITH THIS PROJECT?

02:40PM  8    A.   I DID.

02:40PM  9    Q.   AND LET ME DRAW YOUR ATTENTION -- YOU SHOULD HAVE A WHITE

02:40PM  10   BINDER UP IN FRONT OF YOU.  IF I COULD ASK YOU TO TURN, PLEASE,

02:40PM  11   TO TAB 5039, WHICH I OFFER INTO EVIDENCE.

02:40PM  12        I UNDERSTAND THERE'S NO OBJECTION.

02:40PM  13            MR. CLINE:  NO OBJECTION.

02:40PM  14            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:40PM  15        (GOVERNMENT'S EXHIBIT 5039 WAS RECEIVED IN EVIDENCE.)

02:40PM  16   BY MR. LEACH:

02:40PM  17   Q.   DR. SUNG, IF WE CAN DRAW YOUR ATTENTION TO -- FIRST OF

02:40PM  18   ALL, HAVE YOU HAD A CHANCE TO REVIEW THIS DOCUMENT BEFORE?

02:40PM  19   A.   RIGHT NOW?

02:40PM  20   Q.   PRIOR TO YOUR TESTIMONY, DO YOU THINK YOU'VE SEEN THIS

02:40PM  21   DOCUMENT?

02:40PM  22   A.   YES.

02:40PM  23   Q.   LET ME DRAW YOUR ATTENTION TO PAGE 5, THE FIRST EMAIL IN

02:41PM  24   THE STRING.

02:41PM  25        IF WE CAN HIGHLIGHT THE SUBSTANCE OF THE EMAIL AT THE

SUNG DIRECT BY MR. LEACH                                          2303

02:41PM   1      BOTTOM.  PERFECT.

02:41PM   2          DO YOU SEE THE EMAIL FROM GARY -- FROM YOU TO GARY FRENZEL

02:41PM   3      AND SUREKHA GANGADKHEDKAR -- LET ME START AGAIN.

02:41PM   4          DO YOU SEE THE EMAIL FROM YOU TO GARY FRENZEL AND

02:41PM   5      SUREKHA GANGADKHEDKAR ON OR ABOUT NOVEMBER 9TH, 2009?

02:41PM   6      A.   YES.

02:41PM   7      Q.   OKAY.  AND THE SUBJECT IS CELGENE CLINICAL TRIAL.

02:41PM   8          DO YOU SEE THAT?

02:41PM   9      A.   YES.

02:41PM   10     Q.   AND IS THAT A REFERENCE TO THE CLINICAL TRIAL FOR ACE-011?

02:41PM   11     A.   YES.

02:41PM   12     Q.   OKAY.  YOU WROTE, "HI GARY AND SUREKHA, IT WAS VERY NICE

02:41PM   13     TO MEET YOU LAST FRIDAY AND I'M SORRY I HAD TO CUT SHORT MY

02:41PM   14     VISIT.  AS WE DISCUSSED, I WILL TRY TO COME UP WITH A TIME SLOT

02:41PM   15     IN THE NEXT COUPLE OF WEEKS WHEN THE THREE OF US, ALONG WITH

02:41PM   16     LEA AUKERMAN AND SHARIANNE LOUIE CAN MEET AND DISCUSS BIOMARKER

02:41PM   17     ASSAYS FOR THE ACE-011 CKD TRIAL."

02:41PM   18         DO YOU SEE THAT LANGUAGE?

02:41PM   19     A.   UM-HUM.

02:42PM   20     Q.   FIRST OF ALL, THIS SUGGESTS YOU WENT OUT TO VISIT THERANOS

02:42PM   21     AROUND THIS TIME PERIOD.  DID YOU DO THAT?

02:42PM   22     A.   YES.

02:42PM   23     Q.   TELL ME ABOUT YOUR TRIP TO THERANOS.

02:42PM   24     A.   IT WAS JUST A BRIEF INTRODUCTORY TRIP, I THINK, TO MEET

02:42PM   25     SOME OF THE STAFF, AND ALSO TO UNDERSTAND A LITTLE BIT MORE

SUNG DIRECT BY MR. LEACH                                              2304

02:42PM   1    ABOUT THE PROGRAM, I MEAN, THE PROGRAM THAT THEY WERE GOING TO

02:42PM   2    HELP US WORK ON AND THEIR ASSAY SYSTEM.

02:42PM   3    Q.   OKAY.  DID YOU MEET MS. HOLMES ON THIS OCCASION?

02:42PM   4    A.   I THINK SO, YES.

02:42PM   5    Q.   AND DID YOU SEE A THERANOS DEVICE?

02:42PM   6    A.   WE DID.

02:42PM   7    Q.   AND WHAT DID YOU OBSERVE?

02:42PM   8    A.   IT WAS A SMALL, VERY EFFICIENT LOOKING BOX WITH, YOU KNOW,

02:42PM   9    A CARTRIDGE THAT COULD GO IN THE FRONT A LITTLE BIT LIKE AN

02:42PM  10    OVEN OR A SMALL LIKE TOASTER OVEN.

02:42PM  11    Q.   AND WAS THIS INTERESTING TO YOU?

02:42PM  12    A.   YES, IT WAS.

02:42PM  13    Q.   HOW SO?

02:42PM  14    A.   I THOUGHT THE IDEA THAT YOU COULD USE SOMETHING SO

02:42PM  15    EFFICIENT AND SMALL ON SITE AT A LAB OR IN A CLINIC TO TEST FOR

02:43PM  16    THESE BLOOD END POINTS WAS A GREAT IDEA AND VERY EFFICIENT AND

02:43PM  17    FAST AND EASY, REQUIRING VERY LITTLE BLOOD FROM THE PATIENT.

02:43PM  18    SO, YES, I WAS INTERESTED.

02:43PM  19    Q.   WAS THE SIZE OF THE DEVICE, THE PORTABILITY OF THE DEVICE

02:43PM  20    SOMETHING THAT WAS ATTRACTIVE TO YOU FOR USE IN CLINICAL

02:43PM  21    TRIALS?

02:43PM  22    A.   YES.

02:43PM  23    Q.   AND YOU WRITE ABOUT A MEETING TO DISCUSS BIOMARKER ASSAYS

02:43PM  24    FOR THE ACE-011 CKD TRIAL.

02:43PM  25         DO YOU SEE THAT LANGUAGE?

SUNG DIRECT BY MR. LEACH                                                2305

02:43PM  1      A.   YES.

02:43PM  2      Q.   AND WHAT IS A BIOMARKER ASSAY?

02:43PM  3      A.   I GUESS A BIOMARKER ASSAY IS BASICALLY A TEST THAT

02:43PM  4      MEASURES ACTIVITY IN A PERSON IN RESPONSE TO, IN THIS CASE, THE

02:43PM  5      ACE-011 DRUG.

02:43PM  6      Q.   AND CAN YOU GIVE US AN EXAMPLE OF WHAT ONE OF THOSE MIGHT

02:43PM  7      BE?

02:43PM  8      A.   SO, FOR EXAMPLE, IF YOU USE THIS DRUG, IT BLOCKS ACTIVIN

02:44PM  9      RECEPTOR SIGNALLING, AND THIS SIGNALLING IS INVOLVED IN RELEASE

02:44PM  10     OF FOLLICLE STIMULATING HORMONES FROM THE PITUITARY GLAND IN

02:44PM  11     THE BRAIN.

02:44PM  12          AND SO THIS DRUG, IF IT'S GIVEN TO A PATIENT, WOULD

02:44PM  13     INHIBIT RELEASE, AND SO THEREFORE, YOU SHOULD SEE SOME SORT OF

02:44PM  14     DROP OR DECREASE IN FOLLICLE STIMULATING HORMONE IN THESE

02:44PM  15     PATIENTS.

02:44PM  16     Q.   OKAY.   YOU THEN WROTE, "IN THE MEANTIME, I WILL TRY TO GET

02:44PM  17     SOME CLARITY AND PRIORITIZATION REGARDING THE LIST OF

02:44PM  18     BIOMARKERS.   HOPEFULLY, WE CAN THEN COME TOGETHER AND IMPLEMENT

02:44PM  19     REALISTIC TIMELINES WHICH ALLOW YOU TO FULLY VALIDATE THE

02:44PM  20     ASSAYS."

02:44PM  21          WHAT WERE YOU GETTING AT THERE?

02:44PM  22     A.   SO I THINK THE FIRST CONVERSATION WE HAD WAS SIMPLY

02:44PM  23     INTRODUCTORY, AND THE SECOND ONE THAT WE WERE PLANNING TO HAVE

02:44PM  24     WAS MORE SPECIFIC TO THE PROGRAM, AND WE WANTED TO COME UP WITH

02:44PM  25     A LIST OF ASSAYS THAT THERANOS COULD WORK ON TO USE IN THEIR

SUNG DIRECT BY MR. LEACH                                              2306

02:45PM   1    PLATFORM AND THAT WE COULD INCLUDE IN OUR TRIAL.

02:45PM   2    Q.   YOU THEN WROTE IN THAT LAST SENTENCE IN THAT FIRST

02:45PM   3    PARAGRAPH, "I THINK I MENTIONED THAT FP/FV WILL LIKELY BE

02:45PM   4    JUNE 2010."

02:45PM   5        WHAT IS FP/FV?

02:45PM   6    A.   FIRST PATIENT, FIRST VISIT.

02:45PM   7    Q.   SO THAT WOULD BE THE FIRST PATIENT TO VISIT?

02:45PM   8    A.   IN THAT TRIAL.

02:45PM   9    Q.   IN CELGENE'S CLINICAL TRIAL?

02:45PM   10   A.   UH-HUH.

02:45PM   11   Q.   LET'S MOVE FORWARD IN THE CHAIN, AND I DRAW YOUR ATTENTION

02:45PM   12   TO PAGE 3.

02:45PM   13       DO YOU SEE THERE'S ANOTHER EMAIL DOWN AT THE BOTTOM FROM

02:45PM   14   YOU TO MS. GANGADKHEDKAR AND MR. FRENZEL?

02:45PM   15   A.   YES.

02:45PM   16   Q.   AND DO YOU APPEAR TO HAVE PASTED PORTIONS AN EMAIL FROM

02:45PM   17   ELIZABETH HOLMES TO RANDALL STEPHENS AND VICTOR SLOAN?

02:46PM   18   A.   YES.

02:46PM   19   Q.   AND LET'S FOCUS ON THE FIRST PART OF YOUR EMAIL HERE.  YOU

02:46PM   20   WROTE, "HI SUREKHA AND GARY, JUST WANTED TO TOUCH BASE WITH YOU

02:46PM   21   AGAIN REGARDING THE ONGOING ASSAY DEVELOPMENT THAT THERANOS IS

02:46PM   22   WORKING ON FOR THE ACE-011 PROJECT."

02:46PM   23       DO YOU SEE THAT LANGUAGE?

02:46PM   24   A.   UH-HUH.

02:46PM   25   Q.   AND IF WE CAN ZOOM OUT, MS. HOLLIMAN, AND LOOK AT THE

02:46PM   1     BOTTOM PORTION.

02:46PM   2          AND TO FACILITATE THIS LIST OF BIOMARKERS -- AS PART OF

02:46PM   3     THIS DISCUSSION OF THE LIST OF ASSAYS, DR. SUNG, DID YOU PASTE

02:46PM   4     PORTIONS OF AN EMAIL FROM MS. HOLMES TO OTHERS -- TO FOLKS AT

02:46PM   5     CELGENE ON NOVEMBER 12TH, 2009?

02:46PM   6     A.   YES.

02:46PM   7     Q.   OKAY.  THERE ARE TWO NAMES HERE, RANDALL STEPHENS AND

02:47PM   8     VICTOR SLOAN?  WHO ARE THEY?

02:47PM   9     A.   RANDALL STEVENS WAS THE HEAD OF THE IMMUNOLOGY AND

02:47PM   10    INFLAMMATION GROUP AT CELGENE, AND VICTOR SLOAN AT THE TIME WAS

02:47PM   11    THE PRIMARY PHYSICIAN WORKING ON THIS ACE-011 TRIAL, ALSO IN

02:47PM   12    THAT SAME GROUP.  HE'S A NEPHROLOGIST.

02:47PM   13    Q.   DOWN AT THE BOTTOM, MS. HOLMES APPEARS TO BE WRITING,

02:47PM   14    "RANDALL, PER OUR CONVERSATION, I HAVE INCLUDED THE LIST OF

02:47PM   15    ANALYTES EXCERPTED FROM THE PROTOCOLS DISCUSSED IN OUR

02:47PM   16    MEETINGS."

02:47PM   17         IF WE CAN CONTINUE TO THE NEXT PAGE, MS. HOLLIMAN.

02:47PM   18         YOU SEE THERE'S A LONG LIST OF ANTIBODY ASSAYS.

02:47PM   19         WHAT ARE THESE, DR. SUNG?

02:47PM   20    A.   SO THESE ARE ALL EXAMPLES OF END POINTS THAT WE WOULD BE

02:47PM   21    INTERESTED IN MEASURING IN OUR PATIENTS.

02:47PM   22    Q.   AND THE FIRST ONE IS HGB.  DO YOU SEE THAT?

02:48PM   23    A.   YES.

02:48PM   24    Q.   AND IS THAT HEMOGLOBIN?

02:48PM   25    A.   YES.

SUNG DIRECT BY MR. LEACH                                              2308

02:48PM   1      Q.   FURTHER DOWN THERE'S VIT D, IS THAT VITAMIN D?

02:48PM   2      A.   YES.

02:48PM   3      Q.   AND THEN DOWN TOWARDS THE BOTTOM THERE'S ESTRADIOL, FSH,

02:48PM   4      AND LH.  DO YOU SEE THAT?

02:48PM   5      A.   UM-HUM.

02:48PM   6      Q.   WHAT ARE THOSE?

02:48PM   7      A.   SO FSH IS FOLLICLE STIMULATING HORMONE; LH IS LUTEINIZING

02:48PM   8      HORMONE; AND ESTRADIOL IS A FORM OF ESTROGEN BASICALLY.

02:48PM   9      THEY'RE ALL HORMONES.

02:48PM  10      Q.   AND THOSE ARE HORMONES THAT YOU WANTED TO MEASURE TO SEE

02:48PM  11      HOW THEY WERE REACTING TO THE DRUG ACE-011?

02:48PM  12      A.   CORRECT.

02:48PM  13      Q.   OKAY.  LET'S GO TO PAGE 2, PLEASE, IF WE COULD.  IF WE CAN

02:48PM  14      FOCUS ON THE EMAIL AT THE BOTTOM WITH THE SUBSTANCE.

02:48PM  15           PERFECT, MS. HOLLIMAN.

02:49PM  16           IT LOOKS LIKE YOU HAVE A NUMBER OF QUESTIONS FOR THE FOLKS

02:49PM  17      AT THERANOS, DR. SUNG.  "1, WHAT BONE BIOMARKERS, IF ANY, DO

02:49PM  18      YOU ALREADY HAVE AVAILABLE?"

02:49PM  19           DO YOU SEE THAT?

02:49PM  20      A.   UH-HUH.

02:49PM  21      Q.   WHY WERE YOU ASKING THAT?

02:49PM  22      A.   I WAS JUST INTERESTED TO SEE IF WE HAD TO DEVELOP, YOU

02:49PM  23      KNOW, ALL OF THESE FROM SCRATCH OR SOME OF THEM FROM SCRATCH OR

02:49PM  24      IF THERE ONES ALREADY DEVELOPED THAT WE COULD USE IN OUR TRIAL.

02:49PM  25      Q.   OKAY.  AND IN QUESTION 3 YOU WRITE, "HOW MANY ASSAYS PER

SUNG DIRECT BY MR. LEACH                                                2309

02:49PM   1    CARTRIDGE AND DOES THE THERANOS SYSTEM REQUIRE A CONTROL

02:49PM   2    CHANNEL FOR EACH ASSAY?"

02:49PM   3         DO YOU SEE THAT LANGUAGE?

02:49PM   4    A.   UH-HUH.

02:49PM   5    Q.   AND WHAT WERE YOU GETTING AT?

02:49PM   6              THE COURT:  IS THAT YES?

02:49PM   7              THE WITNESS:  YES.

02:49PM   8              MR. LEACH:  THANK YOU, YOUR HONOR.

02:49PM   9    Q.   AND WHAT DID YOU MEAN, "ASSAYS PER CARTRIDGE"?

02:49PM  10    A.   HOW MANY END POINTS OR ANALYTES COULD BE TESTED PER

02:49PM  11    CARTRIDGE.

02:49PM  12    Q.   LET ME NEXT DRAW YOUR ATTENTION TO PAGE 1 IF WE COULD.  IF

02:50PM  13    WE COULD FOCUS ON THE DECEMBER 2009 EMAIL DOWN AT THE BOTTOM.

02:50PM  14         DR. SUNG, DO YOU SEE WHERE YOU WROTE, "I INCLUDE A LIST OF

02:50PM  15    BIOMARKERS ARRANGED ACCORDING TO PRIORITY."

02:50PM  16         DO YOU SEE THAT?

02:50PM  17    A.   YES.

02:50PM  18    Q.   AND DID YOU ENDEAVOR TO TAKE THE LIST THAT MS. HOLMES AND

02:50PM  19    OTHERS FROM THERANOS HAD PROVIDED YOU AND PUT THEM INTO

02:50PM  20    PRIORITIES FOR CELGENE'S EVALUATION?

02:50PM  21    A.   SO THE LIST WAS ACTUALLY ORIGINATED FROM US, FROM CELGENE,

02:50PM  22    AND SO, YES, I DID PUT THOSE IN SOME SORT OF ORDER TO

02:50PM  23    PRIORITIZE THEM.

02:50PM  24    Q.   AND THEN IF WE CAN ZOOM OUT, PLEASE, AND GO TO THE TOP.

02:50PM  25         YOU APPEAR TO WRITE HERE, DR. SUNG, "IS IT POSSIBLE FOR

SUNG DIRECT BY MR. LEACH                                              2310

02:50PM  1    THERANOS TO FIND OUT MORE ABOUT THE ASSAYS USED AT ICON?"

02:51PM  2         AND THEN YOU INCLUDE A WEB ADDRESS.

02:51PM  3         "THEY HAVE VALIDATED PRETTY MUCH ALL OF THE ASSAYS ON OUR

02:51PM  4    LIST AND ARE CURRENTLY ONE OF OUR PREFERRED VENDORS."

02:51PM  5         WHAT DID YOU MEAN BY THAT?  WHAT WERE YOU GETTING AT?

02:51PM  6    A.   SO ICON IS A COMPANY THAT RUNS SOME OF THESE SAME TESTS IN

02:51PM  7    A TRADITIONAL MANNER, AND SO THE IDEA WAS TO HOPEFULLY RUN THE

02:51PM  8    TESTS AT THERANOS AND THEN RUN THEM ALSO AT ICON, AND THESE ARE

02:51PM  9    VALIDATED ASSAYS, AND THEN WE WOULD COMPARE THE RESULTS TO SEE

02:51PM  10   IF THEY'RE IN ALIGNMENT.

02:51PM  11   Q.   AND WHY DID YOU WANT TO COMPARE THE THERANOS ASSAYS

02:51PM  12   AGAINST A GOLD STANDARD?

02:51PM  13   A.   SO IT'S A VERY ROUTINE THING THAT WE DO WHEN WE'RE TESTING

02:51PM  14   NEW ASSAYS BECAUSE WE JUST WANT TO MAKE SURE THAT IT PERFORMS

02:51PM  15   UP TO STANDARDS BEFORE USING IT.

02:51PM  16   Q.   OKAY.  AND IN THAT LAST SENTENCE YOU WROTE, "IN MY MIND,

02:51PM  17   THIS IS ONE WAY TO CONVINCE OUR COMPANY AND PROJECT TEAMS THAT

02:51PM  18   THE THERANOS PLATFORM IS THE WAY TO GO."

02:52PM  19        WHAT DID YOU MEAN BY THAT?

02:52PM  20   A.   SO WHEN WE ORIGINALLY STARTED WORKING WITH THERANOS, MY

02:52PM  21   UNDERSTANDING WAS THAT THERE WAS AN AGREEMENT THAT WE WOULD

02:52PM  22   TEST THE PLATFORM AND POTENTIALLY -- YOU KNOW, AT LEAST IN THIS

02:52PM  23   ONE TRIAL, AND IF IT WAS SUCCESSFUL, THAT WE WOULD IMPLEMENT IT

02:52PM  24   FOR OTHER TRIALS AS WELL.

02:52PM  25        SO THAT'S WHAT THIS SENTENCE REFERRED TO.

SUNG DIRECT BY MR. LEACH                                          2311

02:52PM  1    Q.   OKAY.  THANK YOU.

02:52PM  2         I'D LIKE TO NOW DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED

02:52PM  3    AS EXHIBIT 5414.

02:52PM  4         AND I MOVE THIS INTO EVIDENCE, YOUR HONOR.  I UNDERSTAND

02:52PM  5    THERE'S A STIPULATION.

02:52PM  6              MR. CLINE:  NO OBJECTION.

02:52PM  7              THE COURT:  IT'S ADMITTED, AND MAY BE PUBLISHED.

02:52PM  8         (GOVERNMENT'S EXHIBIT 5414 WAS RECEIVED IN EVIDENCE.)

02:52PM  9    BY MR. LEACH:

02:52PM  10   Q.   DR. SUNG, DO YOU SEE AT THE TOP YOUR NAME IN THE TO LINE

02:52PM  11   FROM SOMEONE NAMED CAROLYN BALKENHOL?

02:53PM  12   A.   YES.

02:53PM  13   Q.   AND IF WE COULD START ON PAGE 3, MS. HOLLIMAN.

02:53PM  14        AND IF WE CAN ZOOM IN ON THE SUBSTANCE OF THE EMAIL AT THE

02:53PM  15   TOP.

02:53PM  16        IS THIS ANOTHER EMAIL BETWEEN YOU AND THE FOLKS AT

02:53PM  17   THERANOS ABOUT DEVELOPING ASSAYS FOR POTENTIAL EVALUATION IN

02:53PM  18   THIS CLINICAL TRIAL?

02:53PM  19   A.   YES.

02:53PM  20   Q.   YOU WRITE IN THE SUBJECT LINE HERE, "CELGENE CLINICAL

02:53PM  21   TRIAL - PD MARKER DEVELOPMENT.

02:53PM  22        DO YOU SEE THAT?

02:53PM  23   A.   YES.

02:53PM  24   Q.   AND WHAT DID YOU MEAN BY PD MARKER DEVELOPMENT?

02:53PM  25   A.   PD STANDS FOR PHARMACODYNAMIC.  IT'S JUST -- IT'S ANOTHER

SUNG DIRECT BY MR. LEACH                                              2312

02:53PM  1    WAY TO SAY A BIOMARKER BASICALLY, A TEST TO MEASURE HOW THE

02:53PM  2    DRUG IS WORKING.

02:53PM  3    Q.   AND DO YOU DISTINGUISH A PD MARKER FROM A PK MARKER?

02:53PM  4    A.   YES.  SO THE PK --

02:53PM  5    Q.   LET'S GO SLOWLY WITH PK.

02:54PM  6    A.   PK STANDS FOR PHARMACOKINETIC, AND THAT'S WHEN YOU TALK

02:54PM  7    ABOUT A PHARMACOKINETIC OR A BIO ANALYTICAL ASSAY, THIS IS USED

02:54PM  8    TO MEASURE DRUG LEVELS IN A PATIENT AFTER YOU DOSE A PATIENT

02:54PM  9    WITH THE DRUG.

02:54PM  10   Q.   AND WAS THERANOS ALSO DEVELOPING AN ASSAY TO MEASURE PK

02:54PM  11   BIOMARKER IN THIS CLINICAL TRIAL?

02:54PM  12   A.   YES.

02:54PM  13   Q.   SO ESSENTIALLY THE DRUG CONCENTRATION?

02:54PM  14   A.   THE DRUG -- YEAH, EXACTLY.

02:54PM  15   Q.   IN THE EMAIL YOU WROTE, "HI GARY, SUREKHA, AND ELIZABETH,

02:54PM  16   HOPE YOU ARE DOING WELL.  WE HAVE FINALLY AWARDED A CONTRACT TO

02:54PM  17   ACM, WHO WILL BE OUR CENTRAL LAB FOR THE RENAL STUDY."

02:54PM  18        DO YOU SEE THAT LANGUAGE?

02:54PM  19   A.   YES.

02:54PM  20   Q.   AND WHO IS ACM?

02:54PM  21   A.   IT'S ANOTHER COMPANY LIKE ICON.  IT'S A CENTRAL LAB AND

02:54PM  22   THEY RUN THE ASSAYS THAT MEASURE THE END POINTS IN THE

02:54PM  23   PATIENTS.

02:54PM  24   Q.   AND THEY'RE THE GOLD STANDARD?

02:55PM  25   A.   THEY WERE OUR GOLD STANDARD AT THE TIME, YEAH, ONE OF

SUNG DIRECT BY MR. LEACH                                                2313

02:55PM  1    THEM.

02:55PM  2    Q.   AND A COMPANY YOU HAD USED IN THE PAST?

02:55PM  3    A.   YES.

02:55PM  4    Q.   AND WERE COMFORTABLE AND SATISFIED WITH THEIR ASSAYS?

02:55PM  5    A.   YES.

02:55PM  6    Q.   OKAY.  AND THERE'S REFERENCE TO A RENAL STUDY.  IS THAT

02:55PM  7    THE ACE-011 TRIAL?

02:55PM  8    A.   YES.

02:55PM  9    Q.   THAT'S ANOTHER NAME FOR THE CLINICAL TRIAL THAT WE'VE BEEN

02:55PM 10    TALKING ABOUT.

02:55PM 11         AND YOU THEN WROTE, "I THINK ANOTHER FACE-TO-FACE MEETING

02:55PM 12    WILL BE THE BEST WAY TO KICK OFF THIS PROCESS SO WOULD YOU

02:55PM 13    PLEASE SEND ME A FEW DATES THAT WILL WORK FOR THE THREE OF YOU

02:55PM 14    AND ANYONE ELSE WHO MIGHT BE RELEVANT TO THIS PROCESS?"

02:55PM 15         DO YOU SEE THAT LANGUAGE?

02:55PM 16    A.   YES.

02:55PM 17    Q.   AND IS THE REMAINDER OF THIS EMAIL YOU SCHEDULING A TRIP

02:55PM 18    OUT TO THERANOS IN APRIL OF 2010?

02:55PM 19    A.   YES.

02:55PM 20    Q.   OKAY.  AND DESCRIBE FOR US WHAT HAPPENED ON THIS TRIP OUT

02:55PM 21    TO THERANOS IN APRIL OF 2010.

02:55PM 22    A.   SO IT WAS A LONG TIME AGO, SO I DON'T REMEMBER DETAILS.

02:56PM 23         BUT I DO REMEMBER WE VISITED THE COMPANY AND THERE WERE A

02:56PM 24    FEW OF US FROM CELGENE AND A FEW ON THE THERANOS SIDE, AND WE

02:56PM 25    JUST SAT DOWN AND TALKED A LITTLE BIT AGAIN ABOUT THE PLATFORM.

SUNG DIRECT BY MR. LEACH                                              2314

02:56PM  1          THERE WERE SOME NEW FOLKS FROM CELGENE THAT JOINED US THAT

02:56PM  2     DID NOT JOIN US ON THE FIRST TRIP.

02:56PM  3          IT WAS, AGAIN, PRETTY HIGH LEVEL INTRODUCTORY, YEAH.

02:56PM  4     Q.   AND WAS MS. HOLMES THERE FOR THIS?

02:56PM  5     A.   I BELIEVE SO, YES.

02:56PM  6     Q.   LET ME DRAW YOUR ATTENTION NOW TO EXHIBIT 3849 IN YOUR

02:56PM  7     BINDER.

02:56PM  8          I OFFER 3849 INTO EVIDENCE PURSUANT TO STIPULATION.

02:56PM  9          MR. CLINE:  NO OBJECTION.

02:56PM 10          THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

02:56PM 11     (GOVERNMENT'S EXHIBIT 3849 WAS RECEIVED IN EVIDENCE.)

02:56PM 12          MR. LEACH:  I THINK THAT'S 3489 AND I'M LOOKING FOR

02:57PM 13     3849, MS. HOLLIMAN.

02:57PM 14          WONDERFUL.  THANK YOU.  IF WE CAN ZOOM IN ON THE TOP HALF

02:57PM 15     OF THE EMAIL.  KEEP GOING DOWN TO THE BOTTOM.  OR THE WHOLE

02:57PM 16     EMAIL.  THANK YOU.  PERFECT.

02:57PM 17     Q.   DO YOU SEE YOUR NAME IN THE FROM LINE, DR. SUNG?

02:57PM 18     A.   YES.

02:57PM 19     Q.   AND IS THIS TO ELIZABETH HOLMES?

02:57PM 20     A.   YES.

02:57PM 21     Q.   AND THE SUBJECT IS ACE-011 PROGRAM.

02:57PM 22          DO YOU SEE THAT?

02:57PM 23     A.   YES.

02:57PM 24     Q.   AND THAT'S A REFERENCE TO THE CLINICAL TRIAL WE'VE BEEN

02:57PM 25     TALKING ABOUT?

SUNG DIRECT BY MR. LEACH                                                    2315

02:57PM   1    A.   CORRECT.

02:57PM   2    Q.   I WANT TO DRAW YOUR ATTENTION TO THE SECOND PARAGRAPH

02:57PM   3    WHERE YOU WROTE, "AS LEA AND I MENTIONED DURING OUR LAST VISIT

02:57PM   4    TO PALO ALTO, WE UNFORTUNATELY DO NOT HAVE ANYONE IN OUR GROUP

02:57PM   5    WITH BIO ASSAY DEVELOPMENT/VALIDATION EXPERIENCE, SO HAD

02:57PM   6    PLANNED TO HIRE A CONSULTANT TO HELP US UNDERSTAND THE FINER

02:57PM   7    POINTS OF WHAT YOUR TEAM IS WORKING HARD TO ACHIEVE."

02:58PM   8         DO YOU SEE THAT LANGUAGE?

02:58PM   9    A.   YES.

02:58PM   10   Q.   AND THEN YOU WROTE, "ORIGINALLY OUR PLAN WAS TO WORK WITH

02:58PM   11   RON BOWSHER ON THE PD ASSAYS SINCE HE IS ALREADY ASSISTING

02:58PM   12   PETER BRYAN WITH THE ACE-011 PK ASSAY DEVELOPMENT PROCESS."

02:58PM   13        LET ME ASK SOME QUESTIONS ABOUT THAT SENTENCE.

02:58PM   14        WHO IS PETER BRYAN?

02:58PM   15   A.   PETER BRYAN WAS A SCIENTIST IN THE PK OR BIO ANALYTICAL

02:58PM   16   GROUP AT CELGENE.

02:58PM   17   Q.   SO YOU'RE FOCUSSED ON PD BIOMARKERS AND HE'S ON THE PK

02:58PM   18   SIDE; IS THAT FAIR?

02:58PM   19   A.   CORRECT.

02:58PM   20   Q.   AND WHO IS RON BOWSHER?

02:58PM   21   A.   SO RON BOWSHER IS A CONSULTANT THAT CELGENE HAD HIRED TO

02:58PM   22   HELP OUT WITH ASSAY DEVELOPMENT AND WAS WORKING WITH PETER ON

02:58PM   23   THE PK ASSAY FOR ACE-011.

02:58PM   24   Q.   AND WHAT WERE YOU ASKING OF MS. HOLMES IN THIS EMAIL?

02:58PM   25   A.   SO I AM NOT AN ASSAY DEVELOPMENT EXPERT, AND WE DIDN'T

SUNG DIRECT BY MR. LEACH                                              2316

02:58PM   1    HAVE ANYONE IN THAT CAPACITY TO WORK WITH ME, AND SO AS WE

02:59PM   2    OFTEN DO IN COMPANIES, WE TRY TO FIND SOMEONE THAT CAN PROVIDE

02:59PM   3    THAT EXPERTISE.  AND SO THE HOPE WAS THAT RON, AS AN ASSAY

02:59PM   4    DEVELOPMENT EXPERT, COULD HELP US AND CONSULT WITH US ON THE

02:59PM   5    DEVELOPMENT OF THESE ASSAYS AT THERANOS.

02:59PM   6    Q.   AND DID YOU END UP GETTING AUTHORITY TO WORK WITH

02:59PM   7    DR. BOWSHER ON THIS?

02:59PM   8    A.   I DON'T REMEMBER.

02:59PM   9    Q.   OKAY.  LET ME FOCUS ON THE BOTTOM PORTION OF THIS EMAIL.

02:59PM  10        YOU WROTE, "WE WOULD LIKE THE CONSULTANTS TO HAVE ACCESS

02:59PM  11    TO DATA GENERATED FROM OUR PATIENT SAMPLES SO THAT WE CAN

02:59PM  12    COMPLETE THE VALIDATION PROCESS."

02:59PM  13        DO YOU SEE THAT?

02:59PM  14    A.   UH-HUH.

02:59PM  15    Q.   AND THEN "THIS IS ONE OF THE GOALS OF THE RENAL CLINICAL

02:59PM  16    TRIAL AND ALSO THE REASON WE WILL BE COORDINATING THE THERANOS

02:59PM  17    SAMPLING SCHEDULE TO COINCIDE WITH THE ACM SAMPLING SCHEDULE."

02:59PM  18        WHAT DID YOU MEAN BY THAT?

02:59PM  19    A.   SO THIS GOES BACK TO THE COMPARING SORT OF THE TEST ASSAY

02:59PM  20    TO WHAT WE WERE CONSIDERING THE STANDARD, AND SO WE WANTED TO

03:00PM  21    MAKE SURE THAT THE SAMPLES THAT WERE COLLECTED FROM OUR

03:00PM  22    PATIENTS WOULD BE THE SAME SAMPLES THAT WOULD BE ASSAYED ON THE

03:00PM  23    ONE HAND BY ACM AND ON THE OTHER USING THE THERANOS PLATFORM.

03:00PM  24    Q.   OKAY.  YOU CONTINUE IN THAT PARAGRAPH, "THE WORK THAT WE

03:00PM  25    PUT INTO VALIDATING YOUR TECHNOLOGY IN THIS EXPLORATORY STUDY

SUNG DIRECT BY MR. LEACH                                                    2317

03:00PM   1    WILL DIRECTLY INFLUENCE WHETHER WE CONTINUE TO IMPLEMENT THE

03:00PM   2    THERANOS TECHNOLOGY IN FUTURE TRIALS.  THE TEAM WILL BE LOOKING

03:00PM   3    TO TRANSLATIONAL DEVELOPMENT TO ENDORSE THE TECHNOLOGY AND IT

03:00PM   4    IS MY HOPE THAT WE WILL BE ABLE TO DO SO WHOLEHEARTEDLY."

03:00PM   5         DO YOU SEE THAT LANGUAGE?

03:00PM   6    A.   YES.

03:00PM   7    Q.   AND TRANSLATIONAL DEVELOPMENT, THAT'S YOUR GROUP; CORRECT?

03:00PM   8    A.   YES.

03:00PM   9    Q.   AND DID YOU EVER VALIDATE THERANOS'S TECHNOLOGY?

03:00PM  10    A.   NO.

03:00PM  11    Q.   OKAY.  AND DID TRANSLATIONAL DEVELOPMENT EVER ENDORSE THE

03:00PM  12    TECHNOLOGY AS IT WAS YOUR HOPE TO DO?

03:00PM  13    A.   NO.

03:00PM  14    Q.   WHY NOT?

03:00PM  15    A.   ULTIMATELY WE TRIED TO DEVELOP A NUMBER OF ASSAYS WITH

03:01PM  16    THERANOS AND WE, AS HAD PLANNED, DID THE STANDARD, THE

03:01PM  17    COMPARISON TO THE STANDARD TESTS, AND THERE WAS SOME OVERLAP,

03:01PM  18    BUT WE FELT THAT THE RESULTS DIDN'T MATCH UP OR COORDINATE OR

03:01PM  19    ALIGN AS CLOSELY AS WE WOULD LIKE.  AND SO, AT LEAST FOR THIS

03:01PM  20    TRIAL, WE MADE THE DECISION NOT TO MOVE FORWARD.

03:01PM  21    Q.   WHEN YOU SAY, "THE RESULTS DID NOT MATCH UP OR CORRELATE

03:01PM  22    AS MUCH AS YOU WOULD LIKE," WHAT DO YOU MEAN BY THAT?

03:01PM  23    A.   SO IN SOME CASES THE ASSAYS DID NOT MEASURE A WIDE ENOUGH

03:01PM  24    RANGE OF THE ANALYTE IN THE BLOOD, AND IN SOME CASES THE

03:01PM  25    NUMBERS WERE JUST DIFFERENT FROM THE STANDARD ASSAY.  IN SOME

SUNG DIRECT BY MR. LEACH                                                    2318

03:01PM  1    CASES THEY WERE CLOSE AND THEY WERE THE SAME, BUT IT WAS A MIX.

03:01PM  2         AND SO WHAT WE WERE LOOKING FOR IS REALLY FAIRLY CLOSE, IF

03:01PM  3    NOT COMPLETELY THE SAME AS THE STANDARD ASSAYS SO THAT WE CAN

03:01PM  4    MOVE FORWARD WITH THIS NEW TECHNOLOGY.

03:02PM  5    Q.   AND AT THE END OF THE DAY YOU DIDN'T SEE THAT WITH

03:02PM  6    THERANOS?

03:02PM  7    A.   NO.

03:02PM  8    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO WHAT WE HAVE MARKED

03:02PM  9    AT EXHIBIT 541.

03:02PM  10        I OFFER EXHIBIT 541 INTO EVIDENCE PURSUANT TO STIPULATION,

03:02PM  11   YOUR HONOR.

03:02PM  12             MR. CLINE:  NO OBJECTION.

03:02PM  13             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:02PM  14        (GOVERNMENT'S EXHIBIT 541 WAS RECEIVED IN EVIDENCE.)

03:03PM  15             MR. LEACH:  DR. SUNG, WHILE WE'RE WAITING FOR

03:03PM  16   EXHIBIT 541 TO COME UP, I WOULD ALSO DRAW YOUR ATTENTION TO

03:03PM  17   EXHIBIT 5416, WHICH I ALSO OFFER INTO EVIDENCE PURSUANT TO

03:03PM  18   STIPULATION.

03:03PM  19             MR. CLINE:  NO OBJECTION.

03:03PM  20             THE COURT:  IT'S ADMITTED, AND THAT MAY BE

03:03PM  21   PUBLISHED.

03:03PM  22        (GOVERNMENT'S EXHIBIT 5416 WAS RECEIVED IN EVIDENCE.)

03:04PM  23             MR. LEACH:  MS. HOLLIMAN, I CAN USE THE ELMO IF

03:04PM  24   WE'RE NOT ABLE TO PULL THIS UP.

03:04PM  25        (PAUSE IN PROCEEDINGS.)

03:04PM   1              MR. LEACH:  IT'S NOT COMING UP ON MY SCREEN.  THERE

03:04PM   2    WE GO.

03:04PM   3         THANK YOU, MS. KRATZMANN.

03:05PM   4         (PAUSE IN PROCEEDINGS.)

03:05PM   5    BY MR. LEACH:

03:05PM   6    Q.   DO YOU SEE THAT ON THE SCREEN, DR. SUNG?

03:05PM   7    A.   YES.

03:05PM   8    Q.   AND IS THIS AN EMAIL FROM YOU TO ELIZABETH HOLMES,

03:05PM   9    DANIEL EDLIN, DANIEL YOUNG, AND RONB@2BS-STATS.COM?

03:05PM  10    A.   YES.

03:05PM  11    Q.   AND IS THAT RON B., IS THAT RON BOWSHER?

03:05PM  12    A.   YES.

03:05PM  13    Q.   AND DANIEL EDLIN, WHO DID YOU UNDERSTAND HIM TO BE?

03:05PM  14    A.   I DON'T REMEMBER HIS EXACT TITLE, BUT HE WAS SOMETHING

03:05PM  15    LIKE A PROGRAM OR PROJECT MANAGER I BELIEVE THAT I WAS WORKING

03:05PM  16    WITH AT THERANOS.

03:05PM  17    Q.   OKAY.  AND IN THE CC LINE THERE'S NIANHANG CHEN.  WHO IS

03:05PM  18    DR. CHEN?

03:05PM  19    A.   SO DR. CHEN WAS A PHARMACOKINETICIST, AND SO SHE WORKED

03:06PM  20    WITH PETER BRYAN IN THAT SAME GROUP TO MODEL HOW THE DRUG WOULD

03:06PM  21    BEHAVE IN THE HUMAN, IN THE PATIENTS.

03:06PM  22    Q.   THAT'S ON THE PK SIDE, MEASURING THE CONCENTRATION OF THE

03:06PM  23    DRUG?

03:06PM  24    A.   EXACTLY.

03:06PM  25    Q.   IN THE TRIAL?

SUNG DIRECT BY MR. LEACH

03:06PM  1        AND I -- THE SUBJECT OF THIS IS FOR OUR DISCUSSION THIS

03:06PM  2    MORNING.

03:06PM  3        DO YOU SEE THAT?

03:06PM  4    A.   YES.

03:06PM  5    Q.   AND DO YOU SEE TWO ATTACHMENTS, EVALUATION OF THERANOS PK

03:06PM  6    ASSAY METHOD AND SUMMARY OF PD RESULTS?

03:06PM  7    A.   YES.

03:06PM  8    Q.   AND BEFORE I GET TO THOSE ATTACHMENTS, WE ALSO MARKED

03:06PM  9    EXHIBIT 5416.

03:06PM  10       IS THAT AN EMAIL FROM MS. HOLMES ACKNOWLEDGING RECEIPT OF

03:06PM  11   THIS?

03:06PM  12   A.   YES.

03:06PM  13            MR. LEACH:  MS. KRATZMANN, I UNDERSTAND WE'RE BACK

03:06PM  14   RUNNING ON THE ELECTRONIC COPY.  IF WE CAN SWITCH BACK TO THAT.

03:07PM  15       (PAUSE IN PROCEEDINGS.)

03:07PM  16   BY MR. LEACH:

03:07PM  17   Q.   ARE YOU ABLE TO SEE THAT ON THE SCREEN NOW, DR. SUNG?

03:07PM  18   A.   YES.

03:07PM  19   Q.   AND DID YOU DRAFT THE POWERPOINT SUMMARY OF PD RESULTS IN

03:07PM  20   THIS EMAIL?

03:07PM  21   A.   I DID.

03:07PM  22   Q.   AND DID DR. CHEN AND HER TEAM DRAFT THE POWERPOINT

03:07PM  23   EVALUATION OF THERANOS PK ASSAY METHOD?

03:07PM  24   A.   YES.

03:07PM  25   Q.   AND IN OR AROUND THIS MARCH 2012 TIME PERIOD, DID YOU HAVE

SUNG DIRECT BY MR. LEACH                                                    2321

03:07PM   1    A DISCUSSION WITH FOLKS AT THERANOS ABOUT THE SUBSTANCE OF THE

03:07PM   2    POWERPOINTS?

03:07PM   3    A.   YES.

03:07PM   4    Q.   AND DO THE POWERPOINTS REFLECT CELGENE'S CONCLUSIONS ABOUT

03:07PM   5    THE PERFORMANCE OF THERANOS'S PK ASSAYS AND THE PD ASSAYS?

03:08PM   6    A.   YES.

03:08PM   7    Q.   OKAY.  AND LET ME DRAW YOUR ATTENTION TO PAGE 4.

03:08PM   8         DO YOU SEE WHERE IT SAYS EVALUATION OF THERANOS PK ASSAY

03:08PM   9    METHOD FROM THE CLINICAL PK PERSPECTIVE?

03:08PM   10   A.   YES.

03:08PM   11   Q.   AND IS THIS THE POWERPOINT THAT DR. CHEN PREPARED?

03:08PM   12   A.   YES.

03:08PM   13   Q.   AND YOU WERE THERE WHEN THE MESSAGES IN THIS POWERPOINT

03:08PM   14   WERE DELIVERED TO THERANOS?

03:08PM   15   A.   YES.

03:08PM   16   Q.   OKAY.  AND A PK ASSAY, AGAIN, WHAT DOES THE PK ASSAY

03:08PM   17   METHOD REFER TO?

03:08PM   18   A.   IT'S THE PHARMACOKINETIC ASSAY OR BIO ANALYTICAL ASSAY

03:08PM   19   THAT MEASURES THE AMOUNT OF DRUG CIRCULATING.

03:08PM   20   Q.   LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE, PAGE 5.

03:08PM   21        DO YOU SEE AT THE TOP WHERE IT SAYS, RUN A PK SAMPLE WITH

03:09PM   22   THERANOS SYSTEM?

03:09PM   23   A.   YES.

03:09PM   24   Q.   AND WHAT IS DEPICTED HERE?

03:09PM   25   A.   SO I THINK THIS WAS MEANT TO DEPICT THE STEPS THAT ONE

SUNG DIRECT BY MR. LEACH                                    2322

03:09PM  1    WOULD TAKE TO USE THE THERANOS PLATFORM FROM COLLECTING,

03:09PM  2    PREPARING THE INSTRUMENT TO COLLECTING THE BLOOD AND HOW YOU

03:09PM  3    WOULD TEST THE BLOOD IN THE INSTRUMENT.

03:09PM  4    Q.   AND SO THIS IS A DESCRIPTION OF HOW THE THERANOS DEVICE

03:09PM  5    WAS USED IN THE CELGENE TRIAL?

03:09PM  6    A.   MORE OR LESS, YES.

03:09PM  7    Q.   OKAY.  PLEASE LOOK AT PAGE 3.  I'M SORRY, PAGE 6 OF THE

03:09PM  8    EXHIBIT, PAGE 3 OF THE POWERPOINT.  NEXT PAGE BASICALLY.

03:09PM  9         THIS SLIDE SAYS RUN A PK SAMPLE WITH QPS SYSTEM.

03:09PM  10        DO YOU SEE THAT?

03:09PM  11   A.   YES.

03:09PM  12   Q.   AND WHAT IS THE QPS SYSTEM?

03:09PM  13   A.   SO THE QPS IS ANOTHER COMPANY THAT WAS RUNNING OUR SORT OF

03:09PM  14   STANDARD PK ASSAYS FOR THE TRIAL.

03:10PM  15   Q.   AND WHAT DOES THIS FLOW CHART CONVEY?

03:10PM  16   A.   THE SAME STEPS AS THE PRIOR, SO THE STEPS ONE WOULD TAKE

03:10PM  17   TO MEASURE THE END POINTS IN BLOOD USING THIS SYSTEM, THE QPS

03:10PM  18   ASSAY.

03:10PM  19   Q.   OKAY.  IF WE LOOK AT THE BOX ON THE LEFT, IT SAYS, DRAW

03:10PM  20   2 ML BLOOD; ALLOW TO CLOT AT RT.

03:10PM  21        IS THAT ROOM TEMPERATURE?

03:10PM  22   A.   YES.

03:10PM  23   Q.   FOR ONE TO TWO HOURS?

03:10PM  24   A.   UH-HUH.

03:10PM  25   Q.   AND THEN WE CONTINUE WITH THE PROCESS.  WITHIN TWO HOURS

SUNG DIRECT BY MR. LEACH                                          2323

| | | |
|---|---|---|
| 03:10PM | 1 | OF COLLECTION, CENTRIFUGE BLOOD? |
| 03:10PM | 2 | A.   YES. |
| 03:10PM | 3 | Q.   AND IS THAT A PROCESS THAT YOU HAD TO EMPLOY WITH THE QPS |
| 03:10PM | 4 | SYSTEM? |
| 03:10PM | 5 | A.   YES. |
| 03:10PM | 6 | Q.   AND LET'S LOOK AT THE NEXT PAGE, PAGE 7 OF THE EXHIBIT. |
| 03:10PM | 7 | THIS SAYS COMPARISON OF PK ASSAYS:   THERANOS VERSUS QPS. |
| 03:10PM | 8 | DO YOU SEE THAT LANGUAGE? |
| 03:11PM | 9 | A.   UH-HUH. |
| 03:11PM | 10 | Q.   AND WHAT IS CONVEYED HERE? |
| 03:11PM | 11 | A.   SO I THINK NIANHANG CHEN MEANT TO SHOW THE GROUP A |
| 03:11PM | 12 | COMPARISON OF THE RESULTS, OR, I'M SORRY, THE SORT OF NECESSARY |
| 03:11PM | 13 | PROCEDURE FOR THE THERANOS ASSAY VERSUS THE QPS ASSAY.   SO ALL |
| 03:11PM | 14 | OF THESE THINGS IN THE FIRST COLUMN ARE THE DIFFERENT PARTS OF |
| 03:11PM | 15 | RUNNING THE ASSAY, AND SO THEY'RE ALL INVOLVED IN GETTING A |
| 03:11PM | 16 | RESULT FROM THE ASSAY, AND THERE ARE ADVANTAGES AND |
| 03:11PM | 17 | DISADVANTAGES OF BOTH, BUT YOU CAN SEE THEM COMPARED SORT OF |
| 03:11PM | 18 | HEAD TO HEAD HERE IN THIS TABLE. |
| 03:11PM | 19 | Q.   THE FIRST ROW SAYS MATRIX, AND THEN THERE'S A COLUMN FOR |
| 03:11PM | 20 | THERANOS AND QPS, AND ONE SAYS WHOLE BLOOD AND SERUM. |
| 03:11PM | 21 | WHAT DOES THAT MEAN? |
| 03:11PM | 22 | A.   SO THE MATRIX IS THE SAMPLE THAT IS COLLECTED, SO WHETHER |
| 03:11PM | 23 | IT'S BLOOD OR URINE, FOR EXAMPLE, AND IN THIS CASE IT'S BLOOD. |
| 03:12PM | 24 | SO FOR THE THERANOS SYSTEM, IT WAS VERY NICE BECAUSE THEY |
| 03:12PM | 25 | COULD ASSAY WHOLE BLOOD WITHOUT PREPPING THE SAMPLE. |

SUNG DIRECT BY MR. LEACH

03:12PM   1          BUT FOR THE QPS SYSTEM, YOU HAD TO SPIN OUT THE SERUM FROM

03:12PM   2     THE WHOLE BLOOD BEFORE YOU COULD RUN THE TEST.

03:12PM   3     Q.   AND THE NEXT ROW SAYS COLLECTED BLOOD VOLUME.

03:12PM   4          WHAT IS CONVEYED THERE?

03:12PM   5     A.   SO THAT'S THE AMOUNT OF BLOOD THAT IS NECESSARY FOR THE

03:12PM   6     ASSAY, AND YOU CAN SEE THERE THAT THERANOS REQUIRED A VERY,

03:12PM   7     VERY SMALL AMOUNT COMPARED TO THE QPS WHICH REQUIRED 2 ML.

03:12PM   8     Q.   THE NEXT LINE SAYS, "CALIBRATIONS RANGE," AND IN THE

03:12PM   9     THERANOS BOX IT SAYS, "40 TO 4000 NG/MILLILITER

03:12PM  10     (INSUFFICIENT!)."

03:12PM  11          WHAT DOES THAT MEAN?

03:12PM  12     A.   THAT WASN'T MY SLIDE, SO I CAN'T REALLY SPEAK TO THAT.

03:12PM  13     Q.   WHAT IS THE CALIBRATION RANGE GENERALLY?

03:13PM  14     A.   SO THAT'S GENERALLY THE RANGE OF THE ASSAY, SO THE AMOUNT

03:13PM  15     OF ANALYTE OR WHAT YOU'RE TRYING TO DETECT IN THE ASSAY.

03:13PM  16     Q.   AND THEN THERE'S A LINE, DILUTION OF SAMPLES AND ABILITY

03:13PM  17     TO REASSAY.  CAN YOU HELP US UNDERSTAND WHAT IS IN THOSE TWO

03:13PM  18     ROWS?

03:13PM  19     A.   SO THE DILUTION OF SAMPLES, SOMETIMES THE ASSAY IS

03:13PM  20     DEVELOPED SUCH THAT THE SAMPLES REQUIRE DILUTION IN ORDER TO

03:13PM  21     RUN THEM, SOMETIMES NOT, AND THE ABILITY TO REASSAY IS JUST IF

03:13PM  22     YOU HAVE SAMPLE LEFT OVER, FOR EXAMPLE, IF SOMETHING GOES WRONG

03:13PM  23     IN THAT FIRST RUN, YOU CAN TAKE THE LEFT OVER SAMPLE AND JUST

03:13PM  24     RUN THE ASSAY AGAIN.

03:13PM  25     Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE,

SUNG DIRECT BY MR. LEACH                                              2325

03:13PM   1      PAGE 8.

03:13PM   2           UP AT THE TOP IT SAYS COMPARISON OF PK DATA:  THERANOS

03:13PM   3      VERSUS QPS.

03:13PM   4           DO YOU SEE THAT LANGUAGE?

03:13PM   5      A.   YES.

03:13PM   6      Q.   AND IN PARENTHESIS IT SAYS (REN-001 PART 1).  WHAT DOES

03:14PM   7      THAT MEAN?

03:14PM   8      A.   SO REN-001 WAS THE NAME OF THE RENAL OR KIDNEY TRIAL THAT

03:14PM   9      WE WERE RUNNING, AND IT WAS RUN IN TWO PARTS AND THIS WAS

03:14PM  10      PART 1.

03:14PM  11      Q.   AND IN THE FIRST ROW THERE'S A COMPARISON OF THERANOS AND

03:14PM  12      QPS WITH THE HEADING SAMPLES WITHOUT RESULTS.

03:14PM  13           DO YOU SEE THAT?

03:14PM  14      A.   YES.

03:14PM  15      Q.   AND WHAT DOES THAT MEAN?

03:14PM  16      A.   I THINK IT MEANS THAT THERE A WERE CERTAIN SUBSET OF

03:14PM  17      SAMPLES THAT DIDN'T GIVE USEABLE RESULTS FROM BOTH THERANOS AND

03:14PM  18      QPS.

03:14PM  19      Q.   AND DOES THIS INDICATE THAT 14.1 PERCENT OF THE THERANOS

03:14PM  20      SAMPLES CAME BACK WITHOUT RESULTS?

03:14PM  21      A.   YES, OR RESULTS THAT WERE UNDETECTABLE OR NOT.

03:14PM  22      Q.   AND THAT'S COMPARED TO LESS THAN 2 PERCENT FOR QPS?

03:14PM  23      A.   CORRECT.

03:14PM  24      Q.   AND HOW ABOUT WITH SERUM CONCENTRATION?  WHAT IS CONVEYED

03:15PM  25      IN THAT ROW?

SUNG DIRECT BY MR. LEACH                                              2326

03:15PM   1    A.    SERUM -- YEAH, I CAN'T SPEAK TO THAT DIRECTLY.  I THINK IT

03:15PM   2    WAS SOMETHING THAT DR. CHEN AGAIN WAS LOOKING AT IN TERMS OF

03:15PM   3    THE STARTING POINT OF THE MATRIX USING SERUM TO MEASURE THE END

03:15PM   4    POINTS.

03:15PM   5         SO THERE NEEDED TO BE SOME SORT OF CONVERSION WHILE USING

03:15PM   6    THE THERANOS SYSTEM, WHEREAS FOR THE QPS IT LOOKS LIKE THERE

03:15PM   7    WAS NO MANIPULATION OF DATA NEEDED, IT WAS JUST A DIRECT

03:15PM   8    MEASUREMENT OF THE SERUM CONCENTRATION OF THE DRUG.

03:15PM   9    Q.    AND THE NEXT ROW WAS CONCENTRATION VARIABILITY.  WHAT IS

03:15PM   10   CONCENTRATION VARIABILITY?

03:15PM   11   A.    SO THAT'S THE DRUG CONCENTRATION I THINK IN THE SLIDE IS

03:15PM   12   WHAT SHE'S REFERRING TO, AND IT'S SORT OF THE VARIATION, THE

03:15PM   13   VARIABILITY OF THE DRUG DETECTED IN THE BLOOD IN THE SAMPLES

03:15PM   14   WHILE MEASURING THE THERANOS PLATFORM VERSUS QPS.

03:15PM   15   Q.    AND IS HIGH VARIABILITY GOOD OR BAD OR INDIFFERENT?

03:15PM   16   A.    BAD.

03:15PM   17   Q.    AND SO YOU WANT TO HAVE LOWER --

03:16PM   18   A.    SO, YEAH, YOU WANT A LOWER.

03:16PM   19   Q.    AND LET'S LOOK AT PAGE 9, PLEASE.

03:16PM   20        DO YOU SEE WHERE IT SAYS INDIVIDUAL CONCENTRATION

03:16PM   21   PROFILES, THERANOS WHOLE BLOOD VERSUS QPS SERUM?

03:16PM   22   A.    YES.

03:16PM   23   Q.    AND AT A HIGH LEVEL, WHAT IS DEPICTED ON THIS SLIDE?

03:16PM   24   A.    SO THESE GRAPHS ARE INDIVIDUAL PATIENT GRAPHS, AND EACH OF

03:16PM   25   THEM DEPICTS THE RELATIONSHIP BETWEEN THE DAY AFTER THE PATIENT

SUNG DIRECT BY MR. LEACH                                          2327

03:16PM   1    RECEIVES THE DRUG AND THE AMOUNT OF DRUG THAT IS CIRCULATING IN

03:16PM   2    THE BLOOD.

03:16PM   3    Q.    AND THE BLUE LINE IS FOR QPS AND THE RED LINE IS FOR

03:16PM   4    THERANOS IN THESE VARIOUS GRAPHS?

03:16PM   5    A.    YES.

03:16PM   6    Q.    AND DOWN AT THE BOTTOM THERE ARE TWO BULLETS.  THE SECOND

03:16PM   7    ONE SAYS, "THERANOS WHOLE BLOOD DATA SHOWED MORE FLUCTUATIONS."

03:17PM   8         IN THIS CONTEXT, ARE FLUCTUATIONS DESIRABLE OR

03:17PM   9    UNDESIRABLE?

03:17PM  10    A.    THEY'RE UNDESIRABLE.

03:17PM  11    Q.    PLEASE LOOK AT THE NEXT PAGE.

03:17PM  12         DO YOU SEE AT THE TOP WHERE IT SAYS CONVERSION OF THERANOS

03:17PM  13    WHOLE BLOOD CONCENTRATIONS TO SERUM CONCENTRATIONS?

03:17PM  14    A.    UH-HUH.

03:17PM  15    Q.    AND AT A HIGH LEVEL, WHAT IS CONVEYED HERE?

03:17PM  16    A.    SO THIS BASICALLY REFERS TO THE PRIOR SLIDE, THE

03:17PM  17    CONVERSION FACTOR I THINK THAT WAS NECESSARY TO COMPARE THE

03:17PM  18    TWO.  AND SO THE RED SOLID LINE IN THE MIDDLE IS SORT OF WHERE

03:17PM  19    YOU FOCUSSED YOUR ATTENTION, AND ALL OF THE BLUE DOTS ARE

03:17PM  20    DEVIATIONS FROM THAT QPS SORT OF STANDARD.

03:17PM  21         SO THE FURTHER AWAY FROM THAT SOLID RED LINE AND THE ZERO

03:18PM  22    THERE WOULD HAVE BEEN MORE DEVIATION OR VARIATION THERE IS.

03:18PM  23    Q.    SO YOU WANT TO HAVE BLUE DOTS WITHIN THE RED LINES HERE.

03:18PM  24    IS THAT WHAT I'M HEARING?

03:18PM  25    A.    IDEALLY WITHIN THE TWO DOTTED, YES, THE 25 PERCENT RANGE.

SUNG DIRECT BY MR. LEACH                                          2328

03:18PM   1      Q.   AND THE BULLET DOWN AT THE BOTTOM SAYS "67 PERCENT SAMPLES

03:18PM   2    HAD GREATER THAN 25 PERCENT DIFFERENCE IN SERUM CONCENTRATION

03:18PM   3    BETWEEN THERANOS AND QPS METHOD."

03:18PM   4         DO YOU SEE THAT?

03:18PM   5      A.   YES.

03:18PM   6      Q.   AND WAS THAT GOOD NEWS OR BAD NEWS OR SOMETHING ELSE FOR

03:18PM   7    THERANOS?

03:18PM   8      A.   WELL, IT'S NOT GOOD NEWS.  IT BASICALLY JUST SHOWS THAT

03:18PM   9    THE ASSAY DID NOT PERFORM AS WELL AS WE HAD HOPED.

03:18PM  10      Q.   LET'S LOOK AT THE NEXT PAGE, PLEASE, PAGE 11.

03:18PM  11         I'M SORRY, PAGE 12, MS. HOLLIMAN.  PERFECT.

03:19PM  12         THIS SLIDE -- AT THE TOP IT SAYS MEAN (PLUS, MINUS SD)

03:19PM  13    CONCENTRATION PROFILES THERANOS VERSUS QPS.

03:19PM  14         DO YOU SEE THAT, DR. SUNG?

03:19PM  15      A.   YES.

03:19PM  16      Q.   AND WHAT IS PLUS MINUS SD IN THIS CONTEXT?

03:19PM  17      A.   STANDARD DEVIATION, SO THE VARIATION OR DEVIATION FROM AN

03:19PM  18    AVERAGE, FOR EXAMPLE, A MEAN CONCENTRATION.

03:19PM  19      Q.   OKAY.  AND IN THE GRAPH, WHAT IS BEING DEPICTED HERE IN

03:19PM  20    THE GRAPH WITH THE RED LINES AND THE GREEN LINES AND THE BLUE

03:19PM  21    LINES?

03:19PM  22      A.   SO THIS IS AN AVERAGE OF THE SAME SORT OF DATA WE'VE

03:19PM  23    LOOKED AT.  SO THE DAYS FOLLOWING DOSING COMPARED TO THE AMOUNT

03:19PM  24    OF DRUG THAT IS CIRCULATING IN THE PATIENT, AND THIS IS

03:19PM  25    MEASURED BY EITHER THE QPS SYSTEM USING SERUM OR THERANOS USING

SUNG DIRECT BY MR. LEACH                                          2329

03:20PM   1    EITHER BLOOD OR SERUM AS THE STARTING POINT.

03:20PM   2    Q.   AND THEN IN THE BULLET DOWN AT THE BOTTOM IT SAYS, "MEAN

03:20PM   3    CONCENTRATION PROFILES WERE NOT CONSISTENT BETWEEN THERANOS AND

03:20PM   4    QPS.

03:20PM   5         "CONCENTRATION VARIABILITY WAS HIGHER WITH THERANOS THAN

03:20PM   6    THE QPS METHOD."

03:20PM   7         IS CONCENTRATION VARIABILITY DESIRE OR UNDESIRABLE IN THIS

03:20PM   8    CONTEXT?

03:20PM   9    A.   UNDESIRABLE.

03:20PM  10    Q.   AND THE MEAN CONCENTRATION PROFILES NOT BEING CONSISTENT

03:20PM  11    BETWEEN THERANOS AND QPS, WHAT DID THAT MEAN?

03:20PM  12    A.   SO WE WERE COMPARING, AGAIN, SORT OF A TEST ASSAY TO THE

03:20PM  13    STANDARD AND HOPING TO FIND ALIGNMENT, AND SO EVEN THOUGH THE

03:20PM  14    PATTERN IS SIMILAR, THEY DID NOT OVERLAP WITH EACH OTHER, WHICH

03:20PM  15    MEANS THAT THE THERANOS PLATFORM WAS NOT YIELDING THE SAME

03:20PM  16    RESULTS AS THE STANDARD ASSAY.

03:20PM  17    Q.   AND WAS THAT WHAT CELGENE WAS HOPING TO SEE?

03:20PM  18    A.   NO.

03:21PM  19    Q.   LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE, PAGE 13.

03:21PM  20         DO YOU SEE WHERE IT SAYS INDIVIDUAL SERUM PK PARAMETERS

03:21PM  21    THERANOS VERSUS QPS?

03:21PM  22    A.   YES.

03:21PM  23    Q.   AND WHAT IS DEPICTED HERE?

03:21PM  24    A.   SO, AGAIN, I THINK THESE ARE -- EACH LITTLE NUMBER ON THE

03:21PM  25    X AXIS IS A SEPARATE PATIENT, AND SO THESE GRAPHS ARE SHOWING

SUNG DIRECT BY MR. LEACH                                                2330

03:21PM   1    DIFFERENT PK PARAMETERS.  SO THE FIRST, FOR EXAMPLE, IS THE

03:21PM   2    MAXIMUM CONCENTRATION OF DRUG REACHED AT THIS TIME IN THE

03:21PM   3    PATIENTS.

03:21PM   4        SO THESE ARE ALL MEASURES THAT ALLOW YOU TO CHARACTERIZE

03:21PM   5    THE DRUG DISPOSITION IN THE PATIENT.

03:21PM   6    Q.   IN THE BULLET IT SAYS, "GREATER THAN 40 PERCENT DIFFERENCE

03:21PM   7    IN THE VALUE BETWEEN TWO METHODS OCCURRED IN AT LEAST 2

03:21PM   8    SUBJECTS (33 PERCENT OF SUBJECTS ARE HIGHER) FOR EACH

03:21PM   9    PARAMETER."

03:21PM  10        WAS THAT GOOD NEWS OR BAD NEWS OR INDIFFERENT FOR

03:22PM  11    THERANOS?

03:22PM  12    A.   IT'S NOT -- AGAIN, IT'S NOT GOOD NEWS BECAUSE WE'RE HOPING

03:22PM  13    FOR MUCH SMALLER PERCENTAGE VARIATION.

03:22PM  14    Q.   LET ME DRAW YOUR ATTENTION TO THE LAST SLIDE, PLEASE, OF

03:22PM  15    THIS POWERPOINT, PAGE 14.

03:22PM  16        DO YOU SEE WHERE IT SAYS VARIABILITY IN SERUM PK

03:22PM  17    PARAMETERS THERANOS VERSUS QPS?

03:22PM  18    A.   YES.

03:22PM  19    Q.   AND WHAT IS DEPICTED HERE?

03:22PM  20    A.   SO THIS IS LOOKING AT THESE PARAMETERS THAT I JUST SAW IN

03:22PM  21    THE PRIOR SLIDES.  SO THE PK PARAMETERS, THEY'RE LISTED ON THE

03:22PM  22    BOTTOM, AND YOU'RE LOOKING AT THE COEFFICIENT OF VARIATION.  SO

03:22PM  23    IT'S KIND OF THE FREQUENCY OR THE SPREAD OF VARIABILITY AND,

03:22PM  24    AGAIN, COMPARING THE PLATFORM AT THERANOS USING BLOOD AND SERUM

03:22PM  25    AS THE STARTING POINT, AND THEN ALSO USING SERUM IN THE QPS

SUNG DIRECT BY MR. LEACH                                      2331

03:22PM   1    SYSTEM.

03:22PM   2    Q.   AND THERE'S A BULLET "HIGHER PK PARAMETER VARIABILITY WITH

03:23PM   3    THERANOS THAN THE QPS METHOD."

03:23PM   4         HERE VARIABILITY IS NOT DESIRABLE?

03:23PM   5    A.   NOT DESIRABLE.

03:23PM   6    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO THE POWERPOINT THAT

03:23PM   7    YOU PREPARED -- WELL, BEFORE I GET TO THE NEXT POWERPOINT.

03:23PM   8         THE OVERALL MESSAGE THAT DR. CHEN CONVEYED IN THIS

03:23PM   9    MEETING, WAS IT NEGATIVE?  WAS IT POSITIVE?  WHAT WAS -- WHAT

03:23PM  10    DID SHE COMMUNICATE?

03:23PM  11    A.   FROM THE BEST I CAN RECOLLECT, SHE COMMUNICATED THAT THE

03:23PM  12    THERANOS PLATFORM WAS NOT UP TO STANDARD FOR MEASURING THE PK

03:23PM  13    OR THE DRUG AMOUNTS IN THE BLOOD OF THESE PATIENTS.

03:23PM  14    Q.   LET'S LOOK AT YOUR POWERPOINT, THE ONE YOU PREPARED, AND

03:23PM  15    IF WE CAN GO TO THE NEXT PAGE, PAGE 15, DR. SUNG.

03:23PM  16         DO YOU SEE THE TITLE ACE-011 REN-001, PART 1?

03:23PM  17    A.   YES.

03:23PM  18    Q.   AND PD END POINTS:  FSH, LH, AND ESTRADIOL?

03:24PM  19    A.   YES.

03:24PM  20    Q.   AND WHAT DID YOU MEAN BY THAT?

03:24PM  21    A.   SO WE CHOSE THREE OF THOSE END POINTS TO LOOK AT HERE IN

03:24PM  22    THIS SLIDE DECK AND THOSE ARE LISTED HERE, FSH, LH, AND

03:24PM  23    ESTRADIOL.

03:24PM  24         SO THE PURPOSE OF THIS DECK WAS TO COMPARE, SIMILAR WITH

03:24PM  25    WHAT WE JUST TALKED ABOUT, THE THERANOS PLATFORM VERSUS THE

SUNG DIRECT BY MR. LEACH                                          2332

03:24PM  1    STANDARD ASSAY PLATFORM.

03:24PM  2    Q.   OKAY.  IS END POINT ANOTHER WORD FOR ASSAY?

03:24PM  3    A.   ASSAYS MEASURE END POINTS.

03:24PM  4    Q.   OKAY.  THANK YOU.

03:24PM  5    A.   UH-HUH.

03:24PM  6    Q.   AND LET'S LOOK AT PAGE 16 OF THE EXHIBIT, THE NEXT PAGE.

03:24PM  7    YOU HAVE A SLIDE ENTITLED REFERENCE VALUES.

03:24PM  8         PLEASE EXPLAIN WHAT YOU'RE COMMUNICATING HERE TO THE FOLKS

03:24PM  9    AT THERANOS.

03:24PM  10   A.   SO THIS WAS JUST THE NORMAL, HEALTHY INDIVIDUAL RANGE OF

03:24PM  11   THESE END POINTS THAT YOU WOULD FIND IN MEN AND IN WOMEN,

03:25PM  12   ESTRADIOL, FSH, AND LH.  SO IT'S TO GIVE YOU KIND OF AN IDEA OF

03:25PM  13   WHAT A NORMAL, HEALTHY PERSON MIGHT COME IN AS.

03:25PM  14   Q.   AND THEN BENEATH THAT YOU WROTE, ACM ASSAY RANGE.

03:25PM  15        WE NEED TO SPEAK ONE AT A TIME, SO I'LL FINISH MY

03:25PM  16   QUESTION.

03:25PM  17        ACM WAS THE GOLD STANDARD THAT CELGENE HAD HIRED?

03:25PM  18   A.   YES.

03:25PM  19   Q.   AND WHAT IS CONVEYED ON THIS BOTTOM PART, ACM ASSAY RANGE,

03:25PM  20   THERANOS ASSAY RANGE?

03:25PM  21   A.   SO THE ASSAY RANGE DESCRIBES THE CONCENTRATION, THE LOW

03:25PM  22   AND THE HIGH END OF CONCENTRATION OF THESE VARIOUS END POINTS

03:25PM  23   THAT CAN BE MEASURED USING THE RESPECTIVE ASSAYS.

03:25PM  24   Q.   OKAY.  LET'S LOOK AT THE NEXT PAGE, PAGE 17.

03:25PM  25        DO YOU SEE AT THE TOP WHERE IT SAYS PATIENT 21003?

SUNG DIRECT BY MR. LEACH                                            2333

03:26PM   1      A.   YES.

03:26PM   2      Q.   AND WHAT DOES THAT REFER TO?

03:26PM   3      A.   THAT WAS ONE OF THE PATIENTS IN OUR RENAL-001 TRIAL.

03:26PM   4      Q.   AND THIS PATIENT WAS A 60-YEAR OLD FEMALE?

03:26PM   5      A.   YES.

03:26PM   6      Q.   AND DO YOU -- IN THE LEFT COLUMN THERE'S ESTRADIOL, FSH,

03:26PM   7      LH WITH SOME ROWS FOR D 1, D 15, D 29.

03:26PM   8           WHAT DOES THAT REPRESENT?

03:26PM   9      A.   THOSE REPRESENT THE DAY THAT THE MEASUREMENT WAS TAKEN.

03:26PM   10     Q.   AND SO D 29 WOULD BE 29 DAYS OUT FROM THE --

03:26PM   11     A.   FROM THE START OF THE TRIAL, YEAH.

03:26PM   12     Q.   AND ARE THE ACM RESULTS FOR THESE THREE ASSAYS CONVEYED IN

03:26PM   13     THE MIDDLE ROW?

03:26PM   14     A.   YES.

03:26PM   15     Q.   AND SO FOR ESTRADIOL FOR PATIENT 21003 ON DAY 1, THE ACM

03:26PM   16     MEASUREMENT WAS 10?

03:26PM   17     A.   YES.

03:26PM   18     Q.   AND WHAT WAS THE THERANOS MEASUREMENT FOR THAT DATE?

03:26PM   19     A.   IT WAS OUT OF RANGE, SO THERE WAS NO VALUE THAT WAS GIVEN.

03:27PM   20     Q.   AND WHAT DOES THAT MEAN?

03:27PM   21     A.   THAT THE ASSAY WASN'T ABLE TO MEASURE THE CONCENTRATION IN

03:27PM   22     THAT SAMPLE.

03:27PM   23     Q.   AND FOR DAY 15, THIS PATIENT MEASURED 10 FOR ACM.  AM I

03:27PM   24     READING THAT CORRECTLY?

03:27PM   25     A.   YES.

SUNG DIRECT BY MR. LEACH                                                2334

03:27PM  1     Q.   AND THE THERANOS RESULT, AGAIN, WAS OUT OF RANGE?

03:27PM  2     A.   YES.

03:27PM  3     Q.   AND ON DAY 113, THE ACM RESULT AGAIN WAS 10, AND WHAT WAS

03:27PM  4     THE THERANOS RESULT?

03:27PM  5     A.   46.7.

03:27PM  6     Q.   AND WHAT WERE YOU INTENDING TO CONVEY TO THERANOS BY

03:27PM  7     CORRELATING THE ACM AND THE THERANOS RESULTS ON THIS SLIDE?

03:27PM  8     A.   SO THE IDEA WAS BASICALLY JUST TO SHOW THE SIMILARITIES

03:27PM  9     AND DIFFERENCES BETWEEN THE TWO ASSAYS IN TERMS OF THE RESULTS.

03:27PM  10    Q.   AND WHAT -- WERE YOU SEEING MORE SIMILARITIES OR MORE

03:27PM  11    DIFFERENCES?

03:27PM  12    A.   SO IN THIS CASE THERE WERE MORE DIFFERENCES THAN

03:27PM  13    SIMILARITIES.

03:27PM  14    Q.   OKAY.   FURTHER DOWN FOR THE ASSAY FSH, THERE'S A COUPLE OF

03:28PM  15    N/A'S IN THE THERANOS COLUMN FOR D 29 AND D 113.

03:28PM  16         DO YOU SEE THAT?

03:28PM  17    A.   YES.

03:28PM  18    Q.   AND WHAT DOES THE N/A REPRESENT?

03:28PM  19    A.   SO I DON'T REMEMBER EXACTLY, BUT USUALLY IF I USE THAT, IT

03:28PM  20    PROBABLY MEANT THAT THERE WAS NOT A SAMPLE AVAILABLE, THAT

03:28PM  21    SOMETHING HAPPENED WITH THE SAMPLE, EITHER IT WASN'T COLLECTED

03:28PM  22    PROPERLY OR IT WASN'T VIABLE, SOMETHING LIKE THAT.

03:28PM  23    Q.   OKAY.   LET'S GO TO THE NEXT PAGE, PLEASE.   PAGE 18 OF THE

03:28PM  24    EXHIBIT.

03:28PM  25         DO YOU SEE WHERE IT SAYS PATIENT 21005 AT THE TOP?

SUNG DIRECT BY MR. LEACH                                          2335

03:28PM   1    A.   YES.

03:28PM   2    Q.   AND DID YOU INCLUDE THE RESULTS FOR ALL OF THE PATIENTS IN

03:28PM   3    THIS POWERPOINT?

03:28PM   4    A.   I DON'T RECALL.   PROBABLY WHATEVER WE HAD AVAILABLE AT THE

03:28PM   5    TIME.

03:28PM   6    Q.   OKAY.

03:28PM   7    A.   YEAH.

03:28PM   8    Q.   AND HOW DID YOU SELECT WHO WENT INTO THE POWERPOINT?   I

03:28PM   9    GUESS WHY WERE YOU SELECTING THE PARTICULAR PATIENTS?

03:29PM  10    A.   I THINK IT WAS UP TO THAT TIME POINT, WHATEVER IT WAS,

03:29PM  11    THAT WE DECIDED WE WOULD ASSESS AND COMPARE THE ASSAYS, IT WAS

03:29PM  12    WHO WAS ENROLLED IN THE TRIAL AT THE TIME AND WE HAD SAMPLES

03:29PM  13    COLLECTED FROM THEM AND RESULTS.

03:29PM  14         IT WAS KIND OF A ROLLING ENROLLMENT, AND AS TIME GOES,

03:29PM  15    MORE PATIENTS ARE ENROLLED, SOME DROP OUT.   SO AT THIS

03:29PM  16    PARTICULAR TIME, THESE WERE THE PATIENTS FOR WHOM WE HAD

03:29PM  17    SAMPLES AVAILABLE.

03:29PM  18    Q.   OKAY.   AND ON THIS SLIDE I WANT TO DRAW YOUR ATTENTION

03:29PM  19    AGAIN TO THE -- DRAW YOUR ATTENTION THIS TIME TO THE LH ASSAY.

03:29PM  20         FOR D 1, DAY 1, WHAT WAS THE RESULT FOR ACM?

03:29PM  21    A.   2.9.

03:29PM  22    Q.   AND WHAT WAS THE RESULT FOR THERANOS?

03:29PM  23    A.   OUT OF RANGE.

03:29PM  24    Q.   AND WAS THE THERANOS RESULT ALSO OUT OF RANGE FOR D 15 AND

03:29PM  25    D 29?

SUNG DIRECT BY MR. LEACH                                                    2336

03:29PM  1    A.   YES.

03:29PM  2    Q.   OKAY.  AND WHAT WERE YOU TRYING TO CONVEY TO THERANOS WITH

03:29PM  3    THIS SLIDE FOR PATIENT 21005?

03:30PM  4    A.   THE SAME THING.  JUST THAT THERE WASN'T GOOD ALIGNMENT

03:30PM  5    BETWEEN THE LH IN THIS CASE RESULTS FROM THEIR PLATFORM

03:30PM  6    COMPARED TO THE ACM ASSAY.

03:30PM  7    Q.   OKAY.  LET'S LOOK AT THE NEXT SLIDE, PLEASE, PAGE 19.

03:30PM  8         IS THIS A SLIDE FOR PATIENT 31008?

03:30PM  9    A.   YES.

03:30PM  10   Q.   AND IS THIS ALSO INTENDED TO DEMONSTRATE THE LACK OF

03:30PM  11   ALIGNMENT BETWEEN THE ACM AND THE THERANOS ASSAYS?

03:30PM  12   A.   YES.

03:30PM  13   Q.   OKAY.  AND DOES THE REMAINDER -- DO PAGES 20 THROUGH 23

03:30PM  14   CONCLUDE -- INCLUDE ADDITIONAL DATA WITH RESPECT TO ADDITIONAL

03:30PM  15   PATIENTS DESIGNED TO SHOW THE LACK OF ALIGNMENT BETWEEN THE

03:30PM  16   ASSAYS?

03:30PM  17   A.   YES.

03:30PM  18   Q.   LET ME -- WE CAN PUT THAT DOCUMENT ASIDE, DR. SUNG.

03:31PM  19        I WANT TO DRAW YOUR ATTENTION, PLEASE, TO WHAT WE HAVE

03:31PM  20   MARKED AS EXHIBIT 3893.

03:31PM  21        I MOVE THE ADMISSION OF 3893.

03:31PM  22             MR. CLINE:  NO OBJECTION.

03:31PM  23             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:31PM  24        (GOVERNMENT'S EXHIBIT 3893 WAS RECEIVED IN EVIDENCE.)

03:31PM  25   BY MR. LEACH:

SUNG DIRECT BY MR. LEACH                                              2337

03:31PM    1     Q.   DR. SUNG, I'D LIKE TO DRAW YOUR ATTENTION TO THE MIDDLE

03:31PM    2     PORTION OF THE PAGE, THE EMAIL AT 12:16 P.M.  THERE WE GO.

03:31PM    3          DO YOU SEE THE EMAIL FROM YOU TO DANIEL EDLIN?

03:31PM    4     A.   YES.

03:31PM    5     Q.   AND DO YOU SEE YOU'VE COPIED MS. HOLMES AND DANIEL YOUNG?

03:31PM    6     A.   YES.

03:31PM    7     Q.   AND AS A GENERAL MATTER, WHY DID YOU COPY MS. HOLMES ON

03:31PM    8     EMAILS?

03:31PM    9     A.   I THINK FROM THE START OF THE PROJECT WE JUST THOUGHT IT

03:31PM   10     WOULD BE GREAT TO KEEP HER IN THE LOOP AND AWARE OF ONGOING

03:32PM   11     ACTIVITIES, RESULTS, THINGS LIKE THAT.

03:32PM   12     Q.   OKAY.  YOU WROTE IN THIS EMAIL, "THANK YOU FOR YOUR EMAIL

03:32PM   13     AND IDEAS.  AT LAST WEEK'S PROJECT TEAM MEETING, WE HAD DECIDED

03:32PM   14     TO SIMPLY WAIT UNTIL YOUR NEXT-GEN MACHINES ARE READY AND THEN

03:32PM   15     DEPLOY THEM TO THE THREE CLINICAL SITES WHICH HAVE PRIOR

03:32PM   16     EXPERIENCE."

03:32PM   17          DO YOU SEE THAT?

03:32PM   18     A.   YES.

03:32PM   19     Q.   AND WHAT WERE YOU CONVEYING TO THERANOS HERE?

03:32PM   20     A.   THAT AT THIS POINT WE AS A TEAM INTERNALLY HAD DECIDED TO

03:32PM   21     HALT FURTHER DEPLOYMENT OF THEIR MACHINES TO THE CLINICAL SITES

03:32PM   22     AND FURTHER TESTING USING THEIR PLATFORM.

03:32PM   23     Q.   WHY HAD CELGENE DECIDED TO HALT DOING THAT?

03:32PM   24     A.   SO INTERNALLY WE DISCUSSED THE ADVANTAGES AND

03:32PM   25     DISADVANTAGES OF THE THERANOS PLATFORM VERSUS THE STANDARD

SUNG DIRECT BY MR. LEACH                                                2338

03:32PM  1    TRADITIONAL TESTS, AND I THINK WE HAD DECIDED THAT WE WOULD

03:32PM  2    RATHER STICK WITH, YOU KNOW, THE LESS VARIABILITY IN THE

03:33PM  3    RESULTS AND STICK WITH THE SORT OF STANDARD ASSAYS AND TESTS

03:33PM  4    RATHER THAN TO GO WITH SOMETHING NEW AT THERANOS.

03:33PM  5    Q.   AND STICK WITH THE GOLD STANDARD?

03:33PM  6    A.   STICK WITH THE STANDARD, YEP.

03:33PM  7    Q.   OKAY.  AFTER THE DATE OF THIS EMAIL, APRIL 3RD, 2012, DID

03:33PM  8    YOU DO ANY FURTHER WORK WITH THERANOS?

03:33PM  9    A.   NO, I DIDN'T.

03:33PM  10   Q.   WAS THERE EVER ANY FOLLOWUP ABOUT YOUR NEXT GENERATION OR

03:33PM  11   THERANOS'S NEXT GENERATION MACHINE?

03:33PM  12   A.   NOT WITH ME, NO.

03:33PM  13   Q.   DID ANYONE FROM THERANOS COME BACK TO YOU AND PRESENT

03:33PM  14   ADDITIONAL INFORMATION THAT CHANGED YOUR CONCLUSION NOT TO GO

03:33PM  15   FORWARD WITH THEM?

03:33PM  16   A.   SO THE CONCLUSION WAS NOT CHANGED.  I DON'T RECALL EXACTLY

03:33PM  17   IF THERE WERE FOLLOW-UP CORRESPONDENCES.

03:33PM  18   Q.   OKAY.  DID YOU EVER TELL ANYONE AT THERANOS THAT CELGENE

03:33PM  19   HAD COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY?

03:33PM  20   A.   NO.

03:33PM  21   Q.   WOULD YOU AGREE WITH THE STATEMENT THAT CELGENE HAD

03:33PM  22   COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY?

03:34PM  23   A.   NO.

03:34PM  24   Q.   WHY NOT?

03:34PM  25   A.   SO THE FULL VALIDATION WOULD REQUIRE A LOT MORE WORK THAN

SUNG DIRECT BY MR. LEACH                                                2339

03:34PM   1    WE DID, BUT I THINK IT WOULD START WITH BETTER ALIGNMENT OF THE

03:34PM   2    RESULTS FROM THE THERANOS PLATFORM VERSUS THE STANDARD ASSAYS,

03:34PM   3    AND THEN WE WOULD GO FROM THERE TO DO FURTHER WORK IN ORDER TO

03:34PM   4    DEMONSTRATE THAT THE TWO PLATFORMS ARE COMPARABLE, AND THEN THE

03:34PM   5    ADVANTAGES FROM THE THERANOS PLATFORM WOULD THEN COME INTO PLAY

03:34PM   6    WITH LESS BLOOD DRAWN AND SO FORTH.

03:34PM   7        BUT WE NEVER GOT THERE.

03:34PM   8    Q.   I'D LIKE TO DRAW YOUR ATTENTION, PLEASE, TO WHAT IS IN

03:34PM   9    EVIDENCE AS EXHIBIT 7753.

03:34PM   10       DR. SUNG, DO YOU SEE AN EXCEL SPREADSHEET ON THE SCREEN?

03:35PM   11   A.   YEAH, I DO.

03:35PM   12   Q.   AND DO YOU SEE THERE'S A NUMBER OF PHARMACEUTICAL

03:35PM   13   COMPANIES LISTED IN THE LEFT COLUMN, COLUMN A?

03:35PM   14   A.   YES.

03:35PM   15   Q.   OKAY.  DO YOU SEE THE NAME CELGENE IN ROW 7?

03:35PM   16   A.   YES.

03:35PM   17   Q.   AND DO YOU SEE, AS YOU GO ACROSS IN THE ROWS, THERE ARE

03:35PM   18   PARTICULAR YEARS AND MONTHS, 2007, 2008, CONTINUING FORWARD IN

03:35PM   19   TIME?

03:35PM   20   A.   YES.

03:35PM   21   Q.   OKAY.  AND IF WE CAN GO TO THE RIGHT ALL OF THE WAY TO THE

03:35PM   22   GRAND TOTAL COLUMN IN W, MS. HOLLIMAN.

03:35PM   23       DO YOU SEE THE $5 MILLION NUMBER ASSOCIATED WITH CELGENE?

03:35PM   24   A.   YES.

03:35PM   25   Q.   OKAY.  AT THE TIME YOU WERE DOING YOUR WORK, DID YOU HAVE

03:35PM 1    ANY IDEA THAT CELGENE WAS THERANOS'S BIGGEST PHARMACEUTICAL

03:35PM 2    PARTNER?

03:35PM 3    A.   NO.

03:35PM 4    Q.   OKAY.  AND ARE YOU AWARE OF ANY WORK BETWEEN CELGENE AND

03:36PM 5    THERANOS AFTER APRIL OF 2012 AND THE EMAIL THAT WE SAW ABOUT

03:36PM 6    THE NEXT GENERATION MACHINES?

03:36PM 7    A.   NO, I WAS NOT.

03:36PM 8             MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

03:36PM 9             THE COURT:  YES.

03:36PM 10        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:36PM 11            MR. LEACH:  NO FURTHER QUESTIONS, YOUR HONOR.

03:36PM 12        THANK YOU, DR. SUNG.

03:36PM 13            THE COURT:  CROSS-EXAMINATION?

03:36PM 14            MR. CLINE:  YES.  THANK YOU, YOUR HONOR.

03:36PM 15                         **CROSS-EXAMINATION**

03:36PM 16   BY MR. CLINE:

03:36PM 17   Q.   DR. SUNG, GOOD AFTERNOON.  I REPRESENT ELIZABETH HOLMES.

03:37PM 18        MAY I APPROACH, YOUR HONOR?

03:37PM 19            THE COURT:  YES.

03:37PM 20   BY MR. CLINE:

03:37PM 21   Q.   I'M GOING TO HAND YOU A BINDER THAT LOOKS BIG, BUT WE'RE

03:37PM 22   GOING TO GO THROUGH IT QUICKLY.  OKAY?

03:37PM 23   A.   YES.

03:37PM 24            THE CLERK:  COUNSEL, COULD YOU JUST STATE YOUR NAME

03:37PM 25   FOR THE RECORD, PLEASE.

SUNG CROSS BY MR. CLINE                                                        2341

03:37PM   1           MR. CLINE:  YES.  MY NAME IS JOHN CLINE.

03:37PM   2      Q.   THE PROJECT THAT YOU WORKED ON WITH THERANOS WHILE YOU

03:37PM   3    WERE AT CELGENE WAS THE ACE-011 PROJECT; CORRECT?

03:37PM   4      A.   CORRECT.

03:37PM   5      Q.   AND YOU BEGAN INTERACTING WITH THERANOS ON THAT PROJECT IN

03:37PM   6    NOVEMBER OF 2009; RIGHT?

03:37PM   7      A.   AROUND THAT TIME, YES.

03:37PM   8      Q.   ALL RIGHT.  AND WERE YOU AWARE AT THAT POINT THAT CELGENE

03:37PM   9    AND THERANOS HAD HAD A CONTRACTUAL RELATIONSHIP FOR OVER A YEAR

03:37PM  10    AT THAT POINT?

03:37PM  11      A.   NO.

03:37PM  12      Q.   DID YOU BECOME AWARE OF THAT AT SOME POINT?

03:37PM  13      A.   SOMEONE DID TELL ME, YES.

03:37PM  14      Q.   OKAY.  SO YOU CAME TO UNDERSTAND THAT THERE WAS A --

03:37PM  15      A.   THERE WAS SOME RELATIONSHIP, YES.

03:38PM  16      Q.   ALL RIGHT.  AND IT PREEXISTED THE ACE-011 PROJECT; RIGHT?

03:38PM  17      A.   I'M NOT SURE EXACTLY WHEN.  I MEAN, I WAS ONLY WORKING ON

03:38PM  18    THAT PROJECT, SO I WAS TOLD ABOUT THE RELATIONSHIP WHEN WE

03:38PM  19    STARTED WORKING WITH THERANOS, NOT BEFORE.

03:38PM  20      Q.   ALL RIGHT.  AND I THINK IN -- WE DON'T NEED TO PULL UP THE

03:38PM  21    EXHIBIT, BUT YOU BEGAN YOUR EFFORTS WITH THERANOS WITH A VISIT

03:38PM  22    TO THERANOS; CORRECT?

03:38PM  23      A.   CORRECT.

03:38PM  24      Q.   AND YOU'RE BASED IN SAN FRANCISCO OR NEARBY, SO IT WASN'T

03:38PM  25    TOO FAR OF A TRIP FOR YOU?

                                                                            2342
SUNG CROSS BY MR. CLINE

03:38PM  1      A.    NO.

03:38PM  2      Q.    AND YOU MET AT THERANOS WITH GARY FRENZEL.

03:38PM  3            DO YOU REMEMBER THAT NAME?

03:38PM  4      A.    I REMEMBER THE NAME, YES.  IT'S HARD TO REMEMBER THE ROLES

03:38PM  5      AND THE FACES, BUT YEP.

03:38PM  6      Q.    I UNDERSTAND.  IT WAS A LONG TIME AGO.

03:38PM  7            AND YOU MET DR. SUREKHA GANGADKHEDKAR?

03:38PM  8      A.    YES, I BELIEVE SO.

03:38PM  9      Q.    AND YOU INTERACTED WITH HER FOR QUITE SOME TIME?

03:38PM 10      A.    REGULARLY, YEAH, DURING THE TIME WE WERE WORKING WITH

03:38PM 11      THERANOS.  SHE WAS, I BELIEVE, A SCIENTIST, SO MAYBE LIKE MY

03:39PM 12      COUNTERPART ON THE THERANOS TEAM.

03:39PM 13      Q.    LET ME -- I JUST WANT TO MOVE QUICKLY THROUGH THE

03:39PM 14      CHRONOLOGY HERE.

03:39PM 15            TAKE A LOOK IN YOUR BINDER, THE ONE THAT I JUST HANDED

03:39PM 16      YOU, AT EXHIBIT 13985.

03:40PM 17            DO YOU HAVE 13895 UP THERE?

03:40PM 18      A.    I DO.

03:40PM 19      Q.    AND YOU HAVE AN EMAIL TO GARY FRENZEL AND

03:40PM 20      SUREKHA GANGADKHEDKAR?

03:40PM 21      A.    YES.

03:40PM 22                 MR. CLINE:  AND I OFFER EXHIBIT 13895.

03:40PM 23                 THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

03:40PM 24            (DEFENDANT'S EXHIBIT 13895 WAS RECEIVED IN EVIDENCE.)

03:40PM 25      BY MR. CLINE:

SUNG CROSS BY MR. CLINE                                              2343

03:40PM  1    Q.   IF WE CAN JUST PULL UP THAT TOP EMAIL.  ESSENTIALLY WHAT

03:40PM  2    YOU ARE DOING IS UPDATING MR. FRENZEL AND DR. GANGADKHEDKAR ON

03:40PM  3    WHAT WAS GOING ON; RIGHT?

03:40PM  4    A.   YES.

03:40PM  5    Q.   AND IN THE FIRST LINE YOU SAY, "HI GARY, JUST WANTED TO

03:40PM  6    LET YOU KNOW THAT WE ARE STILL HAVING INTERNAL DISCUSSIONS AS

03:40PM  7    TO HOW WE'D LIKE TO PROCEED WITH ASSAY VALIDATION FOR THE

03:40PM  8    ACE-011 TRIAL."

03:40PM  9         RIGHT?

03:40PM  10   A.   YES.

03:40PM  11   Q.   AND YOU WERE HAVING DISCUSSIONS, AS ANY BIG COMPANY DOES,

03:40PM  12   ABOUT HOW YOU WERE GOING TO HANDLE THINGS PROCEDURALLY;

03:40PM  13   CORRECT?

03:40PM  14   A.   CORRECT.

03:40PM  15   Q.   AND AT THE BOTTOM OF THAT PARAGRAPH YOU SAY, "OUR

03:41PM  16   TRANSLATIONAL DEVELOPMENT GROUP (INCLUDING ME) DOESN'T REALLY

03:41PM  17   HAVE A BACKGROUND IN ASSAY VALIDATION/DEVELOPMENT, SO WE MIGHT

03:41PM  18   ALSO BE WORKING WITH AN EXTERNAL CONSULTANT TO GUIDE US."

03:41PM  19        RIGHT?

03:41PM  20   A.   YES.

03:41PM  21   Q.   AND, IN FACT, YOU DID BRING ON AN EXTERNAL CONSULTANT;

03:41PM  22   RIGHT?

03:41PM  23   A.   YES, WE DID.

03:41PM  24   Q.   NOW WE'RE GOING TO MOVE FORWARD.

03:41PM  25        IF YOU WOULD PULL UP EXHIBIT 13896.  DON'T PULL IT UP YET.

SUNG CROSS BY MR. CLINE                                                  2344

03:41PM   1            TURN TO 13896.

03:41PM   2            THIS IS AN EMAIL FROM A MS. BALKENHOL AT THERANOS TO YOU

03:41PM   3    DATED MAY 3RD, 2010; RIGHT?

03:41PM   4    A.   YES.

03:41PM   5                 MR. CLINE:  I OFFER 13896.

03:41PM   6                 MR. LEACH:  NO OBJECTION.

03:41PM   7                 THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:41PM   8            (DEFENDANT'S EXHIBIT 13896 WAS RECEIVED IN EVIDENCE.)

03:41PM   9    BY MR. CLINE:

03:41PM  10    Q.   AND THE SUBJECT LINE IS AGENDA FOR MAY 7 FACE TO FACE.

03:42PM  11            DO YOU SEE THAT?

03:42PM  12    A.   YES.

03:42PM  13    Q.   AND IF YOU TURN THE PAGE, YOU ACTUALLY HAVE THE AGENDA;

03:42PM  14    RIGHT?

03:42PM  15    A.   YES.

03:42PM  16    Q.   AND YOU TESTIFIED ON DIRECT ABOUT A MEETING THAT HAPPENED

03:42PM  17    FACE TO FACE IN THIS PART OF 2010.

03:42PM  18            DO YOU RECALL THAT?

03:42PM  19    A.   YES.

03:42PM  20    Q.   THIS WAS THAT MEETING; RIGHT?

03:42PM  21    A.   SO I DON'T KNOW IF IT WAS THAT MEETING.  I'M JUST LOOKING

03:42PM  22    AT THE ATTENDEES.

03:42PM  23            SO, YES, I THINK THAT WAS THE MEETING.  SORRY.  I WAS

03:42PM  24    LOOKING AT THE CELGENE SIDE.  I DON'T BELIEVE THAT EVERYONE

03:42PM  25    THERE ON THE CELGENE SIDE -- SO YES, IT SAYS BY PHONE.  RIGHT.

SUNG CROSS BY MR. CLINE                                                    2345

03:42PM   1    Q.   SO THIS WAS A MEETING IN MAY OF 2010 TO TRY TO MOVE THE

03:42PM   2    ACE-011 ASSAY VALIDATION PROJECT FORWARD; CORRECT?

03:42PM   3    A.   YES.

03:42PM   4    Q.   VARIOUS PEOPLE WERE THERE FROM THERANOS, AND VARIOUS

03:42PM   5    PEOPLE FROM CELGENE, AND SOME PEOPLE WERE ON THE PHONE; RIGHT?

03:42PM   6    A.   YES.

03:42PM   7    Q.   AND IT LOOKS LIKE YOU WERE PRESENT IN PERSON; RIGHT?

03:43PM   8    A.   I WAS.

03:43PM   9    Q.   AND ON THE THERANOS SIDE, MR. BALWANI, MR. FRENZEL,

03:43PM   10   DR. GANGADKHEDKAR, MS. HOLMES, DR. YOUNG; RIGHT?

03:43PM   11   A.   YES.

03:43PM   12   Q.   AND DANIEL YOUNG WAS A PH.D. WHO YOU DEALT WITH ON THIS

03:43PM   13   PROJECT; CORRECT?

03:43PM   14   A.   CORRECT.

03:43PM   15   Q.   ONE OF THE ITEMS -- IF WE GO TO THE NEXT PAGE OF THIS

03:43PM   16   DOCUMENT, ONE OF THE ITEMS THAT YOU DISCUSSED DURING THIS

03:43PM   17   MEETING, AND I'M ABOUT TWO-THIRDS OF THE WAY DOWN THIS PAGE,

03:43PM   18   WAS ASSAY VALIDATION PLAN/DEVELOPMENT TIMELINE?

03:43PM   19   A.   UH-HUH.

03:43PM   20   Q.   I'M SORRY, I NEED YOU TO SAY YES OR NO.

03:43PM   21   A.   OH, YES.

03:43PM   22   Q.   AND THAT WAS REALLY THE MAIN TOPIC OF THE MEETING WAS HOW

03:43PM   23   TO GET THE ASSAY VALIDATION PLAN MOVING; RIGHT?

03:43PM   24   A.   OH, YES.

03:43PM   25   Q.   AND IF YOU WOULD GO TO EXHIBIT 13897 IN YOUR BINDER,

SUNG CROSS BY MR. CLINE                                               2346

03:44PM   1    PLEASE.

03:44PM   2         THIS IS AN EXCHANGE OF EMAILS BETWEEN YOU AND

03:44PM   3    DR. GANGADKHEDKAR.

03:44PM   4         DO YOU SEE THAT?

03:44PM   5    A.   UH-HUH, YES, I DO.

03:44PM   6              MR. CLINE:  I MOVE 13897 IN.

03:44PM   7              MR. LEACH:  NO OBJECTION.

03:44PM   8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:44PM   9         (DEFENDANT'S EXHIBIT 13897 WAS RECEIVED IN EVIDENCE.)

03:44PM   10   BY MR. CLINE:

03:44PM   11   Q.   IF YOU LOOK AT THE BOTTOM OF THE FIRST PAGE OF THIS

03:44PM   12   EXHIBIT, THIS IS A MAY 7TH, 2010 EMAIL FROM YOU TO

03:44PM   13   GARY FRENZEL, DR. GANGADKHEDKAR, AND DR. YOUNG; RIGHT?

03:44PM   14   A.   YES.

03:44PM   15   Q.   AND COPY ELIZABETH HOLMES?

03:44PM   16   A.   YES.

03:44PM   17   Q.   AND IT LOOKS LIKE YOU WENT HOME FROM THIS MEETING AND

03:44PM   18   WROTE THIS TO KIND OF MEMORIALIZE WHAT HAPPENED; RIGHT?

03:44PM   19   A.   YES.

03:44PM   20   Q.   AND YOU SAY, "THANK YOU FOR ALL OF YOUR TIME THIS MORNING;

03:44PM   21   WE FELT THAT OUR MEETING WAS VERY PRODUCTIVE AND INFORMATIVE."

03:44PM   22        RIGHT?

03:44PM   23   A.   YES.

03:44PM   24   Q.   AND THAT'S HOW YOU FELT; RIGHT?

03:44PM   25   A.   YES.

SUNG CROSS BY MR. CLINE

03:44PM   1    Q.   AND DR. GANGADKHEDKAR RESPONDS TO YOU, COPYING

03:45PM   2    MR. FRENZEL, NOT COPYING MS. HOLMES, AND SAYS ESSENTIALLY THAT

03:45PM   3    SHE, TOO, THOUGHT THE MEETING WAS PRODUCTIVE; RIGHT?

03:45PM   4    A.   YES.

03:45PM   5    Q.   AND SHE ATTACHED A PRESENTATION THAT WAS MADE AT THE

03:45PM   6    MEETING; RIGHT?

03:45PM   7    A.   CORRECT.

03:45PM   8    Q.   AND THIS IS DATED -- IF YOU'LL TURN TO THE FIRST PAGE OF

03:45PM   9    THE EXHIBIT -- OR THE SECOND PAGE OF THE EXHIBIT.

03:45PM   10        WE HAVE A LENGTHY, IT LOOKS LIKE A POWERPOINT, CELGENE

03:45PM   11   POWERPOINT ASSAY DEVELOPMENT UPDATE; RIGHT?

03:45PM   12   A.   YES.

03:45PM   13   Q.   DATED MAY 7TH, 2010, WHICH WAS THE DATE OF THE MEETING;

03:45PM   14   RIGHT?

03:45PM   15   A.   YES.

03:45PM   16   Q.   AND IF YOU TURN A COUPLE OF PAGES FURTHER, THERE'S A

03:45PM   17   PAGE -- THAT'S THE ONE -- THAT SAYS ASSAY DEVELOPMENT PROCESS.

03:45PM   18        DO YOU SEE THAT?

03:45PM   19   A.   YES.

03:45PM   20   Q.   AND THEN THERE'S A LONG LIST OF THINGS THAT NEED TO HAPPEN

03:45PM   21   TO DEVELOP AN ASSAY; RIGHT?

03:45PM   22   A.   CORRECT.

03:45PM   23   Q.   AND IT WAS A COMPLICATED PROCESS; RIGHT?

03:45PM   24   A.   YES.

03:45PM   25   Q.   AND GOING BACK TO AN EARLIER EMAIL THAT WE TALKED ABOUT,

SUNG CROSS BY MR. CLINE                                                  2348

03:46PM  1    YOU ARE A SCIENTIST AND PH.D. BUT YOU'RE NOT AN SPECIALIST IN

03:46PM  2    ASSAY DEVELOPMENT?

03:46PM  3        IS THAT FAIR?

03:46PM  4    A.    THAT'S CORRECT.

03:46PM  5    Q.    AND YOU HAD THE CONSULTANT THAT YOU BROUGHT IN; RIGHT?

03:46PM  6    A.    CORRECT.

03:46PM  7    Q.    AND ON THE PK SIDE, YOU HAD DR. BRYAN, PETER BRYAN?

03:46PM  8    A.    YES.

03:46PM  9    Q.    AND ALSO DR. --

03:46PM  10   A.    CHEN.

03:46PM  11   Q.    -- CHEN, WHO WAS THE ONE WHO DID THE POWERPOINT WE TALKED

03:46PM  12   ABOUT?

03:46PM  13   A.    YES.

03:46PM  14   Q.    AND DID YOU WORK CLOSELY WITH DR. BRYAN AND DR. CHEN AS

03:46PM  15   YOU MOVED THIS PROJECT FORWARD?

03:46PM  16   A.    SO WE DID MOVE THE PROJECT FORWARD TOGETHER.  IT WAS TWO

03:46PM  17   PIECES OF A PUZZLE, AND SO THEY WERE GEOGRAPHICALLY SEPARATE

03:46PM  18   FROM WHERE I WORKED, AND SO WE HAD WEEKLY MEETINGS WITH THE

03:46PM  19   TEAM TO UPDATE EACH OTHER.  BUT IT WASN'T A CLOSE RELATIONSHIP.

03:46PM  20   BUT, YOU KNOW, WE MOVED FORWARD TOGETHER ON THIS PIECE.

03:46PM  21   Q.    OKAY.  LET'S GO TO 13898.  WE HAVE FURTHER EMAILS

03:47PM  22   INVOLVING YOU, DR. GANGADKHEDKAR, AND OTHERS; CORRECT?

03:47PM  23   A.    CORRECT.

03:47PM  24            MR. CLINE:  AND I OFFER 13898.

03:47PM  25            MR. LEACH:  NO OBJECTION.

SUNG CROSS BY MR. CLINE                                               2349

03:47PM   1            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:47PM   2            (DEFENDANT'S EXHIBIT 13898 WAS RECEIVED IN EVIDENCE.)

03:47PM   3    BY MR. CLINE:

03:47PM   4    Q.   AND THE TOP EMAIL ON PAGE 1 IS FROM DR. GANGADKHEDKAR TO

03:47PM   5    YOU AND OTHERS AND SHE SAYS, "HI VICKI, ATTACHED IS THE

03:47PM   6    PROGESTERONE REPORT."

03:47PM   7         RIGHT?

03:47PM   8    A.   YES.

03:47PM   9    Q.   AND THIS WAS THE FIRST OF A SERIES OF ASSAY VALIDATION

03:47PM   10   REPORTS THAT YOU RECEIVED FROM THERANOS; CORRECT?

03:47PM   11   A.   CORRECT.

03:47PM   12   Q.   AND THEN IF YOU FLIP OVER A COUPLE OF PAGES, SEVERAL

03:47PM   13   PAGES, YOU FIND THE ATTACHMENT AND IT SAYS ASSAY DEVELOPMENT

03:47PM   14   REPORT; RIGHT?

03:47PM   15   A.   YES.

03:48PM   16   Q.   AND THIS WAS SENT IN RESPONSE TO, GOING BACK TO PAGE 1 OF

03:48PM   17   THE EXHIBIT, AN EMAIL FROM YOU TO DR. GANGADKHEDKAR AND OTHERS

03:48PM   18   WHERE YOU SAY, "ONE MORE REQUEST; FOR THE PD ASSAYS THAT WE ARE

03:48PM   19   INCLUDING IN PART 1, WE HAVE NOT SEEN ANY ASSAY DEVELOPMENT

03:48PM   20   DOCUMENTATION/VALIDATION REPORTS."

03:48PM   21        RIGHT?

03:48PM   22   A.   YES.

03:48PM   23   Q.   AND SO DR. GANGADKHEDKAR IS RESPONDING TO THAT AND SENDING

03:48PM   24   YOU THE FIRST OF SEVERAL; RIGHT?

03:48PM   25   A.   CORRECT.

SUNG CROSS BY MR. CLINE                                        2350

03:48PM   1    Q.   AND LET'S GO TO 13900.  13899.

03:48PM   2    A.   13899?

03:48PM   3    Q.   13899.

03:49PM   4    A.   I HAVE 898 AND 999.

03:49PM   5    Q.   13899?  NOT THERE?

03:49PM   6    A.   UNLESS THESE ARE OUT OF ORDER.

03:49PM   7            MR. CLINE:  MAY I APPROACH?

03:49PM   8            THE COURT:  YES.

03:49PM   9    BY MR. CLINE:

03:49PM  10    Q.   PLEASE FORGIVE THE HIGHLIGHTING.  I'M JUST GOING TO HAND

03:49PM  11    YOU THE DOCUMENT TO SAVE A LITTLE TIME (HANDING).

03:49PM  12    A.   OKAY.  THANK YOU.

03:49PM  13    Q.   WHAT IS THAT DOCUMENT, SINCE I DON'T HAVE IT IN FRONT OF

03:49PM  14    ME?

03:49PM  15    A.   IT'S AN EMAIL FROM KAPIL GADKAR TO ME.

03:49PM  16    Q.   AND DR. GADKAR WAS ANOTHER DOCTOR AT THERANOS THAT YOU

03:49PM  17    DEALT WITH; CORRECT?

03:49PM  18    A.   CORRECT.

03:49PM  19            MR. CLINE:  I OFFER 13899.

03:49PM  20            MR. LEACH:  NO OBJECTION.

03:49PM  21            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:49PM  22       (DEFENDANT'S EXHIBIT 13899 WAS RECEIVED IN EVIDENCE.)

03:49PM  23    BY MR. CLINE:

03:49PM  24    Q.   DR. GADKAR IS TELLING YOU THAT VALIDATION REPORTS ARE

03:49PM  25    FORTHCOMING; RIGHT?

SUNG CROSS BY MR. CLINE                                              2351

03:49PM   1     A.    YES.

03:49PM   2     Q.    MAY I TAKE THAT BACK FROM YOU?

03:50PM   3           MAY I APPROACH?

03:50PM   4                 THE COURT:  YES.

03:50PM   5     BY MR. CLINE:

03:50PM   6     Q.    LET ME TAKE THAT BACK FROM YOU.

03:50PM   7           LET'S GO TO 13900.

03:50PM   8           DO YOU HAVE THAT?

03:50PM   9     A.    YES.

03:50PM  10     Q.    AND THIS IS ANOTHER EMAIL FROM DR. GADKAR TO YOU AND MANY

03:50PM  11     OTHERS; CORRECT?

03:50PM  12     A.    UH-HUH, YES.

03:50PM  13                 MR. CLINE:  I OFFER 13900.

03:50PM  14                 MR. LEACH:  NO OBJECTION.

03:50PM  15                 THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:50PM  16           (DEFENDANT'S EXHIBIT 13900 WAS RECEIVED IN EVIDENCE.)

03:50PM  17     BY MR. CLINE:

03:50PM  18     Q.    NOW, THIS IS A JULY 26TH, 2010 EMAIL; CORRECT?

03:50PM  19     A.    YES.

03:50PM  20     Q.    AND THE SUBJECT IS VALIDATION REPORTS FOR 3 PD MARKERS.

03:50PM  21           DO YOU SEE THAT?

03:50PM  22     A.    YES.

03:50PM  23     Q.    AND THE THREE MARKERS ARE LH, FSH, AND ESTRADIOL; RIGHT?

03:50PM  24     A.    CORRECT.

03:50PM  25     Q.    AND TELL US AGAIN WHAT LH IS.

SUNG CROSS BY MR. CLINE                                                2352

03:50PM   1    A.    LUTEINIZING HORMONE.

03:50PM   2    Q.    AND FSH?

03:50PM   3    A.    FOLLICLE STIMULATING HORMONE.

03:50PM   4    Q.    AND THE BODY OF THE EMAIL SAYS, "HELLO ALL, ATTACHED PLZ

03:51PM   5    FIND THE ASSAY VALIDATION REPORTS FOR THE 3 PD MARKERS OF LH,

03:51PM   6    FSH, AND ESTRADIOL."

03:51PM   7         RIGHT?

03:51PM   8    A.    CORRECT.

03:51PM   9    Q.    AND, IN FACT, WE DON'T HAVE TO GO THROUGH THEM, BUT IF YOU

03:51PM  10    LOOK AT THE ATTACHMENTS TO THIS, THE VALIDATION REPORTS ARE

03:51PM  11    ATTACHED; CORRECT?

03:51PM  12    A.    CORRECT.

03:51PM  13    Q.    AND WHEN THESE VALIDATION REPORTS WERE RECEIVED AT

03:51PM  14    CELGENE, WHAT DID YOU DO WITH THEM?  DID YOU REVIEW THEM

03:51PM  15    YOURSELF?  DID YOU PASS THEM ON TO DR. BRYAN?  WHAT HAPPENED

03:51PM  16    WITH THEM?

03:51PM  17    A.    YEP.  SO I MAY HAVE LOOKED AT THEM MYSELF.  BUT, AGAIN,

03:51PM  18    NOT BEING AN EXPERT IN THIS AREA, I'M PRETTY SURE THAT THEY

03:51PM  19    WERE PASSED ALONG TO SOMEONE WHO REVIEWS THESE SORTS OF

03:51PM  20    DOCUMENTS FOR THEIR INPUT.

03:51PM  21    Q.    ALL RIGHT.  SO YOU WOULD PASS THEM ALONG TO SOMEONE WHOSE

03:51PM  22    JOB IT WAS TO REVIEW DOCUMENTS LIKE THIS FOR --

03:51PM  23    A.    WHO HAS EXPERTISE IN ASSAY DEVELOPMENT, YES.

03:51PM  24    Q.    AND THE PURPOSE OF PASSING THEM ALONG WAS TO HAVE THEM

03:51PM  25    REVIEWED; RIGHT?

SUNG CROSS BY MR. CLINE                                                  2353

03:52PM   1    A.   YES.

03:52PM   2    Q.   ALL RIGHT.  YOU PROBABLY WILL NOT BE ABLE TO ANSWER THIS

03:52PM   3    QUESTION MANY YEARS LATER, BUT DO YOU RECALL WHO AT CELGENE WAS

03:52PM   4    RESPONSIBLE FOR THE SCIENTIFIC REVIEW OF THESE ASSAY VALIDATION

03:52PM   5    REPORTS THAT YOU WERE RECEIVING?

03:52PM   6    A.   YEAH.  I MEAN, THE -- RON BOWSHER WAS THE CONSULTANT WHO

03:52PM   7    WE TRIED TO ENGAGE TO HELP US OUT, SO IT'S POSSIBLE HE REVIEWED

03:52PM   8    THEM.  BUT OTHER THAN HIM, I CAN'T RECALL.

03:52PM   9    Q.   NO PROBLEM.

03:52PM   10        LET'S GO TO 13901.  THE SECOND EMAIL DOWN IS ONE FROM YOU

03:52PM   11   TO DR. GANGADKHEDKAR; CORRECT?

03:52PM   12   A.   YES.

03:52PM   13            MR. CLINE:  I OFFER 13901.

03:53PM   14            MR. LEACH:  NO OBJECTION.

03:53PM   15            THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

03:53PM   16        (DEFENDANT'S EXHIBIT 13901 WAS RECEIVED IN EVIDENCE.)

03:53PM   17   BY MR. CLINE:

03:53PM   18   Q.   AND ESSENTIALLY YOU'RE THANKING DR. GADKAR FOR SHARING THE

03:53PM   19   VALIDATION REPORTS WITH YOU; RIGHT?

03:53PM   20   A.   YES.

03:53PM   21   Q.   THE ONES WE JUST LOOKED AT?

03:53PM   22   A.   YES.

03:53PM   23   Q.   OR WE WERE TALKING ABOUT; RIGHT?

03:53PM   24   A.   YES.

03:53PM   25   Q.   AND HE'S THANKING YOU FOR YOUR PATIENCE WHILE THERANOS

SUNG CROSS BY MR. CLINE                                    2354

03:53PM   1    FINALIZED THOSE REPORTS; RIGHT?

03:53PM   2    A.   RIGHT.

03:53PM   3    Q.   AND LET'S GO TO 421.  ACTUALLY, EXHIBIT 421 IS NOT THE ONE

03:54PM   4    I WANT YOU TO LOOK AT.

03:54PM   5         LET ME ASK YOU THIS:  DO YOU RECALL IN MARCH 2011 THERE

03:54PM   6    WAS A MEETING TO SORT OF REVIEW THE PROGRESS OF THE VALIDATION

03:54PM   7    PROCESS?

03:54PM   8    A.   YES.  ON OUR END, YES, THERE WAS.

03:54PM   9    Q.   AND A MEETING WITH THERANOS?

03:54PM   10   A.   YES, AND THEN A MEETING WITH THERANOS, UH-HUH.

03:54PM   11   Q.   ALL RIGHT.  AND ONE OF THE THINGS THAT HAPPENED -- DO YOU

03:54PM   12   REMEMBER WHERE THAT MEETING WAS HELD?

03:54PM   13   A.   I THINK IT WAS BY PHONE.  I DON'T THINK IT WAS IN PERSON,

03:54PM   14   AT LEAST I DON'T REMEMBER BEING -- MAKING ANOTHER TRIP.

03:54PM   15   Q.   ALL RIGHT.  SO THERANOS PEOPLE ON THE PHONE AND CELGENE

03:54PM   16   PEOPLE ON THE PHONE?

03:54PM   17   A.   CELGENE PEOPLE ON THE PHONE.

03:54PM   18   Q.   WAS YOUR CONSULTANT ON THE PHONE?  DO YOU RECALL?

03:54PM   19   A.   I DON'T RECALL.  I DON'T THINK SO.  WE DIDN'T NORMALLY DO

03:54PM   20   THAT.

03:54PM   21   Q.   AND ONE OF THE THINGS THAT WAS AGREED AT THAT MEETING WAS

03:54PM   22   THAT THERANOS WOULD PROVIDE A REPORT ON PART 1 OF THE ACE-011

03:54PM   23   PROJECT; CORRECT?

03:54PM   24   A.   CORRECT.

03:54PM   25   Q.   AND CELGENE WAS GOING TO PROVIDE A FORMAT FOR THAT REPORT;

SUNG CROSS BY MR. CLINE                                               2355

03:54PM   1      CORRECT?

03:54PM   2      A.   SORRY, A --

03:54PM   3      Q.   I'M SORRY, YOU WERE ADJUSTING YOUR MASK THERE.

03:54PM   4           DO YOU RECALL THAT CELGENE WAS GOING TO PROVIDE THERANOS

03:55PM   5      WITH THE FORMAT FOR THE REPORT?

03:55PM   6      A.   I DON'T REMEMBER THAT.  I DON'T REMEMBER ANYTHING ABOUT

03:55PM   7      THE FORMAT.  BUT I THINK WE WERE EXPECTING SOME SORT OF

03:55PM   8      SUMMARY.

03:55PM   9      Q.   YOU WERE EXPECTING A REPORT FROM --

03:55PM  10      A.   YES, SOME SORT OF REPORT, YEAH, SUMMARIZING WHAT HAS BEEN

03:55PM  11      DONE.

03:55PM  12      Q.   ALL RIGHT.  ALL RIGHT.

03:55PM  13           LET'S GO TO EXHIBIT 5049.

03:55PM  14           YOU'RE NOT ON THIS EMAIL; CORRECT?

03:55PM  15      A.   CORRECT.

03:55PM  16      Q.   AND THIS IS AN EMAIL FROM DR. GADKAR TO DR. BRYAN?

03:55PM  17      A.   YES.

03:55PM  18      Q.   AND EVEN THOUGH YOU'RE NOT ON IT, I'M GOING TO OFFER IT

03:55PM  19      INTO EVIDENCE.

03:55PM  20              MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:55PM  21              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:55PM  22           (GOVERNMENT'S EXHIBIT 5049 WAS RECEIVED IN EVIDENCE.)

03:56PM  23      BY MR. CLINE:

03:56PM  24      Q.   SO IT'S AN EMAIL FROM DR. GADKAR TO DR. BRYAN, AND THE

03:56PM  25      SUBJECT IS FINAL REPORT FOR ACE-011 PK.

SUNG CROSS BY MR. CLINE                                                2356

03:56PM  1        DO YOU SEE THAT?

03:56PM  2    A.   YES.

03:56PM  3    Q.   AND DR. GADKAR SAYS TO DR. BRYAN, "ATTACHED IS THE FINAL

03:56PM  4    REPORT AFTER THE FINAL INTERNAL QA AND AUDIT.  I HAVE ATTACHED

03:56PM  5    THE VALIDATION PROTOCOL AND THE SIGNED AMENDMENTS IN THE

03:56PM  6    APPENDIX.  LET ME KNOW WHAT THE NEXT STEPS ARE."

03:56PM  7        RIGHT?

03:56PM  8    A.   YES.

03:56PM  9    Q.   AND WE'RE GOING TO LOOK AT OR HAVE AN EXHIBIT WITH THE

03:56PM 10    REPORT HERE IN A SECOND, AND THE REPORT IS NOT ATTACHED TO THE

03:56PM 11    EXHIBIT.

03:56PM 12        BUT DO YOU RECALL RECEIVING THE FINAL PK REPORT AROUND

03:56PM 13    THIS TIME?

03:56PM 14    A.   NO, BUT I WOULD NOT HAVE BEEN THE ONE TO RECEIVE IT.  IT

03:56PM 15    WAS THE OTHER TEAM IN THE PETER BRYAN AND NIANHANG CHEN TEAM

03:56PM 16    THAT WOULD HAVE RECEIVED THAT.

03:56PM 17    Q.   WOULD YOU HAVE SEEN IT AT ALL?

03:57PM 18    A.   I DON'T KNOW THAT I WOULD -- NO, NOT IN THAT CASE.

03:57PM 19    Q.   ALL RIGHT.  SO LET'S GO TO EXHIBIT 9002, WHICH IS IN

03:57PM 20    EVIDENCE.

03:57PM 21        THIS IS THE REPORT THAT WAS ATTACHED TO THAT EMAIL FROM

03:57PM 22    DR. GADKAR TO DR. BRYAN.

03:57PM 23        LOOKING AT IT NOW, DOES THIS RING A BELL FOR YOU?  HAVE

03:57PM 24    YOU SEEN THIS BEFORE?

03:57PM 25    A.   YOU KNOW, IT'S TOO LONG AGO.  I'VE SEEN SO MANY VALIDATION

SUNG CROSS BY MR. CLINE                                                  2357

03:57PM   1    REPORTS, I CAN'T SAY I'VE SEEN THIS SPECIFIC ONE.  IT MAY HAVE

03:57PM   2    BEEN CIRCULATED.  BUT AGAIN, THIS WAS NOT MY -- THIS WAS

03:57PM   3    SOMETHING THAT PETER BRYAN AND DR. CHEN WERE DEALING WITH THAT

03:57PM   4    SIDE OF IT, I PROBABLY WOULD NOT HAVE BEEN ASKED NECESSARILY

03:57PM   5    FOR ANY FEEDBACK.

03:57PM   6    Q.  ALL RIGHT.  SORRY.  I INTERRUPTED YOU.

03:57PM   7         JUST TO BE CLEAR, WHEN YOU SAY THAT SIDE OF IT, THEY WERE

03:57PM   8    DEALING WITH THE PK SIDE AND YOU WERE DEALING WITH THE PD?

03:57PM   9    A.  CORRECT.

03:57PM  10    Q.  OKAY.  SO LET'S GO TO EXHIBIT 13907.

03:58PM  11         NOW, THIS AGAIN, TO BE CLEAR, IS AN EMAIL THAT YOU'RE NOT

03:58PM  12    ON.  IT INVOLVES DR. GADKAR AND THEN SOME PEOPLE WITHIN

03:58PM  13    CELGENE.

03:58PM  14         DO YOU SEE THAT?

03:58PM  15    A.  YES.

03:58PM  16         MR. CLINE:  ALL RIGHT.  EVEN THOUGH YOU'RE NOT ON

03:58PM  17    IT, I'M GOING TO OFFER IT 13907.

03:58PM  18         MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:58PM  19         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:58PM  20         (DEFENDANT'S EXHIBIT 13907 WAS RECEIVED IN EVIDENCE.)

03:58PM  21    BY MR. CLINE:

03:58PM  22    Q.  ALL RIGHT.  SO LET'S, LET'S START AT THE BOTTOM OF PAGE 1

03:58PM  23    AND CARRY OVER TO THE TOP OF PAGE 2.  IT'S AN EMAIL FROM

03:58PM  24    PETER BRYAN TO, IT LOOKS LIKE A GROUP CALLED NONCLINICAL

03:58PM  25    REPORTS.

SUNG CROSS BY MR. CLINE                                              2358

03:58PM  1        DO YOU SEE THAT?

03:58PM  2    A.  HOLD ON.

03:59PM  3        OH, YES, I SEE IT NOW.

03:59PM  4    Q.  YOU SEE THAT?

03:59PM  5    A.  YES.

03:59PM  6    Q.  AND ESSENTIALLY, THIS IS THE CONTINUATION OF THE CHAIN

03:59PM  7    FROM THE EMAIL THAT WE JUST LOOKED AT WHERE DR. GADKAR WAS

03:59PM  8    CONVEYING THE REPORT TO DR. BRYAN; RIGHT?

03:59PM  9    A.  RIGHT.

03:59PM  10   Q.  AND WHAT DR. BRYAN IS DOING IS SENDING IT ON TO THE

03:59PM  11   DOCUMENTATION PEOPLE AT CELGENE; RIGHT?

03:59PM  12   A.  I ASSUME SO, YES.

03:59PM  13   Q.  AND HE SAYS, "SHIRLEY AND NATALIE, I HAVE COMPLETED THE

03:59PM  14   SCIENTIFIC REVIEW FOR ACE-011-DM PK-001.  I HAVE BEEN DEALING

03:59PM  15   DIRECTLY WITH KAPIL, ALTHOUGH SUREKHA," THAT'S

03:59PM  16   DR. GANGADKHEDKAR, "IS THE PI.

03:59PM  17       "PETER."

03:59PM  18       DO YOU SEE THAT?

03:59PM  19   A.  UH-HUH, YES.

03:59PM  20   Q.  AND IS THIS CONSISTENT WITH YOUR MEMORY THAT IT WAS

03:59PM  21   DR. BRYAN WHO WAS RESPONSIBLE FOR THE SCIENTIFIC REVIEW OF THIS

03:59PM  22   FINAL ASSAY VALIDATION REPORT?

04:00PM  23   A.  SO I DON'T KNOW IF HE WAS THE FINAL REVIEWER, BUT HE WOULD

04:00PM  24   HAVE BEEN A REVIEWER, YES, OF THIS REPORT.

04:00PM  25   Q.  SO WHEN YOU SEE HIM SAYING HERE "I HAVE COMPLETED THE

SUNG CROSS BY MR. CLINE                                                2359

04:00PM   1     SCIENTIFIC REVIEW," THAT'S NO SURPRISE TO YOU; RIGHT?

04:00PM   2     A.   NO.

04:00PM   3     Q.   AND THEN IF YOU FLIP OVER TO PAGE 1, MS. GAGLIARDO FROM

04:00PM   4     CELGENE IS SENDING AN EMAIL TO DR. GADKAR ASKING HIM TO SUBMIT

04:00PM   5     A REPORT THAT IS CONSISTENT WITH THE FDA ELECTRONIC SUBMISSION

04:00PM   6     GUIDELINES; RIGHT?

04:00PM   7     A.   RIGHT.

04:00PM   8     Q.   AND HE THINKS HE'S DONE SO, BUT HE'S NOT SURE; RIGHT?

04:00PM   9     A.   RIGHT.

04:00PM  10     Q.   OKAY.

04:00PM  11          YOUR HONOR, I PROBABLY HAVE GOT ANOTHER TEN MINUTES.

04:01PM  12              THE COURT:  LET ME CHECK WITH THE GOVERNMENT TO SEE

04:01PM  13     WHAT THEIR REDIRECT MIGHT BE.

04:01PM  14              MR. LEACH:  VERY MINIMAL AT THIS POINT, YOUR HONOR.

04:01PM  15              THE COURT:  IF I WERE TO ASK THIS JURY TO STAY UNTIL

04:01PM  16     4:30, WOULD WE BE FINISHED WITH THIS WITNESS?

04:01PM  17              MR. LEACH:  CERTAINLY, YOUR HONOR.

04:01PM  18              MR. CLINE:  ABSOLUTELY.

04:01PM  19              THE COURT:  LADIES AND GENTLEMEN, IF WE STAYED

04:01PM  20     ANOTHER 25 MINUTES, WOULD THAT OFFEND ANYONE?

04:01PM  21          I SEE NO HANDS.  THANK YOU.

04:01PM  22          CONTINUE, MR. CLINE.

04:01PM  23              MR. CLINE:  I WILL TALK QUICKLY.

04:01PM  24     Q.   ALL RIGHT.  LET'S GO TO 13902.

04:01PM  25          THIS IS AN EMAIL FROM DR. GADKAR TO YOU COPIED TO

SUNG CROSS BY MR. CLINE                                              2360

04:02PM  1    DR. YOUNG; RIGHT?

04:02PM  2    A.   YES.

04:02PM  3              MR. CLINE:  I OFFER 13902.

04:02PM  4              MR. LEACH:  NO OBJECTION.

04:02PM  5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

04:02PM  6         (DEFENDANT'S EXHIBIT 13902 WAS RECEIVED IN EVIDENCE.)

04:02PM  7    BY MR. CLINE:

04:02PM  8    Q.   DR. GADKAR IS SENDING YOU AN ASSAY VALIDATION REPORT FOR

04:02PM  9    IGF-1; RIGHT?

04:02PM  10   A.   YES.

04:02PM  11   Q.   AND IF YOU LOOK, THE REPORT IS ATTACHED?

04:02PM  12   A.   YES.

04:02PM  13   Q.   ALL RIGHT.  THE REPORTS THAT YOU'RE RECEIVING FROM

04:02PM  14   DR. GADKAR ARE THESE PD ASSAY VALIDATION REPORTS?

04:02PM  15   A.   YES.

04:02PM  16   Q.   AND WERE THERE OTHER ASSAY VALIDATION REPORTS GOING TO THE

04:02PM  17   PK SIDE TO YOUR KNOWLEDGE OTHER THAN THE ONES THAT WE HAVE

04:02PM  18   ALREADY SEEN?

04:02PM  19   A.   SO THERE WOULD HAVE BEEN ONE SINGLE VALIDATION REPORT FOR

04:02PM  20   THAT.  THERE'S JUST ONE PK ASSAY.

04:02PM  21   Q.   AND THAT'S THE ONE WE SAW?

04:02PM  22   A.   AND THAT'S THE ONE WE SAW.

04:02PM  23   Q.   ALL RIGHT.  VERY GOOD.

04:03PM  24        ALL RIGHT.  WE SPENT SOME TIME ON YOUR DIRECT GOING

04:03PM  25   THROUGH THE POWERPOINT THAT DR. CHEN PREPARED; IS THAT RIGHT?

SUNG CROSS BY MR. CLINE                                              2361

04:03PM   1     A.   YES.

04:03PM   2     Q.   AND THEN THERE'S ANOTHER POWERPOINT I GUESS THAT YOU

04:03PM   3     PREPARED; IS THAT RIGHT?

04:03PM   4     A.   YES.

04:03PM   5     Q.   AND DR. YOUNG WAS INVOLVED -- WAS THAT A PHONE CALL OR A

04:03PM   6     FACE-TO-FACE MEETING?  DO YOU REMEMBER?

04:03PM   7     A.   I DON'T THINK THERE WERE ANY MORE FACE TO FACE MEETINGS

04:03PM   8     AFTER THE INITIAL COUPLE THAT WE HAD IN THE 2009ISH, 2010

04:03PM   9     RANGE, YEAH.

04:03PM   10    Q.   ALL RIGHT.  AND SO THIS HAPPENED -- THE DISCUSSION OF

04:03PM   11    THOSE POWER POINTS WAS MARCH 5TH, 2012; CORRECT?

04:03PM   12    A.   CORRECT.

04:03PM   13    Q.   AND YOU THINK THAT HAPPENED BY PHONE?

04:03PM   14    A.   I THINK IT HAPPENED BY PHONE, YEP.

04:03PM   15    Q.   ALL RIGHT.  DO YOU REMEMBER DR. YOUNG BEING ON THAT PHONE

04:03PM   16    CALL?

04:03PM   17    A.   I DON'T REMEMBER EXACTLY WHO WAS ON THAT PHONE CALL, BUT I

04:03PM   18    ASSUME HE WAS BECAUSE HE HAD BEEN INVOLVED THE ENTIRE TIME.

04:03PM   19    Q.   OKAY.  SO LET'S GO TO EXHIBIT 3893, WHICH I THINK IS IN

04:04PM   20    EVIDENCE.  IT MAY NOT BE IN THAT BINDER.  IT WILL BE UP ON THE

04:04PM   21    SCREEN, THOUGH, BECAUSE IT'S IN EVIDENCE.

04:04PM   22         DO YOU SEE IT UP THERE?

04:04PM   23    A.   YES.

04:04PM   24    Q.   AND DO YOU REMEMBER YOU WERE ASKED SOME QUESTIONS ABOUT

04:04PM   25    THAT ON YOUR DIRECT EXAMINATION; RIGHT?

SUNG CROSS BY MR. CLINE

04:04PM   1     A.   YES.

04:04PM   2     Q.   I WANT TO GO TO THE THIRD PAGE OF THAT EXHIBIT AND

04:04PM   3     ACTUALLY STARTING ON THE VERY BOTTOM OF THE SECOND PAGE AND

04:04PM   4     GOING TO THE THIRD PAGE, DO YOU SEE THERE'S AN EMAIL FROM

04:05PM   5     DR. YOUNG TO YOU AND DR. CHEN, AND HE COPIED MS. HOLMES AND

04:05PM   6     MR. EDLIN.

04:05PM   7          DO YOU RECOGNIZE THAT AS AN EMAIL FROM YOUR CONSULTANT ON

04:05PM   8     ASSAYS?

04:05PM   9     A.   YES.

04:05PM  10     Q.   ALL RIGHT.  AND I DON'T WANT TO GO THROUGH THIS WHOLE

04:05PM  11     EMAIL, BUT IN ESSENCE WHAT DR. YOUNG IS DOING IS RESPONDING TO

04:05PM  12     THE CONCERNS THAT YOU HAD EXPRESSED ON BOTH THE PK SIDE AND THE

04:05PM  13     PD SIDE IN THAT MARCH 5TH CALL; IS THAT RIGHT?

04:05PM  14     A.   CORRECT.

04:05PM  15     Q.   AND HE GOES THROUGH IN SOME DETAIL AND DISCUSSES YOUR

04:05PM  16     CONCERNS; RIGHT?

04:05PM  17     A.   CORRECT.

04:05PM  18     Q.   AND HE PUSHES BACK TO SOME EXTENT ON THOSE CONCERNS;

04:05PM  19     RIGHT?

04:05PM  20     A.   UH-HUH, YES.

04:05PM  21     Q.   AND THEN IF YOU GO -- LET'S GO TO PAGE 2 AS WE GO SORT OF

04:05PM  22     BACKWARDS IN THIS EMAIL CHAIN.

04:05PM  23          IF YOU LOOK AT MARCH 23RD, 2012 EMAIL, THIS IS FROM YOU TO

04:05PM  24     DR. YOUNG AND DR. CHEN, COPIED TO MS. HOLMES AND MR. EDLIN.

04:05PM  25          DO YOU SEE THAT?

SUNG CROSS BY MR. CLINE

04:05PM  1    A.   YES.

04:05PM  2    Q.   AND YOU SAY, "DANIEL, THANK YOU VERY MUCH FOR YOUR EMAIL

04:06PM  3    AND FOLLOW-UP TO OUR DISCUSSION OF THE PK AND PD RESULTS; WE

04:06PM  4    APPRECIATE THE TIME THAT YOU HAVE TAKEN TO REVIEW THESE DATA

04:06PM  5    AND WILL LET YOU KNOW IF WE HAVE ANY FURTHER QUESTIONS AFTER

04:06PM  6    REVIEWING THAT DATA AGAIN."

04:06PM  7         CORRECT?

04:06PM  8    A.   CORRECT.

04:06PM  9    Q.   YOU DID NOT -- NEITHER YOU NOR DR. CHEN, TO YOUR

04:06PM  10   KNOWLEDGE, EVER GAVE A SUBSTANTIVE RESPONSE TO DR. YOUNG'S

04:06PM  11   RESPONSE TO YOUR CONCERNS; CORRECT?

04:06PM  12   A.   CORRECT.

04:06PM  13   Q.   THERE'S NO EMAIL THAT GOES POINT BY POINT TO HIS RESPONSE

04:06PM  14   AND SAYS YOU'RE RIGHT ABOUT THIS, YOU'RE WRONG ABOUT THAT;

04:06PM  15   RIGHT?

04:06PM  16   A.   I DON'T RECALL EVER REPLYING TO THAT EMAIL, BUT, AGAIN,

04:06PM  17   IT'S A LONG TIME AGO.

04:06PM  18   Q.   SURE.  AND YOU DON'T RECALL ANOTHER PHONE CALL WHERE YOU

04:06PM  19   JUST WENT THROUGH WITH DR. YOUNG AND POINT BY POINT DISCUSSED

04:06PM  20   HIS RESPONSE TO YOUR CONCERNS; RIGHT?

04:06PM  21   A.   NO.

04:07PM  22   Q.   YOU CAN PUT THAT BINDER ASIDE.

04:07PM  23        IF WE CAN GO TO 7753.

04:07PM  24        CLOSE IT UP AND PUT IT ASIDE.

04:07PM  25   A.   OKAY.

SUNG CROSS BY MR. CLINE                                                    2364

04:07PM  1    Q.   AND FIRST I'D LIKE TO GO TO THE PAGE -- THANK YOU VERY

04:07PM  2    MUCH.

04:07PM  3         I'D LIKE TO GO TO THE PAGE THAT HAS AT THE BOTTOM, IN THE

04:07PM  4    BOTTOM RIGHT HAND CORNER, THER-0905724.

04:07PM  5         YOUR HONOR, MAY I APPROACH THE WITNESS AND HAND HER A

04:07PM  6    PAPER COPY?

04:07PM  7              THE COURT:  YES.

04:07PM  8              MR. CLINE:  (HANDING.)

04:07PM  9    Q.   THIS MIGHT BE A LITTLE BIT EASIER FOR YOU IF YOU HAPPEN TO

04:08PM  10   NEED IT.  FEEL FREE TO EITHER USE THE SCREEN OR THE PAPER

04:08PM  11   DOCUMENT.

04:08PM  12   A.   THANK YOU.

04:08PM  13   Q.   NOW, DO YOU HAVE THAT PAGE?  FEEL FREE TO TAKE YOUR TIME

04:08PM  14   AND FIND IT IN THE DOCUMENT.

04:08PM  15   A.   YES.

04:08PM  16   Q.   DO YOU HAVE IT?

04:08PM  17   A.   YES, THE MASTER SERVICE PROVIDER AGREEMENT, YES.

04:08PM  18   Q.   AND THIS IS A CONTRACT BETWEEN CELGENE AND THERANOS;

04:08PM  19   CORRECT?

04:08PM  20   A.   CORRECT.

04:08PM  21   Q.   DATED JUNE 27TH, 2008?

04:08PM  22   A.   YES.

04:08PM  23   Q.   DID YOU EVER REVIEW THIS CONTRACT?

04:08PM  24   A.   NO.

04:08PM  25   Q.   DO YOU THINK BEFORE TODAY YOU HAVE EVER EVEN SEEN THIS

04:08PM   1    CONTRACT?

04:08PM   2    A.   I MAY HAVE SEEN IT, BUT NOT -- I WAS NOT PART OF THE

04:08PM   3    REVIEW AND I WASN'T AWARE OF THIS UNTIL AFTER IT WAS EXECUTED.

04:08PM   4    Q.   OKAY.  SO LET'S NOW MOVE FORWARD TO THE PAGE MARKED

04:08PM   5    THER-0905771, AND IT'S TOWARDS THE END OF THE PAGES THAT I'VE

04:09PM   6    GIVEN YOU.

04:09PM   7    A.   OKAY.

04:09PM   8    Q.   ARE YOU THERE?

04:09PM   9    A.   YES.

04:09PM   10   Q.   AND THIS IS A STATEMENT OF WORK?

04:09PM   11   A.   YES.

04:09PM   12   Q.   AND YOU'RE FAMILIAR WITH STATEMENTS OF WORK FROM YOUR TIME

04:09PM   13   AT CELGENE; RIGHT?

04:09PM   14   A.   CORRECT.

04:09PM   15   Q.   ESSENTIALLY IT DESCRIBES A PARTICULAR SET OF TASKS THAT

04:09PM   16   ARE GOING TO BE PERFORMED BY ONE COMPANY AND IN CONJUNCTION

04:09PM   17   WITH ANOTHER COMPANY; CORRECT?

04:09PM   18   A.   CORRECT.

04:09PM   19   Q.   AND THIS IS THE STATEMENT OF WORK FOR THE ACE-011 PROJECT

04:09PM   20   THAT WE'VE BEEN TALKING ABOUT; RIGHT?

04:09PM   21   A.   YES.

04:09PM   22   Q.   AND YOU WERE FAMILIAR WITH THIS AT THE TIME; RIGHT?

04:09PM   23   A.   WITH THE PROJECT, YES.

04:09PM   24   Q.   I'M SORRY?

04:09PM   25   A.   WITH THE PROJECT, YES.

SUNG CROSS BY MR. CLINE                                          2366

04:09PM   1    Q.   OKAY.  BUT YOU WERE FAMILIAR WITH THE PROJECT.

04:09PM   2         YOU ALSO SAW THIS STATEMENT OF WORK AT THE TIME THAT YOU

04:09PM   3    WERE WORKING ON THE PROJECT WITH THERANOS; RIGHT?

04:09PM   4    A.   SO THIS STATEMENT OF WORK WAS PUT INTO PLACE, I BELIEVE,

04:09PM   5    AFTER WE GOT INVOLVED AND WERE STARTING TO THINK ABOUT HOW WE

04:10PM   6    WERE GOING TO COLLABORATE WITH THERANOS.

04:10PM   7    Q.   SURE.  MY QUESTION, AND YOU MAY NOT HAVE A CLEAR

04:10PM   8    RECOLLECTION OF THIS, BUT AT THE TIME THAT YOU WERE WORKING

04:10PM   9    WITH THERANOS, SO STARTING IN 2009, WERE YOU FAMILIAR WITH THIS

04:10PM  10    STATEMENT OF WORK?

04:10PM  11    A.   SO THIS IS NOT IN MY SORT OF REALM AND I DIDN'T REALLY

04:10PM  12    TAKE CARE OF THESE THINGS FROM -- YOU KNOW, AS A SCIENTIST THEY

04:10PM  13    CAME TO ME AND I WOULD BE CONSULTED SOMETIMES AND SAY, YOU

04:10PM  14    KNOW, ARE THESE OBJECTIVES -- YOU KNOW, LOOK AT THIS LITTLE

04:10PM  15    SECTION.  DO THESE OBJECTIVES MATCH WITH WHAT YOU WOULD SAY, DO

04:10PM  16    YOU AGREE WITH THEM?

04:10PM  17         THAT'S PRETTY MUCH THE EXTENT OF MY INVOLVEMENT IN

04:10PM  18    THESE -- IN THE PAPERWORK, YEAH.

04:10PM  19    Q.   ALL RIGHT.  LET'S GO TO THE LAST PAGE OF THIS DOCUMENT.

04:10PM  20    IT'S -- THE BATES NUMBER IS 905774.

04:10PM  21         DO YOU SEE THAT?

04:10PM  22    A.   YES.

04:10PM  23    Q.   AND THIS IS THE SIGNATURE PAGE FOR THE STATEMENT OF WORK;

04:10PM  24    RIGHT?

04:10PM  25    A.   YES.

SUNG CROSS BY MR. CLINE                                                    2367

04:10PM   1     Q.   AND YOU SEE MS. HOLMES'S SIGNATURE, 18 NOVEMBER 2009;

04:11PM   2     RIGHT?

04:11PM   3     A.   YES.

04:11PM   4     Q.   AND THEN THERE'S A RICK MORRISSEY WHO IS SIGNING IT FOR

04:11PM   5     CELGENE; RIGHT?

04:11PM   6     A.   YES.

04:11PM   7     Q.   AND WHO IS MR. MORRISSEY?

04:11PM   8     A.   I BELIEVE MR. MORRISSEY AT THE TIME HEADED UP THE LARGER

04:11PM   9     GROUP THAT THE PK GROUP REPORTED IN THROUGH.  SO

04:11PM   10    DRS. PETER BRYAN AND NIANHANG CHEN WOULD HAVE REPORTED THROUGH

04:11PM   11    RICK.

04:11PM   12         AND THIS IS -- I THINK, THE SOW WAS FOR THE PK ASSAY

04:11PM   13    POTENTIALLY, NOT FOR THE PD ASSAYS THAT I WAS INVOLVED IN, JUST

04:11PM   14    TO MAKE THAT CONTRAST.

04:11PM   15    Q.   OKAY.  AND IF YOU LOOK AT -- GOING BACK TO THE FIRST PAGE

04:11PM   16    OF THE STATEMENT OF WORK, 905771, DOWN AT THE BOTTOM THERE'S A

04:11PM   17    HEADING PROJECT PARAMETERS.

04:11PM   18         DO YOU SEE THAT?

04:11PM   19    A.   YES.

04:12PM   20    Q.   AND ESSENTIALLY IT DESCRIBES WHAT THERANOS IS SUPPOSED TO

04:12PM   21    DO UNDER THE STATEMENT OF WORK; RIGHT?

04:12PM   22    A.   CORRECT.

04:12PM   23    Q.   AND DOES THAT ALIGN WITH THE, AT LEAST THE PK PART OF THE

04:12PM   24    ACE-011 PROJECT THAT WE'VE BEEN TALKING ABOUT?

04:12PM   25    A.   IT DOES.

SUNG CROSS BY MR. CLINE                                              2368

04:12PM   1    Q.   AND THEN IF YOU GO -- TURN OVER TO PAGE 2 NOW OF THIS

04:12PM   2    STATEMENT OF WORK, 905772.

04:12PM   3         AND ABOUT A LITTLE BELOW THE MIDLINE YOU SEE A HEADING

04:12PM   4    PROGRAM COST AND PAYMENT SCHEDULE.

04:12PM   5         DO YOU SEE THAT?

04:12PM   6    A.   YES.

04:12PM   7    Q.   AND IT LOOKS LIKE THERANOS IS GOING TO GET PAID $500,000

04:12PM   8    FOR REALTIME PK ASSAY.

04:12PM   9         DO YOU SEE THAT?

04:12PM  10    A.   YES.

04:12PM  11    Q.   AND A LITTLE BIT BELOW THAT YOU SEE THERE'S SUCCESS

04:12PM  12    MILESTONES.

04:12PM  13         DO YOU SEE THAT?

04:12PM  14    A.   YES.

04:12PM  15    Q.   AND ESSENTIALLY THIS IS HOW THE 500,000 IS GOING TO GET

04:13PM  16    PAID; RIGHT?

04:13PM  17    A.   YES.

04:13PM  18    Q.   AND THIS IS A CUSTOMER WAY OF PAYING THINGS; CORRECT?

04:13PM  19    A.   YES.

04:13PM  20    Q.   YOU ACHIEVE A -- SORRY ABOUT THAT.

04:13PM  21         IF YOU ACHIEVE A SUCCESS MILESTONE, YOU GET PAID; AND IF

04:13PM  22    YOU DON'T ACHIEVE IT, YOU DON'T GET PAID; RIGHT?

04:13PM  23    A.   THAT'S CORRECT.

04:13PM  24    Q.   ALL RIGHT.  AND SO THE FIRST OF THESE SUCCESS MILESTONES

04:13PM  25    IS STATEMENT OF WORK EXECUTION; RIGHT?

SUNG CROSS BY MR. CLINE                                              2369

04:13PM   1     A.   YES.

04:13PM   2     Q.   AND THAT'S BASICALLY SIGNING THIS DOCUMENT WE'RE LOOKING

04:13PM   3     AT RIGHT NOW; RIGHT?

04:13PM   4     A.   CORRECT.

04:13PM   5     Q.   AND THAT'S A PAYMENT OF $250,000?

04:13PM   6     A.   CORRECT.

04:13PM   7     Q.   AND THEN THE NEXT SUCCESS MILESTONE IS PK ASSAY VALIDATION

04:13PM   8     COMPLETION; RIGHT?

04:13PM   9     A.   RIGHT.

04:13PM   10    Q.   AND THE PAYMENT FOR THAT SUCCESS MILESTONE, ACHIEVING THAT

04:13PM   11    SUCCESS MILESTONE IS $200,000; RIGHT?

04:13PM   12    A.   CORRECT.

04:13PM   13    Q.   AND THEN THE FINAL SUCCESS MILESTONE IS ACCEPTANCE OF

04:13PM   14    FINAL STUDY REPORT FOR PK ASSAY DEVELOPMENT; RIGHT?

04:13PM   15    A.   CORRECT.

04:13PM   16    Q.   AND THE PAYMENT FOR ACHIEVING THAT SUCCESS MILESTONE IS

04:14PM   17    $50,000; RIGHT?

04:14PM   18    A.   RIGHT.

04:14PM   19    Q.   AND THAT FINAL STUDY REPORT FOR PK ASSAY DEVELOPMENT IS

04:14PM   20    THE REPORT THAT WE LOOKED AT EARLIER, RIGHT, THAT DR. BRYAN WAS

04:14PM   21    SCIENTIFICALLY --

04:14PM   22    A.   WAS REVIEWING, YES.

04:14PM   23    Q.   AND, IN FACT, ALL OF THESE SUCCESS MILESTONES WERE

04:14PM   24    ACHIEVED AND ALL OF THESE PAYMENTS WERE MADE; CORRECT?

04:14PM   25    A.   OH, I DON'T KNOW IF THEY WERE MADE.

SUNG CROSS BY MR. CLINE                                                    2370

04:14PM   1      Q.   YOU DON'T KNOW IF THE PAYMENTS WERE MADE?

04:14PM   2      A.   YEAH, I DON'T KNOW.  I ASSUME THEY WERE MADE IF THEY WERE

04:14PM   3      ACCEPTED.

04:14PM   4      Q.   ALL RIGHT.  WHO WITHIN CELGENE WAS RESPONSIBLE FOR

04:14PM   5      DETERMINING IF THERANOS HAD ACHIEVED THE SUCCESS MILESTONES AND

04:14PM   6      SO DESERVED TO BE PAID?

04:14PM   7      A.   SO IT WOULD START WITH THE SCIENTISTS.  SO PETER BRYAN AND

04:14PM   8      NIANHANG CHEN, AND RICK MORRISSEY OVERSEEING THEM WOULD MAKE

04:14PM   9      THAT CALL.

04:14PM  10      Q.   AND IF THEY DETERMINED THAT THE SUCCESS MILESTONE HAD BEEN

04:14PM  11      ACHIEVED, THEN THE FINANCE PEOPLE --

04:14PM  12      A.   THEN THE FINANCE PEOPLE WOULD PAY.

04:15PM  13      Q.   WOULD PAY THE MONEY?

04:15PM  14      A.   CORRECT.

04:15PM  15      Q.   AND SO IF THE MONEY WAS PAID, IT'S FAIR TO CONCLUDE THAT

04:15PM  16      THE SCIENTISTS HAD DECIDED THAT THE SUCCESS MILESTONE HAD BEEN

04:15PM  17      ACHIEVED; RIGHT?

04:15PM  18      A.   THAT'S CORRECT.

04:15PM  19      Q.   ALL RIGHT.

04:15PM  20           THAT'S ALL OF MY QUESTIONS.  THANK YOU.

04:15PM  21               MR. LEACH:  NO REDIRECT, YOUR HONOR.  THANK YOU.

04:15PM  22               THE COURT:  MAY THIS WITNESS BE EXCUSED?

04:15PM  23               MR. CLINE:  YES.

04:15PM  24               MR. LEACH:  YES, YOUR HONOR.

04:15PM  25               THE COURT:  YOU'RE EXCUSED.  THANK YOU FOR COMING

2371

04:15PM  1    IN, DOCTOR.

04:15PM  2         WE'LL TAKE OUR BREAK NOW.  WE'LL BE BACK IN SESSION FRIDAY

04:15PM  3    MORNING, FRIDAY MORNING, LADIES AND GENTLEMEN.

04:15PM  4         AS I INDICATED, COUNSEL, I'D LIKE TO BREAK AT 1:00 P.M. ON

04:16PM  5    FRIDAY IF THAT'S CONDUCIVE TO YOUR SCHEDULES.

04:16PM  6         LADIES AND GENTLEMEN, WE'LL BREAK FRIDAY AT 1:00 P.M.

04:16PM  7         BEFORE I RELEASE YOU, AGAIN LET ME REMIND YOU, IT'S

04:16PM  8    IMPORTANT THAT YOU PLEASE AVOID AS BEST YOU CAN AND PLEASE DO

04:16PM  9    NOT DO ANY INVESTIGATION, ANY RESEARCH, DO NOT LISTEN TO ANY

04:16PM  10   REPORTS ABOUT ANYTHING TO DO ABOUT THIS CASE OR DO ANY RESEARCH

04:16PM  11   ABOUT ANYTHING WITH THIS CASE OR ANYONE INVOLVED IN IT.

04:16PM  12        I'LL ASK YOU TOMORROW -- OR EXCUSE ME -- FRIDAY MORNING

04:16PM  13   WHETHER OR NOT THAT HAS OCCURRED INADVERTENTLY OR IN ANY OTHER

04:16PM  14   MANNER.

04:16PM  15        SO HAVE A GOOD EVENING.  WE'LL SEE YOU FRIDAY MORNING.

04:16PM  16   THANK YOU.  WE'LL START AT 9:00 A.M.  WE'LL START AT 9:00.

04:17PM  17        (JURY OUT AT 4:17 P.M.)

04:17PM  18          THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

04:17PM  19   YOU.

04:17PM  20        THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

04:17PM  21   DAY.  ALL COUNSEL AND MS. HOLMES ARE PRESENT.

04:17PM  22        ANYTHING FURTHER BEFORE WE BREAK?

04:17PM  23          MR. BOSTIC:  VERY BRIEFLY, YOUR HONOR.  TWO ISSUES

04:17PM  24   THAT THE GOVERNMENT WANTED TO FLAG FOR THE COURT BOTH STEMMING

04:17PM  25   FROM THE ONGOING CROSS-EXAMINATION OF DR. ROSENDORFF.

04:17PM 1   FIRST, YESTERDAY THE DEFENSE ASKED DR. ROSENDORFF SOME

04:17PM 2   QUESTIONS ABOUT THE THERANOS LABORATORY INFORMATION SYSTEM.

04:17PM 3   THOSE QUESTIONS INVOLVED NOT ONLY THE CONTENT OF THAT

04:17PM 4   DATABASE BUT ALSO DELVED INTO WHAT DR. ROSENDORFF WAS SHOWN AND

04:17PM 5   SPECIFICALLY THE GOVERNMENT'S DECISION OR THE DEFENSE MIGHT

04:18PM 6   CHARACTERIZE IT AS FAILURE TO SHOW DR. ROSENDORFF ANY EVIDENCE

04:18PM 7   FROM THAT LABORATORY INFORMATION SYSTEM.

04:18PM 8   AS THE COURT KNOWS, THE LIS WAS THE SUBJECT OF PRETRIAL

04:18PM 9   LITIGATION.  IN THE COURT'S MOTION IN LIMINE ORDER, THE COURT

04:18PM 10  BARRED THE GOVERNMENT FROM INTRODUCING EVIDENCE THAT, IN FACT,

04:18PM 11  THERANOS WAS RESPONSIBLE FOR THE DESTRUCTION OF THE LABORATORY

04:18PM 12  INFORMATION SYSTEM.  THAT ORDER, THOUGH, CONTEMPLATED THE

04:18PM 13  POSSIBILITY THAT THE DEFENSE MIGHT OPEN THE DOOR TO THAT

04:18PM 14  EVIDENCE BASED ON THE EVIDENCE AND QUESTIONS AT TRIAL.

04:18PM 15  IT'S THE GOVERNMENT'S POSITION THAT YESTERDAY THE DEFENSE

04:18PM 16  OPENED THE DOOR AND THAT THE GOVERNMENT SHOULD HAVE THE

04:18PM 17  OPPORTUNITY AT THIS POINT TO ANSWER THAT CHALLENGE AND EXPLAIN

04:18PM 18  TO THE JURY EXACTLY WHAT HAPPENED THROUGH INTRODUCING THAT

04:18PM 19  EVIDENCE.

04:18PM 20  WE'RE NOT ASKING THE COURT FOR A RULING AT THIS TIME.  BUT

04:18PM 21  I WANTED TO PUT THE COURT AND THE DEFENSE ON NOTICE THAT WE MAY

04:18PM 22  ASK FOR THE COURT'S GUIDANCE ON THAT IN THE FUTURE.

04:18PM 23  THE COURT:  ALL RIGHT.  THANK YOU.

04:19PM 24  AND THIS WOULD NOT BE INQUIRED FROM DR. ROSENDORFF.  THIS

04:19PM 25  WOULD BE FROM OTHER EVIDENCE OR WITNESSES THAT YOU WOULD INTEND

| 04:19PM | 1 | TO CALL? |
|---|---|---|

04:19PM 2        MR. BOSTIC:  THAT'S CORRECT, YOUR HONOR.

04:19PM 3        THE COURT:  I SEE.

04:19PM 4    ANY COMMENT, MR. WADE?

04:19PM 5        MR. WADE:  I THINK I MADE A PERTINENT INQUIRY OF THE

04:19PM 6    WITNESS BASED ON THE WITNESS'S TESTIMONY THAT LIS WAS

04:19PM 7    INFORMATION THAT HE ACCESSED ROUTINELY IN CONNECTION WITH

04:19PM 8    INVESTIGATING MATTERS THAT COME UP, AND I ASKED WHETHER HE WAS

04:19PM 9    SHOWN ANY OF THAT INFORMATION IN CONNECTION WITH NUMEROUS

04:19PM 10   INCIDENTS, SPECIFIC INCIDENTS THAT HE WAS ASKED ABOUT ON DIRECT

04:19PM 11   EXAMINATION.

04:19PM 12    HIS ANSWER WAS NO.  I DON'T THINK THAT OPENS THE DOOR.  I

04:19PM 13   DON'T THINK THAT GIVES THE GOVERNMENT TO SAY WHY, TO EXPLAIN

04:19PM 14   WHY IT DIDN'T GATHER THAT EVIDENCE IN A TIMELY WAY.

04:19PM 15        THE COURT:  I THINK WHAT WE'LL ALL DO IS LET'S LOOK

04:19PM 16   AT THE TRANSCRIPT --

04:19PM 17        MR. WADE:  SURE.

04:19PM 18        THE COURT:  -- AND READ WHAT THE TRANSCRIPT SAYS.

04:20PM 19    I DO RECALL A LINE OF QUESTIONING WHERE YOU LAID A

04:20PM 20   FOUNDATION TO THE LIS AND YOU -- I THINK THE WITNESS TESTIFIED

04:20PM 21   IN RESPONSE TO YOUR QUESTIONS ABOUT WHAT INFORMATION WAS PUT

04:20PM 22   THERE, WHY, AND HOW IT WAS RETRIEVED.  I RECALL A COLLOQUY

04:20PM 23   ABOUT THAT.

04:20PM 24        MR. WADE:  RIGHT.

04:20PM 25        THE COURT:  BUT LET'S LOOK AT THE TRANSCRIPT.  THANK

04:20PM  1    YOU FOR THE HEADS UP AND WE'LL, WE'LL -- WE'RE NOT GOING TO

04:20PM  2    DISCUSS IT THIS AFTERNOON, BUT I THINK WE'LL DO A LITTLE BIT OF

04:20PM  3    INDEPENDENT RESEARCH AND WE'LL TOUCH ON THIS AGAIN.

04:20PM  4         I DON'T KNOW WHEN YOU, MR. BOSTIC, HAD THOUGHTS ABOUT

04:20PM  5    ENGAGING THAT.

04:20PM  6              MR. BOSTIC:  I'M NOT SURE EITHER, YOUR HONOR.  IT'S

04:20PM  7    SOMETHING THAT WE NEED TO THINK SOME MORE ABOUT HOW IT WILL FIT

04:20PM  8    INTO THE REST OF THE TRIAL PRESENTATION.

04:20PM  9              THE COURT:  SURE.

04:20PM  10             MR. BOSTIC:  BUT I WANTED TO RAISE IT IN THE

04:20PM  11   INTEREST OF HAVING THE COURT AND THE PARTIES THINK ABOUT IT.

04:20PM  12             THE COURT:  GREAT.

04:20PM  13             MR. WADE:  WE APPRECIATE THE DISCLOSURE, YOUR HONOR,

04:20PM  14   BECAUSE I THINK IT MIGHT INVOLVE ANOTHER SIX OR EIGHT

04:20PM  15   WITNESSES.  SO I THINK IT WOULD BE GOOD TO, YOU KNOW, TO

04:20PM  16   CONSIDER IT WITH THE TRANSCRIPT AND TO GET SOME ASSESSMENT AS

04:21PM  17   TO WHETHER THAT'S A LIVE ISSUE.

04:21PM  18             THE COURT:  OKAY.  GREAT.

04:21PM  19        ANYTHING ELSE THEN?

04:21PM  20             MR. BOSTIC:  YES, YOUR HONOR.  JUST ONE MORE ISSUE.

04:21PM  21        THE DEFENSE HAS INFORMED US THAT THE CROSS-EXAMINATION OF

04:21PM  22   DR. ROSENDORFF IS LIKELY TO OCCUPY THE ENTIRE DAY OF TOMORROW.

04:21PM  23        WE HAVE NOTICED THAT BASED ON THE LENGTH OF THE

04:21PM  24   EXAMINATION AND THE SUBSTANCE THAT IT'S FREQUENTLY GONE INTO

04:21PM  25   AREAS THAT ARE BEYOND THE SCOPE OF THE DIRECT.

| | | |
|---|---|---|
| 04:21PM | 1 | WE HAVEN'T OBJECTED, BUT OUR VIEW IS THAT WE ARE NOW |
| 04:21PM | 2 | LOOKING AT EVIDENCE THAT IS PART OF THE DEFENSE'S |
| 04:21PM | 3 | CASE-IN-CHIEF. |
| 04:21PM | 4 | I'M NOT SURE OF THE DEFENSE'S POSITION ON THAT, BUT IF THE |
| 04:21PM | 5 | COURT AGREES, IT MIGHT HAVE IMPLICATIONS FOR JURY INSTRUCTIONS |
| 04:21PM | 6 | AND THE LIKE. |
| 04:21PM | 7 | MR. WADE:  THE GOVERNMENT OFFERED A BROAD INDICTMENT |
| 04:21PM | 8 | OF THE LABORATORY PRACTICES AT THERANOS AND ESSENTIALLY PUT THE |
| 04:21PM | 9 | RESPONSIBILITY FOR THAT AT THE FEET OF MY CLIENT AND OTHERS. |
| 04:21PM | 10 | I THINK IT'S VERY APPROPRIATE.  AND IT HAS PUT AT ISSUE |
| 04:21PM | 11 | THE ACCURACY AND RELIABILITY OF THE TESTS WHICH THEY ASKED THIS |
| 04:22PM | 12 | WITNESS TO OPINE ON ON NUMEROUS OCCASIONS. |
| 04:22PM | 13 | I'VE BEEN EXPLORING THOSE ISSUES WHICH WERE RAISED ON |
| 04:22PM | 14 | DIRECT.  I UNDERSTAND THAT IT'S A LENGTHY EXAMINATION AND WILL |
| 04:22PM | 15 | CONTINUE TO BE A LENGTHY EXAMINATION, AND THAT'S IN PART |
| 04:22PM | 16 | BECAUSE OF THE LIMITED AND SELECTIVE NATURE BY WHICH THE |
| 04:22PM | 17 | GOVERNMENT CONDUCTED ITS EXAMINATION. |
| 04:22PM | 18 | IT REQUIRES A FAIR AMOUNT OF UNPACKING SO THAT THE JURY |
| 04:22PM | 19 | HAS THE APPROPRIATE CONTEXT TO UNDERSTAND THE INFORMATION THAT |
| 04:22PM | 20 | IS IN FRONT OF IT. |
| 04:22PM | 21 | AND WITHOUT THAT -- |
| 04:22PM | 22 | THE COURT:  DOES UNPACKING MEAN BEYOND THE SCOPE OF |
| 04:22PM | 23 | DIRECT? |
| 04:22PM | 24 | MR. WADE:  NO.  BECAUSE THE WITNESS WHO IS LEGALLY |
| 04:22PM | 25 | RESPONSIBLE FOR THE LAB CAN'T GET UP AND SAY, FOR EXAMPLE, THAT |

04:22PM 1    THE QUALITY CONTROL RESULTS ARE CONCERNING AND DEEPLY TROUBLING

04:22PM 2    TO HIM WITHOUT UNDERSTANDING THE CONTACT.

04:22PM 3        IT'S APPROPRIATE CROSS-EXAMINATION TO UNDERSTAND THE

04:22PM 4    CONTEXT IN WHICH HE'S MAKING THOSE STATEMENTS SO THAT THE JURY

04:23PM 5    IS NOT MISLED BY THE EXAMINATION OF THE GOVERNMENT.

04:23PM 6        THAT'S WHAT I'M DOING ON CROSS-EXAMINATION.

04:23PM 7            THE COURT:  THERE ARE TIMES WHEN THE WITNESS HAS

04:23PM 8    TRIED TO OFFER HIS ADDITIONAL THOUGHTS TO CLARIFY AN ANSWER,

04:23PM 9    AND I KNOW YOU'VE ASKED THE COURT TO STRIKE CERTAIN THINGS AND

04:23PM 10   I HAVE.

04:23PM 11       BUT IT MAY BE THAT -- AND I DON'T KNOW WHAT THE

04:23PM 12   GOVERNMENT'S POSITION IS.  THEY MIGHT, IF THEY DECIDE TO

04:23PM 13   REDIRECT, THEY MIGHT GO INTO THAT ISSUE.

04:23PM 14       IT'S, IT'S -- SOMETIMES A JUDGE IS PUT IN A POSITION WHERE

04:23PM 15   SHE HAS TO LOOK AND SAY, WELL, THE WITNESS WANTS TO EXPLAIN HER

04:23PM 16   ANSWER AND THE ATTORNEY ASKS A QUESTION, AND IT SEEMS LIKE IT'S

04:23PM 17   ONLY FAIR TO ALLOW A WITNESS TO EXPLAIN THE ANSWER, AS YOU SAY,

04:23PM 18   TO ALLOW THE JURY TO GET THE FULL CONTEXT OF THINGS.

04:23PM 19       THIS IS SOME THAT IT'S A CHALLENGE FOR THE JUDGES TO TRY

04:23PM 20   TO DECIDE, WELL, IS THAT REALLY AN EXPLANATION OR IS THAT

04:24PM 21   SOMETHING ELSE?

04:24PM 22       SO -- AND I DON'T KNOW, I'M NOT BEING -- I'M NOT MAKING

04:24PM 23   ANY OBSERVATION ABOUT YOUR EXAMINATION AT ALL, BUT SOMETIMES A

04:24PM 24   WITNESS FEELS COMPELLED AND SAYS I SHOULD HAVE SAID THIS, I

04:24PM 25   SHOULD HAVE SAID THIS OR THIS IS SOMETHING THAT I MEAN TO

04:24PM 1    ANSWER SUCH THAT YOU CAN BETTER UNDERSTAND THE CONTEXT OF MY

04:24PM 2    RESPONSE.

04:24PM 3            MR. WADE:  I CERTAINLY UNDERSTAND THAT AND THAT

04:24PM 4    UNDOUBTEDLY GOES OR RELATES DIRECTLY TO THE LENGTH OF THE

04:24PM 5    CROSS-EXAMINATION TO THE EXTENT SOME OF THOSE ANSWERS ARE

04:24PM 6    OFFERED.

04:24PM 7        THERE ARE TIMES WHERE I HAVE CONSIDERED IT TO BE SOMEWHAT

04:24PM 8    RELATED AND I'VE LET IT GO.

04:24PM 9        THERE ARE TIMES WHERE I CONSIDER IT TO BE EFFECTIVELY THE

04:24PM 10   WITNESS'S DEFENSIVE IS CONDUCT OR THE EXPLANATION OF THE ITEM

04:24PM 11   THAT IS PUT IN FRONT OF HIM THAT IS NOT THE ITEM PUT IN FRONT

04:24PM 12   OF HIM, WHICH REALLY ISN'T DIRECTLY RELATED.

04:24PM 13       AND IF THE GOVERNMENT WANTS TO GO BACK INTO THAT AND HAVE

04:24PM 14   THE WITNESS PROVIDE MORE CONTEXT, OF COURSE THEY'RE WELCOME TO

04:25PM 15   DO THAT ON REDIRECT, AND I'LL REPRESENT THAT I WON'T MAKE A

04:25PM 16   SCOPE OBJECTION WITH RESPECT TO THAT.

04:25PM 17           THE COURT:  SURE.

04:25PM 18           MR. WADE:  AND WE'LL LET THE GOVERNMENT DO WHAT IT

04:25PM 19   NEEDS TO DO TO PRESENT ITS CASE.

04:25PM 20           THE COURT:  I POINT THAT OUT.  I THINK WE ALL

04:25PM 21   UNDERSTAND THE CHALLENGES OF THAT.

04:25PM 22       BUT I THINK THAT -- I RECALL THIS AFTERNOON THE WITNESS

04:25PM 23   STARTED TO SAY SOMETHING AND THEN HE SAID, WELL, NEVER MIND, HE

04:25PM 24   THREW HIS HANDS UP.  I THINK HE'S HEARD THE COURT SAY STRIKE

04:25PM 25   FOR NONRESPONSIVE AND PERHAPS HE'S UNDERSTANDING THAT CONCEPT.

| | | |
|---|---|---|
| 04:25PM | 1 | MR. WADE:  MAYBE WE'RE GETTING THERE, YOUR HONOR. |
| 04:25PM | 2 | AND AGAIN, IT'S A BALANCE. |
| 04:25PM | 3 | THE COURT:  IT IS.  IT IS. |
| 04:25PM | 4 | MR. WADE:  I WOULD NOTE THAT -- AND I'M NOT |
| 04:25PM | 5 | SURPRISED BY THIS.  THERE'S NO IN ANY WAY NEGATIVE JUDGMENT. |
| 04:25PM | 6 | OF COURSE, MR. BOSTIC THOUGHT WE WERE GOING TO HAVE A TWO AND A |
| 04:25PM | 7 | HALF HOUR DIRECT EXAMINATION.  I THINK WE WERE ALL OF ONE DAY |
| 04:25PM | 8 | AND ALMOST HALF OF THE NEXT DAY.  I'M NOT -- I DON'T THINK I'M |
| 04:25PM | 9 | YET PAST THAT AND YET WE'VE HAD SOME -- WE'VE LIMITED THE |
| 04:26PM | 10 | EXAMINATION TODAY AND WE STOPPED AT 2:00 O'CLOCK AND SO -- |
| 04:26PM | 11 | THE COURT:  AND SO CAN I ASK YOU "THE MR. BOSTIC |
| 04:26PM | 12 | QUESTION" ARE YOU CLOSER TO THE BEGINNING OR CLOSER TO THE END? |
| 04:26PM | 13 | MR. WADE:  I WOULD SUGGEST I'M AT LEAST AT HALFTIME, |
| 04:26PM | 14 | YOUR HONOR. |
| 04:26PM | 15 | YOU KNOW, SOMETIMES THE SECOND HALF IS THE MORE EXCITING |
| 04:26PM | 16 | HALF. |
| 04:26PM | 17 | (LAUGHTER.) |
| 04:26PM | 18 | MR. WADE:  SO WE'RE GOING TO KEEP GOING. |
| 04:26PM | 19 | I'LL HAVE A BETTER ESTIMATE.  AS I TOLD MR. BOSTIC, WE |
| 04:26PM | 20 | HAVE DISCUSSED MEETING AND CONFERRING WITH RESPECT TO THIS |
| 04:26PM | 21 | TOMORROW AND WITH RESPECT TO SOME OF THE RELATED ISSUES. |
| 04:26PM | 22 | THE COURT:  WELL, WE DON'T HAVE A GAME CLOCK ON, DO |
| 04:26PM | 23 | WE? |
| 04:26PM | 24 | MR. WADE:  WELL, THERE'S ALWAYS A GAME CLOCK BECAUSE |
| 04:26PM | 25 | WE RESPECT THE COURT'S TIME AND WE KNOW -- |

04:26PM   1            THE COURT:  WELL, I SAY THAT AND I'M SUGGESTING THAT

04:26PM   2    THERE IS NO TIME LIMIT IN A CRIMINAL CASE.  YOU KNOW THAT.  AND

04:26PM   3    THE COURT IS NOT IN ANY WAY GOING TO SUGGEST THAT YOU HAVE TIME

04:26PM   4    LIMITS ON THE PREPARATION.  I'M NOT GOING TO INVOLVE IT AT ALL,

04:27PM   5    IMPEDE YOUR CLIENT'S SIXTH AMENDMENT RIGHT TO A FAIR TRIAL AND

04:27PM   6    TO PUT ON THE DEFENSE THAT SHE FEELS IS APPROPRIATE.  I'M NOT

04:27PM   7    SUGGESTING THAT AT ALL.

04:27PM   8            MR. WADE:  YOU NEVER HAVE, YOUR HONOR.

04:27PM   9            THE COURT:  BUT I DO WANT TO -- I'M MINDFUL OF OUR

04:27PM   10   TIME ESTIMATE AND TRYING TO MANAGE THAT AS BEST WE CAN.

04:27PM   11       THIS JURY HAS BEEN VERY GOOD ABOUT ME EXTENDING, TO

04:27PM   12   CONTINUE WITH THE SPORTS DISCUSSION, EXTENDING THE GOAL LINES

04:27PM   13   ON OUR TIME.  SO THEY'VE BEEN VERY GOOD ABOUT THAT.  AND WE'LL

04:27PM   14   PROBABLY HAVE TO CONTINUE TO DO THAT.

04:27PM   15           MR. BOSTIC:  YOUR HONOR, JUST TWO BRIEF POINTS IN

04:27PM   16   RESPONSE.

04:27PM   17       FIRST OF ALL, SO I DID TELL DEFENSE COUNSEL THAT I

04:27PM   18   ESTIMATED MY DIRECT WAS GOING TO BE 2.5 HOURS-PLUS.  THE PLUS

04:27PM   19   ENDED UP DOING A LOT OF WORK IN THAT.

04:27PM   20       (LAUGHTER.)

04:27PM   21           MR. BOSTIC:  BUT JUST FOR THE RECORD, I'M ACTUALLY

04:27PM   22   NOT QUITE THAT BAD AS ESTIMATING.

04:27PM   23       MORE IMPORTANTLY, ON THE SCOPE OF THE CROSS, THERE'S NO

04:27PM   24   DOUBT THAT THE ACCURACY OF THERANOS'S TESTS ARE AT ISSUE IN

04:27PM   25   THIS CASE.  I'M NOT TRYING TO PREVENT THE DEFENSE FROM

2380

04:28PM 1    ANSWERING THOSE POINTS.

04:28PM 2         BUT THAT DOESN'T SWALLOW THE RULE ABOUT THE SCOPE OF

04:28PM 3    DIRECT AND THE CORRELATION TO THE SCOPE OF CROSS.

04:28PM 4         DURING THE CROSS-EXAMINATION, FOR EXAMPLE, THE LENGTHY

04:28PM 5    DISCUSSION OF VALIDATION REPORTS, THEIR CONTENT, THE VALIDATION

04:28PM 6    PROCESS, THAT DOES NOT BEAR A CLOSE NEXUS TO THE SUBSTANCE OF

04:28PM 7    THE DIRECT IS THE GOVERNMENT'S POSITION.

04:28PM 8         WHEN WE GET INTO THOSE AREAS, OUR VIEW IS THAT WE'RE

04:28PM 9    ENTERING THE DEFENSE CASE-IN-CHIEF TERRITORY, AND THAT'S

04:28PM 10   PROBABLY WHY WE'RE RAISING THE ISSUE NOW.

04:28PM 11        THE COURT:  OKAY.

04:28PM 12        MR. WADE:  WITH ALL DUE RESPECT, WE COULDN'T AGREE

04:28PM 13   MORE STRONGLY GIVEN THE SCOPE OF THE GOVERNMENT'S DIRECT

04:28PM 14   EXAMINATION.  THEY PUT AT ISSUE ALL OF THESE ASSAYS AND THE

04:28PM 15   TESTS PERFORMED ON THE EDISON DEVICES THROUGH DR. ROSENDORFF.

04:28PM 16   HE MADE BROAD STATEMENTS, BROAD INDICTMENT, FRANKLY, OF HIS OWN

04:28PM 17   WORK AT TIMES.

04:28PM 18        WE HAVE TO UNPACK THAT, AND THAT'S NOT EASY BECAUSE THE

04:28PM 19   LAB IS COMPLICATED.

04:28PM 20        AND I DON'T THINK IT'S LIMITED TO CROSS-EXAMINING HIM ON

04:29PM 21   THE EMAIL.  THEY WENT THROUGH A LOT OF DIFFERENT ASSAYS, THEY

04:29PM 22   WENT THROUGH A LOT OF GENERAL PRACTICES, AND I THINK IT'S

04:29PM 23   NECESSARY FOR THE JURY TO BE ABLE TO UNDERSTAND THE CONTEXT IN

04:29PM 24   WHICH THAT IS OFFERED, OTHERWISE, OTHERWISE THE EVIDENCE THAT

04:29PM 25   WAS OFFERED BY THE GOVERNMENT IS VERY MISLEADING.

04:29PM   1          THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR THE

04:29PM   2    DISCUSSION.

04:29PM   3          WELL, IT SOUNDS LIKE WE WILL HAVE DR. ROSENDORFF BACK ON

04:29PM   4    TUESDAY NEXT AND HE'LL FINISH, OF COURSE, FRIDAY, BUT WE WON'T

04:29PM   5    FINISH WITH HIS EXAMINATION FRIDAY WITH THAT LIMITED TIME.  AND

04:29PM   6    IT SOUNDS LIKE HE MIGHT BE HERE FOR THE ENTIRETY OF TUESDAY.

04:29PM   7          IS THAT A FAIR ASSESSMENT DO YOU THINK?

04:29PM   8          MR. WADE:  I'LL HAVE A BETTER SENSE OF THAT.  AND

04:29PM   9    I'M INFERRING FROM MR. BOSTIC THAT HE MAY HAVE SOME REDIRECT.

04:29PM  10    SO WE'LL MEET AND CONFER, AND WE'LL KEEP THE COURT APPRISED ON

04:29PM  11    FRIDAY AT THE END OF THE DAY AS TO WHERE WE STAND.

04:29PM  12          THE COURT:  OKAY.  THAT'S GREAT.

04:29PM  13          AND THEN YOU'RE ADJUSTING, MR. BOSTIC, YOUR TEAM IS

04:30PM  14    ADJUSTING YOUR WITNESS SCHEDULES ACCORDINGLY?

04:30PM  15          ON EITHER SIDE IF THERE ARE ANY -- YOU'LL LET ME KNOW IF

04:30PM  16    YOU HAVE ANY WITNESS ISSUES AND THEN WE CAN CALENDAR

04:30PM  17    ACCORDINGLY.

04:30PM  18          MR. BOSTIC:  WE WILL, THANK YOU.

04:30PM  19          THE COURT:  AND THAT'S ON BOTH SIDES.

04:30PM  20          MR. WADE:  AND WE WERE GLAD WE WERE ABLE TO SNEAK

04:30PM  21    ONE IN AND MAKE THE BEST OF THE TIME TODAY.

04:30PM  22          THE COURT:  GREAT.  THANKS.  HAVE A GOOD EVENING,

04:30PM  23    AND WE'LL SEE YOU ON FRIDAY.  THANK YOU.

04:30PM  24          THE CLERK:  COURT IS ADJOURNED.

04:30PM  25          (COURT ADJOURNED AT 4:30 P.M.)

1

2

3                  CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16              IRENE RODRIGUEZ, CSR, CRR
                CERTIFICATE NUMBER 8076
17

18

19              LEE-ANNE SHORTRIDGE, CSR, CRR
                CERTIFICATE NUMBER 9595
20

21              DATED:  SEPTEMBER 29, 2021

22

23

24

25

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,        )
6                                      )   CR-18-00258-EJD
                    PLAINTIFF,         )
7                                      )   SAN JOSE, CALIFORNIA
            VS.                        )
8                                      )   SEPTEMBER 30, 2021
     ELIZABETH A. HOLMES,              )
9                                      )   PAGES 1 - 34
                    DEFENDANT.         )
10   _____     )
                                       )
11
                    TRANSCRIPT OF ZOOM PROCEEDINGS
12            BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14
     FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                         BY:  JOHN C. BOSTIC
                                JEFFREY B. SCHENK
16                         150 ALMADEN BOULEVARD, SUITE 900
                           SAN JOSE, CALIFORNIA 95113
17
                           BY:  ROBERT S. LEACH
18                              KELLY VOLKAR
                           1301 CLAY STREET, SUITE 340S
19                         OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
23
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
24             TRANSCRIPT PRODUCED WITH COMPUTER

25

```
1      A P P E A R A N C E S: (CONT'D)

2

3      FOR DEFENDANT HOLMES:
                           LAW OFFICE OF JOHN D. CLINE
4                          BY:  JOHN D. CLINE
                           ONE EMBARCADERO CENTER, SUITE 500
5                          SAN FRANCISCO, CALIFORNIA 94111

6

7      FOR DOW JONES:       LAW OFFICE OF STEVEN D. ZANSBERG
                           BY:  STEVEN D. ZANSBERG
8                          100 FILLMORE STREET, SUITE 500
                           DENVER, COLORADO 80206
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
          1    SAN JOSE, CALIFORNIA                    SEPTEMBER 30, 2021

11:36AM   2                    P R O C E E D I N G S

11:36AM   3        (COURT CONVENED AT 11:36 A.M.)

11:36AM   4            THE COURT:  LET'S CALL OUR MORNING MATTER 18-258.

11:36AM   5    THIS IS DOCKET -- I BELIEVE IT'S 1036, MEDIA COALITION'S

11:36AM   6    MOTION.  ACTUALLY, THAT'S THE REPLY.  THE MOTION IS 1026, I

11:36AM   7    BELIEVE.  IT'S THE MOTION TO INTERVENE FOR PURPOSE OF UNSEALING

11:36AM   8    QUESTIONNAIRES.

11:36AM   9        LET ME CAPTURE THE APPEARANCES OF THE PARTIES, PLEASE.

11:36AM  10        WHO APPEARS FOR THE MOVING PARTY?

11:36AM  11            MR. ZANSBERG:  GOOD MORNING, YOUR HONOR.

11:36AM  12        STEVEN ZANSBERG ON BEHALF OF THE MEDIA COALITION.

11:36AM  13            THE COURT:  THANK YOU.  GOOD MORNING.

11:36AM  14        LET ME CAPTURE THE APPEARANCE OF THE GOVERNMENT IN THIS

11:36AM  15    MATTER.

11:36AM  16        MS. VOLKAR, WILL YOU BE SPEAKING ON THIS.

11:37AM  17            MS. VOLKAR:  HELLO, YOUR HONOR.  GOOD MORNING.

11:37AM  18        KELLY VOLKAR ON BEHALF OF THE UNITED STATES.  I'M JOINED

11:37AM  19    BY MY COLLEAGUES JEFF SCHENK, JOHN BOSTIC, AND ROBERT LEACH.

11:37AM  20            THE COURT:  THANK YOU.  GOOD MORNING.

11:37AM  21        IS THERE A REPRESENTATIVE TO MS. HOLMES'S TEAM?  THAT'S A

11:37AM  22    SIGNAL FOR MR. CLINE TO MAKE HIS APPEARANCE.

11:37AM  23            MR. CLINE:  YOUR HONOR, I APOLOGIZE.  I SEEM TO HAVE

11:37AM  24    A BAD INTERNET CONNECTION.

11:37AM  25        JOHN CLINE FOR MS. HOLMES, AND SHE HAS WAIVED HER
```

4

11:37AM 1    APPEARANCE.

11:37AM 2              THE COURT:  THANK YOU.  I DID NOTE THAT.  I DID

11:37AM 3    RECEIVE THAT.  THANK YOU VERY MUCH.

11:37AM 4         THANK YOU FOR SETTING TIME ASIDE TO HEAR THIS MOTION.

11:37AM 5         MR. ZANSBERG, I DON'T KNOW IF YOU'RE AWARE OR NOT, BUT WE

11:37AM 6    ARE IN TRIAL IN THIS MATTER IN THE UNDERLYING CASE, AND WE'LL

11:37AM 7    TALK MORE ABOUT THAT IN A MOMENT.

11:37AM 8         I DID RECEIVE, AS I INDICATED, DOCKET 1026, DOCKET 1026.

11:37AM 9    I ALSO RECEIVED 1047, WHICH IS MS. HOLMES'S WAIVER OF

11:38AM 10   APPEARANCE.  I'VE ALSO RECEIVED MS. HOLMES'S STATEMENT AS TO

11:38AM 11   THIS CASE.  I'VE RECEIVED THE GOVERNMENT'S 1033, WHICH IS

11:38AM 12   MS. VOLKAR'S WORK PRODUCT AND RESPONSE TO THE MOTION.  AND I'VE

11:38AM 13   RECEIVED 1036, WHICH IS THEIR REPLY.  1033, YES.  I THINK THOSE

11:38AM 14   ARE ALL OF THE DOCUMENTS THAT REFERENCE THIS MOTION.

11:38AM 15        MR. ZANSBERG, WHAT ELSE WOULD YOU LIKE ME TO KNOW, SIR?

11:38AM 16             MR. ZANSBERG:  WELL, FIRST OF ALL, YOUR HONOR, THANK

11:38AM 17   YOU PERSONALLY AND ON BEHALF OF MY CLIENTS FOR ACCOMMODATING MY

11:38AM 18   TRAVEL PLANS AND ALLOWING THIS HEARING TO PROCEED BY ZOOM.

11:38AM 19             THE COURT:  YOU'RE WELCOME.  I HOPE YOU CAN GET TO

11:38AM 20   YOUR CONFERENCE.  I KNOW YOU HAD A CONFERENCE YOU WERE

11:38AM 21   ATTENDING.

11:38AM 22             MR. ZANSBERG:  I AM.  IRONICALLY IT HAPPENS TO BE

11:38AM 23   MEDIA LAW RESOURCE CENTER.  IT'S A CONFERENCE OF MEDIA LAWYERS

11:39AM 24   FROM ALL OVER THE COUNTRY, AND THE FIRST IN-PERSON CONFERENCE

11:39AM 25   SINCE COVID.  AND THIS SLOGAN ON THE MASK IS "THESE ARE THE

11:39AM 1    ONLY GAGS THAT WE SUPPORT."

11:39AM 2         THE COURT:  ALL RIGHT.  DO YOU WANT TO LODGE THIS AS

11:39AM 3    AN EXHIBIT WITH YOUR MOTION?

11:39AM 4         MR. ZANSBERG:  NO.  I DON'T FEEL THE NEED FOR ANY

11:39AM 5    EVIDENTIARY OFFERINGS, BUT JUST SO YOU KNOW THERE ARE 160 MEDIA

11:39AM 6    LAWYERS LIKE MYSELF IN LOVELY VIRGINIA.

11:39AM 7         THE COURT:  ARE THEY IN YOUR ROOM WATCHING THIS?

11:39AM 8         MR. ZANSBERG:  NO.  A COUPLE OF MY CLIENTS ARE HERE

11:39AM 9    AND SAID THEY WOULD STAND BEHIND ME, AND I OFFERED TO LET THEM

11:39AM 10   APPEAR IN LIEU OF MYSELF BUT THEY --

11:39AM 11        THE COURT:  I SEE.

11:39AM 12        MR. ZANSBERG:  I DO UNDERSTAND THE PARTIES ARE IN

11:39AM 13   TRIAL, AND I VERY MUCH APPRECIATE EVERYONE TAKING THE TIME IN

11:39AM 14   THE MIDST OF A VERY LONG AND ARDUOUS PROCESS TO HEAR THIS

11:39AM 15   MOTION.

11:39AM 16       I WON'T TAKE MUCH OF THE COURT'S TIME.  I WOULD PREFER TO

11:39AM 17   JUST REST ON OUR PAPERS AND RESPOND TO ANY QUESTIONS YOUR HONOR

11:40AM 18   MAY HAVE, AND RESPOND TO WHATEVER ARGUMENT THE GOVERNMENT MAY

11:40AM 19   BE MAKING THROUGH MS. VOLKAR.

11:40AM 20       BUT QUICKLY TO SUMMARIZE, WE THINK, AS OUR PAPERS STATE,

11:40AM 21   THE JURY QUESTIONNAIRES IN THIS CASE WERE AN INTEGRAL PART OF

11:40AM 22   THE VOIR DIRE.  THEY WERE REFERENCED 216 TIMES IN THE FEW DAYS

11:40AM 23   OF VOIR DIRE, AND THEY SERVED AS THE BASIS FOR THE PARTIES ORAL

11:40AM 24   MOTIONS TO STRIKE AND YOUR HONOR'S RULING ON THOSE MOTIONS.

11:40AM 25       AND AS SUCH, THE PRESS ENTERPRISE STANDARD WE MAINTAIN FOR

11:40AM 1    CLOSING THE VOIR DIRE ITSELF HAD THOSE QUESTIONS, HAD THEY BEEN

11:40AM 2    ASKED ORALLY, THAT THE STANDARD FOR CLOSING THE COURTROOM

11:40AM 3    SHOULD APPLY WITH FULL FORCE TO THE QUESTIONNAIRES.

11:40AM 4         AND THAT STANDARD IS A COMPELLING INTEREST, NECESSITATES

11:41AM 5    CLOSURE, SUBSTANTIAL PROBABILITY OF HARM TO THAT COMPELLING

11:41AM 6    INTEREST AND THE LACK OF ANY REASONABLE ALTERNATIVES.

11:41AM 7         AND AS OUR REPLY SAYS, THE GOVERNMENT, MS. HOLMES TAKES NO

11:41AM 8    POSITION SO THE GOVERNMENT'S RESPONSE FALLS WOEFULLY SHORT

11:41AM 9    CERTAINLY WITH RESPECT TO PRONGS TWO AND THREE.

11:41AM 10        WE CONCEDE, AS WE DID IN OUR REPLY AND DID IN OUR MOTION,

11:41AM 11   THAT LEGITIMATE CLAIMS TO PRIVACY ON THE PART OF JURORS AND

11:41AM 12   AVOIDING JURY TAMPERING ARE UNQUESTIONABLY COMPELLING

11:41AM 13   INTERESTS, BUT THERE HASN'T BEEN ANY SHOWING THAT CLOSURE IS

11:41AM 14   NECESSARY TO AVOID A SUBSTANTIAL PROBABILITY OF HARM TO EITHER

11:41AM 15   OF THOSE COMPELLING INTERESTS.  AND WITH RESPECT TO JURY

11:41AM 16   TAMPERING, AS OUR REPLY POINTS OUT, THERE ARE ALTERNATIVE MEANS

11:41AM 17   TO PREVENT AND ADDRESS THAT PROBLEM.

11:41AM 18        SO THAT'S THE LONG AND SHORT OF IT.  AS I SAID, I WOULD BE

11:42AM 19   GLAD TO ANSWER ANY QUESTIONS YOUR HONOR MAY HAVE AND TO RESERVE

11:42AM 20   TIME TO RESPOND TO MS. VOLKAR.

11:42AM 21           THE COURT:  ALL RIGHT.  THANK YOU.  I WILL TURN TO

11:42AM 22   MS. VOLKAR IN JUST A MOMENT.

11:42AM 23        BUT CLOSURE IS NOT THE ISSUE HERE.  CLOSURE, I PRESUME, IS

11:42AM 24   CLOSURE OF THE ACCESS TO THE QUESTIONNAIRES.  YOUR CLIENTS WERE

11:42AM 25   CERTAINLY PRESENT DURING THE VOIR DIRE.  THE COURT DID NOT

7

11:42AM 1    CLOSE OR SEQUESTER VOIR DIRE IN THIS CASE.

11:42AM 2        YOUR CLIENTS WERE PARTICIPANTS IN THE SENSE THAT THEY WERE

11:42AM 3    LIKE ANY MEMBER OF THE PUBLIC AND HAD ACCESS AND TO VIEW, AND

11:42AM 4    THEY DID VIEW, AND I THINK YOU MENTIONED THAT IN YOUR PLEADINGS

11:42AM 5    AND PERHAPS YOUR REPLY, THAT THERE IS CERTAIN INFORMATION THAT

11:42AM 6    MIGHT HAVE BEEN DISCUSSED ON THE QUESTIONNAIRES THEMSELVES AND

11:42AM 7    AS WELL AS LIMITED INFORMATION ABOUT IDENTITIES OF JURORS.

11:42AM 8        SO ACCESS TO THE VOIR DIRE PROCESS WAS PROVIDED.  YOUR

11:42AM 9    CLIENTS HAD ACCESS TO THE VOIR DIRE PROCESS IN PERSON.  THEY

11:43AM 10   SAW, THEY OBSERVED, THEY HAD AN OPPORTUNITY TO TAKE NOTES OF

11:43AM 11   ALL OF THE INFORMATION.  THEY HAD AN OPPORTUNITY TO SECURE THE

11:43AM 12   TRANSCRIPT AND TO USE THAT FOR WHATEVER BENEFIT THEY WISHED.

11:43AM 13       THIS IS A MOTION TO UNSEAL THE QUESTIONNAIRE THAT WAS

11:43AM 14   PROVIDED TO THE JURORS AND THAT THE COURT AND COUNSEL USED IN

11:43AM 15   THE JURY SELECTION PROCESS.

11:43AM 16       IS THAT RIGHT?  YOU WANT THE QUESTIONNAIRES?  YOUR CLIENTS

11:43AM 17   WANT THE QUESTIONNAIRES?

11:43AM 18           MR. ZANSBERG:  YES.  AND OUR POSITION IS THAT WERE

11:43AM 19   THIS TRIAL TO BE CONDUCTED ENTIRELY BY WRITTEN SUBMISSIONS

11:43AM 20   SUBMITTED TO YOUR HONOR AND TO THE JURORS OUTSIDE OF THE

11:43AM 21   PUBLIC'S ABILITY TO SEE THOSE WRITTEN STATEMENTS AND EVIDENCE,

11:43AM 22   IT WOULD VIOLATE THE PUBLIC'S RIGHT TO SEE THE JUDICIAL

11:43AM 23   PROCEEDINGS.

11:43AM 24       SO MERELY BECAUSE THE QUESTIONNAIRE WAS SUBMITTED IN

11:43AM 25   WRITING, IT WAS IN LIEU OF ORAL QUESTIONING.  AS OUR REPLY

8

| | | |
|---|---|---|
| 11:44AM | 1 | POINTS OUT, HAD 63 OR ALL BUT 3 OF THE QUESTIONS BEEN CONDUCTED |
| 11:44AM | 2 | THROUGH ORAL QUESTIONING AS OPPOSED TO WRITTEN QUESTIONING, |
| 11:44AM | 3 | THERE WOULD NOT EVEN BE A COLORABLE BASIS TO CLOSE THE |
| 11:44AM | 4 | COURTROOM. |
| 11:44AM | 5 | SO MERELY BECAUSE THE VOIR DIRE TOOK PLACE IN WRITTEN FORM |
| 11:44AM | 6 | AS OPPOSED TO ORAL FORM, AND SERVED AS THE BASIS FOR |
| 11:44AM | 7 | YOUR HONOR'S RULINGS AND FOR THE PARTIES' SUBSTANTIVE MOTIONS |
| 11:44AM | 8 | DOESN'T CHANGE THE STANDARD THAT SHOULD APPLY. |
| 11:44AM | 9 | THE COURT: ALL RIGHT. THANK YOU. |
| 11:44AM | 10 | I THINK WHAT -- ASSUMING YOU HAVE -- WHOOPS. THERE YOU |
| 11:44AM | 11 | ARE. |
| 11:44AM | 12 | YES. ASSUMING YOU HAVE ACCESS TO THESE QUESTIONNAIRES, I |
| 11:44AM | 13 | THINK YOU'LL FIND THAT MANY OF THE QUESTIONS IN THE |
| 11:44AM | 14 | QUESTIONNAIRE WERE DISCUSSED IN PUBLIC. SO -- BUT LET'S SEE. |
| 11:44AM | 15 | MS. VOLKAR, WHAT WOULD YOU -- THANK YOU FOR YOUR PLEADING. |
| 11:44AM | 16 | I APPRECIATE THAT. IT WAS VERY HELPFUL BOTH TO THE COURT AND |
| 11:44AM | 17 | I'M SURE TO MR. ZANSBERG AS HE ARTICULATED ITEMS IN HIS REPLY. |
| 11:45AM | 18 | WHAT WOULD YOU LIKE ME TO KNOW, MS. VOLKAR? |
| 11:45AM | 19 | I THINK YOUR INTERNET IS A LITTLE FROZEN. |
| 11:45AM | 20 | MS. VOLKAR: THANK YOU, YOUR HONOR. |
| 11:45AM | 21 | GOOD MORNING, YOUR HONOR. HOPEFULLY THIS COMES ACROSS. |
| 11:45AM | 22 | THE COURT: OH, YOU HAVE A POOR CONNECTION. |
| 11:45AM | 23 | MS. VOLKAR: THE GOVERNMENT DOES NOT HAVE MUCH TO |
| 11:45AM | 24 | ADD BEYOND IT'S BRIEF. AM I BACK, YOUR HONOR? |
| 11:45AM | 25 | THE COURT: YES. THERE YOU ARE. YES. |

9

11:45AM 1        BUT, YOU KNOW, YOU'RE IN AND OUT.

11:45AM 2        MS. VOLKAR: I APOLOGIZE.

11:45AM 3        THE COURT: NO. THIS IS SOMETHING THAT WE'RE ALL

11:45AM 4   TRYING TO DEAL WITH SO.

11:45AM 5        THE CLERK: MS. VOLKAR, IF YOU HAVE A PHONE NUMBER,

11:45AM 6   I CAN DIAL YOU IN AND YOU CAN PARTICIPATE BY PHONE AND THAT

11:45AM 7   MIGHT BE BETTER.

11:45AM 8        THE COURT: I'M TOLD SOMETIMES TURNING THE SCREEN

11:46AM 9   OFF ENHANCES FOR SOME REASON. IF YOU WANT TO GO DARK ON YOUR

11:46AM 10  SCREEN, MAYBE THAT WILL IMPROVE YOUR AUDIO.

11:46AM 11       THE CLERK: SHE'S COMPLETELY FROZEN, YOUR HONOR.

11:46AM 12    (PAUSE IN PROCEEDINGS.)

11:46AM 13       THE COURT: ALL RIGHT. MS. VOLKAR, YOU ARE

11:46AM 14  COMPLETELY FROZEN ON OUR SCREEN. LET'S SEE. I THINK YOU'RE

11:46AM 15  GOING TO TRY TO REBOOT.

11:46AM 16    MR. ZANSBERG, YOU SHOULD NOT TAKE THIS AS A SUGGESTION

11:46AM 17  THAT YOUR PLEADINGS, BOTH YOUR MOTION AND YOUR REPLY HAVE

11:46AM 18  CAUSED MS. VOLKAR TO BE SPEECHLESS. I'M SURE YOU APPRECIATE

11:46AM 19  THE RESPONSE SHE MADE IN OPPOSITION. I THOUGHT IT WAS VERY

11:47AM 20  WELL BRIEFED AND THOUGHTFUL PLEADING AS I'M SURE YOU DO, TOO.

11:47AM 21       MR. ZANSBERG: YES, YOUR HONOR.

11:47AM 22       THE COURT: MS. VOLKAR, YOU'RE BACK, I THINK.

11:47AM 23       MS. VOLKAR: YOUR HONOR, I'M HOPING THE CONNECTION

11:47AM 24  IS A LITTLE BETTER.

11:47AM 25       THE COURT: IT'S NOT. MAYBE CAN YOU --

11:47AM 1          MS. VOLKAR:  IT'S A LITTLE BETTER NOW.  LET ME KNOW.

11:47AM 2          THE COURT:  YOU ARE.

11:47AM 3      CAN I SUGGEST MAYBE GOING AND TURNING OFF YOUR VIDEO AND

11:47AM 4   SEEING IF THAT JUST KEEPING YOUR AUDIO?  SOMETIMES THAT WORKS.

11:47AM 5          MS. VOLKAR:  LET ME KNOW IF THIS IS BETTER,

11:47AM 6   YOUR HONOR?

11:47AM 7          THE COURT:  LET'S SEE.  I'M NOT SURE IF IT'S ANY

11:47AM 8   BETTER.  WHY DON'T YOU PROCEED, AND WE'LL SEE.

11:47AM 9          MS. VOLKAR:  I'LL ALSO QUICKLY SEND MY PHONE NUMBER

11:47AM 10  TO ADRIANA JUST IN CASE.

11:47AM 11         THE COURT:  OKAY.

11:48AM 12         MS. VOLKAR:  MS. KRATZMANN, PARDON ME.

11:48AM 13         THE COURT:  NO.  THAT'S FINE.  THANK YOU.

11:48AM 14         MS. VOLKAR:  WELL, YOUR HONOR, THE GOVERNMENT

11:48AM 15  LARGELY ALSO INTENDS TO REST ON ITS BRIEF.  THE GOVERNMENT'S

11:48AM 16  INTEREST HERE IS IN MAINTAINING THE INTEGRITY OF THIS

11:48AM 17  PARTICULAR TRIAL THROUGH A VERDICT.

11:48AM 18     WE HAVE PROVIDED OUR RECOMMENDATION WITH THOSE GOALS IN

11:48AM 19  MIND AND WITH THE HOPES OF BALANCING THE RIGHTS OF ALL PARTIES

11:48AM 20  THAT ARE INVOLVED, NOT JUST THE MEDIA AND THE PUBLIC, BUT ALSO

11:48AM 21  THE RIGHT TO THE PARTIES AND THE RIGHT TO THE INDIVIDUALS,

11:48AM 22  SPECIFICALLY THE JURORS, WHO OTHERWISE DO NOT HAVE A

11:48AM 23  REPRESENTATIVE.

11:48AM 24     AND WITH THAT, I'M HAPPY TO ANSWER QUESTIONS THAT THE

11:48AM 25  COURT HAS WITH RESPECT TO THE PARTIAL DISCLOSURE.  I DO POINT

11:49AM 1    TO THE U.S. V. LEE CASE ON PAGE 8 OF THE GOVERNMENT'S BRIEF.

11:49AM 2    THAT'S AN UNPUBLISHED NINTH CIRCUIT CASE, BUT IT DID AFFIRM A

11:49AM 3    DISTRICT COURT WHO PARTIALLY CLOSED THE COURTROOM DURING THE

11:49AM 4    FOR CAUSE STRIKES.  AND I POINT YOU TO THAT CASE ONLY TO SAY,

11:49AM 5    AS YOUR HONOR HAS ALREADY NOTED, THAT PARTIAL CLOSURES CAN

11:49AM 6    SOMETIMES BE WARRANTED IF THERE ARE COMPETING AND COMPELLING

11:49AM 7    INTERESTS THAT THE COURT HAS TO WEIGH.

11:49AM 8        AND WITH THAT I, TOO, AM HAPPY TO TAKE ANY QUESTIONS THAT

11:49AM 9    THE COURT HAS.  BUT I DO THINK THAT WE LAID OUT OUR

11:49AM 10   RECOMMENDATION IN OUR BRIEF, AND WE'RE WILLING TO SUBMIT ON OUR

11:49AM 11   PAPERS AS WELL.

11:49AM 12       THE COURT:  WELL, THANK YOU, MS. VOLKAR.  IN YOUR

11:49AM 13   ABSENCE I WAS COMPLIMENTING YOUR PLEADINGS, AND I THINK

11:49AM 14   MR. ZANSBERG AGREED AND AS A COLLEAGUE OPPOSITE YOU'RE RAISING

11:49AM 15   THE ISSUES THAT YOU DID.  SO THANK YOU FOR THAT.  IT'S VERY

11:49AM 16   HELPFUL TO ME.

11:49AM 17       I DO HAVE SOME QUESTIONS AND THEY'RE PRIMARILY, NOT

11:50AM 18   SURPRISINGLY, DIRECTED TOWARDS MR. ZANSBERG AND HIS DECISION.

11:50AM 19       I SUPPOSE, MR. ZANSBERG, FIRST OF ALL, WHAT DOES THE

11:50AM 20   COALITION INTEND TO DO WITH THE INFORMATION FROM THE

11:50AM 21   QUESTIONNAIRES?  CAN YOU TELL ME THAT?

11:50AM 22       MR. ZANSBERG:  I CAN TELL YOU THEY INTEND TO REVIEW

11:50AM 23   THEM AND DECIDE WHAT TO DO WITH THEIR RIGHTS UNDER THE FIFTH

11:50AM 24   AMENDMENT.

11:50AM 25       AS THE MOTION POINTED OUT, MY CLIENTS AND ANY OTHER MEMBER

12

| | | |
|---|---|---|
| 11:50AM | 1 | OF THE PUBLIC HAS FULL AND READY ACCESS TO THE LAST NAMES OF |
| 11:50AM | 2 | ALL OF THE SEATED JURORS AND THE ALTERNATES, AND THEY'VE |
| 11:50AM | 3 | EXERCISED THEIR CONSTITUTIONAL RIGHTS NOT TO PUBLISH THAT |
| 11:50AM | 4 | INFORMATION, NOR HAS ANYONE SUGGESTED THAT ANY MEMBER OF THE |
| 11:50AM | 5 | PRESS HAS YET TO MY KNOWLEDGE OR HAS BROUGHT TO THE COURT'S |
| 11:50AM | 6 | KNOWLEDGE, ATTEMPTED TO CONTACT ANY OF THE SEATED JURORS OR THE |
| 11:51AM | 7 | ALTERNATES OR IN ANY WAY TAMPER WITH OR CONDUCT A FEDERAL |
| 11:51AM | 8 | OFFENSE OF JURY TAMPERING. |
| 11:51AM | 9 | SO WHAT THEY INTEND TO DO WITH THE INFORMATION IS MUCH |
| 11:51AM | 10 | LIKE, AS YOUR HONOR SAID, WHAT THEY WOULD DO WITH THE |
| 11:51AM | 11 | INFORMATION THEY OBTAINED IN OPEN COURT, WHETHER IT BE FROM THE |
| 11:51AM | 12 | TRANSCRIPTION OR ATTENDING AN OPEN COURT PROCEEDING.  THEY |
| 11:51AM | 13 | CHOOSE TO PUBLISH WHAT THEY CHOOSE TO PUBLISH, AND THEY CHOOSE |
| 11:51AM | 14 | TO DO WITH IT WHAT THEY CHOOSE TO DO WITH IT. |
| 11:51AM | 15 | BUT THAT'S REALLY NOT GERMANE TO WHETHER OR NOT THE |
| 11:51AM | 16 | PUBLIC'S RIGHT OF ACCESS IS OVERCOME HERE. |
| 11:51AM | 17 | THE COURT:  WELL, YOU'RE RIGHT ABOUT THAT.  IT WOULD |
| 11:51AM | 18 | BE, IF YOU TOLD ME THEY INTEND TO PUBLISH THEIR NAMES AND |
| 11:51AM | 19 | ADDRESSES AND DO SOMETHING ELSE THAT WOULD BE UNTOWARD, WHICH |
| 11:51AM | 20 | MY SENSE IS THAT YOUR COALITION WILL NOT DO.  THAT WAS ONE OF |
| 11:51AM | 21 | MY NEXT QUESTIONS, WHICH IS THAT WILL YOU INDICATE THAT NONE OF |
| 11:51AM | 22 | THE COALITION, YOUR CLIENTS, WILL CONTACT A JUROR?  CAN YOU |
| 11:52AM | 23 | PROVIDE ASSURANCE FOR THAT? |
| 11:52AM | 24 | MR. ZANSBERG:  I CAN PROVIDE ASSURANCE THAT POST, |
| 11:52AM | 25 | BEFORE A VERDICT IS RENDERED OR JURORS HAVE BEEN DISMISSED -- I |

11:52AM 1    BELIEVE ONE HAS BEEN EXCUSED FOR HARDSHIP.  I DON'T KNOW THAT

11:52AM 2    SHE'S BEEN CONTACTED.

11:52AM 3         BUT WHILE THEY SERVE AS JURORS AND ALTERNATES, I CAN

11:52AM 4    ASSURE YOUR HONOR NO MEMBER OF THE COALITION WILL BE CONTACTING

11:52AM 5    THEM.

11:52AM 6              THE COURT:  I SEE.

11:52AM 7              MR. ZANSBERG:  OF COURSE I CAN'T SPEAK FOR BEYOND

11:52AM 8    THE TEN MEDIA ENTITIES THAT I HAVE, BUT AS WE HAVE POINTED OUT

11:52AM 9    IN OUR REPLY, REPORTERS HAVE BEEN HELD IN CONTEMPT OF COURT FOR

11:52AM 10   CONTACTING POTENTIAL JURORS IN MY HOME STATE OF COLORADO, AND

11:52AM 11   IT IS A FEDERAL OFFENSE TO INTERFERE WITH A SEATED JUROR, AND I

11:52AM 12   CAN'T IMAGINE ANYONE WOULD RISK A FEDERAL PROSECUTION FOR DOING

11:52AM 13   SO.

11:52AM 14             THE COURT:  WELL, THANK YOU.

11:53AM 15        AND CAN YOU TELL ME, IS THERE AN INTENT, A DESIRE, A WISH

11:53AM 16   TO PUBLISH THE NAMES AND ADDRESSES OF THE JURORS?

11:53AM 17             MR. ZANSBERG:  AGAIN, I'VE NOT SURVEYED MY CLIENTS.

11:53AM 18   THEY HAVE NOT TOLD ME WHAT THEY INTEND TO DO WITH THIS

11:53AM 19   INFORMATION, AND THEY'VE ASKED ME TO ASSERT THEIR RIGHTS OF

11:53AM 20   ACCESS AS THEY WOULD ACCESS TO THE COURTROOM AND WHAT THEY WILL

11:53AM 21   DO WITH IT IS WHAT THEY CAN DO WITH IT WITHIN THE BOUNDS OF

11:53AM 22   THEIR RIGHTS UNDER THE FIRST AMENDMENT.

11:53AM 23        THE COURT COULD NOT EITHER ORDER THEM AT THIS POINT NOT TO

11:53AM 24   PUBLISH THE LAST NAMES OF THE JURORS THAT APPEAR IN A PUBLICLY

11:53AM 25   FILED TRANSCRIPT, AND IT COULD NOT SANCTION THEM FOR DOING SO.

11:53AM 1        THEY, IN THE EXERCISE OF THEIR OWN EDITORIAL DISCRETION

11:53AM 2    AND IN THE INTEREST OF NOT FACILITATING OTHER PEOPLE OUT THERE,

11:53AM 3    HAVE NOT PUBLISHED THAT INFORMATION.  I CAN'T COMMIT TO YOU

11:54AM 4    THAT THEY WON'T DO SO.  I HAVEN'T SURVEYED THEM OR ASKED THEM

11:54AM 5    TO DO THAT, BUT I THINK IT'S TELLING THAT NONE OF THEM HAVE

11:54AM 6    DONE SO YET DESPITE THEIR FIRST AMENDMENT RIGHT TO DO SO.  THEY

11:54AM 7    ARE MEMBERS OF THE PRESS, AND THEY FULLY RESPECT THAT THIS

11:54AM 8    TRIAL NEEDS TO BE COMPLETED WITHOUT INTERFERENCE CERTAINLY FROM

11:54AM 9    THEMSELVES OR OTHERS.

11:54AM 10        THE COURT:  THANK YOU.

11:54AM 11      DO YOUR CLIENTS HAVE ANY RESPECT FOR THE POSITIONS OF THE

11:54AM 12    JURORS THEMSELVES AND WOULD THEY RESPECT THE REQUEST AND

11:54AM 13    INTENTIONS OF THE JURORS IF THOSE WERE EXPRESSED THROUGH THE

11:54AM 14    COURT?

11:54AM 15        MR. ZANSBERG:  WELL, THEY WOULD.  I MEAN, I'M SORRY

11:54AM 16    TO HEDGE HERE.  AS I SAY, JURORS ARE WHAT HAVE BEEN CALLED

11:54AM 17    CITIZEN SOLDIERS AND IT IS -- ORDINARILY ALL BUT THREE OF THE

11:55AM 18    QUESTIONS IN THE JUROR QUESTIONNAIRE WOULD BE CONDUCTED IN OPEN

11:55AM 19    COURT:  WHERE DO YOU LIVE?  NOT YOUR ADDRESS INFORMATION.  BUT

11:55AM 20    IN WHAT CITY?  AND ALL OF THE 65 OUT OF 68 QUESTIONS, THERE ARE

11:55AM 21    ONLY 3 THAT HAVE CALLED UPON HIGHLY PERSONAL MATTERS

11:55AM 22    POTENTIALLY.  THE JUROR'S INVOLVEMENT WITH DOMESTIC VIOLENCE,

11:55AM 23    THE CRIMINAL PROCESS, AND THEN IN OPEN ENDED QUESTIONS, IS

11:55AM 24    THERE ANYTHING YOU WOULD LIKE TO DISCUSS WITH YOUR HONOR

11:55AM 25    PRIVATELY.

11:55AM 1    OTHER THAN THAT, ALL OF THE REST OF THE QUESTIONNAIRE

11:55AM 2    WOULD ORDINARILY BE CONDUCTED IN OPEN COURT AND WOULD BE

11:55AM 3    SUBJECT TO PUBLIC ACCESS AND POTENTIALLY REPORTING, AND THAT IS

11:55AM 4    HOW OUR JURY SYSTEM AND OUR CRIMINAL JUSTICE SYSTEM WORKS AS

11:55AM 5    YOU WELL KNOW.

11:56AM 6    SO, YES, MY CLIENTS HAVE A RESPECT FOR LEGITIMATE CONCERNS

11:56AM 7    OF PRIVACY THAT THESE JURORS CAN RAISE AND THE U.S. SUPREME

11:56AM 8    COURT HAS SAID THAT WHEN IN VOIR DIRE, HOWEVER IT IS CONDUCTED,

11:56AM 9    QUESTIONS ELICIT RESPONSES THAT MAY BE HIGHLY PERSONAL AND

11:56AM 10   PRIVATE AND INCLUDING BEING A VICTIM OF RAPE WAS THE PRESS

11:56AM 11   ENTERPRISE CASE, AND THEN IT'S INCUMBENT UPON THE COURT TO ASK

11:56AM 12   EACH OF THOSE JURORS WHETHER TO AFFIRMATIVELY INDICATE THAT

11:56AM 13   THEY WOULD PREFER NOT TO SPEAK ABOUT THAT IN OPEN COURT.

11:56AM 14   AND WE WOULD CERTAINLY RESPECT AND HAVE RECOMMENDED THAT

11:56AM 15   THE SAME BE DONE WITH RESPECT TO THE DISCLOSURE OF THESE

11:56AM 16   QUESTIONNAIRES, WHICH UNFORTUNATELY IT WAS INDICATED TO THE

11:56AM 17   JURORS THEY WOULD REMAIN SEALED.

11:56AM 18   BUT MUCH LIKE THE U.S. V. MITCHELL CASE, WHICH THE

11:56AM 19   GOVERNMENT'S BRIEF CITES, THE U.S. DISTRICT COURT IN UTAH THERE

11:57AM 20   NOTIFIED THE JURORS ON THE DAYS THAT THEY WERE IN THE JURY BOX

11:57AM 21   AND BEING QUESTIONED THAT IT WAS GOING TO UNSEAL THEIR

11:57AM 22   QUESTIONNAIRE, NOTWITHSTANDING THAT PROMISE, AND ASKED THEM TO

11:57AM 23   AFFIRMATIVELY INDICATE IF ANY OF THE QUESTIONS ON THE

11:57AM 24   QUESTIONNAIRE, IF THEY WOULD PREFER IT NOT BE RELEASED.  AND IT

11:57AM 25   DIDN'T MEAN IN THAT CASE THAT THE JUDGE AUTOMATICALLY GRANTED

11:57AM  1    THAT REQUEST, BUT AT LEAST IT WOULD BE BROUGHT TO YOUR HONOR'S

11:57AM  2    ATTENTION.

11:57AM  3        AND WITH RESPECT TO THOSE THREE QUESTIONS THAT SEEK TO

11:57AM  4    INVOKE HIGHLY PERSONAL AND PRIVATE INFORMATION, WE BELIEVE THAT

11:57AM  5    WOULD BE AN APPROPRIATE WAY TO PROCEED.

11:57AM  6        NOW, IN THE UTAH CASE THEY WERE RELEASED ON THE SAME DAY

11:57AM  7    AS THE JURORS WERE QUESTIONED IN OPEN COURT.  MY CLIENTS DIDN'T

11:57AM  8    PRESENT THEIR MOTION UNTIL AFTER ORAL QUESTIONING WAS

11:57AM  9    COMPLETED.  I FAULT THEM FOR THAT, BUT THAT'S THE COURSE THAT

11:58AM  10   WE WOULD RECOMMEND, THAT THE JURY --

11:58AM  11       THE COURT:  THANK YOU.  I DO THINK THERE ARE SOME

11:58AM  12   OTHER QUESTIONS IN ADDITION TO THE THREE THAT YOU MENTIONED

11:58AM  13   THAT MIGHT CAUSE A JUROR SOME CONCERN; QUESTIONS ABOUT WHETHER

11:58AM  14   THEY HAD ANY FINANCIAL DIFFICULTIES, QUESTIONS ABOUT WHETHER

11:58AM  15   THEY REPORTED MATTERS TO LAW ENFORCEMENT, SOME OF THOSE OTHER

11:58AM  16   QUESTIONS CERTAINLY COULD CAUSE SOME PERSONAL CONCERN.  SO I

11:58AM  17   APPRECIATE YOUR LIMITING IT TO THOSE THREE QUESTIONS.

11:58AM  18       I -- OF COURSE, I'VE LOOKED AT THE QUESTIONNAIRE, AND I

11:58AM  19   THINK THERE ARE A COUPLE OF OTHERS, A FEW OTHERS THAT MIGHT,

11:58AM  20   MIGHT CAUSE SOME CONCERN ABOUT THAT.

11:58AM  21       SO IN SPEAKING, YOU KNOW, WE TALKED ABOUT THE MEDIA, AND,

11:58AM  22   OF COURSE, WHEN PRESS ENTERPRISE WAS DECIDED IT WAS A VERY

11:58AM  23   DIFFERENT TIME, WASN'T IT?  WE DIDN'T HAVE THE INTERNET, WE

11:59AM  24   DIDN'T HAVE SOCIAL MEDIA.  SOME OF THE JUSTICES TALKED A LOT

11:59AM  25   ABOUT BLACKSTONE AND THE HISTORY OF JURY TRIALS AND THE HISTORY

11:59AM 1    OF HAVING PUBLIC COURTS OPEN AND THINGS.

11:59AM 2        AND, OF COURSE, THINGS ARE DIFFERENT NOW, A LITTLE BIT

11:59AM 3    DIFFERENT NOW BECAUSE OF SOCIAL MEDIA, BECAUSE OF THE ABILITY,

11:59AM 4    I THINK YOU SUGGEST IN YOUR PLEADINGS, USING GOOGLE OR OTHER

11:59AM 5    SEARCH DEVICES TO DO RESEARCH ON INDIVIDUALS.  SO THAT'S A

11:59AM 6    CONCERN THAT THE COURTS HAVE.  I THINK IT'S A LEGITIMATE

11:59AM 7    CONCERN.

11:59AM 8        WE KNOW A YEAR OR SO AGO OUR JUDICIARY SUFFERED A TRAGEDY

11:59AM 9    WHERE AN INDIVIDUAL WAS STALKING A JUDGE, AND AS YOU KNOW ONE

11:59AM 10   OF MY COLLEAGUE'S SON WAS MURDERED BECAUSE OF THE ABILITY OF

11:59AM 11   ONE INDIVIDUAL TO USE THE INTERNET TO STALK, FIND OUT PERSONAL

11:59AM 12   INFORMATION INCLUDING THE JUDGE'S ADDRESS, AND GO TO THE HOUSE

12:00PM 13   AND INTEND TO LOOK FOR THE JUDGE BUT REGRETTABLY HER SON WAS

12:00PM 14   LOST.  THAT IS SOMETHING WE ALL LIVE WITH NOW.  IT'S A CONCERN

12:00PM 15   THAT WE HAVE FOR EVERYONE IN THE COURT.

12:00PM 16       I SUGGEST TO YOU THAT THIS IS A NEW THOUGHT THAT JUDGES

12:00PM 17   ALSO HAVE TO CONSIDER ALSO, THE SAFETY OF NOT JUST OUR

12:00PM 18   COLLEAGUES AND THOSE IN OUR JUDICIAL FAMILIES, BUT THOSE WHO

12:00PM 19   COME, AS YOU POINT OUT, TO BE CITIZEN SOLDIERS.  I THINK IT'S A

12:00PM 20   NEW RESPONSIBILITY FOR JUDGES, MAYBE A CONTINUING

12:00PM 21   RESPONSIBILITY TO LOOK AT THIS WITH A DIFFERENT LENS PERHAPS,

12:00PM 22   NOT CHANGING THE RESPONSIBILITIES AND CERTAINLY NOT AT ALL

12:00PM 23   ALTERING FIRST AMENDMENT ACCESS, BUT LOOKING AT IT WITH A

12:00PM 24   DIFFERENT LENS.  I THINK THAT'S SOMETHING THAT IS VERY

12:00PM 25   IMPORTANT TO ME, AND I EXPECT YOUR CLIENTS RECOGNIZE THAT.

12:00PM 1   THE CONCERN IS THAT CAN SOMEBODY IF THEY GET AN ADDRESS OR

12:00PM 2   A NAME, CAN THEY DO WHATEVER?  I REALIZE THAT YOU WOULD SUGGEST

12:00PM 3   THAT THAT'S PERHAPS SPECULATIVE AND WE CAN'T MAKE THESE

12:01PM 4   IMPORTANT CONSTITUTIONAL FIRST AMENDMENT DECISIONS BASED ON

12:01PM 5   SPECULATION.  THERE HAS TO BE SOME HARD PROOF.

12:01PM 6   WE KNOW IN OUR CASE THERE WAS -- IT WAS BROUGHT TO THE

12:01PM 7   COURT'S ATTENTION THAT SOMEONE, SOMEONE YELLED SOMETHING TO THE

12:01PM 8   JURORS AS THEY CAME IN THE COURTROOM, SOMETHING THAT COULD

12:01PM 9   AFFECT, IT HAD AN OPINION ABOUT THE CASE.

12:01PM 10  WE KNOW THAT HAPPENED HERE IN THIS CASE.  THE COURT

12:01PM 11  MENTIONED IT WHEN WE WERE IN SESSION, MR. ZANSBERG, AND WHEN

12:01PM 12  THE COURT DID THAT, I KNOW YOU WEREN'T PRESENT, I DON'T BELIEVE

12:01PM 13  YOU WERE PRESENT, BUT THE COURT MADE THAT ANNOUNCEMENT AND THE

12:01PM 14  COURT SAID -- I ASKED COUNSEL, BOTH COUNSEL, DEFENSE COUNSEL

12:01PM 15  AND THE PROSECUTION, THAT IF THEY, IF THEY HEARD OF ANYTHING,

12:01PM 16  THEY SHOULD BRING IT TO MY ATTENTION SO I COULD ENGAGE AN

12:01PM 17  INVESTIGATION FOR INTERFERING WITH THE JURY PROCESS.

12:01PM 18  AS SOON AS I FINISHED THAT SENTENCE, MR. ZANSBERG, A WOMEN

12:02PM 19  STOOD UP IN THE AUDIENCE AND IMMEDIATELY LEFT THE COURTROOM.

12:02PM 20  NOW, I DON'T KNOW IF THAT WAS COINCIDENTAL, I DON'T KNOW

12:02PM 21  IF IT WAS CONSCIOUSNESS OF GUILT, I DON'T KNOW WHAT THAT WAS,

12:02PM 22  BUT SOMEBODY LEFT THE COURTROOM AS SOON AS I FINISHED SAYING

12:02PM 23  THAT.

12:02PM 24  AND SO IT WAS A REAL LIFE EXPERIENCE FOR ME TO LOOK AT TO

12:02PM 25  OBSERVE FOR EVERYONE TO SEE THAT THINGS LIKE THAT DID HAPPEN

12:02PM 1    AND COULD HAPPEN.

12:02PM 2        THE ARCHITECTURE OF THE SAN JOSE COURTHOUSE IS PROBABLY

12:02PM 3    NOT AS GRAND AS THE COLORADO COURTHOUSE.  I KNOW YOU HAVE

12:02PM 4    LOVELY GLASS AND THERE IS NEW ART IN THAT.  I HAVE SEEN THAT

12:02PM 5    COURTHOUSE, AND IT'S A GORGEOUS COURTHOUSE.  I SHOULD TELL YOU

12:02PM 6    OUR COURTHOUSE IS SOMEWHAT DATED.  IT HAS AN ATRIUM AREA FOR

12:02PM 7    ACCESS THAT IS VERY NARROW.

12:02PM 8        THERE'S A FEDERAL BUILDING ACROSS THE HALL FROM US, FROM

12:03PM 9    OUR COURTHOUSE, AND IT'S ONLY PERHAPS MAYBE 25, 30 FEET.  IT'S

12:03PM 10   A VERY NARROW AREA SO WHEN PEOPLE GATHER TO ENTER THROUGH THE

12:03PM 11   METAL DETECTORS, A LINE, THERE'S A LINE, THERE'S A COLLECTION

12:03PM 12   OF PEOPLE THAT PERHAPS WITH THE BENCH SEATING IS ONLY MAYBE

12:03PM 13   10 FEET WIDE, 15 FEET WIDE.

12:03PM 14       SO THERE'S AN OPPORTUNITY FOR -- BECAUSE OF THE

12:03PM 15   ARCHITECTURE OF THE COURTHOUSE, AN OPPORTUNITY FOR INDIVIDUALS

12:03PM 16   TO HAVE INTIMACY, INTIMATE CONTACT WITH JURORS AND OTHERS WHO

12:03PM 17   ENTER THE COURTROOM.

12:03PM 18       YOU'VE TALKED ABOUT THE HIGH PROFILE NATURE OF THIS CASE.

12:03PM 19   CONCURRENT WITH THAT IS YOUR CLIENT, THAT IS THE MEDIA'S

12:03PM 20   INTEREST IN THIS CASE, AND FREQUENTLY THERE ARE CAMERAS OUT

12:03PM 21   FRONT WHICH ALSO CREATE A BIT OF A CROWD.

12:03PM 22       SO I TELL YOU THESE THINGS JUST TO SAY EVERY CASE IS

12:04PM 23   DIFFERENT AND UNIQUE.

12:04PM 24       FIRST AMENDMENT STAYS THE SAME, DOESN'T IT?  WE KNOW THAT

12:04PM 25   IS STEADFAST, AND I UNDERSTAND THAT.

12:04PM 1       BUT THE CIRCUMSTANCES IN THE TRIALS AND IN COURTHOUSES,

12:04PM 2   ARCHITECTURE AND OTHERWISE, CREATE OTHER CHALLENGES FOR COURTS,

12:04PM 3   AND I HOPE YOU AND YOUR CLIENTS APPRECIATE THAT.

12:04PM 4       WHAT COURTS TRY TO DO HERE, OF COURSE, IS TO BALANCE THE

12:04PM 5   INTEREST AS BEST AS WE CAN.  AND WHEN I SAY, "BALANCE," I DON'T

12:04PM 6   MEAN TO SAY AND I DON'T MEAN TO SUGGEST THAT WE'RE TRYING TO IN

12:04PM 7   ANY WAY USURP OR OTHERWISE UNDUE THE FIRST AMENDMENT OR THE

12:04PM 8   INTEREST.  IT IS THE FIRST ONE, SO THAT BRINGS US SOME

12:04PM 9   ATTENTION.  WE RECOGNIZE THE IMPORTANCE OF THAT.

12:04PM 10      BUT CONCURRENT WITH THAT IS, AS MS. VOLKAR POINTS OUT, IS

12:04PM 11  THE INTEGRITY OF THE TRIAL PROCESS AND THE PROTECTION OF THOSE

12:04PM 12  WHO PARTICIPATE IN IT, INCLUDING THOSE JURORS AND THEIR RIGHT

12:04PM 13  TO PRIVACY, WHATEVER THAT MIGHT BE, THE RIGHT TO THE DEFENDANT

12:05PM 14  TO SECURE A FAIR TRIAL SUCH THAT HER SIXTH AMENDMENT RIGHTS ARE

12:05PM 15  PROTECTED, AND THE RIGHT OF THE GOVERNMENT TO HAVE A

12:05PM 16  PROSECUTION IN A TRIAL THAT HAS THE FULL INTEGRITY OF THE

12:05PM 17  PROCESS.

12:05PM 18      SO THOSE ARE ALL CONCERNS THAT THE COURT HAS TO BALANCE

12:05PM 19  AND BALANCE THAT WITH THE FIRST AMENDMENT ISSUES THAT YOU

12:05PM 20  RAISE.

12:05PM 21      AND I APPRECIATE THAT.

12:05PM 22      THE OTHER ISSUE, PERHAPS IT'S NOT GERMANE TO OUR

12:05PM 23  DISCUSSION, BUT IT'S ONE THAT COURTS WILL HAVE TO DEAL WITH

12:05PM 24  WHEN WE DEAL WITH THESE FIRST AMENDMENT ISSUES -- MAYBE IT'S ON

12:05PM 25  THE AGENDA AT YOUR CONFERENCE, MR. ZANSBERG -- AND THAT IS, WHO

12:05PM  1    IS A JOURNALIST?  DOES SOMEBODY WHO HAS A CELL PHONE AND HAS A

12:05PM  2    BLOG ADDRESS, DO THEY BECOME A JOURNALIST SUCH THAT THEY HAVE

12:05PM  3    THE RIGHT TO SECURE INFORMATION, OTHERWISE PRIVATE INFORMATION?

12:06PM  4    SHOULD THE COURT BE CONCERNED ABOUT THAT?

12:06PM  5         MR. ZANSBERG:  IF I COULD ADDRESS THAT, YOUR HONOR?

12:06PM  6         THE COURT:  I'M SORRY.

12:06PM  7         MR. ZANSBERG:  I'M SORRY TO INTERRUPT, BUT IF I

12:06PM  8    COULD ADDRESS THAT?

12:06PM  9      MY CLIENTS AREN'T ASSERTING ANY RIGHTS ABOVE AND BEYOND

12:06PM 10    THOSE OF ANY OTHER MEMBER OF THE PUBLIC.  THEY'RE NOT APPEARING

12:06PM 11    AS THE PRESS.  THEY'RE APPEARING AS THE PEOPLE.

12:06PM 12      IT IS THE FIRST AMENDMENT RIGHT OF THE PEOPLE TO OBSERVE

12:06PM 13    JUDICIAL PROCEEDINGS.  THEY'RE NOT ASKING FOR ANY SPECIAL

12:06PM 14    DISPENSATION.

12:06PM 15      SO THERE DOESN'T HAVE TO BE ANY DISTINCTION BETWEEN THE

12:06PM 16    INFORMATION THAT MY CLIENTS RECEIVE IN MONITORING THIS JUDICIAL

12:06PM 17    PROCEEDING AND THAT OF ANY OTHER MEMBER OF THE PUBLIC IN THE

12:06PM 18    COURTROOM.

12:06PM 19      THEY HAVE NO SPECIAL DISPENSATION.  THEIR RIGHTS ARE

12:06PM 20    COEXTENSIVE WITH THAT OF THE PUBLIC.

12:06PM 21         THE COURT:  I SEE.  THANK YOU.

12:06PM 22      WELL, I ONLY SAY THAT BECAUSE YOUR PLEADINGS IDENTIFY THEM

12:06PM 23    AS TEN COMPANIES AFFILIATED WITH DIFFERENT MEDIA GROUPS AND

12:06PM 24    THEY HAVE COLLECTIVELY TITLED THEMSELVES THE MEDIA COALITION.

12:07PM 25    IT'S NOT THE PUBLIC COALITION.  FOR PURPOSES OF YOUR MOTION,

22

12:07PM 1    THEY HAVE IDENTIFIED THEMSELVES AS A UNIQUE GROUP ENTITLED THE

12:07PM 2    MEDIA COALITION.

12:07PM 3        NOW, I UNDERSTAND THAT THEIR ALTRUISTIC GOAL MIGHT BE TO

12:07PM 4    SERVE THE PUBLIC IN THEIR ENDEAVOR TO BE MEDIA, BUT THAT'S HOW

12:07PM 5    THEY IDENTIFIED THEMSELVES.  THAT'S HOW I WAS CHARACTERIZING

12:07PM 6    THEM IN THEIR PLEADING RESPECTING THEIR CHOICE OF HOW TO

12:07PM 7    IDENTIFY THEMSELVES FOR PURPOSES OF THIS PLEADING.

12:07PM 8        AND I DIDN'T MEAN TO DIGRESS, BUT THIS IS ANOTHER ISSUE WE

12:07PM 9    ALL HAVE TO DEAL WITH.  WHO IS A JOURNALIST?  SOMEONE WITH A

12:07PM 10   BLOG AND A PHONE?

12:07PM 11       OF COURSE THAT'S SOMETHING THAT IS IN DISCUSSION REGARDING

12:07PM 12   EVENTS PERHAPS THAT HAPPENED EARLIER THIS YEAR IN A DIFFERENT

12:07PM 13   CITY, BUT THAT'S NOT GERMANE TO OUR DISCUSSION THIS MORNING.

12:07PM 14       SO LET ME MOVE FROM THAT.

12:07PM 15       YOU KNOW, MR. ZANSBERG, I THINK IN JUSTICE MARSHALL'S

12:08PM 16   CONCURRENCE IN PRESS ENTERPRISE HE SUGGESTED, DIDN'T HE, THAT

12:08PM 17   THE COURT SHOULD, A LESS RESTRICTIVE ALTERNATIVE SHOULD BE THAT

12:08PM 18   THE JUDGE SHOULD ENGAGE CONVERSATION WITH THE JURORS TO SHARE

12:08PM 19   WITH THEM AND ASK THEM WHETHER OR NOT THEY HAD SOME OBJECTIONS

12:08PM 20   TO GET THEIR PERSONAL FEELINGS, YOU KNOW THAT, AND

12:08PM 21   JUSTICE MARSHALL SUGGESTED THAT THAT MIGHT BE A BETTER

12:08PM 22   ALTERNATIVE AND SUGGESTS THAT REDACTION OF INFORMATION MIGHT BE

12:08PM 23   APPROPRIATE SUCH THAT THAT'S A GOOD BALANCE TO PROTECT THE

12:08PM 24   PUBLIC'S INTEREST AND THE PRIVACY INTEREST THAT JURORS MAY

12:08PM 25   HAVE.

23

12:08PM 1 AND, OF COURSE, THAT'S SOMETHING THAT THE COURT COULD

12:08PM 2 CONSIDER AND SHOULD CONSIDER, AND IT'S SOMETHING THAT I THINK I

12:09PM 3 WILL DO IN THIS CASE.

12:09PM 4 MY INTENT IS TO HAVE THE JURORS COME IN, AND I THOUGHT I

12:09PM 5 WOULD DO THAT IN CAMERA AND HAVE THEM COME INTO MY OFFICE ONE

12:09PM 6 BY ONE, TELL THEM -- ON THE RECORD OF COURSE.  WE'LL HAVE A

12:09PM 7 COURT REPORTER HERE SO THE RECORD CAN BE KEPT FOR THEM.

12:09PM 8 AND I WOULD INTEND TO TELL THEM THE REASON THAT THEY'RE IN

12:09PM 9 IS BECAUSE OF THE MOTION MADE BY YOUR CLIENTS.  AND DO I HAVE

12:09PM 10 YOUR PERMISSION TO INFORM THE JURY OF THE NATURE OF YOUR

12:09PM 11 MOTION?

12:09PM 12 MR. ZANSBERG:  CERTAINLY.  IT'S A MATTER OF PUBLIC

12:09PM 13 RECORD.

12:09PM 14 THE COURT:  OKAY.  THANK YOU.

12:09PM 15 AND INFORM THEM OF THAT AND ASK THEM THEN IN RESPONSE

12:09PM 16 TO -- AND TELL THEM THAT I MADE A PROMISE TO THEM THAT IT WOULD

12:09PM 17 BE CONFIDENTIAL.

12:09PM 18 I WON'T SAY THIS, BUT I WON'T TELL THEM IN FOOTNOTE 8 OF

12:09PM 19 MR. ZANSBERG'S PROCEEDINGS HE WAGS HIS FINGER AT THE COURT AND

12:10PM 20 SAYS, WELL, JUDGE, YOU SHOULDN'T HAVE DONE THAT, TOO BAD FOR

12:10PM 21 YOU.  I WON'T TELL THEM THAT, MR. ZANSBERG.

12:10PM 22 BUT I WILL TELL THEM THAT THERE IS A MOTION THAT IS

12:10PM 23 PENDING BEFORE THE COURT TO RELEASE THE TRANSCRIPT, EXCUSE ME,

12:10PM 24 THE QUESTIONNAIRES, AND GAIN THEIR COMFORT LEVEL AND CONCERNS,

12:10PM 25 IF ANY, AS TO THAT INFORMATION.

24

12:10PM 1    AND I APPRECIATE YOU TELLING ME THAT YOU'RE NOT ASKING FOR

12:10PM 2    ADDRESSES.

12:10PM 3        AM I CORRECT?

12:10PM 4        MR. ZANSBERG:  MY CLIENTS ARE ASKING FOR ALL

12:10PM 5    INFORMATION -- I WILL -- I MAY END UP APPEARING BEFORE YOU

12:10PM 6    AGAIN AS THIS TRIAL PROCEEDS, AND I APOLOGIZE TO BE MY CLIENT'S

12:10PM 7    MESSENGER IN THIS REGARD, BUT MY CLIENT'S INTEREST IS TO

12:10PM 8    OBSERVE EVERY ASPECT OF THIS CRIMINAL PROCEEDING TO THE MAXIMUM

12:10PM 9    EXTENT POSSIBLE, AND UNTIL A PARTY COMES FORWARD WITH EVIDENCE

12:10PM 10   AND MAKES A SHOWING THAT ENABLES YOUR HONOR TO APPLY THE

12:10PM 11   BALANCING TEST ANNOUNCED BY THE UNITED STATES SUPREME COURT,

12:11PM 12   THEY WANT EACH AND EVERY PIECE OF INFORMATION THAT THEY CAN GET

12:11PM 13   AHOLD OF.

12:11PM 14       WHY THEY WANT IT, I CAN'T TELL YOU.  WHAT THEY INTEND TO

12:11PM 15   DO WITH IT, I CAN'T TELL YOU.

12:11PM 16       THEY WOULD JUST LIKE TO ASSERT THEIR RIGHTS JUST AS THE

12:11PM 17   DEFENDANT ASSERTS HER RIGHTS UNDER THE SIXTH AMENDMENT.

12:11PM 18       THEY ARE SURROGATES OF THE PEOPLE TRYING TO GET AS MUCH

12:11PM 19   INFORMATION AS THEY BELIEVE THEY'RE ENTITLED TO AND AS THE LAW

12:11PM 20   ENTITLES THEM TO UNTIL SOME SHOWING IS MADE THAT OVERCOMES THAT

12:11PM 21   RIGHT.

12:11PM 22       THE COURT:  WELL, I THINK -- THANK YOU.

12:11PM 23       YOU TOLD ME EARLIER THAT THEY DON'T HAVE A DESIRE TO POST

12:11PM 24   ADDRESSES, THAT THEY RECOGNIZE THE DANGER IN THAT, AND THE

12:11PM 25   DANGER IN POSING ADDRESSES COULD CAUSE TO A JUROR, BECAUSE OF

12:11PM 1    THE REASONS THAT I'VE DISCUSSED EARLIER, SOMEONE MIGHT TAKE

12:11PM 2    SOME UNTOWARD ACTION ON A JUROR BECAUSE OF THAT PERSON'S DESIRE

12:11PM 3    TO EITHER EFFECT THEIR DECISION, THAT IS, THE JUROR'S DECISION,

12:12PM 4    OR POST TRIAL AND TAKE SOME ACTION BECAUSE THEY'RE DISSATISFIED

12:12PM 5    WITH THE VERDICT IN A CASE.  THAT SOMETIMES HAPPENS, AND WE

12:12PM 6    HAVE TO BE COGNIZANT OF THAT.

12:12PM 7        AS YOU KNOW IN VOIR DIRE, AS YOU KNOW IN VOIR DIRE WE

12:12PM 8    DON'T GET THEIR ADDRESSES IN THE PUBLIC FORUM.  WE DON'T ASK

12:12PM 9    THE JURORS WHERE DO YOU LIVE?  WHAT IS YOUR ADDRESS?  THAT'S

12:12PM 10   NOT SOMETHING THAT IS PART OF THE PUBLIC INFORMATION, SO I

12:12PM 11   DON'T THINK THAT RECOGNIZING THAT AND YOUR CLIENT'S DESIRE TO

12:12PM 12   GET A FULL AND ROBUST INFORMATION, THAT'S SOMETHING THAT IS NOT

12:12PM 13   EVER, EVER INQUIRED UPON.

12:12PM 14        MR. ZANSBERG:  RIGHT.  AND IF THEY'RE NOT IN THE

12:12PM 15   QUESTIONNAIRE, THEN THEY'RE NOT SUBJECT TO THIS MOTION.  WE'RE

12:12PM 16   ONLY ASKING FOR WHATEVER INFORMATION THAT IS IN THE

12:12PM 17   QUESTIONNAIRE.  WHEN I SAY "ONLY," THAT'S WHAT MY CLIENTS ARE

12:12PM 18   ASKING FOR.

12:12PM 19        AND I WOULD POINT OUT, YOUR HONOR, THAT ASSURANCES THAT I

12:12PM 20   HAVE GIVEN ON BEHALF OF MY TEN MEMBERS OF THE MEDIA HERE, I'M

12:12PM 21   NOT COMMITTING ANY ONE BEYOND THEM TO DO THAT.

12:13PM 22        AND AS I HAVE SAID, ANYTHING AVAILABLE TO THE MEDIA

12:13PM 23   COALITION MOVANTS HERE HAS TO BE AVAILABLE TO EVERYONE ELSE IN

12:13PM 24   THE PUBLIC WHO MAY NOT BE WILLING TO MAKE THAT ASSURANCE.

12:13PM 25        SO YOUR HONOR NEEDS TO MAKE THE FINDINGS THAT RELEASING

12:13PM 1 CERTAIN INFORMATION, IF IT EXISTS IN THE QUESTIONNAIRE AND THE

12:13PM 2 ADDRESS ISN'T THERE, BUT IF THERE IS OTHER INFORMATION THAT

12:13PM 3 GIVEN OUT TO THE GENERAL PUBLIC COULD CAUSE THE TYPE OF

12:13PM 4 CONCRETE HARMS AND SUBSTANTIAL PROBABILITY OF HARM, THEN IT

12:13PM 5 WOULD BE APPROPRIATE TO WITHHOLD THAT INFORMATION AND REDACT

12:13PM 6 IT.

12:13PM 7 THE COURT: AND THANK YOU, MR. ZANSBERG.

12:13PM 8 AND IN THAT -- LET ME ASK YOU IN THAT BALANCING, IN THAT

12:13PM 9 CONSIDERATION THEN, THE COURTS THEN -- EACH CASE IS DIFFERENT.

12:13PM 10 THE CASE THAT IS BEFORE THEM AND THE COURT SHOULD CONSIDER THE

12:13PM 11 NATURE OF THE CASE I ASSUME, WHAT I HEAR YOU SAYING IS THE

12:13PM 12 COMMUNITY, THE NATURE OF THE CASE, IS IT A HIGH PUBLICITY CASE

12:14PM 13 AND WHAT DOES THAT MEAN, THE NATURE OF THE CHARGES, THE

12:14PM 14 ACCUSED, THE GOVERNMENT, ALL OF THOSE THINGS ARE PART OF THE

12:14PM 15 BALANCING PROCESS, I THINK, AND I THINK YOU WOULD AGREE WITH

12:14PM 16 THAT.

12:14PM 17 MR. ZANSBERG: YES, I DO AGREE THAT IT IS A

12:14PM 18 CASE-BY-CASE CONSIDERATION OF ALL OF THE FACTORS AND ONE OF OUR

12:14PM 19 RESPONSES TO THE GOVERNMENT'S MOTION WAS THAT ANONYMOUS JURORS,

12:14PM 20 WHICH THEY CITED TO SOME LAW REVIEW ARTICLES ABOUT USING

12:14PM 21 ANONYMOUS JURIES, WHICH IS NOT THE CASE HERE, BUT IT'S

12:14PM 22 APPROPRIATE FOR GANG CASES AND ORGANIZED CRIME CASES AND DRUG

12:14PM 23 CAR SELLS AND THINGS OF THAT SORT AND NONE OF WHICH IS AT STAKE

12:14PM 24 HERE.

12:14PM 25 THE ONLY THING I WOULD URGE THE COURT NOT TO DO IS TO

12:14PM 1    GENERALIZE BECAUSE IT'S A HIGH PROFILE CASE THAT THERE'S A

12:14PM 2    LIKELIHOOD OR, AS REQUIRED, A SUBSTANTIAL PROBABILITY OF THE

12:14PM 3    TYPES OF HARMS THAT THE GOVERNMENT IS ASSERTING AND THE ABSENCE

12:15PM 4    OF EVIDENCE TO BELIEVE THAT IS THE CASE.

12:15PM 5        YOUR HONOR POINTED TO THE FACT THAT PRESS ENTERPRISE IS AN

12:15PM 6    OLD CASE, BUT THE OTHER CASES WE HAVE CITED IN OUR BRIEF ARE

12:15PM 7    NOT.  AND THE BARRY BONDS CASE IN THIS DISTRICT WAS CONDUCTED

12:15PM 8    TEN YEARS AGO AMIDST A TREMENDOUS AMOUNT, I WOULD ARGUE,

12:15PM 9    SIGNIFICANTLY GREATER PUBLIC INTEREST AND ATTENTION GIVEN TO

12:15PM 10   THAT GREAT BASEBALL PLAYER'S PLIGHT THAN MS. HOLMES, AND YET

12:15PM 11   THAT QUESTIONNAIRE, DESPITE A PROMISE OF CONFIDENTIALITY, WAS

12:15PM 12   UNSEALED ON THE DAY THAT THE JURORS WERE CALLED TO THE JURY

12:15PM 13   BOX.

12:15PM 14       SO TIMES HAVEN'T CHANGED THAT DRAMATICALLY.  MAYBE SINCE

12:15PM 15   PRESS ENTERPRISE BUT NOT SINCE BARRY BONDS AND MORE RECENT

12:15PM 16   CASES AND THE TYPE OF GENERIC CONCERNS THAT A HIGH PROFILE CASE

12:16PM 17   THAT IS ALL THE GOVERNMENT HAS CITED TO HERE.

12:16PM 18       OTHER THAN THOSE TWO DISTINCT INSTANCES YOUR HONOR

12:16PM 19   MENTIONED AND THAT WE ADDRESSED IN OUR REPLY, DO THOSE REALLY

12:16PM 20   AMOUNT TO A SUBSTANTIAL PROBABILITY OF JURY TAMPERING?  WE

12:16PM 21   DON'T BELIEVE SO.

12:16PM 22            THE COURT:  WELL, THANK YOU.

12:16PM 23       I DO THINK THAT THINGS HAVE CHANGED IN TEN YEARS.

12:16PM 24   TEN YEARS AGO WE DID NOT HAVE SOCIAL MEDIA.  TEN YEARS AGO WE

12:16PM 25   DID NOT HAVE ALL OF THE INTERNET AS LARGE AS IT IS NOW AND ALL

12:16PM 1    OF THAT ACCESS.  IT'S A LITTLE DIFFERENT NOW.  IT DID EXIST

12:16PM 2    THEN WHEN BONDS WAS AROUND AND THE <u>BONDS</u> CASE.  SO IT'S A

12:16PM 3    LITTLE DIFFERENT, BUT NOT MUCH, BUT I HOPE YOU'LL GIVE ME THAT.

12:16PM 4        THE ELECTRONIC -- THE ABILITY TO SECURE INFORMATION AND TO

12:16PM 5    TRACK ANYONE HAS INCREASED SIGNIFICANTLY, AND THAT'S A CAUSE

12:16PM 6    FOR SECURITY CONCERNS FOR ALL OF US.  THAT ENDURES.  IT

12:16PM 7    INCREASES.  THE HACKINGS AND ALL OF THAT, THEY'RE NOT RELATED

12:17PM 8    TO TRIALS NECESSARILY, BUT I JUST POINTED OUT THE CYBER ISSUES

12:17PM 9    HAVE INCREASED DRAMATICALLY.

12:17PM 10       ALL RIGHT.  THANK YOU.  I THINK I HAVE EXHAUSTED ALL OF

12:17PM 11   THE QUESTIONS THAT I HAVE.  THE ONLY THING NEXT IS TO TELL YOU,

12:17PM 12   AS I'VE TOLD YOU, I DO THINK IT APPROPRIATE FOR THE COURT TO

12:17PM 13   ENGAGE INTERVIEWS OF THE JURORS.

12:17PM 14       AS I SAID NOW, WE'RE IN THE MIDST OF TRIAL AND THIS WILL

12:17PM 15   CAUSE A DISRUPTION TO THE TRIAL PROCESS.  I NEED TO TALK TO THE

12:17PM 16   LAWYERS REGARDING SCHEDULING, MR. ZANSBERG, TO SEE WHEN IS THE

12:17PM 17   BEST TIME, THE SOONEST TIME, THE SOONEST BEST TIME TO

12:17PM 18   ACCOMPLISH THIS.  I RECOGNIZE YOUR CLIENTS HAVE PROBABLY URGED

12:17PM 19   YOU THAT TIME IS OF THE ESSENCE FOR YOUR MOTION.  IS THAT

12:17PM 20   RIGHT?

12:17PM 21       IS THIS SOMETHING THAT CAN WAIT UNTIL THE END OF TRIAL,

12:17PM 22   MR. ZANSBERG?

12:18PM 23           MR. ZANSBERG:  WITH ALL DUE RESPECT, NO.  THE REASON

12:18PM 24   WHY I ASKED TO APPEAR EITHER IN PERSON OR -- THANK YOU AGAIN --

12:18PM 25   BY ZOOM TODAY IS BECAUSE MY CLIENTS DO WANT -- ARE EXERCISING

12:18PM 1        THE RIGHT TO CONTEMPORANEOUS ACCESS OF JUDICIAL RECORDS.

12:18PM 2                THE COURT:  ALL RIGHT.  THANK YOU.

12:18PM 3          SO I'M GOING TO -- I'LL RESPECT THAT, BUT I HOPE YOUR

12:18PM 4     CLIENTS CAN UNDERSTAND WE'RE IN THE MIDST OF TRIAL, AND I NEED

12:18PM 5     TO FIND A TIME THAT IS APPROPRIATE AND CONVENIENT TO DO SO.

12:18PM 6          I EXPECT THAT I CAN DO THIS NEXT WEEK SOME TIME.  I'LL

12:18PM 7     HAVE TO NOTIFY THE PARTIES SO THAT THEY CAN GET THEIR WITNESSES

12:18PM 8     SCHEDULED AND THOSE TYPES OF THINGS, BUT I'LL ENDEAVOR TO

12:18PM 9     ACCOMPLISH THIS NEXT WEEK.

12:18PM 10         AND WHAT I SAID I WOULD DO, MY INTENT, MR. ZANSBERG,

12:18PM 11    MS. VOLKAR, IS TO HAVE THE JURORS COME INTO MY OFFICE ONE BY

12:18PM 12    ONE.  I WILL HAVE A COURT REPORTER HERE SO IT WILL BE FULLY

12:18PM 13    TRANSCRIBED.  I MAY HAVE A LAW CLERK OR TWO JOIN ME AS WELL.

12:19PM 14         AND THE QUESTIONS THAT I INTEND TO PUT TO THEM ARE --

12:19PM 15    FIRST OF ALL, TELL THEM THE NATURE OF THE CONVERSATION, THAT

12:19PM 16    IS, I INTEND TO SPEAK WITH THEM BECAUSE OF THE MEDIA

12:19PM 17    COALITION'S MOTION TO UNSEAL A QUESTIONNAIRE THAT I HAD

12:19PM 18    PREVIOUSLY TOLD THEM THAT WOULD BE CONFIDENTIAL; AND THAT THE

12:19PM 19    MEDIA'S REQUEST IS THAT IT BE UNSEALED AND TO GET AND RECEIVE

12:19PM 20    ANY CONCERNS THAT A JUROR MAY HAVE REGARDING ANY ANSWER THAT

12:19PM 21    THEY HAVE GIVEN TO THE QUESTIONNAIRE THAT THEY FEEL MIGHT CAUSE

12:19PM 22    THEM HARM OR THAT THEY HAVE SOME PRIVACY CONCERNS.  I'LL ASK

12:19PM 23    THEM TO STATE THOSE CONCERNS SO THAT WE'LL HAVE A RECORD OF

12:19PM 24    THAT.

12:19PM 25         AND THEN THE COURT WILL TAKE FURTHER ACTION BASED ON THE

12:19PM 1      RECEIPT OF THAT INFORMATION FROM THOSE JURORS.

12:20PM 2          MS. VOLKAR?

12:20PM 3              MS. VOLKAR:  YOUR HONOR, ONE SUGGESTION.

12:20PM 4              THE COURT:  OH, DEAR, MS. VOLKAR.

12:20PM 5              MS. VOLKAR:  YOUR HONOR, I'M ALSO BY PHONE.  IF YOU

12:20PM 6      CAN HEAR ME NOW, YOUR HONOR?

12:20PM 7              THE COURT:  YES.  THANK YOU.  MUCH BETTER.

12:20PM 8              MS. VOLKAR:  ONE SUGGESTION.  WOULD IT BE POSSIBLE

12:20PM 9      TO ASK THE JURORS IF PERHAPS THEY CAN COME IN ON A NON-TRIAL

12:20PM 10     DAY, IF THAT WOULD NOT BE TOO DISRUPTIVE TO THEIR SCHEDULE, IF

12:20PM 11     IT WERE JUST ONE WEEK RATHER THAN EVERY WEEK, TO COME IN ON A

12:20PM 12     MONDAY OR A THURSDAY, JUST KNOWING THAT NEXT WEEK IS A SHORT

12:20PM 13     WORK AND ALSO THAT IT MAY HELP CONTINUE TO MOVE THE TRIAL ALONG

12:20PM 14     IN AN EFFICIENT MANNER?

12:20PM 15         ANOTHER SUGGESTION IS PERHAPS HAVING CERTAIN JURORS COME

12:20PM 16     IN AT 8:30 A.M. ON -- I IMAGINE YOU CAN'T GET ALL OF THE JURORS

12:20PM 17     DONE IN A 30 MINUTE WINDOW, BUT PERHAPS ONE TRANCHE ON ONE DAY

12:21PM 18     AND ANOTHER TRANCHE ON ANOTHER DAY.  AND, OF COURSE, WE'LL DO

12:21PM 19     WHATEVER THE COURT THINKS IS BEST, BUT I DID WANT TO ASK IF

12:21PM 20     THOSE MIGHT BE ALTERNATIVES FOR SCHEDULING.

12:21PM 21             THE COURT:  MR. ZANSBERG?

12:21PM 22             MR. ZANSBERG:  ALSO IN THE INTEREST OF TRYING TO

12:21PM 23     MINIMIZE THE DISRUPTION AS YOUR HONOR HAS SUGGESTED, ANOTHER

12:21PM 24     SUGGESTION WOULD BE AT THE START OF ANOTHER DAY'S TRIAL

12:21PM 25     PROCEEDING FOR YOUR HONOR IN OPEN COURT TO ADVISE THE JUROR

12:21PM 1    EN MASS THAT A MOTION HAS BEEN FILED TO SEEK UNSEALING OF THEIR

12:21PM 2    QUESTIONNAIRES; THAT YOU INTEND TO ALLOW THEM TO SPEAK WITH YOU

12:21PM 3    INDIVIDUALLY IN PRIVATE SHOULD THEY INDICATE IN WRITING ANY

12:21PM 4    PARTICULAR QUESTION ON THEIR QUESTIONNAIRE THAT THEY WOULD

12:21PM 5    PREFER NOT TO HAVE DISCLOSED; AND TO GIVE THEM A NIGHT TO TAKE

12:21PM 6    HOME THEIR QUESTIONNAIRES AND SUBMIT THEM TO YOU SO THAT YOU

12:22PM 7    COULD THEN THE NEXT DAY DECIDE HOW MANY SUCH INDIVIDUAL

12:22PM 8    IN-CHAMBERS MEETINGS, IF ANY, NEED TO OCCUR.

12:22PM 9         THE COURT:  WELL, THOSE ARE BOTH GOOD SUGGESTIONS.

12:22PM 10    THANK YOU.  I APPRECIATE THEM.  I'LL LOOK AND SEE WHAT BEST WE

12:22PM 11    CAN DO.

12:22PM 12    I DID THINK, MS. VOLKAR, ABOUT BRINGING THEM IN ON A

12:22PM 13    NON-COURT DAY.

12:22PM 14    MY SENSE IS THAT IF I SPEND FIVE MINUTES WITH EACH JUROR,

12:22PM 15    I DON'T THINK IT WOULD TAKE LONGER THAN FIVE MINUTES, THAT

12:22PM 16    WOULD STILL OCCUPY ABOUT AN HOUR, PERHAPS 90 MINUTES

12:22PM 17    NONETHELESS, AND IF I CAN BRING THEM IN EARLY ONE MORNING.  I

12:22PM 18    KNOW ONE JUROR I THINK HAS CHILD CARE ISSUES SO SHE CAN'T.  SO

12:22PM 19    WE MIGHT END EARLY AND KEEP SOME FOLKS AFTER TO ACCOMPLISH THAT

12:22PM 20    AS WELL.

12:22PM 21    BUT I THINK WE CAN ADJUST THE SCHEDULE TO ACCOMPLISH THAT.

12:22PM 22    AND MR. ZANSBERG'S THOUGHT ABOUT ADVISING THE JURY IN ADVANCE

12:23PM 23    OF WHAT THE COURT INTENDS TO DO MIGHT BE WISE JUST TO GIVE THEM

12:23PM 24    OVERNIGHT THOUGHT TO THINK ABOUT WHAT IT IS THEY MIGHT HAVE IN

12:23PM 25    RESPONSE TO THE QUESTIONS.

12:23PM 1      I DON'T BELIEVE THAT THEY HAVE PHYSICAL POSSESSION OF THE

12:23PM 2   QUESTIONNAIRES.  SO THEY SHOULD HAVE AN OPPORTUNITY TO BE

12:23PM 3   PROVIDED THEIR QUESTIONNAIRES AGAIN SO THAT THEY COULD REVIEW

12:23PM 4   IT RATHER THAN HAVE ME HAND IT TO THEM IN CHAMBERS AND WAIT AND

12:23PM 5   THEY WILL BE VERY UNCOMFORTABLE AS THEY FLIP THROUGH IT SITTING

12:23PM 6   IN THAT MANNER.

12:23PM 7      SO I DO THINK THAT I'LL HAVE TO GET THEM TO THEM IN

12:23PM 8   ADVANCE OF THAT AND THAT'S SOMETHING THAT I WOULD LIKE TO DO, I

12:23PM 9   PREFER TO DO IN THE COURTROOM SETTING HERE.

12:23PM 10     SO WE'LL DO THE LOGISTICS OF IT.  I HOPE TO GET IT DONE

12:23PM 11  NEXT WEEK, MR. ZANSBERG.  I HOPE YOU CAN ADVISE YOUR CLIENTS TO

12:23PM 12  PLEASE SIT ON THEIR HANDS A LITTLE BIT AND WAIT.

12:24PM 13     I'M OCCUPIED WITH ALL OF THESE GOOD LAWYERS WITH THE TRIAL

12:24PM 14  ITSELF AND THAT CREATES SOME CONCERNS FOR THE COURT.

12:24PM 15     I'M ALSO OCCUPIED, MR. ZANSBERG, WITH GIVING YOUR CLIENTS

12:24PM 16  INFORMATION, NOT JUST YOUR CLIENTS BUT THE PUBLIC OTHER

12:24PM 17  INFORMATION THAT WE CONTINUE TO RELEASE AND WE DID SO THIS WEEK

12:24PM 18  I THINK.

12:24PM 19          MR. ZANSBERG:  THANK YOU FOR THAT, YOUR HONOR.

12:24PM 20          THE COURT:  YOU'RE WELCOME.  THERE'S A LOT OF BALLS

12:24PM 21  TO BE JUGGLED IN THIS SO I HOPE YOUR CLIENTS RESPECT THAT AND

12:24PM 22  UNDERSTAND THAT AT LEAST.

12:24PM 23     LET ME CALL ON THE PARTIES.  ANYTHING FURTHER THEN FROM

12:24PM 24  YOU, MR. ZANSBERG?

12:24PM 25          MR. ZANSBERG:  NOTHING.  THANK YOU FOR TAKING THE

12:24PM 1    TIME.

12:24PM 2              THE COURT:  YOU'RE WELCOME.

12:24PM 3         MR. CLINE, ANYTHING YOU'D LIKE TO OPINE ON?

12:24PM 4              MR. CLINE:  NO.  THANK YOU.

12:24PM 5              THE COURT:  MS. VOLKAR, ANYTHING ELSE YOU WOULD LIKE

12:24PM 6    TO SHARE?

12:24PM 7              MS. VOLKAR:  NOTHING FURTHER FROM THE GOVERNMENT.

12:24PM 8    THANK YOU FOR YOUR PATIENCE WITH THE TECHNICAL ISSUES DURING

12:24PM 9    THIS HEARING, I REALLY APPRECIATE IT.

12:24PM 10             THE COURT:  NO, NOT AT ALL.  THANK YOU.  I

12:25PM 11   APPRECIATE IT.

12:25PM 12        AND, MS. VOLKAR, I KNOW AT SOME POINT IN TIME MR. SCHENK

12:25PM 13   IS GOING TO GIVE UP HIS SEAT AND ALLOW YOU TO SIT AT THE

12:25PM 14   COUNSEL TABLE, SO WE LOOK FORWARD TO SEEING YOU THERE.

12:25PM 15        SORRY, JEFF, I JUST WANTED TO PICK ON YOU.

12:25PM 16        ALL RIGHT.  THANKS EVERYONE.  BE SAFE.  BE WELL.  WE'LL

12:25PM 17   SEE YOU ALL SOON.  THANK YOU.

12:25PM 18        FOR PURPOSES OF THE MOTION, MR. ZANSBERG, IT'S UNDER

12:25PM 19   SUBMISSION PENDING THE COURT'S INTERVIEW OF THE JURORS AND THEN

12:25PM 20   FURTHER ACTION.

12:25PM 21        ALL RIGHT.  THANK YOU.

12:25PM 22        AND, MR. ZANSBERG, ARE YOU SURE YOU DON'T WANT TO MARK

12:25PM 23   THAT FACE MASK AS AN EXHIBIT IN THIS CASE AND MAKE IT PART OF

12:25PM 24   THE RECORD?

12:25PM 25             MR. ZANSBERG:  I'M GOING TO SAVE THAT FOR THE NEXT

12:25PM 1    HEARING, YOUR HONOR.

12:25PM 2              THE COURT:  ALL RIGHT.  FAIR ENOUGH.  ALL RIGHT.

12:25PM 3    TAKE CARE.  SEE YOU EVERYONE.

12:25PM 4         (COURT CONCLUDED AT 12:25 P.M.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                     CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074

17

18
                 DATED:  OCTOBER 4, 2021
19

20

21

22

23

24

25

UNITED STATES COURT REPORTERS

**ER-6125**

1

2                      UNITED STATES DISTRICT COURT

3                     NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5

   UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                    )
                    PLAINTIFF,       )   SAN JOSE, CALIFORNIA
7                                    )
             VS.                     )   VOLUME 14
8                                    )
   ELIZABETH A. HOLMES,              )   OCTOBER 1, 2021
9                                    )
                    DEFENDANT.       )   PAGES 2382 - 2543
10   _____)

11                   TRANSCRIPT OF TRIAL PROCEEDINGS

12             BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14
     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                          BY:  JOHN C. BOSTIC
                                 JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20       (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
23                          LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
24
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25               TRANSCRIPT PRODUCED WITH COMPUTER

```
 1         A P P E A R A N C E S: (CONT'D)

 2

 3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
 4                                  LANCE A. WADE
                                    KATHERINE TREFZ
 5                                  ANDREW LEMENS
                                    PATRICK LOOBY
 6                             725 TWELFTH STREET, N.W.
                               WASHINGTON, D.C. 20005
 7
                               LAW OFFICE OF JOHN D. CLINE
 8                             BY:  JOHN D. CLINE
                               ONE EMBARCADERO CENTER, SUITE 500
 9                             SAN FRANCISCO, CALIFORNIA 94111

10
      ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
11                            BY:  ADELAIDA HERNANDEZ

12                            OFFICE OF THE U.S. ATTORNEY
                              BY:  LAKISHA HOLLIMAN, PARALEGAL
13                                 MADDI WACHS, PARALEGAL

14                            WILLIAMS & CONNOLLY
                              BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
15
                              TBC
16                            BY:  BRIAN BENNETT, TECHNICIAN

17

18

19

20

21

22

23

24

25
```

1

2                          INDEX OF PROCEEDINGS

3        GOVERNMENT'S:

4        **ADAM ROSENDORFF**
         CROSS-EXAM BY MR. WADE (RES.)              P. 2387
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2385

INDEX OF EXHIBITS

|  | IDENT. | EVIDENCE |
|---|---|---|
| GOVERNMENT'S: | | |
| 1589 | | 2401 |
| 3526 | | 2414 |
| 3477 | | 2421 |
| 2099 | | 2477 |
| 392 | | 2529 |
| | | |
| DEFENDANT'S: | | |
| 9939 | | 2393 |
| 12582 | | 2409 |
| 13750 | | 2419 |
| 12593 | | 2430 |
| 13921 | | 2434 |
| 7440 | | 2435 |
| 12846 | | 2443 |
| 13922 | | 2450 |
| 12793 | | 2451 |
| 7482 | | 2455 |
| 7494 | | 2469 |
| 13923 | | 2471 |
| 12839 | | 2476 |
| 13863 CONDITIONALLY | | 2493 |
| 13862 CONDITIONALLY | | 2496 |
| 13864 | | 2497 |
| 12656 | | 2501 |
| 13875 | | 2507 |
| 12660 | | 2509 |
| 13876 | | 2511 |
| 13877 | | 2515 |
| 13878 | | 2515 |
| 13881 | | 2521 |
| 7462 | | 2535 |

|     |     |
| --- | --- |
| | 1 | SAN JOSE, CALIFORNIA                          OCTOBER 1, 2021 |
| | 2 |                    P R O C E E D I N G S |
| 09:01AM | 3 |         (COURT CONVENED AT 9:01 A.M.) |
| 09:01AM | 4 |         (JURY IN AT 9:01 A.M.) |
| 09:01AM | 5 |             THE COURT:  WE'RE BACK ON THE RECORD IN |
| 09:01AM | 6 | UNITED STATES VERSUS HOLMES.  ALL COUNSEL ARE PRESENT. |
| 09:01AM | 7 | MS. HOLMES IS PRESENT. |
| 09:01AM | 8 |         OUR JURY AND ALTERNATES ARE PRESENT.  GOOD MORNING. |
| 09:01AM | 9 |         THE WITNESS IS ON THE STAND.  GOOD MORNING, DOCTOR. |
| 09:01AM | 10 |             THE WITNESS:  GOOD MORNING. |
| 09:01AM | 11 |             THE COURT:  BEFORE WE BEGIN, LADIES AND GENTLEMEN OF |
| 09:01AM | 12 | THE JURY, LET ME ASK YOU THAT QUESTION AGAIN, AND THANK YOU FOR |
| 09:01AM | 13 | YOUR PATIENCE. |
| 09:01AM | 14 |         DURING OUR BREAK I'M CURIOUS TO KNOW WHETHER ANY OF YOU |
| 09:01AM | 15 | WERE SUBJECT TO OR HAVE HAD CAUSE TO HEAR, LISTEN TO, VIEW, |
| 09:01AM | 16 | HEAR, READ, OR HAVE COMMUNICATION IN ANY WAY ABOUT ANY MATTER |
| 09:01AM | 17 | OR ISSUE INVOLVING THIS CASE? |
| 09:01AM | 18 |         AGAIN, IF ANYONE WISHES TO SPEAK PRIVATELY, PLEASE LET ME |
| 09:01AM | 19 | KNOW THAT. |
| 09:01AM | 20 |         IF ANYONE HAS HAD OCCASION TO RECEIVE INFORMATION ABOUT |
| 09:01AM | 21 | THIS CASE, PLEASE RAISE YOUR HAND NOW. |
| 09:02AM | 22 |         I SEE NO HANDS.  THANK YOU. |
| 09:02AM | 23 |         BEFORE WE RESUME OUR EXAMINATION, I JUST WANT TO REVIEW |
| 09:02AM | 24 | OUR SCHEDULE FOR NEXT WEEK, LADIES AND GENTLEMEN. |
| 09:02AM | 25 |         LADIES AND GENTLEMEN, NEXT WEEK WE'RE GOING TO HAVE A LONG |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2387

```
09:02AM   1    WEEKEND.  WE WILL NOT BE IN SESSION THURSDAY THE 7TH NOR WILL

09:02AM   2    WE BE IN SESSION FRIDAY THE 8TH.  THE 11TH IS A HOLIDAY, SO WE

09:02AM   3    WILL NOT BE IN SESSION ON MONDAY THE 11TH.

09:02AM   4         WE WILL RESUME THE TRIAL ON THE 12TH, THE 12TH OF OCTOBER.

09:02AM   5    I JUST SHARE THAT WITH YOU AND COUNSEL FOR YOUR INFORMATION.

09:02AM   6         AND WE'RE IN OCTOBER ALREADY, AREN'T WE?  MY GOODNESS.

09:02AM   7         THE WITNESS IS ON THE STAND.  YOU'RE STILL UNDER OATH,

09:02AM   8    SIR.

09:02AM   9         (GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS PREVIOUSLY

09:02AM  10    SWORN.)

09:02AM  11              THE COURT:  DID YOU HAVE A FEW MORE QUESTIONS,

09:02AM  12    MR. WADE?

09:02AM  13              MR. WADE:  I DO, YOUR HONOR.

09:02AM  14                   CROSS-EXAMINATION (RESUMED)

09:02AM  15    BY MR. WADE:

09:03AM  16    Q.  GOOD MORNING, DR. ROSENDORFF.

09:03AM  17    A.  GOOD MORNING.

09:03AM  18    Q.  I'D LIKE TO JUST RESET THE TABLE WHERE WE ENDED UP LAST

09:03AM  19    WEEK OR THE LAST SESSION IF THAT'S OKAY?

09:03AM  20    A.  SURE.

09:03AM  21    Q.  WE WERE TALKING ABOUT PROFICIENCY TESTING.

09:03AM  22         DO YOU RECALL THAT?

09:03AM  23    A.  YES.

09:03AM  24    Q.  AND PROFICIENCY TESTING IS A PERIODIC PROCESS TO CHECK THE

09:03AM  25    ACCURACY AND PRECISION OF TESTS IN A CLINICAL LABORATORY;
```

ROSENDORFF CROSS BY MR. WADE (RES.)                              2388

09:03AM   1      CORRECT?

09:03AM   2      A.   CORRECT.

09:03AM   3      Q.   AND IN STANDARD PROFICIENCY TESTING THE LAB RECEIVES

09:03AM   4      SAMPLES FROM AN OUTSIDE AGENCY; RIGHT?

09:03AM   5      A.   CORRECT.

09:03AM   6      Q.   AND THEY'RE NOT PATIENT SAMPLES?

09:03AM   7      A.   CORRECT.

09:03AM   8      Q.   THEY'RE SYNTHETIC?

09:03AM   9      A.   CORRECT.

09:03AM   10     Q.   ARTIFICIAL?

09:03AM   11     A.   CORRECT.

09:03AM   12     Q.   AND THEY HAVE PRESERVATIVES AND BUFFERS AND SPECIAL

09:03AM   13     PROTEINS; CORRECT?

09:03AM   14     A.   CORRECT.

09:03AM   15     Q.   AND FOR THERANOS'S PROPRIETARY TESTS, IT WAS APPROPRIATE

09:03AM   16     TO USE AN ALTERNATIVE ASSESSMENT OF PROFICIENCY, OR AAP,

09:04AM   17     PROGRAM THAT THERANOS DEVELOPED INTERNALLY; CORRECT?

09:04AM   18     A.   I CAN'T ANSWER THAT YES OR NO.

09:04AM   19     Q.   OKAY.  WELL, YOU RECALL THE LAST SESSION THAT WE WERE

09:04AM   20     TALKING ABOUT AAP; CORRECT?

09:04AM   21     A.   YES.

09:04AM   22     Q.   AND WE WERE LOOKING AT SOME EMAILS WITH YOU AND MR. YOUNG,

09:04AM   23     DR. YOUNG.

09:04AM   24          DO YOU RECALL THAT?

09:04AM   25     A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                          2389

09:04AM   1    Q.   AND IT WAS THE AAP PROGRAM THAT THE COMPANY PUT THAT

09:04AM   2    POLICY IN PLACE WITH RESPECT TO THE EDISON ASSAYS.

09:04AM   3        DO YOU RECALL THAT?

09:04AM   4    A.   I WROTE AN SOP FOR AAP.  DANIEL WROTE AN EMAIL WITH

09:04AM   5    SUGGESTIONS AS TO HOW THAT WOULD HAPPEN.

09:04AM   6        THE ACTUAL IMPLEMENTATION WAS STILL BEING DISCUSSED AT THE

09:04AM   7    TIME WHEN DANIEL SENT HIS EMAIL.

09:05AM   8    Q.   AND WE'LL COME BACK THERE IN ONE SECOND.  BUT UNDER THE

09:05AM   9    CLIA REGULATIONS, THE LAB IS NOT REQUIRED TO DO PROFICIENCY

09:05AM  10    TESTING ON EVERY TESTING METHOD IT HAS AVAILABLE TO IT;

09:05AM  11    CORRECT?

09:05AM  12    A.   UM, UNDER CLIA THERE ARE WHAT ARE CALLED CMS REGULATED

09:05AM  13    ANALYTES AND CMS LISTS THOSE ANALYTES IN THE CODE OF FEDERAL

09:05AM  14    REGULATIONS.  THOSE ARE THE ANALYTES FOR WHICH PROFICIENCY

09:05AM  15    TESTING IS REQUIRED BY LAW AND THE AGENCIES THAT YOU HAD

09:05AM  16    MENTIONED WOULD REPORT ANY FAILURES TO CMS WITH REGARDS TO

09:05AM  17    THOSE ANALYTES.

09:05AM  18    Q.   RIGHT.  BUT AND MY POINT IS THAT YOU ONLY HAVE TO DO

09:05AM  19    PROFICIENCY TESTING IF THE TESTING METHOD IS YOUR PRIMARY

09:05AM  20    METHOD; CORRECT?

09:05AM  21    A.   CORRECT.

09:05AM  22    Q.   NOW, YOU MENTIONED SOME OF YOUR DISCUSSIONS IN THE EMAILS

09:06AM  23    WITH DR. YOUNG.  LET'S GO BACK AND MAKE SURE WE'RE ON THE SAME

09:06AM  24    PAGE THERE.

09:06AM  25        IF YOU COULD PULL UP EXHIBIT 4044, OR WE'LL PULL IT UP ON

| | | |
|---|---|---|
| 09:06AM | 1 | THE SCREEN.  IT'S IN EVIDENCE. |
| 09:06AM | 2 | I BELIEVE IT'S ON YOUR SCREEN, DOCTOR, IF THAT'S EASIER. |
| 09:06AM | 3 | A.  OKAY. |
| 09:06AM | 4 | Q.  AND DO YOU RECALL THIS EMAIL? |
| 09:06AM | 5 | A.  YES.  YES, I DO. |
| 09:06AM | 6 | Q.  AND THIS IS AN EMAIL THAT YOU SENT -- |
| 09:06AM | 7 | THE CLERK:  IS IT ON THERE? |
| 09:06AM | 8 | JUROR:  OKAY. |
| 09:06AM | 9 | THE CLERK:  YES? |
| 09:06AM | 10 | JUROR:  NOW IT'S OKAY. |
| 09:06AM | 11 | BY MR. WADE: |
| 09:06AM | 12 | Q.  OKAY.  NOW OUR JURY IS ABLE TO SEE IT. |
| 09:06AM | 13 | ARE YOU ABLE TO SEE IT, DOCTOR? |
| 09:06AM | 14 | A.  YES. |
| 09:06AM | 15 | Q.  AND THIS IS AN EMAIL THAT YOU SENT IN PREPARATION FOR THE |
| 09:06AM | 16 | DECEMBER 2013 INSPECTION; CORRECT? |
| 09:06AM | 17 | A.  CORRECT. |
| 09:06AM | 18 | Q.  AND YOU SENT THAT TO MS. HOLMES, DR. YOUNG, MR. BALWANI, |
| 09:06AM | 19 | AND OTHERS; CORRECT? |
| 09:07AM | 20 | A.  CORRECT. |
| 09:07AM | 21 | Q.  AND YOU SEE IN THAT EMAIL THERE'S A HEADING FOR |
| 09:07AM | 22 | PROFICIENCY TESTING? |
| 09:07AM | 23 | A.  YES. |
| 09:07AM | 24 | Q.  AND THIS EMAIL IS ON NOVEMBER 26TH, 2013; CORRECT? |
| 09:07AM | 25 | A.  YES. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2391

09:07AM   1    Q.   OKAY.  LET'S GO -- AND YOU INDICATED THAT YOU WERE WORKING

09:07AM   2    WITH DR. YOUNG TO PREPARE AN SOP REGARDING THE PROFICIENCY

09:07AM   3    TESTING PROGRAM --

09:07AM   4    A.   YES.

09:07AM   5    Q.   -- FOR THERANOS'S LDT SPECIFICALLY; CORRECT?

09:07AM   6    A.   CORRECT.

09:07AM   7    Q.   AND LET'S GO TO EXHIBIT 1580, WHICH IS ALSO IN EVIDENCE.

09:08AM   8         IF WE CAN GO TO PAGES 4 AND 5 AND JUST BLOW UP THE TOP TWO

09:08AM   9    EMAILS.

09:08AM   10        ACTUALLY, YOU KNOW WHAT, DOCTOR, YOU RECALL THERE WAS SOME

09:08AM   11   CONFUSION IN CONNECTION WITH IN THIS EMAIL CHAIN IN YOUR LAST

09:08AM   12   TESTIMONY?

09:08AM   13        DO YOU RECALL THAT?

09:08AM   14   A.   YES.

09:08AM   15   Q.   AND IF WE CAN PULL UP EXHIBIT 12478.  THAT MIGHT BE

09:08AM   16   EASIER.

09:08AM   17        DO YOU HAVE THAT IN FRONT OF YOU?  I'M SORRY, THAT'S NOT

09:08AM   18   IN EVIDENCE YET, ALTHOUGH THE EMAIL CHAIN IS IN EVIDENCE.

09:08AM   19        DO YOU HAVE THAT IN FRONT OF YOU?

09:08AM   20   A.   THE SCREEN IS BLANK RIGHT NOW.

09:08AM   21   Q.   IF YOU LOOK IN YOUR BINDER, VOLUME 2, I BELIEVE YOU'LL

09:08AM   22   FIND EXHIBIT 12478.

09:08AM   23        AND WE PUT A POST-IT NOTE ON TOP OF EACH OF YOUR BINDERS,

09:09AM   24   DOCTOR, SO YOU CAN SEE THE NUMERICAL RANGE TO TRY AND MAKE IT

09:09AM   25   EASIER FOR YOU.  OKAY?

ROSENDORFF CROSS BY MR. WADE (RES.)                            2392

09:09AM  1    A.   THANK YOU.  I HAVE IT.

09:09AM  2    Q.   OKAY.  DO YOU RECOGNIZE THIS TO BE A SUB EMAIL THAT WAS

09:09AM  3    WITHIN EXHIBIT 1580, PART OF THAT EMAIL CHAIN?

09:09AM  4    A.   YES.

09:09AM  5              MR. WADE:  OKAY.  I MOVE THE ADMISSION OF

09:09AM  6    EXHIBIT 12478.

09:09AM  7              MR. BOSTIC:  NO OBJECTION.

09:09AM  8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:09AM  9         (DEFENDANT'S EXHIBIT 12478 WAS RECEIVED IN EVIDENCE.)

09:09AM  10   BY MR. WADE:

09:09AM  11   Q.   AND THIS IS THE EMAIL, IF WE LOOK AT THE BOTTOM EMAIL

09:09AM  12   FIRST, THIS IS ON NOVEMBER 26TH, 2013; CORRECT?

09:09AM  13   A.   YES.

09:09AM  14   Q.   AND THAT'S THAT SAME DAY OF THAT PAST AGENDA EMAIL

09:09AM  15   REGARDING PREPARATIONS FOR THE INSPECTION; CORRECT?

09:09AM  16   A.   YES.

09:09AM  17   Q.   AND IT LOOKS LIKE YOU AND DANIEL IMMEDIATELY WENT TO WORK

09:10AM  18   ON PREPARING THAT SOP; CORRECT?

09:10AM  19   A.   DANIEL IS PROVIDING HIS SUGGESTIONS FOR WHAT THE SOP WOULD

09:10AM  20   LOOK LIKE AND VARIOUS ALTERNATIVES.

09:10AM  21   Q.   AND HE'S PROVIDING THEM TO YOU AND COPYING MS. HOLMES AND

09:10AM  22   MR. BALWANI; CORRECT?

09:10AM  23   A.   YES.

09:10AM  24   Q.   OKAY.  LET'S GO UP THE TOP, TO THE TOP EMAIL.

09:10AM  25        AND THEN THERE THE NEXT DAY, OR MAYBE IT'S THE, MAYBE IT'S

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2393

09:10AM  1      THE SAME DAY IF WE HAVE THIS GREENWICH MEAN TIME ISSUE.  YOU

09:10AM  2      RESPOND AND SAY, "THANKS, I'LL WRITE UP THE SOP AND INCORPORATE

09:10AM  3      WHAT WE HAVE DISCUSSED."

09:10AM  4           RIGHT?

09:10AM  5      A.   CORRECT.

09:10AM  6      Q.   AND YOU INCLUDE MR. BALWANI AND MS. HOLMES ON THAT EMAIL?

09:10AM  7      A.   CORRECT.

09:10AM  8      Q.   LET'S GO TO EXHIBIT 9939, WHICH IS NOT YET IN EVIDENCE.

09:11AM  9      IT SHOULD BE IN YOUR BINDER.

09:11AM  10     A.   I HAVE IT.

09:11AM  11     Q.   AND DO YOU RECOGNIZE THIS TO BE THE SOP THAT WAS CREATED

09:11AM  12     FOR PROFICIENCY TESTING FOR THERANOS LAB DEVELOPED TESTS ON THE

09:11AM  13     EDISON 3.5?

09:11AM  14     A.   YES.

09:11AM  15               MR. WADE:  MOVE THE ADMISSION OF EXHIBIT 9939.

09:11AM  16               MR. BOSTIC:  NO OBJECTION.

09:11AM  17               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:11AM  18          (DEFENDANT'S EXHIBIT 9939 WAS RECEIVED IN EVIDENCE.)

09:11AM  19     BY MR. WADE:

09:11AM  20     Q.   IF WE CAN BLOW UP THE TOP HALF.

09:11AM  21          DO YOU SEE IN THE UPPER RIGHT-HAND CORNER THERE IT SAYS

09:12AM  22     THE EFFECTIVE DATE IS NOVEMBER 26TH, 2013?

09:12AM  23     A.   YES.

09:12AM  24     Q.   AND THAT WAS THE DATE OF THOSE EMAILS?

09:12AM  25     A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2394

09:12AM   1    Q.   AND THAT'S YOUR SIGNATURE THERE ON DECEMBER 2ND, 2013?

09:12AM   2    A.   YES.  BUT IT'S -- IT APPEARS THAT IT WAS SIGNED SOME TIME

09:12AM   3    AFTER NOVEMBER 22ND -- ON DECEMBER 2ND.

09:12AM   4    Q.   IT LOOKS LIKE IT WAS SIGNED WITHIN A WEEK OR SO; CORRECT?

09:12AM   5    A.   CORRECT.

09:12AM   6    Q.   AND IN ANY EVENT, WHENEVER IT WAS EFFECTIVE OR WHENEVER IT

09:12AM   7    WAS SIGNED, WITHIN A WEEK YOU HAD FOLLOWED THROUGH ON THAT

09:12AM   8    COMMITMENT THAT YOU HAD MADE TO MS. HOLMES AND MR. BALWANI AND

09:12AM   9    YOU HAD PREPARED THE SOP; CORRECT?

09:12AM   10   A.   YES.

09:12AM   11   Q.   LET'S TAKE A LOOK AT THIS SOP.

09:12AM   12        LET'S GO TO THE THIRD PAGE AND BLOW UP THE TOP UNDER THE

09:12AM   13   PURPOSE.

09:12AM   14        AND THIS NOTES, "THE PURPOSE OF THIS PROPOSAL IS TO DEVISE

09:13AM   15   AN ALTERNATIVE ASSESSMENT PROTOCOL (AAP) FOR THE LAB DEVELOPED

09:13AM   16   TESTS ON THE EDISON 3.5 IMMUNOASSAY INSTRUMENT."

09:13AM   17        CORRECT?

09:13AM   18   A.   YOU READ THIS SENTENCE CORRECTLY.

09:13AM   19   Q.   AND THAT WAS THE PURPOSE FOR WHICH THIS POLICY WAS

09:13AM   20   PREPARED, CORRECT, SIR?

09:13AM   21   A.   YES.

09:13AM   22   Q.   AND UNDER THE SCOPE YOU NOTE THAT THIS APPLIES TO ALL OF

09:13AM   23   THE IMMUNOASSAY THAT ARE TO BE ON THE 3.5; CORRECT?

09:13AM   24   A.   YES.

09:13AM   25   Q.   AND YOU REFERENCE AT THE TIME THAT THERE WERE FOUR

09:13AM  1    IMMUNOASSAYS OFFERED; CORRECT?

09:13AM  2    A.   YES.

09:13AM  3    Q.   AND YOU NOTE THAT THE AAP SHOULD BE CONDUCTED MINIMALLY

09:14AM  4    EVERY SIX MONTHS; CORRECT?

09:14AM  5    A.   YES.

09:14AM  6    Q.   AND LET'S GO DOWN TO THE THIRD SECTION.  THIS IS ENTITLED

09:14AM  7    RESPONSIBILITIES?

09:14AM  8    A.   YES.

09:14AM  9    Q.   AND IT SAYS, "IT IS THE RESPONSIBILITY OF THE TECHNICAL

09:14AM  10   SUPERVISOR TO ENSURE THAT THE AAP IS CONDUCTED AT LEAST TWICE A

09:14AM  11   YEAR FOR ALL FOUR ANALYTES."

09:14AM  12        CORRECT?

09:14AM  13   A.   YES.

09:14AM  14   Q.   AND WHO WAS THE TECHNICAL SUPERVISOR DURING THIS TIME

09:14AM  15   PERIOD, SIR?

09:14AM  16   A.   I BELIEVE IT WAS HODA ALAMDAR.

09:14AM  17   Q.   AND I BELIEVE THERE WAS A COUPLE DAYS AGO SOME TESTIMONY

09:14AM  18   THAT MAYBE YOU SERVED IN THIS ROLE DURING THAT TIME PERIOD.

09:14AM  19        DO YOU THINK NOW IT WAS HODA?

09:14AM  20   A.   I WOULD HAVE TO LOOK AT CMS FORM 209 TO VERIFY WHAT THE

09:14AM  21   POSITIONS WERE ON THE ROSTER AT THAT TIME.

09:14AM  22   Q.   IN ANY EVENT, WHETHER IT WAS YOU OR HODA, YOU, OF COURSE,

09:14AM  23   HAD THE ULTIMATE RESPONSIBILITY OVER AAP; CORRECT?

09:15AM  24   A.   YES.

09:15AM  25   Q.   LET'S GO DOWN TO THE BOTTOM OF THAT SECTION.

ROSENDORFF CROSS BY MR. WADE (RES.)                          2396

09:15AM    1           DO YOU SEE WHERE IT SAYS, "THE LABORATORY TECHNICAL

09:15AM    2    SUPERVISOR IS RESPONSIBLE FOR THE FOLLOWING," AND THEN IT LAYS

09:15AM    3    OUT, "TO MAKE SURE THAT THE SAMPLES ARE IDENTIFIED, AND TO

09:15AM    4    ENSURE THAT OVER A 12 MONTH CYCLE, SAMPLES REPRESENTING THE

09:15AM    5    ENTIRE RANGE," AND THEN WE GO ON TO THE NEXT PAGE, "OF ASSAY

09:15AM    6    ARE SELECTED AND SUBMITTED FOR THE TESTING."

09:15AM    7           DO YOU SEE THAT?

09:15AM    8    A.   YES.

09:15AM    9    Q.   AND THAT'S WHERE WE TALKED ABOUT THAT YOU NEEDED TO MAKE

09:15AM   10    SURE THAT YOU HAD TESTS IN THE MIDDLE AND THE UPPER AND LOWER

09:15AM   11    LIMITS TO MAKE SURE THAT THE DEVICE COULD PICK UP ALL OF THOSE

09:15AM   12    RANGES; CORRECT?

09:15AM   13    A.   NO.  THE RANGE OF VALUES IN A PROFICIENCY CHALLENGE NEED

09:16AM   14    NOT BE AT THE LLOQ OR ULOQ.  THEY SHOULD INCLUDE BOTH NORMAL

09:16AM   15    AND PATHOLOGICAL VALUES.

09:16AM   16    Q.   OKAY.  AND YOU WERE COMFORTABLE IN THAT APPROACH IN THIS

09:16AM   17    POLICY?

09:16AM   18    A.   YES.

09:16AM   19    Q.   LET'S GO TO 3.4.  DO YOU SEE THERE IT SAYS, "THE

09:16AM   20    LABORATORY DIRECTOR IS RESPONSIBLE FOR THE FOLLOWING:

09:16AM   21    REVIEWING AND APPROVING EACH PT TESTING EVENTS DOCUMENTATION."

09:16AM   22           DO YOU SEE THAT?

09:16AM   23    A.   YES.

09:16AM   24    Q.   AND YOU AGREED WITH THAT AT THE TIME THAT YOU SIGNED THIS

09:16AM   25    DOCUMENT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2397

09:16AM   1    A.   YES.

09:16AM   2    Q.   LET'S GO OVER TO NUMBER 4.  THAT SETS FORTH THE

09:16AM   3    PROCEDURES; CORRECT?

09:16AM   4    A.   CORRECT.

09:16AM   5    Q.   AND I DON'T WANT TO GO THROUGH EVERY STEP HERE, BUT IS IT

09:16AM   6    FAIR TO SAY THAT YOU WERE TO IDENTIFY FIVE SAMPLES AND COMPARE

09:17AM   7    THE PERFORMANCE OF THOSE FIVE SAMPLES ON THE EDISON AGAINST THE

09:17AM   8    PERFORMANCE OF THOSE FIVE SAMPLES ON A GOLD STANDARD ASSAY?

09:17AM   9    A.   CORRECT.

09:17AM   10   Q.   AND IF WE GO TO THE BOTTOM THIS SETS FORTH THE ACCEPTANCE

09:17AM   11   CRITERIA.

09:17AM   12        DO YOU SEE THAT?

09:17AM   13   A.   YES.

09:17AM   14   Q.   AND THIS IS THE STANDARD THAT HAS TO BE MET IN ORDER TO

09:17AM   15   PASS THE AAP; CORRECT?

09:17AM   16   A.   CORRECT.

09:17AM   17   Q.   AND IF YOU LOOK AT 5.2 IT SAYS OUT OF THOSE FIVE

09:17AM   18   ESSENTIALLY YOU CAN MISS ONE; CORRECT?

09:17AM   19   A.   YES.

09:17AM   20   Q.   YOU HAVE TO HIT 80 PERCENT?

09:17AM   21   A.   CORRECT.

09:17AM   22   Q.   AND IF YOU LOOK AT 5.4.1, THERE'S DISCUSSION OF HOW TO

09:17AM   23   DEAL WITH FAILURES AND IF THERE ARE FAILURES, YOU NEED TO SIGN

09:17AM   24   OFF ON IT BEFORE ANYTHING ELSE HAPPENS; RIGHT?

09:18AM   25   A.   CORRECT.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2398

09:18AM   1    Q.   AND LET'S GO TO THE NEXT PAGE.  THIS INCLUDES AGAIN THE

09:18AM   2    REFERENCES OF THE RELEVANT REGULATORY PROVISION WITHIN THE CLIA

09:18AM   3    REGULATIONS; CORRECT?

09:18AM   4    A.   CORRECT.

09:18AM   5    Q.   AND THOSE ARE PROVISION THAT ARE SET FORTH IN 7603; RIGHT?

09:18AM   6    A.   WHAT IS 7603, THE EXHIBIT NUMBER?

09:18AM   7    Q.   YOU RECALL EXHIBIT 7603 --

09:18AM   8    A.   OH, I SEE.

09:18AM   9    Q.   -- IS THE 120 PAGES OR SO OF CLIA REGULATIONS.

09:18AM  10         DO YOU RECALL THAT?

09:18AM  11    A.   YES.

09:18AM  12    Q.   AND THESE REFERENCES ARE AMONG THOSE REGULATIONS; CORRECT?

09:18AM  13    A.   YES.

09:18AM  14    Q.   NOW, YOU RECALL THAT YOU WERE ASKED ON YOUR DIRECT

09:19AM  15    TESTIMONY SEVERAL QUESTIONS ABOUT RESULTS THAT WERE SENT TO

09:19AM  16    MS. CHEUNG IN FEBRUARY OF 2014 AFTER COMMERCIAL PT SAMPLES WERE

09:19AM  17    TESTED ON AN EDISON DEVICE?

09:19AM  18    A.   I THINK ERIKA RAN THE EVENT AND SENT OUT THOSE DATA TO

09:19AM  19    OTHERS.

09:19AM  20    Q.   RIGHT.

09:19AM  21    A.   YEAH.

09:19AM  22    Q.   AND YOU RECALL THAT YOU WERE ASKED QUESTIONS ABOUT THAT?

09:19AM  23    A.   YES.

09:19AM  24    Q.   AND THEY SHOWED YOU THE SPREADSHEET THAT SHE WAS SENDING

09:19AM  25    AROUND; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2399

09:19AM  1      A.   YES, YES.

09:19AM  2      Q.   ALL RIGHT.  AND THIS EXERCISE WAS NOT DONE PURSUANT TO THE

09:19AM  3      POLICY THAT YOU PUT IN PLACE; CORRECT?

09:19AM  4      A.   CORRECT.

09:19AM  5      Q.   AND IT WAS NOT AN APPROPRIATE PROFICIENCY TESTING

09:19AM  6      PROCEDURE; CORRECT?

09:19AM  7      A.   I CAN'T ANSWER THAT YES OR NO.

09:19AM  8      Q.   WELL, YOU JUST SAW THE POLICY; CORRECT?

09:19AM  9      A.   RIGHT.

09:19AM 10      Q.   AND WAS IT AN APPROPRIATE STEP UNDER THAT AAP POLICY?

09:20AM 11      A.   IT WAS A REASONABLE SPOT QC CHECK.  IT WAS NOT FOLLOWING

09:20AM 12      THAT POLICY, NO.

09:20AM 13      Q.   RIGHT.  SO IT WAS -- IF YOU THINK IT WAS A REASONABLE SPOT

09:20AM 14      QC CHECK.  THAT'S YOUR TESTIMONY?

09:20AM 15      A.   YES.

09:20AM 16      Q.   I DIDN'T ASK ABOUT THE QC CHECK.  I ASKED WHETHER IT WAS

09:20AM 17      AN APPROPRIATE APPLICATION OF THE AAP POLICY THAT YOU PUT IN

09:20AM 18      PLACE AT THE COMPANY?

09:20AM 19      A.   NO, IT DID NOT MATCH.

09:20AM 20      Q.   OKAY.  AND THAT WAS YOUR POSITION AT THE TIME; RIGHT?

09:20AM 21      A.   YES.

09:20AM 22      Q.   AND THAT WAS DR. PANDORI'S POSITION AT THE TIME?

09:20AM 23      A.   YES.  I WAS STILL CONCERNED, THOUGH, ABOUT THE DATA THAT I

09:20AM 24      WAS SEEING.

09:20AM 25      Q.   AND WE'LL GET -- WE'LL CONTINUE TO GO THROUGH THAT DATA,

| | | |
|---|---|---|
| 09:20AM | 1 | SIR.  OKAY? |
| 09:20AM | 2 | A.   OKAY. |
| 09:20AM | 3 | Q.   AND THAT WAS DR. YOUNG'S POSITION AT THE TIME AS WELL THAT |
| 09:20AM | 4 | IT DIDN'T MATCH THE AAP POLICY? |
| 09:20AM | 5 | A.   THAT WAS HIS POSITION, YES. |
| 09:20AM | 6 | Q.   AND AS A RESULT OF THAT INCIDENT, THERE WAS CONSIDERABLE |
| 09:20AM | 7 | CONFUSION ABOUT PROFICIENCY TESTING FOR EDISON DEVICES WITHIN |
| 09:21AM | 8 | THE COMPANY; CORRECT? |
| 09:21AM | 9 | A.   THERE SEEMED TO BE A NUMBER OF PEOPLE TAKING VARIOUS |
| 09:21AM | 10 | POSITIONS.  NOT ALL OF THEM WERE AWARE OF THIS ALTERNATIVE |
| 09:21AM | 11 | ASSESSMENT PROFICIENCY SOP. |
| 09:21AM | 12 | Q.   AND THEY WERE TAKING THOSE POSITIONS WITHOUT UNDERSTANDING |
| 09:21AM | 13 | THE POLICY AND THAT WAS CREATING SOME CONFUSION; CORRECT? |
| 09:21AM | 14 | A.   YES. |
| 09:21AM | 15 | Q.   IF YOU COULD TURN YOUR ATTENTION TO 1589, WHICH I BELIEVE |
| 09:21AM | 16 | IS IN THE GOVERNMENT'S BINDER. |
| 09:21AM | 17 | A.   I HAVE IT. |
| 09:21AM | 18 | Q.   OKAY.  IT'S IN THE GOVERNMENT'S BINDER, BUT I DON'T |
| 09:22AM | 19 | BELIEVE THEY PUT IT INTO EVIDENCE. |
| 09:22AM | 20 | DO YOU RECOGNIZE THIS DOCUMENT TO BE AN EMAIL THAT |
| 09:22AM | 21 | INVOLVED YOU AND A NUMBER OF OTHERS WITH RESPECT TO CERTAIN QC |
| 09:22AM | 22 | STEPS FOR THE EDISON? |
| 09:22AM | 23 | A.   I'M STILL READING THE DOCUMENT BEFORE I CAN RESPOND TO |
| 09:22AM | 24 | YOU. |
| 09:22AM | 25 | Q.   WELL, JUST FOR PURPOSES OF CLARITY, THIS WAS AN EMAIL |

| | | |
|---|---|---|
| 09:22AM | 1 | CHAIN THAT YOU WERE ON WITH MR. BALWANI AND OTHERS IN THE LAB |
| 09:22AM | 2 | IN FEBRUARY OF 2014; CORRECT? |
| 09:22AM | 3 | A.   CORRECT. |
| 09:22AM | 4 | MR. WADE:  MOVE THE ADMISSION OF 1589, YOUR HONOR. |
| 09:22AM | 5 | MR. BOSTIC:  NO OBJECTION. |
| 09:22AM | 6 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 09:22AM | 7 | (GOVERNMENT'S EXHIBIT 1589 WAS RECEIVED IN EVIDENCE.) |
| 09:22AM | 8 | MR. WADE:  IF WE CAN GO TO THE BOTTOM. |
| 09:23AM | 9 | Q.   DO YOU RECALL THAT AS A RESULT OF THAT SPOT CHECK, AS YOU |
| 09:23AM | 10 | DESCRIBED IT FROM MS. CHEUNG AND SOME OF THE CONFUSION, THAT |
| 09:23AM | 11 | THE LABORATORY LEADERSHIP DECIDED TO DO ADDITIONAL STUDIES? |
| 09:23AM | 12 | A.   I DON'T, I DON'T RECALL.  THAT'S MY UNDERSTANDING FROM |
| 09:23AM | 13 | READING THE DOCUMENTS TODAY. |
| 09:23AM | 14 | Q.   YOU DON'T RECALL THIS? |
| 09:23AM | 15 | A.   NO. |
| 09:23AM | 16 | Q.   OKAY.  YOU SEE -- |
| 09:23AM | 17 | ACTUALLY, IF WE CAN GO TO THE LAST EMAIL, MR. BENNETT. |
| 09:23AM | 18 | THANK YOU.  BLOW THAT UP. |
| 09:23AM | 19 | DO YOU SEE THIS IS AN EMAIL FROM DR. PANDORI TO YOURSELF, |
| 09:23AM | 20 | MR. GEE, MS. CHEUNG, AND THREE OTHER PEOPLE WHO WORKED IN THE |
| 09:23AM | 21 | CLIA LAB? |
| 09:23AM | 22 | A.   YES. |
| 09:23AM | 23 | Q.   AND THIS WAS THE TEAM THAT WAS WORKING ON THE EDISON |
| 09:24AM | 24 | DEVICES; CORRECT? |
| 09:24AM | 25 | A.   YES.  THIS WAS THE TEAM IN THE CLIA LAB WORKING ON THE |

ROSENDORFF CROSS BY MR. WADE (RES.)                                2402

09:24AM   1    EDISONS, YES.

09:24AM   2    Q.   RIGHT.   THESE WERE -- I THINK THEY WERE ALL WOMEN, THESE

09:24AM   3    WERE THE WOMEN WHO WERE FOR THE MOST PART RUNNING THE TESTS ON

09:24AM   4    THE DEVICES; CORRECT?

09:24AM   5    A.   YES.

09:24AM   6    Q.   AND YOU WERE THERE AS WELL?

09:24AM   7    A.   YES.

09:24AM   8    Q.   AND MR. GEE WHO IS RESPONSIBLE FOR QUALITY ASSURANCE AND

09:24AM   9    QUALITY CONTROL IS THERE AS WELL?

09:24AM  10    A.   YES.

09:24AM  11    Q.   AND LET'S JUST LOOK AT THIS EMAIL.

09:24AM  12         DO YOU SEE THE SECOND IT SAYS, "AS PER OUR DISCUSSION, WE

09:24AM  13    WILL BE APPLYING THE NEW QUALITY MEASURE TO OUR EDISON TESTS."

09:24AM  14         DO YOU SEE THAT?

09:24AM  15    A.   YES.

09:24AM  16    Q.   AND YOU DON'T RECALL THIS, IS THAT YOUR TESTIMONY, SIR?

09:24AM  17    A.   YES.

09:24AM  18    Q.   AND THEN IT SAYS, "GOING FORWARD, ONCE PER WEEK (WEDNESDAY

09:24AM  19    THE FIRST WEEK, MONDAY THEREAFTER) WE WILL BE COLLECTING AND

09:24AM  20    COMPARING 5 SAMPLES."

09:24AM  21         DO YOU SEE THAT?

09:25AM  22    A.   YES.

09:25AM  23    Q.   AND IT SETS FORTH THAT THOSE WILL BE COMPARED WHERE THERE

09:25AM  24    WILL BE A COMPARISON OF VENIPUNCTURE AND FINGERSTICK ASSAYS.

09:25AM  25         DO YOU SEE THAT?

09:25AM  1     A.   YES.

09:25AM  2     Q.   OKAY.  AND IT SAYS RIGHT UNDER THOSE STEPS, "SUCH

09:25AM  3     COMPARISONS WILL BE PERFORMED INITIALLY USING THESE FOUR

09:25AM  4     TESTS," AND IT SAYS, "VITAMIN D, TPSA, FT4, AND TSH."

09:25AM  5          RIGHT?

09:25AM  6     A.   YES.

09:25AM  7     Q.   AND THOSE WERE THE FOUR TESTS THAT WERE RUN ON THE EDISON

09:25AM  8     IN THE LAB AT THAT TIME?

09:25AM  9     A.   YES.

09:25AM  10    Q.   AND -- BUT MORE WERE COMING ONLINE AROUND THIS TIME?  DO

09:25AM  11    YOU RECALL THAT FROM YESTERDAY OR ON WEDNESDAY?

09:25AM  12    A.   YES, THE PLAN WAS TO INTRODUCE MORE IMMUNOASSAYS THROUGH

09:25AM  13    THE YEAR.

09:25AM  14    Q.   AND DO YOU RECALL WHEN WE WENT THROUGH THAT CALENDAR,

09:25AM  15    THERE WERE A FEW THAT CAME ONLINE IN MARCH; RIGHT?

09:25AM  16    A.   I DON'T RECALL MARCH SPECIFICALLY.

09:26AM  17    Q.   OKAY.  WE'LL COME BACK TO THIS.

09:26AM  18         BUT IT ACTUALLY SAYS IN THE NEXT SENTENCE, WE WILL ADD

09:26AM  19    MORE TESTS TO THIS PROCESS OVER TIME; RIGHT?

09:26AM  20    A.   YES.

09:26AM  21    Q.   AND THE INITIAL FOCUS WAS ON THE FOUR BECAUSE THOSE WERE

09:26AM  22    THE FOUR THAT HAD BEEN IN THE LAB FOR THE LONGEST PERIOD OF

09:26AM  23    TIME; RIGHT?

09:26AM  24    A.   I CAN'T ANSWER THAT YES OR NO.

09:26AM  25    Q.   OKAY.  AND DR. PANDORI -- AND BY THE WAY, DR. PANDORI AT

| | | |
|---|---|---|
| 09:26AM | 1 | THE TIME WAS THE CO-LAB DIRECTOR? |
| 09:26AM | 2 | A.   CORRECT. |
| 09:26AM | 3 | Q.   AND HE WAS YOUR NUMBER 2? |
| 09:26AM | 4 | A.   YES. |
| 09:26AM | 5 | Q.   AND HE HAD THE QUALIFICATIONS FOR BEING A CLIA LAB |
| 09:26AM | 6 | DIRECTOR FOR A HIGH COMPLEXITY LAB; CORRECT? |
| 09:26AM | 7 | A.   YES. |
| 09:26AM | 8 | Q.   AND SO THERE WERE TWO DURING THIS PERIOD AT THERANOS? |
| 09:26AM | 9 | A.   YES. |
| 09:26AM | 10 | Q.   AND HE NOTES HOW HE SUBMITTED THIS IN-HOUSE STUDY FORM AND |
| 09:26AM | 11 | HE THANKS EVERYONE FOR THEIR WILLINGNESS TO DO THAT. |
| 09:27AM | 12 | DO YOU SEE THIS? |
| 09:27AM | 13 | A.   YES. |
| 09:27AM | 14 | Q.   AND THEN LET'S GO TO THE NEXT EMAIL UP THE CHAIN, WHICH IS |
| 09:27AM | 15 | ON THE FIRST PAGE, BOTTOM EMAIL. |
| 09:27AM | 16 | DO YOU SEE THAT?  THAT'S AN EMAIL FROM MR. BALWANI? |
| 09:27AM | 17 | A.   YES. |
| 09:27AM | 18 | Q.   TO A GROUP OF PEOPLE? |
| 09:27AM | 19 | A.   YES. |
| 09:27AM | 20 | Q.   AND HIGH IMPORTANCE. |
| 09:27AM | 21 | DO YOU SEE THAT? |
| 09:27AM | 22 | A.   YES. |
| 09:27AM | 23 | Q.   AND HE TALKS ABOUT HOW THIS STUDY IS GOING TO BE DONE A |
| 09:27AM | 24 | LITTLE BIT. |
| 09:27AM | 25 | AND THEN AT THE BOTTOM OF THAT PARAGRAPH HE SAYS, "SO THIS |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2405

09:27AM  1    NEEDS TO BE PERFECTLY PLANNED AND PERFECTLY EXECUTED."

09:27AM  2         DO YOU SEE THAT?

09:27AM  3    A.   HUH --

09:27AM  4    Q.   DO YOU SEE THAT?

09:27AM  5    A.   YEAH, YEAH.

09:27AM  6    Q.   "IF THE CLIA TEAM NEEDS HELP PULLING THE RIGHT DATA THEN

09:28AM  7    PLEASE INCLUDE THE APPROPRIATE TEAM MEMBERS."

09:28AM  8         DO YOU SEE THAT?

09:28AM  9    A.   YES.

09:28AM  10   Q.   AND "ALSO, I WOULD LIKE TO SEE A PROJECT EXECUTION PLAN

09:28AM  11   THAT CLIA SHOULD GENERATE."

09:28AM  12        DO YOU SEE THAT?

09:28AM  13   A.   YES.

09:28AM  14   Q.   "(LANGLY TO OWN)"?

09:28AM  15   A.   YES.

09:28AM  16   Q.   AND THAT'S MR. GEE?

09:28AM  17   A.   YES.

09:28AM  18   Q.   AND HE'S RESPONSIBLE FOR QUALITY ASSURANCE?

09:28AM  19   A.   YES.

09:28AM  20   Q.   AND MR. BALWANI IS DIRECTING THAT YOU BE THE ONE WHO OWNS

09:28AM  21   THIS PROGRAM; CORRECT?

09:28AM  22   A.   YES.

09:28AM  23   Q.   AND THEN HE SAYS, "AND THEN SHARADA, SURAJ, AND DANIEL

09:28AM  24   WILL REVIEW AND SIGN OFF BEFORE WE BEGIN THIS."

09:28AM  25        DO YOU SEE THAT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2406

09:28AM   1      A.   YES.

09:28AM   2      Q.   AND IF YOU GO BACK TO THE HEADER IN THAT EMAIL, YOU SEE

09:28AM   3      THAT MR. BALWANI ADDED IN TO THIS EMAIL CHAIN DANIEL YOUNG,

09:28AM   4      DR. YOUNG, DR. SIVARAMAN, DR. SAKSENA, AND TINA LIN.

09:28AM   5           DO YOU SEE THAT?

09:28AM   6      A.   YES.

09:28AM   7      Q.   AND THOSE WERE PEOPLE WHO HAD A LOT OF EXPERIENCE WITH THE

09:28AM   8      RESEARCH AND DEVELOPMENT OF THOSE ASSAYS; RIGHT?

09:29AM   9      A.   DANIEL AND SHARADA FOR SURE.  SURAJ AND TINA I'M NOT SURE.

09:29AM   10     Q.   BUT HE'S BRINGING THEM IN TO GET MORE EXPERTISE ON THIS

09:29AM   11     PROJECT; RIGHT?

09:29AM   12     A.   YES.

09:29AM   13     Q.   AND LET'S GO UP THE CHAIN TO THE NEXT EMAIL.

09:29AM   14          AND YOU PROVIDE SOME CLARIFICATION ON WHETHER THE

09:29AM   15     TECHNICAL ISSUES RELATING TO WHICH BLOOD TO USE.

09:29AM   16          DO YOU SEE THAT?

09:29AM   17     A.   YES.

09:29AM   18     Q.   AND THEN IN THE BOTTOM YOU SAY YOU WILL WORK WITH LANGLY

09:29AM   19     BEFORE WE SUBMIT THE PLAN TO DANIEL AND YOURSELF FOR REVIEW.

09:29AM   20          YOU'RE ENDORSING THIS APPROACH; RIGHT?

09:29AM   21     A.   YES.

09:29AM   22     Q.   AND LET'S GO UP TO THE NEXT EMAIL.

09:29AM   23     A.   I'M ACTUALLY THE ONE THAT WILL HAVE TO SIGN OFF ON THE

09:29AM   24     PLAN.

09:29AM   25     Q.   IT COULDN'T HAPPEN WITHOUT YOU IN THE CLIA LAB, RIGHT,

| | | |
|---|---|---|
| 09:29AM | 1 | SIR? |
| 09:29AM | 2 | A.   I WOULD HAVE TO APPROVE THE PLAN. |
| 09:29AM | 3 | Q.   RIGHT.   AND YOU'RE SAYING THAT YOU'RE GOING TO REVIEW IT |
| 09:29AM | 4 | AND THEN YOU'LL RUN IT BY THEM, TOO; RIGHT? |
| 09:30AM | 5 | A.   YES. |
| 09:30AM | 6 | Q.   AND BECAUSE THEY'RE HIGHER IN THE HIERARCHY THAN YOU? |
| 09:30AM | 7 | A.   CORRECT. |
| 09:30AM | 8 | Q.   AND SO THAT'S NOT UNUSUAL, RIGHT, TO RUN SOMETHING BY |
| 09:30AM | 9 | YOUR -- |
| 09:30AM | 10 | A.   NO. |
| 09:30AM | 11 | Q.   OKAY. |
| 09:30AM | 12 | A.   I ALSO WANTED TO GET THEIR BUY IN TO MAKE SURE WE GET |
| 09:30AM | 13 | DONE. |
| 09:30AM | 14 | Q.   OKAY.   AND YOU SEE IN THE NEXT EMAIL ABOVE MR. BALWANI |
| 09:30AM | 15 | RESPONDS AND THEN ON THE SECOND LINE THERE HE SAYS, "IF YOU |
| 09:30AM | 16 | WANT TO RERUN THIS ONCE TO GENERATE QC DATA, I HAVE NO ISSUES |
| 09:30AM | 17 | WITH THE FOLLOWING AS COMMUNICATED YESTERDAY." |
| 09:30AM | 18 | DO YOU SEE HIS DISCUSSION THERE? |
| 09:30AM | 19 | A.   YES. |
| 09:30AM | 20 | Q.   AND HE SAYS HE WANTS IT TO BE USEFUL TO CLARIFY ANY |
| 09:30AM | 21 | CONFUSION CAUSED BY THE PT SAMPLES; RIGHT? |
| 09:30AM | 22 | A.   YES. |
| 09:30AM | 23 | Q.   AND THAT'S THE ERIKA CHEUNG SAMPLES; RIGHT? |
| 09:30AM | 24 | A.   YES. |
| 09:30AM | 25 | Q.   AND THEN THE NEXT SENTENCE HE SAYS, "WE CAN DECIDE HOW |

| | | |
|---|---|---|
| 09:31AM | 1 | OFTEN WE NEED TO DO THIS." |
| 09:31AM | 2 | DO YOU SEE THIS? |
| 09:31AM | 3 | A.   YES. |
| 09:31AM | 4 | Q.   AND THEN HE SAYS, "THIS IS SOMETHING THAT YOU AND MARK CAN |
| 09:31AM | 5 | DECIDE AND THEN LANGLY CAN IMPLEMENT." |
| 09:31AM | 6 | DO YOU SEE THAT? |
| 09:31AM | 7 | A.   YES. |
| 09:31AM | 8 | Q.   AND I'LL CALL YOUR ATTENTION TO 3526. |
| 09:31AM | 9 | A.   WHERE IS THAT? |
| 09:31AM | 10 | Q.   3526.  THERE'S A POST-IN NOTE ON TOP OF THE BINDER THAT |
| 09:31AM | 11 | SHOULD TELL YOU WHICH BINDER.  I APOLOGIZE, BUT I'M NOT WORKING |
| 09:31AM | 12 | OFF THE SAME BINDER AS YOU. |
| 09:32AM | 13 | I'LL TELL YOU WHAT, I'M SORRY TO JUMP AROUND, DOCTOR, BUT |
| 09:32AM | 14 | LET'S GO TO 12582 FIRST, AND THEN WE'LL COME BACK TO THAT EMAIL |
| 09:32AM | 15 | THAT I JUST MENTIONED. |
| 09:32AM | 16 | A.   OKAY. |
| 09:32AM | 17 | Q.   AND DO YOU SEE THIS IS AN EMAIL BETWEEN A GROUP OF PEOPLE |
| 09:32AM | 18 | WITHIN THE CLIA LAB RELATING TO VITAMIN D RESULTS IN MARCH OF |
| 09:32AM | 19 | 2014? |
| 09:32AM | 20 | A.   YES. |
| 09:32AM | 21 | MR. WADE:  MOVE THE ADMISSION OF 12582. |
| 09:32AM | 22 | MR. BOSTIC:  NO OBJECTION. |
| 09:32AM | 23 | MR. WADE:  LET'S GO TO THE BACK OF THE EMAIL. |
| 09:32AM | 24 | THE COURT:  IT MAY BE PUBLISHED. |
| 09:33AM | 25 | (DEFENDANT'S EXHIBIT 12582 WAS RECEIVED IN EVIDENCE.) |

09:33AM  1            MR. WADE:  THANK YOU, YOUR HONOR.

09:33AM  2    Q.   IF WE CAN BLOW UP THE BOTTOM EMAIL.

09:33AM  3         NOW, THIS IS MR. GEE SENDING AN EMAIL TO THE PEOPLE -- THE

09:33AM  4    WOMEN WITHIN THE LAB WHO ARE RUNNING THOSE EDISON DEVICES;

09:33AM  5    RIGHT?

09:33AM  6    A.   YES.

09:33AM  7    Q.   AND COPYING YOU AND DR. PANDORI?

09:33AM  8    A.   YES.

09:33AM  9    Q.   AND HE'S ASKING FOR THE RAW DATA FROM THE VITAMIN D

09:33AM  10   RESULTS; CORRECT?

09:33AM  11   A.   YES.

09:33AM  12   Q.   AND THAT'S FROM THIS, THIS STUDY THAT WAS UNDERWAY THAT WE

09:33AM  13   WERE JUST LOOKING AT; RIGHT?

09:33AM  14   A.   I DON'T KNOW IF IT WAS UNDERWAY OR NOT.  I SAW THE

09:33AM  15   PROPOSAL.

09:33AM  16   Q.   WELL, LET'S TAKE A LOOK.  LET'S GO UP TO THE NEXT CHAIN.

09:33AM  17   IT STRADDLES THE PAGE.

09:33AM  18        BUT DO YOU SEE IT'S AN EMAIL FROM ERIKA CHEUNG, IF YOU

09:34AM  19   LOOK AT THE BOTTOM OF THE FIRST PAGE, AND THEN WHAT IS ON THE

09:34AM  20   SCREEN IS WE'LL JUST LOOK QUICKLY AT THE BOTTOM OF THE FIRST

09:34AM  21   PAGE.  I WANT TO MAKE SURE THAT YOU UNDERSTAND THE TIMING OF

09:34AM  22   THIS.

09:34AM  23   A.   UH-HUH.

09:34AM  24   Q.   OKAY.  DO YOU SEE THERE THIS IS AN EMAIL FROM ERIKA CHEUNG

09:34AM  25   AND IT RESPONDS TO THE EMAIL FROM MR. GEE?

ROSENDORFF CROSS BY MR. WADE (RES.)                          2410

09:34AM   1        DO YOU SEE THAT?

09:34AM   2   A.   YES.

09:34AM   3   Q.   AND THEN IF WE GO TO THE NEXT PAGE, THIS IS MS. CHEUNG

09:34AM   4   PROVIDING THAT DATA IN CONNECTION WITH THAT VITAMIN D STUDY.

09:34AM   5        DO YOU SEE THAT?

09:34AM   6   A.   YES.

09:34AM   7   Q.   AND THAT'S IN MARCH 10TH OF 2014.

09:34AM   8        DO YOU SEE THAT?

09:34AM   9   A.   YEAH.  SO THIS IS A TABLE WHERE THEY HAVE RUN FIVE SAMPLES

09:34AM  10   ON THE DIASORIN INSTRUMENT, WHICH WE WERE USING, IT WAS AN FDA

09:34AM  11   APPROVED INSTRUMENT THAT WE WERE USING TO MEASURE 25 HYDROXY,

09:35AM  12   VITAMIN D.

09:35AM  13        GO AHEAD.

09:35AM  14   Q.   AND THAT IS THE GOLD STANDARD IN THIS STUDY; CORRECT?

09:35AM  15   A.   CORRECT.

09:35AM  16   Q.   AND WHAT MS. CHEUNG IS DOING IS SHE'S SAYING HERE'S A

09:35AM  17   TABLE WHERE YOU CAN FILL IN THE INFORMATION FOR THE EDISON

09:35AM  18   DEVICES; CORRECT?

09:35AM  19   A.   THAT'S CORRECT.

09:35AM  20   Q.   LET'S GO TO THE NEXT PAGE.

09:35AM  21        AND DR. PANDORI HERE SAYS HE'S NOT SURE IF IT MATTERS, BUT

09:35AM  22   HE SAYS LET'S DO THIS BLIND TO THE PREDICATE RESULTS, MEANING

09:35AM  23   LET'S NOT LET PEOPLE KNOW WHICH SIDE OF THE TEST THAT THEY

09:35AM  24   HAVE; RIGHT?  HE WANTS THIS TO BE PURE AND ANONYMOUS; RIGHT?

09:35AM  25   A.   I'M NOT SURE WHAT HE MEANS BY BLIND BECAUSE THE TECH WOULD

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2411

09:35AM    1    BE STANDING IN FRONT OF AN EDISON PROCESSING THE SAMPLE SO THEY

09:35AM    2    COULDN'T BE BLIND TO THE METHOD BEING DEPLOYED.

09:36AM    3        I THINK HE'S ALSO SAYING THAT HE WANTS THE EDISON GROUP TO

09:36AM    4    DO THIS AND NOT R&D.

09:36AM    5    Q.   OKAY.  AND DO YOU THINK THAT'S A GOOD IDEA?

09:36AM    6    A.   YES.

09:36AM    7    Q.   OKAY.  LET'S -- AND IF YOU GO UP TO THE TOP EMAIL, YOU'LL

09:36AM    8    SEE DR. GEE AGREES WITH YOU OR AGREES WITH DR. PANDORI;

09:36AM    9    CORRECT?

09:36AM   10    A.   YES.

09:36AM   11    Q.   AND YOU'RE ON THESE EMAILS?

09:36AM   12    A.   YES.

09:36AM   13    Q.   OKAY.  LET'S GO TO, LET'S NOW GO TO 35 -- SO THIS IS

09:36AM   14    MARCH 10TH, 2014.

09:36AM   15        DO YOU SEE THAT?

09:36AM   16    A.   YES.

09:36AM   17    Q.   ALL RIGHT.  LET'S GO TO 3526.  I BELIEVE THAT'S IN THE --

09:36AM   18    IT'S NOT IN EVIDENCE.  I BELIEVE IT'S IN THE OTHER BINDER MAYBE

09:36AM   19    THAT YOU JUST PUT DOWN.

09:37AM   20    A.   OKAY.

09:37AM   21    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

09:37AM   22    A.   YES.

09:37AM   23    Q.   OKAY.  AND THAT'S AN EMAIL BETWEEN A GROUP OF PEOPLE

09:37AM   24    WITHIN THE CLIA LAB WITH THE SUBJECT MATTER INTERNAL

09:37AM   25    VITAMIN D PT.

| 09:37AM | 1 | DO YOU SEE THAT? |
|---|---|---|

09:37AM  2    A.   YES.

09:37AM  3         MR. WADE:  MOVE THE ADMISSION OF 3526.

09:37AM  4         MR. BOSTIC:  HEARSAY, YOUR HONOR.

09:37AM  5    (PAUSE IN PROCEEDINGS.)

09:38AM  6         MR. WADE:  YOUR HONOR, I NOTE THIS IS AN EXHIBIT

09:38AM  7    IDENTIFIED BY THE GOVERNMENT, NUMBER ONE; AND, NUMBER TWO, THIS

09:38AM  8    IS PART OF THIS ONGOING PROCESS THAT IS HAPPENING WITHIN THE

09:38AM  9    CLIA LAB.  THE WITNESS HAS ALREADY --

09:38AM  10        THE COURT:  IS THIS OFFERED FOR THE TRUTH OF THE --

09:38AM  11   WHAT IS SAID IN THE EMAIL ITSELF?

09:38AM  12        MR. WADE:  I BELIEVE I CAN LAY THE FOUNDATION FOR

09:38AM  13   THIS.  THIS IS A BUSINESS RECORD THAT IS BEING APPLIED.  IF THE

09:38AM  14   COURT REQUIRES ME TO DO THAT.

09:38AM  15        BUT IN ANY EVENT, IT WOULD BE OFFERED FOR THE STATE OF

09:38AM  16   MIND OF MS. HOLMES.

09:38AM  17        THE COURT:  AS TO WHAT ISSUE?

09:38AM  18        MR. WADE:  AS TO THE INTERNAL -- THE PERFORMANCE OF

09:38AM  19   THE INTERNAL PROFICIENCY TESTING AT THIS PERIOD IN MARCH OF

09:38AM  20   2014.

09:38AM  21        THE COURT:  YOU'RE OFFERING IT FOR THAT PURPOSE

09:38AM  22   ONLY?

09:39AM  23        MR. WADE:  I -- WHY DON'T I LAY THE FOUNDATION, AND

09:39AM  24   I WILL OFFER IT FOR THAT PURPOSE.  ALTERNATIVELY IF, IF THE

09:39AM  25   COURT DOESN'T --

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2413

09:39AM   1              THE COURT:  WELL, THAT'S MY QUESTION.

09:39AM   2              MR. WADE:  LET ME LAY --

09:39AM   3    Q.   THIS WAS AN EMAIL THAT WAS COMMUNICATED IN CONNECTION WITH

09:39AM   4    THAT STUDY THAT WE WERE JUST TALKING ABOUT; CORRECT?

09:39AM   5    A.   IT APPEARS TO BE.

09:39AM   6    Q.   YEAH.  AND THE EMAIL -- THERE WAS A LOT OF EMAIL

09:39AM   7    COMMUNICATIONS IN THIS TIME PERIOD THAT WE JUST LOOKED AT.

09:39AM   8         DO YOU RECALL SEEING THOSE?

09:39AM   9    A.   YES.

09:39AM  10    Q.   AND THOSE EMAIL COMMUNICATIONS WERE THE WAY IN WHICH THE

09:39AM  11    LAB WAS COMMUNICATING ABOUT HOW TO EXECUTE ON THIS STUDY WITHIN

09:39AM  12    THE CLIA LAB; CORRECT?

09:39AM  13    A.   YES.

09:39AM  14    Q.   AND IT WAS THE WAY IN WHICH MEMBERS OF THE TEAM WERE ON A

09:39AM  15    REGULAR BASIS SHOWING INFORMATION, SHARING INFORMATION ABOUT

09:39AM  16    WHAT WAS HAPPENING; CORRECT?

09:39AM  17    A.   YES.  BUT IT LOOKS LIKE SURAJ WENT TO SUNNY AND SHOWED HIM

09:39AM  18    SOMETHING ON PAPER.  SURAJ CAME BY AND SHARED DATA, ET CETERA.

09:40AM  19         SO WHAT I'M SAYING IS THAT THE EMAIL OBVIOUSLY WASN'T THE

09:40AM  20    EXCLUSIVE.  THERE WERE FOLKS SHOWING EACH OTHER DATA ON PAPER

09:40AM  21    AND WHATNOT.

09:40AM  22    Q.   RIGHT.  AND IN ADDITION TO THE EMAIL PRACTICES OF SHARING

09:40AM  23    INFORMATION, SOMETIMES THERE WOULD BE MEETINGS WITHIN THE CLIA

09:40AM  24    LAB; CORRECT?

09:40AM  25    A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2414

09:40AM   1    Q.   AND WITH THE LEADERSHIP OF THE CLIA LAB; CORRECT?

09:40AM   2    A.   THIS EMAIL IS ABOUT SURAJ COMING TO SUNNY AND SHOWING HIM

09:40AM   3    DATA FOR VITAMIN D.

09:40AM   4    Q.   OKAY.  AND WHEN YOU -- WHEN THE LAB WAS COMMUNICATING

09:40AM   5    ABOUT THESE RESULTS AND SHARING SHOWS RESULTS WITH MANAGEMENT,

09:40AM   6    WAS IT IMPORTANT THAT THE INFORMATION BE ACCURATE?

09:40AM   7    A.   SURAJ IS NOT PART OF THE LAB.

09:40AM   8            MR. WADE:  OKAY.  WHY DON'T I JUST OFFER IT FOR OUR

09:40AM   9    CLIENT'S STATE OF MIND SINCE IT APPEARS --

09:40AM  10            THE COURT:  LADIES AND GENTLEMEN, THIS EXHIBIT AND

09:40AM  11    THE CONTENTS OF IT WILL BE ADMITTED NOT FOR THE TRUTH OF THE

09:41AM  12    MATTER ASSERTED IN THE EMAIL ITSELF.

09:41AM  13        IT IS ADMITTED ONLY FOR THE PURPOSE OF ESTABLISHING

09:41AM  14    MS. HOLMES'S STATE OF MIND AS TO THE ISSUE INFORMED.  IT'S NOT

09:41AM  15    OFFERED FOR THE TRUTH OF WHAT IS STATED, ONLY AS TO

09:41AM  16    MS. HOLMES'S STATE OF MIND ON THIS ISSUE.

09:41AM  17            MR. WADE:  MAY I PUBLISH, YOUR HONOR?

09:41AM  18            THE COURT:  IT MAY BE ADMITTED FOR THAT PURPOSE.

09:41AM  19            MR. WADE:  THANK YOU, YOUR HONOR.

09:41AM  20        MAY I PUBLISH?

09:41AM  21            THE COURT:  YES.

09:41AM  22        (GOVERNMENT'S EXHIBIT 3526 WAS RECEIVED IN EVIDENCE.)

09:41AM  23    BY MR. WADE:

09:41AM  24    Q.   NOW, THIS EMAIL COMES A COUPLE OF WEEKS AFTER THE EMAIL

09:41AM  25    CHAIN WITH MR. PANDORI ABOUT THE STUDY THAT WAS GOING TO BE

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2415

09:41AM   1    DONE?

09:42AM   2    A.   I'M SORRY, I DON'T REMEMBER THE DATE OF DR. PANDORI'S

09:42AM   3    EMAIL.  I ASSUME THAT'S CORRECT, YEAH.

09:42AM   4    Q.   AND IT WAS ACTUALLY FEBRUARY 24TH, 2014?

09:42AM   5    A.   YEAH.

09:42AM   6    Q.   AND ON MARCH -- ONE OF THE TESTS BEING DONE ON THAT STUDY

09:42AM   7    WAS VITAMIN D; CORRECT?

09:42AM   8    A.   CORRECT.

09:42AM   9    Q.   AND THERE WAS PARTICULAR FOCUS ON THAT BECAUSE THAT WAS

09:42AM   10   THE DATA THAT MS. CHEUNG HAD SHARED; CORRECT?

09:42AM   11   A.   CORRECT.

09:42AM   12   Q.   OKAY.  AND YOU SEE THIS EMAIL HAS THE SUBJECT MATTER

09:42AM   13   INTERNAL VITAMIN D PT.

09:42AM   14        DO YOU SEE THAT?

09:42AM   15   A.   YES.

09:42AM   16   Q.   AND PT THERE IS BEING REFERRED TO AS PROFICIENCY TESTING;

09:42AM   17   CORRECT?

09:42AM   18   A.   YES.

09:42AM   19   Q.   AND THEN THIS SAYS, "SURAJ CAME BY AND SHARED THE INITIAL

09:42AM   20   DATA FOR PT FOR OUR VITAMIN D LOOKS GOOD."

09:42AM   21        DO YOU SEE THAT?

09:42AM   22   A.   YES.

09:42AM   23   Q.   AND WE JUST SAW IN THE EMAILS THAT MS. CHEUNG AND THE

09:43AM   24   OTHERS WHO WERE WORKING IN THE CLIA LAB ON THE EDISONS WERE

09:43AM   25   GATHERING VITAMIN D DATA; CORRECT?

ROSENDORFF CROSS BY MR. WADE (RES.)                    2416

09:43AM   1    A.   CORRECT.

09:43AM   2    Q.   OKAY.  AND IT SAYS, "IT LOOKS GOOD" HERE; RIGHT?

09:43AM   3    A.   ARE YOU ASKING ME TO READ "IT LOOKS GOOD"?

09:43AM   4    Q.   WELL, YOU SEE WHAT IT SAYS HERE?

09:43AM   5    A.   YEAH.  THAT'S MR. BALWANI'S ASSERTION.

09:43AM   6    Q.   UNDERSTOOD.  AND THAT'S SENT TO YOU; RIGHT?

09:43AM   7    A.   CORRECT.

09:43AM   8    Q.   AND DO YOU HAVE ANY REASON TO QUESTION THAT ASSERTION AS

09:43AM   9    YOU SIT HERE TODAY?

09:43AM  10    A.   YES.

09:43AM  11    Q.   YOU DO?

09:43AM  12    A.   YES.

09:43AM  13    Q.   OKAY.  YOU THINK THAT DATA WAS NOT ACCURATE?

09:43AM  14    A.   I DON'T BELIEVE MR. BALWANI IS QUALIFIED TO REVIEW THE

09:43AM  15    DATA AS FOR IT'S LOOKING GOOD, QUOTE UNQUOTE, OR NOT.

09:43AM  16    Q.   OKAY.

09:43AM  17    A.   I THINK SURAJ IS SHOWING IT TO HIM.  HE'S PART OF THE R&D

09:43AM  18    AND NOT PART OF THE CLIA LAB.  THAT IS CONCERNING TO ME.

09:43AM  19    Q.   THAT'S CONCERNING TO YOU?

09:43AM  20    A.   YES.

09:43AM  21    Q.   AND YOU'RE COPIED ON THIS EMAIL.

09:43AM  22         DO YOU SEE THAT?

09:43AM  23    A.   YES.

09:43AM  24    Q.   AND IT'S UP AT THE TOP.  DO YOU SEE THAT?

09:43AM  25    A.   YES.

| | | |
|---|---|---|
| 09:44AM | 1 | Q.   AND SURAJ IS SAYING THAT THIS DATA OR YOUR BOSS IS |
| 09:44AM | 2 | MR. BALWANI; CORRECT? |
| 09:44AM | 3 | A.   CORRECT. |
| 09:44AM | 4 | Q.   AND HE'S SAYING THAT HE SAW DATA THAT LOOKED GOOD? |
| 09:44AM | 5 | A.   CORRECT. |
| 09:44AM | 6 | Q.   AND DID YOU GO AND GET THE DATA? |
| 09:44AM | 7 | A.   NO. |
| 09:44AM | 8 | Q.   AND YOU DIDN'T GO AND GET THE DATA? |
| 09:44AM | 9 | A.   NO. |
| 09:44AM | 10 | Q.   OKAY. |
| 09:44AM | 11 | A.   IT WAS NOT PRESENTED TO ME. |
| 09:44AM | 12 | Q.   OKAY.  DID YOU GO AND ASK FOR IT? |
| 09:44AM | 13 | A.   NO. |
| 09:44AM | 14 | Q.   OKAY.  MR. BALWANI THEN SAYS, "THIS IS NOT A BIT |
| 09:44AM | 15 | SURPRISING TO ME NOW THAT WE ARE COMPARING APPLES TO APPLES." |
| 09:44AM | 16 | DO YOU SEE THAT? |
| 09:44AM | 17 | A.   YES. |
| 09:44AM | 18 | Q.   THAT YOU'RE COMPARING OR FOLLOWING A PROCEDURE THAT IS |
| 09:44AM | 19 | SIMILAR TO THAT AAP WHERE YOU'RE COMPARING THE EDISON DEVICE |
| 09:44AM | 20 | AGAINST THE GOLD STANDARD; CORRECT? |
| 09:44AM | 21 | A.   CORRECT. |
| 09:44AM | 22 | Q.   AND HE ASKED YOU TO KEEP HIM IN THE LOOP ON THAT; CORRECT? |
| 09:44AM | 23 | A.   YEAH.  YES. |
| 09:44AM | 24 | Q.   OKAY.  AND DR. PANDORI IS ON THE TO LINE? |
| 09:44AM | 25 | A.   YES. |

ROSENDORFF CROSS BY MR. WADE (RES.)                            2418

09:44AM   1     Q.   AND YOU'RE ON THE TO LINE?

09:44AM   2     A.   YES.

09:44AM   3     Q.   AND MR. GEE IS ON THE TO LINE?

09:44AM   4     A.   YES.

09:44AM   5     Q.   AND DANIEL YOUNG IS ON THE TO LINE?

09:44AM   6     A.   UH-HUH.

09:44AM   7     Q.   AND MR. BALWANI IS THE BOSS --

09:45AM   8               THE COURT:  IS THAT YES?

09:45AM   9               THE WITNESS:  YES.

09:45AM   10    BY MR. WADE:

09:45AM   11    Q.   -- OF THOSE PEOPLE; CORRECT?

09:45AM   12    A.   YES.

09:45AM   13    Q.   AND HE WANTS YOU TO KEEP HIM POSTED; CORRECT?

09:45AM   14    A.   I'M NOT SURE WHO HE WAS REFERRING TO WHEN HE SAYS PLEASE

09:45AM   15    KEEP ME IN THE LOOP IN REALTIME.  I'M ASSUMING HE'S ADDRESSING

09:45AM   16    THE GROUP, THE WHOLE GROUP THAT IS IN THE TO LINE.

09:45AM   17    Q.   OKAY.  AND I JUST WANT TO MAKE SURE THAT I UNDERSTAND YOUR

09:45AM   18    TESTIMONY.  IS IT YOUR TESTIMONY THAT YOU DIDN'T LOOK AT

09:45AM   19    VITAMIN D THAT WAS COMING BACK FROM THE EDISON TEAM IN

09:45AM   20    CONNECTION WITH THIS PROJECT?

09:45AM   21    A.   IT WAS NEVER PRESENTED TO ME.

09:45AM   22    Q.   LET'S GO TO 13750.

09:46AM   23    A.   OKAY.  I HAVE IT.

09:46AM   24    Q.   DO YOU SEE THIS IS AN EMAIL FROM MR. GEE TO YOU AND

09:46AM   25    DR. PANDORI AND A COUPLE OF YOUR COLLEAGUES ON MARCH 14TH,

09:46AM   1        2014?

09:46AM   2        A.   YES.

09:46AM   3                  MR. WADE:  MOVE THE ADMISSION OF 13750.

09:46AM   4                  MR. BOSTIC:  NO OBJECTION.  IT MAY BE PUBLISHED.

09:46AM   5             (DEFENDANT'S EXHIBIT 13750 WAS RECEIVED IN EVIDENCE.)

09:46AM   6        BY MR. WADE:

09:46AM   7        Q.   LET'S LOOK AT THE EMAIL.

09:47AM   8             DO YOU SEE THIS SAYS, "ATTACHED ARE YESTERDAY'S MINUTES"?

09:47AM   9        A.   YES.

09:47AM   10       Q.   OKAY.  AND YOU HAD REGULAR MEETINGS WITHIN THE CLIA LAB

09:47AM   11       WITH YOUR TEAM; CORRECT?

09:47AM   12       A.   YES.

09:47AM   13       Q.   AND THAT WOULD INCLUDE SOME OF THE KEY LEADERSHIP, IF YOU

09:47AM   14       WILL, WITHIN THE CLIA LAB, THE CORE PEOPLE?

09:47AM   15       A.   THE MEETINGS WERE WITH THE WHOLE CLIA LAB.

09:47AM   16       Q.   OKAY.  AND THE FOUR PEOPLE WHO ARE INCLUDED HERE, DO YOU

09:47AM   17       RECALL MS. CHIANG?

09:47AM   18       A.   YES, I REMEMBER HER, BUT I DON'T REMEMBER WHAT HER ROLE

09:47AM   19       WAS SPECIFICALLY.

09:47AM   20       Q.   WAS SHE THE GENERAL SUPERVISOR AT THIS TIME?

09:47AM   21       A.   I DO NOT RECALL.

09:47AM   22       Q.   ALL RIGHT.  AND THIS ATTACHES MINUTES; CORRECT?

09:47AM   23       A.   YES, I BELIEVE SO.

09:47AM   24       Q.   LET'S GO TO THE MINUTES.

09:47AM   25             THE DATE IS MARCH 13TH, 2014.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2420

09:47AM   1        DO YOU SEE THAT?

09:48AM   2    A.   YES.

09:48AM   3    Q.   IF WE CAN BLOW UP ITEM 2.

09:48AM   4        DO YOU SEE THERE IT SAYS THAT THERE WAS DISCUSSION OF AAP

09:48AM   5    FOR ALL SEVEN EDISON ASSAYS?

09:48AM   6    A.   YES.

09:48AM   7    Q.   AND DO YOU HAVE ANY REASON TO QUESTION THE ACCURACY OF

09:48AM   8    THESE MINUTES?

09:48AM   9    A.   NO.  I DO NOT HAVE A CLEAR RECOLLECTION OF WHAT WAS

09:48AM   10   DISCUSSED AT THAT MEETING.  I DON'T HAVE ANY REASON TO DOUBT

09:48AM   11   THE ACCURACY OF THE MINUTES.

09:48AM   12   Q.   AND JUST SO WE'RE CLEAR, ISN'T THAT EXACTLY -- YOU WOULD

09:49AM   13   HAVE EXPECTED MR. GEE AS THE PERSON TASKED WITH THE AAP TO

09:49AM   14   PERFORM THAT; CORRECT?

09:49AM   15   A.   CORRECT.

09:49AM   16   Q.   LET'S GO TO 3477.  LET ME KNOW WHEN YOU HAVE THAT IN FRONT

09:49AM   17   OF YOU, DOCTOR.

09:49AM   18   A.   I HAVE IT.

09:49AM   19   Q.   AND THIS IS AN EMAIL BETWEEN A GROUP OF PEOPLE WITHIN THE

09:50AM   20   CLIA LAB, INCLUDING YOURSELF, DR. PANDORI, MS. ALAMDAR, AND A

09:50AM   21   COUPLE FROM OUTSIDE OF THE CLIA LAB?

09:50AM   22   A.   YES.

09:50AM   23   Q.   THIS IS IN MARCH 20TH, 2014.

09:50AM   24        DO YOU SEE THAT?

09:50AM   25   A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                               2421

09:50AM   1              MR. WADE:  MOVE FOR THE ADMISSION OF 3477.

09:50AM   2              MR. BOSTIC:  NO OBJECTION.

09:50AM   3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:50AM   4          (GOVERNMENT'S EXHIBIT 3477 WAS RECEIVED IN EVIDENCE.)

09:50AM   5     BY MR. WADE:

09:50AM   6     Q.   IF WE CAN START AT THE BACK.  IF WE CAN BLOW UP THE BOTTOM

09:51AM   7     EMAIL.

09:51AM   8          OKAY.  THIS IS MARCH 18TH; CORRECT?

09:51AM   9     A.   YES.

09:51AM  10     Q.   AND THAT'S FOUR DAYS AFTER THE EMAIL FROM MR. BALWANI

09:51AM  11     ABOUT THE INTERNAL VITAMIN D PT; CORRECT?

09:51AM  12     A.   YES.

09:51AM  13     Q.   AND MR. GEE SAYS, "SEE ATTACHED FOR WEEK 2 VITAMIN D

09:51AM  14     RESULTS."

09:51AM  15          DO YOU SEE THAT?

09:51AM  16     A.   YES.

09:51AM  17     Q.   AND DO YOU SEE YOUR NAME THERE?

09:51AM  18     A.   YES.

09:51AM  19     Q.   AND YOU RECEIVED THAT EMAIL?

09:51AM  20     A.   YES, YES.

09:51AM  21     Q.   OKAY.  LET'S GO UP TO MR. BALWANI'S RESPONSE.

09:51AM  22          NO.  I'M SORRY.  IF WE CAN BLOW UP THE EMAIL RIGHT ABOVE

09:51AM  23     MR. GEE.  WE'RE GOING TO GO RIGHT UP THIS CHAIN.

09:51AM  24          OKAY.  DO YOU SEE MR. BALWANI RECEIVED THAT, RECEIVED

09:51AM  25     THOSE RESULTS AS WELL?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2422

09:51AM  1    A.   YES.

09:51AM  2    Q.   AND I JUST WANT TO MAKE SURE, THERE'S BEEN SOME TESTIMONY

09:52AM  3    ABOUT WHETHER IT'S APPROPRIATE FOR MR. BALWANI TO RECEIVE

09:52AM  4    INFORMATION.

09:52AM  5        DO YOU HAVE ANY ISSUE WITH HIM BEING COPIED ON ANY OF THIS

09:52AM  6    INFORMATION?

09:52AM  7    A.   IN GENERAL, I DON'T THINK MR. BALWANI WAS QUALIFIED TO BE

09:52AM  8    DIRECTING A QC STUDY.  IT WAS NOT APPROPRIATE FOR HIM TO BE

09:52AM  9    DIRECTING CLIA STAFF OR MAKING ANY KIND OF DECISIONS TO THE

09:52AM  10   VALIDITY OF DATA.

09:52AM  11   Q.   OKAY.  BUT SHARING INFORMATION WITH HIM, WOULD THAT HAVE

09:52AM  12   BEEN OKAY?

09:52AM  13   A.   IF HE HAD REQUESTED IT THEN YES.

09:52AM  14   Q.   OKAY.  WELL, LET'S TAKE A LOOK AT THIS EMAIL.

09:52AM  15       DO YOU SEE THERE HE WILL SAY -- HE SAYS, "FOR THE NEXT

09:52AM  16   RUN, I WOULD LIKE TO NARROW DOWN WHY 1 SAMPLE IS OFF IN THIS 5

09:52AM  17   RUNS?"

09:52AM  18       DO YOU SEE THAT?

09:52AM  19   A.   YES.

09:52AM  20   Q.   THAT MEANS ONLY FOUR OUT OF FIVE PASSED; CORRECT?

09:53AM  21   A.   THAT'S WHAT THE INFERENCE -- YEAH, THAT'S THE INFERENCE,

09:53AM  22   YEAH.

09:53AM  23   Q.   OKAY.  AND JUST SO WE'RE CLEAR, FOUR OUT OF FIVE WOULD

09:53AM  24   HAVE BEEN PASSING UNDER THE AAP POLICY; RIGHT?

09:53AM  25   A.   YEAH.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2423

09:53AM   1    Q.   AND THAT'S 80 PERCENT?

09:53AM   2    A.   CORRECT.

09:53AM   3    Q.   AND SO YOU WOULD BE ABLE TO MOVE FORWARD WITH THE

09:53AM   4    VITAMIN D TEST; CORRECT?

09:53AM   5    A.   CORRECT.

09:53AM   6    Q.   BUT HE'S SAY -- HE WANTS TO KNOW MORE ABOUT WHY THE ONE

09:53AM   7    FAILED.

09:53AM   8         DO YOU SEE THAT?

09:53AM   9    A.   SO I DON'T KNOW IF THIS STUDY WAS RUN FAITHFULLY TO THE

09:53AM  10    AAP SOP BECAUSE THAT SOP SPECIFIES THAT YOU ALSO NEED

09:53AM  11    PATHOLOGICAL SPECIMENS, RIGHT.

09:53AM  12    Q.   YOU'RE AWARE THAT THIS STUDY WAS HAPPENING WITHIN THE CLIA

09:53AM  13    LAB AT THE TIME; CORRECT?

09:53AM  14    A.   I DON'T RECALL THE STUDY.  I'M JUST READING IT HERE WITH

09:53AM  15    YOU TODAY.

09:53AM  16    Q.   OKAY.  AND YOU SEE HERE THAT HE SAYS HE WANTS TO

09:53AM  17    UNDERSTAND WHY ONE OF THE FIVE RUNS DIDN'T PASS.

09:53AM  18         DO YOU SEE THAT?

09:54AM  19    A.   YES.

09:54AM  20    Q.   AND DO YOU SEE THAT HE SAYS -- AND AGAIN, THIS IS ON

09:54AM  21    VITAMIN D, WHICH IS THE ISSUE THAT MS. CHEUNG RAISED; RIGHT?

09:54AM  22    A.   MS. CHEUNG'S EMAIL THERE WERE A NUMBER OF ANALYTES THAT

09:54AM  23    WERE -- I BELIEVE IN THE QC SPOT-CHECK THERE WERE A NUMBER OF

09:54AM  24    ANALYTES THAT WERE LOOKED AT.

09:54AM  25    Q.   BUT IN THIS PERIOD THE PARTICULAR FOCUS WAS VITAMIN D;

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2424

09:54AM  1      RIGHT?

09:54AM  2      A.   I CAN'T ANSWER THAT YES OR NO.

09:54AM  3      Q.   YOU DON'T REMEMBER.  OKAY.

09:54AM  4           HE SAYS HERE LET'S INCREASE THE NUMBER OF SAMPLES FROM 5

09:54AM  5      TO 10 OR 20 SO WE RUN MORE TESTS.

09:54AM  6           DO YOU SEE THAT?

09:54AM  7      A.   YES.

09:54AM  8      Q.   AND THAT WOULD BE DOUBLE OR 400 PERCENT OR SOMETHING MORE

09:54AM  9      THAN WHAT WAS REQUIRED UNDER AAP; RIGHT?

09:54AM  10     A.   YES.

09:54AM  11     Q.   AND THEN IF YOU GO UP TO THE NEXT EMAIL MR. GEE SAYS HE

09:55AM  12     WILL MODIFY THE STUDY PLAN TO ACCOMMODATE YOUR SUGGESTIONS.

09:55AM  13          DO YOU SEE THAT?

09:55AM  14     A.   YES.

09:55AM  15     Q.   AND THAT'S NOT APPROPRIATE, IS IT?

09:55AM  16     A.   NO.

09:55AM  17     Q.   YOU SHOULD BE THE ONE WHO IS CONSULTED ON THAT; CORRECT?

09:55AM  18     A.   CORRECT.

09:55AM  19     Q.   AND/OR DR. PANDORI; CORRECT?

09:55AM  20     A.   CORRECT.

09:55AM  21     Q.   ALL RIGHT.  LET'S GO TO THE NEXT EMAIL.

09:55AM  22          NOW HERE MR. BALWANI SAYS, ONLY IF THEY MAKE SENSE.  YOU

09:55AM  23     GUYS DECIDE BUT SEEMS LIKE MORE DATA WILL BE USEFUL; RIGHT?

09:55AM  24     A.   YES.

09:55AM  25     Q.   THAT'S EXACTLY WHAT YOU WOULD HAVE EXPECTED; CORRECT?

09:55AM   1      A.   CORRECT.

09:55AM   2      Q.   HE LET YOU DECIDE?

09:55AM   3      A.   YES.

09:56AM   4      Q.   LET'S GO UP ONE MORE EMAIL.

09:56AM   5           DR. PANDORI SAYS, "I DO LIKE THE IDEA OF RUNNING MULTIPLE

09:56AM   6      DEVICES."

09:56AM   7           DO YOU SEE THAT?

09:56AM   8      A.   YES.

09:56AM   9      Q.   AND TO GET MORE RESULTS; RIGHT?

09:56AM   10     A.   SO THE IDEA OF RUNNING MULTIPLE DEVICES WOULD BE TO MAKE

09:56AM   11     SURE YOU GET THE SAME RESULT ON TWO DIFFERENT DEVICES.

09:56AM   12     Q.   THAT THERE'S NOT VARIABILITY WITHIN THE RESULTS; CORRECT?

09:56AM   13     A.   FROM DEVICE TO DEVICE, RIGHT.

09:56AM   14     Q.   RIGHT.  AND HE SAYS THAT.

09:56AM   15           BUT HE SAYS, "INCREASING THE SAMPLE SIZE TO 10 OR 20 AND

09:56AM   16     RUNNING ON TWO DEVICES IS MORE DIFFICULT THAN IT SEEMS, FOR THE

09:56AM   17     REASON THAT WE PLAN TO ADD TSH AND FT4 TO THIS STUDY NEXT

09:56AM   18     MONDAY."

09:56AM   19           DO YOU SEE THAT?

09:56AM   20     A.   YES.

09:56AM   21     Q.   AND SO HE'S SAYING WE'RE TESTING VITAMIN D, WE'RE GOING ON

09:56AM   22     TO DO THE SAME TESTING ON TWO MORE ASSAYS; RIGHT?

09:56AM   23     A.   YES, YES.

09:56AM   24     Q.   AND THAT WAS GOING TO START ON MONDAY; RIGHT?

09:56AM   25     A.   YES, YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                          2426

09:56AM  1    Q.   AND SO IF, IF YOU DO THAT, THAT WOULD MEAN THAT EITHER HE

09:56AM  2    SAYS THERE ARE 60 OR 120 RUNS ON THE EDISONS.

09:57AM  3         DO YOU SEE THAT?

09:57AM  4    A.   YES.

09:57AM  5    Q.   AND, AND DR. PANDORI SAYS THIS WOULD COMPLETELY OCCUPY THE

09:57AM  6    EDISONS FOR ONE OR TWO DAYS; RIGHT?

09:57AM  7    A.   YES.

09:57AM  8    Q.   AND HE SAYS HE'S CONCERNED THAT THAT MIGHT INHIBIT PATIENT

09:57AM  9    TURNAROUND TIMES; RIGHT?

09:57AM  10   A.   YES.

09:57AM  11   Q.   AND SO HE'S ACTUALLY SAYING THAT WHAT MR. BALWANI IS

09:57AM  12   PROPOSING IS EXCESSIVE?

09:57AM  13   A.   YEAH.  I MEAN, I THINK MR. BALWANI WAS PROPOSING FOR

09:57AM  14   VITAMIN D AND SAYING WE SHOULD EXTEND THIS TO THE OTHER EDISON

09:57AM  15   ANALYTES, WHICH IS APPROPRIATE.

09:57AM  16        HE'S ALSO JUST SAYING ON A PRACTICAL LEVEL THAT SAMPLE

09:57AM  17   SIZE FOR ALL OF THE ANALYTES RUNNING ON TWO DEVICES IS GOING TO

09:57AM  18   PREVENT THE REGULAR CLINICAL SAMPLES FROM BEING, YOU KNOW,

09:57AM  19   TESTED AND WILL IMPACT TURNAROUND TIMES.

09:58AM  20   Q.   RIGHT.  AND DR. PANDORI IS APPROPRIATELY WORRIED ABOUT

09:58AM  21   MAKING SURE THAT THE PATIENT TURNAROUND TIMES --

09:58AM  22   A.   YES, YES.

09:58AM  23   Q.   -- ARE ON SCHEDULE; RIGHT?

09:58AM  24   A.   YES.

09:58AM  25   Q.   AND SO HE SAYS GOOD IDEA, BUT IT'S JUST TOO MUCH; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2427

09:58AM   1      A.   ESSENTIALLY.

09:58AM   2      Q.   OKAY.  LET'S LOOK UP THE CHAIN.

09:58AM   3           MR. BALWANI AGREES WITH DR. PANDORI; RIGHT?

09:58AM   4      A.   YES.

09:58AM   5      Q.   AND HE SAYS, "LET'S JUST DO THIS FOR VITAMIN D THIS WAY

09:58AM   6      AND OTHERS THE WAY ALREADY PLANNED."

09:58AM   7           DO YOU SEE THAT?

09:58AM   8      A.   YES.

09:58AM   9      Q.   AND SO WE'RE GOING TO BE DOING THESE OTHER TESTS, BUT

09:58AM   10     LET'S STILL GET SOME MORE INFORMATION ON VITAMIN D?

09:58AM   11     A.   YES.

09:58AM   12     Q.   AND LET'S GO UP TO THE TOP.

09:58AM   13     A.   THERE IS A REQUIREMENT FOR INSTRUMENT-TO-INSTRUMENT

09:58AM   14     COMPARISON WITHIN BOTH CAP AND CLIA REGULATIONS WHERE YOU MAKE

09:58AM   15     SURE THAT THE INSTRUMENTS ARE RETURNING COMPARABLE RESULTS.

09:59AM   16     THAT'S A SEPARATE EXERCISE PT.

09:59AM   17     Q.   AND THAT'S SOMETHING TOTALLY DIFFERENT FROM PT OR AAP;

09:59AM   18     CORRECT?

09:59AM   19     A.   IT'S RELATED I WOULD SAY.

09:59AM   20     Q.   BUT IT WASN'T WITHIN THAT POLICY THAT YOU PREPARED;

09:59AM   21     CORRECT?

09:59AM   22     A.   NO.

09:59AM   23     Q.   OKAY.  LET'S -- THIS IS MORE ON TRACK WITH THE POLICY THAT

09:59AM   24     YOU PREPARED; RIGHT?

09:59AM   25     A.   YES.  THERE WAS NOTHING IN THAT POLICY ABOUT RUNNING IT ON

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2428

09:59AM   1    DIFFERENT INSTRUMENTS THOUGH.

09:59AM   2    Q.   OKAY.  AND YOU AND DR. YOUNG PREPARED THAT POLICY;

09:59AM   3    CORRECT?

09:59AM   4    A.   YES.

09:59AM   5    Q.   AND YOU SIGNED THAT POLICY?

09:59AM   6    A.   YES.

09:59AM   7    Q.   AND YOU THOUGHT IT WAS A GOOD POLICY AT THE TIME; RIGHT?

09:59AM   8    A.   YES.

09:59AM   9    Q.   AND THIS IS BEING DONE CONSISTENT WITH THAT; RIGHT?

09:59AM   10   A.   YES.

09:59AM   11   Q.   OKAY.  AND IF WE GO UP THE CHAIN TO THE LAST EMAIL IN THIS

09:59AM   12   CHAIN DR. PANDORI AGREES.

09:59AM   13        DO YOU SEE THAT?

10:00AM   14        AND HE NOTES -- HE ATTACHES A PAPER ABOUT VITAMIN D

10:00AM   15   VARIABILITY.

10:00AM   16        DO YOU SEE THAT?

10:00AM   17   A.   YES.

10:00AM   18   Q.   AND VARIABILITY IS A CONCEPT THAT WE'VE TALKED ABOUT A

10:00AM   19   LITTLE BIT IN YOUR TESTIMONY.

10:00AM   20        DO YOU RECALL THAT?

10:00AM   21   A.   YES.

10:00AM   22   Q.   AND VITAMIN D IS ACTUALLY NOTORIOUSLY KIND OF A DIFFICULT

10:00AM   23   ASSAY; CORRECT?

10:00AM   24   A.   IT'S DONE A NUMBER OF DIFFERENT WAYS.  IT'S DONE MASS

10:00AM   25   SPEC, MASS SPECTROMETRY, LIPID CHROMATOGRAPHY, MASS

ROSENDORFF CROSS BY MR. WADE (RES.)                    2429

10:00AM  1    SPECTROMETRY, AND IT'S PROBABLY THE MOST ACCURATE WAY OF

10:00AM  2    QUANTIFYING VITAMIN D AND ITS VARIOUS METABOLITES.

10:00AM  3        DIASORIN IS CONSIDERED A VERY GOOD PLATFORM TO MEASURE

10:00AM  4    VITAMIN D IN THE INDUSTRY AT THE TIME.

10:00AM  5    Q.  DO YOU SEE HERE IN THE LAST SENTENCE DR. PANDORI NOTES

10:00AM  6    THAT VITAMIN D SEEMS NOTORIOUS FOR VARIABILITY ON EVEN FDA

10:00AM  7    APPROVED TESTS.

10:01AM  8        DO YOU SEE THAT?

10:01AM  9    A.  THAT'S HIS ASSERTION, YES.

10:01AM  10   Q.  YEAH.  OKAY.

10:01AM  11       DID YOU DISAGREE WITH THIS ASSERTION AT THIS TIME?  I

10:01AM  12   DIDN'T SEE A RESPONSE FROM YOU.

10:01AM  13   A.  I DIDN'T READ HIS PAPER.  I DON'T RECALL WHAT MY THOUGHTS

10:01AM  14   WERE ON THAT.

10:01AM  15   Q.  LET'S GO TO 1593 -- I'M SORRY, 12593.

10:01AM  16       AND WHILE YOU'RE LOOKING FOR THAT, LET ME ASK YOU THIS.

10:01AM  17   THAT EMAIL THAT WE JUST WENT THROUGH --

10:01AM  18   A.  YES.

10:01AM  19   Q.  -- DID THE GOVERNMENT SHOW YOU THAT IN CONNECTION WITH THE

10:01AM  20   PREPARATION OF YOUR TESTIMONY HERE?

10:01AM  21   A.  NO, NO.

10:01AM  22   Q.  LET'S GO TO 12593.

10:02AM  23   A.  I HAVE IT.

10:02AM  24   Q.  LET'S GO -- DO YOU SEE THIS IS AN EMAIL ON THE BOTTOM

10:02AM  25   BETWEEN YOU, DR. PANDORI, AND DR. ROSENDORFF ABOUT THE SUBJECT

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2430

10:02AM   1    PT PLAN AND COMMUNICATION?

10:02AM   2    A.   YES.

10:02AM   3    Q.   OKAY.

10:02AM   4            MR. WADE:  MOVE THE ADMISSION OF 12593.

10:02AM   5            MR. BOSTIC:  NO OBJECTION.

10:02AM   6            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:02AM   7        (DEFENDANT'S EXHIBIT 12593 WAS RECEIVED IN EVIDENCE.)

10:02AM   8    BY MR. WADE:

10:02AM   9    Q.   LET'S GO TO THE BOTTOM EMAIL.

10:02AM  10        DO YOU SEE THAT'S AN EMAIL FROM MR. BALWANI TO DR. PANDORI

10:02AM  11    AND YOU?

10:02AM  12    A.   YES.

10:02AM  13    Q.   AND THE SUBJECT IS PT PLAN AND COMMUNICATION?

10:02AM  14    A.   YES.

10:02AM  15    Q.   AND PT IS PROFICIENCY TESTING?

10:03AM  16    A.   CORRECT.

10:03AM  17    Q.   AND IT SAYS, "PER OUR CONVERSATION FROM THIS WEEK, I WOULD

10:03AM  18    LIKE A COMMUNICATIONS PLAN CLEARLY DOCUMENTED ON HOW WE DO AAP

10:03AM  19    FOR PT."

10:03AM  20        DO YOU SEE THAT?

10:03AM  21    A.   YES.

10:03AM  22    Q.   AND IT SAYS, "THE SOP FOR THIS HAS ALWAYS BEEN IN PLACE,

10:03AM  23    BUT YOU MENTIONED YOU DIDN'T KNOW ABOUT THIS UNTIL THIS WEEK

10:03AM  24    AND NOW THAT YOU HAVE READ IT, YOU WANTED TO ADD A FEW MINOR

10:03AM  25    CLARIFYING DETAILS TO THIS."

ROSENDORFF CROSS BY MR. WADE (RES.)                              2431

10:03AM   1        DO YOU SEE THAT?

10:03AM   2    A.   YES.

10:03AM   3    Q.   AND THAT REFERS TO DR. PANDORI; CORRECT?

10:03AM   4    A.   CORRECT.

10:03AM   5    Q.   AND BECAUSE DR. PANDORI JOINED THE COMPANY AFTER YOU

10:03AM   6    IMPLEMENTED THAT PLAN, THAT POLICY?

10:03AM   7    A.   I HAD WRITTEN THE POLICY.

10:03AM   8    Q.   RIGHT.  AND SO HE BECAME AWARE OF IT DURING THIS TIME

10:03AM   9    PERIOD?

10:03AM   10   A.   YES.

10:03AM   11   Q.   AND HE SAYS PLEASE CORRECT ME IF I MISUNDERSTOOD THIS;

10:03AM   12   RIGHT?

10:03AM   13   A.   YES.

10:03AM   14   Q.   AND NEXT PARAGRAPH HE SAYS, "MORE IMPORTANTLY THOUGH, I

10:03AM   15   WANT OUR AAP SOP PROCESS IN A POWERPOINT IN WHICH THIS COULD BE

10:04AM   16   EASILY EXPLAINED AND UNDERSTOOD BY OTHERS IN CLIA."

10:04AM   17        DO YOU SEE THAT?

10:04AM   18   A.   YES.

10:04AM   19   Q.   AND THIS WAS BECAUSE THERE WAS SOME OF THAT CONFUSION

10:04AM   20   RELATING TO THE AAP WITHIN CLIA; RIGHT?

10:04AM   21   A.   YES.

10:04AM   22   Q.   AND SO WHAT HE WAS ASKING FOR WAS A POWERPOINT THAT

10:04AM   23   EXPLAINED THE POLICY TO EVERYONE WITHIN CLIA; RIGHT?

10:04AM   24   A.   YES.

10:04AM   25   Q.   AND SO THERE WAS NO CONFUSION?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2432

10:04AM   1    A.   CORRECT.

10:04AM   2    Q.   AND IF YOU GO TO THE BOTTOM PARAGRAPH THERE HE ACTUALLY

10:04AM   3    ASKS FOR THAT.

10:04AM   4         HE WANTS YOU TO DO THIS, CREATE THIS POWERPOINT, AND THEN

10:04AM   5    SHOW THAT POWERPOINT TO EVERYONE IN THE GROUP; RIGHT?

10:04AM   6    A.   CORRECT.

10:04AM   7    Q.   AND THAT'S WHAT YOU DID; RIGHT?

10:04AM   8    A.   I DON'T RECALL ME SHOWING IT TO THE GROUP MYSELF.  I THINK

10:04AM   9    MARK DID.

10:04AM   10   Q.   OKAY.  WELL, LET'S GO UP THE CHAIN.  THE NEXT EMAIL.

10:05AM   11        AND HERE YOU SAY -- THIS IS AN EMAIL FROM YOU TO

10:05AM   12   MR. BALWANI COPYING MR. PANDORI; RIGHT?

10:05AM   13   A.   YES.

10:05AM   14   Q.   AND -- BUT YOU'RE ADDRESSING MR. BALWANI?

10:05AM   15   A.   YES.

10:05AM   16   Q.   AND YOU SAY, "I HAVE MODIFIED THE SOP TO REFLECT OUR

10:05AM   17   CURRENT AAP."

10:05AM   18        DO YOU SEE THAT?

10:05AM   19   A.   YES.

10:05AM   20   Q.   BUT MINOR CHANGES ONLY; RIGHT?

10:05AM   21   A.   YES.

10:05AM   22   Q.   AND YOU ADDED A SECTION ON THE ACCEPTANCE CRITERIA IN

10:05AM   23   CORRECTIVE ACTIONS; RIGHT?

10:05AM   24   A.   YES.

10:05AM   25   Q.   AND HOW TO DEAL WITH PROBLEMS IF THEY ARISE?

ROSENDORFF CROSS BY MR. WADE (RES.)                          2433

10:05AM   1    A.   YES.

10:05AM   2    Q.   AND BECAUSE SOMETIMES THEY ARISE; RIGHT?

10:05AM   3    A.   CORRECT.

10:05AM   4    Q.   AND THEN YOU SAY, "MARK AND I WILL PUT TOGETHER A

10:05AM   5    POWERPOINT THAT WE CAN COMMUNICATE IN OUR CLIA GENERAL

10:05AM   6    MEETING."

10:05AM   7         DO YOU SEE THAT?

10:05AM   8    A.   YES.

10:05AM   9    Q.   AND DID HE DO THAT, SIR?

10:05AM  10    A.   MARK PUT IT TOGETHER.

10:05AM  11    Q.   AND DID YOU COMMUNICATE IT IN THE GENERAL CLIA MEETING

10:06AM  12    WITH MARK PANDORI?

10:06AM  13    A.   I DO NOT RECALL.

10:06AM  14    Q.   AND THEN YOU SAY, DO YOU SEE THE LAST SENTENCE --

10:06AM  15    A.   YES.

10:06AM  16    Q.   IT SAYS, "I AGREE THAT MISCONCEPTIONS AROUND THIS NEED TO

10:06AM  17    BE DISPELLED."

10:06AM  18         DO YOU SEE THAT?

10:06AM  19    A.   YES.

10:06AM  20    Q.   AND THAT WAS YOUR VIEW AT THE TIME; CORRECT?

10:06AM  21    A.   YES.

10:06AM  22    Q.   DID THE GOVERNMENT SHOW YOU THIS EMAIL IN YOUR PREP

10:06AM  23    SESSION?

10:06AM  24    A.   NO.

10:06AM  25    Q.   LET'S GO TO EXHIBIT 13921.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2434

10:07AM  1      A.   I HAVE IT.

10:07AM  2      Q.   AND THIS IS AN EMAIL FROM YOU TO MARK PANDORI COPYING

10:07AM  3      MR. BALWANI; CORRECT?

10:07AM  4      A.   CORRECT.

10:07AM  5      Q.   AND THE SUBJECT RELATES TO PROFICIENCY TESTING ON THE

10:07AM  6      EDISON 3.5 DEVICES?

10:07AM  7      A.   CORRECT.

10:07AM  8           MR. WADE:  MOVE THE ADMISSION OF 13921.

10:07AM  9           MR. BOSTIC:  NO OBJECTION.

10:07AM  10          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:07AM  11      (DEFENDANT'S EXHIBIT 13921 WAS RECEIVED IN EVIDENCE.)

10:07AM  12     BY MR. WADE:

10:07AM  13      Q.   AND THIS SAYS -- THIS IS AN EMAIL WHERE YOU'RE

10:07AM  14     COMMUNICATING THAT ATTACHED UPDATED EDISON AAP PROTOCOL;

10:07AM  15     CORRECT?

10:07AM  16      A.   YES.

10:07AM  17      Q.   AND THAT'S EXACTLY WHAT YOU SAID -- THIS REFLECTS THE

10:07AM  18     CHANGES THAT YOU MENTIONED TO MR. BALWANI IN THE PRIOR EMAIL;

10:07AM  19     CORRECT?

10:07AM  20      A.   YES.

10:07AM  21      Q.   AND THAT DOCUMENT IS ATTACHED AT -- IN THE FOLLOWING

10:07AM  22     PAGES, IS IT NOT?

10:07AM  23      A.   I'M SORRY, COULD YOU REPEAT?

10:08AM  24      Q.   SURE.  THE POLICY ITSELF --

10:08AM  25      A.   AH.

10:08AM  1    Q.   -- THE PROCEDURE SOP FOR PROFICIENCY TESTING FOR THERANOS

10:08AM  2    LAB DEVELOPED TESTS ON THE EDISON 3.5 DEVICES IS ATTACHED TO

10:08AM  3    THAT EMAIL; CORRECT?

10:08AM  4    A.   YES.

10:08AM  5    Q.   THIS WAS -- IS NOT THE SIGNED VERSION.  YOU WERE JUST

10:08AM  6    SENDING AN ELECTRONIC VERSION TO THEM VIA EMAIL; CORRECT?

10:08AM  7    A.   CORRECT.

10:08AM  8    Q.   OKAY.  LET'S GO TO 7440.

10:09AM  9    A.   I HAVE IT.

10:09AM  10   Q.   AND THIS IS AN EMAIL FROM DR. PANDORI TO YOU AND

10:09AM  11   MR. BALWANI IN APRIL, MID-APRIL 2014; CORRECT?

10:09AM  12   A.   YES.

10:09AM  13   Q.   AND IT ATTACHES A POWERPOINT?

10:09AM  14   A.   YES.

10:09AM  15          MR. WADE:  MOVE THE ADMISSION OF 7440.

10:09AM  16          MR. BOSTIC:  NO OBJECTION.

10:09AM  17          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:09AM  18      (DEFENDANT'S EXHIBIT 7440 WAS RECEIVED IN EVIDENCE.)

10:09AM  19   BY MR. WADE:

10:09AM  20   Q.   THIS IS AN EMAIL WHERE DR. PANDORI IS FOLLOWING THROUGH

10:09AM  21   WITH A DISCUSSION WITH MR. BALWANI AND HE'S COMMUNICATING THE

10:09AM  22   POWERPOINT PRESENTATION THAT WAS PREPARED; CORRECT?

10:09AM  23   A.   YES.

10:09AM  24   Q.   AND THIS WAS TO TRY TO DISPEL THE CONFUSION THAT WAS

10:09AM  25   EXISTING WITHIN CLIA LAB ABOUT AAP AND PT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2436

10:09AM   1     A.   YES.

10:09AM   2     Q.   LET'S TAKE A LOOK AT THAT POWERPOINT.

10:10AM   3          DO YOU SEE THE SUBJECT LINE HERE AND THAT'S A PICTURE OF

10:10AM   4     THE SIGN FOR THE LOCATION OF THE LAB; IS THAT RIGHT?

10:10AM   5     A.   YES.

10:10AM   6     Q.   OKAY.  AND LET'S GO TO THE NEXT PAGE.

10:10AM   7          THIS JUST PROVIDES THE GENERAL FRAMEWORK FOR WHAT IS

10:10AM   8     REQUIRED FOR PROFICIENCY TESTING BY CMS; RIGHT?

10:10AM   9     A.   CORRECT.

10:10AM   10    Q.   AND THEN IF YOU GO TO THE NEXT PAGE.

10:10AM   11         WE TALKED A LITTLE BUILT ABOUT A TARGET THE OTHER DAY.

10:10AM   12    PROFICIENCY TESTING IS DESIGNED TO ASSESS ACCURACY; RIGHT?

10:10AM   13    A.   YES.

10:10AM   14    Q.   AND, IN FACT, THE SECOND POINT THERE DO YOU SEE IT SAYS,

10:10AM   15    "YOUR LAB IS COMPARED TO PEER GROUPS ON THE BASIS OF

10:10AM   16    EQUIPMENT."

10:10AM   17         RIGHT?

10:10AM   18    A.   YES.

10:10AM   19    Q.   AND SO THAT'S KIND OF THE APPLES TO APPLES THAT HAS BEEN

10:11AM   20    REFERRED TO; RIGHT?  YOU NEED A PEER GROUP?

10:11AM   21    A.   YES.

10:11AM   22    Q.   LET'S GO TO THE NEXT PAGE.

10:11AM   23         AND HERE IT SAYS, "THERANOS TESTS HAVE NO PEER GROUPS."

10:11AM   24         RIGHT?

10:11AM   25    A.   I CAN CLARIFY IF NEEDED, OR IF NOT, WE WILL CONTINUE WITH

10:11AM  1      THE DISCUSSION.

10:11AM  2      Q.   WELL, YOU WERE SENT THIS IN ADVANCE?

10:11AM  3      A.   YES.

10:11AM  4      Q.   AND YOU ACTUALLY PROVIDED COMMENTS ON THIS.

10:11AM  5           DO YOU RECALL THAT?

10:11AM  6      A.   ON THE POWERPOINT?

10:11AM  7      Q.   YEAH.  DO YOU RECALL DOING THAT?

10:11AM  8      A.   NO.

10:11AM  9      Q.   BUT YOU WERE CERTAINLY SENT IT IN THIS EMAIL?

10:11AM  10     A.   YES.

10:11AM  11     Q.   AND DID YOU AGREE IT WAS ACCURATE AT THE TIME?

10:11AM  12     A.   THAT WHAT WAS ACCURATE?

10:11AM  13     Q.   THE POWERPOINT.  DO YOU THINK IT ACCURATELY CAPTURED PT

10:12AM  14     AND AAP?

10:12AM  15     A.   THIS INTENTION WAS MORE IN THE VEIN OF WHAT I NEED TO DO.

10:12AM  16     SITTING HERE AND GOING THROUGH THE DOCUMENTS, IT LOOKS LIKE

10:12AM  17     THIS WAS ONLY DONE FOR VITAMIN D PER THE PREVIOUS EMAILS WE

10:12AM  18     WERE REVIEWING, YEAH.

10:12AM  19     Q.   SIR, DO YOU RECALL IN THE PREVIOUS EMAILS THERE'S AN

10:12AM  20     INDICATION FROM DR. PANDORI THAT THEY WERE DOING VITAMIN D;

10:12AM  21     CORRECT?

10:12AM  22     A.   YES.

10:12AM  23     Q.   AND THERE'S AN INDICATION FROM MR. BALWANI THAT HE WANTED

10:12AM  24     TO DO EVEN MORE VITAMIN D TESTING; RIGHT?

10:12AM  25     A.   CORRECT.

ROSENDORFF CROSS BY MR. WADE (RES.)                                     2438

10:12AM    1    Q.   AND DR. PANDORI DIDN'T WANT TO DO MORE TESTING BECAUSE HE

10:12AM    2    WANTED TO DO PT ON OTHER ANALYTES; CORRECT?

10:12AM    3    A.   YES.

10:12AM    4    Q.   AND THAT WAS IN THE WEEKS PRECEDING THIS APRIL 17TH, 2014,

10:12AM    5    PRESENTATION; CORRECT?

10:12AM    6    A.   YES.

10:12AM    7    Q.   NOW, MY QUESTION FOR YOU, SIR, IS DID YOU HAVE ANY REASON

10:12AM    8    TO QUESTION THE ACCURACY OF THIS SLIDE DECK AT THE TIME THAT

10:13AM    9    YOU RECEIVED IT FROM DR. PANDORI?

10:13AM   10    A.   I THINK THE SLIDE DECK REFLECTED WHAT I HAD WRITTEN IN THE

10:13AM   11    SOP.

10:13AM   12    Q.   OKAY.  NOW, LET'S GO BACK TO THIS EMAIL.

10:13AM   13         IT SAYS, "THERANOS TESTS HAVE NO PEER GROUPS."

10:13AM   14         DO YOU SEE THAT?

10:13AM   15    A.   CORRECT.

10:13AM   16    Q.   I'M SORRY, IF WE CAN GO BACK TO THE POWERPOINT.  ONE MORE

10:13AM   17    PAGE.  THERE YOU GO.

10:13AM   18         DO YOU HAVE THAT IN FRONT OF YOU ON THE SCREEN?

10:13AM   19    A.   YES.

10:13AM   20    Q.   IT SAYS, "NORMAL PROCESS OF PS IS THEREFORE NOT

10:13AM   21    APPROPRIATE."

10:13AM   22         RIGHT?

10:13AM   23    A.   YES.

10:13AM   24    Q.   IT SAYS, "ADDITIONALLY, THE SYNTHETIC MATRIX OF MANY

10:13AM   25    COMMERCIALLY AVAILABLE PT SAMPLES IS NOT AN APPROPRIATE ONE FOR

ROSENDORFF CROSS BY MR. WADE (RES.)                          2439

10:13AM   1    MANY THERANOS TESTS."

10:13AM   2         RIGHT?  DO YOU SEE THAT?

10:13AM   3    A.   THAT'S WHAT I'M READING, YES.

10:14AM   4    Q.   OKAY.  AND I BELIEVE YOU JUST TESTIFIED THAT THIS

10:14AM   5    ACCURATELY REFLECTS YOUR POLICY?

10:14AM   6    A.   YES.

10:14AM   7    Q.   ALL RIGHT.  AND THEN IT EXPLAINS, IF WE GO TO THE NEXT

10:14AM   8    SLIDE, "HOW IS PT PERFORMED THEN ON THERANOS TESTS?"

10:14AM   9         DO YOU SEE THAT?

10:14AM  10    A.   YES.

10:14AM  11    Q.   AND IT TALKS ABOUT HOW YOU LOOK TO THE CLINICAL AND

10:14AM  12    LABORATORY INSTITUTE.

10:14AM  13         DO YOU SEE THAT?

10:14AM  14    A.   YES.

10:14AM  15    Q.   AND SOMETIMES IT'S REFERRED TO AS THE CLSI?

10:14AM  16    A.   YES.

10:14AM  17    Q.   AND THAT'S A VERY AUTHORITATIVE GROUP; CORRECT?

10:14AM  18    A.   SURE.

10:14AM  19    Q.   AND SO YOU AND DR. PANDORI LOOKED TO THAT FOR GUIDANCE;

10:14AM  20    CORRECT?

10:14AM  21    A.   YES.

10:14AM  22    Q.   LET'S GO TO THE NEXT SLIDE.

10:14AM  23         AND IT EXPLAINS OUR AAP INCLUDES A COMPARISON OF A

10:14AM  24    PREDICATE FDA APPROVED METHOD.

10:14AM  25         THAT'S THE GOLD STANDARD; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2440

10:15AM   1      A.   YES.

10:15AM   2      Q.   TO THE THERANOS METHODS; RIGHT?

10:15AM   3      A.   YES.

10:15AM   4      Q.   AND THEN IT SAYS USES ACTUAL CLINICAL SPECIMENS.

10:15AM   5           DO YOU SEE THAT?

10:15AM   6      A.   YES.

10:15AM   7      Q.   AND THAT'S TO AVOID THAT SYNTHETIC MATRIX ISSUE THAT WAS

10:15AM   8      ON THE PRIOR SLIDE; RIGHT?

10:15AM   9      A.   I CAN'T ANSWER YES OR NO TO THAT QUESTION.

10:15AM  10      Q.   SO YOU DON'T KNOW?

10:15AM  11      A.   ARE YOU ASKING FOR MY OPINION?

10:15AM  12      Q.   I'M, I'M ASKING IF THE REASON -- IF THAT WAS THE REASON

10:15AM  13      THAT THE AAP METHOD WAS USED WAS TO AVOID CONCERNS ABOUT THE

10:15AM  14      MATRIX EFFECTS, AMONG OTHER REASONS?

10:15AM  15      A.   THOSE WERE SOME OF THE REASONS THAT HAD BEEN PROPOSED.

10:15AM  16      Q.   OKAY.  AND THAT'S THE REASON THAT DR. PANDORI REFLECTED IN

10:15AM  17      THIS POWERPOINT; RIGHT?

10:15AM  18      A.   YES.

10:15AM  19      Q.   AND LET'S GO TO THE NEXT PAGE.

10:16AM  20           SIR, CAN YOU READ THAT FIRST BULLET FOR US, THE FIRST AT

10:16AM  21      THE TOP OF THE PAGE?

10:16AM  22      A.   "THE THERANOS AAP IS SUPERIOR TO STANDARD PT, AND WILL

10:16AM  23      PROVIDE EVEN MORE QUALITY ASSURANCE."

10:16AM  24      Q.   THANK YOU.  LET'S GO TO THE NEXT SLIDE.

10:16AM  25           AND THIS TALKS ABOUT THE RESULTS; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2441

10:16AM  1    A.   YES.

10:16AM  2    Q.   AND IT SAYS IF AAP SHOWED ANYTHING WRONG WITH A TEST, IT

10:16AM  3    CAN BE CAPTURED AND REPAIRED VERY QUICKLY; RIGHT?

10:16AM  4    A.   YES.

10:16AM  5    Q.   THAT'S THE GOAL; RIGHT?

10:16AM  6    A.   YES.

10:16AM  7    Q.   TO MAKE SURE THAT THE TEST REMAINS SAFE AND ACCURATE;

10:16AM  8    RIGHT?

10:16AM  9    A.   ARE YOU ASKING ME IF PROBLEMS WERE REPAIRED QUICKLY IN

10:17AM  10   REALTIME?

10:17AM  11   Q.   I'M ASKING YOU IF THAT WAS THE GOAL OF THE IMPLEMENTATION

10:17AM  12   OF THIS POLICY IN THIS SLIDE DECK?

10:17AM  13   A.   WELL, THAT'S THE IDEAL -- THAT WOULD BE IDEAL, YES.

10:17AM  14   Q.   OKAY.  GREAT.

10:17AM  15        THEN THERE WAS AN OPPORTUNITY TO ASK QUESTIONS.

10:17AM  16        DO YOU RECALL WHETHER THERE WERE ANY QUESTIONS ASKED?

10:17AM  17   A.   I DO NOT RECALL.

10:17AM  18   Q.   BUT THE IDEA WAS THAT MR. BALWANI AND YOU AND DR. PANDORI

10:17AM  19   WANTED TO PUT THIS INFORMATION OUT THERE TO EVERYONE IN THE

10:17AM  20   CLIA LAB AND GIVE THEM A CHANCE TO UNDERSTAND IT AND TO ASK

10:17AM  21   QUESTIONS; RIGHT?

10:17AM  22   A.   YES.

10:17AM  23   Q.   OKAY.  NOW, I WANT TO JUMP AHEAD A LITTLE BIT TO THE FALL

10:17AM  24   OF 2014.

10:18AM  25        OKAY?

10:18AM  1      A.   SURE.

10:18AM  2      Q.   AND ON WEDNESDAY DURING YOUR TESTIMONY WE TALKED ABOUT A

10:18AM  3      MEETING THAT YOU HAD HAD WITH S.E.C. ATTORNEYS AND SOME OF THE

10:18AM  4      PROSECUTORS IN 2016 WHERE YOU STATED THAT THERE WERE GOOD

10:18AM  5      RESULTS FROM AAP ON THE EDISON MACHINES.

10:18AM  6           DO YOU RECALL THAT?

10:18AM  7      A.   YES.

10:18AM  8      Q.   AND WHAT I'D LIKE TO DO IS WALK YOU THROUGH SOME OF THE

10:18AM  9      EVENTS IN THE FALL.

10:18AM  10          IF WE CAN GO TO EXHIBIT 12846.

10:19AM  11          BY THE WAY, WHILE WE'RE LOOKING FOR THAT, THE POWERPOINT

10:19AM  12     WE JUST WENT THROUGH, DID THE GOVERNMENT SHOW YOU THAT IN YOUR

10:19AM  13     PREPARATION?

10:19AM  14     A.   YES.

10:19AM  15     Q.   THEY DID?

10:19AM  16     A.   YES.

10:19AM  17     Q.   ALL RIGHT.  12846, DO YOU SEE THAT?

10:19AM  18     A.   I HAVE IT.

10:19AM  19     Q.   OKAY.  I'D LIKE TO GO TO THE BOTTOM EMAIL.

10:19AM  20     A.   UH-HUH, YES.

10:19AM  21     Q.   YOU RECOGNIZE THIS TO BE AN EMAIL BETWEEN YOU AND MS. KHAN

10:19AM  22     AND CHRISTIAN HOLMES RELATING TO A PHYSICIAN INQUIRY IN OCTOBER

10:19AM  23     OF 2013?

10:19AM  24     A.   ARE YOU REFERRING TO THE FIRST EMAIL ON THE FIRST PAGE?

10:19AM  25     Q.   NO.  IF YOU START ON THE BACK.

ROSENDORFF CROSS BY MR. WADE (RES.)                    2443

10:19AM  1      A.   UH-HUH.

10:19AM  2      Q.   DO YOU SEE THE SUBJECT PHYSICIAN INQUIRY?

10:19AM  3      A.   YES.

10:19AM  4      Q.   OKAY.  AND THIS EMAIL STARTS WITH THE FOLLOWUP ON A

10:20AM  5      PHYSICIAN INQUIRY RELATING TO A TEST.

10:20AM  6           DO YOU SEE THAT?

10:20AM  7      A.   IT'S AN EMAIL FROM ANAM TO CHRISTIAN REGARDING A PHYSICIAN

10:20AM  8      INQUIRY.

10:20AM  9      Q.   RIGHT.  DO YOU SEE THAT?

10:20AM  10     A.   UH-HUH.

10:20AM  11     Q.   AND ULTIMATELY YOU'RE LOOPED IN.  DO YOU SEE THAT ON THE

10:20AM  12     NEXT PAGE?

10:20AM  13     A.   YES.

10:20AM  14             MR. WADE:  OKAY.  I'D MOVE THE ADMISSION OF

10:20AM  15     EXHIBIT 12846.

10:20AM  16             MR. BOSTIC:  NO OBJECTION.

10:20AM  17             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:20AM  18        (DEFENDANT'S EXHIBIT 12846 WAS RECEIVED IN EVIDENCE.)

10:20AM  19             MR. WADE:  LET'S START AT THE BOTTOM OF THIS ONE,

10:20AM  20     LAST EMAIL.

10:20AM  21     Q.   OKAY.  DO YOU SEE HERE THERE'S -- DO YOU REMEMBER

10:20AM  22     MS. KHAN?  IS SHE A CUSTOMER SERVICE REPRESENTATIVE?

10:20AM  23     A.   YES.

10:20AM  24     Q.   AND SHE'S A PERSON WHO SOMETIMES FORWARDS INQUIRIES THAT

10:20AM  25     COME FROM PRACTICES; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                              2444

10:20AM  1      A.   YES.

10:20AM  2      Q.   AND WE TALKED ABOUT THE OTHER DAY THERE ARE A LOT OF

10:20AM  3   DIFFERENT INQUIRIES THAT COME FROM PRACTICES; RIGHT?

10:20AM  4      A.   YES.

10:20AM  5      Q.   AND SOME OF THEM CAN RELATE TO MINOR THINGS THAT ARE OF NO

10:20AM  6   CONCERN TO YOU?

10:20AM  7      A.   I TOOK ALL OF THE INQUIRIES SERIOUSLY, SIR.

10:21AM  8      Q.   OKAY.  I'M GLAD TO HEAR THAT.

10:21AM  9           BUT YOU WERE PARTICULARLY CONCERNED IF THERE WAS A MEDICAL

10:21AM 10   INQUIRY; RIGHT?

10:21AM 11      A.   IT'S ALSO A MEDICAL ISSUE WHEN YOU'RE ISSUING LAB RESULTS

10:21AM 12   TO PATIENTS.

10:21AM 13      Q.   OKAY.  BUT, FOR EXAMPLE, IF THE MEDICAL PRACTICE CALLED

10:21AM 14   AND SAID WE NEED MORE FORMS, THAT'S NOT SOMETHING THAT YOU

10:21AM 15   NECESSARILY NEED TO BE INVOLVED IN; RIGHT?

10:21AM 16      A.   CORRECT.

10:21AM 17      Q.   OKAY.  AND THERE COULD BE OTHER MINOR ISSUES THAT YOU

10:21AM 18   MIGHT NOT NEED TO BE INVOLVED IN, RIGHT, DR. ROSENDORFF?

10:21AM 19      A.   SURE.  CORRECT.

10:21AM 20      Q.   THIS IS AN INQUIRY THAT COMES UP WITH RESPECT TO A

10:21AM 21   PATIENT'S RESULTS.

10:21AM 22           DO YOU SEE THAT?

10:21AM 23      A.   YES.

10:21AM 24      Q.   AND I WANT TO BE CAREFUL NOT TO IDENTIFY THE PATIENT.

10:21AM 25   IT'S REDACTED ON THE SCREEN.  OKAY?

ROSENDORFF CROSS BY MR. WADE (RES.)                                2445

| | | |
|---|---|---|
| 10:21AM | 1 | AND ONE OF THEM WAS, IF YOU GO UP THE CHAIN, MR. HOLMES |
| 10:22AM | 2 | SAYS, "WE WILL REPEAT THE TESTS, AND PLEASE PASS TO ADAM |
| 10:22AM | 3 | REGARDING HER REQUEST TO SPEAK WITH SOMEONE IN THE LAB." |
| 10:22AM | 4 | DO YOU SEE THAT? |
| 10:22AM | 5 | A.   YES. |
| 10:22AM | 6 | Q.   AND THAT'S EXACTLY WHAT YOU WANTED HAPPENING; RIGHT? |
| 10:22AM | 7 | A.   YES. |
| 10:22AM | 8 | Q.   AND DO YOU RECALL SOMETIMES MR. HOLMES WAS ASKED ABOUT |
| 10:22AM | 9 | REQUEST FOR REDRAWS BECAUSE HE HAD THE AUTHORITY TO WAIVE ANY |
| 10:22AM | 10 | CHARGES FOR THAT AND COULD GRANT A TEST AT NO COST IF ONE WAS |
| 10:22AM | 11 | REQUESTED? |
| 10:22AM | 12 | A.   I HAVEN'T SEEN EMAILS ABOUT HIM WAIVING CHARGES.  I |
| 10:22AM | 13 | HAVEN'T SEEN EMAILS ABOUT HIM APPROVING TESTS, APPROVING |
| 10:22AM | 14 | REDRAWS FOR THE PURPOSE OF WAIVING CHARGES. |
| 10:22AM | 15 | Q.   OKAY.  AND I DIDN'T SEE IF YOU HAD SEEN EMAILS.  WERE YOU |
| 10:22AM | 16 | AWARE THAT HE HAD THE AUTHORITY TO WAIVE CHARGES IF A TEST WAS |
| 10:22AM | 17 | REDONE? |
| 10:22AM | 18 | A.   NO, I WAS NOT. |
| 10:22AM | 19 | Q.   OKAY.  BUT HERE HE'S LOOPING YOU IN; CORRECT?  DO YOU SEE |
| 10:22AM | 20 | THAT? |
| 10:22AM | 21 | A.   YES. |
| 10:22AM | 22 | Q.   AND IF WE GO TO THE NEXT EMAIL, MS. KHAN DOES JUST THAT; |
| 10:23AM | 23 | RIGHT? |
| 10:23AM | 24 | A.   YES. |
| 10:23AM | 25 | Q.   AND SHE SAYS, "CAN YOU PLEASE REACH OUT TO THIS PHYSICIAN. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                2446

10:23AM   1    SHE HAS SOME QUESTIONS REGARDING HER PATIENT'S FT4 AND TSH

10:23AM   2    RESULT."

10:23AM   3        DO YOU SEE THAT?

10:23AM   4    A.   YES.

10:23AM   5    Q.   OKAY.  AND YOU RESPOND, "SURE."

10:23AM   6        DO YOU SEE THAT?

10:23AM   7    A.   YES.

10:23AM   8    Q.   AND ANOTHER ITEM THAT IS NOT RELATED TO THAT INQUIRY;

10:23AM   9    RIGHT?

10:23AM   10   A.   YES.

10:23AM   11   Q.   OKAY.  AND LET'S GO UP TO THE NEXT -- LET ME GO BACK TO

10:23AM   12   THAT ONE EMAIL FOR JUST ONE SECOND.

10:23AM   13       THAT'S ON OCTOBER 10TH, 2014; CORRECT?

10:23AM   14   A.   YES.

10:23AM   15   Q.   AND LET'S GO ONE EMAIL UP.

10:23AM   16       HERE MS. KHAN EMAILS AGAIN; CORRECT?

10:23AM   17   A.   YES.

10:23AM   18   Q.   AND SHE SAYS, "CAN YOU PLEASE REACH OUT TO THIS PHYSICIAN?

10:23AM   19   SHE CALLED AGAIN TODAY BECAUSE SHE HASN'T HEARD FROM ANYONE

10:24AM   20   YET.  SHE SENT HER PATIENT BACK YESTERDAY AND THE FT4 RESULT

10:24AM   21   WAS LOW AGAIN."

10:24AM   22       DO YOU SEE THAT?

10:24AM   23   A.   YES.

10:24AM   24   Q.   AND A WEEK HAD GONE BY AND YOU HAD NOT RETURNED THAT PHONE

10:24AM   25   CALL, CORRECT, SIR?

ROSENDORFF CROSS BY MR. WADE (RES.)                                   2447

10:24AM   1      A.   YES, IT APPEARS SO.

10:24AM   2      Q.   OKAY.  SO YOU ASKED FOR THE PHONE NUMBER.

10:24AM   3           IF WE GO UP THE CHAIN, AND DO YOU SEE YOU ASKED FOR THE

10:24AM   4      PHONE NUMBER AGAIN?

10:24AM   5      A.   YES.

10:24AM   6      Q.   AND THEN YOU WERE GOING TO CALL; RIGHT?

10:24AM   7      A.   YES.

10:24AM   8      Q.   AND WE ALL MAKE MISTAKES; RIGHT?

10:24AM   9      A.   SURE.

10:24AM   10     Q.   LET'S GO TO THE NEXT PAGE.

10:24AM   11          HERE YOU REPORT ON THE CALL WITH DR. KRAL.

10:25AM   12          DO YOU SEE THAT?

10:25AM   13     A.   YES.

10:25AM   14     Q.   AND YOU SAY -- YOU EXPLAIN HOW SHE'S PUZZLED ABOUT THE

10:25AM   15     RESULTS AND YOU EXPLAIN WHAT -- SOMETHING ABOUT WHAT YOU

10:25AM   16     COMMUNICATED THERE.

10:25AM   17          DO YOU SEE THAT?

10:25AM   18     A.   YES.

10:25AM   19     Q.   AND THEN DO YOU SEE THAT SHE SAYS WE DISCUSSED THE

10:25AM   20     POSSIBILITY OF WHAT MIGHT BE CAUSING THE RESULTS.  IT'S A VERY

10:25AM   21     TECHNICAL ISSUE THERE; RIGHT?

10:25AM   22     A.   YES.

10:25AM   23     Q.   AND I DON'T WANT TO GET BOGGED DOWN IN THAT.

10:25AM   24          BUT YOU ALSO SAY WE DISCUSSED THE EQUILIBRIUM DIALYSIS IS

10:25AM   25     THE GOLD STANDARD ASSAY FOR FT4.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2448

10:25AM  1        DO YOU SEE THAT?

10:25AM  2   A.   YES.

10:25AM  3   Q.   AND DO YOU SEE THE NEXT SENTENCE THERE, IT SAYS, "THE M.D.

10:25AM  4   IS EXTREMELY POSITIVE AND EXCITED ABOUT THERANOS AND WANTS US

10:25AM  5   TO 'CRUSH QUEST DIAGNOSTICS'"?

10:25AM  6   A.   I SEE THAT.

10:25AM  7   Q.   AND THAT'S WHAT WAS COMMUNICATED TO YOU FROM THAT DOCTOR?

10:25AM  8   A.   YES.

10:25AM  9   Q.   AND LET'S LOOK AT THIS NEXT ISSUE.  AND, NO, I'M SORRY,

10:25AM  10  THE BOTTOM EMAIL IN THAT CHAIN.  IT STARTS "NOTE."  I WANT TO

10:26AM  11  FOCUS ON THAT.

10:26AM  12       DO YOU SEE THAT?

10:26AM  13  A.   YES.

10:26AM  14  Q.   AND IT SAYS, "AAP PERFORMED ON 4/18/2014 INDICATES THAT

10:26AM  15  THE THERANOS METHOD IS, ON AVERAGE, 10 PERCENT LOWER THAN

10:26AM  16  PREDICATE."

10:26AM  17       DO YOU SEE THAT?

10:26AM  18  A.   YES.

10:26AM  19  Q.   AND WHICH IS ACCEPTABLE?

10:26AM  20  A.   YES.

10:26AM  21  Q.   AND THAT WAS YOUR AAP; CORRECT?

10:26AM  22  A.   YES, IT APPEARS SO.

10:26AM  23  Q.   AND LET'S GO UP THE CHAIN.

10:26AM  24       YOU THEN FORWARD THIS TO MR. HOLMES.

10:26AM  25       DO YOU SEE THAT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                2449

10:26AM   1    A.   YES.

10:26AM   2    Q.   IF WE CAN CAPTURE ALL OF THE EMAILS AT THE TOP THERE.

10:26AM   3         HE THANKS YOU FOR THE FEEDBACK.  HE WANTS YOU TO KNOW THAT

10:26AM   4    THE LOOP HAD BEEN CLOSED ON THAT; RIGHT.

10:26AM   5    A.   YES.

10:26AM   6    Q.   BECAUSE HE HAD A ROLE IN SUPERVISING CUSTOMER SERVICE;

10:27AM   7    RIGHT?

10:27AM   8    A.   YES.

10:27AM   9    Q.   AND CUSTOMER SERVICE WAS IMPORTANT AT THERANOS, WAS IT

10:27AM   10   NOT?

10:27AM   11   A.   I CAN'T ANSWER YES OR NO.

10:27AM   12   Q.   WAS IT IMPORTANT TO YOU, SIR?

10:27AM   13   A.   YES.

10:27AM   14   Q.   OKAY.  AND AS A GENERAL MATTER, YOU HAD RETURNED DOCTOR

10:27AM   15   CALLS MUCH MORE QUICKLY THAN THAT I ASSUME.

10:27AM   16   A.   YES.

10:27AM   17   Q.   YEAH.  LET'S GO TO EXHIBIT 13922.

10:27AM   18   A.   OKAY.

10:27AM   19   Q.   OKAY.  AND DO YOU SEE THAT THIS IS AN ISSUE, ANOTHER

10:28AM   20   PHYSICIAN CALL BACK ISSUE.  THIS ONE IS IN LATE SEPTEMBER 2014.

10:28AM   21        DO YOU SEE THAT?

10:28AM   22   A.   YES, YES.

10:28AM   23   Q.   AND THIS ONE WAS SOME -- A QUESTION THAT APPEARS TO RELATE

10:28AM   24   TO TESTOSTERONE; RIGHT?

10:28AM   25   A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2450

10:28AM   1    Q.   AND HERE --

10:28AM   2         MOVE TO ADMIT 13922.

10:28AM   3              MR. BOSTIC:  NO OBJECTION.

10:28AM   4              THE COURT:  IT'S ADMITTED.  YOU MAY PUBLISH.

10:28AM   5         (DEFENDANT'S EXHIBIT 13922 WAS RECEIVED IN EVIDENCE.)

10:28AM   6    BY MR. WADE:

10:28AM   7    Q.   AND DO YOU SEE ON THIS EMAIL CHAIN THERE ARE A NUMBER OF

10:28AM   8    PEOPLE INVOLVED IN THIS, RIGHT, UP AT THE TOP?

10:28AM   9    A.   YES.

10:28AM  10    Q.   AND ONE OF THEM IS MR. HOLMES; RIGHT?  DO YOU SEE THAT?

10:28AM  11    A.   YES.

10:28AM  12    Q.   AND THIS WAS AN INQUIRY THAT HAD APPROPRIATELY BEEN

10:29AM  13    REFERRED TO YOU ABOUT A CONSULTATION WITH A DOCTOR; RIGHT?

10:29AM  14    A.   I DON'T RECALL THE BACKGROUND.  IT'S ME ASKING ABOUT AAP

10:29AM  15    FOR TESTOSTERONE.  I JUST DON'T REMEMBER THE BACKGROUND ON IT.

10:29AM  16    Q.   OKAY.  WELL, LET'S BLOW UP THAT SENTENCE.

10:29AM  17         YOU WERE TALKING ABOUT WANTING TO GET THAT INFORMATION IN

10:29AM  18    CONNECTION WITH YOUR INQUIRY ON THIS DOCTOR; RIGHT?

10:29AM  19    A.   YES.

10:29AM  20    Q.   OKAY.  LET'S GO TO EXHIBIT 12793.

10:29AM  21    A.   AND SO THEY DIDN'T ACTUALLY ANSWER MY QUESTION HERE.

10:29AM  22    Q.   I DON'T HAVE THAT EMAIL, SIR.

10:29AM  23    A.   I'M SORRY, WHICH EMAIL?

10:29AM  24    Q.   I DON'T HAVE THE RESPONSIVE EMAIL TO PUT IN FRONT OF YOU.

10:29AM  25    A.   OH, I SEE.  I SEE.

| | | |
|---|---|---|
| 10:29AM | 1 | Q.   COULD WE GO TO 12793. |
| 10:30AM | 2 | A.   I HAVE IT. |
| 10:30AM | 3 | Q.   DO YOU HAVE THAT IN FRONT OF YOU? |
| 10:30AM | 4 | A.   YES. |
| 10:30AM | 5 | Q.   AND THIS FOLLOWS UP ON -- IF YOU GO TO -- DO YOU SEE THIS |
| 10:30AM | 6 | IS ANOTHER EMAIL ABOUT AN INQUIRY RELATING TO THE TESTOSTERONE |
| 10:30AM | 7 | ISSUE? |
| 10:30AM | 8 | A.   YES. |
| 10:30AM | 9 | Q.   OKAY. |
| 10:30AM | 10 | MOVE THE ADMISSION OF 12793. |
| 10:30AM | 11 | MR. BOSTIC:  NO OBJECTION. |
| 10:30AM | 12 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:30AM | 13 | (DEFENDANT'S EXHIBIT 12793 WAS RECEIVED IN EVIDENCE.) |
| 10:30AM | 14 | BY MR. WADE: |
| 10:30AM | 15 | Q.   AND IF WE CAN GO TO THE LAST EMAIL. |
| 10:31AM | 16 | A.   YES. |
| 10:31AM | 17 | Q.   THIS IS -- I JUST WANT TO NOTE THIS IS AN ISSUE FOR A |
| 10:31AM | 18 | PHYSICIAN WHO CALLED; CORRECT? |
| 10:31AM | 19 | A.   YES. |
| 10:31AM | 20 | Q.   AND THEY'RE ASKING THAT A FOLLOWUP BE DONE? |
| 10:31AM | 21 | A.   YES. |
| 10:31AM | 22 | Q.   DO YOU SEE THAT? |
| 10:31AM | 23 | A.   YES. |
| 10:31AM | 24 | Q.   OKAY.  IF WE GO UP TO THE 3:29 P.M. EMAIL, DO YOU SEE |
| 10:31AM | 25 | MS. SCHEER IS HELPFULLY PROVIDING INFORMATION AND REMINDING YOU |

ROSENDORFF CROSS BY MR. WADE (RES.)                                2452

10:31AM   1     TO CALL BECAUSE THE PHYSICIAN HAD WANTED TO CALL AT 4:00;

10:31AM   2     RIGHT?

10:31AM   3     A.   YES.

10:31AM   4     Q.   AND SHE'S REMINDING YOU AT 3:30?

10:31AM   5     A.   YES.

10:31AM   6     Q.   OKAY.  AND IF WE GO UP ONE EMAIL INITIALLY WHICH IS THE

10:32AM   7     PRIOR PAGE, YOU RESPOND -- THIS IS OCTOBER 1ST, 2014.

10:32AM   8         DO YOU SEE THAT?

10:32AM   9     A.   YES.

10:32AM   10    Q.   AND LET'S GO TO THE NEXT PAGE.

10:32AM   11        ALL RIGHT.  IF YOU CAN -- AND DO YOU SEE GENERALLY ALL OF

10:32AM   12    THE REDACTED INFORMATION ON THERE?

10:32AM   13    A.   YES.

10:32AM   14    Q.   DO YOU SEE THAT ON THE SCREEN?

10:32AM   15    A.   YES.

10:32AM   16    Q.   THAT IS ALL PATIENT IDENTIFYING INFORMATION?

10:32AM   17    A.   YES.

10:32AM   18    Q.   AND YOU UNDERSTAND THAT WE'RE REDACTING IT HERE?

10:32AM   19    A.   YES.

10:32AM   20    Q.   FOR THAT PURPOSE?

10:32AM   21    A.   APPROPRIATELY.

10:32AM   22    Q.   BECAUSE THAT'S IMPORTANT; RIGHT?

10:32AM   23    A.   TO PROTECT PHI, ABSOLUTELY.  YES.

10:32AM   24    Q.   AND IF YOU GO TO THE BOTTOM THERE, DO YOU SEE -- LET'S

10:32AM   25    BLOW THAT UP.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2453

10:33AM  1        DO YOU SEE IT SAYS, "FINALLY, AS LAB DIRECTOR --" NOW THIS

10:33AM  2    WAS A PATIENT INQUIRY WHERE YOU WERE ASKED TO TALK ABOUT

10:33AM  3    TESTOSTERONE; RIGHT?

10:33AM  4    A.   YES.

10:33AM  5    Q.   AND YOU SAY, "FINALLY, AS LAB DIRECTOR, I NEED TO SIGN OFF

10:33AM  6    ON PROFICIENCY TESTING/AAP FOR VITAMIN D AND TESTOSTERONE,

10:33AM  7    WHICH HAVE BOTH BEEN IN PRODUCTION FOR ALMOST A YEAR, WITHOUT

10:33AM  8    (TO MY KNOWLEDGE), A FULLY EXECUTED AAP PLAN AND DATA."

10:33AM  9        DO YOU SEE THAT?

10:33AM  10   A.   YES.

10:33AM  11   Q.   AND YOU SAY, "THIS DATA NEEDS TO BE SHARED ALSO WITH OUR

10:33AM  12   QA/QC DIRECTOR AND BE AVAILABLE FOR CLIA INSPECTIONS."

10:33AM  13       DO YOU SEE THAT?

10:33AM  14   A.   YES.

10:33AM  15   Q.   AND THAT JUST KIND OF -- LET'S GO BACK UP TO THE HEADING

10:33AM  16   OF THAT.

10:33AM  17       THAT EMAIL WAS SOMEWHAT RAISED OUT OF NOWHERE AND YOU'RE

10:33AM  18   ADDRESSING IT TO ELENA AND CHRISTIAN.

10:33AM  19       DO YOU SEE THAT?  IT'S ON THE SCREEN.

10:33AM  20   A.   AND MAX, YEAH.

10:34AM  21   Q.   AND NOW, ELENA AND CHRISTIAN DON'T HAVE ANYTHING TO DO

10:34AM  22   WITH AAP AND PT; CORRECT?

10:34AM  23   A.   THAT'S CORRECT.

10:34AM  24   Q.   AND THEY HAVE NO ROLE IN THAT WHATSOEVER?

10:34AM  25   A.   CORRECT.

| | | |
|---|---|---|
| 10:34AM | 1 | Q.  AND IF THEY CAME IN THE LAB AND TRIED TO DO AAP AND PT, |
| 10:34AM | 2 | YOU WOULD THROW THEM OUT OF THE LAB, WOULDN'T YOU? |
| 10:34AM | 3 | A.  CORRECT. |
| 10:34AM | 4 | Q.  OKAY.  LET'S GO UP ONE EMAIL.  YOU RESPOND TO -- YOU |
| 10:34AM | 5 | FORWARD THIS TO MR. BALWANI ON OCTOBER 1ST. |
| 10:34AM | 6 | DO YOU SEE THAT? |
| 10:34AM | 7 | A.  YES. |
| 10:34AM | 8 | Q.  NOW, LET'S GO TO EXHIBIT 7482. |
| 10:34AM | 9 | A.  SO NOW MR. BALWANI IS AWARE OF MY REQUEST FOR THE AAP |
| 10:34AM | 10 | DATA. |
| 10:34AM | 11 | Q.  YES, I SEE THAT.  LET'S GO TO 7482 AND DISCUSS THAT SOME |
| 10:35AM | 12 | MORE.  OKAY? |
| 10:35AM | 13 | A.  I HAVE IT. |
| 10:35AM | 14 | Q.  DO YOU HAVE THAT IN FRONT OF YOU? |
| 10:35AM | 15 | A.  YES. |
| 10:35AM | 16 | Q.  AND DO YOU SEE THAT AS AN EMAIL BETWEEN YOU AND |
| 10:35AM | 17 | MR. BALWANI? |
| 10:35AM | 18 | A.  YES. |
| 10:35AM | 19 | Q.  ON OCTOBER 9TH, 2014? |
| 10:35AM | 20 | A.  YES. |
| 10:35AM | 21 | Q.  AND IF YOU GO DOWN THE EMAIL CHAIN, THERE ARE A FEW OTHERS |
| 10:35AM | 22 | ON THE EMAIL CHAIN AS WELL, CHRISTIAN HOLMES. |
| 10:35AM | 23 | DO YOU SEE THAT? |
| 10:36AM | 24 | A.  YES. |
| 10:36AM | 25 | Q.  IF I COULD PAUSE HERE FOR A SECOND.  AND I WANT TO GO BACK |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2455

10:36AM   1    TO 12793.  OKAY.

10:36AM   2          IF WE GO TO THE BOTTOM THERE -- WE'LL PUT IT UP ON THE

10:36AM   3    SCREEN FOR YOU.  IT WILL BE A QUICK ONE.

10:36AM   4          IF WE GO TO THE BOTTOM THERE, YOU HAD RAISED THIS ISSUE --

10:36AM   5    YOU HAD GIVEN THE REPORT ON DR. PALMER; RIGHT?

10:36AM   6    A.   YES.

10:36AM   7    Q.   AND THIS IS OCTOBER 1ST, 2014; RIGHT?

10:36AM   8    A.   YES.

10:36AM   9    Q.   AND IF YOU GO TO THE NEXT PAGE THERE ARE SOME QUESTIONS

10:37AM  10    THAT ARE RAISED THERE THAT NEEDED TO BE LOOKED INTO; CORRECT?

10:37AM  11    A.   YES.  THE FIRST TESTOSTERONE VALUES OF 280 AND 309 WERE

10:37AM  12    VERY, VERY DIFFERENT FROM TESTOSTERONE THAT WAS TESTED A FEW

10:37AM  13    DAYS LATER, WHICH WAS 705.

10:37AM  14    Q.   AND SO OCTOBER 1ST, THAT NEEDED TO BE LOOKED INTO; RIGHT?

10:37AM  15    A.   YES.

10:37AM  16    Q.   AND LET'S GO BACK TO 7482, WHICH I CAN'T REMEMBER IF I

10:37AM  17    MOVED IT INTO EVIDENCE.

10:37AM  18          I WOULD MOVE IT INTO EVIDENCE IF I HAVEN'T.

10:37AM  19              MR. BOSTIC:  NO OBJECTION.

10:37AM  20              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:37AM  21          (DEFENDANT'S EXHIBIT 7482 WAS RECEIVED IN EVIDENCE.)

10:37AM  22    BY MR. WADE:

10:37AM  23    Q.   IF WE CAN GO TO THE BACK PAGE AND THE BOTTOM EMAIL.  IT'S

10:37AM  24    SPLIT ACROSS TWO PAGES.

10:38AM  25          DO YOU SEE THIS IS ABOUT DR. PALMER AGAIN?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2456

10:38AM    1              DO YOU SEE THAT?

10:38AM    2         A.   7482?

10:38AM    3         Q.   YEAH, SORRY.  I'LL GIVE YOU A SECOND TO FIND IT.  7482?

10:38AM    4         A.   I HAVE IT.

10:38AM    5         Q.   OKAY.  AND THIS IS ABOUT DR. PALMER AGAIN.

10:38AM    6              DO YOU SEE THAT?

10:38AM    7         A.   YES.

10:38AM    8         Q.   AND THIS IS OCTOBER 9TH?

10:38AM    9         A.   YES.

10:38AM   10         Q.   DO YOU SEE THAT?

10:38AM   11         A.   YES.

10:38AM   12         Q.   AND AMELIA AGUIRRE?

10:38AM   13         A.   AGUIRRE.

10:38AM   14         Q.   SHE'S EMAILING YOU.

10:38AM   15              AND IF WE GO OVER THE TEXT OF THE EMAIL IT SAYS, "WERE YOU

10:38AM   16    SPEAKING WITH A DR. A. PALMER REGARDING FREE AND TOTAL

10:38AM   17    TESTOSTERONE?  HE SAID HE WAS WAITING FOR A CALLBACK ABOUT A

10:38AM   18    PATIENT."

10:38AM   19              DO YOU SEE THAT?

10:38AM   20         A.   DON'T MENTION THE NAME.

10:38AM   21              THE COURT:  STRIKE THAT.

10:39AM   22              MR. WADE:  CAN WE REMOVE THAT?  MY APOLOGIES.

10:39AM   23              THE COURT:  THAT'S STRICKEN FROM THE RECORD.

10:39AM   24    BY MR. WADE:

10:39AM   25         Q.   THANK YOU, DOCTOR.  MY APOLOGIES.

ROSENDORFF CROSS BY MR. WADE (RES.)                    2457

10:39AM   1          DO YOU SEE THERE'S REFERENCE TO A PARTICULAR PATIENT

10:39AM   2     THERE?

10:39AM   3     A.   YES.

10:39AM   4     Q.   AND THAT'S THE SAME PATIENT THAT WAS DISCUSSED IN THE

10:39AM   5     PRIOR EMAIL; CORRECT?

10:39AM   6     A.   YES.

10:39AM   7     Q.   OKAY.  AND THERE'S INFORMATION PROVIDED ON HOW TO REACH

10:39AM   8     THE DOCTOR.

10:39AM   9          DO YOU SEE THAT?

10:39AM  10     A.   YES.

10:39AM  11     Q.   AND IT SAYS, "HE'S HOPING TO GET A CALL BACK TODAY."

10:39AM  12          DO YOU SEE THAT?

10:39AM  13     A.   YES, YES.

10:39AM  14     Q.   OKAY.  AND THEN LET'S LOOK -- NOW, HERE AGAIN, THIS HAD

10:39AM  15     BEEN A WEEK SINCE YOU LAST TALKED TO THE DOCTOR; RIGHT?

10:39AM  16     A.   MY RECOLLECTION IS THAT I DID TALK TO DR. PALMER ABOUT

10:39AM  17     THIS.

10:39AM  18     Q.   YOU TALKED TO THE DOCTOR ON OCTOBER 1ST.  WE SAW THAT.

10:39AM  19          DO YOU REMEMBER?

10:39AM  20     A.   YES.

10:39AM  21     Q.   AND THEN THIS IS OCTOBER 9TH AND THEY'RE SAYING --

10:39AM  22     A.   DO YOU WANT US TO TALK AGAIN?

10:40AM  23     Q.   HE'S WAITING FOR A CALL BACK FROM YOU.

10:40AM  24          DO YOU SEE THAT?

10:40AM  25     A.   YES, YES, I SEE THAT.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2458

10:40AM   1    Q.   OKAY.  AND SO THIS IS ANOTHER INSTANCE IN THIS PERIOD IN

10:40AM   2    EARLY OCTOBER WHERE ABOUT A WEEK HAD PAST SINCE YOU HAD

10:40AM   3    RETURNED THE DOCTOR'S CALL; RIGHT?

10:40AM   4    A.   I HAD ALREADY SPOKEN TO HIM ON ONE OCCASION AND MY -- IT

10:40AM   5    WAS NOT MY UNDERSTANDING THAT HE WANTED ANOTHER PHONE CALL FROM

10:40AM   6    ME.

10:40AM   7    Q.   OKAY.  WELL, LET'S LOOK, LET'S LOOK UP -- AND IT'S

10:40AM   8    IMPORTANT FOR YOU TO HANDLE THOSE CALLS WITH THE DOCTORS;

10:40AM   9    RIGHT?

10:40AM   10   A.   YES.

10:40AM   11   Q.   BECAUSE THAT'S MEDICAL INFORMATION AND YOU'RE THE ONE WHO

10:40AM   12   IS QUALIFIED TO DO THAT; RIGHT?

10:40AM   13   A.   YES.

10:40AM   14   Q.   OKAY.  LET'S LOOK UP THE CHAIN.

10:40AM   15   A.   I SEE IT ON THE SCREEN.

10:40AM   16   Q.   YEAH.  OKAY.  HERE YOU SAY LET CHRISTIAN HANDLE THIS?

10:41AM   17   A.   YES.

10:41AM   18   Q.   AND WHICH IS EXACTLY THE THING THAT YOU HAD BEEN SAYING ON

10:41AM   19   YOUR DIRECT EXAMINATION SHOULDN'T HAPPEN; CORRECT?

10:41AM   20   A.   I, I CAN EXPLAIN.

10:41AM   21        I DIDN'T FEEL I HAD A GOOD EXPLANATION FOR THE DISCREPANT

10:41AM   22   TESTOSTERONE VALUES, AND I REALLY DIDN'T KNOW WHAT I COULD TELL

10:41AM   23   THE PHYSICIAN MORE THAN I TOLD HIM ON THE FIRST PHONE CALL.

10:41AM   24   Q.   WELL, DON'T YOU THINK, DON'T YOU THINK UNDER YOUR

10:41AM   25   OBLIGATIONS UNDER CLIA THAT IF A DOCTOR CALLS YOU AND ASKS FOR

ROSENDORFF CROSS BY MR. WADE (RES.)                        2459

10:41AM  1    A CALL BACK TODAY ON A PATIENT MEDICAL ISSUE, THAT YOU AT LEAST

10:41AM  2    OWE THEM A RETURN PHONE CALL?

10:41AM  3    A.   YES.

10:41AM  4    Q.   OKAY.  AND WAS THERE SOMETHING HAPPENING IN THIS PERIOD,

10:41AM  5    DR. ROSENDORFF, THAT WAS -- APART FROM YOUR THING AT THERANOS

10:41AM  6    THAT WAS MAKING IT DIFFICULT FOR YOU TO GET BACK TO DOCTORS

10:41AM  7    BECAUSE THERE'S A COUPLE OF THESE THAT HAVE COME UP IN THIS

10:41AM  8    PERIOD?

10:41AM  9    A.   I WAS BECOMING FRUSTRATED AT MY INABILITY TO EXPLAIN

10:41AM 10    DISCREPANT RESULTS.  IT CULMINATED ON ONE OR TWO OCCASIONS WITH

10:41AM 11    MY REFUSAL TO JUSTIFY THE DISCREPANT RESULTS TO PHYSICIANS.

10:42AM 12    Q.   RIGHT, BUT YOU'RE --

10:42AM 13    A.   GO AHEAD.

10:42AM 14    Q.   BUT YOU'RE JUST BEING ASKED TO CALL THE DOCTOR AND HAVE A

10:42AM 15    CONVERSATION HERE; RIGHT?

10:42AM 16    A.   YES.  THE DOCTOR IS WANTING ME TO EXPLAIN WHY THE RESULTS

10:42AM 17    ARE DISCREPANT.

10:42AM 18    Q.   WELL, THE DOCTOR IS ASKING FOR A CONVERSATION ABOUT A

10:42AM 19    MEDICAL ISSUE; RIGHT?

10:42AM 20    A.   LABORATORY ISSUE, YES.

10:42AM 21    Q.   YEAH.  RELATING TO A PATIENT?

10:42AM 22    A.   YES.

10:42AM 23    Q.   AND I BELIEVE IT'S YOUR TESTIMONY THAT THAT IS SOMETHING

10:42AM 24    THAT YOU NEED TO BE THE PERSON TO HANDLE; CORRECT?

10:42AM 25    A.   CORRECT.

10:42AM   1     Q.   OKAY.  BUT YOU'RE NOT DOING THAT, ARE YOU, SIR?

10:42AM   2     A.   I CAN'T ANSWER YES OR NO.

10:42AM   3     Q.   THIS IS FORWARDED TO MR. HOLMES.

10:42AM   4          DO YOU SEE THAT IF WE GO UP THE CHAIN?

10:42AM   5     A.   YES.

10:42AM   6     Q.   OKAY.  AND HE'S ASKED TO CALL DR. PALMER.

10:42AM   7          DO YOU SEE THAT?

10:42AM   8     A.   YES.

10:42AM   9     Q.   AND BECAUSE THAT'S WHAT YOU ASKED TO HAVE HAPPEN; RIGHT?

10:43AM  10     A.   YES.

10:43AM  11     Q.   OKAY.

10:43AM  12     A.   AS I MENTIONED, I HAD ALREADY SPOKEN TO DR. PALMER ON THIS

10:43AM  13     ISSUE ON A PREVIOUS OCCASION.

10:43AM  14     Q.   RIGHT.  AND YOU UNDERSTOOD FROM THE CUSTOMER SERVICE

10:43AM  15     PERSON THAT THAT DOCTOR WANTED TO TALK TO YOU AGAIN THAT

10:43AM  16     AFTERNOON?

10:43AM  17     A.   YES.

10:43AM  18     Q.   OKAY.  AND IF WE CAN TAKE THE REST OF THAT PAGE AND

10:43AM  19     JUST --

10:43AM  20          MR. HOLMES SENDS THIS TO MAX FOSQUE AND SUNNY BALWANI.

10:43AM  21          DO YOU SEE THAT?

10:43AM  22     A.   YES.

10:43AM  23     Q.   AND MR. BALWANI RESPONDS?  IF WE GO TO THE FIRST PAGE.

10:43AM  24          DO YOU SEE THAT?

10:43AM  25     A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2461

10:43AM   1      Q.   AND THIS IS HIS RESPONSE?

10:43AM   2      A.   YES.

10:43AM   3      Q.   OKAY.  AND IF WE JUST ZOOM OUT FOR A SECOND, IT'S A PRETTY

10:43AM   4      DETAILED RESPONSE, ISN'T IT?

10:43AM   5      A.   IT'S A LONG RESPONSE.

10:43AM   6      Q.   OKAY.  AND LET'S LOOK AT THAT, OKAY?

10:44AM   7      A.   YES.

10:44AM   8      Q.   IN THE FIRST PARAGRAPH HE ADDRESSES ISSUES THAT ARE

10:44AM   9      SPECIFIC TO THE QUESTION FROM THE DOCTOR.

10:44AM  10           DO YOU SEE THAT?

10:44AM  11      A.   YES.

10:44AM  12      Q.   OKAY.  AND HE PROVIDES INFORMATION RELATING TO THAT

10:44AM  13      PATIENT; RIGHT?

10:44AM  14      A.   YES.

10:44AM  15      Q.   AND THEN IF YOU SEE -- AND WE TALKED ABOUT WHEN THERE'S A

10:44AM  16      PATIENT INQUIRY, SOMETIMES INFORMATION WOULD BE GATHERED AND IT

10:44AM  17      WOULD BE PROVIDED SO IT COULD BE CONSIDERED AND ANALYZED IN

10:44AM  18      CONNECTION WITH RESPONDING TO THE DOCTOR; RIGHT?

10:44AM  19      A.   YES.

10:44AM  20      Q.   OKAY.  AND IN THE SECOND PARAGRAPH HE ADDRESSES THE ISSUE

10:44AM  21      THAT YOU HAD RAISED IN THE OTHER EMAIL ABOUT AAP?

10:44AM  22      A.   YES.

10:44AM  23      Q.   RIGHT?

10:44AM  24      A.   YES.

10:44AM  25      Q.   OKAY.  AND HE NOTES, "WE ARE DOING MONTHLY (MOST CASES

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2462

10:44AM   1    WEEKLY) IQP (AAP) FOR EACH ASSAY ON EDISONS AND OTHER DEVICES

10:45AM   2    DOWNSTAIRS."

10:45AM   3         DO YOU SEE THAT?

10:45AM   4    A.  I SEE THAT.

10:45AM   5    Q.  OKAY.

10:45AM   6    A.  I DON'T AGREE WITH IT, BUT I SEE IT.

10:45AM   7    Q.  AND HE SAYS, "ALL OF THIS DATA IS 100 PERCENT ON THE

10:45AM   8    FOLDERS ACCESSIBLE TO YOU AND HAD BEEN AGREED UPON OVER

10:45AM   9    6 MONTHS AGO."

10:45AM  10         DO YOU SEE THAT?

10:45AM  11    A.  YES.

10:45AM  12    Q.  AND HE SAYS, "WE SHOULD TAKE THIS DATA AND FORMALIZE IT

10:45AM  13    FOR THE REVIEW AND SIGN OFF."

10:45AM  14         DO YOU SEE THAT?

10:45AM  15    A.  YES.

10:45AM  16    Q.  AND HE SAYS, "LANGLY IS NOT THE RIGHT PERSON FOR THIS AS

10:45AM  17    HE IS BARELY KEEPING UP WITH OTHER WORK."

10:45AM  18         DO YOU SEE THAT?

10:45AM  19    A.  YES.

10:45AM  20    Q.  AND THEN HE SAYS, "AS YOU MAY RECALL, WE ARE DOING

10:45AM  21    EQUIVALENT AAP ON A WEEKLY BASES."

10:45AM  22         DO YOU SEE THAT?

10:45AM  23    A.  YES.

10:45AM  24    Q.  AND THEN IF YOU GO DOWN A LITTLE BIT HE TALKS ABOUT THE

10:46AM  25    POWERPOINT.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2463

10:46AM   1          DO YOU SEE THAT?

10:46AM   2     A.   YES.

10:46AM   3     Q.   AND HE SAYS, "YOU AND MARK HAD CREATED A POWERPOINT FOR

10:46AM   4     CLIA TEAM AND YOU GUYS ACTUALLY HAD POINTED OUT THAT DOING THIS

10:46AM   5     WEEKLY JUST MAY BE TOO EXCESSIVE."

10:46AM   6          DO YOU SEE THAT?

10:46AM   7     A.   YES.

10:46AM   8     Q.   AND THAT'S THAT DR. PANDORI EMAIL THAT WE JUST TALKED

10:46AM   9     ABOUT, DR. PANDORI SAID IT WAS A LITTLE EXCESSIVE BECAUSE IT

10:46AM   10    WOULD INTERFERE WITH THE OPERATIONS.

10:46AM   11         DO YOU RECALL THAT?

10:46AM   12    A.   YES.

10:46AM   13    Q.   AND THAT'S WHAT HE'S REFERRING TO RIGHT HERE SIX MONTHS

10:46AM   14    LATER; RIGHT?

10:46AM   15    A.   YES.

10:46AM   16    Q.   OKAY.  AND THEN THE LAST SENTENCE HE SAYS WE'RE ONLY

10:46AM   17    REQUIRED TO DO THESE AAP'S ONCE PER FOUR MONTHS.

10:46AM   18         DO YOU SEE THAT?

10:46AM   19    A.   YES.

10:46AM   20    Q.   AND IT WAS ACTUALLY ONCE PER SIX MONTHS PER THE POLICY;

10:46AM   21    RIGHT?

10:46AM   22    A.   YES.

10:46AM   23    Q.   OKAY.  LET'S GO TO THE NEXT PARAGRAPH.  THIS PARAGRAPH

10:47AM   24    TALKS ABOUT SOMETHING YOU KNOW WELL.

10:47AM   25         IT SAYS IN ADDITION WE HAVE SEPARATE DAILY QC; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                2464

10:47AM  1    A.   YES.

10:47AM  2    Q.   AND THAT ALL OF THE ASSAYS AND ALL DEVICES FOR CLIA AND

10:47AM  3    THAT IS ALREADY IN PLACE FOR EACH DEVICE AND ASSAY.

10:47AM  4         DO YOU SEE THAT?

10:47AM  5    A.   YES.

10:47AM  6    Q.   AND YOU AGREED WITH THAT; RIGHT?  THAT WAS BEING DONE?

10:47AM  7    A.   YES.

10:47AM  8    Q.   OKAY.  LET'S GO TO THE NEXT PARAGRAPH.

10:47AM  9         NOW, HERE HE NOTES THAT A GROUP OF THEM LOOK AT THIS DATA

10:47AM  10   ON ALMOST A DAILY BASIS.

10:47AM  11        DO YOU SEE THAT?

10:47AM  12   A.   YES.

10:47AM  13   Q.   AND WHILE IT'S NOT NEEDED FOR CLIA, IT'S ACTUALLY -- DOING

10:47AM  14   THAT REGULAR TESTING OF ACCURACY WAS HELPFUL FOR R&D HE SAYS

10:47AM  15   HERE; RIGHT?

10:47AM  16   A.   I DON'T SEE THAT.

10:48AM  17   Q.   OKAY.  LET ME READ THE SECOND SENTENCE.

10:48AM  18        DO YOU SEE WHERE HE SAYS THEY'RE LOOKING AT IT ALMOST

10:48AM  19   DAILY?  DO YOU SEE THAT?

10:48AM  20   A.   YES.

10:48AM  21   Q.   AND "HE" IS MR. BALWANI?

10:48AM  22   A.   YES.

10:48AM  23   Q.   AND THEN YOU HAVE DR. PANGARKAR?

10:48AM  24   A.   YES.

10:48AM  25   Q.   DR. YOUNG?

ROSENDORFF CROSS BY MR. WADE (RES.)                          2465

10:48AM  1    A.   YES.

10:48AM  2    Q.   DR. DOSHI?

10:48AM  3    A.   YES.

10:48AM  4    Q.   AND THEY'RE LOOKING AT THAT IQP APP DATA ON ALMOST A DAILY

10:48AM  5    BASIS; IS THAT RIGHT?

10:48AM  6    A.   YES.

10:48AM  7    Q.   OKAY.  AND THEN IT SAYS, THIS IS NOT NEEDED FOR CLIA

10:48AM  8    PURPOSES.

10:48AM  9         THAT'S TRUE, RIGHT, YOU DIDN'T NEED DAILY AAP FOR CLIA?

10:48AM  10   A.   NOT DAILY.  YOU NEED A PROFICIENCY PROGRAM.

10:48AM  11   Q.   RIGHT.

10:48AM  12   A.   YEAH.

10:48AM  13   Q.   BUT HE SAYS FOR PRODUCT DEVELOPMENT AND PRODUCT

10:48AM  14   IMPROVEMENT PURPOSES IT'S USEFUL; RIGHT?

10:48AM  15   A.   I SEE.

10:48AM  16   Q.   AND THEN HE SAYS, "I WOULD RECOMMEND IF YOU WANT TO GET

10:49AM  17   WEEKLY BRIEFINGS ON THIS, YOU SET UP TIME WITH NISHIT AND

10:49AM  18   CHINMAY ON THE 13 ELISA ASSAYS, CBC, AND ADVIA ASSAYS, AND I

10:49AM  19   KNOW THEY WILL BE VERY HAPPY IN WALKING YOU THRU THIS."

10:49AM  20        DO YOU SEE THIS?

10:49AM  21   A.   THOSE FOLKS WERE NOT IMPLEMENTING THE AAP AS I SET OUT IN

10:49AM  22   MY SOP FOR THOSE 13 ASSAYS.

10:49AM  23        I'M NOT CLEAR ON EXACTLY WHAT THEY WERE DOING AND THE DATA

10:49AM  24   WAS NOT ACCESSIBLE IN THE DRIVE AS SUNNY IS ASSERTING.

10:49AM  25   Q.   WELL, HE'S SAYING RIGHT HERE IN THIS EMAIL, IF YOU WANT

ROSENDORFF CROSS BY MR. WADE (RES.)                              2466

10:49AM   1      IT, YOU CAN GET A WEEKLY BRIEFING ON IT; CORRECT?

10:49AM   2      A.   YES.

10:49AM   3      Q.   AND THAT'S WHAT HE'S SAYING RIGHT THERE?

10:49AM   4      A.   YES.

10:49AM   5      Q.   AND HE'S SAYING WHAT IS HAPPENING; RIGHT?

10:49AM   6      A.   YES.

10:49AM   7      Q.   AND DID YOU GO AND GET THAT BRIEFING?

10:49AM   8      A.   I WENT INTO THE FILE TO TRY TO PULL UP THE AAP DATA.

10:49AM   9      Q.   OKAY.

10:50AM  10      A.   IT WAS HARDLY INCOMPLETE.

10:50AM  11      Q.   OKAY.  DID YOU TALK TO THESE FOLKS ABOUT WHAT YOU WERE

10:50AM  12      DOING?

10:50AM  13      A.   I SPOKE TO CHINMAY ABOUT AAP FOR CBC'S.

10:50AM  14      Q.   OKAY.  LET'S CONTINUE WITH THIS EMAIL.

10:50AM  15           DID YOU GO -- IN RESPONSE TO THIS SUGGESTION FROM

10:50AM  16      MR. BALWANI, IS IT YOUR TESTIMONY THAT IN OCTOBER IN 2014 YOU

10:50AM  17      ACTUALLY WENT AND HAD MEETINGS ABOUT THIS?

10:50AM  18      A.   I DON'T RECALL.

10:50AM  19      Q.   OKAY.  AND IF YOU LOOK AT THE BOTTOM, NUMBER 6, IT SAYS,

10:50AM  20      "DESPITE ALL OF OUR BEST EFFORTS, THERE WILL BE RESULTS THAT

10:50AM  21      ARE UNEXPECTED."

10:50AM  22           NOW, YOU WOULD AGREE WITH THAT; RIGHT?

10:50AM  23      A.   YES.

10:50AM  24      Q.   AND NO LAB IS PERFECT; RIGHT?

10:50AM  25      A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2467

10:50AM   1      Q.   EVERY LAB MAKES SOME ERRORS?

10:50AM   2      A.   SURE.

10:50AM   3      Q.   THE -- HOWEVER, IF THERE ARE ANY DISCREPANCIES IN RESULTS,

10:51AM   4      THE BEST IS TO INVESTIGATE, WHICH IS WHAT WE ALWAYS DO."

10:51AM   5           DO YOU SEE THAT?

10:51AM   6      A.   YES.

10:51AM   7      Q.   OKAY.  AND THEN HE SAYS, "IN THAT REGARD, THE TEAM WOULD

10:51AM   8      APPRECIATE YOUR INVOLVEMENT IN THAT PROCESS BUT YOU NEED TO

10:51AM   9      BRING UP THE RIGHT ISSUES TO THE RIGHT PEOPLE."

10:51AM  10           RIGHT?

10:51AM  11      A.   YES.

10:51AM  12      Q.   HE SAYS, "THE ATTACHED EMAIL," WHICH WAS THE EMAIL, THE

10:51AM  13      OCTOBER EMAIL WHERE YOU RAISED THIS ISSUE WITH THE CUSTOMER

10:51AM  14      SERVICE REPRESENTATIVE AND MR. HOLMES --

10:51AM  15      A.   YES.

10:51AM  16      Q.   -- HE DIDN'T THINK THAT WAS APPROPRIATE, DID HE?

10:51AM  17      A.   I DID NOT ADDRESS THAT REQUEST TO THE RIGHT PEOPLE TO

10:51AM  18      SOLVE THAT PROBLEM.

10:51AM  19      Q.   OKAY.  SO YOU AGREE WITH HIM THAT THAT WAS NOT ADDRESSED

10:51AM  20      TO THE RIGHT PEOPLE?

10:51AM  21      A.   CORRECT.

10:51AM  22      Q.   OKAY.

10:51AM  23      A.   I THINK THE PURPOSE OF MY REQUEST WAS TO MAKE CHRISTIAN

10:51AM  24      AWARE THAT MY REVIEW OF THE AAP WAS NOT BEING PROVIDED TO ME

10:51AM  25      AND NOT BEING DONE.  THAT -- YOU KNOW, ONE PROBLEM AND THE ROOT

10:52AM   1    CAUSE OF THE INVESTIGATION WAS THAT THE AAP WAS INCOMPLETE

10:52AM   2    ESSENTIALLY.

10:52AM   3    Q.   ALL RIGHT.  BUT YOU AGREE WITH MR. BALWANI THAT THE PLACE

10:52AM   4    TO RAISE ANY CONCERNS THAT YOU HAVE WITH THE AAP IS NOT WITH A

10:52AM   5    CALL SERVICE REPRESENTATIVE; RIGHT?

10:52AM   6    A.   CORRECT.

10:52AM   7    Q.   BECAUSE THEY HAVE NO CONTROL OR ABILITY TO DEAL WITH THAT

10:52AM   8    AT ALL; RIGHT?

10:52AM   9    A.   CORRECT.

10:52AM   10   Q.   DO YOU RECALL -- THIS EMAIL WAS SENT ON OCTOBER 9TH, 2014.

10:52AM   11        DO YOU SEE THAT?

10:52AM   12   A.   YES.

10:52AM   13   Q.   AND IF OUR GREENWICH MEAN TIME CALCULATOR IS RIGHT, THAT

10:53AM   14   IS PROBABLY SOME POINT MIDAFTERNOON, SEVEN OR EIGHT HOURS, OR

10:53AM   15   MAYBE IT'S 9:00 P.M.?

10:53AM   16   A.   I DON'T KNOW.

10:53AM   17   Q.   OKAY.  YOU DON'T KNOW.  BUT IT'S ON OCTOBER 9TH, 2014?

10:53AM   18   A.   YES.

10:53AM   19   Q.   DO YOU SEE THAT?

10:53AM   20   A.   YES.

10:53AM   21   Q.   AND IN RESPONSE TO YOUR CONCERNS, A MEETING WAS SCHEDULED

10:53AM   22   TO DISCUSS AAP; CORRECT?

10:53AM   23   A.   YES.

10:53AM   24   Q.   AND LET'S GO TO 13 --

10:53AM   25   A.   THAT'S BECAUSE IT WASN'T BEING IMPLEMENTED.

ROSENDORFF CROSS BY MR. WADE (RES.)                           2469

10:53AM   1    Q.   LET'S GO TO 7494.

10:54AM   2    A.   I HAVE THAT.

10:54AM   3    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

10:54AM   4         AND DO YOU SEE THAT AS AN EMAIL AND A MEETING INVITE

10:54AM   5    RELATING TO THAT MEETING AND IT ATTACHES ALSO A DRAFT POLICY?

10:54AM   6         DO YOU SEE THAT?

10:54AM   7    A.   YES.

10:54AM   8              MR. WADE:  MOVE THE ADMISSION OF 7494.

10:54AM   9              MR. BOSTIC:  NO OBJECTION.

10:54AM   10             THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:54AM   11        (DEFENDANT'S EXHIBIT 7494 WAS RECEIVED IN EVIDENCE.)

10:54AM   12   BY MR. WADE:

10:54AM   13   Q.   FOR NOW I JUST WANT TO DRAW YOUR ATTENTION TO THE BOTTOM

10:54AM   14   OF THIS DOCUMENT.

10:54AM   15        DO YOU SEE THAT THIS IS A, THIS IS A MEETING REQUEST FROM

10:54AM   16   MR. BALWANI ON THURSDAY, OCTOBER 9TH, AT 5:25 P.M.

10:54AM   17        OKAY.

10:54AM   18   A.   YES.

10:54AM   19   Q.   AND SO IF IT'S GREENWICH MEAN TIME IN THAT PRIOR EMAIL,

10:54AM   20   IT'S JUST A COUPLE HOURS AFTER HE SENT YOU THAT PRIOR EMAIL;

10:54AM   21   RIGHT?

10:54AM   22   A.   OKAY.

10:54AM   23   Q.   AND DO YOU SEE THAT HE INCLUDES A BIG GROUP OF PEOPLE ON

10:55AM   24   IQP/AAP DECISIONS.

10:55AM   25        DO YOU SEE THAT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                      2470

10:55AM   1     A.   YES.

10:55AM   2     Q.   AND THE PLAN FORWARD?

10:55AM   3     A.   YES.

10:55AM   4     Q.   OKAY.  AND HE PROPOSES TO ME TUESDAY, OCTOBER 14TH?

10:55AM   5     A.   YES.

10:55AM   6     Q.   OKAY.  NOW, DO YOU RECALL INITIALLY -- AND HE'S SENDING

10:55AM   7     YOU THIS INITIALLY, LET'S SCHEDULE A MEETING; RIGHT?

10:55AM   8     A.   YES.

10:55AM   9     Q.   WITH THE TOP PEOPLE IN THE COMPANY?

10:55AM   10    A.   YES.

10:55AM   11    Q.   OKAY.  LET'S GO TO EXHIBIT 13923.

10:55AM   12    A.   WHICH BINDER IS THAT IN?

10:55AM   13    Q.   I BELIEVE IT SHOULD BE IN THE BACK OF YOUR SECOND BINDER.

10:56AM   14    A.   139?

10:56AM   15    Q.   13923?

10:56AM   16    A.   IT IS NOT THERE.

10:56AM   17    Q.   I'M SORRY?

10:56AM   18    A.   IT IS NOT THERE.  I'M SORRY.

10:56AM   19             MS. TREFZ:  THE VERY BACK.

10:56AM   20             MR. WADE:  MAY I APPROACH, YOUR HONOR?

10:56AM   21             THE COURT:  YES.

10:56AM   22    BY MR. WADE:

10:56AM   23    Q.   DO YOU HAVE 13923 IN FRONT OF YOU, DR. ROSENDORFF?

10:56AM   24    A.   YES, I DO.

10:56AM   25    Q.   AND DO YOU RECOGNIZE THIS TO BE TWO DIFFERENT CALENDAR

ROSENDORFF CROSS BY MR. WADE (RES.)                          2471

10:56AM   1    ENTRIES RELATING TO THE IQP AAP DECISIONS AND PLAN FORWARD?  DO

10:57AM   2    YOU SEE THAT?

10:57AM   3    A.   YES.

10:57AM   4    Q.   AND DO YOU SEE YOU'RE AN ADDRESSEE?

10:57AM   5    A.   YES.

10:57AM   6             MR. WADE:  I MOVE THE ADMISSION OF 13923.

10:57AM   7             MR. BOSTIC:  NO OBJECTION.

10:57AM   8             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:57AM   9        (DEFENDANT'S EXHIBIT 13923 WAS RECEIVED IN EVIDENCE.)

10:57AM  10    BY MR. WADE:

10:57AM  11    Q.   NOW, DO YOU SEE THIS IS INITIALLY SCHEDULED FOR FRIDAY,

10:57AM  12    10/10/2014?

10:57AM  13        DO YOU SEE THAT?

10:57AM  14    A.   YES.

10:57AM  15    Q.   AND THAT WAS THE VERY NEXT DAY AFTER THAT EMAIL WAS SENT

10:57AM  16    FROM MR. BALWANI; CORRECT?

10:57AM  17    A.   CORRECT.

10:57AM  18    Q.   OKAY.  AND LET'S GO TO THE NEXT PAGE.

10:57AM  19        AND IT WAS RESCHEDULED SEVERAL DAYS LATER AFTER YOUR

10:57AM  20    REQUEST; RIGHT?

10:57AM  21    A.   YES.

10:57AM  22    Q.   AND THE ENTIRE LEADERSHIP OF THE COMPANY WAS WILLING TO

10:58AM  23    MEET WITH YOU THE NEXT DAY; RIGHT?

10:58AM  24    A.   YES.

10:58AM  25    Q.   AND -- BUT YOU WERE ASKING FOR IT TO BE DELAYED?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2472

10:58AM   1    A.   YES.

10:58AM   2    Q.   AND DO YOU KNOW WHY?

10:58AM   3    A.   I DO NOT RECALL.

10:58AM   4    Q.   LET'S GO BACK TO 7494 NOW IF WE COULD.

10:58AM   5         NOW, DO YOU SEE THE MEETING WHICH WAS MOVED TO

10:58AM   6    OCTOBER 14TH, 2014?  THERE WAS SOME WORK DONE IN ADVANCE OF

10:58AM   7    THAT; CORRECT?

10:58AM   8    A.   I'M AT 7494, AND I'M LOOKING AT AN EMAIL FROM DANIEL TO A

10:58AM   9    BUNCH OF FOLKS.

10:58AM  10    Q.   AND DO YOU SEE THAT IN ADVANCE OF THAT OCTOBER 14TH

10:58AM  11    MEETING, DR. YOUNG SENT A DRAFT POLICY THAT HAD PROPOSED

10:59AM  12    UPDATES FOR AAP.

10:59AM  13         DO YOU SEE THAT?

10:59AM  14    A.   YES.

10:59AM  15    Q.   AND HE SENT THAT AROUND TO THE GROUP IN ADVANCE OF THE

10:59AM  16    MEETING; CORRECT?

10:59AM  17    A.   YES.

10:59AM  18    Q.   AND YOU RECEIVED THAT?

10:59AM  19    A.   YES.

10:59AM  20    Q.   ALL RIGHT.  NOW --

10:59AM  21    A.   THIS POLICY REFERS TO THE ELISA ASSAYS.

10:59AM  22    Q.   RIGHT.  AND THERE WERE, THERE WERE -- IN FACT, HE SAYS --

10:59AM  23    DO YOU SEE THE BOTTOM THERE?  HE SAYS, "THIS PROTOCOL WAS

10:59AM  24    WRITTEN FOR ELISA ASSAYS AND IS CURRENTLY BEING SIMILARLY

10:59AM  25    EXTENDED TO CYTOMETRY AND THEN TO GC."

ROSENDORFF CROSS BY MR. WADE (RES.)                            2473

10:59AM   1            DO YOU SEE THAT?

10:59AM   2       A.   YES.

10:59AM   3       Q.   AND GC IS GENERAL CHEMISTRY?

10:59AM   4       A.   YES.

10:59AM   5       Q.   AND IT'S ACTUALLY NOT DR. YOUNG'S RESPONSIBILITY TO DRAFT

10:59AM   6       THE POLICY; RIGHT?

10:59AM   7       A.   YES.

10:59AM   8       Q.   IT'S YOURS?

10:59AM   9       A.   YES.

10:59AM  10       Q.   OKAY.  BUT HE'S BEING HELPFUL HERE?  HE'S SENDING

10:59AM  11       LANGUAGE; RIGHT?

10:59AM  12       A.   YES.

10:59AM  13       Q.   IN ADVANCE OF THE MEETING THAT YOU'RE GOING TO HAVE WITH

11:00AM  14       THE SENIOR LEADERSHIP OF THE COMPANY ON THIS ISSUE; RIGHT?

11:00AM  15       A.   YES.

11:00AM  16       Q.   AND, IN FACT, YOU DO HAVE THAT MEETING, DON'T YOU?

11:00AM  17       A.   YES.

11:00AM  18       Q.   AND YOU HAVE THE OPPORTUNITY TO DISCUSS THIS POLICY;

11:00AM  19       RIGHT?

11:00AM  20       A.   YES.

11:00AM  21       Q.   AND DO YOU RECALL, I BELIEVE YOUR TESTIMONY IS IN ADDITION

11:00AM  22       TO THOSE PEOPLE THAT WE TALKED ABOUT, BRAD ARINGTON WAS IN THE

11:00AM  23       MEETING; RIGHT?

11:00AM  24       A.   YES, HE WAS.

11:00AM  25       Q.   AND HE WAS ONE OF THE LAWYERS WHO SPECIALIZES IN

ROSENDORFF CROSS BY MR. WADE (RES.)                          2474

11:00AM   1      REGULATORY ISSUES; RIGHT?

11:00AM   2      A.   YES.

11:00AM   3      Q.   OKAY.  AND WERE THERE ANY LIMITATIONS IN THAT MEETING ON

11:00AM   4      YOUR ABILITY TO SAY ANYTHING OR TO DISCUSS ANYTHING?

11:00AM   5      A.   NO.

11:00AM   6      Q.   OKAY.  NOW JUST SO I'M CLEAR, DO YOU RECALL THAT THIS

11:00AM   7      MEETING, THIS MEETING WAS THE MEETING THAT YOU DISCUSSED ON

11:00AM   8      YOUR DIRECT TESTIMONY?

11:00AM   9           DO YOU RECALL?

11:00AM   10     A.   YES.

11:00AM   11     Q.   AND YOU DISCUSSED THE MEETING WITH ALL OF THE SENIOR

11:01AM   12     LEADERSHIP IN THE COMPANY.

11:01AM   13          DO YOU RECALL THAT?

11:01AM   14     A.   YES.

11:01AM   15     Q.   AND IN YOUR TESTIMONY ON DIRECT EXAMINATION YOU THOUGHT IT

11:01AM   16     WAS IN MID 2014; RIGHT?

11:01AM   17     A.   YES.

11:01AM   18     Q.   AND DO YOU RECALL THAT?

11:01AM   19     A.   YES.

11:01AM   20     Q.   AND DO YOU RECALL THEN THE GOVERNMENT ASKED, WELL, DID

11:01AM   21     ANYTHING HAPPEN IN THOSE INTERVENING MONTHS BETWEEN MID 2014

11:01AM   22     AND WHEN YOU LEFT THE COMPANY?

11:01AM   23          DO YOU RECALL THAT?

11:01AM   24     A.   YES.

11:01AM   25     Q.   AND YOU SAID NO?

| | | |
|---|---|---|
| 11:01AM | 1 | A.   YES. |
| 11:01AM | 2 | Q.   RIGHT? |
| 11:01AM | 3 | WELL, IN FACT, IT WAS IN MID-OCTOBER OF 2014, WAS IT NOT? |
| 11:01AM | 4 | A.   UNDERSTOOD.  I READ THIS EMAIL, YES. |
| 11:01AM | 5 | Q.   IS THAT CORRECT? |
| 11:01AM | 6 | A.   YEAH. |
| 11:01AM | 7 | Q.   AND YOU LEFT ABOUT A MONTH LATER; RIGHT? |
| 11:01AM | 8 | A.   YES. |
| 11:01AM | 9 | THE COURT:  ARE YOU MOVING INTO ANOTHER AREA? |
| 11:01AM | 10 | MR. WADE:  I'M ALMOST DONE WITH THIS LINE, |
| 11:01AM | 11 | YOUR HONOR.  I'M CONSCIOUS OF THE TIME.  AND THEN MAYBE WE CAN |
| 11:02AM | 12 | TAKE A BREAK. |
| 11:02AM | 13 | THE COURT:  SURE. |
| 11:02AM | 14 | BY MR. WADE: |
| 11:02AM | 15 | Q.   AND COMING OUT OF THAT MEETING YOU HAD SOME COMMUNICATIONS |
| 11:02AM | 16 | AND FOLLOWUP ON IT; CORRECT? |
| 11:02AM | 17 | A.   I BELIEVE SO. |
| 11:02AM | 18 | Q.   OKAY.  LET'S GO TO EXHIBIT 12839. |
| 11:02AM | 19 | I THINK IT SHOULD BE IN THE MIDDLE OF VOLUME 2? |
| 11:03AM | 20 | A.   I HAVE IT. |
| 11:03AM | 21 | Q.   AND THIS IS AN EMAIL FOLLOWING UP ON THAT CLIA LAB MEETING |
| 11:03AM | 22 | ON OCTOBER 15TH, 2014. |
| 11:03AM | 23 | DO YOU SEE THAT? |
| 11:03AM | 24 | A.   YES, YES. |
| 11:03AM | 25 | Q.   AND THIS IS SENT FROM -- THIS IS BETWEEN YOU AND |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2476

11:03AM   1      MR. BALWANI?

11:03AM   2      A.   YES.

11:03AM   3              MR. WADE:  MOVE THE ADMISSION OF 12839.

11:03AM   4              MR. BOSTIC:  NO OBJECTION.

11:03AM   5              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:03AM   6           (DEFENDANT'S EXHIBIT 12839 WAS RECEIVED IN EVIDENCE.)

11:03AM   7              MR. WADE:  LET'S GO TO THE BOTTOM AND BLOW THAT UP.

11:03AM   8      Q.   ON THE BOTTOM MR. BALWANI SAYS, "WE HAVE A MEETING ON OUR

11:03AM   9      CALENDARS PER YOUR REQUEST."

11:03AM  10           DO YOU SEE THAT?

11:03AM  11      A.   YES.

11:03AM  12      Q.   AND THERE WAS ACTUALLY ANOTHER MEETING SCHEDULED FOLLOWING

11:03AM  13      THAT OTHER BIG MEETING; RIGHT?

11:03AM  14      A.   I DO NOT RECALL.

11:03AM  15      Q.   OKAY.  CAN YOU REASONABLY INFER THAT FROM THIS STATEMENT?

11:03AM  16      A.   I'M NOT SURE WHAT WAS GOING ON HERE.

11:03AM  17      Q.   HE SAYS HERE, "I THINK WE DISCUSSED THE POINTS YOU WANTED

11:03AM  18      TO DISCUSS YESTERDAY OR ARE THERE OTHER POINTS YOU WANTED TO

11:04AM  19      DISCUSS?  IF NOT THEN CAN I REMOVE THIS FROM THE CALENDARS."

11:04AM  20           DO YOU SEE THAT?

11:04AM  21      A.   YES.

11:04AM  22      Q.   AND SO WHAT HE'S SAYING IS THAT YOU'VE HAD A CHANCE TO

11:04AM  23      RAISE ALL OF YOUR ISSUES; IS THAT RIGHT?

11:04AM  24      A.   YES.

11:04AM  25      Q.   "WE HAVE ANOTHER MEETING ON THE CALENDAR AND DO YOU WANT

                           UNITED STATES COURT REPORTERS
                                  **ER-6220**

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2477

11:04AM   1      TO HAVE THAT MEETING AND RAISE SOME MORE ISSUES?"

11:04AM   2           RIGHT?

11:04AM   3           AND WHAT IS YOUR RESPONSE?  DO YOU NEED TO HAVE THAT NEXT

11:04AM   4      MEETING?

11:04AM   5      A.   I SAID, "YES AGREED.  THANK YOU."

11:04AM   6      Q.   MEANING YOU DON'T NEED TO HAVE IT; RIGHT?

11:04AM   7      A.   RIGHT.

11:04AM   8      Q.   LET'S GO TO 2099.

11:05AM   9      A.   I HAVE IT.

11:05AM   10     Q.   AND DO YOU SEE THAT?  AND DO YOU SEE THIS IS AN EMAIL

11:05AM   11     BETWEEN YOU, MR. ARINGTON, AND DR. YOUNG ON OCTOBER 16TH, 2014?

11:05AM   12     A.   YES.

11:05AM   13     Q.   AND THIS REFERS TO PROFICIENCY TESTING AND AAP; CORRECT?

11:05AM   14     A.   YES.

11:05AM   15          MR. WADE:  AND MOVE THE ADMISSION OF EXHIBIT 2099?

11:05AM   16          MR. BOSTIC:  NO OBJECTION.

11:05AM   17          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:05AM   18      (GOVERNMENT'S EXHIBIT 2099 WAS RECEIVED IN EVIDENCE.)

11:05AM   19     BY MR. WADE:

11:05AM   20     Q.   NOW, THIS IS THE DAY AFTER THE MEETING WITH THE

11:05AM   21     MR. ARINGTON AND THE SENIOR LEADERSHIP; CORRECT?

11:05AM   22     A.   YES.

11:05AM   23     Q.   AND YOU'RE FOLLOWING UP ON THAT MEETING; CORRECT?

11:05AM   24     A.   CORRECT.

11:05AM   25     Q.   AND YOU SAY IN HERE AND YOU GIVE SOME DIRECTION ON WHAT

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2478

11:05AM  1    NEEDS TO BE DONE WITH CMS AND YOU, YOU SET FORTH -- IT SAYS AT

11:06AM  2    THE TOP, "I WOULD LIKE TO DE-ENROLL IN CMS REPORTING FOR THE

11:06AM  3    FOLLOWING ANALYTES BASED ON THE FACT THAT THEY ARE NO LONGER

11:06AM  4    RUN ON METHODS FOR WHICH THERE IS A PEER-GROUP."

11:06AM  5         DO YOU SEE THAT?

11:06AM  6    A.   YES.

11:06AM  7    Q.   THE LDT'S; RIGHT?

11:06AM  8    A.   YES.

11:06AM  9    Q.   AND THIS IS YOUR DECISION TO MAKE AS THE LAB DIRECTOR;

11:06AM  10   RIGHT?

11:06AM  11   A.   YES.

11:06AM  12   Q.   AND SO THE DECISION THAT YOU'RE MAKING HERE IS TO SWITCH

11:06AM  13   FROM THE OLD BIG MACHINE TEST FOR PURPOSES OF PROFICIENCY

11:06AM  14   TESTING TO AAP FOR THE EDISON DEVICES; CORRECT?

11:06AM  15   A.   I BELIEVE WHAT I SAID WAS THAT WE SHOULD STILL RUN

11:06AM  16   PROFICIENCY ON THE LARGER INSTRUMENTS BUT NOT REPORT IT BECAUSE

11:06AM  17   IT'S NO LONGER OUR PRIMARY METHOD.

11:06AM  18   Q.   RIGHT.  SO YOU'RE SAYING FOR OFFICIAL CLIA COMPLIANCE

11:06AM  19   PURPOSES --

11:06AM  20   A.   YES.

11:06AM  21   Q.   -- YOU ARE DIRECTING HERE ON OCTOBER 16TH --

11:06AM  22   A.   YES.

11:06AM  23   Q.   -- THAT YOU WANT THE EDISON AAP TO BE WHAT IS USED FOR THE

11:07AM  24   ANALYTES; RIGHT?

11:07AM  25   A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                          2479

11:07AM   1      Q.   THAT'S YOUR DIRECTION?

11:07AM   2      A.   YES.

11:07AM   3      Q.   BECAUSE THAT'S YOUR JUDGMENT UNDER THOSE REGULATIONS,

11:07AM   4      RIGHT, SIR?

11:07AM   5      A.   YES.

11:07AM   6      Q.   OKAY.  BUT YOU'RE STILL GOING TO DO THE PROFICIENCY

11:07AM   7      TESTING ON THE OTHER METHOD EVEN THOUGH YOU'RE NOT REQUIRED TO

11:07AM   8      DO IT; RIGHT?

11:07AM   9      A.   CORRECT.

11:07AM   10     Q.   BECAUSE THAT'S GOOD PRACTICE?

11:07AM   11     A.   CORRECT.

11:07AM   12     Q.   AND YOU'RE SETTING FORTH WHAT NEEDS TO BE DONE IN

11:07AM   13     OCTOBER 16TH, 2014?

11:07AM   14     A.   CORRECT.

11:07AM   15     Q.   THE DAY AFTER THAT MEETING WITH, WITH THE LEADERSHIP OF

11:07AM   16     THE COMPANY; CORRECT?

11:07AM   17     A.   YES.

11:07AM   18     Q.   AND NOW LET ME GO BACK TO 12846.

11:07AM   19          LET'S BLOW THIS UP.  IT'S AT THE BOTTOM.  IT'S UP ON THE

11:08AM   20     SCREEN.  THIS IS THE ONLY THING I'M GOING TO ASK IF YOU WANT TO

11:08AM   21     READ IT THERE.

11:08AM   22          DO YOU SEE IT?

11:08AM   23     A.   YES.

11:08AM   24     Q.   THIS IS OCTOBER 17TH, 2014; CORRECT?

11:08AM   25     A.   YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                              2480

11:08AM   1    Q.   AND THIS IS TWO DAYS AFTER THE MEETING WITH SENIOR

11:08AM   2    LEADERSHIP; CORRECT?

11:08AM   3    A.   YES.

11:08AM   4    Q.   AND IT'S ONE DAY AFTER YOUR MEETING WITH MR. ARINGTON;

11:08AM   5    CORRECT?

11:08AM   6    A.   YES.

11:08AM   7    Q.   AND THIS IS WHERE YOU TALK ABOUT THE AAP THAT WAS

11:08AM   8    PERFORMED ON APRIL 18TH, 2014; CORRECT?

11:08AM   9    A.   YES.

11:08AM  10         MR. WADE:  THIS WOULD BE A GOOD PLACE TO BREAK,

11:08AM  11    YOUR HONOR.

11:08AM  12         THE COURT:  ALL RIGHT.  LET'S TAKE OUR MORNING

11:08AM  13    RECESS, LADIES AND GENTLEMEN.  LET'S TAKE 20 MINUTES, PLEASE,

11:08AM  14    20 MINUTES, AND WE'LL BE BACK TO FINISH OUR SESSION.

11:08AM  15         THANK YOU.

11:08AM  16         (RECESS FROM 11:08 A.M. UNTIL 11:37 A.M.)

11:37AM  17         THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

11:37AM  18    PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

11:37AM  19         WOULD YOU LIKE TO CONTINUE?

11:37AM  20         MR. WADE:  I WOULD, YOUR HONOR.  THANK YOU.

11:37AM  21         THE COURT:  PLEASE.

11:37AM  22    BY MR. WADE:

11:37AM  23    Q.   DR. ROSENDORFF, I'D LIKE TO SWITCH TOPICS AND ASK YOU SOME

11:37AM  24    QUESTIONS ABOUT HCG.

11:37AM  25    A.   SURE.

UNITED STATES COURT REPORTERS
**ER-6224**

ROSENDORFF CROSS BY MR. WADE (RES.)                               2481

11:37AM  1    Q.   OKAY.  IF WE COULD START BY PULLING UP EXHIBIT 4836.  AND

11:38AM  2    IF WE CAN GO TO THE THIRD PAGE AND FOCUS ON THE EMAIL AT THE

11:38AM  3    TOP THERE.  OKAY.

11:38AM  4        DO YOU RECALL YOU WERE ASKED SOME QUESTIONS ABOUT THIS IN

11:38AM  5    YOUR DIRECT EXAMINATION?

11:38AM  6    A.   YES.

11:38AM  7    Q.   THIS WAS AN OCTOBER 2013 EMAIL THAT RELATED TO HCG

11:38AM  8    PRECISION?

11:38AM  9    A.   YES.

11:38AM  10   Q.   AND THE GOVERNMENT ASKED YOU ABOUT HOW THE HCG PROCESS --

11:38AM  11   WHAT HCG IS AND ITS IMPORTANCE IN PREGNANCY.

11:38AM  12       DO YOU RECALL THAT?

11:38AM  13   A.   YES, YES.

11:38AM  14   Q.   AND IN PARTICULAR THEY FOCUSSED ON THIS PIECE OF THE

11:38AM  15   EVIDENCE.

11:38AM  16       DO YOU SEE THAT?

11:38AM  17       THIS EMAIL WHERE IT TALKS ABOUT TOTAL ALLOWABLE ERROR.

11:38AM  18       DO YOU SEE THAT?

11:38AM  19   A.   YES, YES.

11:38AM  20   Q.   AND THE PRECISION EFFECTS THAT WERE RELEVANT IN THE DATA

11:38AM  21   THAT WAS COMING BACK.

11:38AM  22       DO YOU SEE THAT?

11:38AM  23   A.   YES.

11:38AM  24   Q.   AND THEY ASKED YOU A NUMBER OF QUESTIONS ABOUT HOW IF YOU

11:39AM  25   RELAXED THE PERCENTAGE OF TOTAL ALLOWABLE ERROR, THAT THAT

ROSENDORFF CROSS BY MR. WADE (RES.)                                   2482

11:39AM   1    WOULD MAKE THE TEST LESS ACCURATE; RIGHT?

11:39AM   2         DO YOU RECALL THAT?

11:39AM   3    A.   YES.

11:39AM   4    Q.   AND THAT THAT -- MAYBE THEY ASKED IF IT'S A GOOD THING OR

11:39AM   5    A BAD THING.  AND IT'S A BAD THING; RIGHT?

11:39AM   6    A.   YES.

11:39AM   7    Q.   AND THEY NEXT BROUGHT YOU TO --

11:39AM   8         IF WE CAN GO TO THE EMAIL ON THE SECOND PAGE IN THE

11:39AM   9    MIDDLE.

11:39AM   10        THEY BROUGHT YOU TO THIS EMAIL.

11:39AM   11        DO YOU UNDERSTAND THAT?

11:39AM   12   A.   YES.

11:39AM   13   Q.   AND THEY TALKED ABOUT YOUR CONCERNS WITH RELAXING TOTAL

11:39AM   14   ALLOWABLE ERROR; RIGHT?

11:39AM   15   A.   YES.

11:39AM   16   Q.   BECAUSE IT WOULD MAKE THAT A LOT MORE ACCURATE.

11:39AM   17        DO YOU RECALL?  INACCURATE?

11:39AM   18   A.   CORRECT.

11:39AM   19   Q.   OKAY.  AND THEY THEN ASKED YOU WHETHER YOU GENERALLY

11:40AM   20   RECALL HCG ISSUES AT THE COMPANY WITH RESPECT TO ACCURACY;

11:40AM   21   RIGHT?

11:40AM   22   A.   YES.

11:40AM   23   Q.   OKAY.  AND THEN I DON'T KNOW IF YOU RECALL, BUT THEY

11:40AM   24   JUMPED FROM OCTOBER 30TH TO AN EMAIL LATER IN 2014; RIGHT?

11:40AM   25   A.   I DON'T RECALL.

ROSENDORFF CROSS BY MR. WADE (RES.)                    2483

| | | |
|---|---|---|
| 11:40AM | 1 | Q.   OKAY.  I WANT TO STAY WITH THIS OCTOBER 30TH EMAIL.  OKAY? |
| 11:40AM | 2 | A.   UH-HUH. |
| 11:40AM | 3 | Q.   AND I WANT TO CLARIFY THAT.  OKAY? |
| 11:40AM | 4 | A.   YES. |
| 11:40AM | 5 | Q.   THIS IS AN EMAIL -- LET'S START WITH SOME DATES THAT ARE |
| 11:40AM | 6 | RELEVANT HERE. |
| 11:40AM | 7 | THIS IS AN EMAIL ON OCTOBER 30TH, 2013; CORRECT? |
| 11:40AM | 8 | A.   YES. |
| 11:40AM | 9 | Q.   AND DO YOU RECALL FROM OUR EXERCISE YESTERDAY THE DATE ON |
| 11:40AM | 10 | WHICH HCG WAS VALIDATED FOR USE IN THE CLIA LAB? |
| 11:40AM | 11 | A.   I DON'T RECALL THE DATE. |
| 11:40AM | 12 | Q.   OKAY.  WE'LL GO TO THAT IN A SECOND. |
| 11:41AM | 13 | THIS IS AN EMAIL WITH DR. SIVARAMAN; RIGHT? |
| 11:41AM | 14 | A.   YES. |
| 11:41AM | 15 | Q.   AND DO YOU SEE THAT? |
| 11:41AM | 16 | AND DR. SIVARAMAN WAS IN CHARGE IN THIS PERIOD OF THE |
| 11:41AM | 17 | RESEARCH AND DEVELOPMENT, RIGHT, FOR ELISA ASSAYS? |
| 11:41AM | 18 | A.   CORRECT. |
| 11:41AM | 19 | Q.   AND SHE IS COMING TO YOU, ALONG WITH DR. YOUNG, TO SEEK |
| 11:41AM | 20 | YOUR GUIDANCE ON THE STANDARDS THAT SHOULD BE USED FOR |
| 11:41AM | 21 | VALIDATION; RIGHT? |
| 11:41AM | 22 | A.   YES. |
| 11:41AM | 23 | Q.   AND THEY'RE SAYING TO YOU, BECAUSE YOU'RE THE EXPERT ON |
| 11:41AM | 24 | THESE ISSUES, RIGHT, THEY'RE ASKING YOU WHAT IS PERMISSIBLE |
| 11:41AM | 25 | HERE; RIGHT? |

ROSENDORFF CROSS BY MR. WADE (RES.)                                2484

11:41AM  1   A.   YES, YES.

11:41AM  2   Q.   AND THEY'RE TRYING TO GET YOUR GUIDANCE ON THIS EMAIL;

11:41AM  3   CORRECT?

11:41AM  4   A.   YES, YES.

11:41AM  5   Q.   AND THAT'S WHAT YOU'RE PROVIDING; RIGHT?

11:41AM  6   A.   YES.

11:41AM  7   Q.   OKAY.  AND LET'S LOOK AT THE VALIDATION REPORT.  WE'LL

11:41AM  8   JUST BRING IT UP.  WE ONLY NEED THE DATE.  IT'S EXHIBIT 9196.

11:42AM  9        LET'S JUST BLOW UP THE DATE.

11:42AM  10       DO YOU SEE THE HCG VALIDATION REPORT THAT YOU SIGNED FOR

11:42AM  11  USE OF THIS ASSAY IN THE CLIA LAB WAS MARCH 19TH, 2014;

11:42AM  12  CORRECT?

11:42AM  13  A.   YES.

11:42AM  14  Q.   OKAY.  LET'S BRING UP THAT CALENDAR DEMONSTRATIVE IF WE

11:42AM  15  CAN.

11:42AM  16       SO THE CIRCLE THAT I JUST PUT ON THE SCREEN WAS THE

11:42AM  17  CONCERN THAT WAS EXPRESSED; RIGHT?  THAT WAS THIS ISSUE THAT

11:42AM  18  THE GOVERNMENT ASKED YOU ABOUT OR 4836; RIGHT?

11:43AM  19  A.   ARE YOU TALKING ABOUT KARTHIK ASKING ME TO RELAX THE TOTAL

11:43AM  20  ALLOWABLE ERROR?

11:43AM  21  Q.   YEAH, WHEN THEY MADE THAT INQUIRY.

11:43AM  22  A.   YEAH.

11:43AM  23  Q.   IT'S ON THAT DATE; RIGHT?

11:43AM  24  A.   YEAH.

11:43AM  25  Q.   AND THE VALIDATION REPORT IS RIGHT HERE; RIGHT?

ROSENDORFF CROSS BY MR. WADE (RES.)                                        2485

| | | |
|---|---|---|
| 11:43AM | 1 | A.   CORRECT. |
| 11:43AM | 2 | Q.   IT'S ON MARCH 19TH? |
| 11:43AM | 3 | A.   CORRECT. |
| 11:43AM | 4 | Q.   AND IN ALL OF THOSE INTERVENING MONTHS IN BETWEEN THERE, |
| 11:43AM | 5 | THERE WERE NO HCG EDISON ASSAYS THAT WERE USED IN CLIA LAB; |
| 11:43AM | 6 | CORRECT? |
| 11:43AM | 7 | A.   NO. |
| 11:43AM | 8 | Q.   OKAY.  AND IF THEY WERE WORKING IN R&D TO GET THAT ASSAY |
| 11:43AM | 9 | IN A PLACE WHERE IT WAS APPROPRIATE FOR USE IN THE CLIA LAB, |
| 11:43AM | 10 | WAS IT APPROPRIATE FOR THEM TO COME TO YOU AND SEEK GUIDANCE ON |
| 11:43AM | 11 | TOTAL ALLOWABLE ERROR ISSUES? |
| 11:43AM | 12 | A.   YES. |
| 11:43AM | 13 | Q.   AND WAS IT, IN FACT, EVEN REALLY ADVISABLE FOR THEM TO GO |
| 11:44AM | 14 | AND DO THAT? |
| 11:44AM | 15 | A.   YES. |
| 11:44AM | 16 | Q.   OKAY.  NOW, WE CAN TAKE THAT DOWN, MR. BENNETT.  THANK |
| 11:44AM | 17 | YOU. |
| 11:44AM | 18 | COULD YOU WIPE THIS SCREEN, MS. KRATZMANN. |
| 11:44AM | 19 | THE CLERK:  YES. |
| 11:44AM | 20 | MR. WADE:  THANK YOU. |
| 11:44AM | 21 | Q.   NOW, I WANT TO GO TO SOME OF THE, I WANT TO GO TO SOME OF |
| 11:44AM | 22 | THE ISSUES WITH HCG THAT CAME UP IN 2014.  OKAY? |
| 11:44AM | 23 | A.   OKAY. |
| 11:44AM | 24 | Q.   AND DO YOU RECALL THERE WAS SOME TESTIMONY THAT YOU HAD |
| 11:44AM | 25 | ABOUT A DISCUSSION THAT YOU HAD WITH MS. HOLMES WHERE YOU WERE |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2486

11:44AM    1    FREAKING OUT; RIGHT?

11:44AM    2    A.   YES.

11:44AM    3    Q.   AND I BELIEVE IT WAS YOUR TESTIMONY THAT SHE WAS KIND OF

11:44AM    4    INDIFFERENT; RIGHT?

11:44AM    5    A.   YES.

11:44AM    6    Q.   AND YOU STAND BY THAT TESTIMONY TODAY?

11:44AM    7    A.   I DID NOT USE THE WORD "INDIFFERENT."  SHE SEEMED PRETTY

11:45AM    8    CALM ABOUT THE WHOLE THING.

11:45AM    9         SHE DIDN'T SEEM TO SHARE MY LEVEL OF ALARM.

11:45AM   10    Q.   AND URGENCY?

11:45AM   11    A.   CORRECT.

11:45AM   12    Q.   OKAY.  LET'S LOOK BRIEFLY AT EXHIBIT 4222, WHICH IS IN

11:45AM   13    EVIDENCE.

11:45AM   14         THIS IS A DOCUMENT THAT YOU'RE NOT ON, BUT YOU WERE SHOWED

11:45AM   15    THIS DOCUMENT THE OTHER DAY.

11:45AM   16         IF WE CAN LOOK AT -- DO YOU SEE IN THE EMAIL DOWN THERE IT

11:45AM   17    MENTIONS AN HCG ISSUE THAT COMES UP?  DO YOU SEE THAT?  IT JUST

11:45AM   18    IDENTIFIES THAT THERE'S AN HCG --

11:45AM   19    A.   YES.

11:45AM   20    Q.   OKAY.  LET'S GO UP THE CHAIN AND BLOW UP THE THREE EMAILS

11:45AM   21    AT THE TOP.

11:45AM   22         AND DO YOU SEE THAT THAT HCG ISSUE IS COMMUNICATED FROM

11:45AM   23    MR. BALWANI TO MS. HOLMES AT 4:45 P.M.

11:46AM   24         DO YOU SEE THAT?

11:46AM   25    A.   YES, YES.

11:46AM   1      Q.   DO YOU SEE THAT RIGHT HERE (INDICATING)?

11:46AM   2      A.   YES.

11:46AM   3      Q.   OKAY.  AND DO YOU SEE THAT SHE RESPONDS SIX MINUTES LATER?

11:46AM   4      A.   YES.

11:46AM   5      Q.   ASKING "HOW DID THAT HAPPEN?"

11:46AM   6      A.   YES, YES.

11:46AM   7      Q.   OKAY.  I'M DONE WITH THAT EXHIBIT.

11:46AM   8           IF WE CAN BRING UP EXHIBIT 4145, WHICH IS IN EVIDENCE.

11:46AM   9      AND IF WE CAN FOCUS UP AT THE TOP.

11:47AM  10           DO YOU RECALL -- YOU'RE WELCOME TO LOOK AT THE WHOLE

11:47AM  11      DOCUMENT, TOO.

11:47AM  12           BUT DO YOU RECALL THAT THIS WAS AN EMAIL THAT WAS

11:47AM  13      FORWARDED FROM MR. BALWANI TO MS. HOLMES AND SHE RESPONDED

11:47AM  14      THAT, "I'VE DONE MANY MEETINGS ON THIS TODAY"?

11:47AM  15           DO YOU RECALL THIS?

11:47AM  16      A.   YES.

11:47AM  17      Q.   AND DO YOU RECALL THAT YOU WERE ASKED WHETHER THE

11:47AM  18      GOVERNMENT -- BY THE GOVERNMENT WHETHER YOU WERE IN ANY OF

11:47AM  19      THOSE MEETINGS AND YOU SAID YOU WERE NOT?

11:47AM  20           DO YOU RECALL THAT?

11:47AM  21      A.   YES.

11:47AM  22      Q.   OKAY.  I'D LIKE TO GO THROUGH THE TIMELINE HERE AND PUT

11:47AM  23      THE FACTS OUT.  OKAY?

11:47AM  24           AND I HAVE A DEMONSTRATIVE THAT I'M GOING TO USE TO DO

11:47AM  25      THAT.  OKAY?

| | | |
|---|---|---|
| 11:47AM | 1 | THIS IS SOMETHING THAT I WOULD NORMALLY DO ON LIKE A PIECE |
| 11:47AM | 2 | OF PAPER OR FLIP CHART, BUT WITH OUR CURRENT LOGISTICAL |
| 11:48AM | 3 | SITUATION IT'S A LITTLE DIFFICULT SO I'M GOING TO TRY TO DO IT |
| 11:48AM | 4 | ELECTRONICALLY.  OKAY? |
| 11:48AM | 5 | A.   SURE. |
| 11:48AM | 6 | Q.   LET'S GO BACK TO 4145.  LET'S BRING UP 4145 AND GO TO THE |
| 11:48AM | 7 | LAST EMAIL IN 4145. |
| 11:48AM | 8 | LET'S START THERE.  DO YOU SEE THAT AT 1:56 P.M. ON |
| 11:48AM | 9 | MAY 29TH, 2014 THERE WAS AN ISSUE THAT WAS RAISED WITH RESPECT |
| 11:48AM | 10 | TO HCG? |
| 11:48AM | 11 | A.   YES. |
| 11:48AM | 12 | Q.   AND DO YOU SEE THE INDICATION THAT THE RESULTS ARE BEING |
| 11:48AM | 13 | HELD UNTIL FURTHER NOTICE RIGHT THERE. |
| 11:48AM | 14 | DO YOU SEE THAT? |
| 11:48AM | 15 | A.   YES, YES. |
| 11:48AM | 16 | Q.   IF WE CAN DO A SPLIT SCREEN WHERE WE PULL UP THE GRAPHIC |
| 11:48AM | 17 | AND JUST PUT THAT DATE UP. |
| 11:49AM | 18 | ANY OBJECTION TO THE FIRST ENTRY THERE? |
| 11:49AM | 19 | MR. BOSTIC:  NO OBJECTION. |
| 11:49AM | 20 | BY MR. WADE: |
| 11:49AM | 21 | Q.   SO THIS IS THURSDAY, MAY 29TH, 2014, IN THE FIRST ENTRY. |
| 11:49AM | 22 | AND LET'S GO NEXT. |
| 11:49AM | 23 | ON THE TIMELINE LET'S PUT UP WHAT WE JUST TALKED ABOUT |
| 11:49AM | 24 | WITH DR. ROSENDORFF, THE CUSTOMER SERVICE EMAILS. |
| 11:49AM | 25 | DO YOU SEE THAT? |

11:49AM  1    A.   YES.

11:49AM  2    Q.   AND LET'S WORK UP THE CHAIN AND LET'S WORK UP TO 2:56 P.M.

11:49AM  3         YOU'RE NOT ON THIS EMAIL, BUT THIS IS AN EMAIL FROM

11:49AM  4    DR. YOUNG TO MR. BALWANI.

11:49AM  5         DO YOU SEE THAT?

11:49AM  6    A.   YES.

11:49AM  7    Q.   AND DO YOU SEE ON THE BOTTOM -- AND IT'S AT 2:56 P.M.

11:49AM  8         DO YOU SEE THAT?

11:49AM  9    A.   YES.

11:49AM  10   Q.   AND IT SAYS, "I ASKED ADAM TO CALL THE DOCTOR TO ASK ABOUT

11:49AM  11   THE CLINICAL SITUATION."

11:50AM  12        AND IT SAYS, "AND THEN WE WILL BE ABLE TO DECIDE IF WE

11:50AM  13   WANT TO RELEASE THE RESULTS."

11:50AM  14        RIGHT?

11:50AM  15   A.   YES.

11:50AM  16   Q.   AND THAT WAS APPROPRIATE; CORRECT?

11:50AM  17   A.   YES.

11:50AM  18   Q.   AND YOU WERE THE ONE WHO WAS SUPPOSED TO COMMUNICATE AND

11:50AM  19   REACH OUT TO THE DOCTOR?

11:50AM  20   A.   YES.

11:50AM  21   Q.   AND ONE OF YOUR DOTTED LINE BOSSES, DR. YOUNG, IS

11:50AM  22   REPORTING TO ANOTHER BOSS ABOUT WHAT IS HAPPENING ON THAT.

11:50AM  23        DO YOU SEE THAT?

11:50AM  24   A.   YES.

11:50AM  25   Q.   OKAY.  LET'S ADD THAT ITEM TO OUR TIMELINE.  OKAY?

ROSENDORFF CROSS BY MR. WADE (RES.)                    2490

| | | |
|---|---|---|
| 11:50AM | 1 | A.   YES. |
| 11:50AM | 2 | Q.   AND THEN THE NEXT ENTRY, THE NEXT EMAIL UP THE CHAIN |
| 11:50AM | 3 | MR. BALWANI SAYS TO KEEP HIM IN THE LOOP.  OKAY? |
| 11:50AM | 4 | A.   YES. |
| 11:50AM | 5 | Q.   "I ASSUME THIS WAS RUN ON EDISONS?" |
| 11:51AM | 6 | A.   YES. |
| 11:51AM | 7 | Q.   AND THEN LET'S WORK OUR WAY UP THE CHAIN THERE TO OUR NEXT |
| 11:51AM | 8 | EMAIL. |
| 11:51AM | 9 | AND THIS IS A REPORT FROM DR. YOUNG WHERE IT SAYS, "WE |
| 11:51AM | 10 | SPOKE WITH THE ORDERING PHYSICIAN, AND MADE THE DECISION TO |
| 11:51AM | 11 | COLLECT ANOTHER SAMPLE.  WE ARE NOT REPORTING OUT THE VERY LOW |
| 11:51AM | 12 | RESULT." |
| 11:51AM | 13 | DO YOU SEE THAT? |
| 11:51AM | 14 | A.   YES. |
| 11:51AM | 15 | Q.   AND THAT WAS YOU WHO SPOKE TO THAT PHYSICIAN; CORRECT? |
| 11:51AM | 16 | A.   I DO NOT RECALL. |
| 11:51AM | 17 | Q.   OKAY.  BUT YOU SAW THE EMAIL BELOW WHERE YOU WERE THE ONE |
| 11:51AM | 18 | WHO WAS GOING TO BE CALLING THE PHYSICIAN? |
| 11:51AM | 19 | DO YOU RECALL THAT? |
| 11:51AM | 20 | A.   DANIEL SAYING THAT HE ASKED ME TO CALL, YES. |
| 11:51AM | 21 | Q.   OKAY.  AND THEN AT THIS TIME AT 5:37 IT'S BEING REPORTED |
| 11:51AM | 22 | THAT THAT COMMUNICATION HAD HAPPENED, THAT THE RESULTS ARE |
| 11:51AM | 23 | BEING HELD AND A NEW RESULT IS HAPPENING. |
| 11:51AM | 24 | DO YOU SEE THAT? |
| 11:51AM | 25 | A.   THE DECISION WAS MADE TO COLLECT ANOTHER SAMPLE, RIGHT. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2491

| | | |
|---|---|---|
| 11:52AM | 1 | Q.   OKAY. |
| 11:52AM | 2 | A.   NOT JUST A NEW RESULT. |
| 11:52AM | 3 | Q.   ANOTHER SAMPLE SO YOU COULD RERUN IT; CORRECT? |
| 11:52AM | 4 | A.   CORRECT. |
| 11:52AM | 5 | Q.   A REDRAW.  IS THAT CALLED A REDRAW? |
| 11:52AM | 6 | A.   CORRECT. |
| 11:52AM | 7 | Q.   OKAY.  LET'S PUT THAT ITEM UP ON THE TIMELINE, THE |
| 11:52AM | 8 | DEMONSTRATIVE. |
| 11:52AM | 9 | OKAY.  NOW LET'S GO UP TO THE TOP EMAILS.  OKAY. |
| 11:52AM | 10 | AND THIS IS THE ONE WHERE MS. HOLMES SAYS SHE'S BEEN IN |
| 11:52AM | 11 | MANY MEETINGS ON THIS.  BUT YOU WEREN'T IN ANY OF THE MEETINGS |
| 11:52AM | 12 | WITH HER; IS THAT RIGHT? |
| 11:52AM | 13 | A.   I DON'T RECALL BEING IN ANY MEETINGS WITH HER. |
| 11:52AM | 14 | Q.   I BELIEVE YOU TESTIFIED THAT YOU WERE NOT IN ANY MEETINGS; |
| 11:52AM | 15 | IS THAT RIGHT? |
| 11:52AM | 16 | A.   I DON'T BELIEVE I WAS IN ANY MEETINGS WITH HER. |
| 11:52AM | 17 | Q.   OKAY.  WELL, LET'S TAKE A LOOK.  LET'S ADD THAT ITEM TO |
| 11:52AM | 18 | THE CHRONOLOGY.  IF I DID A TIMELINE CALCULATION, THE INTERNET |
| 11:53AM | 19 | HAS IT -- AND IF THAT IS GREENWICH MEAN TIME THAT WOULD PUT |
| 11:53AM | 20 | THAT AT 6:20 P.M.  OKAY? |
| 11:53AM | 21 | A.   OKAY. |
| 11:53AM | 22 | Q.   AND SO LET'S ADD THAT TO OUR TIMELINE. |
| 11:53AM | 23 | DO YOU SEE IT OVER THERE? |
| 11:53AM | 24 | A.   YES. |
| 11:53AM | 25 | Q.   NOW, LET'S GO TO EXHIBIT 13862. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2492

11:53AM   1        OR ACTUALLY, IT MIGHT BE EASIER TO SEE IT EASIER, I'M

11:53AM   2   GOING TO GO TO 13862, 13863, 64, AND -- 62, 63, AND 64.  OKAY.

11:53AM   3   THEY'RE RIGHT NEXT TO EACH OTHER.  GO AHEAD AND GRAB THOSE,

11:53AM   4   DOCTOR.

11:54AM   5        OKAY.  LET ME DRAW YOUR ATTENTION FIRST TO 13863.

11:54AM   6   A.   YES.

11:54AM   7   Q.   DO YOU SEE THAT?

11:54AM   8   A.   YES.

11:54AM   9   Q.   AND DO YOU SEE THAT'S AN OUTLOOK CALENDAR?

11:54AM  10   A.   YES.

11:54AM  11   Q.   AND DO YOU RECOGNIZE THAT AS MS. HOLMES'S OUTLOOK

11:54AM  12   CALENDAR?

11:54AM  13   A.   YES.

11:54AM  14   Q.   OKAY.

11:54AM  15        I MOVE THE ADMISSION OF 13863.

11:54AM  16             MR. BOSTIC:  OBJECTION TO FOUNDATION AND

11:54AM  17   AUTHENTICITY.

11:54AM  18             THE COURT:  MAYBE YOU SHOULD LAY A FOUNDATION.

11:54AM  19             MR. WADE:  I ASKED THAT THIS CONDITIONALLY BE

11:54AM  20   SUBMITTED.  I BELIEVE WE STIPULATED TO THE AUTHENTICITY OF THE

11:54AM  21   UNDERLYING DATA.

11:54AM  22             THE COURT:  MR. BOSTIC --

11:54AM  23             MR. WADE:  IF NOT, WE CERTAINLY CAN WITH OUR PWC

11:54AM  24   FRIEND.

11:54AM  25             MR. BOSTIC:  YOUR HONOR, ESPECIALLY ON FOUNDATION,

ROSENDORFF CROSS BY MR. WADE (RES.)                    2493

11:54AM   1         ONE NEEDS TO BE LAID.

11:54AM   2                 THE COURT:  CAN YOU LAY A FOUNDATION?

11:54AM   3                 MR. WADE:  THROUGH THIS WITNESS?

11:54AM   4                 THE COURT:  YES.

11:54AM   5                 MR. WADE:  I DON'T KNOW.  WE CAN CALL HIM BACK AND

11:55AM   6         THAT'S WHY I ASK THAT IT BE --

11:55AM   7                 THE COURT:  CAN YOU LAY A FOUNDATION WITH THIS

11:55AM   8         WITNESS OR YOU THINK NOT?

11:55AM   9                 MR. WADE:  I DON'T THINK I CAN LAY A FOUNDATION WITH

11:55AM  10         THIS WITNESS.  SO I WOULD ASK UNDER 104 THAT THIS BE

11:55AM  11         CONDITIONALLY SUBMITTED.  I WILL REPRESENT TO THE COURT THAT I

11:55AM  12         CAN EASILY LAY A FOUNDATION FOR THIS DOCUMENT.

11:55AM  13                 THE COURT:  ALL RIGHT.  THIS IS 13863?

11:55AM  14                 MR. WADE:  YES.

11:55AM  15                 THE COURT:  ALL RIGHT.  THIS WILL BE CONDITIONALLY

11:55AM  16         ADMITTED SUBJECT TO MOTION TO STRIKE FOR LACK OF A FOUNDATION.

11:55AM  17                 MR. WADE:  THANK YOU, YOUR HONOR.

11:55AM  18                 THE COURT:  IT WILL BE ADMITTED CONDITIONALLY.

11:55AM  19                 MR. WADE:  CAN WE PUBLISH, YOUR HONOR?

11:55AM  20                 THE COURT:  YES, YES.

11:55AM  21            (DEFENDANT'S EXHIBIT 13863 WAS CONDITIONALLY RECEIVED IN

11:55AM  22         EVIDENCE.)

11:55AM  23         BY MR. WADE:

11:55AM  24         Q.   LET'S BLOW UP THE MIDDLE.

11:55AM  25                 THIS IS MAY 29TH, 2014.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2494

| 11:55AM | 1 | DO YOU SEE THAT? |
| 11:55AM | 2 | A.   YES. |
| 11:55AM | 3 | Q.   AND DO YOU SEE THERE IT SAYS MEETING WITH ADAM ROSENDORFF |
| 11:55AM | 4 | AT 3:00 O'CLOCK? |
| 11:55AM | 5 | A.   YES. |
| 11:55AM | 6 | Q.   AND DO YOU SEE THERE'S A MEETING WITH DANIEL YOUNG AS |
| 11:55AM | 7 | WELL? |
| 11:55AM | 8 | A.   YES. |
| 11:55AM | 9 | Q.   OKAY. |
| 11:55AM | 10 | A.   A NUMBER OF THOSE ARE OVERLAPPING MEETINGS.  I DON'T |
| 11:56AM | 11 | RECALL MEETING WITH MS. YOUNG ON THIS ISSUE.  I'M SORRY, I |
| 11:56AM | 12 | DON'T RECALL MEETING WITH MS. HOLMES ON THIS ISSUE. |
| 11:56AM | 13 | Q.   I BELIEVE YOUR TESTIMONY WAS THAT YOU DID NOT MEET WITH |
| 11:56AM | 14 | MS. HOLMES; IS THAT CORRECT? |
| 11:56AM | 15 | A.   OKAY. |
| 11:56AM | 16 | Q.   THAT WAS YOUR TESTIMONY ON DIRECT; RIGHT? |
| 11:56AM | 17 | A.   I BELIEVE SO. |
| 11:56AM | 18 | Q.   OKAY.  DID THE GOVERNMENT SHOW YOU THE CALENDAR ENTRIES? |
| 11:56AM | 19 | A.   NO. |
| 11:56AM | 20 | Q.   OKAY.  LET'S GO TO 13862, WHICH I WOULD ASK TO BE |
| 11:56AM | 21 | CONDITIONALLY ADMITTED UNDER THE SAME REPRESENTATION AND THE |
| 11:56AM | 22 | SAME CONDITIONS, YOUR HONOR.  IT'S JUST A DIFFERENT FORMAT OF |
| 11:56AM | 23 | THE SAME DATA. |
| 11:56AM | 24 | THE COURT:  RIGHT.  ARE YOU ASKING -- THERE'S SOME |
| 11:56AM | 25 | WRITING ON THIS DATA.  ARE YOU ASKING THAT THAT BE ADMITTED |

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2495

11:56AM  1     ALSO?

11:56AM  2              MR. WADE:  I AM.  I ONLY INTEND TO DRAW THE

11:56AM  3     WITNESS'S ATTENTION TO ONE SMALL PIECE OF IT, BUT IF THE

11:56AM  4     GOVERNMENT WOULD LIKE IT REDACTED, I'M HAPPY TO.

11:56AM  5              MR. BOSTIC:  SAME OBJECTIONS AS BEFORE, YOUR HONOR.

11:57AM  6     THERE ARE ALSO HEARSAY ISSUES WITH THIS DOCUMENT.

11:57AM  7              THE COURT:  WHAT -- CAN YOU REDACT THAT PORTION OR

11:57AM  8     LET THE GOVERNMENT KNOW WHAT PORTION THAT YOU'RE GOING TO SPEAK

11:57AM  9     TO?

11:57AM  10             MR. WADE:  SURE.  MY SENSE IS THAT THEY HAVE AN

11:57AM  11    IDEA.

11:57AM  12             MR. BOSTIC:  SAME OBJECTIONS, YOUR HONOR,

11:57AM  13    FOUNDATION, AUTHENTICITY, AND HEARSAY.

11:57AM  14             THE COURT:  ALL RIGHT.  AS TO THE HEARSAY OBJECTION,

11:57AM  15    THAT IS WHY I AM CURIOUS AS TO WHICH PORTION --

11:57AM  16             MR. WADE:  I WOULD OFFER IT JUST FOR THE STATE OF

11:57AM  17    MIND OF MS. HOLMES.

11:57AM  18             THE COURT:  OKAY.  SO I SHOULD KNOW WHAT IT IS THAT

11:57AM  19    YOU'RE SEEKING.

11:57AM  20             MR. WADE:  IT IS ONLY THE PORTION UNDER 4:00

11:57AM  21    O'CLOCK, THE TWO ITEMS, ONE AT 4:00 O'CLOCK TO 4:20 AND ONE

11:57AM  22    FROM 4:25 TO 4:30 ON PAGE 415.

11:58AM  23             THE COURT:  AND THOSE ARE -- I SEE THOSE ITEMS ON

11:58AM  24    THE CALENDAR.  THOSE ARE REFERENCING IN THE WRITTEN MATERIALS

11:58AM  25    AS WELL?

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2496

11:58AM  1          MR. WADE:  THESE ARE THE OTHER ITEMS I'M GOING TO

11:58AM  2     REFERENCE, YOUR HONOR, OTHER THAN THE DATE ITSELF.

11:58AM  3          (PAUSE IN PROCEEDINGS.)

11:58AM  4          THE COURT:  I'M SORRY.  ARE YOU SEEKING TO INTRODUCE

11:58AM  5     ANY OF THE WRITINGS?

11:58AM  6          MR. WADE:  NO.

11:58AM  7          THE COURT:  JUST WHAT YOU HAVE HIGHLIGHTED?

11:58AM  8          MR. WADE:  YES, AND THE DATE.

11:58AM  9          THE COURT:  CORRECT.  GOTCHA.  OKAY.

11:58AM 10        THOSE WILL BE CONDITIONALLY ADMITTED SUBJECT TO A MOTION

11:58AM 11     TO STRIKE FOR LACK OF FOUNDATION.  NONE OF THE WRITTEN MATERIAL

11:58AM 12     IS GOING TO BE OFFERED.

11:58AM 13          MR. WADE:  THANK YOU, YOUR HONOR.

11:58AM 14        MAY WE PUBLISH?

11:58AM 15          THE COURT:  YES.

11:58AM 16        (DEFENDANT'S EXHIBIT 13862 WAS CONDITIONALLY RECEIVED IN

11:59AM 17     EVIDENCE.)

11:59AM 18     BY MR. WADE:

11:59AM 19     Q.  DO YOU SEE THERE AN ENTRY ON THE CALENDAR FOR A MEETING

11:59AM 20     WITH YOU FOLLOWED IMMEDIATELY BY A MEETING WITH DR. YOUNG?

11:59AM 21     A.  YES.

11:59AM 22     Q.  AND DO YOU SEE THE TOPICS DISCUSSED HCG PATIENT DATA?

11:59AM 23     A.  WITH DR. YOUNG, YES.

11:59AM 24     Q.  DO YOU SEE THAT?

11:59AM 25     A.  YES.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2497

| | | |
|---|---|---|
| 11:59AM | 1 | Q.   OKAY.  LET'S GO BACK TO THE DEMONSTRATIVE, AND LET'S ADD |
| 11:59AM | 2 | THOSE ITEMS. |
| 11:59AM | 3 | LET'S GO TO DOCUMENT 13864. |
| 11:59AM | 4 | DO YOU SEE THAT? |
| 11:59AM | 5 | A.   YES. |
| 11:59AM | 6 | Q.   AND THAT'S AN EMAIL MEETING, EMAIL YOU RECEIVED FROM |
| 12:00PM | 7 | MS. HOLMES'S ASSISTANT ON MAY 30TH, 2014? |
| 12:00PM | 8 | DO YOU SEE THAT? |
| 12:00PM | 9 | A.   YES. |
| 12:00PM | 10 | MR. WADE:  I MOVE THE ADMISSION OF 13864. |
| 12:00PM | 11 | MR. BOSTIC:  NO OBJECTION. |
| 12:00PM | 12 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:00PM | 13 | (DEFENDANT'S EXHIBIT 13864 WAS RECEIVED IN EVIDENCE.) |
| 12:00PM | 14 | MR. WADE:  LET'S GO THAT UP. |
| 12:00PM | 15 | Q.   THIS IS THE NEXT DAY, CORRECT, SIR? |
| 12:00PM | 16 | A.   YES. |
| 12:00PM | 17 | Q.   AND DO YOU SEE THAT MS. HOLMES'S ASSISTANT FOLLOWS UP THE |
| 12:00PM | 18 | NEXT DAY AND ASKED YOU TO COORDINATE ANOTHER CLIA MEETING THAT |
| 12:00PM | 19 | AFTERNOON AT 4:00 P.M. |
| 12:00PM | 20 | DO YOU SEE THAT? |
| 12:00PM | 21 | A.   YES. |
| 12:00PM | 22 | Q.   AND ASKS YOU TO GIVE A LIST OF ATTENDEES FOR THAT SESSION? |
| 12:00PM | 23 | A.   YES. |
| 12:00PM | 24 | Q.   DO YOU SEE THAT? |
| 12:00PM | 25 | A.   YES. |

ROSENDORFF CROSS BY MR. WADE (RES.)                                          2498

12:00PM 1    Q.  AND UP AT THE TOP IT SAYS 10:34 P.M.  THAT IS

12:00PM 2    GREENWICH MEAN TIME, 3:30 P.M. PACIFIC, WHICH GIVEN THAT

12:01PM 3    THEY'RE SUGGESTING A 4:00 P.M. MEETING.  WOULD THAT SEEM LIKE

12:01PM 4    THAT WAS THE ONLY REASONABLE TIMING INFERENCE?

12:01PM 5    A.  YEAH, THAT'S PRETTY SHORT NOTICE TO BE SETTING UP A

12:01PM 6    MEETING.

12:01PM 7    Q.  IT WAS AN URGENT MEETING; RIGHT?

12:01PM 8    A.  I DON'T KNOW WHAT MS. HOLMES INTENDED TO DISCUSS IN THAT

12:01PM 9    MEETING.

12:01PM 10   Q.  OKAY.  YOU DON'T RECALL THE SUBSTANCE OF THAT MEETING?

12:01PM 11   A.  NO.

12:01PM 12   Q.  OKAY.  LET'S ADD THAT TO THE TIMELINE.  LET'S GO NEXT TO

12:01PM 13   EXHIBIT 4147.

12:01PM 14   A.  I HAVE IT.

12:01PM 15   Q.  OKAY.  AND DO YOU SEE THIS EMAIL?

12:02PM 16   A.  YES.

12:02PM 17   Q.  AND THIS IS THE EMAIL WHERE YOU STOPPED THE HCG TESTING

12:02PM 18   AND DIRECTED THAT THAT NOT OCCUR; RIGHT?

12:02PM 19   A.  I DIRECTED FOR THE TESTING TO BE RUN ON THE IMMULITE.

12:02PM 20   Q.  RIGHT.  AND FOR THE EDISON HCG TESTING TO BE HELD; RIGHT?

12:02PM 21   A.  CORRECT.

12:02PM 22   Q.  OKAY.  AND THAT'S AT 7:52 ON THAT FRIDAY, MAY 30TH;

12:02PM 23   CORRECT?

12:02PM 24   A.  YES.

12:02PM 25   Q.  AND THAT'S JUST A COUPLE OF HOURS AFTER 4:00 O'CLOCK ON

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2499

```
12:02PM   1    THAT FRIDAY, IS IT NOT?

12:02PM   2    A.   IS THIS STILL GREENWICH MEAN TIME?  I DON'T KNOW.  IS THIS

12:02PM   3    PACIFIC OR?

12:02PM   4    Q.   I DON'T KNOW.  USUALLY IT'S THE TOP EMAIL THAT ADJUSTS,

12:02PM   5    BUT DO YOU RECALL WHEN YOU SENT THIS EMAIL?

12:02PM   6    A.   DO I HAVE AN INDEPENDENT RECOLLECTION IF I SENT THIS EMAIL

12:02PM   7    FROM SEVEN YEARS AGO?

12:02PM   8    Q.   NO.

12:02PM   9    A.   NO, I DO NOT.

12:02PM  10    Q.   I WOULD BE SURPRISED IF YOU DID.  IN FACT, YOU DON'T EVEN

12:03PM  11    REMEMBER HAVING A MEETING OR INTERACTING WITH MS. HOLMES ON

12:03PM  12    THIS HCG DURING THIS TIME PERIOD, DO YOU?

12:03PM  13    A.   I CAN'T ANSWER YES OR NO.

12:03PM  14    Q.   OKAY.  LET'S GO TO THE NEXT.

12:03PM  15         WELL, YOU DON'T RECALL THE MEETING; RIGHT?  THAT WAS YOUR

12:03PM  16    TESTIMONY ON DIRECT?

12:03PM  17    A.   RIGHT.

12:03PM  18    Q.   AND THE FACT THAT THIS HAS HAPPENED IS REPORTED UP, DO YOU

12:03PM  19    SEE THAT, TO MS. HOLMES?

12:03PM  20    A.   YEAH.

12:03PM  21    Q.   SO SHE IS AWARE THAT THAT TEST HAD BEEN HELD?

12:03PM  22    A.   YES.

12:03PM  23    Q.   A FEW HOURS AFTER THAT 4:00 O'CLOCK MEETING?

12:03PM  24    A.   IT LOOKS LIKE IT WAS THE NEXT DAY, YEAH.  THIS IS SATURDAY

12:03PM  25    NOW THAT MR. BALWANI IS EMAILING MS. HOLMES ABOUT THIS ISSUE.
```

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2500

12:03PM   1    Q.   RIGHT.  BUT IT WAS PULLED -- THE TEST WAS PULLED, IF WE GO

12:03PM   2    BACK TO THE OTHER EMAIL, JUST A FEW HOURS AFTER THAT 4:00

12:03PM   3    O'CLOCK MEETING?

12:03PM   4    A.   IT LOOKS LIKE IT, CORRECT.

12:03PM   5    Q.   LET'S GO BACK TO THE DEMONSTRATIVE.  LET'S ADD THAT.

12:04PM   6         I HAVE TO ASK YOU, SIR, DO YOU STAND BY YOUR TESTIMONY

12:04PM   7    THAT YOU DID NOT MEET WITH MS. HOLMES ON THESE HCG ISSUES

12:04PM   8    DURING THIS TIME PERIOD?

12:04PM   9    A.   YES.

12:04PM   10   Q.   YOU DO?

12:04PM   11   A.   YES.

12:04PM   12   Q.   OKAY.

12:04PM   13   A.   I RECALL -- I'M SORRY.

12:04PM   14   Q.   I'D LIKE TO TALK MORE ABOUT 4147.

12:04PM   15        DO YOU SEE THAT?  THIS IS THE EMAIL WHERE YOU STOPPED THE

12:05PM   16   TESTING.

12:05PM   17        DO YOU RECALL THAT?

12:05PM   18   A.   YES.

12:05PM   19   Q.   OKAY.  AND DO YOU RECALL THAT THE GOVERNMENT ASKED YOU

12:05PM   20   ABOUT A COUPLE OF OTHER EXHIBITS WHERE THEY SHOWED TESTING THAT

12:05PM   21   HAPPENED LATER IN TIME?

12:05PM   22   A.   YES.

12:05PM   23   Q.   AND THEY ASKED YOU, THEY ASKED YOU IF YOU WERE AWARE THAT

12:05PM   24   TESTING HAD, ON THE EDISON DEVICE FOR HCG, HAD BEEN

12:05PM   25   RE-IMPLEMENTED?

| | | |
|---|---|---|
| 12:05PM | 1 | A.  YES. |
| 12:05PM | 2 | Q.  AND YOU SAID YOU WERE NOT AWARE OF THAT? |
| 12:05PM | 3 | A.  I WAS NOT AWARE. |
| 12:05PM | 4 | Q.  YOU WERE NOT AWARE OF THAT. |
| 12:05PM | 5 | AND YOU SAID -- THE SUGGESTION WAS THAT YOU WERE BEING |
| 12:05PM | 6 | COUNTERMANDED; RIGHT? |
| 12:05PM | 7 | A.  I DON'T KNOW WHAT THE SUGGESTION WAS.  I'M JUST TESTIFYING |
| 12:05PM | 8 | THAT I WAS NOT AWARE. |
| 12:05PM | 9 | Q.  YOU WERE NOT AWARE THAT THE HCG TEST WAS GOING -- EVER |
| 12:06PM | 10 | WENT BACK ON THE EDISON DEVICE? |
| 12:06PM | 11 | A.  CORRECT. |
| 12:06PM | 12 | Q.  OKAY.  LET'S LOOK AT SOME DOCUMENTS.  LET'S GO TO 12656. |
| 12:06PM | 13 | THIS IS AN EMAIL BETWEEN YOU AND AT DIFFERENT TIMES |
| 12:06PM | 14 | MR. BALWANI AND DR. YOUNG AND DR. PANGARKAR; CORRECT? |
| 12:06PM | 15 | A.  YES. |
| 12:06PM | 16 | Q.  AND IT'S DATED JUNE 4TH, 2014; CORRECT? |
| 12:06PM | 17 | A.  YES. |
| 12:06PM | 18 | Q.  AND JUST A FEW DAYS AFTER THESE EVENTS THAT WE'VE BEEN |
| 12:07PM | 19 | TALKING ABOUT? |
| 12:07PM | 20 | A.  CORRECT. |
| 12:07PM | 21 | MR. WADE:  OKAY.  MOVE TO ADMIT 12656. |
| 12:07PM | 22 | MR. BOSTIC:  NO OBJECTION. |
| 12:07PM | 23 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:07PM | 24 | (DEFENDANT'S EXHIBIT 12656 WAS RECEIVED IN EVIDENCE.) |
| 12:07PM | 25 | BY MR. WADE: |

ROSENDORFF CROSS BY MR. WADE (RES.)                           2502

12:07PM   1    Q.   LET'S START WITH THE BOTTOM EMAIL.

12:07PM   2         DO YOU SEE THIS IS AN EMAIL FROM DR. BALWANI -- OR

12:07PM   3    MR. BALWANI TO DR. YOUNG AND DR. PANGARKAR?

12:07PM   4    A.   YES.

12:07PM   5    Q.   AND IT SAYS THAT YOU CAME BACK EXTREMELY FRUSTRATED THAT

12:07PM   6    AS LAB DIRECTOR THAT YOU'RE NOT BEING KEPT IN THE LOOP WITH

12:07PM   7    RESPECT TO CERTAIN CLIA R&D EXPERIMENTS.

12:07PM   8         DO YOU RECALL THAT?

12:07PM   9    A.   YES.

12:07PM  10    Q.   AND THAT YOU WERE FRUSTRATED THAT YOU WEREN'T AWARE THAT

12:07PM  11    THEY WERE HAPPENING?

12:07PM  12    A.   YES.

12:07PM  13    Q.   AND THEN IT SAYS, YOU CITED THE EXAMPLE OF AN HCG SAMPLE

12:08PM  14    THAT WAS DILUTED AND RAN AND ADAM DIDN'T KNOW WHAT IT WAS.

12:08PM  15         DO YOU SEE THAT?

12:08PM  16    A.   YES.

12:08PM  17    Q.   OKAY.  AND THEN HE EXPLAINS DOWN BELOW THAT HIS

12:08PM  18    UNDERSTANDING IS THAT THAT WAS EXPERIMENTAL; RIGHT?

12:08PM  19    A.   OKAY.

12:08PM  20    Q.   DO YOU SEE THAT'S WHAT HE SAYS?

12:08PM  21    A.   THAT'S WHAT HE'S SAYING.

12:08PM  22    Q.   BUT HE'S STILL SAYING THAT YOU SHOULD BE IN THE LOOP ON

12:08PM  23    IT; RIGHT?

12:08PM  24    A.   WHERE ARE YOU READING THAT?

12:08PM  25    Q.   WELL, LET'S GO TO THE SECOND PAGE.

ROSENDORFF CROSS BY MR. WADE (RES.)                                    2503

12:08PM   1    A.   OH, I SEE.  I'VE GOT IT.  YEAH.

12:08PM   2    Q.   OKAY.  AND IT SAYS YOU HAD ALSO SENT AN EMAIL TO THE CLIA

12:08PM   3    LAB ABOUT NOT RUNNING ANY HCG EXAMPLES ON EDISONS, AND HE

12:08PM   4    DOESN'T KNOW IF THAT WAS CARRIED THROUGH ON OR IF WE LATER

12:09PM   5    DETERMINED THAT THE DATA WAS CORRECT AND GOOD TO GO.

12:09PM   6         DO YOU SEE THAT?

12:09PM   7    A.   YES.

12:09PM   8    Q.   AND THAT'S BECAUSE AN EXPERIMENT WAS BEING RUN WITHIN THE

12:09PM   9    CLIA LAB?

12:09PM   10   A.   I'M NOT FOLLOWING YOU AT ALL, I'M SORRY.

12:09PM   11   Q.   WELL, DO YOU SEE ON THE PRIOR PAGE HE HAD TALKED ABOUT

12:09PM   12   THERE WAS SOME KIND OF EXPERIMENTAL RUN THAT WAS HAPPENING?

12:09PM   13   A.   YES.

12:09PM   14   Q.   OKAY.  AND THE SUGGESTION WAS THAT MAYBE THAT CREATED SOME

12:09PM   15   KIND OF CONFUSION BECAUSE YOU THOUGHT THAT YOU PUT A HALT TO

12:09PM   16   ALL HCG TESTING?

12:09PM   17   A.   YEAH, I DIDN'T -- I DON'T HAVE AN INDEPENDENT RECOLLECTION

12:09PM   18   OF THIS, BUT IT LOOKS LIKE I'M FRUSTRATED BECAUSE I DON'T KNOW

12:09PM   19   IF THAT'S AN EXPERIMENTAL RUN OR THAT'S A PATIENT RUN, AND I'VE

12:09PM   20   ALREADY TOLD FOLKS TO STOP RUNNING HCG ON THE EDISONS.

12:09PM   21   Q.   RIGHT.  AND MR. BALWANI SAYS TO THOSE GENTLEMEN, THIS

12:09PM   22   INFORMATION HAS TO GO THROUGH HIM; RIGHT?

12:09PM   23   A.   YES.

12:09PM   24   Q.   AND IN THE NEXT PARAGRAPH HE SAYS, "WE NEED TO HONOR SOP'S

12:10PM   25   AND PROCESSES IN CLIA AND IF THERE ARE R&D EXPERIMENTS WE WANT

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Amy Mason Saharia*

AMY MASON SAHARIA

April 17, 2023