No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

## EXCERPTS OF RECORD
## VOL. XXV of LVII | ER-6848 to ER-7140

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA 98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 200024
  (202) 434-5000
  asaharia@wc.com

BURD CROSS BY MR. DOWNEY                                          3096

11:00AM   1    A.   I DO RECALL ELIZABETH SAYING THAT THEY WOULD PREFER TO GET

11:00AM   2    I GUESS A BIGGER GOLD STAMP OF APPROVAL WHICH THEY REGARDED AS

11:00AM   3    THE FDA.

11:00AM   4    Q.   AND DID YOU TALK TO MS. HOLMES ABOUT FDA APPROVAL IN 2010?

11:00AM   5    A.   WE MAY HAVE HAD SOME DISCUSSION.  BUT, YOU KNOW, TO

11:00AM   6    OPERATE A LAB, ALL YOU NEED IS CLIA WAIVED.

11:00AM   7    Q.   BUT YOU DIDN'T UNDERSTAND IN 2010 -- SHE NEVER TOLD YOU IN

11:01AM   8    2010 THAT THEY HAD ANY APPROVALS FROM THE FDA, DID SHE?

11:01AM   9    A.   I DON'T RECALL HER SAYING THAT.

11:01AM   10   Q.   OKAY.  AND AT THE TIME, DID YOU PERSONALLY LOOK AT THOSE

11:01AM   11   ISSUES VERY CLOSELY?

11:01AM   12   A.   IN TERMS OF CLIA AND FDA, WE WOULD HAVE RELIED ON OUTSIDE

11:01AM   13   COUNSEL.

11:01AM   14   Q.   AND THAT WOULD BE LATHAM & WATKINS?

11:01AM   15   A.   CORRECT.

11:01AM   16   Q.   AND THOSE, IN FACT, ARE THE LAWYERS WHO ARE REPRESENTING

11:01AM   17   YOU IN CONNECTION WITH YOUR APPEARANCE HERE TODAY; CORRECT?

11:01AM   18   A.   CORRECT.

11:01AM   19   Q.   AND THAT'S A VERY REPUTABLE, WELL-KNOWN LAW FIRM; CORRECT?

11:01AM   20   A.   YES.

11:01AM   21   Q.   NOW, IS THERE ANY ASPECT OF REGULATORY APPROVAL THAT YOU

11:01AM   22   RECALL RECEIVING A REPRESENTATION FROM THERANOS ABOUT THAT YOU

11:01AM   23   LATER CAME TO BELIEVE WAS UNTRUE?  DID THEY TELL YOU SOMETHING

11:02AM   24   ABOUT HAVING A REGULATORY APPROVAL THAT YOU THINK WAS FALSE?

11:02AM   25   A.   THE ONLY ONE I RECALL ELIZABETH SAYING WAS THAT THEY HAD

11:02AM  1    BEEN CLIA APPROVED.

11:02AM  2    Q.   OKAY.  BUT THAT WAS TRUE; CORRECT?

11:02AM  3    A.   AND THAT WAS TRUE.

11:02AM  4    Q.   OKAY.  AND LET ME --

11:02AM  5         THIS NEXT SUBJECT IS A LITTLE LONG, YOUR HONOR, SO IT

11:02AM  6    MIGHT BE A LOGICAL TIME FOR A BREAK.

11:02AM  7              THE COURT:  TIME FOR A BREAK?  ALL RIGHT.  WE'LL

11:02AM  8    TAKE A BREAK NOW.

11:02AM  9         SIR, YOU CAN STAND DOWN NOW IF YOU WANT TO TAKE YOUR

11:02AM 10    BREAK.

11:02AM 11              THE WITNESS:  SURE.

11:02AM 12              THE COURT:  I NEED TO TALK TO THE JURY FOR A FEW

11:02AM 13    MINUTES.  WE'LL COME BACK IN ABOUT 30 MINUTES, I THINK, ABOUT

11:02AM 14    30 MINUTES WOULD BE GOOD.

11:02AM 15         MR. DOWNEY, YOU CAN HAVE A SEAT.

11:02AM 16         LADIES AND GENTLEMEN, AS YOU'VE HEARD, I'D LIKE TO GO

11:02AM 17    UNTIL 3:00 THIS AFTERNOON, IF WE MAY, AND TOMORROW I'D LIKE TO

11:02AM 18    SEE IF WE CAN GO UNTIL 4:00 P.M.  FRIDAY WE WILL NEED TO BREAK

11:03AM 19    AT 1:00 P.M., 1:00 P.M. IN THE AFTERNOON.

11:03AM 20         ALSO, LADIES AND GENTLEMEN, BEFORE WE TAKE OUR BREAK, I DO

11:03AM 21    WANT TO INFORM YOU OF AN ACTION THAT HAS OCCURRED THAT AFFECTS

11:03AM 22    THE JURY QUESTIONNAIRES THAT YOU COMPLETED IN THE JURY

11:03AM 23    SELECTION PROCESS OF THIS CASE.

11:03AM 24         AS YOU RECALL, EACH OF YOU COMPLETED A JURY QUESTIONNAIRE

11:03AM 25    PRIOR TO YOUR COMING TO COURT TO BE QUESTIONED AS POTENTIAL

BURD CROSS BY MR. DOWNEY                                              3098

11:03AM  1    JURORS FOR THIS CASE.

11:03AM  2        THE QUESTIONNAIRE HAD TWO PAGES OF INSTRUCTIONS, AND ON

11:03AM  3    THE SECOND PAGE ABOVE MY SIGNATURE WAS THE STATEMENT THAT YOUR

11:03AM  4    ANSWERS WOULD BE CONFIDENTIAL.  YOU WERE INFORMED THAT THE

11:03AM  5    COURT WAS SENSITIVE TO YOUR PRIVACY.  YOU WERE INFORMED THAT

11:03AM  6    THE QUESTIONNAIRES WOULD BE REVIEWED BY THE LAWYERS AND THE

11:03AM  7    COURT AND THAT THEY WOULD BE KEPT WITH THE CLERK OF THE COURT

11:03AM  8    UNDER SEAL AND WOULD BE DISCLOSED, IF AT ALL, WITH NAMES AND

11:04AM  9    OTHER IDENTIFYING INFORMATION REMOVED.

11:04AM  10       NOW, I NEED TO INFORM YOU THAT ABOUT TEN DAYS AGO THE

11:04AM  11   COURT RECEIVED A MOTION FROM AN ENTITY CALLED "MEDIA COALITION"

11:04AM  12   ASKING THAT THE COURT UNSEAL THE QUESTIONNAIRES SUCH THAT THEY

11:04AM  13   MIGHT HAVE ACCESS TO THEM.

11:04AM  14       THE MEDIATION COALITION IDENTIFIES THEMSELVES AS THE

11:04AM  15   FOLLOWING:  AMERICAN BROADCASTING COMPANY, INCORPORATED DOING

11:04AM  16   BUSINESS AS ABC NEWS; THE ASSOCIATED PRESS; BLOOMBERG LP; THE

11:04AM  17   DAILY MAIL; DOW JONES & COMPANY INCORPORATED; NBC UNIVERSAL

11:04AM  18   MEDIA LLC; THE NEW YORK TIMES COMPANY; PORTFOLIO MEDIA

11:05AM  19   INCORPORATED, PUBLISHER OF LAW 360; 3 UNCANNY 4 LLC; AND THE

11:05AM  20   WASHINGTON POST COMPANY.

11:05AM  21       NOW, LAST WEEK, A FEW DAYS AGO, I HAD A HEARING ON THIS

11:05AM  22   MOTION WITH THE MEDIA COALITION ATTORNEY WHO BROUGHT THE

11:05AM  23   MOTION.  ALSO PRESENT WERE ATTORNEYS INVOLVED IN THIS CASE, AN

11:05AM  24   ATTORNEY FOR MS. HOLMES, AND THE UNITED STATES ATTORNEY'S

11:05AM  25   OFFICE PROSECUTING THIS CASE.

BURD CROSS BY MR. DOWNEY                                                3099

11:05AM   1        WE DISCUSSED THE QUESTION OF CONFIDENTIALITY OF THE

11:05AM   2    QUESTIONNAIRES AND I TOLD THE PARTIES THAT PRIOR TO ME DECIDING

11:05AM   3    WHAT, IF ANYTHING, IS TO BE RELEASED, I WOULD SPEAK TO EACH ONE

11:05AM   4    OF YOU PRIVATELY TO HEAR YOUR COMMENTS, IF ANY, ON THIS ISSUE.

11:05AM   5        NOW, WHAT I'D LIKE TO DO TODAY, LADIES AND GENTLEMEN, IS

11:05AM   6    AT THE BREAK, MS. KRATZMANN IS GOING TO PROVIDE YOU WITH COPIES

11:06AM   7    OF YOUR QUESTIONNAIRES, THE QUESTIONNAIRES THAT YOU FILLED OUT,

11:06AM   8    COPIES OF THEM.

11:06AM   9        MY THOUGHT IS THAT YOU MIGHT LIKE TO REVIEW THESE

11:06AM   10   QUESTIONNAIRES AT OUR BREAK.  AFTER WE FINISH EVIDENCE TODAY,

11:06AM   11   WHICH I SUGGESTED WOULD BE ABOUT 3:00 P.M., I WILL ASK IF ANY

11:06AM   12   OF YOU WISH TO SPEAK TO ME TODAY ABOUT YOUR QUESTIONNAIRES AND

11:06AM   13   THESE ISSUES.

11:06AM   14       IF YOU DO, WE WILL SPEAK IN MY CHAMBERS.  IF YOU WISH TO

11:06AM   15   THINK ABOUT IT OVERNIGHT, YOU MAY DO THAT AND I'LL ASK TOMORROW

11:06AM   16   IF YOU WISH TO SPEAK WITH ME, WHICH IS TO SAY THAT I WILL

11:06AM   17   PERMIT YOU TO TAKE YOUR QUESTIONNAIRE HOME WITH YOU, A COPY OF

11:06AM   18   YOUR QUESTIONNAIRE.  WE'LL PROVIDE AN ENVELOPE FOR YOU SUCH

11:06AM   19   THAT IT CAN REMAIN CONVENIENT TO YOU KEEPING IT PRIVATE, AND

11:06AM   20   THEN TOMORROW I'LL ASK YOU IF YOU WISH TO SPEAK WITH ME ABOUT

11:06AM   21   THIS.

11:06AM   22       OUR CONVERSATION WILL BE BRIEF.

11:06AM   23       NOW, I'VE TALKED TO THE LAWYERS HERE.  WE'LL MEET IN MY

11:07AM   24   CHAMBERS, IN MY OFFICE.  I'LL DO THAT ONE AT A TIME WITH EACH

11:07AM   25   OF YOU.  IT WILL BE RECORDED, SO THERE WILL BE A COURT REPORTER

BURD CROSS BY MR. DOWNEY                                          3100

```
11:07AM   1    PRESENT.  THE LAWYERS WILL HAVE ONE LAWYER PRESENT.  THEY WILL

11:07AM   2    NOT PARTICIPATE IN THE CONVERSATION.  THEY WILL BE THERE TO

11:07AM   3    OBSERVE ONLY.  I MAY HAVE SOME OF MY STAFF PRESENT AS WELL.

11:07AM   4         I TELL YOU THIS IN ADVANCE TO TRY TO LET YOU KNOW WHAT THE

11:07AM   5    CIRCUMSTANCES WILL BE SUCH THAT YOU WON'T BE INTIMIDATED WHEN

11:07AM   6    YOU WALK IN A ROOM AND SEE PEOPLE THERE.

11:07AM   7         MY GOAL IS NOT TO MAKE THIS INTIMIDATING AT ALL, BECAUSE

11:07AM   8    IT SHOULDN'T BE.  IT'S GOING TO BE A CONVERSATION WITH YOU AND

11:07AM   9    WITH ME, AND I HAVE SOME PREPARED QUESTIONS THAT I'M GOING TO

11:07AM  10    ASK EACH OF YOU REGARDING THIS ISSUE AND REGARDING YOUR

11:07AM  11    QUESTIONNAIRES.

11:07AM  12         SO THAT'S THE SCHEDULE FOR TODAY.

11:07AM  13         AT THE BREAK MS. KRATZMANN WILL PROVIDE YOU, AS I SAID,

11:07AM  14    WITH COPIES OF YOUR QUESTIONNAIRES IF YOU WOULD LIKE TO REVIEW

11:08AM  15    THOSE.

11:08AM  16         AGAIN, IF YOU WOULD LIKE TO SPEAK WITH ME TODAY AFTER

11:08AM  17    3:00 O'CLOCK, I'M HAPPY TO DO THAT.  IF YOU WANT TO WAIT UNTIL

11:08AM  18    TOMORROW, OF COURSE WE CAN DO THAT AS WELL.

11:08AM  19         I WILL ASK YOU, IF YOU DO LEAVE WITH YOUR QUESTIONNAIRES,

11:08AM  20    PLEASE DO NOT SHARE THEM WITH ANYONE ELSE, AND PLEASE BRING

11:08AM  21    THEM, BRING THEM WITH YOU TOMORROW BACK TO COURT AND WE'LL

11:08AM  22    COLLECT THOSE AGAIN.

11:08AM  23         ALL RIGHT.  THANK YOU.

11:08AM  24         COUNSEL, ANYTHING FURTHER?

11:08AM  25              MR. SCHENK:  NO.  THANK YOU, YOUR HONOR.
```

BURD CROSS BY MR. DOWNEY                                                    3101

11:08AM   1                    MR. DOWNEY:  NO, YOUR HONOR.

11:08AM   2                    THE COURT:  ALL RIGHT.  WE'LL TAKE ABOUT A 30 MINUTE

11:08AM   3        BREAK.  THANK YOU.

11:08AM   4            (LUNCH RECESS TAKEN AT 11:08 A.M.)

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

BURD CROSS BY MR. DOWNEY                                          3102

| | | |
|---|---|---|
| 11:46AM | 1 | **AFTERNOON SESSION** |
| 11:46AM | 2 | (JURY IN AT 11:46 A.M.) |
| 11:46AM | 3 | THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES |
| 11:46AM | 4 | PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN. |
| 11:46AM | 5 | MR. DOWNEY, YOU WANTED TO CONTINUE? |
| 11:46AM | 6 | MR. DOWNEY:  YES, SIR. |
| 11:46AM | 7 | THE COURT:  YES? |
| 11:46AM | 8 | MR. DOWNEY:  YES. |
| 11:46AM | 9 | Q.   MR. BURD, WE WERE TALKING A LITTLE BIT THIS MORNING ABOUT |
| 11:46AM | 10 | THE PROCESS OF DUE DILIGENCE BEFORE YOU ENTERED INTO AN |
| 11:46AM | 11 | AGREEMENT WITH THERANOS. |
| 11:46AM | 12 | I WANT TO TALK NOW ABOUT THE AGREEMENT THAT YOU ULTIMATELY |
| 11:46AM | 13 | ENTERED INTO, AND YOU MIGHT FIND IT HELPFUL TO HAVE IT IN FRONT |
| 11:46AM | 14 | OF YOU.  IT'S EXHIBIT 387 IN THE WHITE BINDER. |
| 11:47AM | 15 | THE CLERK:  THAT WAS PREVIOUSLY ADMITTED. |
| 11:47AM | 16 | MR. DOWNEY:  IT WAS. |
| 11:47AM | 17 | Q.   BEFORE WE GET INTO THIS DOCUMENT, YOU HAD MENTIONED THAT |
| 11:47AM | 18 | WITH RESPECT TO THIS AGREEMENT, MS. HOLMES NEGOTIATED A LOT OF |
| 11:47AM | 19 | THE TERMS OF THE AGREEMENT ON HER OWN; CORRECT? |
| 11:47AM | 20 | A.   YES, MEANING SHE -- MEANING WE NEVER SAT WITH A LAWYER |
| 11:47AM | 21 | FROM THERANOS, WHICH IS CUSTOMARY. |
| 11:47AM | 22 | Q.   AND YOU UNDERSTOOD FROM THERANOS THAT THIS WAS A BIG DEAL? |
| 11:47AM | 23 | A.   I THOUGHT IT WAS, SURE. |
| 11:47AM | 24 | Q.   OKAY.  LET ME DIRECT YOUR ATTENTION IN THE EXHIBIT THAT IS |
| 11:47AM | 25 | IN FRONT OF YOU TO PAGE 8, AND I'M GOING TO BE LOOKING AT THE |

BURD CROSS BY MR. DOWNEY                                                3103

| | | |
|---|---|---|
| 11:47AM | 1 | PART OF IT THAT IS THE CARRY-OVER SECTION IN 3B WHICH CARRIES |
| 11:48AM | 2 | OVER BETWEEN PAGES 8 AND 9. |
| 11:48AM | 3 | DO YOU SEE THAT? |
| 11:48AM | 4 | A.   YES. |
| 11:48AM | 5 | Q.   NOW, YOU HAD TALKED DURING YOUR DIRECT EXAMINATION ABOUT A |
| 11:48AM | 6 | PILOT PROGRAM. |
| 11:48AM | 7 | DO YOU RECALL THAT? |
| 11:48AM | 8 | A.   I DO. |
| 11:48AM | 9 | Q.   BUT, IN FACT, THE AGREEMENT SET UP A SYSTEM UNDER WHICH |
| 11:48AM | 10 | THERE WOULD BE THREE PHASES IN THE AGREEMENT; CORRECT?  THERE |
| 11:48AM | 11 | WOULD BE A PRE-PILOT, A PILOT, AND THEN THERE WOULD BE A |
| 11:48AM | 12 | LAUNCH. |
| 11:48AM | 13 | DO YOU RECALL THAT? |
| 11:48AM | 14 | A.   YES. |
| 11:48AM | 15 | Q.   AND IN PARAGRAPH 3B OF THE AGREEMENT, THE OBLIGATIONS OF |
| 11:48AM | 16 | THE PARTIES WERE SET FORWARD; CORRECT? |
| 11:48AM | 17 | A.   CORRECT. |
| 11:48AM | 18 | Q.   AND THERANOS WAS OBLIGATED UNDER THIS SECTION OF THE |
| 11:48AM | 19 | AGREEMENT TO OBTAIN APPROVALS BY CLIA; CORRECT? |
| 11:49AM | 20 | A.   YES. |
| 11:49AM | 21 | Q.   AND THEY WERE ALSO REQUIRED TO OBTAIN APPROVALS REQUIRED |
| 11:49AM | 22 | BY ANY OTHER REGULATOR OR LEGAL AUTHORITY; CORRECT? |
| 11:49AM | 23 | A.   YES. |
| 11:49AM | 24 | Q.   AND BEFORE THEY LAUNCHED AT SAFEWAY, THEY WERE REQUIRED TO |
| 11:49AM | 25 | TAKE THEIR TECHNOLOGY AND CUSTOMIZE IT TO SAFEWAY. |

BURD CROSS BY MR. DOWNEY                                              3104

11:49AM   1            DO YOU RECALL THAT?

11:49AM   2       A.   THERE IS SOME LANGUAGE IN HERE TO THAT FACT.

11:49AM   3       Q.   WELL, IT WAS A REQUIREMENT OF THE AGREEMENT, WASN'T IT?

11:49AM   4       A.   I'M LOOKING AT SECTION 3B II.

11:49AM   5            LET ME JUST READ IT FOR A SECOND.

11:49AM   6       Q.   CERTAINLY.

11:49AM   7            (PAUSE IN PROCEEDINGS.)

11:49AM   8            THE WITNESS:  YEAH, I THINK CUSTOMIZATION REFERRED

11:50AM   9       TO SORT OF INTEGRATING IT WITH THE BALANCE OF SAFEWAY SYSTEMS.

11:50AM   10      BY MR. DOWNEY:

11:50AM   11      Q.   OKAY.  AND SO SOFTWARE WOULD HAVE TO BE CREATED THAT DID

11:50AM   12      THAT?

11:50AM   13      A.   CORRECT.

11:50AM   14      Q.   AND DO YOU RECALL SUBSEQUENTLY THAT YOU ALSO WANTED TO

11:50AM   15      CUSTOMIZE THE DEVICE IN TERMS OF HOW IT APPEARED IN SAFEWAY

11:50AM   16      STORES.

11:50AM   17           DO YOU REMEMBER THAT?

11:50AM   18      A.   YES.  THERANOS WAS, YOU KNOW, GOING THROUGH SOME CHANGES

11:50AM   19      ON THEIR OWN AND SO I OFFERED UP, YOU KNOW, WHAT WOULD LOOK

11:50AM   20      GOOD FOR US.

11:50AM   21      Q.   OKAY.  AND JUST FROM A RETAIL PERSPECTIVE YOU OFFERED

11:50AM   22      THOUGHTS.

11:50AM   23      A.   RIGHT.

11:50AM   24      Q.   SO, FOR EXAMPLE, DO YOU RECALL THAT YOU SUGGESTED THAT THE

11:50AM   25      SCREEN OF THE DEVICE BE SEPARATED OUT FROM THE DEVICE?  DO YOU

BURD CROSS BY MR. DOWNEY                                          3105

11:50AM   1    REMEMBER THAT?

11:50AM   2    A.   IF IT'S IN -- IF IT'S IN ONE OF THE EMAILS, I'M SURE I

11:50AM   3    DID.

11:50AM   4    Q.   WELL, LET'S GO BACK TO THE AGREEMENT.

11:50AM   5        SO IN ADDITION TO WHAT WE'VE ALREADY DISCUSSED, THE

11:50AM   6    OBLIGATION WAS IMPOSED ON THERANOS BY THIS AGREEMENT TO

11:50AM   7    NEGOTIATE WITH PAYORS WHO PAY FOR THE MEDICAL COSTS OF

11:51AM   8    PATIENTS; CORRECT?

11:51AM   9    A.   CORRECT.

11:51AM   10   Q.   AND THEY HAD TO GAIN ACCEPTANCE THAT WAS SATISFACTORY TO

11:51AM   11   SAFEWAY BEFORE THERE WAS A LAUNCH; CORRECT?

11:51AM   12   A.   CORRECT.

11:51AM   13   Q.   AND THAT'S TRUE SPECIFICALLY WITH REGARD TO INSURERS;

11:51AM   14   CORRECT?

11:51AM   15   A.   YES.

11:51AM   16   Q.   AND THOSE OBLIGATIONS ARE COVERED IN B III AND IV;

11:51AM   17   CORRECT?

11:51AM   18   A.   YES.

11:51AM   19   Q.   AND THEN THERE WAS ALSO AN OBLIGATION THAT THERANOS HAD TO

11:51AM   20   MEET SERVICE STANDARDS SET BY SAFEWAY, INCLUDING THAT THE

11:51AM   21   RESULTS OF TESTS BE AVAILABLE IN 30 MINUTES OR LESS; CORRECT?

11:51AM   22   A.   YES.

11:51AM   23   Q.   AND THEN THERE WERE SOME OTHER PROVISION ABOUT THERANOS

11:51AM   24   REPLACING DEVICES THAT MALFUNCTIONED.

11:52AM   25       AND THEN SAFEWAY OBTAINED -- STRIKE THAT.

BURD CROSS BY MR. DOWNEY                                                 3106

11:52AM  1        SAFEWAY WAS OBLIGATED TO HELP THERANOS IN GAINING

11:52AM  2   GOVERNMENT APPROVAL; CORRECT?

11:52AM  3   A.   CORRECT.

11:52AM  4   Q.   AND IT WAS OBLIGATED TO ASSIST THERANOS IN CONNECTION WITH

11:52AM  5   A MARKETING STRATEGY; CORRECT?

11:52AM  6   A.   YES.

11:52AM  7   Q.   AND THEN REMODELING OF THE STORE WOULD BE SAFEWAY'S

11:52AM  8   OBLIGATION, NOT THERANOS'S; CORRECT?

11:52AM  9   A.   THAT'S CORRECT.

11:52AM 10   Q.   AND ALL OF THIS WAS BEFORE THE PILOT PROGRAM LAUNCHED;

11:52AM 11   CORRECT?

11:52AM 12   A.   CORRECT.

11:52AM 13   Q.   OKAY.  SO ALL OF THESE TASKS HAD TO BE COMPLETED TO EACH

11:52AM 14   PARTY'S SATISFACTION IF IT WAS AN OBLIGATION OF THE OTHER PARTY

11:52AM 15   BEFORE THERE COULD EVER BE A PILOT LAUNCH AT SAFEWAY; CORRECT?

11:52AM 16   A.   CORRECT.

11:52AM 17   Q.   AND IF IT WERE TO PASS THAT THERANOS DID NOT MEET ONE OF

11:52AM 18   THOSE OBLIGATIONS OR MORE THAN ONE OF THOSE OBLIGATIONS,

11:53AM 19   SAFEWAY HAD THE RIGHT TO TERMINATE THE AGREEMENT; CORRECT?

11:53AM 20   A.   IT'S NOT SOMETHING THAT I RECALL, BUT I WOULD, I WOULD

11:53AM 21   HAVE BEEN DISAPPOINTED IF GENERAL COUNSEL DIDN'T HAVE IT IN

11:53AM 22   HERE.

11:53AM 23   Q.   OKAY.  AND AFTER THE PRE-PILOT PERIOD WAS COMPLETED TO THE

11:53AM 24   SATISFACTION OF SAFEWAY, A PILOT PROGRAM COULD ACTUALLY LAUNCH;

11:53AM 25   CORRECT?

BURD CROSS BY MR. DOWNEY                                              3107

11:53AM   1     A.   CORRECT.

11:53AM   2     Q.   AND THAT'S DETAILED IN PARAGRAPH C ON PAGE 9; CORRECT?

11:53AM   3     A.   YES.

11:53AM   4     Q.   AND THE EXPECTATION OF THE PARTIES WAS THAT THE PILOT

11:53AM   5     PROGRAM WOULD LAST ABOUT 90 DAYS; CORRECT?

11:53AM   6     A.   YES.

11:53AM   7     Q.   AND ALSO THAT THE PILOT PROGRAM WOULD RUN CONCURRENTLY

11:53AM   8     WITH THE PILOT PROGRAM THAT WALGREENS WOULD RUN; CORRECT?

11:53AM   9     A.   YES.

11:54AM   10    Q.   AND AGAIN, AS WITH THE PRE-PILOT PERIOD, THE PILOT PERIOD

11:54AM   11    HAD TO BE COMPLETED TO SAFEWAY'S SATISFACTION; CORRECT?

11:54AM   12    A.   CORRECT.

11:54AM   13    Q.   AND AGAIN, IF SAFEWAY DID NOT -- IF SAFEWAY WERE

11:54AM   14    UNSATISFIED WITH THERANOS'S PERFORMANCE, IT COULD TERMINATE THE

11:54AM   15    AGREEMENT; CORRECT?

11:54AM   16    A.   CORRECT.

11:54AM   17    Q.   AND IF THE AGREEMENT WAS TERMINATED, THERANOS WAS

11:54AM   18    OBLIGATED TO RETURN ANY MONIES PAID BY SAFEWAY TO DATE;

11:54AM   19    CORRECT?

11:54AM   20    A.   I'D HAVE TO -- I'D HAVE TO READ THIS AND GIVE YOU AN

11:54AM   21    ANSWER ON THAT.

11:54AM   22    Q.   OKAY.  BUT DO YOU RECALL GENERALLY TRYING TO NEGOTIATE AN

11:54AM   23    AGREEMENT --

11:54AM   24    A.   CORRECT.

11:54AM   25    Q.   -- THAT PROVIDED FINANCIAL PROTECTION FOR SAFEWAY?

BURD CROSS BY MR. DOWNEY                                              3108

11:54AM   1    A.   RIGHT.

11:54AM   2    Q.   AND YOU HAD MENTIONED THIS MORNING THAT YOU WERE CONCERNED

11:54AM   3    TO ACHIEVE EXCLUSIVITY IN CONNECTION WITH THE FOOD RETAIL

11:54AM   4    MARKET; CORRECT?

11:54AM   5    A.   YES.

11:55AM   6    Q.   AND DO YOU RECALL THAT YOU WERE SUCCESSFUL IN THAT REGARD

11:55AM   7    AND THAT YOU DID OBTAIN A COMMITMENT FROM THERANOS THAT YOU

11:55AM   8    COULD BE THE -- THAT SAFEWAY COULD BE THE EXCLUSIVE FOOD

11:55AM   9    RETAILER TO LAUNCH FOR A PERIOD?

11:55AM   10   A.   YES.

11:55AM   11   Q.   AND IF YOU LOOK AT PARAGRAPH 5 ON PAGE 11, DOES THAT

11:55AM   12   REFLECT THAT PROVISION?

11:55AM   13   A.   I THINK THAT 5 JUST REFERS TO HOW MUCH OF THE INSURANCE

11:55AM   14   MARKET SHE HAS TO HAVE PRICING ARRANGEMENT WITH BEFORE THE

11:55AM   15   PROGRAM WOULD LAUNCH.

11:55AM   16   Q.   I'M SORRY.  I MAY HAVE DIRECTED YOU TO THE WRONG PLACE.

11:55AM   17        I'M LOOKING AT PAGE 11, B 5.  I THINK THAT'S EXCERPTED ON

11:56AM   18   YOUR SCREEN IF THAT'S HELPFUL AS WELL.

11:56AM   19        MY QUESTION WAS, THIS PROVISION PROVIDED THAT SAFEWAY

11:56AM   20   WOULD HAVE THE EXCLUSIVE RIGHT TO DEPLOY THERANOS IN THE FOOD

11:56AM   21   RETAIL CHANNEL; CORRECT?

11:56AM   22   A.   LET ME JUST FINISH THIS.

11:56AM   23        (PAUSE IN PROCEEDINGS.)

11:56AM   24             THE WITNESS:  CORRECT.

11:56AM   25   BY MR. DOWNEY:

BURD CROSS BY MR. DOWNEY                                                3109

| | | |
|---|---|---|
| 11:56AM | 1 | Q.   NOW, THERE WERE OTHER FOOD RETAILERS AT THAT TIME WHO WERE |
| 11:56AM | 2 | LARGER FOOD RETAILERS; CORRECT? |
| 11:56AM | 3 | A.   WAL-MART WAS LARGER, KROGER WAS LARGER. |
| 11:56AM | 4 | Q.   SAFEWAY ABOUT A THIRD? |
| 11:56AM | 5 | A.   A THIRD. |
| 11:56AM | 6 | Q.   AND ALSO UNDER THE AGREEMENT, DID -- SO THEY WOULD BE |
| 11:56AM | 7 | PRECLUDED UNDER THE AGREEMENT FROM LAUNCHING THERANOS SYSTEMS? |
| 11:56AM | 8 | A.   WE GAVE THE LIST OF ONES WE CONSIDERED TO BE THE PLAYERS, |
| 11:56AM | 9 | AND IT'S IN THE DOCUMENT SOMEWHERE, BUT WE WOULD NOT HAVE PUT |
| 11:57AM | 10 | WAL-MART ON THE LIST AND WE WOULD PROBABLY EXCLUDE KROGER. |
| 11:57AM | 11 | BUT, AGAIN, IT'S IN THE DOCUMENT. |
| 11:57AM | 12 | Q.   OKAY.  AND WE'VE BEEN TALKING ALSO ABOUT YOUR RIGHT TO |
| 11:57AM | 13 | TERMINATE, AND I JUST WANT TO GIVE YOU AN ABILITY TO LOOK AT |
| 11:57AM | 14 | THAT PROVISION AS WELL.  THAT'S ON PAGE 19. |
| 11:57AM | 15 | A.   YES. |
| 11:57AM | 16 | Q.   SECTION 26B. |
| 11:57AM | 17 | A.   I HAVE IT. |
| 11:57AM | 18 | Q.   OKAY.  AND PARAGRAPH 26B PROVIDES "IN THE EVENT THAT |
| 11:57AM | 19 | SAFEWAY DETERMINES IN ITS SOLE DISCRETION THAT THE PILOT OF THE |
| 11:57AM | 20 | PROGRAM HAS BEEN UNSUCCESSFUL, SAFEWAY HAS THE RIGHT TO |
| 11:57AM | 21 | TERMINATE THIS AGREEMENT WITHOUT CAUSE ON THIRTY (30) CALENDAR |
| 11:57AM | 22 | DAYS' PRIOR WRITTEN NOTICE TO THERANOS.  UPON ANY SUCH |
| 11:58AM | 23 | TERMINATION, THERANOS SHALL PROMPTLY RETURN ALL PREPAYMENT |
| 11:58AM | 24 | AMOUNTS ATTRIBUTABLE TO UNDELIVERED INVENTORY UNDER SECTION 10 |
| 11:58AM | 25 | ABOVE." |

BURD CROSS BY MR. DOWNEY                                              3110

11:58AM   1        DO YOU SEE THAT?

11:58AM   2   A.   YES.

11:58AM   3   Q.   AND THE REFERENCE TO INVENTORY REFERS TO THE FACT THAT

11:58AM   4   PAYMENTS UNDER THE CONTRACT WERE BEING MADE AS PAYMENTS TO

11:58AM   5   PREPAY FOR CARTRIDGES THAT WERE PART OF THE THERANOS SYSTEMS?

11:58AM   6   A.   CORRECT.

11:58AM   7   Q.   OKAY.  SO ANY PAYMENTS MADE FOR THAT, THERANOS WOULD HAVE

11:58AM   8   AN OBLIGATION TO PREPAY; CORRECT?

11:58AM   9   A.   CORRECT.

11:58AM  10   Q.   AND IT WAS ALSO THE CASE UNDER PARAGRAPH 2 THAT IF THE FDA

11:58AM  11   TOOK ADVERSE ACTION AGAINST THERANOS, THAT SAFEWAY WOULD HAVE

11:58AM  12   THE RIGHT TO TERMINATE THE AGREEMENT; CORRECT?

11:58AM  13   A.   CORRECT.

11:58AM  14   Q.   WAS THAT A RISK THAT YOU BECAME AWARE OF DURING YOUR

11:58AM  15   EVALUATION OF THE DEAL?

11:59AM  16   A.   MY UNDERSTANDING AT THE TIME WAS THAT CLIA APPROVAL WAS

11:59AM  17   SUFFICIENT AND THEY DIDN'T NECESSARILY NEED FDA APPROVAL.

11:59AM  18        ELIZABETH POSITIONED THAT AS MORE OF A BULLETPROOF TYPE OF

11:59AM  19   APPROVAL.

11:59AM  20   Q.   BUT THE AGREEMENT CONTEMPLATED THE POSSIBILITY THAT THE

11:59AM  21   FDA MIGHT TAKE THE OPPOSITE POSITION; CORRECT?

11:59AM  22   A.   SURE.

11:59AM  23   Q.   AND THE RIGHTS AS TO WHO WOULD HAVE THE ABILITY TO

11:59AM  24   TERMINATE THE AGREEMENT DID NOT LIE WITH THERANOS, DID THEY?

11:59AM  25   THEY LAID WITH SAFEWAY; CORRECT?

BURD CROSS BY MR. DOWNEY                                          3111

11:59AM   1      A.   YES.

11:59AM   2      Q.   AND INDEED, AS WE TALKED ABOUT THIS MORNING, THERANOS WAS

11:59AM   3      A RELATIVELY YOUNG COMPANY; CORRECT?

11:59AM   4      A.   CORRECT.

11:59AM   5      Q.   AND I ASSUME YOU HAD SOME UNCERTAINTY AS TO WHETHER THEY

11:59AM   6      WOULD HAVE THE ABILITY TO REPAY IF SAFEWAY UNDERTOOK TO

11:59AM   7      TERMINATE THE CONTRACT; CORRECT?

12:00PM   8      A.   WE INITIALLY GOT A LETTER OF CREDIT SUPPORTING THE MONEY

12:00PM   9      WE PUT UP AND THAT GAVE US SOME COMFORT.

12:00PM   10     Q.   SO IF THERE WAS A TERMINATION OF THE AGREEMENT THAT

12:00PM   11     THERANOS ITSELF WAS UNABLE TO PAY, SAFEWAY WOULD STILL BE

12:00PM   12     REPAID UNDER THAT LETTER OF CREDIT; CORRECT?

12:00PM   13     A.   RIGHT.

12:00PM   14     Q.   AND IN CONNECTION WITH THE EXECUTION OF THE SAFEWAY

12:00PM   15     AGREEMENT, SAFEWAY MADE A COMMITMENT TO BUY ABOUT $10 MILLION

12:00PM   16     WORTH OF CARTRIDGES; IS THAT RIGHT?

12:00PM   17     A.   I DON'T SEE 10 MILLION CARTRIDGES.  I SEE $10 MILLION.

12:00PM   18          BUT MAYBE YOU CAN REFER ME TO A SECTION.

12:00PM   19     Q.   YES.  IT'S PARAGRAPH 10.

12:01PM   20     A.   PARAGRAPH 10.

12:01PM   21     Q.   AND IT'S LABELLED AS INVENTORY PRE-PURCHASES.  PAGE 12.

12:01PM   22     A.   PAGE 12.

12:01PM   23     Q.   AND IT'S REFERRING TO INITIAL PRE-PURCHASE?

12:01PM   24     A.   AND THIS WAS SIGNED 11 YEARS AGO.

12:01PM   25     Q.   I UNDERSTAND.

BURD CROSS BY MR. DOWNEY                                    3112

12:01PM   1    A.   A.   OKAY.

12:01PM   2         SO IT WAS $10 MILLION FOR APPROXIMATELY 715,000 UNITS.

12:01PM   3    Q.   OKAY.   AND THAT WAS THE PAYMENT THAT WAS MADE IN

12:01PM   4    CONNECTION WITH THE AGREEMENT WHEN YOU SIGNED IT; CORRECT?

12:01PM   5    A.   CORRECT.

12:01PM   6    Q.   AND THE PROTECTIONS THAT SAFEWAY HAD WERE IF THE AGREEMENT

12:01PM   7    DIDN'T WORK OUT, IT COULD TERMINATE IT; CORRECT?

12:01PM   8    A.   CORRECT.

12:01PM   9    Q.   AND THERE WAS SOME SECURITY, THERANOS AGREED TO REPAY

12:01PM  10    THAT; CORRECT?

12:02PM  11    A.   RIGHT.

12:02PM  12    Q.   AND IF THERANOS DID NOT REPAY IT, THERE WAS FINANCING THAT

12:02PM  13    ENSURED THE PAYMENT WOULD BE MADE TO SAFEWAY?

12:02PM  14    A.   CORRECT.

12:02PM  15    Q.   AND IN EXCHANGE FOR THAT DEAL, SAFEWAY GOT THE EXCLUSIVITY

12:02PM  16    THAT YOU TALKED ABOUT AT THE OUTSET; CORRECT?

12:02PM  17    A.   YES.

12:02PM  18    Q.   AND IF THE DEAL WERE TO WORK OUT, THE VARIOUS PROFIT

12:02PM  19    ADVANTAGES THAT SAFEWAY MIGHT ACHIEVE WOULD FLOW TO IT DURING

12:02PM  20    THAT EXCLUSIVITY PERIOD; CORRECT?

12:02PM  21    A.   CORRECT.

12:02PM  22    Q.   AND THIS BEING DRAFTED BY LAWYERS, IT CONTAINED A CLAUSE

12:02PM  23    REFERRED TO AS AN INTEGRATION CLAUSE.

12:02PM  24         IS THAT A TERM THAT YOU'RE FAMILIAR WITH?

12:02PM  25    A.   NOT REFERRING TO IT AS A CLAUSE.   INTEGRATION CLAUSE IS AT

BURD CROSS BY MR. DOWNEY                                            3113

12:02PM   1    THE INTEGRATION OF THE SOFTWARE.

12:03PM   2    Q.   WELL, LET ME ASK YOU TO LOOK AT PARAGRAPH 22 OF THE

12:03PM   3    AGREEMENT.  I'M SORRY, PAGE 22 OF THE AGREEMENT.

12:03PM   4    A.   OKAY.

12:03PM   5    Q.   IT'S JUST PARAGRAPH I.  IT'S THE ONLY PARAGRAPH ON THAT

12:03PM   6    PAGE.

12:03PM   7         AND IT SPECIFIES THAT EACH PARTY AGREES THAT THIS

12:03PM   8    AGREEMENT, INCLUDING ITS SCHEDULES, EMBODIES THE ENTIRE

12:03PM   9    UNDERSTANDING BETWEEN THE PARTIES AND SUPERSEDES AND REPLACES

12:03PM  10    ANY AND ALL PRIOR UNDERSTANDINGS, ARRANGEMENTS, AND AGREEMENTS,

12:03PM  11    WHETHER ORAL OR IN WRITING RELATING TO IT.

12:03PM  12         YOU'VE SEEN PARAGRAPHS LIKE THAT BEFORE?

12:03PM  13    A.   I DON'T RECALL SEEING IT, AND SO I'M REALLY NOT FAMILIAR

12:03PM  14    WITH THE INTEGRATION CLAUSE.

12:03PM  15         I LIKE THE LANGUAGE OF THIS AGREEMENT, YOU KNOW, BUT IT'S

12:03PM  16    NOT A TERM THAT I HAVE USED BEFORE.

12:04PM  17    Q.   OKAY.  BUT FOR WHATEVER REASON, IT'S INCLUDED IN THE

12:04PM  18    AGREEMENT?

12:04PM  19    A.   SURE.

12:04PM  20    Q.   OKAY.  NOW, LET ME RETURN FOR JUST ONE MOMENT TO THE

12:04PM  21    SUBJECT OF THE REGULATORY RISKS AND THE PATH THAT WENT FORWARD

12:04PM  22    FROM THE SIGNING OF THE AGREEMENT UNTIL THE TIME PERIOD THAT

12:04PM  23    YOU TALKED ABOUT IN EARLY 2013.

12:04PM  24         FIRST OF ALL, LET ME SAY, YOU REPEATEDLY REFERRED TO

12:04PM  25    TALKING ABOUT A LAUNCH AT A SPECIFIED TIME, BUT THERE WERE NO

BURD CROSS BY MR. DOWNEY                                              3114

12:04PM   1    PARTICULAR DEADLINES IN THIS AGREEMENT, WERE THERE?

12:04PM   2    A.   NO.   THERE WAS -- I THINK WE MAY HAVE LISTED AN

12:04PM   3    EXPECTATION.   BUT, YOU KNOW, WE KNEW WE WERE DEALING WITH

12:04PM   4    TECHNOLOGY AND IT'S SOMETIMES DIFFICULT TO NAIL THAT DOWN.

12:04PM   5        IF WE WERE GOING TO OPEN A GROCERY STORE, WE WOULD GIVE

12:05PM   6    YOU A SPECIFIC DAY.

12:05PM   7    Q.   BECAUSE THAT'S SOMETHING THAT YOU'VE BEEN DOING FOR A LONG

12:05PM   8    TIME?

12:05PM   9    A.   CORRECT.

12:05PM  10    Q.   OKAY.   AND YOU UNDERSTOOD THAT THE DELAYS THAT OCCURRED IN

12:05PM  11    THE PARTIES' ABILITY TO LAUNCH WERE DELAYS IN THE DEVELOPMENT

12:05PM  12    OF THE TECHNOLOGY AT THE TIME?

12:05PM  13    A.   I DID NOT.

12:05PM  14    Q.   WELL, I THOUGHT I ASKED YOU WHY YOU DIDN'T INCLUDE

12:05PM  15    DEADLINES IN THE AGREEMENT AND YOU SAID IT WAS BECAUSE OF THE

12:05PM  16    TECHNOLOGY.

12:05PM  17    A.   JUST THE IDEA OF GETTING EVERY INSURANCE COMPANY IN THE

12:05PM  18    COUNTRY TO BUY INTO YOUR PRICE SCHEDULE, THAT'S A BIG EXERCISE

12:05PM  19    IN ITS OWN, AND THEN WRITE SOFTWARE TO INTEGRATE IT WITH

12:05PM  20    SAFEWAY, THAT'S A BIG EXERCISE, LAUNCHING, MARKETING, ALL OF

12:05PM  21    THAT STUFF.

12:05PM  22        I WAS NEVER TOLD THERE WAS A TECHNOLOGY PROBLEM WITH THE

12:05PM  23    BOX ITSELF.

12:05PM  24    Q.   BUT YOU UNDERSTOOD THAT THE TECHNOLOGY HAD NOT BEEN SCALED

12:05PM  25    TO A LARGE DEGREE?

BURD CROSS BY MR. DOWNEY                                              3115

12:05PM   1    A.   WHEN I THINK OF SCALE, I THINK OF THE ABILITY TO PRODUCE,

12:06PM   2    YOU KNOW, SAY A THOUSAND OF THESE BOXES PER DAY AND A

12:06PM   3    PRODUCTION PLAN, YOU KNOW, MAYBE HUNDREDS OF THOUSANDS OF

12:06PM   4    CARTRIDGES.

12:06PM   5         THEY DID BUY A PLANT IN FREMONT, AND I ASSUMED IT WAS FOR

12:06PM   6    THAT PURPOSE.

12:06PM   7    Q.   AND YOU TOURED AT SOME POINT THE MANUFACTURING FACILITY?

12:06PM   8    A.   I DID NOT TOUR.  I DID NOT GET TO SEE THE FREMONT

12:06PM   9    FACILITY.

12:06PM   10   Q.   BUT YOU TOURED THE RESEARCH LAB?

12:06PM   11   A.   I TOURED PART OF THE RESEARCH LAB AND THE OFFICE OF THE

12:06PM   12   COMPANY.

12:06PM   13   Q.   OKAY.  BUT TO RETURN TO THE AGREEMENT, IT DIDN'T SAY WE

12:06PM   14   HAVE TO LAUNCH BY A PARTICULAR DAY, DID IT?

12:06PM   15   A.   IT DIDN'T SAY THAT, BUT THE AGREEMENT SPELLED OUT THAT

12:06PM   16   THEY CAN DO ALMOST ALL, YOU KNOW, ASSAYS.

12:06PM   17   Q.   AND THERE WAS NO DEADLINE IN CONNECTION WITH THE AGREEMENT

12:06PM   18   IS MY QUESTION TO YOU.

12:06PM   19   A.   NO DEADLINE BECAUSE ALL OF THE OTHER PUZZLE PIECES NEEDED

12:06PM   20   TO GET DONE.

12:06PM   21   Q.   OKAY.  AND YOU, YOU -- SO THE PARTIES HAD AN EXPECTATION

12:06PM   22   THAT THERE MIGHT BE A LAUNCH AS EARLY AS 2011; CORRECT?

12:07PM   23   A.   I THINK THAT WAS SUPPOSED TO BE THE PILOT.

12:07PM   24   Q.   OKAY.  BUT DO YOU KNOW WHEN -- DO YOU RECALL WHEN THE

12:07PM   25   REGULATORY APPROVAL FROM CLIA WAS OBTAINED?

| | | |
|---|---|---|
| 12:07PM | 1 | A.   I JUST RECALL WHERE I WAS WHEN I GOT THE CELL CALL. |
| 12:07PM | 2 | Q.   BUT YOU DON'T RECALL THE DATE IN 2011? |
| 12:07PM | 3 | A.   NO. |
| 12:07PM | 4 | Q.   AND YOU DON'T RECALL THAT THE DATE WAS WELL AFTER THE DATE |
| 12:07PM | 5 | THAT YOU HAD PROJECTED THE PILOT PERIOD TO BEGIN? |
| 12:07PM | 6 | A.   IT WAS AFTER, AND I THINK IT'S JUST ONE OF THE |
| 12:07PM | 7 | UNCERTAINTIES. |
| 12:07PM | 8 | Q.   OKAY.  AND ALSO DO YOU KNOW WHEN THE NEGOTIATIONS WITH THE |
| 12:07PM | 9 | INSURERS WERE CONCLUDED? |
| 12:07PM | 10 | A.   I DON'T KNOW WHEN THEY WERE CONCLUDED.  I REMEMBER GETTING |
| 12:07PM | 11 | A PROGRESS REPORT ALONG THE WAY, BUT I DON'T RECALL A MOMENT |
| 12:07PM | 12 | WHERE SOMEONE SAID, WE'RE DONE. |
| 12:07PM | 13 | Q.   OKAY.  NOW, WE SAW IN THE AGREEMENT THAT WALGREENS ALSO |
| 12:08PM | 14 | HAD OBTAINED EXCLUSIVITY RIGHTS IN A DIFFERENT CHANNEL FROM THE |
| 12:08PM | 15 | CHANNEL THAT SAFEWAY HAD OBTAINED; CORRECT? |
| 12:08PM | 16 | A.   WELL, THE ONLY COMPANY THEY TALKED ABOUT WAS WALGREENS |
| 12:08PM | 17 | AND, YOU KNOW, THEY'RE SMART ENOUGH TO ASK FOR AN EXCLUSIVE IN |
| 12:08PM | 18 | THEIR CHANNEL. |
| 12:08PM | 19 | Q.   AND YOU UNDERSTOOD THAT WALGREENS AND SAFEWAY WERE BOTH |
| 12:08PM | 20 | WORKING WITH THERANOS AT THE SAME TIME? |
| 12:08PM | 21 | A.   I DID. |
| 12:08PM | 22 | Q.   AND I THINK WE TALKED ABOUT A MOMENT AGO YOU UNDERSTOOD |
| 12:08PM | 23 | THAT THE LAUNCHES OF, OF THERANOS WOULD BE ANNOUNCED IN |
| 12:08PM | 24 | CONNECTION WITH BOTH STORES AT THE SAME TIME; CORRECT? |
| 12:08PM | 25 | A.   THAT WAS THE AGREEMENT. |

BURD CROSS BY MR. DOWNEY                                                    3117

12:08PM  1    Q.   NOW, DID THERE COME A TIME IN EARLY 2012 WHERE YOU LEARNED

12:08PM  2    FROM MS. HOLMES THAT WALGREENS WAS UNWILLING TO LAUNCH UNDER

12:08PM  3    THE MODEL WHERE DEVICES WOULD BE PLACED IN STORES?  IS THAT

12:09PM  4    SOMETHING THAT YOU LEARNED FROM HER?

12:09PM  5    A.   I DIDN'T LEARN IT IN CONNECTION WITH WAL-MART.

12:09PM  6         I LEARNED IT IN CONNECTION WITH CONVERSATIONS THAT I HAD

12:09PM  7    WITH ELIZABETH WHERE THEY WERE NOW SUGGESTING THAT THE

12:09PM  8    PROCESSING ITSELF WOULDN'T TAKE PLACE IN THE STORE.

12:09PM  9         WE TALKED ABOUT A COURIER NETWORK.  I OFFERED TO GIVE HER

12:09PM 10    SOME HELP ON HOW TO BUILD THAT.

12:09PM 11         BUT IT WAS DESCRIBED AS AN EFFICIENT WAY TO START AND, YOU

12:09PM 12    KNOW, UPON REFLECTION, IT WASN'T WHERE WE STARTED, BUT THEY

12:09PM 13    THOUGHT THAT THAT WAS WHAT THE CURRENT SITUATION CALLED FOR.

12:09PM 14    Q.   BUT DID YOU HAVE ANY VISIBILITY ON WHAT THE POSITION OF

12:09PM 15    WALGREENS WAS WITH RESPECT TO THAT?

12:09PM 16    A.   NO.

12:09PM 17    Q.   BUT YOU DID LEARN THAT THERANOS SAID TO INITIATE THE

12:09PM 18    PROGRAM WE ARE ACTUALLY GOING TO DEVELOP A LABORATORY AT OUR

12:09PM 19    MAIN HEADQUARTERS; RIGHT?

12:10PM 20    A.   THEY WOULD BE DOING THE PROCESSING THERE, CORRECT.

12:10PM 21    Q.   OKAY.  AND YOU REFERENCED A COURIER SERVICE.  BLOOD

12:10PM 22    SAMPLES WOULDN'T BE PROCESSED IN THE STORE, THEY WOULD COME

12:10PM 23    BACK TO THAT CENTRAL FACILITY; CORRECT?

12:10PM 24    A.   THAT'S CORRECT.

12:10PM 25    Q.   AND OF COURSE WHEN THAT WAS DONE, PRESUMABLY THERE HAD TO

BURD CROSS BY MR. DOWNEY                                              3118

12:10PM   1    BE CHANGES TO THE SOFTWARE AND OTHER CHANGES THAT WOULD

12:10PM   2    ACCOMMODATE THAT TYPE OF AN ALTERATION IN THE AGREEMENT?

12:10PM   3    A.   WELL, THERE WAS NEVER AN ALTERATION IN THE AGREEMENT.

12:10PM   4    BUT, YOU KNOW, YOU POINTED OUT THE INTEGRATION PARAGRAPH.  IT

12:10PM   5    SAYS WE HAVE TO PUT IT IN WRITING IF IT'S GOING TO BE TRUE.

12:10PM   6    Q.   YOU'RE SAYING THERE'S NO AMENDMENT TO THE --

12:10PM   7    A.   CORRECT.

12:10PM   8    Q.   ALL RIGHT.  BUT SAFEWAY HAD ITS TERMINATION RIGHTS THE

12:10PM   9    ENTIRE TIME?

12:10PM   10   A.   CORRECT.

12:10PM   11   Q.   AND IN RESPONSE TO ANY OF THIS INFORMATION COULD HAVE

12:10PM   12   TERMINATED THE AGREEMENT; CORRECT?

12:10PM   13   A.   CORRECT.

12:10PM   14   Q.   I WANT TO SHOW YOU AN EMAIL FROM 2012 IF I MIGHT.  IT'S

12:10PM   15   EXHIBIT 10537.

12:11PM   16   A.   IN THE WHITE BOOK OR THE BLACK?

12:11PM   17   Q.   NO, IT SHOULD BE IN THE BLACK.

12:11PM   18   A.   10357?

12:11PM   19   Q.   I BEG YOUR PARDON, 10537.

12:11PM   20        AND THIS WILL BE ON YOUR SCREEN AS WELL AS IN THE BOOK.

12:11PM   21        THE CLERK:  I DON'T BELIEVE THIS HAS BEEN ADMITTED

12:11PM   22   INTO EVIDENCE.

12:11PM   23        MR. DOWNEY:  I BEG YOUR PARDON.

12:11PM   24   Q.   LET ME ASK YOU IF THIS IS -- JUST TO LOOK INITIALLY AT THE

12:11PM   25   GENERAL NATURE OF THE EMAIL AND ASK YOU IF THIS IS AN EMAIL

| | | |
|---|---|---|
| 12:11PM | 1 | EXCHANGE BETWEEN YOU AND MS. HOLMES IN 2012. |
| 12:12PM | 2 | A.   IT SURE LOOKS THAT WAY. |
| 12:12PM | 3 | Q.   AND THIS RELATES TO THE SAFEWAY-THERANOS RELATIONSHIP; |
| 12:12PM | 4 | CORRECT? |
| 12:12PM | 5 | A.   YES. |
| 12:12PM | 6 | MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF |
| 12:12PM | 7 | 10537. |
| 12:12PM | 8 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 12:12PM | 9 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:12PM | 10 | (DEFENDANT'S EXHIBIT 10537 WAS RECEIVED IN EVIDENCE.) |
| 12:12PM | 11 | BY MR. DOWNEY: |
| 12:12PM | 12 | Q.   ON THE BOTTOM OF THE EMAIL YOU'LL SEE THAT THERE IS AN |
| 12:12PM | 13 | EMAIL FROM YOU TO MS. HOLMES IN JANUARY 2012. |
| 12:12PM | 14 | DO YOU SEE THAT? |
| 12:12PM | 15 | A.   YES. |
| 12:12PM | 16 | Q.   AND YOU INDICATE IN THE FIRST SENTENCE, "WHILE I AM |
| 12:12PM | 17 | COMMITTED TO GETTING THE GROCERY NETWORK UNDER CONTRACT WITHIN |
| 12:12PM | 18 | TWO AND A ONE HALF MONTHS OF SAFEWAY'S LAUNCH, I AM VERY |
| 12:12PM | 19 | CONCERNED ABOUT ALLOWING NETWORK PARTNERS OR ANYONE ELSE TO |
| 12:12PM | 20 | LAUNCH WITH A MERE FINGER STICK." |
| 12:13PM | 21 | DO YOU SEE THAT? |
| 12:13PM | 22 | A.   I DO. |
| 12:13PM | 23 | Q.   AND IN YOUR COMMENTS ABOUT A GROCERY NETWORK THERE, YOU'RE |
| 12:13PM | 24 | REFERRING TO GETTING PARTNERS WHO YOU HAD MADE PART OF A |
| 12:13PM | 25 | GROCERY NETWORK, YOU WERE TALKING ABOUT THE TIMING OF THEIR |

BURD CROSS BY MR. DOWNEY                                                    3120

12:13PM    1      LAUNCH; CORRECT?

12:13PM    2      A.    CORRECT.

12:13PM    3      Q.    BUT YOU EXPRESSED THAT YOU WERE VERY CONCERNED ABOUT

12:13PM    4      EITHER THE PARTNERS OR ANYONE ELSE LAUNCHING WITH WHAT YOU

12:13PM    5      TERMED "A MERE FINGER STICK;" CORRECT?

12:13PM    6      A.    CORRECT.

12:13PM    7      Q.    AND "A MERE FINGER STICK" REFERS TO A MODEL UNDER WHICH

12:13PM    8      THE BLOOD WAS COLLECTED AT A RETAIL STORE AND THEN THE BLOOD

12:13PM    9      WAS SENT BACK TO THERANOS FOR ANALYSIS IN THEIR CENTRAL LAB;

12:13PM   10      CORRECT?

12:13PM   11      A.    CORRECT.

12:13PM   12      Q.    AND THAT'S THE PROCESS THAT WE WERE TALKING ABOUT A MOMENT

12:13PM   13      AGO; CORRECT?

12:13PM   14      A.    CORRECT.

12:13PM   15      Q.    AND YOU SUGGESTED THAT MODEL WOULD SEVERELY COMPROMISE AND

12:14PM   16      PERMANENTLY DAMAGE THE BRAND WE ARE TRYING TO CREATE; CORRECT?

12:14PM   17      A.    IT CERTAINLY WASN'T THE ORIGINAL BRAND THAT WE TALKED

12:14PM   18      ABOUT.

12:14PM   19      Q.    RIGHT.  THE ORIGINAL PLAN WAS THAT YOU WOULD PLACE THE

12:14PM   20      ANALYZERS IN THE STORE; CORRECT?

12:14PM   21      A.    CORRECT.

12:14PM   22      Q.    BUT MS. HOLMES HAD PROVIDED INFORMATION TO YOU IN JANUARY

12:14PM   23      OF 2012 THAT SAID THERANOS WAS NO LONGER IN A POSITION TO DO

12:14PM   24      THAT; CORRECT?

12:14PM   25      A.    THAT'S WHY WE -- THAT'S CORRECT.  THAT'S WHY SHE OFFERED

BURD CROSS BY MR. DOWNEY                                          3121

12:14PM   1    THE COURIER NETWORK, BUT I EXPECTED -- I ANTICIPATED THAT WOULD

12:14PM   2    BE SHORT TERM.

12:14PM   3    Q.   AND YOU, YOU HAD A VARIETY OF CONCERNS THAT YOU EXPRESSED

12:14PM   4    TO HER IN JANUARY OF 2012 ABOUT THAT MODEL; CORRECT?

12:14PM   5    A.   CORRECT.

12:14PM   6    Q.   AND FIRST AMONG THEM WAS THAT THE EXPERIENCE THAT PEOPLE

12:14PM   7    MIGHT HAVE BETWEEN LOCATIONS MIGHT BE VERY INCONSISTENT;

12:15PM   8    CORRECT?

12:15PM   9    A.   NO.  THAT, PLUS THE ORIGINAL PROMISE HAS GONE AWAY.

12:15PM  10    Q.   WELL, AND, IN FACT, YOU SAY IN NUMBER 2 THAT YOU WOULD NOT

12:15PM  11    BE ABLE TO HAVE A SCIENTIFIC STANDARD WHERE BLOOD WOULD BE

12:15PM  12    BEING ANALYZED AS FRESH BLOOD; CORRECT?

12:15PM  13    A.   CORRECT.

12:15PM  14    Q.   AND THAT WAS A CONCERN THAT YOU HAD.

12:15PM  15         AND YOU LAY OUT A VARIETY OF OTHER CONCERNS IN THIS

12:15PM  16    JANUARY 2012 AGREEMENT; CORRECT?

12:15PM  17    A.   CORRECT.

12:15PM  18    Q.   BUT MS. HOLMES TOLD YOU AT THIS POINT THAT THIS WAS THE

12:15PM  19    MODEL THAT THERANOS WAS GOING TO PURSUE WITH WALGREENS;

12:15PM  20    CORRECT?

12:15PM  21    A.   I DON'T RECALL IF SHE SAID WALGREENS, BUT SHE SAID WE'VE

12:15PM  22    DECIDED AT THERANOS THAT THIS IS THE BEST WAY FOR US TO START

12:15PM  23    THIS COMPANY.

12:15PM  24    Q.   DID YOU UNDERSTAND THAT THAT WAS MOTIVATED BY SAFEWAY --

12:15PM  25    BY WALGREENS' POSITION AS TO THE LEGAL REQUIREMENTS BEING

BURD CROSS BY MR. DOWNEY                                              3122

12:15PM   1      IMPOSED BY FDA?

12:15PM   2      A.   I DID NOT.

12:15PM   3      Q.   ALL RIGHT.  YOU MENTIONED THAT AT SOME LATER POINT THERE

12:16PM   4      WAS AN AGREEMENT, AND I DON'T MEAN THE AGREEMENT WAS AMENDED,

12:16PM   5      BUT THERE WAS AN INFORMAL AGREEMENT BETWEEN YOU AND MS. HOLMES

12:16PM   6      THAT THERE WOULD BE A TYPE OF PILOT RUN IN THE ON CAMPUS

12:16PM   7      FACILITY AT SAFEWAY; CORRECT?

12:16PM   8      A.   I'M NOT SURE WE USED THE WORD "PILOT," BUT THAT WE WOULD

12:16PM   9      PUT ONE OF THEIR ANALYZERS ON PROPERTY AND WE WOULD SUBMIT TO

12:16PM  10      DOING SOME VOLUME AND WE COULD TEST OUT VIRTUALLY EVERY ASPECT

12:16PM  11      OF THE OFFERING.

12:16PM  12      Q.   AND YOU TESTIFIED ON DIRECT EXAMINATION ABOUT A NUMBER OF

12:17PM  13      EMAILS THAT YOU EXCHANGED WITH MS. HOLMES ABOUT YOUR CRITICISMS

12:17PM  14      OF HOW THAT WAS RUNNING; CORRECT?

12:17PM  15      A.   CORRECT.

12:17PM  16      Q.   BUT YOU KNEW AT THE OUTSET OF THAT PROGRAM THAT THAT

12:17PM  17      PROGRAM WOULD RUN UNDER THIS MODEL WHERE BLOOD WOULD BE TAKEN

12:17PM  18      FROM A SAFEWAY LOCATION BACK TO THERANOS; CORRECT?  IS THAT

12:17PM  19      RIGHT OR NOT?

12:17PM  20      A.   NO.

12:17PM  21      Q.   YOU THOUGHT THE TESTING WOULD TAKE PLACE IN THE STORES?

12:17PM  22      A.   I CAN EXPLAIN.

12:17PM  23      Q.   LET ME ASK YOU, DID YOU KNOW THAT THE BLOOD WOULD BE TAKEN

12:17PM  24      FROM THE STORES TO A CENTRAL LAB AT THERANOS FOR ANALYSIS?  DID

12:17PM  25      YOU KNOW THAT?

BURD CROSS BY MR. DOWNEY                                          3123

12:17PM   1      A.   WHAT TIMEFRAME?

12:17PM   2      Q.   WHEN THE CAMPUS PROJECT WAS BEING DISCUSSED BETWEEN YOU

12:17PM   3      AND MS. HOLMES.

12:17PM   4      A.   WHEN THE CAMPUS PROJECT WAS BEING DISCUSSED, WE WERE GOING

12:17PM   5      TO GET A BOX.

12:17PM   6           NOW, THE BOX NEVER ARRIVED AND WE STARTED WITH A CONCEPT

12:17PM   7      SIMILAR TO WHAT YOU DESCRIBED, BUT THE BLOOD WOULD BE DRAWN AND

12:18PM   8      THEN IT WOULD GO TO THERANOS.

12:18PM   9      Q.   OKAY.  AND YOU KNEW THAT'S HOW THE STORE WAS OPERATING;

12:18PM   10     CORRECT?

12:18PM   11     A.   HOW WHAT STORE?

12:18PM   12     Q.   HOW THE STORE WAS OPERATING AND THE CAMPUS?

12:18PM   13     A.   THE CAMPUS.  I KNEW ALMOST EVERYTHING ABOUT HOW IT WAS

12:18PM   14     OPERATING.

12:18PM   15     Q.   WE LOOKED IN THE AGREEMENT ABOUT THE OBLIGATION THAT

12:18PM   16     SAFEWAY HAD TO ASSIST THERANOS WITH MARKETING.

12:18PM   17          DO YOU RECALL THAT?

12:18PM   18     A.   I'M SURE THERE'S SOME OFFERING TO HELP THEM.

12:18PM   19     Q.   AND THAT'S AN AREA OF ISSUE.

12:18PM   20          YOU JUST RECALL HAVING DISCUSSIONS ABOUT MARKETING WITH

12:19PM   21     MS. HOLMES; CORRECT?

12:19PM   22     A.   CORRECT.

12:19PM   23     Q.   AND THAT WAS A CONVERSATION THAT YOU HAD WITH HER OVER A

12:19PM   24     LONG PERIOD OF TIME; CORRECT?

12:19PM   25     A.   YES.

BURD CROSS BY MR. DOWNEY                                              3124

12:19PM   1     Q.   I'M GOING TO SHOW YOU AN EMAIL FROM JULY OF 2011, WHICH IS

12:19PM   2     EXHIBIT 7196, AND MY QUESTION WOULD SIMPLY BE AT THE OUTSET IF

12:19PM   3     THIS IS AN EMAIL BETWEEN YOU AND MS. HOLMES IN THAT TIME

12:19PM   4     PERIOD?

12:19PM   5     A.   YES.

12:19PM   6     Q.   AND IF YOU LOOK AT YOUR EMAIL, WE CAN --

12:19PM   7          MAY WE DISPLAY THAT, YOUR HONOR?

12:19PM   8               THE CLERK:  IT'S NOT BEEN ADMITTED, COUNSEL.

12:19PM   9               MR. DOWNEY:  I'M SORRY.  I MOVE FOR ITS ADMISSION.

12:19PM   10              MR. LEACH:  NO OBJECTION.

12:19PM   11              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:19PM   12         (DEFENDANT'S EXHIBIT 7196 WAS RECEIVED IN EVIDENCE.)

12:20PM   13    BY MR. DOWNEY:

12:20PM   14    Q.   I WANT TO FOCUS ON YOUR EMAIL AT THE BOTTOM, THE EMAIL

12:20PM   15    THAT YOU SENT AT 9:13 P.M.

12:20PM   16         YOUR ADDRESS IS AT THE BOTTOM, BUT I THINK THE EMAIL

12:20PM   17    ITSELF IS CONTAINED AT THE TOP OF THE NEXT PAGE.

12:20PM   18         DO YOU SEE THAT?

12:20PM   19    A.   THE DISCUSSION ABOUT PRE-LAUNCH?

12:20PM   20    Q.   RIGHT.

12:20PM   21         (PAUSE IN PROCEEDINGS.)

12:20PM   22    BY MR. DOWNEY:

12:20PM   23    Q.   AND YOU WERE PUSHING MS. HOLMES IN THIS EMAIL TO FOCUS ON

12:20PM   24    BRANDING AND MARKETING; CORRECT?

12:20PM   25    A.   CORRECT.

BURD CROSS BY MR. DOWNEY                                          3125

12:20PM  1    Q.   AND THE GIST OF THIS EMAIL WAS THAT YOU WERE SAYING THAT

12:20PM  2    THERE'S A LOT OF WORK TO GET DONE TO DO MARKETING AND YOU

12:21PM  3    HADN'T GOTTEN IT DONE; CORRECT?

12:21PM  4    A.   CORRECT.

12:21PM  5    Q.   OKAY.  LET'S LOOK AT HER EMAIL --

12:21PM  6    A.   LET ME RESTATE.  THERE'S A LOT OF MARKETING WORK TO BE

12:21PM  7    DONE.  WE WERE NOT SAYING IT WAS OUR RESPONSIBILITY AND WE DID

12:21PM  8    NOT GET IT DONE.

12:21PM  9         SO YOU USED THE TERM -- I THOUGHT YOU IMPLIED THAT SAFEWAY

12:21PM  10   FAILED IN ITS MISSION TO IMPROVE THE MARKETING.

12:21PM  11   Q.   NO, NO.  SAFEWAY WAS ONLY TO ASSIST THERANOS; CORRECT?

12:21PM  12   A.   CORRECT.

12:21PM  13   Q.   BUT YOU WERE SAYING TO MS. HOLMES THAT YOU, THERANOS, HAD

12:21PM  14   NOT GOTTEN DONE ALL OF THE WORK YOU NEEDED TO GET DONE TO

12:21PM  15   MARKET THE COMPANY; CORRECT?

12:21PM  16   A.   TO MARKET THE PRODUCT.

12:21PM  17   Q.   OKAY.  AND SHE RESPONDED TO THAT EMAIL IT LOOKS LIKE A

12:21PM  18   LITTLE BIT LATER, AND THAT'S IN THE MIDDLE OF THE PAGE, AND

12:21PM  19   THAT'S BLOWN UP ON THE SCREEN.

12:21PM  20        AND SHE SAYS YOU HAD SAID IN YOUR EMAIL THERE'S A LOT OF

12:21PM  21   MOUNTAINS TO MOVE.  SHE SAID, I APPRECIATE YOUR COMMENTS ON

12:22PM  22   MOVING MOUNTAINS.  AS YOU KNOW, WE ARE WORKING 24 HOURS A DAY,

12:22PM  23   7 DAYS A WEEK ON OUR END AS WELL TOWARD OUR COMMON GOALS.

12:22PM  24        AND HER SECOND PARAGRAPH SAID, "THE MOST IMPORTANT THING

12:22PM  25   FOR THERANOS TO SPEND TIME ON RIGHT NOW IS SCALING UP OUR

BURD CROSS BY MR. DOWNEY                                            3126

12:22PM   1    INFRASTRUCTURE TO ESTABLISH OUR FOOTPRINT AND GO LIVE

12:22PM   2    NATIONWIDE.  OUR PRIORITY AND OBLIGATION THROUGH LAUNCH IS THE

12:22PM   3    PRODUCT, OPERATIONS, SOFTWARE, PAYOR, PROVIDER IN PRACTICE

12:22PM   4    STRUCTURES, AND THE THOUSANDS OF ASSOCIATED DETAILS FUNDAMENTAL

12:22PM   5    TO BUILDING THIS COMPANY.  THAT'S NOT TO SAY THAT OUR MARKETING

12:22PM   6    PLAN IS ANY LESS IMPORTANT THAN ANY OF THESE, BUT WITH THE

12:22PM   7    LIMITED RESOURCES OF A GROWING COMPANY, WE CANNOT DO BOTH AT

12:22PM   8    THE SAME TIME UNTIL WE FREE UP RESOURCES TO GIVE THIS THE TIME

12:22PM   9    AND ATTENTION THAT IT IS DUE."

12:22PM   10        DO YOU SEE THAT --

12:22PM   11   A.  I DO.

12:22PM   12   Q.  -- IN HER EMAIL?

12:22PM   13        AND THEN SHE TALKED ABOUT GETTING TOGETHER TO TALK ABOUT

12:23PM   14   IT AND THE COSTS ASSOCIATED WITH IT AND GIVES SOME MORE DETAILS

12:23PM   15   AS TO WHEN YOU MIGHT HAVE A MEETING.

12:23PM   16        DO YOU SEE THAT?

12:23PM   17   A.  YES.

12:23PM   18   Q.  OKAY.  AND YOU RESPONDED TO THIS EMAIL.

12:23PM   19        YOU SAID "I COMPLETELY UNDERSTAND THE PRIORITIES."

12:23PM   20        AND THEN YOU WENT ON IN SEVERAL SENTENCES AND SAID YOU

12:23PM   21   COULD HELP WITH MARKETING IN ESSENCE?

12:23PM   22   A.  CORRECT.

12:23PM   23   Q.  ALL RIGHT.  YOU CAN TAKE THAT DOWN.

12:23PM   24        NOW, AS WE TALKED ABOUT IN CONNECTION WITH THE AGREEMENT,

12:23PM   25   THE AGREEMENT ITSELF CONTEMPLATED THAT THERE WOULD BE A

BURD CROSS BY MR. DOWNEY                                                3127

12:23PM   1    PRE-PILOT, A PILOT, AND THEN A LAUNCH; CORRECT?

12:24PM   2    A.   CORRECT.

12:24PM   3    Q.   BUT AT SOME POINT DURING THE PERIOD AFTER THE AGREEMENT

12:24PM   4    WAS SIGNED, YOU CAME UP WITH AN IDEA TO ALTER HOW THE LAUNCH

12:24PM   5    WOULD BE DONE, DIDN'T YOU?

12:24PM   6    A.   WE HAD DISCUSSIONS, BUT YOU HAVE TO GIVE ME MORE THAN

12:24PM   7    THAT.

12:24PM   8    Q.   WELL, DO YOU RECALL DEVELOPING A STRATEGY THAT YOU

12:24PM   9    REFERRED TO AS SHOCK AND AWE?

12:24PM  10    A.   THAT WAS ACTUALLY -- WE STILL WANTED THE PILOT, AND THAT

12:24PM  11    DIDN'T SAY YOU WOULDN'T DO A PILOT.  REMEMBER WE TALKED ABOUT

12:24PM  12    DOING A PILOT IN A REMOTE AREA.

12:24PM  13         VERY EARLY ON WE TALKED ABOUT KIND OF A SHOCK AND AWE.

12:24PM  14    THAT'S WHY WE PREPARED OVER 900 FACILITIES TO HAVE THIS SPACE

12:24PM  15    AVAILABLE FOR THERANOS.

12:24PM  16    Q.   AND YOU UNDERSTOOD THAT TO CHANGE THE TERMS OF THE

12:24PM  17    AGREEMENT TO HAVE THOUSANDS OF STORES -- HOW MANY STORES WOULD

12:24PM  18    LAUNCH IN A SHOCK AND AWE STRATEGY?

12:24PM  19    A.   IT COULD BE AS FEW AS A SINGLE DIVISION OR IT COULD BE 22

12:25PM  20    STATES.

12:25PM  21    Q.   AND HOW MANY WOULD BE IN 22 STATES?

12:25PM  22    A.   A LITTLE OVER 900.

12:25PM  23    Q.   AND THAT WAS NEVER DONE, WAS IT?

12:25PM  24    A.   NEVER.

12:25PM  25    Q.   AND THE AGREEMENT WAS NEVER AMENDED TO ENCOMPASS THAT?

BURD CROSS BY MR. DOWNEY                                                3128

| | | |
|---|---|---|
| 12:25PM | 1 | A.   WELL, I DON'T THINK THE AGREEMENT NECESSARILY CALLED FOR |
| 12:25PM | 2 | SHOCK AND AWE. |
| 12:25PM | 3 | Q.   OKAY.  LET'S TALK A LITTLE BIT ABOUT THE TESTIMONY YOU |
| 12:25PM | 4 | GAVE ON DIRECT, ABOUT THE EXPERIENCE THAT PATIENTS WERE HAVING |
| 12:25PM | 5 | ON CAMPUS ON SAFEWAY WHEN THEY GOT THEIR BLOOD DRAWN. |
| 12:25PM | 6 | AND I WANT TO DIRECT YOUR ATTENTION TO EXHIBIT 12283. |
| 12:26PM | 7 | A.   ALL RIGHT. |
| 12:26PM | 8 | Q.   IS THIS AN EMAIL EXCHANGE THAT YOU HAD WITH MS. HOLMES IN |
| 12:26PM | 9 | SEPTEMBER OF 2012? |
| 12:26PM | 10 | A.   IT APPEARS TO BE. |
| 12:26PM | 11 | Q.   AND IS THIS A DISCUSSION OF PERFORMANCE AT THE LAB ON |
| 12:26PM | 12 | CAMPUS AT SAFEWAY? |
| 12:26PM | 13 | A.   YES. |
| 12:26PM | 14 | MR. DOWNEY:  YOUR HONOR, I WOULD MOVE THE ADMISSION |
| 12:26PM | 15 | OF 12283. |
| 12:26PM | 16 | MR. LEACH:  NO OBJECTION, YOUR HONOR.  I THINK THIS |
| 12:26PM | 17 | IS ALSO IN EVIDENCE AS EXHIBIT 670. |
| 12:26PM | 18 | MR. DOWNEY:  THERE IS AT LEAST PART OF IT AS 670, |
| 12:26PM | 19 | AND MAYBE ALL OF THIS. |
| 12:27PM | 20 | THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED. |
| 12:27PM | 21 | (DEFENDANT'S EXHIBIT 12283 WAS RECEIVED IN EVIDENCE.) |
| 12:27PM | 22 | BY MR. DOWNEY: |
| 12:27PM | 23 | Q.   I WANT TO FOCUS ON MS. HOLMES'S RESPONSE TO -- WELL, DO |
| 12:27PM | 24 | YOU RECALL AT THE BOTTOM OF THIS, IN THE EMAIL THAT YOU SENT TO |
| 12:27PM | 25 | MS. HOLMES, YOU RAISED A NUMBER OF CONCERNS ABOUT PERFORMANCE; |

BURD CROSS BY MR. DOWNEY                                                3129

| | | |
|---|---|---|
| 12:27PM | 1 | CORRECT? |
| 12:27PM | 2 | A.   YES. |
| 12:27PM | 3 | Q.   IN HER RESPONSE SHE SAYS, "AS YOU KNOW, WE WERE NOT EAGER |
| 12:27PM | 4 | TO START THE MANDATE FOR ALL EMPLOYEES FOR THIS REASON." |
| 12:27PM | 5 | DO YOU SEE THAT IN THE FIRST PARAGRAPH? |
| 12:27PM | 6 | A.   I SEE THAT. |
| 12:27PM | 7 | Q.   AND SHE GOES ON TO SAY, "AS YOU KNOW, WE DO NOT HAVE ALL |
| 12:27PM | 8 | TESTS RUN IN OUR LAB ONSITE," REFERRING TO THE THERANOS LAB; |
| 12:27PM | 9 | CORRECT? |
| 12:28PM | 10 | A.   NOT NECESSARILY.  IT COULD BE THE ESOTERIC AND THE SELDOM |
| 12:28PM | 11 | USED, WHICH THEY WOULD USE SOMETHING ELSE. |
| 12:28PM | 12 | Q.   THOSE TESTS MIGHT GO OUT TO UCSF OR UTAH? |
| 12:28PM | 13 | A.   RIGHT. |
| 12:28PM | 14 | Q.   AND THEN SHE GOES ON TO DESCRIBE THE DIFFICULTIES THAT |
| 12:28PM | 15 | THEY ARE HAVING, AND SHE SAYS THEY GET A LOT OF PHONE CALLS |
| 12:28PM | 16 | THAT IN ESSENCE ARE ASKING WHEN WILL WE -- WHEN CAN MY PATIENT |
| 12:28PM | 17 | HAVE HER RESULTS OR HIS RESULTS? |
| 12:28PM | 18 | A.   YES. |
| 12:28PM | 19 | Q.   AND SHE COMPLAINS THAT PERSONNEL ARE COMMUNICATING TO |
| 12:28PM | 20 | PATIENTS THAT THE TESTS WILL BE AVAILABLE ON A TIMEFRAME THAT |
| 12:28PM | 21 | THERANOS CAN'T MAKE THEM AVAILABLE. |
| 12:28PM | 22 | DO YOU SEE THAT? |
| 12:28PM | 23 | A.   I SEE THAT. |
| 12:28PM | 24 | Q.   AND SHE GOES ON TO SAY, "THIS PROCESS DOES NOT TRANSLATE |
| 12:29PM | 25 | TO THE THERANOS TESTING PROCESS AS YOU KNOW." |

BURD CROSS BY MR. DOWNEY                                                    3130

12:29PM   1            DO YOU SEE THAT?

12:29PM   2      A.   I SEE THAT.

12:29PM   3      Q.   AND DID YOU SEE THAT THAT -- DO YOU UNDERSTAND THAT AT THE

12:29PM   4      TIME TO MEAN THAT THIS IS NOT THE PROCESS WHERE THERANOS WOULD

12:29PM   5      HAVE A DEVICE ON SITE IN A STORE OR ANOTHER LOCATION AND RUN

12:29PM   6      THE TESTS THERE?

12:29PM   7      A.   THAT'S TRUE.  BUT THAT'S NOT HOW THIS ON CAMPUS FACILITY

12:29PM   8      STARTED.  IT STARTED THAT WE WERE GOING TO GET A BOX, AND THEN

12:29PM   9      THAT, FOR SECRECY REASONS, NO, NOW WE'RE GOING TO DO IT AT THE

12:29PM  10      COMPANY.

12:29PM  11            MR. DOWNEY:  WELL, I MOVE TO STRIKE THAT,

12:29PM  12      YOUR HONOR.  I JUST MOVE TO STRIKE EVERYTHING AFTER "THAT'S

12:29PM  13      TRUE."

12:29PM  14            THE COURT:  I'LL LEAVE THAT IN.  YOU CAN ASK ANOTHER

12:29PM  15      QUESTION.

12:29PM  16      BY MR. DOWNEY:

12:29PM  17      Q.   WELL, MY QUESTION IS THAT THE SENTENCE IN THE EMAIL WHERE

12:29PM  18      SHE SAYS A PROCESS THAT WAS CURRENTLY HAPPENING WAS NOT THE

12:29PM  19      THERANOS PROCESS WHERE A DEVICE WOULD BE PLACED ON SITE;

12:29PM  20      CORRECT?

12:29PM  21      A.   I AGREE WITH THAT.

12:29PM  22      Q.   AND SHE SAID WE'RE DOING THIS PROCESS TO SERVE SAFEWAY

12:30PM  23      PATIENTS, BUT IT DOES NOT MAKE SENSE FOR US, MEANING THERANOS,

12:30PM  24      TO INVEST IN A FULL SERVICE DINOSAUR LAB.

12:30PM  25            DO YOU SEE THAT?

BURD CROSS BY MR. DOWNEY                                             3131

12:30PM  1    A.   I SEE IT.  THAT WASN'T OUR PURPOSE.

12:30PM  2    Q.   AND DID YOU UNDERSTAND HER TO BE REFERRING TO THE FACT

12:30PM  3    THAT SOME RESULTS ARE DELAYED BECAUSE THEY ACTUALLY HAVE TO

12:30PM  4    SEND THEM OUT TO ANOTHER LAB?

12:30PM  5    A.   I DID.

12:30PM  6    Q.   AND THEN SHE GOES ON TO INDICATE THAT SHE WILL SEND YOU

12:30PM  7    OTHER INFORMATION THAT YOU HAD REQUESTED.

12:30PM  8         BUT YOU CONTINUED TO, I THINK, HAVE SOME CONCERNS, AND WE

12:30PM  9    SAW THAT ON DIRECT, YOU CONTINUED TO RAISE ISSUES WITH THE ON

12:30PM  10   CAMPUS FACILITY; CORRECT?

12:30PM  11   A.   WELL, I FINALLY -- I THINK WE HAD A PHONE CALL AND I SAID

12:31PM  12   THAT EITHER WE FIX IT OR LET'S GET RID OF IT, AND WE DECIDED ON

12:31PM  13   THAT CALL TO GET RID OF IT.

12:31PM  14   Q.   BUT IN -- I WANT TO SHOW YOU AN EMAIL, I BELIEVE 715.

12:31PM  15        I BELIEVE THIS IS IN EVIDENCE.

12:31PM  16             MR. LEACH:  WHICH ONE?

12:31PM  17             MR. DOWNEY:  715.

12:31PM  18             THE COURT:  DO YOU SHOW IT IN EVIDENCE?

12:31PM  19             THE WITNESS:  IS IT IN THE BLACK BINDER?

12:31PM  20   BY MR. DOWNEY:

12:31PM  21   Q.   IT SHOULD BE IN THE WHITE BOOK.  I'M SORRY.

12:32PM  22   A.   ALL RIGHT.  I HAVE IT.

12:32PM  23   Q.   AND YOU SEE AT THE BOTTOM OF THAT EMAIL YOU TALK ABOUT

12:32PM  24   SOME OF THE CONCERNS ABOUT PATIENT EXPERIENCE; CORRECT?

12:32PM  25   A.   CORRECT.

BURD CROSS BY MR. DOWNEY                                          3132

12:32PM  1    Q.   AND THEN SHE RESPONDS SAYING THAT THERANOS'S FOCUS ON

12:32PM  2    PATIENT EXPERIENCE HAS BEEN IN THE CONTEXT OF OUR ACTUAL

12:32PM  3    PRODUCT; CORRECT?

12:32PM  4    A.   CAN YOU REPEAT THAT?

12:32PM  5    Q.   YEAH.   SHE RESPONDS TO YOUR COMPLAINTS ABOUT PATIENT

12:32PM  6    EXPERIENCE BY SAYING, "AS DISCUSSED, OUR FOCUS ON PATIENT

12:32PM  7    EXPERIENCE HAS BEEN IN THE CONTEXT OF OUR ACTUAL PRODUCT."

12:33PM  8         DO YOU SEE THAT IN THE FIRST SENTENCE OF HER RESPONSE?

12:33PM  9    A.   I DO.

12:33PM  10   Q.   AND SHE GOES ON TO SAY, "WHAT WE HAVE RUNNING AT THE

12:33PM  11   HEALTH CENTER IS NOT THAT."

12:33PM  12        AND THEN SHE GOES ON TO TALK ABOUT AN INDIVIDUAL FROM

12:33PM  13   THERANOS WHO WAS PART OF A CALL AND HE WAS REALLY NOT AN EXPERT

12:33PM  14   IN PATIENT EXPERIENCE.

12:33PM  15        DO YOU SEE THAT?

12:33PM  16   A.   I DO.

12:33PM  17   Q.   AND THEN YOU GO ON TO SAY YOU WANT TO COME TO AN AGREEMENT

12:33PM  18   AS TO HOW THE ON CAMPUS FACILITY SHOULD BE RUN; RIGHT?

12:33PM  19   A.   RIGHT.

12:33PM  20   Q.   AND WAS IT AS A RESULT OF THIS EXCHANGE THAT YOU AGREED TO

12:33PM  21   SHUT DOWN THE ON CAMPUS FACILITY?

12:33PM  22   A.   I DON'T KNOW IF IT WAS THIS EXCHANGE, BUT THERE WAS AN

12:33PM  23   EXCHANGE WHERE WE HAD THIS CONVERSATION, AND I SAID IF WE CAN'T

12:33PM  24   GET IT RIGHT, LET'S SHUT IT DOWN, AND SHE AGREED.

12:33PM  25   Q.   NOW, I THINK YOU TESTIFIED ON DIRECT THAT YOU LEFT SAFEWAY

BURD CROSS BY MR. DOWNEY                                              3133

12:34PM   1    IN MAY OF 2013; IS THAT RIGHT?

12:34PM   2    A.   CORRECT.

12:34PM   3    Q.   AND YOU ANNOUNCED THAT YOU WOULD BE LEAVING IN EARLY

12:34PM   4    JANUARY OF 2013; CORRECT?

12:34PM   5    A.   I CAN'T SAY IT WAS EARLY JANUARY.  I ACTUALLY THOUGHT IT

12:34PM   6    WAS SOMETIME IN LATE DECEMBER.

12:34PM   7    Q.   DECEMBER OF 2012?

12:34PM   8    A.   CORRECT.

12:34PM   9    Q.   BUT AT SOME POINT FIVE OR SO MONTHS BEFORE THE ANNUAL

12:34PM   10   MEETING?

12:34PM   11   A.   CORRECT.

12:34PM   12   Q.   AND YOU HAD BEEN THE PERSON AT SAFEWAY WHO HAD REALLY

12:34PM   13   CHAMPIONED THE THERANOS PROJECT; CORRECT?

12:34PM   14   A.   I WAS THE -- I WAS THE WHAT YOU WOULD CALL THE SPONSOR

12:35PM   15   CHAMPION, SURE.

12:35PM   16   Q.   AND TELL US WHAT THAT MEANS.

12:35PM   17   A.   WELL, IT MEANS THAT I HOLD MYSELF PERSONALLY RESPONSIBLE

12:35PM   18   FOR GETTING THIS DEAL DONE AND EXECUTED.

12:35PM   19   Q.   NOW, IN 2012, IS IT FAIR TO SAY THAT THE STOCK PERFORMANCE

12:35PM   20   OF SAFEWAY WAS, WAS LESS SUCCESSFUL THAN IT HAD BEEN IN PRIOR

12:35PM   21   YEARS?

12:35PM   22   A.   I'D HAVE TO LOOK AT THE -- AND IT'S HARD TO DO TODAY

12:35PM   23   BECAUSE WE'RE NO LONGER A PUBLIC COMPANY, SO I CAN'T CONFIRM

12:35PM   24   THAT.

12:35PM   25   Q.   WELL, DO YOU RECALL THAT THERE WAS A SIGNIFICANT DROP IN

BURD CROSS BY MR. DOWNEY                                            3134

12:35PM  1    THE SAFEWAY STOCK PRICE IN 2012?

12:35PM  2    A.   IN 20 YEARS, THAT HAPPENED FREQUENTLY.

12:35PM  3    Q.   WELL, LET ME SHOW YOU AN EXHIBIT WHERE WE CAN JUST FOCUS

12:36PM  4    ON 2012.  IT'S EXHIBIT 10568.

12:36PM  5    A.   WHITE BOOK?

12:36PM  6    Q.   BLACK BOOK.

12:36PM  7    A.   BLACK BOOK.

12:36PM  8         OKAY.

12:36PM  9    Q.   AND I'LL ALSO GIVE YOU AND ASK YOU TO LOOK AT

12:36PM  10   EXHIBIT 10569 JUST SO YOU CAN HAVE THOSE AVAILABLE FOR -- TO

12:36PM  11   REVIEW BECAUSE THEY'RE RELATED AS I THINK YOU'LL SEE.

12:36PM  12   A.   SO THE FIRST ONE IS JUST TAKING A DAILY READ ON THE STOCK

12:37PM  13   PRICE.

12:37PM  14   Q.   WELL, LET ME HAVE A CONVERSATION WITH THE JUDGE BEFORE YOU

12:37PM  15   DESCRIBE IT.

12:37PM  16        THE WITNESS:  OKAY.

12:37PM  17        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:37PM  18   10568 AND -69.

12:37PM  19        MR. LEACH:  THERE'S NOT YET A FOUNDATION LAID FOR IT

12:37PM  20   YET, YOUR HONOR.  THERE MIGHT BE.

12:37PM  21        MR. DOWNEY:  WELL, I THINK --

12:37PM  22        THE COURT:  DO YOU WANT TO LAY A FOUNDATION FOR

12:37PM  23   THIS?

12:37PM  24   BY MR. DOWNEY:

12:37PM  25   Q.   DO YOU RECALL THIS AS BLOOMBERG CHARTS TRACKING THE DAILY

BURD CROSS BY MR. DOWNEY                                      3135

12:37PM  1    PERFORMANCE OF SAFEWAY STOCK IN 2000 -- THE PERIOD BETWEEN 2010

12:37PM  2    AND 2013?

12:37PM  3    A.   IT SAYS IT'S BLOOMBERG.  IT'S NOT THE WAY THAT WE TRACK

12:37PM  4    THE STOCK.

12:37PM  5    Q.   BUT YOU RECOGNIZE THAT THAT'S WHAT THIS IS?

12:37PM  6    A.   I RECOGNIZE IT AS A DAILY KIND OF THE OPEN HIGH, LOW, AND

12:37PM  7    CLOSE.

12:37PM  8           MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:37PM  9    10568 AND -69.

12:37PM  10          THE COURT:  WELL, DID YOU COMMENT?  I DON'T THINK

12:37PM  11   THIS WITNESS HAS COMMENTED ON -69 YET.

12:37PM  12          THE WITNESS:  I HAVE NOT.

12:37PM  13   BY MR. DOWNEY:

12:37PM  14   Q.   WELL, DO YOU RECOGNIZE 10569?

12:38PM  15   A.   WELL, WHAT IT IS PRESUMABLY DESCRIBING -- I'M NOT

12:38PM  16   DISPUTING THAT THESE ARE THE NUMBERS.  IT'S JUST THAT I HAVE

12:38PM  17   NOT SEEN THIS EXHIBIT.

12:38PM  18     BUT AS I SAID EARLIER, YOU HAD YOUR UPS AND DOWNS OVER THE

12:38PM  19   COURSE OF, YOU KNOW, 20 YEARS.

12:38PM  20   Q.   FOR NOW I'M JUST FOCUSSED ON THE DOCUMENT.

12:38PM  21     DO YOU SEE AT THE BOTTOM OF 10568 THERE'S AN INTERNET

12:38PM  22   ADDRESS?

12:38PM  23   A.   HANG ON A SECOND.

12:38PM  24     ON THE BOTTOM OF THE VERY FIRST PAGE?

12:38PM  25   Q.   AT THE BOTTOM OF THE VERY FIRST PAGE, YES.

BURD CROSS BY MR. DOWNEY                                          3136

12:38PM   1      A.   SURE, SURE.

12:38PM   2      Q.   AND DO YOU SEE THE SAME ON THE BOTTOM OF 10569?

12:38PM   3      A.   I DO.

12:38PM   4           MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:38PM   5      10568 AND 10569.

12:39PM   6           THE COURT:  SIR, DO YOU HAVE ANY DOUBT ABOUT THE

12:39PM   7      RELIABILITY OF EITHER OF THESE DOCUMENTS?

12:39PM   8           THE WITNESS:  I DON'T HAVE ANY DOUBT.  IT'S JUST

12:39PM   9      THAT IT'S NOT THE WAY THAT WE RECOVERED THE INFORMATION.  IT

12:39PM  10      WAS ALWAYS AN ONLINE SOURCE, YOU KNOW, NOT OFTEN PRINTED.  BUT

12:39PM  11      IF IT COMES FROM BLOOMBERG, IT SHOULD BE ACCURATE.

12:39PM  12           THE COURT:  I'LL ADMIT IT AND IT MAY BE PUBLISHED.

12:39PM  13           (DEFENDANT'S EXHIBITS 10569 AND 10569 WERE RECEIVED IN

12:39PM  14      EVIDENCE.)

12:39PM  15           THE COURT:  THANK YOU, SIR.

12:39PM  16           THE WITNESS:  SURE.

12:39PM  17      BY MR. DOWNEY:

12:39PM  18      Q.   LET ME FOCUS ON THE PERIOD THAT STARTS IN 2012 ON 10569.

12:39PM  19      A.   I'M SORRY.  CAN YOU GIVE ME THE PAGE NUMBER?

12:40PM  20      Q.   I'M SORRY.  I'M ON 10569, WHICH IS JUST THE GRAPH.

12:40PM  21      A.   OH, OKAY.

12:40PM  22      Q.   AND FOR NOW I'M JUST LOOKING AT THE PICTURE.

12:40PM  23           AND DO YOU SEE EARLY, IF YOU LOOK AT THE BOTTOM AXIS, YOU

12:40PM  24      CAN SEE THAT THAT REFLECTS TIMES AND VARIOUS DATES IN 2010 ALL

12:40PM  25      OF THE WAY THROUGH 2013?

BURD CROSS BY MR. DOWNEY                                              3137

| | | |
|---|---|---|
| 12:40PM | 1 | A.   YES. |
| 12:40PM | 2 | Q.   AND IF YOU SEE ON THE GRAPH ON THE LEFT SIDE THAT IS |
| 12:40PM | 3 | VERTICAL, THAT REFLECTS THE PRICE OF SAFEWAY STOCK. |
| 12:40PM | 4 | DO YOU SEE THAT? |
| 12:40PM | 5 | A.   I DO. |
| 12:40PM | 6 | Q.   AND DO YOU SEE, IF YOU LOOK AT THE PRICE POINT FOR |
| 12:40PM | 7 | JANUARY 1, 2012, YOU SEE IT APPEARS THAT THE STOCK APPEARS TO |
| 12:40PM | 8 | HAVE BEEN RISING AROUND THAT DATE?  DO YOU SEE THAT? |
| 12:40PM | 9 | A.   YES. |
| 12:40PM | 10 | Q.   AND THEN IN A PERIOD A LITTLE BIT THEREAFTER, DO YOU SEE |
| 12:41PM | 11 | THAT A VERY PRECIPITOUS DECLINE IN THE PRICE OF SAFEWAY STOCK |
| 12:41PM | 12 | BEGINS? |
| 12:41PM | 13 | A.   YES. |
| 12:41PM | 14 | Q.   SO THAT BY MID-YEAR, THE STOCK PRICE IS CONSIDERABLY LOWER |
| 12:41PM | 15 | THAN IT HAD BEEN AT THE BEGINNING OF THE YEAR; CORRECT? |
| 12:41PM | 16 | A.   CORRECT. |
| 12:41PM | 17 | Q.   AND IF YOU LOOK AT THE DAILY CHART, THE DAILY PRICING |
| 12:41PM | 18 | TABLE THAT IS CONTAINED IN 10568, YOU WILL SEE THAT THE PRICE |
| 12:41PM | 19 | OF SAFEWAY STOCK DROPPED FROM ABOUT $19 A SHARE TO ABOUT $14 |
| 12:41PM | 20 | PER SHARE. |
| 12:41PM | 21 | DO YOU SEE THAT?  BETWEEN JANUARY 1ST AND JULY 1ST? |
| 12:41PM | 22 | A.   OF 2012? |
| 12:41PM | 23 | Q.   YES, SIR. |
| 12:42PM | 24 | A.   I MEAN, IT CERTAINLY REFLECTS THAT ON THE GRAPH.  I'M |
| 12:42PM | 25 | STILL NOT FINDING JANUARY ON THE TABLES. |

BURD CROSS BY MR. DOWNEY                                                    3138

12:42PM   1    Q.   LET ME SEE IF I CAN GIVE YOU A HAND.

12:42PM   2         IF YOU LOOK AT --

12:42PM   3    A.   IF YOU'RE LOOKING AT 1/1/12.

12:42PM   4    Q.   DO YOU HAVE IT ON PAGE 10 OF 10568?

12:42PM   5    A.   OKAY.  AND WHAT IS THE DATE THAT YOU'RE LOOKING FOR?

12:42PM   6    Q.   AND YOU COMPARE THAT TO -- LOOK AT JANUARY 3RD, 2012.

12:42PM   7    A.   JANUARY 3RD.  YES.

12:42PM   8    Q.   DO YOU SEE THE CLOSE ON THAT DAY IS ABOUT 19.2?

12:43PM   9    A.   CORRECT.

12:43PM  10    Q.   AND THEN IF YOU FORWARD FROM THERE TO JULY 1ST, YOU WILL

12:43PM  11    SEE THAT IT WASN'T TRADED ON JULY 1ST, BUT AS OF JULY 2ND, IT'S

12:43PM  12    ABOUT 16.2, 16.3.

12:43PM  13    A.   YES.

12:43PM  14    Q.   AND THEN BY JULY 17TH, IT HAD DROPPED DOWN TO ABOUT 14 AND

12:43PM  15    A QUARTER?  CLOSER TO 14 AND A HALF AT THE CLOSE?

12:43PM  16    A.   ARE YOU SAYING JULY 13TH?

12:43PM  17    Q.   JULY 17TH?

12:43PM  18    A.   17TH.  YES.  14.6.

12:43PM  19    Q.   AND THEN IT BEGAN TO DROP AGAIN.

12:43PM  20         AND DO YOU SEE BY AUGUST 6TH THE STOCK HAD DROPPED ALL OF

12:44PM  21    THE WAY TO WHERE IT CLOSED AROUND 14.1, WHICH WAS JUST SLIGHTLY

12:44PM  22    UP FROM 13.8, AND THEN IT STABILIZED AROUND THAT POINT.

12:44PM  23         DO YOU SEE IT?

12:44PM  24    A.   IT STABILIZED FOR AWHILE.

12:44PM  25    Q.   SO BETWEEN 14 AND, OVER THE NEXT PERIOD, SOMEWHERE BETWEEN

BURD CROSS BY MR. DOWNEY                                          3139

12:44PM   1    14 AND 14 AND A HALF THROUGH OCTOBER.

12:44PM   2         DO YOU SEE THAT?

12:44PM   3    A.   I SEE THAT.

12:44PM   4    Q.   AND DID YOU BELIEVE THAT THE RELATIONSHIP BETWEEN THERANOS

12:44PM   5    AND SAFEWAY HAD ANY RELATIONSHIP TO THE DROP IN THE VALUE OF

12:44PM   6    SAFEWAY STOCK?

12:44PM   7    A.   I CAN'T IMAGINE THAT I DID BECAUSE I DON'T THINK I EVER

12:45PM   8    THOUGHT THAT.

12:45PM   9    Q.   CAN I ASK YOU TO LOOK IN THE BLACK NOTEBOOK AT

12:45PM   10   EXHIBIT 13947.

12:45PM   11        YOUR HONOR, THIS IS RATHER A RECORD OF A COMMUNICATION

12:45PM   12   THAT WOULD CONTAIN A MOBILE PHONE NUMBER WHICH WE HAVE REDACTED

12:45PM   13   FOR PURPOSES OF DISPLAYING PUBLICLY OR ADMITTING AS AN EXHIBIT.

12:45PM   14   A.   DID YOU SAY 13, 13 --

12:45PM   15   Q.   -947?

12:45PM   16   A.   -- 947.

12:45PM   17             THE COURT:  13947?

12:46PM   18             MR. DOWNEY:  YES, SIR.

12:46PM   19             THE WITNESS:  I DON'T HAVE 13947.  MY LAST ONE IN

12:46PM   20   THE BINDER IS 12293 IN THE BLACK.

12:46PM   21   BY MR. DOWNEY:

12:46PM   22   Q.   ALL RIGHT.  BEAR WITH ME FOR A MOMENT.

12:46PM   23        THAT'S BECAUSE I HAVE ALL OF THE COPIES.

12:46PM   24   A.   THAT EXPLAINS IT.

12:46PM   25             MR. DOWNEY:  YOUR HONOR, IS THAT ALSO MISSING FROM

BURD CROSS BY MR. DOWNEY                                            3140

12:46PM  1    YOUR NOTEBOOK?

12:46PM  2                    THE COURT:  IT IS.

12:47PM  3                    MR. DOWNEY:  (HANDING.)

12:47PM  4           MAY I APPROACH THE WITNESS, YOUR HONOR?

12:47PM  5                    THE COURT:  YOU MAY.

12:47PM  6                    MR. DOWNEY:  (HANDING.)

12:47PM  7    Q.  MY QUESTION IS, JUST BEFORE ANYTHING ELSE, IS THIS A TEXT

12:47PM  8    MESSAGE THAT WAS EXCHANGED -- A SERIES OF TEXT MESSAGES THAT

12:47PM  9    WERE EXCHANGED BETWEEN YOU AND MS. HOLMES IN JULY OF 2012?

12:48PM  10   A.  I CAN'T SAY FOR CERTAIN BECAUSE I DON'T KNOW HOW THESE

12:48PM  11   MESSAGES WERE CAPTURED.

12:48PM  12   Q.  DO YOU KNOW IF YOU TEXTED MS. HOLMES IN 2000 -- JULY OF

12:48PM  13   2012 TO THE EFFECT THAT THE SHARE PRICE OF SAFEWAY WOULD

12:48PM  14   IMPROVE SIGNIFICANTLY IF WE LAUNCHED, CALL ME WHEN YOU CAN?

12:48PM  15                    MR. LEACH:  OBJECTION, YOUR HONOR.

12:48PM  16                    THE COURT:  SUSTAINED.  I'M NOT SURE THAT WAS A

12:48PM  17   QUESTION.

12:48PM  18          WHY DON'T YOU REPHRASE YOUR QUESTION?

12:48PM  19   BY MR. DOWNEY:

12:48PM  20   Q.  WELL, DID YOU COMMUNICATE WITH MS. HOLMES, BY TEXT OR

12:48PM  21   OTHERWISE, AND TELL HER THAT YOU THOUGHT THE STOCK PRICE OF

12:48PM  22   SAFEWAY WOULD IMPROVE IF YOU COULD ANNOUNCE A LAUNCH OF

12:48PM  23   THERANOS PRODUCT IN SAFEWAY STORES?

12:48PM  24   A.  I CAN'T SAY FOR CERTAIN.

12:48PM  25          I WOULD TELL YOU, SITTING HERE TODAY, THAT I THINK IT

BURD CROSS BY MR. DOWNEY                                                    3141

| | | |
|---|---|---|
| 12:49PM | 1 | WOULD HAVE MOVED THE STOCK PRICE UP HAD WE LAUNCHED. |
| 12:49PM | 2 | Q.   BUT AS TO WHETHER IT HAPPENED OR NOT YOU JUST DON'T -- |
| 12:49PM | 3 | A.   DON'T KNOW. |
| 12:49PM | 4 | Q.   -- RECALL? |
| 12:49PM | 5 | LET ME ASK YOU ABOUT A FEW OF THE AREAS BRIEFLY THAT YOU |
| 12:49PM | 6 | TOUCHED ON DURING THE COURSE OF YOUR DIRECT TESTIMONY. |
| 12:49PM | 7 | YOU TALKED BRIEFLY ABOUT THE FACT THAT RENOVATIONS WERE |
| 12:49PM | 8 | MADE IN SAFEWAY STORES TO ACCOMMODATE THERANOS BEING IN THE |
| 12:49PM | 9 | STORES; CORRECT? |
| 12:49PM | 10 | A.   CORRECT. |
| 12:49PM | 11 | Q.   AND IF YOU WALK INTO A SAFEWAY TODAY, DO YOU KNOW WHAT IS |
| 12:50PM | 12 | IN MANY OF THOSE LOCATIONS? |
| 12:50PM | 13 | A.   YEAH.  I DON'T KNOW THE COUNT, BUT ONE OF THE STORES THAT |
| 12:50PM | 14 | I GET PHARMACY PRESCRIPTIONS FROM HAS A QUEST LAB IN IT. |
| 12:50PM | 15 | Q.   SO IN THE SPACES THAT WERE INTENDED FOR THERANOS, PERHAPS |
| 12:50PM | 16 | WITH SOME MODIFICATION, THERE'S AN OPERATOR OF ONE OF ITS |
| 12:50PM | 17 | COMPETITORS; CORRECT? |
| 12:50PM | 18 | A.   CORRECT. |
| 12:50PM | 19 | Q.   AND DO YOU KNOW HOW BLOOD IS DRAWN FROM THE PATIENTS AT |
| 12:50PM | 20 | THOSE LOCATIONS? |
| 12:50PM | 21 | A.   I DO. |
| 12:50PM | 22 | Q.   AND HOW IS IT DRAWN? |
| 12:50PM | 23 | A.   IT'S DRAWN THROUGH, TYPICALLY FOR ADULTS AT LEAST, A VEIN |
| 12:50PM | 24 | IN THE ARM. |
| 12:51PM | 25 | MR. DOWNEY:  YOUR HONOR, WILL YOU BEAR WITH ME FOR |

BURD CROSS BY MR. DOWNEY                                           3142

| 12:51PM | 1 | ONE MOMENT? |
| 12:51PM | 2 | THE COURT:  OF COURSE. |
| 12:51PM | 3 | (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.) |
| 12:51PM | 4 | BY MR. DOWNEY: |
| 12:51PM | 5 | Q.  ONE LAST QUESTION, MR. BURD.  I WANT TO ASK YOU ABOUT THE |
| 12:51PM | 6 | AGREEMENTS BETWEEN THERANOS AND OTHER PARTIES, NOT ITS |
| 12:51PM | 7 | AGREEMENT WITH SAFEWAY. |
| 12:51PM | 8 | WE'VE TALKED ABOUT THE AGREEMENT THAT THERANOS HAD REACHED |
| 12:51PM | 9 | WITH WALGREENS AT SOME POINT; CORRECT? |
| 12:51PM | 10 | A.  YES. |
| 12:51PM | 11 | Q.  DO YOU RECALL THAT? |
| 12:51PM | 12 | AND DO YOU ALSO RECALL HEARING AT SOME POINT FROM |
| 12:52PM | 13 | MS. HOLMES ABOUT THE DEPARTMENT OF DEFENSE AND THERANOS HAVING |
| 12:52PM | 14 | A RELATIONSHIP WITH THE DEPARTMENT OF DEFENSE AND YOU TESTIFIED |
| 12:52PM | 15 | ABOUT MEDEVAC AND SO FORTH? |
| 12:52PM | 16 | A.  YES. |
| 12:52PM | 17 | Q.  DID MS. HOLMES TELL YOU AS PART OF ANY CONVERSATION THAT |
| 12:52PM | 18 | THERANOS HAD ENTERED INTO A CONTRACT WITH THE DEPARTMENT OF |
| 12:52PM | 19 | DEFENSE IN LATE 2012 TO TEST ITS DEVICES BY CENTRAL COMMAND IN |
| 12:52PM | 20 | AFGHANISTAN? |
| 12:52PM | 21 | A.  NO. |
| 12:52PM | 22 | Q.  I WANT TO JUST SHOW YOU A DOCUMENT WHICH YOU MAY OR MAY |
| 12:52PM | 23 | NOT HAVE SEEN BEFORE, SO MY QUESTION IS SIMPLY -- WILL SIMPLY |
| 12:52PM | 24 | BE WHETHER YOU'VE EVER HAD OCCASION TO SEE THE DOCUMENT, AND |
| 12:53PM | 25 | IT'S 10547 IN THE BLACK NOTEBOOK. |

BURD CROSS BY MR. DOWNEY                                          3143

12:53PM   1          IF YOU WOULD LOOK AT THE -- WELL, LET ME ASK YOU, DO YOU

12:53PM   2     RECALL EVER SEEING THIS DOCUMENT BEFORE?

12:53PM   3     A.   NO.

12:53PM   4     Q.   DID YOU KNOW DANIEL EDLIN AT THERANOS?

12:53PM   5     A.   NO.

12:53PM   6     Q.   OTHER THAN MS. HOLMES, DID YOU KNOW ANY OF THE OTHER

12:53PM   7     SENDERS OR RECIPIENTS OF THESE EMAILS, CHRISTIAN HOLMES,

12:53PM   8     DANIEL EDLIN?

12:53PM   9     A.   CHRISTIAN I MET.

12:53PM   10    Q.   AND YOU DON'T RECALL HER TELLING YOU IN DECEMBER OF 2012

12:54PM   11    THAT AN AGREEMENT HAD BEEN EXECUTED APPROVING A PROTOCOL FOR

12:54PM   12    THERANOS WITH THE DEPARTMENT OF DEFENSE?  THAT'S JUST A

12:54PM   13    QUESTION --

12:54PM   14    A.   YEAH.

12:54PM   15    Q.   THAT'S THE SPECIFIC QUESTION.

12:54PM   16    A.   I CAN TELL YOU WHAT I DO RECALL IF YOU WANT.

12:54PM   17    Q.   I'M JUST ASKING YOU ABOUT THE AGREEMENT BETWEEN THERANOS

12:54PM   18    AND THE DEPARTMENT OF DEFENSE.

12:54PM   19          YOU DON'T RECALL TALKING ABOUT ANY CONTRACT?

12:54PM   20    A.   NO.

12:54PM   21    Q.   OKAY.  AND YOU ALSO TESTIFIED THAT THE BUSINESS MADE SENSE

12:54PM   22    TO YOU BECAUSE THERE WERE, I THINK YOU SAID, ADMIRALS AND

12:54PM   23    GENERALS ON THE BOARD; CORRECT?

12:54PM   24    A.   CORRECT.

12:54PM   25    Q.   AND IS THAT A REFERENCE TO GENERAL MATTIS?

BURD CROSS BY MR. DOWNEY                                         3144

12:55PM   1    A.   THERE WERE -- THAT WAS JUST MY IMPRESSION.  IT HAD

12:55PM   2    CREDIBILITY, AND SHE SAID SHE HAD THESE BECAUSE OF THE

12:55PM   3    COMPOSITION OF HER BOARD.  THERE WERE NO NAMES MENTIONED.

12:55PM   4    Q.   I JUST WANT TO BE CERTAIN THAT I UNDERSTAND YOUR TESTIMONY

12:55PM   5    ON ONE LAST SUBJECT, WHICH IS EXHIBIT 370 WHICH YOU WERE SHOWN

12:55PM   6    AND WHICH WAS ADMITTED ON DIRECT.

12:56PM   7    A.   370?

12:56PM   8    Q.   YES, SIR.  THAT'S IN THE WHITE NOTEBOOK.

12:56PM   9    A.   I THOUGHT I HAD THE WHITE NOTEBOOK.

12:56PM   10        I HAVE IT.

12:56PM   11   Q.   OKAY.  AND I THINK YOU TESTIFIED THAT THE ITEM IN HERE

12:56PM   12   WHICH SAYS REVENUE FROM SAFEWAY NETWORK IS A PROJECTION ABOUT

12:56PM   13   REVENUE THAT SAFEWAY MIGHT RECEIVE FROM OTHER PARTNERS; IS THAT

12:56PM   14   RIGHT?

12:56PM   15   A.   I ACTUALLY SAID I WASN'T SURE IF ALL OTHER REVENUE --

12:56PM   16   REVENUE FROM SAFEWAY NETWORK, THAT WOULD CLEARLY BE THE NETWORK

12:56PM   17   THAT WE WERE GOING TO BUILD.

12:56PM   18        ALL OTHER REVENUE, WITHOUT SEEING SOME OTHER DOCUMENTS,

12:57PM   19   EITHER REFERS TO THE DIRECT WORK THAT WE DID AT OUR STORES WITH

12:57PM   20   THESE LABS, OR IT REFERS TO ALL REVENUE, ALL OTHER REVENUE THAT

12:57PM   21   THERANOS HAS.

12:57PM   22   Q.   BUT WITHOUT SEEING MORE DOCUMENTATION, YOU DON'T KNOW?

12:57PM   23   A.   CORRECT.

12:57PM   24   Q.   OKAY.

12:57PM   25        THAT'S ALL I HAVE OF THIS WITNESS ON CROSS-EXAMINATION.

BURD REDIRECT BY MR. LEACH                                    3145

| | | |
|---|---|---|
| 12:57PM | 1 | THE COURT:  OKAY. |
| 12:57PM | 2 | REDIRECT? |
| 12:57PM | 3 | MR. LEACH:  BRIEFLY, YOUR HONOR, YES. |
| 12:57PM | 4 | THE COURT:  FOLKS, FEEL FREE TO STAND AND STRETCH |
| 12:57PM | 5 | FOR A MOMENT IF YOU WOULD LIKE. |
| 12:57PM | 6 | YOU MAY AS WELL, SIR, WHILE WE DO A TRANSITION. |
| 12:57PM | 7 | (STRETCHING.) |
| 12:58PM | 8 | THE COURT:  MR. LEACH. |
| 12:58PM | 9 | MR. LEACH:  THANK YOU, YOUR HONOR. |
| 12:58PM | 10 | **REDIRECT EXAMINATION** |
| 12:58PM | 11 | BY MR. LEACH: |
| 12:58PM | 12 | Q.   MR. BURD, I'D LIKE TO DRAW YOUR ATTENTION TO EXHIBIT 332, |
| 12:58PM | 13 | WHICH IS IN THE WHITE BINDER. |
| 12:58PM | 14 | A.   YES. |
| 12:58PM | 15 | Q.   AND I BELIEVE IT'S IN EVIDENCE. |
| 12:58PM | 16 | MR. BURD, DO YOU HAVE THE PRINT COPY OF 332 IN FRONT OF |
| 12:59PM | 17 | YOU? |
| 12:59PM | 18 | A.   I DO. |
| 12:59PM | 19 | Q.   AND DO YOU SEE THE SECOND LINE OF THE -- OR THE FIRST LINE |
| 12:59PM | 20 | OF THE SECOND PARAGRAPH, THERANOS STARTED OUT OF STANFORD |
| 12:59PM | 21 | UNIVERSITY IN 2003. |
| 12:59PM | 22 | DO YOU SEE THAT LANGUAGE? |
| 12:59PM | 23 | A.   I DO. |
| 12:59PM | 24 | Q.   AND YOU WERE ASKED A NUMBER OF QUESTIONS ON |
| 12:59PM | 25 | CROSS-EXAMINATION BY MR. DOWNEY ABOUT WHETHER THERANOS WAS A |

BURD REDIRECT BY MR. LEACH                                                3146

12:59PM   1      STARTUP OR WHAT YOUR UNDERSTANDING WAS.

12:59PM   2            DO YOU RECALL THOSE QUESTIONS?

12:59PM   3      A.   I DO.

12:59PM   4      Q.   AND YOU UNDERSTOOD IN 2010 THAT THERANOS HAD BEEN IN

12:59PM   5      BUSINESS FOR ROUGHLY SEVEN YEARS?

12:59PM   6      A.   CORRECT.

12:59PM   7      Q.   AND YOU UNDERSTOOD IN 2013 THAT IT HAD BEEN IN BUSINESS

12:59PM   8      FOR ABOUT TEN YEARS BY THAT PERIOD OF TIME?

12:59PM   9      A.   YES.

12:59PM  10      Q.   AND YOU ALSO TESTIFIED THAT MS. HOLMES TOLD YOU THERANOS

12:59PM  11      WAS CASH FLOW NEUTRAL.

12:59PM  12            DO YOU RECALL THAT TESTIMONY?

12:59PM  13      A.   CORRECT.

12:59PM  14      Q.   AND WAS THAT RELEVANT TO YOU?

12:59PM  15      A.   YES.

12:59PM  16      Q.   HOW SO?

12:59PM  17      A.   IT MADE US FEEL BETTER ABOUT THE COMPANY, THAT THEY WERE

12:59PM  18      NOT JUST, YOU KNOW, LOOKING FORWARD NUMBERS, THEY ACTUALLY HAD

12:59PM  19      ACHIEVED A LEVEL OF PERFORMANCE WHICH MADE THEM CASH FLOW

01:00PM  20      NEUTRAL, MEANING REVENUE AND EXPENSES WERE MATCHING.

01:00PM  21      Q.   AND DO YOU DIFFERENTIATE A BUSINESS THAT IS SEVEN TO TEN

01:00PM  22      YEARS OLD FROM A STARTUP THAT IS OPENING UP OUT OF A GARAGE ON

01:00PM  23      DAY ONE?

01:00PM  24      A.   YES.

01:00PM  25      Q.   EXPLAIN THAT FOR US, PLEASE.

BURD REDIRECT BY MR. LEACH                                          3147

| | | |
|---|---|---|
| 01:00PM | 1 | A.   WELL, I THINK -- I MEAN, THERE'S NO MAGIC LINE HERE WHEN |
| 01:00PM | 2 | ONE SHIFTS FROM A STARTUP TO A SMALL COMPANY, BUT IF YOU HAVE |
| 01:00PM | 3 | VERY FEW REVENUE DOLLARS, I THINK YOU WOULD CONSIDER A STARTUP. |
| 01:00PM | 4 | IF YOU'RE HITTING SOME STRONG REVENUE DOLLARS RELATIVE TO |
| 01:00PM | 5 | YOUR SIZE AND YOU'RE MAKING MONEY, I WOULD SAY, YOU KNOW, YOU |
| 01:00PM | 6 | WERE ON YOUR WAY. |
| 01:00PM | 7 | SO I WOULD ALWAYS ARGUE THAT WITH THE CEO OF BLACK HAWK |
| 01:00PM | 8 | NETWORK THAT HE WAS NO LONGER A STARTUP, YOU KNOW, HE WAS |
| 01:00PM | 9 | GENERATING A HUNDRED MILLION IN PROFITS. |
| 01:00PM | 10 | SO THIS WAS A STARTUP FOR AT LEAST SEVEN YEARS. |
| 01:01PM | 11 | Q.   LET ME DRAW YOUR ATTENTION -- THANK YOU FOR THAT. |
| 01:01PM | 12 | LET ME DRAW YOUR ATTENTION TO ANOTHER DOCUMENT THAT YOU |
| 01:01PM | 13 | WERE EXAMINED ABOUT, AND THAT IS EXHIBIT 7104.  IT SHOULD BE IN |
| 01:01PM | 14 | YOUR BLACK BINDER. |
| 01:01PM | 15 | A.   I HAVE IT. |
| 01:01PM | 16 | Q.   MS. KRATZMANN, MAY I USE THE ELMO. |
| 01:01PM | 17 | MR. BURD, DO YOU RECALL QUESTIONS ABOUT THIS EXHIBIT |
| 01:01PM | 18 | DURING YOUR CROSS-EXAMINATION? |
| 01:01PM | 19 | A.   I DO. |
| 01:01PM | 20 | Q.   AND YOU'RE NOT ON THIS EMAIL, RIGHT?  THIS IS NOT |
| 01:01PM | 21 | SOMETHING THAT YOU SAW AT THE TIME? |
| 01:02PM | 22 | A.   THAT'S CORRECT. |
| 01:02PM | 23 | Q.   OKAY.  I WANTED TO DRAW YOUR ATTENTION TO THE ENTIRETY OR |
| 01:02PM | 24 | THE FIRST PART OF THE EMAIL CHAIN WHERE BRAD WOLFSEN IS WRITING |
| 01:02PM | 25 | TO ELIZABETH HOLMES AND KEN SHACHMUT WITH A REQUEST TO SHARE |

BURD REDIRECT BY MR. LEACH                                          3148

01:02PM   1    INFORMATION WITH OUTSIDE COUNSEL.

01:02PM   2         DO YOU SEE THAT?

01:02PM   3    A.   YES.

01:02PM   4    Q.   AND REMIND US, WHO IS KEN SHACHMUT?

01:02PM   5    A.   KEN SHACHMUT WAS THE CHIEF FINANCIAL OFFICER OF SAFEWAY

01:02PM   6    HEALTH.

01:02PM   7    Q.   AND BRAD WOLFSEN, WHO WAS HE?

01:02PM   8    A.   BRAD WORKED FOR SAFEWAY HEALTH.  I DON'T RECALL HIS EXACT

01:02PM   9    RESPONSIBILITIES.

01:02PM  10    Q.   OKAY.  AND MR. WOLFSEN IS WRITING, "ELIZABETH,

01:02PM  11         "I'VE RECEIVED A REQUEST FROM OUR LAWYERS TO SEND THE

01:02PM  12    'SELECTED ASSAYS FROM THE THERANOS ASSAY LIBRARY' TO OUR

01:03PM  13    OUTSIDE COUNSEL WHO IS ASSISTING WITH THE CLIA AND STATE

01:03PM  14    REGULATIONS RESEARCH."

01:03PM  15         DO YOU SEE THAT LANGUAGE?

01:03PM  16    A.   I DO.

01:03PM  17    Q.   AND DO YOU SEE MS. HOLMES'S RESPONSE, "BRAD, THIS IS FINE,

01:03PM  18    BUT THAT LIST IS NOT AN ACCURATE REFLECTION OF THE TESTS WE

01:03PM  19    WILL ACTUALLY MAKE AVAILABLE IN THE STORES - THAT LIST IS THE

01:03PM  20    LIBRARY WE PROVIDE FOR OUR PHARMACEUTICAL CLIENTS CLINICAL

01:03PM  21    TRIALS."

01:03PM  22         DO YOU SEE THAT?

01:03PM  23    A.   YES.

01:03PM  24    Q.   AND SITTING HERE TODAY, DO YOU UNDERSTAND THAT TO MEAN THE

01:03PM  25    PHARMACEUTICAL LIST IS ACTUALLY NARROWER THAN WHAT IS GOING TO

BURD REDIRECT BY MR. LEACH                                           3149

| | | |
|---|---|---|
| 01:03PM | 1 | BE OFFERED ON THE THERANOS DEVICE? |
| 01:03PM | 2 | A.  YES, I BELIEVE IT'S NARROWER. |
| 01:03PM | 3 | Q.  OKAY.  IF WE CAN GO NOW PLEASE TO EXHIBIT 375, PAGE 12. |
| 01:03PM | 4 | A.  IN THE WHITE BINDER? |
| 01:03PM | 5 | Q.  IN THE WHITE BINDER. |
| 01:04PM | 6 | DO YOU RECALL THIS PORTION OF THE AUGUST 2012 BOARD |
| 01:04PM | 7 | PRESENTATION -- LET ME ASK A BETTER QUESTION. |
| 01:04PM | 8 | DO YOU RECALL THIS AS A PORTION OF THE POWERPOINT THAT WAS |
| 01:04PM | 9 | PREPARED IN CONNECTION WITH THE AUGUST 2012 SAFEWAY BOARD |
| 01:04PM | 10 | MEETING? |
| 01:04PM | 11 | A.  YES. |
| 01:04PM | 12 | Q.  OKAY.  AND THAT'S A BOARD MEETING THAT MS. HOLMES |
| 01:04PM | 13 | ATTENDED, AT LEAST IN PART? |
| 01:04PM | 14 | A.  YES, SHE DID IN PART. |
| 01:04PM | 15 | Q.  AND I DRAW YOUR ATTENTION TO THE PORTION "ONE CARTRIDGE |
| 01:04PM | 16 | WILL SATISFY 95 PERCENT OF ALL CPT CODES." |
| 01:04PM | 17 | DO YOU SEE THAT? |
| 01:04PM | 18 | A.  WHAT PAGE? |
| 01:04PM | 19 | Q.  PAGE 11.  OR PAGE 12, EXCUSE ME. |
| 01:04PM | 20 | A.  SORRY FOR BEING SO CASUAL. |
| 01:04PM | 21 | OKAY.  YES. |
| 01:04PM | 22 | Q.  AND IS THAT INFORMATION THAT YOU GOT FROM MS. HOLMES? |
| 01:04PM | 23 | A.  YES, IT IS. |
| 01:04PM | 24 | Q.  AND WAS THAT YOUR UNDERSTANDING OF WHAT THE THERANOS |
| 01:05PM | 25 | DEVICE AND CARTRIDGE COULD DO AT THIS TIME PERIOD IN AUGUST OF |

BURD REDIRECT BY MR. LEACH                                          3150

01:05PM    1    2012?

01:05PM    2    A.   YES.

01:05PM    3    Q.   YOU ALSO TESTIFIED ABOUT RECEIVING A CALL FROM MS. HOLMES

01:05PM    4    ABOUT CLIA CERTIFICATION OR CLIA APPROVAL.

01:05PM    5         DO YOU RECALL THAT?

01:05PM    6    A.   I DO.

01:05PM    7    Q.   AND THAT WAS GOOD NEWS TO YOU, WASN'T IT?

01:05PM    8    A.   IT WAS GREAT NEWS.

01:05PM    9    Q.   AND WHY WAS IT GREAT NEWS?

01:05PM   10    A.   I THOUGHT AT THE TIME IT MEANT THAT THE REGULATORY BODY

01:05PM   11    HERE WAS ACTUALLY BUYING INTO ALL OF THE ASSAYS.  I LEARNED

01:05PM   12    LATER THAT'S NOT THE CASE, BUT THAT'S WHAT I THOUGHT.

01:05PM   13    Q.   SO AT THE TIME YOU THOUGHT IT REFLECTED APPROVAL OF THE

01:05PM   14    DEVICE IN SOME FORM?

01:05PM   15    A.   CORRECT.

01:05PM   16    Q.   APPROVAL OF THE ASSAYS THAT WERE GOING TO BE RUN ON THE

01:05PM   17    DEVICE?

01:05PM   18    A.   CORRECT.

01:05PM   19    Q.   AND YOU HAVE A DIFFERENT UNDERSTANDING SITTING HERE TODAY?

01:05PM   20    A.   I DO JUST BECAUSE OF WHAT I HAVE LEARNED.

01:06PM   21    Q.   BUT AT THE TIME YOU VIEWED THAT AS GOOD NEWS?

01:06PM   22    A.   YES.

01:06PM   23    Q.   AND CMS VALIDATION OF THE DEVICE?

01:06PM   24    A.   IT WAS AN IMPORTANT MILESTONE.  BUT I, OF COURSE, THOUGHT

01:06PM   25    IT MEANT ALL OF THE CPT CODES.

BURD REDIRECT BY MR. LEACH                                              3151

01:06PM   1    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO THE MASTER SERVICES

01:06PM   2    AGREEMENT, EXHIBIT 387.  YOU WERE ASKED SOME QUESTIONS ABOUT

01:06PM   3    THAT ON CROSS-EXAMINATION.

01:06PM   4    A.   ALL RIGHT.

01:06PM   5    Q.   AND IF WE COULD GO TO PAGE 9.

01:06PM   6    A.   YES.

01:06PM   7    Q.   YOU WERE ASKED SOME QUESTIONS ABOUT THE TIMING OF THE

01:06PM   8    SAFEWAY PRE-PILOT, THE SAFEWAY PRE-PILOT AND THE SAFEWAY LAUNCH

01:06PM   9    VIS-A-VIS WALGREENS.

01:06PM  10         DO YOU RECALL THOSE QUESTIONS?

01:06PM  11    A.   YES.

01:06PM  12    Q.   OKAY.  IN PARAGRAPH C IT SAYS, I DRAW YOUR ATTENTION TO

01:07PM  13    THE LANGUAGE, "THE PARTIES' EXPECTATION IS THAT THE PILOT WILL

01:07PM  14    LAST FOR APPROXIMATELY 90 CALENDAR DAYS, AND THAT THE PILOT OF

01:07PM  15    THE PROGRAM AT SAFEWAY WILL RUN CONCURRENTLY WITH ANY PILOT OF

01:07PM  16    THE PROGRAM CONDUCTED BY WALGREENS."

01:07PM  17         DO YOU SEE THAT LANGUAGE?

01:07PM  18    A.   YES.

01:07PM  19    Q.   AND DID YOU VIEW THAT AS AN OBLIGATION TO HAVE THEM RUN

01:07PM  20    CONCURRENTLY OR AN EXPECTATION?

01:07PM  21    A.   AN EXPECTATION.

01:07PM  22    Q.   SO IF YOU HAD SAID TO MS. HOLMES, WALGREENS SEEMS LIKE

01:07PM  23    THEY'RE WAY BEHIND US, I WANT TO GO FORWARD WITH THE PILOT, IS

01:07PM  24    THAT SOMETHING THAT YOU FELT FREE TO DO?

01:07PM  25    A.   REPEAT THAT, PLEASE.

BURD REDIRECT BY MR. LEACH                                            3152

01:07PM  1    Q.   SO IF YOU BELIEVED WALGREENS WAS TAKING TOO MUCH TIME,

01:07PM  2    THAT THEY WERE WAY BEHIND YOU, DID YOU FEEL FREE TO GO TO

01:07PM  3    MS. HOLMES AND SAY, I'D LIKE TO GO FORWARD WITH THE PILOT NOW?

01:07PM  4    A.   I THOUGHT THAT MIGHT BE A PROBLEM, THAT WE WOULD HAVE TO

01:08PM  5    GO TOGETHER.

01:08PM  6    Q.   LET ME DRAW YOUR ATTENTION TO WHERE IT SAYS "THE LAUNCH OF

01:08PM  7    THE PROGRAM WILL NOT OCCUR AT WALGREENS STORES PRIOR TO THE

01:08PM  8    LAUNCH OF THE PROGRAM AT SAFEWAY STORES."

01:08PM  9         WHAT DID THAT MEAN?

01:08PM  10   A.   NOW WE'RE BEYOND THE PILOT AND NOW IT'S LAUNCHED, AND IT

01:08PM  11   SAID IT WOULD LAUNCH SIMULTANEOUSLY.

01:08PM  12   Q.   DID IT SAY SIMULTANEOUSLY OR THAT WALGREENS WON'T GO

01:08PM  13   FIRST?

01:08PM  14   A.   IT SAYS THAT WALGREENS WON'T GO FIRST, BUT MY EXPECTATION

01:08PM  15   IS THAT IT WOULD GO AROUND THE SAME TIME.

01:08PM  16   Q.   OKAY.  YOU WANTED THEM TO GO AT THE SAME TIME?

01:08PM  17   A.   CORRECT.

01:08PM  18   Q.   AND WHY WAS THAT?

01:08PM  19   A.   WELL, WE DIDN'T WANT, YOU KNOW, WALGREENS TO HAVE AN EDGE

01:08PM  20   ON US, AND MY GUESS IS THAT THEY FELT THE SAME WAY.

01:09PM  21        SO RATHER THAN BARGAIN FROM THEM INSISTING THAT WE GO

01:09PM  22   FIRST, WE WERE CONTENT THAT WE WOULD GO AT THE SAME TIME.

01:09PM  23   Q.   IN THE DECEMBER 2012 TIME PERIOD, DID MS. HOLMES EVER

01:09PM  24   ATTRIBUTE DELAYS OF THE LAUNCH TO WALGREENS?

01:09PM  25   A.   NO.

BURD REDIRECT BY MR. LEACH                                          3153

01:09PM  1    Q.   DID SHE EVER ATTRIBUTE THE DELAYS TO SOME ISSUE WITH THE

01:09PM  2    MAIN LAB OR THE DEVICE THAT YOU'D BEEN SHOWN?

01:09PM  3    A.   NO.

01:09PM  4    Q.   LET ME PLEASE DRAW YOUR ATTENTION TO WHAT IS IN EVIDENCE

01:09PM  5    AS EXHIBIT 10537.

01:09PM  6    A.   WHICH BOOK?

01:09PM  7    Q.   THE BLACK BOOK PLEASE.

01:10PM  8    A.   I HAVE IT.

01:10PM  9    Q.   AND DO YOU RECALL BEING ASKED QUESTIONS ABOUT YOUR EMAIL

01:10PM 10    WHERE YOU WROTE IN THE FIRST PARAGRAPH, "I'M VERY CONCERNED

01:10PM 11    ABOUT ALLOWING NETWORK PARTNERS OR ANYONE ELSE TO LAUNCH WITH A

01:10PM 12    MERE FINGER STICK."

01:10PM 13        DO YOU RECALL BEING ASKED QUESTIONS ABOUT THAT?

01:10PM 14    A.   YES.

01:10PM 15    Q.   AND FURTHER DOWN IN THE EMAIL YOU WROTE, "I ALSO

01:10PM 16    UNDERSTAND THAT THIS IS INTENDED AS ONLY A 'STOP GAP MEASURE.'"

01:10PM 17        DO YOU SEE THAT LANGUAGE?

01:10PM 18    A.   I DON'T.  HELP ME OUT A LITTLE BIT.

01:10PM 19    Q.   SECOND TO THE LAST PARAGRAPH ON THE BOTTOM, YOU WROTE, "I

01:10PM 20    REALIZE THAT YOU HAVE INFORMATION THAT I DON'T HAVE THAT IS

01:10PM 21    CAUSING YOU TO THINK ABOUT A POSSIBLE FINGER STICK ONLY LAUNCH.

01:10PM 22    I ALSO UNDERSTAND THAT THIS IS INTENDED AS ONLY A 'STOP GAP

01:10PM 23    MEASURE.'"

01:10PM 24        DO YOU SEE THAT?

01:10PM 25    A.   I DO.

BURD REDIRECT BY MR. LEACH                                          3154

01:10PM  1    Q.   AND WHAT DID YOU MEAN BY "STOP GAP MEASURE"?

01:10PM  2    A.   I WOULD HAVE TO READ THE WHOLE MEMO, BUT I KNEW WE DIDN'T

01:10PM  3    DO FINGERSTICK EXCLUSIVELY, YOU KNOW, IN THE ON CAMPUS LAB AND

01:11PM  4    WE WERE ANTICIPATING THAT WHEN YOU LAUNCH, YOU WOULD BE DOING

01:11PM  5    FINGERSTICK.

01:11PM  6    Q.   AND THIS EMAIL IS FROM JANUARY OF 2012?

01:11PM  7    A.   CORRECT.

01:11PM  8    Q.   BY THE DECEMBER 2012 TIME PERIOD, DID MS. HOLMES INDICATE

01:11PM  9    TO YOU THAT THERE WAS ANY ISSUE WITH PUTTING THE DEVICE IN

01:11PM  10   SAFEWAY STORES?

01:11PM  11   A.   NO.

01:11PM  12        WELL, LET ME BACK UP ONE SECOND.

01:11PM  13   Q.   PLEASE.

01:11PM  14   A.   I DON'T RECALL WHEN THIS COURIER MODEL WAS DONE, BUT THAT

01:11PM  15   WAS CONSIDERED TO BE TEMPORARY, AND THE INTENT ALL ALONG HAS

01:11PM  16   BEEN DEVICES IN THE STORES.  OTHERWISE YOU CAN'T ACCOMPLISH 20

01:11PM  17   TO 30 MINUTES.

01:11PM  18   Q.   LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 7196, WHICH

01:12PM  19   SHOULD BE IN YOUR BLACK BINDER.

01:12PM  20   A.   I HAVE IT.

01:12PM  21        MR. LEACH:  YOUR HONOR, WITH THE COURT'S PERMISSION,

01:12PM  22   I'D LIKE TO INQUIRE ABOUT -- THIS IS IN EVIDENCE, BUT THERE'S A

01:12PM  23   MATTER THAT I WOULD LIKE TO INQUIRE ABOUT, THE TOP EMAIL.

01:12PM  24        THE COURT:  THIS WAS -- THE DEFENSE PUT THIS IN

01:12PM  25   EVIDENCE.

BURD REDIRECT BY MR. LEACH                                                3155

01:12PM  1                    MR. DOWNEY:  YES.

01:12PM  2                    THE COURT:  YOU CAN ASK YOUR QUESTION.

01:12PM  3                    MR. LEACH:  OKAY.  THANK YOU, YOUR HONOR.

01:12PM  4                    MR. DOWNEY:  YOUR HONOR, I HAD INTENDED TO REDACT

01:12PM  5       THAT AND I WONDER, CONSISTENT WITH THE PRIOR DISCUSSION --

01:12PM  6                    THE COURT:  NO.  IT WAS MOVED INTO EVIDENCE BY YOU

01:12PM  7       WITHOUT OBJECTION.

01:12PM  8                    MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

01:12PM  9                    THE COURT:  SO --

01:12PM  10                   MR. LEACH:  THERE WERE ALSO NEVER QUESTIONS ABOUT

01:12PM  11      THE REASONS FOR THE TERMINATION.

01:12PM  12                   THE COURT:  YOU CAN ASK YOUR QUESTION.

01:12PM  13                   MR. DOWNEY:  YOUR HONOR, THE REASON THAT I DID NOT

01:13PM  14      PRESENT THE REDACTED FORM IN EITHER THE WITNESS'S NOTEBOOK AND

01:13PM  15      THE WITNESS'S AND YOURS AND THE ONE ON THE SCREEN IS BECAUSE WE

01:13PM  16      DIDN'T HAVE A RULING WHEN WE PREPARED THIS.  BUT I UNDERSTAND

01:13PM  17      THE COURT'S RULING.

01:13PM  18                   THE COURT:  WELL, I'M LEFT IN A BIT OF A QUANDARY

01:13PM  19      HERE.  IT WAS ADMITTED AND OFFERED BY YOU WITHOUT ANY

01:13PM  20      REDACTIONS AS I RECALL.

01:13PM  21                   MR. DOWNEY:  I UNDERSTAND.

01:13PM  22                   THE COURT:  IT WAS ADMITTED WITHOUT OBJECTION.

01:13PM  23          SO IN ANY EVENT, YOU CAN ASK A QUESTION IF YOU HAVE ONE.

01:13PM  24                   MR. LEACH:  OKAY.

01:13PM  25      Q.   MR. BURD, MY ONLY QUESTION WAS THERE'S A REFERENCE IN --

BURD RECROSS BY MR. DOWNEY                                          3156

01:13PM   1    DO YOU RECALL BEING ASKED QUESTIONS ABOUT THIS EMAIL REGARDING

01:13PM   2    THE PLAN LAUNCH IN CONNECTION WITH MARKETING?

01:13PM   3    A.   YES.

01:13PM   4    Q.   AND THERE'S A LINE IN YOUR RESPONSE WHERE YOU QUOTE, "I

01:13PM   5    ALSO WANT TO MAXIMIZE MY RETURN ON MY $275 MILLION REMODEL

01:13PM   6    INVESTMENT."

01:13PM   7         DO YOU SEE THAT LANGUAGE?

01:13PM   8    A.   YES.

01:13PM   9    Q.   AND WHAT IS THAT A REFERENCE TO?

01:13PM  10    A.   WELL, WE MADE THE INVESTMENT AND WE NEEDED TO LAUNCH.  IF

01:14PM  11    THE BOX WORKS AS WE THOUGHT IT DOES, THEN WE WOULD GENERATE A

01:14PM  12    REVENUE STREAM AND GENERATE PROFITS.

01:14PM  13    Q.   AND THE REMODEL INVESTMENT, WHAT DO YOU MEAN BY THAT?  IS

01:14PM  14    THAT MONEY THAT YOU GAVE TO THERANOS OR MONEY THAT YOU --

01:14PM  15    A.   NO.  THIS WAS MONEY THAT WE USED TO REMODEL THE STORES.

01:14PM  16    Q.   I HAVE NO FURTHER QUESTIONS.

01:14PM  17         THANK YOU, MR. BURD.

01:14PM  18           THE COURT:  MR. DOWNEY.

01:14PM  19                       **RECROSS-EXAMINATION**

01:14PM  20    BY MR. DOWNEY

01:15PM  21    Q.   VERY BRIEFLY, MR. BURD.

01:15PM  22         YOU WERE JUST ASKED A QUESTION ABOUT A REFERENCE IN A

01:15PM  23    DOCUMENT TO A REMODEL INVESTMENT.

01:15PM  24         DO YOU RECALL THAT?

01:15PM  25    A.   YES.

BURD RECROSS BY MR. DOWNEY                                          3157

01:15PM   1    Q.   AND DO YOU RECALL TESTIFYING ON DIRECT EXAMINATION THAT

01:15PM   2    QUEST STORES NOW SIT IN MANY OF THOSE LOCATIONS?

01:15PM   3    A.   I DON'T KNOW HOW MANY, BUT I WOULD BET THAT IT'S -- THEY

01:15PM   4    STARTED IN ARIZONA, BUT I DON'T KNOW HOW MANY.

01:15PM   5    Q.   OKAY.  BUT LOCATIONS OF THE STORES YOU'RE FAMILIAR WITH,

01:15PM   6    ARE THOSE THE SAME LOCATIONS?

01:15PM   7    A.   CORRECT.

01:15PM   8    Q.   I WANT TO ASK YOU ABOUT YOUR EXCHANGE WITH MS. HOLMES IN

01:15PM   9    EARLY 2012 WHEN YOU WERE TALKING ABOUT YOUR DISAPPOINTMENT WITH

01:15PM  10    GOING TO A FINGERSTICK ONLY MODEL.

01:15PM  11         DO YOU RECALL THAT?

01:15PM  12    A.   ARE YOU TALKING ON CAMPUS?

01:15PM  13    Q.   WELL, I DON'T KNOW IF THE CAMPUS PROJECT HAD BEEN

01:16PM  14    INITIATED OR NOT.

01:16PM  15         BUT YOU SENT HER AN EMAIL IN JANUARY OF 2010 EXPRESSING A

01:16PM  16    CONCERN ABOUT EITHER ANY NETWORK PARTNER OR ANY OTHER PARTNER

01:16PM  17    OR ANY OTHER -- ANYONE ELSE LAUNCHING UNDER WHAT YOU TERMED A

01:16PM  18    FINGERSTICK ONLY MODEL.

01:16PM  19         DO YOU RECALL THAT?

01:16PM  20    A.   SURE, THAT RINGS A BELL.

01:16PM  21    Q.   AND AM I RIGHT TO SAY THAT YOU SAY YOU DID NOT UNDERSTAND

01:16PM  22    THAT THAT WAS HAPPENING BECAUSE OF A REQUEST FROM WALGREENS?

01:16PM  23    A.   CORRECT.

01:16PM  24    Q.   AND YOU DID NOT UNDERSTAND IT TO BE HAPPENING BECAUSE OF A

01:16PM  25    REGULATORY REQUIREMENT?

BURD RECROSS BY MR. DOWNEY                                              3158

01:16PM   1    A.   CORRECT.

01:16PM   2    Q.   WHAT DID YOU UNDERSTAND WAS THE REASON AS TO WHY THERE WAS

01:16PM   3    NOT A LAUNCH WITHOUT -- UNDER THE MODEL THAT HAD ORIGINALLY

01:16PM   4    BEEN CONTEMPLATED?

01:16PM   5    A.   SO THE ORIGINAL MODEL WAS FINGERSTICK RESULTS IN STORE.

01:16PM   6         WE KNOW THAT THERE WAS A TEMPORARY MODEL THAT WAS VEIN

01:17PM   7    DRAW PROCESSED ELSEWHERE.

01:17PM   8         SO I DIDN'T WANT, I DIDN'T WANT OTHER NETWORK PLAYERS TO

01:17PM   9    LAUNCH FINGERSTICK WHILE WE WERE DOING SOMETHING DIFFERENT.

01:17PM   10   Q.   I UNDERSTAND THAT.  MY QUESTION TO YOU IS, WHAT WAS YOUR

01:17PM   11   UNDERSTANDING AS TO WHY THERANOS WAS PROPOSING LAUNCHING A

01:17PM   12   FINGERSTICK ONLY PROCESS WITH THOSE --

01:17PM   13   A.   CAN YOU DIRECT ME TO THE EMAIL?

01:17PM   14   Q.   SURE.

01:17PM   15        PULL IT UP FOR ONE MOMENT.

01:18PM   16        (PAUSE IN PROCEEDINGS.)

01:18PM   17   BY MR. DOWNEY:

01:18PM   18   Q.   THE DOCUMENT I WAS REFERRING TO, MR. BURD, IS 10537 IN THE

01:19PM   19   WHITE NOTEBOOK.

01:19PM   20   A.   IN THE WHITE?

01:19PM   21   Q.   BUT I DON'T MEAN TO CONFINE YOU TO THAT.  THERE ARE OTHER

01:19PM   22   DOCUMENTS THAT REFERENCE FINGERSTICK ONLY AS WELL.

01:19PM   23   A.   YEAH.  YOU SAID 10357 WHAT?

01:19PM   24   Q.   10537.

01:19PM   25   A.   10537.  YOU SAID WHITE?

BURD RECROSS BY MR. DOWNEY                                          3159

01:19PM  1    Q.   I'M SORRY, I BEG YOUR PARDON.  BLACK.

01:19PM  2    A.   OKAY.  GIVE ME A MOMENT AND I'LL READ THE EMAIL FROM THE

01:19PM  3    TOP DOWN.

01:19PM  4    Q.   I THINK IT ACTUALLY GOES FROM THE BOTTOM UP.

01:20PM  5    A.   YEAH, OKAY.  BUT I'LL START WITH THE -- IT'S MY EMAIL THAT

01:20PM  6    YOU'RE REFERRING TO; RIGHT?

01:20PM  7    Q.   THAT'S RIGHT.  AND I'M JUST REFERRING TO YOUR REFERENCE TO

01:20PM  8    FINGERSTICK ONLY.

01:20PM  9    A.   SURE.

01:20PM  10        (PAUSE IN PROCEEDINGS.)

01:20PM  11           THE WITNESS:  OKAY.  I DON'T HAVE THE CONTEXT.

01:20PM  12   BY MR. DOWNEY:

01:20PM  13   Q.   IF YOU SEE THE SECOND TO THE LAST PARAGRAPH, YOU SAY, "I

01:20PM  14   REALIZE THAT YOU HAVE INFORMATION THAT I DON'T HAVE THAT IS

01:20PM  15   CAUSING YOU TO THINK ABOUT A POSSIBLE FINGER STICK ONLY

01:21PM  16   LAUNCH."

01:21PM  17        DO YOU SEE THAT?

01:21PM  18   A.   I DO.

01:21PM  19   Q.   AND DOES THAT -- DID YOU HAVE A CONVERSATION BEFORE YOU

01:21PM  20   WROTE THIS EMAIL WHERE YOU LEARNED SHE WAS CONTEMPLATING THAT?

01:21PM  21   A.   WE MUST HAVE.

01:21PM  22        SO WHAT I NOW UNDERSTAND FINGERSTICK TO MEAN WHEN IT SAYS

01:21PM  23   "FINGER STICK ONLY," I DIDN'T LIKE THE IDEA OF LAUNCHING WITH A

01:21PM  24   FINGERSTICK AND THEN HAVE EVERYTHING PROCESS OFF THE STORE

01:21PM  25   PROPERTY.

BURD RECROSS BY MR. DOWNEY                                    3160

01:21PM  1    Q.   OKAY.  SO, IN OTHER WORDS, THE SAMPLE WOULD BE SENT BACK

01:21PM  2    TO A LAB AT THERANOS?

01:21PM  3    A.   YES, YES.

01:21PM  4    Q.   AND MS. HOLMES TOLD YOU AT SOME POINT PRIOR TO

01:21PM  5    JANUARY 12TH THAT THERANOS WAS CONSIDERING THAT MODEL WITH SOME

01:21PM  6    PARTNER?

01:21PM  7         THE COURT:  MR. BURD, WHY DON'T YOU SPEAK IN THE

01:21PM  8    MICROPHONE THERE?  THANK YOU.

01:21PM  9         THE WITNESS:  NO, NO, I DON'T RECALL THAT.

01:22PM 10    BY MR. DOWNEY:

01:22PM 11    Q.   OKAY.  WHAT PROMPTED YOU TO WRITE THIS EMAIL?

01:22PM 12    A.   WELL, WE MUST HAVE HAD A CONVERSATION ABOUT LAUNCHING PURE

01:22PM 13    FINGERSTICK, WHICH IS DISTINGUISHING PURE FINGERSTICK FROM YOU

01:22PM 14    DRAW THE BLOOD THAT WAY, AND IN THIS CASE YOU PICK IT UP WITH A

01:22PM 15    COURIER AND YOU TAKE IT TO A CENTRAL LOCATION.

01:22PM 16         WHAT WE WANTED WAS THE ORIGINAL DESIGN AT LAUNCH, WHICH

01:22PM 17    GAVE US RESULTS IN 20, 30 MINUTES, WHICH COULD ONLY HAPPEN IF

01:22PM 18    DONE IN THE STORE.

01:22PM 19    Q.   YOU SAY IN THE SECOND SENTENCE OF THIS EMAIL, "I AM VERY

01:22PM 20    CONCERNED ABOUT ALLOWING NETWORK PARTNERS FOR ANYONE ELSE TO

01:22PM 21    LAUNCH WITH A MERE FINGER STICK."

01:22PM 22         DO YOU SEE THAT?

01:22PM 23    A.   I SEE THAT, AND, YOU KNOW, REMEMBER, I'M NOW TRYING TO

01:22PM 24    RECALL, YOU KNOW, EIGHT, NINE YEARS AGO.  BUT, YOU KNOW, IN

01:22PM 25    BUILDING THE NETWORK, WE WERE MAKING THE SAME PROMISE, YOU

BURD RECROSS BY MR. DOWNEY                                    3161

01:23PM  1    KNOW, TO THE -- TO OTHER SUPERMARKETS THAT HAD BEEN MADE TO US,

01:23PM  2    AND I THINK THAT'S WHAT THIS REFERS TO, THAT THEY WOULDN'T GET

01:23PM  3    THAT PROMISE, AND IT DIDN'T LOOK LIKE WE WERE GOING TO GET THAT

01:23PM  4    EITHER.

01:23PM  5    Q.   AND IS IT FAIR TO SAY THAT IN TERMS OF WHATEVER THE

01:23PM  6    CONVERSATION THAT YOU HAD WITH MS. HOLMES THAT PROMPTED THIS

01:23PM  7    EMAIL, TODAY YOU DON'T REMEMBER IT?

01:23PM  8    A.   CORRECT.

01:23PM  9    Q.   THANK YOU, MR. BURD.

01:23PM  10             THE COURT:  MR. LEACH?

01:23PM  11             MR. LEACH:  NOTHING FURTHER, YOUR HONOR.  THANK YOU.

01:23PM  12             THE COURT:  MAY THIS WITNESS BE EXCUSED?

01:23PM  13             MR. LEACH:  HE MAY, YES.

01:23PM  14             MR. DOWNEY:  YES.

01:23PM  15             THE COURT:  SIR, YOU'RE EXCUSED.  THANK YOU.

01:23PM  16             THE WITNESS:  THANK YOU.

01:23PM  17             THE COURT:  YOU'RE WELCOME.

01:23PM  18             THE WITNESS:  I'M JUST GOING TO LEAVE THE BOOKS

01:23PM  19    THERE.

01:23PM  20             THE COURT:  JUST LEAVE IT THERE.  THEY'LL CLEAN IT

01:23PM  21    UP.

01:23PM  22             THE WITNESS:  OKAY.

01:23PM  23             THE COURT:  WE WILL TAKE OUR AFTERNOON BREAK NOW,

01:23PM  24    LADIES AND GENTLEMEN.  IS 20 MINUTES ABOUT RIGHT?  WHY DON'T WE

01:23PM  25    TAKE 30 MINUTES?  LET'S TAKE A 30 MINUTE BREAK, PLEASE.  WE'LL

| | | |
|---|---|---|
| 01:24PM | 1 | COME BACK -- THE GOVERNMENT WILL HAVE A WITNESS, I THINK? |
| 01:24PM | 2 | MR. SCHENK:  YES, YOUR HONOR. |
| 01:24PM | 3 | THE COURT:  ALL RIGHT.  WE'LL TAKE OUR RECESS. |
| 01:24PM | 4 | THANK YOU. |
| 01:24PM | 5 | THE CLERK:  COURT IS IN RECESS. |
| 01:24PM | 6 | (RECESS FROM 1:24 P.M. UNTIL 2:11 P.M.) |
| 02:11PM | 7 | THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD. |
| 02:11PM | 8 | ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.  OUR JURY AND |
| 02:11PM | 9 | ALTERNATES ARE PRESENT. |
| 02:11PM | 10 | THANK YOU FOR YOUR PATIENTS. |
| 02:11PM | 11 | IN THE SPIRIT OF FULL DISCLOSURE, WE WERE GETTING MY |
| 02:12PM | 12 | OFFICE READY AND THAT MEANT MOVING BOXES.  I'LL LEAVE IT AT |
| 02:12PM | 13 | THAT. |
| 02:12PM | 14 | DOES THE GOVERNMENT HAVE ANOTHER WITNESS? |
| 02:12PM | 15 | MR. SCHENK:  YES, YOUR HONOR. |
| 02:12PM | 16 | THE GOVERNMENT CALLS WADE MIQUELON. |
| 02:12PM | 17 | THE COURT:  IF YOU WOULD STAND AND FACE OUR |
| 02:12PM | 18 | COURTROOM DEPUTY WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A |
| 02:12PM | 19 | QUESTION FOR YOU. |
| 02:12PM | 20 | **(GOVERNMENT'S WITNESS, WADE MIQUELON, WAS SWORN.)** |
| 02:12PM | 21 | THE WITNESS:  YES. |
| 02:12PM | 22 | THE COURT:  THANK YOU. |
| 02:12PM | 23 | PLEASE HAVE A SEAT HERE, SIR, AND MAKE YOURSELF |
| 02:12PM | 24 | COMFORTABLE. |
| 02:12PM | 25 | FEEL FREE TO ADJUST THAT CHAIR AND MICROPHONE.  I'LL |

MIQUELON DIRECT BY MR. SCHENK                                      3163

02:12PM  1    ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

02:13PM  2         THE LAWYER WILL HAVE A QUESTION FOR YOU ABOUT YOUR MASK IN

02:13PM  3    JUST A MOMENT.  BUT, FIRST OF ALL, IF YOU COULD PLEASE STATE

02:13PM  4    YOUR NAME AND THEN SPELL IT, PLEASE.

02:13PM  5              THE WITNESS:  YES, YOUR HONOR.  MY NAME IS WADE

02:13PM  6    MIQUELON.  W-A-D-E, M-I-Q-U-E-L-O-N.

02:13PM  7              THE COURT:  THANK YOU.

02:13PM  8         COUNSEL.

02:13PM  9                      **DIRECT EXAMINATION**

02:13PM  10   BY MR. SCHENK:

02:13PM  11   Q.   GOOD AFTERNOON, MR. MIQUELON.  I SEE YOU'VE TAKEN OFF YOUR

02:13PM  12   MASK.  WITH THE COURT'S PERMISSION AND IF YOU'RE FULLY

02:13PM  13   VACCINATED, YOU CAN REMOVE YOUR MASK AND I'LL DO THE SAME.

02:13PM  14   A.   THANK YOU.

02:13PM  15              THE COURT:  THANK YOU, COUNSEL.

02:13PM  16              MR. SCHENK:  THANK YOU, YOUR HONOR.

02:13PM  17   Q.   MR. MIQUELON, WERE YOU THE CFO AT WALGREENS?

02:13PM  18   A.   YES, I WAS.

02:13PM  19   Q.   AND WHEN WERE YOU THE CFO AT WALGREENS?

02:13PM  20   A.   FROM JUNE 2016 TO AUGUST 3RD OR 4TH 2014.

02:13PM  21   Q.   DO YOU MIND PULLING THE MICROPHONE A LITTLE BIT CLOSER TO

02:13PM  22   YOUR MOUTH?

02:13PM  23   A.   FROM JUNE -- JUNE 2008 -- I APOLOGIZE -- TO AUGUST 4TH,

02:14PM  24   2014.

02:14PM  25   Q.   SO 2008 UNTIL 2014?

MIQUELON DIRECT BY MR. SCHENK                                      3164

```
02:14PM   1      A.   THAT'S CORRECT.

02:14PM   2      Q.   AND WE'LL COME BACK TO THAT IN A MOMENT.

02:14PM   3           LET'S START WITH YOUR EDUCATIONAL BACKGROUND.  WHERE DID

02:14PM   4      YOU GO TO UNDERGRAD, AND IF YOU HAVE GRADUATE DEGREES?

02:14PM   5      A.   I WENT TO UNDERGRADUATE SCHOOL AT PURDUE UNIVERSITY AND I

02:14PM   6      WAS AN ENGINEER, AND I WENT TO GRADUATE SCHOOL AT WASHINGTON

02:14PM   7      UNIVERSITY AT ST. LOUIS FOR MY MBA.

02:14PM   8      Q.   FOR YOUR?

02:14PM   9      A.   MBA.

02:14PM  10      Q.   THANK YOU.  HOW ABOUT YOUR WORK HISTORY BEFORE YOU BECAME

02:14PM  11      CFO AT WALGREENS?

02:14PM  12      A.   AFTER GRADUATE SCHOOL, I SPENT 17 YEARS AT

02:14PM  13      PROCTOR & GAMBLE, THE FIRST MORE OR LESS FIVE YEARS IN

02:14PM  14      CINCINNATI, AND THE NEXT 12 YEARS I SPENT IN ASIA AND EUROPE.

02:14PM  15           AND FROM THERE I WENT TO TYSON FOODS WHERE I BECAME THE

02:14PM  16      CHIEF FINANCIAL OFFICER FOR TWO YEARS, AND AFTER TYSON FOODS I

02:14PM  17      WENT TO WALGREENS WHERE I WAS THEIR CHIEF FINANCIAL OFFICER FOR

02:15PM  18      MORE OR LESS SIX YEARS.

02:15PM  19      Q.   AND AFTER WALGREENS, HAVE YOU REMAINED EMPLOYED SINCE YOU

02:15PM  20      LEFT WALGREENS?

02:15PM  21      A.   YES.

02:15PM  22      Q.   AND WHAT HAVE YOU DONE SINCE THEN?

02:15PM  23      A.   I WAS THE CHIEF FINANCIAL OFFICER FOR THE LARGE ARTS AND

02:15PM  24      CRAFTS RETAILER, JOANN, AND I'M CURRENTLY THE CEO OF THE SAME

02:15PM  25      COMPANY.
```

MIQUELON DIRECT BY MR. SCHENK                                    3165

02:15PM  1    Q.   YOU'RE CURRENTLY THE CHIEF EXECUTIVE OFFICER?

02:15PM  2    A.   YES.

02:15PM  3    Q.   OKAY.  WHILE YOU WERE THE CFO AT WALGREENS, WOULD YOU

02:15PM  4    DESCRIBE FOR THE JURY SOME OF YOUR RESPONSIBILITIES AS CFO?

02:15PM  5    A.   GENERAL OVERSIGHT FOR ALL FINANCIAL AND ACCOUNTING MATTERS

02:15PM  6    TYPICAL OF A TYPICAL CFO ROLE, FROM THE GOVERNMENT ASPECTS OF

02:15PM  7    ACCOUNTING THROUGH FINANCIAL ANALYSIS ASPECTS OF THE BUSINESS,

02:15PM  8    AS WELL AS I HAD OVERSIGHT FOR MERGERS AND ACQUISITION, WHAT WE

02:15PM  9    CALL M & A, NEW BUSINESS DEVELOPMENT, AND FOR A PERIOD OF TIME

02:15PM 10    I ALSO HAD OVERSIGHT FOR THE INTERNATIONAL EXPANSION OF THE

02:15PM 11    COMPANY.

02:15PM 12    Q.   WAS WALGREENS A PUBLICLY TRADED COMPANY WHILE YOU WERE

02:15PM 13    CFO?

02:16PM 14    A.   YES.

02:16PM 15    Q.   AND DO YOU RECALL WHAT THE TICKER SIMPLE OR THE TRADING

02:16PM 16    SYMBOL WAS?

02:16PM 17    A.   IT WAS -- AT THE TIME WHEN I JOINED IT WAS W-A-G, BUT THE

02:16PM 18    TICKER SYMBOL IS DIFFERENT NOW.

02:16PM 19    Q.   OKAY.  AND WHAT IS IT NOW, IF YOU KNOW?

02:16PM 20    A.   W-P-A.

02:16PM 21    Q.   OKAY.  THANK YOU.

02:16PM 22         HAVE YOU HEARD OF A COMPANY CALLED THERANOS?

02:16PM 23    A.   YES.

02:16PM 24    Q.   WHEN DID YOU BECOME FIRST FAMILIAR WITH THAT COMPANY?

02:16PM 25    A.   I BELIEVE IT WAS IN THE EARLY SPRING OF 2010, AROUND

MIQUELON DIRECT BY MR. SCHENK                                    3166

02:16PM  1    MARCH.

02:16PM  2    Q.   AROUND MARCH OF 2010?

02:16PM  3    A.   CORRECT.

02:16PM  4    Q.   AND DO YOU REMEMBER THE CIRCUMSTANCES?  DID SOMEONE BRING

02:16PM  5    THE COMPANY TO YOUR ATTENTION?

02:16PM  6    A.   YES.  WE WERE LOOKING AT A LOT OF DIFFERENT LAY OUT

02:16PM  7    TECHNOLOGY COMPANIES AT WALGREENS TRYING TO SEE IF POTENTIAL

02:16PM  8    COMPANIES COULD BE A GOOD PARTNER FOR WHAT WE WANTED TO DO IN

02:16PM  9    TERMS OF EXPANDING CLINICAL OFFERINGS THROUGH LAB, AND I RECALL

02:16PM  10   DR. JAY ROSAN HAD COME TO ME WHILE WE WERE SEARCHING VARIOUS

02:16PM  11   COMPANIES AND HE WAS VERY EXCITED ABOUT THE COMPANY THAT HE

02:17PM  12   HEARD ABOUT CALLED THERANOS.

02:17PM  13   Q.   AND DR. ROSAN WAS ANOTHER EMPLOYEE AT WALGREENS?

02:17PM  14   A.   YES.  HE WAS MORE OR LESS THE MEDICAL EXPERT FOR THE NEW

02:17PM  15   BUSINESS DEVELOPMENT DIVISION OF THE COMPANY.

02:17PM  16   Q.   AND YOU DESCRIBED WALGREENS HAVING SOME INTEREST IN LABS.

02:17PM  17   COULD YOU DESCRIBE THAT FOR US?

02:17PM  18   A.   CORRECT.  EVEN THOUGH WALGREENS HAS BEEN A TRADITIONAL

02:17PM  19   PHARMACY, OVER TIME THEY'VE WORKED TO FIND OTHER HEALTH CARE

02:17PM  20   OFFERINGS THAT CAN MORE OR LESS PUSH THE HEALTH CARE CLOSER AND

02:17PM  21   CLOSER TO THE INDIVIDUAL IN THE COMMUNITY.

02:17PM  22        ONE EXAMPLE WOULD BE VACCINATIONS WHERE THEY'RE A VERY

02:17PM  23   LARGE PLAYER, AS WELL AS OTHER CLINICS AND THERE'S PRACTITIONER

02:17PM  24   SERVICES.  LAB WAS ANOTHER ADJACENCY THAT THAT WE WERE VERY

02:17PM  25   EXCITED ABOUT.

MIQUELON DIRECT BY MR. SCHENK                                    3167

02:17PM   1    Q.   AND HOW DID THERANOS FIT INTO THIS INTEREST OF WALGREENS?

02:17PM   2    A.   THERANOS AT THE TIME -- AND THERE WAS A LOT OF, A LOT OF

02:17PM   3    COMPANIES THAT WERE LOOKING TO REALLY CHANGE THE WAY THAT

02:18PM   4    TRADITIONAL LAB HAD BEEN DONE THROUGH VARIOUS PLATFORMS, AND

02:18PM   5    THERE WAS A FAIR AMOUNT OF WORK TO TRY TO UNDERSTAND WHO THE

02:18PM   6    LEADER IN THAT SPACE MIGHT BE.

02:18PM   7         BUT AS WE GOT TO KNOW THERANOS, WE FELT THAT THEY WERE

02:18PM   8    PERHAPS THE FARTHEST ALONG AND THE MOST RELEVANT FOR WHAT THE

02:18PM   9    COMPANY WAS LOOKING TO ACHIEVE.

02:18PM   10   Q.   AND WHEN, IN THE EARLY DAYS IN 2010, YOU BEGAN TO LEARN

02:18PM   11   ABOUT THERANOS, WHAT KINDS OF THINGS DID YOU DO TO LEARN MORE

02:18PM   12   ABOUT THERANOS?

02:18PM   13   A.   AS A STARTING POINT I WAS ABLE TO GO OUT WITH

02:18PM   14   DR. JAY ROSAN AND SPEND SOME TIME AT THERANOS JUST TO LEARN

02:18PM   15   FROM ELIZABETH AND SUNNY WHAT THEY WERE DOING, WHAT THEY HAD

02:18PM   16   BEEN DOING, AND THAT WAS PROBABLY THE STARTING POINT OF THE

02:18PM   17   JOURNEY OF LEARNING.

02:18PM   18   Q.   YOU SAID GO OUT TO THERANOS.  WHAT DO YOU MEAN BY THAT?

02:18PM   19   WHERE WERE YOU AND WHERE DID YOU GO TO?

02:18PM   20   A.   I WAS BASED IN DEERFIELD, ILLINOIS, AND WE WENT TO THEIR

02:18PM   21   HEADQUARTERS AT THE TIME IN PALO ALTO.

02:18PM   22   Q.   IS THAT -- IS ILLINOIS WHERE WALGREENS IS HEADQUARTERED?

02:19PM   23   A.   CORRECT.

02:19PM   24   Q.   I THINK I PLACED A BINDER ON THE DESK IN FRONT OF YOU.  IF

02:19PM   25   YOU COULD OPEN IT UP TO TAB 278.

MIQUELON DIRECT BY MR. SCHENK                          3168

02:19PM   1         AT EXHIBIT 278, DO YOU RECOGNIZE THE DOCUMENTS THERE?

02:19PM   2    A.   YES.

02:19PM   3    Q.   WHAT ARE THE FIRST TWO PAGES, JUST GENERALLY?

02:19PM   4    A.   AN EMAIL MESSAGE.

02:19PM   5    Q.   DOES IT BEGIN AN EMAIL MESSAGE FROM MS. HOLMES TO YOU AND

02:19PM   6    DR. ROSAN, AN INDIVIDUAL YOU JUST REFERENCED?

02:19PM   7    A.   THAT'S CORRECT.

02:19PM   8    Q.   AND THEN IS THERE ANOTHER MESSAGE FROM YOU, AND THEN

02:19PM   9    ANOTHER MESSAGE WITHIN WALGREENS?

02:20PM  10    A.   THAT'S CORRECT.

02:20PM  11    Q.   AND HOW ABOUT THE ATTACHMENT?  DO YOU RECOGNIZE THE

02:20PM  12    ATTACHMENT?

02:20PM  13    A.   YES, I DO.

02:20PM  14    Q.   AND WHAT IS THE ATTACHMENT GENERALLY?

02:20PM  15    A.   IT WAS A PRESENTATION THAT HAD BEEN MADE TO US WHEN WE

02:20PM  16    VISITED AND SUBSEQUENTLY FORWARDED TO ME VIA EMAIL AND WHICH I

02:20PM  17    WAS SHARING WITH SOME EXECUTIVES IN THE COMPANY.

02:20PM  18    Q.   AND A PRESENTATION MADE TO YOU BY WHOM?

02:20PM  19    A.   BY THERANOS, BY MS. HOLMES AND MR. BALWANI.

02:20PM  20    Q.   THANK YOU.

02:20PM  21         YOUR HONOR, THE GOVERNMENT OFFERS 278.

02:20PM  22              MR. DOWNEY:  NO OBJECTION.

02:20PM  23              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:20PM  24    (GOVERNMENT'S EXHIBIT 278 WAS RECEIVED IN EVIDENCE.)

02:20PM  25              MR. SCHENK:  MS. HOLLIMAN, IF WE COULD START WITH

MIQUELON DIRECT BY MR. SCHENK

| | | |
|---|---|---|
| 02:20PM | 1 | THE EMAIL AT THE BOTTOM OF THE PAGE, PICK UP WITH THE FROM AND |
| 02:20PM | 2 | TO LINES. |
| 02:20PM | 3 | Q.   MR. MIQUELON, YOU CAN START ON YOUR SCREEN, WE SEE AN |
| 02:20PM | 4 | EMAIL FROM MS. HOLMES TO YOU IN MARCH OF 2010. |
| 02:20PM | 5 | DO YOU SEE THAT? |
| 02:20PM | 6 | A.   YES. |
| 02:20PM | 7 | Q.   AND IF WE COULD CARRY OVER TO THE NEXT PAGE, THE SECOND |
| 02:20PM | 8 | PAGE OF THIS EXHIBIT TO CAPTURE THE TEXT OF THE EMAIL, |
| 02:21PM | 9 | MS. HOLMES WRITES, "WADE. |
| 02:21PM | 10 | "IT WAS GREAT TO MEET YOU. |
| 02:21PM | 11 | "AS PROMISED, PLEASE FIND THE PRESENTATION WE PRESENTED |
| 02:21PM | 12 | TODAY." |
| 02:21PM | 13 | DO YOU SEE THAT? |
| 02:21PM | 14 | A.   YES. |
| 02:21PM | 15 | Q.   AND WAS THIS THE PRESENTATION THAT YOU TRAVELLED TO |
| 02:21PM | 16 | PALO ALTO TO ATTEND IN PERSON? |
| 02:21PM | 17 | A.   YES. |
| 02:21PM | 18 | Q.   AND NOW IF WE COULD LOOK ONE EMAIL UP BACK ON THE FIRST |
| 02:21PM | 19 | PAGE, THE EMAIL IN THE MIDDLE, THE EMAIL FROM YOU, IF WE COULD |
| 02:21PM | 20 | CAPTURE THAT EMAIL TO THE JURY. |
| 02:21PM | 21 | YOU WROTE THAT EMAIL TO AN INDIVIDUAL NAMED GREG WASSON. |
| 02:21PM | 22 | DO YOU SEE THAT? |
| 02:21PM | 23 | A.   YES. |
| 02:21PM | 24 | Q.   AND WHO WAS MR. WASSON? |
| 02:21PM | 25 | A.   MR. WASSON WAS THE CHIEF EXECUTIVE OFFICER OF WALGREENS |

MIQUELON DIRECT BY MR. SCHENK                    3170

02:21PM  1     AND HE WAS MY BOSS AT THE TIME.

02:21PM  2     Q.   IN THE EMAIL YOU DESCRIBE TO HIM YOUR BEGINNING EFFORTS AT

02:21PM  3     DUE DILIGENCE REGARDING THERANOS; IS THAT RIGHT?

02:21PM  4     A.   YES, THAT'S CORRECT.

02:21PM  5     Q.   AND WHAT WERE YOU TRYING TO COMMUNICATE TO THE CEO AT THIS

02:21PM  6     TIME?

02:21PM  7     A.   I THINK JUST THAT A LOT OF ENTHUSIASM ABOUT THE

02:22PM  8     POSSIBILITY OF WORKING WITH THEM AND THE FACT THAT IT WAS VERY

02:22PM  9     EXCITING AND IT SEEMED TO BE THEY WERE PRETTY MUCH OUT FRONT

02:22PM  10    FOR WHAT WE WERE LOOKING FOR.

02:22PM  11    Q.   I'D LIKE TO SHOW YOU SOME SLIDES FROM THE PRESENTATION,

02:22PM  12    BUT BEFORE WE DO THAT, DESCRIBE THE SETTING.  WHERE DID YOU GO

02:22PM  13    WHEN YOU WERE IN PALO ALTO, AND I'M WONDERING WHO WAS PRESENT

02:22PM  14    IN THE ROOM?

02:22PM  15    A.   WE WENT TO THEIR HEADQUARTERS AND WE WERE IN A SMALL

02:22PM  16    CONFERENCE ROOM RIGHT OFF OF THE RECEPTION AREA, WHICH WAS THE

02:22PM  17    FOUR OF US.

02:22PM  18    Q.   AND WHO WERE THE FOUR THAT WERE PRESENT?

02:22PM  19    A.   MYSELF, DR. ROSAN, MS. HOLMES, AND MR. BALWANI.

02:22PM  20    Q.   AND WHAT WAS IN THE ROOM IF YOU REMEMBER?  WAS THERE A

02:22PM  21    SCREEN OR A LAPTOP?  WAS THERE A DEVICE?

02:22PM  22    A.   I DON'T REMEMBER IF THE PRESENTATION WAS ON A LAPTOP OR IF

02:22PM  23    THERE WERE HANDOUTS AS WELL.

02:22PM  24    Q.   OKAY.  HOW ABOUT A THERANOS DEVICE OR DEVICES?  DID YOU

02:22PM  25    SEE ANYTHING?

MIQUELON DIRECT BY MR. SCHENK

02:22PM 1   A.   I SAW A THERANOS DEVICE LATER, BUT MY RECOLLECTION IS THAT

02:22PM 2   IT WAS OUTSIDE OF THE ROOM AND SLIGHTLY AROUND THE CORNER.

02:23PM 3   Q.   AND WHEN YOU SAY "LATER," DO YOU MEAN LATER THAT SAME DAY?

02:23PM 4   A.   LATER THAT SAME DAY.

02:23PM 5   Q.   OKAY.  IF WE COULD NOW TURN TO THE FIRST PAGE OF THE

02:23PM 6   PRESENTATION, THAT'S THE THIRD PAGE OF THE EXHIBIT.

02:23PM 7        IS THIS THE PRESENTATION THAT MS. HOLMES AND MR. BALWANI

02:23PM 8   PRESENTED TO YOU AND DR. ROSAN THAT DAY?

02:23PM 9   A.   YES.

02:23PM 10  Q.   AND IF YOU COULD TURN TO PAGE 5 OF THE EXHIBIT.  THERE'S A

02:23PM 11  SLIDE THAT BEGINS THERANOS INCORPORATED, AND I'D LIKE TO ASK

02:23PM 12  YOU SOME QUESTIONS ABOUT A FEW OF THE BULLETS.

02:23PM 13       IT BEGINS, "THERANOS IS A SILICON VALLEY-BASED HEALTH CARE

02:23PM 14  TECHNOLOGY COMPANY FOUNDED IN 2003."

02:23PM 15       DID MS. HOLMES SAY THAT TO YOU?  DID SHE DESCRIBE TO YOU

02:23PM 16  THAT THERANOS WAS A TECHNOLOGY COMPANY THAT WAS FOUNDED IN

02:23PM 17  2003?

02:23PM 18  A.   I DON'T KNOW IF THOSE WERE THE EXACT WORDS, BUT MORE OR

02:23PM 19  LESS SHE GAVE SOME PERSPECTIVE ON THE STARTUP AND THE COMPANY

02:23PM 20  HAD BEEN AROUND FOR, YOU KNOW, EFFECTIVELY SEVEN YEARS.

02:24PM 21  Q.   AND DID THAT SORT OF DESCRIBE THE WAY THE MEETING WENT?

02:24PM 22  WERE SLIDES SHOWN AND EITHER MS. HOLMES OR MR. BALWANI TALKED

02:24PM 23  ABOUT THE SLIDES WHILE THEY WERE BEING DISPLAYED?

02:24PM 24  A.   THAT'S CORRECT.

02:24PM 25  Q.   THE FIRST BULLET READS, "THERANOS'S PROPRIETARY, PATENTED

MIQUELON DIRECT BY MR. SCHENK                                    3172

02:24PM   1    TECHNOLOGY RUNS COMPREHENSIVE BLOOD TESTS FROM A FINGERSTICK IN

02:24PM   2    REAL-TIME AT THE POINT OF CARE, OUTSIDE OF TRADITIONAL LAB

02:24PM   3    SETTINGS."

02:24PM   4        IS THAT CONSISTENT WITH THE WAY THAT MS. HOLMES DESCRIBED

02:24PM   5    THE TECHNOLOGY TO YOU WHEN YOU WERE IN PALO ALTO?

02:24PM   6    A.   YES.

02:24PM   7    Q.   WHAT DID YOU UNDERSTAND "RUNS COMPREHENSIVE BLOOD TESTS,"

02:24PM   8    TO MEAN?

02:24PM   9    A.   MY UNDERSTANDING WAS A PRETTY BROAD RANGE OF IMMUNOASSAY

02:24PM   10   TESTS, YOU KNOW, BLOOD TESTS, THAT EXACTLY.

02:24PM   11   Q.   OKAY.  WHEN THIS CONCEPT WAS BEING DISCUSSED, DO YOU

02:24PM   12   REMEMBER IF MS. HOLMES OR MR. BALWANI OR BOTH OF THEM WERE

02:25PM   13   TALKING ABOUT IT?  DO YOU HAVE A RECOLLECTION OF WHO DID THE

02:25PM   14   SPEAKING?

02:25PM   15   A.   I THINK IT WAS VERY INTERACTIVE, SO I WOULD SAY THAT IT

02:25PM   16   WAS INTERACTIVE.

02:25PM   17   Q.   WHAT DO YOU MEAN BY "INTERACTIVE"?

02:25PM   18   A.   I MEAN WE WOULD TALK ABOUT DIFFERENT POINTS AND WE WOULD

02:25PM   19   ASK QUESTIONS AND BOTH WOULD CHIME IN.  BUT IT WOULD BE HARD TO

02:25PM   20   SAY ANYONE SAID ONE SPECIFIC LINE OR ANY ONE LINE.

02:25PM   21   Q.   OKAY.  THE BULLET CONTINUES, "FROM A FINGERSTICK IN

02:25PM   22   REAL-TIME AT THE POINT OF CARE."

02:25PM   23       WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:25PM   24   A.   WELL, JUST PART OF THE VALUE PROPOSITION, WHICH OBVIOUSLY

02:25PM   25   ONE DROP OF BLOOD WOULD HAVE BENEFITS, YOU KNOW, VERSUS AN

MIQUELON DIRECT BY MR. SCHENK                                      3173

02:25PM  1    ENTIRE VIAL.

02:25PM  2          BUT BEING ABLE TO HAVE, AGAIN, THAT DECENTRALIZED LAB, I

02:25PM  3    THINK, AKIN MOVING FROM A MAINFRAME TO A LAPTOP, BEING ABLE TO

02:25PM  4    HAVE EFFECTIVELY A DEVICE THAT COULD AT THAT POINT OF CARE BE

02:25PM  5    ABLE TO TAKE THE BLOOD AND GATHER THE RESULTS HAD A LOT OF

02:25PM  6    ADDITIONAL BENEFITS AS WELL.

02:25PM  7    Q.   AND THEN IT CONTINUES, "OUTSIDE OF TRADITIONAL LAB

02:26PM  8    SETTINGS."

02:26PM  9          WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:26PM  10   A.   YOU KNOW, A TRADITIONAL LAB SETTING WOULD HAVE LARGE

02:26PM  11   MACHINES CAPABLE OF DOING SOME TESTS.  TYPICALLY YOU'RE WITH

02:26PM  12   LOOKING AT KIND OF VENA PUNCTURE, BEING ABLE TO DO THAT, THE

02:26PM  13   PATIENT MAY HAVE TO GO TO INDUSTRIAL COURT TO GET THEIR BLOOD

02:26PM  14   DRAWN, BUT THIS WOULD BE ABLE TO TAKE THE LAB TESTING AND

02:26PM  15   MOVING IT INTO THE PHARMACY WHERE IT WAS VERY CLOSE TO LOTS AND

02:26PM  16   LOTS OF PATIENTS.

02:26PM  17   Q.   SO THIS FIRST BULLET THAT WE JUST TALKED ABOUT, WAS THIS

02:26PM  18   ATTRACTIVE TO YOU AND TO WALGREENS?

02:26PM  19   A.   CERTAINLY.

02:26PM  20   Q.   WHY?

02:26PM  21   A.   AGAIN, WHEN YOU THINK ABOUT -- I THINK THE DATA SAYS 70 TO

02:26PM  22   80 PERCENT OF HEALTH CARE DECISIONS BY THE DOCTOR REQUIRES SOME

02:26PM  23   FORM OF LAB.  YOU KNOW, LAB IN MANY WAYS IS A GATEWAY TO GOOD

02:26PM  24   HEALTH.  BEING ABLE TO TEST ACCURATELY, FREQUENTLY, MAKING IT

02:26PM  25   ACCESSIBLE FOR PEOPLE, ALL OF THAT IS A WONDERFUL EXTENSION OF

MIQUELON DIRECT BY MR. SCHENK                                    3174

02:26PM   1    HEALTH CARE.

02:26PM   2    Q.   THE THIRD BULLET ON THE SCREEN IN FRONT OF YOU READS, "OUR

02:27PM   3    CURRENT AND PAST CLIENTS INCLUDE 10 OF THE TOP 15 MAJOR

02:27PM   4    PHARMACEUTICAL COMPANIES, MID SIZED BIO-PHARMAS, PROMINENT

02:27PM   5    RESEARCH INSTITUTIONS, AND U.S. AND FOREIGN GOVERNMENT HEALTH

02:27PM   6    AND MILITARY ORGANIZATIONS."

02:27PM   7         DID YOU HEAR MS. HOLMES OR MR. BALWANI DISCUSS THIS TOPIC

02:27PM   8    WHEN YOU WERE IN PALO ALTO?

02:27PM   9    A.   YES, WE DID.

02:27PM   10   Q.   AND WHAT DO YOU RECALL ABOUT THAT?

02:27PM   11   A.   WHAT I RECALL WAS REALLY 10 OF THE 15 PHARMACEUTICAL

02:27PM   12   COMPANIES, AS WELL AS SOME DISCUSSION ON THE WORK WITH THE

02:27PM   13   MILITARY.

02:27PM   14   Q.   AND WHAT DID YOU UNDERSTAND THAT THE PHARMACEUTICAL

02:27PM   15   COMPANIES DID FOR THERANOS?

02:27PM   16   A.   MY UNDERSTANDING WAS SOMEWHAT LIMITED BECAUSE THEY SAID

02:27PM   17   THAT THEY WERE UNDER NDA AND COULDN'T SHARE A LOT.

02:27PM   18        WHAT THEY HAD SAID IS THAT THEY WERE DOING WORK FOR, AND

02:27PM   19   IN VARIOUS DEGREES, SOME CLINICAL TRIAL WORK.

02:28PM   20        EARLY ON WHEN THEY STARTED WORKING WITH THE PHARMA

02:28PM   21   COMPANIES IT WAS -- YOU KNOW, A LOT OF THE REVENUE WAS DERIVED

02:28PM   22   FROM CREATING ALGORITHMS FOR THEM.

02:28PM   23        BUT THEY HAD BEEN MORPHING INTO BEING ABLE TO DO TESTING

02:28PM   24   FOR CLINICAL WORK AND HOPED TO TAKE THAT FURTHER OVER TIME.

02:28PM   25   Q.   DID THERE COME A TIME LATER ON IN YOUR INTERACTIONS WITH

3175

MIQUELON DIRECT BY MR. SCHENK

02:28PM  1    THERANOS WHEN YOU GAINED MORE INFORMATION ABOUT WHAT MS. HOLMES

02:28PM  2    SAID THE THERANOS PHARMACEUTICAL WORK INVOLVED?

02:28PM  3    A.   YES.

02:28PM  4    Q.   AND WOULD YOU DESCRIBE THAT FOR US?

02:28PM  5    A.   I BELIEVE THERE WERE THREE PAPERS THAT WERE PRODUCED FOR

02:28PM  6    US TO SEE FROM THREE DIFFERENT PHARMA COMPANIES THAT HAD

02:28PM  7    BASICALLY OUTLINED SOME OF THE WORK THAT THEY HAD DONE

02:28PM  8    TOGETHER, AS WELL AS THE FINDINGS OF THE PHARMA COMPANIES.

02:28PM  9    Q.   OKAY.  THANK YOU.  WE'LL COME BACK TO THAT IN A MOMENT.

02:28PM  10        THE FINAL BULLET ON THE SCREEN READS, "THERANOS IS

02:28PM  11   LAUNCHING THERANOS SYSTEMS TO CONSUMERS IN 2010."

02:28PM  12   A.   CORRECT.

02:28PM  13   Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:28PM  14   A.   I DON'T KNOW THAT WE TALKED ABOUT THAT IN DETAIL.

02:29PM  15        I DO BELIEVE AT THAT TIME THERE WAS SOME DISCUSSION OF

02:29PM  16   SOME WORK THAT THEY WERE DOING WITH ANOTHER LARGE RETAILER, AND

02:29PM  17   I BELIEVE OVER THE NEXT FEW MONTHS THERE WAS A LITTLE BIT OF

02:29PM  18   LIGHT SHED ON SOME OF THAT WORK AND SOME OF THE TESTING OF

02:29PM  19   THOSE EMPLOYEES.

02:29PM  20        BUT, AGAIN, I THINK THAT -- MY UNDERSTANDING WAS THAT THAT

02:29PM  21   WAS ALLUDING TO THAT OTHER RETAILER.

02:29PM  22   Q.   AND WHICH RETAILER WAS THAT?  DO YOU REMEMBER?

02:29PM  23   A.   TO MY BELIEF, IT'S SAFEWAY.  I'M NOT SURE THAT THAT WAS

02:29PM  24   EXPLICIT, BUT THAT IS WHAT I BELIEVED TO BE TRUE.

02:29PM  25   Q.   THANK YOU.

MIQUELON DIRECT BY MR. SCHENK                                    3176

02:29PM  1        COULD WE TURN NOW TO PAGE 7.

02:29PM  2        THIS SLIDE IS ENTITLED OVERVIEW:  THERANOS SYSTEMS, AND

02:29PM  3   UNDER THE THERANOS SYSTEMS THERE ARE THREE PICTURES.

02:29PM  4        DO YOU SEE THOSE IMAGES?

02:29PM  5   A.   YES.

02:29PM  6   Q.   AND THE FIRST IMAGE IS LABELED DEVICES.

02:29PM  7        DO YOU RECOGNIZE THAT IMAGE?

02:29PM  8   A.   YES.

02:29PM  9   Q.   AND WHAT IS THAT?

02:29PM  10  A.   THAT WAS -- I DON'T KNOW AT THAT TIME WHAT IT WAS CALLED,

02:29PM  11  BUT IT BECAME EFFECTIVELY KNOWN AS THE EDISON MACHINE.

02:30PM  12  Q.   AND WHEN YOU WERE IN PALO ALTO, DID YOU SEE THE PHOTO OR

02:30PM  13  DID YOU SEE AN ACTUAL MACHINE?

02:30PM  14  A.   I SAW AN ACTUAL MACHINE.

02:30PM  15  Q.   AND WHERE WAS THAT MACHINE LOCATED?

02:30PM  16  A.   AGAIN, I BELIEVE THAT WAS RIGHT OUTSIDE OF THE CONFERENCE

02:30PM  17  ROOM IN A SMALL, YOU KNOW, CONCLAVE OFF TO THE RIGHT.

02:30PM  18  Q.   AND THE NEXT PHOTO IS LABELLED CARTRIDGES.

02:30PM  19        DID MS. HOLMES OR MR. BALWANI EXPLAIN TO YOU HOW

02:30PM  20  CARTRIDGES PLAYED A ROLE IN THE THERANOS SYSTEMS?

02:30PM  21  A.   CORRECT.

02:30PM  22  Q.   AND WHAT DID YOU LEARN?

02:30PM  23  A.   SO IT WAS -- MY UNDERSTANDING WAS ALWAYS THAT WHAT

02:30PM  24  THERANOS WAS ACTUALLY DOING WAS, AGAIN, KIND OF AKIN TO

02:30PM  25  MAINFRAMES MOVING TO LAPTOP.  IT WASN'T CHANGING HOW LAB HAD

MIQUELON DIRECT BY MR. SCHENK                                    3177

02:30PM  1    BEEN DONE FOR IMMUNOASSAY.  IT WAS MAKING IT MUCH MORE

02:30PM  2    EFFECTIVE.

02:30PM  3        SO ESSENTIALLY YOU WOULD HAVE A CARTRIDGE WHICH HAD

02:30PM  4    VARIOUS CHAMBERS, YOU KNOW, LET'S SAY 8 BY 8 OR 64 POTENTIAL

02:30PM  5    CHAMBERS, AND EACH ONE CAN HOLD A SPECIFIC ANTIGEN, AND IF YOU

02:30PM  6    HAD A DROP OF BLOOD THAT WAS THEN MOVED INTO THE CHAMBERS, YOU

02:31PM  7    COULD HAVE A REACTION AND IT COULD BE READ THROUGH THE OPTICS

02:31PM  8    SIMILAR TO WHAT WOULD HAPPEN ON A, YOU KNOW, VERY BIG

02:31PM  9    EXPENSIVE, YOU KNOW, INDUSTRIAL MACHINE.  BUT IT WOULD HAPPEN,

02:31PM  10   YOU KNOW, MUCH MORE EFFICIENTLY AT THE POINT OF CARE THERE.

02:31PM  11       SO THE ESSENTIAL KEY OVER TIME WOULD BE TO CREATE

02:31PM  12   CARTRIDGES THAT WERE RELEVANT TO WHAT YOU WANTED TO TEST.  SO

02:31PM  13   IF YOU WERE DOING GENERAL CHEMISTRY, YOU WOULD HAVE TO HAVE A

02:31PM  14   CARTRIDGE THAT HAS THE VARIOUS ANTIGENS OF THE VARIOUS

02:31PM  15   CHEMISTRY THAT YOU'RE TRYING TO DO.

02:31PM  16   Q.   AND DID YOU HAVE AN UNDERSTANDING OF THE RELATIONSHIP

02:31PM  17   BETWEEN THE CARTRIDGE AND THE DEVICE?

02:31PM  18   A.   CORRECT.  I GUESS I ALWAYS THOUGHT OF IT REALLY AS A

02:31PM  19   PLATFORM, THE WAY THIS TECHNOLOGY WAS DEVELOPED, AND WHAT WAS

02:31PM  20   PRETTY EXCITING I THINK IS THAT THAT DEVICE IS REALLY A

02:31PM  21   PLATFORM TO TEST EFFECTIVELY ALMOST ANYTHING AS LONG AS YOU

02:31PM  22   HAVE THE PROPER CARTRIDGE FOR THE PROPER SPECIFIC TEST.

02:31PM  23   Q.   AND DID YOU SEE THE CARTRIDGE BEING PLACED INTO THE

02:31PM  24   DEVICE?

02:31PM  25   A.   I DON'T KNOW IF I SAW IT ON THAT DAY.  I DID LATER ON, BUT

MIQUELON DIRECT BY MR. SCHENK                                    3178

02:32PM  1   I'M NOT SURE ON THAT PARTICULAR DAY THAT I DID.

02:32PM  2   Q.   YOU CAN'T RECALL IF IT WAS THAT DAY IN 2010, BUT AT SOME

02:32PM  3   POINT?

02:32PM  4   A.   AT SOME POINT I DID, YEAH.

02:32PM  5   Q.   AND THE THIRD IMAGE ON THE TOP IS CALLED MOBILE

02:32PM  6   APPLICATIONS.

02:32PM  7        DID YOU GAIN AN UNDERSTANDING OF WHAT THAT MEANT DURING

02:32PM  8   THE MEETING?

02:32PM  9   A.   YEAH, I THINK ANOTHER EXCITING THING THAT THEY WERE DOING

02:32PM 10   REALLY WAS THE I.T. AROUND THE ENTIRE VALUE PROPOSITION.

02:32PM 11        SO TO THE EXTENT THAT YOU COULD TEST REALTIME AT THE POINT

02:32PM 12   OF CARE WITH THE DEVICE AND THE CARTRIDGE, THE DATA, THE

02:32PM 13   RESULTS, IF YOU WILL, WILL BE FED INTO THE CLOUD AND GO INTO

02:32PM 14   THEIR CENTRAL LAB IN PALO ALTO FOR, YOU KNOW, PATHOLOGISTS TO

02:32PM 15   REVIEW OR AN ALGORITHM TO REVIEW.

02:32PM 16        BUT YOU WERE EFFECTIVELY PUTTING THIS INFORMATION ON THE

02:32PM 17   WEB AND PUTTING IT OUT MORE OR LESS REALTIME.

02:32PM 18   Q.   OKAY.  AND WAS THAT ATTRACTIVE TO WALGREENS?

02:32PM 19   A.   I THINK IT'S AN ATTRACTIVE PART OF THE PROPOSITION BECAUSE

02:32PM 20   YOU DON'T HAVE TO HAVE, YOU KNOW, AN EXPERT OR A PATHOLOGIST OR

02:32PM 21   A DOCTOR WHERE THE MACHINE IS.  YOU ONLY HAVE TO HAVE IT IN A

02:33PM 22   CENTRAL LOCATION WHERE THE DATA CAN BE ANALYZED PROPERLY.

02:33PM 23   Q.   IF YOU WOULD NOW TURN TO PAGE 8.

02:33PM 24        WE SEE ANOTHER PHOTO UNDER THERANOS SYSTEMS DEVICES.

02:33PM 25        IS THIS PHOTO ALSO SIMILAR TO THE DEVICE THAT YOU SAW IN

02:33PM   1      PALO ALTO?

02:33PM   2      A.   VERY SIMILAR.

02:33PM   3      Q.   DID MS. HOLMES OR MR. BALWANI EVER TELL YOU THAT THERANOS

02:33PM   4      TESTED BLOOD ON NON-THERANOS DEVICES, ON SOME OTHER DEVICE?

02:33PM   5      A.   NOT TO MY RECOLLECTION, EXCEPT TO THE EXTENT THAT I KNOW

02:33PM   6      THAT THEY HAD DONE A LOT OF WORK TO CORRELATE THE THERANOS

02:33PM   7      EDISON DEVICE WITH CONVENTIONAL TESTING.

02:33PM   8          SO I GUESS MY UNDERSTANDING WAS THAT THEY MUST BE DOING,

02:33PM   9      YOU KNOW, THAT TESTING ON CONVENTIONAL LAB EQUIPMENT, WHETHER

02:33PM   10     IT BE IN HOUSE OR OUTSOURCED, BUT THAT THOSE CORRELATIONS WOULD

02:33PM   11     HAVE TO BE, YOU KNOW, DONE SOMEHOW.

02:33PM   12     Q.   SO DO I UNDERSTAND WHAT YOU'RE SAYING IS THAT THEY WOULD

02:34PM   13     TEST ON THE EDISON DEVICE, AND ALSO ON CONVENTIONAL DEVICES,

02:34PM   14     BUT FOR THE PURPOSES OF COMPARING THE RESULTS?

02:34PM   15     A.   RIGHT.   FOR PURPOSES OF DRAWING CORRELATIONS THAT WOULD,

02:34PM   16     YOU KNOW, DEMONSTRATE IT TO BE AS GOOD AS.

02:34PM   17     Q.   AND HOW ABOUT FOR THE WALGREENS BUSINESS PROPOSITION?  IF

02:34PM   18     WALGREENS WAS GOING TO PARTNER WITH THERANOS, DID YOU HAVE AN

02:34PM   19     UNDERSTANDING THAT THERANOS WOULD TEST BLOOD ON CONVENTIONAL

02:34PM   20     DEVICES?

02:34PM   21     A.   YES.

02:34PM   22     Q.   AND DESCRIBE THAT TO US.

02:34PM   23     A.   THE VALUE PROPOSITION WAS TO HAVE, YOU KNOW, 90,

02:34PM   24     95 PERCENT OF ALL TESTS THAT COULD BE DONE IN A CONVENTIONAL

02:34PM   25     LAB DONE ON A THERANOS DEVICE.

MIQUELON DIRECT BY MR. SCHENK                                    3180

02:34PM  1        THERE WERE SOME DISCUSSIONS AT SOME TIME THAT IF WE HAD A

02:34PM  2   FULL LAB OFFERING AND THERE WERE OTHER, YOU KNOW, MORE OBSCURE

02:34PM  3   TESTS OR TESTS THAT WEREN'T RELEVANT TECHNOLOGY, THAT THOSE

02:34PM  4   MIGHT BE DONE THROUGH A LAB SETTING.  BUT THAT WAS, YOU KNOW,

02:34PM  5   IT WOULD BE A VERY SMALL MINORITY OF THE TOTAL.

02:34PM  6   Q.   SO THE MAJORITY WERE ON THE THERANOS DEVICE, AND AS YOU

02:34PM  7   SAID, SOME OBSCURE TESTS WOULD BE TESTED ON CONVENTIONAL

02:35PM  8   DEVICES?

02:35PM  9   A.   RIGHT.

02:35PM  10  Q.   WOULD YOU TURN TO PAGE 9.  THIS SLIDE IS ENTITLED

02:35PM  11  VALIDATION OF THERANOS SYSTEMS.  THE FIRST PARAGRAPH READS,

02:35PM  12  "THERANOS SYSTEMS HAVE BEEN COMPREHENSIVELY VALIDATED OVER THE

02:35PM  13  COURSE OF THE LAST SEVEN YEARS BY 10 OF THE 15 LARGEST

02:35PM  14  PHARMACEUTICAL COMPANIES."

02:35PM  15       DID MS. HOLMES OR MR. BALWANI EXPLAIN THAT TO YOU WHEN YOU

02:35PM  16  WERE IN PALO ALTO?

02:35PM  17  A.   AGAIN, IT WAS THE ATTESTATIONS THAT THEY HAD BEEN DOING

02:35PM  18  WORK FOR 10 OF THE 15 PHARMACEUTICAL COMPANIES.  WE GOT A

02:35PM  19  LITTLE MORE INFORMATION ON THREE OF THOSE COMPANIES.  BUT WE

02:35PM  20  DISCUSSED THAT.  AND THERE WAS A POINT IN WHICH, AGAIN, BECAUSE

02:35PM  21  THEY WERE UNDER NDA, THE LEVEL OF INFORMATION WAS DIMINISHED.

02:35PM  22  Q.   SO AT SOME POINT LATER YOU ACTUALLY RECEIVED SOME OF THESE

02:35PM  23  REPORTS; IS THAT RIGHT?

02:35PM  24  A.   I BELIEVE WE RECEIVED THREE DIFFERENT REPORTS.

02:35PM  25  Q.   OKAY.  COULD WE NOW TURN TO PAGE 17.  THIS SLIDE IS TITLED

MIQUELON DIRECT BY MR. SCHENK                                    3181

02:36PM   1    THERANOS GENERAL CHEMISTRY TESTS.  THE FIRST BULLET READS,

02:36PM   2    "REAL-TIME, FINGER-STICK-BASED TESTS. "

02:36PM   3         WHEN YOU WERE AT THE THERANOS HEADQUARTERS, DID MS. HOLMES

02:36PM   4    OR MR. BALWANI EXPLAIN TO YOU THAT THERANOS TESTS WERE DONE BY

02:36PM   5    DRAWING BLOOD FROM A FINGERSTICK?

02:36PM   6    A.   THAT WAS MY UNDERSTANDING.

02:36PM   7    Q.   AND WHERE DID THAT UNDERSTANDING COME FROM?

02:36PM   8    A.   FROM THE DISCUSSIONS THAT I HAD WITH MR. BALWANI AND

02:36PM   9    MS. HOLMES.

02:36PM   10   Q.   OKAY.  AND THEY USED THE WORD REAL-TIME.

02:36PM   11        DID YOU HAVE AN UNDERSTANDING OF WHAT THAT MEANT?

02:36PM   12   A.   AGAIN, IT'S JUST THE FACT THAT YOU COULD TAKE BLOOD AND

02:36PM   13   ENTER IT INTO A DEVICE AND IDEALLY IN 15 MINUTES THE DEVICE

02:36PM   14   WOULD HAVE DONE THE ANALYSIS, VERSUS IF YOU WERE IN A LAB

02:36PM   15   SETTING, YOU MIGHT HAVE MULTIPLE HANDOFFS OF BLOOD VIALS

02:36PM   16   ULTIMATELY GOING TO A LAB AND THEN WAITING TO BE PROCESSED.

02:37PM   17   Q.   THE SECOND BULLET SAYS THAT "AT LESS THAN 70 PERCENT OF

02:37PM   18   THE COST OF CURRENT LAB TESTS."

02:37PM   19        WAS THERE SOME DISCUSSION ABOUT SOME COST ADVANTAGES TO

02:37PM   20   THE THERANOS SYSTEM?

02:37PM   21   A.   THERE WAS.  WE FELT THIS COULD BE MUCH MORE COST EFFECTIVE

02:37PM   22   THAN A TRADITIONAL LAB FOR A VARIETY OF REASONS.

02:37PM   23   Q.   WAS THAT ATTRACTIVE TO WALGREENS, THE COST ASPECT?

02:37PM   24   A.   I THINK ATTRACTIVE TO EVERYONE.

02:37PM   25   Q.   WHY?

MIQUELON DIRECT BY MR. SCHENK                                  3182

02:37PM  1    A.   I THINK, YOU KNOW, THE THING THAT EXCITED ME FOR SURE SO

02:37PM  2    MUCH WAS THAT THERANOS HELD THE PROMISE OF BEING ABLE TO DO LAB

02:37PM  3    TESTING BETTER, FASTER, AND CHEAPER, ALL OF WHICH LEAD TO

02:37PM  4    BETTER OUTCOMES FOR PATIENTS.

02:37PM  5    Q.   IF YOU'LL NOW TURN PLEASE TO PAGE 27.

02:37PM  6         THIS SLIDE IS TITLED REAL-TIME FINGER-STICK-BASED TESTS

02:38PM  7    FOR LAUNCH AT WALGREENS IN 2010.

02:38PM  8         THEN THERE'S A NUMBERS 1, 2, AND 3, GENERAL CHEMISTRY

02:38PM  9    PANELS AND STANDARD BLOOD TESTS, THE SECOND IS INFLUENZA, THE

02:38PM  10   THIRD IS FERTILITY, AND THE SLIDE TALKS ABOUT LAUNCH AT

02:38PM  11   WALGREENS IN 2010.

02:38PM  12        WAS THERE DISCUSSION ABOUT LAUNCHING WITH

02:38PM  13   FINGERSTICK-BASED TESTS AT WALGREENS THAT YEAR IN 2010?

02:38PM  14   A.   THERE WERE DISCUSSIONS.  EVERYBODY WAS EXCITED ABOUT THE

02:38PM  15   PROPOSITION AND WONDERING, YOU KNOW, HOW LONG IT WOULD TAKE TO

02:38PM  16   BRING THIS TO REALITY, BUT THERE WERE SOME EARLIER DISCUSSIONS

02:38PM  17   FOR SURE.

02:38PM  18   Q.   AND WHEN YOU WERE HAVING THOSE DISCUSSIONS, DID MS. HOLMES

02:38PM  19   DRAW A DISTINCTION BETWEEN THE TESTS, THE BLOOD TESTS THAT WERE

02:38PM  20   READY IN 2010 VERSUS BLOOD TESTS THAT WOULD BE READY LATER OR

02:38PM  21   SOMETIME IN THE FUTURE?

02:38PM  22   A.   I DON'T BELIEVE SO.

02:38PM  23   Q.   WHAT DO YOU MEAN?

02:38PM  24   A.   THE -- YOU KNOW, AGAIN, EITHER ON THIS DAY OR IN THE NEXT

02:38PM  25   FEW MONTHS, THERE WAS A LOT OF DISCUSSION THAT THE COMPANY WAS

MIQUELON DIRECT BY MR. SCHENK                              3183

02:38PM   1    VERY ADEPT AT DOING KIND OF THE STANDARD TESTING.

02:39PM   2         BUT WE BUCKETED OVER TIME, YOU KNOW, THREE DIFFERENT

02:39PM   3    VERSIONS.  I THINK MORE OR LESS WE HAD THE TESTS THAT ARE THE

02:39PM   4    OVERWHELMING, YOU KNOW, STANDARD TESTS DONE; THERE WERE

02:39PM   5    SPECIALTY TESTS WHICH WERE A BIT MORE DIFFICULT; AND THEN WE

02:39PM   6    TALKED ABOUT SOMETHING CALLED V3, YOU KNOW, WHICH WERE TESTS

02:39PM   7    ULTIMATELY WHICH WOULD BE PREDICTIVE AND NEW TO THE WORLD, BUT

02:39PM   8    THAT DIDN'T REALLY EXIST YET.

02:39PM   9    Q.   AND WHEN YOU SAY V3, DO YOU MEAN VERSION?

02:39PM   10   A.   VERSION 3.

02:39PM   11   Q.   DID YOU HAVE AN UNDERSTANDING FROM MS. HOLMES WHAT THE

02:39PM   12   FIRST BUCKET, AS YOU DESCRIBED IT, WHAT WAS INVOLVED, OR WHAT

02:39PM   13   TYPES OF TESTS WERE INVOLVED IN THAT FIRST BUCKET?

02:39PM   14   A.   YOU KNOW, AGAIN, IT'S PRIMARY, YOU KNOW, BLOOD TESTS DONE

02:39PM   15   THROUGH IMMUNOASSAY, THE, THE ANTIGEN TESTS, WHICH NUMBER IN

02:39PM   16   THE HUNDREDS, BUT THOSE TESTS WERE EITHER READY TO GO OR WOULD

02:39PM   17   BE SHORTLY.

02:39PM   18   Q.   DID YOU LEAVE THE MEETING WITH AN UNDERSTANDING THAT THERE

02:39PM   19   WERE A NUMBER OF TESTS THAT WERE AVAILABLE IN 2010?

02:40PM   20   A.   YES, AND I DON'T KNOW HOW MANY SPECIFICALLY.  AGAIN, I

02:40PM   21   DON'T KNOW IF WE HAD A NUMBER.

02:40PM   22        WE, WE FELT THAT THEY WERE DOING A FAIRLY BROAD RANGE OF

02:40PM   23   TESTS WITH THE PHARMA COMPANIES, AS WELL AS OUR UNDERSTANDING

02:40PM   24   WAS THAT THEY WERE ALREADY DOING SOME WORK WITH THE OTHER

02:40PM   25   RETAILER IN THAT REGARD.

MIQUELON DIRECT BY MR. SCHENK

02:40PM  1    Q.   OKAY.  WOULD YOU NOW TURN TO PAGE 30.  THIS IS TITLED

02:40PM  2    REAL-TIME FINGER-STICK-BASED TESTS FOR LAUNCH AT WALGREENS IN

02:40PM  3    2011, AND IT INCLUDES WOMEN'S AND MEN'S HEALTH.

02:40PM  4        DURING THE MEETING, DID MS. HOLMES MAKE A DISTINCTION

02:40PM  5    BETWEEN THE TESTS THAT WOULD BE READY IN 2010 VERSUS THE TESTS

02:40PM  6    IN 2011?

02:40PM  7    A.   I RECALL SOME DIALOGUE.  I DON'T KNOW IF IT WAS THAT

02:40PM  8    MEETING OR NOT, WHETHER WE WOULD WANT TO TAKE A COUPLE OF

02:40PM  9    SPECIFIC TESTS TO GET SOME PILOT LEARNINGS, THESE TYPES OF

02:40PM  10   TESTS; OR WHETHER WE WOULD, YOU KNOW, WAIT AND DO KIND OF THE

02:41PM  11   BROADER GENERAL CHEMISTRY.

02:41PM  12        AGAIN, THIS WAS VERY EARLY DISCUSSIONS, BUT IT WAS JUST,

02:41PM  13   AGAIN, A DIALOGUE ON WHAT MIGHT BE THE NEXT BEST STEP TO BE

02:41PM  14   ABLE TO PILOT AND GET MORE INFORMATION.

02:41PM  15   Q.   DURING THE MEETING, DID YOU GET AN IMPRESSION ABOUT

02:41PM  16   MS. HOLMES'S ABILITY TO DESCRIBE TO YOU PRESENT CAPABILITIES AS

02:41PM  17   OPPOSED TO FUTURE CAPABILITIES?

02:41PM  18   A.   I DON'T KNOW IF I COULD SAY IN THAT VERY FIRST MEETING OR

02:41PM  19   NOT.  I THINK BOTH OF US WERE UNDER THE IMPRESSION, DR. ROSAN

02:41PM  20   AND I, THAT CERTAINLY THIS TECHNOLOGY WOULD WORK FOR, YOU KNOW,

02:41PM  21   A NUMBER OF TESTS AND THAT EXPANDING TESTS WAS JUST, AGAIN, A

02:41PM  22   MATTER OF JUST PERFECTING THE REAGENTS AND OTHER THINGS.  WE

02:41PM  23   CERTAINLY HAD AN UNDERSTANDING IT WORKED FOR MANY TESTS.  I

02:41PM  24   CAN'T SPECIFY HOW MANY.

02:41PM  25   Q.   YOU DIDN'T KNOW THE CURRENT NUMBER, BUT YOU UNDERSTOOD

MIQUELON DIRECT BY MR. SCHENK                              3185

02:42PM   1    THAT IT WAS PRESENTLY CAPABLE OF WORKING FOR SOME?

02:42PM   2    A.   RIGHT.  AND I WAS TOLD THAT ANY BLOOD, ANY BLOOD, URINE,

02:42PM   3    OTHER FLUID SAMPLE SHOULD BE ABLE TO BE WORKABLE UPON THAT

02:42PM   4    TECHNOLOGY.

02:42PM   5    Q.   I'M SORRY?

02:42PM   6    A.   ANY BLOOD, SALIVA, OR URINE, ALMOST ANY TEST SHOULD BE

02:42PM   7    ABLE TO WORK ON THAT PLATFORM.

02:42PM   8    Q.   IF YOU'LL TURN ONE PAGE NOW TO PAGE 31.

02:42PM   9         THIS SLIDE IS TITLED LAUNCH OF THERANOS SYSTEMS AT

02:42PM  10    WALGREENS AND IT READS, "THERANOS WOULD LIKE TO CEMENT A

02:42PM  11    PARTNERSHIP WITH WALGREENS BY END OF APRIL 2010 TO LAUNCH THE

02:42PM  12    GENERAL CHEMISTRY, INFLUENZA, AND FERTILITY TESTS IN Q4 2010."

02:42PM  13         DO YOU REMEMBER A DISCUSSION AROUND THIS TOPIC?

02:42PM  14    A.   VAGUELY, BUT YES.

02:42PM  15    Q.   AND THE MEETING WAS OCCURRING IN MARCH OF 2010; IS THAT

02:42PM  16    RIGHT?

02:42PM  17    A.   CORRECT.

02:43PM  18    Q.   AND SO WAS THERANOS SUGGESTING THAT YOU COULD BEGIN THE

02:43PM  19    PARTNERSHIP NEXT MONTH IN APRIL OF 2010?

02:43PM  20    A.   I THINK ON A SMALL SCALE, YES, THAT'S WHAT THEY'RE

02:43PM  21    SUGGESTING.

02:43PM  22    Q.   AND YOU SAID ON A SMALL SCALE.  IT DESCRIBES A LAUNCH WITH

02:43PM  23    CERTAIN TESTS, GENERAL CHEMISTRY, INFLUENZA AND FERTILITY.  DO

02:43PM  24    YOU REMEMBER THOSE BEING DISCUSSED?

02:43PM  25    A.   YES.

MIQUELON DIRECT BY MR. SCHENK                                    3186

02:43PM  1    Q.   AND WHAT DO YOU RECALL ABOUT THAT?

02:43PM  2    A.   AGAIN, THAT THESE MIGHT BE SOME LOW HANGING FRUIT, SO TO

02:43PM  3    SPEAK, IN ORDER TO BE ABLE TO GET IN THE MARKET AND START TO

02:43PM  4    UNDERSTAND THINGS LIKE CONSUMER ACCEPTANCE OF LAB IN A DRUG

02:43PM  5    STORE AND OTHER LEARNINGS.

02:43PM  6    Q.   OKAY.  WOULD YOU NOW TURN TO EXHIBIT 291 IN YOUR BINDER.

02:43PM  7         THE FIRST PAGE HAS A COUPLE OF EMAILS ON IT, AND THEN

02:43PM  8    THERE ARE SOME ATTACHMENTS.  WOULD YOU JUST SPEND A MINUTE AND

02:43PM  9    FLIP THROUGH THAT AND I'M GOING TO ASK YOU IF YOU RECOGNIZE THE

02:44PM  10   ATTACHMENTS.

02:44PM  11   A.   OKAY.

02:44PM  12   Q.   DO YOU RECOGNIZE THE ATTACHMENTS?

02:44PM  13   A.   I DO.

02:44PM  14   Q.   AND WHAT ARE THE ATTACHMENTS?

02:44PM  15   A.   THESE ARE EXCERPTS FROM THE THREE PHARMA COMPANIES,

02:44PM  16   DOCUMENTS THAT WERE SHARED WITH US MORE OR LESS VALIDATING THE

02:44PM  17   WORK THAT THEY HAD DONE WITH THEM.

02:44PM  18   Q.   SO EARLIER WHEN YOU TALKED ABOUT SEEING SOME VALIDATION

02:44PM  19   REPORTS FROM PHARMACEUTICAL COMPANIES, ARE THESE THOSE REPORTS?

02:44PM  20   A.   YES.

02:44PM  21   Q.   AND THEN THE EMAIL ON THE TOP OF THE FIRST PAGE FROM

02:44PM  22   MS. HOLMES TO TWO EMPLOYEES, INCLUDING DR. ROSAN ON THIS EMAIL,

02:44PM  23   YOU'RE NOT ON THIS EMAIL; IS THAT RIGHT?

02:44PM  24   A.   I'M NOT.

02:44PM  25   Q.   BUT YOU STILL SAW THESE ATTACHMENTS AT SOME POINT?

02:45PM   1    A.   YEAH.   I RECALL DR. ROSAN SHARING THOSE WITH ME.

02:45PM   2              MR. SCHENK:   YOUR HONOR, THE GOVERNMENT OFFERS THE

02:45PM   3    FIRST EMAIL ON THE FIRST PAGE, THE ONE FROM MS. HOLMES AND THE

02:45PM   4    ATTACHMENTS.

02:45PM   5              MR. DOWNEY:   NO OBJECTION, YOUR HONOR.

02:45PM   6              THE COURT:   THOSE ARE ADMITTED, AND THEY MAY BE

02:45PM   7    PUBLISHED.

02:45PM   8         (GOVERNMENT'S EXHIBIT 291 WAS RECEIVED IN EVIDENCE.)

02:45PM   9    BY MR. SCHENK:

02:45PM   10   Q.   LET'S START FIRST WITH AN EMAIL FROM MS. HOLMES ON

02:45PM   11   APRIL 2010.

02:45PM   12        DO YOU SEE THAT EMAIL?

02:45PM   13   A.   YES.

02:45PM   14   Q.   AND IT READS "DR. JAY, ALEX.

02:45PM   15        "AS PER OUR DISCUSSION, PLEASE FIND THREE INDEPENDENT DUE

02:45PM   16   DILIGENCE REPORTS ON THERANOS SYSTEMS ATTACHED TO THIS EMAIL.

02:45PM   17   THESE REPORTS ARE FROM GLAXOSMITHKLINE, PFIZER, AND

02:45PM   18   SCHERING-PLOUGH AFTER THEIR OWN TECHNICAL VALIDATION AND

02:46PM   19   EXPERIENCE WITH THERANOS SYSTEMS IN THE FIELD.   PLEASE NOTE

02:46PM   20   THAT THESE DOCUMENTS ARE STRICTLY CONFIDENTIAL UNDER OUR CDA."

02:46PM   21        IN THE EMAIL, SHE WRITES "INDEPENDENT DUE DILIGENCE

02:46PM   22   REPORTS."   IS THAT CONSISTENT WITH YOUR UNDERSTANDING OF WHAT

02:46PM   23   THESE REPORTS WERE?

02:46PM   24   A.   YES.

02:46PM   25   Q.   AND SHE ALSO WRITES THAT GLAXO, PFIZER, AND

MIQUELON DIRECT BY MR. SCHENK                                    3188

02:46PM   1    SCHERING-PLOUGH DID THIS AFTER THEIR, QUOTE, "OWN TECHNICAL

02:46PM   2    VALIDATION."

02:46PM   3        DID YOU ALSO UNDERSTAND THAT THE PHARMA COMPANIES DID

02:46PM   4    THEIR OWN TECHNICAL VALIDATIONS AND PREPARED THESE REPORTS?

02:46PM   5    A.   YES.

02:46PM   6    Q.   LET'S NOW TURN TO THE REPORTS.  I'D LIKE TO FIRST SHOW YOU

02:46PM   7    PAGE 2.

02:46PM   8        THIS ONE IS FROM GSK.  WHEN YOU WERE CFO AT WALGREENS, YOU

02:46PM   9    SAID THAT DR. JAY SHARED THESE REPORTS WITH YOU.

02:46PM  10        DO YOU RECALL THAT?

02:46PM  11    A.   YES.

02:46PM  12    Q.   AND DO YOU REMEMBER WHAT YOU MADE OF THEM WHEN YOU

02:46PM  13    RECEIVED THE REPORTS?

02:47PM  14    A.   I THOUGHT IT WAS AT LEAST A TERRIFIC PIECE OF INFORMATION

02:47PM  15    ABOUT THE VALIDITY OF WHAT THEY WERE WORKING ON TO BE ABLE TO

02:47PM  16    HAVE THREE PHARMA COMPANIES USE IT, AND MOST OF THESE COMPANIES

02:47PM  17    HAVE VERY BIG LABS AND VERY BIG R&D BUDGETS FOR LABS, AND TO BE

02:47PM  18    ABLE TO VALIDATE SOME COMPONENTS OF WHAT THEY WERE DOING.

02:47PM  19    Q.   AND DID THAT PIECE OF VALIDATION MATTER TO YOU OR MATTER

02:47PM  20    TO WALGREENS AS YOU'RE DECIDING WHETHER TO CREATE A PARTNERSHIP

02:47PM  21    WITH THERANOS?

02:47PM  22    A.   CERTAINLY AN IMPORTANT PIECE.

02:47PM  23    Q.   WHY?

02:47PM  24    A.   AGAIN, THE PHARMACY COMPANIES IN GENERAL ARE MUCH MORE

02:47PM  25    ADEPT AT THE LAB WORK THAT THEY DO BOTH FOR THE CLINICAL WORK

MIQUELON DIRECT BY MR. SCHENK                                    3189

02:47PM  1    FOR THEIR DRUG DEVELOPMENT, AS WELL AS MANY CASES FOR THEIR LAB

02:47PM  2    WORK OUTRIGHT.

02:47PM  3         SO BEING ABLE TO HAVE, AGAIN, THEIR VALIDATION, THEIR

02:47PM  4    ANALYSIS, JUST BEING ABLE TO KNOW THAT 10 OF THE TOP 15 WERE

02:47PM  5    ACTIVELY WORKING AND THREE WOULD BE WORKING TO VALIDATE AND

02:48PM  6    PUBLISH OR AT LEAST TO CREATE A PARTNER WE THOUGHT WAS VERY

02:48PM  7    IMPORTANT.

02:48PM  8    Q.   AND IF YOU WOULD NOW TURN TO PAGE 8 IN THE DOCUMENT.  WE

02:48PM  9    SEE THE VALIDATION REPORT FROM PFIZER.

02:48PM  10        DO YOU SEE THAT?

02:48PM  11   A.   I DO.

02:48PM  12   Q.   AND DID YOU NOTICE THAT PFIZER'S LOGO WAS ON THE DOCUMENT

02:48PM  13   WHEN YOU LOOKED AT THIS INITIALLY?

02:48PM  14   A.   YES.

02:48PM  15   Q.   AND WHAT DID YOU MAKE OF THAT FACT?

02:48PM  16   A.   MY ASSUMPTION WAS JUST THAT THIS WAS EITHER WRITTEN BY

02:48PM  17   PFIZER WITH THE APPROVAL OF THERANOS TO SHARE, OR IT WAS

02:48PM  18   WRITTEN BY THERANOS WITH PFIZER'S APPROVAL THAT THEY AGREED TO

02:48PM  19   WHAT WAS WRITTEN.

02:48PM  20   Q.   I'D NOW LIKE TO DRAW YOUR ATTENTION TO PAGE 34 IN THE

02:48PM  21   DOCUMENT.

02:48PM  22        NOW WE'RE LOOKING AT THE VALIDATION REPORT FROM SCHERING

02:49PM  23   CORPORATION, SCHERING-PLOUGH.

02:49PM  24        DO YOU NOTICE THAT THE SCHERING-PLOUGH LOGO WAS ON THIS

02:49PM  25   DOCUMENT ALSO?

MIQUELON DIRECT BY MR. SCHENK                                    3190

02:49PM  1    A.   YES.

02:49PM  2    Q.   AND IN THE SECOND LINE, IS THE WORD "INSTITUTE"

02:49PM  3    MISSPELLED?

02:49PM  4    A.   YES.

02:49PM  5    Q.   AND DID YOU NOTICE THAT AT THE TIME?

02:49PM  6    A.   NO.

02:49PM  7    Q.   COULD WE NOW TURN TO EXHIBIT 300 IN YOUR BINDER.

02:49PM  8         AFTER YOU LEFT THE THERANOS HEADQUARTERS AND WENT BACK TO

02:49PM  9    ILLINOIS, DID YOU CONTINUE TO HAVE FURTHER MEETINGS WITH

02:49PM  10   THERANOS?

02:49PM  11   A.   YES.

02:49PM  12   Q.   FOR WHAT PURPOSE?  WHAT WERE YOU -- WHAT WAS WALGREENS

02:49PM  13   CONSIDERING?

02:49PM  14   A.   LIKE I SAID BEFORE, I THINK WE THOUGHT THAT THIS WAS ONE

02:50PM  15   OF THE MOST EXCITING COMPANIES THAT WE HAD SEEN, MAYBE NOT JUST

02:50PM  16   IN LAB BUT IN GENERAL; THAT WHAT THEY WERE DOING WAS VERY

02:50PM  17   DISRUPTIVE AND COULD BE BETTER, FASTER, CHEAPER THAN WHAT HAD

02:50PM  18   BEEN DONE BEFORE; THAT IT COULD REALLY CHANGE THE GAME IN TERMS

02:50PM  19   OF PROVIDING MORE ACCESSIBLE LAB AND BETTER OUTCOMES FOR

02:50PM  20   PATIENTS, AND SO WE WERE VERY EXCITED ABOUT FORMING A

02:50PM  21   PARTNERSHIP.

02:50PM  22   Q.   AND WAS ONE OF THE NEXT STEPS YOU TOOK TO HAVE ANOTHER

02:50PM  23   MEETING, THIS TIME IN ILLINOIS, WITH MS. HOLMES AND

02:50PM  24   MR. BALWANI?

02:50PM  25   A.   YES.

MIQUELON DIRECT BY MR. SCHENK

| | | |
|---|---|---|
| 02:50PM | 1 | Q.   AND IS EXHIBIT 300 AN EMAIL FROM YOU TO OTHER FOLKS AT |
| 02:50PM | 2 | WALGREENS IN ADVANCE OF THAT MEETING? |
| 02:50PM | 3 | A.   YES. |
| 02:50PM | 4 | MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS |
| 02:50PM | 5 | EXHIBIT 300. |
| 02:50PM | 6 | MR. DOWNEY:  NO OBJECTION, YOUR HONOR. |
| 02:50PM | 7 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 02:50PM | 8 | (GOVERNMENT'S EXHIBIT 300 WAS RECEIVED IN EVIDENCE.) |
| 02:50PM | 9 | BY MR. SCHENK: |
| 02:50PM | 10 | Q.   IF WE CAN START WITH YOUR EMAIL THAT BEGINS ON THE MIDDLE |
| 02:50PM | 11 | OF THE PAGE AND CAPTURE THE REST OF THE SCREEN ALL OF THE WAY |
| 02:50PM | 12 | DOWN. |
| 02:51PM | 13 | YOU WROTE THIS APRIL 26TH, 2010, SO ABOUT A MONTH AFTER |
| 02:51PM | 14 | YOUR TRIP TO THERANOS HEADQUARTERS; IS THAT RIGHT? |
| 02:51PM | 15 | A.   CORRECT. |
| 02:51PM | 16 | Q.   AND YOU WROTE TO SEVERAL INDIVIDUALS FROM WALGREENS.  SORT |
| 02:51PM | 17 | OF GENERALLY, WHO WERE THESE INDIVIDUALS? |
| 02:51PM | 18 | A.   THIS WOULD BE A COMPILATION OF, YOU KNOW, EIGHT, NINE OF |
| 02:51PM | 19 | THE TOP OFFICERS IN THE COMPANY, AS WELL AS EXECUTIVES WHO |
| 02:51PM | 20 | OVERSAW NEW BUSINESS DEVELOPMENT, AS WELL AS EXECUTIVES WHO |
| 02:51PM | 21 | WERE FROM A HEALTH CARE BACKGROUND. |
| 02:51PM | 22 | Q.   AND THE FIRST NAME WE SEE IS GREG WASSON.  WAS HE THE CEO |
| 02:51PM | 23 | AT THE TIME? |
| 02:51PM | 24 | A.   YES, HE WAS. |
| 02:51PM | 25 | Q.   IN THE EMAIL YOU WRITE, "AS YOU KNOW, PROVIDING DIAGNOSTIC |

MIQUELON DIRECT BY MR. SCHENK                                    3192

02:51PM  1    SERVICES IN THE STORES, RETAIL CLINICS, WORK SITE HEALTH

02:51PM  2    CENTERS, HOME CARE, ET CETERA, IS IN OUR STRATEGIC DOCUMENT AND

02:51PM  3    HAS BEEN PART OF OUR BOARD DISCUSSIONS."

02:51PM  4        WHAT DID YOU MEAN BY THAT, IN OUR STRATEGIC DOCUMENT AND

02:51PM  5    HAS BEEN PART OF OUR BOARD DISCUSSIONS?

02:52PM  6    A.   WELL, LIKE ANY COMPANY, WALGREENS HAS A STRATEGY OF BOTH

02:52PM  7    OVERARCHING THEMES, AS WELL AS SPECIFIC INITIATIVES, AND WE

02:52PM  8    WERE WORKING TO KEEP MOVING AGAIN INTO ADDITIONAL SPACES IN

02:52PM  9    HEALTH CARE THAT WE THOUGHT MADE SENSE FOR THE COMPANY.

02:52PM  10       AGAIN, ONE OF THE ONES MOST PEOPLE WOULD BE FAMILIAR WITH

02:52PM  11   WOULD BE VACCINATIONS, BUT THAT MOVING INTO THE LAB SPACE AND

02:52PM  12   PROVIDING MORE ACCESSIBLE LAB FOR PATIENTS WAS ANOTHER VERY

02:52PM  13   INTERESTING OPPORTUNITY.

02:52PM  14   Q.   A SENTENCE DOWN, OR TWO SENTENCES DOWN, YOU WRITE, "ON

02:52PM  15   FRIDAY NEXT WEEK WE HAVE ASKED A COMPANY, THERANOS, WHO HAS A

02:52PM  16   NEW TECHNOLOGY (AND WE BELIEVE TO POTENTIALLY BE THE LEADER IN

02:52PM  17   THE SPACE) TO PRESENT TO OUR SENIOR TEAM."

02:52PM  18       IS THAT TRUE, DID YOU ASK THERANOS TO COME AND PRESENT?

02:52PM  19   A.   YES.

02:52PM  20   Q.   AND THEN YOU WRITE, "THE REASONS WHY WE ARE SO ENCOURAGED

02:52PM  21   ARE," AND THEN I'D LIKE TO GO THROUGH SOME OF THESE REASONS

02:52PM  22   WITH YOU.

02:52PM  23       BUT FIRST, WHERE DID YOU GET THE INFORMATION THAT YOU

02:52PM  24   WROTE IN THIS LIST?  WHERE DID THAT COME FROM?

02:53PM  25   A.   THIS LIST WAS A MIX OF THE PRESENTATION THAT I SAW, AS

MIQUELON DIRECT BY MR. SCHENK

02:53PM 1    WELL AS THE DISCUSSION, THE Q & A AND THE DIALOGUE THAT WE HAD

02:53PM 2    AT THE PRIOR MEETING.

02:53PM 3    Q.   SO THE PRESENTATION THAT WE LOOKED AT, THE POWERPOINT

02:53PM 4    SLIDES?

02:53PM 5    A.   CORRECT.

02:53PM 6    Q.   AND THEN THE QUESTIONS AND ANSWERS THAT YOU RECEIVED WHEN

02:53PM 7    YOU WERE AT HEADQUARTERS FOR THERANOS?

02:53PM 8    A.   CORRECT, JUST MY PERSONAL NOTES THAT I WOULD HAVE TAKEN

02:53PM 9    FROM THE MEETING.

02:53PM 10   Q.   NUMBER 1 IS "50 TO 70 PERCENT CHEAPER THAN TESTS DONE AT

02:53PM 11   NORMAL LABS WHILE ALLOWING US TO EARN A ROBUST GROSS/NET

02:53PM 12   PROFIT.

02:53PM 13       "A.   DISRUPTIVE TECHNOLOGY THAT CUTS ENTIRE INFRASTRUCTURE

02:53PM 14   OF A CLINICAL LAB, NO COURIERS, NO EXPENSIVE TESTING EQUIPMENT,

02:53PM 15   NO TEAMS OF TRAINED LAB TECHS, NO BIG BUILDINGS, PHARM TECH

02:53PM 16   LEVEL PERSON CAN RUN DEVICE?"

02:53PM 17       SO HELP ME TO UNDERSTAND WHAT YOU MEANT WHEN YOU WROTE

02:53PM 18   "DISRUPTIVE TECHNOLOGY THAT CUTS ENTIRE INFRASTRUCTURE OF A

02:54PM 19   CLINICAL LAB."

02:54PM 20   A.   I THINK THIS REALLY GOES TO PART OF THE VALUE PROPOSITION

02:54PM 21   OF, YOU KNOW, 50 TO 70 PERCENT LESS EXPENSIVE.

02:54PM 22       AGAIN, WHEN YOU THINK OF CONVENTIONAL LABS WHERE YOU HAVE

02:54PM 23   VERY EXPENSIVE MACHINES, WHERE YOU HAVE, AGAIN, REAL ESTATE TO

02:54PM 24   HOUSE THAT, WHERE YOU MIGHT HAVE RELATIONSHIPS WITH OFFICE

02:54PM 25   SPACE AND INDUSTRIAL PARKS TO COLLECT SAMPLES, WHERE YOU HAVE

MIQUELON DIRECT BY MR. SCHENK                                    3194

02:54PM   1    COURIERS THAT HAVE TO, YOU KNOW, COURIER YOUR SAMPLES, YOU CAN

02:54PM   2    ARGUE THERE'S A LOT OF ROOM FOR EFFICIENCY AND OPPORTUNITY, AND

02:54PM   3    WE BELIEVED AT SCALE, AS I DO BELIEVE THAT SUNNY AND ELIZABETH

02:54PM   4    DID, THAT THERE WAS AN TREMENDOUS OPPORTUNITY TO REDUCE THAT

02:54PM   5    WASTE AND TO GIVE VALUE TO CUSTOMERS.

02:54PM   6    Q.   YOU THEN WROTE, "NO COURIERS."  DID YOU UNDERSTAND THAT

02:54PM   7    BLOOD TESTING THROUGH THERANOS WOULD NOT REQUIRE COURIERS TO

02:54PM   8    TRANSPORT BLOOD?

02:54PM   9    A.   CORRECT.  AND, AGAIN, I THINK TO THE EXTENT THAT YOU HAVE

02:54PM  10    AN EDISON IN FRONT OF YOU, THAT'S CORRECT.

02:55PM  11         AGAIN, TO THE EXTENT THAT YOU'RE GOING TO TAKE BLOOD

02:55PM  12    SAMPLES AND THEN SEND THEM TO AN EDISON, YOU'D HAVE SOME

02:55PM  13    COURIER PROCESS.

02:55PM  14    Q.   SURE.  AND THEN YOU WRITE "NO EXPENSIVE TESTING

02:55PM  15    EQUIPMENT."

02:55PM  16         WHAT DID YOU MEAN BY THAT?

02:55PM  17    A.   AGAIN, IT MIGHT BE SOMEWHAT ILLUSTRATIVE, BUT MY

02:55PM  18    UNDERSTANDING IS THAT CONVENTIONAL LAB WILL HAVE VERY EXPENSIVE

02:55PM  19    MACHINES, VERY LARGE MACHINES THAT HAVEN'T CHANGED MUCH IN MANY

02:55PM  20    YEARS, HUNDREDS OF THOUSANDS OF DOLLARS, IF NOT MILLIONS, AND

02:55PM  21    THAT YOU NEED SEVERAL OF THOSE TO BE ABLE TO DO A BROAD MENU OF

02:55PM  22    TESTS.

02:55PM  23         SO BEING ABLE, AGAIN, TO MOVE IT FROM MORE OF THAT

02:55PM  24    MAINFRAME TO A LAPTOP TO WHERE YOU'RE CREATING LOTS OF EDISONS

02:55PM  25    THAT ARE MORE CLOSER TO THE CUSTOMER VERSUS, AGAIN, INVESTING

MIQUELON DIRECT BY MR. SCHENK                                   3195

02:55PM  1    IN THOSE VERY EXPENSIVE TRADITIONAL LAB TESTING MACHINES.

02:55PM  2    Q.   SO IN YOUR MIND, WAS ONE OF THE BENEFITS TO THERANOS THAT

02:55PM  3    THEY DID NOT USE THIS EXPENSIVE TRADITIONAL LAB TESTING

02:56PM  4    EQUIPMENT?

02:56PM  5    A.   CORRECT.

02:56PM  6    Q.   AND IF, IN FACT, THERANOS DID USE THIS EXPENSIVE

02:56PM  7    TRADITIONAL LAB TESTING EQUIPMENT, YOU WOULD LOSE THAT BENEFIT

02:56PM  8    THAT YOU JUST DESCRIBED TO US?

02:56PM  9    A.   CORRECT.

02:56PM  10   Q.   YOU WROTE, "NO TEAMS OF TRAINED LAB TECHS, NO BIG

02:56PM  11   BUILDINGS, AND THAT THE PHARM TECH LEVEL PERSON CAN RUN THE

02:56PM  12   DEVICE."

02:56PM  13       WHAT DID YOU MEAN BY THAT?

02:56PM  14   A.   AGAIN, IT'S -- IF YOU LOOK AT HOW A LAB IS DONE TODAY,

02:56PM  15   IT'S -- SOME OF THE LARGE LAB PLAYERS, THEY'RE NOT ONLY

02:56PM  16   INVESTING IN INFRASTRUCTURE OF LAB MACHINES, THEY'RE ALSO

02:56PM  17   INVESTING IN INFRASTRUCTURE OF COLLECTION POINTS.  AGAIN, IT

02:56PM  18   MIGHT BE AN OFFICE BUILDING, REAL ESTATE.  IT MIGHT BE IN AN

02:56PM  19   INDUSTRIAL PARK.

02:56PM  20       AND, AGAIN, WITH THE SINGLE BLOOD DROP AND THE NANOTAINER

02:56PM  21   BEING ABLE TO DO THAT AT THE POINT OF CARE, AND PERHAPS WITH

02:56PM  22   SOMEBODY WHO IS NOT A PHLEBOTOMIST WAS ALSO A BENEFIT.

02:56PM  23   Q.   AND DID YOU UNDERSTAND THAT WHEN USING THE EDISON DEVICE,

02:56PM  24   YOU DID NOT NEED A PHLEBOTOMIST TO DRAW BLOOD?

02:57PM  25   A.   CORRECT.

MIQUELON DIRECT BY MR. SCHENK                                    3196

02:57PM   1    Q.   AND WHAT WAS A PHARMA TECH LEVEL PERSON?

02:57PM   2    A.   A PHARMA TECH WOULD BE SOMEBODY WHO IS NOT A PHARMACIST,

02:57PM   3    BUT WHO HAS HAD A FAIR AMOUNT OF TRAINING IN PHARMACY AND TO

02:57PM   4    BECOME A CERTIFIED TECHNICIAN.

02:57PM   5    Q.   BUT NOT A PHLEBOTOMIST?

02:57PM   6    A.   BUT NOT A PHLEBOTOMIST.

02:57PM   7    Q.   SO IF, IN FACT, THERANOS DREW BLOOD THROUGH A VEIN THAT

02:57PM   8    REQUIRED A PHLEBOTOMIST, YOU WOULD LOSE THAT ADVANTAGE; IS THAT

02:57PM   9    RIGHT?

02:57PM  10    A.   THAT WOULD BE TRUE.

02:57PM  11    Q.   IN NUMBER 2 YOU WRITE, "96 PERCENT OF TESTS DONE AT BIG

02:57PM  12    LABS ($52 BILLION MARKET) WILL BE ABLE TO BE DONE ON THESE

02:57PM  13    DEVICES."

02:57PM  14         WHAT DID YOU MEAN BY THAT?

02:57PM  15    A.   AGAIN, THAT WAS MY UNDERSTANDING OF THE PERCENT OF TESTS

02:57PM  16    THAT COULD BE DONE VIA WHETHER BLOOD, SALIVA, URINE, VIA THAT

02:57PM  17    IMMUNOASSAY TECHNOLOGY OF HAVING AN ANTIGEN REACT AND HAVING A,

02:58PM  18    YOU KNOW, A PROTEIN MARKER AND AN OPTIC READER BE ABLE TO

02:58PM  19    DECIDE.  SO IT WAS AN AMOUNT OF TESTING IN THEORY TO BE DONE ON

02:58PM  20    AN EDISON PLATFORM.

02:58PM  21    Q.   AND WHERE DID YOU GET THAT UNDERSTANDING?

02:58PM  22    A.   THAT WAS WITH MY DISCUSSION WITH SUNNY AND ELIZABETH.

02:58PM  23    Q.   NUMBER 3, YOU WRITE, "CONSUMER BENEFITS, A IS FINGERSTICK

02:58PM  24    VERSUS BLOOD DRAW."

02:58PM  25         WHAT DID YOU MEAN BY THAT?

MIQUELON DIRECT BY MR. SCHENK                                    3197

02:58PM   1    A.    WELL, THERE'S A LOT OF BENEFITS FOR ONE DROP OF BLOOD

02:58PM   2    VERSUS PHLEBOTOMY FOR A LOT OF PEOPLE.   SOME PEOPLE DON'T LIKE

02:58PM   3    BLOOD, BUT THERE ARE PEOPLE WHO HAVE CHILDREN WITH SMALL VEINS

02:58PM   4    AND THERE ARE PEOPLE WITH SMALL VEINS, AND THERE MIGHT BE

02:58PM   5    PEOPLE WHO HAVE CANCER TREATMENT OR WHERE THEY HAVE HAD A LOT

02:58PM   6    OF VENA PUNCTURE DONE.

02:58PM   7         AND SO THERE'S A LOT OF LEGITIMATE REASONS FOR LESS BLOOD

02:58PM   8    TO BE VIABLE OR BETTER.

02:58PM   9    Q.    OKAY.  AND FROM YOUR DISCUSSIONS WITH MS. HOLMES, DID YOU

02:58PM   10   UNDERSTAND THAT THE THERANOS TECHNOLOGY TESTED BLOOD DRAWN FROM

02:59PM   11   A FINGERSTICK?

02:59PM   12   A.    YES.

02:59PM   13   Q.    B IS "RESULTS IN 30 MINUTES INSTEAD OF TOMORROW."

02:59PM   14        WHAT WERE YOU COMMUNICATING THERE?

02:59PM   15   A.    MY UNDERSTANDING WAS THAT ONCE YOU DREW THE BLOOD AND PUT

02:59PM   16   THE BLOOD IN THE MACHINE AND THE CARTRIDGE IN THE MACHINE, THAT

02:59PM   17   IT WOULD TAKE ABOUT 15 OR 20 MINUTES FOR THE EDISON MACHINE TO

02:59PM   18   BE ABLE TO INTERPRET THE RESULTS AND THEN THOSE RESULTS WOULD,

02:59PM   19   AGAIN, GET FED INTO THE CLOUD SOMEWHERE FOR A PATHOLOGIST OR AN

02:59PM   20   ALGORITHM OR WHATEVER TO BE ABLE TO DECIPHER THE FINAL OUTCOME.

02:59PM   21   Q.    AND DID YOU UNDERSTAND THAT THAT WAS FASTER THAN

02:59PM   22   TRADITIONAL TESTING?  YOU WROTE "INSTEAD OF TOMORROW"?

02:59PM   23   A.    YES.  IF YOU HAVE GO INTO AN INDUSTRIAL PARK AND THEY TAKE

02:59PM   24   A VIAL OF YOUR BLOOD, YOU'RE GOING TO HAVE TO, YOU KNOW, WAIT

02:59PM   25   FOR THAT VIAL TO BE SHIPPED TO A CONVENTIONAL LAB AND WAIT FOR

MIQUELON DIRECT BY MR. SCHENK                                    3198

03:00PM   1    THAT TO BE RUN ON A TEST IN A CONVENTIONAL LAB, AND SO

03:00PM   2    EFFECTIVELY YOU'RE CUTTING OUT A LOT OF THAT TIME.

03:00PM   3    Q.   WAS THIS ASPECT OF SPEED IMPORTANT TO WALGREENS?

03:00PM   4    A.   I THINK BEING ABLE TO GIVE DOCTORS AND THEIR PATIENTS THE

03:00PM   5    DIAGNOSTIC RESULTS FASTER IS ALWAYS BETTER ON AN APPLES TO

03:00PM   6    APPLES BASIS.

03:00PM   7    Q.   AND IF IN FACT THERANOS WAS TESTING BLOOD ON CONVENTIONAL

03:00PM   8    DEVICES THAT TOOK THE LONGER TURNAROUND TIME, WOULD YOU LOSE

03:00PM   9    THE ADVANTAGE THAT YOU JUST DESCRIBED?

03:00PM  10    A.   YOU WOULD LOSE THE ADVANTAGE.

03:00PM  11    Q.   NUMBER 4 YOU WRITE, "7 YEARS IN DEVELOPMENT LED BY FUNDING

03:00PM  12    OF SILICON VALLEY EXPERTS SUCH AS LARRY ELLISON WITH STRONG

03:00PM  13    EXPERIENCED MANAGEMENT TEAM (VERY WELL FUNDED COMPANY)."

03:00PM  14         WHAT DID YOU MEAN BY THAT?

03:00PM  15    A.   JUST WHAT IT SAYS, WHICH IS OUR UNDERSTANDING IS THAT THEY

03:00PM  16    HAD HAD MR. ELLISON AND PERHAPS SOME VERY OTHER INFLUENTIAL

03:00PM  17    OTHER PEOPLE INVEST, AND I THINK THAT'S ALWAYS A GOOD SIGN WHEN

03:01PM  18    YOU HAVE PEOPLE WHO ARE IN THIS COMMUNITY OF TECHNOLOGY AND

03:01PM  19    WANT TO INVEST THEIR OWN MONEY, IT SPEAKS HIGHLY FOR THAT

03:01PM  20    COMPANY.

03:01PM  21    Q.   AND HOW ABOUT THAT THE COMPANY HAD BEEN AROUND FOR

03:01PM  22    SEVEN YEARS AT THAT TIME, DID THAT MATTER TO YOU?

03:01PM  23    A.   I DON'T KNOW IF THAT MATTERED.  IT SEEMED LIKE THEY HAD

03:01PM  24    ACCOMPLISHED A LOT IN THAT PERIOD, BUT I GUESS THE FACT THAT IT

03:01PM  25    HADN'T JUST STARTED THE DAY BEFORE IS PROBABLY IMPORTANT TO

MIQUELON DIRECT BY MR. SCHENK                                    3199

03:01PM   1    GIVE SOME LEGITIMACY.

03:01PM   2    Q.   YOU SAY IT SEEMED LIKE THEY HAD ACCOMPLISHED A LOT DURING

03:01PM   3    THAT PERIOD OF TIME.

03:01PM   4        WHERE DID YOU GET THAT IMPRESSION?

03:01PM   5    A.   WELL, I MEAN, I WOULD SAY IF AFTER SEVEN YEARS YOU'RE

03:01PM   6    DOING CLINICAL WORK WITH 10 OF THE TOP 15 PHARMA COMPANIES,

03:01PM   7    THAT'S PRETTY IMPRESSIVE.

03:01PM   8    Q.   AND DID MS. HOLMES TELL YOU THAT?

03:01PM   9    A.   MS. HOLMES AND MR. BALWANI, YEAH.

03:01PM  10    Q.   THE LAST ITEM ON THIS PAGE IS NUMBER 1 AND IT READS, "DOES

03:01PM  11    NOT EVEN VALUE NEW TESTS SUCH AS BREAST CANCER AND PROSTATE

03:01PM  12    CANCER TESTS THEY ARE DEVELOPING."

03:02PM  13        WHAT DID YOU MEAN BY THAT?

03:02PM  14    A.   THIS WAS MORE OF THE KIND OF FUTURISTIC THINGS THAT THEY

03:02PM  15    WERE WORKING ON.  I THINK WE CALLED IT, YOU KNOW, VERSION 3.

03:02PM  16    SO IT WASN'T ANYTHING THAT THEY HAD -- SO THEY HAD ALREADY

03:02PM  17    DONE.  IT WAS MORE, AGAIN, WHEN YOU -- YOU KNOW, IF I JUST

03:02PM  18    PARSE, YOU KNOW, IF YOU THINK ABOUT A PSA TEST, GETTING A PSA

03:02PM  19    TEST FREQUENTLY AND HAVING IT VERY ACCURATE IS A BENEFIT.

03:02PM  20        IF YOU HAVE A PSA TEST DONE INFREQUENTLY AND IT'S DONE ON

03:02PM  21    TWO DIFFERENT MACHINES, THEY COULD BE CALIBRATED DIFFERENTLY

03:02PM  22    AND THE RESULT MAY NOT BE MEANINGFUL.

03:02PM  23        ON THE BREAST CANCER SIDE, THEY WERE LOOKING AT I THINK A

03:02PM  24    FEW SPECIFIC CANCERS WHERE THERE HAD BEEN NO BIOMARKER THAT HAD

03:02PM  25    BEEN EVER DISCOVERED, AND MAYBE THERE WON'T BE, BUT BY BEING

MIQUELON DIRECT BY MR. SCHENK                                    3200

03:02PM   1    ABLE TO TEST FREQUENTLY AND ACCURATELY ACROSS MANY DIFFERENT

03:02PM   2    FACETS AND THEN RUNNING ALGORITHMS, YOU MIGHT SEE SEVERAL

03:03PM   3    MARKERS CHANGE WHICH WOULD BE PERHAPS AN INDICATION OF

03:03PM   4    PREDICTIVENESS OF FUTURE BREAST CANCER.

03:03PM   5    Q.   AND YOU WROTE "DOES NOT EVEN VALUE NEW TESTS."

03:03PM   6         WHAT DOES THAT MEAN?  DID YOU UNDERSTAND THAT NEW TESTS

03:03PM   7    WERE COMING IN THE FUTURE AS OPPOSED TO CURRENT CAPABILITIES?

03:03PM   8    A.   RIGHT.  THOSE FUTURE BASED TESTS, THOSE VERSION 3 I WOULD

03:03PM   9    SAY, AGAIN, I THINK THOSE WERE ALWAYS PRESENTED AS A

03:03PM  10    POSSIBILITY DOWN THE ROAD.  SO THAT WASN'T THE BASIS FOR OUR

03:03PM  11    PARTNERSHIP.

03:03PM  12         THE OTHER COMPONENT OF THIS IS JUST WHEN YOU LOOK AT THE

03:03PM  13    LAB SPACES, YOU KNOW, 50-, $60 BILLION OF LAB SALES AT THE TIME

03:03PM  14    I BELIEVE WAS ABOUT A BILLION TESTS DONE AT ABOUT $60 ON

03:03PM  15    AVERAGE, ALTHOUGH IT VARIES.

03:03PM  16         THERE WAS A BELIEF THAT IF YOU COULD DO THIS TYPE OF

03:03PM  17    TESTING WITH A DROP OF BLOOD ACCURATELY, YOU KNOW, CLOSER TO

03:03PM  18    THE CUSTOMER, THAT YOU WOULD ACTUALLY SEE A LOT MORE TESTING

03:03PM  19    INCUR.

03:03PM  20              MR. SCHENK:  THANK YOU, YOUR HONOR.

03:04PM  21         YOUR HONOR, I WAS GOING TO MOVE TO ANOTHER DOCUMENT.  I'M

03:04PM  22    CONSCIOUS OF THE TIME.

03:04PM  23              THE COURT:  THANK YOU.  LET'S TAKE OUR EVENING BREAK

03:04PM  24    NOW, SIR.  WE'LL BEGIN TOMORROW AT 9:00 O'CLOCK.  WE'LL BEGIN

03:04PM  25    AT 9:00 O'CLOCK, PLEASE.

| | | |
|---|---|---|
| 03:04PM | 1 | LADIES AND GENTLEMEN, WE'LL TAKE OUR EVENING BREAK.  I |
| 03:04PM | 2 | KNOW SOME OF YOU ARE GOING TO STAY AND SPEAK WITH ME, BUT LET |
| 03:04PM | 3 | ME TELL ALL OF YOU, PLEASE, AGAIN, I'D LIKE TO ADMONISH YOU |
| 03:04PM | 4 | THAT YOU DO NOT DO ANY INVESTIGATION ON YOUR OWN ABOUT ANYTHING |
| 03:04PM | 5 | ABOUT THIS CASE OR ANYONE INVOLVED IN IT. |
| 03:04PM | 6 | PLEASE AVOID ANY MEDIA, SOCIAL MEDIA, NEWS, NEWSPAPERS, |
| 03:04PM | 7 | PERIODICALS, OR ANY OTHER NEWS ABOUT THIS CASE. |
| 03:04PM | 8 | SHOULD YOU COME ACROSS THAT INADVERTENTLY, I'M GOING TO |
| 03:04PM | 9 | ASK YOU TO PLEASE TURN IT OFF, CLOSE THE BOOK, TURN DOWN THE |
| 03:04PM | 10 | VOLUME, AND I'LL ASK YOU TOMORROW MORNING AGAIN WHETHER OR NOT |
| 03:04PM | 11 | THIS HAS HAPPENED TO ANYONE. |
| 03:04PM | 12 | PLEASE HAVE A GOOD EVENING. |
| 03:04PM | 13 | TOMORROW WE'LL BEGIN AT 9:00 A.M. |
| 03:04PM | 14 | THOSE WHO ARE GOING TO REMAIN, MS. KRATZMANN WILL TAKE YOU |
| 03:04PM | 15 | BACK TO THE JURY ROOM AND I'LL CALL YOU IN ONE AT A TIME FOR |
| 03:04PM | 16 | OUR CONVERSATION. |
| 03:04PM | 17 | THANK YOU VERY MUCH. |
| 03:04PM | 18 | ANYTHING FURTHER BEFORE WE RECESS? |
| 03:05PM | 19 | MR. SCHENK:  NO.  THANK YOU. |
| 03:05PM | 20 | MR. DOWNEY:  NOTHING FURTHER. |
| 03:05PM | 21 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 03:05PM | 22 | THANK YOU, SIR.  YOU MAY STAND DOWN.  THANK YOU. |
| 03:05PM | 23 | (JURY OUT AT 3:05 P.M.) |
| 03:05PM | 24 | THE COURT:  PLEASE BE SEATED.  THANK YOU. |
| 03:05PM | 25 | COUNSEL, YOU'LL IDENTIFY ONE OF YOU WHO WILL COME BACK TO |

| | | |
|---|---|---|
| 03:05PM | 1 | CHAMBERS AND THEN JUST LET MS. KRATZMANN KNOW AND WE'LL LET YOU |
| 03:05PM | 2 | KNOW WHEN WE HAVE THINGS SET UP. |
| 03:05PM | 3 | MR. SCHENK:  THANK YOU. |
| 03:06PM | 4 | (RECESS FROM 3:06 P.M. UNTIL 3:20 P.M.) |
| 03:06PM | 5 | (SEALED PROCEEDINGS IN CHAMBERS.) |
| 03:06PM | 6 | /// |
| 03:06PM | 7 | /// |
| 03:06PM | 8 | |
| 03:20PM | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076

17

18

19         LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595

20

21         DATED:  OCTOBER 12, 2021

22

23

24

25

UNITED STATES COURT REPORTERS

3279

1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                       SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,      )   CR-18-00258-EJD
6                                  )
                    PLAINTIFF,     )   SAN JOSE, CALIFORNIA
7                                  )
         VS.                       )   VOLUME 18
8                                  )
    ELIZABETH A. HOLMES,           )   OCTOBER 13, 2021
9                                  )
                    DEFENDANT.     )   PAGES 3279 - 3537
10   _____)   **PAGES 3292 - 3364 SEALED**
                                       **PAGES 3534 - 3537 SEALED**
11

12
                     TRANSCRIPT OF TRIAL PROCEEDINGS
13            BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
14
    A P P E A R A N C E S:
15
    FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
16                        BY:   JOHN C. BOSTIC
                                JEFFREY B. SCHENK
17                        150 ALMADEN BOULEVARD, SUITE 900
                          SAN JOSE, CALIFORNIA 95113
18
                          BY:   ROBERT S. LEACH
19                              KELLY VOLKAR
                          1301 CLAY STREET, SUITE 340S
20                        OAKLAND, CALIFORNIA 94612

21       (APPEARANCES CONTINUED ON THE NEXT PAGE.)

22   OFFICIAL COURT REPORTERS:
                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                        CERTIFICATE NUMBER 8074
                          LEE-ANNE SHORTRIDGE, CSR, CRR
24                        CERTIFICATE NUMBER 9595

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONT'D)


FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                         BY:  KEVIN M. DOWNEY
                              LANCE A. WADE
                              KATHERINE TREFZ
                              ANDREW LEMENS
                              J.R. FLEURMONT
                              PATRICK LOOBY
                              RICHARD CLEARY
                         725 TWELFTH STREET, N.W.
                         WASHINGTON, D.C. 20005

                         LAW OFFICE OF JOHN D. CLINE
                         BY:  JOHN D. CLINE
                         ONE EMBARCADERO CENTER, SUITE 500
                         SAN FRANCISCO, CALIFORNIA 94111


ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                         BY:  ADELAIDA HERNANDEZ

                         OFFICE OF THE U.S. ATTORNEY
                         BY:  LAKISHA HOLLIMAN, PARALEGAL
                              MADDI WACHS, PARALEGAL

                         WILLIAMS & CONNOLLY
                         BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

                         TBC
                         BY:  BRIAN BENNETT, TECHNICIAN

1

2                        INDEX OF PROCEEDINGS

3         GOVERNMENT'S:

4    **WADE MIQUELON**
     DIRECT EXAM BY MR. SCHENK (RES.)          P. 3368
5    CROSS-EXAM BY MR. DOWNEY                  P. 3413
     REDIRECT EXAM BY MR. SCHENK              P. 3509
6

7    **ROBERTO AMENTA**
     DIRECT EXAM BY MR. BOSTIC                P. 3521
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3282

```
1                        INDEX OF EXHIBITS

2
                                    IDENT.      EVIDENCE
3        GOVERNMENT'S:

4        372                                    3368
         488                                    3379
5        503                                    3383
         617                                    3395
6        971                                    3402
         1254                                   3407
7        1083                                   3477
         1387                                   3482
8        4845                                   3527

9


10
         DEFENDANT'S:
11
         7312                                   3473
12       7383                                   3485
         12510, PAGES 6786 - 6804              3490
13       13952                                  3502
         7618                                   3504
14       7622                                   3505
         7657                                   3506
15       7676                                   3508

16

17

18

19

20

21

22

23

24

25
```

|   | 1 | SAN JOSE, CALIFORNIA                    OCTOBER 14, 2021 |
|---|---|

08:33AM  2          P R O C E E D I N G S

08:33AM  3          (COURT CONVENED AT 8:33 A.M.)

08:33AM  4          (JURY OUT AT 8:33 A.M.)

08:33AM  5              THE COURT:  WE'RE BACK ON THE RECORD IN THE HOLMES

08:33AM  6    MATTER.  ALL COUNSEL ARE PRESENT AND MS. HOLMES IS PRESENT.

08:33AM  7          WE'RE OUTSIDE OF THE PRESENCE OF THE JURY AND MEETING

08:33AM  8    BEFORE THEY ARRIVE.

08:33AM  9          I UNDERSTAND THE DEFENSE WANTED TO RAISE A QUESTION?

08:34AM 10              MR. DOWNEY:  GOOD MORNING, YOUR HONOR.

08:34AM 11              THE COURT:  GOOD MORNING.

08:34AM 12              MR. DOWNEY:  THREE ISSUES THAT JUST CAME UP, TWO OF

08:34AM 13    WHICH I THINK MR. SCHENK AND I HAVE BEEN ABLE TO DEAL WITH ON

08:34AM 14    OUR OWN, BUT THEY RELATE TO A WITNESS NOT YET TESTIFYING, BUT

08:34AM 15    IT WILL BE MR. JHAVERI WHO IS ANOTHER WITNESS FORMERLY EMPLOYED

08:34AM 16    AT WALGREENS.

08:34AM 17          THERE ARE TWO QUESTIONS IN CONNECTION WITH HIS TESTIMONY

08:34AM 18    THAT WE WERE CONCERNED ABOUT BECAUSE STATEMENTS ABOUT THEM

08:34AM 19    APPEARED IN A 302 THAT WAS PRODUCED YESTERDAY.

08:34AM 20          ONE IS THAT HE WANTED TO -- IN THE STATEMENT, HE

08:34AM 21    REFERENCED THERANOS'S DECISION TO VOID TESTS, WHICH AS

08:34AM 22    YOUR HONOR KNOWS WAS THE SUBJECT OF MOTION IN LIMINE PRACTICE.

08:34AM 23          THE SUBSTANCE OF HIS STATEMENT WAS THAT WALGREENS MADE A

08:34AM 24    DECISION TO CLOSE ITS STORES IN RESPONSE TO THAT ACTION BY

08:34AM 25    THERANOS.

08:34AM   1           MR. SCHENK AND I SPOKE THIS MORNING AND MR. SCHENK ASSURES

08:35AM   2     ME THAT THE ISSUE OF VOIDING WILL NOT BE PART OF THE

08:35AM   3     PRESENTATION, ALTHOUGH THE ISSUE OF THE DECISION TO CLOSE --

08:35AM   4     THE FACT THAT THE STORES WERE CLOSED IS SOMETHING THAT WILL BE

08:35AM   5     PRESENTED, WHICH IS CERTAINLY FINE BY US.

08:35AM   6           THE OTHER ISSUE IS HE WAS PRESENTED DURING THAT INTERVIEW

08:35AM   7     WITH A "WALL STREET JOURNAL" ARTICLE AND ASKED TO CONTRAST THE

08:35AM   8     KNOWLEDGE THAT HE HAD WITH CERTAIN ASSERTIONS IN "THE

08:35AM   9     WALL STREET JOURNAL" ARTICLE.  WE WERE CONCERNED ABOUT THAT

08:35AM  10     METHOD OF PRESENTING EVIDENCE.

08:35AM  11           AGAIN, MR. SCHENK ASSURES ME THAT NOT ONLY WILL THERE NOT

08:35AM  12     BE REFERENCE TO OR INTRODUCTION OF THE ARTICLE, BUT THAT HE'LL

08:35AM  13     SIMPLY BE ASKED ABOUT THE STATE OF HIS KNOWLEDGE AT THE TIME.

08:35AM  14           SO I THINK AS TO THOSE TWO ISSUES THEY HAVE BEEN RESOLVED,

08:35AM  15     BUT I JUST WANT TO MAKE THE COURT AWARE OF THEM IN CASE

08:35AM  16     ANYTHING COMES UP DURING THE TESTIMONY.

08:35AM  17             THE COURT:  OKAY.  LET ME JUST ASK MR. SCHENK IF HE

08:35AM  18     HAS ANY COMMENT ON ANY OF THOSE TWO ISSUES.

08:36AM  19         MR. SCHENK?

08:36AM  20             MR. SCHENK:  THANK YOU, YOUR HONOR.

08:36AM  21           WITH REGARD TO THE VOIDING OF THE TESTS, I DO NOT INTEND

08:36AM  22     TO ASK MR. JHAVERI WHETHER HE HAS KNOWLEDGE OF THAT IN FACT.

08:36AM  23           I THINK THERE'S A SEPARATE ISSUE ABOUT THE ADMISSIBILITY

08:36AM  24     OF VOIDING OF THE TESTS.  WE DON'T HAVE TO ADDRESS THAT WITH

08:36AM  25     MR. JHAVERI.  I DO NOT INTEND TO ASK HIM IF THERANOS VOIDED THE

08:36AM   1    TESTS.

08:36AM   2        I DO INTEND TO ASK HIM WHETHER THE THERANOS BLOOD TESTING

08:36AM   3    SERVICES AT SOME POINT BECAME UNAVAILABLE AT WALGREENS, THEY

08:36AM   4    STOPPED OFFERING BLOOD TESTING AT WALGREENS AND YOU CAN'T GO

08:36AM   5    THERE ANYMORE AND GET THEM.

08:36AM   6        I THINK IT'S MR. JHAVERI'S BELIEF OR KNOWLEDGE THAT PART

08:36AM   7    OF THE REASON WAS BECAUSE TESTS WERE VOIDED.  WE DON'T HAVE TO

08:36AM   8    GET INTO THE REASON, RATHER WHAT I'M INTERESTED IN IS THE FACT

08:36AM   9    THAT THERANOS SERVICES ARE NO LONGER AVAILABLE AT WALGREENS AND

08:36AM   10   THAT THAT HAPPENED WHILE MR. JHAVERI WAS ENGAGED IN THE

08:36AM   11   PROJECT.

08:36AM   12           THE COURT:  YOU HAVE NO OBJECTION TO THAT?

08:36AM   13           MR. DOWNEY:  NO OBJECTION TO THAT.

08:36AM   14       THE ONLY REQUEST WE HAVE IN CONNECTION WITH THAT, WHICH

08:36AM   15   I'M SURE MR. SCHENK WILL COMPLY WITH, IS JUST THAT THE WITNESS

08:37AM   16   BE APPRISED OF OUR AGREEMENT ON THAT SUBJECT.

08:37AM   17           THE COURT:  ALL RIGHT.  ANYTHING ELSE INVOLVING --

08:37AM   18   MR. SCHENK, ANYTHING ELSE YOU WANT TO COMMENT ON?

08:37AM   19           MR. SCHENK:  THE SECOND ISSUE THAT MR. DOWNEY RAISED

08:37AM   20   WAS "THE WALL STREET JOURNAL" ARTICLE.

08:37AM   21       MR. JHAVERI READ IT.  I INTEND TO HAVE HIM TESTIFY THAT

08:37AM   22   GENERALLY IT WAS NEGATIVE, THAT HE DIDN'T READ IT AND THINK

08:37AM   23   THAT THE RELATIONSHIP WITH THERANOS HAD ANYTHING OTHER THAN A

08:37AM   24   NEW OBSTACLE OR HURDLE AND HE NEEDED TO DO SOME INFORMATION

08:37AM   25   GATHERING, SOMETHING LIKE THAT.

08:37AM 1      I'M NOT GOING TO ASK HIM ABOUT THIS LINE OR THAT FACT OR

08:37AM 2   DETAILS IN THE ARTICLE.

08:37AM 3      THE POINT OF IT IS THAT MR. JHAVERI'S ROLE IN THE

08:37AM 4   RELATIONSHIP CHANGED AT THAT POINT.  OTHER PEOPLE AT WALGREENS,

08:37AM 5   LIKE LAWYERS, GOT MORE INVOLVED IN THE RELATIONSHIP AT THAT

08:37AM 6   POINT.

08:37AM 7      SO IT WAS SORT OF A CAUSE OF HIM STEPPING BACK A LITTLE

08:37AM 8   BIT IN SOME OF THE INTERACTIONS IN THE RELATIONSHIP, AND THAT'S

08:37AM 9   THE FACT THAT I INTEND TO ELICIT.

08:37AM 10     BUT I'M NOT GOING TO SHOW HIM THE ARTICLE, I'M NOT GOING

08:38AM 11  TO ASK HIM ABOUT FACTS OR SENTENCES OR LINES IN THE ARTICLE,

08:38AM 12  JUST GENERALLY THAT IT WAS NEGATIVE AND THAT IT CAUSED HIM TO

08:38AM 13  STEP BACK A LITTLE BIT IN THE RELATIONSHIP.

08:38AM 14          MR. DOWNEY:  I THINK THE FACT THAT THERE WAS A

08:38AM 15  NEGATIVE ARTICLE IS NOT SOMETHING THAT WE OBJECT TO, AND,

08:38AM 16  AGAIN, I WOULD JUST REQUEST THAT THE WITNESS BE ADVISED OF THAT

08:38AM 17  LINE.

08:38AM 18          THE COURT:  OKAY.  ALL RIGHT.

08:38AM 19  THANK YOU.  THANK YOU.

08:38AM 20  MR. SCHENK, YOU HAD --

08:38AM 21          MR. DOWNEY:  I HAD ONE OTHER ISSUE.

08:38AM 22          THE COURT:  YES?

08:38AM 23          MR. DOWNEY:  WHICH I DON'T WANT TO DISCUSS IN DETAIL

08:38AM 24  BECAUSE IT RELATES TO OUR UNDER SEAL SESSION YESTERDAY, BUT I

08:38AM 25  WANTED TO MAKE A COMMENT AND REQUEST IN CONNECTION WITH THAT.

08:38AM  1     WITHOUT GOING INTO THE SUBSTANCE OF THAT HEARING, UPON

08:38AM  2   READING THE TRANSCRIPT, I DID HAVE A CONCERN THAT THAT ISSUE BE

08:38AM  3   RESOLVED PROMPTLY IN LIGHT OF SOME OF THE COMMENTS THAT WERE

08:38AM  4   MADE BY THE JURORS WHO WERE AVAILABLE FOR THAT SESSION LAST

08:38AM  5   NIGHT.

08:38AM  6     I DON'T WANT TO ARTICULATE THOSE COMMENTS.  YOUR HONOR MAY

08:39AM  7   BE AWARE OF WHAT I HAVE IN MIND.

08:39AM  8     SO THAT THE JURY CAN BE IN A POSITION TO FULLY FULFILL ITS

08:39AM  9   SERVICE OBLIGATIONS HERE, MY REQUEST WOULD BE THAT WE DEAL WITH

08:39AM 10   THE ISSUES RELATED TO THE UNSEALING OF THE QUESTIONNAIRES,

08:39AM 11   REDACTIONS THERETO, AND ANYTHING ELSE THAT IS PROPHYLACTIC THAT

08:39AM 12   WE NEED TO DEAL WITH AS SOON AS POSSIBLE.

08:39AM 13     THE COURT:  THIS MORNING BEFORE WE START EVIDENCE?

08:39AM 14     MR. DOWNEY:  YES, BEFORE WE START EVIDENCE WOULD BE

08:39AM 15   OUR REQUEST.

08:39AM 16     MR. SCHENK:  YOUR HONOR, I DON'T SHARE THE SAME

08:39AM 17   CONCERN.  I ALSO WAS PRESENT FOR THE HEARING.  I'M HAPPY TO, AT

08:39AM 18   THE RIGHT TIME, PROVIDE ADDITIONAL THOUGHTS ON THAT SUBJECT.

08:39AM 19   BUT I DID NOT LEAVE THE SESSION OR AFTER HAVING NOW SEEN THE

08:39AM 20   TRANSCRIPT WITH THE CONCERNS THAT MR. DOWNEY HAS RAISED.

08:39AM 21     I WILL ALSO NOTE THAT THE COURT'S PLAN IS TO DEAL WITH THE

08:39AM 22   REMAINING JURORS TODAY.  THE COURT JUST DOESN'T INTEND TO TAKE

08:40AM 23   TRIAL TRANSCRIPT TIME TO DO IT.

08:40AM 24     WE HAVE OUT OF TOWN WITNESSES WHO ARE HERE THIS WEEK AND

08:40AM 25   ARE READY TO TESTIFY.

08:40AM  1          IT WOULD BE THE GOVERNMENT'S PREFERENCE TO GET THROUGH THE

08:40AM  2     WITNESSES TODAY AND THEN USE, AS THE COURT HAD PLANNED, OUR

08:40AM  3     POST-TRIAL TIME TO HANDLE THAT.

08:40AM  4          MR. DOWNEY:  WELL, YOUR HONOR, THE ONLY ISSUE I'M

08:40AM  5     FOCUSSED ON IS TO THE EXTENT FOR ANY JUROR, WITHOUT COMMENTING

08:40AM  6     ON ANYTHING, TO THE EXTENT THAT THIS ISSUE HANGS OVER ANY JUROR

08:40AM  7     AND THEY WOULD LIKE TO KNOW HOW IT BE RESOLVED, I WOULD RATHER

08:40AM  8     HAVE THAT ADDRESSED NOW SO THAT WE'RE NOT IN A PERIOD WHERE

08:40AM  9     THERE'S EFFECTIVELY A FULL DAY OF TRIAL FROM THE TIME THEY KNOW

08:40AM  10    ABOUT THE ISSUE UNTIL THE TIME THE ISSUE IS ADDRESSED.

08:40AM  11         THE COURT:  WELL, THAT RAISES THE TOPIC IS ONCE WE

08:40AM  12    COMPLETE THE QUESTIONING OF THE JURORS AND WHAT I WILL DO IS

08:40AM  13    COLLECT THAT INFORMATION AND THEN RESPOND TO THE MOTION.

08:41AM  14     I THINK WHAT YOU'RE ASKING ME TO DO IS TO PUT THIS TRIAL

08:41AM  15    ON HOLD AND RESOLVE THAT ENTIRE MOTION, THAT IS, THE MEDIA

08:41AM  16    COALITION'S MOTION BEFORE WE GO FORWARD.

08:41AM  17     IS THAT WHAT YOU'RE ASKING ME TO DO?

08:41AM  18         MR. DOWNEY:  WELL, WHAT I'M ASKING -- I GUESS

08:41AM  19    EFFECTIVELY WHAT I'M ASKING, BUT WHAT I'M ASKING IS THAT THE

08:41AM  20    COURT IS SURE THE JURY IS SERVING IN A MANNER CONSISTENT WITH

08:41AM  21    THE DEFENDANT'S FIFTH AND SIXTH AMENDMENT RIGHTS, WHICH I KNOW

08:41AM  22    THE COURT IS DEEPLY DEDICATED TO.

08:41AM  23     I THINK SOME OF THE COMMENTS RAISE CONCERNS ABOUT THAT, SO

08:41AM  24    I THINK IT'S AN ISSUE THAT WE NEED TO GET RESOLVED.

08:41AM  25         I CERTAINLY APPRECIATE MR. SCHENK'S COMMENTS ABOUT WITNESS

08:41AM 1      LOGISTICS.  WE'VE TRIED TO WORK WITH HIM ON THAT.

08:41AM 2          BUT I THINK WE HAVE THE BULK OF THE JURORS INTERVIEWED.  I

08:41AM 3      THINK WE OUGHT TO TAKE THE TIME TO RESOLVE WITH THE OTHER

08:41AM 4      JURORS AND MAKE SURE THAT WE DON'T HAVE JURORS WHO ARE

08:41AM 5      REPORTING A REACTION TO THAT, THAT IS AFFECTING THEIR ABILITY

08:42AM 6      TO SERVE.

08:42AM 7          THE COURT:  I THINK WE HAVE SIX REMAINING TO

08:42AM 8      INTERVIEW, AND THE TIMING OF THINGS LAST NIGHT, I THINK IT TOOK

08:42AM 9      US LONGER THAN I THINK ANY OF US ANTICIPATED.  I THINK WE

08:42AM 10     FINISHED AFTER 5:00.

08:42AM 11         AND HAVING -- I THINK WE STOPPED AT 3:00, AND IT TOOK US A

08:42AM 12     COUPLE OF HOURS TO GET THROUGH NINE PEOPLE IF I RECALL

08:42AM 13     CORRECTLY.

08:42AM 14         SO IF WE WERE TO CONTINUE OUR CONVERSATION WITH THE OTHER

08:42AM 15     SIX TODAY, I CAN DO THAT, AND THEN WHAT YOU'RE ASKING TO DO IS

08:42AM 16     TO HAVE COLLOQUY AFTER THAT REGARDING --

08:42AM 17         MR. DOWNEY:  I THINK IF THE AGGREGATION OF THE

08:42AM 18     COMMENTS RAISES THE CONCERNS THAT I SUSPECT THE FIRST NINE DID,

08:42AM 19     THEN I THINK IT IS AN ISSUE, YEAH, I THINK WE SHOULD RESOLVE

08:42AM 20     IT.

08:42AM 21         THE COURT:  WELL, I THINK -- AS YOU ALL KNOW, THE --

08:43AM 22     I ASKED THE QUESTION ABOUT CONTINUED SERVICE, AND I THINK WE

08:43AM 23     GOT AFFIRMATIVE ANSWERS FROM EVERY JUROR, THAT THEY WOULD

08:43AM 24     CONTINUE TO BE FAIR AND IMPARTIAL TO BOTH SIDES IN THE CASE.

08:43AM 25         I WANTED TO KNOW THAT BECAUSE THAT'S THE PRIMARY DIRECTIVE

08:43AM  1    OF A JUROR'S SERVICE, AND THEY ALL INDICATED THAT THEY COULD DO

08:43AM  2    THAT.

08:43AM  3        AND I THINK I KNOW WHAT YOU'RE TALKING ABOUT.  WE KNOW

08:43AM  4    WHAT WE'RE TALKING ABOUT.

08:43AM  5        AND THE THOUGHT OCCURRED TO ME THAT THERE MIGHT BE SOME --

08:43AM  6    I DON'T WANT TO USE THE WORD "EFFICIENCY," I HATE TO USE THAT

08:43AM  7    IN A CRIMINAL CASE, BUT THERE MIGHT BE SOME ADVANTAGE TO

08:43AM  8    RESOLVING AN ISSUE, A JURY ISSUE, EARLIER THAN LATER IT SEEMS

08:43AM  9    TO ME.

08:43AM  10        LET'S DO THIS.  LET'S -- MS. KRATZMANN, ARE ALL OF OUR

08:43AM  11    JURORS PRESENT NOW?

08:43AM  12            THE CLERK:  I HAVE NOT CHECKED YET, YOUR HONOR.

08:43AM  13            THE COURT:  OKAY.  IT'S A QUARTER TO 9:00 AND I TOLD

08:44AM  14    THEM WE ARE STARTING AT 9:00.  AND THIS IS A TERRIFIC JURY AND

08:44AM  15    THEY'VE BEEN EXTENDING THEIR TIME WITHOUT ANY COMPLAINTS.

08:44AM  16        MY SENSE IS THAT I'M TAKING THAT AS THEIR DESIRE TO

08:44AM  17    CONTINUE TO DEVOTE THEIR EFFORTS TO THE TRIAL AND THEY'RE NOT

08:44AM  18    AT ALL DISENGAGED ABOUT STAYING LATER.  I'VE CREEPED THAT TIME

08:44AM  19    BACK FROM 2:00 TO 3:00, AND THEN TODAY I THINK IT WAS 4:00.  IF

08:44AM  20    I TOLD THEM, LET'S GO TO A NORMAL SCHEDULE OF 5:00, I THINK

08:44AM  21    THEY WOULD NOT REVOLT.  I BET THEY WOULD APPRECIATE THAT.

08:44AM  22        ALL RIGHT.  LET'S DO THIS, LET ME -- I THINK WHAT I WOULD

08:44AM  23    LIKE TO DO IS TO FINISH WITH OUR CONVERSATION WITH THE JURORS

08:44AM  24    THIS MORNING AND DO THAT IN A SEALED SESSION, CONTINUE OUR

08:44AM  25    SEALED SESSION.

08:44AM 1      AND WE HAVE SIX JURORS REMAINING TO SPEAK WITH, AND WE'LL

08:44AM 2   TALK WITH THEM, AND LET'S SEE WHERE THAT LAYS.

08:45AM 3      I HOPE WE CAN GET THIS DONE IN PERHAPS AN HOUR.  I THINK

08:45AM 4   WE CAN.  AND THEN WE CAN PRESS ON WITH THE TRIAL AND DO OUR

08:45AM 5   SCHEDULE ACCORDINGLY.

08:45AM 6      MAYBE WE'LL GO UNTIL 5:00 INSTEAD OF ENDING AT 4:00 TODAY.

08:45AM 7      SO, MR. SCHENK, IF YOUR TEAM COULD ADVISE YOUR WITNESSES.

08:45AM 8   I HOPE THIS IS NOT TOO DISRUPTIVE OF THEIR SCHEDULES.  BUT

08:45AM 9   WE'LL TRY TO BE AS EFFICIENT AS WE CAN.

08:45AM 10     MS. KRATZMANN, WHEN AT LEAST THE SIX HAVE ARRIVED, PLEASE

08:45AM 11  LET ME KNOW AND THEN WE'LL SCHEDULE THEIR INTERVIEWS THIS

08:45AM 12  MORNING.  OF COURSE WE'LL DO THAT IN CHAMBERS AGAIN.

08:45AM 13     I ASSUME THE SAME PARTIES WANT TO JOIN.

08:45AM 14          MR. SCHENK:  YES, YOUR HONOR.

08:45AM 15          MR. DOWNEY:  YES, YOUR HONOR.

08:45AM 16          THE COURT:  ALL RIGHT.  THANK YOU.

08:45AM 17          MR. DOWNEY:  THANK YOU.

08:45AM 18     (RECESS FROM 8:45 A.M. UNTIL 9:00 A.M.)

08:45AM 19     (SEALED PROCEEDINGS IN CHAMBERS.)

20

21

22

23

24

25

3365

| | | |
|---|---|---|
| 08:45AM | 1 | /// |
| 08:45AM | 2 | /// |
| 11:04AM | 3 | (PROCEEDINGS IN OPEN COURT.) |
| 11:04AM | 4 | (COURT CONVENED AT 11:04 A.M.) |
| 11:04AM | 5 | (JURY IN AT 11:04 A.M.) |
| 11:04AM | 6 | THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD. |
| 11:04AM | 7 | ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT. |
| 11:04AM | 8 | OUR JURY AND ALTERNATES ARE PRESENT. |
| 11:04AM | 9 | GOOD MORNING AGAIN, LADIES AND GENTLEMEN. |
| 11:04AM | 10 | BEFORE WE BEGIN, I DO WANT TO ASK OUR JURY IF OVER THE |
| 11:04AM | 11 | EVENING WHETHER OR NOT ANY OF YOU HAD COME ACROSS ANY |
| 11:04AM | 12 | INFORMATION ABOUT THE CASE, IF YOU'VE HAD ANYONE TALK TO YOU |
| 11:04AM | 13 | ABOUT THE CASE IN ANY WAY, WHETHER YOU'VE LEARNED ANY |
| 11:04AM | 14 | INFORMATION ABOUT THE CASE FROM ANY MEDIA OR ANY OTHER |
| 11:04AM | 15 | INSTANCE. |
| 11:04AM | 16 | IF THAT HAS HAPPENED, WOULD YOU PLEASE RAISE YOUR HAND, |
| 11:05AM | 17 | PLEASE. |
| 11:05AM | 18 | I SEE NO HANDS. |
| 11:05AM | 19 | THANK YOU, LADIES AND GENTLEMEN, FOR YOUR CONTINUED |
| 11:05AM | 20 | FIDELITY TO THE ADMONITION. |
| 11:05AM | 21 | I DO WANT TO ASK COUNSEL AND THE JURY A QUESTION.  WE'RE |
| 11:05AM | 22 | GOING UNTIL 4:00 TODAY, AND I HOPE YOU'VE GOT THAT IN YOUR |
| 11:05AM | 23 | SCHEDULE. |
| 11:05AM | 24 | I'VE JUST REALIZED THAT WE HAVE CLEARED OUR CALENDAR |
| 11:05AM | 25 | TOMORROW.  ON THURSDAYS YOU RECALL THAT I HAVE A CIVIL |

| | | |
|---|---|---|
| 11:05AM | 1 | CALENDAR, BUT WE'VE CLEARED OUR CALENDAR TOMORROW, SO IT WOULD |
| 11:05AM | 2 | BE POSSIBLE THAT WE COULD HAVE TESTIMONY TOMORROW. |
| 11:05AM | 3 | WOULD THAT -- IS THAT SOMETHING THAT ANY JUROR IS NOT ABLE |
| 11:05AM | 4 | TO MAKE?  I KNOW WE'VE TRADITIONALLY HAD THURSDAYS OFF, AND I |
| 11:05AM | 5 | EXPECT THAT YOU HAVE PLANNED ACCORDINGLY.  BUT IF WE WERE ABLE |
| 11:05AM | 6 | TO HAVE EVIDENCE TOMORROW, WE WOULD PROBABLY GO UNTIL 3:00 |
| 11:05AM | 7 | TOMORROW, IS THAT SOMETHING THAT IS -- THAT THE JURY WOULD BE |
| 11:05AM | 8 | ABLE TO DO? |
| 11:06AM | 9 | RESTRAIN YOUR ENTHUSIASM, PLEASE. |
| 11:06AM | 10 | YES? |
| 11:06AM | 11 | JUROR:  I MIGHT HAVE TO MOVE SOME THINGS AROUND, BUT |
| 11:06AM | 12 | POTENTIALLY I COULD. |
| 11:06AM | 13 | THE COURT:  OKAY.  LET ME DO THIS, LET ME SAY THIS, |
| 11:06AM | 14 | WHY DON'T -- MAY I FLOAT THAT IDEA FOR YOU NOW?  DURING OUR |
| 11:06AM | 15 | BREAK, OUR NEXT BREAK, IF YOU COULD MAKE SOME INQUIRIES, IF YOU |
| 11:06AM | 16 | NEED TO, ABOUT OTHER ARRANGEMENT TO BE MADE, AND THEN I'LL ASK |
| 11:06AM | 17 | YOU THAT QUESTION WHEN WE COME BACK, WOULD THAT BE SUFFICIENT? |
| 11:06AM | 18 | JUROR:  (NODS HEAD UP AND DOWN.) |
| 11:06AM | 19 | THE COURT:  ALL RIGHT.  LET ME ASK THE LAWYERS, IS |
| 11:06AM | 20 | THAT SOMETHING THAT YOU CAN DO? |
| 11:06AM | 21 | MR. SCHENK:  YES. |
| 11:06AM | 22 | MR. DOWNEY:  THAT'S FINE WITH US, YOUR HONOR. |
| 11:06AM | 23 | THE COURT:  OKAY.  LET'S TRY TO DO THAT.  AND I'M |
| 11:06AM | 24 | DOING THIS -- WE'VE LOST SOME COURT TIME FOR SOME OTHER |
| 11:06AM | 25 | PROCEDURES.  I'M TRYING TO CATCH UP AND SEE IF WE CAN KEEP OUR |

| | | |
|---|---|---|
| 11:06AM | 1 | CASE ON SCHEDULE FOR EVERYONE'S CONVENIENCE, INCLUDING YOURS, |
| 11:06AM | 2 | LADIES AND GENTLEMEN OF THE JURY. |
| 11:06AM | 3 | SO I APPRECIATE, DURING OUR BREAK, IF YOU COULD MAKE ANY |
| 11:06AM | 4 | INQUIRIES ABOUT ADJUSTING THINGS.  SO TOMORROW WE WOULD -- MY |
| 11:06AM | 5 | ANTICIPATION WOULD BE, IF WE'RE ABLE TO, WE WOULD BEGIN AT 9:00 |
| 11:07AM | 6 | AND THEN END AT 3:00 TOMORROW.  PLEASE REMEMBER THAT WE'RE |
| 11:07AM | 7 | ENDING AT 1:00 O'CLOCK ON FRIDAY. |
| 11:07AM | 8 | IF, WHEN YOU CHECK IN WITH YOUR EMPLOYERS OR WHATEVER |
| 11:07AM | 9 | OTHER OBLIGATIONS THAT YOU HAVE, IF THERE'S AN ALTERATION IN |
| 11:07AM | 10 | THAT SCHEDULE, I WOULD APPRECIATE KNOWING THAT, TOO.  FOR |
| 11:07AM | 11 | EXAMPLE, IF STARTING LATER AND ENDING EARLIER IS SOMETHING THAT |
| 11:07AM | 12 | MAKES IT EASIER, I WOULD WELCOME THAT INFORMATION SO WE COULD |
| 11:07AM | 13 | ADJUST OUR SCHEDULE. |
| 11:07AM | 14 | ALL RIGHT.  THANK YOU VERY MUCH.  THANK YOU FOR THAT. |
| 11:07AM | 15 | MR. SCHENK, YOU HAVE A WITNESS? |
| 11:07AM | 16 | MR. SCHENK:  YES.  THE UNITED STATES RECALLS |
| 11:07AM | 17 | WADE MIQUELON. |
| 11:07AM | 18 | THE COURT:  SIR, IF YOU WOULD TAKE THE STAND AGAIN. |
| 11:08AM | 19 | THANK YOU. |
| 11:08AM | 20 | AGAIN, ADJUST THE MICROPHONE AS YOU NEED, AND THE CHAIR, |
| 11:08AM | 21 | AND THERE'S WATER THERE FOR YOUR REFRESHMENT.  I ASSURE YOU WE |
| 11:08AM | 22 | CHANGE THAT WATER EVERY DAY, SIR, SO IT'S FRESH. |
| 11:08AM | 23 | (LAUGHTER.) |
| 11:08AM | 24 | THE WITNESS:  THANK YOU. |
| 11:08AM | 25 | THE COURT:  WHEN YOU ARE COMFORTABLE, WOULD YOU |

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3368

| | | |
|---|---|---|
| 11:08AM | 1 | PLEASE STATE YOUR NAME AGAIN, PLEASE. |
| 11:08AM | 2 | THE WITNESS:  MY NAME IS WADE MIQUELON. |
| 11:08AM | 3 | THE COURT:  THANK YOU.  AND I'LL REMIND YOU, SIR, |
| 11:08AM | 4 | YOU ARE STILL UNDER OATH. |
| 11:08AM | 5 | **(GOVERNMENT'S WITNESS, WADE MIQUELON, WAS PREVIOUSLY** |
| 11:08AM | 6 | **SWORN.)** |
| 11:08AM | 7 | THE COURT:  COUNSEL. |
| 11:08AM | 8 | MR. SCHENK:  THANK YOU, YOUR HONOR. |
| 11:08AM | 9 | **DIRECT EXAMINATION (RESUMED)** |
| 11:08AM | 10 | Q.  GOOD MORNING, MR. MIQUELON. |
| 11:08AM | 11 | DO YOU STILL HAVE THE BINDER OF DOCUMENTS IN FRONT OF YOU? |
| 11:08AM | 12 | A.  I DO. |
| 11:08AM | 13 | Q.  IF YOU WOULD OPEN THE BINDER UP TO TAB 372, PLEASE. |
| 11:08AM | 14 | YOUR HONOR, I BELIEVE THIS IS BEING MOVED IN BASED ON A |
| 11:08AM | 15 | STIPULATION BETWEEN THE PARTIES. |
| 11:08AM | 16 | MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.  NO |
| 11:08AM | 17 | OBJECTION. |
| 11:08AM | 18 | THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE |
| 11:08AM | 19 | PRESENTED TO THE JURY.  I'M SORRY. |
| 11:08AM | 20 | (GOVERNMENT'S EXHIBIT 372 WAS RECEIVED IN EVIDENCE.) |
| 11:08AM | 21 | MR. SCHENK:  THANK YOU, YOUR HONOR. |
| 11:08AM | 22 | Q.  MR. MIQUELON, WE'RE LOOKING AT A DOCUMENT THAT IS ENTITLED |
| 11:09AM | 23 | THERANOS MASTER PURCHASE AGREEMENT. |
| 11:09AM | 24 | DO YOU SEE THAT? |
| 11:09AM | 25 | A.  YES. |

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3369

11:09AM  1    Q.   YESTERDAY AT THE CLOSE OF YOUR TESTIMONY WE DISCUSSED

11:09AM  2    EXHIBIT 300, WHICH WAS AN EMAIL THAT YOU WROTE TO OTHERS AT

11:09AM  3    WALGREENS IN ADVANCE OF A PRESENTATION BY FOLKS FROM THERANOS.

11:09AM  4         DO YOU RECALL THAT?

11:09AM  5    A.   YES.

11:09AM  6    Q.   AND THAT WAS AROUND APRIL OF 2010?

11:09AM  7    A.   CORRECT.

11:09AM  8    Q.   AND NOW WE'RE LOOKING AT THE AGREEMENT DATED IN JULY OF

11:09AM  9    2010.

11:09AM  10        COULD YOU BRIEFLY DESCRIBE FOR THE JURY WHAT WAS HAPPENING

11:09AM  11   IN THE THERANOS-WALGREENS RELATIONSHIP BETWEEN THOSE

11:09AM  12   INTERVENING MONTHS FROM THE APRIL MEETING UNTIL THIS JULY

11:09AM  13   AGREEMENT?

11:09AM  14   A.   IN THOSE EARLY MONTHS THERE WAS, AGAIN, INITIAL DILIGENCE

11:09AM  15   DONE IN TERMS OF UNDERSTANDING THERANOS, THE TECHNOLOGY, AND

11:09AM  16   UNDERSTANDING HOW IT MIGHT FIT IN TERMS OF A PARTNERSHIP WITH

11:09AM  17   WALGREENS.

11:09AM  18   Q.   OKAY.  AND DESCRIBE THE PROCESS OF GETTING TO THE STEP OF

11:09AM  19   PUTTING TOGETHER A MASTER PURCHASE AGREEMENT.

11:10AM  20   A.   THERE WAS A MULTI FUNCTIONAL TEAM THAT WAS FORMED,

11:10AM  21   INCLUDING HEALTH CARE PROFESSIONALS.  THERE WAS A CONSULTING

11:10AM  22   FIRM THAT WAS BROUGHT IN THAT HAD EXPERTISE IN LABS TO LOOK AT

11:10AM  23   THERANOS, AS WELL AS THE COMPETITIVE SET OF OTHER COMPANIES OUT

11:10AM  24   THERE.

11:10AM  25        THERE WAS ALSO A CONSULTING FIRM THAT WAS BROUGHT IN THAT

| | | |
|---|---|---|
| 11:10AM | 1 | SPECIALIZES IN DEFINING NEW BUSINESS MODELS AND HOW THEY MIGHT |
| 11:10AM | 2 | WORK. |
| 11:10AM | 3 | Q.   AND AS CFO, WHAT WAS YOUR ROLE IN THIS? |
| 11:10AM | 4 | A.   I WOULD SAY AN EXECUTIVE SPONSOR TO HELP SUPPORT THE TEAM |
| 11:10AM | 5 | TO HELP ENABLE THEM AND PROVIDE RESOURCES FOR THEM TO FORM |
| 11:10AM | 6 | THEIR CONCLUSIONS. |
| 11:10AM | 7 | Q.   OKAY.  AND WHEN YOU SAY "TO SUPPORT THEM," WHAT DO YOU |
| 11:10AM | 8 | MEAN? |
| 11:10AM | 9 | A.   THE TEAM, THE MULTI FUNCTIONAL TEAM AT WALGREENS THAT WAS |
| 11:10AM | 10 | WORKING ON THE PROJECT. |
| 11:10AM | 11 | Q.   OKAY.  NOW LET'S TURN TO THE DOCUMENT.  ON THE FIRST PAGE |
| 11:10AM | 12 | TOWARDS THE BOTTOM THERE'S A SIGNATURE. |
| 11:10AM | 13 | DO YOU SEE THAT? |
| 11:10AM | 14 | A.   YES. |
| 11:10AM | 15 | Q.   AND WHOSE SIGNATURE IS THAT? |
| 11:10AM | 16 | A.   THAT'S MINE. |
| 11:10AM | 17 | Q.   ON THE SECOND PAGE TOWARDS THE BOTTOM THERE'S ALSO A |
| 11:11AM | 18 | SIGNATURE. |
| 11:11AM | 19 | A.   YES. |
| 11:11AM | 20 | Q.   AND WHOSE SIGNATURE IS THAT? |
| 11:11AM | 21 | A.   IT SAYS MS. HOLMES. |
| 11:11AM | 22 | Q.   OKAY.  NOW LET'S LOOK AT THE THIRD PAGE.  THE THIRD PAGE |
| 11:11AM | 23 | IS LABELLED SCHEDULE A, AND UNDER NUMBER 2, I'D LIKE TO ASK YOU |
| 11:11AM | 24 | A QUESTION.  NUMBER 2 IS PROGRAM OBJECTIVES. |
| 11:11AM | 25 | DO YOU SEE THAT? |

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3371

11:11AM   1    A.   YES.

11:11AM   2    Q.   IT SAYS THAT "THE OBJECTIVES OF THIS PROGRAM INCLUDE" MAKE

11:11AM   3    BLOOD LAB -- I'M SORRY -- "MAKE BLOOD TESTING FASTER, FAR MORE

11:11AM   4    ACCESSIBLE, EFFECTIVE, ACTIONABLE BY INTRODUCING A MORE COST

11:11AM   5    EFFECTIVE, REAL-TIME BLOOD TESTING SERVICE AT WALGREENS STORES

11:11AM   6    AND WALGREENS' OTHER CLINICAL OPERATIONS NATIONWIDE."

11:11AM   7         IS THAT YOUR UNDERSTANDING OF WHAT THE OBJECTIVE WAS?

11:11AM   8    A.   YES.

11:11AM   9    Q.   AND IT DESCRIBES MAKING BLOOD TESTING FASTER AND MORE

11:11AM  10    ACCESSIBLE, EFFECTIVE AND ACTIONABLE, WHAT DID THAT MEAN?

11:12AM  11    A.   THAT WAS THE NOTION OF HAVING THERANOS LAB TESTING AT

11:12AM  12    WALGREENS.

11:12AM  13    Q.   AND WHY WAS THERANOS BLOOD TESTING AT WALGREENS FASTER?

11:12AM  14    A.   AGAIN, AS WE HAVE TALKED A LITTLE BIT YESTERDAY, WHEN YOU

11:12AM  15    LOOK AT THE THERANOS TECHNOLOGY AND THE ABILITY TO ENTER A

11:12AM  16    BLOOD SAMPLE INTO AN EDISON AND GET RESULTS IN, YOU KNOW,

11:12AM  17    15 MINUTES THAT THEN COULD BE MOVED TO THE CLOUD FOR

11:12AM  18    ASSESSMENT, THAT WOULD BE A FASTER PROCESS THAN CONVENTIONAL

11:12AM  19    LAB.

11:12AM  20    Q.   AND AT THIS STAGE OF THE RELATIONSHIP BETWEEN WALGREENS

11:12AM  21    AND THERANOS, WAS YOUR UNDERSTANDING THAT THE EDISON DEVICE

11:12AM  22    WOULD BE USED TO TEST PATIENT'S BLOOD?

11:12AM  23    A.   YES.  BUT THERE WAS A LOT OF BACK AND FORTH OVER THE

11:12AM  24    SUBJECT OF MONTHS IN TERMS OF WHETHER IT WAS BETTER TO HAVE

11:12AM  25    THAT DEVICE IN A STORE OR NOT IN A STORE, AND WHETHER IT SHOULD

| | | |
|---|---|---|
| 11:12AM | 1 | ONLY BE THE NANOTAINER OR THE BLOOD DRAW THAT WOULD BE IN THE |
| 11:12AM | 2 | STORE OR WHETHER THE EDISON DEVICE WOULD BE THERE AS WELL. |
| 11:13AM | 3 | Q.   OKAY.  SO THERE WAS SOME DISCUSSION ABOUT WHERE THE DEVICE |
| 11:13AM | 4 | WOULD BE LOCATED.  BUT HOW ABOUT ON WHAT DEVICE THE BLOOD WOULD |
| 11:13AM | 5 | BE TESTED. |
| 11:13AM | 6 | A.   RIGHT. |
| 11:13AM | 7 | Q.   WHAT WAS YOUR UNDERSTANDING? |
| 11:13AM | 8 | A.   MY UNDERSTANDING WAS THAT THE BLOOD WOULD BE TESTED ON THE |
| 11:13AM | 9 | EDISON DEVICE. |
| 11:13AM | 10 | Q.   AND WHERE DID YOU GET THAT UNDERSTANDING? |
| 11:13AM | 11 | A.   FROM MY DISCUSSIONS WITH SUNNY AND ELIZABETH, AND THROUGH |
| 11:13AM | 12 | OUR DILIGENCE, THAT WAS OUR COMPANY'S UNDERSTANDING. |
| 11:13AM | 13 | Q.   OKAY.  IF YOU COULD TURN THE PAGE NOW TO PAGE 6.  PAGE 6 |
| 11:13AM | 14 | IS SCHEDULE B.  AND UNDER NUMBER 2, BEST PRICE GUARANTEE. |
| 11:13AM | 15 | DO YOU SEE THAT? |
| 11:13AM | 16 | A.   AGAIN, WHICH SECTION? |
| 11:13AM | 17 | Q.   PAGE 6, SCHEDULE B, AND THEN THE SECOND SECTION, 2. |
| 11:13AM | 18 | A.   YES. |
| 11:13AM | 19 | Q.   BEST PRICE GUARANTEE? |
| 11:13AM | 20 | A.   RIGHT. |
| 11:13AM | 21 | Q.   ON THE BOTTOM, TOWARDS THE BOTTOM OF THIS PARAGRAPH IT |
| 11:13AM | 22 | SAYS, FOR PURPOSES OF THIS AGREEMENT AVAILABLE CARTRIDGES |
| 11:14AM | 23 | INCLUDE FIRST GENERATION CARTRIDGES OF THERANOS SYSTEMS |
| 11:14AM | 24 | VERSIONS 1, 2, AND 3 AS DEFINED BELOW, AND NOW WE SEE A, B, AND |
| 11:14AM | 25 | C, VERSION 1, OR V1, VERSION 2 AND VERSION 3. |

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3373

11:14AM   1            DO YOU SEE THAT?

11:14AM   2       A.   YES.

11:14AM   3       Q.   AND WHAT WAS YOUR UNDERSTANDING ABOUT THE INFORMATION

11:14AM   4       CONVEYED IN THIS SECTION OF THE AGREEMENT?

11:14AM   5       A.   ESSENTIALLY MY UNDERSTANDING OF THIS SECTION WAS TO MAKE

11:14AM   6       SURE THAT BY WORKING WITH THERANOS WE WOULD HAVE SOME FORM OF

11:14AM   7       EXCLUSIVITY, AS WELL AS BEST -- MOST FAVORED NATION PRICING

11:14AM   8       AROUND THE TESTS THAT WERE CURRENTLY AVAILABLE ALSO AROUND THE

11:14AM   9       TESTS THAT WOULD HOPEFULLY BE DEVELOPED IN THE FUTURE.

11:14AM   10      Q.   AND WHY WAS THAT IMPORTANT TO WALGREENS?  WHY WAS FAVORED

11:14AM   11      PRICING IMPORTANT TO WALGREENS?

11:14AM   12      A.   WELL, I THINK IT WAS THE NOTION THAT IF WE WERE GOING TO

11:14AM   13      HAVE A DEEP PARTNERSHIP AND BE INVESTING TOGETHER IN RESOURCES

11:14AM   14      AND TIME AND MONEY, THAT THAT SHOULD GIVE THE COMPANY SOME

11:15AM   15      COMPETITIVE ADVANTAGE VERSUS SOMEONE ELSE WHO HADN'T DONE THAT

11:15AM   16      AND WHO MIGHT CHOOSE TO PARTNER WITH THEM.

11:15AM   17      Q.   UNDER A VERSION 1, OR V1, IT SAYS "ALL ROUTINE LABORATORY

11:15AM   18      TESTS SPECIFIED ON SCHEDULE D."

11:15AM   19           NOW, IF YOU'LL FOLLOW ME TO PAGE 23.

11:15AM   20           DO YOU SEE ON SCHEDULE D, PAGE 23, WHERE IT SAYS "ROUTINE

11:15AM   21      LABORATORY TESTS (VERSION 1); LIST ATTACHED TO END OF

11:15AM   22      AGREEMENT."

11:15AM   23           DO YOU SEE THAT?

11:15AM   24      A.   YES, I SEE THAT.

11:15AM   25      Q.   AND THEN IF WE GO TO PAGE 37, THE END OF THE AGREEMENT, DO

| | | |
|---|---|---|
| 11:15AM | 1 | YOU SEE THE FIRST PAGE OF EIGHT PAGES OF THERANOS BASE ASSAY |
| 11:16AM | 2 | LIBRARY? |
| 11:16AM | 3 | A.   YES. |
| 11:16AM | 4 | Q.   AND IF WE COULD ON THE SCREEN SCROLL THROUGH THE NEXT |
| 11:16AM | 5 | EIGHT PAGES TO SHOW THE JURY THE ASSAY LIBRARY BEGINNING ON |
| 11:16AM | 6 | PAGE 37. |
| 11:16AM | 7 | MR. MIQUELON, WHAT WAS YOUR UNDERSTANDING OF WHAT THIS |
| 11:16AM | 8 | WAS, THE BASE ASSAYS LIBRARY? |
| 11:16AM | 9 | A.   THIS WAS MY UNDERSTANDING OF THE TESTS THAT THEY WOULD BE |
| 11:16AM | 10 | ABLE TO DO, AS WELL AS SCALE.  AND BY "SCALE" I MEAN DOING ONES |
| 11:16AM | 11 | ON A BETA MACHINE WOULD BE ONE THING, BUT TO BE ABLE TO DEVELOP |
| 11:16AM | 12 | CONSISTENT MACHINES, MULTIPLE CARTRIDGES, I.T. INFRASTRUCTURE |
| 11:16AM | 13 | SYSTEMS AROUND IT WERE PART OF THE PROPOSITION, THIS WOULD BE |
| 11:16AM | 14 | KIND OF THE, KIND OF THE BASE LEVEL TESTING, IF YOU WILL, THAT |
| 11:16AM | 15 | WOULD BE READY FOR A LAUNCH AT SOME POINT. |
| 11:16AM | 16 | Q.   OKAY.  AND NOW IF WE COULD GO BACK JUST BRIEFLY TO |
| 11:16AM | 17 | EXHIBIT 300. |
| 11:17AM | 18 | AT THE BOTTOM NUMBER 2 UNDER YOUR LIST OF REASONS, NUMBER |
| 11:17AM | 19 | 2 IS THE REASONS WHY WE'RE SO ENCOURAGED ARE 96 PERCENT OF |
| 11:17AM | 20 | TESTS DONE AT BIG LABS WILL BE ABLE TO BE DONE ON THESE |
| 11:17AM | 21 | DEVICES. |
| 11:17AM | 22 | DID YOU UNDERSTAND THAT THE THERANOS BASE ASSAYS LIBRARY |
| 11:17AM | 23 | WAS 96 PERCENT OF THE LAB TESTS DONE AT BIG LABS? |
| 11:17AM | 24 | A.   MY UNDERSTANDING WAS THAT, AGAIN, THE PLATFORM THAT WAS |
| 11:17AM | 25 | BUILT FOR THAT BASE LEVEL TESTING WOULD BE ABLE TO DO |

MIQUELON DIRECT BY MR. SCHENK (RES.)                                3375

11:17AM   1    96 PERCENT OF THE TESTING DONE AT LABS THROUGH, AGAIN, THE

11:17AM   2    BLOOD, SALIVA OR THE URINE THROUGH THE IMMUNOASSAY TESTING.

11:17AM   3    Q.   AND DID YOU GET THIS UNDERSTANDING FROM YOUR CONVERSATIONS

11:17AM   4    WITH MS. HOLMES?

11:17AM   5    A.   IT WAS FROM MY CONVERSATION WITH BOTH SUNNY AND ELIZABETH.

11:17AM   6    Q.   AND ALSO FROM THE POWERPOINT SLIDE OR DOCUMENTS THAT THEY

11:17AM   7    SHOWED TO YOU, DID YOU GET THE UNDERSTANDING FROM DOCUMENTS

11:18AM   8    ALSO?

11:18AM   9    A.   THAT WAS MY UNDERSTANDING.

11:18AM  10    Q.   OKAY.  NOW, IF WE COULD GO TO -- BACK TO EXHIBIT 372,

11:18AM  11    PAGE 6.

11:18AM  12         WE TALKED ABOUT THE V1.  NOW I'D LIKE TO MOVE DOWN TO

11:18AM  13    VERSION 2.

11:18AM  14         DO YOU SEE THAT?

11:18AM  15    A.   YES.

11:18AM  16    Q.   NO, I'M SORRY.  ON 372, PAGE 6 AT THE TOP 2B UNDER BEST

11:18AM  17    PRICE GUARANTEE B?

11:18AM  18    A.   YES.

11:18AM  19    Q.   B READS, THE FOLLOWING LABORATORY TESTS INCLUDING, BUT NOT

11:18AM  20    LIMITED TO, INFLUENZA/STREP, PREGNANCY, FERTILITY,

11:18AM  21    PRENATAL/TRIMESTER, AND THEN IT CONTINUES, THAT THEY WILL

11:19AM  22    MEMORIALIZE THE CPT CODES THAT ARE INCLUDED IN VERSION TO AS

11:19AM  23    SUCH CODES BECOME AVAILABLE.

11:19AM  24         WHAT WAS YOUR UNDERSTANDING ABOUT VERSION 2?

11:19AM  25    A.   MY UNDERSTANDING ABOUT VERSION 2 IS THOSE WOULD BE PERHAPS

MIQUELON DIRECT BY MR. SCHENK (RES.)                           3376

11:19AM  1    MORE COMPLEX TESTS AND LESS COMMONPLACE THAN THE V1 TESTS, THAT

11:19AM  2    THEY WERE WORKING ON THOSE TO SOME DEGREE TO BRING THEM INTO

11:19AM  3    THE FUTURE.

11:19AM  4    Q.   AND THEN HOW ABOUT VERSION 3?  VERSION 3 TALKS ABOUT

11:19AM  5    PREDICTIVE TESTS.  DID YOU HAVE AN UNDERSTANDING ABOUT THOSE

11:19AM  6    TESTS?

11:19AM  7    A.   AGAIN, AS I ALLUDED TO YESTERDAY, VERSION 3 WAS IN SOME

11:19AM  8    WAYS PREDICTIVE TESTS THAT WERE NEW TO THE WORLD, AND AGAIN,

11:19AM  9    THEY WERE WORKING ON SEVERAL OF THOSE WITHOUT ANY GUARANTEE OR

11:19AM  10   PROMISE THAT THOSE WOULD COME TO FRUITION.  BUT TO THE EXTENT

11:19AM  11   THAT THEY DID, WE WOULD HOPE THAT WE WOULD HAVE PRIORITY ON

11:19AM  12   THOSE AS WELL.

11:19AM  13   Q.   SO IN 2010 WHEN YOU WERE NEGOTIATING AND SIGNING THIS

11:19AM  14   AGREEMENT, DID YOU HAVE AN UNDERSTANDING THAT THERANOS HAD THE

11:19AM  15   ABILITY TO DO SOME TESTS, LIKE THE VERSION 1 TESTS, PRESENTLY,

11:20AM  16   AND THAT THERE WERE OTHER TESTS THAT THEY WERE WORKING ON AND

11:20AM  17   WOULD BECOME AVAILABLE IN THE FUTURE?

11:20AM  18   A.   THAT WAS MY UNDERSTANDING.

11:20AM  19        AND AGAIN, TO THE EXTENT THAT THEY BECAME AVAILABLE, OR

11:20AM  20   NOT, AGAIN, VERSION 3 IS IN SOME WAYS VERY FUTURISTIC STILL,

11:20AM  21   BUT IF THEY WERE TO BECOME AVAILABLE, WE WOULD BE FIRST IN THE

11:20AM  22   QUEUE TO BE ABLE TO VISUALIZE THOSE.

11:20AM  23   Q.   I SEE.  IF YOU WOULD NOW TURN TO PAGE 10 IN THIS EXHIBIT,

11:20AM  24   THERE'S A SECTION CALLED CRITICAL VALUES.

11:20AM  25        UNDER CRITICAL VALUES IT SAYS, IN THE EVENT A RESULT

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3377

11:20AM  1   REFLECTS ONE OR MORE VALUES AT SUCH VARIANCE WITH NORMAL AS TO

11:20AM  2   BE POTENTIALLY LIFE-THREATENING, OTHERWISE KNOWN AS A CRITICAL

11:20AM  3   VALUE, THERANOS WOULD BE SOLELY RESPONSIBLE FOR NOTIFYING THE

11:20AM  4   ORDERING PRACTITIONER, THE TECHNICIAN THAT PERFORMED THE TEST,

11:20AM  5   AND TO THE EXTENT REQUIRED BY STATE LAW, ANY OTHER INDIVIDUALS

11:21AM  6   OR ENTITIES OF THE CRITICAL VALUE AND USING COMMERCIALLY

11:21AM  7   REASONABLE EFFORTS TO VERIFY THAT THE ORDERING PRACTITIONER

11:21AM  8   RECEIVED NOTIFICATION OF THE CRITICAL VALUE.

11:21AM  9       DID YOU HAVE AN UNDERSTANDING REGARDING WHOSE OBLIGATION

11:21AM  10  IT WAS TO NOTIFY PHYSICIANS IF A BLOOD TEST RESULTED IN A

11:21AM  11  CRITICAL VALUE?

11:21AM  12  A.   YEAH, I'M NOT A HEALTH CARE PROFESSIONAL, BUT MY

11:21AM  13  UNDERSTANDING WAS THAT THE PATIENT WAS EFFECTIVELY THEIR

11:21AM  14  PATIENT AND SO IT WAS VERY IMPORTANT BECAUSE THEY WOULD HAVE

11:21AM  15  THEIR DATA, AND BECAUSE OF THE STARK LAWS THAT HAS TO BE

11:21AM  16  PROTECTED, THAT IT WOULD BE THEIR RESPONSIBILITY TO DO ANY OF

11:21AM  17  THE FOLLOW-UP WORK AROUND THE DATA OF THEIR PATIENT.

11:21AM  18  Q.   AND DID YOU EXPECT THERANOS TO FOLLOW THROUGH ON THIS?

11:21AM  19  A.   MY ASSUMPTION WOULD BE YES.

11:21AM  20  Q.   IF YOU'LL TURN NOW TO PAGE 24.

11:21AM  21      ON PAGE 24 THERE ARE SOME DEFINITIONS, AND THE ONE I WOULD

11:22AM  22  LIKE TO ASK YOU ABOUT IS NUMBER 10, DEVICE.

11:22AM  23      DEVICE READS, "DEVICE MEANS THERANOS'S READER CAPABLE OF

11:22AM  24  RUNNING CARTRIDGES, EXTRACTING DATA FROM A CARTRIDGE OR OTHER

11:22AM  25  ANALYTICAL DEVICE, TRANSMITTING DATA TO A DATABASE HOSTED BY

MIQUELON DIRECT BY MR. SCHENK (RES.)                3378

11:22AM  1    THERANOS, COMMUNICATING WITH AUTHORIZED PARTIES AND PROVIDING

11:22AM  2    ANALYTICAL INFORMATION."

11:22AM  3        DID YOU UNDERSTAND THAT THE DEVICE THAT THERANOS WOULD BE

11:22AM  4    USING TO TEST BLOOD WAS THE EDISON DEVICE?

11:22AM  5    A.   THAT WAS MY UNDERSTANDING.  I DON'T KNOW AT WHAT TIME IT

11:22AM  6    WAS COINED AS THE EDISON, BUT IT WAS ESSENTIALLY THE SAME

11:22AM  7    DEVICE.

11:22AM  8    Q.   YOU UNDERSTOOD IT WAS A DEVICE MANUFACTURED BY THERANOS?

11:22AM  9    A.   RIGHT.

11:22AM 10    Q.   DID YOU UNDERSTAND THAT THERANOS WOULD BE TESTING

11:22AM 11    PATIENT'S BLOOD ON MODIFIED THIRD PARTY OR OTHER MANUFACTURER'S

11:22AM 12    DEVICE?

11:22AM 13    A.   IT WASN'T MY UNDERSTANDING, NO.

11:22AM 14    Q.   DID YOU UNDERSTAND THAT THERANOS WOULD BE TESTING BLOOD ON

11:22AM 15    UNMODIFIED THIRD PARTY DEVICES, DEVICES MANUFACTURED BY OTHER

11:22AM 16    COMPANIES AND NOT MODIFIED BY THERANOS?

11:23AM 17    A.   AGAIN, MY UNDERSTANDING WAS TO THE EXTENT THAT THEY WERE

11:23AM 18    DOING THAT, THAT WAS PART OF THE CALIBRATION PROCESS TO BE ABLE

11:23AM 19    TO MAKE SURE THAT THERANOS WAS AS ACCURATE AS.

11:23AM 20    Q.   IS THE CONCEPT THAT YOU EXPLAINED TO ME YESTERDAY, THAT

11:23AM 21    THEY MAY HAVE USED, THERANOS MAY HAVE USED THIRD PARTY DEVICES,

11:23AM 22    BUT FOR THE PURPOSE OF CONFIRMING THE ACCURACY OF THEIR DEVICE;

11:23AM 23    IS THAT RIGHT?

11:23AM 24    A.   THAT WAS MY UNDERSTANDING, YES.

11:23AM 25    Q.   IF NOW YOU'LL TURN TO EXHIBIT 488.

MIQUELON DIRECT BY MR. SCHENK (RES.)                        3379

11:23AM   1          DO YOU RECOGNIZE EXHIBIT 488?

11:23AM   2     A.   YES, I DO.

11:23AM   3     Q.   IS THIS AN EMAIL WITHIN WALGREENS, INCLUDING YOU, THAT

11:23AM   4     CONTAINS AS AN ATTACHMENT SOMETHING CALLED PROJECT BETA SLIDES?

11:23AM   5     A.   YES, THAT'S CORRECT.

11:23AM   6     Q.   AND WERE THOSE SLIDES DISCUSSING THE THERANOS PROJECT?

11:23AM   7     A.   YES.

11:24AM   8          MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 488.

11:24AM   9          MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

11:24AM  10          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:24AM  11     (GOVERNMENT'S EXHIBIT 488 WAS RECEIVED IN EVIDENCE.)

11:24AM  12          MR. SCHENK:  THANK YOU.

11:24AM  13     Q.   FIRST LET'S JUST TALK ABOUT THE RECIPIENTS ON THE EMAIL.

11:24AM  14          DO YOU KNOW WHO THIS, GENERALLY SPEAKING, WHO THIS GROUP

11:24AM  15     OF INDIVIDUALS, WHO THIS WAS?

11:24AM  16     A.   YES.

11:24AM  17     Q.   WHO?

11:24AM  18     A.   THE GROUP THAT IT'S TO WOULD INCLUDE MANY OF THE SENIOR

11:24AM  19     LEADERS OF THE COMPANY, AS WELL AS HEALTH CARE EXPERTS IN THE

11:24AM  20     COMPANY, AS WELL AS OTHER LEADERS WHO HAVE BEEN IDENTIFIED TO

11:24AM  21     BE ON THE PROJECT TEAM.

11:24AM  22     Q.   OKAY.  AND WHEN YOU SAY "THE PROJECT TEAM"?

11:24AM  23     A.   THE THERANOS PARTNERSHIP PROJECT TEAM.

11:24AM  24     Q.   OKAY.  THE DATE ON THIS IS -- IT WAS SENT AT THE BEGINNING

11:24AM  25     OF NOVEMBER, BUT FOR A MEETING IT LOOKS LIKE AT THE BEGINNING

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3380

11:24AM  1    OF DECEMBER OF 2011.

11:24AM  2         DO YOU SEE THAT?

11:24AM  3    A.   YES.

11:24AM  4    Q.   AND THE LAST DOCUMENT THAT WE WERE LOOKING AT WAS THE

11:24AM  5    AGREEMENT THAT WAS SIGNED IN THE SUMMER OF 2010.

11:24AM  6    A.   YES.

11:24AM  7    Q.   NOW, WE'VE MOVED ABOUT A YEAR AND A HALF LATER TO THE END

11:25AM  8    OF 2011?

11:25AM  9    A.   YES.

11:25AM  10   Q.   I WONDER IF YOU'LL EXPLAIN TO THE JURY WHAT HAPPENED IN

11:25AM  11   THAT YEAR AND A HALF WITH REGARD TO THE THERANOS PROJECT?  WHAT

11:25AM  12   WORK WAS HAPPENING?

11:25AM  13   A.   THERE WAS A LOT MORE TO DO THAN JUST SPECIFIC TO THE

11:25AM  14   TECHNOLOGY.  SO THERE WAS A LOT OF WORK TO DO TO UNDERSTAND,

11:25AM  15   FOR EXAMPLE, THE BUSINESS MODEL.

11:25AM  16        BY BUSINESS MODEL, YOU KNOW, WHERE WOULD THE MACHINES

11:25AM  17   RESIDE IN A WALGREENS ESSENTIALLY?  WHO WOULD OWN THE PATIENT?

11:25AM  18   HOW WOULD MEDICAL BILLING WOULD WORK?  WHAT I.T. AND

11:25AM  19   INFORMATION WOULD BE REQUIRED?  WHAT APPROVALS MIGHT BE

11:25AM  20   REQUIRED?

11:25AM  21        SO JUST A LOT OF OTHER WORK THAT HAD TO BE DONE TO SUPPORT

11:25AM  22   THE TECHNOLOGY.

11:25AM  23   Q.   OKAY.  AND THAT WORK WAS HAPPENING AFTER SIGNING THAT

11:25AM  24   PURCHASE AGREEMENT UP THROUGH THIS TIME WHEN WE'RE LOOKING AT

11:25AM  25   THESE SLIDES?

MIQUELON DIRECT BY MR. SCHENK (RES.)                           3381

| | | |
|---|---|---|
| 11:25AM | 1 | A.   YEAH, THAT WORK HAD CONTINUED ON FOR PROBABLY YEARS AFTER |
| 11:25AM | 2 | THIS AS WELL. |
| 11:25AM | 3 | Q.   OKAY.  IF YOU'LL TURN NOW TO THE FIRST PAGE OF THE SLIDES, |
| 11:25AM | 4 | IT'S PAGE 3.  IT'S CALLED PROJECT BETA. |
| 11:26AM | 5 | WHAT DOES THAT MEAN? |
| 11:26AM | 6 | A.   THE PROJECT HAD DIFFERENT CODE NAMES OVER TIME.  BETA WAS |
| 11:26AM | 7 | ONE CODE NAME, AND I THINK AT SOME POINT IT WAS CALLED PROJECT |
| 11:26AM | 8 | NORMANDY.  BUT IT WAS DIFFERENT NAMES FOR THE SAME PROJECT, |
| 11:26AM | 9 | WHICH WAS THE THERANOS PARTNERSHIP. |
| 11:26AM | 10 | Q.   WAS THAT AN INTERNAL WALGREENS NAME FOR THE PROJECT? |
| 11:26AM | 11 | A.   CORRECT.  I DON'T KNOW -- I THINK MAYBE THE JOINT NAME WE |
| 11:26AM | 12 | HAD WAS NORMANDY ULTIMATELY, BUT I'M NOT CERTAIN. |
| 11:26AM | 13 | Q.   OKAY.  AND NOW IF YOU'LL TURN TO PAGE 8. |
| 11:26AM | 14 | ON PAGE 8, NUMBER 6 IS WHAT I WANT TO ASK YOU ABOUT. |
| 11:26AM | 15 | NUMBER 6 SAYS, "THERANOS NATIONAL ROLLOUT WITH WALGREENS |
| 11:26AM | 16 | (PENDING PILOT OUTCOME)." |
| 11:26AM | 17 | WHAT DOES THAT MEAN? |
| 11:26AM | 18 | A.   THIS WAS THE HYPOTHESIS OR THE ILLUSTRATIVE VERSION OF IF |
| 11:26AM | 19 | WE WERE TO DO A PILOT AND GET CERTAIN SUCCESS METRICS, THEN WE |
| 11:27AM | 20 | WOULD EXPAND TO THE NEXT LEVEL, AND IF THAT WAS SUCCESSFUL, |
| 11:27AM | 21 | THEN WE WOULD EXPAND TO THE NEXT LEVEL. |
| 11:27AM | 22 | SO THIS WAS, AGAIN, KIND OF AN ILLUSTRATIVE TIMELINE OF |
| 11:27AM | 23 | WHAT SUCCESS COULD LOOK LIKE AT THAT POINT. |
| 11:27AM | 24 | Q.   WHEN YOU SAY HAVE A PILOT, WHAT DO YOU MEAN BY THAT? |
| 11:27AM | 25 | A.   SOME LEVEL OF YOU, YOU KNOW, NUMBER OF STORES, YOU KNOW, |

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3382

11:27AM   1    WHETHER ONE OR A FEW TO BE ABLE TO UNDERSTAND, YOU KNOW, WHAT

11:27AM   2    IS THE PATIENT EXPERIENCE LIKE?  IS IT GOING WELL?  IS MEDICAL

11:27AM   3    BILLING HAPPENING PROPERLY?  ARE HEALTH CARE PLANS ACCEPTING

11:27AM   4    IT?  ARE DOCTORS RECOMMENDING IT?  THOSE KINDS OF THINGS.

11:27AM   5    Q.   AND THEN WOULD WALGREENS EVALUATE THE SUCCESS, SORT OF THE

11:27AM   6    METRICS YOU'VE DESCRIBED, TO DETERMINE WHETHER TO MOVE TO THE

11:27AM   7    NEXT PHASE?

11:27AM   8    A.   YEAH, I WOULD SAY IT WOULD BE A JOINT EVALUATION.  YOU

11:27AM   9    KNOW, BOTH PARTIES WOULD WANT THE KEY METRICS THAT WERE

11:27AM   10   IMPORTANT TO BE SATISFIED.

11:27AM   11   Q.   WAS A NATIONAL ROLLOUT EVER GUARANTEED?

11:27AM   12   A.   NO, NEVER GUARANTEED.  ALWAYS PENDING SUCCESS.

11:27AM   13   Q.   WAS THERE A PILOT AT SOME POINT?

11:27AM   14   A.   THERE WAS A PILOT.

11:27AM   15   Q.   AND WAS THERE ONE OR MORE PEOPLE AT WALGREENS WHOSE JOB IT

11:28AM   16   WAS TO EVALUATE SUCCESS TO DETERMINE WHETHER SOME OF THE

11:28AM   17   METRICS HAD BEEN MET?

11:28AM   18   A.   MULTIPLE PEOPLE.

11:28AM   19   Q.   WAS THAT YOUR JOB OR SOMEBODY ELSE'S?

11:28AM   20   A.   IT WAS NOT MY JOB.  IT WAS THE PROJECT TEAM'S.

11:28AM   21   Q.   OKAY.  NOW WE CAN TURN TO PAGE 5 -- I'M SORRY,

11:28AM   22   EXHIBIT 503.

11:28AM   23        503 LOOKS LIKE AN EMAIL FROM DR. ROSAN TO YOU CONTAINING

11:28AM   24   SOME SLIDES.

11:28AM   25        DO YOU SEE THAT?

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3383

11:28AM   1      A.   YES.

11:28AM   2      Q.   AND ARE THE SLIDES, SLIDES THAT WERE PRESENTED TO

11:28AM   3      WALGREENS BY THERANOS?

11:28AM   4      A.   YES.

11:28AM   5              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 503.

11:28AM   6              MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

11:28AM   7              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:28AM   8      (GOVERNMENT'S EXHIBIT 503 WAS RECEIVED IN EVIDENCE.)

11:28AM   9      BY MR. SCHENK:

11:28AM  10      Q.   THE DATE ON THIS ONE IS JANUARY 2012.  SO WE'VE NOW MOVED

11:28AM  11      INTO THE BEGINNING OF THE NEXT YEAR, 2012.

11:28AM  12          THE SUBJECT IS, HERE IS THE SLIDE SHOW THAT WAS PRESENTED

11:28AM  13      TO US BY SUNNY AND ELIZABETH.

11:29AM  14          MR. BALWANI AND MS. HOLMES; IS THAT CORRECT?

11:29AM  15      A.   CORRECT.

11:29AM  16      Q.   AND NOW IF WE CAN TURN TO SOME OF THE SLIDES.  THE

11:29AM  17      FIRST -- LET'S LOOK AT THE FIRST PAGE OF THE SLIDES.  IT'S

11:29AM  18      PAGE 2 OF THE EXHIBIT.

11:29AM  19          IT'S ENTITLED PROJECT NORMANDY BRIEFING.

11:29AM  20          WHAT IS PROJECT NORMANDY?

11:29AM  21      A.   PROJECT NORMANDY IS -- IT'S BASICALLY THE SAME AS PROJECT

11:29AM  22      BETA.  I THINK IT'S WHAT THE NAME MORPHED INTO.

11:29AM  23      Q.   OKAY.  THE RELATIONSHIP BETWEEN WALGREENS AND THERANOS --

11:29AM  24      A.   RIGHT.

11:29AM  25      Q.   -- WAS CALLED PROJECT NORMANDY?

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3384

11:29AM   1      A.   RIGHT.

11:29AM   2      Q.   IF WE CAN TURN TO PAGE 3.

11:29AM   3           PAGE 3 IS CALLED WALGREENS THERANOS PARTNERSHIP

11:29AM   4      OBJECTIVES.

11:29AM   5           DO YOU SEE THAT?

11:29AM   6      A.   YES.

11:29AM   7      Q.   AND ABOUT THREE UP FROM IT THE BOTTOM WE SEE, "NEW GROWTH

11:29AM   8      DRIVER FOR EMPLOYER BUSINESS.

11:29AM   9           "LOWEST COST, HIGHEST QUALITY TESTING FROM A FINGERSTICK."

11:29AM   10          WHEN MS. HOLMES AND MR. BALWANI WERE DESCRIBING THE

11:30AM   11     BUSINESS OPPORTUNITY FOR WALGREENS, DID THEY TALK ABOUT COST?

11:30AM   12     A.   WE DID.

11:30AM   13     Q.   AND WHAT DID YOU HEAR?

11:30AM   14     A.   WE TALKED ABOUT THE OPPORTUNITY AT SCALE, AGAIN, TO BE

11:30AM   15     ABLE TO BE BETTER, FASTER, AND CHEAPER THAN A CONVENTIONAL LAB

11:30AM   16     BECAUSE YOU WERE EFFECTIVELY CUTTING OUT A LOT OF WASTE IN

11:30AM   17     TERMS OF REAL ESTATE, SUPPLY CHAIN, HANDOFFS, EXPENSES,

11:30AM   18     CONVENTIONAL MACHINES.

11:30AM   19     Q.   AND IF THERANOS USED CONVENTIONAL MACHINES, FOR EXAMPLE,

11:30AM   20     WOULD YOU LOSE SOME OF THE COST BENEFIT THAT YOU JUST

11:30AM   21     DESCRIBED?

11:30AM   22     A.   YOU WOULD.

11:30AM   23     Q.   AND IF YOU NEEDED TO USE COURIERS, OR HANDOFF AS YOU JUST

11:30AM   24     DESCRIBED, WOULD YOU ALSO LOSE SOME OF THE COST BENEFIT?

11:30AM   25     A.   YOU WOULD LOSE SOME.

MIQUELON DIRECT BY MR. SCHENK (RES.)                          3385

11:30AM   1    Q.   IT NEXT SAYS, "HIGHEST QUALITY TESTING FROM A

11:30AM   2    FINGERSTICK."

11:30AM   3         WHAT WAS YOUR UNDERSTANDING OF WHAT THAT REFERRED TO?

11:30AM   4    A.   MY UNDERSTANDING WAS THAT THE TEST RESULTS FOR THE TESTS

11:30AM   5    THAT THEY WERE DOING AND VALIDATING WERE AS GOOD AS, THEY WERE

11:31AM   6    HIGHLY CORRELATED TO A TRADITIONAL LAB.

11:31AM   7         THE QUALITY COMES IN AGAIN BECAUSE, LIKE I SAID BEFORE, A

11:31AM   8    FEW REASONS.  NUMBER ONE IS I WAS TOLD THAT YOU COULD CALIBRATE

11:31AM   9    EVERY MACHINE VERSUS ANOTHER MACHINE SO YOU DON'T HAVE THIS

11:31AM   10   ISSUE OF DIFFERENT CALIBRATIONS FOR DIFFERENT MACHINES FOR

11:31AM   11   DIFFERENT TESTS, AS WELL AS THE FACT THAT SOME TESTS ARE

11:31AM   12   ULTIMATELY REJECTED BY A CONVENTIONAL LAB AND THAT THEIR

11:31AM   13   REJECTION RATE WAS THUS FAR LOWER THAN THAT.

11:31AM   14        AND ALSO JUST IS THE FACT THAT IF YOU'RE ABLE TO, YOU

11:31AM   15   KNOW, GET A TEST DONE AND RESULTS BACK SOONER, THAT'S ALSO

11:31AM   16   BENEFICIAL FOR A PATIENT.

11:31AM   17   Q.   YOU DESCRIBED THE CALIBRATION BETWEEN MACHINES.

11:31AM   18        COULD YOU EXPLAIN THAT TO ME?

11:31AM   19   A.   AGAIN, MY UNDERSTANDING IS THAT THERE'S AN ACCEPTABLE

11:31AM   20   RANGE FOR ANY GIVEN MACHINE FOR WHAT THE TOLERANCE CAN BE, BUT

11:31AM   21   THAT TWO DIFFERENT MACHINES FROM TWO DIFFERENT MANUFACTURERS

11:31AM   22   FOR THE SAME TEST MIGHT HAVE SLIGHTLY DIFFERENT CALIBRATION

11:31AM   23   PARAMETERS.

11:31AM   24        SO IF YOU -- AGAIN, I USE THE EXAMPLE IF YOU GOT A PSA

11:32AM   25   TEST ONE DAY ON ONE MACHINE AND THE RESULTS CAME BACK ON

MIQUELON DIRECT BY MR. SCHENK (RES.)                          3386

11:32AM  1   ANOTHER MACHINE, THEY MAY NOT BE EXACTLY APPLES AND APPLES, BUT

11:32AM  2   BECAUSE IF YOU STAYED WITHIN THE THERANOS SYSTEM ON THEIR

11:32AM  3   MACHINES, THAT THOSE MACHINES ESSENTIALLY WOULD BE CALIBRATED

11:32AM  4   VERSUS EACH OTHER AND THEN YOU WOULD BE RELYING UPON THAT DATA

11:32AM  5   AT A HIGHER LEVEL.

11:32AM  6   Q.   AND WHO DID YOU GET THAT UNDERSTANDING FROM?

11:32AM  7   A.   JUST I THINK THROUGH THE DISCUSSIONS WITH ELIZABETH AND

11:32AM  8   SUNNY.

11:32AM  9   Q.   AND IT ALSO SAYS THIS HIGHEST QUALITY TESTING FROM A

11:32AM  10  FINGERSTICK.

11:32AM  11      DID YOU HAVE AN UNDERSTANDING ABOUT HOW THE BLOOD WOULD BE

11:32AM  12  DRAWN?

11:32AM  13  A.   I DID.

11:32AM  14  Q.   AND WHAT WAS YOUR UNDERSTANDING?

11:32AM  15  A.   AGAIN, FROM WHAT I WITNESSED AND EXPERIENCED PERSONALLY IS

11:32AM  16  A FINGERSTICK WOULD GO, WOULD PROBABLY GO INTO WHAT WAS CALLED

11:32AM  17  A NANOTAINER OR A BCD, AND THAT BCD WOULD GO INTO THE THERANOS

11:32AM  18  MACHINE.

11:32AM  19  Q.   YOU SAID WHAT YOU EXPERIENCED PERSONALLY.  WHAT DO YOU

11:32AM  20  MEAN?

11:32AM  21  A.   MYSELF AND A FEW OTHER EXECUTIVES HAD OUR BLOOD TESTED.  I

11:32AM  22  THINK I HAD MY TESTED TWICE.

11:32AM  23  Q.   AND DO YOU RECALL WHERE YOU WERE WHEN THAT HAPPENED?

11:33AM  24  A.   I BELIEVE I WAS ONE TIME -- THE FIRST TIME WAS IN THE

11:33AM  25  PALO ALTO THERANOS OFFICE, AND THE SECOND TIME I THINK I WAS AT

11:33AM  1    THE PILOT IN PHOENIX.

11:33AM  2    Q.   WOULD THAT HAVE BEEN THE MEETING IN 2010 AROUND THE MARCH

11:33AM  3    TIMEFRAME WHEN YOU WENT OUT TO PALO ALTO, OR WAS THAT A

11:33AM  4    DIFFERENT TIME?

11:33AM  5    A.   I DON'T RECALL THE FIRST TIME EXACTLY THE DATE.

11:33AM  6    Q.   WAS THE BLOOD DRAWN FROM YOUR FINGER?

11:33AM  7    A.   YES.

11:33AM  8    Q.   AND WHAT DO YOU RECALL FROM THAT?

11:33AM  9    A.   JUST GETTING MY RESULTS LATER.  AGAIN, IT HAD TO GO, FOR

11:33AM  10   LEGAL REASONS, THROUGH A PHYSICIAN.  SO I THINK THE FIRST TIME

11:33AM  11   DR. ROSAN, WHO WAS A PHYSICIAN, GOT THE RESULTS AND THEN

11:33AM  12   PROVIDED THOSE TO ME.

11:33AM  13   Q.   AND WHEN YOU HAD THE DEMO, DID MS. HOLMES EXPLAIN ANYTHING

11:33AM  14   TO YOU ABOUT THE EXPERIENCE YOUR FINGERSTICK, OR YOUR BLOOD WAS

11:33AM  15   BEING TESTED VIA A FINGERSTICK, BUT IN THE FUTURE WALGREENS

11:33AM  16   PATIENTS MIGHT NOT HAVE THEIR BLOOD TESTED THROUGH A

11:34AM  17   FINGERSTICK?  DO YOU RECALL HER SAYING ANYTHING LIKE THAT?

11:34AM  18   A.   NOT AT THE TIME.

11:34AM  19   Q.   COULD WE NOW TURN TO PAGE 8.

11:34AM  20        PAGE 8, THE SLIDE IS ENTITLED PROJECT NORMANDY:  THE

11:34AM  21   WORLD'S FIRST FINGERSTICK BASED CLIA-CERTIFIED LAB THROUGH

11:34AM  22   RETAIL.

11:34AM  23        AND THE FIRST BULLET SAYS 99.9 PERCENT LESS BLOOD.

11:34AM  24        WHAT WAS YOUR UNDERSTANDING THAT THAT WAS A REFERENCE TO?

11:34AM  25   A.   THAT'S JUST A RELATIVE COMPARISON OF THE AMOUNT OF BLOOD

MIQUELON DIRECT BY MR. SCHENK (RES.)                           3388

11:34AM   1    IN A NANOTAINER VERSUS THE AMOUNT OF BLOOD TAKEN THROUGH

11:34AM   2    VENIPUNCTURE.

11:34AM   3    Q.   AND IF THERANOS WAS TESTING PATIENT'S BLOOD WITH A VEIN

11:34AM   4    DRAW, WOULD IT DRAW LESS BLOOD THEN OR ONLY IF IT USED

11:34AM   5    FINGERSTICK?

11:34AM   6    A.   MY UNDERSTANDING -- I NEVER SAW -- IF YOUR QUESTION IS I

11:34AM   7    NEVER SAW THE NANOTAINER DRAW BLOOD FROM A VEIN.  IT WAS ALWAYS

11:34AM   8    FROM A FINGER.

11:34AM   9    Q.   NO, I'M SORRY.

11:34AM  10        THE SLIDE SUGGESTS 99.9 PERCENT LESS BLOOD, AND I'M JUST

11:35AM  11    WONDERING IF THAT IS ONLY TRUE IF YOU RECEIVE A FINGERSTICK AS

11:35AM  12    OPPOSED TO A VEIN DRAW?

11:35AM  13    A.   YES, YES.

11:35AM  14    Q.   THE NEXT BULLET SAYS, "STATE OF THE ART RESULT TURN

11:35AM  15    AROUND:  4-24 HOURS."

11:35AM  16        WHAT DID YOU UNDERSTAND THAT TO MEAN?

11:35AM  17    A.   AGAIN, THAT WAS THE RANGE THAT WE WERE LOOKING AT, AND HOW

11:35AM  18    LONG IT TAKES WAS TO SOME EXTENT WAS DEPENDENT UPON THE

11:35AM  19    BUSINESS MODEL WE RELIED UPON.

11:35AM  20        IF YOU WERE GOING TO HAVE AN EDISON DEVICE IN A WALGREENS,

11:35AM  21    THEORETICALLY YOU COULD GET A RESULT MUCH FASTER THAN IF YOU

11:35AM  22    WERE TAKING NANOTAINERS AND MOVING THEM TO A SITE WHERE YOU HAD

11:35AM  23    MACHINES AT CENTRALLY.

11:35AM  24    Q.   AND WAS FASTER TURN AROUND TIME ATTRACTIVE TO WALGREENS?

11:35AM  25    A.   I THINK IT'S ATTRACTIVE TO PATIENTS AGAIN, JUST BECAUSE IF

MIQUELON DIRECT BY MR. SCHENK (RES.)                        3389

11:35AM 1    YOU THINK ABOUT GATEWAY TO HEALTH CARE, LAB IS A LARGE GATEWAY.

11:35AM 2    SO FOR SURE TO WALGREENS.

11:35AM 3        ALSO WE TALKED ABOUT THE POSSIBILITY IN RURAL AREAS IN

11:35AM 4    MARKETS THAT ARE LESS DEVELOPED AND WHERE PEOPLE DON'T HAVE

11:36AM 5    IMMEDIATE ACCESS AND IT CAN LEAD TO VERY PROBLEMATIC HEALTH

11:36AM 6    SITUATIONS.

11:36AM 7    Q.   AND THE THIRD BULLET SAYS "NATION'S LOWEST COST AND

11:36AM 8    HIGHEST QUALITY LABORATORY PROVIDER."

11:36AM 9        DID YOU HAVE AN UNDERSTANDING THAT THERANOS WAS

11:36AM 10   REPRESENTING ITSELF TO BE THE HIGHEST QUALITY LAB?

11:36AM 11   A.   I THINK OUR COMMON UNDERSTANDING WAS THAT IF THE

11:36AM 12   TECHNOLOGY WORKED AS WE WERE TOLD, THAT IT WOULD BE BETTER,

11:36AM 13   FASTER, CHEAPER, AND THAT WE WOULD BE ABLE TO PROVIDE THE BEST

11:36AM 14   AND LOWEST, YOU KNOW, COST NETWORK TOGETHER.

11:36AM 15   Q.   AND WHERE DID THAT GET THAT UNDERSTANDING FROM?

11:36AM 16   A.   I THINK BOTH FROM THE ATTESTATIONS THAT WERE MADE TO US

11:36AM 17   ABOUT THE TECHNOLOGY, AS WELL AS OUR JOINT WORK AS FAR AS

11:36AM 18   UNDERSTANDING THE MARKET SIZE, CURRENT COSTS, THE PAYOR

11:36AM 19   PREFERENCES AND THE LIKE.

11:36AM 20   Q.   THE NEXT PAGE, PAGE 9, THIS DESCRIBES THE PROCESS, THE

11:36AM 21   PROJECT NORMANDY PROCESS.

11:36AM 22       AND UNDER THE PSC COLUMN THERE'S A SECTION CALLED SAMPLE

11:37AM 23   COLLECTION.

11:37AM 24       DO YOU SEE THE SECOND BULLET UNDER SAMPLE COLLECTION?

11:37AM 25   A.   YES.

MIQUELON DIRECT BY MR. SCHENK (RES.)                        3390

11:37AM   1   Q.   THE SECOND BULLET READS "TECHNICIAN PRICKS PATIENT'S

11:37AM   2   FINGER."

11:37AM   3        DOES THIS DESCRIPTION, A SAMPLE COLLECTION, DESCRIBE VEIN

11:37AM   4   DRAWS?

11:37AM   5   A.   NO.

11:37AM   6   Q.   UNDER THE SECOND COLUMN, CLIA LAB, IN THE SECOND BULLET IT

11:37AM   7   READS "SAMPLES ACCESSED AND QUEUED FOR ANALYSIS ON THERANOS

11:37AM   8   DEVICES USING THERANOS LDT'S IN THERANOS LAB."

11:37AM   9        DOES THIS COLUMN SUGGEST THAT THE SAMPLES ARE GOING TO BE

11:37AM  10   TESTED ON THIRD PARTY DEVICES?

11:37AM  11   A.   NO.

11:37AM  12   Q.   WOULD YOU TURN TO PAGE 11, PLEASE.

11:37AM  13        PAGE 11 IS ENTITLED FASTER SCALEABILITY AT WAG.

11:38AM  14        UNDER SCALEABILITY, THE FIRST BULLET SAYS, "SMALLER SPACE

11:38AM  15   REQUIREMENTS AT RETAIL."

11:38AM  16        WHAT DID YOU UNDERSTAND THAT TO MEAN?

11:38AM  17   A.   AGAIN, I THINK IT'S THE WHOLE NOTION THAT RATHER THAN

11:38AM  18   HAVE, YOU KNOW, INCREMENTAL ASSETS OF LAB TESTING AND

11:38AM  19   INDUSTRIAL COURTS AND BUILDINGS AND THEN ULTIMATELY EVEN GOING

11:38AM  20   TO CONVENTIONAL LAB WITH VERY LARGE FACILITIES AND MACHINES,

11:38AM  21   THAT IT DOESN'T TAKE A LOT OF INCREMENTAL SPACE TO DO THAT.

11:38AM  22        IN FACT, AT THE TIME WE HAD A LOT OF TAKE CARE CLINICS, SO

11:38AM  23   YOU COULD ARGUE THAT THE INFRASTRUCTURE IS ALREADY BUILT THERE

11:38AM  24   AND THERE'S REALLY NO INCREMENTAL INVESTMENT FROM THAT POINT OF

11:38AM  25   VIEW.

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3391

11:38AM  1    Q.   OKAY.  WAS IT ATTRACTIVE TO WALGREENS TO NEED LESS RETAIL

11:38AM  2    SPACE?

11:38AM  3    A.   WELL, I THINK WHAT WAS ATTRACTIVE WAS BEING ABLE TO

11:38AM  4    LEVERAGE THE CURRENT FOOTPRINT OF 8,000 STORES POTENTIALLY

11:38AM  5    WITHOUT ADDING EXTRA, YOU KNOW, RETAIL SPACE.

11:38AM  6    Q.   AND WAS THE ASSUMPTION THAT THE AMOUNT OF SPACE THE DEVICE

11:39AM  7    TOOK UP WAS A FACTOR IN THE AMOUNT OF RETAIL SPACE GENERALLY

11:39AM  8    THAT WAS NEEDED?

11:39AM  9    A.   I MEAN, AT THE END OF THE DAY IT DIDN'T TAKE UP ANY SPACE

11:39AM  10   REALLY.

11:39AM  11       IT'S ALSO THE OTHER NOTIONS IN HERE JUST ABOUT BEING ABLE

11:39AM  12   TO LEVERAGE YOUR CURRENT STAFF, YOUR PHARMACIES, YOUR NURSE

11:39AM  13   PRACTITIONERS, YOUR PHARMACY TECHS.

11:39AM  14   Q.   AND WHEN YOU SAID IT DIDN'T TAKE UP ANY SPACE, WHAT DID

11:39AM  15   YOU MEAN?

11:39AM  16   A.   EFFECTIVELY HOUSING, YOU KNOW, NANOTAINERS IS NOT -- IT

11:39AM  17   DOESN'T TAKE UP A LOT OF SPACE.

11:39AM  18   Q.   I SEE.  OKAY.

11:39AM  19       FURTHER DOWN IN THE SLIDE IT TALKS ABOUT STAGES 1, 2, AND

11:39AM  20   3.  THE THIRD ONE WAS A NATIONAL ROLLOUT.

11:39AM  21       DID YOU DISCUSS THE IDEA OF A NATIONAL ROLLOUT WITH

11:39AM  22   MS. HOLMES AND MR. BALWANI?

11:39AM  23   A.   YES.

11:39AM  24   Q.   AND DID YOU TELL THEM THAT A NATIONAL ROLLOUT WAS

11:39AM  25   GUARANTEED?

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3392

11:39AM   1      A.   NO.

11:39AM   2      Q.   AND WHAT WAS NECESSARY BEFORE WALGREENS WOULD GO NATIONAL

11:39AM   3      WITH THERANOS?

11:39AM   4      A.   JUST TO BE SUCCESSFUL AT EVERY PHASE OF EXPANSION, SO

11:39AM   5      STARTING WITH, YOU KNOW, ONE OR A FEW STORES AND MOVING TO

11:40AM   6      MORE, OR A STATE AND MOVING TO MORE.

11:40AM   7           BUT BEING ABLE TO BE SUCCESSFUL IN TERMS OF EFFICACY,

11:40AM   8      SAFETY, BUSINESS MODEL, CLINICAL ACCEPTANCE, INSURANCE COMPANY

11:40AM   9      ACCEPTANCE.

11:40AM   10          I MEAN, THERE ARE A LOT OF DIFFERENT VARIABLES, BUT

11:40AM   11     EFFECTIVELY TESTING FOR EACH OF THOSE TO ENSURE SUCCESS AND, IF

11:40AM   12     NOT, TRYING TO MODIFY AND RECTIFY AND FIX THE BUSINESS MODEL IF

11:40AM   13     POSSIBLE.

11:40AM   14     Q.   OKAY.  WOULD YOU TURN TO PAGE 28?

11:40AM   15          THIS SLIDE IS ENTITLED THERANOS'S FINGERSTICK BASED

11:40AM   16     LABORATORY.

11:40AM   17          THE SECOND BULLET IS, "NO REGULATORY RISK."

11:40AM   18          DO YOU HAVE A RECOLLECTION, WHAT DOES THAT MEAN?

11:40AM   19     A.   THERE WAS, AGAIN, A LOT OF DISCUSSIONS ON WHAT REGULATORY

11:40AM   20     REQUIREMENTS WERE OR WERE NOT BOTH FROM A, YOU KNOW, A CMS

11:41AM   21     STANDPOINT AS WELL AS FDA.  TO SOME EXTENT THIS TECHNOLOGY WAS

11:41AM   22     NEW TO THE WORLD AND SO IT RAISED QUESTIONS THAT MAYBE HADN'T

11:41AM   23     BEEN RAISED BEFORE.

11:41AM   24          SO, FOR EXAMPLE, IF YOU NEED LAB CERTIFICATION, WHERE IS

11:41AM   25     THE LAB?  IF YOU HAD A THERANOS MACHINE IN A WALGREENS STORE,

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3393

11:41AM  1    DOES THAT MEAN THAT'S THE LAB?  OR IF THE DATA IS GOING TO

11:41AM  2    PALO ALTO, IS THAT THE LAB?

11:41AM  3        BUT AGAIN, THESE WERE DIFFERENT DISCUSSIONS THAT WERE

11:41AM  4    EVOLVING AND WE WERE TRYING TO REFINE OUR UNDERSTANDING TO

11:41AM  5    UNDERSTAND WHAT WAS REQUIRED AND WHAT WAS NOT.

11:41AM  6    Q.   OKAY.  AND WAS THERANOS SUGGESTING TO YOU THAT THERE WAS

11:41AM  7    NO OR THERE WAS LESS REGULATORY RISK CREATING THIS PARTNERSHIP

11:41AM  8    WITH THERANOS AND WALGREENS?

11:41AM  9    A.   I THINK IN FAIRNESS, THIS WAS A DISCUSSION THAT WENT ON AT

11:41AM  10   LEAST A YEAR OR MORE IN TERMS OF WHAT WAS THEIR UNDERSTANDING.

11:41AM  11   WE WERE SEEKING ADVICE, INCLUDING EXTERNALLY ON THE MATTER.

11:41AM  12       I'M PRETTY SURE THEY WERE SEEKING ADVICE, TOO, AND HAVING

11:41AM  13   SOME CONVERSATIONS.

11:41AM  14       BUT, AGAIN, BECAUSE OF THE NEW TO THE WORLD NATURE OF THIS

11:42AM  15   TECHNOLOGY, IT REQUIRED SOME WORK TO UNDERSTAND.

11:42AM  16   Q.   FROM A REGULATORY PERSPECTIVE?

11:42AM  17   A.   YES.

11:42AM  18   Q.   OKAY.  AT THE BOTTOM OF THE SLIDE WE CAN SEE "LOWEST COST,

11:42AM  19   HIGHEST QUALITY TESTING FROM A FINGERSTICK."

11:42AM  20       AGAIN, WAS THAT SORT OF CONSISTENT WITH YOUR UNDERSTANDING

11:42AM  21   OF WHAT THERANOS WAS OFFERING?

11:42AM  22   A.   YES, THAT WHAT WE BELIEVED IT WAS OFFERING, YES.

11:42AM  23   Q.   IF YOU'LL TURN TO THE NEXT PAGE, 29.

11:42AM  24       IT'S ENTITLED ONE DISRUPTION AT A TIME.  THERE ARE A FEW

11:42AM  25   BULLETS.  THE FIRST ONE IS THE FIRST LAUNCH IN 2012, AND THE

MIQUELON DIRECT BY MR. SCHENK (RES.)                                3394

11:42AM   1    SECOND LAUNCH EARLY TO MID-2013, AND THE THIRD LAUNCH 2014 AND

11:42AM   2    AFTER.

11:42AM   3        THE THIRD LAUNCH SAYS "THERANOS MINILABS IN ALL WALGREENS

11:42AM   4    STORES (AS APPROPRIATE)."

11:42AM   5        DID YOU UNDERSTAND THAT THERE WERE STAGES THAT WERE

11:42AM   6    NECESSARY TO SUCCESSFULLY COMPLETE BEFORE THE THERANOS DEVICE

11:42AM   7    WOULD ENTER ALL STORES, ALL WALGREENS STORES?

11:42AM   8    A.   YES.  EVERY STAGE IS ALWAYS CONTINGENT UPON SUCCESS OF THE

11:43AM   9    PRIOR STAGE.

11:43AM  10    Q.   AND WAS THAT COMMUNICATED TO MS. HOLMES?

11:43AM  11    A.   I'M SURE THAT WAS CLEARLY UNDERSTOOD.

11:43AM  12    Q.   AND WHY DO YOU SAY THAT?

11:43AM  13    A.   WELL, FOR ONE BECAUSE WE WOULD DEFINE SUCCESS OBJECTIVES

11:43AM  14    AND TALK ABOUT WHAT HAD TO HAPPENED FOR THE NEXT PHASE.

11:43AM  15        I BELIEVE ALSO AS WE WENT ALONG CONTRACTUALLY, THERE WERE

11:43AM  16    PARAMETERS PUT ON THE CONTRACT BECAUSE WE WERE GOING TO A NEW

11:43AM  17    FRONTIER.

11:43AM  18        BUT, AGAIN, AT THE END OF THE DAY, THAT'S THE REASON THAT

11:43AM  19    YOU PILOT AND YOU EXPAND THE PILOT AND YOU HAVE EXPAND THE

11:43AM  20    PILOT PILOT IS BECAUSE YOU WANT TO BE ABLE TO ENSURE THAT

11:43AM  21    YOU'VE GOT IT RIGHT.

11:43AM  22    Q.   IF YOU'LL NOW TURN TO EXHIBIT 617.

11:43AM  23        YOUR HONOR, I BELIEVE WE'RE OFFERING THIS BASED ON A

11:43AM  24    STIPULATION OF THE PARTIES.

11:43AM  25            MR. DOWNEY:  WE HAVE NO OBJECTION, YOUR HONOR.

MIQUELON DIRECT BY MR. SCHENK (RES.)                          3395

11:43AM   1           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:43AM   2           (GOVERNMENT'S EXHIBIT 617 WAS RECEIVED IN EVIDENCE.)

11:44AM   3    BY MR. SCHENK:

11:44AM   4    Q.  EXHIBIT 617 LOOKS TO BE AN AMENDED AND RESTATED THERANOS

11:44AM   5    MASTER SERVICES AGREEMENT.

11:44AM   6           DO YOU SEE THAT?

11:44AM   7    A.  YES.

11:44AM   8    Q.  AND THIS ONE IS DATED IN JUNE OF 2012.  YOU DESCRIBED

11:44AM   9    ONGOING WORK AND NEGOTIATION BETWEEN WALGREENS AND THERANOS.

11:44AM  10           WAS THAT STILL HAPPENING NOW, BRINGING US UP TO MID-2012?

11:44AM  11    A.  YES.

11:44AM  12    Q.  ON THE SECOND PAGE OF THIS DOCUMENT THERE'S A SIGNATURE.

11:44AM  13           DO YOU SEE THAT?

11:44AM  14    A.  YES.

11:44AM  15    Q.  IS THAT SIGNATURE ABOVE MS. HOLMES'S NAME?

11:44AM  16    A.  YES.

11:44AM  17    Q.  AND ON THE THIRD PAGE THERE'S A SIGNATURE.

11:44AM  18           IS THAT YOUR SIGNATURE?

11:44AM  19    A.  YES.

11:44AM  20    Q.  AND NOW LET'S TURN TO THE FOURTH PAGE, SCHEDULE A.

11:45AM  21           ON PAGE 4 THERE'S A PARAGRAPH ENTITLED PHASED DISRUPTION.

11:45AM  22    A.  OKAY.

11:45AM  23    Q.  DO YOU SEE THAT PARAGRAPH?

11:45AM  24    A.  YES.

11:45AM  25    Q.  AND THERE'S A SENTENCE WITHIN IT THAT READS, "WITH THAT IN

MIQUELON DIRECT BY MR. SCHENK (RES.)                          3396

| | | |
|---|---|---|
| 11:45AM | 1 | MIND, AT THE COMMENCEMENT OF THIS AGREEMENT, IT IS THE PARTIES' |
| 11:45AM | 2 | INTENTION FOR WALGREENS TO ACT AS A PATIENT SERVICE CENTER AND |
| 11:45AM | 3 | COLLECT BLOOD SAMPLES VIA FINGERSTICK TECHNOLOGY, SMALL SAMPLES |
| 11:45AM | 4 | OF URINE, SALIVA, FECES OR SWABS WITH LABORATORY TESTING TO BE |
| 11:45AM | 5 | PERFORMED BY THERANOS IN A CLIA-CERTIFIED OFFSITE LABORATORY." |
| 11:45AM | 6 | DO YOU SEE THAT? |
| 11:45AM | 7 | THE COURT: MR. SCHENK, JUST GIVE ME A MOMENT. |
| 11:45AM | 8 | (PAUSE IN PROCEEDINGS.) |
| 11:45AM | 9 | MR. SCHENK: MS. KRATZMANN, CAN WE SHIFT TO THE |
| 11:45AM | 10 | ELMO? |
| 11:45AM | 11 | THE CLERK: YES, COUNSEL. |
| 11:46AM | 12 | MR. SCHENK: THANK YOU. |
| 11:46AM | 13 | THE COURT: ALL RIGHT. THANK YOU, MR. SCHENK. YOU |
| 11:46AM | 14 | MAY PROCEED. |
| 11:46AM | 15 | MR. SCHENK: THANK YOU. |
| 11:46AM | 16 | Q. SO I JUST READ TO YOU A SENTENCE IN THE MIDDLE OF |
| 11:46AM | 17 | PARAGRAPH 3. |
| 11:46AM | 18 | DO YOU SEE THAT SENTENCE? |
| 11:46AM | 19 | A. YES. |
| 11:46AM | 20 | Q. IS THAT ACCURATE? WAS IT THE PARTIES' INTENTION AND WAS |
| 11:46AM | 21 | IT YOUR UNDERSTANDING THAT THERANOS WAS GOING TO OFFER THIS |
| 11:46AM | 22 | BLOOD TESTING SERVICES AND COLLECT BLOOD SAMPLES VIA |
| 11:46AM | 23 | FINGERSTICK TECHNOLOGY? |
| 11:46AM | 24 | A. YES. |
| 11:46AM | 25 | Q. AND THIS IS AN AMENDED AGREEMENT. THE FINGERSTICK ASPECT |

MIQUELON DIRECT BY MR. SCHENK (RES.)                                    3397

11:46AM   1    DID NOT CHANGE FROM THE FIRST TO THE SECOND; IS THAT RIGHT?

11:46AM   2    A.   THAT'S CORRECT.

11:46AM   3    Q.   YOUR UNDERSTANDING WAS STILL THAT THERANOS WAS GOING TO

11:46AM   4    PERFORM BLOOD TESTING ON BLOOD DRAWN FROM THE FINGER?

11:46AM   5    A.   YES.

11:46AM   6    Q.   IF YOU COULD TURN IN YOUR BINDER TO PAGE 6.

11:47AM   7         DO YOU SEE AT THE BOTTOM OF PAGE 6 THERE'S A SECTION THAT

11:47AM   8    BEGINS INNOVATION FEE?

11:47AM   9    A.   YES.

11:47AM   10   Q.   AND THEN THE LANGUAGE ABOUT AN INNOVATION FEE CONTINUES ON

11:47AM   11   THE NEXT PAGE.

11:47AM   12        WHAT WAS THE INNOVATION FEE?

11:47AM   13   A.   THE INNOVATION FEE, TO MY UNDERSTANDING, WAS THAT WE WERE

11:47AM   14   AT THE POINT WHERE WE HAD EVOLVED A BUSINESS MODEL AND WE WERE

11:47AM   15   GETTING READY TO COMMERCIALIZE, AND SO THIS AGREEMENT

11:47AM   16   SUPERSEDED THE PRIOR AGREEMENT FROM THE STANDPOINT THAT IT

11:47AM   17   REFLECTED THE LATEST UNDERSTANDING.

11:47AM   18        THE INNOVATION FEE WAS DERIVED TO SECURE THE PARTNERSHIP

11:48AM   19   IN EXCLUSIVITY, THE PRICING, ET CETERA, AND PROVIDE FUNDS TO

11:48AM   20   THERANOS THAT WOULD HELP ENABLE THEM TO CREATE THE SCALE TO

11:48AM   21   BEGIN EXPANDING THE VALUE PROPOSITION.

11:48AM   22   Q.   MONEY WOULD BE PAID FROM WALGREENS TO THERANOS?

11:48AM   23   A.   THAT'S CORRECT.

11:48AM   24   Q.   AND IT HAS A SCHEDULE HERE, OR MILESTONES THAT SHOULD BE

11:48AM   25   MET BEFORE MONEY IS DISTRIBUTED.

MIQUELON DIRECT BY MR. SCHENK (RES.)                           3398

11:48AM  1          DO YOU SEE THAT?

11:48AM  2     A.   YES.

11:48AM  3     Q.   DID WALGREENS END UP MAKING PAYMENTS TO THERANOS?

11:48AM  4     A.   MY UNDERSTANDING IS YES.

11:48AM  5     Q.   AND DO YOU RECALL THE AMOUNT OF MONEY THAT WALGREENS PAID

11:48AM  6     TO THERANOS?

11:48AM  7     A.   I BELIEVE THERE WAS $100 MILLION IN INNOVATION FEE, AND

11:48AM  8     MAYBE A $40 MILLION CONVERTIBLE NOTE.

11:48AM  9     Q.   AND WHAT IS A CONVERTIBLE NOTE?

11:48AM 10     A.   A WAY TO FUND THEM, BUT IT HAS THE -- EFFECTIVELY A LOAN

11:48AM 11     TO THE COMPANY THAT ALSO PROVIDED THE COMPANY WITH THE ABILITY

11:48AM 12     TO CONVERT THAT INTO EQUITY.

11:49AM 13     Q.   SO THE INNOVATION FEE AND THE CONVERTIBLE NOTE ARE

11:49AM 14     DIFFERENT IN THE EQUITY ASPECT?

11:49AM 15     A.   CORRECT.

11:49AM 16     Q.   AND THE INNOVATION FEE DIDN'T GIVE WALGREENS EQUITY, ANY

11:49AM 17     OWNERSHIP OF THERANOS; IS THAT RIGHT?

11:49AM 18     A.   THAT'S CORRECT.

11:49AM 19     Q.   BUT WALGREENS ALSO PURCHASED EQUITY IN THERANOS; IS THAT

11:49AM 20     RIGHT?

11:49AM 21     A.   CORRECT.

11:49AM 22     Q.   WAS WALGREENS THEREFORE AN INVESTOR IN THERANOS IN

11:49AM 23     ADDITION TO BEING A BUSINESS PARTNER?

11:49AM 24     A.   THAT WOULD BE CORRECT.

11:49AM 25     Q.   IF YOU COULD TURN NOW TO PAGE 9.

11:49AM  1          ON PAGE 9 THERE'S ANOTHER SECTION ABOUT CRITICAL VALUES.

11:49AM  2          DO YOU SEE THAT?

11:49AM  3     A.   YES.

11:49AM  4     Q.   AND DID YOU CONTINUE TO UNDERSTAND THAT IF THERANOS TESTED

11:49AM  5     A PATIENT'S BLOOD AND THE VALUE, THE RESULT WAS DETERMINED TO

11:50AM  6     BE CRITICAL, THERE WAS AN OBLIGATION PLACED ON ONE OF THE

11:50AM  7     PARTIES TO ALERT THE RELEVANT PHYSICIAN OR SOMEONE ELSE?

11:50AM  8     A.   THAT WAS MY UNDERSTANDING, AGAIN, BECAUSE IT WAS THEIR

11:50AM  9     PATIENT, THEY HAD THE DATA, THEY HAD THE LAB EXPERTISE, SO THAT

11:50AM 10     WOULD BE THEIR RESPONSIBILITY.

11:50AM 11     Q.   OKAY.  IF YOU COULD NOW TURN TO PAGE 23.

11:50AM 12          ON PAGE 23 WE AGAIN SEE THE TERM "DEVICE" DEFINED.

11:50AM 13          DO YOU SEE THAT?

11:50AM 14     A.   YES.

11:50AM 15     Q.   DID YOU CONTINUE TO UNDERSTAND THAT THE DEVICE THAT

11:50AM 16     THERANOS WOULD USE TO TEST PATIENT'S BLOOD WAS THE THERANOS

11:50AM 17     ANALYZER?

11:50AM 18     A.   YES.

11:50AM 19     Q.   AND DID YOU UNDERSTAND THAT THERANOS WOULD BE MODIFYING

11:51AM 20     THIRD PARTY DEVICES TO TEST PATIENT'S BLOOD BY THIS TIME?  DID

11:51AM 21     YOU HAVE THAT UNDERSTANDING?

11:51AM 22     A.   NO.

11:51AM 23     Q.   HOW ABOUT USING UNMODIFIED THIRD PARTY DEVICES TO TEST

11:51AM 24     PATIENT'S BLOOD?  LEAVING ASIDE THE POINT YOU MADE TO ME ABOUT

11:51AM 25     USING THIRD PARTY DEVICES TO CONFIRM ACCURACY OF THERANOS'S

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3400

11:51AM   1    DEVICES, HOW ABOUT PURE USE OF A THIRD PARTY DEVICES TO TEST

11:51AM   2    PATIENT'S BLOOD?

11:51AM   3    A.   I WOULD SAY IF THAT WOULD BE DONE, THAT WOULD BE A VERY

11:51AM   4    SMALL PART OF THE VALUE PROPOSITION.  THERE MIGHT BE ESOTERIC

11:51AM   5    TESTS OR SOMETHING THAT WOULD REQUIRE THAT.  THAT WOULDN'T

11:51AM   6    BE -- YOU KNOW, THAT WOULDN'T SURPRISE ME.

11:51AM   7         BUT, AGAIN, THE VAST MAJORITY OF TESTS WE UNDERSTOOD WOULD

11:51AM   8    BE DONE ON A THERANOS MACHINE.

11:51AM   9    Q.   IF YOU'LL TURN TO PAGE 26.

11:52AM   10        AT THE BOTTOM OF PAGE 26 THERE'S SOME CRITERIA FOR A

11:52AM   11   NATIONAL ROLLOUT.  AND I'M WONDERING IF IN THIS AGREEMENT THE

11:52AM   12   NATIONAL ROLLOUT WAS PROMISED OR GUARANTEED, OR IF INSTEAD

11:52AM   13   CERTAIN CRITERIA HAD TO BE MET BEFORE WALGREENS WOULD GO

11:52AM   14   NATIONAL WITH THE THERANOS TECHNOLOGY?

11:52AM   15   A.   I THINK IT WAS ALWAYS UNDERSTOOD THAT EACH LEVEL OF

11:52AM   16   EXPANSION WOULD HAVE TO BE SUCCESSFUL TO MOVE TO THE NEXT

11:52AM   17   LEVEL.

11:52AM   18   Q.   OKAY.  YOU SAID YOU THINK IT WAS ALWAYS UNDERSTOOD.  WHERE

11:52AM   19   DID YOU GET THAT UNDERSTANDING FROM?

11:52AM   20   A.   I THINK THROUGH ALL OF OUR DIALOGUE AND OUR TEAM DIALOGUE

11:52AM   21   AND OUR PROJECT MANAGER DIALOGUE AND THE MULTI PEOPLE THAT

11:52AM   22   SUPPORTED THAT.

11:52AM   23        SO, AGAIN, UNDERSTANDING A LOT OF THINGS ABOUT THE

11:52AM   24   TESTING, NOT JUST THE TESTING ACCURACY, BUT ALSO THE PATIENT

11:52AM   25   EXPERIENCE, THE ACCEPTANCE OF PAYORS, THE ACCEPTANCE OF

MIQUELON DIRECT BY MR. SCHENK (RES.)                                    3401

11:52AM   1    CLINICIANS.

11:52AM   2    Q.   DID YOU EVER TELL MS. HOLMES OR MR. BALWANI THAT A

11:52AM   3    NATIONAL ROLLOUT WAS GUARANTEED?

11:53AM   4    A.   NO.

11:53AM   5    Q.   DID YOU EVER HEAR ANYONE ELSE FROM WALGREENS TELL

11:53AM   6    MS. HOLMES OR MR. BALWANI THAT A NATIONAL ROLLOUT WITH

11:53AM   7    WALGREENS WAS GUARANTEED?

11:53AM   8    A.   NO.

11:53AM   9    Q.   WOULD YOU NOW TURN TO PAGE 29.

11:53AM   10       PAGE 29 IS ENTITLED CONVERTIBLE PROMISSORY NOTE.  IS THIS

11:53AM   11   THE PURCHASE OF EQUITY THAT YOU REFERRED TO A MOMENT AGO?

11:53AM   12   A.   IT'S MY RECOLLECTION, YES.

11:53AM   13   Q.   HOW MUCH DID WALGREENS SPEND TO PURCHASE THIS NOTE?

11:53AM   14   A.   HOW MUCH MONEY?

11:53AM   15   Q.   YES.

11:53AM   16   A.   I BELIEVE IT WAS A $40 MILLION NOTE.

11:53AM   17   Q.   I'M SORRY?

11:53AM   18   A.   I BELIEVE IT WAS A $40 MILLION NOTE.

11:53AM   19   Q.   THANK YOU.

11:53AM   20       WOULD YOU NOW TURN TO EXHIBIT 971?

11:54AM   21       DO YOU SEE THAT EXHIBIT?

11:54AM   22   A.   YES.

11:54AM   23   Q.   WHAT IS THIS DOCUMENT?

11:54AM   24   A.   THIS IS JUST AN EMAIL CHAIN FROM ELIZABETH TO ME AND A

11:54AM   25   NOTE FROM MYSELF TO MS. DEBBIE GARZA.

MIQUELON DIRECT BY MR. SCHENK (RES.)                          3402

11:54AM   1    Q.   THANK YOU.

11:54AM   2         THE GOVERNMENT OFFERS 971, YOUR HONOR.

11:54AM   3             MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

11:54AM   4             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:54AM   5         (GOVERNMENT'S EXHIBIT 971 WAS RECEIVED IN EVIDENCE.)

11:54AM   6    BY MR. SCHENK:

11:54AM   7    Q.   IF WE CAN START WITH AN EMAIL ON THE BOTTOM, MS. HOLMES'S

11:54AM   8    EMAIL TO MR. MIQUELON IN AUGUST OF 2013.

11:54AM   9         SO MORE TIME NOW HAS PASSED.  THE AMENDED AGREEMENT WAS

11:54AM   10   JUNE OF 2012.  WE'VE NOW MOVED ABOUT A YEAR LATER, AUGUST 2013.

11:55AM   11   MS. HOLMES IS WRITING YOU THIS EMAIL, AND THE SUBJECT IS FINAL

11:55AM   12   ROLLOUT PLAN.

11:55AM   13        DO YOU SEE THAT?

11:55AM   14   A.   YES.

11:55AM   15   Q.   AND IN THE EMAIL SHE WRITES, "WE HAVE CEMENTED WHAT WE

11:55AM   16   BELIEVE TO BE THE MOST EFFECTIVE ROLLOUT STRATEGY FOR REALIZING

11:55AM   17   BROAD NATIONAL SCALE AS FAR AS POSSIBLE."

11:55AM   18        IN THE NEXT PARAGRAPH SHE TALKS ABOUT MAXIMIZING SPEED OF

11:55AM   19   DEPLOYMENT.  "THIS DEPLOYMENT PLAN ACHIEVES NATIONAL

11:55AM   20   DISTRIBUTION OF THERANOS SERVICES AT WALGREENS BY THE END OF

11:55AM   21   2014."

11:55AM   22        DO YOU SEE THAT?

11:55AM   23   A.   YES.

11:55AM   24   Q.   AND IF WE TURN THE PAGE, THERE'S A NUMBERED LIST THAT

11:55AM   25   MS. HOLMES WRITES, THE WORK THAT NEEDS TO BE DONE IN ORDER TO

MIQUELON DIRECT BY MR. SCHENK (RES.)                     3403

| 11:55AM | 1 | ACHIEVE THAT GOAL. |
| 11:55AM | 2 | DO YOU SEE THAT LIST? |
| 11:55AM | 3 | A.  YES. |
| 11:55AM | 4 | Q.  IN THE LIST THE FIRST PARAGRAPH DISCUSSES TRAINING.  WHO |
| 11:55AM | 5 | NEEDS TO BE TRAINED? |
| 11:55AM | 6 | A.  THIS WAS SPEAKING TO THE ABILITY FOR WALGREENS TO MAKE |
| 11:56AM | 7 | SURE OUR STAFF WAS PROPERLY TRAINED WITH RESPECT TO PATIENTS. |
| 11:56AM | 8 | Q.  OKAY.  SO TO ACHIEVE THIS NATIONAL ROLLOUT, THE FIRST |
| 11:56AM | 9 | OBLIGATION, THE FIRST NEED WAS WALGREENS, WALGREENS NEEDED TO |
| 11:56AM | 10 | TRAIN? |
| 11:56AM | 11 | A.  RIGHT. |
| 11:56AM | 12 | Q.  THE SECOND IS TALKING ABOUT SPACE.  WHAT SPACE IS BEING |
| 11:56AM | 13 | DISCUSSED? |
| 11:56AM | 14 | A.  WE JUST HAD LOTS OF DISCUSSIONS ABOUT, TO PROVIDE A GREAT |
| 11:56AM | 15 | PATIENT EXPERIENCE, WHAT WOULD NEED TO BE TRUE IN A WALGREENS |
| 11:56AM | 16 | STORE?  HOW MUCH PRIVACY WOULD YOU WANT?  WHAT WOULD THE |
| 11:56AM | 17 | ENVIRONMENT BE LIKE? |
| 11:56AM | 18 | AND SO THERE WAS A LOT OF DISCUSSION ON HOW WE MIGHT TIER |
| 11:56AM | 19 | THOSE BASED UPON PATIENT VOLUME. |
| 11:56AM | 20 | Q.  AND WAS THAT WORK THAT ALSO WALGREENS NEEDED TO DO, THE |
| 11:56AM | 21 | PHYSICAL SPACE INSIDE OF A WALGREENS STORE? |
| 11:56AM | 22 | A.  YES. |
| 11:56AM | 23 | Q.  AND THE THIRD PARAGRAPH TALKS ABOUT PREPURCHASE PAYMENTS |
| 11:56AM | 24 | FROM WALGREENS SOONER THAN ANTICIPATED. |
| 11:56AM | 25 | DO YOU SEE THAT?  THAT'S IN THE THIRD LINE? |

MIQUELON DIRECT BY MR. SCHENK (RES.)                          3404

11:56AM  1    A.   YES.

11:56AM  2    Q.   AND WHAT IS THAT A REFERENCE TO?

11:57AM  3    A.   I BELIEVE THAT'S A REFERENCE TO THE $100 MILLION AND

11:57AM  4    ACCELERATING THAT.

11:57AM  5    Q.   THE INNOVATION FEE?

11:57AM  6    A.   THE INNOVATION FEE.

11:57AM  7    Q.   AND MS. HOLMES WAS SUGGESTING THAT THERANOS NEEDED THAT

11:57AM  8    MONEY SOONER?

11:57AM  9    A.   CORRECT.

11:57AM  10   Q.   AND SO WALGREENS NEEDED TO PAY THE INNOVATION FEE SOONER

11:57AM  11   THAN THE SCHEDULE IN THE AGREEMENT?

11:57AM  12   A.   THAT WAS THE REQUEST.

11:57AM  13   Q.   AND THE FOURTH WAS THE OPERATIONAL STRUCTURE.  WHAT WAS

11:57AM  14   YOUR UNDERSTANDING ABOUT THAT WORK?

11:57AM  15   A.   AGAIN, I DON'T KNOW IF I HAVE A DEEP UNDERSTANDING, BUT I

11:57AM  16   THINK WHAT IT'S REFERRING TO IS, AGAIN, TO MAKE SURE THAT WE

11:57AM  17   HAVE THE PROPER TAKING OF THE SAMPLE, STORAGE OF THE SAMPLE,

11:57AM  18   PROTECTING THE SAMPLE, SHIPPING OF THE SAMPLE TO MAKE SURE THAT

11:57AM  19   THE ENTIRE SUPPLY CHAIN IN THIS BUSINESS MODEL WOULD NOT BE

11:57AM  20   COMPROMISED.

11:57AM  21   Q.   AND THEN FINALLY THE FIFTH AREA THAT NEEDS WORK IS

11:57AM  22   MARKETING.

11:57AM  23        DO YOU SEE THAT?

11:57AM  24   A.   YES.

11:57AM  25   Q.   AND IN THIS LIST THAT MS. HOLMES WROTE IN AUGUST OF 2013

MIQUELON DIRECT BY MR. SCHENK (RES.)                        3405

11:58AM   1    OF THE THINGS THAT NEEDED TO BE DONE IN ORDER TO SPEED TOWARDS

11:58AM   2    A NATIONAL ROLLOUT, DID SHE DISCUSS WORK ON THERANOS'S

11:58AM   3    TECHNOLOGY?

11:58AM   4    A.   NO.

11:58AM   5    Q.   DID SHE TALK ABOUT THE FINGERSTICK CAPABILITY OF

11:58AM   6    THERANOS'S TECHNOLOGY?

11:58AM   7    A.   NO.

11:58AM   8    Q.   DID SHE TALK ABOUT THE NEED TO VALIDATE ASSAYS?

11:58AM   9    A.   NO.

11:58AM  10    Q.   DID -- OF THESE FIVE, ARE ANY OF THEM WORK THAT THERANOS

11:58AM  11    ITSELF NEEDS TO DO?

11:58AM  12    A.   NO.

11:58AM  13    Q.   AND THEN IF WE GO BACK TO THE FIRST PAGE AT THE TOP, YOU

11:58AM  14    FORWARDED THIS EMAIL TO SOMEONE NAMED DEBBIE GARZA.

11:58AM  15         DO YOU SEE THAT?

11:58AM  16    A.   YES.

11:58AM  17    Q.   AND WHO IS GARZA?

11:58AM  18    A.   SHE WAS OUR HEAD OF GOVERNMENT RELATIONS.

11:58AM  19    Q.   AND YOU WROTE IN THE SECOND SENTENCE, "I'M NOT WORRIED

11:58AM  20    ABOUT THEM OR LABS... I'M WORRIED ABOUT US."

11:59AM  21         WHAT DID YOU MEAN BY THAT?

11:59AM  22    A.   MY UNDERSTANDING AT THE TIME WAS THAT THE TECHNOLOGY WAS

11:59AM  23    WORKING PERFECTLY AND IT WAS ALL ABOUT RAMPING UP FOR SCALE,

11:59AM  24    AND SO IT WAS, I THINK, A POINT OF FRUSTRATION THAT MAYBE WE

11:59AM  25    WEREN'T DOING OUR PART BECAUSE OF THE ITEMS THAT SHE HAD

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3406

11:59AM   1    LISTED, THAT MAYBE WE WEREN'T TRAINING PEOPLE FAST ENOUGH

11:59AM   2    PROPERLY, MAYBE WE WEREN'T GETTING OUR EXPERIENCE RIGHT FAST

11:59AM   3    ENOUGH.

11:59AM   4    Q.   THANK YOU.

11:59AM   5        WOULD YOU NOW TURN TO EXHIBIT 1254.

11:59AM   6        WHAT IS THIS DOCUMENT?

11:59AM   7    A.   I BELIEVE THIS IS AN EMAIL THAT FORWARDS AN ARTICLE ON

11:59AM   8    THERANOS.

11:59AM   9    Q.   FIRST AN EMAIL FROM MR. BALWANI TO FOLKS AT WALGREENS AND

11:59AM  10    THEN FROM MR. -- DR. ROSAN AT WALGREENS TO YOU; IS THAT RIGHT?

11:59AM  11    A.   THAT'S CORRECT.  THAT'S RIGHT.

12:00PM  12            MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1254.

12:00PM  13            MR. DOWNEY:  YOUR HONOR, I DON'T OBJECT TO THE

12:00PM  14    EMAIL, BUT THE ARTICLE CONTAINS A GOOD AMOUNT OF HEARSAY, THE

12:00PM  15    ATTACHMENT.

12:00PM  16            MR. SCHENK:  YOUR HONOR, I'M CERTAINLY NOT OFFERING

12:00PM  17    THE ARTICLE FOR ITS TRUTH.

12:00PM  18            THE COURT:  IT'S BEING OFFERED FOR WHAT PURPOSE?

12:00PM  19            MR. SCHENK:  I'M SORRY?

12:00PM  20            THE COURT:  WHAT PURPOSE?

12:00PM  21            MR. SCHENK:  TO SHOW THE STATE OF MIND OF THE

12:00PM  22    INDIVIDUAL WHO SENT IT.  I THINK IT'S ALSO 801(D)(2)(E).

12:00PM  23            THE COURT:  ALL RIGHT.  I'LL ADMIT THIS.

12:00PM  24        LADIES AND GENTLEMEN, THE ARTICLE THAT YOU'LL SEE IN JUST

12:00PM  25    A MOMENT IS NOT BEING OFFERED FOR THE TRUTH OF THE MATTER

MIQUELON DIRECT BY MR. SCHENK (RES.)                     3407

12:00PM  1   ASSERTED IN THE ARTICLE.  IT'S ONLY FOR THE STATE OF MIND OF

12:00PM  2   THE SENDERS, SO IT WILL BE RECEIVED FOR THAT PURPOSE ONLY.

12:00PM  3           MR. SCHENK:  THANK YOU, YOUR HONOR.

12:00PM  4         (GOVERNMENT'S EXHIBIT 1254 WAS RECEIVED IN EVIDENCE.)

12:00PM  5           THE COURT:  IT MAY BE PUBLISHED.

12:00PM  6   BY MR. SCHENK:

12:00PM  7   Q.   MR. MIQUELON, LET'S START FIRST WITH THE EMAIL AT THE

12:00PM  8   BOTTOM.

12:00PM  9       MR. BALWANI SENT AN EMAIL TO DR. ROSAN, SOMEONE NAMED

12:01PM  10  BRAD WASSON.  WHO WAS THAT?

12:01PM  11  A.   THAT WAS THE BROTHER OF THE CEO GREG WASSON, AND HE WAS A

12:01PM  12  HEALTH CARE PHARMACY LEADER WHO WAS ON THE MULTI FUNCTIONAL

12:01PM  13  TEAM AT THAT TIME.

12:01PM  14  Q.   AND ON THE CC LINE, MR. ASHWORTH, WHO WAS THAT?

12:01PM  15  A.   HE WAS ANOTHER HEALTH CARE EXECUTIVE AT WALGREENS AND HE

12:01PM  16  WAS ALSO INVOLVED IN THE PROJECT IN TERMS OF I BELIEVE HELPING

12:01PM  17  TO MAKE SURE THAT WE WERE OPERATIONALIZING IT TO THE BEST

12:01PM  18  STANDARD POSSIBLE.

12:01PM  19  Q.   AND THE ARTICLE WAS SENT ON NOVEMBER 18TH, 2013.

12:01PM  20      DO YOU REMEMBER WHAT WAS HAPPENING SORT OF ROUGHLY AROUND

12:01PM  21  THAT TIME?

12:01PM  22  A.   I BELIEVE THAT WAS SHORTLY AFTER, I DON'T REMEMBER THE

12:01PM  23  EXACT DATE, THAT WE HAD LAUNCHED THE PILOTS IN PHOENIX.

12:01PM  24  Q.   LAUNCHED THE PILOTS WITH THERANOS?

12:01PM  25  A.   CORRECT.

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3408

12:01PM  1    Q.   AND THEN JUST ABOVE THIS EMAIL, DR. ROSAN FORWARDED THIS

12:02PM  2    TO YOU; IS THAT RIGHT?

12:02PM  3    A.   CORRECT.

12:02PM  4    Q.   AND IF YOU'LL NOW TURN TO PAGE 2, I WANT TO ASK YOU SOME

12:02PM  5    QUESTIONS ABOUT THE ARTICLE.

12:02PM  6         AND WHAT I'M WONDERING IS IF THE SENTENCES OR STATEMENTS

12:02PM  7    I'M GOING TO BE READING TO YOU, IF THEY'RE CONSISTENT WITH YOUR

12:02PM  8    UNDERSTANDING OF THE THERANOS TECHNOLOGY AT THE TIME, NOVEMBER

12:02PM  9    OF 2013.

12:02PM 10    A.   OKAY.

12:02PM 11    Q.   SO THE ARTICLE BEGINS, "A NUMBER OF STARTUPS ARE SELLING

12:02PM 12    PORTABLE DIAGNOSTIC LABORATORIES THAT REQUIRE JUST A DROP OF

12:02PM 13    THE PATIENT'S BLOOD, MADE POSSIBLE BY ADVANCES IN THE FIELD OF

12:02PM 14    MICROFLUIDICS.  BUT PERHAPS LAB TESTS CAN BE MADE FASTER,

12:02PM 15    EASIER, AND MORE ACCURATE WITH A TURN-OF-THE-LAST CENTURY

12:02PM 16    TECHNOLOGY AUTOMATION."

12:02PM 17         DID YOU HAVE AN UNDERSTANDING THAT THAT WAS THE

12:02PM 18    DESCRIPTION OF THE THERANOS TECHNOLOGY?

12:02PM 19    A.   YES.

12:02PM 20    Q.   AND THE ARTICLE IS PLACED INTO AN EMAIL BY MR. BALWANI; IS

12:02PM 21    THAT RIGHT?

12:02PM 22    A.   YES.

12:02PM 23    Q.   AND ABOVE THE ARTICLE -- OR BELOW THE ARTICLE, DOES

12:02PM 24    MR. BALWANI PUT ANY CAVEATS?  DOES MR. BALWANI SAY, LOOK WHAT

12:03PM 25    THEY'RE WRITING, THE PRESS DOESN'T UNDERSTAND OUR TECHNOLOGY,

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3409

12:03PM   1    OR WE NEED TO CORRECT THIS?  OR ARE THERE ANY CAVEATS?

12:03PM   2    A.   NOT THAT I SEE.

12:03PM   3    Q.   THE NEXT PARAGRAPH READS, "THAT'S THE BET THE

12:03PM   4    SILICON VALLEY COMPANY THERANOS IS MAKING AND THE COMPANY

12:03PM   5    RECENTLY SEALED A DEAL WITH WALGREENS'S PHARMACY TO DELIVER

12:03PM   6    ON-SITE LABORATORY SERVICES TO MANY OF ITS STORES."

12:03PM   7         IS THAT CONSISTENT WITH YOUR UNDERSTANDING?

12:03PM   8    A.   THAT'S CONSISTENT.

12:03PM   9    Q.   IN THE NEXT PARAGRAPH IT TALKS ABOUT HENRY FORD AND IT

12:03PM   10   SAYS, "THERANOS'S SELLING POINT IS MUCH SMALLER THAN A MODEL T,

12:03PM   11   A CAPSULE-SIZED LAB VIAL, AND JUST ONE NEEDS TO BE FILLED FOR

12:03PM   12   THE COMPANY TO RUN NEARLY ANY STANDARD LAB TEST."

12:03PM   13        WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:03PM   14   THERANOS TECHNOLOGY CAPABILITIES?

12:03PM   15   A.   YES.

12:03PM   16   Q.   FURTHER DOWN IT SAYS, "HERE HOW IT WORKS:  BLOOD IS DRAWN

12:03PM   17   WITH A FINGERSTICK RATHER THAN A NEEDLE IN THE ARM.  (IT CAN

12:04PM   18   ALSO RUN URINE TESTS WITH JUST A DROP OF THAT.)  THERE ARE NO

12:04PM   19   BOTCHED STICKS - OF COURSE THERE ARE NO PHLEBOTOMISTS, ONLY

12:04PM   20   MACHINES IN THERANOS LABS."

12:04PM   21        IS THAT CONSISTENT WITH THE WAY THE TECHNOLOGY WAS

12:04PM   22   DESCRIBED TO YOU?

12:04PM   23   A.   YES.

12:04PM   24   Q.   THE NEXT PARAGRAPH READS, "THE BAD NEWS FOR WORKERS MAY BE

12:04PM   25   GOOD NEWS FOR ACCURACY BECAUSE HUMAN HANDLING OF SAMPLES

MIQUELON DIRECT BY MR. SCHENK (RES.)                    3410

12:04PM   1    ACCOUNTS FOR THE LION'S SHARE OF VARIATION AMONG RESULTS,

12:04PM   2    FOUNDER AND CEO ELIZABETH HOLMES SAID LAST WEEK AT A TECHNOLOGY

12:04PM   3    CONFERENCE IN NEW YORK.  AUTOMATION ELIMINATES SPILLS, TESTS

12:04PM   4    DONE IN ERROR, AND OTHER MISHANDLING OF THE SAMPLE."

12:04PM   5        WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:04PM   6    THERANOS CAPABILITIES?

12:04PM   7    A.   THAT WAS MY UNDERSTANDING, AND ANOTHER REASON WHY THE

12:04PM   8    RESULTS WOULD BE BETTER IS BECAUSE OF THE HANDLING CHAIN FOR

12:04PM   9    CONVENTIONAL LAB.

12:04PM  10    Q.   AND WHAT DO YOU MEAN BY THAT, THE HANDLING CHAIN?

12:04PM  11    A.   AGAIN, IF SOMEONE IS DRAWING A VENIPUNCTURE AND MULTIPLE

12:04PM  12    TEST TUBES, IT MIGHT BE COURIERRED ONCE OR TWICE, IT MIGHT BE

12:05PM  13    SITTING AROUND AWHILE.  THERE ARE JUST MORE THINGS THAT COULD

12:05PM  14    GO WRONG.

12:05PM  15    Q.   OKAY.  NOW, IF YOU'LL TURN TO THE NEXT PAGE, PAGE 3 OF THE

12:05PM  16    EXHIBIT.  THE SECOND PARAGRAPH READS, "THE MACHINES METE OUT

12:05PM  17    BITS OF 'MICRO-SAMPLE' FOR EACH TEST A DOCTOR HAS ORDERED.  IN

12:05PM  18    CONVENTIONAL TESTING, EACH TEST REQUIRED A DEDICATED VIAL,

12:05PM  19    WHICH ADDS DRAMATICALLY TO THE AMOUNT OF BLOOD REQUIRED.

12:05PM  20    THERANOS IS EVEN ABLE TO SAVE SOME OF THE TINY SAMPLE IN CASE

12:05PM  21    THE DOCTOR REQUESTS FURTHER TESTS AFTER SEEING THE INITIAL

12:05PM  22    RESULTS."

12:05PM  23        WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:05PM  24    THERANOS TECHNOLOGY?

12:05PM  25    A.   MY UNDERSTANDING WAS THAT THEORETICALLY IT WAS POSSIBLE.

MIQUELON DIRECT BY MR. SCHENK (RES.)                          3411

12:05PM   1   I DON'T KNOW IF THEY WERE DOING IT THEN.

12:05PM   2       BUT IF YOU HAD -- AGAIN, A CARTRIDGE WOULD HAVE TESTS ON

12:05PM   3   IT, YOU COULD MAYBE RUN 13 TESTS, AND THEN IF THE MARKERS CAME

12:05PM   4   UP A CERTAIN WAY AND YOU WANTED TO GO BACK AND RERUN ANOTHER

12:06PM   5   ONE, THAT COULD BE DONE.

12:06PM   6       I DON'T KNOW IF IT COULD BE DONE AT THAT TIME OR IF THAT

12:06PM   7   WAS PART OF THE VISION --

12:06PM   8   Q.   IF -- I'M SORRY.  GO AHEAD.

12:06PM   9   A.   SO I DON'T KNOW IF IT WAS FUTURISTIC OR CURRENT, BUT THAT

12:06PM  10   WAS PART OF THE VISION AT LEAST.

12:06PM  11   Q.   IN YOUR DISCUSSIONS WITH EITHER MS. HOLMES OR MR. BALWANI,

12:06PM  12   THEY DESCRIBED THIS CAPABILITY OR THIS POSSIBILITY?

12:06PM  13   A.   I THINK MORE OF A POSSIBILITY VERSUS A CURRENT CAPABILITY

12:06PM  14   TO BE HONEST.

12:06PM  15   Q.   THE NEXT PARAGRAPH READS, "ALL OF THE DIAGNOSTIC

12:06PM  16   TECHNOLOGY IS INTEGRATED, WHICH INCREASES PRECISION.  EACH

12:06PM  17   MACHINE IN A CONVENTIONAL LAB MAY CALIBRATE DIFFERENTLY, AND

12:06PM  18   THE MIX OF BRANDS AND AGES IN MEANS RESULTS COME WITH AN

12:06PM  19   IMPLIED 'OR SO' AT THE END.  PLOTTING RESULTS OVER TIME IS

12:06PM  20   THEREFORE MOSTLY USELESS."

12:06PM  21       IS THIS THE CONCEPT THAT YOU WERE EXPLAINING TO ME EARLIER

12:06PM  22   ABOUT THE CALIBRATION BETWEEN MACHINES?

12:06PM  23   A.   CORRECT.

12:06PM  24   Q.   SO WAS THIS CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:06PM  25   THERANOS TECHNOLOGY?

MIQUELON DIRECT BY MR. SCHENK (RES.)                                3412

12:06PM   1    A.   CORRECT.

12:06PM   2    Q.   WAS THERE A TIME WHEN YOU WERE MEETING WITH MS. HOLMES AND

12:07PM   3    MR. BALWANI THAT THEY SHOWED YOU A THERANOS DEVICE THAT WAS

12:07PM   4    COVERED IN PLASTIC OR IN SOME TYPE OF COVERING?

12:07PM   5    A.   YES.

12:07PM   6    Q.   AND WHEN WAS THAT?

12:07PM   7    A.   I DON'T RECALL IF IT WAS MY FIRST OR SECOND TRIP TO

12:07PM   8    THERANOS, BUT IT WAS PRETTY EARLY ON IN THE CONVERSATIONS.

12:07PM   9    Q.   AND WHAT DO YOU RECALL -- FIRST OF ALL, DO YOU RECALL

12:07PM   10   EITHER MS. HOLMES OR MR. BALWANI DESCRIBING THAT DEVICE TO YOU?

12:07PM   11        MR. DOWNEY:  I WOULD OBJECT TO THE FORM.  I THINK HE

12:07PM   12   COULD ASK INDIVIDUALLY ABOUT THE TWO INDIVIDUALS.  HE'S ASKING

12:07PM   13   A COMPOUND QUESTION EFFECTIVELY THAT I BELIEVE ASKS FOR AN

12:07PM   14   AMBIGUOUS ANSWER.

12:07PM   15        MR. SCHENK:  I CAN CLARIFY.

12:07PM   16        THE COURT:  SURE.  GO AHEAD.

12:07PM   17   BY MR. SCHENK:

12:07PM   18   Q.   DO YOU RECALL MS. HOLMES TALKING TO YOU ABOUT THIS DEVICE

12:07PM   19   THAT WAS COVERED IN SOME MATERIAL?

12:07PM   20   A.   MY RECOLLECTION IS MORE MR. BALWANI DESCRIBING IT AND

12:07PM   21   SHOWING IT TO ME.

12:07PM   22   Q.   OKAY.  AND WHAT DO YOU RECALL MR. BALWANI SAYING?

12:07PM   23   A.   THAT THEY WERE DOING SOME KIND OF WORK FOR THE MILITARY,

12:08PM   24   EARLY WORK UNDER NDA, COULDN'T SAY MUCH, BUT THAT THEY HAD

12:08PM   25   EFFECTIVELY HAD ONE OF THESE HELIVAC I BELIEVE IN AFGHANISTAN.

MIQUELON CROSS BY MR. DOWNEY                                        3413

12:08PM   1        BUT TO BE ABLE TO SEE IN THE FUTURE, IF THERE WAS AN

12:08PM   2    OPPORTUNITY FOR THE MILITARY TO BE ABLE TO DO ACCURATE

12:08PM   3    ON-LOCATION REALTIME DIAGNOSTICS WERE NEEDED.

12:08PM   4    Q.   AND WERE YOU IMPRESSED BY THAT?

12:08PM   5    A.   YES, I WAS IMPRESSED BY THAT.

12:08PM   6    Q.   WHY?

12:08PM   7    A.   AGAIN, I THINK TO BE ABLE TO HAVE, YOU KNOW, THE MILITARY

12:08PM   8    PILOTING A NEW TECHNOLOGY IS -- ESPECIALLY OF THIS SORT IS

12:08PM   9    IMPRESSIVE.

12:08PM   10   Q.   THANK YOU.

12:08PM   11       YOUR HONOR, MAY I HAVE JUST ONE MOMENT?

12:08PM   12            THE COURT:   YES.

12:09PM   13       (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

12:09PM   14            MR. SCHENK:   NO FURTHER QUESTIONS, YOUR HONOR.

12:09PM   15            THE COURT:   CROSS-EXAMINATION?

12:09PM   16            MR. DOWNEY:   YES, YOUR HONOR.

12:09PM   17            THE COURT:   FOLKS, STAND UP AND STRETCH FOR A MOMENT

12:09PM   18   WHILE WE DO THE LINE CHANGE.

12:09PM   19       YOU CAN STRETCH IF YOU WOULD LIKE TO, SIR.  IF YOU WANT TO

12:09PM   20   STAND UP, GO AHEAD AND FEEL FREE.

12:09PM   21            THE WITNESS:   THANK YOU.  I APPRECIATE THAT.

12:10PM   22                      **CROSS-EXAMINATION**

12:10PM   23   BY MR. DOWNEY:

12:10PM   24   Q.   GOOD AFTERNOON, MR. MIQUELON.  MY NAME IS KEVIN DOWNEY AND

12:10PM   25   I REPRESENT MS. HOLMES.

MIQUELON CROSS BY MR. DOWNEY                                    3414

12:10PM   1        I'M GOING TO REMOVE MY MASK SO WE CAN HEAR EACH OTHER MORE

12:10PM   2   CLEARLY.

12:10PM   3        I'D LIKE TO ASK YOU ABOUT WALGREENS IN 2010.

12:10PM   4   A.   UH-HUH.

12:10PM   5   Q.   AS I UNDERSTAND IT, IN THAT TIME PERIOD YOU HAD AROUND

12:11PM   6   8,000 STORES OR SO?

12:11PM   7   A.   ROUGHLY.

12:11PM   8   Q.   AND DID THAT NUMBER CONTINUE TO BE TRUE IN 2014 WHEN YOU

12:11PM   9   LEFT?

12:11PM   10  A.   MORE OR LESS.

12:11PM   11  Q.   OKAY.  AND MOST OF THE BUSINESS OF WALGREENS AT THAT TIME

12:11PM   12  WAS PHARMACY BUSINESS ON ONE SIDE OF THE BUSINESS; CORRECT?

12:11PM   13  A.   THE BUSINESS -- THE PHARMACY WOULD BE BROKEN CONCEPTUALLY

12:11PM   14  INTO TWO PARTS.  THERE WAS WHAT WE CALL THE FRONT END, SO IT

12:11PM   15  WAS THE EVERYDAY KIND OF CONSUMER PRODUCTS THAT EVERYBODY BUYS,

12:11PM   16  AND THEN THE PHARMACY IN THE BACK OF THE STORE.

12:11PM   17  Q.   AND WERE THOSE WALGREENS STORES IN OTHER BUSINESSES AT

12:11PM   18  THAT TIME?

12:11PM   19  A.   WALGREENS WAS IN SOME HEALTH CARE CLINICS, SOME INFUSION

12:11PM   20  AND SPECIALTY TYPE BUSINESSES IN PHARMACY.

12:11PM   21  Q.   AND WOULD THOSE FACILITIES TYPICALLY BE EITHER IN THE

12:11PM   22  STORE OR ADJACENT TO THE STORE?

12:11PM   23  A.   THE HEALTH CARE CLINICS WOULD BE IN THE STORE, BUT THE

12:11PM   24  INFUSION AND OTHER SPECIALTY CLINICS WOULD BE COMPLETELY

12:12PM   25  SEPARATE.

MIQUELON CROSS BY MR. DOWNEY                                              3415

12:12PM  1    Q.   OKAY.  AND TELL US WHETHER IN 2010 WALGREENS WAS LOOKING

12:12PM  2    TO EXPAND ITS OFFERING OF HEALTH SERVICES.

12:12PM  3    A.   I THINK THAT'S BEEN AN EVOLVING STRATEGY OF THE COMPANY

12:12PM  4    FOR -- EVEN BEFORE THAT.

12:12PM  5    Q.   WOULD YOU DESCRIBE WHAT THAT STRATEGY WAS?

12:12PM  6    A.   TO CONTINUE TO MOVE DEEPER INTO HEALTH CARE, TO PROVIDE

12:12PM  7    SERVICES THAT MADE HEALTH CARE MORE ACCESSIBLE TO CUSTOMERS.

12:12PM  8    Q.   SO THAT WOULD INCLUDE THINGS LIKE THE VACCINATION THAT YOU

12:12PM  9    MENTIONED?

12:12PM  10   A.   CORRECT.

12:12PM  11   Q.   AND IT WOULD ALSO INCLUDE NEW BUSINESSES, LIKE POTENTIALLY

12:12PM  12   BLOOD TESTING; CORRECT?

12:12PM  13   A.   YES.

12:12PM  14   Q.   AND IN 2010 WITHIN THE COMPANY, WAS THERE A TEAM LOOKING

12:12PM  15   FOR OPPORTUNITIES IN TERMS OF PROVIDING HEALTH CARE

12:12PM  16   OPPORTUNITIES WITHIN THE STORES?

12:12PM  17   A.   YES.

12:12PM  18   Q.   AND WHO LED THAT TEAM?

12:12PM  19   A.   I BELIEVE IN 2010 IT WAS COLLIN WATTS WHO WAS OUR HEAD OF

12:13PM  20   INNOVATION.

12:13PM  21   Q.   AND WERE YOU INVOLVED IN THOSE EFFORTS?

12:13PM  22   A.   I WAS ONE OF THE SPONSORS TO THAT TEAM.

12:13PM  23   Q.   AND CAN YOU SAY A LITTLE BIT ABOUT WHY OFFERING THESE

12:13PM  24   HEALTH CARE SERVICES WAS GOOD FOR WALGREENS BUSINESS?  DID IT

12:13PM  25   INCREASE THE NUMBER OF CUSTOMERS WHO CAME INTO THE STORE?

MIQUELON CROSS BY MR. DOWNEY                                      3416

12:13PM   1     A.   I THINK PHILOSOPHICALLY ANYTHING THAT IS GOOD FOR

12:13PM   2     WALGREENS, YOU KNOW, CUSTOMERS AS A PATIENT IS GOOD FOR

12:13PM   3     EVERYONE.

12:13PM   4          BUT, AGAIN, THE CONCEPT WAS TO SAY THAT IF YOU COULD MAKE

12:13PM   5     THESE SERVICES MORE ACCESSIBLE TO THE AVERAGE PERSON, THAT THAT

12:13PM   6     WOULD LEAD TO PEOPLE TAKING BETTER CONTROL OF THEIR HEALTH CARE

12:13PM   7     WHICH WOULD LEAD TO BETTER OUTCOMES.

12:13PM   8     Q.   AND DID YOU ALSO BELIEVE THAT JUST AS PART OF THE BUSINESS

12:13PM   9     MODEL IT WOULD BRING MORE CUSTOMERS TO WALGREENS?

12:13PM  10     A.   THAT WOULD BE PART OF IT, BUT THERE ARE MANY ASPECTS OF

12:14PM  11     BENEFITS.

12:14PM  12     Q.   AND WAS THERE ANY ANALYSIS DONE OF THE EFFECT ON

12:14PM  13     NON-HEALTH CARE SERVICE SALES IF THOSE TYPES OF SERVICES WERE

12:14PM  14     PLACED IN A STORE?

12:14PM  15     A.   I DON'T KNOW IF THERE WAS OR NOT, WHETHER THERE WAS AN

12:14PM  16     ANALYSIS AND WHAT WOULD THAT MEAN FOR INCREMENTAL PRESCRIPTIONS

12:14PM  17     OR FOR FRONT-END PURCHASES.

12:14PM  18          PART OF WHAT WAS VERY IMPORTANT, I THINK, WAS JUST

12:14PM  19     BECOMING MORE RELEVANT TO CUSTOMERS AND MORE RELEVANT TO HEALTH

12:14PM  20     PLANS.

12:14PM  21     Q.   OKAY.  SO IN 2010, YOU WERE LOOKING AT A NUMBER OF

12:14PM  22     POTENTIAL PARTNERS IN THAT SPACE; IS THAT RIGHT?

12:14PM  23     A.   WE WERE.

12:14PM  24     Q.   AND FROM THE PERSPECTIVE OF THE POTENTIAL PARTNERS,

12:14PM  25     WALGREENS WAS AN ATTRACTIVE OPTION AS WELL; CORRECT?

MIQUELON CROSS BY MR. DOWNEY                                    3417

12:14PM   1   A.   I WOULD THINK SO.

12:14PM   2   Q.   AND THAT'S IN PART BECAUSE YOU HAD SO MANY STORES AND

12:14PM   3   LOCATIONS?

12:14PM   4   A.   CORRECT.

12:14PM   5   Q.   AND ALSO YOUR STORES TEND TO BE CONVENIENTLY LOCATED?

12:14PM   6   THEY'RE IN PLACES THAT PEOPLE CAN GET TO AND SHOP AND GET THEIR

12:15PM   7   PRESCRIPTIONS; RIGHT?

12:15PM   8   A.   CORRECT.  ALSO I BELIEVE AT THAT TIME THE COMPANY WAS

12:15PM   9   DOING CLOSE TO A THIRD OF ALL PRESCRIPTIONS IN THE COUNTRY, SO

12:15PM  10   YOU COULD ARGUE THAT YOU WOULD ALREADY HAVE A LARGE PATIENT

12:15PM  11   BASE FROM WHICH TO GIVE THEM ADDITIONAL BENEFITS.

12:15PM  12   Q.   AND DID THE COMPANY ALSO HAVE A LOT OF EXPERTISE IN RETAIL

12:15PM  13   AND CONSUMER OFFERINGS?

12:15PM  14   A.   I WOULD SAY YES.

12:15PM  15   Q.   AND WERE YOU LOOKING FOR WAYS TO TAKE THAT EXPERTISE AND

12:15PM  16   PUT IT IN NEW KINDS OF SERVICES?

12:15PM  17   A.   I MIGHT SAY IT DIFFERENTLY.  I THINK WE WERE LOOKING FOR

12:15PM  18   PEOPLE WHO HAD EXPERTISE IN DIFFERENT PARTS OF HEALTH CARE THAT

12:15PM  19   WOULD MARRY NICELY WITH THE CAPABILITIES THAT WE COULD BRING.

12:15PM  20   Q.   OKAY.  LET ME ASK YOU TO LOOK BACK AT EXHIBIT 300, WHICH I

12:15PM  21   THINK MR. SCHENK SHOWED YOU AND WHICH I BELIEVE IS IN EVIDENCE.

12:16PM  22        AND THIS IS AN EMAIL FROM YOU TO GREG WASSON AND OTHERS

12:16PM  23   FORWARDING THE BRIEFING POWERPOINT THAT YOU GOT FROM THERANOS.

12:16PM  24        DO YOU RECALL THAT?

12:16PM  25   A.   YES.

MIQUELON CROSS BY MR. DOWNEY                                    3418

12:16PM  1    Q.   AND IN THE EMAIL THAT YOU SENT TO MR. WASSON, YOU SAY, I

12:16PM  2    THINK YOU OMITTED A WORD, BUT YOU SAY "AS MOST OF YOU KNOW,

12:16PM  3    PROVIDING DIAGNOSTIC SERVICES IN THE STORES, RETAIL CLINICS,

12:16PM  4    WORKSITE HEALTH CENTERS, HOME CARE, ET CETERA, IS IN OUR

12:16PM  5    STRATEGIC DOCUMENT AND HAS BEEN PART OF BOARD DISCUSSIONS."

12:16PM  6         WHAT IS THE -- WHAT WAS THE STRATEGIC DOCUMENT?

12:16PM  7    A.   THE COMPANY HAS, YOU KNOW, A STRATEGIC PLAN AND A PROCESS

12:17PM  8    AROUND EVOLVING THAT AND DEVELOPING THAT.

12:17PM  9         BUT, AGAIN, THAT EXTENSION INTO DEEPER, MORE ACCESSIBLE

12:17PM  10   HEALTH CARE SERVICES WAS A MULTI-YEAR OBJECTIVE.

12:17PM  11   Q.   AND WAS THAT SOMETHING THAT WAS BEING ENCOURAGED BY THE

12:17PM  12   BOARD OF DIRECTORS AS WELL?

12:17PM  13   A.   YES.

12:17PM  14   Q.   AND THAT WAS THE SUBJECT OF DISCUSSION AT BOARD MEETINGS?

12:17PM  15   A.   SOMETIMES.

12:17PM  16   Q.   YOU TALKED ABOUT THE MEETING THAT YOU HAD WITH MR. BALWANI

12:17PM  17   AND MS. HOLMES IN PALO ALTO.

12:17PM  18        DID YOU ALSO MEET WITH OTHER POTENTIAL PARTNERS AT CERTAIN

12:17PM  19   TIMES?

12:17PM  20   A.   WE DID.

12:17PM  21   Q.   WERE YOU PERSONALLY INVOLVED IN THAT?

12:17PM  22   A.   I WAS INVOLVED IN A FEW OF THOSE.

12:17PM  23   Q.   AND WERE THOSE -- WERE ANY OF THOSE RELATED TO PROVIDING

12:17PM  24   BLOOD TESTING SERVICES OR CLINICAL LAB SERVICES?

12:17PM  25   A.   YES.

MIQUELON CROSS BY MR. DOWNEY                                                3419

12:17PM   1    Q.   AND WHICH ENTITY DID YOU PARTICIPATE IN THOSE MEETINGS

12:18PM   2    FOR?

12:18PM   3    A.   I DON'T KNOW IF I COULD REMEMBER THE NAMES.  THERE WAS A

12:18PM   4    GENTLEMAN, A SMALL STARTUP OUT OF RICE UNIVERSITY; THERE WAS A

12:18PM   5    STARTUP OUT OF ISRAEL; WE DID HIRE A CONSULTING FIRM TO LOOK AT

12:18PM   6    THE SPACE AND THEY IDENTIFIED 180 COMPANIES THAT WERE DOING

12:18PM   7    SOMETHING IN THE LAB TECHNOLOGY SPACE TO ASSESS.  BUT WE DIDN'T

12:18PM   8    TALK TO ALL 180, BUT WE HAD THE ANALYSIS DONE.

12:18PM   9    Q.   BUT THIS WAS ENOUGH OF A PRIORITY THAT YOU TOOK ALL OF

12:18PM  10    THOSE STEPS; IS THAT CORRECT?

12:18PM  11    A.   YES.

12:18PM  12    Q.   OKAY.  WHEN YOU FIRST HEARD ABOUT THERANOS, FIRST OF ALL,

12:18PM  13    DID YOU HEAR ABOUT IT INTERNALLY OR EXTERNALLY?

12:18PM  14    A.   INTERNALLY THROUGH DR. ROSAN.

12:18PM  15    Q.   DR. ROSAN IS DR. JAY ROSAN?

12:19PM  16    A.   THAT'S CORRECT.

12:19PM  17    Q.   AND REMIND US WHAT HIS TITLE WAS AT WALGREENS?

12:19PM  18    A.   I DON'T RECALL HIS TITLE, BUT HE WAS EFFECTIVELY THE CHIEF

12:19PM  19    MEDICAL EXPERT, IF YOU WILL, FOR THE INNOVATION TEAM.

12:19PM  20    Q.   AND WHEN YOU SAY "INNOVATION TEAM," WHAT WAS THE

12:19PM  21    INNOVATION TEAM?

12:19PM  22    A.   THE INNOVATION TEAM WAS A TEAM THAT WAS LOOKING TO

12:19PM  23    IDENTIFY NOT ONLY NEW, NEW PROJECTS, JOINT VENTURES AND

12:19PM  24    PARTNERSHIPS IN THE HEALTH CARE SPACE, BUT ALSO ULTIMATELY

12:19PM  25    PEOPLE FROM THAT TEAM WOULD BECOME PART OF THE WORKING TEAM TO

MIQUELON CROSS BY MR. DOWNEY                              3420

12:19PM   1    HELP COMMERCIALIZE IT.

12:19PM   2    Q.   AND I THINK YOU INDICATED BEFORE THAT YOU WENT TO THE

12:19PM   3    FIRST MEETING AT THERANOS WITH DR. ROSAN?

12:19PM   4    A.   I DID.

12:19PM   5    Q.   AND PRIOR TO THAT MEETING, DO YOU RECALL WHAT HE SAID TO

12:19PM   6    YOU ABOUT THERANOS?

12:19PM   7    A.   MORE OR LESS, BECAUSE WE HAD TALKED TO THESE OTHER

12:19PM   8    COMPANIES AND HE SAID THAT HE HAD HEARD ABOUT A COMPANY CALLED

12:19PM   9    THERANOS, AND FROM WHAT HE HAD HEARD, THIS MAY BE THE MOST

12:20PM  10    EXCITING AND FARTHEST AHEAD COMPANY IN THIS SPACE.

12:20PM  11    Q.   AND HE WANTED YOU TO TAKE THE TIME TO MEET WITH THEM?

12:20PM  12    A.   YES.

12:20PM  13    Q.   AT THE TIME THAT HE MADE THAT REQUEST TO YOU, YOU WERE THE

12:20PM  14    CHIEF FINANCIAL OFFICER OF THE COMPANY; CORRECT?

12:20PM  15    A.   CORRECT.

12:20PM  16    Q.   AND YOU HAD A BROAD PORTFOLIO; CORRECT?

12:20PM  17    A.   CORRECT.

12:20PM  18    Q.   AND YOU HAD SEVERAL HUNDRED PEOPLE REPORTING TO YOU AT

12:20PM  19    THAT TIME?

12:20PM  20    A.   MORE OR LESS, YEAH.

12:20PM  21    Q.   AND YOU WOULD, FROM THAT POINT FORWARD IN 2010 UNTIL THE

12:20PM  22    TIME THAT YOU LEFT WALGREENS IN 2014, HAVE SOME ENGAGEMENT WITH

12:20PM  23    THERANOS; CORRECT?

12:20PM  24    A.   YES.

12:20PM  25    Q.   AND GIVE US A SENSE OF HOW MUCH OF YOUR TIME YOU SPENT

MIQUELON CROSS BY MR. DOWNEY                                    3421

12:20PM  1    DEALING WITH THERANOS DURING THE PERIOD OF 2010 TO 2014?

12:20PM  2    A.   IT WOULD BE HARD TO QUANTIFY THE HOURS.  I WOULD SAY I

12:21PM  3    PROBABLY INTERACTED WITH, YOU KNOW, SUNNY AND ELIZABETH I'M

12:21PM  4    GUESSING MAYBE 10 TO 15 TIMES.

12:21PM  5         I, AGAIN, VISITED THERANOS I DON'T KNOW HOW MANY TIMES,

12:21PM  6    PROBABLY FOUR OR FIVE TIMES.

12:21PM  7         I MADE A LOT OF INTRODUCTIONS TO OTHER PARTNERS THAT I

12:21PM  8    THOUGHT WOULD BE BENEFIT INITIAL TO THE MODEL.

12:21PM  9         BUT I WOULD SAY AROUND THE LAUNCH OF THE PILOT IN 2013 IS

12:21PM 10    WHERE MY INVOLVEMENT DIMINISHED BECAUSE WE HAD A WORKING TEAM

12:21PM 11    THAT WAS TAKING OVER.  SO I WOULD SAY THAT'S PROBABLY WHERE MY

12:21PM 12    TIME BECAME, YOU KNOW, VERY MINUSCULE.

12:21PM 13    Q.   OKAY.  AND WERE THERE OTHERS AT WALGREENS WHO SPENT A

12:21PM 14    SUBSTANTIAL AMOUNT OF THEIR TIME ON THERANOS?

12:21PM 15    A.   THERE WERE PEOPLE WHO WERE FULLY DEDICATED.

12:21PM 16    Q.   AND WOULD THAT INCLUDE DR. ROSAN?

12:21PM 17    A.   I WOULDN'T SAY HE WAS FULLY DEDICATED.  MAYBE HE WAS, IF I

12:21PM 18    HAD TO GUESS, MAYBE A THIRD OF HIS TIME OR SOMETHING.

12:21PM 19    Q.   SO, SO DR. ROSAN WAS INTERACTING A LOT WITH MR. BALWANI

12:22PM 20    AND MS. HOLMES?

12:22PM 21    A.   MORE FREQUENTLY THAN ME FOR SURE.

12:22PM 22    Q.   OKAY.  AND OTHERS AT WALGREENS WERE INTERACTING WITH

12:22PM 23    INDIVIDUALS AT THERANOS; CORRECT?

12:22PM 24    A.   CORRECT.

12:22PM 25    Q.   IS IT FAIR TO SAY THAT GIVEN YOUR SENIOR ROLE, YOU REALLY

MIQUELON CROSS BY MR. DOWNEY                                      3422

12:22PM  1    ENGAGED ONLY ON SIGNIFICANT ISSUES?

12:22PM  2    A.   THAT'S PROBABLY SAFE TO SAY.  I THINK THE ROLE OF A

12:22PM  3    SPONSOR ON THESE TEAMS IS TO ENABLE THE TEAM.

12:22PM  4         AGAIN, I THINK AS I SAID BEFORE, I NEVER PRETENDED TO BE A

12:22PM  5    HEALTH CARE PROFESSIONAL, SO MY JOB IS MORE IN LINE OF HELPING

12:22PM  6    TO COMMERCIALIZE AND MAKING SURE THE TEAM HAS THE RIGHT

12:22PM  7    RESOURCES TO DO THEIR JOB.

12:22PM  8    Q.   OKAY.  AND IN CONNECTION WITH THERANOS, IS IT TRUE THAT

12:22PM  9    YOU TRIED TO MAINTAIN A HIGH LEVEL RELATIONSHIP WITH MS. HOLMES

12:22PM  10   AS THE PROJECT MOVED FORWARD?

12:22PM  11   A.   DEFINITELY.

12:22PM  12   Q.   DO YOU RECALL WHEN YOU FIRST ENGAGED WITH DR. ROSAN ABOUT

12:23PM  13   THERANOS AND HE DESCRIBED IT, DID HE DESCRIBE IT AS BEING THE

12:23PM  14   TECHNOLOGY THAT HE SAW AS THE FURTHEREST ALONG TO BE

12:23PM  15   COMMERCIALIZED?

12:23PM  16   A.   THAT -- I DON'T KNOW THAT HE WAS A LAB EXPERT PER SE

12:23PM  17   EITHER, BUT HIS UNDERSTANDING FROM WHAT HE HAD HEARD THAT THEY

12:23PM  18   WERE FARTHEST ALONG.

12:23PM  19        HE ALSO MET WITH SOME OF THE COMPANIES THAT I HAD MET

12:23PM  20   WITH, BUT I BELIEVE IT MIGHT HAVE BEEN AT HIS DIRECTION THAT WE

12:23PM  21   HIRED A CONSULTING FIRM TO BE ABLE TO GIVE US A BETTER

12:23PM  22   ASSESSMENT OF THE LAB SPACE.

12:23PM  23   Q.   AND THAT CONSULTANT REPORTED TO HIM FOR PURPOSES OF

12:23PM  24   ASSESSING OPPORTUNITIES?

12:23PM  25   A.   I CAN'T SAY THAT FOR CERTAIN.

MIQUELON CROSS BY MR. DOWNEY                                        3423

12:23PM    1    Q.   LET'S TALK A LITTLE BIT ABOUT THE FIRST MEETING THAT YOU

12:24PM    2    TALKED ABOUT DURING YOUR DIRECT EXAMINATION.

12:24PM    3         HOW MUCH INFORMATION DID YOU KNOW ABOUT THERANOS BEFORE

12:24PM    4    YOU SHOWED UP FOR THE MEETING?

12:24PM    5    A.   VERY LITTLE.

12:24PM    6    Q.   OKAY.  BUT DID YOU RECOGNIZE THAT MS. HOLMES WAS A VERY

12:24PM    7    YOUNG ENTREPRENEUR?

12:24PM    8    A.   YES.

12:24PM    9    Q.   SHE WAS IN HER MID-TWENTIES AT THE TIME?

12:24PM   10    A.   YES.

12:24PM   11    Q.   AND I THINK YOU TESTIFIED THAT THE COMPANY WAS SIX AND A

12:24PM   12    HALF, SEVEN YEARS OLD; IS THAT CORRECT?

12:24PM   13    A.   YES.

12:24PM   14    Q.   AND YOU KNEW AT THAT TIME THAT THEY WERE TRYING TO DO A

12:24PM   15    CONSUMER FOCUSSED DEPLOYMENT?

12:24PM   16    A.   I DON'T KNOW IF IT WAS THAT DAY OR NOT -- YOU MEAN WITH

12:24PM   17    RESPECT TO SAFEWAY?  IS THAT THE QUESTION?

12:24PM   18    Q.   THE QUESTION WAS IN GENERAL.  YOU UNDERSTOOD THAT THEY

12:24PM   19    WERE LOOKING FOR A RETAIL PARTNER TO DO A CONSUMER DEPLOYMENT

12:24PM   20    WITH?

12:24PM   21    A.   YES.  WE SHARED THE VISION THAT PART OF THE DISRUPTIVE

12:25PM   22    FORCE WOULD BE BRINGING LABORATORY SERVICES AS CLOSE TO THE

12:25PM   23    CUSTOMER INTO THE COMMUNITY.

12:25PM   24    Q.   AND THIS WAS SOMETHING THAT THEY HAD NOT DONE BEFORE;

12:25PM   25    CORRECT?

MIQUELON CROSS BY MR. DOWNEY                                    3424

| | | |
|---|---|---|
| 12:25PM | 1 | A.   THAT THERANOS HAD NOT DONE? |
| 12:25PM | 2 | Q.   RIGHT. |
| 12:25PM | 3 | A.   AGAIN, I DON'T KNOW WHAT DEGREE THEY WERE IN SAFEWAY, I |
| 12:25PM | 4 | DON'T HAVE KNOWLEDGE OF THAT.  BUT I DO KNOW THEY WERE DOING |
| 12:25PM | 5 | SOMETHING WITH SAFEWAY. |
| 12:25PM | 6 | Q.   THEY WERE HAVING DISCUSSIONS WITH SAFEWAY IN PARALLEL WITH |
| 12:25PM | 7 | WALGREENS? |
| 12:25PM | 8 | A.   I'M NOT TOTALLY PRIVY TO IT, BUT I KNEW THERE WERE SOME |
| 12:25PM | 9 | DISCUSSIONS, BUT I DON'T KNOW THE EXTENT OF IT. |
| 12:25PM | 10 | Q.   AND AFTER YOU CAME BACK FROM THAT MEETING, YOU SENT AN |
| 12:25PM | 11 | EMAIL TO THE CEO OF WALGREENS; CORRECT? |
| 12:25PM | 12 | A.   CORRECT. |
| 12:25PM | 13 | Q.   I WANT YOU TO LOOK AGAIN AT THAT EMAIL WHICH IS |
| 12:25PM | 14 | EXHIBIT 278 WHICH MR. SCHENK SHOWED YOU DURING YOUR DIRECT |
| 12:25PM | 15 | EXAMINATION. |
| 12:26PM | 16 | AND THIS IS AN EMAIL THAT YOU SENT SHORTLY AFTER THE |
| 12:26PM | 17 | MEETING; CORRECT? |
| 12:26PM | 18 | A.   YES. |
| 12:26PM | 19 | Q.   AND YOU WROTE TO INFORM GREG WASSON, WHO WAS THE CEO AT |
| 12:26PM | 20 | THE TIME; CORRECT? |
| 12:26PM | 21 | A.   YEP. |
| 12:26PM | 22 | Q.   AND YOU SAID, "WORTH A PEEK, BUT PLEASE DON'T FORWARD DUE |
| 12:26PM | 23 | TO CONFIDENTIAL AGREEMENT." |
| 12:26PM | 24 | A.   YEP. |
| 12:26PM | 25 | Q.   "MANY COMPANIES TECHNOLOGIES AND ACCURACY NOW SURPASS THAT |

MIQUELON CROSS BY MR. DOWNEY                                    3425

12:26PM  1    OF LABS BUT THE KEY IS WHO GETS FDA APPROVAL FIRST."

12:26PM  2        IS THAT -- DID YOU -- WHERE DID YOU GET THAT KNOWLEDGE?

12:26PM  3    A.   I BELIEVE THAT WAS -- THAT KNOWLEDGE WAS FROM DR. ROSAN

12:26PM  4    WHICH CAME TO BE NOT ONLY FOR FDA DEVICES, BUT ALSO FOR CMS

12:26PM  5    APPROVALS.

12:26PM  6    Q.   AND THEN YOU GO ON AND SAY "AND THEY APPEAR IN THE LEAD."

12:26PM  7    CORRECT?

12:26PM  8    A.   YES.

12:26PM  9    Q.   AND THAT REFERS TO THERANOS?

12:26PM  10   A.   YES, BECAUSE A LOT OF THE COMPANIES THAT WE BENCHMARKED

12:27PM  11   WERE ABLE TO DO, YOU KNOW, ONE TEST WELL, BUT THEY WEREN'T ABLE

12:27PM  12   TO -- YOU KNOW, AGAIN, AS I DESCRIBED, THE PLATFORM TO DO A

12:27PM  13   BROAD ARRAY OF TESTS ON A SINGLE PLATFORM.

12:27PM  14   Q.   SO WHEN YOU SAY THEY COULD DO ONE TEST WELL, THEY MIGHT BE

12:27PM  15   ABLE TO SAY TEST, FOR EXAMPLE, FOR GLUCOSE?

12:27PM  16   A.   RIGHT.

12:27PM  17   Q.   BUT NOT FOR A RANGE OF TESTS; RIGHT?

12:27PM  18   A.   CORRECT.

12:27PM  19   Q.   AND PART OF WHAT ATTRACTED YOU TO WHAT THERANOS WAS DOING

12:27PM  20   WAS THAT THEY WERE DEVELOPING TESTS THAT WOULD DO IT ON A BROAD

12:27PM  21   RANGE OF ASSAYS; CORRECT?

12:27PM  22   A.   YES.

12:27PM  23   Q.   YOU GO ON IN THIS EMAIL TO SAY TO MR. WASSON, "NOTICE THE

12:27PM  24   CORRELATION DATA OF WHAT IS THE TOUGHEST OF ALL TESTS...

12:27PM  25   99 PERCENT."

MIQUELON CROSS BY MR. DOWNEY                                    3426

12:27PM  1        AND I WANT TO ASK YOU TO LOOK AT SLIDE 8 IN THE ATTACHED

12:27PM  2    SLIDES.

12:28PM  3        I BEG YOUR PARDON.  IT'S PAGE 10 AT THE BOTTOM OF THE

12:28PM  4    ATTACHED SLIDE.

12:28PM  5        IS THIS THE CORRELATION DATA THAT YOU WERE REFERRING TO IN

12:28PM  6    YOUR COVER EMAIL?

12:28PM  7    A.   I BELIEVE SO.

12:28PM  8    Q.   AND CAN YOU EXPLAIN, AS YOU UNDERSTOOD IT AT THE TIME,

12:28PM  9    WHAT CORRELATION DATA WAS?

12:28PM 10    A.   IT WAS THERANOS VALIDATING FOR ANY GIVEN TEST HOW ACCURATE

12:28PM 11    A THERANOS MACHINE WAS VERSUS A CONVENTIONAL LAB MACHINE.

12:28PM 12    Q.   SO DOES, DOES -- IS THAT A COMPARISON OF HOW THE TWO TESTS

12:28PM 13    PERFORM RELATIVE TO SOME FORM OF STANDARD MEASUREMENT?

12:28PM 14    A.   THAT WAS MY UNDERSTANDING, YES.

12:28PM 15    Q.   OKAY.  AND YOU -- WHEN YOU REVIEWED THIS SLIDE IN THE

12:28PM 16    POWERPOINT, YOU THOUGHT THAT THIS WAS THE CORRELATION DATA FOR

12:29PM 17    THE TOUGHEST OF ALL TESTS; CORRECT?

12:29PM 18    A.   THAT WAS MY UNDERSTANDING, YES.

12:29PM 19    Q.   AND YOU NOTE THAT THE CORRELATION DATA WAS 99 PERCENT;

12:29PM 20    CORRECT?

12:29PM 21    A.   CORRECT.  AGAIN, I'M NOT A HEALTH CARE PROFESSIONAL, SO

12:29PM 22    THAT WAS MY UNDERSTANDING.  BUT, YES.

12:29PM 23    Q.   AND WHY WAS THE CORRELATION DATA IMPORTANT TO YOU IN

12:29PM 24    EVALUATING THIS ON WALGREENS'S BEHALF?

12:29PM 25    A.   WELL, MY ASSUMPTION WAS THAT IN ORDER TO BE ABLE TO GET

MIQUELON CROSS BY MR. DOWNEY                                   3427

12:29PM    1    THE PROPER APPROVALS AND PROVIDE THE PATIENT ACCURACY, THAT THE

12:29PM    2    BETTER THE CORRELATOR, THE BETTER.

12:29PM    3    Q.   SO YOU RECOGNIZED THE CORRELATION DATA MIGHT BE IMPORTANT

12:29PM    4    FOR PURPOSES OF GETTING FDA APPROVAL, FOR EXAMPLE?

12:29PM    5    A.   OR CMS.  THAT WAS MY UNDERSTANDING.

12:29PM    6    Q.   AND ONE OF THE REGULATORS MIGHT BE INTERESTED IN THAT

12:29PM    7    DATA; CORRECT?

12:29PM    8    A.   CORRECT.

12:29PM    9    Q.   AND IN CONNECTION WITH THIS PRESENTATION, THAT'S THE SLIDE

12:30PM   10    THAT YOU POINTED OUT TO THE CEO WHEN YOU TRANSMITTED IT TO HIM

12:30PM   11    AFTER THE MEETING; CORRECT?

12:30PM   12    A.   IT APPEARS THAT WAY.

12:30PM   13    Q.   NOW, YOU TESTIFIED ABOUT THE THERANOS PLATFORM, AND I WANT

12:30PM   14    TO TAKE A MOMENT JUST TO BREAK THAT DOWN TO MAKE SURE THAT

12:30PM   15    WE'RE USING COMMON TECHNOLOGY, COMMON TERMINOLOGY ABOUT THE

12:30PM   16    TECHNOLOGY.

12:30PM   17         IN THE MEETING WITH MS. HOLMES AND MR. BALWANI, THEY

12:30PM   18    SHOWED YOU A SLIDE WHICH DESCRIBED THE THERANOS SYSTEMS;

12:30PM   19    CORRECT?

12:30PM   20    A.   YES.

12:30PM   21    Q.   AND IS THAT THE PLATFORM THAT YOU HAVE BEEN REFERRING TO

12:30PM   22    IN YOUR TESTIMONY?

12:30PM   23    A.   YES.

12:30PM   24    Q.   AND THAT CONSISTED OF ACTUALLY SEVERAL DIFFERENT

12:30PM   25    TECHNOLOGIES, DIDN'T IT?

MIQUELON CROSS BY MR. DOWNEY                                      3428

12:30PM  1    A.   YES.

12:31PM  2    Q.   AND ONE OF THE TECHNOLOGIES WAS AN ANALYZER; CORRECT?

12:31PM  3    A.   YES.

12:31PM  4    Q.   AND ANOTHER PIECE OF THE TECHNOLOGY WAS THE ASSAY WHICH

12:31PM  5    WAS PLACED IN A CARTRIDGE THAT WOULD BE PUT INTO THE DEVICE FOR

12:31PM  6    PURPOSES OF BEING ANALYZED; CORRECT?

12:31PM  7    A.   THAT'S CORRECT.

12:31PM  8    Q.   AND YOU RECOGNIZED THAT THE ASSAYS WERE, WERE -- EACH OF

12:31PM  9    THEM HAD TO BE DEVELOPED BEFORE THEY WERE CAPABLE OF BEING USED

12:31PM  10   IN CONNECTION WITH A CARTRIDGE; CORRECT?

12:31PM  11   A.   CORRECT.

12:31PM  12   Q.   BUT THERANOS HAD DEVELOPED TO A CERTAIN LEVEL, AT LEAST,

12:31PM  13   SOME OF THOSE ASSAYS UNDER A METHOD; CORRECT?

12:31PM  14   A.   MY UNDERSTANDING WAS YES.

12:31PM  15   Q.   AND THEY BELIEVED THAT USING THAT METHOD, THEY WOULD BE,

12:31PM  16   THEY WOULD BE ABLE TO REPLICATE IT FOR ESSENTIALLY ALL COMMONLY

12:31PM  17   ORDERED ASSAYS; CORRECT?

12:31PM  18   A.   THAT WAS MY UNDERSTANDING, YES.

12:31PM  19   Q.   AND THAT'S WHAT THEY SUGGESTED IN THAT MEETING IN MARCH OF

12:32PM  20   2010; CORRECT?

12:32PM  21   A.   CORRECT.

12:32PM  22   Q.   AND ANOTHER PIECE OF THE TECHNOLOGY WAS THE GOVERNMENT

12:32PM  23   SOFTWARE THAT ASSOCIATED WITH THE SYSTEM; CORRECT?

12:32PM  24   A.   CORRECT.

12:32PM  25   Q.   AND THERE WAS SOFTWARE THAT WAS PART OF THE DEVICE;

12:32PM 1        CORRECT?

12:32PM 2        A.   CORRECT.

12:32PM 3        Q.   AND THERE WAS SOFTWARE THAT WAS PLACED WITHIN SYSTEMS AT

12:32PM 4        THERANOS TO COMMUNICATE WITH THE DEVICES; CORRECT?

12:32PM 5        A.   CORRECT.

12:32PM 6        Q.   AND IT WAS REALLY THAT SOFTWARE THAT OPENED UP A LOT OF

12:32PM 7        THE CAPABILITIES OF THERANOS TECHNOLOGY FOR THE FUTURE;

12:32PM 8        CORRECT?

12:32PM 9        A.   PART OF WHAT DID, YES, CORRECT.

12:32PM 10       Q.   WELL, LET ME ASK YOU TO LOOK WITHIN EXHIBIT 278.

12:33PM 11            THAT'S EXHIBIT 278, SLIDE 11.

12:33PM 12            DO YOU SEE THAT?

12:33PM 13       A.   SLIDE 11 YOU SAID?

12:33PM 14       Q.   IT'S LABELLED THERANOS:  CUSTOMIZED DATA INTEGRATION AND

12:33PM 15       STANDARDIZATION.

12:33PM 16       A.   YES, I SEE THAT.

12:33PM 17       Q.   AND THIS IS ONE MUCH THE SLIDES THAT YOU DISCUSSED IN THAT

12:33PM 18       MARCH OF 2010 MEETING; CORRECT?

12:33PM 19       A.   YES, CORRECT.

12:33PM 20       Q.   AND ONE OF THE CAPACITIES THAT THERANOS WAS INTERESTED IN

12:33PM 21       DEVELOPING WAS PREDICTIVE HEALTH ASSETS; CORRECT?

12:33PM 22       A.   I BELIEVE THAT WAS KIND OF THE END GAME, IF YOU WILL, IN

12:33PM 23       TERMS OF ASPIRATION FOR THEM.

12:33PM 24       Q.   AND EXPLAIN WHAT THAT MEANT AND WHAT THEY DESCRIBED TO YOU

12:33PM 25       THAT THEY WERE TRYING TO DO?

MIQUELON CROSS BY MR. DOWNEY                                    3430

12:33PM  1     A.   A LOT OF DIFFERENT DISCUSSIONS.

12:33PM  2          YOU KNOW, ONE DISCUSSION WOULD BE IF YOU HAD YOUR, YOU

12:33PM  3     KNOW, LIKE A 23 & ME TEST, IT MIGHT SAY THAT YOU HAVE A MARKER

12:34PM  4     FOR A CERTAIN CANCER MAYBE, BUT IT DOESN'T MEAN THAT YOU'RE

12:34PM  5     GOING TO GET IT.  IT JUST MEANS THAT YOU MIGHT.

12:34PM  6          AND, YOU KNOW, PREDICTIVE TESTING WHERE YOU COULD BE

12:34PM  7     LOOKING AT IT, AND SO THAT WAS ONLY USEFUL TO SOME EXTENT.

12:34PM  8          BEING ABLE TO MEASURE BLOOD FREQUENTLY, ACCURATELY, ACROSS

12:34PM  9     A LOT OF DIFFERENT MARKERS MIGHT HELP THAT PERSON INTERVENE THE

12:34PM  10    PROCESS UPSTREAM, AND THAT BECOMES A MUCH HIGHER LEVEL OF

12:34PM  11    CLINICAL OUTCOME THAN JUST HELPING SOMEBODY WHO IS ALREADY

12:34PM  12    SICK.

12:34PM  13    Q.   AND WAS ANOTHER POTENTIAL CAPACITY OF THE TECHNOLOGY THAT

12:34PM  14    THEY WERE INVENTING THE ABILITY TO AGGREGATE DATA TO OBSERVE

12:34PM  15    EITHER TRENDS IN HEALTH IN THE LARGER POPULATION OR OTHER

12:34PM  16    THINGS?

12:34PM  17    A.   I THINK FOR SURE THAT WAS PART OF WHAT THEY WERE WORKING

12:34PM  18    ON.

12:34PM  19    Q.   AND SOME OF IT COULD HAVE PUBLIC HEALTH APPLICATIONS;

12:34PM  20    CORRECT?

12:34PM  21    A.   YES.

12:34PM  22    Q.   AND ALL OF THAT WAS DISCUSSED IN THIS EARLY MEETING;

12:35PM  23    CORRECT?

12:35PM  24    A.   I CAN'T SAY IF ALL OF THAT WAS DISCUSSED ON THE FIRST DAY,

12:35PM  25    BUT OVER TIME WE DISCUSSED A LOT OF THAT.

MIQUELON CROSS BY MR. DOWNEY                                    3431

12:35PM  1    Q.   YOU RECALL AT SOME POINT DURING YOUR 10 OR 15 MEETINGS

12:35PM  2    WITH THEM THOSE DISCUSSIONS?

12:35PM  3    A.   YES.

12:35PM  4             MR. DOWNEY:  YOUR HONOR, IS THIS A GOOD TIME TO

12:35PM  5    BREAK?

12:35PM  6             THE COURT:  I'M NOT CERTAIN.  I THINK WE -- PERHAPS

12:35PM  7    WE SHOULD TAKE ABOUT A 25 MINUTE BREAK.

12:35PM  8             MR. DOWNEY:  OKAY.  I THINK I'M AT A LOGICAL POINT.

12:35PM  9             THE COURT:  OKAY.  LET'S DO THAT.  LADIES AND

12:35PM  10   GENTLEMEN, LET'S TAKE ABOUT A 25 MINUTE BREAK NOW.

12:35PM  11       BEFORE WE DO THAT, I DO WANT TO FOLLOW UP WITH MY

12:35PM  12   CONVERSATION WITH YOU BOTH THIS MORNING AND YESTERDAY, LADIES

12:35PM  13   AND GENTLEMEN.

12:35PM  14       I DO WANT TO TELL YOU ABOUT NEXT STEPS, AND I THINK YOU

12:35PM  15   INQUIRED, SOME OF YOU INQUIRED ABOUT THAT.

12:35PM  16       WHAT I INTEND TO DO -- AND THIS IS IN RELATION TO OUR

12:35PM  17   CONVERSATIONS REGARDING THE QUESTIONNAIRES.

12:35PM  18       WHAT I INTEND TO DO IS I'M GOING TO GET -- I'VE ASKED THE

12:35PM  19   LAWYERS TO PROVIDE ME ANY BRIEFING THAT THEY WISH ON SOME OF

12:36PM  20   THE LEGAL ISSUES, THAT IS, THE LAWYERS IN THE COURTROOM.

12:36PM  21       I'LL RECEIVE THOSE, I'LL TALK TO THE MOVING PARTY, YOU

12:36PM  22   HEARD ME TALK ABOUT THE MOVING PARTY FOR THE MOTION, AND

12:36PM  23   PROVIDE INFORMATION TO HIM.

12:36PM  24       IN ALL LIKELIHOOD, I AM GOING TO SET ANOTHER HEARING FOR

12:36PM  25   THAT MOVING PARTY'S MOTION TO RELEASE THE INFORMATION IN THE

MIQUELON CROSS BY MR. DOWNEY                                                3432

12:36PM   1    QUESTIONNAIRES.

12:36PM   2        JUST GIVEN THE BRIEFING SCHEDULE, WHAT THAT MEANS IS EACH

12:36PM   3    SIDE IS PERMITTED AN OPPORTUNITY TO PRESENT TO ME THEIR LEGAL

12:36PM   4    OPINIONS ABOUT WHAT THE LAW IS ON THIS ISSUE, AND THEY'RE GIVEN

12:36PM   5    CERTAIN TIME, ONCE THEY RECEIVE THE OTHER SIDE'S MOTION, AND I

12:36PM   6    GIVE THEM TIME TO RESPOND, SO WE HAVE A BACK AND FORTH.

12:36PM   7        I THEN SET A HEARING, ANOTHER HEARING.  AND THAT'S WHAT I

12:36PM   8    INTEND TO DO IN REGARDS TO THIS ISSUE.

12:36PM   9        THAT HEARING, I DON'T HAVE A DATE FOR IT YET, BUT I

12:36PM  10    ANTICIPATE THAT HEARING WILL BE ANOTHER FIVE WEEKS AWAY,

12:36PM  11    SOMETHING LIKE THAT, JUST GIVEN THE BRIEFING SCHEDULE.  THAT'S

12:37PM  12    MY SENSE OF IT.  BUT I'LL KEEP YOU INFORMED OF THAT.

12:37PM  13        AND THEN AFTER THE HEARING I'LL HEAR FROM ALL OF THE

12:37PM  14    PARTIES, AND AT THAT POINT THEN I BELIEVE THAT I'LL BE ABLE TO

12:37PM  15    MAKE DECISIONS AS TO THE THINGS THAT WE TALKED ABOUT AND THE

12:37PM  16    THINGS THAT WERE RAISED IN THE MOTION BY THE MOVING PARTY, THE

12:37PM  17    MEDIA COALITION.

12:37PM  18        SO I JUST WANT TO KEEP YOU UP TO DATE ON THAT.  THAT'S THE

12:37PM  19    STATUS OF THINGS NOW.  NOTHING IS GOING TO CHANGE UNTIL I'VE

12:37PM  20    HAD ALL OF THOSE HEARINGS.

12:37PM  21        SO THE MATERIAL REMAINS AS IT CURRENTLY IS, AND THAT WON'T

12:37PM  22    CHANGE UNTIL AFTER I'VE HAD AN OPPORTUNITY TO HEAR FROM

12:37PM  23    EVERYONE.

12:37PM  24        SO THAT'S THE LATEST UPDATE.  THANK YOU VERY MUCH FOR YOUR

12:37PM  25    PATIENCE THIS MORNING.

MIQUELON CROSS BY MR. DOWNEY

| | | |
|---|---|---|
| 12:37PM | 1 | ONE MORE THING.  I THINK I'VE TALKED TO YOU ABOUT TOMORROW |
| 12:37PM | 2 | BEING -- I'VE BEEN ABLE TO CLEAR THAT FOR OUR PURPOSES. |
| 12:37PM | 3 | DURING THIS BREAK I'M GOING TO ASK YOU IF YOU COULD, |
| 12:37PM | 4 | PLEASE, TO CONTACT THE PARTIES THAT YOU NEED TO TO SEE IF YOU |
| 12:37PM | 5 | CAN MAKE THAT WORK, COME TO COURT TOMORROW AND MAKE IT WORK. |
| 12:38PM | 6 | IT WOULD BE FROM 9:00 TO 3:00.  I WOULDN'T WANT TO KEEP |
| 12:38PM | 7 | YOU UNTIL 4:00 TOMORROW, BUT 9:00 TO 3:00 TOMORROW.  IF YOU |
| 12:38PM | 8 | NEED TO ADJUST THAT, I'LL BE HAPPY TO HEAR THAT INFORMATION |
| 12:38PM | 9 | WHEN WE COME BACK FROM OUR BREAK IF YOU'RE ABLE TO MAKE IT |
| 12:38PM | 10 | TOMORROW OR IF WE NEED TO ADJUST THAT SCHEDULE. |
| 12:38PM | 11 | ALL RIGHT.  LET'S TAKE OUR BREAK. |
| 12:38PM | 12 | SIR, YOU CAN STAND DOWN. |
| 12:38PM | 13 | THE CLERK:  COURT IS IN RECESS. |
| 12:38PM | 14 | (JURY OUT AT 12:38 P.M.) |
| 12:38PM | 15 | THE COURT:  PLEASE BE SEATED.  THANK YOU. |
| 12:38PM | 16 | THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE |
| 12:38PM | 17 | BREAK, AND OUR WITNESS HAS LEFT THE COURTROOM.  ALL COUNSEL AND |
| 12:39PM | 18 | MS. HOLMES ARE PRESENT. |
| 12:39PM | 19 | ANYTHING FURTHER BEFORE WE BREAK, MR. SCHENK? |
| 12:39PM | 20 | MR. SCHENK:  NO, YOUR HONOR.  THANK YOU. |
| 12:39PM | 21 | MR. DOWNEY:  NO, YOUR HONOR.  THANK YOU. |
| 12:39PM | 22 | THE COURT:  SO IF WE ARE ABLE TO CONVENE TOMORROW, |
| 12:39PM | 23 | HAVE A SESSION TOMORROW, YOU'LL BE ABLE TO HAVE WITNESSES I |
| 12:39PM | 24 | TAKE IT, MR. SCHENK. |
| 12:39PM | 25 | MR. SCHENK:  YES. |

MIQUELON CROSS BY MR. DOWNEY                                    3434

12:39PM   1                    THE COURT:  OKAY.  GREAT.  THANK YOU.

12:39PM   2                    THE CLERK:  COURT IS IN RECESS.

12:39PM   3              (LUNCH RECESS TAKEN AT 12:39 P.M.)

          4

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

MIQUELON CROSS BY MR. DOWNEY                                    3435

```
12:39PM   1                        AFTERNOON SESSION

01:12PM   2              (JURY IN AT 1:12 P.M.)

01:12PM   3                   THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

01:12PM   4         ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

01:12PM   5         MR. DOWNEY, YOU'D LIKE TO CONTINUE WITH YOUR EXAMINATION?

01:12PM   6                   MR. DOWNEY:  YES, SIR.  THANK YOU.

01:12PM   7    Q.    MR. MIQUELON, BEFORE THE BREAK WE WERE TALKING ABOUT THE

01:12PM   8    THERANOS SYSTEMS THAT WERE PRESENTED TO YOU IN MARCH OF 2010 IN

01:12PM   9    YOUR VERY FIRST MEETING WITH MS. HOLMES AND MR. BALWANI.

01:12PM  10         I'D LIKE TO JUST ESTABLISH WHAT THE CHRONOLOGY WAS OF YOUR

01:13PM  11    RELATIONSHIP WITH THERANOS, OR I SHOULD SAY WALGREENS'S

01:13PM  12    RELATIONSHIP WITH THERANOS BETWEEN THAT MEETING AND THE TIME

01:13PM  13    THAT YOU LEFT IN AUGUST OF 2014.

01:13PM  14         AM I RIGHT THAT YOUR FIRST MEETING AND INTRODUCTION INTO

01:13PM  15    THERANOS WAS IN THE MEETING OF MARCH OF 2010; CORRECT?

01:13PM  16    A.    CORRECT.

01:13PM  17    Q.    AND COMING OUT OF THAT MEETING, BOTH SIDES MET AND

01:13PM  18    EVALUATED THE POSSIBILITY OF A DEAL FOR A FEW MONTHS; CORRECT?

01:13PM  19    A.    CORRECT.

01:13PM  20    Q.    AND IN JULY OF 2010, THE PARTIES SIGNED THEIR FIRST

01:13PM  21    AGREEMENT; CORRECT?

01:13PM  22    A.    THAT'S CORRECT.

01:13PM  23    Q.    AND THAT AGREEMENT CONTEMPLATED AT THAT TIME THAT THERANOS

01:13PM  24    DEVICES WOULD BE DEPLOYED WITHIN WALGREENS STORES; CORRECT?

01:13PM  25    A.    AT SOME POINT, YES, CORRECT.
```

MIQUELON CROSS BY MR. DOWNEY                                    3436

01:14PM  1    Q.   AND FROM THAT POINT IN JULY OF 2010 FOR ABOUT A YEAR AND A

01:14PM  2    HALF, THE PARTIES WORKED ON ALL OF THE THINGS THAT WOULD GO

01:14PM  3    INTO HAVING THAT TYPE OF LAUNCH; CORRECT?

01:14PM  4    A.   THAT'S CORRECT.

01:14PM  5    Q.   AND THAT INCLUDED THINGS LIKE INSURANCE REIMBURSEMENT;

01:14PM  6    CORRECT?

01:14PM  7    A.   YES.

01:14PM  8    Q.   BUSINESS MODEL; CORRECT?

01:14PM  9    A.   YES.

01:14PM  10   Q.   AND OTHER ITEMS?

01:14PM  11   A.   YES.

01:14PM  12   Q.   IN EARLY 2012, THOUGH, THE PARTIES STARTED TO DISCUSS A

01:14PM  13   POTENTIAL CHANGE IN THE BUSINESS MODEL; CORRECT?

01:14PM  14   A.   YES.

01:14PM  15   Q.   AND THAT CHANGE WOULD INVOLVE THERANOS DEVICES NOT BEING

01:14PM  16   DEPLOYED IN THERANOS STORES; CORRECT?  IN WALGREENS STORES?

01:14PM  17   A.   CORRECT.

01:14PM  18   Q.   AND THE PARTIES WORKED ON A NEW AGREEMENT TO GOVERN THEIR

01:14PM  19   RELATIONSHIP FOR SEVERAL MONTHS AFTER THOSE DISCUSSIONS IN

01:14PM  20   EARLY 2012; CORRECT?

01:14PM  21   A.   YES.

01:14PM  22   Q.   AND THE PARTIES ENTERED INTO A NEW AGREEMENT AMENDING THE

01:14PM  23   FIRST AGREEMENT IN JUNE OF 2012; CORRECT?

01:15PM  24   A.   YES.

01:15PM  25   Q.   AND FROM THAT POINT FORWARD, THE INTENT WAS NOT THAT

UNITED STATES COURT REPORTERS

**ER-7041**

MIQUELON CROSS BY MR. DOWNEY                                    3437

01:15PM   1     THERANOS DEVICES WOULD BE PLACED IN WALGREENS STORES, BUT

01:15PM   2     RATHER THAT THERE WOULD BE CENTRAL LABS IN WHICH THE BLOOD

01:15PM   3     ANALYSIS WOULD BE DONE; CORRECT?

01:15PM   4     A.   MY UNDERSTANDING WAS THAT THERE WOULD BE A CENTRAL

01:15PM   5     LOCATION WHERE THE THERANOS MACHINES WOULD DO THE LAB WORK.

01:15PM   6     Q.   AND THAT WOULD BE A LABORATORY CERTIFIED UNDER CLIA;

01:15PM   7     CORRECT?

01:15PM   8     A.   CORRECT.

01:15PM   9     Q.   AND IT WAS POSSIBLE ALSO THAT THERE WOULD BE MORE THAN ONE

01:15PM   10    LAB?  THERE MIGHT BE REGIONAL LABS WHERE THAT WAS DONE;

01:15PM   11    CORRECT?

01:15PM   12    A.   I THINK THAT WAS PART OF THE DISCUSSIONS, THAT OVER TIME

01:15PM   13    IT MIGHT MAKE SENSE TO HAVE MULTIPLE LABS WITH THERANOS

01:15PM   14    MACHINES, CORRECT.

01:15PM   15    Q.   AND AFTER THAT POINT WHEN THAT AGREEMENT WAS REACHED IN

01:15PM   16    JUNE OF 2012, A LITTLE OVER A YEAR LATER THERANOS STORES -- OR

01:15PM   17    THERANOS SITES WERE LAUNCHED IN WALGREENS STORES ORIGINALLY IN

01:16PM   18    PALO ALTO; CORRECT?

01:16PM   19    A.   I BELIEVE THERE WAS ONE IN PALO ALTO FIRST.

01:16PM   20    Q.   AND THAT HAPPENED AROUND SOMETIME -- I THINK WITH FRIENDS

01:16PM   21    AND FAMILY FIRST IN SEPTEMBER OF 2013; CORRECT?

01:16PM   22    A.   THAT DATE SOUNDS CORRECT.

01:16PM   23    Q.   AND THEN THERE WAS A LAUNCH IN -- A COMMERCIAL LAUNCH IN

01:16PM   24    PALO ALTO AND IN SOME STORES IN ARIZONA IN NOVEMBER OF 2013;

01:16PM   25    CORRECT?

| | | |
|---|---|---|
| 01:16PM | 1 | A.   THAT'S ABOUT THE RIGHT TIMEFRAME. |
| 01:16PM | 2 | Q.   NOW, WHEN YOU LOOK AT THE REPRESENTATIONS THAT WERE MADE |
| 01:16PM | 3 | IN THE ORIGINAL MEETING THAT YOU HAD WITH MS. HOLMES, MANY OF |
| 01:16PM | 4 | THOSE REPRESENTATIONS WOULD NO LONGER BE RELEVANT TO THE SECOND |
| 01:16PM | 5 | BUSINESS MODEL; CORRECT? |
| 01:16PM | 6 | A.   YOU WOULD PROBABLY HAVE TO PARSE THEM ONE BY ONE FOR ME TO |
| 01:16PM | 7 | SAY THAT. |
| 01:16PM | 8 | Q.   OKAY.  WELL, LET'S TALK, FOR EXAMPLE, ABOUT |
| 01:16PM | 9 | REPRESENTATIONS RELATED TO THE SPEED OF PROCESSING THE SAMPLES. |
| 01:16PM | 10 | DO YOU RECALL TALKING ABOUT THAT ON YOUR DIRECT |
| 01:17PM | 11 | EXAMINATION? |
| 01:17PM | 12 | A.   YES. |
| 01:17PM | 13 | Q.   AND THERE WERE REPRESENTATIONS WHICH INDICATED THAT |
| 01:17PM | 14 | THERANOS PROJECTED THAT BLOOD TESTS COULD BE PERFORMED IN LESS |
| 01:17PM | 15 | THAN 30 MINUTES. |
| 01:17PM | 16 | DO YOU RECALL THAT? |
| 01:17PM | 17 | A.   YES. |
| 01:17PM | 18 | Q.   AND THE ASSUMPTION BEHIND THAT WAS THAT THE BUSINESS MODEL |
| 01:17PM | 19 | WOULD BE THAT THE DEVICES WORK IN THE WALGREENS STORES; |
| 01:17PM | 20 | CORRECT? |
| 01:17PM | 21 | A.   THAT WAS THE ORIGINAL -- YES, FOR THAT ASSUMPTION, THAT |
| 01:17PM | 22 | WAS THE ORIGINAL DESIGN. |
| 01:17PM | 23 | Q.   BUT THE AGREEMENT THAT THE PARTIES REACHED IN THE SUMMER |
| 01:17PM | 24 | OF 2012 CHANGED HOW THAT MODEL WOULD WORK; CORRECT? |
| 01:17PM | 25 | A.   THAT'S CORRECT. |

MIQUELON CROSS BY MR. DOWNEY                                        3439

01:17PM   1     Q.   AND THE TESTING WOULD NOT BE IN STORES, BUT IT WOULD BE

01:17PM   2     OFFSITE; CORRECT?

01:17PM   3     A.   THAT'S CORRECT.

01:17PM   4     Q.   AND BOTH PARTIES AGREED TO THAT; CORRECT?

01:17PM   5     A.   CORRECT.

01:17PM   6     Q.   AND THAT WOULD ELIMINATE THE CAPACITY TO TEST WITHIN 15 TO

01:17PM   7     30 MINUTES; CORRECT?

01:17PM   8     A.   THAT'S CORRECT.

01:17PM   9     Q.   AND ALSO THERE WERE DISCUSSIONS IN 2010 THAT CERTAIN COSTS

01:18PM   10    ASSOCIATED WITH BLOOD TESTING WOULD BE ELIMINATED IF THE

01:18PM   11    DEVICES WERE IN THE STORE; CORRECT?

01:18PM   12    A.   CORRECT.

01:18PM   13    Q.   AND THINGS LIKE COURIER SERVICES THAT WOULD HAVE TO TAKE

01:18PM   14    THE BLOOD FROM ONE LOCATION TO ANOTHER, FOR EXAMPLE?

01:18PM   15    A.   THAT'S CORRECT.

01:18PM   16    Q.   AND AN INFRASTRUCTURE TO REFRIGERATE SAMPLES FOR A PERIOD

01:18PM   17    BEFORE THEY WERE TRANSPORTED?

01:18PM   18    A.   THAT'S -- FROM MY UNDERSTANDING, THAT'S CORRECT.

01:18PM   19    Q.   OKAY.  BUT WHEN THE MODEL CHANGED IN THE SUMMER OF 2012,

01:18PM   20    SOME OF THOSE COSTS WOULD HAVE TO BE INCURRED; CORRECT?

01:18PM   21    A.   RIGHT.  AND AGAIN, FROM MY UNDERSTANDING WHAT CHANGED IN

01:18PM   22    THE MODEL IS FORSAKE OF THE PILOT -- A COUPLE OF THINGS.

01:18PM   23         ONE IS THAT, AS WE THOUGHT ABOUT THE APPROVALS IN THIS

01:18PM   24    UNDEFINED, YOU KNOW, WHERE IS THE LAB BY BEING ABLE TO PILOT

01:18PM   25    WITHOUT THE MACHINE IN THE WALGREENS STORE, IT MITIGATED THAT

MIQUELON CROSS BY MR. DOWNEY                                      3440

01:19PM   1    CONCERN UNTIL THAT COULD BE CLARIFIED.

01:19PM   2         SECOND, JUST IN TERMS OF MAKING SURE THAT WE COULD EXECUTE

01:19PM   3    WITH EXCELLENCE, YOU KNOW, THERE IS A LITTLE BIT MORE

01:19PM   4    COMPLEXITY IN ASKING A PHARMACY TO KEEP CARTRIDGES AND TO

01:19PM   5    UNDERSTAND HOW TO USE THOSE PROPERLY.

01:19PM   6         AND SO WE FELT THAT IT WAS A GOOD WAY TO KEEP THE PATIENT

01:19PM   7    LEARNING, WHICH WAS VERY IMPORTANT.

01:19PM   8    Q.   AT THE TIME THAT YOU LEFT WALGREENS IN AUGUST OF 2014,

01:19PM   9    THERE WERE ABOUT 40 THERANOS LOCATIONS OPERATING IN WALGREENS

01:19PM   10   STORES; CORRECT?

01:19PM   11   A.   IT MIGHT HAVE BEEN.  I DON'T KNOW THE EXACT NUMBER.

01:19PM   12   Q.   YOU KNOW THERE WERE SEVERAL DOZEN, WHATEVER THE EXACT

01:19PM   13   NUMBER WAS?

01:19PM   14   A.   RIGHT.

01:19PM   15   Q.   AND YOU KNOW THAT THOSE LOCATIONS WERE IN BOTH ARIZONA AND

01:19PM   16   CALIFORNIA; CORRECT?

01:19PM   17   A.   I THINK THAT'S MY RECOLLECTION.

01:19PM   18   Q.   OKAY.  AND IN THE TERMINOLOGY THAT THE PARTIES USED, THE

01:19PM   19   PHASE OF THE AGREEMENT WHEN THE DEVICES WOULD BE IN A CENTRAL

01:19PM   20   LAB WAS REFERRED TO AS PHASE I; CORRECT?

01:20PM   21   A.   I'D HAVE TO GO BACK TO THE AGREEMENT TO BE SURE ABOUT

01:20PM   22   THAT.

01:20PM   23   Q.   OKAY.  BUT THERE WAS A SECOND PHASE THAT ASSUMED IF THE

01:20PM   24   DEVICES GOT CERTAIN REGULATORY APPROVALS, THAT THE DEVICES

01:20PM   25   MIGHT THEN BE DEPLOYED TO THE WALGREENS STORES AS ORIGINALLY

01:20PM 1    CONTEMPLATED WHEN YOU TALKED TO MS. HOLMES IN MARCH OF 2010?

01:20PM 2    A.   YES.  BUT TO SOME EXTENT THAT WAS JUST BASED UPON THE

01:20PM 3    MATH.  IF YOU HAD A SPECIFIC SITE THAT WAS DOING LOTS OF

01:20PM 4    VOLUME, IT MIGHT MAKE SENSE TO HAVE A MACHINE THERE AND THE

01:20PM 5    CARTRIDGE INVENTORY, VERSUS ANOTHER SITE WHERE YOU MIGHT HAVE

01:20PM 6    VERY LOW VOLUME, THAT MIGHT MAKE SENSE.  BUT I WOULD SAY THE

01:20PM 7    ECONOMICS WOULD HAVE DICTATED THAT.

01:20PM 8    Q.   SO IN CERTAIN CASES THE ECONOMICS MIGHT LEAD THE PARTIES

01:20PM 9    TO THINK THAT IT'S REALLY NOT WORTH DEPLOYING A DEVICE IN A

01:20PM 10   STORE; CORRECT?

01:20PM 11   A.   RIGHT.  I THINK THAT WAS ALWAYS A CONSIDERATION, WHAT IS

01:20PM 12   THE SMARTEST EXECUTION BASED ON WHAT IS ACCEPTABLE.

01:20PM 13   Q.   SO THAT STORE MIGHT STICK WITH THE MODEL WHERE THE SAMPLES

01:20PM 14   WERE PROCESSED WITHIN THE CENTRAL CLIA LAB; IS THAT CORRECT?

01:21PM 15   A.   RIGHT.

01:21PM 16   Q.   BUT WE SAW REFERENCE IN SOME OF THE DOCUMENTS THAT WE LOOK

01:21PM 17   AT TO REGULATORY RISKS.  IS THIS ONE OF THE ISSUES THAT

01:21PM 18   MOTIVATED PEOPLE TO MOVE -- MOTIVATED WALGREENS AND THERANOS TO

01:21PM 19   ELECT TO GO TO THIS MODEL?

01:21PM 20   A.   AGAIN, I THINK EARLY ON THAT WAS PART OF THE

01:21PM 21   CONSIDERATION, AGAIN, BECAUSE OF THIS ISSUE OF WHERE IS THE

01:21PM 22   LAB?  IS IT WHERE THE EDISON IS OR IS IT WHERE THE DATA

01:21PM 23   ULTIMATELY RESIDES IN THE CLOUD?

01:21PM 24       THAT WAS SOMETHING THAT I BELIEVE AT THAT TIME WAS NOT

01:21PM 25   CLEAR YET, AND SO WHAT WAS SEEN AS THE, YOU KNOW, THE MORE

MIQUELON CROSS BY MR. DOWNEY                                              3442

01:21PM  1    PRUDENT CHOICE WAS TO KEEP THE LAB OUTSIDE OF THE STORE.

01:21PM  2         BUT ALSO JUST IN TERMS OF PATIENT EXPERIENCE, MAKING SURE

01:21PM  3    THERE WAS NO RISK OF STORES NOT USING THE RIGHT CARTRIDGE OR

01:21PM  4    UNDERSTANDING HOW TO RUN IT.  WE FELT THAT THAT WAS GOING TO BE

01:21PM  5    A BETTER WAY TO LEARN.

01:21PM  6    Q.   OKAY.  AND I WANT TO GO BACK THROUGH THAT CHRONOLOGY WITH

01:22PM  7    YOU A LITTLE BIT AND FILL IN WHAT HAPPENED AT THE CRITICAL

01:22PM  8    POINTS.

01:22PM  9         BUT IS IT FAIR TO SAY THAT IF YOU WANT TO EVALUATE THE

01:22PM  10   REPRESENTATIONS THAT THE PARTIES WERE MAKING TO EACH OTHER, YOU

01:22PM  11   HAVE TO LOOK AT THE POINT IN TIME WHERE THE PARTIES WERE IN THE

01:22PM  12   COURSE OF THE CHRONOLOGY THAT WE'VE JUST DISCUSSED?

01:22PM  13   A.   I THINK CONTEXT IS IMPORTANT, RIGHT.

01:22PM  14   Q.   ALL RIGHT.  NOW, WE WERE DISCUSSING BEFORE THE BREAK THE

01:22PM  15   ORIGINAL MEETING THAT YOU HAD, AND THEN YOUR TRANSMISSION OF

01:22PM  16   THE THERANOS POWERPOINT TO THE CEO, AND WE DISCUSSED THE

01:22PM  17   TECHNOLOGY.

01:22PM  18        DID -- WERE THERE THEN MEETINGS WITHIN WALGREENS TO

01:22PM  19   CONSIDER WHETHER OR NOT TO PROCEED WITH A DEAL WITH THERANOS?

01:22PM  20   A.   MULTIPLE.

01:22PM  21   Q.   AND WERE THEY AT SENIOR LEVELS?

01:22PM  22   A.   AT EVERY LEVEL FROM LOWER WORKING TEAM TO HIGHER LEVEL ON

01:23PM  23   THE TEAM TO THE HIGHEST LEVEL OF THE COMPANY.

01:23PM  24   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 300, WHICH WILL BE IN

01:23PM  25   YOUR WHITE BINDER.

MIQUELON CROSS BY MR. DOWNEY                                        3443

01:23PM   1            YOUR HONOR, I BELIEVE 300 IS --

01:23PM   2                 THE COURT:  IT'S IN EVIDENCE.

01:23PM   3                 MR. DOWNEY:  IT'S IN EVIDENCE, YES.  IT IS IN

01:23PM   4     EVIDENCE.

01:23PM   5     Q.   THE ADDRESSEES FOR THE EMAIL THAT YOU SENT IN LATE APRIL

01:23PM   6     ARE ALL OF THE -- AMONG THE MOST SENIOR EXECUTIVES, INCLUDING

01:23PM   7     THE MOST SENIOR EXECUTIVES IN THE COMPANY; CORRECT?

01:23PM   8     A.   THAT IS CORRECT.

01:23PM   9     Q.   AND DO YOU RECALL THE DISCUSSION THAT FOLLOWED FROM

01:23PM  10     SETTING UP THIS MEETING?

01:24PM  11     A.   I DON'T KNOW IF I RECALL THE DISCUSSION THAT FOLLOWED.  I

01:24PM  12     RECALL HAVING THE MEETING.

01:24PM  13     Q.   AND WAS THERE A DISCUSSION IN THE MEETING ABOUT WHETHER OR

01:24PM  14     NOT TO PURSUE A RELATIONSHIP WITH THERANOS?

01:24PM  15     A.   YES.

01:24PM  16     Q.   OKAY.  AND THEN WHAT WAS THE CONCLUSION OF THAT MEETING?

01:24PM  17     A.   I THINK THE CONCLUSION OF THE MEETING WAS THAT THIS

01:24PM  18     APPEARS TO BE REALLY EXCITING, LET'S KEEP WORKING WITH THEM,

01:24PM  19     LET'S SEE WHERE THIS WILL GO.

01:24PM  20     Q.   AND DID THE COMPANY DECIDE THAT YOU WANTED TO TAKE FURTHER

01:24PM  21     STEPS TO TRY TO EVALUATE WHETHER OR NOT SUCH A RELATIONSHIP

01:24PM  22     WOULD BE GOOD FOR WALGREENS?

01:24PM  23     A.   YES.

01:24PM  24     Q.   AND WERE SOME OF THOSE STEPS TO EVALUATE HOW A BUSINESS

01:24PM  25     MODEL MIGHT WORK?

MIQUELON CROSS BY MR. DOWNEY                                      3444

01:24PM   1    A.   YES.

01:24PM   2    Q.   AND WERE SOME OF THOSE STEPS TO EVALUATE THE FINANCIAL

01:24PM   3    CONDITION OF THERANOS?

01:24PM   4    A.   TO THE EXTENT THAT WE COULD.

01:24PM   5    Q.   OKAY.  WELL, YOU BECAME A BIT FAMILIAR WITH THE INVESTOR

01:24PM   6    BASE OF THERANOS; CORRECT?

01:24PM   7    A.   JUST THROUGH TIDBITS OF CONVERSATION.  BUT WE NEVER GOT,

01:24PM   8    YOU KNOW, TO MY KNOWLEDGE A CAP TABLE, IF YOU WILL, THAT SHOWS

01:25PM   9    SPECIFIC INVESTORS AND INVESTMENTS.

01:25PM  10    Q.   OKAY.  AND DID YOU AT THE TIME ALSO LOOK AT WHETHER OR NOT

01:25PM  11    IT WAS POSSIBLE THAT INSURERS MIGHT REIMBURSE FOR THERANOS

01:25PM  12    SYSTEMS WHICH WOULD BE A KEY TO THE SUCCESS OF THE PROGRAM?

01:25PM  13    A.   WE DID.

01:25PM  14    Q.   AND WHY WAS THAT IMPORTANT TO THE PROGRAM?

01:25PM  15    A.   YOU KNOW, THE VAST MAJORITY OF HEALTH CARE REIMBURSEMENT

01:25PM  16    COMES THROUGH SOME INTERMEDIARY, SO WHETHER IT'S A PRESCRIPTION

01:25PM  17    OR A VACCINE OR A LAB, MAKING SURE THOSE PAYORS ARE WILLING TO

01:25PM  18    PAY FOR IT IS FAIRLY IMPORTANT.

01:25PM  19    Q.   DID YOU ALSO LOOK AT THE PATENTS THAT THERANOS HAD

01:25PM  20    OBTAINED?

01:25PM  21    A.   I DIDN'T PERSONALLY.  I DO KNOW, THOUGH, THAT THERE WAS

01:25PM  22    SOME WORK TO TRY TO UNDERSTAND THE BREADTH OF PATENTS.

01:25PM  23    Q.   OKAY.  AND DO YOU RECALL WHAT THE CONCLUSION OF THAT WORK

01:25PM  24    WAS?

01:25PM  25    A.   AGAIN, I'M NOT A PATENT ATTORNEY EITHER.  MY RECOLLECTION

MIQUELON CROSS BY MR. DOWNEY                                        3445

01:26PM   1    IS THAT THERE WERE, YOU KNOW, DOZENS, IF NOT MORE, PATENTS.

01:26PM   2    Q.   OKAY.  AND DO YOU KNOW WHAT THE CONCLUSION -- DO YOU KNOW

01:26PM   3    WHAT THE CONCLUSION WAS, IF ANY, AS TO THE STRENGTH OF THOSE

01:26PM   4    PATENTS?

01:26PM   5    A.   AGAIN, I'M NOT A PATENT ATTORNEY.  I CAN ONLY SPECULATE.

01:26PM   6    Q.   DID YOU ALSO TRY TO TAKE STEPS -- DID WALGREENS TRY TO

01:26PM   7    TAKE STEPS TO EVALUATE THE TECHNOLOGY AND HOW DEVELOPED IT WAS?

01:26PM   8    A.   AS BEST WE COULD.

01:26PM   9    Q.   OKAY.  WHAT DID YOU DO TO DO THAT?

01:26PM  10    A.   AGAIN, YOU KNOW, ONE OF THE STEPS WE TOOK, AGAIN, WAS TO

01:26PM  11    HIRE A LAB FIRM TO LOOK AT THE SPACE AND TO DO THE BEST VETTING

01:26PM  12    THAT THEY COULD.

01:26PM  13         ANOTHER STEP THAT WE TOOK WAS WE INTRODUCED THERANOS TO

01:26PM  14    JOHNS HOPKINS AND THERE WAS I KNOW SOME DISCUSSION THERE AS

01:26PM  15    WELL.

01:26PM  16    Q.   DID THE LAB FIRM MAKE CONCLUSIONS REGARDING THERANOS?

01:26PM  17    A.   THEY DID.

01:26PM  18    Q.   DID THOSE CONCLUSIONS LEAD YOU TO BELIEVE THAT A

01:27PM  19    PARTNERSHIP WITH THERANOS WOULD BE WORTHWHILE?

01:27PM  20    A.   I BELIEVE A GENERAL CONCLUSION THAT THEY HAD, AND I THINK

01:27PM  21    THAT THEY WERE OPERATING ON, THE DATA THAT THEY WERE VERSUS

01:27PM  22    TAKING A MACHINE APART, IF YOU WILL, THEY THOUGHT THERANOS WAS

01:27PM  23    PROBABLY, OF THE 150 OR 180 COMPANIES IN THIS SPACE, THEY

01:27PM  24    THOUGHT, FOR WHAT WE WERE LOOKING FOR, THAT WAS PROBABLY THE

01:27PM  25    FARTHEST AHEAD.

MIQUELON CROSS BY MR. DOWNEY                                3446

01:27PM   1        I THINK THE ONE CONCERN THEY VOICED WAS WHETHER THE I.T.

01:27PM   2   SYSTEMS WOULD BE ABLE TO BE, YOU KNOW, READY AND BUILT OUT.

01:27PM   3        BUT THAT WAS MY UNDERSTANDING OF THE CONCLUSION.

01:27PM   4   Q.   AND THE I.T. SYSTEMS RELATED TO THE COORDINATION BETWEEN

01:27PM   5   THE CENTRAL LAB AND THE DEVICES, OR WAS IT OTHER ISSUES?

01:27PM   6   A.   I MEAN, I THINK THE CLOUD FEED WAS PROBABLY NOT WHAT THEY

01:27PM   7   WERE GETTING AT.

01:27PM   8        IT WAS MORE AROUND SYSTEMS FOR REIMBURSEMENT, PERHAPS DATA

01:27PM   9   MANAGEMENT TO DRIVE ALGORITHMS.

01:28PM  10        BUT THE MORE SOPHISTICATED I.T. INFRASTRUCTURE, AS WELL AS

01:28PM  11   A PATIENT CHECK-IN EXPERIENCE, HOW DO YOU MAKE SURE THAT PEOPLE

01:28PM  12   HAVE PRIOR AUTHORIZATION IF THEY'RE RECEIVING SOME

01:28PM  13   REIMBURSEMENT?  HOW DO YOU KEEP PATIENT DATA SAFE THROUGH HIPAA

01:28PM  14   AND ALL OF THE CONCERNS OF PRIVACY?

01:28PM  15        I THINK THAT WAS MORE OF THE POINT.

01:28PM  16   Q.   OKAY.  AND YOU ALSO MENTIONED THAT WALGREENS CONTACTED

01:28PM  17   JOHNS HOPKINS TO UNDERTAKE SOME EVALUATION OF THE TECHNOLOGY;

01:28PM  18   IS THAT RIGHT?

01:28PM  19   A.   THAT'S CORRECT.

01:28PM  20   Q.   AND DID WALGREENS HAVE A RELATIONSHIP WITH JOHNS HOPKINS

01:28PM  21   PRIOR TO THIS?

01:28PM  22   A.   YES.

01:28PM  23   Q.   AND CAN YOU TELL US WHAT THAT WAS?

01:28PM  24   A.   WE HAD BUILT A RELATIONSHIP WITH JOHNS HOPKINS IN THEIR

01:28PM  25   BUSINESS DEVELOPMENT GROUP JUST TO BE ABLE TO COLLABORATE BACK

MIQUELON CROSS BY MR. DOWNEY                                    3447

01:28PM  1    AND FORTH, AND IT WAS MYSELF AND A FEW OTHER GENTLEMEN PUT THAT

01:28PM  2    INTO PLACE.

01:28PM  3        WE WORKED TOGETHER AND BUILT A PHARMACY THERE AND TRIED TO

01:28PM  4    DRIVE, YOU KNOW, CLINICAL OUTCOMES FOR PATIENTS.

01:28PM  5        WE WORKED TO FUND A BRANCATI FUND FOR A GENTLEMAN WHO WAS

01:29PM  6    THERE AND WHO DIED OF LOU GEHRIG'S DISEASE, SO JUST A VARIETY

01:29PM  7    OF FACTORS.

01:29PM  8        AND WITH THERANOS WE ASKED IF THEY WERE WILLING TO MEET

01:29PM  9    WITH ELIZABETH AND SUNNY, AND I THINK THEY HAD THEIR HEAD OF

01:29PM  10   LABS THERE TO GIVE US THEIR UNDERSTANDING AND TAKE ON THE

01:29PM  11   TECHNOLOGY.

01:29PM  12   Q.   AND DID THAT MEETING TAKE PLACE?

01:29PM  13   A.   IT DID TAKE PLACE.

01:29PM  14   Q.   WERE YOU PRESENT FOR THAT MEETING?

01:29PM  15   A.   I WAS NOT.

01:29PM  16   Q.   WAS A WRITTEN REPORT OF THAT MEETING PREPARED?

01:29PM  17   A.   I HAD SEEN A REPORT.

01:29PM  18   Q.   LET ME ASK YOU TO LOOK IN THE GOVERNMENT'S NOTEBOOK AT

01:29PM  19   WHAT IS MARKED AS EXHIBIT 302.

01:29PM  20        IS THIS THE REPORT FROM JOHNS HOPKINS THAT WAS PREPARED

01:29PM  21   FOR WALGREENS IN CONNECTION WITH THE POTENTIAL THERANOS DEAL?

01:29PM  22   A.   THIS IS WHAT I RECALL.

01:29PM  23   Q.   OKAY.  AND DID YOU REVIEW THIS AT THE TIME?

01:29PM  24   A.   I READ THE NOTES AFTER THE MEETING, BUT, AGAIN, I WASN'T

01:30PM  25   AT THE MEETING.

MIQUELON CROSS BY MR. DOWNEY                                      3448

01:30PM   1    Q.   OKAY.  LET ME ASK YOU TO --

01:30PM   2         YOUR HONOR, I MOVE THE ADMISSION OF 302.

01:30PM   3            MR. SCHENK:  NO OBJECTION.

01:30PM   4            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:30PM   5         (GOVERNMENT'S EXHIBIT 302 WAS RECEIVED IN EVIDENCE.)

01:30PM   6    BY MR. DOWNEY:

01:30PM   7    Q.   IF YOU GO TO THE TOP LIST, DO YOU SEE THAT DR. ROSAN WAS

01:30PM   8    AT THIS MEETING; CORRECT?

01:30PM   9    A.   CORRECT.

01:30PM  10    Q.   AND MS. HOLMES AND MR. BALWANI?

01:30PM  11    A.   YES.

01:30PM  12    Q.   AND ARE YOU FAMILIAR WITH ANY OF THE INDIVIDUALS FROM

01:30PM  13    JOHNS HOPKINS?

01:30PM  14    A.   I KNEW DR. BRANCATI BEFORE HE PASSED AWAY, AND THEN I

01:30PM  15    WORKED WITH MARK SHAVER ON A COUPLE OF PROJECTS.

01:30PM  16    Q.   OKAY.  IF YOU GO TO THE VERY BOTTOM BULLET POINT ON THAT

01:30PM  17    VERY FIRST PAGE, DO YOU SEE THAT IT REFLECTS THAT "DR. ROSAN

01:31PM  18    COMMENTED ON WALGREENS' PRELIMINARY STRATEGY TO EXPLORE

01:31PM  19    EXPANDING INTO THE LABORATORY SPACE, EXPANDING ITS HEALTH

01:31PM  20    SERVICES OFFERINGS TO INCLUDE LAB AND PATHOLOGY TESTING WITHIN

01:31PM  21    WALGREENS RETAIL SPACE."

01:31PM  22         DO YOU SEE THAT?

01:31PM  23    A.   I DO.

01:31PM  24    Q.   AND THAT WAS CONSISTENT WITH YOUR UNDERSTANDING OF WHERE

01:31PM  25    THE COMPANY WAS AND WHAT THE COMPANY WAS EVALUATING; CORRECT?

MIQUELON CROSS BY MR. DOWNEY                                    3449

01:31PM   1    A.   GENERALLY, YES.

01:31PM   2    Q.   OKAY.  AND IF YOU LOOK BACK AT THE MEETING OBJECTIVES,

01:31PM   3    THEY'RE LISTED IN THIS DOCUMENT AS THE "HOPKINS TEAM WAS ASKED

01:31PM   4    TO COMMENT ON THE VALIDITY AND USEFULNESS OF THE THERANOS

01:31PM   5    PRODUCT, SPECIFICALLY RELATED TO THE SCIENCE THAT SUPPORTS THE

01:31PM   6    TECHNOLOGY AND THE APPLICATION OF THE TECHNOLOGY IN A WIDE

01:31PM   7    VARIETY OF SETTINGS INCLUDING HOSPITAL, CLINIC, LABORATORY, AND

01:32PM   8    POTENTIALLY WITHIN WALGREENS AS AN ADD ON TO CLINICAL PROGRAMS

01:32PM   9    AND RETAIN PHARMACY BUSINESS THAT CURRENTLY EXISTS."

01:32PM  10        WAS THAT CONSISTENT WITH THE OBJECTIVE AND REASON THAT YOU

01:32PM  11    WANTED TO ASK JOHNS HOPKINS TO EVALUATE THERANOS TECHNOLOGY?

01:32PM  12    A.   YES, EFFECTIVELY THEIR HEAD OF LABS I BELIEVE WAS

01:32PM  13    PARTICIPATING, AND BEING ABLE TO GET THAT LEVEL OF EXPERTISE WE

01:32PM  14    FELT WAS A GOOD PART OF THE DILIGENCE PROCESS.

01:32PM  15    Q.   OKAY.  AND THEN UNDER METHODOLOGY, IF YOU LOOK AT THE

01:32PM  16    FIRST TWO BULLET POINTS, IT INDICATES THAT THE HOPKINS TEAM

01:32PM  17    REVIEWED PROPRIETARY DATA, AND IT GOES ON TO DESCRIBE THAT.

01:32PM  18        AND THEN IT INDICATES THAT THERANOS PRESENTED ADDITIONAL

01:32PM  19    DATA ON, AND BUSINESS VISION, AND THAT IT DEMONSTRATED THE

01:32PM  20    TECHNOLOGY ON SITE.

01:33PM  21        WERE THOSE STEPS THAT YOU UNDERSTOOD HAD BEEN TAKEN WHEN

01:33PM  22    YOU WERE EVALUATING THE DEAL?

01:33PM  23    A.   THAT WAS MY UNDERSTANDING.

01:33PM  24        BUT IT WAS MY UNDERSTANDING THAT HOPKINS NOR THE LAB

01:33PM  25    CONSULTING FIRM EVER HAD AN ACTUAL EDISON TO PLAY WITH, IF YOU

MIQUELON CROSS BY MR. DOWNEY                                    3450

01:33PM   1    WILL.

01:33PM   2    Q.   THEY DIDN'T LEAVE THE TECHNOLOGY THERE?

01:33PM   3    A.   NO.

01:33PM   4    Q.   BUT AT SOME POINT WALGREENS GOT AN EDISON, DIDN'T IT?

01:33PM   5    A.   I DON'T KNOW IF WE HAD IT OR NOT.  I CAN'T SPEAK TO THAT

01:33PM   6    FOR SURE.  YOU KNOW, WE WEREN'T CRACKING IT OPEN, IF YOU WILL,

01:33PM   7    AND TRYING TO DO OUR OWN RESEARCH.

01:33PM   8    Q.   WELL, DO YOU KNOW IF DR. ROSAN AT SOME POINT AFTER THE

01:33PM   9    AGREEMENT ACTUALLY GOT AN EDISON AND HOSTED IT IN HIS OFFICE?

01:33PM   10   A.   I DON'T KNOW.

01:33PM   11        BUT PHILOSOPHICALLY, I SEE THIS AS THE SAME AS DRUG

01:33PM   12   DEVELOPMENT.  YOU KNOW, IF A DRUG GETS APPROVED FROM THE FDA,

01:33PM   13   WE DON'T TELL PFIZER WE WANT TO RERUN A CLINICAL TRIAL.  WE

01:33PM   14   JUST ASSUMED THAT'S THEIR EXPERTISE, RIGHT?

01:33PM   15   Q.   SURE.

01:33PM   16   A.   SO I CAN'T SPEAK FOR WHAT DR. ROSAN HAD OR DID NOT HAVE.

01:33PM   17   Q.   OKAY.  ON THE SECOND PAGE IT INDICATES KEY FINDINGS IN

01:34PM   18   CONNECTION WITH THIS EVALUATION, AND IT SETS FORTH THE

01:34PM   19   CONSENSUS.

01:34PM   20        AND IT SETS FORTH THE CONCLUSION THAT "THE TECHNOLOGY IS

01:34PM   21   NOVEL AND SOUND.  IT CAN ACCURATELY RUN A WIDE RANGE OF ROUTINE

01:34PM   22   AND SPECIAL ASSAYS."

01:34PM   23        IS THAT THE GIST OF WHAT WAS COMMUNICATED TO YOU ABOUT THE

01:34PM   24   RESULTS OF HOPKINS'S EVALUATION?

01:34PM   25   A.   WHAT WAS TOLD TO ME IS BASED UPON THE DATA AND INFORMATION

MIQUELON CROSS BY MR. DOWNEY                                    3451

01:34PM   1    THAT THEY WERE GIVING.  THIS WAS THEIR ASSESSMENT.

01:34PM   2         BUT THAT WITHOUT ACTUALLY, YOU KNOW, HAVING THE TECHNOLOGY

01:34PM   3    TO RUN ITSELF, THEY HAD TO RELY UPON THOSE ATTESTATIONS.

01:34PM   4    Q.   AND ESSENTIALLY THEY TOLD YOU WE'VE DONE AN EVALUATION OF

01:34PM   5    WHAT'S AVAILABLE TO US, BUT WE HAVEN'T BROKEN THE TECHNOLOGY

01:34PM   6    DOWN AND RECREATED IT AND EVALUATED FROM THAT PERSPECTIVE?

01:34PM   7    A.   RIGHT, JUST TO BE FAIR TO THEM, YES.

01:34PM   8    Q.   ALL RIGHT.  IF YOU LOOK AT THE THIRD BULLET POINT, IT

01:34PM   9    LISTS SPECIAL STRENGTHS OF THE TECHNOLOGY.

01:35PM   10        AND IT INDICATES ACCURACY, MINIATURIZATION, FLEXIBILITY,

01:35PM   11   CONNECTIVITY, ADAPTABILITY FOR RESEARCH, AND COST PER STUDY.

01:35PM   12        I THINK YOU WERE ASKED ON YOUR DIRECT EXAMINATION IF

01:35PM   13   ACCURACY WAS IMPORTANT, AND YOU REPLIED THAT IT WAS; CORRECT?

01:35PM   14   A.   CORRECT.

01:35PM   15   Q.   AND POTENTIALLY MINIATURIZATION WAS IMPORTANT TO

01:35PM   16   WALGREENS; CORRECT?

01:35PM   17   A.   PART OF THE VALUE PROPOSITION, AGAIN, AS I UNDERSTAND IT,

01:35PM   18   IS THAT THERANOS WASN'T, THEY WEREN'T REINVENTING HOW LAB GETS

01:35PM   19   DONE.

01:35PM   20        WHAT THEY WERE EFFECTIVELY DOING WAS COMTEMPORIZING IT.

01:35PM   21   SO YOU STILL HAD ANTIGENS, YOU STILL HAD BLOOD, YOU STILL HAD

01:35PM   22   OPTICAL READERS, BUT DOING IT MUCH MORE EFFICIENTLY ON, AGAIN,

01:35PM   23   THAT ANALOGY OF MOVING FROM MAINFRAME TO LAPTOP IN THE LAB

01:35PM   24   SPACE.

01:35PM   25   Q.   OKAY.  AND IF YOU LOOK AT THE FOURTH BULLET POINT, UNDER

MIQUELON CROSS BY MR. DOWNEY                                    3452

01:35PM   1      KEY FINDINGS IT INDICATES, "THE HOPKINS TEAM THOUGHT THAT THE

01:36PM   2      TECHNOLOGY WOULD BE USEFUL IN THE RETAIL CLINIC SETTING, WITH

01:36PM   3      THE PROVISO THAT THE THROUGHPUT FOR AN INDIVIDUAL SAMPLE (30-45

01:36PM   4      MINUTES) WOULD REQUIRE MULTIPLE UNITS PER SITE AND IMPOSE AN

01:36PM   5      UPPER LIMIT FOR GROUP THROUGHPUT."

01:36PM   6           FIRST OF ALL, DO YOU KNOW WHAT THEY'RE REFERRING TO WHEN

01:36PM   7      THEY REFERENCE "GROUP THROUGHPUT"?

01:36PM   8      A.   NOT SPECIFICALLY.  I KNOW MY INTERPRETATION OF THAT.

01:36PM   9      Q.   WHICH WAS WHAT?

01:36PM  10      A.   MY INTERPRETATION OF THE GENERAL OVERALL STATEMENT IS THAT

01:36PM  11      IF YOU LOOK AT THE NUMBER OF PATIENTS YOU MIGHT BE DOING PER

01:36PM  12      DAY AND RECOGNIZE THAT A TEST TAKES 15 OR 20 MINUTES TO DO ON

01:36PM  13      ONE MACHINE, YOUR PATIENT LOAD COULD EXCEED THE CAPABILITY OF

01:36PM  14      ANY SINGLE MACHINE.

01:36PM  15      Q.   SO YOU MIGHT GET A LINE OF SAMPLES WAITING TO BE

01:36PM  16      PROCESSED?

01:36PM  17      A.   CORRECT.

01:36PM  18      Q.   UNDER THE INDICATION -- UNDER THE HEADING ADDITIONAL

01:36PM  19      INFORMATION, IT INDICATES THE FOLLOWING, THAT DR. CLARK -- WHO

01:37PM  20      YOU DON'T KNOW, I ASSUME.

01:37PM  21      A.   I BRIEFLY RECALL DR. CLARK, BUT NOT AS WELL AS I RECALL

01:37PM  22      THE OTHER TWO.

01:37PM  23      Q.   OKAY.  "DR. CLARK INDICATED OVER THE PAST TWO YEARS HE HAS

01:37PM  24      HAD NUMEROUS CONVERSATIONS WITH THERANOS ABOUT UTILIZING THEIR

01:37PM  25      TECHNOLOGY AT JOHNS HOPKINS FOR RESEARCH ACTIVITIES.  THE

MIQUELON CROSS BY MR. DOWNEY                                    3453

```
01:37PM  1    CONVERSATIONS CONTINUE TO BE FAVORABLE AND BOTH PARTIES WILL

01:37PM  2    CONTINUE TO EXPLORE OPPORTUNITIES FOR COLLABORATION."

01:37PM  3         DO YOU RECALL LEARNING THAT THAT WAS PART OF HOPKINS

01:37PM  4    COMMENTARY AT THE TIME?

01:37PM  5    A.   I RECALL LEARNING THAT, YES.

01:37PM  6    Q.   OKAY.  HOW IMPORTANT WAS THE HOPKINS EVALUATION TO YOU IN

01:37PM  7    YOUR DECISION TO ENTER INTO THE FIRST AGREEMENT WITH THERANOS?

01:37PM  8    A.   I'D SAY JUST A PIECE OF A MOSAIC.  IT'S NOT DEFINITIVE,

01:37PM  9    BUT IT'S ONE OF MANY PIECES THAT FIT TOGETHER.

01:37PM 10    Q.   AND YOU WERE EVALUATING SEVERAL ISSUES; CORRECT?

01:37PM 11    A.   SEVERAL ISSUES?

01:37PM 12    Q.   SEVERAL ISSUES RELATED TO A POTENTIAL DEAL, LIKE BUSINESS

01:37PM 13    MODEL AND SO FORTH?

01:37PM 14    A.   DOES THE TECHNOLOGY WORK?  CAN THE TECHNOLOGY BE SCALED?

01:38PM 15    IS THE BUSINESS MODEL SOUND?  WILL THE ECOSYSTEM OF PAYORS AND

01:38PM 16    PHYSICIANS AND CLINICIANS BE ACCEPTING?  A LOT OF THINGS THAT

01:38PM 17    HAVE TO FIT TOGETHER.

01:38PM 18    Q.   OKAY.  AND SOME OF THAT ANALYSIS WAS DONE BEFORE THE

01:38PM 19    AGREEMENT WAS SIGNED; CORRECT?

01:38PM 20    A.   BEFORE WHICH AGREEMENT?

01:38PM 21    Q.   THE FIRST AGREEMENT BETWEEN WALGREENS AND THERANOS, WHICH

01:38PM 22    WAS IN -- AT THE END OF JULY 2010 I THINK WE'VE ESTABLISHED.

01:38PM 23    A.   SOME.  BUT I WOULD ALSO KIND OF DEFINE DILIGENCE AS SORT

01:38PM 24    OF AN UNFOLDING OVER A COUPLE YEARS, RIGHT.

01:38PM 25         YOU KEEP LEARNING NEW THINGS.  THINGS KEEP CHANGING.  SO
```

MIQUELON CROSS BY MR. DOWNEY                                    3454

01:38PM   1    DILIGENCE CONTINUES, AND THAT'S ONE REASON THEN WHY YOU HAVE A

01:38PM   2    REVISED AGREEMENT AND THEN AN ADDENDUM TO THAT IS BECAUSE

01:38PM   3    YOU'RE DOING DILIGENCE AND LEARNING THINGS AND YOU'RE TRYING TO

01:38PM   4    BUILD THAT INTO THE BEST THINKING.

01:38PM   5    Q.   OKAY.  NOW, IS IT ALSO THE CASE THAT DURING THE PERIOD OF

01:39PM   6    EVALUATING THE DEAL, WALGREENS LOOKED AT SOME OF THE POTENTIAL

01:39PM   7    REGULATORY ISSUES?

01:39PM   8    A.   WE DID, AND I BELIEVE WE HAD REGULATORY COUNSEL TO HELP

01:39PM   9    WITH THAT ENDEAVOR AS WELL.

01:39PM  10    Q.   IS IT FAIR TO SAY THAT YOUR UNDERSTANDING THAT THOSE

01:39PM  11    ISSUES WERE FAIRLY COMPLEX?

01:39PM  12    A.   THEY'RE CERTAINLY NOT IN MY AREA OF EXPERTISE.

01:39PM  13         BUT, AGAIN, AS I SAID BEFORE, YOU KNOW, ONE AREA OF

01:39PM  14    COMPLEXITY WOULD CERTAINLY BE THIS NOTION OF WHERE IS THE LAB,

01:39PM  15    AND I DON'T THINK THAT THAT HAD BEEN CONTEMPLATED NECESSARILY

01:39PM  16    BEFORE BY REGULATORS.

01:39PM  17    Q.   AND WHEN YOU, WHEN YOU SAY THE ISSUE OF WHERE IS THE LAB,

01:39PM  18    CAN YOU EXPLAIN WHAT THAT MEANS?

01:39PM  19    A.   SURE.  SO YOU HAVE THE EDISON DEVICE WHICH, YOU KNOW,

01:39PM  20    WHICH PROCESSES THE CARTRIDGES AND THE BLOOD INFORMATION; AND

01:39PM  21    THEN THE RESULTS FROM THAT, AFTER THE OPTICAL READER DOES ITS

01:39PM  22    THING, WOULD GO INTO THE CLOUD, WHICH WOULD GO INTO THE

01:39PM  23    PALO ALTO LAB WHERE YOU WOULD HAVE, I ASSUME, PATHOLOGISTS AND

01:40PM  24    DATA AND OTHERS WORKING THERE.

01:40PM  25         SO IF YOU WERE TO PUT AN EDISON, FOR EXAMPLE, IN A

MIQUELON CROSS BY MR. DOWNEY                                    3455

01:40PM  1    WALGREENS, BUT THE INFORMATION IS GOING TO PALO ALTO, IS THE

01:40PM  2    LAB IN WALGREENS?  IS IT IN PALO ALTO?  IS IT IN BOTH?

01:40PM  3         AND THAT WAS THAT ISSUE OF TRYING TO UNDERSTAND THAT.

01:40PM  4    Q.   AND DID YOU UNDERSTAND THAT IF THE LAB WERE CONSIDERED TO

01:40PM  5    BE IN THE STORES, THAT THAT WOULD HAVE SOME REGULATORY

01:40PM  6    CONSEQUENCES?

01:40PM  7    A.   I UNDERSTOOD THAT IT MIGHT.

01:40PM  8    Q.   AND THAT WAS A RESULT OF WHAT THE COMPANY CONTINUED TO

01:40PM  9    LEARN DURING ITS DILIGENCE PROCESS?

01:40PM 10    A.   I THINK -- IF I REMEMBER THE SECOND AGREEMENT, I THINK

01:40PM 11    THERE WAS SOME LANGUAGE AROUND CONTINUING TO DISCUSS WITH

01:40PM 12    REGULATORS, FDA AND OTHERS, THESE CONCEPTS TO GET

01:40PM 13    CLARIFICATION.

01:40PM 14         SO I THINK IT WAS A WORK-IN-PROGRESS ON GETTING THAT

01:40PM 15    CLARIFIED.

01:40PM 16    Q.   OKAY.  AND BEFORE THE FIRST AGREEMENT WAS ENTERED, HOW

01:40PM 17    MANY PEOPLE DO YOU THINK WERE ENGAGED IN ANALYZING THE

01:41PM 18    AGREEMENT AND DILIGENCE RELATED TO IT?

01:41PM 19    A.   BEFORE THE FIRST AGREEMENT?

01:41PM 20    Q.   YES.

01:41PM 21    A.   I MEAN, I SORT OF WOULD BE GUESSING, BUT EIGHT TO TEN AT

01:41PM 22    LEAST INTERNALLY, AND AGAIN, A COUPLE OF DIFFERENT EXTERNAL

01:41PM 23    FIRMS.  SO PROBABLY A DOZEN OR MORE.

01:41PM 24    Q.   OKAY.  BUT ULTIMATELY AT THE END OF JULY 2010, WALGREENS

01:41PM 25    DECIDED TO ENTER INTO AN AGREEMENT WITH THERANOS; CORRECT?

MIQUELON CROSS BY MR. DOWNEY                                          3456

01:41PM   1    A.   YES.

01:41PM   2    Q.   AND AS WE DISCUSSED BEFORE, WHEN THAT AGREEMENT WAS

01:41PM   3    SIGNED, THE PRESUMPTION WAS THAT THE PARTIES WOULD TRY TO PUT

01:41PM   4    THE DEVICES IN THE STORES; CORRECT?

01:41PM   5    A.   I THINK THE PRESUMPTION WAS THAT WE WERE ON A PATH OF

01:41PM   6    WORKING TOGETHER TO FIGURE OUT HOW TO COMMERCIALIZE IT

01:41PM   7    TOGETHER.

01:41PM   8    Q.   OKAY.  LET ME ASK YOU TO PULL BACK UP EXHIBIT 372, WHICH

01:41PM   9    IS THE AGREEMENT THAT WAS SIGNED AT THE END OF JULY.

01:42PM  10         I'LL ASK YOU TO LOOK AT -- AND WE'LL PUT IT ON THE SCREEN

01:42PM  11    AS WELL -- AT PAGE 2.

01:42PM  12         THIS IS ALREADY IN EVIDENCE, YOUR HONOR.

01:42PM  13         PAGE 2 OF THE AGREEMENT, WHICH HAS THE NUMBER 8 IN THE

01:42PM  14    BOTTOM RIGHT-HAND CORNER.

01:42PM  15    A.   OKAY.

01:42PM  16    Q.   AND IT'S ON THE SCREEN.

01:42PM  17         THIS STATES THE BACKGROUND THAT HAS LED TO THE AGREEMENT;

01:42PM  18    CORRECT?

01:42PM  19    A.   IT'S PART OF THE BACKGROUND.  IT'S THE FIRST TWO

01:42PM  20    PARAGRAPHS OF THE BACKGROUND SECTION.

01:42PM  21    Q.   OKAY.  AND THE FIRST PARAGRAPH SAYS, "THERANOS HAS

01:43PM  22    DEVELOPED, AND IS DEVELOPING, GENERATIONS OF MINI-LAB DEVICES

01:43PM  23    THAT CAN RUN ANY BLOOD TEST IN REAL-TIME FOR LESS THAN THE

01:43PM  24    TRADITIONAL COST OF CENTRAL LAB TESTS."

01:43PM  25         DO YOU SEE THAT?

MIQUELON CROSS BY MR. DOWNEY                                          3457

01:43PM  1    A.   YES.

01:43PM  2    Q.   AND DID YOU COME TO UNDERSTAND, AS A RESULT OF THE

01:43PM  3    DISCUSSIONS YOU WERE PART OF, THAT THERANOS HAD ALREADY

01:43PM  4    DEVELOPED SOME GENERATIONS OF A MINILAB?

01:43PM  5    A.   YES.

01:43PM  6    Q.   AND THAT THEY WERE WORKING TO DEVELOP MORE GENERATIONS OF

01:43PM  7    MINILABS?

01:43PM  8    A.   YES.

01:43PM  9    Q.   AND THAT THOSE GENERATIONS HAD DIFFERENT CAPACITIES?

01:43PM  10   A.   TECHNOLOGY IS ALWAYS AN EVOLUTION.

01:43PM  11   Q.   IF YOU LOOK AT PAGE 8 OF THE AGREEMENT, WHICH HAS THE

01:43PM  12   BATES 12 IN THE BOTTOM RIGHT-HAND CORNER.  THIS DESCRIBES --

01:43PM  13   I'LL GIVE YOU A MINUTE TO GET THERE.

01:43PM  14        I'M INTERESTED IN THE PARAGRAPH THAT IS NUMBERED 6, WHICH

01:44PM  15   IS CAPTIONED CARTRIDGE PRE-PURCHASE COMMITMENTS.

01:44PM  16        DO YOU SEE THAT?

01:44PM  17   A.   UH-HUH, YES.

01:44PM  18   Q.   I WANT TO GO TO THE PARAGRAPH THAT DESCRIBES HOW THE

01:44PM  19   ECONOMICS OF THE DEAL WILL WORK, AND THAT'S THE PARAGRAPH THAT

01:44PM  20   BEGINS "THE FIRST 30 MILLION."

01:44PM  21        DO YOU SEE THAT?

01:44PM  22   A.   YES.

01:44PM  23   Q.   AND IT INDICATES THAT "THE FIRST 30 MILLION PRE-PURCHASE

01:44PM  24   PAYMENT WILL BE INVOICED AT THE EFFECTIVE DATE OF THIS

01:44PM  25   AGREEMENT."

MIQUELON CROSS BY MR. DOWNEY                                      3458

01:44PM  1        CORRECT?

01:44PM  2    A.   THAT'S WHAT IT SAYS.

01:44PM  3    Q.   AND THEN IT SAYS "THE SECOND 20 MILLION PAYMENT WILL BE

01:44PM  4    INVOICED AFTER THERANOS OBTAINS ANY AND ALL OFFICIAL, WRITTEN

01:44PM  5    FDA APPROVALS, CLIA-WAIVED STATUS AND ANY OTHER FEDERAL

01:45PM  6    REGULATORY APPROVALS NECESSARY IN ORDER FOR WALGREENS TO

01:45PM  7    COMMENCE UTILIZING THE THERANOS SYSTEM AND CARTRIDGES TO

01:45PM  8    PERFORM TESTS," AND IT GOES ON AND DESCRIBES THE PROGRAM

01:45PM  9    FURTHER.

01:45PM  10       DO YOU RECALL THAT BEING A TERM OF THE AGREEMENT?

01:45PM  11   A.   LOOSELY.  IT'S BEEN 11 YEARS.  I DON'T RECALL IT.

01:45PM  12   Q.   OKAY.  BUT YOU RECALL THAT PRIOR TO THE AGREEMENT THEY HAD

01:45PM  13   NOT OBTAINED THOSE APPROVALS; CORRECT?

01:45PM  14   A.   CORRECT.

01:45PM  15   Q.   AND WITH RESPECT TO CLIA CERTIFICATION, THAT WAS AN

01:45PM  16   APPROVAL THAT THEY OBTAINED, BUT AFTER THE ORIGINAL AGREEMENT;

01:45PM  17   CORRECT?

01:45PM  18   A.   THAT'S CORRECT.  ORIGINALLY THERE WAS DISCUSSION ON CLIA

01:45PM  19   WAIVED VERSUS CLIA APPROVAL, AND ULTIMATELY I BELIEVE THE

01:45PM  20   COMPANY SAID IT HAD TO BE CLIA-APPROVED TO BE ABLE TO MOVE

01:45PM  21   FORWARD.

01:45PM  22   Q.   AND THE LAST SENTENCE READS, "IF THERANOS FAILS TO OBTAIN

01:45PM  23   APPROVALS BY DECEMBER 31ST, 2010, SUCH FAILURE SHALL ENTITLE

01:45PM  24   WALGREENS TO TERMINATE THIS AGREEMENT."

01:46PM  25       SO THAT GAVE THERANOS -- WALGREENS A RIGHT TO VOID THE

UNITED STATES COURT REPORTERS

**ER-7063**

MIQUELON CROSS BY MR. DOWNEY                                          3459

01:46PM   1    AGREEMENT IF THERE WAS NOT -- IF THERANOS WAS UNSUCCESSFUL IN

01:46PM   2    OBTAINING THE REGULATORY APPROVALS THAT IT NEEDED; CORRECT?

01:46PM   3    A.   CORRECT.

01:46PM   4    Q.   LET ME ASK YOU TO LOOK NOW AT BATES 22 WITHIN THE

01:46PM   5    AGREEMENT, PAGE 16.

01:46PM   6         I'M SORRY, BATES 22.  IT WILL BE PAGE 18 OF THE AGREEMENT.

01:46PM   7    YEAH.

01:46PM   8         I'M LOOKING AT THE PARAGRAPH THAT IS LABELED 23(B),

01:47PM   9    TERMINATION DUE TO UNSATISFACTORY PILOT.

01:47PM   10        DO YOU SEE THAT?

01:47PM   11   A.   YES.

01:47PM   12   Q.   AND THIS SETS FORTH TERMS UNDER WHICH THE PARTIES MIGHT

01:47PM   13   HAVE THE RIGHT TO TERMINATE IT AFTER AN UNSATISFACTORY PILOT;

01:47PM   14   CORRECT?

01:47PM   15   A.   THAT'S WHAT IT APPEARS TO SAY, YES.

01:47PM   16   Q.   AND THE PILOT PROGRAM IS WHAT YOU DESCRIBED ON YOUR DIRECT

01:47PM   17   EXAMINATION, A ROLLOUT TO A SMALL NUMBER OF STORES TO TEST HOW

01:47PM   18   THE PROGRAM WORKED; CORRECT?

01:47PM   19   A.   CORRECT.

01:47PM   20   Q.   AND BOTH PARTIES HAD THE RIGHT UNDER THE AGREEMENT TO

01:47PM   21   TERMINATE THE RELATIONSHIP IF THEY WERE NOT SATISFIED WITH THE

01:47PM   22   PILOT PROGRAM; CORRECT?

01:47PM   23   A.   I'D HAVE TO READ IT TO BE DEFINITIVE, BUT IF THAT'S WHAT

01:47PM   24   IT SAYS.

01:47PM   25   Q.   WELL, DO YOU RECALL THAT THAT WAS THE NATURE OF THE

MIQUELON CROSS BY MR. DOWNEY                                    3460

01:47PM  1    ARRANGEMENT?

01:47PM  2    A.   AGAIN, IT'S BEEN 11 YEARS, SO WITHOUT GETTING INTO THE

01:47PM  3    SPECIFICS AND REREADING IT.

01:47PM  4    Q.   YEAH, SURE.

01:47PM  5         DO YOU RECALL HAVING A, A CONCERN IN NEGOTIATING THE

01:47PM  6    AGREEMENT OR ENTERING INTO THE AGREEMENT THAT YOU WANTED TO

01:48PM  7    PROTECT WALGREENS IN THE EVENT THAT THINGS DID NOT WORK OUT?

01:48PM  8    A.   I THINK ALL PARTIES DO, ALL AGREEMENTS HAVE THAT MINDSET.

01:48PM  9    Q.   OKAY.  AND SO THAT WAS PART OF HOW YOU WERE THINKING ABOUT

01:48PM  10   DEALING WITH THIS SITUATION; CORRECT?

01:48PM  11   A.   SURE.

01:48PM  12   Q.   AND THAT RELATED TO SOME OF THESE PROVISIONS THAT WOULD

01:48PM  13   ALLOW YOU TO TERMINATE THE AGREEMENT UNDER CERTAIN SCENARIOS;

01:48PM  14   RIGHT?

01:48PM  15   A.   YOU COULD SAY THAT.

01:48PM  16   Q.   OKAY.  I'D LIKE TO ASK YOU NOW TO LOOK AT PAGE 10.

01:49PM  17   ACTUALLY, I WANT TO FLIP TO PAGE 11.

01:49PM  18        AND DO YOU SEE IN THE PARAGRAPH 10(A) THAT THERE'S A

01:49PM  19   LICENSE GRANT TO WALGREENS?

01:49PM  20   A.   YES.

01:49PM  21   Q.   AND WITHOUT REQUIRING US TO READ IT, CAN YOU JUST TAKE A

01:49PM  22   MOMENT TO READ IT AND THEN EXPLAIN WHAT THIS TERM DID.

01:49PM  23        (PAUSE IN PROCEEDINGS.)

01:49PM  24            THE WITNESS:  AGAIN, IT APPEARS THAT IT'S GIVING

01:49PM  25   WALGREENS THE RIGHT TO USE THE THERANOS SOFTWARE.

MIQUELON CROSS BY MR. DOWNEY                                    3461

01:50PM   1      BY MR. DOWNEY:

01:50PM   2      Q.   AND YOU HAD A LICENSE TO DO THAT UNDER THE AGREEMENT?

01:50PM   3      A.   YES, IT APPEARS AS I READ IT.

01:50PM   4      Q.   OKAY.  WAS THAT IMPORTANT TO OBTAIN A LICENSE TO BE ABLE

01:50PM   5      TO USE THE DATA SO THAT WALGREENS MIGHT UTILIZE DATA FOR ITS

01:50PM   6      OWN PURPOSES DISTINCT FROM WHAT THERANOS WAS DOING?

01:50PM   7      A.   I THINK ANY TIME TWO COMPANIES THAT ARE NOT RELATED SHARE

01:50PM   8      INFORMATION AND DATA, THERE'S TYPICALLY SOME TYPE OF AGREEMENT

01:50PM   9      THAT GOVERNS HOW IT'S USED SO IT'S NOT MISUSED.

01:50PM  10      Q.   OKAY.  AND, YOU KNOW, THE PARTIES HAD BEEN NEGOTIATING FOR

01:50PM  11      ABOUT THREE MONTHS, I GUESS, PRIOR TO THE TIME THAT THE

01:50PM  12      AGREEMENT WAS SIGNED.

01:50PM  13           DO YOU RECALL THAT WHEN THE PARTIES SIGNED THE AGREEMENT,

01:50PM  14      THEY INCLUDED A CLAUSE CALLED AN INTEGRATION CLAUSE?

01:50PM  15      A.   I DON'T RECALL THAT.

01:50PM  16      Q.   OKAY.  DO YOU KNOW WHAT AN INTEGRATION CLAUSE IS?

01:50PM  17      A.   NOT SPECIFICALLY.

01:50PM  18      Q.   OKAY.  COULD I ASK YOU TO LOOK AT BATES NUMBER 17.

01:51PM  19           I'M SORRY.  IT'S BATES 23, PAGE 17.

01:51PM  20      A.   OKAY.

01:51PM  21      Q.   AND I WANT TO DIRECT YOUR ATTENTION TO G, THE ENTIRE

01:51PM  22      AGREEMENT.

01:51PM  23           AND DO YOU SEE THAT THIS IS A TERM WHICH PROVIDES "THE

01:51PM  24      TERMS AND CONDITIONS CONTAINED IN THIS AGREEMENT, INCLUDING ALL

01:51PM  25      SCHEDULES, CONSTITUTE THE ENTIRE AGREEMENT BETWEEN THE PARTIES

MIQUELON CROSS BY MR. DOWNEY                                      3462

01:51PM 1    AND SUPERSEDE ALL PREVIOUS AGREEMENTS AND UNDERSTANDINGS,

01:51PM 2    WHETHER ORAL OR WRITTEN, BETWEEN THE PARTIES HERETO WITH

01:51PM 3    RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND NO

01:51PM 4    AGREEMENT OR UNDERSTANDING VARYING OR EXTENDING THE SAME SHALL

01:51PM 5    BE BINDING UPON EITHER PARTY UNLESS IN A WRITTEN DOCUMENT."

01:52PM 6        DO YOU SEE THAT?

01:52PM 7    A.   YES.

01:52PM 8    Q.   AND ARE PROVISIONS LIKE THIS FAIRLY STANDARD IN COMMERCIAL

01:52PM 9    ARRANGEMENTS BETWEEN SOPHISTICATED PARTIES?

01:52PM 10   A.   I'M NOT AN ATTORNEY, BUT IT STANDS TO REASON THAT IF YOU

01:52PM 11   WANT TO MAKE SURE AN AGREEMENT STANDS BY ITSELF VERSUS THE

01:52PM 12   HISTORY OF DIFFERENT AGREEMENTS, THAT MAKES SENSE.

01:52PM 13   Q.   OKAY.  SO AT THIS POINT AFTER THE EXECUTION OF THE

01:52PM 14   AGREEMENT, THIS IS JULY 2010, AND I THINK YOU MENTIONED A

01:52PM 15   SERIES OF STEPS THAT WOULD HAVE TO BE TAKEN TO SEE HOW THE

01:52PM 16   ARRANGEMENT WOULD WORK.  IF I MIGHT USE AN ABBREVIATION, IT'S

01:52PM 17   POST-AGREEMENT DUE DILIGENCE.

01:52PM 18       IS THAT A FAIR TERM?

01:52PM 19   A.   I WOULD ARGUE EVERY STEP OF THE WAY, RIGHT?

01:52PM 20       SO EVEN WHEN YOU GET TO PILOT AND EXPANSION, YOU'RE STILL

01:52PM 21   DOING DUE DILIGENCE ON IS THE BUSINESS MODEL EXPANDABLE AND

01:52PM 22   DOES IT WORK?

01:52PM 23   Q.   AND THAT'S TO EVALUATE WHETHER THIS IS AN ARRANGEMENT THAT

01:52PM 24   YOU WANT TO REMAIN A PARTY TO; CORRECT?

01:52PM 25   A.   RIGHT, AND IF BOTH PARTIES FIND IT VIABLE.

MIQUELON CROSS BY MR. DOWNEY                                       3463

01:53PM  1    Q.   OKAY.  AND AFTER THE AGREEMENT WAS SIGNED, DID WORK WITHIN

01:53PM  2    WALGREENS HAVE TO BE TRANSFERRED FROM THE INNOVATIONS TEAM TO

01:53PM  3    AN OPERATIONS TEAM TO TRY TO BUILD THE PROGRAM UP?

01:53PM  4    A.   WE HAD AN OPERATIONS EXECUTION TEAM, WHATEVER YOU WOULD

01:53PM  5    CALL IT, THAT WE BUILT UP.  WE BROUGHT IN AN EXECUTIVE WHO HAD

01:53PM  6    LAB EXPERIENCE TO BE ON THAT TEAM, AND WE BROUGHT AN EMPLOYEE

01:53PM  7    WHO HAD LAB EXPERIENCE IN THE COMPANY OVER ON THAT TEAM, AND WE

01:53PM  8    BROUGHT A VARIETY OF DIFFERENT TALENTS TO BE ON THAT WORKING

01:53PM  9    TEAM.

01:53PM 10    Q.   OKAY.  SO THERE WAS A LOT THAT WENT INTO THAT OPERATIONS

01:53PM 11    TEAM?

01:53PM 12    A.   THERE WAS A LOT.

01:53PM 13    Q.   AND AMONG THAT IS MARKETING AND BRANDING; CORRECT?

01:53PM 14    A.   FOR THE MOST PART MARKETING AND BRANDING WAS REALLY A

01:53PM 15    THERANOS ACTIVITY.

01:53PM 16    Q.   OKAY.  AND WITH INSURERS AND PAYORS -- YOU RECALL THAT WE

01:54PM 17    TALKED ABOUT THAT BEFORE?

01:54PM 18    A.   YES.

01:54PM 19    Q.   AND IT WAS IMPORTANT TO WORK OUT THE RELATIONSHIPS BETWEEN

01:54PM 20    THERANOS AND THOSE INSURERS AND PAYORS; CORRECT?

01:54PM 21    A.   CORRECT.

01:54PM 22    Q.   AND WAS SOMEONE AT WALGREENS ASSISTING WITH THAT?

01:54PM 23    A.   I BELIEVE THERE WAS WORK DONE ON BOTH SIDES, BOTH THROUGH

01:54PM 24    OUR CONTACTS AND THROUGH THEIR WORK.

01:54PM 25    Q.   OKAY.  AND WAS THERE WORK TO INTEGRATE THE I.T. SYSTEMS OF

MIQUELON CROSS BY MR. DOWNEY                                      3464

01:54PM   1    THERANOS AND WALGREENS?

01:54PM   2    A.   I DON'T KNOW TO WHAT EXTENT INTEGRATE, BUT THERE WAS A LOT

01:54PM   3    OF WORK ON THERANOS'S END TO SUPPORT THE SYSTEM.

01:54PM   4    Q.   AND WITHIN THE BUSINESS MODEL, WAS THERE ALSO AN EFFORT TO

01:54PM   5    TRY TO FIGURE OUT HOW THE CUSTOMER SERVICE COMPONENTS OF THE

01:54PM   6    PROGRAM WOULD WORK?

01:54PM   7    A.   YES.

01:54PM   8    Q.   AND SOME OF THAT RELATED TO WHO WOULD EMPLOY WHO, FOR

01:54PM   9    EXAMPLE?

01:54PM  10    A.   RIGHT, OR JUST IF A POTENTIAL PATIENT WALKS THROUGH THE

01:54PM  11    DOOR WITH A LAB PRESCRIPTION, DO THEY KNOW WHERE TO GO?  ARE

01:54PM  12    THEY GREETED?  ARE THEY RECEIVED?  YOU KNOW, ALL OF THAT FROM

01:54PM  13    HOW A PATIENT PERCEIVES THE EXPERIENCE.

01:54PM  14    Q.   OKAY.  SO ALL OF THOSE ISSUES AND OTHER ISSUES WERE ISSUES

01:55PM  15    ON WHICH THE COMPANIES CONTINUED TO WORK FOR THE REST OF 2010

01:55PM  16    AND 2011; CORRECT?

01:55PM  17    A.   AND I'D ARGUE 2012 AND INTO '13 AS WELL.

01:55PM  18    Q.   BUT AT THE BEGINNING OF 2012, DO YOU RECALL THE

01:55PM  19    DISCUSSIONS BEGAN ABOUT THE MODEL EVOLVING WHERE THE DEVICES

01:55PM  20    WOULD NO LONGER BE PART OF THE -- NO LONGER BE PLACED IN THE

01:55PM  21    STORES BUT WOULD INSTEAD GO IN A CENTRAL LAB?

01:55PM  22    A.   I REMEMBER LOTS OF DISCUSSIONS.  I DON'T REMEMBER IF IT

01:55PM  23    WAS IN 2012.  BUT IT SEEMS TO HAVE MANIFESTED ITSELF INTO A

01:55PM  24    LATER AGREEMENT.

01:55PM  25    Q.   OKAY.  WELL, LET ME JUST ASK YOU TO LOOK AT EXHIBIT 503,

MIQUELON CROSS BY MR. DOWNEY                                    3465

01:55PM  1    THIS IS ALREADY IN EVIDENCE, BUT JUST TO HELP YOU ORIENT

01:55PM  2    YOURSELF RELATIVE TO THE CHRONOLOGY.

01:55PM  3        THIS IS THE POWERPOINT PRESENTATION THAT YOU LOOKED AT ON

01:56PM  4    YOUR DIRECT EXAMINATION, AND I'D JUST DIRECT YOUR ATTENTION

01:56PM  5    FIRST TO -- THIS WAS SENT TO YOU BY DR. ROSAN; CORRECT?

01:56PM  6    A.   THAT'S CORRECT.

01:56PM  7    Q.   AND THIS WAS SOMETHING THAT HE HAD RECEIVED FROM THERANOS;

01:56PM  8    CORRECT?

01:56PM  9    A.   THAT'S WHAT IT APPEARS TO BE.

01:56PM  10   Q.   AND IF YOU GO TO PAGE -- ON THE EXHIBIT NUMBER PAGE 9,

01:56PM  11   WHICH IS THE CENTER NUMBER AT THE BOTTOM.

01:56PM  12       THIS IS A DEMONSTRATIVE THAT BASICALLY SHOWS HOW THE MODEL

01:56PM  13   THAT IS GOING TO BE ADOPTED WOULD WORK; CORRECT?

01:57PM  14   A.   THAT'S CORRECT.

01:57PM  15   Q.   OKAY.  AND TO JUST TAKE THE TOP PORTION OF THE

01:57PM  16   DEMONSTRATIVE, YOU SEE THAT THE FIRST ITEM -- WELL, IT'S

01:57PM  17   LABELED PROJECT NORMANDY PROCESS.

01:57PM  18       DO YOU SEE THAT?

01:57PM  19   A.   YES.

01:57PM  20   Q.   AND PROJECT NORMANDY WAS JUST A REFERENCE TO THE LAUNCH

01:57PM  21   UNDER A MODEL WHERE THE DEVICES WERE NO LONGER IN THE STORES;

01:57PM  22   CORRECT?

01:57PM  23   A.   I DON'T KNOW WHAT THE BASIS WAS FOR CHANGING THE NAME, BUT

01:57PM  24   WHAT BECAME BETA BECAME NORMANDY.  I DON'T KNOW WHY, BUT --

01:57PM  25   Q.   OKAY.  AND ON THE ARROWS ACROSS THERE'S A REFERENCE TO PSC

MIQUELON CROSS BY MR. DOWNEY                                      3466

01:57PM   1    ON THE LEFT-HAND SIDE.

01:57PM   2         DO YOU SEE THAT?

01:57PM   3    A.   CORRECT.

01:57PM   4    Q.   AND IS THAT A REFERENCE TO PATIENT SERVICE CENTER?

01:57PM   5    A.   IT MIGHT BE.  I DON'T RECALL.

01:57PM   6    Q.   OKAY.  AND THEN IT HAS AN ARROW POINTING TOWARDS A CLIA

01:57PM   7    LAB; CORRECT?

01:57PM   8    A.   CORRECT.

01:57PM   9    Q.   AND THEN FROM THE CLIA LAB, THERE'S AN ARROW WITH RESULTS

01:58PM   10   REPORTING; CORRECT?

01:58PM   11   A.   CORRECT.

01:58PM   12   Q.   AND THIS IS SETTING FORTH THE MODEL WHERE TESTING IS DONE

01:58PM   13   IN THE STORE, PATIENT SERVICE CENTER, IT'S TRANSMITTED TO THE

01:58PM   14   CLIA LAB, AND THEN RESULTS ARE REPORTED BACK; CORRECT?

01:58PM   15   A.   THAT'S MY INTERPRETATION.

01:58PM   16   Q.   OKAY.  AND UNDERNEATH EACH OF THESE ITEMS THERE'S A

01:58PM   17   DESCRIPTION OF DIFFERENT ELEMENTS OF THE PROCESS AS YOU MOVE

01:58PM   18   THROUGH TRANSMITTING THE SAMPLE; CORRECT?

01:58PM   19   A.   EFFECTIVELY WHAT HAS TO HAPPEN.

01:58PM   20   Q.   RIGHT.  SO YOU SEE AT THE BOTTOM, FOR EXAMPLE, THAT IT

01:58PM   21   SETS FORTH SHIPPING AND IT INDICATES THAT THE VESSEL IS SHIPPED

01:58PM   22   TO THE THERANOS LAB, AND THAT'S A REFERENCE TO THE BLOOD

01:58PM   23   SAMPLE; CORRECT?

01:58PM   24   A.   YES.

01:58PM   25   Q.   OKAY.  AND THEN I THINK WE TALKED BEFORE ABOUT, YOU KNOW,

MIQUELON CROSS BY MR. DOWNEY                    3467

01:58PM   1    SOME OF THE NEW FEATURES OF THE AGREEMENT, LIKE REFRIGERATION,

01:58PM   2    AND THAT'S REFERENCED UNDER CLIA LAB; CORRECT?

01:58PM   3    A.   THAT'S CORRECT.

01:58PM   4    Q.   AND THIS WAS ALL PART OF THE DISCUSSION WHEN THE PARTIES

01:59PM   5    BEGAN LOOKING AT A POTENTIAL PROCESS WHERE YOU WOULD SWITCH

01:59PM   6    FROM DEVICES IN THE STORES TO A CENTRAL LAB; CORRECT?

01:59PM   7    A.   YES.

01:59PM   8    Q.   AND THIS STRATEGY WAS DISCUSSED OVER A LONG PERIOD OF

01:59PM   9    TIME; RIGHT?

01:59PM  10    A.   YES.

01:59PM  11    Q.   BUT ULTIMATELY THERE WAS AN AGREEMENT, AND THAT WAS THE

01:59PM  12    AGREEMENT THAT WAS ENTERED INTO LATER IN 2012; CORRECT?

01:59PM  13    A.   YES.

01:59PM  14    Q.   MAY I ASK YOU, AT THIS POINT, HAD YOU BECOME SKEPTICAL OF

01:59PM  15    THE BUSINESS MODEL WHERE DEVICES WOULD BE DEPLOYED IN THE

01:59PM  16    STORES?

01:59PM  17    A.   NO.

01:59PM  18    Q.   OKAY.  WHEN DID YOU START TO EVALUATE THE ECONOMICS ALONG

01:59PM  19    THE LINES OF WHAT YOU DESCRIBED EARLIER?

01:59PM  20    A.   THE ECONOMICS OF HAVING THE DEVICE IN THE LAB?

01:59PM  21    Q.   RIGHT.  RECALL THAT YOU MENTIONED EARLIER THAT FOR SOME

01:59PM  22    STORES IT MIGHT NOT MAKE SENSE TO HAVE A DEVICE?

01:59PM  23    A.   RIGHT.

01:59PM  24    Q.   EVEN IF IT WAS LAWFUL AND OTHERWISE DESIRABLE?

02:00PM  25    A.   RIGHT.

MIQUELON CROSS BY MR. DOWNEY                                    3468

02:00PM   1    Q.   WHEN DID YOU START THINKING ABOUT THAT?

02:00PM   2    A.   PRETTY EARLY IN THE RELATIONSHIP.  I DON'T KNOW EXACTLY

02:00PM   3    WHEN, BUT I THINK I HAD COME TO A CONCLUSION THAT ULTIMATELY

02:00PM   4    YOU MAY HAVE VERY FEW IN STORES BECAUSE IT MIGHT BE MUCH MORE

02:00PM   5    EFFICIENT TO HAVE A SECOND CLIA LAB IN NEW YORK, FOR EXAMPLE,

02:00PM   6    THAT SERVICES 100 STORES THAN HAVING 100 DIFFERENT MACHINES

02:00PM   7    WITH INVENTORY.

02:00PM   8         SO I THINK IN MY MIND PROBABLY -- IT WOULD PROBABLY MORPH

02:00PM   9    OVER TIME TO HAVING MULTIPLE LABS IN DIFFERENT MSA MARKETS, BUT

02:00PM   10   NOT ONE IN EVERY STORE.

02:00PM   11   Q.   AND WHEN YOU SAY MSA, WHAT DOES THAT MEAN?

02:00PM   12   A.   YOU KNOW, LIKE A METROPOLITAN AREA, NEW YORK, OR CHICAGO,

02:00PM   13   OR, YOU KNOW, AGAIN, WHERE YOU HAVE MAYBE ONE LAB SERVICING

02:00PM   14   100, 200, 300 STORES AROUND IT.

02:00PM   15        SO YOU CAN DO VERY EFFICIENT DAILY DELIVERIES AND HAVE

02:00PM   16   TESTS RUN EFFICIENTLY WITH PEOPLE THAT ARE CONSTANTLY PICKING

02:00PM   17   THE RIGHT CARTRIDGE.

02:00PM   18        BUT THAT'S WHERE I THOUGHT THE ECONOMICS WOULD PROBABLY GO

02:01PM   19   OVER TIME TO BE THE BEST FOR BOTH PARTIES.

02:01PM   20   Q.   OKAY.  AND IF YOU LOOK AT EXHIBIT 617 IN YOUR WHITE

02:01PM   21   NOTEBOOK, I JUST WANT TO ASK YOU IF THIS IS THE AGREEMENT WHICH

02:01PM   22   CHANGED THE WAY IN WHICH THE PARTIES WERE PLANNING TO OPERATE.

02:01PM   23   A.   I WOULD SAY THAT THIS, TO MY UNDERSTANDING, WOULD BE BASED

02:01PM   24   ON EVERYTHING THAT HAPPENED IN THE PRIOR, YOU KNOW, TWO YEARS,

02:01PM   25   EVERYTHING THAT WE LEARNED, THIS NOW MEMORIALIZES A NEW

MIQUELON CROSS BY MR. DOWNEY                                          3469

02:01PM  1    AGREEMENT FOR BOTH PARTIES BASED UPON ALL OF THOSE LEARNINGS.

02:01PM  2    Q.   AND IF YOU LOOK AT PAGE 4 OF THE EXHIBIT, IT SETS FORTH A

02:01PM  3    SCHEDULE, WHICH IS THE PROGRAM OVERVIEW.

02:01PM  4         DO YOU SEE THAT?

02:01PM  5    A.   I DO.

02:02PM  6    Q.   AND IF YOU WOULD GO TO THE THIRD SENTENCE -- THE THIRD

02:02PM  7    PARAGRAPH LABELLED PHASED DISRUPTION.

02:02PM  8         AND IF YOU LOOK AT THE THIRD SENTENCE, IT SAYS,

02:02PM  9    "NOTWITHSTANDING THE PREVIOUS, THE PARTIES ACKNOWLEDGE THE

02:02PM 10    MUTUAL DESIRE TO BRING THERANOS'S TECHNOLOGY TO MARKET AS

02:02PM 11    QUICKLY AS IS REASONABLY POSSIBLE.  WITH THAT IN MIND, AT THE

02:02PM 12    COMMENCEMENT OF THIS AGREEMENT, IT IS THE PARTIES' INTENTION

02:02PM 13    FOR WALGREENS TO ACT AS A PATIENT SERVICE CENTER AND COLLECT

02:02PM 14    BLOOD SAMPLES VIA FINGERSTICK TECHNOLOGY, SMALL SAMPLES OF

02:02PM 15    URINE, SALIVA, FECES, OR SWABS, WITH LABORATORY TESTING TO BE

02:02PM 16    PERFORMED BY THERANOS AT A CLIA CERTIFIED OFFSITE LABORATORY."

02:02PM 17         CORRECT?

02:02PM 18    A.   CORRECT.

02:02PM 19    Q.   AND SO FROM THE DATE OF THIS AGREEMENT FORWARD, THE

02:02PM 20    UNDERSTANDING WAS THAT THIS IS HOW THE PROGRAM WITH WALGREENS

02:03PM 21    AND THERANOS WOULD WORK, AT LEAST UNTIL WALGREENS GOT CERTAIN

02:03PM 22    REGULATORY APPROVAL -- AT LEAST UNTIL THERANOS GOT CERTAIN

02:03PM 23    REGULATORY APPROVALS?

02:03PM 24    A.   CORRECT.

02:03PM 25    Q.   AND I THINK FROM THIS PROGRAM FORWARD IN THE MIDDLE OF

MIQUELON CROSS BY MR. DOWNEY                                    3470

02:03PM  1    2012, YOU WERE WORKING TOWARDS THE LAUNCH THAT ULTIMATELY

02:03PM  2    HAPPENED IN THE LATTER PART OF 2013; CORRECT?

02:03PM  3    A.   CORRECT.

02:03PM  4    Q.   NOW, AT THE TIME OF THE ORIGINAL AGREEMENT, THE

02:03PM  5    CONTEMPLATION WAS THAT ULTIMATELY THE PARTIES WOULD WORK

02:03PM  6    TOWARDS A NATIONAL ROLLOUT OF THERANOS TECHNOLOGY; CORRECT?

02:04PM  7    A.   YES, WITH THE PREREQUISITE BEING EVERYTHING WORKING AS

02:04PM  8    PLANNED.

02:04PM  9    Q.   BUT THAT WAS AN OBJECTIVE OF THE AGREEMENT; CORRECT?

02:04PM  10   A.   YES.

02:04PM  11   Q.   AND WHEN THIS -- WHEN THE 2012 AGREEMENT WAS SIGNED, IT

02:04PM  12   REFERENCED EXPECTATIONS AS TO HOW THE ROLLOUT WOULD WORK;

02:04PM  13   CORRECT?

02:04PM  14   A.   THAT'S CORRECT.

02:04PM  15   Q.   AND LET ME JUST DRAW THAT UP IN EXHIBIT 617, AND THAT'S AT

02:04PM  16   SCHEDULE F, WHICH IS BATES 53.

02:04PM  17        AND IF YOU LOOK UNDER NUMBER 2, THAT SETS FORTH WHAT THE

02:04PM  18   PROGRAM OBJECTIVES WERE; CORRECT?

02:05PM  19   A.   CORRECT.

02:05PM  20   Q.   AND IF YOU LOOK UNDER A, IT DESCRIBES HOW THE TESTING WILL

02:05PM  21   WORK, ET CETERA, AND IT SAYS, "IT WILL INTRODUCE A MORE

02:05PM  22   COST-EFFECTIVE, BLOOD TESTING SERVICE AT WALGREENS STORES AND

02:05PM  23   WALGREENS'S OTHER CLINICAL OPERATIONS NATIONWIDE (WHICH, BY

02:05PM  24   EXAMPLE, INCLUDE BUT ARE NOT LIMITED TO)," AND IT DESCRIBES

02:05PM  25   INFUSION CENTERS AND OTHER CLINICS; CORRECT?

MIQUELON CROSS BY MR. DOWNEY                                    3471

02:05PM  1    A.   CORRECT.

02:05PM  2    Q.   AND FROM THAT AGREEMENT, FROM THAT TIME UNTIL THE TIME

02:05PM  3    SHORTLY BEFORE THE LAUNCH, THE PARTIES CONTINUED TO DISCUSS A

02:05PM  4    POTENTIAL SCHEDULE FOR A NATIONWIDE ROLLOUT; CORRECT?

02:05PM  5    A.   CORRECT.

02:05PM  6    Q.   AND THERE WERE DIFFERENT IDEAS AT VARIOUS TIMES AS TO HOW

02:05PM  7    THAT ROLLOUT MIGHT WORK; CORRECT?

02:06PM  8    A.   CORRECT.

02:06PM  9    Q.   AND IF YOU LOOK AT -- IN YOUR BLACK BINDER NOW AT

02:06PM  10   EXHIBIT 7312.

02:06PM  11   A.   IS THAT BINDER 2 OR BINDER 1?

02:06PM  12   Q.   IT'S THE BINDER THAT SHOULD HAVE --

02:06PM  13   A.   BINDER 2 I THINK.

02:06PM  14   Q.   YEAH.

02:06PM  15        THIS IS AN EMAIL FROM MS. HOLMES TO YOU; CORRECT?

02:06PM  16   A.   YES.

02:06PM  17   Q.   AND SHE ATTACHED TO THIS A POWERPOINT THAT SETS FORTH A

02:07PM  18   PROPOSED ROLLOUT PLAN; CORRECT?

02:07PM  19   A.   CORRECT.

02:07PM  20   Q.   AND YOU LOOKED AT THIS ON YOUR DIRECT EXAMINATION;

02:07PM  21   CORRECT?

02:07PM  22   A.   CORRECT.

02:07PM  23        MR. DOWNEY:  YOUR HONOR, I THINK I'VE USED A

02:07PM  24   DIFFERENT EXHIBIT NUMBER FOR AN EXHIBIT ALREADY MENTIONED, BUT

02:07PM  25   I THINK SINCE THE WITNESS IS OPEN TO THERE, WITH THE

MIQUELON CROSS BY MR. DOWNEY                                    3472

02:07PM   1      STIPULATION OF THE GOVERNMENT, I'LL AGREE TO MODIFY THAT NUMBER

02:07PM   2      LATER.

02:07PM   3              THE COURT:  ALL RIGHT.  MR. SCHENK?  I THINK --

02:07PM   4      YOU'D LIKE TO INTRODUCE THIS NOW OR HAVE THIS WITNESS --

02:07PM   5              MR. DOWNEY:  I THINK IT'S ACTUALLY ALREADY IN

02:07PM   6      EVIDENCE.

02:07PM   7              THE COURT:  OKAY.  DO WE KNOW THE NUMBER?

02:07PM   8          LET'S ALLOW YOU TO GO FORWARD WITH THIS.  WE'LL GET THE

02:07PM   9      NUMBER IN A SECOND.

02:07PM  10      BY MR. DOWNEY:

02:07PM  11      Q.   WELL, IN AN ABUNDANCE OF CAUTION, LET ME SAY, IS THIS AN

02:07PM  12      EMAIL COMMUNICATION FROM MS. HOLMES TO YOU IN AUGUST OF 2013?

02:07PM  13      A.   YES.

02:07PM  14      Q.   AND SHE ATTACHED HERE A POWERPOINT THAT SETS FORTH A

02:07PM  15      WALGREENS DEPLOYMENT PLAN?

02:08PM  16      A.   A PROPOSAL.

02:08PM  17      Q.   AND THIS WAS HER PROPOSAL AS TO HOW A ROLLOUT OF THERANOS

02:08PM  18      MIGHT WORK IN STORES ACROSS THE COUNTRY; CORRECT?

02:08PM  19      A.   CORRECT.

02:08PM  20      Q.   AND SHE WAS SENDING THIS TO YOU FOR YOUR COMMENT AND

02:08PM  21      REACTION AND FEEDBACK; CORRECT?

02:08PM  22      A.   I THINK YOU'D HAVE TO ASK HER, BUT AT LEAST FOR MY

02:08PM  23      INFORMATION.

02:08PM  24      Q.   OKAY.  WELL, THAT'S WHAT YOU UNDERSTOOD.  THIS WAS A

02:08PM  25      DOCUMENT PROPOSING HOW IT MIGHT WORK; CORRECT?

MIQUELON CROSS BY MR. DOWNEY                                      3473

02:08PM   1    A.   RIGHT.

02:08PM   2    Q.   AND IF YOU LOOK AT THE SECOND PARAGRAPH OF THE EMAIL, SHE

02:08PM   3    SAYS, "WE HAVE CEMENTED WHAT WE BELIEVE TO BE THE MOST

02:08PM   4    EFFECTIVE ROLLOUT STRATEGY FOR REALIZING BROAD NATIONAL SCALE

02:08PM   5    AS FAST AS POSSIBLE."

02:08PM   6              THE COURT:   LET ME STOP YOU THERE.   I DON'T THINK

02:08PM   7    THIS IS IN EVIDENCE YET.   I DON'T BELIEVE IT IS.

02:08PM   8              MR. DOWNEY:   OKAY.   WELL, YOUR HONOR, I MOVE THE

02:08PM   9    ADMISSION OF 7312.

02:08PM   10             MR. SCHENK:   NO OBJECTION.   I BELIEVE 971 --

02:08PM   11             THE COURT:   971?

02:08PM   12             MR. SCHENK:   971.

02:08PM   13             MR. DOWNEY:   IN THE EVENT THERE IS SOME DEVIATION,

02:08PM   14    I'LL USE 7312 FOR NOW.

02:09PM   15             THE COURT:   7312.   UNDERSTOOD.   SO IT'S ADMITTED,

02:09PM   16    AND IT MAY BE PUBLISHED.

02:09PM   17        (DEFENDANT'S EXHIBIT 7312 WAS RECEIVED IN EVIDENCE.)

02:09PM   18    BY MR. DOWNEY:

02:09PM   19    Q.   SO IN THAT SECOND PARAGRAPH SHE TALKS ABOUT EFFECTIVELY A

02:09PM   20    ROLLOUT STRATEGY FOR A BROAD NATIONAL ROLLOUT; CORRECT?

02:09PM   21    A.   YES.

02:09PM   22    Q.   AND IF YOU LOOK AT THE DATE OF THIS, THIS IS AUGUST 7TH,

02:09PM   23    2013; CORRECT?

02:09PM   24    A.   CORRECT.

02:09PM   25    Q.   AND THAT IS ABOUT A MONTH BEFORE THERANOS AND WALGREENS

MIQUELON CROSS BY MR. DOWNEY                                3474

02:09PM   1    WOULD ANNOUNCE THEIR PARTNERSHIP PUBLICLY --

02:09PM   2            THE COURT:  JUST A MOMENT.  I DON'T THINK IT'S ON

02:09PM   3    OUR SCREEN.

02:09PM   4            MR. DOWNEY:  OH, I BEG YOUR PARDON.

02:09PM   5            THE CLERK:  LET ME DO A RESET.  ONE MOMENT.

02:09PM   6            THE COURT:  WE'RE GOING TO RESET THE SYSTEM SO IT

02:09PM   7    WILL HOPEFULLY CATCH UP.

02:10PM   8         (PAUSE IN PROCEEDINGS.)

02:10PM   9            JUROR:  JUST ONE.

02:10PM   10           THE COURT:  I THINK ALL OF THE MONITORS ARE UP, SO

02:10PM   11   SORRY FOR THE SCOREBOARD BREAKDOWN.

02:10PM   12   BY MR. DOWNEY:

02:10PM   13   Q.   SORRY.  WE WERE DISCUSSING AN EMAIL OF A NATIONAL ROLLOUT

02:11PM   14   PLAN FROM MS. HOLMES TO YOU IN AUGUST OF 2013.

02:11PM   15        AND JUST TO MAKE SURE THAT WE'RE ORIENTED TO THE SCHEDULE,

02:11PM   16   THIS IS ABOUT A YEAR BEFORE YOU LEAVE WALGREENS; CORRECT?

02:11PM   17   A.   CORRECT.

02:11PM   18   Q.   AND IT'S SHORTLY BEFORE THE CONSUMER LAUNCH OF THERANOS;

02:11PM   19   CORRECT?

02:11PM   20   A.   CORRECT.

02:11PM   21   Q.   AND MS. HOLMES WAS PROPOSING THAT THERE BE A SCHEDULE AS

02:11PM   22   SET FORTH IN THE ATTACHED POWERPOINT TO THIS; CORRECT?

02:11PM   23   A.   CORRECT.

02:11PM   24   Q.   AND IN THE SECOND PARAGRAPH OF THE COVER EMAIL, SHE SAYS,

02:11PM   25   "WE HAVE CEMENTED WHAT WE BELIEVE TO BE THE MOST EFFECTIVE

MIQUELON CROSS BY MR. DOWNEY                                          3475

02:11PM   1    ROLLOUT STRATEGY FOR REALIZING BROAD NATIONAL SCALE AS FAST AS

02:11PM   2    POSSIBLE."

02:11PM   3        DO YOU SEE THAT?

02:11PM   4    A.   YES.

02:11PM   5    Q.   AND YOU LOOKED AT THIS DURING YOUR DIRECT EXAMINATION, BUT

02:11PM   6    IF YOU GO TO THE FIFTH PARAGRAPH, SHE SETS FORTH THAT THERE IS

02:12PM   7    A SIGNIFICANT AMOUNT OF WORK THAT THE WALGREENS TEAM WILL HAVE

02:12PM   8    TO DO, INCLUDING ESTABLISHING A MORE ROBUST FORMAL TECHNICIAN

02:12PM   9    TRAINING PROGRAM AND PREPARING SPACE IN NEW YORK CITY, ET

02:12PM  10    CETERA; CORRECT?

02:12PM  11    A.   CORRECT.

02:12PM  12    Q.   AND SO THIS EMAIL WAS ONE IN WHICH SHE WAS RAISING WHAT

02:12PM  13    THERANOS WAS ASKING WALGREENS TO DO; CORRECT?

02:12PM  14    A.   CORRECT.

02:12PM  15    Q.   OKAY.  AND HER PROPOSAL IS SET FORTH IN THE ATTACHMENT, SO

02:12PM  16    IF YOU GO TO THE PAGE OF THE POWERPOINT THAT HAS A 2 AT THE

02:13PM  17    BOTTOM LABELLED EXECUTIVE SUMMARY.

02:13PM  18        DO YOU HAVE THAT?

02:13PM  19    A.   YES.

02:13PM  20    Q.   AND SHE SETS FORTH A PLAN UNDER WHICH THERANOS WOULD OPEN

02:13PM  21    ON A SMALL SCALE CERTAIN LOCATIONS IN ARIZONA IN THE NEAR

02:13PM  22    FUTURE; CORRECT?

02:13PM  23    A.   YES.

02:13PM  24    Q.   AND THEN SHE PROPOSED THAT IN THE FOURTH QUARTER

02:13PM  25    THERANOS'S PRESENCE BE EXPANDED IN PHOENIX AND NEW YORK;

MIQUELON CROSS BY MR. DOWNEY                                                    3476

02:13PM   1        CORRECT?

02:13PM   2        A.   CORRECT.

02:13PM   3        Q.   AND THEN SHE PROPOSED THAT THROUGHOUT 2014 THERANOS AND

02:13PM   4        WALGREENS WOULD EXECUTE A NATIONAL ROLLOUT STRATEGY; CORRECT?

02:13PM   5        A.   CORRECT.

02:13PM   6        Q.   AND IF YOU LOOK AT THE PAGES THAT FOLLOW AND JUST SCROLL

02:14PM   7        THROUGH THEM, YOU SEE THAT SHE WAS PROPOSING THE LOCATIONS IN

02:14PM   8        THE DARKER COLOR AS TO WHAT -- WHICH STATES WOULD LAUNCH IN

02:14PM   9        WHICH QUARTER; CORRECT?

02:14PM  10        A.   CORRECT.

02:14PM  11        Q.   AND SHE PROPOSED THAT BY THE END OF THE YEAR THAT THERANOS

02:14PM  12        BE IN ABOUT 60 -- 6,250 WALGREENS STORES AT THE END OF THE YEAR

02:14PM  13        2014; CORRECT?

02:14PM  14        A.   CORRECT.

02:14PM  15        Q.   AND YOU RESPONDED TO THIS EMAIL AFTER RECEIVING IT

02:14PM  16        INTERNALLY IN EXHIBIT 971, AND MR. SCHENK SHOWED YOU THAT ON

02:15PM  17        YOUR DIRECT EXAMINATION; CORRECT?

02:15PM  18        A.   CORRECT.

02:15PM  19        Q.   AND YOU'RE HAVING A DIALOGUE INTERNALLY AT WALGREENS HERE;

02:15PM  20        CORRECT?

02:15PM  21        A.   CORRECT.

02:15PM  22        Q.   AND YOU DISCUSSED WITH MR. SCHENK THE LAST SENTENCE WHERE

02:15PM  23        YOU SAY "I'M NOT WORRIED ABOUT THEM OR LABS... I'M WORRIED

02:15PM  24        ABOUT US," WITH A FROWN.

02:15PM  25             I JUST WANT TO ASK YOU, WHAT DOES "LABS" REFER TO THERE?

MIQUELON CROSS BY MR. DOWNEY                                    3477

| | | |
|---|---|---|
| 02:15PM | 1 | A.   I THINK I'M NOT WORRIED ABOUT THEM OR THE EFFICACY OF |
| 02:15PM | 2 | THEIR LAB EQUIPMENT. |
| 02:15PM | 3 | Q.   BUT YOU'RE WORRIED ABOUT WALGREENS; CORRECT? |
| 02:15PM | 4 | A.   RIGHT, BECAUSE SHE'S OUTLINED AT LEAST FOUR AREAS WHERE I |
| 02:15PM | 5 | THINK IT'S IMPLICIT THAT SHE'S SAYING THAT WE'RE NOT DOING OUR |
| 02:15PM | 6 | PART. |
| 02:15PM | 7 | Q.   OKAY.  LET ME ASK YOU TO LOOK NOW AT EXHIBIT 1083, AND MY |
| 02:16PM | 8 | QUESTION WILL BE WHETHER THIS IS A RESPONSE TO YOUR PROPOSAL? |
| 02:16PM | 9 | A.   WHICH BOOK IS IT IN? |
| 02:16PM | 10 | Q.   I THINK IT SHOULD BE 2. |
| 02:16PM | 11 | THE CLERK:  IS THAT 1083, COUNSEL? |
| 02:16PM | 12 | MR. DOWNEY:  YES.  THIS IS A NEW EXHIBIT. |
| 02:16PM | 13 | THE CLERK:  DO YOU MEAN 10,000 -- |
| 02:16PM | 14 | MR. DOWNEY:  NO 1-0-8-3.  1083. |
| 02:16PM | 15 | Q.   AND IS THIS AN EMAIL FROM YOU TO MS. HOLMES SETTING FORTH |
| 02:16PM | 16 | A PROPOSAL ABOUT THE THERANOS-WALGREENS RELATIONSHIP? |
| 02:16PM | 17 | A.   THIS IS. |
| 02:16PM | 18 | Q.   OKAY.  AND IF YOU LOOK ON THE COVER -- |
| 02:17PM | 19 | WELL, YOUR HONOR, I MOVE THE ADMISSION OF EXHIBIT 1083. |
| 02:17PM | 20 | MR. SCHENK:  NO OBJECTION. |
| 02:17PM | 21 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 02:17PM | 22 | (GOVERNMENT'S EXHIBIT 1083 WAS RECEIVED IN EVIDENCE.) |
| 02:17PM | 23 | BY MR. DOWNEY: |
| 02:17PM | 24 | Q.   LOOK AT THE COVER EMAIL.  YOU INDICATE TO MS. HOLMES THAT, |
| 02:17PM | 25 | "ATTACHED IS THE CONCEPTUAL FRAMEWORK I SHARED LAST NIGHT. |

MIQUELON CROSS BY MR. DOWNEY                                    3478

02:17PM   1    TAKE A LOOK AND LET ME KNOW YOUR IDEAS OF HOW YOU MIGHT MODIFY,

02:17PM   2    ET CETERA."

02:17PM   3         AND THIS APPARENTLY FOLLOWED A CONVERSATION THAT YOU HAD

02:17PM   4    WITH MS. HOLMES?

02:17PM   5    A.   CORRECT.

02:17PM   6    Q.   AND AMONG THE ISSUES THAT YOU WERE DISCUSSING WAS THE

02:17PM   7    TIMELINE FOR ROLLING OUT THERANOS IN WALGREENS STORES; CORRECT?

02:17PM   8    A.   RIGHT.  THE CRUX OF THIS DISCUSSION WAS ACTUALLY THERANOS

02:17PM   9    WAS WANTING US TO CREATE A VERY HIGH-LEVEL PATIENT EXPERIENCE

02:18PM  10    IN ALL OF OUR PHARMACIES AKIN TO WHAT EVERY SAFEWAY HAD DONE,

02:18PM  11    AND WE HAD DONE SOME THINKING AND SOME WORK TO SAY, YOU KNOW,

02:18PM  12    IT'S NOT REALLY PRACTICAL, IT WOULD BE VERY EXPENSIVE, BUT

02:18PM  13    PERHAPS A TIERING SYSTEM OF WHAT WE THINK WOULD BE THE MOST,

02:18PM  14    THE HEAVIEST USE STORES VERSUS THE LIGHTEST AND MAYBE WE COULD

02:18PM  15    ALIGN IN TERMS OF REALLY BUILDING THE EXPERIENCE TO SUIT THE

02:18PM  16    SPECIFIC STORE ENVIRONMENT.

02:18PM  17    Q.   OKAY.  SO YOU -- THERANOS THOUGHT SOME STORES WERE MORE

02:18PM  18    DESIRABLE TO BE LOCATED IN THAN OTHERS?

02:18PM  19    A.   WELL, I THINK THAT WAS AT LEAST OUR PROPOSAL IS THAT WE

02:18PM  20    REALLY SHOULDN'T DO A ONE-SIZE-FITS-ALL.  SOME STORES WE COULD

02:18PM  21    USE THE CLINIC AND SOME WE MIGHT BUILD OUT A SPACE, BUT OTHERS

02:18PM  22    PERHAPS JUST A SCREEN WOULD BE GOOD ENOUGH.

02:18PM  23    Q.   OKAY.  AND SO YOU, YOU RANKED CERTAIN STORES AND INDICATED

02:19PM  24    THAT BY COLOR; CORRECT?

02:19PM  25    A.   I BELIEVE IT WAS -- I DON'T KNOW IF IT WAS A GOLD, SILVER,

MIQUELON CROSS BY MR. DOWNEY                                    3479

02:19PM   1      BRONZE SYSTEM OR SOME KIND OF A THREE-TIER SYSTEM I RECALL.

02:19PM   2      Q.   OKAY.  IN GOLD STORES YOU MIGHT HAVE A FULLER FACILITY?

02:19PM   3      A.   THE BEST OF THE BEST EXPERIENCE THAT WE COULD PROVIDE.

02:19PM   4      Q.   AND IN THE SILVER YOU MIGHT HAVE A PRIVATE BATHROOM, BUT

02:19PM   5      IT WOULD NOT BE AS NICE AS THE GOLD; CORRECT?

02:19PM   6      A.   CORRECT.

02:19PM   7      Q.   AND THEN THE BRONZE WOULD BE THE STORES WITH JUST THE

02:19PM   8      SCREENS?

02:19PM   9      A.   THAT'S MY RECOLLECTION.

02:19PM   10     Q.   AND YOU WERE MAKING A PROPOSAL HERE AS TO HOW MANY STORES

02:19PM   11     WOULD BE WITHIN EACH TIER; CORRECT?

02:19PM   12     A.   YES.

02:19PM   13     Q.   AND YOU WERE PROPOSING HOW THOSE LOCATIONS MIGHT BE ROLLED

02:19PM   14     OUT; CORRECT?

02:19PM   15     A.   CORRECT.

02:19PM   16     Q.   AND IN THE PARAGRAPH LABELED 1, YOU SET FORTH THE SCALE

02:19PM   17     TIMELINE AND VOLUME AND SPACE COMMITMENTS THAT YOU WERE

02:20PM   18     PROPOSING; CORRECT?

02:20PM   19     A.   CORRECT.  EVERYTHING PREDICATED ON THE TECHNOLOGY WORKING

02:20PM   20     AND THE PILOTS BEING SUCCESSFUL.

02:20PM   21     Q.   OKAY.  AND SO YOU PROPOSED THAT AFTER COMPLETION OF THE

02:20PM   22     PILOT, WALGREENS WAS WILLING TO COMMIT TO DEVELOPING SERVICES,

02:20PM   23     LAB SERVICES AT 1500 LOCATIONS WITHIN THE FIRST YEAR; CORRECT?

02:20PM   24     A.   ASSUMING IT WAS SUCCESSFUL, YES.

02:20PM   25     Q.   AND THAT WAS MORE THAN SHE HAD PROPOSED; CORRECT?

MIQUELON CROSS BY MR. DOWNEY                    3480

02:20PM  1    A.   I'D HAVE TO GO BACK AND CHECK HER NOTES.

02:20PM  2    Q.   OKAY.  BUT IN THE SECOND YEAR, YOU WOULD ROLL OUT AN

02:20PM  3    ADDITIONAL 1500 LOCATIONS; CORRECT?

02:20PM  4    A.   THAT'S WHAT IT SAYS HERE.

02:20PM  5    Q.   OKAY.  AND YOU JUST SET FORTH BELOW THE ALLOCATION OF

02:20PM  6    THOSE AMONGST THE GOLD, SILVER, AND BRONZE RANKING; CORRECT?

02:21PM  7    A.   CORRECT.

02:21PM  8    Q.   AND IF YOU GO TO THE NEXT PAGE OF THE EXHIBIT, YOU SET

02:21PM  9    FORTH AN INNOVATION FEE PAYMENT SCHEDULE.

02:21PM  10        WHAT WAS THE INNOVATION FEE A REFERENCE TO?

02:21PM  11   A.   AGAIN, THIS WAS THIS HUNDRED MILLION DOLLARS WHICH WE

02:21PM  12   TALKED ABOUT EARLIER WHICH WERE PAYMENTS TO BE STAGED THAT

02:21PM  13   EFFECTIVELY THERANOS WOULD BE ABLE TO USE MORE OR LESS AS

02:21PM  14   WORKING CAPITAL TO INVEST IN THE SCALEUP, AND THEN I BELIEVE

02:21PM  15   BASED UPON WHAT DEGREE OF VOLUME OVER TIME THOSE FEES TO SOME

02:21PM  16   DEGREE WOULD BE PAID BACK OR NOT.

02:21PM  17   Q.   OKAY.  AND THIS SETS FORTH A PROPOSAL AS TO THOSE PAYMENTS

02:21PM  18   OCCURRING OVER THE REST OF THE CALENDAR YEAR 2013; CORRECT?

02:21PM  19   A.   CORRECT.  AND AGAIN, AS I RECALL, ELIZABETH WAS ASKING IF

02:21PM  20   WE COULD AGAIN EXPEDITE THESE PAYMENTS IN ORDER TO HELP THEIR

02:21PM  21   ABILITY TO SCALE THE CARTRIDGES AND THE INFRASTRUCTURE.

02:22PM  22   Q.   AND WAS IT ALSO AN ELEMENT OF THIS AGREEMENT THAT YOU WERE

02:22PM  23   PROPOSING THAT YOU WOULD ASSIST THERANOS WITH LAUNCHING

02:22PM  24   INTERNATIONALLY AND OPENING STORES ABROAD?

02:22PM  25   A.   I BELIEVE THERE WAS A LOOSE AGREEMENT TO MAYBE DO

MIQUELON CROSS BY MR. DOWNEY                                    3481

02:22PM   1    SOMETHING WITH ALLIANCE BOOTS, BUT IT WAS, I BELIEVE IT WAS --

02:22PM   2    WELL, HERE'S THE COMMENT TO ASSIST THEM, BUT IT WASN'T

02:22PM   3    DEFINITIVE.

02:22PM   4        ALLIANCE BOOTS WAS INDEPENDENT AT THE TIME, SO THERE WAS

02:22PM   5    NO WAY THAT WE COULD, YOU KNOW, GUARANTEE OR MANDATE, BUT WE

02:22PM   6    COULD MAKE INTRODUCTIONS.

02:22PM   7    Q.   AND ALL OF THESE -- SO, IN OTHER WORDS, WALGREENS HAD AN

02:22PM   8    AFFILIATION WITH ALLIANCE BOOTS AND YOU WERE GOING TO USE THAT

02:22PM   9    RELATIONSHIP TO ENCOURAGE THE OPENING OF STORES OVERSEAS; IS

02:22PM   10   THAT RIGHT?

02:22PM   11   A.   RIGHT.  WE HAD A MINORITY INVESTMENT STAKE.

02:22PM   12   Q.   OKAY.  AND THE DOCUMENTS THAT WE JUST LOOKED AT, THEY'RE

02:23PM   13   BASICALLY PART OF THE NEGOTIATION BETWEEN THERANOS AND

02:23PM   14   WALGREENS AS TO HOW A ROLLOUT WOULD WORK; CORRECT?

02:23PM   15   A.   CORRECT.

02:23PM   16        I THINK IT'S SAFE TO SAY WHEN YOU'RE DOING SOMETHING NEW

02:23PM   17   TO THE WORLD, THINGS CHANGE, AND IT NEEDS TO KEEP BEING

02:23PM   18   REFLECTED THAT IT'S THE BEST AGREEMENT FOR BOTH PARTIES.

02:23PM   19   Q.   AND YOU CONTINUED TO NEGOTIATE THAT AGREEMENT THROUGHOUT

02:23PM   20   THE REMAINDER OF 2013; CORRECT?

02:23PM   21   A.   I DON'T RECALL.  I BELIEVE THERE WAS AN ADDENDUM THAT

02:23PM   22   REFLECTED WHAT YOU'VE SHOWN ME, BUT I DON'T RECALL IF THERE WAS

02:23PM   23   ANOTHER AGREEMENT OR NOT.

02:23PM   24   Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 1387, WHICH WOULD

02:23PM   25   BE IN NUMBER 2, THE DEFENSE BINDER.

MIQUELON CROSS BY MR. DOWNEY                                          3482

```
02:24PM    1          I BEG YOUR PARDON.  IT'S ACTUALLY IN YOUR WHITE BINDER.

02:24PM    2              THE COURT:  1387?

02:24PM    3              MR. DOWNEY:  1387.

02:24PM    4              THE COURT:  THERE IS SUCH A DOCUMENT IN THE BLACK

02:24PM    5     BINDER.

02:24PM    6              MR. DOWNEY:  YOU HAVE A BETTER BLACK BINDER THAN I

02:24PM    7     DO.

02:24PM    8     Q.   MY QUESTION TO YOU SIMPLY, MR. MIQUELON, IS, IS THIS THE

02:24PM    9     AGREEMENT THAT WAS ENTERED INTO BETWEEN THERANOS AND WALGREENS

02:24PM   10     THAT WAS DESIGNED TO ADDRESS THERANOS'S ROLLOUT IN WALGREENS

02:25PM   11     STORES?

02:25PM   12     A.   I BELIEVE SO.

02:25PM   13     Q.   AND IF YOU LOOK AT PAGE 2 OF THAT EXHIBIT, THE FIRST

02:25PM   14     PARAGRAPH IS NATIONAL, NUMBER 1 SAID NATIONAL ROLLOUT, NEW

02:25PM   15     MARKET ENTRY, AND IT INDICATES THE PARTIES SHALL WORK TOGETHER

02:25PM   16     TO DEVELOP A FORECAST --

02:25PM   17              MR. SCHENK:  YOUR HONOR, BEFORE WE READ THE

02:25PM   18     DOCUMENT, LET'S MOVE IT INTO EVIDENCE.  NO OBJECTION.

02:25PM   19              MR. DOWNEY:  I BEG YOUR PARDON.

02:25PM   20          YES, I DO MOVE IT INTO EVIDENCE.

02:25PM   21              THE COURT:  IT'S IN EVIDENCE AND IT MAY BE

02:25PM   22     PUBLISHED.

02:25PM   23              MR. DOWNEY:  I MISTAKENLY THOUGHT HE HAD SHOWN THE

02:25PM   24     WITNESS THE DOCUMENT.

02:25PM   25          (GOVERNMENT'S EXHIBIT 1387 WAS RECEIVED IN EVIDENCE.)
```

MIQUELON CROSS BY MR. DOWNEY                                    3483

02:25PM 1    BY MR. DOWNEY:

02:25PM 2    Q.   IF YOU LOOK AT THE FIRST PARAGRAPH, IT SAYS, "THE PARTIES

02:25PM 3    SHALL WORK TOGETHER TO DEVELOP A FORECAST THAT DETAILS THE

02:25PM 4    ANTICIPATED ROLLOUT DATES FOR THERANOS SERVICES IN INDIVIDUAL

02:25PM 5    U.S. STATES/TERRITORIES," ET CETERA.

02:25PM 6        AND THEN THE SECOND SENTENCE SAYS, "THE PARTIES ARE

02:25PM 7    COMMITTED TO TAKING ALL STEPS REASONABLY NECESSARY TO ENSURE A

02:26PM 8    SUCCESSFUL NATIONAL ROLLOUT OF THE THERANOS SERVICES, AND AGREE

02:26PM 9    THAT A QUALITY STORE AND PATIENT EXPERIENCE IS AN IMPORTANT

02:26PM 10   COMPONENT OF THIS SUCCESS AS PATIENT ADOPTION AND ACCEPTANCE OF

02:26PM 11   THERANOS'S LABORATORY SERVICES WILL BE HIGHLY IMPACTED BY THE

02:26PM 12   PATIENT EXPERIENCE."

02:26PM 13       SO THAT'S WHAT THIS AGREEMENT RELATED TO, AT LEAST

02:26PM 14   CREATING A PROCESS UNDER WHICH THAT ROLLOUT WOULD BE -- WOULD

02:26PM 15   TAKE PLACE?

02:26PM 16   A.   CORRECT.

02:26PM 17   Q.   AND THEN IF YOU LOOK BACK AT THE FIRST PAGE OF

02:26PM 18   EXHIBIT 1387, THE SECOND PARAGRAPH SAYS, "IT IS THE INTENTION

02:26PM 19   OF THE PARTIES TO DEVELOP A MUTUALLY BENEFICIAL STRATEGIC

02:26PM 20   RELATIONSHIP THAT FACILITATES THE SUCCESSFUL DEPLOYMENT OF

02:27PM 21   THERANOS NATIONALLY, ESTABLISHES WALGREENS AS THE NATIONAL

02:27PM 22   PARTNER FOR LABORATORY SERVICES THAT THERANOS IS ABLE TO

02:27PM 23   PROVIDE AND THERANOS AS WALGREENS NATIONAL PARTNER FOR SUCH

02:27PM 24   THERANOS SERVICES AND PROTECTS THE LONG-TERM STRATEGIC AND

02:27PM 25   COMPETITIVE POSITIONING OF THERANOS AND WALGREENS WITH RESPECT

MIQUELON CROSS BY MR. DOWNEY                                      3484

02:27PM   1    TO COMPETITIVE TECHNOLOGIES AND SERVICES."

02:27PM   2         DO YOU SEE THAT?

02:27PM   3    A.   YES.

02:27PM   4    Q.   SO THAT IS THE INTENT WITH WHICH THE PARTIES WERE ENTERING

02:27PM   5    INTO THIS AGREEMENT; CORRECT?

02:27PM   6         BUT THERANOS WOULD HAVE TO BE ABLE TO SCALE ITS SERVICES;

02:27PM   7    CORRECT?

02:27PM   8    A.   YES.

02:27PM   9    Q.   AND IT HAD NOT YET DONE THAT; CORRECT?

02:27PM  10    A.   AT THAT POINT IN TIME?

02:27PM  11    Q.   YES.

02:27PM  12    A.   I MEAN, IT HAD SCALED TO WHAT WAS BEING PILOTED.

02:27PM  13    Q.   IT HAD SCALED TO THE PILOT PROJECT?

02:27PM  14    A.   RIGHT.

02:27PM  15    Q.   BUT IT HAD NOT YET SCALED TO BEYOND THAT; CORRECT?

02:27PM  16    A.   NO.  BUT THAT'S PART OF WHAT THIS ACCELERATED FUNDING WAS

02:28PM  17    FOR WAS TO HELP WITH THAT.

02:28PM  18    Q.   THAT'S RIGHT.  SO PART OF THE MONEY -- PART OF THE

02:28PM  19    AGREEMENT WAS THE EXCHANGE OF MONEY THAT YOU DESCRIBED;

02:28PM  20    CORRECT?

02:28PM  21    A.   CORRECT.

02:28PM  22    Q.   AND THAT WAS FOR PURPOSES OF ALLOWING THERANOS TO BUILD UP

02:28PM  23    TOWARDS THIS NATIONAL ROLLOUT; CORRECT?

02:28PM  24    A.   CORRECT.

02:28PM  25    Q.   I'D LIKE TO ASK YOU TO LOOK AT, IN THE DEFENSE BINDER,

MIQUELON CROSS BY MR. DOWNEY                                    3485

02:28PM    1     EXHIBIT 7383.

02:28PM    2          THIS IS A -- IS THIS AN EMAIL FROM AMONGST EXECUTIVES AND

02:28PM    3     EMPLOYEES AT WALGREENS?

02:28PM    4     A.   IT'S AN EMAIL FROM MARK VAINISI.

02:29PM    5     Q.   AND YOU SEE THAT THE RECIPIENTS APPEAR TO ALL BE WALGREENS

02:29PM    6     PERSONNEL?

02:29PM    7     A.   YES.

02:29PM    8     Q.   AND THAT YOU WERE COPIED ON THIS EMAIL?

02:29PM    9     A.   YES.

02:29PM   10          MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

02:29PM   11     EXHIBIT 7383.

02:29PM   12          MR. SCHENK:  NO OBJECTION.

02:29PM   13          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:29PM   14     (DEFENDANT'S EXHIBIT 7383 WAS RECEIVED IN EVIDENCE.)

02:29PM   15     BY MR. DOWNEY:

02:29PM   16     Q.   WHO IS MARK VAINISI, THE SENDER OF THIS EMAIL?

02:29PM   17     A.   MARK WAS THE HEAD OF MERGERS AND ACQUISITIONS AND HE WAS,

02:29PM   18     I WOULD SAY, THE QUARTERBACK OF MOST OF THE AGREEMENTS BETWEEN

02:29PM   19     THERANOS AND WALGREENS.

02:29PM   20     Q.   AND IN THIS EMAIL, IS HE SUMMARIZING THE TERMS OF THE

02:29PM   21     AGREEMENT THAT HAD JUST BEEN REACHED BETWEEN THERANOS AND

02:29PM   22     WALGREENS?

02:29PM   23     A.   YES.

02:29PM   24     Q.   AND IF YOU LOOK UNDER HIS DESCRIPTION OF KEY TERMS, HE

02:30PM   25     DESCRIBES THE RESTATEMENT OF INTENT; CORRECT?

MIQUELON CROSS BY MR. DOWNEY                                        3486

02:30PM  1    A.   CORRECT.

02:30PM  2    Q.   AND THAT'S CONSISTENT WITH WHAT WE JUST READ IN THE

02:30PM  3    AGREEMENT; CORRECT?

02:30PM  4    A.   CORRECT.

02:30PM  5    Q.   AND HE SETS FORTH THE TERMS UNDER WHICH THERE WILL BE AN

02:30PM  6    ACCELERATED PAYMENT; CORRECT?

02:30PM  7    A.   CORRECT.

02:30PM  8    Q.   AND HE ALSO REFERENCES ENHANCED EXCLUSIVITY.

02:30PM  9         WHAT IS THAT A REFERENCE TO?

02:30PM 10    A.   WELL, AS I READ THE NOTES, HE'S JUST TALKING ABOUT MAKING

02:30PM 11    SURE THAT CERTAIN COMPETITORS ARE NOT GOING TO BE ABLE TO HAVE

02:30PM 12    THE SAME RIGHTS THAT WALGREENS WOULD HAVE.

02:30PM 13    Q.   IN EXCHANGE FOR ENTERING THE AGREEMENT, WALGREENS WOULD

02:30PM 14    OBTAIN A CERTAIN PERIOD UNDER WHICH COMPETITORS COULD NOT USE

02:30PM 15    THERANOS'S TECHNOLOGY OR SERVICES; CORRECT?

02:30PM 16    A.   I BELIEVE THAT'S PROBABLY PART OF THE TRADEOFF FROM

02:30PM 17    ACCELERATING PAYMENTS IS MAKING SURE THAT WE GET BETTER

02:30PM 18    DEFINITION OF EXCLUSIVITY.

02:30PM 19    Q.   OKAY.  AND THEN IF YOU SEE AT THE BOTTOM OF THE FIRST PAGE

02:31PM 20    OF HIS EMAIL, HE REFERENCES ROLLOUT PLANS AND HE SAYS, "BOTH

02:31PM 21    SIDES AGREED TO WORK IN GOOD FAITH TO DEVELOP A NEW MARKET

02:31PM 22    ENTRY PLAN."

02:31PM 23         DO YOU SEE THAT?

02:31PM 24    A.   YES.

02:31PM 25    Q.   AND DID BOTH PARTIES THEN BEGIN TO WORK ON THAT IN EARLY

MIQUELON CROSS BY MR. DOWNEY                                          3487

02:31PM  1    2014 IF YOU KNOW?

02:31PM  2    A.   WORK ON IT OR WORK IN GOOD FAITH?   IT'S SOME --

02:31PM  3    Q.   WELL, WERE THERE EXCHANGES BETWEEN THE PARTIES AS TO HOW A

02:31PM  4    ROLLOUT PLAN MIGHT WORK?

02:31PM  5    A.   I CAN'T SAY DEFINITIVELY SO.   I DON'T RECALL.

02:31PM  6    Q.   OKAY.   IT WAS NOT SOMETHING THAT YOU PERSONALLY WERE

02:31PM  7    INVOLVED IN?

02:31PM  8    A.   NOT IN THAT GRANULARITY AT THAT TIME, NO.

02:31PM  9    Q.   OKAY.   BUT LET ME ASK YOU TO REORIENT US FOR TIME

02:31PM 10    PURPOSES.   THIS AGREEMENT IS SIGNED AND THERANOS IS ALREADY IN

02:31PM 11    CERTAIN WALGREENS STORES; CORRECT?

02:31PM 12    A.   PRIMARILY THE PHOENIX MARKET.

02:31PM 13    Q.   OKAY.   AND THAT, THAT PARTNERSHIP HAS BEEN ANNOUNCED

02:31PM 14    PUBLICLY; CORRECT?

02:31PM 15    A.   CORRECT.

02:32PM 16    Q.   AND THE PARTIES EACH HAD MADE PUBLIC STATEMENTS ABOUT THE

02:32PM 17    PARTNERSHIP CHARACTERIZING IT; CORRECT?

02:32PM 18    A.   CORRECT.

02:32PM 19    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 1113.

02:32PM 20         DO YOU SEE THIS DOCUMENT AND DO YOU RECOGNIZE IT AS A

02:32PM 21    JOINT ANNOUNCEMENT BY THERANOS AND WALGREENS IN SEPTEMBER OF

02:32PM 22    2013?

02:32PM 23    A.   YES.

02:32PM 24    Q.   AND IF YOU LOOK AT THE SECOND PAGE OF THIS EXHIBIT, PAGE 2

02:32PM 25    IN THE LAST PARAGRAPH WHERE -- ABOVE WHERE IT SAYS ABOUT

MIQUELON CROSS BY MR. DOWNEY                                      3488

02:33PM  1    THERANOS, THIS JOINT ANNOUNCEMENT SAID, "AS THE NATION'S

02:33PM  2    LARGEST RETAIL PHARMACY CHAIN WITH MORE THAN 8100 NEIGHBORHOOD

02:33PM  3    PHARMACIES, WALGREENS HAS THE INFRASTRUCTURE TO HELP BRING

02:33PM  4    THERANOS TO CONSUMERS NATIONWIDE."

02:33PM  5         AND THAT'S A STATEMENT THAT WALGREENS SIGNED OFF ON

02:33PM  6    JOINTLY MAKING?

02:33PM  7    A.   SURE.

02:33PM  8    Q.   OKAY.  AND THEN THERE WAS ANOTHER JOINT ANNOUNCEMENT A

02:33PM  9    COUPLE MONTHS LATER IN 2013.

02:33PM  10        LET ME ASK YOU TO LOOK AT EXHIBIT 4036.  I'LL ASK YOU IF

02:33PM  11   THAT IS ANOTHER JOINT ANNOUNCEMENT WHEN YOU HAVE A CHANCE TO

02:33PM  12   TAKE A LOOK AT IT.

02:33PM  13   A.   YES.

02:33PM  14   Q.   AND IF YOU LOOK AT THE FIRST PARAGRAPH.

02:34PM  15        YOUR HONOR, I MOVE THE ADMISSION OF 4036.

02:34PM  16            MR. SCHENK:  YOUR HONOR, FOUNDATION.

02:34PM  17   BY MR. DOWNEY:

02:34PM  18   Q.   WELL, DO YOU RECOGNIZE THIS AS A JOINT ANNOUNCEMENT

02:34PM  19   BETWEEN THERANOS AND WALGREENS ISSUED WHEN YOU WERE THE CFO OF

02:34PM  20   WALGREENS?

02:34PM  21   A.   YES.

02:34PM  22            MR. DOWNEY:  I MOVE THE ADMISSION OF 4036.

02:34PM  23            MR. SCHENK:  YOUR HONOR, IT LOOKS LIKE A DRAFT TO

02:34PM  24   ME.

02:34PM  25            THE WITNESS:  IT'S MISSING A QUOTE I CAN SEE, SO IT

MIQUELON CROSS BY MR. DOWNEY                                    3489

02:34PM   1    MIGHT BE A DRAFT.

02:34PM   2            MR. DOWNEY:  OH, YOU'RE RIGHT.  LET ME SEE IF I CAN,

02:34PM   3    IF I CAN CORRECT THAT.  I DON'T KNOW -- LET ME SEE IF I CAN GET

02:34PM   4    YOU THAT EXHIBIT.  BUT LET'S MOVE FORWARD FROM HERE.

02:34PM   5    Q.   NOW, THE THERANOS -- AFTER THE THERANOS PARTNERSHIP WAS

02:34PM   6    ANNOUNCED --

02:34PM   7            THE COURT:  YOU'RE GOING TO PASS THIS?

02:34PM   8            MR. DOWNEY:  I'LL PASS THIS EXHIBIT AND COME BACK.

02:34PM   9            THE COURT:  ALL RIGHT.

02:34PM  10    BY MR. DOWNEY:

02:34PM  11    Q.   AFTER THE PUBLIC ANNOUNCEMENT OF THE PARTNERSHIP, DID YOU,

02:35PM  12    DID YOU HAVE DISCUSSIONS -- WELL, STRIKE THAT.

02:35PM  13            CAN YOU EXPLAIN TO US WHAT AN EARNINGS CALL IS?

02:35PM  14    A.   AN EARNINGS CALL IS A QUARTERLY CALL FOR PUBLIC COMPANIES

02:35PM  15    WHICH BASICALLY DISCUSSES THE PUBLISHED FINANCIAL RESULTS FOR

02:35PM  16    THE QUARTER.

02:35PM  17    Q.   AND IS THAT A CALL DURING -- IN WHICH YOU PERSONALLY

02:35PM  18    PARTICIPATED?

02:35PM  19    A.   ALL CFO'S AND CEO'S PARTICIPATE.

02:35PM  20    Q.   AND DURING THOSE CALLS, DO ANALYSTS WHO FOLLOW THE COMPANY

02:35PM  21    FOR PURPOSES OF PREPARING ADVICE AND SO FORTH, DO THEY

02:35PM  22    PARTICIPATE IN THOSE CALLS?

02:35PM  23    A.   THEY PARTICIPATE, THEY LISTEN, AND THEN THEY'RE ALLOWED TO

02:35PM  24    ASK QUESTIONS AS WELL.

02:35PM  25    Q.   OKAY.  DO YOU REMEMBER PARTICIPATING IN A DECEMBER 2013

MIQUELON CROSS BY MR. DOWNEY                                      3490

02:36PM   1    EARNINGS CALL WHERE THE SUBJECT OF THERANOS CAME UP?

02:36PM   2    A.   NOT SPECIFICALLY.

02:36PM   3    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 12510.  AND I'M

02:36PM   4    NOT REALLY INTERESTED IN THE BREAKDOWN OF THE CALL THAT IS

02:36PM   5    CONTAINED IN THE EMAIL.  I'M REALLY JUST INTERESTED IN THE

02:36PM   6    ATTACHMENT TO THE EMAIL, AND I WOULD JUST ASK IF YOU RECOGNIZE

02:36PM   7    THIS AS A TRANSCRIPT OF AN EARNINGS CALL WITH WALGREENS SENIOR

02:36PM   8    MANAGEMENT IN DECEMBER OF 2013?

02:36PM   9    A.   IT'S WHAT A TRANSCRIPT LOOKS LIKE, SO --

02:37PM  10    Q.   OKAY.

02:37PM  11         YOUR HONOR, I MOVE THE ADMISSION OF 12510, ALTHOUGH I

02:37PM  12    REALLY ONLY NEED THE ATTACHMENT.  I DON'T NEED THE EMAIL

02:37PM  13    DISCUSSION.

02:37PM  14              THE COURT:  WHAT PAGES THEN WOULD YOU SEEK TO

02:37PM  15    INTRODUCE?

02:37PM  16              MR. DOWNEY:  I THINK THE PAGES WHERE THE BATES LABEL

02:37PM  17    IN THE BOTTOM RIGHT-HAND CORNER IS 6786 THROUGH 6804.

02:37PM  18              THE COURT:  MR. SCHENK?

02:37PM  19              MR. SCHENK:  NO OBJECTION.

02:37PM  20              THE COURT:  THOSE PAGES ARE ADMITTED AS THIS EXHIBIT

02:37PM  21    NUMBER AND THEY MAY BE PUBLISHED.

02:37PM  22         (DEFENDANT'S EXHIBIT 12510, BATES PAGES 6786 THROUGH 6804,

02:37PM  23    WAS RECEIVED IN EVIDENCE.)

02:37PM  24    BY MR. DOWNEY:

02:37PM  25    Q.   AND THESE CALLS ARE AN OPPORTUNITY FOR ANALYSTS TO ASK

MIQUELON CROSS BY MR. DOWNEY                                    3491

02:37PM  1    QUESTIONS ABOUT THE PERFORMANCE OF THE COMPANY; CORRECT?

02:37PM  2    A.   CORRECT.

02:37PM  3    Q.   AND EXPECTATIONS THAT THE COMPANY HAS AS TO WHAT ITS

02:38PM  4    PERFORMANCE IN THE FUTURE MIGHT BE?

02:38PM  5    A.   TO THE EXTENT THAT THE COMPANY PROVIDES THAT GUIDANCE,

02:38PM  6    CORRECT.

02:38PM  7    Q.   IN SOME INSTANCES THE COMPANIES DECLINE TO PROVIDE

02:38PM  8    GUIDANCE; CORRECT?

02:38PM  9    A.   CORRECT.

02:38PM  10   Q.   AND THESE ARE CALLS FOR WHICH YOU PREPARE?

02:38PM  11   A.   YES, DOZENS OF PEOPLE PREPARE.

02:38PM  12   Q.   AND THEY'RE IMPORTANT CALLS BECAUSE THEY CAN INFLUENCE THE

02:38PM  13   VALUE OF WALGREENS STOCK; CORRECT?

02:38PM  14   A.   THEY'RE IMPORTANT FOR LOTS OF REASONS.

02:38PM  15   Q.   OKAY.  NOT JUST THE REASON THAT I NOTED, BUT THEY'RE

02:38PM  16   IMPORTANT CALLS?

02:38PM  17   A.   IMPORTANT CALLS.

02:38PM  18   Q.   OKAY.  LET ME ASK YOU TO LOOK IN THE EXHIBIT THAT I'M

02:38PM  19   SHOWING YOU, 12510, AT THE PAGE THAT -- WHERE THE BATES

02:38PM  20   LABELLED NUMBER IS 6778.  I'LL PUT THAT UP ON YOUR SCREEN IF

02:38PM  21   THAT MAKES IT EASIER FOR YOU.

02:39PM  22       I THINK WE HAVE IT UP ON THE FIRST PAGE JUST TO

02:39PM  23   FAMILIARIZE YOU WITH THE PARTICIPANTS IN THE CALL.  AND DO YOU

02:39PM  24   SEE THAT THERE ARE SEVERAL --

02:39PM  25       WOULD YOU JUST GO BACK TO THAT?

MIQUELON CROSS BY MR. DOWNEY                                    3492

02:39PM   1          DO YOU SEE AT THE TOP THIS LIST OF PARTICIPANTS IN THE

02:39PM   2   EARNINGS CALL AND DO YOU SEE THAT -- WELL, DO YOU SEE THAT, THE

02:39PM   3   PARTICIPANTS ON TOP OF THE EARNINGS CALL TRANSCRIPT?

02:39PM   4   A.   YES.

02:39PM   5   Q.   AND DO YOU SEE AT THE TOP THERE'S A GROUP OF CORPORATE

02:39PM   6   PARTICIPANTS FROM WALGREENS?

02:39PM   7   A.   YES.

02:39PM   8   Q.   AND THAT INCLUDES YOURSELF; CORRECT?

02:39PM   9   A.   YES.

02:39PM   10  Q.   AND THEN UNDER THAT THERE'S A LIST OF OTHER PARTICIPANTS;

02:39PM   11  CORRECT?

02:39PM   12  A.   YES.

02:39PM   13  Q.   AND THOSE ARE ANALYSTS WHO FOLLOW WALGREENS'S PERFORMANCE;

02:39PM   14  CORRECT?

02:39PM   15  A.   YES.

02:39PM   16  Q.   AND LET ME ASK YOU TO LOOK NOW AT THE NEXT PAGE.

02:40PM   17          AT THE BEGINNING OF THE CALL THERE IS A DISCUSSION BY

02:40PM   18  MR. WASSON, WHO WAS THE CHIEF EXECUTIVE OFFICER.

02:40PM   19          DO YOU SEE THAT?

02:40PM   20  A.   YES.

02:40PM   21  Q.   AND IF YOU GO DOWN TO THE SECOND PARAGRAPH, HE NOTES THAT

02:40PM   22  HE'S GOING TO GET INTO SOME HIGHLIGHTS OF THE COMPANY.

02:40PM   23          DO YOU SEE THAT?

02:40PM   24  A.   YES.

02:40PM   25  Q.   AND IF YOU GO FURTHER DOWN ON THAT PAGE, IF YOU BRING UP

MIQUELON CROSS BY MR. DOWNEY                                          3493

02:40PM   1    THE SECOND HALF, DO YOU SEE THE DISCUSSION OF WALGREENS AND

02:40PM   2    THERANOS THERE?

02:40PM   3    A.   YES.

02:40PM   4    Q.   AND YOU SEE THAT HE REFERENCED THAT -- IT SAYS THAT

02:40PM   5    "WALGREENS AND THERANOS ALSO TOOK THE NEXT STEP IN OUR PLANNED

02:40PM   6    NATIONAL ROLLOUT OF GROUND BREAKING NEW LAB SERVICES WITH THE

02:40PM   7    OPENING OF THERANOS WELLNESS CENTERS IN TWO STORES IN PHOENIX."

02:41PM   8        DO YOU SEE THAT?

02:41PM   9    A.   YES.

02:41PM   10   Q.   AND AS OF THIS DATE, DECEMBER 20TH OF 2013, THERE WAS

02:41PM   11   STILL A PROJECTION THAT THERE WOULD BE A NATIONAL ROLLOUT;

02:41PM   12   CORRECT?

02:41PM   13   A.   I THINK THERE'S A PROJECTION -- EVERYTHING IS PREDICATED

02:41PM   14   ON EACH STEP BEING SUCCESSFUL, SO ASSUMING THE PILOT IS

02:41PM   15   SUCCESSFUL, YOU'LL MOVE TO THE NEXT STEP.

02:41PM   16   Q.   AND THAT'S BEEN TRUE SINCE THE BEGINNING OF THE AGREEMENT;

02:41PM   17   RIGHT?

02:41PM   18   A.   THAT'S ALWAYS IMPLICIT.

02:41PM   19   Q.   RIGHT.   IF YOU GO TO PAGE 9 OF THE TRANSCRIPT, BOTTOM

02:41PM   20   RIGHT-HAND CORNER, I WANT TO FOCUS ON AN EXCHANGE BETWEEN YOU

02:41PM   21   AND AN ANALYST, MARK MILLER.

02:41PM   22       IT'S AT THE BOTTOM OF THAT PAGE IF YOU HAVE IT.

02:42PM   23       DO YOU SEE THE DISCUSSION OF THERANOS IN THE LAST FEW

02:42PM   24   SENTENCES THERE?

02:42PM   25   A.   YES.

MIQUELON CROSS BY MR. DOWNEY                                    3494

02:42PM  1    Q.   AND THIS IS AN EXCHANGE BETWEEN YOU AND AN ANALYST FROM

02:42PM  2    WILLIAM BLAIR & COMPANY; CORRECT?

02:42PM  3    A.   YES.

02:42PM  4    Q.   AND HE WAS ASKING A QUESTION ABOUT WHAT THE BUSINESS

02:42PM  5    EXPANSION PLANS AND NEW INITIATIVES OF THE COMPANY WERE;

02:42PM  6    CORRECT?

02:42PM  7    A.   YES.

02:42PM  8    Q.   AND YOU REPLIED IN PART SAYING, "ALSO, THINGS LIKE

02:43PM  9    THERANOS, WHICH WE BELIEVE HAS VERY MEANINGFUL POTENTIAL.

02:43PM  10   WE'RE VERY EXCITED ABOUT.  IN VARIOUS GEOGRAPHIES, WE'VE GOT A

02:43PM  11   STRONG FOOTPRINT, BUT WE'VE GOT OPPORTUNITIES TO DO EVEN MORE

02:43PM  12   BREADTH OF SERVICES IN THOSE MARKETS AND GET DEEPER AND BROADER

02:43PM  13   AND WORKING WITH OUR PARTNERS, ALLIANCE BOOTS, WE'RE DOING

02:43PM  14   EXACTLY THAT."

02:43PM  15        SO THAT WAS A DESCRIPTION OF YOUR THINKING ABOUT THERANOS

02:43PM  16   AS OF THIS DATE; CORRECT?

02:43PM  17   A.   I'M NOT SURE I BELIEVED THAT "IN VARIOUS GEOGRAPHIES"

02:43PM  18   MIGHT BE IN REFERENCE TO ALLIANCE BOOTS.

02:43PM  19   Q.   OKAY.  THAT MIGHT BE RELATED TO INTERNATIONAL?

02:43PM  20   A.   YES.  I THINK WHAT WE WERE EXCITED ABOUT IS THE END OF MY

02:43PM  21   THOUGHTS ON THERANOS.

02:43PM  22   Q.   OKAY.  BUT, BUT YOU REFERENCED YOU THOUGHT THE COMPANY HAD

02:43PM  23   VERY MEANINGFUL POTENTIAL; CORRECT?

02:43PM  24   A.   YES.

02:43PM  25   Q.   ALL RIGHT.  LET ME ASK YOU TO LOOK NOW AT PAGE 12 OF THAT

MIQUELON CROSS BY MR. DOWNEY                                    3495

02:43PM   1    TRANSCRIPT, AND I'M LOOKING AT THE -- DO YOU SEE WHERE, ABOUT A

02:44PM   2    THIRD OF THE WAY DOWN THE PAGE, IT SAYS, "OKAY.  AND THEN,"

02:44PM   3    NEXT TO RICKY GOLDWASSER?

02:44PM   4    A.   YES.

02:44PM   5    Q.   AND MR. GOLDWASSER WAS ANOTHER ANALYST; CORRECT?

02:44PM   6    A.   I BELIEVE IT WAS A SHE.

02:44PM   7    Q.   EXCUSE ME.  MS. GOLDWASSER WAS ANOTHER ANALYST?

02:44PM   8    A.   YES.

02:44PM   9    Q.   AND SHE SAYS TO YOU, "AND THEN, I KNOW YOU'VE TALKED VERY

02:44PM   10   POSITIVELY ABOUT THERANOS.  CAN YOU SHARE WITH US KIND OF LIKE

02:44PM   11   YOUR EXPERIENCE, I THINK, THE TECHNOLOGY HAS BEEN IN YOUR

02:44PM   12   PHARMACIES FOR A COUPLE OF MONTHS NOW.  WHAT ARE YOU SEEING IN

02:44PM   13   THE MARKETPLACE?"

02:44PM   14        SHE ASKED YOU THAT QUESTION; CORRECT?

02:44PM   15   A.   CORRECT.

02:44PM   16   Q.   AND YOU RESPONDED, "YEAH, I MEAN, WE'RE VERY, VERY

02:45PM   17   POSITIVE ON THERANOS.  I MEAN, IT'S REALLY A -- ONE OF THE

02:45PM   18   DISRUPTIVE PLAYS, IT'S A BETTER PATIENT EXPERIENCE WITH A PRICK

02:45PM   19   OF BLOOD.  IT'S THE HIGHEST STANDARD OF QUALITY IN LAB WITH

02:45PM   20   COSTS, HALF OF THE COST OF MEDICARE.  AND THE PATIENT FEEDBACK

02:45PM   21   WE'RE GETTING IS VERY GOOD, BUT IT'S REALLY A BETTER, FASTER,

02:45PM   22   CHEAPER, MORE CONVENIENTLY PLAY.  AND WE'RE GOING TO -- AS WE

02:45PM   23   EXPAND HERE, WE'LL KEEP LEARNING AND PERFECTING THE PATIENT

02:45PM   24   EXPERIENCE WHICH IS REALLY THE CASE -- THE KEY THING.  BUT

02:45PM   25   WE'RE VERY, VERY POSITIVE."

MIQUELON CROSS BY MR. DOWNEY                                      3496

02:45PM   1        AND THEN YOU GO ON TO DESCRIBE THAT THIS IS ANOTHER

02:45PM   2   EXAMPLE OF HOW A COMMUNITY PHARMACY CAN PROVIDE BROADER HEALTH

02:45PM   3   CARE.

02:45PM   4        DO YOU SEE THAT?

02:45PM   5   A.   YES.

02:45PM   6   Q.   AND THAT'S WHAT YOUR THINKING WAS ABOUT THERANOS AS OF

02:45PM   7   THAT TIME; CORRECT?

02:45PM   8   A.   THAT'S HOW I FELT AS OF THE TIME, YES.

02:46PM   9   Q.   OKAY.  I WANT TO ASK YOU ABOUT YOUR INTERACTIONS WITH A

02:46PM  10   WALGREENS SHAREHOLDER RELATED TO THERANOS, AND I WANT TO PUT

02:46PM  11   YOUR MIND IN THE TIMEFRAME OF ABOUT EARLY 2014.  SO THIS WOULD

02:46PM  12   BE --

02:46PM  13        THE COURT:  MR. DOWNEY, BEFORE YOU GO THERE, LET ME

02:46PM  14   ASK YOU, WE HAD SOME CONVERSATION ABOUT TAKING A WITNESS OUT OF

02:46PM  15   ORDER.

02:46PM  16        IS THAT SOMETHING WE SHOULD CONSIDER DOING?

02:46PM  17        MR. DOWNEY:  IT'S FINE WITH ME IF -- I DON'T THINK I

02:46PM  18   HAVE JUST TEN MINUTES.  I THINK I HAVE A LITTLE MORE THAN THAT.

02:46PM  19        SO I THINK IF THE WITNESS IS HERE AND THAT'S THE

02:46PM  20   GOVERNMENT'S PREFERENCE, IT'S FINE WITH ME.

02:46PM  21        THE COURT:  LET'S, LET'S CHECK ON THAT.

02:47PM  22        LET ME TURN TO THE JURY.  MAYBE WE SHOULD TAKE A TEN

02:47PM  23   MINUTE BREAK HERE AND THEN COME BACK.

02:47PM  24        MR. SCHENK, WHAT ARE YOUR THOUGHTS ON A WITNESS OUT OF

02:47PM  25   ORDER?

MIQUELON CROSS BY MR. DOWNEY                                    3497

02:47PM   1            MR. SCHENK:  I'VE TALKED TO THE TEAM.  I DO NOT

02:47PM   2   THINK IT'S NECESSARY.  BUT THE TEN MINUTE BREAK MIGHT BE

02:47PM   3   HELPFUL FOR US TO CONFER.

02:47PM   4            THE COURT:  OKAY.  LET'S DO THAT.  LET'S TAKE

02:47PM   5   12 MINUTES.  I'LL BE GENEROUS.  LET'S TAKE 12 MINUTES.

02:47PM   6        YOU CAN STAND DOWN, SIR.  THANK YOU.

02:47PM   7        (LAUGHTER.)

02:48PM   8        (JURY OUT AT 2:48 P.M.)

02:48PM   9            THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:48PM  10        THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT AND OUR

02:48PM  11   LAST WITNESS HAS LEFT THE COURTROOM NOW.

02:48PM  12        WE'LL TAKE OUR BREAK, AND THEN DO YOU WANT TO JUST CHECK

02:48PM  13   AND SEE, MR. SCHENK, WHETHER OR NOT THAT'S SOMETHING THAT YOU

02:48PM  14   WOULD LIKE TO GO FORWARD WITH?

02:48PM  15            MR. SCHENK:  YES.  CAN I ASK IF THE COURT HAS HEARD

02:48PM  16   FEEDBACK FROM THE JURY ABOUT TOMORROW?  IT MIGHT HELP IN OUR

02:48PM  17   CONVERSATION.

02:48PM  18            THE COURT:  OH.  I MEANT TO ASK THEM THAT BEFORE THE

02:48PM  19   BREAK.  I'LL GET THAT WHEN THEY COME BACK, BUT WE'LL JUST HAVE

02:48PM  20   TO DO IT THAT WAY WHEN THEY COME BACK AND WE'LL SEE.

02:48PM  21            MR. DOWNEY:  YOUR HONOR, WE'LL KEEP MS. KRATZMANN

02:48PM  22   APPRISED.

02:48PM  23        A SLIGHT CONCERN THAT WE MIGHT BE JUST A LITTLE OVER

02:48PM  24   10 MINUTES, MAYBE MORE LIKE 15, BUT WE'LL STAY IN TOUCH WITH

02:48PM  25   MS. KRATZMANN.

MIQUELON CROSS BY MR. DOWNEY                                              3498

02:48PM   1              THE COURT:  OKAY.  ON YOUR -- AS TO THIS OTHER

02:48PM   2      WITNESS?

02:48PM   3              MR. DOWNEY:  NO, JUST A COMFORT BREAK.

02:48PM   4              THE COURT:  OH, OKAY.  WELL, LET'S GO 15.  I DON'T

02:48PM   5      THINK THAT THE JURY WILL OBJECT.

02:48PM   6           ALL RIGHT.  THANK YOU.

02:48PM   7              THE CLERK:  COURT IS IN RECESS.

02:49PM   8              THE COURT:  TAKE 20 IF WE NEED 20.

02:49PM   9           (RECESS FROM 2:49 P.M. UNTIL 3:11 P.M.)

03:11PM  10           (JURY IN AT 3:11 P.M.)

03:12PM  11              THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

03:12PM  12      SEATED.

03:12PM  13           WE'RE BACK ON THE RECORD.  OUR JURY IS PRESENT AND ALL

03:12PM  14      PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

03:12PM  15           LADIES AND GENTLEMEN, BEFORE WE START AGAIN, CAN I ASK THE

03:12PM  16      JURY, DURING THE BREAK, WERE YOU ABLE TO DISCERN WHETHER YOU

03:12PM  17      ARE ABLE TO COME TOMORROW, THURSDAY, FOR A SESSION?

03:13PM  18           LET ME ASK FOR A SHOW OF HANDS.  IS THERE ANYONE WHO

03:13PM  19      CANNOT DO THAT?

03:13PM  20           OH MY GOODNESS, WHAT A WONDERFUL JURY.

03:13PM  21           I SEE NO HANDS.

03:13PM  22           IS THERE ANY -- DO WE NEED TO MAKE AN ADJUSTMENT OF THE

03:13PM  23      SCHEDULE AT ALL?  THE PROPOSED SCHEDULE TOMORROW WOULD BE 9:00

03:13PM  24      UNTIL 3:00.  DO WE NEED TO ADJUST THE SCHEDULE FOR ANYONE OTHER

03:13PM  25      THAN THAT 9:00 TO 3:00?

MIQUELON CROSS BY MR. DOWNEY                                          3499

03:13PM   1          I SEE NO HANDS.

03:13PM   2          OKAY.  THANK YOU VERY MUCH.  THANK YOU.

03:13PM   3          LET ME ASK THE QUESTION THEN OF MR. SCHENK.  SHOULD WE

03:13PM   4     TAKE A WITNESS OUT OF ORDER?

03:13PM   5              MR. SCHENK:  NO, THAT IS NOT NECESSARY.  THANK YOU.

03:13PM   6              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

03:13PM   7          MR. DOWNEY.

03:13PM   8     BY MR. DOWNEY:

03:13PM   9     Q.   MR. MIQUELON, I WANT TO ASK YOU ABOUT AN INVESTOR IN

03:13PM   10    WALGREENS CALLED PARTNER FUND MANAGEMENT.  IS THAT AN INVESTOR

03:13PM   11    THAT YOU'RE FAMILIAR WITH?

03:13PM   12    A.   IT DOESN'T RING A BELL.

03:13PM   13    Q.   THEY SOMETIMES GO BY THE ACRONYM PFM.

03:14PM   14    A.   I'M SORRY.

03:14PM   15    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 13952.  DO YOU

03:14PM   16    RECOGNIZE THIS AS AN EMAIL EXCHANGE BETWEEN YOU AND

03:14PM   17    ASHISH KOHLI AT WALGREENS IN 2014?

03:14PM   18    A.   I DO.

03:14PM   19              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:14PM   20    13952.

03:14PM   21              MR. SCHENK:  YOUR HONOR, I BELIEVE THIS IS BEYOND

03:14PM   22    THE SCOPE.

03:14PM   23              MR. DOWNEY:  YOUR HONOR, I THINK THIS RELATES TO THE

03:14PM   24    QUESTION OF WHICH WE'VE BEEN --

03:14PM   25              THE COURT:  WHY DON'T YOU LAY A FOUNDATION FOR THIS

MIQUELON CROSS BY MR. DOWNEY                                    3500

03:15PM   1    IF YOU CAN, AND THEN WE'LL SEE.

03:15PM   2              MR. DOWNEY:  OKAY.

03:15PM   3    Q.  I'LL DIRECT YOUR ATTENTION TO THE BOTTOM.  IS THE NAME

03:15PM   4    VIVEK KHANNA KNOWN TO YOU?

03:15PM   5    A.  I DON'T REMEMBER THAT.

03:15PM   6    Q.  OKAY.  AND IS IT THE CASE THAT IF YOU WERE GOING TO CHANGE

03:15PM   7    ANY ASPECTS OF YOUR RELATIONSHIP WITH THERANOS, YOU WOULD WANT

03:15PM   8    TO ANNOUNCE IT TO ALL INVESTORS AT THE SAME TIME?

03:15PM   9    A.  THAT'S THE POLICY.  ANYTHING THAT WOULD BE MATERIAL AND OF

03:15PM   10   IMPORTANCE SHOULD BE GIVEN TO EVERYONE EQUALLY.

03:15PM   11   Q.  OKAY.  AND AS OF MARCH 2014, WERE YOU SOMETIMES ASKED FOR

03:15PM   12   COMMENT ON HOW THE THERANOS PROJECT WAS GOING?

03:15PM   13   A.  I DON'T RECALL, BUT PROBABLY --

03:15PM   14   Q.  OKAY.

03:15PM   15   A.  -- AT SOME POINT.

03:15PM   16              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:15PM   17   13952.  THIS RELATES TO THE QUESTIONING ON DIRECT ABOUT TIMING

03:15PM   18   OF THE ROLLOUT, ET CETERA, AND THIS IS COMMENTARY ON IT.

03:16PM   19              MR. SCHENK:  SAME OBJECTION.

03:16PM   20              THE COURT:  YOU KNOW, I THINK YOU CAN USE THIS TO

03:16PM   21   REFRESH HIS RECOLLECTION AS TO WHETHER OR NOT HE DID SOMETHING,

03:16PM   22   BUT THE DOCUMENT ITSELF I DON'T THINK NEEDS TO BE -- FOR THE

03:16PM   23   INFORMATION THAT YOU WANT TO GET IT IN, I THINK YOU CAN SEE IF

03:16PM   24   YOU CAN REFRESH HIS RECOLLECTION OF THAT.

03:16PM   25              MR. DOWNEY:  WELL, LET ME ASK HIM.

MIQUELON CROSS BY MR. DOWNEY                                          3501

03:16PM   1            THE COURT:  SURE.

03:16PM   2       BY MR. DOWNEY:

03:16PM   3       Q.   DO YOU RECALL THIS EMAIL EXCHANGE IN MARCH OF 2014?

03:16PM   4       A.   NO.

03:16PM   5            MR. DOWNEY:  OKAY.  YOUR HONOR, I HATE TO HAVE HIM

03:16PM   6       BACK FOR ONE QUESTION.

03:16PM   7            THE COURT:  WELL, I -- THE QUESTION I WAS

03:16PM   8       SUGGESTING -- AND AGAIN, I DON'T MEAN TO TELL YOU HOW TO ASK

03:16PM   9       QUESTIONS -- BUT IF HIS MEMORY OF THIS CAN BE REFRESHED -- HE

03:16PM  10       DOESN'T REMEMBER THIS, BUT IF THIS REFRESHES HIS RECOLLECTION

03:16PM  11       ABOUT SOMETHING THAT HE DID, THAT MIGHT SUFFICE FOR YOUR

03:16PM  12       PURPOSE I THINK.

03:16PM  13            MR. DOWNEY:  LET'S TRY IT THAT WAY.

03:16PM  14       Q.   HAVE YOU HAD THE OPPORTUNITY TO REVIEW EXHIBIT 13952?

03:17PM  15       A.   YES.

03:17PM  16       Q.   DOES THAT REFRESH YOUR RECOLLECTION THAT YOU WERE ASKED A

03:17PM  17       QUESTION BY ASHISH KOHLI IN MARCH OF 2014 ABOUT THERANOS?

03:17PM  18       A.   NO, BUT I WOULD GET HUNDREDS OF EMAILS A DAY, SO --

03:17PM  19       Q.   OKAY.

03:17PM  20            YOUR HONOR, I THINK I NEED TO MOVE ITS ADMISSION.

03:17PM  21            THE COURT:  I UNDERSTAND WHY YOU WANT TO MOVE IT IN.

03:17PM  22       THE QUESTION THAT MR. SCHENK SUGGESTS IS IT'S NOT APPROPRIATE

03:17PM  23       BECAUSE IT'S BEYOND THE SCOPE.

03:17PM  24            I'LL ALLOW IT TO COME IN, AND SO I'LL OVERRULE THE

03:17PM  25       OBJECTION.  IT'S ADMITTED, AND IT CAN BE PUBLISHED.

MIQUELON CROSS BY MR. DOWNEY                                          3502

03:17PM   1              (DEFENDANT'S EXHIBIT 13952 WAS RECEIVED IN EVIDENCE.)

03:17PM   2                   THE COURT:  IS SOMETHING WRONG WITH OUR SCREENS?

03:18PM   3                   THE CLERK:  I DID A TEST ON THE BREAK.  LET ME TRY

03:18PM   4       IT AGAIN.

03:18PM   5                   THE COURT:  JUST A MOMENT.  I'M SORRY.

03:18PM   6              (PAUSE IN PROCEEDINGS.)

03:18PM   7                   THE CLERK:  NO?

03:18PM   8                   THE COURT:  NOT MINE OR IRENE'S.

03:18PM   9                   THE CLERK:  HOW ABOUT IF WE TURN OFF THE MONITOR?

03:19PM   10                  THE COURT:  THIS BUTTON HERE (INDICATING)?

03:19PM   11      THAT WORKED FOR ME.

03:19PM   12      I AM JUST GOING TO POUR WATER.

03:19PM   13      ALL RIGHT.  I THINK WE'RE READY.

03:19PM   14                  MR. DOWNEY:  OKAY.

03:19PM   15      Q.   WHO WAS ASHISH KOHLI?

03:19PM   16      A.   HE WAS THE DIRECTOR OF INVESTOR RELATIONS, SO THE SECOND

03:19PM   17      HIGHEST PERSON IN INVESTOR RELATIONS.

03:19PM   18      Q.   OKAY.  SO HE WOULD SOMETIMES FIELD QUESTIONS FROM

03:19PM   19      INVESTORS, OR POTENTIAL INVESTORS?

03:19PM   20      A.   YES.

03:19PM   21      Q.   OKAY.  DOES THIS APPEAR TO BE AN EXCHANGE THAT YOU HAD

03:19PM   22      WITH MR. KOHLI IN MARCH OF 2014?

03:19PM   23      A.   YES.

03:19PM   24      Q.   AND DO YOU SEE AT THE BOTTOM MR. KOHLI WAS ASKED A

03:19PM   25      QUESTION, "I CANNOT HELP NOTICE NO MENTION OF THERANOS IN THE

MIQUELON CROSS BY MR. DOWNEY                                    3503

03:19PM   1     PRESS RELEASE OR IN THE PREPARED COMMENTS.  IS THERE A CHANGE

03:19PM   2     IN UPTAKE OR ROLLOUT SCHEDULE?"

03:20PM   3          DO YOU SEE THAT?

03:20PM   4     A.   YES.

03:20PM   5     Q.   AND THEN HE ASKED, "HOW WOULD YOU LIKE ME TO RESPOND?"

03:20PM   6          AND YOU RESPONDED, "PROJECT IS GOING WELL.  WHEN WE HAVE A

03:20PM   7     NEW MILESTONE TO SHARE WE WILL SHARE IT."

03:20PM   8          SIGNED WADE?

03:20PM   9     A.   YES.

03:20PM  10     Q.   OKAY.  DO YOU KNOW AN INVESTOR NAMED BRIAN GROSSMAN?

03:20PM  11     A.   I DON'T RECALL.

03:20PM  12     Q.   DO YOU RECALL HAVING ANY CONVERSATIONS WITH MR. GROSSMAN

03:20PM  13     ABOUT THERANOS?

03:20PM  14     A.   NOT SPECIFICALLY.

03:20PM  15     Q.   LET ME SHOW YOU A DOCUMENT FOR PURPOSES OF SEEING IF IT

03:20PM  16     REFRESHES YOUR RECOLLECTION.

03:20PM  17     A.   OKAY.

03:20PM  18     Q.   IT'S EXHIBIT 4170.

03:21PM  19          AND THERE'S A FAIRLY LONG DISCUSSION HERE, BUT I'M ONLY

03:21PM  20     INTERESTED AND WOULD DRAW YOUR ATTENTION TO THE SECOND TO THE

03:21PM  21     LAST PARAGRAPH DOWN THE SECOND PAGE WHICH STARTS THERANOS.

03:21PM  22     THAT PARAGRAPH AND THE FOLLOWING TWO PARAGRAPHS.

03:21PM  23     A.   YES.

03:21PM  24     Q.   DOES THAT REFRESH YOUR RECOLLECTION OF HAVING A

03:21PM  25     CONVERSATION WITH MR. GROSSMAN IN THE SUMMER OF 2014?

MIQUELON CROSS BY MR. DOWNEY                                    3504

03:21PM   1    A.   IT DOES NOT.

03:21PM   2    Q.   OKAY.  YOU LEFT FOR REASONS UNRELATED TO THERANOS IN THE

03:21PM   3    LATE SUMMER OF 2014; CORRECT?

03:21PM   4    A.   CORRECT.

03:21PM   5    Q.   AND AFTER THAT TIME DID YOU STAY IN TOUCH WITH MS. HOLMES

03:21PM   6    AND OTHERS AT THERANOS?

03:21PM   7    A.   MS. HOLMES.

03:21PM   8    Q.   OKAY.  LET ME ASK YOU TO LOOK IN YOUR NOTEBOOK AT

03:22PM   9    EXHIBIT 7168?

03:22PM   10   A.   YEP.

03:22PM   11   Q.   IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES IN

03:22PM   12   OCTOBER OF 2015?

03:22PM   13   A.   YES, IT IS.

03:22PM   14           MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 7618.

03:22PM   15           THE COURT:  7618?

03:22PM   16           MR. DOWNEY:  7618.

03:22PM   17           THE CLERK:  OR 7168?

03:22PM   18           THE COURT:  TELL US THE NUMBER AGAIN, PLEASE.

03:22PM   19           MR. DOWNEY:  7618.

03:22PM   20           MR. SCHENK:  NO OBJECTION.

03:22PM   21           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:22PM   22        (DEFENDANT'S EXHIBIT 7618 WAS RECEIVED IN EVIDENCE.)

03:22PM   23   BY MR. DOWNEY:

03:22PM   24   Q.   OKAY.  AND THIS IS AN EMAIL EXCHANGE BETWEEN YOU AND

03:23PM   25   MS. HOLMES.  AND I REALLY WANT TO JUST FOCUS ON THE BOTTOM

MIQUELON CROSS BY MR. DOWNEY                                              3505

03:23PM  1    EXCHANGE.

03:23PM  2         DO YOU RECALL AT SOME POINT DURING THE FALL OF 2015 THERE

03:23PM  3    WAS A LOT OF CRITICISM OF MS. HOLMES AND THERANOS?

03:23PM  4    A.   I DO.

03:23PM  5    Q.   AND IS THIS AN EMAIL THAT YOU SENT IN THIS TIMEFRAME TO

03:23PM  6    MS. HOLMES?

03:23PM  7    A.   YES.

03:23PM  8    Q.   LET ME ASK YOU NOW TO LOOK AT EXHIBIT 7622.

03:23PM  9    A.   YEP.

03:23PM  10   Q.   IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES IN

03:23PM  11   DECEMBER OF 2015?

03:23PM  12   A.   YEP.

03:23PM  13        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:24PM  14   7622.

03:24PM  15        MR. SCHENK:  NO OBJECTION.

03:24PM  16        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:24PM  17   (DEFENDANT'S EXHIBIT 7622 WAS RECEIVED IN EVIDENCE.)

03:24PM  18   BY MR. DOWNEY:

03:24PM  19   Q.   AND I WANT TO FOCUS YOUR ATTENTION FIRST ON THE DATE.

03:24PM  20        DO YOU SEE THAT THIS IS DECEMBER 1ST, 2015?

03:24PM  21   A.   YES.

03:24PM  22   Q.   AND THIS IS A YEAR AND A QUARTER OR SO AFTER YOU LEFT

03:24PM  23   WALGREENS?

03:24PM  24   A.   YES.

03:24PM  25   Q.   AND IN THE FIRST PARAGRAPH YOU MENTION COMING BACK WITH

MIQUELON CROSS BY MR. DOWNEY                                    3506

03:24PM  1    MORE DETAILED THOUGHTS ON HOW WE COULD DO SOMETHING REALLY GAME

03:24PM  2    CHANGING AS TALKED.

03:24PM  3    A.   YEP.

03:24PM  4    Q.   AND DO YOU RECALL WHAT THAT RELATES TO?

03:24PM  5    A.   I BELIEVE IT WAS SOME WORK THAT I WAS DOING IN THE MIDDLE

03:24PM  6    EAST WITH SOME OF THE SOVEREIGN FUNDS AND OTHER FUNDS IN

03:24PM  7    ABU DHABI AND OTHER AREAS WHERE I THOUGHT THERE WOULD BE A LOT

03:24PM  8    OF INTEREST IN WHAT THERANOS HAD TO OFFER.

03:24PM  9    Q.   OKAY.  AND WAS THAT FOR PURPOSES OF OFFERING THE SERVICE

03:25PM  10   OR WHAT PURPOSE WAS THAT FOR?

03:25PM  11   A.   JUST THE TECHNOLOGY.  AGAIN, WHEN I LEFT WALGREENS IN

03:25PM  12   AUGUST I WAS STILL VERY, YOU KNOW, POSITIVE ON THE TECHNOLOGY.

03:25PM  13        OBVIOUSLY LATER ON, YOU KNOW, THINGS WERE WRITTEN, BUT I

03:25PM  14   STILL VERY MUCH BELIEVED IN ELIZABETH AND WHAT SHE WAS UP TO,

03:25PM  15   AND I REALLY WANTED HER TO HAVE A CHANCE TO BE ABLE TO LEVERAGE

03:25PM  16   THAT FOR GOOD.

03:25PM  17   Q.   OKAY.  ALL RIGHT.  LET ME ASK YOU TO LOOK AT EXHIBIT 7657

03:25PM  18   AND JUST ASK YOU BRIEFLY TO CONFIRM WHETHER THIS IS AN EMAIL

03:25PM  19   EXCHANGE BETWEEN YOU AND MS. HOLMES IN MARCH OF 2016?

03:25PM  20   A.   IT IS.

03:25PM  21            MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:26PM  22   7657.

03:26PM  23            MR. SCHENK:  NO OBJECTION.

03:26PM  24            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:26PM  25        (DEFENDANT'S EXHIBIT 7657 WAS RECEIVED IN EVIDENCE.)

MIQUELON CROSS BY MR. DOWNEY                                    3507

03:26PM   1     BY MR. DOWNEY:

03:26PM   2     Q.   AND DO YOU SEE IN THE ADDRESS LINE THAT THIS IS AN EMAIL

03:26PM   3     FROM YOU TO MS. HOLMES COPYING SOME OTHER PARTIES?

03:26PM   4     A.   YES.

03:26PM   5     Q.   AND IN THE SECOND PARAGRAPH HERE YOU REFERENCE GCC BEING A

03:26PM   6     FABULOUS ENVIRONMENT FOR THERANOS.

03:26PM   7          WHAT IS GCC?

03:26PM   8     A.   IT'S THE MIDDLE EAST, THE GREATER AREA THAT INCLUDES

03:26PM   9     SEVERAL COUNTRIES.

03:26PM   10    Q.   OKAY.  AND IS THAT A -- WHAT WERE YOU DISCUSSING HERE WHEN

03:26PM   11    YOU SUGGESTED GCC WOULD BE A FABULOUS ENVIRONMENT FOR THERANOS?

03:26PM   12    A.   WELL CAPITALIZED IN TERMS OF FUNDS, ACTUALLY EMBRACING

03:26PM   13    TECHNOLOGY IN MANY WAYS, IN HEALTH CARE IN PARTICULAR, AND I

03:26PM   14    FELT IT WOULD BE A GREAT OPPORTUNITY FOR HER TO SEE WHAT WAS

03:26PM   15    POSSIBLE THERE.

03:26PM   16    Q.   OKAY.  AND DID YOU CONTINUE THEREAFTER TO HAVE EMAIL

03:27PM   17    EXCHANGES WITH MS. HOLMES ABOUT PERSONAL MATTERS AND

03:27PM   18    PROFESSIONAL OPPORTUNITIES?

03:27PM   19    A.   I DON'T KNOW AFTER THIS IF I DID OR NOT, BUT --

03:27PM   20    Q.   WELL, LET ME SHOW YOU ONE MORE EMAIL.

03:27PM   21    A.   OKAY.

03:27PM   22    Q.   EXHIBIT 7676.

03:27PM   23          IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES IN

03:27PM   24    AUGUST OF 2016?

03:27PM   25    A.   IT IS.

MIQUELON CROSS BY MR. DOWNEY                                      3508

03:27PM   1    Q.   OKAY.

03:27PM   2         YOUR HONOR, I MOVE THE ADMISSION OF EXHIBIT 7676.

03:27PM   3              MR. SCHENK:  NO OBJECTION.

03:27PM   4              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:27PM   5         (DEFENDANT'S EXHIBIT 7676 WAS RECEIVED IN EVIDENCE.)

03:27PM   6    BY MR. DOWNEY:

03:27PM   7    Q.   IF WE CAN LOOK AT THE EMAIL ON THE BOTTOM.  YOU SAY TO

03:27PM   8    MS. HOLMES, "NICE JOB WITH DR. GUPTA."

03:27PM   9         WHAT WAS THAT A REFERENCE TO?

03:27PM  10    A.   HONESTLY, I CAN'T REMEMBER.

03:27PM  11    Q.   YOU SAY, "I HOPE YOU ARE WELL.  DON'T STOP WORKING TO HELP

03:28PM  12    THE WORLD."

03:28PM  13         MS. HOLMES'S RESPONSE TO YOU, "YOU KNOW HOW MUCH THAT

03:28PM  14    MEANS TO ME.  HOPE ALL IS WONDERFUL WITH YOU."

03:28PM  15         AND DO YOU RECALL ANY CONTACT WITH MS. HOLMES AFTER THIS

03:28PM  16    EMAIL EXCHANGE?

03:28PM  17    A.   I DON'T RECALL THE LAST TIME, BUT I DEFINITELY CARED ABOUT

03:28PM  18    HER VERY MUCH AND WANTED HER TO BE SUCCESSFUL.

03:28PM  19    Q.   OKAY.

03:28PM  20         YOUR HONOR, I THINK I'M DONE WITH CROSS-EXAMINATION, BUT

03:28PM  21    LET ME HAVE JUST ONE MOMENT.

03:28PM  22              THE COURT:  SURE.

03:28PM  23         (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:29PM  24    BY MR. DOWNEY:

03:29PM  25    Q.   THANK YOU, MR. MIQUELON.

MIQUELON REDIRECT BY MR. SCHENK                    3509

03:29PM   1        THAT'S ALL I HAVE FOR CROSS-EXAMINATION.

03:29PM   2            THE COURT:  ALL RIGHT.  ANY REDIRECT?  MR. SCHENK?

03:29PM   3            MR. SCHENK:  YES.

03:29PM   4                    **REDIRECT EXAMINATION**

03:29PM   5    BY MR. SCHENK:

03:29PM   6    Q.   GOOD AFTERNOON AGAIN, MR. MIQUELON.

03:29PM   7    A.   GOOD AFTERNOON.

03:29PM   8    Q.   I'D LIKE TO COVER SOME OF THE TOPICS THAT YOU DISCUSSED

03:29PM   9    WITH MR. DOWNEY, AND THE FIRST PLACE I'D LIKE TO START IS WITH

03:29PM  10    THE PHASED ROLLOUT.

03:29PM  11        MR. DOWNEY ASKED YOU SOME QUESTIONS ABOUT PHASE I AND

03:29PM  12    PHASE II.

03:29PM  13        DO YOU RECALL THOSE QUESTIONS?

03:29PM  14    A.   BRIEFLY.

03:29PM  15    Q.   GENERALLY AT LEAST.

03:29PM  16    A.   GENERALLY, YEAH.

03:29PM  17    Q.   THE REASON FOR THE DIFFERENT PHASES, I THINK YOU TESTIFIED

03:29PM  18    TO, WAS SOME REGULATORY CONCERNS, OR REGULATORY ISSUES THAT HAD

03:30PM  19    BEEN IDENTIFIED AND THE QUESTION IS WHAT IS THE LAB?  AM I

03:30PM  20    RIGHT ABOUT THAT?

03:30PM  21    A.   CORRECT.  THAT IS ONE OF THE QUESTIONS WHICH, AGAIN, WHAT

03:30PM  22    IS THE LAB AND WHERE IS THE LAB, IF YOU HAVE AN EDISON DEVICE

03:30PM  23    THAT FEEDS TO THE CLOUD THAT FEEDS INTO A LABORATORY OF

03:30PM  24    ANALYTICS.

03:30PM  25        AGAIN, THAT IS SOMETHING THAT I THINK HAD NEVER BEEN

MIQUELON REDIRECT BY MR. SCHENK                                    3510

03:30PM   1    CONTEMPLATED BY REGULATORS.

03:30PM   2    Q.   SO THE DECISION WAS MADE TO ROLL OUT IN PHASES TO HAVE THE

03:30PM   3    EDISON DEVICE AT A CENTRAL LAB INITIALLY AND THEN EVENTUALLY AS

03:30PM   4    I THINK YOU SAID DEPENDING ON THE ECONOMICS OF IT PUTTING THE

03:30PM   5    DEVICE IN STORES?

03:30PM   6    A.   AND I THINK IT WAS PRACTICAL IF YOU WERE GOING TO HAVE,

03:30PM   7    LET'S JUST MAKE IT FIVE LAB TESTS A DAY IN A GIVEN WALGREENS,

03:30PM   8    IT DOESN'T MAKE A LOT OF SENSE TO HAVE EQUIPMENT AND

03:30PM   9    INFRASTRUCTURE THERE.

03:30PM   10   Q.   I SEE.  WHEN YOU WERE DISCUSSING THIS PHASED APPROACH WITH

03:30PM   11   MS. HOLMES, DID SHE EVER TELL YOU ONE REASON WE COULDN'T PUT

03:31PM   12   THE DEVICE IN THE STORES WAS BECAUSE THEY DIDN'T DO THEIR BLOOD

03:31PM   13   TESTING FULLY ON THE DEVICE, THAT IT WASN'T ACTUALLY REGULATORY

03:31PM   14   BUT RATHER IT WAS A DEVICE ISSUE?  DID YOU EVER TALK ABOUT

03:31PM   15   THAT?

03:31PM   16   A.   I NEVER HEARD THAT.

03:31PM   17   Q.   IF WE COULD BRING UP GOVERNMENT'S EXHIBIT 302.

03:31PM   18        DO YOU REMEMBER THAT YOU TALKED TO MR. DOWNEY ABOUT THE

03:31PM   19   JOHNS HOPKINS DOCUMENT?

03:31PM   20        DO YOU RECALL THAT LINE OF QUESTIONING?

03:31PM   21   A.   I DO.

03:31PM   22   Q.   YOU WEREN'T AT -- YOU DIDN'T GO TO BALTIMORE FOR THE

03:31PM   23   MEETING; IS THAT RIGHT?

03:31PM   24   A.   I DID NOT.

03:31PM   25   Q.   DO YOU KNOW HOW LONG THE DEVICE WAS WITH THE FOLKS AT

MIQUELON REDIRECT BY MR. SCHENK                              3511

03:31PM   1       HOPKINS?

03:31PM   2       A.   I HAVE NO IDEA.

03:31PM   3       Q.   DO YOU KNOW HOW LONG THE MEETING LASTED?

03:31PM   4       A.   I HAVE NO IDEA.

03:31PM   5       Q.   DO YOU KNOW WHO PREPARED THE DATA THAT JOHNS HOPKINS

03:31PM   6       LOOKED AT?

03:31PM   7       A.   I HAVE NO IDEA.

03:31PM   8       Q.   IF YOU COULD TURN TO THE SECOND PAGE OF THIS DOCUMENT.  AT

03:32PM   9       THE VERY BOTTOM THERE'S A SECTION CALLED DISCLAIMER.

03:32PM  10            DO YOU SEE THAT?

03:32PM  11       A.   YES.

03:32PM  12       Q.   DID YOU READ THAT WITH MR. DOWNEY DO YOU RECALL?

03:32PM  13       A.   ASK THE QUESTION AGAIN, I'M SORRY.

03:32PM  14       Q.   WHEN YOU WERE BEING ASKED QUESTIONS ABOUT THIS ON

03:32PM  15       CROSS-EXAMINATION --

03:32PM  16       A.   RIGHT.

03:32PM  17       Q.   -- DID YOU READ THIS OUT LOUD?

03:32PM  18       A.   NO.

03:32PM  19       Q.   LET'S TAKE A LOOK AT IT NOW.

03:32PM  20            IT SAYS, "THIS INFORMATION IS BEING PROVIDED SOLELY FOR

03:32PM  21       THE BENEFIT OF WALGREENS AND SHALL BE USED BY WALGREENS FOR ITS

03:32PM  22       INTERNAL PURPOSES ONLY.  IN ADDITION, THE MATERIALS PROVIDED IN

03:32PM  23       NO WAY SIGNIFY AN ENDORSEMENT BY JOHNS HOPKINS MEDICINE TO ANY

03:32PM  24       PRODUCT OR SERVICE."

03:32PM  25            DID YOU GIVE MS. HOLMES PERMISSION TO SHARE THIS DOCUMENT

UNITED STATES COURT REPORTERS

**ER-7116**

MIQUELON REDIRECT BY MR. SCHENK                                    3512

03:32PM   1    WITH INVESTORS?

03:32PM   2    A.   I DIDN'T PERSONALLY, NO.

03:32PM   3    Q.   DO YOU KNOW WHETHER ANYBODY AT WALGREENS GAVE THERANOS OR

03:32PM   4    MS. HOLMES THAT PERMISSION?

03:32PM   5    A.   I DON'T KNOW.

03:32PM   6    Q.   MR. DOWNEY ASKED YOU SOME QUESTIONS ABOUT WHAT HE WAS

03:33PM   7    CALLING AN INTEGRATION CLAUSE.

03:33PM   8         DO YOU REMEMBER THAT?

03:33PM   9    A.   YES.

03:33PM  10    Q.   ALL OF THE AGREEMENTS OF THE PARTIES ARE CONTAINED IN THIS

03:33PM  11    DOCUMENT; IS THAT RIGHT?

03:33PM  12    A.   THAT'S MY UNDERSTANDING.

03:33PM  13    Q.   WAS YOUR UNDERSTANDING THAT WHEN YOU INTERACTED WITH

03:33PM  14    MS. HOLMES OR MR. BALWANI THAT EVEN IF THERE WAS AN INTEGRATION

03:33PM  15    CLAUSE, THEY STILL HAD TO BE TRUTHFUL TO YOU?

03:33PM  16    A.   THAT WOULD BE MY ASSUMPTION, YES.

03:33PM  17    Q.   IF WE COULD NOW BRING UP EXHIBIT 617, AND I THINK IT'S ON

03:33PM  18    PAGE 4.

03:33PM  19         UNDER PROGRAM OBJECTIVES (A), MR. DOWNEY ASKED YOU A

03:33PM  20    QUESTION ABOUT THIS.

03:33PM  21         DO YOU RECALL UNDER (A) I THINK HE ASKED YOU ABOUT THE

03:34PM  22    NATIONWIDE ROLLOUT.

03:34PM  23         DO YOU SEE IN THE THIRD LINE OF (A) THE WORD NATIONWIDE?

03:34PM  24    A.   YES.

03:34PM  25    Q.   AND IF YOU GO A LITTLE FURTHER UP IN (A), STILL WITHIN (A)

MIQUELON REDIRECT BY MR. SCHENK                          3513

03:34PM 1    IT SAYS, "MAKING TESTING LESS INVASIVE, FASTER, AND FAR MORE

03:34PM 2    ACCESSIBLE, EFFECTIVE, AND ACTIONABLE BY INTRODUCING A FAR MORE

03:34PM 3    COST-EFFECTIVE, BLOOD TESTING SERVICE AT WALGREENS STORES AND

03:34PM 4    WALGREENS'S OTHER CLINICAL OPERATIONS NATIONWIDE."

03:34PM 5        DID YOU UNDERSTAND THAT IN ORDER TO ACHIEVE THE NATIONWIDE

03:34PM 6    OBJECTIVE THAT TESTING WOULD HAVE TO BE LESS INVASIVE?

03:34PM 7    A.   YES.  I MEAN, MY UNDERSTANDING WAS, YOU KNOW, THE VAST

03:34PM 8    MAJORITY OF TESTS WOULD BE ON A FINGER PRICK.

03:34PM 9    Q.   LESS INVASIVE IS A REFERENCE TO?

03:34PM 10   A.   I THINK IT'S TALKING FINGERSTICK VERSUS A VENIPUNCTURE.

03:34PM 11   Q.   FINGERSTICK VERSUS A VEIN DRAW?

03:35PM 12   A.   THAT'S HOW I INTERPRET IT.

03:35PM 13            MR. SCHENK:  IF WE CAN NOW SWITCH TO THE ELMO,

03:35PM 14   MS. KRATZMANN?

03:35PM 15            THE CLERK:  YES, COUNSEL.

03:35PM 16            MR. SCHENK:  THANK YOU.

03:35PM 17            THE CLERK:  THIS IS ADMITTED?

03:35PM 18            MR. SCHENK:  YES.

03:35PM 19   Q.   MR. MIQUELON, I'M SHOWING YOU EXHIBIT 7312.  THIS WAS

03:35PM 20   ADMITTED DURING CROSS-EXAMINATION, SOME SLIDES THAT MS. HOLMES

03:35PM 21   SENT TO YOU.

03:35PM 22       DO YOU RECALL THAT?

03:35PM 23   A.   I RECALL BEING SHOWN IT.

03:35PM 24   Q.   SO I'M SHOWING YOU THE FIRST PAGE OF THE EXHIBIT.  THIS

03:36PM 25   WAS THE EMAIL THAT MS. HOLMES SENT TO YOU IN AUGUST OF 2013

MIQUELON REDIRECT BY MR. SCHENK                    3514

03:36PM  1    ATTACHING THESE SLIDES.  THE EMAIL HAD THAT NUMBERED LIST?

03:36PM  2    A.   YES, I RECALL.

03:36PM  3    Q.   AND IN THE EXECUTIVE SUMMARY THE FIRST BULLET SAYS THAT

03:36PM  4    "THERANOS WILL OPEN ITS FIRST PATIENT SERVICE CENTER IN

03:36PM  5    DOWNTOWN PALO ALTO RIGHT AFTER LABOR DAY OF 2013."

03:36PM  6         LABOR DAY IS NOT IN NOVEMBER, RIGHT, IT'S IN SEPTEMBER?

03:36PM  7    A.   RIGHT.

03:36PM  8    Q.   AND IS IT YOUR UNDERSTANDING THAT THERANOS WAS GOING TO

03:36PM  9    OPEN ITS FIRST PATIENT SERVICE CENTER IN SEPTEMBER OF 2013?

03:36PM  10   A.   THAT SOUNDS ABOUT RIGHT.

03:36PM  11   Q.   AND THAT'S ALSO WHAT THE DOCUMENT SAYS; IS THAT RIGHT?

03:36PM  12   A.   YES.

03:36PM  13   Q.   MR. DOWNEY ASKED YOU SOME QUESTIONS ABOUT THE EARNINGS

03:36PM  14   CALL, AND IN THE EARNINGS CALL TRANSCRIPT YOU WERE VERY, VERY

03:36PM  15   EXCITED OR INTERESTED IN THE PROSPECTS OF THERANOS?

03:36PM  16   A.   YES.

03:36PM  17   Q.   WAS YOUR EXCITEMENT BASED ON WHAT YOU LEARNED ABOUT

03:37PM  18   THERANOS, BASED ON REPRESENTATIONS THAT MS. HOLMES AND

03:37PM  19   MR. BALWANI HAD MADE TO YOU?

03:37PM  20   A.   YES.

03:37PM  21   Q.   AND DID THAT INCLUDE THAT THE TECHNOLOGY WORKED?

03:37PM  22   A.   YES.

03:37PM  23   Q.   DID THAT INCLUDE THAT THE TESTS, THE BLOOD TESTS WERE DONE

03:37PM  24   VIA FINGERSTICK?

03:37PM  25   A.   AT LEAST THE VAST MAJORITY WOULD BE.

MIQUELON REDIRECT BY MR. SCHENK                                    3515

03:37PM   1   Q.   AND IF THOSE THINGS HAD NOT BEEN TRUE, WOULD YOU HAVE BEEN

03:37PM   2   AS EXCITED?

03:37PM   3   A.   I WOULD HAVE SERIOUS CONCERNS THAT THEY WEREN'T TRUE.

03:37PM   4   Q.   YOU WOULD HAVE --

03:37PM   5   A.   I WOULD HAVE SERIOUS CONCERNS.

03:37PM   6   Q.   WHY?

03:37PM   7   A.   WELL, IT WOULD GO TO THE HEART OF A FEW THINGS.  IT WOULD

03:37PM   8   GO TO THE HEART OF THE VALUE PROPOSITION, CAN YOU DO IT BETTER,

03:37PM   9   FASTER, CHEAPER, OR ONLY ONE OR ONLY TWO OF THE ABOVE?

03:37PM  10        IT WOULD ALSO PROBABLY GO TO THE HEART OF JUST CREDIBILITY

03:37PM  11   IN TERMS OF WHAT HAD BEEN REPRESENTED TO ME.

03:37PM  12   Q.   AND WHOSE CREDIBILITY?  WHAT DO YOU MEAN?

03:37PM  13   A.   THERANOS'S CREDIBILITY.

03:37PM  14   Q.   AND WOULD THAT INCLUDE MS. HOLMES?

03:37PM  15   A.   ANYONE WHO WOULD MAKE THOSE ATTESTATIONS IT WOULD INCLUDE.

03:38PM  16   Q.   AND WHO MAKE THOSE REPRESENTATIONS TO YOU?

03:38PM  17   A.   OVER TIME SUNNY AND ELIZABETH GAVE US ATTESTATIONS THAT

03:38PM  18   THE TECHNOLOGY WORKED AND NEEDED TO BE SCALED AND SO THAT'S

03:38PM  19   WHAT I BELIEVED.

03:38PM  20   Q.   WHEN MS. HOLMES WOULD MAKE A REPRESENTATION TO YOU, WERE

03:38PM  21   THERE OCCASIONS WHEN MR. BALWANI WAS PRESENT?

03:38PM  22   A.   MOST OF THE TIME WHEN I WAS WITH WALGREENS MY

03:38PM  23   CONVERSATIONS WERE WITH BOTH OF THEM TYPICALLY.

03:38PM  24   Q.   AND THEY WERE BOTH PRESENT YOU SAY?

03:38PM  25   A.   TYPICALLY, YES.

MIQUELON REDIRECT BY MR. SCHENK                          3516

03:38PM   1    Q.   AND WAS THERE EVER AN OCCASION WHEN MS. HOLMES SAID

03:38PM   2    SOMETHING TO YOU AND MR. BALWANI SAID, WAIT, THAT'S NOT TRUE, I

03:38PM   3    NEED TO CORRECT THAT?

03:38PM   4         DO YOU RECALL THAT EVER HAPPENING?

03:38PM   5    A.   NOT THAT I RECALL.

03:38PM   6    Q.   HOW ABOUT THE REVERSE?  WAS THERE EVER A TIME THAT

03:38PM   7    MR. BALWANI SAID SOMETHING TO YOU AND MS. HOLMES SAID, WAIT, I

03:38PM   8    NEED TO CORRECT THAT, THAT'S NOT TRUE?

03:38PM   9    A.   I DON'T RECALL THAT.

03:38PM   10   Q.   MR. DOWNEY SHOWED YOU SEVERAL EMAILS THAT YOU SENT TO

03:38PM   11   MS. HOLMES IN THE 2015 AND 2016 TIMEFRAME, SUPPORTIVE EMAILS?

03:39PM   12   A.   RIGHT.

03:39PM   13   Q.   AND I THINK YOU SAID THAT YOU HAD POSITIVE FEELINGS ABOUT

03:39PM   14   MS. HOLMES AND ABOUT THERANOS AT THE TIME?

03:39PM   15   A.   CORRECT.  WHEN I LEFT THE COMPANY I STILL FELT VERY GOOD

03:39PM   16   ABOUT THE COMPANY, AND AGAIN, OBVIOUSLY THERE WAS -- LATER ON

03:39PM   17   THERE WERE, YOU KNOW, THERE'S BAD PRESS, ET CETERA, BUT

03:39PM   18   HONESTLY, I DON'T PAY MUCH ATTENTION TO IT, RIGHT?  SO MY LAST

03:39PM   19   EXPERIENCE WHEN I LEFT THE COMPANY WAS FAVORABLE.

03:39PM   20   Q.   AND YOU SAID THAT THERE WAS BAD PRESS, BUT YOU STILL HAD A

03:39PM   21   FAVORABLE IMPRESSION OF THERANOS?

03:39PM   22   A.   YEAH.

03:39PM   23   Q.   AND WHERE DID YOU GET THAT FAVORABLE IMPRESSION FROM?

03:39PM   24   A.   I THINK I DIDN'T WANT TO BELIEVE THERE WERE THINGS THAT I

03:39PM   25   BELIEVED WEREN'T TRUE IN TERMS OF TECHNOLOGY BEING ABLE TO WORK

MIQUELON REDIRECT BY MR. SCHENK                        3517

03:39PM  1     THEY WAY THAT IT WAS REPRESENTED TO US.

03:39PM  2     Q.   YOU STILL WANTED TO BELIEVE THAT THE TECHNOLOGY WORKED?

03:39PM  3     A.   YES.  I MEAN, I -- YES.

03:39PM  4     Q.   WAS THERE A POINT IN TIME AFTER -- I THINK THE MOST RECENT

03:39PM  5     EMAIL THAT MR. DOWNEY SHOWED YOU WAS IN AUGUST OF 2016?

03:39PM  6     A.   YEAH.

03:39PM  7     Q.   AND WAS THERE A PERIOD OF TIME AFTER THAT WHERE YOUR

03:40PM  8     OPINION CHANGED AND YOU NO LONGER HAD A FAVORABLE IMPRESSION?

03:40PM  9     A.   I WOULD JUST SAY THIS, I WOULD SAY THAT I DON'T HAVE ALL

03:40PM  10    OF THE FACTS.  I ONLY KNOW WHAT WAS REPRESENTED TO ME SO I CAN

03:40PM  11    ONLY REALLY SPEAK TO WHAT I WAS TOLD.

03:40PM  12         THAT'S ALL I KNOW REALLY.

03:40PM  13    Q.   AND IN THE 2015 TO 2016 TIMEFRAME WHEN YOU WERE SENDING

03:40PM  14    THESE EMAILS, THESE SUPPORTIVE EMAILS TO MS. HOLMES --

03:40PM  15    A.   YEAH.

03:40PM  16    Q.   -- DID YOU KNOW WHAT MS. HOLMES HAD TOLD HER INVESTORS?

03:40PM  17    A.   NO.

03:40PM  18    Q.   WHEN YOU WERE SENDING THESE SUPPORTIVE EMAILS TO

03:40PM  19    MS. HOLMES, WERE YOU DOING THAT BASED ON YOUR INTERACTIONS WITH

03:40PM  20    HER, THAT'S WHERE YOU --

03:40PM  21    A.   YES.

03:40PM  22    Q.   -- GOT THE INFORMATION?

03:40PM  23    A.   YES.

03:40PM  24    Q.   AND WAS THERE A TIME WHILE YOU STILL WORKED AT WALGREENS

03:40PM  25    BUT TOWARDS THE END WHEN YOU HAD A PHONE CALL WITH MS. HOLMES?

MIQUELON REDIRECT BY MR. SCHENK                                    3518

03:40PM  1    A.    MAYBE.  PROBABLY.  WE HAD, YOU KNOW, MULTIPLE PHONE CALLS

03:41PM  2    OVER THE COURSE OF OUR FRIENDSHIP.

03:41PM  3    Q.    AND WAS THERE ONES WHEN YOU DISCUSSED VENOUS DRAWS IN

03:41PM  4    WALGREENS STORES?

03:41PM  5    A.    THERE WAS.

03:41PM  6    Q.    AND WHAT DO YOU RECALL ABOUT THAT?

03:41PM  7    A.    WHAT I RECALL IS THAT IN THE EARLY PILOTS WE, I THINK,

03:41PM  8    INITIALLY THOUGHT 90 PERCENT OF A TEST WOULD BE DONE VIA A

03:41PM  9    FINGERSTICK, BUT IT ENDED UP BEING VERY LOW FOR A WHILE, ALMOST

03:41PM  10   CLOSE TO ZERO, AND JUST HAVING A CONVERSATION TO UNDERSTAND WHY

03:41PM  11   VENOUS PUNCTURE WAS THE PREDOMINANT METHOD VERSUS FINGERSTICKS.

03:41PM  12   Q.    AND DID MS. HOLMES GIVE YOU SOME REASONS?

03:41PM  13   A.    SHE DID.  SHE EXPRESSED THERE WAS A COUPLE REASONS.  ONE

03:41PM  14   IS THE DIFFICULTY OF GETTING CLINICIANS TO DO THE KIND OF

03:41PM  15   MASSAGE, THE FINGER MASSAGE PROPERLY TO GET THE PROPER BLOOD

03:41PM  16   SAMPLE.

03:41PM  17         SHE ALSO EXPRESSED THAT THERE WAS A POSSIBILITY THAT SOME

03:42PM  18   OF THE MORE OBSCURED TESTS WERE BEING ORDERED AT A MAGNITUDE

03:42PM  19   FAR HIGHER THAN THEY SHOULD HAVE BEEN SO PERHAPS CLINICIANS OR

03:42PM  20   LAB PREPARERS MIGHT BE TRYING TO TEST THE WATERS TO SEE WHAT

03:42PM  21   WAS POSSIBLE.  SO WE TALKED ABOUT THAT A BIT.  AND LIKE THE

03:42PM  22   TEAM HAD TALKED TO ME ABOUT IT AS WELL.  SHE GAVE ME SOME

03:42PM  23   PERSPECTIVE ON WHAT WE MIGHT LOOK TO IN TERMS OF HOW THAT MIGHT

03:42PM  24   RAMP OVER TIME.

03:42PM  25   Q.    SO WHEN YOU WERE ASKING MS. HOLMES ABOUT THE AMOUNT OF

MIQUELON REDIRECT BY MR. SCHENK                                   3519

03:42PM  1    VEIN DRAWS THAT WERE HAPPENING, DID SHE TELL YOU ANYTHING ABOUT

03:42PM  2    TECHNOLOGICAL LIMITATIONS OF THE THERANOS DEVICE?

03:42PM  3    A.   NOT THAT I RECALL.

03:42PM  4    Q.   AND WAS IT THAT KIND OF PHONE CALL THAT YOU WERE THINKING

03:42PM  5    ABOUT IN 2015 AND 2016 WHEN YOU WERE SENDING THESE SUPPORTIVE

03:42PM  6    EMAILS TO MS. HOLMES?  WERE YOU THINKING THAT THE THINGS THAT

03:42PM  7    SHE TOLD YOU ON THE PHONE CALL WE JUST DISCUSSED WERE TRUE?

03:42PM  8    A.   YES.

03:42PM  9    Q.   THANK YOU.

03:42PM  10        NO FURTHER QUESTIONS, YOUR HONOR.

03:42PM  11             MR. DOWNEY:  NOTHING FROM US, YOUR HONOR.

03:42PM  12             THE COURT:  MAY THIS WITNESS BE EXCUSED?

03:42PM  13             MR. SCHENK:  YES, YOUR HONOR.

03:43PM  14             THE COURT:  MR. DOWNEY?

03:43PM  15             MR. DOWNEY:  YES.

03:43PM  16             THE COURT:  THANK YOU, SIR.  YOU'RE EXCUSED.  YOU

03:43PM  17    CAN STAND DOWN.

03:43PM  18             THE WITNESS:  THANK YOU, YOUR HONOR.

03:43PM  19             THE COURT:  THANK YOU VERY MUCH.  JUST LEAVE ALL OF

03:43PM  20    THOSE BINDERS THERE.  THANK YOU.

03:43PM  21        DOES THE GOVERNMENT HAVE A WITNESS YOU WISH TO CALL THIS

03:43PM  22    AFTERNOON?

03:43PM  23             MR. BOSTIC:  WE HAVE A WITNESS READY, YOUR HONOR,

03:43PM  24    AND WE CAN MOVE FORWARD TODAY.  WE WON'T FINISH THE WITNESS

03:43PM  25    BEFORE 4:00 P.M., OR WE CAN START WITH THIS WITNESS TOMORROW.

MIQUELON REDIRECT BY MR. SCHENK                              3520

03:43PM   1        THE COURT:  WHY DON'T WE AT LEAST INTRODUCE THE

03:43PM   2    WITNESS TO THE PROCEEDINGS.

03:43PM   3       MS. KRATZMANN NEEDS A COUPLE OF MINUTES, BUT LET'S DO

03:43PM   4    THAT.

03:43PM   5        MR. BOSTIC:  YES, YOUR HONOR.  THE GOVERNMENT CALLS

03:43PM   6    ROBERT AMENTA.

03:44PM   7       (PAUSE IN PROCEEDINGS.)

03:44PM   8        THE COURT:  THANK YOU, MR. WADE.  THANK YOU.

03:44PM   9        THE CLERK:  THANK YOU.

03:44PM  10        THE COURT:  SIR, IF YOU COULD JUST STAND THERE FOR

03:44PM  11    JUST A MOMENT.  AND IF YOU COULD FACE OUR COURTROOM DEPUTY

03:44PM  12    WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU.

03:44PM  13       **(GOVERNMENT'S WITNESS, ROBERTO AMENTA, WAS SWORN.)**

03:44PM  14        THE WITNESS:  YES.

03:44PM  15        THE COURT:  LET ME INVITE YOU TO HAVE A SEAT HERE,

03:44PM  16    SIR, AND MAKE YOURSELF COMFORTABLE.

03:44PM  17        THE WITNESS:  THANK YOU.

03:44PM  18        THE COURT:  YOU'RE WELCOME.

03:44PM  19       FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED.

03:44PM  20    I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

03:44PM  21       WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

03:45PM  22    AND THEN SPELL IT, PLEASE.

03:45PM  23        THE WITNESS:  SURE.  IT'S ROBERTO.  LAST NAME IS

03:45PM  24    AMENTA, A-M-E-N-T-A.

03:45PM  25        THE COURT:  THANK YOU.  MR. BOSTIC.

AMENTA DIRECT BY MR. BOSTIC                                    3521

03:45PM  1         MR. BOSTIC:  THANK YOU, YOUR HONOR.

03:45PM  2                   **DIRECT EXAMINATION**

03:45PM  3    BY MR. BOSTIC:

03:45PM  4    Q.   GOOD AFTERNOON, MR. AMENTA.

03:45PM  5    A.   GOOD AFTERNOON.

03:45PM  6    Q.   MR. AMENTA, IF YOU'RE FULLY VACCINATED AND COMFORTABLE

03:45PM  7    DOING SO, YOU'RE WELCOME TO TESTIFY WITHOUT A MASK.

03:45PM  8    A.   I AM.

03:45PM  9    Q.   CAN YOU START BY TELLING US WHERE YOU'RE CURRENTLY

03:45PM  10   EMPLOYED, PLEASE?

03:45PM  11   A.   I'M EMPLOYED AT THE FEDERAL RESERVE BANK OF NEW YORK.

03:45PM  12   Q.   AND WHAT IS YOUR CURRENT JOB TITLE AT THE FEDERAL RESERVE

03:45PM  13   BANK OF NEW YORK?

03:45PM  14   A.   I'M THE DEPUTY CHIEF INVESTIGATOR.

03:45PM  15   Q.   I WANT TO CIRCLE BACK TO YOUR JOB RESPONSIBILITIES THERE,

03:45PM  16   BUT FIRST CAN YOU SUMMARIZE FOR US AT A HIGH LEVEL YOUR

03:45PM  17   EDUCATIONAL BACKGROUND AND YOUR WORK HISTORY BEFORE YOU JOINED

03:45PM  18   THE FEDERAL RESERVE BANK?

03:45PM  19   A.   SURE.  I'M A GRADUATE OF ST. FRANCIS COLLEGE IN BROOKLYN

03:45PM  20   WITH A BACHELOR'S OF SCIENCE.

03:45PM  21        AND MY EMPLOYMENT PRE THE FEDERAL RESERVE WAS AT A LAW

03:46PM  22   FIRM CALLED CULLEN AND DYKMAN.

03:46PM  23   Q.   AND WHAT WAS YOUR POSITION AT THAT LAW FIRM?

03:46PM  24   A.   PARALEGAL.

03:46PM  25   Q.   WHEN DID YOU START WORKING AT THE FEDERAL RESERVE BANK OF

AMENTA DIRECT BY MR. BOSTIC                                           3522

```
03:46PM   1    NEW YORK?

03:46PM   2    A.   IN NOVEMBER OF 1993.

03:46PM   3    Q.   AND HAVE YOU BEEN EMPLOYED THERE EVER SINCE?

03:46PM   4    A.   I HAVE.

03:46PM   5    Q.   AND YOU SAID YOUR CURRENT JOB TITLE?  ONE MORE TIME.

03:46PM   6    A.   DEPUTY CHIEF INVESTIGATOR.

03:46PM   7    Q.   AND HAS THAT BEEN YOUR JOB TITLE THERE THE ENTIRE TIME OR

03:46PM   8    HAS IT CHANGED?

03:46PM   9    A.   NO.  SO IN NOVEMBER OF 1993 I STARTED AS A PARALEGAL, ROSE

03:46PM  10    THROUGH THE RANKS, BECAME AN INVESTIGATOR IN 2001, ROSE THROUGH

03:46PM  11    THE INVESTIGATOR RANKS AND INTO 2019 WAS NAMED DEPUTY CHIEF

03:46PM  12    INVESTIGATOR.

03:46PM  13    Q.   AND WHAT IS THE FEDERAL RESERVE BANK?

03:46PM  14    A.   SURE.  SO THE FEDERAL RESERVE BANK IS REGIONAL BANKS, SO

03:46PM  15    THERE ARE 12 FEDERAL RESERVE BANKS, WHICH NEW YORK IS ONE OF

03:46PM  16    THEM, ALONG WITH THE BOARD OF GOVERNORS MAKE UP THE FEDERAL

03:47PM  17    RESERVE SYSTEM WHICH IS THE CENTRAL BANK FOR THE UNITED STATES.

03:47PM  18    Q.   AND HOW DOES THE FEDERAL RESERVE BANK COMPARE TO BANKS

03:47PM  19    THAT CITIZENS LIKE YOU OR I MIGHT HAVE ACCOUNTS AT?

03:47PM  20    A.   SURE.  SO I THINK MOST FOLKS ASSOCIATE THE FEDERAL RESERVE

03:47PM  21    WITH MONETARY POLICY, SO FORMULATING AND IMPLEMENTING MONETARY

03:47PM  22    POLICY, BUT IT'S ALSO A BANK SUPERVISOR FOR FINANCIAL

03:47PM  23    INSTITUTIONS, AND IT ALSO PROVIDES BANKING SERVICES TO THE

03:47PM  24    FINANCIAL INDUSTRY, TO FINANCIAL INSTITUTIONS.

03:47PM  25         SO IT WON'T HAVE ACCOUNTS FOR INDIVIDUALS.  IT HAS
```

AMENTA DIRECT BY MR. BOSTIC                                        3523

03:47PM   1    ACCOUNTS FOR BANKS.

03:47PM   2    Q.   SO IT'S A BANK FOR BANKS?

03:47PM   3    A.   THAT'S RIGHT.

03:47PM   4    Q.   HOW ABOUT YOUR SPECIFIC JOB RESPONSIBILITIES THERE, CAN

03:47PM   5    YOU SUMMARIZE THOSE FOR US?

03:47PM   6    A.   SURE.  SO THE INVESTIGATIONS GROUP IS WITHIN A GROUP IN

03:47PM   7    LEGAL CALLED THE FINANCIAL INTELLIGENCE AND INVESTIGATIONS

03:47PM   8    UNIT.  YOU KNOW, THE PRIMARY RESPONSIBILITY IS TO MAKE SURE

03:47PM   9    THAT WE WORK ON CASES WITH FINANCIAL INSTITUTION ISSUES AND

03:48PM   10   BANKER ISSUES, SO INSTITUTION AFFILIATED PARTIES AT FINANCIAL

03:48PM   11   INSTITUTIONS.

03:48PM   12        WE'RE ALSO THE FACE OF THE FED WITH REGARDS TO FRAUD THAT

03:48PM   13   MENTION THE FEDERAL RESERVE NAME AND THAT OF ITS EMPLOYEES, AND

03:48PM   14   WE'RE ALSO THE GROUP RESPONSIBLE FOR SUBPOENA COMPLIANCE WITH

03:48PM   15   REGARDS TO FEDWIRE FUNDS TRANSFER.

03:48PM   16   Q.   AND YOU MENTIONED FEDWIRE FUNDS TRANSFER.

03:48PM   17        WHAT IS FEDWIRE?

03:48PM   18   A.   FEDWIRE IS A FINANCIAL PRODUCT THAT THE FEDERAL RESERVE

03:48PM   19   PUTS OUT TO THE BANKING INDUSTRY.

03:48PM   20   Q.   AND WHAT IS IT USED FOR AND HOW DOES IT WORK?

03:48PM   21   A.   SURE.  SO IT'S AN ELECTRONIC COMMUNICATION IN WHICH THE

03:48PM   22   FINANCIAL INSTITUTIONS THAT ARE CUSTOMERS AT THE FED CAN SEND

03:48PM   23   PAYMENTS FOR THEMSELVES OR FOR THEIR CUSTOMERS TO MAKE A

03:48PM   24   PAYMENT.

03:48PM   25   Q.   SO IT'S A WAY OF MOVING MONEY FROM ONE ACCOUNT TO ANOTHER?

AMENTA DIRECT BY MR. BOSTIC                                                    3524

03:48PM   1    A.   IT'S AN ELECTRONIC WAY OF MOVING MONEY, CORRECT.

03:48PM   2    Q.   IF AN INDIVIDUAL OR A COMPANY WANT TO ENTER INTO A

03:48PM   3    TRANSACTION AND THEY RECEIVE, LET'S SAY, WIRE INSTRUCTIONS TO

03:49PM   4    SEND MONEY SOMEWHERE, IS FEDWIRE A VEHICLE OR A TOOL TO

03:49PM   5    ACCOMPLISH THAT TRANSFER?

03:49PM   6    A.   THROUGH THEIR BANKS.  SO, YES, THROUGH THEIR BANKS.

03:49PM   7    Q.   IS FEDWIRE COMMONLY USED -- OR LET ME ASK, DO YOU KNOW

03:49PM   8    WHAT THE APPROXIMATE DAILY VOLUME IS FOR FEDWIRE TRANSFERS?

03:49PM   9    A.   I DO.  IT'S ABOUT 500- TO 600,000 TRANSACTIONS A DAY AND

03:49PM  10    THE VOLUME IS $3 TRILLION A DAY.

03:49PM  11    Q.   CAN YOU WALK US THROUGH THE STEPS IN A FEDWIRE TRANSFER?

03:49PM  12    AND LET'S TALK ABOUT THE TIME PERIOD IN 2013 AND 2014.

03:49PM  13         ARE YOU AWARE OF HOW FEDWIRE WORKED DURING THAT TIME

03:49PM  14    PERIOD?

03:49PM  15    A.   I AM.  SO A FINANCIAL INSTITUTION WILL SEND A

03:49PM  16    COMMUNICATION TO THE FEDERAL RESERVE AND IN THAT TIME PERIOD

03:49PM  17    THE COMMUNICATION WOULD HAVE BEEN RECEIVED BY THE DALLAS FED IN

03:49PM  18    THE STATE OF TEXAS.

03:49PM  19         THE DALLAS FED WILL THEN SEND THAT COMMUNICATION TO THE

03:50PM  20    FEDERAL RESERVE BANK OF NEW YORK'S NEW JERSEY PROCESSING

03:50PM  21    FACILITY.

03:50PM  22         AND THEN THAT FACILITY WILL THEN DEBIT AND CREDIT AND SEND

03:50PM  23    THE ADVICE OVER TO THE FINANCIAL INSTITUTIONS.

03:50PM  24    Q.   YOU'RE DESCRIBING COMMUNICATIONS BETWEEN BANKS AND FEDWIRE

03:50PM  25    FACILITIES ON THE ONE HAND?

AMENTA DIRECT BY MR. BOSTIC                                      3525

03:50PM   1    A.   CORRECT.  SO THE FEDERAL RESERVE COMMUNICATES IN THAT TIME

03:50PM   2    PERIOD BETWEEN DALLAS FED AND THE FEDERAL RESERVE BANK IN

03:50PM   3    NEW YORK, BUT THEIR FACILITY IS IN TEXAS AND NEW JERSEY.

03:50PM   4        THE ORIGINATING BANK WILL SEND THE INSTRUCTIONS TO THE

03:50PM   5    FEDERAL RESERVE BANK OF DALLAS IN TEXAS FIRST.

03:50PM   6    Q.   AND THEN THE COMMUNICATION BETWEEN THE TEXAS FACILITY AND

03:50PM   7    THE NEW JERSEY FACILITY, WHAT IS THE NATURE OF THAT

03:50PM   8    COMMUNICATION?  ARE WE TALKING ABOUT A STAFF MEMBER PICKING UP

03:50PM   9    A PHONE AND CALLING THE OTHER FACILITY?

03:50PM   10   A.   NO, NO.  SO IT'S A COMPUTER COMMUNICATION BETWEEN SERVERS.

03:51PM   11   Q.   AND IS THAT SOMETHING THAT HAPPENS AUTOMATICALLY AS PART

03:51PM   12   OF EVERY TRANSFER DURING THAT TIME PERIOD?

03:51PM   13   A.   YEAH.  SO ANY TRANSFER -- THE DATE IS ANY TRANSFER AFTER

03:51PM   14   APRIL 27 OF '09 GOES THROUGH TWO PROCESSING FACILITIES.

03:51PM   15   Q.   DURING 2013 AND 2014 WOULD IT HAVE BEEN POSSIBLE FOR A

03:51PM   16   FEDWIRE TRANSFER TO OCCUR WITHOUT THAT ELECTRONIC COMMUNICATION

03:51PM   17   HAPPENING ACROSS STATE LINES?

03:51PM   18   A.   NO.

03:51PM   19   Q.   HOW ABOUT -- WELL, LET ME START.

03:51PM   20       YOU MENTIONED THAT THE FIRST COMMUNICATION WOULD BE TO THE

03:51PM   21   TEXAS FEDWIRE FACILITY; IS THAT CORRECT?

03:51PM   22   A.   IN THAT TIME PERIOD, YES.

03:51PM   23   Q.   WHAT IF A WIRE TRANSFER IS BEING SENT, LET'S SAY, FROM A

03:51PM   24   BANK IN TEXAS, TO ANOTHER BANK IN TEXAS, WOULD THAT PROCESS

03:51PM   25   GOING THROUGH FEDWIRE STILL REQUIRE AN INTERSTATE WIRE

AMENTA DIRECT BY MR. BOSTIC                                              3526

03:51PM   1    COMMUNICATION?

03:51PM   2    A.   YES.  SO IT WILL ENTER THROUGH THE DALLAS FED TEXAS, AND

03:51PM   3    THEN IT WILL GO THROUGH THE FEDERAL BANK OF NEW YORK'S NEW

03:52PM   4    JERSEY FACILITY.

03:52PM   5    Q.   YOU MENTIONED THE VOLUME OF WIRE TRANSFERS HANDLED BY THE

03:52PM   6    FEDWIRE SYSTEM; CORRECT?

03:52PM   7    A.   YES.

03:52PM   8    Q.   ARE RECORDS OF THOSE TRANSFERS CREATED AND MAINTAINED BY

03:52PM   9    FEDWIRE?

03:52PM  10    A.   THEY ARE.

03:52PM  11    Q.   CAN YOU DESCRIBE HOW THOSE RECORDS ARE CREATED?

03:52PM  12    A.   THEY ARE CREATED CONTEMPORANEOUSLY AS A BUSINESS RECORD AT

03:52PM  13    THE FEDERAL RESERVE BANK OF NEW YORK.

03:52PM  14    Q.   ARE THEY CREATED MANUALLY OR AUTOMATICALLY?

03:52PM  15    A.   AUTOMATICALLY.

03:52PM  16    Q.   AND HOW ABOUT PRESERVATION, ARE THOSE RECORDS OF THE FUNDS

03:52PM  17    TRANSFERRED MAINTAINED WITHIN FEDWIRE?

03:52PM  18    A.   THEY ARE.

03:52PM  19    Q.   AND IS FEDWIRE IN CONTROL OF THAT RECORD SYSTEM?

03:52PM  20    A.   YES.

03:52PM  21    Q.   AND FOR HOW LONG ARE THOSE RECORDS RETAINED?

03:52PM  22    A.   IT'S FOR SEVEN YEARS.

03:52PM  23    Q.   DID YOU -- ACTUALLY LET ME ASK, DID FEDWIRE RECEIVE A

03:53PM  24    SUBPOENA FOR RECORDS IN CONNECTION WITH THIS CASE?

03:53PM  25    A.   IT DID.

AMENTA DIRECT BY MR. BOSTIC                                    3527

03:53PM  1                MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

03:53PM  2                THE COURT:  YES.

03:53PM  3                MR. BOSTIC:  (HANDING.)

03:53PM  4                THE COURT:  DO YOU HAVE THIS?

03:53PM  5                MR. BOSTIC:  THE DEFENSE HAS THIS, YOUR HONOR.

03:53PM  6                MS. TREFZ:  YES.

03:53PM  7                MR. BOSTIC:  (HANDING.)

03:53PM  8                THE WITNESS:  THANK YOU.

03:53PM  9        BY MR. BOSTIC:

03:53PM 10        Q.   MR. AMENTA, DO YOU HAVE IN FRONT OF YOU A DOCUMENT MARKED

03:53PM 11        EXHIBIT 4845 AT THE BOTTOM?

03:53PM 12        A.   YES.

03:53PM 13        Q.   HAVE YOU REVIEWED THIS RECORD BEFORE?

03:53PM 14        A.   I HAVE.

03:53PM 15        Q.   AND SPECIFICALLY ARE YOU LOOKING AT PAGES 18 THROUGH 23 OF

03:53PM 16        EXHIBIT 4845?

03:53PM 17        A.   CORRECT.

03:53PM 18        Q.   DO YOU RECOGNIZE THIS DOCUMENT AS PART OF THE RECORDS THAT

03:53PM 19        FEDWIRE PRODUCED IN RESPONSE TO THAT SUBPOENA?

03:53PM 20        A.   YES.

03:53PM 21                MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

03:53PM 22        ADMIT EXHIBIT 4845.

03:53PM 23                MS. TREFZ:  NO OBJECTION.

03:53PM 24                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:53PM 25                (GOVERNMENT'S EXHIBIT 4845 WAS RECEIVED IN EVIDENCE.)

AMENTA DIRECT BY MR. BOSTIC                                           3528

03:54PM   1      BY MR. BOSTIC:

03:54PM   2      Q.   MR. AMENTA, ARE YOU LOOKING NOW ON THE SCREEN AT

03:54PM   3      EXHIBIT 4845?

03:54PM   4      A.   YES.

03:54PM   5      Q.   CAN YOU DESCRIBE FOR US WHAT EXHIBIT 4845 CONTAINS, WHAT

03:54PM   6      IT REFLECTS?

03:54PM   7      A.   SO IT'S DEFINITELY A FEDWIRE BECAUSE IT HAS IMADS AND

03:54PM   8      OMADS, I-M-A-D AND O-M-A-D, INPUT MESSAGE ACCOUNTABILITY DATA

03:54PM   9      AND OMADS.

03:54PM  10                JUROR:  YOUR HONOR --

03:54PM  11                THE WITNESS:  I AM SORRY.  IS THAT BETTER?

03:54PM  12                THE COURT:  OH, THE SCREENS ARE OUT AGAIN.  SORRY.

03:54PM  13           IS IT JUST ONE SCREEN?  IT'S THAT CORNER.

03:54PM  14                THE CLERK:  I'M GOING TO SHUT DOWN AND START OVER

03:54PM  15      AGAIN.

03:54PM  16           (PAUSE IN PROCEEDINGS.)

03:55PM  17                THE CLERK:  NOPE?  NOW NONE OF THEM?

03:55PM  18           (LAUGHTER.)

03:56PM  19                THE COURT:  NOT IN THE CORNER.

03:56PM  20           ARE THE JUROR SCREENS ON?

03:56PM  21           (PAUSE IN PROCEEDINGS.)

03:56PM  22                THE COURT:  WELL, MAYBE THIS IS A GOOD TIME TO TAKE

03:56PM  23      OUR EVENING BREAK AND ALLOW US TO POUR SOME WATER IN THESE

03:56PM  24      DEVICES.

03:56PM  25           (LAUGHTER.)

3529

03:56PM  1          THE COURT:  SORRY.  WE'RE GOING TO INTERRUPT YOUR

03:56PM  2    TESTIMONY THIS AFTERNOON, SIR.

03:56PM  3          LET'S TAKE OUR MORNING BREAK NOW, AND WE'LL RESUME

03:56PM  4    TOMORROW AT 9:00 A.M., 9:00 A.M.

03:56PM  5          LADIES AND GENTLEMEN, LET ME ONCE AGAIN GIVE YOU THE

03:56PM  6    ADMONISHMENT.  PLEASE DO NOT DO ANY INVESTIGATION ABOUT

03:56PM  7    ANYTHING INVOLVING THIS CASE, DO NOT READ ANYTHING, DO NOT

03:56PM  8    LISTEN TO OR WATCH ANYTHING THAT DEALS WITH THIS CASE.

03:56PM  9          IF THAT DOES HAPPEN, I'M GOING TO ASK YOU TO PLEASE TURN

03:56PM 10    AWAY, CLOSE THE BOOK, WHATEVER YOU ARE READING, AND I'LL ASK

03:57PM 11    YOU TOMORROW MORNING WHETHER ANY OF THOSE THINGS HAVE HAPPENED.

03:57PM 12          THANK YOU FOR YOUR CONTINUED VIGILANCE, AND I APPRECIATE

03:57PM 13    THAT.

03:57PM 14          THANK YOU FOR YOUR AVAILABILITY TOMORROW.  WE'LL SEE YOU

03:57PM 15    TOMORROW MORNING AT 9:00 A.M., 9:00 A.M.  THANK YOU.

03:57PM 16          YOU CAN STAND DOWN, SIR.  THANK YOU.

03:57PM 17          (JURY OUT AT 3:57 P.M.)

03:57PM 18          THE COURT:  PLEASE BE SEATED.  THANK YOU.

03:57PM 19          THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

03:57PM 20    DAY.  THEY'LL RESUME TOMORROW AT 9:00 A.M., AND THE WITNESS HAS

03:58PM 21    NOW LEFT THE COURTROOM.

03:58PM 22          ALL COUNSEL AND MS. HOLMES IS PRESENT.

03:58PM 23          MR. BOSTIC, DO YOU THINK THAT THIS WITNESS IS -- THE

03:58PM 24    TOTALITY OF THE DIRECT IS WHAT LENGTH?  I'M SORRY.

03:58PM 25          MR. BOSTIC:  I WOULD SAY APPROXIMATELY ANOTHER

| | | |
|---|---|---|
| 03:58PM | 1 | 15 MINUTES OR SO. |
| 03:58PM | 2 | THE COURT:  OKAY. |
| 03:58PM | 3 | MS. TREFZ:  I GUESS IT'S ABOUT TWO MINUTES. |
| 03:58PM | 4 | THE COURT:  OKAY.  THANK YOU. |
| 03:58PM | 5 | THEN WE'LL HAVE THEN THE FULL DAY FOR ANOTHER WITNESS THAT |
| 03:58PM | 6 | WILL BE READY TO PROCEED, MR. SCHENK? |
| 03:58PM | 7 | MR. SCHENK:  YES, YES, YOUR HONOR. |
| 03:58PM | 8 | THE COURT:  GREAT.  OKAY. |
| 03:58PM | 9 | AND DO WE ANTICIPATE THAT WITNESS WILL TAKE THE BALANCE OF |
| 03:58PM | 10 | THE DAY? |
| 03:58PM | 11 | MR. SCHENK:  CAN I HAVE JUST ONE MOMENT? |
| 03:58PM | 12 | THE COURT:  OF COURSE. |
| 03:58PM | 13 | (DISCUSSION AMONGST COUNSEL OFF THE RECORD.) |
| 03:59PM | 14 | (PAUSE IN PROCEEDINGS.) |
| 03:59PM | 15 | MR. SCHENK:  YOUR HONOR, OUR NEXT WITNESS AFTER |
| 03:59PM | 16 | FEDWIRE IS MR. JHAVERI WHO ALSO WORKED AT WALGREENS.  I EXPECT |
| 03:59PM | 17 | THAT THE DIRECT WILL BE ABOUT 90 MINUTES OR SO. |
| 03:59PM | 18 | MR. DOWNEY AND I WERE TALKING ABOUT WHETHER THAT WOULD |
| 03:59PM | 19 | REQUIRE ANOTHER GOVERNMENT WITNESS FOR THE BALANCE OF THE DAY |
| 03:59PM | 20 | AFTER CROSS-EXAMINATION, AND IT SOUNDS LIKE IT PROBABLY WILL. |
| 03:59PM | 21 | MR. DOWNEY:  I THINK SO, YOUR HONOR.  I THINK JUST |
| 03:59PM | 22 | TO BE CERTAIN AND TAKE ADVANTAGE OF THE FACT THAT WE'RE HERE, I |
| 03:59PM | 23 | DON'T KNOW -- I THINK THAT WOULD ANTICIPATE SORT OF A |
| 03:59PM | 24 | THREE-HOUR CROSS WHICH WOULD TAKE THE REST OF THE DAY OR MAYBE, |
| 03:59PM | 25 | MORE, WHICH I DON'T THINK WILL BE NECESSARY. |

03:59PM   1          THE COURT:  SO YOU THINK WE'LL HAVE -- WE'LL FINISH

03:59PM   2   WITH WITNESS JHAVERI TOMORROW AND THEN HAVE A LITTLE BIT OF

04:00PM   3   TIME LEFT AT THE END OF THE DAY?

04:00PM   4          MR. SCHENK:  YES.

04:00PM   5          THE COURT:  AND THEN WILL YOU HAVE A WITNESS ON CALL

04:00PM   6   IN THE ON-DECK CIRCLE?

04:00PM   7          MR. SCHENK:  I WILL SPEND THIS EVENING FINDING THAT

04:00PM   8   PERSON.  WE WILL MAKE SURE THAT -- WE WILL AT LEAST DO WHATEVER

04:00PM   9   WE CAN TO IDENTIFY THAT PERSON.

04:00PM  10          THE COURT:  OKAY.

04:00PM  11          MR. SCHENK:  AND WE'LL LET THE COURT KNOW IF WE WERE

04:00PM  12   UNSUCCESSFUL AND MR. JHAVERI WILL BE THE DAY.

04:00PM  13          THE COURT:  OKAY.  AND THEN WE'LL HAVE FRIDAY

04:00PM  14   MIDMORNING UNTIL 1:00 O'CLOCK.

04:00PM  15          MR. SCHENK:  YES.

04:00PM  16          THE COURT:  AND YOU'LL EXPLAIN TO MR. BOSTIC THE

04:00PM  17   ON-DECK CIRCLE CONCEPT.

04:00PM  18      (LAUGHTER.)

04:00PM  19          MR. DOWNEY:  LET ME KNOW.

04:00PM  20          THE COURT:  I DO --

04:00PM  21          MR. DOWNEY:  YOUR HONOR, I JUST WANTED TO REMIND YOU

04:00PM  22   OF THE WHAT I'LL TERM "THE KRATZMANN ADMONITION," I DON'T THINK

04:00PM  23   THAT WAS DELIVERED YET.  SO IT MIGHT BE TOMORROW.

04:00PM  24          THE COURT:  AND TO THAT POINT, LET ME SAY I'D LIKE

04:00PM  25   TO SEE ON THE ISSUE THAT WE TALKED ABOUT THIS MORNING AND THE

3532

04:00PM    1    QUESTIONNAIRE, MS. KRATZMANN IS GOING TO INVITE COUNSEL BACK IN

04:01PM    2    WITH ME ON THAT ISSUE, TOO, AND THAT AGAIN WILL BE A SEALED

04:01PM    3    TRANSCRIPT.  IT'S A CONTINUATION OF OUR DISCUSSION.

04:01PM    4              MR. DOWNEY:  OKAY.  WILL THAT BE AT 9:00 TOMORROW?

04:01PM    5              THE COURT:  IT WILL BE IN FIVE MINUTES.

04:01PM    6              MR. DOWNEY:  FIVE MINUTES.

04:01PM    7              MR. SCHENK:  ONE LAST THING.  I THINK WE HAVE A

04:01PM    8    COURT APPEARANCE TOMORROW AFTERNOON AT 1:30 BEFORE

04:01PM    9    MAGISTRATE COUSINS.

04:01PM   10              THE COURT:  OH.  SO WE SHOULD PROBABLY FINISH, TO

04:01PM   11    GIVE YOU TIME FOR THAT?  WHAT DO YOU SUGGEST?

04:01PM   12              MR. CLINE:  YOUR HONOR, I'M HANDLING THAT FOR

04:01PM   13    MS. HOLMES.

04:01PM   14              THE COURT:  OKAY.  MR. CLINE.  THANK YOU.

04:01PM   15              MR. CLINE:  I'M HAPPY TO STEP OUT AND GO DO IT WHILE

04:01PM   16    YOU CONTINUE.

04:01PM   17         I DON'T KNOW IF THE GOVERNMENT IS IN A SIMILAR POSITION.

04:01PM   18              THE COURT:  WELL, I WAS GOING TO SAY WE CAN END AT

04:01PM   19    1:00 IF THAT'S HELPFUL.

04:01PM   20              MR. SCHENK:  MS. VOLKAR IS GOING TO HANDLE THE

04:01PM   21    ARGUMENTS FOR THE GOVERNMENT AT THAT HEARING.  SO IF THE COURT

04:01PM   22    IS STILL GOING ON SHE COULD DO LIKEWISE AND STEP OUT AND HANDLE

04:01PM   23    THAT MATTER FOR JUDGE COUSINS.

04:01PM   24         BUT WE ALSO -- I KNOW THAT THE PROSECUTORS ARE ALL

04:01PM   25    PLANNING TO ATTEND THAT HEARING.  SO WE'LL DEFER TO THE COURT.

04:02PM   1        IF WE STILL HAVE A WITNESS ON, MAYBE WE SHOULD KEEP THE

04:02PM   2   TRIAL GOING, BUT WE WILL DO WHATEVER THE COURT PREFERS.

04:02PM   3             THE COURT:  OKAY.

04:02PM   4             MR. CLINE:  THE HEARING, BY THE WAY, IS BY ZOOM.  SO

04:02PM   5   I'M GOING TO GO BACK TO MY HOTEL ROOM TO DO THE HEARING RATHER

04:02PM   6   THAN DOWNSTAIRS.

04:02PM   7             THE COURT:  AND DO YOU HAVE A ROOM HERE TO DO THAT

04:02PM   8   ZOOM HEARING?

04:02PM   9             MR. SCHENK:  YES, WE CAN DO THAT FROM THE

04:02PM  10   COURTHOUSE.

04:02PM  11             THE COURT:  OKAY.  WELL, LET'S SEE IF WE CAN FINISH

04:02PM  12   THINGS FRIDAY AT 1:00.

04:02PM  13             MR. CLINE:  IT'S TOMORROW, YOUR HONOR.  IT'S

04:02PM  14   TOMORROW.

04:02PM  15             THE COURT:  OH, I BEG YOUR PARDON.  OH, WELL, WE'LL

04:02PM  16   KEEP OUR FINGERS CROSSED.  LET'S SEE WHAT WE CAN DO.  OKAY.

04:02PM  17   THANK YOU.

04:02PM  18             THE CLERK:  COURT ADJOURNED OTHERWISE EXCEPT FOR THE

04:02PM  19   SEALED HEARING.

04:02PM  20        (COURT ADJOURNED AT 4:02 P.M.)

         21        (SEALED PROCEEDINGS IN CHAMBERS.)

         22

         23

         24

         25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        _____
          IRENE RODRIGUEZ, CSR, CRR
          CERTIFICATE NUMBER 8076
17

18        _____
19        LEE-ANNE SHORTRIDGE, CSR, CRR
          CERTIFICATE NUMBER 9595
20

21             DATED:  OCTOBER 13, 2021

22

23

24

25

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Amy Mason Saharia
AMY MASON SAHARIA

April 17, 2023