No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

## EXCERPTS OF RECORD
## VOL. XXXVIII of LVII | ER-10734 to ER-11033

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA 98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 200024
  (202) 434-5000
  asaharia@wc.com

10:31AM 1    THE RULINGS MADE BY THE COURT PREVIOUSLY ON THESE ISSUES ARE

10:31AM 2    CORRECT AND SHOULD STAND.

10:31AM 3        THE EVIDENCE AT TRIAL HAS NOT ALTERED THE ANALYSIS IN THE

10:31AM 4    DEFENSE'S FAVOR.  IF ANYTHING, IT HAS DONE THE OPPOSITE,

10:31AM 5    ESPECIALLY WHEN IT COMES TO THE IMPORTANCE OF THE LIS.

10:32AM 6        SEVERAL TIMES DURING THE TRIAL THE DEFENSE HAS ASKED A

10:32AM 7    WITNESS TO CONFIRM THAT THEY RELIED ON THE LIS FOR ONE THING OR

10:32AM 8    ANOTHER, AND I RECALL INSTANCES WHERE WITNESSES HAVE COME BACK

10:32AM 9    AND SAID, NO, I DIDN'T USE THE LIS FOR THAT, OR NO, I'M NOT

10:32AM 10   SURE WHETHER THAT WAS IN THE LIS.

10:32AM 11       SO IF ANYTHING, I THINK THE EVIDENCE AT TRIAL HAS

10:32AM 12   UNDERMINED THE DEFENSE'S ARGUMENT THAT THE LIS WAS A CRITICAL

10:32AM 13   PIECE OF EVIDENCE IN THIS CASE WHOSE ABSENCE SEVERELY

10:32AM 14   PREJUDICES THE DEFENSE.

10:32AM 15       I THINK, AS PREVIOUSLY SHOWN BY THE GOVERNMENT, IT'S MORE

10:32AM 16   LIKELY, FAR MORE LIKELY THAT THE EVIDENCE IN THE LIS WOULD HAVE

10:32AM 17   BEEN INCULPATORY OF THIS DEFENDANT RATHER THAN EXCULPATORY.

10:32AM 18       I THINK THE EVIDENCE SHOWS THAT.

10:32AM 19       AND THEN FINALLY, WHEN IT COMES TO THE LOUD HAWK STANDARD

10:32AM 20   AND THE OTHER CASES ADDRESSING THE GOVERNMENT'S OBLIGATION TO

10:32AM 21   OBTAIN AND PRESERVE EVIDENCE, THE FACTS OF THIS CASE REALLY

10:33AM 22   AREN'T CLOSE TO THE STANDARD THAT WOULD REQUIRE OR SUPPORT ANY

10:33AM 23   KIND OF SUPPRESSION OF EVIDENCE HERE.

10:33AM 24       AS THE COURT KNOWS, THE GOVERNMENT SOUGHT AND OBTAINED, OR

10:33AM 25   BELIEVED IT OBTAINED, A COPY OF THE LIS DATABASE.  THE

10:33AM 1    GOVERNMENT WAS INFORMED BY MS. HOLMES'S COMPANY, BY THERANOS,

10:33AM 2    THAT THE GOVERNMENT HAD IN ITS POSSESSION A COPY OF THE LIS

10:33AM 3    DATABASE.

10:33AM 4        WITHIN DAYS OF PROVIDING THAT COPY TO THE GOVERNMENT -- A

10:33AM 5    COPY THAT TURNED OUT TO BE DOUBLE ENCRYPTED AND INACCESSIBLE --

10:33AM 6    WITHIN DAYS OF PROVIDING THAT COPY, THERANOS ITSELF DISMANTLED

10:33AM 7    THE LIS DATABASE HARDWARE IN A WAY THAT MADE THAT INFORMATION

10:33AM 8    PERMANENTLY IRRETRIEVABLE.

10:33AM 9        ON THOSE FACTS, IT SIMPLY CANNOT BE SAID THAT WE'RE

10:33AM 10   ANYWHERE CLOSE TO THE LOUD HAWK STANDARD OR THE STANDARDS

10:33AM 11   ADOPTED BY THE OTHER CASES ALONG THOSE LINES.

10:34AM 12       THE COURT:  ALL RIGHT.

10:34AM 13       MS. SAHARIA:  I'M CONTENT TO REST ON OUR PRIOR

10:34AM 14   SUBMISSIONS AND OUR PRIOR STATEMENTS.

10:34AM 15       THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK

10:34AM 16   YOU FOR THAT.

10:34AM 17       MS. SAHARIA:  SO WITH THAT, YOUR HONOR, MS. HOLMES

10:34AM 18   RESPECTFULLY MOVES FOR JUDGMENT OF ACQUITTAL UNDER RULE 29.  WE

10:34AM 19   RESPECTFULLY SUBMIT THAT THE EVIDENCE PRESENTED BY THE

10:34AM 20   GOVERNMENT IS INSUFFICIENT ON EVERY ELEMENT OF EVERY COUNT, AND

10:34AM 21   WE ARE HAPPY TO ADDRESS THAT IN MORE DETAIL WHENEVER IS

10:34AM 22   CONVENIENT FOR THE COURT AT A LATER TIME.

10:34AM 23       THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:34AM 24       FIRST OF ALL, LET ME NOTE THAT THE RECORD SHOULD REFLECT

10:34AM 25   THAT YOU HAVE TIMELY RESERVED AND MADE YOUR MOTION UNDER

7105

| | | |
|---|---|---|
| 10:34AM | 1 | RULE 29. |
| 10:34AM | 2 | THE COURT WILL RESERVE JUDGMENT ON THAT AND WILL INFORM |
| 10:34AM | 3 | THE PARTIES WHETHER OR NOT THE COURT WISHES ADDITIONAL BRIEFLY |
| 10:34AM | 4 | AS TO THE RULE 29 MOTION. |
| 10:34AM | 5 | BUT YOU HAVE PRESERVED IT TIMELY FOR YOUR CLIENT AND FOR |
| 10:34AM | 6 | YOUR TEAM.  I'LL NOTE THAT. |
| 10:34AM | 7 | FOR PURPOSES OF THE RECORD, AS I SAID, I'LL RESERVE |
| 10:35AM | 8 | JUDGMENT AND TAKE IT UNDER SUBMISSION AT THIS POINT, AND THEN |
| 10:35AM | 9 | WE'LL TAKE UP PROCEEDINGS AS IS NECESSARY. |
| 10:35AM | 10 | MS. SAHARIA:  THANK YOU, YOUR HONOR. |
| 10:35AM | 11 | THE COURT:  YOU'RE WELCOME. |
| 10:35AM | 12 | LET'S TAKE A BREAK. |
| 10:35AM | 13 | YOU HAVE A WITNESS?  I ASSUME YOU HAVE A WITNESS HERE. |
| 10:35AM | 14 | MR. DOWNEY:  WE DO.  I THINK WE CAN APPROACH IT |
| 10:35AM | 15 | EITHER WAY.  I THINK WE CAN BEGIN FOR HALF AN HOUR WITH THAT |
| 10:35AM | 16 | WITNESS, OR WE CAN BREAK NOW, WHATEVER SUITS THE COURT. |
| 10:35AM | 17 | MR. LEACH:  YOUR HONOR, I UNDERSTAND THE WITNESS THE |
| 10:35AM | 18 | DEFENSE IS REFERRING TO IS TRENT MIDDLETON -- |
| 10:35AM | 19 | MR. DOWNEY:  THAT'S RIGHT. |
| 10:35AM | 20 | MR. LEACH:  -- WHO IS GOING TO PRESENT SOME SUMMARY |
| 10:35AM | 21 | CHARTS. |
| 10:35AM | 22 | THERE WERE SOME ISSUES RELATING TO THAT THAT I WANTED TO |
| 10:35AM | 23 | RAISE WITH THE COURT.  I DON'T KNOW WHEN IT'S GOING TO COME UP |
| 10:35AM | 24 | ON THE EXAMINATION, AND I JUST WANTED AN OPPORTUNITY TO DO THAT |
| 10:35AM | 25 | OUTSIDE OF THE PRESENCE OF THE JURY. |

| | | |
|---|---|---|
| 10:35AM | 1 | MR. DOWNEY:  THAT'S RIGHT.  WHY DON'T WE DO THAT |
| 10:35AM | 2 | BEFORE WE BRING THE JURY BACK IN AND GET THAT RESOLVED. |
| 10:35AM | 3 | THE COURT:  SURE.  DO YOU WANT TO TALK? |
| 10:35AM | 4 | MR. CLINE:  MAYBE WE SHOULD BREAK AND HAVE THAT |
| 10:35AM | 5 | DISCUSSION. |
| 10:35AM | 6 | THE COURT:  LET'S DO THAT.  LET'S DO THAT, SO WE |
| 10:36AM | 7 | DON'T HAVE MULTIPLE BREAKS. |
| 10:36AM | 8 | MR. DOWNEY:  YES. |
| 10:36AM | 9 | THE COURT:  THAT REQUIRES THE TWO OF YOU TO TALK |
| 10:36AM | 10 | ABOUT, UNDER 1006, WHETHER THIS WITNESS IS GOING TO TESTIFY AS |
| 10:36AM | 11 | A SUMMARY WITNESS, OR? |
| 10:36AM | 12 | MR. DOWNEY:  I THINK -- IS THIS THAT ISSUE OR -- |
| 10:36AM | 13 | MS. TREFZ IS GOING TO HANDLE THIS WITNESS, YOUR HONOR. |
| 10:36AM | 14 | THE COURT:  OKAY.  OKAY. |
| 10:36AM | 15 | MR. LEACH:  IT RELATES TO SOME OF THE SUMMARY |
| 10:36AM | 16 | CHARTS, YOUR HONOR, AND IT INVOLVES EVIDENCE FROM 2018, 2019, |
| 10:36AM | 17 | 2021 THAT THE GOVERNMENT VIEWS AS IRRELEVANT AND 403. |
| 10:36AM | 18 | THE COURT:  I TRUST THAT THE SUMMARY WITNESS IS |
| 10:36AM | 19 | GOING TO SPEAK ABOUT, IF HE OR SHE SPEAKS AT ALL, EVIDENCE THAT |
| 10:36AM | 20 | IS IN EVIDENCE IN THIS CASE. |
| 10:36AM | 21 | MR. DOWNEY:  EVIDENCE THAT IS EITHER ADMISSIBLE IN |
| 10:36AM | 22 | THE CASE OR HAS BEEN ADMITTED, YOUR HONOR, YES. |
| 10:36AM | 23 | THE COURT:  ALL RIGHT.  LET'S TAKE A BREAK FOR ABOUT |
| 10:36AM | 24 | 30 MINUTES THEN AND LET YOU DO THAT. |
| 10:36AM | 25 | MR. DOWNEY:  THANK YOU, YOUR HONOR. |

| | | |
|---|---|---|
| 10:36AM | 1 | (RECESS FROM 10:36 A.M. UNTIL 11:09 A.M.) |
| 11:09AM | 2 | THE COURT:  WE'RE ON THE RECORD.  ALL PARTIES ARE |
| 11:09AM | 3 | PRESENT.  WE'RE OUTSIDE OF THE PRESENCE OF THE JURY. |
| 11:09AM | 4 | MR. LEACH. |
| 11:10AM | 5 | MR. LEACH:  THANK YOU, YOUR HONOR. |
| 11:10AM | 6 | MAY I REMOVE MY MASK? |
| 11:10AM | 7 | THE COURT:  YES, PLEASE.  THANK YOU. |
| 11:10AM | 8 | MR. LEACH:  AND DOES YOUR HONOR HAVE THE BINDER FOR |
| 11:10AM | 9 | THE EXHIBITS FOR THE EXAMINATION OF TRENT MIDDLETON? |
| 11:10AM | 10 | THE COURT:  I THINK I DO, YES. |
| 11:10AM | 11 | MR. LEACH:  OKAY.  THE GOVERNMENT'S OBJECTION |
| 11:10AM | 12 | RELATES TO EXHIBIT 10684, WHICH PURPORTS TO BE A SUMMARY OF |
| 11:10AM | 13 | U.S. PATENTS ISSUED. |
| 11:10AM | 14 | WE HAVE NO OBJECTION TO PATENTS THAT WERE APPLIED FOR AND |
| 11:10AM | 15 | ISSUED DURING THE CONSPIRACY TIME PERIOD, SO UP THROUGH 2016. |
| 11:10AM | 16 | THIS EXHIBIT PURPORTS TO SUMMARIZE A NUMBER OF PATENTS |
| 11:10AM | 17 | THAT WERE BOTH APPLIED FOR AND ISSUED IN 2017, 2018, AND 2019, |
| 11:10AM | 18 | ALL OF THE WAY UP THROUGH 2021. |
| 11:10AM | 19 | THE SUMMARY ALSO MAKES REFERENCE, OR THE EXHIBIT THAT IT |
| 11:10AM | 20 | SUMMARIZES ALSO INCLUDES REFERENCE TO ENTITIES SUCH AS |
| 11:10AM | 21 | LABRADOR DIAGNOSTICS LLC, THERANOS IP COMPANY LLC, ALL OF WHICH |
| 11:11AM | 22 | TOUCH ON, YOU KNOW, ENTITIES RELATED TO THE BANKRUPTCY THAT |
| 11:11AM | 23 | HAPPENED IN 2018 AND 2019. |
| 11:11AM | 24 | I THINK IT'S IRRELEVANT TO THE ISSUES IN THE INDICTMENT. |
| 11:11AM | 25 | IT RAISES A NUMBER OF 403 ISSUES IN TERMS OF ARE WE GOING TO |

11:11AM 1    HAVE A MINI TRIAL ON WHAT HAPPENED AT THERANOS ALL OF THE WAY

11:11AM 2    UP THROUGH 2021?

11:11AM 3        THERE ALSO PURPORTS TO BE A COMPARISON BETWEEN THE NUMBER

11:11AM 4    OF PATENTS ISSUED PRIOR TO 2016 AND PATENTS ISSUED AFTER THE

11:11AM 5    INDICTMENT, WHICH I DON'T SEE HOW THAT COULD BE RELEVANT.

11:11AM 6        SO WE HAVE A NUMBER OF 401 AND 403 OBJECTIONS TO THIS

11:11AM 7    SUMMARY EXHIBIT.

11:11AM 8            THE COURT:  MS. TREFZ.

11:11AM 9            MS. TREFZ:  GOOD AFTERNOON, YOUR HONOR.  OR MORNING.

11:11AM 10   I GUESS WE'RE STILL IN THE MORNING.

11:11AM 11       WITH RESPECT TO THE PATENTS, JUST TO MAKE SURE THAT IT'S

11:11AM 12   CLEAR, THE PATENTS ARE -- WE BELIEVE THAT THEY ARE ADMISSIBLE

11:11AM 13   AND THEREFORE APPROPRIATE FOR A SUMMARY CHART.

11:12AM 14       I HEAR MR. LEACH -- IF I UNDERSTAND IT CORRECTLY, THEN THE

11:12AM 15   ISSUE IS NOT WITH PATENTS APPLIED FOR IN ADVANCE OF THE -- BY

11:12AM 16   THE END OF 2016; IS THAT CORRECT?

11:12AM 17           MR. LEACH:  WITHIN THE TIME OF THE CONSPIRACY

11:12AM 18   COUNTS, YOUR HONOR.  WE HAVE NO OBJECTION TO THOSE -- I MEAN,

11:12AM 19   I'M NOT SURE THEY'RE RELEVANT, BUT WE AREN'T OBJECTING TO THEM.

11:12AM 20           THE COURT:  RIGHT.  RIGHT.

11:12AM 21           MS. TREFZ:  AND DOES THAT GO THROUGH THE END OF

11:12AM 22   2016?

11:12AM 23           MR. LEACH:  YES.

11:12AM 24           MS. TREFZ:  SO WITH RESPECT TO THAT, I THINK -- WE

11:12AM 25   BELIEVE THAT THE PATENTS ARE RELEVANT TO A NUMBER OF DIFFERENT

| 11:12AM | 1 | PURPOSES. |
| 11:12AM | 2 | ONE IS THAT WE BELIEVE THAT THE PATENTS ARE RELEVANT TO |
| 11:12AM | 3 | MS. HOLMES'S STATE OF MIND, THE AWARD OF PATENTS FOR THERANOS'S |
| 11:12AM | 4 | INVENTIONS IS RELEVANT TO HER GOOD FAITH BELIEF THAT THE |
| 11:12AM | 5 | TECHNOLOGY WORKED AND HER CONTINUED GOOD BELIEF THAT THE |
| 11:12AM | 6 | TECHNOLOGY WORKED, HER GOOD FAITH BELIEF. |
| 11:12AM | 7 | THE COURT:  HOW DO THOSE CONNECT?  HOW DO THOSE |
| 11:12AM | 8 | CONNECT? |
| 11:12AM | 9 | MS. TREFZ:  HOW DO THEY? |
| 11:13AM | 10 | THE COURT:  HOW DOES IT PROVE HER STATE OF MIND FOR |
| 11:13AM | 11 | THAT PURPOSE? |
| 11:13AM | 12 | MS. TREFZ:  BECAUSE THESE ARE -- WHEN YOU DO A |
| 11:13AM | 13 | PATENT APPLICATION, YOU NEED TO PUT IN INFORMATION ABOUT THE |
| 11:13AM | 14 | INVENTION AND WHAT WAS INVENTED, AND IT GOES TO HER |
| 11:13AM | 15 | UNDERSTANDING THAT THE, THAT THE INFORMATION APPLIED FOR OR THE |
| 11:13AM | 16 | PATENTS APPLIED FOR WERE NOVEL INVENTIONS, AND THAT THEY WERE |
| 11:13AM | 17 | THINGS ACTUALLY INVENTED BY THERANOS. |
| 11:13AM | 18 | BUT I -- |
| 11:13AM | 19 | THE COURT:  HOW DOES THAT GO TO HER STATE OF MIND? |
| 11:13AM | 20 | WHAT DOES THAT SAY? |
| 11:13AM | 21 | MS. TREFZ:  WELL, WE BELIEVE THAT AN ALLEGATION IN |
| 11:13AM | 22 | THE CASE IS THAT MS. HOLMES UNDERSTOOD THAT THE TECHNOLOGY AT |
| 11:13AM | 23 | ISSUE, THAT SHE HAD CERTAIN UNDERSTANDINGS ABOUT THE TECHNOLOGY |
| 11:13AM | 24 | AT ISSUE IN THE CASE THAT WERE INCONSISTENT WITH REALITY, AND |
| 11:14AM | 25 | WE BELIEVE THAT THAT IS -- WE SHOULD HAVE THE OPPORTUNITY TO |

7110

11:14AM 1   MEET THAT ALLEGATION OF HER KNOWLEDGE ABOUT THE STATE OF THE

11:14AM 2   TECHNOLOGY WITH --

11:14AM 3            THE COURT:  DO THESE PATENTS RELATE TO THE

11:14AM 4   TECHNOLOGY AT ISSUE?

11:14AM 5            MS. TREFZ:  IN THE SENSE THAT THEY WERE ALL APPLIED

11:14AM 6   FOR -- IN THE SENSE THAT THEY WERE ALL INVENTED AT THERANOS AND

11:14AM 7   ALL REPRESENT THERANOS DEVELOPED TECHNOLOGY, YES.

11:14AM 8        IF I MAY, THOUGH, WE MAY BE ACTUALLY -- IT MAY TAKE US A

11:14AM 9   MOMENT TO ADDRESS THIS IN THE SUMMARY CHART, BUT I BELIEVE THAT

11:14AM 10  WE DO HAVE A NATIVE EXCEL SPREADSHEET THAT CAN BE SORTED.  WE

11:14AM 11  WOULD WANT THE CHANCE TO JUST ADDRESS IT WITH OUR WITNESS

11:14AM 12  QUICKLY.

11:14AM 13       BUT, YOU KNOW --

11:14AM 14           THE COURT:  SO I GUESS I'M -- I'M SORRY, I DON'T

11:14AM 15  MEAN TO BE THICK ON THIS.  BUT WE'RE TALKING ABOUT THE

11:14AM 16  MACHINES.  IS THAT THE ALLEGATION IN THE TSI, THAT THE MACHINES

11:14AM 17  DIDN'T OPERATE AS REPRESENTED?

11:15AM 18           MR. LEACH:  CORRECT, YOUR HONOR.

11:15AM 19       AND PART OF MY ISSUE WITH JUST DUMPING 176 PATENTS ALL OF

11:15AM 20  THE WAY THROUGH 2021 INTO EVIDENCE IS JUST FROM THE PATENT -- I

11:15AM 21  MEAN, SOME OF THESE SAY SYSTEMS AND METHODS FOR FLUID AND

11:15AM 22  COMPONENT HANDLING.

11:15AM 23       THERE'S NO PROFFER, AND NOT GOING TO BE ONE FROM THIS

11:15AM 24  WITNESS, ABOUT WHAT THESE ARE AND HOW THEY RELATE TO PARTICULAR

11:15AM 25  THINGS WITHIN THE TECHNOLOGY.

11:15AM  1         THESE ARE ALSO PATENTS.  THEY'RE PIECES OF PAPER.  THEY'RE

11:15AM  2    NOT PROOF THAT THE TECHNOLOGY WORKS.

11:15AM  3         SO I THINK IT HAS VERY LIMITED RELEVANCE.  IT COULD

11:15AM  4    INVOLVE WORK FROM 2017, 2018, 2019, 2021, AND I JUST THINK

11:15AM  5    IT'S -- TO DUMP A LIST OF PATENTS WITHOUT TYING THEM TO

11:15AM  6    PARTICULAR THINGS RELATING TO THE MINILAB, THE EDISON, OR THE

11:15AM  7    TSPU REALLY SERVES NO PURPOSE THAT I CAN SEE FROM A RELEVANCE

11:15AM  8    POINT OF VIEW.

11:15AM  9              THE COURT:  IF IT'S THE -- WE'RE TALKING ABOUT THE

11:15AM 10    TESTING THAT WAS DONE ON COMPLETED MACHINES; IS THAT RIGHT?

11:16AM 11              MS. TREFZ:  IN, IN --

11:16AM 12              THE COURT:  THE MINILAB AND THE EDISON, AND THEN THE

11:16AM 13    ITERATION OF EACH OF THOSE, I THINK THERE'S BEEN TESTIMONY

11:16AM 14    ABOUT THAT.

11:16AM 15              MS. TREFZ:  THE THERANOS TECHNOLOGY WAS BROADER THAN

11:16AM 16    THAT, YOUR HONOR.

11:16AM 17         BUT I DID JUST WANT TO SAY I THINK WE CAN LIMIT -- LIKE I

11:16AM 18    SAID, WE WILL HAVE TO CHANGE THE EXHIBIT, BUT I THINK WE CAN

11:16AM 19    LIMIT IT TO THE APPLICATIONS FILED BY THE END OF 2016, AND IT

11:16AM 20    SOUNDS LIKE THAT WILL RESOLVE THE GOVERNMENT'S CONCERN.  IT WAS

11:16AM 21    RAISED NOW, AND I'M HAPPY TO ADDRESS IT QUICKLY.

11:16AM 22              THE COURT:  IS THIS WITNESS GOING TO TESTIFY ABOUT

11:16AM 23    THE PATENT PROSECUTION PROCESS AND HOW LONG --

11:16AM 24              MS. TREFZ:  NO.

11:16AM 25              THE COURT:  -- AND HOW LONG THAT TAKES?

| | | |
|---|---|---|
| 11:16AM | 1 | MS. TREFZ:  WE DID INTEND FOR -- THE SECOND PAGE, OR |
| 11:16AM | 2 | ACTUALLY THE THIRD PAGE OF EXHIBIT 10684 DOES SHOW THE |
| 11:16AM | 3 | DIFFERENCE BETWEEN WHEN A PATENT WAS APPLIED FOR AND WHEN IT |
| 11:16AM | 4 | WAS ISSUED. |
| 11:17AM | 5 | WE CAN DO THAT IN A SLIGHTLY DIFFERENT WAY.  SO HE'S NOT |
| 11:17AM | 6 | GOING TO TESTIFY SUBSTANTIVELY ABOUT, ABOUT THAT PROCESS, WHAT, |
| 11:17AM | 7 | WHAT HE WAS -- WHAT WE WOULD LIKE HIM TO BE ABLE TO IDENTIFY IS |
| 11:17AM | 8 | THAT SOMETIMES PATENTS APPLIED FOR IN A -- YOU KNOW, OBVIOUSLY |
| 11:17AM | 9 | A PATENT IS APPLIED FOR AS A PARTICULAR DATE, AND THEN IT'S |
| 11:17AM | 10 | ISSUED LATER. |
| 11:17AM | 11 | AND SO WE WOULD LIKE TO BE ABLE TO SAY THAT, WHICH YOU CAN |
| 11:17AM | 12 | SEE FROM THE FACE OF THE PATENTS, THE APPLICATION DATE. |
| 11:17AM | 13 | THE COURT:  IS HE GOING TO PUT THE WRAPPER IN AS TO |
| 11:17AM | 14 | THE PATENT? |
| 11:17AM | 15 | MS. TREFZ:  HE'S NOT GOING TO PUT IN THE WRAPPER. |
| 11:17AM | 16 | WE'RE NOT OFFERING THE PATENTS, WE'RE OFFERING THE SUMMARY. |
| 11:17AM | 17 | THE PATENTS ARE ON OUR EXHIBIT LIST, BUT WE'RE OFFERING THE |
| 11:17AM | 18 | SUMMARY. |
| 11:17AM | 19 | THEY COULD COME IN FROM A DIFFERENT WITNESS, BUT -- |
| 11:17AM | 20 | THE COURT:  THIS GOES TO -- WHAT YOU'RE SAYING IS |
| 11:17AM | 21 | THIS GOES TO HER STATE OF MIND, PARDON ME, YOUR CLIENT'S STATE |
| 11:17AM | 22 | OF MIND TO SHOW THAT SHE, WHAT, CONTINUED TO BELIEVE IN THE |
| 11:17AM | 23 | PRODUCT? |
| 11:17AM | 24 | I'M SORRY, I DON'T UNDERSTAND THAT. |
| 11:17AM | 25 | MS. TREFZ:  RIGHT.  SO IS THE COURT'S QUESTION WITH |

7113

11:18AM 1      RESPECT TO PATENTS AFTER -- APPLIED FOR AFTER THE CONSPIRACY?

11:18AM 2              THE COURT:  LET'S ASSUME THAT THOSE AREN'T COMING

11:18AM 3      IN, AND I THINK THERE'S AGREEMENT THAT THEY WON'T.

11:18AM 4          BUT WHAT DO THE ONES THAT ARE GOING TO COME IN, WHAT DO

11:18AM 5      THOSE -- STATE OF MIND YOU SAID.  I'VE BEEN HEARING THAT A LOT,

11:18AM 6      AND I'M NOT SURE WHAT IT'S FOR.

11:18AM 7              MS. TREFZ:  I APOLOGIZE FOR --

11:18AM 8              THE COURT:  NO, NO.

11:18AM 9              MS. TREFZ:  THERE ARE ACTUALLY, TO BE CLEAR, FIVE

11:18AM 10     REASONS WHY WE THINK THEY ARE RELEVANT.

11:18AM 11         BUT WITH RESPECT TO STATE OF MIND, MS. HOLMES IS AN

11:18AM 12     INVENTOR ON MANY OF THESE PATENTS.  SHE OVERSAW THE PATENT --

11:18AM 13     SHE OVERSAW THE INVENTION PROCESS AT THERANOS IN SOME WAY.

11:18AM 14         WE BELIEVE THAT THERE HAS BEEN KIND OF EVIDENCE, I THINK

11:18AM 15     FROM MR. EDLIN, THAT SHE WAS INVOLVED MORE IN THE TECHNOLOGY.

11:18AM 16         SO THE IDEA OF, THE IDEA THAT SHE -- THAT THESE PATENTS

11:18AM 17     WERE PATENTS APPLIED FOR BY THERANOS, MANY OF WHICH SHE'S THE

11:19AM 18     INVENTOR ON, AND WHICH I THINK IN FACT DO COVER THE TECHNOLOGY

11:19AM 19     THAT THERANOS DEVELOPED AND THE ALLEGATIONS IN THE CASE ARE

11:19AM 20     ABOUT THE TECH -- ARE NOT JUST ABOUT THE DEVICE ITSELF, BUT --

11:19AM 21             THE COURT:  WHAT IS THE STATE OF MIND?  IS IT THAT

11:19AM 22     SHE'S SMART?

11:19AM 23             MS. TREFZ:  NO, YOUR HONOR.

11:19AM 24             THE COURT:  WHAT IS THE STATE OF MIND?

11:19AM 25             MS. TREFZ:  WELL, IT'S THAT SHE UNDERSTOOD THAT THE

7114

11:19AM 1   COMPANY HAD, IN FACT, DEVELOPED NOVEL TECHNOLOGY, WHICH IS ONE

11:19AM 2   OF THE THINGS THAT YOU DO WHEN YOU APPLY FOR -- IF A PATENT IS

11:19AM 3   ISSUED, IT HAS TO BE NOVEL.

11:19AM 4       AND, YOU KNOW, THERE IS A WHOLE PROCESS.  WE'RE NOT

11:19AM 5   INTENDING TO GO INTO THE WHOLE PROCESS.  WE'RE NOT TRYING TO

11:19AM 6   MAKE THIS A PATENT CASE.

11:19AM 7           THE COURT:  I'M SORRY.  AND AGAIN, I DON'T MEAN TO

11:19AM 8   BE THICK ON THIS, BUT STATE OF MIND AS TO AN ISSUE OF?

11:19AM 9           MS. TREFZ:  OF HER UNDERSTANDING OF THE STATE OF

11:19AM 10  THERANOS'S TECHNOLOGY THROUGHOUT THE CONSPIRACY PERIOD.

11:19AM 11          THE COURT:  AT THE TIME THE PATENT WAS ISSUED?

11:20AM 12          MS. TREFZ:  AT THE TIME IT WAS APPLIED FOR IS WHAT I

11:20AM 13  BELIEVE WE'RE -- AND THEN ISSUED.  MANY OF THESE WERE ISSUED

11:20AM 14  DURING THE ALLEGED CONSPIRACY AS WELL.

11:20AM 15          THE COURT:  SO IT GOES TO HER KNOWLEDGE OF THE

11:20AM 16  TECHNOLOGY?

11:20AM 17          MS. TREFZ:  YES, HER UNDERSTANDING OF THE TECHNOLOGY

11:20AM 18  AND THAT IT WAS NOVEL.

11:20AM 19      AND THERE ARE OTHER REASONS THAT IT'S ADMISSIBLE THAT I'M

11:20AM 20  HAPPY TO EXPLAIN.  I DON'T WANT US TO GET TOO FOCUSSED ON ONE

11:20AM 21  REASON.

11:20AM 22          THE COURT:  SURE.

11:20AM 23          MS. TREFZ:  THE SECOND IS THAT -- I THINK KIND OF

11:20AM 24  RELATED IS THAT THE PATENTS REFLECT RESEARCH AND DEVELOPMENT

11:20AM 25  WORK, AND FOR THAT REASON THEY'RE RELEVANT TO ALLEGATIONS OF

7115

| | | |
|---|---|---|
| 11:20AM | 1 | FALSITY.  THEY MAKE IT MORE LIKELY THAT HER STATEMENTS |
| 11:20AM | 2 | CONCERNING THE CAPABILITY OF THE TECHNOLOGIES WERE TRUE. |
| 11:20AM | 3 | NOW, AGAIN, WE'RE NOT INTENDING TO MAKE THIS -- TO GO INTO |
| 11:20AM | 4 | ALL OF THE DETAILS OF THE PATENTS THROUGH THIS WITNESS, BUT |
| 11:20AM | 5 | IT'S POSSIBLE THAT, YOU KNOW, THE STATE OF THE TECHNOLOGY MAY |
| 11:20AM | 6 | COME IN IN OTHER AREAS OF THE CASE. |
| 11:21AM | 7 | THE COURT:  IS SHE THE INVENTOR IN EACH OF THESE |
| 11:21AM | 8 | PATENTS? |
| 11:21AM | 9 | MS. TREFZ:  THERE ARE MANY INVENTORS ON THE PATENTS. |
| 11:21AM | 10 | SHE'S AN INVENTOR ON MANY, BUT NOT ALL OF THEM. |
| 11:21AM | 11 | AND THERE ARE THREE REASONS I JUST WANTED TO IDENTIFY. |
| 11:21AM | 12 | THIRD IS THAT THERANOS'S PATENTS AND IP RELATES TO THE |
| 11:21AM | 13 | MATERIALITY OF THE INVESTOR CONSPIRACY.  MULTIPLE INVESTOR |
| 11:21AM | 14 | WITNESSES HAVE TESTIFIED THAT THEY WERE SENT PATENT PORTFOLIOS |
| 11:21AM | 15 | BY THERANOS AND THAT THERANOS'S IP WAS IMPORTANT TO PROSPECTIVE |
| 11:21AM | 16 | INVESTORS.  THAT INCLUDES MR. MOSLEY. |
| 11:21AM | 17 | AND INVESTOR -- AND MR. MOSLEY ALSO, YOU KNOW, IDENTIFIED |
| 11:21AM | 18 | THAT HE VIEWED PATENT APPLICATIONS, NOT THE FINALIZED PATENTS, |
| 11:21AM | 19 | AS IMPORTANT.  HE TESTIFIED TO THAT. |
| 11:21AM | 20 | FOURTH, THE GOVERNMENT PUT AT ISSUE I THINK PROPRIETARY |
| 11:21AM | 21 | PATENTED TECHNOLOGY BY INTRODUCING EXHIBITS THROUGH WITNESSES, |
| 11:22AM | 22 | INCLUDING, INCLUDING THE PRESENTATION THAT WAS ADMITTED THROUGH |
| 11:22AM | 23 | MS. PETERSON.  THAT'S EXHIBIT 4858 AND THE TRANSCRIPT AT 4664. |
| 11:22AM | 24 | AND SO WE BELIEVE THAT IT'S ESSENTIAL TO, YOU KNOW, MAKE |
| 11:22AM | 25 | SURE THAT THERE'S NO MISIMPRESSION THAT THIS WAS SOME SORT OF |

11:22AM 1   MISREPRESENTATION THAT SHE SAID THERE WERE A LOT OF PATENTS

11:22AM 2   BECAUSE IT'S HIGHLIGHTED, BECAUSE IT'S INCLUDED IN THESE

11:22AM 3   PRESENTATIONS THAT THE GOVERNMENT, I UNDERSTAND, WILL LIKELY

11:22AM 4   ARGUE, YOU KNOW, CONTAINED MISLEADING STATEMENTS.

11:22AM 5       AND THEN --

11:22AM 6           THE COURT:  SO WHAT IS THE RELEVANCE OF THE PATENTS

11:22AM 7   TO THAT?  TO SHOW THAT THE PATENTS ACTUALLY EXISTED?

11:22AM 8           MS. TREFZ:  CORRECT, THAT THEY WERE APPLIED FOR AND

11:22AM 9   ISSUED, AND THAT IT'S FROM THE FACE OF THE PATENT.

11:23AM 10      I MEAN, THE INVESTOR MATERIALS INCLUDE A THICK SET OF

11:23AM 11  PATENT, OF INTELLECTUAL PROPERTY DISCLOSURES.

11:23AM 12          THE COURT:  IS THAT IN DISPUTE THAT THEY'RE PATENTS?

11:23AM 13          MR. LEACH:  NO, YOUR HONOR.

11:23AM 14          THE COURT:  IT'S NOT IN DISPUTE.  THEY'RE NOT GOING

11:23AM 15  TO SAY, OH, NO, THERE WEREN'T PATENTS ISSUED.  THEY SAID IN

11:23AM 16  THEIR CASE THAT THERE WERE PATENTS.

11:23AM 17      I GUESS THERE IS EVIDENCE THAT INVESTORS RECEIVED THE

11:23AM 18  PATENTS, AND YOU WANT TO SHOW THAT, YEAH, THE PATENTS ACTUALLY

11:23AM 19  EXIST.

11:23AM 20          MS. TREFZ:  EXACTLY, YOUR HONOR.

11:23AM 21      AND I THINK THAT'S IMPORTANT TO JUST PROVIDE THE CONTEXT

11:23AM 22  FOR THE KINDS OF INFORMATION THAT WAS BEING PROVIDED FOR

11:23AM 23  INVESTORS.

11:23AM 24      AND, YOU KNOW, I DON'T -- I WOULD DISPUTE THE, THE CONCEPT

11:23AM 25  THAT THE DEFENSE IS ONLY REQUIRED TO KIND OF TAKE AT ISSUE IN

11:23AM  1    ITS CASE, YOU KNOW, PURELY WHAT THE GOVERNMENT HAS KIND OF

11:23AM  2    IDENTIFIED AS, YOU KNOW, AND EXPLICITLY SUGGESTED WAS A

11:24AM  3    REPRESENTATION.

11:24AM  4        SO I -- MY HOPE IS THAT THE -- YOU KNOW, IF WE CAN LIMIT

11:24AM  5    THIS EXHIBIT TO 2016, THE PATENTS APPLIED FOR THROUGH 2016,

11:24AM  6    THAT WE WILL RESOLVE THE GOVERNMENT'S CONCERN.

11:24AM  7        AND, AND --

11:24AM  8            THE COURT:  ARE ALL OF THESE PATENTS RELATED TO THE

11:24AM  9    TECHNOLOGY OF THE MACHINES, OR ARE THERE PATENTS THAT ARE HERE

11:24AM  10   IN THESE CHARTS THAT ARE OUTSIDE OF THAT?

11:24AM  11           MS. TREFZ:  THERE ARE MULTIPLE, OBVIOUSLY MULTIPLE

11:24AM  12   INVENTIONS USUALLY THAT GO INTO A MACHINE LIKE THIS.  SO I

11:24AM  13   WOULD SAY MANY OF THEM ARE RELATED TO THE SYSTEMS THAT THERANOS

11:24AM  14   DEVELOPED, INCLUDING THE DIFFERENT PIECES OF THOSE SYSTEMS.

11:24AM  15       I THINK IF YOU LOOK AT THE TITLES OF THE PATENTS, WHICH

11:24AM  16   ARE -- THE FULL LIST IS AT 10691 IN THE COURT'S BINDER, YOU CAN

11:25AM  17   SEE A NUMBER OF DIFFERENT --

11:25AM  18           THE COURT:  SO HOW MANY OF THESE ARE SOFTWARE

11:25AM  19   PATENTS?

11:25AM  20           MS. TREFZ:  THERE ARE, THERE ARE PROBABLY A FEW OF

11:25AM  21   THEM.  I'M NOT SURE OFF THE TOP OF MY HEAD.

11:25AM  22           THE COURT:  DOES THAT MATTER?  SHOULD WE GO INTO

11:25AM  23   THAT?

11:25AM  24           MS. TREFZ:  WELL, I DO BELIEVE THAT SOFTWARE WAS

11:25AM  25   PART OF THE THERANOS TECHNOLOGY, AND I THINK THAT THAT'S AT

| | | |
|---|---|---|
| 11:25AM | 1 | ISSUE IN THE CASE. |
| 11:25AM | 2 | THE COURT:  AND I ASK THAT BECAUSE, YOU KNOW, IT'S A |
| 11:25AM | 3 | RABBIT HOLE, ISN'T IT?  DO WE WANT TO GO DOWN EVERY PATENT AND |
| 11:25AM | 4 | ASK, WHAT WAS THIS PATENT FOR?  THIS WAS A SYSTEMS PATENT, |
| 11:25AM | 5 | SOFTWARE PATENT TO ALLOW FOR THE MACHINES TO TALK TO THEMSELVES |
| 11:25AM | 6 | WITH GREATER EFFICIENCY. |
| 11:25AM | 7 | THIS IS A PATENT FOR A KNOB. |
| 11:25AM | 8 | THIS IS A PATENT FOR A WIRE THAT CONNECTS THE CIRCUIT |
| 11:25AM | 9 | BOARDS. |
| 11:25AM | 10 | DO WE -- ARE WE GOING TO GET GRANULAR ON THIS? |
| 11:25AM | 11 | MS. TREFZ:  I WAS NOT INTENDING TO GO THROUGH THIS |
| 11:25AM | 12 | WITH THIS WITNESS, YOUR HONOR. |
| 11:25AM | 13 | HOWEVER, I WOULD JUST NOTE THAT THE PATENTS FOR SOFTWARE |
| 11:26AM | 14 | FOR THE MACHINES TO BE ABLE TO TALK TO EACH OTHER IS ACTUALLY A |
| 11:26AM | 15 | CORE PART OF THE THERANOS TECHNOLOGY, AND SO I WOULDN'T WANT, I |
| 11:26AM | 16 | WOULDN'T WANT TO LEAVE THE MISIMPRESSION THAT IT IS NOT.  IT |
| 11:26AM | 17 | IS. |
| 11:26AM | 18 | THE COURT:  WELL, I UNDERSTAND THE IMPORTANCE OF |
| 11:26AM | 19 | THIS. |
| 11:26AM | 20 | MS. TREFZ:  OKAY. |
| 11:26AM | 21 | THE COURT:  I JUST -- I DON'T KNOW WHAT THE VALUE OF |
| 11:26AM | 22 | THIS IS.  YOU TELL ME IT'S INCREDIBLY VALUABLE TO YOUR CASE, |
| 11:26AM | 23 | AND I'LL TAKE YOU AT YOUR WORD. |
| 11:26AM | 24 | SO WE'RE GOING TO LIMIT IT TO THE 2016 TIME PERIOD. |
| 11:26AM | 25 | MR. LEACH:  THAT WAS ALL MY CONCERN, YOUR HONOR.  I |

| 11:26AM | 1 | THINK YOU'RE HITTING ON A LOT OF THE RELEVANCE POINTS THAT I |
| 11:26AM | 2 | SEE WITH THIS AND THE LIMIT OF THIS EVIDENCE, BUT THE NATURE OF |
| 11:26AM | 3 | MY 403 OBJECTION WAS REALLY THIS BECOMES A MINI TRIAL ABOUT |
| 11:26AM | 4 | LATER YEARS THAT I DON'T THINK IS APPROPRIATE. |
| 11:26AM | 5 | THE COURT:  OKAY.  WELL, AT A MINIMUM -- AND THANK |
| 11:26AM | 6 | YOU, MS. TREFZ. |
| 11:26AM | 7 | SO YOU'LL REDO YOUR CHARTS AND YOU'LL TELL YOUR WITNESS |
| 11:26AM | 8 | AND YOU'RE NOT GOING TO ASK YOUR WITNESS QUESTIONS ABOUT THE |
| 11:26AM | 9 | 2017 PATENTS. |
| 11:26AM | 10 | MS. TREFZ:  THAT'S CORRECT, YOUR HONOR.  I WILL NEED |
| 11:26AM | 11 | A MOMENT TO ADDRESS THAT. |
| 11:26AM | 12 | THE COURT:  RIGHT. |
| 11:26AM | 13 | MS. TREFZ:  IT WILL NOT BE A PROBLEM.  THESE ARE |
| 11:27AM | 14 | CHARTS RUN. |
| 11:27AM | 15 | THE COURT:  WE'RE NOT GOING TO HAVE MARKMAN HEARINGS |
| 11:27AM | 16 | THIS MORNING ABOUT ANY OF THESE PATENTS. |
| 11:27AM | 17 | MS. TREFZ:  I HOPE NOT. |
| 11:27AM | 18 | THE COURT:  NO, WE'RE NOT. |
| 11:27AM | 19 | (LAUGHTER.) |
| 11:27AM | 20 | MS. TREFZ:  I KNOW.  I KNOW.  I AM NOT PREPARED TO |
| 11:27AM | 21 | DO SO AND I WAS NOT INTENDING TO DO SO. |
| 11:27AM | 22 | THE COURT:  OKAY.  FAIR ENOUGH. |
| 11:27AM | 23 | MS. TREFZ:  THANK YOU, YOUR HONOR. |
| 11:27AM | 24 | THE COURT:  IS THAT IT? |
| 11:27AM | 25 | MR. LEACH:  THAT WAS IT, YOUR HONOR. |

7120

| | | |
|---|---|---|
| 11:27AM | 1 | THE COURT:  WE WERE JUST GETTING STARTED TALKING |
| 11:27AM | 2 | ABOUT PATENTS. |
| 11:27AM | 3 | ALL RIGHT.  SO IS THIS YOUR FIRST WITNESS THEN?  HE'S A |
| 11:27AM | 4 | SUMMARY WITNESS? |
| 11:27AM | 5 | MS. TREFZ:  YES, HE IS OUR FIRST WITNESS.  I THINK |
| 11:27AM | 6 | IT WOULD -- IT'S NOT GOING TO TAKE US A LONG TIME TO ADDRESS |
| 11:27AM | 7 | THIS PARTICULAR ISSUE. |
| 11:27AM | 8 | YOU KNOW, THERE ARE A LOT OF NUMBERS IN THIS BINDER, BUT |
| 11:27AM | 9 | AS THE COURT KNOWS, WE DON'T ALWAYS USE THE NUMBERS IN THE |
| 11:27AM | 10 | BINDER AND SOME OF THEM WILL -- |
| 11:27AM | 11 | THE COURT:  WHAT ABOUT THIS?  ARE WE GOING TO GO |
| 11:27AM | 12 | THROUGH THIS (INDICATING)? |
| 11:27AM | 13 | MS. TREFZ:  IF YOU WANT TO. |
| 11:27AM | 14 | I'M JOKING, YOUR HONOR.  EXCUSE ME. |
| 11:27AM | 15 | WE'RE NOT INTENDING TO GO THROUGH THAT EXHIBIT. |
| 11:27AM | 16 | HOWEVER, WE DO HAVE IT IN THE EVENT THAT -- |
| 11:28AM | 17 | THE COURT:  AN INTEREST ARISES SOMEHOW IN THE CASE? |
| 11:28AM | 18 | MS. TREFZ:  NO, YOUR HONOR.  BUT THERE IS A SUMMARY |
| 11:28AM | 19 | BASED ON THAT EXHIBIT. |
| 11:28AM | 20 | THE COURT:  OKAY. |
| 11:28AM | 21 | MS. TREFZ:  AND WE DO WANT TO HAVE THE OPPORTUNITY |
| 11:28AM | 22 | FOR THE GOVERNMENT OR THE WITNESS TO BE ABLE TO LOOK AT THAT |
| 11:28AM | 23 | DOCUMENT IF THEY NEED TO. |
| 11:28AM | 24 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 11:28AM | 25 | AND JUST TIMING WISE, THIS WITNESS WILL TESTIFY, THIS |

11:28AM 1    SUMMARY WITNESS.

11:28AM 2       WHERE DO YOU THINK WE'LL BE AT THE CONCLUSION -- IN OUR

11:28AM 3    DAY AT THE CONCLUSION OF THIS WITNESS'S DIRECT?

11:28AM 4       MS. TREFZ:  I ANTICIPATE THAT THIS DIRECT WILL TAKE

11:28AM 5    AN HOUR OR LESS.

11:28AM 6       THE COURT:  OKAY.

11:28AM 7       MS. TREFZ:  AS THE COURT KNOWS, IT'S A LITTLE

11:28AM 8    DIFFICULT TO PLAN EXACTLY, BUT THAT IS -- BASED ON OUR

11:28AM 9    UNDERSTANDING, THAT IS ABOUT HOW LONG IT WOULD TAKE.

11:28AM 10       THE COURT:  OKAY.  OKAY.

11:28AM 11    AND CROSS IS PROBABLY GOING TO BE -- ARE WE GOING TO FLIP

11:28AM 12    THEN?  WILL YOU HAVE SIX AND A HALF HOURS OF CROSS?

11:28AM 13       MR. LEACH:  I ASPIRE TO BE SHORTER THAN THE DIRECT,

11:28AM 14    AND SIGNIFICANTLY SHORTER, BUT I'M NOT ENTIRELY SURE WHERE IT'S

11:28AM 15    GOING.

11:28AM 16       THE COURT:  AND THEN YOUR NEXT WITNESS WILL BE THE

11:28AM 17    NEXT WITNESS THAT WE SPOKE ABOUT THIS MORNING.  SHOULD WE TALK

11:29AM 18    MORE ABOUT THAT THEN NOW, OR SHOULD WE DO THAT AT A BREAK?

11:29AM 19    WHAT ARE YOUR THOUGHTS?

11:29AM 20       MS. TREFZ:  I'M HAPPY TO TALK ABOUT IT NOW.

11:29AM 21    I DID GIVE MR. SCHENK THE BINDER AND I EXPLAINED TO HIM

11:29AM 22    THAT WE WON'T ACTUALLY SEEK TO INTRODUCE MOST OF THE EXHIBITS,

11:29AM 23    AND I EXPLAINED WHAT -- FOR SOME OF THE DEMONSTRATIVES WHAT WE

11:29AM 24    INTEND TO DO WITH THAT.

11:29AM 25    SO HOPEFULLY -- I DON'T KNOW IF HE'S HAD A CHANCE TO

7122

11:29AM 1    CONSIDER THAT, BUT I WANTED TO MAKE HIM AWARE.

11:29AM 2          MR. SCHENK:  YES, THE DEFENSE DID DO THAT.  WE MET

11:29AM 3    AND CONFERRED AND I WAS SHOWN THE EXHIBITS AND HOW THEY'RE

11:29AM 4    INTENDED TO BE USED, AND I'M FINE WITH PROCEEDING WITH THIS AS

11:29AM 5    THE SECOND WITNESS.

11:29AM 6       WE MAY HAVE RELEVANCE CONCERNS AS THE TESTIMONY COMES IN,

11:29AM 7    BUT I DON'T THINK WE NEED TO ADJOURN OR DELAY.

11:29AM 8          THE COURT:  THANK YOU.

11:29AM 9       AND THANK YOU FOR MEETING AND CONFERRING ON THAT.  SO MUCH

11:29AM 10   GETS DONE THAT WAY.  I APPRECIATE IT.  THANK YOU.

11:29AM 11      LET ME DO TALK, BEFORE I STEP DOWN AND WE BRING OUR JURY

11:29AM 12   IN, AND THIS IS SOMETHING, MR. SCHENK, YOU AND I HAD, AND

11:29AM 13   MR. DOWNEY TALKED ABOUT, THIS IS THE MEDIA MOTION.

11:29AM 14      I JUST WANTED TO SAY -- I'LL INVITE YOUR COLLEAGUE UP.

11:30AM 15         THANK YOU, MS. TREFZ.

11:30AM 16      WE HAD SOME DISCUSSION, THE THREE OF US, ABOUT TIMING OF

11:30AM 17   THIS.

11:30AM 18      I THINK, MR. DOWNEY, YOU SUGGESTED THAT THE COURT ISSUE

11:30AM 19   ITS ORDER AT THE END OF THE GOVERNMENT'S CASE, AND PROBABLY AT

11:30AM 20   THE END OF THE DAY TODAY I THINK.

11:30AM 21      LET ME JUST SAY THAT WOULD BE MY INTENT.  I'M WORKING ON

11:30AM 22   FINALIZING THAT.  IT WOULD BE MY INTENT TO INFORM THE JURY, AS

11:30AM 23   I PROMISED THEM I WOULD DO, OF THE COURT'S RULING AND WHAT THE

11:30AM 24   COURT'S INTENT WOULD BE ON THE RULING AND TO LET THEM KNOW

11:30AM 25   THAT.

11:30AM  1      AND I THINK YOUR SUGGESTION, MR. DOWNEY, TO DO IT AT THE

11:30AM  2  END OF TODAY IS ONE THAT I'D LIKE TO FOLLOW.

11:30AM  3      MR. DOWNEY:  WELL, I'D JUST BE HAPPY FOR IT TO

11:30AM  4  HAPPEN NOW AND WOULD PREFER IT TO HAPPEN IN BETWEEN THE CASES,

11:30AM  5  BUT IT DOESN'T SOUND LIKE THE JUDGE IS READY, SO -- THE COURT

11:30AM  6  IS READY QUITE YET, SO I THINK WITH THE END OF THE DAY YOU'LL

11:30AM  7  DO SO.

11:30AM  8      THE COURT:  YES.

11:30AM  9      MR. DOWNEY:  AND I DON'T KNOW IF YOU WANT TO GIVE US

11:31AM  10  A HINT AS TO WHAT IS IN IT, BUT --

11:31AM  11      (LAUGHTER.)

11:31AM  12      THE COURT:  IS THAT STEAL OR IS IT STAY?

11:31AM  13      MR. DOWNEY:  AS THE COURT KNOWS, OUR POSITION IS

11:31AM  14  THAT THERE'S A SIGNIFICANT FIFTH AND SIXTH AMENDMENT ISSUE AT

11:31AM  15  STAKE, AND WE PREFER THAT THE JURY BE TOLD OF A PARTICULAR

11:31AM  16  RESULT, BUT WE'VE ALREADY DISCUSSED THAT.

11:31AM  17      THE COURT:  RIGHT.  AND I WILL, I WILL.  I TOLD THEM

11:31AM  18  I WOULD DO THAT PRIOR TO THE COURT ISSUING ITS ORDER, AND I

11:31AM  19  INTEND TO TELL THEM THAT.

11:31AM  20      AND I WANT TO GET IT FILED CONCURRENT WITH ME INFORMING

11:31AM  21  THEN -- AND YOU'VE SHARED WITH ME BOTH OF YOUR POSITIONS.  I

11:31AM  22  DON'T THINK YOU'LL BE DISAPPOINTED.  IS THAT INFORMATIVE?

11:31AM  23      MR. DOWNEY:  THANK YOU, YOUR HONOR.

11:31AM  24      THE COURT:  OKAY.  THANK YOU.

11:32AM  25      ANYTHING ELSE BEFORE WE GET STARTED?

| 11:32AM | 1 | MR. SCHENK: NO. THANK YOU, YOUR HONOR. |
|---------|---|----------------------------------------|

11:32AM 1          MR. SCHENK:  NO.  THANK YOU, YOUR HONOR.

11:32AM 2          THE COURT:  OKAY.  IS MR. CLINE HERE NOW?

11:32AM 3          MR. CLEARY:  YES.

11:32AM 4          THE COURT:  YEAH, DID MR. CLINE SHARE WITH YOU THE

11:32AM 5      COURT'S COMMENTS?

11:32AM 6          MR. CLEARY:  HE DID CONVEY THOSE COMMENTS AND THE

11:32AM 7      COURT WAS MOST GENEROUS.

11:32AM 8          THE COURT:  WELL, I JUST WANTED TO MAKE SURE.  I

11:32AM 9      DIDN'T HAVE ANY DOUBT IN MR. CLINE'S ABILITY TO DO THAT.  HE

11:32AM 10     HAD A LOT ON HIS MIND, AND I JUST WANTED TO MAKE SURE THAT HE

11:32AM 11     SHARED THAT WITH YOU.  SO THANK YOU, SIR.  THANK YOU.

11:32AM 12         IT'S NICE TO SEE YOU.

11:32AM 13         MR. CLEARY:  THANK YOU, YOUR HONOR.

11:32AM 14         THE COURT:  YOU'RE WELCOME.  THANK YOU.

11:32AM 15         OKAY.  I'LL STEP DOWN AND THEN WE'LL BRING IN OUR JURY.

11:32AM 16         THE CLERK:  COURT IS IN RECESS.

11:32AM 17     (RECESS FROM 11:32 A.M. UNTIL 11:52 A.M.)

11:53AM 18     (JURY IN AT 11:53 A.M.)

11:53AM 19         THE COURT:  ALL RIGHT.  WE'RE BACK ON THE RECORD.

11:53AM 20     ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

11:53AM 21     COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT.

11:53AM 22     LADIES AND GENTLEMEN, THAT BREAK WAS A LITTLE LONGER THAN

11:53AM 23     ANTICIPATED.  I WANT YOU TO KNOW THAT WE DID USE THE TIME.  I

11:53AM 24     NEEDED TO ASK THESE LAWYERS SOME QUESTIONS AND I NEEDED SOME

11:53AM 25     HELP ON THESE ISSUES, AND SOMETIMES THAT TAKES A LITTLE LONGER.

| | | |
|---|---|---|
| 11:53AM | 1 | SO YOU SHOULD KNOW THAT BY SPENDING THE TIME THAT WE DID |
| 11:53AM | 2 | DURING THIS BREAK, IT DID INCREASE THE EFFICIENCY OF THE TRIAL. |
| 11:53AM | 3 | WE WERE ABLE TO NARROW DOWN SOME ISSUES, SO I THINK THE |
| 11:54AM | 4 | EVIDENCE WILL BE ABLE TO COME IN, AT LEAST INITIALLY, WITH |
| 11:54AM | 5 | GREATER EFFICIENCY. |
| 11:54AM | 6 | WHICH IS TO SAY THAT WE SAVED SOME TIME DOING -- SPENDING |
| 11:54AM | 7 | THIS TIME TOGETHER.  SO THANK YOU FOR THAT. |
| 11:54AM | 8 | THE GOVERNMENT HAS RESTED.  I'VE TOLD YOU THAT, LADIES AND |
| 11:54AM | 9 | GENTLEMEN, WHICH IS TO SAY THAT THE GOVERNMENT HAS PRESENTED |
| 11:54AM | 10 | ALL OF THEIR EVIDENCE IN THEIR CASE-IN-CHIEF THAT THEY FEEL |
| 11:54AM | 11 | THAT THEY'RE GOING TO PRESENT. |
| 11:54AM | 12 | AND NOW I TURN TO THE DEFENSE. |
| 11:54AM | 13 | DOES THE DEFENSE HAVE A WITNESS TO CALL? |
| 11:54AM | 14 | MS. TREFZ:  WE DO, YOUR HONOR. |
| 11:54AM | 15 | THE DEFENSE CALLS TRENT MIDDLETON. |
| 11:54AM | 16 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 11:54AM | 17 | IF YOU WOULD COME FORWARD AND FACE OUR COURTROOM DEPUTY |
| 11:54AM | 18 | WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU. |
| 11:54AM | 19 | **(DEFENDANT'S WITNESS, TRENT MIDDLETON, WAS SWORN.)** |
| 11:54AM | 20 | THE WITNESS:  YES. |
| 11:55AM | 21 | THE COURT:  PLEASE HAVE A SEAT THERE, SIR. |
| 11:55AM | 22 | FEEL FREE TO MAKE YOURSELF COMFORTABLE, ADJUST THAT CHAIR |
| 11:55AM | 23 | AND MICROPHONE AS YOU NEED. |
| 11:55AM | 24 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 11:55AM | 25 | AND THEN SPELL IT, PLEASE. |

MIDDLETON DIRECT BY MS. TREFZ                                   7126

11:55AM  1         THE WITNESS:  SURE.  MY NAME IS TRENT MIDDLETON.

11:55AM  2    T-R-E-N-T.  M-I-D-D-L-E-T-O-N.

11:55AM  3         THE COURT:  THANK YOU.  COUNSEL.

11:55AM  4                    **DIRECT EXAMINATION**

11:55AM  5    BY MS. TREFZ:

11:55AM  6    Q.   MR. MIDDLETON, IF ARE YOU ARE FULLY VACCINATED AND

11:55AM  7    COMFORTABLE TESTIFYING WITHOUT YOUR MASK, YOU MAY REMOVE IT,

11:55AM  8    AND I WILL DO THE SAME.

11:55AM  9    A.   THANK YOU.  I AM.

11:55AM  10   Q.   HELLO.  THERE'S A WATER UP THERE.

11:55AM  11        AND I'VE ALSO, JUST FOR YOUR REFERENCE, PLACED A BINDER UP

11:55AM  12   THERE FOR YOU AS WELL, AND WE MAY REFER TO IT DURING THE EXAM.

11:55AM  13   A.   PERFECT.

11:55AM  14   Q.   CAN YOU DESCRIBE YOUR EDUCATIONAL BACKGROUND FOR US?

11:55AM  15   A.   SURE.  I HAVE A BACHELOR'S DEGREE IN ECONOMICS, AND A

11:55AM  16   MASTER'S DEGREE IN POLITICAL SCIENCE FROM MICHIGAN STATE

11:55AM  17   UNIVERSITY.

11:55AM  18   Q.   AND WHERE ARE YOU EMPLOYED?

11:56AM  19   A.   I'M EMPLOYED WITH WILLIAMS & CONNOLLY.

11:56AM  20   Q.   AND IS THAT THE LAW FIRM REPRESENTING MS. HOLMES?

11:56AM  21   A.   THAT IS.

11:56AM  22   Q.   AND WHAT IS YOUR ROLE AT WILLIAMS & CONNOLLY?

11:56AM  23   A.   I'M A PARALEGAL FOR THE COMPANY.

11:56AM  24   Q.   AND HOW LONG HAVE YOU WORKED FOR THE FIRM?

11:56AM  25   A.   I HAVE WORKED FOR 12 YEARS AT WILLIAMS & CONNOLLY.

7127

MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 11:56AM | 1 | Q.   AND HAVE -- OTHER THAN THE WORK THAT YOU'VE DONE THAT IS |
| 11:56AM | 2 | THE SUBJECT OF YOUR TESTIMONY TODAY, HAVE YOU WORKED ON THIS |
| 11:56AM | 3 | MATTER FOR MS. HOLMES? |
| 11:56AM | 4 | A.   NO, I HAVE NOT. |
| 11:56AM | 5 | Q.   AND OTHER THAN IN CONNECTION WITH THE WORK THAT YOU HAVE |
| 11:56AM | 6 | DONE THAT WE'LL TALK ABOUT TODAY, HAVE YOU EVER WORKED DIRECTLY |
| 11:56AM | 7 | WITH ANY OF THE LAWYERS ON OUR TEAM? |
| 11:56AM | 8 | A.   I HAVE NOT. |
| 11:56AM | 9 | Q.   WHAT WERE YOU ASKED TO DO? |
| 11:56AM | 10 | A.   I WAS ASKED TO REVIEW SOME VOLUMINOUS DOCUMENTS IN THIS |
| 11:56AM | 11 | CASE AND TO PROVIDE SOME SUMMARIES TO HELP EVERYONE OUT IN |
| 11:56AM | 12 | TERMS OF TIME, AS WELL AS TO PROVIDE SOME SIMPLE STATISTICS |
| 11:56AM | 13 | FROM THOSE DOCUMENTS. |
| 11:56AM | 14 | Q.   OKAY.  DO YOU HAVE A SENSE OF THE VOLUME OF THE MATERIAL |
| 11:57AM | 15 | THAT YOU REVIEWED IN TERMS OF CAN YOU GIVE US A SENSE OF |
| 11:57AM | 16 | WHETHER IT WAS HUNDREDS OF PAGES, THOUSANDS OF PAGES? |
| 11:57AM | 17 | A.   EASILY THOUSANDS OF PAGES.  YES, JUST ONE SET OF DOCUMENTS |
| 11:57AM | 18 | WAS HUGE IN TERMS OF PATIENT RECORDS. |
| 11:57AM | 19 | Q.   OKAY.  AND WE'RE GOING TO GO THROUGH THE DIFFERENT |
| 11:57AM | 20 | CATEGORIES THAT ARE -- THAT WILL BE THE SUBJECT OF YOUR |
| 11:57AM | 21 | TESTIMONY. |
| 11:57AM | 22 | AND LET'S START FIRST WITH THE QUESTION, DID YOU REVIEW A |
| 11:57AM | 23 | SET OF U.S. ISSUED PATENTS THAT WERE ASSIGNED TO THERANOS? |
| 11:57AM | 24 | A.   I DID. |
| 11:57AM | 25 | Q.   AND WHAT DID YOU DO WITH THAT INFORMATION? |

MIDDLETON DIRECT BY MS. TREFZ                                    7128

| | | |
|---|---|---|
| 11:57AM | 1 | A.   SO I REVIEWED THOSE PATENTS FOR THE DATE THAT THEY WERE |
| 11:57AM | 2 | ISSUED, THE DATE THAT THEY WERE APPLIED FOR, AS WELL AS THE |
| 11:57AM | 3 | INVENTOR AND THE ASSIGNEE ON THE PATENT, AND THE DESCRIPTION OF |
| 11:57AM | 4 | THE PATENT. |
| 11:57AM | 5 | THESE ALL CAME FROM THE U.S.A. PATENT OFFICE. |
| 11:57AM | 6 | Q.   OKAY.  AND DID YOU ENSURE THAT A CHART THAT CONTAINED THE |
| 11:58AM | 7 | INFORMATION THAT YOU JUST DESCRIBED WAS ACCURATE? |
| 11:58AM | 8 | A.   THAT'S CORRECT, YES. |
| 11:58AM | 9 | Q.   AND IF YOU'LL LOOK IN YOUR BINDER, IT'S IN THE FRONT LEFT |
| 11:58AM | 10 | POCKET, AND IF YOU'LL LOOK FOR EXHIBIT 10691. |
| 11:58AM | 11 | A.   OKAY.  YEP. |
| 11:58AM | 12 | Q.   AND WHAT IS EXHIBIT 10691? |
| 11:58AM | 13 | A.   SO 10691 IS THE DOCUMENT THAT I USED TO COMPILE ALL OF THE |
| 11:58AM | 14 | INFORMATION FROM THE FACE OF THE PATENTS, SO THAT HAS THE |
| 11:58AM | 15 | JURISDICTION, THE PATENT NUMBER, THE TITLE OF THE PATENT, AS |
| 11:58AM | 16 | WELL AS THE ASSIGNEE, THE INVENTORS, AND THEN THE DATE THE |
| 11:58AM | 17 | APPLICATION WAS FILED WITH THE U.S. PATENT OFFICE, AS WELL AS |
| 11:58AM | 18 | THE DATE IT WAS ISSUED FROM THE PATENT OFFICE. |
| 11:58AM | 19 | Q.   AND DOES EXHIBIT 10691 FAIRLY AND ACCURATELY RELATE THE |
| 11:58AM | 20 | INFORMATION THAT YOU REVIEWED, THAT IT PURPORTS TO SUMMARIZE? |
| 11:59AM | 21 | A.   YES. |
| 11:59AM | 22 | MS. TREFZ:  YOUR HONOR, WE WOULD MOVE TO ADMIT |
| 11:59AM | 23 | 10691. |
| 11:59AM | 24 | MR. LEACH:  YOUR HONOR, NO OBJECTION, CONSISTENT |
| 11:59AM | 25 | WITH THE DISCUSSION THAT WE'VE HAD. |

MIDDLETON DIRECT BY MS. TREFZ                              7129

| | |
|---|---|
| 11:59AM | 1 |
| 11:59AM | 2 |

11:59AM  1    I'M NOTING, GOING THROUGH THE EXHIBIT, THERE'S A COUPLE OF

11:59AM  2    PAGES WITH -- ON THE FAR RIGHT COLUMN THAT --

11:59AM  3         THE COURT:  I'M NOTING PAGE 3.  PARDON ME FOR

11:59AM  4    INTERRUPTING YOU.  I SEE SOME ISSUES WITH PAGE 3, BEGINNING ON

11:59AM  5    PAGE 3.

11:59AM  6         MR. LEACH:  YES.  BUT IF WE LIMIT THE DISPLAY TO 1

11:59AM  7    AND 2, THAT WOULD BE FINE.

11:59AM  8         MS. TREFZ:  WE DON'T NECESSARILY -- WE'LL START WITH

11:59AM  9    PAGE 1 AND WE WILL ONLY DISPLAY PAGE 1, YOUR HONOR.

11:59AM  10        THE COURT:  SO FOR PURPOSES OF YOUR MOTION TO ADMIT,

11:59AM  11   YOU'RE ASKING THAT THIS DOCUMENT BE ADMITTED UP TO 13 LINES AND

12:00PM  12   13 COLUMNS ON PAGE 3, AND EVERYTHING ELSE YOU'RE NOT ASKING TO

12:00PM  13   BE ADMITTED?

12:00PM  14        MS. TREFZ:  THAT'S FINE, YOUR HONOR.  IT'S MOSTLY

12:00PM  15   FOR THE PURPOSES OF DISPLAY.

12:00PM  16        THE COURT:  OKAY.

12:00PM  17        MS. TREFZ:  AND SO IF WE CAN --

12:00PM  18        THE COURT:  SO IT WILL BE ADMITTED.  THOSE THREE

12:00PM  19   PAGES WILL BE ADMITTED.  THE BALANCE IS NOT ADMITTED.

12:00PM  20        MS. TREFZ:  OKAY.

12:00PM  21        (DEFENDANT'S EXHIBIT 10691, PAGES 1 - 3 WAS RECEIVED IN

12:00PM  22   EVIDENCE.)

12:00PM  23        MS. TREFZ:  MR. BENNETT, IF YOU COULD DISPLAY THE

12:00PM  24   FIRST PAGE OF THE CHART FOR US.

12:00PM  25   Q.  AND, MR. MIDDLETON, IS THIS, IS THIS THE FIRST PAGE OF

MIDDLETON DIRECT BY MS. TREFZ                                7130

12:00PM   1    10691 THAT YOU WERE JUST DESCRIBING?

12:00PM   2    A.   IT IS NOT, IN FACT, THE FIRST PAGE OF 10691 THAT I HAVE IN

12:00PM   3    FRONT OF ME.

12:00PM   4    Q.   OKAY.  WELL, THEN LET'S -- WHILE WE WORK OUT THAT ISSUE,

12:01PM   5    LET US JUST MOVE ON.

12:01PM   6        I THINK YOU TESTIFIED A MOMENT AGO THAT YOU -- THAT YOU

12:01PM   7    REVIEWED CERTAIN INFORMATION FROM THE FACE OF THE PATENT.

12:01PM   8    A.   THAT'S CORRECT.

12:01PM   9    Q.   AND WHAT I WOULD LIKE TO PULL UP IS THE -- AN ISSUED

12:01PM  10    PATENT THAT IS IN EVIDENCE AS 96453.

12:01PM  11        SORRY, 9645.

12:01PM  12        AND IS THIS -- JUST FOR THE UNDERSTANDING OF THE JURY, IS

12:01PM  13    THIS AN EXAMPLE OF THE FORMAT OF THE PATENTS THAT YOU REVIEWED?

12:01PM  14    A.   THAT IS CORRECT.

12:01PM  15    Q.   AND IS THIS PATENT CONTAINED IN 10691?

12:01PM  16    A.   ALLOW ME TO DOUBLE-CHECK THAT REAL QUICK.

12:02PM  17        YES, IT IS CONTAINED.

12:02PM  18    Q.   ALL RIGHT.  AND CAN YOU IDENTIFY FOR US WHERE -- CAN YOU

12:02PM  19    IDENTIFY FOR US THE INFORMATION FROM THE FACE OF THE PATENT

12:02PM  20    THAT YOU SUMMARIZED?

12:02PM  21    A.   SURE.  SO AT THE TOP OF THE PATENT -- I'M TOLD THIS IS

12:02PM  22    TOUCHSCREEN, SO WE'LL SEE IF THAT WORKS.  ANYTHING?  NOPE.

12:02PM  23            THE CLERK:  I DON'T BELIEVE OUR ANNOTATION IS

12:02PM  24    WORKING.  WE HAD AN ISSUE WITH THE COMPONENT.

12:02PM  25            THE WITNESS:  SO AT THE VERY TOP THERE'S A 10 AND A

MIDDLETON DIRECT BY MS. TREFZ

12:02PM   1    PATENT NUMBER.  AND THAT IS THE PATENT NUMBER THAT IS CAPTURED

12:02PM   2    IN THE DATA CHART.

12:02PM   3         THANK YOU.

12:02PM   4         AND THEN IF WE GO TO THE TITLE OF THE PATENT, YOU'LL FIND

12:02PM   5    THAT RIGHT UNDERNEATH WHERE THERE'S 54, DEVICES, METHODS AND

12:02PM   6    SYSTEMS FOR REDUCING SAMPLE VOLUME.

12:02PM   7         ASSIGNEE CAN BE FOUND UNDERNEATH THE INVENTORS, RIGHT

12:03PM   8    THERE, THERE YOU GO, TO THERANOS.

12:03PM   9         INVENTORS ARE RIGHT ABOVE THAT IN 72, THANK YOU.

12:03PM  10         AND FINALLY YOU CAN FIND THE DATE THE APPLICATION WAS

12:03PM  11    FILED AS 22.

12:03PM  12         AND THE DATE THE PATENT WAS ISSUED IS RIGHT UP THERE AT

12:03PM  13    THE TOP UNDERNEATH THE PATENT NUMBER.

12:03PM  14    Q.   OKAY.  THANK YOU.

12:03PM  15         AND DID YOU USE THE EXHIBIT 10691 TO FURTHER QUANTIFY AND

12:03PM  16    IDENTIFY VARIOUS ASPECTS OF THE SET OF MATERIALS THAT YOU

12:03PM  17    REVIEWED?

12:03PM  18    A.   I DID.  AFTER PUTTING THEM INTO THIS CHART, I THEN SORTED

12:03PM  19    THEM BY THE DATE THAT THEY WERE ISSUED AND DETERMINED HOW MANY

12:03PM  20    WERE ISSUED IN A CERTAIN TIMEFRAME.

12:03PM  21    Q.   OKAY.  AND IF I COULD HAVE YOU -- IF I COULD DIRECT YOUR

12:03PM  22    ATTENTION TO WHAT HAS BEEN MARKED AS 10684, WHICH IS ALSO IN

12:03PM  23    THE LEFT POCKET OF YOUR BINDER.

12:03PM  24         HAVE -- IS 10684 -- HAVE YOU HAD THE OPPORTUNITY TO

12:04PM  25    CONFIRM THAT 10684 IS AN ACCURATE REPRESENTATION OF THE

MIDDLETON DIRECT BY MS. TREFZ                                    7132

| | | |
|---|---|---|
| 12:04PM | 1 | MATERIAL IT PROVIDES? |
| 12:04PM | 2 | A.   I HAVE. |
| 12:04PM | 3 | Q.   AND IS ALL OF THAT INFORMATION CONTAINED IN 10691, WHICH |
| 12:04PM | 4 | WAS YOUR ORIGINAL SUMMARY CHART? |
| 12:04PM | 5 | A.   YES, THAT INFORMATION IS CORRECT. |
| 12:04PM | 6 | MS. TREFZ:  YOUR HONOR, I WOULD MOVE TO ADMIT 10684. |
| 12:04PM | 7 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 12:04PM | 8 | THE COURT:  IT'S ADMITTED. |
| 12:04PM | 9 | AND JUST FOR THE RECORD THIS WITNESS IS TESTIFYING |
| 12:04PM | 10 | PURSUANT TO 1006 AS A SUMMARY WITNESS; CORRECT? |
| 12:04PM | 11 | MS. TREFZ:  CORRECT, YOUR HONOR. |
| 12:04PM | 12 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:04PM | 13 | (DEFENDANT'S EXHIBIT 10684 WAS RECEIVED IN EVIDENCE.) |
| 12:04PM | 14 | BY MS. TREFZ: |
| 12:04PM | 15 | Q.   AND MR. MIDDLETON, CAN YOU WALK US THROUGH WHAT WE CAN |
| 12:04PM | 16 | FIND ON THE FIRST PAGE OF 10684? |
| 12:04PM | 17 | A.   SURE.  SO 10684 HAS THE TOTAL NUMBER OF ISSUED PATENTS, |
| 12:04PM | 18 | THE DATE THAT THE PATENT WAS FIRST ISSUED ON THE CHART, AS WELL |
| 12:04PM | 19 | AS THE TOTAL NUMBER OF PATENTS ISSUED BETWEEN 2010 AND 2016, AS |
| 12:05PM | 20 | WELL AS THOSE THAT WERE APPLIED FOR BETWEEN 2010 AND 2016. |
| 12:05PM | 21 | Q.   AND JUST TO UNDERSTAND THE LAST BULLET, THE NUMBER OF |
| 12:05PM | 22 | ISSUED PATENTS WITH APPLICATION IN 2010 TO 2016, CAN YOU |
| 12:05PM | 23 | EXPLAIN THE DISTINCTION BETWEEN THAT FOURTH BULLET AND THE |
| 12:05PM | 24 | THIRD BULLET? |
| 12:05PM | 25 | A.   SURE.  SO NUMBER OF PATENTS ISSUED IS LITERALLY A PATENT |

7133
MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 12:05PM | 1 | WAS ISSUED FROM THE U.S. PATENT OFFICE, WHEREAS THE LAST BULLET |
| 12:05PM | 2 | IS DEALING WITH THE APPLICATIONS MADE TO THE U.S. PATENT |
| 12:05PM | 3 | OFFICE.  SO THEY MAY NOT HAVE RECEIVED YET AN ISSUED PATENT. |
| 12:05PM | 4 | Q.   THE APPLICATION WAS MADE BEFORE THE PATENT WAS ISSUED? |
| 12:05PM | 5 | A.   THAT'S CORRECT, YES.  YOU MAKE AN APPLICATION TO THE U.S. |
| 12:05PM | 6 | PATENT OFFICE, AND THEN YOU GET YOUR OFFICIAL U.S. PATENT. |
| 12:05PM | 7 | Q.   OKAY.  AND IF WE CAN TURN TO PAGE 2 OF EXHIBIT 10684. |
| 12:05PM | 8 | WHAT IS PAGE 2 OF EXHIBIT 10684? |
| 12:05PM | 9 | A.   SO PAGE 2 IS A BAR CHART SHOWING THE NUMBER OF |
| 12:05PM | 10 | APPLICATIONS MADE IN EACH YEAR FROM 2004 TO 2016. |
| 12:05PM | 11 | Q.   AND DOES THIS -- HAVE YOU HAD AN OPPORTUNITY TO CHECK THE |
| 12:06PM | 12 | DATA ON 10684? |
| 12:06PM | 13 | A.   I HAVE. |
| 12:06PM | 14 | Q.   AND DOES IT ACCURATELY REFLECT THE DATA THAT WAS |
| 12:06PM | 15 | SUMMARIZED -- THE CORRESPONDING DATA THAT WAS SUMMARIZED IN |
| 12:06PM | 16 | 10691? |
| 12:06PM | 17 | A.   THAT IS CORRECT, IT IS AN ACCURATE REPRESENTATION. |
| 12:06PM | 18 | Q.   AND IN WHAT YEARS WERE THERE THE MOST PATENT APPLICATIONS |
| 12:06PM | 19 | FILED? |
| 12:06PM | 20 | A.   2014 AND 2015 HAD THE MOST APPLICATIONS. |
| 12:06PM | 21 | Q.   OKAY.  AND WE CAN PUT THAT EXHIBIT ASIDE AND WE CAN TAKE |
| 12:06PM | 22 | IT DOWN. |
| 12:06PM | 23 | I'D LIKE TO CALL UP EXHIBIT 5172, WHICH IS IN EVIDENCE, |
| 12:06PM | 24 | AND I WOULD LIKE TO SEE THE NATIVE VERSION IF WE CAN, PLEASE. |
| 12:06PM | 25 | THANK YOU. |

7134

MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 12:06PM | 1 | MR. MIDDLETON, AS PART OF YOUR WORK, WERE YOU ASKED TO |
| 12:06PM | 2 | REVIEW TRIAL EXHIBIT 5172 AND MAKE SOME CALCULATIONS FROM THE |
| 12:07PM | 3 | DATA IN THAT EXHIBIT? |
| 12:07PM | 4 | A.  THAT IS CORRECT. |
| 12:07PM | 5 | Q.  AND JUST TO UNDERSTAND A LITTLE BIT ABOUT 5172, IS -- CAN |
| 12:07PM | 6 | YOU EXPLAIN THE FORMAT OF THE EXHIBIT? |
| 12:07PM | 7 | A.  SURE.  SO THE FORMAT IS A VERY, VERY LARGE EXCEL.  IT HAS |
| 12:07PM | 8 | MANY, MANY COLUMNS. |
| 12:07PM | 9 | Q.  AND HOW MANY COLUMNS DOES IT HAVE? |
| 12:07PM | 10 | A.  I BELIEVE TOTAL 312 COLUMNS. |
| 12:07PM | 11 | Q.  AND OUT OF THAT 312 COLUMNS, HOW MANY OF THEM HAVE DATA IN |
| 12:07PM | 12 | THEM? |
| 12:07PM | 13 | A.  311 HAVE DATA IN THEM. |
| 12:07PM | 14 | Q.  IS THAT BECAUSE THE FIRST COLUMN IS THE -- WELL, WHAT IS |
| 12:07PM | 15 | IN THE FIRST COLUMN? |
| 12:07PM | 16 | A.  THE FIRST COLUMN HAS THE DESCRIPTIONS FOR EACH ROW.  SO |
| 12:07PM | 17 | THAT WOULDN'T HAVE DATA IN IT. |
| 12:07PM | 18 | Q.  OKAY. |
| 12:07PM | 19 | A.  SO 311 WITH DATA. |
| 12:07PM | 20 | Q.  OKAY.  AND USING 5172, WHAT WERE YOU ASKED TO DO FROM |
| 12:07PM | 21 | 5172? |
| 12:07PM | 22 | A.  FOR 5172 I WAS ASKED TO REVIEW ROWS 26 AND 27, THE |
| 12:08PM | 23 | CUSTOMER RECEIPTS AND OPTION/STOCK PROCEEDS FOR CERTAIN TIME |
| 12:08PM | 24 | PERIODS. |
| 12:08PM | 25 | Q.  OKAY.  AND DID YOU THEN -- IF I COULD DRAW YOUR ATTENTION |

7135

MIDDLETON DIRECT BY MS. TREFZ

12:08PM  1    TO 10685, WHICH IS A TAB IN YOUR BINDER.

12:08PM  2          DO YOU HAVE THAT IN FRONT OF YOU?

12:08PM  3    A.   I DO.

12:08PM  4    Q.   AND ARE THE CALCULATIONS THAT YOU MADE FROM THE ROWS THAT

12:08PM  5    YOU CAPTURED IN 10685?

12:08PM  6    A.   THAT IS CORRECT.

12:08PM  7    Q.   AND DO YOU BELIEVE THAT 10685 IS A FAIR AND ACCURATE

12:08PM  8    REPRESENTATION OF THE DATA AND CALCULATIONS THAT YOU PERFORMED?

12:08PM  9    A.   IT IS.

12:08PM  10          MS. TREFZ:  YOUR HONOR, WE WOULD MOVE THE ADMISSION

12:08PM  11    OF 10685 UNDER 1006.

12:08PM  12          MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:08PM  13          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:08PM  14    (DEFENDANT'S EXHIBIT 10685 WAS RECEIVED IN EVIDENCE.)

12:08PM  15          MS. TREFZ:  ALL RIGHT.  LET'S START WITH THE FIRST

12:08PM  16    PAGE.  THANK YOU.

12:08PM  17    Q.   EXPLAIN WHAT THIS FIRST PAGE OF 10685 REPRESENTS.

12:08PM  18    A.   SURE.  SO THIS IS CAPTURING I BELIEVE ROW 26, THE CUSTOMER

12:09PM  19    RECEIPTS BETWEEN JANUARY 17TH, 2011, UNTIL THE BEGINNING OF

12:09PM  20    2014.

12:09PM  21          AND IN IT YOU CAN FIND THE LISTING OF EACH COLUMN THAT HAD

12:09PM  22    DATA DURING THAT TIMEFRAME AND THE SPECIFIC WEEK THAT THAT

12:09PM  23    COLUMN WAS ASSIGNED TO, AS WELL AS A TOTAL VALUE AMOUNT THAT

12:09PM  24    WAS LISTED IN THAT COLUMN FOR THAT WEEK.

12:09PM  25    Q.   AND THE -- ON THAT THIRD COLUMN THE TITLE CUSTOMER

MIDDLETON DIRECT BY MS. TREFZ                                    7136

| | | |
|---|---|---|
| 12:09PM | 1 | RECEIPTS, WHERE DOES THAT TITLE COME FROM? |
| 12:09PM | 2 | A.   THAT COMES FROM THE ROW ITSELF, ROW 26 IS LABELED CUSTOMER |
| 12:09PM | 3 | RECEIPTS. |
| 12:09PM | 4 | Q.   IN COLUMN A? |
| 12:09PM | 5 | A.   IN COLUMN A, THAT'S CORRECT. |
| 12:09PM | 6 | Q.   AND DID YOU DO ANY SUBSEQUENT ANALYSIS TO UNDERSTAND WHAT |
| 12:09PM | 7 | THE VARIOUS CUSTOMER RECEIPTS -- THE SOURCE OF THE VARIOUS |
| 12:09PM | 8 | CUSTOMER RECEIPTS? |
| 12:09PM | 9 | A.   NO. |
| 12:09PM | 10 | Q.   AND IS IT FAIR TO SAY THAT ALL YOU DID WAS TITLE, OR SUM |
| 12:09PM | 11 | THE AMOUNTS IN THESE PARTICULAR -- |
| 12:10PM | 12 | A.   THAT IS EXACTLY RIGHT.  I PURELY TOOK THE VALUES THAT WERE |
| 12:10PM | 13 | PROVIDED IN THE EXCEL AND ADDED THEM UP AND CAME UP WITH A |
| 12:10PM | 14 | NUMBER. |
| 12:10PM | 15 | Q.   AND THEN WHAT WAS, WHAT WAS THE TOTAL? |
| 12:10PM | 16 | A.   THE GRAND TOTAL WAS 217,817,591. |
| 12:10PM | 17 | Q.   IS THAT IN DOLLARS? |
| 12:10PM | 18 | A.   THAT IS IN DOLLARS. |
| 12:10PM | 19 | Q.   THANK YOU. |
| 12:10PM | 20 | IF WE CAN TURN TO PAGE 2 OF EXHIBIT 10685. |
| 12:10PM | 21 | DESCRIBE FOR THE JURY WHAT IS CAPTURED IN PAGE 2 OF 10685. |
| 12:10PM | 22 | A.   SO PAGE 2 IS AN EXCERPT OF ROW 27, WHICH WAS THE |
| 12:10PM | 23 | OPTION/STOCK PROCEEDS FOR THE YEAR 2013, AND SO IT CAPTURES |
| 12:10PM | 24 | EVERY COLUMN FOR 2013 THAT HAS A VALUE, THE WEEK THAT THAT |
| 12:10PM | 25 | VALUE OCCURRED, AS WELL AS THE TOTAL VALUE AMOUNT FOR THAT |

MIDDLETON DIRECT BY MS. TREFZ                                    7137

| | | |
|---|---|---|
| 12:10PM | 1 | WEEK. |
| 12:10PM | 2 | Q.   AND I JUST NOTE ON COLUMN FB, WHICH IS THE LAST ROW BEFORE |
| 12:10PM | 3 | THE TOTAL, I JUST WANTED TO POINT OUT IT GOES THROUGH |
| 12:11PM | 4 | JANUARY 5TH, 2014. |
| 12:11PM | 5 | WHY IS THAT? |
| 12:11PM | 6 | A.   I BELIEVE IT IS FOR CARRY-OVER.  IT'S TO HELP CAPTURE THE |
| 12:11PM | 7 | VERY LAST END OF THE YEAR PROCEEDS. |
| 12:11PM | 8 | Q.   OKAY.  AND THEN IT SAYS AT THE TOP OPTION/STOCK PROCEEDS |
| 12:11PM | 9 | 2013. |
| 12:11PM | 10 | I NOTICE THAT IT BEGINS WITH COLUMN DR, WHICH BEGINS |
| 12:11PM | 11 | APRIL 22ND, 2013. |
| 12:11PM | 12 | WHY DOES IT BEGIN ON APRIL 22ND? |
| 12:11PM | 13 | A.   SO I DID NOT INCLUDE ANY WEEKS THAT DID NOT HAVE VALUES, |
| 12:11PM | 14 | SO THERE WERE NO VALUES BEFORE 4-22-2013. |
| 12:11PM | 15 | Q.   THANK YOU. |
| 12:11PM | 16 | AND WHAT WERE THE OPTION/STOCK PROCEEDS, WHAT WAS THE |
| 12:11PM | 17 | TOTAL AMOUNT THAT YOU HAD CALCULATED? |
| 12:11PM | 18 | A.   THE TOTAL AMOUNT WAS $58,579,988. |
| 12:11PM | 19 | Q.   OKAY.  I'D NOW LIKE TO, IF WE CAN, MR. BENNETT, BRING UP |
| 12:12PM | 20 | EXHIBIT 14206, WHICH IS IN EVIDENCE, AND IN PARTICULAR I WANT |
| 12:12PM | 21 | TO DRAW -- IF WE CAN BRING UP PAGE, I BELIEVE IT'S 482, BATES |
| 12:12PM | 22 | ENDED 482. |
| 12:12PM | 23 | THANK YOU. |
| 12:12PM | 24 | AND, MR. MIDDLETON, THIS EXHIBIT IS IN EVIDENCE, AND I'M |
| 12:12PM | 25 | NOT GOING TO ASK YOU TO DESCRIBE THE EXHIBIT OR ANYTHING LIKE |

MIDDLETON DIRECT BY MS. TREFZ                                    7138

12:12PM   1    THAT.

12:12PM   2        WHAT I DID WANT TO ASK YOU, HOWEVER, IS UNDER PROCEEDS

12:12PM   3    FROM EQUITY TRANSACTIONS ON THIS EXHIBIT, WHAT NUMBER DO YOU

12:12PM   4    SEE?

12:12PM   5    A.   I SEE 59 MILLION.

12:12PM   6    Q.   YEAH, SORRY.  FOR THE PERIOD ENDING 12-31-2013?

12:13PM   7    A.   THAT'S CORRECT.

12:13PM   8    Q.   AND HOW DOES THAT COMPARE TO THE TOTAL IN PAGE 2 OF 10685?

12:13PM   9    A.   VERY SIMILAR.  IT LOOKS LIKE IT'S A ROUNDED VERSION OF

12:13PM  10    THAT 58.5 MILLION THAT I CALCULATED.

12:13PM  11    Q.   IT COULD BE AROUND THAT?

12:13PM  12    A.   IT COULD BE.

12:13PM  13    Q.   YOU DON'T HAVE ANY KNOWLEDGE OF WHAT HAPPENED WITH --

12:13PM  14    A.   I DO NOT.

12:13PM  15    Q.   -- THIS OTHER EXHIBIT?

12:13PM  16        ALL RIGHT.  WE CAN MOVE ON.

12:13PM  17        THE NEXT -- DID YOU ALSO REVIEW A SPREADSHEET THAT LISTED

12:13PM  18    THE NAMES OF INDIVIDUALS AND ENTITIES THAT RECEIVED THERANOS

12:13PM  19    STOCK?

12:13PM  20    A.   I DID.

12:13PM  21    Q.   AND IF YOU CAN JUST TAKE A LOOK AT EXHIBIT 10692.

12:13PM  22    A.   OKAY.

12:13PM  23    Q.   THIS HAS BEEN MARKED FOR IDENTIFICATION PURPOSES, AND CAN

12:13PM  24    YOU -- IS THIS THE EXHIBIT THAT YOU REVIEWED?

12:14PM  25    A.   IT IS.

MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 12:14PM | 1 | Q.   AND CAN YOU -- WHAT IS THE NATIVE -- THERE'S AN ATTACHMENT |
| 12:14PM | 2 | HERE.   WHAT IS THE NATIVE FILE FORMAT IS IT IN? |
| 12:14PM | 3 | A.   IT IS A NATIVE EXCEL. |
| 12:14PM | 4 | Q.   OKAY.   AND WHAT DID YOU DO WITH THE INFORMATION IN THAT |
| 12:14PM | 5 | TABLE? |
| 12:14PM | 6 | A.   SURE.   SO THE SECOND TAB OF THE NATIVE EXCEL LISTS THE |
| 12:14PM | 7 | NUMBER OF INVESTMENTS BY ROUND OR SERIES, AND SO I REVIEWED THE |
| 12:14PM | 8 | SECOND TAB OF THAT EXCEL AND CALCULATED HOW MANY INVESTMENTS |
| 12:14PM | 9 | WERE MADE FOR EACH SERIES. |
| 12:14PM | 10 | Q.   AND DID YOU THEN SUMMARIZE THAT INFORMATION INTO A CHART? |
| 12:14PM | 11 | A.   I DID. |
| 12:14PM | 12 | Q.   AND IF YOU CAN LOOK, I DRAW YOUR ATTENTION TO 10686. |
| 12:14PM | 13 | A.   OKAY.   I'M THERE. |
| 12:14PM | 14 | Q.   AND IS 10686 THE CHART THAT YOU SUMMARIZED FROM 10692? |
| 12:14PM | 15 | A.   THAT IS CORRECT. |
| 12:14PM | 16 | MS. TREFZ:   YOUR HONOR, I MOVE INTO EVIDENCE 1068 -- |
| 12:15PM | 17 | OH, ONE MORE QUESTION. |
| 12:15PM | 18 | Q.   IS IT A FAIR AND ACCURATE REPRESENTATION OF THE |
| 12:15PM | 19 | CALCULATIONS THAT YOU PERFORMED? |
| 12:15PM | 20 | A.   IT IS FAIR AND ACCURATE. |
| 12:15PM | 21 | MS. TREFZ:   YOUR HONOR, I WOULD MOVE INTO EVIDENCE, |
| 12:15PM | 22 | PURSUANT TO 1006, 10686. |
| 12:15PM | 23 | MR. LEACH:   YOUR HONOR, NO OBJECTION TO 10686. |
| 12:15PM | 24 | I WOULD REQUEST ALSO THAT EXHIBIT 10692 ALSO COME INTO |
| 12:15PM | 25 | EVIDENCE. |

MIDDLETON DIRECT BY MS. TREFZ                                        7140

12:15PM  1            MS. TREFZ:  THAT'S FINE, YOUR HONOR.

12:15PM  2            THE COURT:  BOTH OF THOSE ARE ADMITTED AND MAY BE

12:15PM  3      PUBLISHED.

12:15PM  4         (DEFENDANT'S EXHIBITS 10686 AND 10692 WERE RECEIVED IN

12:15PM  5      EVIDENCE.)

12:15PM  6      BY MS. TREFZ:

12:15PM  7      Q.   LOOKING AT 10686, CAN YOU EXPLAIN TO THE JURY WHAT THIS

12:15PM  8      REPRESENTS?

12:15PM  9      A.   SURE.  SO THIS TABLE IS SUMMARIZING THE TOTAL NUMBER OF

12:15PM 10      INVESTMENTS MADE FOR EACH SERIES, STARTING WITH SERIES A AND

12:15PM 11      GOING THROUGH SERIES C-2.

12:15PM 12      Q.   OKAY.  AND HOW MANY TOTAL INVESTMENTS WERE THERE?

12:15PM 13      A.   TOTAL NUMBER OF INVESTMENTS ACROSS ALL OF THE SERIES WAS

12:16PM 14      275.

12:16PM 15      Q.   AND JUST, JUST SO THAT WE'RE CLEAR, THIS -- I THINK YOU'VE

12:16PM 16      BEEN SAYING THE NUMBER OF INVESTMENTS, AND THAT'S WHAT IT SAYS

12:16PM 17      ON THE RIGHT COLUMN OF THE CHART.

12:16PM 18         TO BE CLEAR, IS THIS THE TOTAL NUMBER OF INVESTORS OR

12:16PM 19      INVESTMENTS THAT IS REFLECTED?

12:16PM 20      A.   TOTAL NUMBER OF INVESTMENTS.

12:16PM 21      Q.   SO THERE COULD BE DUPLICATES FROM THE SAME ENTITY?

12:16PM 22      A.   THAT IS CORRECT.

12:16PM 23      Q.   OR THE SAME INDIVIDUAL?

12:16PM 24      A.   THAT IS CORRECT.

12:16PM 25      Q.   AND DID YOU MAKE AN EFFORT TO DEDUPLICATE THEM?

MIDDLETON DIRECT BY MS. TREFZ                                      7141

12:16PM  1    A.   I DID NOT.

12:16PM  2    Q.   AND WHY NOT?

12:16PM  3    A.   IT'S JUST -- IT SEEMED LIKE SOMETHING I DIDN'T WANT TO GET

12:16PM  4    INTO.  IT SEEMED MUCH EASIER TO JUST COUNT THE NUMBER OF

12:16PM  5    INVESTMENTS FOR EACH SERIES SO IT WAS A MUCH MORE

12:16PM  6    STRAIGHTFORWARD NUMBER TO CALCULATE.

12:16PM  7    Q.   AND IN ORDER TO CALCULATE THAT, HOW DID YOU DO THAT IN THE

12:16PM  8    EXCEL?

12:16PM  9    A.   SURE.  SO THERE'S A COLUMN ON THE FAR LEFT THAT JUST LISTS

12:16PM 10    THE SERIES, AND I FILTERED THAT COLUMN TO SHOW JUST SERIES A

12:17PM 11    AND COUNTED THE TOTAL NUMBER OF INVESTMENTS MADE FOR THAT

12:17PM 12    SERIES, AND THEN REPEATED THE PROCESS FOR SERIES B, SERIES C,

12:17PM 13    SERIES C-1, SERIES C-2.  THEY'RE ALL LISTED IN THAT COLUMN.

12:17PM 14    Q.   THEY'RE ALL SEPARATELY LISTED?

12:17PM 15    A.   THEY'RE ALL SEPARATELY LISTED, YES, THAT'S CORRECT.  EACH

12:17PM 16    INVESTMENT HAS A SERIES NEXT TO IT.

12:17PM 17    Q.   AND IN YOUR REVIEW, DID YOU SEE MS. HOLMES'S NAME?

12:17PM 18    A.   I DID.

12:17PM 19    Q.   DID YOU ALSO SEE AN ENTRY FOR CHRIS AND NOEL HOLMES?

12:17PM 20    A.   I DID.

12:17PM 21    Q.   ALL RIGHT.  LET'S MOVE ON TO THE NEXT SECTION HERE.

12:17PM 22        IF WE CAN BRING UP WHAT IS IN EVIDENCE AS EXHIBIT 3741A.

12:17PM 23    AND IF YOU CAN TURN THERE IN YOUR BINDER AS WELL?

12:17PM 24    A.   UH-HUH.  OKAY, I'M THERE.

12:17PM 25    Q.   DID YOU -- WAS ONE OF THE THINGS THAT YOU DID WAS REVIEW

7142

MIDDLETON DIRECT BY MS. TREFZ

```
12:17PM   1        THE THERANOS -- REVIEW EXHIBIT 3741A?

12:18PM   2    A.   I DID.

12:18PM   3    Q.   AND WHAT DID YOU DO WITH THIS EXHIBIT?

12:18PM   4    A.   SO THIS EXHIBIT, I WENT THROUGH THE TOTAL NUMBER A THROUGH

12:18PM   5    Z OF ALL OF THE TESTS OFFERED ON THIS TEST MENU AND CALCULATED

12:18PM   6    TOTAL NUMBER OF TESTS PROVIDED, AS WELL AS HOW MANY TESTS AND

12:18PM   7    INDIVIDUAL BUCKETS OF PRICING.

12:18PM   8    Q.   OKAY.  AND EXHIBIT 3741A IS, I BELIEVE IS A FIVE PAGE

12:18PM   9    EXHIBIT.

12:18PM  10        AT WHAT PAGES OF THE EXHIBIT DID YOU USE FOR YOUR

12:18PM  11    CALCULATIONS?

12:18PM  12    A.   I FOCUSSED ON PAGES 1 THROUGH 3, WHICH IS THE LISTING A

12:18PM  13    THROUGH Z OF ALL OF THE TESTS OFFERED BY THERANOS.

12:18PM  14    Q.   OKAY.  AND DID YOU MAKE FURTHER -- FROM THAT, DID YOU

12:18PM  15    SUMMARIZE THE INFORMATION IN 3741A INTO ANOTHER CHART?

12:19PM  16    A.   I DID.  SO I TOOK THOSE SUMMARIES AND PUT THEM INTO

12:19PM  17    ANOTHER CHART.

12:19PM  18    Q.   SO IF YOU CAN TURN TO EXHIBIT 10689.

12:19PM  19        AND WHAT IS 10689?

12:19PM  20    A.   ACTUALLY, HOLD ON.  I DON'T THINK I HAVE IT IN MY BINDER,

12:19PM  21    BUT IF YOU WANT TO PUT IT UP ON THE SCREEN.

12:19PM  22    Q.   OH, WELL, WE CAN'T DO THAT UNTIL WE PUT IT IN YOUR BINDER.

12:19PM  23    A.   OH, OKAY.

12:19PM  24    Q.   GIVE ME ONE SECOND.

12:19PM  25        DO YOU HAVE IT IN YOUR BINDER?
```

MIDDLETON DIRECT BY MS. TREFZ

12:19PM   1                    MR. LEACH:  I DO.

12:19PM   2                    MS. TREFZ:  MAY I APPROACH, YOUR HONOR?

12:19PM   3                    THE COURT:  YES.

12:19PM   4       BY MS. TREFZ:

12:19PM   5       Q.   (HANDING.)

12:19PM   6       A.   THANK YOU.

12:19PM   7       Q.   ARE YOU NOW LOOKING AT EXHIBIT 10689?

12:19PM   8       A.   I AM.

12:19PM   9       Q.   AND WHAT IS 10689?

12:19PM  10       A.   SO 10689 IS SOME SUMMARY CHARTS DEPICTING THE TOTAL NUMBER

12:20PM  11       OF TESTS OFFERED, AS WELL AS IT'S BREAKING THEM DOWN INTO PRICE

12:20PM  12       BUCKETS.

12:20PM  13       Q.   OKAY.  AND DID YOU -- DOES 10689 FAIRLY AND ACCURATELY

12:20PM  14       REPRESENT OR REFLECT THE WORK THAT YOU PERFORMED FROM

12:20PM  15       EXHIBIT 3741A?

12:20PM  16       A.   THAT IS CORRECT.

12:20PM  17                    MS. TREFZ:  YOUR HONOR, I MOVE UNDER 1006 FOR THE

12:20PM  18       ADMISSION OF 10689.

12:20PM  19                    MR. LEACH:  RELEVANCE, YOUR HONOR.

12:20PM  20                    MS. TREFZ:  YOUR HONOR, WE BELIEVE THAT THE NUMBER

12:20PM  21       OF TESTS OFFERED BY THERANOS HAS BEEN AN ISSUE IN THE CASE

12:20PM  22       BEFORE.

12:20PM  23            WE BELIEVE THAT THE PRICE OF THE TEST IS MATERIAL TO

12:20PM  24       PATIENTS, AND WE'VE HEARD TESTIMONY AND DOCTORS -- AND WE'VE

12:20PM  25       HEARD TESTIMONY AS TO THAT.

7144

MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 12:20PM | 1 | THE COURT:  WE HAVE.  I JUST DON'T KNOW WHAT THIS |
| 12:21PM | 2 | HAS TO DO WITH THAT.  WHY DOES THIS ADD ANYTHING TO THAT? |
| 12:21PM | 3 | I COULD SEE ON PAGE 1.  I DON'T THINK THERE'S BEEN ANY |
| 12:21PM | 4 | CONTROVERSY ABOUT PERCENTAGE OF COST BREAKDOWNS. |
| 12:21PM | 5 | MS. TREFZ:  YOUR HONOR, THIS IS -- THE INITIAL |
| 12:21PM | 6 | EXHIBIT IS ALREADY IN EVIDENCE.  WE ARE TRYING TO PROVIDE |
| 12:21PM | 7 | HELPFUL PERSPECTIVES ON HOW TO VIEW THAT EXHIBIT, AND WE |
| 12:21PM | 8 | BELIEVE THAT THE -- THAT THE MATERIALITY ISSUE IS RELEVANT TO |
| 12:21PM | 9 | COUNT TWO. |
| 12:21PM | 10 | MR. LEACH:  RELEVANCE, YOUR HONOR.  403. |
| 12:21PM | 11 | THE COURT:  I'LL ALLOW THE FIRST PAGE.  BUT THE |
| 12:21PM | 12 | WHEEL AND THE OTHER MENU PRICE, I DON'T THINK THAT'S REALLY |
| 12:22PM | 13 | RELEVANT.  I DON'T THINK IT GOES TO AN ISSUE REALLY.  I DON'T |
| 12:22PM | 14 | SEE IT. |
| 12:22PM | 15 | SO UNDER 403 AND UNDER 401. |
| 12:22PM | 16 | (DEFENDANT'S EXHIBIT 10689, PAGE 1 WAS RECEIVED IN |
| 12:22PM | 17 | EVIDENCE.) |
| 12:22PM | 18 | MS. TREFZ:  OKAY.  LET'S OFFER EXHIBIT 1 -- I |
| 12:22PM | 19 | BELIEVE THEN -- CAN WE JUST DISPLAY PAGE 1 OF EXHIBIT 10689? |
| 12:22PM | 20 | THE COURT:  YES.  YES. |
| 12:22PM | 21 | BY MS. TREFZ: |
| 12:22PM | 22 | Q.   WHAT IS PAGE 1 OF EXHIBIT 10689? |
| 12:22PM | 23 | A.   SO PAGE 1 HAS THE TOTAL NUMBER OF TESTS OFFERED UNDER |
| 12:22PM | 24 | THERANOS'S TEST MENU, AND IT ALSO SHOWS THE TOTAL NUMBER OF |
| 12:22PM | 25 | REFLEX TESTS THAT CAN BE FOUND ON THE TESTING MENU. |

MIDDLETON DIRECT BY MS. TREFZ                                    7145

| | | |
|---|---|---|
| 12:22PM | 1 | Q.   AND HOW MANY TESTS WERE OFFERED BY THERANOS? |
| 12:22PM | 2 | A.   THERE'S A GRAND TOTAL OF 269 TESTS UNDER THE TESTING MENU. |
| 12:22PM | 3 | Q.   OKAY.  AND IF WE CAN GO BACK TO EXHIBIT 3741. |
| 12:23PM | 4 | I WANT TO UNDERSTAND WHAT YOU IDENTIFIED AS REFLEX TEST, |
| 12:23PM | 5 | HOW YOU CAME TO THAT NUMBER. |
| 12:23PM | 6 | A.   SURE. |
| 12:23PM | 7 | Q.   SO CAN YOU -- IS THERE AN EXAMPLE ON 3741A? |
| 12:23PM | 8 | A.   SURE.  SO THE FIRST EXAMPLE OF A REFLEX TEST SHOWING UP ON |
| 12:23PM | 9 | THE TESTING MENU IS UNDER THESE ANTINUCLEAR ANTIBODIES SCREEN, |
| 12:23PM | 10 | ANA, YOU'LL FIND A LITTLE INDENTATION THAT SAYS REFLEX TO ANA |
| 12:23PM | 11 | CONFIRMATORY, AND THE PRICE IS $7.68.  YEP. |
| 12:23PM | 12 | Q.   OKAY.  AND HOW MANY REFLEX TESTS DID YOU FIND ON THIS |
| 12:23PM | 13 | MENU? |
| 12:23PM | 14 | A.   THE GRAND TOTAL ON THIS MENU IS 23 REFLEX TESTS. |
| 12:23PM | 15 | Q.   OKAY.  LET'S MOVE ON TO THE NEXT CATEGORY. |
| 12:23PM | 16 | DID YOU ALSO REVIEW COMPILATIONS OF TESTING DATA, OR, |
| 12:23PM | 17 | YEAH, TESTING REPORTS FROM CERTAIN HEALTH CARE PROVIDERS? |
| 12:24PM | 18 | A.   I DID. |
| 12:24PM | 19 | Q.   LET'S START WITH, LET'S START WITH DATA RELATED TO |
| 12:24PM | 20 | PROVIDER DR. GERALD ASIN. |
| 12:24PM | 21 | A.   OKAY. |
| 12:24PM | 22 | Q.   DID YOU -- WHAT DID YOU DO WITH RESPECT TO -- FIRST OF |
| 12:24PM | 23 | ALL, DID YOU REVIEW LAB REPORTS -- THERANOS LAB REPORTS |
| 12:24PM | 24 | CONTAINED IN DR. ASIN'S MEDICAL FILES? |
| 12:24PM | 25 | A.   THAT IS CORRECT. |

7146

MIDDLETON DIRECT BY MS. TREFZ

12:24PM  1    Q.   AND WHAT FORMAT WERE THEY IN?

12:24PM  2    A.   I REVIEWED PDF SCANS OF THE FILES.

12:24PM  3    Q.   AND WHAT DID YOU, WHAT DID YOU DO IN YOUR REVIEW?

12:24PM  4    A.   SO BASICALLY I WENT THROUGH EACH OF THE PDF SCANS AND

12:24PM  5    REVIEWED THEM FOR THERANOS LAB RESULTS, AND THEN NOTED THAT IN

12:24PM  6    TERMS OF DATE THAT THE VISIT OCCURRED AND OTHER STATISTICS FROM

12:24PM  7    THOSE LAB RESULTS.

12:25PM  8    Q.   OKAY.  AND WERE ALL OF THE, WERE ALL OF THE LAB REPORTS

12:25PM  9    THAT YOU REVIEWED FROM THERANOS?

12:25PM 10    A.   NO, THAT IS NOT CORRECT.

12:25PM 11    Q.   BUT WERE YOU -- AND THEN SO HOW DID YOU DISTINGUISH

12:25PM 12    BETWEEN WHAT WAS A -- WHAT SHOULD BE -- I'M SORRY.  LET ME

12:25PM 13    STRIKE THAT AND START OVER.

12:25PM 14         DID YOU DISTINGUISH BETWEEN A THERANOS LAB REPORT AND

12:25PM 15    ANOTHER ENTITY'S LAB REPORT?

12:25PM 16    A.   I DID.  I DID.

12:25PM 17         SO THE SCAN HAS ALL OF THE LAB REPORTS FOR A CUSTOMER, BUT

12:25PM 18    I ONLY FOCUSSED ON THE THERANOS LAB REPORTS AND IGNORED THE

12:25PM 19    OTHER PROVIDERS.

12:25PM 20    Q.   AND HOW MANY, HOW MANY OF THESE PDF FILES DID YOU REVIEW?

12:25PM 21    A.   I BELIEVE SOMETHING AROUND 277 PDF'S.

12:25PM 22    Q.   AND DID ALL OF THEM HAVE THERANOS LAB REPORTS IN THEM?

12:25PM 23    A.   NO.

12:25PM 24    Q.   AND DID YOU THEN SUMMARIZE THE INFORMATION THAT YOU, THAT

12:26PM 25    YOU WERE SEEING INTO A, INTO A CHART?

MIDDLETON DIRECT BY MS. TREFZ                                    7147

12:26PM  1    A.  I DID.

12:26PM  2    Q.  AND CAN YOU DRAW YOUR ATTENTION TO 10690?

12:26PM  3    A.  OKAY.

12:26PM  4    Q.  AND --

12:26PM  5         MS. TREFZ:  YOUR HONOR, I WOULD JUST NOTE FOR THE

12:26PM  6    COURT THAT I DON'T INTEND TO ADMIT THIS EXHIBIT, BUT WE DO HAVE

12:26PM  7    A REDACTED VERSION, BUT I WANTED TO MAKE SURE THAT THE COURT

12:26PM  8    AND THE WITNESS AND THE GOVERNMENT HAVE THE FULL MATERIAL HERE.

12:26PM  9         THE COURT:  OKAY.  THANK YOU.

12:26PM  10   BY MS. TREFZ:

12:26PM  11   Q.  AND WHAT, WHAT INFORMATION IS CONTAINED IN 10690?

12:26PM  12   A.  SO THE EXHIBIT HAS THE CONTROL NUMBER OR THE IDENTIFYING

12:26PM  13   DOCUMENT THAT HAD A THERANOS LAB RESULT IN IT, THE PATIENT'S

12:26PM  14   FULL NAME, THE PATIENT'S INITIALS, THE TOTAL NUMBER OF VISITS

12:26PM  15   THAT WERE FOUND IN THE LAB RECORDS, THE DATE OF THE VISIT TO A

12:27PM  16   THERANOS LAB, OR DATES IF THERE WERE MULTIPLE VISITS, THE TOTAL

12:27PM  17   NUMBER OF TESTS FOR EACH VISIT, AS WELL AS THE TOTAL NUMBER OF

12:27PM  18   VISITS AFTER MAY 11TH OF 2015, TOTAL NUMBER OF VISITS BY THAT

12:27PM  19   PATIENT IN OCTOBER 15TH OF 2015, AND TOTAL NUMBER OF VISITS BY

12:27PM  20   THAT CUSTOMER AFTER JANUARY 25TH, 2016.

12:27PM  21   Q.  AND DID YOU CALCULATE THE SUM OF CERTAIN OF THE -- OF

12:27PM  22   CERTAIN OF THE COLUMNS IN THIS -- IN 106?

12:27PM  23   A.  YES.  SO THEN I SUMMED UP THE TOTAL NUMBER OF VISITS MADE,

12:27PM  24   AS WELL AS THE TOTAL NUMBER OF TESTS ORDERED, AS WELL AS THE

12:27PM  25   TOTAL NUMBER OF VISITS AFTER THOSE DATES DESCRIBED.

MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 12:27PM | 1 | Q.   OKAY.  AND WAS THAT INFORMATION THEN SUMMARIZED IN 10687? |
| 12:27PM | 2 | A.   IT WAS. |
| 12:27PM | 3 | Q.   CAN YOU TAKE A -- CAN I DRAW YOUR ATTENTION TO 10687. |
| 12:27PM | 4 | A.   OKAY.  I'M THERE. |
| 12:27PM | 5 | Q.   AND IS THIS THE DOCUMENT THAT YOU SUMMARIZED?  OR IS THIS |
| 12:28PM | 6 | THE SUMMARY OF THE -- THAT YOU CREATED FROM THE CHART THAT WE, |
| 12:28PM | 7 | THAT WE WERE JUST LOOKING AT AT 10690? |
| 12:28PM | 8 | A.   YES, THIS IS A TABLE SUMMARIZING THE INFORMATION FOUND IN |
| 12:28PM | 9 | THE DOCUMENT. |
| 12:28PM | 10 | Q.   I'M SORRY.  AND DOES 10687 FAIRLY AND ACCURATELY REPRESENT |
| 12:28PM | 11 | THE INFORMATION THAT IS PURPORTS TO CONVEY? |
| 12:28PM | 12 | A.   IT DOES. |
| 12:28PM | 13 | MS. TREFZ:  YOUR HONOR, PURSUANT TO RULE 1006, I |
| 12:28PM | 14 | WOULD OFFER 10687. |
| 12:28PM | 15 | THE COURT:  THE SECOND PAGE AS WELL? |
| 12:28PM | 16 | MS. TREFZ:  I WOULD OFFER THE SECOND PAGE. |
| 12:28PM | 17 | MR. LEACH:  401, 403 TO PAGE 2, YOUR HONOR. |
| 12:28PM | 18 | THE COURT:  I THINK THERE'S A LACK OF FOUNDATION ON |
| 12:28PM | 19 | THE SECOND PAGE. |
| 12:28PM | 20 | MS. TREFZ:  ON THE SECOND PAGE?  OKAY. |
| 12:28PM | 21 | THE COURT:  BUT I'LL ADMIT 10687, THE FIRST PAGE. |
| 12:29PM | 22 | MS. TREFZ:  MAY I TRY TO LAY A FOUNDATION FOR THE |
| 12:29PM | 23 | SECOND PAGE? |
| 12:29PM | 24 | THE COURT:  SURE. |
| 12:29PM | 25 | BY MS. TREFZ: |

MIDDLETON DIRECT BY MS. TREFZ

12:29PM  1    Q.   SO WE JUST DISCUSSED PAGE 1 OF 10687.  IS THERE A SECOND

12:29PM  2    PAGE TO 10687?

12:29PM  3    A.   I'M SORRY.  ALLOW ME TO GET BACK THERE.

12:29PM  4         THERE IS A SECOND PAGE TO 10687.

12:29PM  5    Q.   AND WHAT IS 10687, PAGE 2?  WHAT DOES THAT REPRESENT?

12:29PM  6    A.   SO PAGE 2 SHOWS THE TOTAL NUMBER OF VISITS THAT WAS

12:29PM  7    CALCULATED ACROSS ALL OF THE MEDICAL RECORDS THAT ARE VIEWED

12:29PM  8    FOR DR. ASIN'S MEDICAL RECORDS, AND THEN IT PROVIDES THE FIRST

12:29PM  9    DATE I FOUND, AND THE MEDICAL RECORDS THAT A CUSTOMER VISITED A

12:29PM 10    CUSTOMER LAB.

12:29PM 11    Q.   AND WHAT DATE WAS THAT, THE FIRST DATE?

12:29PM 12    A.   THE FIRST DATE WAS DECEMBER 30TH OF 2013.

12:29PM 13    Q.   OKAY.

12:29PM 14    A.   AND THEN IT ALSO SHOWS THE LAST DATE THAT I FOUND IN THE

12:29PM 15    MEDICAL RECORDS OF SOMEBODY VISITING A THERANOS LAB, AND THAT

12:29PM 16    DATE WAS OCTOBER 3RD, 2016.

12:30PM 17         AND THEN IT BREAKS OUT THOSE 490 VISITS IN TERMS OF WHEN

12:30PM 18    THOSE VISITS OCCURRED BY CERTAIN DATES THAT WE HAD DESCRIBED

12:30PM 19    PREVIOUSLY.

12:30PM 20    Q.   AND IS IT SHOWN IN A DIFFERENT FORMAL THAN THE ORIGINAL

12:30PM 21    SUMMARY THAT YOU CREATED?

12:30PM 22    A.   YES.  SO THE ORIGINAL FORMAT WAS PURELY A DATA SHEET, WAS

12:30PM 23    ALMOST TALLYING THE NUMBERS.  THIS IS MORE GRAND TOTAL FOR EACH

12:30PM 24    DATE.

12:30PM 25              MS. TREFZ:  YOUR HONOR, I WOULD OFFER PAGE 2 OF

7150
MIDDLETON DIRECT BY MS. TREFZ

12:30PM  1    10687.

12:30PM  2            MR. LEACH:  401, 403, AND I DON'T THINK THIS IS

12:30PM  3    PROPER 1006.

12:30PM  4            THE COURT:  THERE'S SOME -- I'M GOING TO SUSTAIN THE

12:30PM  5    OBJECTION.  THERE'S SOME MATERIAL BRACKETED HERE THAT THERE'S

12:30PM  6    NO FOUNDATION FOR.  SO I'LL SUSTAIN THE OBJECTION.

12:30PM  7            MS. TREFZ:  UNDERSTOOD, YOUR HONOR.  I BELIEVE THAT

12:30PM  8    THOSE DATES ARE IN THE RECORD, BUT I UNDERSTAND THE COURT'S

12:30PM  9    ORDER.

12:30PM  10           THE COURT:  PURSUANT TO 1006, THIS IS A 1006

12:31PM  11   WITNESS, NOT AN OTHERWISE FACT WITNESS.

12:31PM  12           MS. TREFZ:  I UNDERSTAND, YOUR HONOR.

12:31PM  13           THE COURT:  PAGE 1 IS ADMITTED.

12:31PM  14       ARE YOU STILL ON THIS TOPIC?

12:31PM  15       (DEFENDANT'S EXHIBIT 10687, PAGE 1 WAS RECEIVED IN

12:31PM  16   EVIDENCE.)

12:31PM  17           MS. TREFZ:  I WAS GOING TO ASK TO DISPLAY PAGE 1 IF

12:31PM  18   WE CAN.

12:31PM  19           THE COURT:  SURE.

12:31PM  20           MS. TREFZ:  DID THE COURT HAVE AN INQUIRY?

12:31PM  21           THE COURT:  NOT ON THIS.  ON SOMETHING ELSE.

12:31PM  22           MS. TREFZ:  OKAY.

12:31PM  23   Q.   MR. MIDDLETON, CAN YOU EXPLAIN WHAT 10687, PAGE 1, IS?

12:31PM  24   A.   YEAH.  SO IT'S A SUMMARY OF THE TEST RESULTS FROM

12:31PM  25   DR. ASIN, AND IT'S A SUMMARY OF MY REVIEW OF THOSE TEST RESULTS

MIDDLETON DIRECT BY MS. TREFZ                                        7151

12:31PM   1      FOR THERANOS LABS.

12:31PM   2      Q.   OKAY.  AND BY THAT YOU MEAN THERANOS LAB REPORTS?

12:31PM   3      A.   THAT'S CORRECT, YES.

12:31PM   4      Q.   AND JUST TO BE CLEAR, IS ALL OF THE INFORMATION IN TERMS

12:31PM   5      OF THE VISIT DATE, WAS IT CONTAINED ON THE FACE OF THE LAB

12:32PM   6      REPORT?

12:32PM   7      A.   YES.  THE DATE OF THE VISIT CAN BE FOUND ON -- WHEN YOU

12:32PM   8      REVIEW THE LAB RESULTS, IT'S ON THE FIRST PAGE OF THE -- THE

12:32PM   9      DATE OF THE VISIT.

12:32PM  10      Q.   AND WHEN YOU WERE CALCULATING THOSE NUMBERS, DID YOU FOCUS

12:32PM  11      ON THE VISIT DATE OR THE REPORT DATE?

12:32PM  12      A.   I FOCUSSED ON THE DATE OF VISIT.

12:32PM  13      Q.   OKAY.

12:32PM  14      A.   THE SPECIFIC DATE CALLED OUT.

12:32PM  15      Q.   OKAY.  AND HOW MANY TOTAL THERANOS CUSTOMERS DID YOU SEE

12:32PM  16      LAB REPORTS FOR IN THE FILES THAT YOU'VE REVIEWED?

12:32PM  17      A.   SO A GRAND TOTAL OF 233 PEOPLE I FOUND HAD VISITED

12:32PM  18      THERANOS LABS FROM DR. ASIN'S MEDICAL RECORDS.

12:32PM  19      Q.   OKAY.  AND HOW MANY CUSTOMERS HAD MULTIPLE VISITS TO

12:32PM  20      THERANOS?

12:32PM  21      A.   OF THOSE, I FOUND 110 HAD VISITED AT LEAST TWICE TO

12:32PM  22      THERANOS LABS.

12:32PM  23      Q.   AND THE -- AND HOW MANY TOTAL VISITS WERE REFLECTED IN --

12:32PM  24      AMONG THOSE THERANOS CUSTOMERS?

12:32PM  25      A.   SO ACROSS ALL OF THOSE 233 CUSTOMERS, THEY MADE A GRAND

7152

MIDDLETON DIRECT BY MS. TREFZ

```
12:33PM   1    TOTAL OF 490 VISITS TO THERANOS.
12:33PM   2    Q.   AND WHAT WAS THE TOTAL NUMBER OF TESTS ORDERED IN THOSE
12:33PM   3    LAB REPORTS?
12:33PM   4    A.   THE GRAND TOTAL NUMBER OF TESTS ORDERED FOR ALL OF THOSE
12:33PM   5    CUSTOMERS WAS 1969 TESTS.
12:33PM   6    Q.   AND THE JURY HAS PREVIOUSLY SEEN THESE LAB REPORTS BEFORE.
12:33PM   7         AND JUST TO UNDERSTAND HOW YOU CALCULATED THE TESTS, WERE
12:33PM   8    THERE ANY TESTS THAT YOU EXCLUDED FROM YOUR CALCULATION, OR ANY
12:33PM   9    RESULTS THAT YOU EXCLUDED FROM YOUR CALCULATION?
12:33PM  10    A.   WELL, THERE WAS -- IF YOU -- WHEN YOU REVIEW THE LAB
12:33PM  11    RESULTS, YOU WILL SEE AT THE TOP IT WILL LIST OUT ABNORMAL
12:33PM  12    RESULTS.
12:33PM  13         I DID NOT INCLUDE THOSE IN THE COUNT BECAUSE THAT WOULD BE
12:33PM  14    DUPLICATIVE.  I SKIPPED THAT SECTION AND WENT TO PURELY THE
12:33PM  15    TOTAL LISTING OF TESTS THAT WERE ORDERED AND THE RESULTS.
12:33PM  16    Q.   AND HOW DID YOU DO THAT?
12:33PM  17    A.   IN TERMS OF -- I REVIEWED THE PDF AND SKIPPED OVER THE
12:34PM  18    ABNORMAL RESULTS SECTION.
12:34PM  19    Q.   I'M SORRY.  HOW DID YOU CALCULATE THE NUMBER OF TESTS?
12:34PM  20    A.   OH.  LITERALLY JUST SCROLLING THROUGH THE LAB REPORT AND
12:34PM  21    COUNTING ONE, TWO, THREE, AND SO ON AND SO FORTH.
12:34PM  22    Q.   OKAY.  ALL RIGHT.
12:34PM  23         I'M GOING TO MOVE TO ANOTHER EXHIBIT WITHIN THE SAME
12:34PM  24    TOPIC.  SO WAS THERE AN ISSUE THAT YOU WANTED TO --
12:34PM  25              THE COURT:  THERE WAS.  I SUSTAINED THE OBJECTION TO
```

MIDDLETON DIRECT BY MS. TREFZ

```
12:34PM   1    10689, AND I THINK I ONLY ALLOWED PAGE 1 AS TO THAT EXHIBIT.

12:34PM   2         I'VE REVISITED 3741A, FROM WHICH -- I THINK THAT IS THE

12:34PM   3    GENESIS OF 10689.

12:34PM   4         I NOTE THAT 3741A HAS PRICES IN THE COLUMNS.

12:34PM   5              MS. TREFZ:  IT DOES.

12:34PM   6              THE COURT:  AND THEREFORE, I'M GOING TO CHANGE MY

12:34PM   7    RULING ON THAT AND THOSE PAGES, 2 AND 3, THAT SHOW THE

12:35PM   8    BREAKDOWN, THAT IS APPROPRIATE PRESENTATION FOR THE PRICING

12:35PM   9    THAT IS LISTED ON 3741A.

12:35PM  10         SO THOSE TWO PAGES ARE ADMITTED.  THEY DO ENCOMPASS THE

12:35PM  11    MATERIAL THERE.  SO I'LL CHANGE THE COURT'S RULING.  THOSE ARE

12:35PM  12    ADMITTED.  THEY CAN BE PUBLISHED IF YOU WANT TO DO THAT.

12:35PM  13              MS. TREFZ:  THANK YOU, YOUR HONOR.  I APPRECIATE THE

12:35PM  14    OPPORTUNITY TO DO SO.

12:35PM  15         (DEFENDANT'S EXHIBIT 10689, PAGES 2 AND 3 WAS RECEIVED IN

12:35PM  16    EVIDENCE.)

12:35PM  17    BY MS. TREFZ:

12:35PM  18    Q.   IF WE CAN GO BACK, MR. MIDDLETON, AND MR. BENNETT, TO

12:35PM  19    10689, AND PULL UP PAGE 2 OF 10689.

12:35PM  20         AND, MR. MIDDLETON, WHAT -- CAN YOU EXPLAIN WHAT IS

12:35PM  21    REFLECTED IN PAGE 2 OF 10689?

12:35PM  22    A.   SO PAGE 2 IS -- I MENTIONED BEFORE THAT I REVIEWED THE

12:35PM  23    TESTING MENU AND BROKE OUT THE TESTS INTO VARIOUS BUCKETS OF

12:35PM  24    PRICING, SO PAGE 2 SUMMARIZES THE NUMBER OF TESTS IN VARIOUS

12:35PM  25    PRICE BUCKETS.
```

MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 12:35PM | 1 | Q.   OKAY.  AND, AND WE SEE THERE -- WHY DON'T YOU TELL US |
| 12:36PM | 2 | WHICH PRICE BUCKETS YOU USED? |
| 12:36PM | 3 | A.   SURE.  SO I FOCUSSED ON NUMBER OF TESTS UNDER $5, THE |
| 12:36PM | 4 | TOTAL NUMBER OF TESTS UNDER $10, THE TOTAL NUMBER OF TESTS |
| 12:36PM | 5 | UNDER $20, THE TOTAL NUMBER OF TESTS UNDER $50, AND FINALLY, |
| 12:36PM | 6 | THE TOTAL NUMBER OF TESTS UNDER $100. |
| 12:36PM | 7 | Q.   AND JUST SO WE'RE CLEAR, IS THIS -- FOR THIS PAGE 2 OF |
| 12:36PM | 8 | 10689, DO THE TESTS UNDER $100 AT 265 TESTS INCLUDE ALL OF THE |
| 12:36PM | 9 | TESTS THAT WERE ABOVE? |
| 12:36PM | 10 | A.   THAT IS CORRECT.  IT'S CUMULATIVE. |
| 12:36PM | 11 | Q.   OKAY.  SO UNDER $10 INCLUDES THE TESTS UNDER $5 AND ALSO |
| 12:36PM | 12 | THE TESTS BETWEEN $5 AND $10? |
| 12:36PM | 13 | A.   THAT'S CORRECT. |
| 12:36PM | 14 | Q.   OKAY.  AND THEN DID -- WHAT IS REFLECTED IN THE -- IN THE |
| 12:36PM | 15 | THIRD COLUMN? |
| 12:36PM | 16 | A.   SO THE THIRD COLUMN BASICALLY SHOWS THE PERCENTAGE OF |
| 12:36PM | 17 | TAKING -- SO UNDER $5, THERE WERE 64 TESTS THAT WERE UNDER $5. |
| 12:37PM | 18 | IF YOU DIVIDE THAT BY THE TOTAL NUMBER OF TESTS OF 269 TESTS, |
| 12:37PM | 19 | THAT'S THE PERCENTAGE OF TESTS THAT ARE AVAILABLE UNDER $5 |
| 12:37PM | 20 | UNDER THE TESTING MENU. |
| 12:37PM | 21 | Q.   AND JUST SO WE'RE CLEAR ON THE PERCENTAGE THERE, THAT'S OF |
| 12:37PM | 22 | THE TESTS OFFERED THAT ARE LISTED -- THE TOTAL NUMBER OF TESTS |
| 12:37PM | 23 | LISTED ON PAGE 1 OF THIS EXHIBIT; RIGHT? |
| 12:37PM | 24 | A.   THAT'S CORRECT, YES. |
| 12:37PM | 25 | Q.   AND THEN LET'S GO TO PAGE 3 OF THE EXHIBIT. |

MIDDLETON DIRECT BY MS. TREFZ                                          7155

12:37PM   1        AND WHAT IS REFLECTED ON PAGE 3 OF THE EXHIBIT?

12:37PM   2   A.   SO PAGE 3 IS A PIE CHART SHOWING THE BREAKDOWN OF THE TEST

12:37PM   3   PRICES, AND THIS IS A LITTLE BIT DIFFERENT JUST BECAUSE IT'S

12:37PM   4   NOT CUMULATIVE.  YOU CAN ACTUALLY SEE HOW MANY ARE ATTRIBUTED

12:37PM   5   TO EACH BUCKET IN THIS CASE.

12:37PM   6   Q.   AND WHAT WAS THE LARGEST BUCKET?

12:37PM   7   A.   IT WAS THE $5 TO $10 RANGE, CLOSELY FOLLOWED BY 10 TO 20

12:37PM   8   AND -- YEAH.

12:37PM   9   Q.   OKAY.  WE CAN MOVE ON.

12:38PM  10        WE'RE GOING TO GO BACK TO YOUR REVIEW OF TEST RECORDS.

12:38PM  11        THE NEXT ITEM I'D LIKE TO DISCUSS IS, CAN I DRAW YOUR

12:38PM  12   ATTENTION TO EXHIBIT 13781.

12:38PM  13   A.   OKAY.  I'M THERE.

12:38PM  14   Q.   AND DID YOU HAVE AN UNDERSTANDING OF WHAT EXHIBIT 13781

12:38PM  15   IS?

12:38PM  16   A.   YES.

12:38PM  17   Q.   OH.  AND WHAT WAS YOUR UNDERSTANDING?

12:38PM  18   A.   MY UNDERSTANDING IS THAT THIS IS THE LAB -- THIS IS THE

12:38PM  19   SWC BLOOD TESTING ORDERS AFTER AUGUST OF 2015.

12:38PM  20   Q.   AND IF I CAN DRAW YOUR ATTENTION TO 10693, THAT IS ALSO IN

12:38PM  21   YOUR BINDER FOR IDENTIFICATION PURPOSES.

12:39PM  22        AND IS THE -- AND IS YOUR UNDERSTANDING OF THE RECORDS

12:39PM  23   CONTAINED IN EXHIBIT 13781 INFORMED BY 10693?

12:39PM  24   A.   THAT'S CORRECT.

12:39PM  25   Q.   OKAY.  AND WHAT DID YOU -- WHAT DID YOU DO WITH THE

MIDDLETON DIRECT BY MS. TREFZ                                    7156

| | | |
|---|---|---|
| 12:39PM | 1 | INFORMATION IN 13781? |
| 12:39PM | 2 | A.   SO FOR 13781, I REVIEWED FOR THE GRAND TOTAL NUMBER OF |
| 12:39PM | 3 | TESTS THAT WERE ORDERED, AS WELL AS I ALSO LOOKED FOR HOW MANY |
| 12:39PM | 4 | TESTS WERE ASKED FOR HCG. |
| 12:39PM | 5 | Q.   OKAY.  AND DID YOU ALSO COUNT THE NUMBER OF PROVIDERS |
| 12:39PM | 6 | THAT -- |
| 12:39PM | 7 | A.   I ALSO -- THAT IS CORRECT, YES.  I ALSO COUNTED THE NUMBER |
| 12:39PM | 8 | OF PROVIDERS THAT WERE LISTED. |
| 12:39PM | 9 | Q.   AND ARE ALL OF THOSE DIFFERENT PIECES IDENTIFIED OR |
| 12:39PM | 10 | IDENTIFIABLE FROM 13781? |
| 12:40PM | 11 | A.   THAT IS CORRECT. |
| 12:40PM | 12 | Q.   AND CAN YOU JUST EXPLAIN, HOW DID YOU CALCULATE THE, THE |
| 12:40PM | 13 | NUMBER OF VISITS? |
| 12:40PM | 14 | A.   SURE.  SO THE TOTAL NUMBER OF VISITS, I BOTH HAND COUNTED |
| 12:40PM | 15 | STARTING AT 1 AND GOING TO THE END OF THE ROWS HOW MANY VISITS, |
| 12:40PM | 16 | AS WELL AS I COPIED OVER THE ORDER NUMBERS INTO AN EXCEL, AND I |
| 12:40PM | 17 | SAW HOW MANY ROWS THEY TOOK UP. |
| 12:40PM | 18 | Q.   OKAY.  AND HOW MANY VISITS DID YOU IDENTIFY? |
| 12:40PM | 19 | A.   OVER 1100. |
| 12:40PM | 20 | Q.   AND WHAT ABOUT HCG TESTS ORDERED AFTER AUGUST 2015? |
| 12:40PM | 21 | A.   SO PAGES 1 TO 22 OF THE DOCUMENT HAS THE ORDER |
| 12:40PM | 22 | DESCRIPTION, AND SO I HAD ADOBE DRAW A BOX AROUND EVERY |
| 12:40PM | 23 | INSTANCE WHERE THERE WAS HCG IN THE TEXT, AND THEN I REVIEWED |
| 12:41PM | 24 | MANUALLY STARTING FROM THE VERY TOP ROW GOING ALL OF THE WAY |
| 12:41PM | 25 | UNTIL THE END OF PAGE 22 FOR -- TO MAKE SURE THAT IT CORRECTLY |

MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 12:41PM | 1 | COUNTED HCG, AND ALSO TO MAKE SURE THAT NOTHING WAS MISSED AND |
| 12:41PM | 2 | NOTHING WAS INCORRECTLY INCLUDED IN THAT COUNT. |
| 12:41PM | 3 | Q.   SO IS IT FAIR TO SAY THAT FOR BOTH OF THOSE -- BOTH |
| 12:41PM | 4 | COUNTING THE NUMBER OF VISITS AND THE NUMBER OF TESTS ORDERED, |
| 12:41PM | 5 | YOU MANUALLY COUNTED AND ALSO DID SOME KIND OF ELECTRONIC CHECK |
| 12:41PM | 6 | FOR YOURSELF? |
| 12:41PM | 7 | A.   THAT'S CORRECT. |
| 12:41PM | 8 | Q.   AND THEN WITH RESPECT TO THE NUMBER OF PROVIDERS, HOW DID |
| 12:41PM | 9 | YOU CALCULATE THAT NUMBER? |
| 12:41PM | 10 | A.   SO NUMBER OF PROVIDERS.  SO THE PROVIDERS ARE LISTED ON |
| 12:41PM | 11 | PAGES 23 TO 46 OF THE DOCUMENT, AND SO I COPIED THOSE PROVIDERS |
| 12:41PM | 12 | INTO AN EXCEL, USED THE DEDUPE FUNCTION AND THEN KIND OF -- TO |
| 12:42PM | 13 | BASICALLY COME UP WITH UNIQUE VALUES. |
| 12:42PM | 14 | I ALSO MANUALLY REVIEWED TO MAKE SURE THAT FUNCTION DIDN'T |
| 12:42PM | 15 | DO ANYTHING STRANGE. |
| 12:42PM | 16 | Q.   SO YOU ALSO MANUALLY REVIEWED? |
| 12:42PM | 17 | A.   I -- YES.  I ORDERED THEM ALPHABETICALLY AND LOOKED FOR |
| 12:42PM | 18 | UNIQUE VALUES MYSELF. |
| 12:42PM | 19 | Q.   BUT IN ADDITION TO WHATEVER REVIEW YOU DID IN THE EXCEL, |
| 12:42PM | 20 | DID YOU ALSO DOUBLE-CHECK ON THE HARD -- ON THE PDF COPY OF THE |
| 12:42PM | 21 | EXHIBIT THAT YOU HAD? |
| 12:42PM | 22 | A.   I USED MY COPYING METHOD INTO AN EXCEL. |
| 12:42PM | 23 | Q.   OKAY.  DID YOU -- AND SO DOES EXHIBIT -- I'D LIKE TO DRAW |
| 12:42PM | 24 | YOUR ATTENTION TO 10688. |
| 12:42PM | 25 | A.   OKAY. |

7158

MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 12:42PM | 1 | Q.   AND DOES EXHIBIT 10688 ACCURATELY SUMMARIZE CERTAIN -- THE |
| 12:43PM | 2 | INFORMATION THAT YOU CALCULATED THAT WE WERE JUST DISCUSSING? |
| 12:43PM | 3 | A.   IT DOES. |
| 12:43PM | 4 | MS. TREFZ:  YOUR HONOR, I WOULD OFFER, PURSUANT TO |
| 12:43PM | 5 | 1006, EXHIBIT 10688. |
| 12:43PM | 6 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 12:43PM | 7 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:43PM | 8 | (DEFENDANT'S EXHIBIT 10688 WAS RECEIVED IN EVIDENCE.) |
| 12:43PM | 9 | BY MS. TREFZ: |
| 12:43PM | 10 | Q.   MR. MIDDLETON, CAN YOU EXPLAIN TO US WHAT WE ARE SEEING IN |
| 12:43PM | 11 | EXHIBIT 10688? |
| 12:43PM | 12 | A.   SO THIS SUMMARIZES THE TOTAL NUMBER OF VISITS MADE AS |
| 12:43PM | 13 | LISTED IN THE ORDER FORM, THE HCG TESTS ORDERED AND THOSE BLOOD |
| 12:43PM | 14 | TEST ORDERS, AS WELL AS THE UNIQUE NUMBER OF PROVIDERS THAT |
| 12:43PM | 15 | WERE FOUND THAT HAD ORDERED THERANOS TESTS. |
| 12:43PM | 16 | Q.   OKAY.  AND HOW MANY VISITS DID YOU IDENTIFY? |
| 12:43PM | 17 | A.   OVER 1100. |
| 12:43PM | 18 | Q.   AND HOW MANY HCG TESTS DID YOU IDENTIFY? |
| 12:44PM | 19 | A.   OVER 270. |
| 12:44PM | 20 | Q.   AND HOW MANY PROVIDERS DID YOU IDENTIFY? |
| 12:44PM | 21 | A.   OVER 20. |
| 12:44PM | 22 | Q.   OKAY.  WE ARE DONE WITH THIS EXHIBIT. |
| 12:44PM | 23 | I HAVE ONE LAST TOPIC FOR YOU. |
| 12:44PM | 24 | A.   OKAY. |
| 12:44PM | 25 | Q.   AND I WOULD LIKE TO DRAW YOUR ATTENTION IN YOUR BINDER TO |

MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 12:44PM | 1 | EXHIBIT 14259. |
| 12:44PM | 2 | AND, MR. MIDDLETON, THIS IS NOT A DOCUMENT THAT YOU -- |
| 12:44PM | 3 | THAT YOU'RE ON; CORRECT? |
| 12:44PM | 4 | A.   NO. |
| 12:44PM | 5 | Q.   CAN YOU IDENTIFY THE DATE OF THE TOP EMAIL IN THIS |
| 12:44PM | 6 | DOCUMENT? |
| 12:44PM | 7 | A.   SURE.   THE TOP EMAIL WAS SENT ON MAY 12TH OF 2015. |
| 12:44PM | 8 | Q.   AND CAN YOU IDENTIFY -- IS THERE A BATES NUMBER ON THE |
| 12:44PM | 9 | BOTTOM RIGHT OF THE DOCUMENT? |
| 12:45PM | 10 | A.   YES. |
| 12:45PM | 11 | Q.   AND WHAT IS? |
| 12:45PM | 12 | A.   THE BATES IS HOLMES 0019255. |
| 12:45PM | 13 | MS. TREFZ:   YOUR HONOR, I WOULD MOVE TO ADMIT 14259 |
| 12:45PM | 14 | PURSUANT TO RULE 803(6). |
| 12:45PM | 15 | MR. LEACH:   HEARSAY, FOUNDATION, YOUR HONOR.   HE'S |
| 12:45PM | 16 | NOT SUMMARIZING ANYTHING.   401. |
| 12:45PM | 17 | THE COURT:   IS THIS EMAIL IN EVIDENCE, OR PART OF IT |
| 12:45PM | 18 | IN EVIDENCE? |
| 12:45PM | 19 | MS. TREFZ:   IT IS NOT, YOUR HONOR.   I AM ATTEMPTING |
| 12:45PM | 20 | TO MOVE IT INTO EVIDENCE.   IT WAS SHOWN YESTERDAY TO THE |
| 12:45PM | 21 | PATIENT. |
| 12:45PM | 22 | THE COURT:   UNDERSTOOD. |
| 12:45PM | 23 | MS. TREFZ:   I'M SORRY? |
| 12:45PM | 24 | THE COURT:   IT WAS NOT ADMITTED, THOUGH? |
| 12:45PM | 25 | MS. TREFZ:   CORRECT, IT WAS NOT. |

7160
MIDDLETON DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 12:45PM | 1 | AND SINCE THEN THE GOVERNMENT MOVED TO ADMIT OVER OUR |
| 12:45PM | 2 | OBJECTION 4415, AND WE BELIEVE NOW THAT THIS CAN BE ADMITTED. |
| 12:45PM | 3 | THE COURT: MR. LEACH, 4415? |
| 12:45PM | 4 | MR. LEACH: THE COURT HASN'T HEARD FROM A SINGLE ONE |
| 12:46PM | 5 | OF THE WITNESSES ON THIS DOCUMENT. I DON'T KNOW HOW THAT WOULD |
| 12:46PM | 6 | SATISFY 803(6). |
| 12:46PM | 7 | MS. TREFZ: AND IF I COULD JUST RESPOND, YOUR HONOR? |
| 12:46PM | 8 | THE COURT: SURE. |
| 12:46PM | 9 | MS. TREFZ: THE GOVERNMENT ADMITTED DURING ITS |
| 12:46PM | 10 | CASE-IN-CHIEF A NUMBER OF DOCUMENTS FOR WHICH THERE WAS NO |
| 12:46PM | 11 | WITNESS, AND IN PARTICULAR I NOTE, AS I DID BEFORE, |
| 12:46PM | 12 | EXHIBIT 4415 WAS ADMITTED BY THE GOVERNMENT YESTERDAY OVER OUR |
| 12:46PM | 13 | OBJECTION DURING THE TESTIMONY OF DR. BURNES, AND IT WAS |
| 12:46PM | 14 | ADMITTED PURSUANT TO 803(6), AND WE BELIEVE THIS IS |
| 12:46PM | 15 | SUBSTANTIALLY SIMILAR AND FOR SUBSTANTIALLY SIMILAR REASONS. |
| 12:46PM | 16 | THE COURT: DO YOU NEED TO MAKE A FOUNDATION, AN |
| 12:46PM | 17 | 803(6) FOUNDATION FOR THIS? |
| 12:46PM | 18 | MS. TREFZ: I CAN THROUGH ASKING THE WITNESS WHAT IS |
| 12:46PM | 19 | IDENTIFIED IN THE DOCUMENT, YOUR HONOR, BUT OBVIOUSLY HE'S NOT |
| 12:46PM | 20 | THERE. |
| 12:46PM | 21 | THE COURT: RIGHT. SO I'M NOT SURE -- ON THE FACE, |
| 12:46PM | 22 | I DON'T THINK IT QUALIFIES UNDER 803(6). |
| 12:46PM | 23 | MS. TREFZ: IF I COULD DRAW THE COURT'S ATTENTION TO |
| 12:46PM | 24 | THE CONTEXT OF THE EMAIL AND JUST MAKE A COMPARISON? AND I CAN |
| 12:47PM | 25 | DO THIS OUTSIDE OF THE PRESENCE OF THE JURY LATER ON IF THE |

| 12:47PM | 1 | COURT -- |
| 12:47PM | 2 | THE COURT: OKAY. WELL, I'LL SUSTAIN THE OBJECTION. |
| 12:47PM | 3 | MS. TREFZ: OKAY. |
| 12:47PM | 4 | Q. AND IF I COULD JUST DRAW YOUR ATTENTION TO 13609 AS WELL. |
| 12:47PM | 5 | AND I ASSUME THAT WE'RE GOING TO HAVE THE SAME ISSUE, |
| 12:47PM | 6 | YOUR HONOR, SO I JUST WANTED TO MAKE A RECORD -- |
| 12:47PM | 7 | THE COURT: SURE. |
| 12:47PM | 8 | MS. TREFZ: -- OF THIS. |
| 12:47PM | 9 | Q. MR. MIDDLETON, CAN YOU IDENTIFY THE DATE SENT ON |
| 12:47PM | 10 | EXHIBIT 13069? |
| 12:47PM | 11 | A. THE DATE SENT WAS MAY 12TH OF 2015. |
| 12:47PM | 12 | Q. AND THE -- WHAT IS THE BATES NUMBER ON THE BOTTOM RIGHT? |
| 12:47PM | 13 | A. THE BATES NUMBER IS THER-3090166. |
| 12:48PM | 14 | Q. AND IF I COULD JUST DRAW YOUR ATTENTION TO THE BOTTOM |
| 12:48PM | 15 | EMAIL, THE FIRST EMAIL IN THE CHAIN. |
| 12:48PM | 16 | WHAT, WHAT DO YOU SEE IN THE TO LINE OF 13069? |
| 12:48PM | 17 | A. THE TO LINE ON THE VERY BOTTOM EMAIL IS LAB ESCALATE. |
| 12:48PM | 18 | Q. THANK YOU. |
| 12:48PM | 19 | I HAVE NO FURTHER QUESTIONS, YOUR HONOR. |
| 12:48PM | 20 | THE COURT: OKAY. THANK YOU. |
| 12:48PM | 21 | MS. TREFZ: OH, ACTUALLY, I'M SORRY, YOUR HONOR. |
| 12:48PM | 22 | MAY I MOVE THE ADMISSION OF THAT DOCUMENT? |
| 12:48PM | 23 | MR. LEACH: SAME OBJECTION, YOUR HONOR. |
| 12:48PM | 24 | THE COURT: ALL RIGHT. THE OBJECTION IS SUSTAINED. |
| 12:48PM | 25 | MS. TREFZ: ALL RIGHT. |

MIDDLETON CROSS BY MR. LEACH                                    7162

12:48PM  1          THE CLERK:  COUNSEL, CAN YOU STATE THAT EXHIBIT

12:48PM  2   NUMBER AGAIN, PLEASE?

12:48PM  3          MS. TREFZ:  YES, I CAN.

12:48PM  4      IT IS 13609.

12:48PM  5          THE COURT:  13069.

12:48PM  6          MS. TREFZ:  13069.  I'VE SAID IT PROBABLY FOUR

12:48PM  7   DIFFERENT WAYS, AND I APOLOGIZE TO MS. RODRIGUEZ AND TO THE

12:48PM  8   COURT.

12:48PM  9          THE CLERK:  THANK YOU.

12:48PM  10          THE COURT:  ALL RIGHT.  THANK YOU.

12:48PM  11          MS. TREFZ:  WITH THAT, NO FURTHER QUESTIONS,

12:49PM  12   YOUR HONOR.

12:49PM  13          THE COURT:  ALL RIGHT.  CROSS-EXAMINATION?

12:49PM  14          MR. LEACH:  THANK YOU, YOUR HONOR.

12:49PM  15                    **CROSS-EXAMINATION**

12:49PM  16   BY MR. LEACH:

12:49PM  17   Q.  GOOD AFTERNOON, MR. MIDDLETON.

12:49PM  18   A.  GOOD AFTERNOON.

12:49PM  19   Q.  MY NAME IS BOB LEACH.  I'M ONE OF THE PROSECUTORS ON THE

12:49PM  20   CASE.

12:49PM  21      YOU WORK FOR THE LAW FIRM WILLIAMS & CONNOLLY LLP?

12:49PM  22   A.  THAT'S CORRECT.

12:49PM  23   Q.  AND YOU LIVE IN WASHINGTON, D.C.?

12:49PM  24   A.  THAT'S CORRECT.

12:49PM  25   Q.  AND THAT'S WHERE WILLIAMS & CONNOLLY'S OFFICES ARE?

MIDDLETON CROSS BY MR. LEACH                                          7163

12:49PM   1    A.   YES, THEIR ONE OFFICE.

12:49PM   2    Q.   AND YOU SUPPORT ATTORNEYS FROM WILLIAMS & CONNOLLY IN

12:49PM   3    THEIR WORK REPRESENTING CLIENTS; IS THAT CORRECT?

12:49PM   4    A.   THAT IS CORRECT.

12:49PM   5    Q.   DO YOU DO LITIGATION WORK?

12:49PM   6    A.   I DO.

12:49PM   7    Q.   OKAY.  AND DO YOU TAKE DIRECTION FROM THE ATTORNEYS WHO

12:50PM   8    SUPERVISE YOU?

12:50PM   9    A.   I TAKE DIRECTION FROM, YES, THE ATTORNEYS THAT ARE IN MY

12:50PM  10    CASE.

12:50PM  11    Q.   OKAY.  SO THE ATTORNEYS DIRECT YOU AND GUIDE YOU IN THE

12:50PM  12    WORK THAT YOU DO AS A PARALEGAL?

12:50PM  13    A.   THAT'S CORRECT.

12:50PM  14    Q.   OKAY.  AND IN THE TRIAL CONTEXT, THAT MIGHT INVOLVE

12:50PM  15    ORGANIZING AND REVIEWING DOCUMENTS LIKE ONE OF THE BINDERS THAT

12:50PM  16    YOU HAVE IN FRONT OF YOU?

12:50PM  17    A.   YES, YES.  I'VE MADE MANY A BINDER IN MY TIME.

12:50PM  18    Q.   AND SOME DAYS IT MIGHT ASSIST PULLING EXHIBITS OR

12:50PM  19    DOCUMENTS FROM DATABASES; IS THAT RIGHT?

12:50PM  20    A.   THAT IS CORRECT.

12:50PM  21    Q.   AND ON DAYS LIKE TODAY IT MEANS YOU GIVE TESTIMONY HERE IN

12:50PM  22    FEDERAL COURT?

12:50PM  23    A.   I WILL SAY THIS IS UNIQUE, BUT YES.

12:50PM  24    Q.   HAVE YOU EVER TESTIFIED BEFORE?

12:50PM  25    A.   NO.

7164
MIDDLETON CROSS BY MR. LEACH

| | | |
|---|---|---|
| 12:50PM | 1 | Q.   OKAY.  HOW DID YOU GET THIS ASSIGNMENT? |
| 12:50PM | 2 | A.   I GOT THIS ASSIGNMENT -- I GOT CALLED BY MY FELLOW |
| 12:50PM | 3 | PARALEGAL THAT THEY WERE LOOKING FOR SOMEONE TO PROVIDE SOME |
| 12:50PM | 4 | SUMMARIES, SO -- |
| 12:50PM | 5 | Q.   OKAY.  WHEN DID YOU GET THIS ASSIGNMENT? |
| 12:50PM | 6 | A.   I BELIEVE MAYBE THE BEGINNING OF AUGUST THIS YEAR. |
| 12:50PM | 7 | Q.   OKAY.  AND YOU'VE BEEN WORKING HARD ON THAT SINCE AUGUST? |
| 12:50PM | 8 | A.   THAT'S CORRECT, OFF AND ON. |
| 12:51PM | 9 | Q.   OKAY.  WILLIAMS & CONNOLLY PAYS YOUR SALARY I PRESUME? |
| 12:51PM | 10 | A.   THAT IS CORRECT. |
| 12:51PM | 11 | Q.   OKAY.  ARE PARALEGALS AT WILLIAMS & CONNOLLY ELIGIBLE FOR |
| 12:51PM | 12 | SOME TYPE OF BONUS? |
| 12:51PM | 13 | A.   NO.  THERE IS A VERY SMALL YEAR END BONUS, YES, I GUESS |
| 12:51PM | 14 | THERE IS.  THAT WAS NEWLY INSTITUTED, SO YES. |
| 12:51PM | 15 | Q.   THAT'S GREAT NEWS FOR YOU. |
| 12:51PM | 16 | AND HOW IS YOUR BONUS CALCULATED? |
| 12:51PM | 17 | A.   I BELIEVE IT IS PURELY JUST A MERITS BASED BONUS. |
| 12:51PM | 18 | Q.   OKAY.  AND BY MERIT, THAT MEANS YOUR PERFORMANCE? |
| 12:51PM | 19 | A.   THAT IS CORRECT. |
| 12:51PM | 20 | Q.   SO IN THE TRIAL CONTEXT, HOW WELL YOU'RE ORGANIZING AND |
| 12:51PM | 21 | REVIEWING DOCUMENTS? |
| 12:51PM | 22 | A.   AH, YES. |
| 12:51PM | 23 | Q.   AND IN THE TRIAL CONTEXT -- AND DO THE ATTORNEYS WHO |
| 12:51PM | 24 | SUPERVISE YOU HAVE A SAY IN YOUR PERFORMANCE REVIEWS? |
| 12:51PM | 25 | A.   YES, THE ATTORNEYS WRITE PERFORMANCE REVIEWS, YES. |

MIDDLETON CROSS BY MR. LEACH                                7165

```
12:51PM   1     Q.   OKAY.  AND THAT PERFORMANCE -- OR THE -- SO THE BONUS IS

12:51PM   2     BASED IN SOME PART ON THE QUALITY OF YOUR WORK?

12:51PM   3     A.   YES, UH-HUH.

12:51PM   4     Q.   AND THE ATTORNEYS HAVE INPUT INTO THAT PROCESS?

12:52PM   5     A.   THAT WOULD BE CORRECT.

12:52PM   6     Q.   AND WILLIAMS & CONNOLLY CAN HIRE OR FIRE YOU IF THEY WANT

12:52PM   7     TO?

12:52PM   8     A.   YES.  I CAN'T SAY LEGALLY IT'S AN AT-WILL STATE, BUT I

12:52PM   9     ASSUME, YES, THEY CAN FIRE ME ANY TIME.

12:52PM  10     Q.   OKAY.  WHAT DO YOU MEAN BY "AT-WILL"?

12:52PM  11     A.   I'M OFFERING SOMETHING THAT I DON'T KNOW ANYTHING ABOUT.

12:52PM  12          I KNOW THAT THERE'S AT-WILL LEGAL STATES, AND YEAH.

12:52PM  13     Q.   OKAY.  BUT THE ATTORNEYS WHO YOU WORK FOR HAVE SOME SAY IN

12:52PM  14     YOUR CONTINUED EMPLOYMENT AT WILLIAMS & CONNOLLY; IS THAT FAIR?

12:52PM  15     A.   YES.

12:52PM  16     Q.   OKAY.  YOU NEVER WORKED AT THERANOS; RIGHT?

12:52PM  17     A.   NO.

12:52PM  18     Q.   YOU HAVE NO PERSONAL KNOWLEDGE ABOUT THE FACTS OF THIS

12:52PM  19     CASE; CORRECT?

12:52PM  20     A.   NO.

12:52PM  21     Q.   YOU'RE WHAT IS CALLED A SUMMARY WITNESS; IS THAT YOUR

12:52PM  22     UNDERSTANDING?

12:52PM  23     A.   THAT'S CORRECT.

12:52PM  24     Q.   SO YOU REVIEW DOCUMENTS AND YOU ADD UP NUMBERS AND YOU

12:52PM  25     PRESENT THEM AS BEST AS YOU CAN?
```

7166

MIDDLETON CROSS BY MR. LEACH

| | | |
|---|---|---|
| 12:52PM | 1 | A. THAT IS CORRECT. |
| 12:52PM | 2 | Q. OKAY. IN ADVANCE OF YOUR TESTIMONY TODAY, DID YOU MEET |
| 12:52PM | 3 | WITH THE WILLIAMS & CONNOLLY LAWYERS REPRESENTING MS. HOLMES? |
| 12:52PM | 4 | A. I DID. |
| 12:52PM | 5 | Q. AND DID THEY GO THROUGH THE QUESTIONS THAT THEY WOULD ASK |
| 12:52PM | 6 | YOU HERE TODAY? |
| 12:52PM | 7 | A. YES, WE REVIEWED THE QUESTIONS. |
| 12:53PM | 8 | Q. OKAY. HOW MANY MEETINGS DID YOU HAVE? |
| 12:53PM | 9 | A. I GOT IN TUESDAY EVENING, AND I BELIEVE I MET WITH AT |
| 12:53PM | 10 | LEAST ONE ATTORNEY EVERY DAY SINCE. SO FOUR MEETINGS. |
| 12:53PM | 11 | Q. OKAY. DID YOU MEET WITH MR. DOWNEY? |
| 12:53PM | 12 | A. NO. |
| 12:53PM | 13 | Q. OKAY. DID YOU MEET WITH MR. WADE? |
| 12:53PM | 14 | A. NO. |
| 12:53PM | 15 | Q. DID YOU MEET WITH -- |
| 12:53PM | 16 | A. CORRECTION. I BELIEVE MR. WADE MIGHT HAVE BEEN IN THE |
| 12:53PM | 17 | ROOM. |
| 12:53PM | 18 | Q. OKAY. AND DID YOU MEET WITH JOHN CLINE, ONE OF |
| 12:53PM | 19 | MS. HOLMES'S OTHER ATTORNEYS? |
| 12:53PM | 20 | A. NO. |
| 12:53PM | 21 | Q. DID YOU MEET WITH ANY OF THE ASSOCIATES WORKING ON THIS |
| 12:53PM | 22 | CASE WITH MR. DOWNEY AND HIS TEAM? |
| 12:53PM | 23 | A. YES. |
| 12:53PM | 24 | Q. OKAY. WHICH ONES DID YOU MEET WITH? |
| 12:53PM | 25 | A. J.R. |

MIDDLETON CROSS BY MR. LEACH                                            7167

```
12:53PM   1      Q.   J.R?

12:53PM   2      A.   YES, RIGHT THERE.

12:53PM   3      Q.   YOU'RE POINTING TO A GENTLEMAN IN THE COURTROOM?

12:53PM   4      A.   THAT'S CORRECT, YES.

12:53PM   5      Q.   OKAY.  DID YOU MEET WITH AMY SAHARIA?

12:53PM   6      A.   NO.

12:53PM   7      Q.   AND DO YOU KNOW WHO MS. SAHARIA IS?

12:53PM   8      A.   YES.

12:53PM   9      Q.   WHO IS SHE?

12:53PM  10      A.   SHE IS AN ATTORNEY WITH WILLIAMS & CONNOLLY.

12:53PM  11      Q.   REPRESENTING MS. HOLMES?

12:54PM  12      A.   YES.

12:54PM  13      Q.   AND DID YOU MEET WITH PATRICK LOOBY?

12:54PM  14      A.   NO.

12:54PM  15      Q.   AND WHO IS PATRICK LOOBY?

12:54PM  16      A.   I CAN'T SAY.

12:54PM  17      Q.   OKAY.  YOU DON'T KNOW HIM AS AN ATTORNEY AT

12:54PM  18      WILLIAMS & CONNOLLY?

12:54PM  19      A.   NO.

12:54PM  20      Q.   OKAY.  HOW ABOUT RICH CLEARY?  DID YOU MEET WITH HIM?

12:54PM  21      A.   NO.

12:54PM  22      Q.   YOU DON'T KNOW WHO HE IS?

12:54PM  23      A.   NO.

12:54PM  24      Q.   AND YOU DON'T KNOW HIM AS AN ATTORNEY AT

12:54PM  25      WILLIAMS & CONNOLLY?
```

MIDDLETON CROSS BY MR. LEACH                                    7168

12:54PM   1      A.   NO.

12:54PM   2      Q.   HOW ABOUT ANDREW LEMENS?  DO YOU KNOW WHO THAT IS?

12:54PM   3      A.   I KNOW THAT NAME.

12:54PM   4      Q.   AND WHO IS HE?

12:54PM   5      A.   I BELIEVE AN ATTORNEY AT WILLIAMS & CONNOLLY.

12:54PM   6      Q.   AND DID YOU MEET WITH HIM IN CONNECTION WITH THIS?

12:54PM   7      A.   NO.

12:54PM   8      Q.   AND SO IN YOUR MEETING WITH MS. TREFZ AND MR. WADE AND

12:54PM   9      MAYBE OTHERS, DID YOU SEE ANYBODY TAKING NOTES AS THEY WERE

12:54PM   10     ASKING YOU QUESTIONS?

12:54PM   11     A.   I DON'T RECALL THEM TAKING NOTES.

12:54PM   12     Q.   OKAY.  DID YOU SHOW THEM THE SUMMARY CHARTS THAT YOU

12:54PM   13     PREPARED HERE TODAY?

12:54PM   14     A.   YES.

12:54PM   15     Q.   AND DID YOU MAKE ANY CHANGES BASED ON THEIR FEEDBACK?

12:54PM   16     A.   NO.

12:54PM   17     Q.   YOU GOT IT RIGHT THE FIRST TIME?

12:54PM   18     A.   YES.  THEY, THEY WERE VERY -- WHATEVER I MADE IN THE

12:54PM   19     SUMMARY CHARTS, THAT IS THE CHART.

12:54PM   20     Q.   OKAY.  SO THE CHARTS THAT WE'RE LOOKING AT TODAY ARE THE

12:54PM   21     ONE AND ONLY CHARTS IN EXISTENCE?  THERE WEREN'T DRAFTS, THERE

12:54PM   22     WEREN'T ITERATIONS, THERE WASN'T FEEDBACK OR NONE OF THAT?

12:55PM   23     A.   THE CHARTS WE'RE LOOKING AT TODAY ARE THE FINAL CHARTS.

12:55PM   24     I'M SURE THE NUMBERS MAY HAVE SHIFTED SLIGHTLY.

12:55PM   25     Q.   TELL ME ABOUT HOW THE NUMBERS SHIFTED.

MIDDLETON CROSS BY MR. LEACH                                          7169

| | | |
|---|---|---|
| 12:55PM | 1 | A.   UH, SO BASICALLY OCCASIONALLY SOME OF CHARTS, SOMEONE |
| 12:55PM | 2 | WOULD HELP FILL OUT THE CHART TO SPEED UP THE PROCESS, AND THEN |
| 12:55PM | 3 | I WOULD REVIEW IT TO MAKE SURE IT WAS ACCURATE, AND I WOULD |
| 12:55PM | 4 | FIND INACCURACIES AND CORRECT THE DATE TO MAKE SURE THAT WAS, |
| 12:55PM | 5 | IN FACT, THE TRUE AND FINAL COUNT. |
| 12:55PM | 6 | Q.   AND WHO IS THE SOMEBODY WHO WOULD DO THAT? |
| 12:55PM | 7 | A.   I'M NOT SURE. |
| 12:55PM | 8 | Q.   YOU'RE NOT SURE? |
| 12:55PM | 9 | A.   I'M NOT SURE. |
| 12:55PM | 10 | Q.   OKAY.  DID YOU DRAFT THE SLIDES WE'RE LOOKING AT? |
| 12:55PM | 11 | A.   I EDITED THE SLIDES THAT WE LOOKED AT. |
| 12:55PM | 12 | Q.   SO SOMEONE ELSE DRAFTED THEM? |
| 12:55PM | 13 | A.   SOMEONE MADE THE TEMPLATE. |
| 12:55PM | 14 | Q.   OKAY.  WHO MADE THE TEMPLATE? |
| 12:55PM | 15 | A.   I CANNOT SAY. |
| 12:55PM | 16 | Q.   YOU DON'T KNOW? |
| 12:55PM | 17 | A.   I DO NOT KNOW. |
| 12:55PM | 18 | Q.   OKAY.  HOW DID YOU GET IT? |
| 12:55PM | 19 | A.   I WAS PROVIDED TO THEM BY THE ATTORNEYS AT |
| 12:55PM | 20 | WILLIAMS & CONNOLLY. |
| 12:55PM | 21 | Q.   OKAY.  SO MS. TREFZ, MR. WADE, THEY GAVE YOU A TEMPLATE |
| 12:55PM | 22 | AND YOU WORKED WITH THAT? |
| 12:55PM | 23 | A.   AND THEN I FILLED IN THE DATA THAT I FOUND, YEP. |
| 12:56PM | 24 | Q.   OKAY.  AND THE ONES THAT WE'RE LOOKING AT ARE THE ONE AND |
| 12:56PM | 25 | ONLY DRAFTS OUT THERE? |

MIDDLETON CROSS BY MR. LEACH                                                7170

12:56PM   1      A.   I MEAN, IT WAS A LIVE DOCUMENT, SO, YEAH.

12:56PM   2      Q.   WOULD YOU EMAIL IT BACK AND FORTH?

12:56PM   3      A.   NO, WE DIDN'T EMAIL IT BACK AND FORTH.

12:56PM   4      Q.   YOU HAD IT ON A SHARED DRIVE AND YOU WOULD MAKE IT OUT --

12:56PM   5               THE COURT:  ASK YOUR QUESTION AGAIN.

12:56PM   6      BY MR. LEACH:

12:56PM   7      Q.   YOU HAD IT ON A SHARED DRIVE AND YOU MADE EDITS TO THAT

12:56PM   8      ONE AND ONLY DOCUMENT?

12:56PM   9      A.   THAT'S CORRECT, YEAH.

12:56PM   10     Q.   HOW LONG DID YOUR MEETING WITH MS. TREFZ AND MR. WADE GO

12:56PM   11     AS YOU WERE OUT HERE IN SAN FRANCISCO?

12:56PM   12     A.   THEY WERE USUALLY ABOUT AN HOUR.

12:56PM   13     Q.   OKAY.  AND THEY WENT THROUGH THE QUESTIONS THAT THEY WERE

12:56PM   14     ASKING, SOME OF THE QUESTIONS THAT THEY WERE ASKING YOU HERE

12:56PM   15     TODAY?

12:56PM   16     A.   THAT'S CORRECT.

12:56PM   17     Q.   OKAY.  I'D LIKE TO LOOK AT SOME OF THE SLIDES THAT YOU

12:56PM   18     WENT THROUGH ON YOUR DIRECT EXAMINATION.

12:56PM   19     A.   SURE.

12:56PM   20     Q.   THE FIRST ONE HAD TO DO WITH PATENTS.

12:56PM   21          DO YOU RECALL THAT SLIDE?

12:56PM   22     A.   I DO.

12:56PM   23     Q.   NOW, YOU'RE NOT A PATENT LAWYER; RIGHT?

12:57PM   24     A.   NO.

12:57PM   25     Q.   NEVER WORKED FOR THE U.S. PATENT AND TRADEMARK OFFICE?

7171

MIDDLETON CROSS BY MR. LEACH

| | | |
|---|---|---|
| 12:57PM | 1 | A.   I HAVE NOT. |
| 12:57PM | 2 | Q.   AND YOU'RE NOT FAMILIAR WITH THE WORK THAT THEY DO THERE? |
| 12:57PM | 3 | A.   NO. |
| 12:57PM | 4 | Q.   AND DID YOU READ ANY OF THE PATENTS? |
| 12:57PM | 5 | A.   NO. |
| 12:57PM | 6 | Q.   DO YOU UNDERSTAND ANY OF THE PATENTS? |
| 12:57PM | 7 | A.   NO. |
| 12:57PM | 8 | Q.   YOU'RE JUST TAKING DATA ON THE FRONT PAGE AND PUTTING THEM |
| 12:57PM | 9 | INTO A SPREADSHEET? |
| 12:57PM | 10 | A.   YOU'VE GOT IT. |
| 12:57PM | 11 | Q.   AND YOU -- AND YOU HAVE NO IDEA WHETHER WHAT'S DESCRIBED |
| 12:57PM | 12 | IN THE PATENT ACTUALLY WORKS, DO YOU? |
| 12:57PM | 13 | A.   NO. |
| 12:57PM | 14 | Q.   NO IDEA WHATSOEVER? |
| 12:57PM | 15 | A.   NO. |
| 12:57PM | 16 | Q.   IT'S JUST A PIECE OF PAPER YOU WERE LOOKING AT? |
| 12:57PM | 17 | A.   THAT IS CORRECT. |
| 12:57PM | 18 | Q.   OKAY.  IF WE COULD PLEASE DISPLAY EXHIBIT 5172. |
| 12:57PM | 19 | IS THIS ONE OF THE DOCUMENTS, MR. MIDDLETON, THAT YOU WERE |
| 12:57PM | 20 | ASKED TO SUMMARIZE? |
| 12:57PM | 21 | A.   THAT'S CORRECT. |
| 12:57PM | 22 | Q.   AND CAN YOU TELL US AGAIN WHICH ROWS YOU WERE ATTEMPTING |
| 12:58PM | 23 | TO SUMMARIZE? |
| 12:58PM | 24 | A.   SURE.  I FOCUSSED ON ROWS 26 AND 27. |
| 12:58PM | 25 | Q.   OKAY.  SO THE ONE SAYING CUSTOMER RECEIPTS AND THEN |

MIDDLETON CROSS BY MR. LEACH

| | | |
|---|---|---|
| 12:58PM | 1 | OPTION/STOCK PROCEEDS; CORRECT? |
| 12:58PM | 2 | A.   THAT IS CORRECT. |
| 12:58PM | 3 | Q.   AND YOU DON'T KNOW WHO THE CUSTOMER RECEIPTS COME FROM; |
| 12:58PM | 4 | CORRECT? |
| 12:58PM | 5 | A.   I DO NOT. |
| 12:58PM | 6 | Q.   YOU DON'T KNOW WHETHER THEY COME FROM WALGREENS? |
| 12:58PM | 7 | A.   NO, I DO NOT. |
| 12:58PM | 8 | Q.   YOU DON'T KNOW WHETHER THEY CAME FROM SAFEWAY? |
| 12:58PM | 9 | A.   NO. |
| 12:58PM | 10 | Q.   THIS IS THE SOLE SOURCE OF YOUR INFORMATION? |
| 12:58PM | 11 | A.   THAT IS THE SOLE SOURCE OF MY INFORMATION. |
| 12:58PM | 12 | Q.   OKAY.  AND IF WE CAN ZOOM TO THE LEFT, MS. HOLLIMAN, TO |
| 12:58PM | 13 | THE COLUMN FOR SEPTEMBER OF 2013, AND MAYBE MOVE TO THE RIGHT |
| 12:58PM | 14 | IF WE COULD, OR MAYBE MY RIGHT.  TO THE LEFT.  THERE WE GO. |
| 12:59PM | 15 | AND I DRAW YOUR ATTENTION, MR. MIDDLETON, TO THE COLUMN |
| 12:59PM | 16 | FOR TOTAL CASH BALANCES. |
| 12:59PM | 17 | ACTUALLY IF WE CAN KEEP GOING TO 2013, MS. HOLLIMAN.  A |
| 12:59PM | 18 | LITTLE FURTHER.  THERE WE GO.  THANK YOU. |
| 12:59PM | 19 | MR. MIDDLETON, I'M DRAWING YOUR ATTENTION TO COLUMN EN. |
| 12:59PM | 20 | DO YOU SEE A TOTAL CASH BALANCE THERE OF $14,463,111? |
| 12:59PM | 21 | A.   YES, I BELIEVE COLUMN EN IS $14,463,111. |
| 12:59PM | 22 | Q.   OKAY.  AND WILLIAMS & CONNOLLY DIDN'T ASK YOU TO REVIEW |
| 12:59PM | 23 | ANY CHANGES IN THE THERANOS CASH BALANCE FOR PARTICULAR |
| 01:00PM | 24 | PERIODS? |
| 01:00PM | 25 | A.   NO, I DID NOT FOCUS ON THIS ROW. |

MIDDLETON CROSS BY MR. LEACH                                          7173

| | | |
|---|---|---|
| 01:00PM | 1 | Q.   AND YOU HAVE NO REASON TO DOUBT THE DATA IN THIS COLUMN? |
| 01:00PM | 2 | A.   I HAVE NO REASON TO. |
| 01:00PM | 3 | Q.   THE SECOND PAGE OF 10685 IS TITLED OPTION/STOCK PROCEEDS. |
| 01:00PM | 4 | DO YOU SEE THAT? |
| 01:00PM | 5 | A.   HOLD ON. |
| 01:00PM | 6 | YES, I SEE THAT. |
| 01:00PM | 7 | Q.   AND YOU DON'T KNOW WHETHER THESE COME FROM OPTIONEES |
| 01:00PM | 8 | EXERCISING THEIR OPTIONS AND GIVING MONEY TO THE COMPANY OR |
| 01:00PM | 9 | INVESTORS PUTTING NEW MONEY INTO THE COMPANY, DO YOU? |
| 01:00PM | 10 | A.   I DO NOT. |
| 01:00PM | 11 | Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO WHAT WAS MARKED |
| 01:00PM | 12 | DURING YOUR DIRECT EXAMINATION AS EXHIBIT 10685.  I'M SORRY, |
| 01:01PM | 13 | 10686. |
| 01:01PM | 14 | A.   OKAY. |
| 01:01PM | 15 | Q.   DO YOU RECALL BEING ASKED QUESTIONS ABOUT THIS SLIDE? |
| 01:01PM | 16 | A.   I DO. |
| 01:01PM | 17 | Q.   THE TITLE OF THIS SLIDE IS ENTITY THAT INVESTED IN |
| 01:01PM | 18 | THERANOS. |
| 01:01PM | 19 | DO YOU SEE THAT? |
| 01:01PM | 20 | A.   I DO. |
| 01:01PM | 21 | Q.   AND WHERE DO YOU GET THAT TERM, "ENTITIES"? |
| 01:01PM | 22 | A.   WELL, ENTITIES IN TERMS OF THERE'S, LIKE, TRUSTS, AS WELL |
| 01:01PM | 23 | AS INDIVIDUALS, AND SO ENTITIES. |
| 01:01PM | 24 | Q.   IS THAT A WORD THAT YOU CAME UP WITH, OR WAS THAT |
| 01:01PM | 25 | SOMETHING FROM THE LAWYERS AT WILLIAMS & CONNOLLY? |

MIDDLETON CROSS BY MR. LEACH                                          7174

01:01PM   1    A.   WILLIAMS & CONNOLLY PROVIDED THE TERM.

01:01PM   2    Q.   OKAY.  IT'S MORE THAN ENTITIES THAT INVESTED IN THERANOS;

01:01PM   3    ISN'T THAT RIGHT, MR. MIDDLETON?

01:01PM   4    A.   I CANNOT SAY.

01:01PM   5    Q.   WELL, LET'S LOOK AT THE DOCUMENT THAT YOU SUMMARIZE HERE.

01:01PM   6    A.   OKAY.

01:01PM   7    Q.   IF WE COULD GO TO EXHIBIT 10692.

01:02PM   8         YOU MIGHT NEED THE NATIVE FILE FOR THIS ONE, MS. HOLLIMAN.

01:02PM   9         IF WE COULD SCROLL DOWN TO THE, IF WE COULD SCROLL DOWN TO

01:02PM  10    THE BOTTOM, MS. HOLLIMAN, OF THE SHEET.

01:02PM  11         ACTUALLY, I THINK IT WILL BE EASIER IF I USE THE ELMO.

01:02PM  12         MAY I USE THE ELMO, MS. KRATZMANN?

01:02PM  13              THE CLERK:  YES.

01:02PM  14    BY MR. LEACH:

01:02PM  15    Q.   ARE YOU ABLE TO SEE THIS, MR. MIDDLETON?

01:02PM  16    A.   I AM.

01:02PM  17              MS. TREFZ:  MR. LEACH, I WASN'T SURE ABOUT THE

01:02PM  18    POTENTIAL REDACTIONS.  I'M HAPPY WITH YOU DISPLAYING THIS, I

01:03PM  19    JUST WANTED TO FLAG FOR YOU I WASN'T SURE WHETHER YOU WERE

01:03PM  20    GOING TO IDENTIFY INDIVIDUALS -- I JUST WANTED TO FLAG IT.

01:03PM  21              MR. LEACH:  THIS IS IN EVIDENCE, YOUR HONOR.  I

01:03PM  22    DON'T SEE ANY PII IN HERE.

01:03PM  23         SOME OF THESE ARE INDIVIDUALS WHO INVESTED IN THERANOS,

01:03PM  24    AND THAT'S THE --

01:03PM  25              THE COURT:  NO.  GO RIGHT AHEAD.  YOU MAY CONTINUE.

01:03PM   1      BY MR. LEACH:

01:03PM   2      Q.   UP AT THE TOP, MR. MIDDLETON, DO YOU SEE THE NAMES

01:03PM   3      ALAN EISENMAN, SHERRIE EISENMAN, AND KENDRA FADIL?

01:03PM   4      A.   I DO.

01:03PM   5      Q.   AND THOSE APPEAR TO BE INDIVIDUALS TO YOU, NOT ENTITIES;

01:03PM   6      CORRECT?

01:03PM   7      A.   THAT APPEARS TO BE INDIVIDUALS, YES.

01:03PM   8      Q.   AND YOU HAVE NO IDEA WHY KENDRA FADIL INVESTED $75,000

01:03PM   9      INTO THERANOS?

01:03PM  10      A.   I CANNOT SAY.

01:03PM  11      Q.   YOU DON'T KNOW WHETHER THAT WAS -- WHAT THE PURPOSE OF

01:03PM  12      THAT INVESTMENT WAS OR WHY SHE WAS COMMITTING $75,000 TO

01:03PM  13      THERANOS?

01:03PM  14      A.   I HAVE NO KNOWLEDGE ABOUT THAT.

01:03PM  15      Q.   AND YOU DON'T KNOW WHY MR. EISENMAN INVESTED IN THERANOS?

01:03PM  16      A.   I DO NOT.

01:03PM  17      Q.   AND YOU WOULD AGREE WITH ME THAT THESE LOOK LIKE

01:04PM  18      INDIVIDUALS, NOT ENTITIES?

01:04PM  19      A.   THEY APPEAR TO BE INDIVIDUALS.

01:04PM  20      Q.   OKAY.  AND IF WE LOOK AT THE NEXT PAGE, IN THE MIDDLE

01:04PM  21      THERE'S A REFERENCE TO NANCY MINNIG, MELISSA FINDLEY.

01:04PM  22          DO YOU KNOW WHETHER THEY WERE ADMINISTRATIVE ASSISTANTS AT

01:04PM  23      PARTICULAR FIRMS?

01:04PM  24      A.   I CANNOT SAY.

01:04PM  25      Q.   YOU DON'T KNOW WHO THEY ARE?

MIDDLETON CROSS BY MR. LEACH                                    7176

01:04PM   1    A.   I HAVE NO IDEA.

01:04PM   2    Q.   AND YOU DON'T KNOW WHY THEY INVESTED THE AMOUNTS THAT THEY

01:04PM   3    INVESTED LISTED HERE, DO YOU?

01:04PM   4    A.   I CANNOT KNOW.   I DON'T SAY.

01:04PM   5    Q.   AND WHY DID YOU USE THE TERM "ENTITIES"?

01:04PM   6    A.   BECAUSE THERE ARE VARIOUS TRUSTS, ALONG WITH INDIVIDUALS,

01:04PM   7    AND SO IT'S MORE THAN JUST INDIVIDUALS.

01:04PM   8    Q.   OKAY.   YOU WEREN'T TRYING TO SUGGEST THAT AN ENTITY, IF

01:04PM   9    THEY LOSE MONEY, THAT DOESN'T MATTER; BUT AN INDIVIDUAL, IF

01:04PM   10   THEY LOSE MONEY, THAT MATTERS MORE?   THAT WASN'T WHAT YOU WERE

01:04PM   11   TRYING TO DO?

01:04PM   12   A.   THAT ALL SOUNDS WELL BEYOND MY SCOPE, YEAH.

01:05PM   13   Q.   BECAUSE YOU GOT THAT FROM THE LAWYERS AT

01:05PM   14   WILLIAMS & CONNOLLY?

01:05PM   15   A.   IN TERMS OF WHAT DID I GET?

01:05PM   16   Q.   WHAT TO PUT ON THE SLIDE.

01:05PM   17   A.   THEY SUGGESTED IT, YES.

01:05PM   18   Q.   OKAY.   LET'S LOOK AT 10689.

01:05PM   19   A.   OKAY.

01:05PM   20   Q.   AND I'LL DISPLAY THIS.

01:05PM   21        DO YOU RECALL TESTIMONY ABOUT THE THERANOS TEST MENU?

01:05PM   22   A.   I DO.

01:05PM   23   Q.   AND YOU TOOK THAT PIECE OF PAPER AND COUNTED UP THE NUMBER

01:05PM   24   OF TESTS THAT WERE DONE ON ANY GIVEN PERIOD OF TIME, OR IN THAT

01:05PM   25   PERIOD OF TIME; CORRECT?

MIDDLETON CROSS BY MR. LEACH                                              7177

01:05PM  1    A.   I COUNTED THE NUMBER OF TESTS THAT APPEARED ON THAT TEST

01:05PM  2    MENU.

01:05PM  3    Q.   AND THERE'S A NUMBER FOR REFLEX TESTS, 23.

01:06PM  4         DO YOU SEE THAT?

01:06PM  5    A.   I DO.

01:06PM  6    Q.   AND DO YOU KNOW WHETHER THOSE WERE TESTS THAT WERE RUN ON

01:06PM  7    EDISON OR AN FDA APPROVED MACHINE?

01:06PM  8    A.   I HAVE NO IDEA.

01:06PM  9    Q.   BEYOND WHAT YOU WERE ASKED TO DO?

01:06PM  10   A.   YEAH, UH-HUH.

01:06PM  11   Q.   AND WITH RESPECT TO 10687, THE SUMMARY OF VISITS RELATING

01:06PM  12   TO DR. ASIN, DO YOU RECALL BEING ASKED QUESTIONS ABOUT THAT?

01:06PM  13   A.   I DO.

01:06PM  14   Q.   AND YOU DON'T HAVE ANY IDEA WHY PARTICULAR PATIENTS WERE

01:06PM  15   GOING TO THERANOS ON ANY GIVEN DAY?

01:06PM  16   A.   I DO NOT.

01:06PM  17   Q.   YOU DON'T KNOW WHETHER THAT WAS SOMETHING THAT DR. ASIN

01:06PM  18   TOLD THEM TO DO, OR SOMEBODY ELSE TOLD THEM TO DO, OR ANYBODY

01:06PM  19   TOLD THEM TO DO?

01:06PM  20   A.   I DO NOT HAVE THAT KNOWLEDGE.

01:06PM  21   Q.   YOU JUST COUNTED UP NUMBERS AND YOU DIDN'T KNOW ANYTHING

01:06PM  22   BEHIND THE REASONS?

01:06PM  23   A.   YOU'VE GOT IT.

01:06PM  24   Q.   YOU WERE NOT ASKED TO -- I'M SORRY.  I HAVE ONE QUESTION

01:06PM  25   ON 10688.  IF I COULD DISPLAY THAT ONE.

MIDDLETON CROSS BY MR. LEACH                                          7178

01:07PM  1        DO YOU RECALL BEING ASKED SOME QUESTIONS ABOUT HCG TESTS

01:07PM  2   IN CONNECTION WITH THIS EXHIBIT?

01:07PM  3   A.   I DO.

01:07PM  4   Q.   AND THIS IS FOR THE TIME PERIOD AFTER AUGUST OF 2015; IS

01:07PM  5   THAT CORRECT?

01:07PM  6   A.   THAT'S CORRECT.

01:07PM  7   Q.   AND YOU DON'T KNOW WHETHER THERANOS STOPPED RUNNING THE

01:07PM  8   HCG TESTS ON THE EDISON DEVICE EARLIER IN 2015, DO YOU?

01:07PM  9   A.   I CANNOT SAY.

01:07PM 10   Q.   YOU'VE NEVER SEEN ANY DOCUMENTS ABOUT WHETHER THERANOS WAS

01:07PM 11   RUNNING THE HCG TEST ON ITS PROPRIETARY DEVICE?

01:07PM 12   A.   I DO NOT KNOW ANYTHING ABOUT THAT.

01:07PM 13   Q.   OKAY.  AND THE SUMMARIES THAT YOU WERE ASKED TO PROVIDE,

01:07PM 14   THE IDEAS FOR THESE COME FROM THE LAWYERS AT

01:07PM 15   WILLIAMS & CONNOLLY; CORRECT?

01:07PM 16   A.   THE IDEAS OF WHAT SUMMARIES TO PROVIDE?  YES, THAT IS

01:07PM 17   CORRECT.

01:07PM 18   Q.   THESE WEREN'T YOUR IDEAS?

01:07PM 19   A.   NO, NO.

01:07PM 20   Q.   OKAY.  AND YOU WERE NEVER ASKED TO SUMMARIZE HOW MANY

01:07PM 21   ASSAYS WERE RUN ON THERANOS'S SAMPLE PROCESSING UNIT IN THE

01:08PM 22   CLIA LAB?

01:08PM 23   A.   NO.

01:08PM 24   Q.   I'M GOING TO VENTURE TO GUESS YOU DON'T KNOW WHAT THE CLIA

01:08PM 25   LAB IS.

01:08PM  1      A.   I HAVE NO IDEA WHAT YOU SAID.

01:08PM  2      Q.   OKAY.  AND YOU WERE NEVER ASKED TO SUMMARIZE TEXT MESSAGES

01:08PM  3      BETWEEN MS. HOLMES AND MR. BALWANI ABOUT THINGS THAT WERE GOING

01:08PM  4      ON AT THERANOS?

01:08PM  5      A.   NO, I'VE NEVER SEEN TEXT MESSAGES.

01:08PM  6      Q.   AND YOU WERE NEVER ASKED TO SUMMARIZE EMAILS BETWEEN

01:08PM  7      ADAM ROSENDORFF AND MS. HOLMES ABOUT WHAT WAS GOING ON?

01:08PM  8      A.   NO, I DIDN'T REVIEW ANY EMAILS.

01:08PM  9      Q.   AND YOU WERE NOT ASKED TO SUMMARIZE MEDIA ARTICLES WITH

01:08PM  10     STATEMENTS BY MS. HOLMES?

01:08PM  11     A.   NO, I DIDN'T REVIEW MEDIA ARTICLES.

01:08PM  12     Q.   AND YOU WERE NOT ASKED TO SUMMARIZE THE NUMBER OF TESTS

01:08PM  13     THAT WERE VOIDED BY THERANOS IN 2016, WERE YOU?

01:08PM  14     A.   NO.

01:08PM  15     Q.   THEY NEVER ASKED YOU TO DO THAT?

01:08PM  16     A.   NO.

01:08PM  17     Q.   OKAY.

01:08PM  18          MAY I HAVE A MOMENT, YOUR HONOR?

01:09PM  19          (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

01:09PM  20              MR. LEACH:  NO FURTHER QUESTIONS, YOUR HONOR.

01:09PM  21              THE COURT:  MS. TREFZ?

01:09PM  22              MS. TREFZ:  NO FURTHER QUESTIONS, YOUR HONOR.

01:09PM  23              THE COURT:  MAY THIS WITNESS BE EXCUSED?

01:09PM  24              MS. TREFZ:  YES, YOUR HONOR.

01:09PM  25              THE COURT:  YOU'RE EXCUSED.

7180

| | | |
|---|---|---|
| 01:09PM | 1 | THE WITNESS:  THANK YOU. |
| 01:09PM | 2 | THE COURT:  DOES THE DEFENSE HAVE ANOTHER WITNESS TO |
| 01:09PM | 3 | CALL? |
| 01:09PM | 4 | MS. TREFZ:  WE DO, YOUR HONOR.  WE'RE JUST MAKING |
| 01:09PM | 5 | SURE HE'S ON HIS WAY. |
| 01:09PM | 6 | THE COURT:  DOES THE DEFENSE REST? |
| 01:09PM | 7 | MS. TREFZ:  NO, YOUR HONOR.  WE WERE JUST MAKING |
| 01:09PM | 8 | SURE THEY WERE IN THE BUILDING, AND WE'RE GETTING THE WITNESS |
| 01:09PM | 9 | HERE. |
| 01:09PM | 10 | YES, YOUR HONOR, THE DEFENSE CALLS DR. FABRIZIO BONANNI. |
| 01:10PM | 11 | (PAUSE IN PROCEEDINGS.) |
| 01:10PM | 12 | THE COURT:  GOOD AFTERNOON, SIR.  IF YOU WOULD JUST |
| 01:10PM | 13 | WALK OVER HERE AND FACE OUR COURTROOM DEPUTY WHILE YOU RAISE |
| 01:10PM | 14 | YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU. |
| 01:10PM | 15 | THE CLERK:  GOOD AFTERNOON. |
| 01:10PM | 16 | THE WITNESS:  GOOD AFTERNOON. |
| 01:10PM | 17 | **(DEFENDANT'S WITNESS, FABRIZIO BONANNI, WAS SWORN.)** |
| 01:10PM | 18 | THE WITNESS:  YES. |
| 01:10PM | 19 | THE COURT:  PLEASE HAVE A SEAT UP HERE.  I'LL INVITE |
| 01:10PM | 20 | YOU TO MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THE |
| 01:10PM | 21 | CHAIR AND MICROPHONE. |
| 01:10PM | 22 | I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE. |
| 01:10PM | 23 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 01:10PM | 24 | AND THEN SPELL IT, PLEASE. |
| 01:10PM | 25 | THE WITNESS:  FABRIZIO BONANNI.  F-A-B-R-I-Z-I-O, |

BONANNI DIRECT BY MS. TREFZ                                    7181

| | | |
|---|---|---|
| 01:11PM | 1 | B-O-N-A-N-N-I. |
| 01:11PM | 2 | THE COURT:  THANK YOU. |
| 01:11PM | 3 | COUNSEL. |
| 01:11PM | 4 | **DIRECT EXAMINATION** |
| 01:11PM | 5 | BY MS. TREFZ: |
| 01:11PM | 6 | Q.   GOOD MORNING -- GOOD AFTERNOON, DR. BONANNI. |
| 01:11PM | 7 | A.   GOOD AFTERNOON. |
| 01:11PM | 8 | Q.   IF YOU ARE FULLY VACCINATED AND YOU'RE COMFORTABLE DOING |
| 01:11PM | 9 | SO, YOU CAN TESTIFY WITHOUT YOUR MASK. |
| 01:11PM | 10 | A.   THANK YOU. |
| 01:11PM | 11 | Q.   AND I WILL AS WELL. |
| 01:11PM | 12 | YOUR HONOR, I'M GOING TO APPROACH AND HAND THE WITNESS THE |
| 01:11PM | 13 | BINDER. |
| 01:11PM | 14 | THE COURT:  YES. |
| 01:11PM | 15 | BY MS. TREFZ: |
| 01:11PM | 16 | Q.   (HANDING.) |
| 01:11PM | 17 | A.   THANK YOU. |
| 01:11PM | 18 | Q.   WE MAY OR MAY NOT REFER TO EXHIBITS IN THAT BINDER DURING |
| 01:11PM | 19 | YOUR EXAMINATION HERE TODAY. |
| 01:11PM | 20 | DR. BONANNI, IN MAY 2016, DID YOU AGREE TO JOIN THE BOARD |
| 01:11PM | 21 | OF DIRECTORS OF THERANOS? |
| 01:11PM | 22 | A.   I DID. |
| 01:11PM | 23 | Q.   AND HOW LONG DID YOU SERVE IN THAT ROLE? |
| 01:11PM | 24 | A.   UNTIL SEPTEMBER 2018.  ABOUT TWO AND A HALF YEARS. |
| 01:12PM | 25 | Q.   AND WE'LL COME BACK TO THAT. |

BONANNI DIRECT BY MS. TREFZ                                    7182

01:12PM  1        BUT JUST FOR THE PURPOSES OF INTRODUCTION, CAN YOU

01:12PM  2   DESCRIBE YOUR EDUCATIONAL BACKGROUND FOR US?

01:12PM  3   A.   I HAVE A DOCTORATE IN CHEMISTRY FROM THE UNIVERSITY OF

01:12PM  4   FLORENCE, MY HOME TOWN; AND I SPENT TWO YEARS AT M.I.T. ON A

01:12PM  5   POST DOC ASSIGNMENT; AND I'VE HAD EXECUTIVE COURSES AT HARVARD

01:12PM  6   BUSINESS SCHOOL AND NORTHWESTERN KELLOGG SCHOOL.

01:12PM  7   Q.   AND WHAT DID YOU DO AFTER YOUR POST DOC?

01:12PM  8   A.   I SERVED MY TIME IN THE ITALIAN ARMY, AND THEN I JOINED

01:12PM  9   BAXTER INTERNATIONAL IN A SMALL PLANT THAT THEY HAVE OUTSIDE OF

01:12PM  10  FLORENCE.

01:12PM  11  Q.   AND WHAT IS BAXTER INTERNATIONAL?

01:12PM  12  A.   BAXTER INTERNATIONAL AT THE TIME WAS A VERY DIVERSIFIED

01:12PM  13  MANUFACTURER, DEVELOPER, SUPPLIER OF HEALTH CARE PRODUCTS.

01:12PM  14       IT HAD DIVISIONS THAT COVERED BLOOD PLASMA PROTEINS, BLOOD

01:13PM  15  TRANSFUSION, RENAL THERAPY PRODUCTS, GENERAL PHARMACEUTICALS,

01:13PM  16  CARDIO VASCULAR DEVICES, AND THEN A LARGE DIAGNOSTICS GROUP.

01:13PM  17  Q.   AND HOW LONG DID YOU WORK AT BAXTER?

01:13PM  18  A.   TWENTY-FIVE YEARS.

01:13PM  19  Q.   WHAT --

01:13PM  20  A.   AND THREE MONTHS.

01:13PM  21  Q.   AND WHAT ROLES DID YOU SERVE THERE?

01:13PM  22  A.   IN MANUFACTURING, QUALITY, OPERATIONS IN GENERAL, AND

01:13PM  23  REGULATORY AFFAIRS AS WELL.

01:13PM  24  Q.   AND DID YOU LEAVE BAXTER IN 1999?

01:13PM  25  A.   I DID LEAVE BAXTER IN 1999 TO JOIN AMGEN, WHICH IS THE

BONANNI DIRECT BY MS. TREFZ                                              7183

01:13PM  1    LARGEST INDEPENDENT BIOTECHNOLOGY COMPANY BASED IN

01:13PM  2    THOUSAND OAKS, CALIFORNIA.

01:13PM  3    Q.   AND HOW LONG DID YOU WORK AT AMGEN?

01:13PM  4    A.   ABOUT 14 YEARS.

01:13PM  5    Q.   AND WHAT ROLES DID YOU HOLD THERE?

01:13PM  6    A.   I JOINED THE COMPANY AS HEAD OF QUALITY AND COMPLIANCE AND

01:13PM  7    SERVED AS THE FIRST CORPORATE COMPLIANCE OFFICER; AND THEN HEAD

01:13PM  8    OF MANUFACTURING; AND THEN FINALLY HEAD OF OPERATIONS, WHICH

01:13PM  9    INCLUDES MANUFACTURING, QUALITY, ENGINEERING, PROCESS

01:14PM  10   DEVELOPMENT, DRUG DELIVERY DEVICES, ENVIRONMENT HEALTH AND

01:14PM  11   SAFETY, THINGS LIKE THAT.

01:14PM  12   Q.   AND WHAT DID YOU DO BETWEEN THE TIME THAT YOU RETIRED FROM

01:14PM  13   AMGEN AND THE TIME THAT YOU JOINED THE THERANOS BOARD?

01:14PM  14   A.   I JOINED TWO BOARDS OF TWO COMPANIES.  ONE, STEVANATO

01:14PM  15   GROUP, IS BASED, A COMPANY THAT IS JUST LISTED ON THE NEW YORK

01:14PM  16   STOCK EXCHANGE; AND I ALSO JOINED THE BOARD OF A SMALL BIOTECH

01:14PM  17   COMPANY, XBIOTECH BASED IN TEXAS; AND MENARINI BIOTECH, ANOTHER

01:14PM  18   ITALIAN COMPANY.

01:14PM  19   Q.   SO DID YOU SERVE ON THE BOARD OF VARIOUS BIOTECH COMPANIES

01:14PM  20   BETWEEN THE TIME THAT YOU --

01:14PM  21   A.   YEAH, TWO, TWO.

01:14PM  22   Q.   -- RETIRED?

01:15PM  23        AND CAN YOU TURN IN YOUR BINDER TO 10312.

01:15PM  24   A.   I'M WITH YOU.

01:15PM  25   Q.   AND LET ME ASK A QUESTION.  ARE YOU AT 10312?

BONANNI DIRECT BY MS. TREFZ                                    7184

| | | |
|---|---|---|
| 01:15PM | 1 | A.   YES. |
| 01:15PM | 2 | Q.   AND WHAT IS 10312? |
| 01:15PM | 3 | A.   IT'S MY CURRICULUM. |
| 01:15PM | 4 | Q.   AND IS THIS A DOCUMENT THAT YOU PROVIDED TO MS. HOLMES? |
| 01:15PM | 5 | A.   I DID. |
| 01:15PM | 6 | Q.   AND WHAT IS THE DATE OF -- THIS IS YOUR CURRICULUM VITAE, |
| 01:15PM | 7 | IS THAT WHAT YOU'RE -- |
| 01:15PM | 8 | A.   YES. |
| 01:15PM | 9 | Q.   AND AS OF AROUND WHAT DATE? |
| 01:15PM | 10 | A.   APRIL 2016. |
| 01:15PM | 11 | MS. TREFZ:  YOUR HONOR, I WOULD MOVE THE ADMISSION |
| 01:15PM | 12 | OF 10312. |
| 01:15PM | 13 | MR. SCHENK:  NO OBJECTION. |
| 01:15PM | 14 | THE COURT:  IS THIS GOING TO BE REDACTED WITH |
| 01:15PM | 15 | PERSONAL IDENTIFIERS? |
| 01:15PM | 16 | MS. TREFZ:  IT SHOULD BE.  IS IT?  YES. |
| 01:15PM | 17 | THE COURT:  IT'S ADMITTED WITH THOSE REDACTIONS. |
| 01:16PM | 18 | (DEFENDANT'S EXHIBIT 10312 WAS RECEIVED IN EVIDENCE.) |
| 01:16PM | 19 | BY MS. TREFZ: |
| 01:16PM | 20 | Q.   IF WE CAN PUBLISH IT, PLEASE. |
| 01:16PM | 21 | AND, DR. BONANNI, DOES THIS CURRICULUM VITAE ACCURATELY |
| 01:16PM | 22 | SUMMARIZE YOUR EXPERIENCE AS OF APRIL 2016? |
| 01:16PM | 23 | A.   YES, IT DOES. |
| 01:16PM | 24 | Q.   WE CAN MOVE ON FROM THERE.  YOU CAN TAKE THAT DOWN. |
| 01:16PM | 25 | DR. BONANNI, WERE YOU FIRST INTRODUCED TO THE COMPANY |

BONANNI DIRECT BY MS. TREFZ

01:16PM   1      THERANOS IN LATE APRIL 2016?

01:16PM   2      A.   I WAS.

01:16PM   3      Q.   AND DESCRIBE HOW YOU WERE INTRODUCED TO THE COMPANY.

01:16PM   4      A.   MY FORMER BOSS AT AMGEN, KEVIN SHARER, THE CEO OF AMGEN,

01:16PM   5      WHO AT THE TIME WAS A PROFESSOR AT THE HARVARD BUSINESS SCHOOL,

01:16PM   6      CALLED ME UP AND ASKED ME TO TAKE A CALL FROM SOMEONE IN THIS

01:16PM   7      COMPANY THERANOS BECAUSE HE HAD MET ELIZABETH HOLMES THAT HAD

01:16PM   8      COME TO HARVARD TO SPEAK WITH HIM AND ASK FOR HIS ADVICE, AND

01:17PM   9      HE HAD RECOMMENDED ME AS ONE OF THE PERSONS THAT THEY COULD

01:17PM   10     TALK TO.  AND SO THAT WAS THE CONNECTION.

01:17PM   11     Q.   DID YOU HAVE AN UNDERSTANDING OF WHY MR. SHARER RECOMMEND

01:17PM   12     THAT THERANOS TALK TO YOU?

01:17PM   13     A.   IN VERY BROAD TERMS.

01:17PM   14          AT THE TIME THAT THERE WERE SOME REGULATORY COMPLIANCE

01:17PM   15     DIFFICULTIES AND SOME OTHER DIFFICULTIES ORIGINATING FROM

01:17PM   16     ARTICLES IN NEWSPAPERS, AND THAT HE THOUGHT THAT I COULD HELP

01:17PM   17     OUT.

01:17PM   18     Q.   AND DID YOU, SOON AFTER THAT INTRODUCTION, DID YOU VISIT

01:17PM   19     THERANOS FOR A MEETING?

01:17PM   20     A.   I DID.  I THINK IT WAS THE 2ND OF MAY, THE MONDAY.  I

01:17PM   21     REMEMBER A MONDAY.

01:17PM   22     Q.   OF 2016?

01:17PM   23     A.   2016, YES.

01:17PM   24     Q.   AND AT THAT MEETING, DID YOU MEET MS. HOLMES?

01:17PM   25     A.   I DID.

BONANNI DIRECT BY MS. TREFZ                                          7186

01:17PM  1    Q.   AND DESCRIBE -- HOW LONG DID YOU SPEND -- WAS THAT MEETING

01:17PM  2    AT THERANOS?

01:17PM  3    A.   THE MEETING WAS AT THERANOS IN PALO ALTO.

01:17PM  4    Q.   AND HOW LONG DID YOU SPEND AT THERANOS?

01:18PM  5    A.   I SPENT THE WHOLE DAY THERE FROM, I DON'T KNOW, 9:30, 9:00

01:18PM  6    IN THE MORNING UNTIL 4:30 IN THE AFTERNOON, YEAH.

01:18PM  7    Q.   AND CAN YOU DESCRIBE WHAT -- DESCRIBE AT A HIGH LEVEL WHAT

01:18PM  8    HAPPENED AT THAT MEETING, AND THEN WE MAY BREAK IT DOWN.

01:18PM  9    A.   YOU KNOW, I WAS INTRODUCED TO WHAT THE COMPANY WAS ABOUT,

01:18PM  10   WHAT THE TECHNOLOGY LOOKED LIKE.  I VISITED THE FACILITY AND

01:18PM  11   TOURED THE DIFFERENT AREAS, AND WE HAD DISCUSSIONS ABOUT WHAT

01:18PM  12   THE VISION WAS ABOUT THE DEPLOYMENT OF THE TECHNOLOGY INTO THE

01:18PM  13   HEALTH CARE SYSTEM.  AND THEN, YOU KNOW, WE HAD GENERAL

01:18PM  14   DISCUSSIONS ABOUT THE COMPANY.

01:18PM  15   Q.   DID YOU LEARN ABOUT THE CHALLENGES THAT THE COMPANY WAS

01:18PM  16   FACING?

01:18PM  17   A.   I DID, YES.

01:18PM  18   Q.   AND AT THE MEETING, DID YOU HAVE A CHANCE TO SEE THE

01:18PM  19   THERANOS DEVICE?

01:19PM  20   A.   I DID.

01:19PM  21   Q.   AND WERE YOU ABLE TO SEE OTHER ASPECTS OF THE TECHNOLOGY

01:19PM  22   THAT THEY HAD DEVELOPED?

01:19PM  23   A.   NOT REALLY, NO.  NO.  JUST THE DEVICE AND THE ANCILLARY

01:19PM  24   COMPONENTS OF THE TECHNOLOGY, YES.

01:19PM  25   Q.   AND BY "ANCILLARY COMPONENTS," WHAT DO YOU MEAN?

7187

BONANNI DIRECT BY MS. TREFZ

01:19PM 1    A.   WELL, I MEAN THE TECHNOLOGY CONSISTED AT A VERY HIGH LEVEL

01:19PM 2    OF FOUR COMPONENTS IN MY, IN MY ESTIMATE.

01:19PM 3        ONE IS THE COLLECTION DEVICE FOR THE SAMPLES OF BLOOD FROM

01:19PM 4    A PATIENT, THE CARTRIDGE THAT CONTAINED THE REAGENTS INTO WHICH

01:19PM 5    THE SAMPLE WOULD FIT.  AND THEN THE CARTRIDGE ITSELF WOULD GO

01:19PM 6    INSIDE THE MINILAB, MINIATURIZED, YOU KNOW, MACHINE.

01:19PM 7        AND THE MACHINE WOULD BE RUN BY A REMOTE COMPUTER THAT

01:20PM 8    WOULD GIVE IT INSTRUCTIONS ON THE TESTS TO BE PERFORMED AND

01:20PM 9    INTERPRET THE OUTPUT OF THE DATA.

01:20PM 10       SO I DID NOT GET TO SEE THE COMPUTER, FOR INSTANCE, BUT I

01:20PM 11   SAW THE COLLECTION DEVICE AND THE CARTRIDGE AND THE MINILAB.

01:20PM 12   Q.   AND THE MINILAB THAT YOU SAW, DID YOU UNDERSTAND THAT IT

01:20PM 13   WAS THE 4 SERIES MINILAB?

01:20PM 14   A.   YES.

01:20PM 15   Q.   OKAY.  OVER THE YEARS -- WELL, HOW ABOUT LET ME LIMIT IT

01:20PM 16   TO 2016.

01:20PM 17       DURING 2016, DID YOU LEARN MORE -- DID YOU CONTINUE TO

01:20PM 18   LEARN MORE ABOUT THE CAPABILITIES OF THE DEVICE THAT YOU SAW?

01:20PM 19   A.   YES, INDEED, YES.

01:20PM 20   Q.   AND DID YOU FORM AN INITIAL IMPRESSION AT THAT MEETING

01:20PM 21   ABOUT THE, ABOUT THE CAPABILITIES OF THE DEVICE?

01:20PM 22   A.   I DID.  AND I, I WAS VERY IMPRESSED BY THOSE CAPABILITIES,

01:20PM 23   YES.

01:20PM 24           MR. SCHENK:  OBJECTION.  RELEVANCE.

01:20PM 25           THE COURT:  I'LL ALLOW THAT TO REMAIN.

| | | |
|---|---|---|
| 01:20PM | 1 | YOU CAN MOVE ON. |
| 01:20PM | 2 | MS. TREFZ: I WILL. |
| 01:21PM | 3 | Q. I BELIEVE YOU TESTIFIED THAT YOU MET MS. HOLMES AT THAT |
| 01:21PM | 4 | FIRST MEETING. |
| 01:21PM | 5 | A. I DID. |
| 01:21PM | 6 | Q. AND WHAT, WHAT WAS YOUR IMPRESSION OF MS. HOLMES AT THAT |
| 01:21PM | 7 | MEETING? |
| 01:21PM | 8 | MR. SCHENK: OBJECTION. RELEVANCE. |
| 01:21PM | 9 | THE COURT: SUSTAINED. |
| 01:21PM | 10 | BY MS. TREFZ: |
| 01:21PM | 11 | Q. DID MS. HOLMES ASK YOU QUESTIONS DURING THAT MEETING? |
| 01:21PM | 12 | A. VERY MUCH SO. |
| 01:21PM | 13 | Q. AND DID YOU PROVIDE ANSWERS -- DID YOU -- HOW LONG WERE |
| 01:21PM | 14 | YOUR INTERACTIONS WITH MS. HOLMES? |
| 01:21PM | 15 | A. OH, SEVERAL HOURS. |
| 01:21PM | 16 | Q. AT THAT MEETING, DID MS. HOLMES ASK YOU TO TAKE ON A ROLE |
| 01:21PM | 17 | AT THE COMPANY? |
| 01:21PM | 18 | A. SHE DID. |
| 01:21PM | 19 | Q. AND WHAT, WHAT DID YOU UNDERSTAND HER TO BE ASKING YOU TO |
| 01:21PM | 20 | TAKE ON? |
| 01:21PM | 21 | A. THE QUESTION WAS, WOULD I BE WILLING TO JOIN THE COMPANY |
| 01:21PM | 22 | AND HAVE A SENIOR EXECUTIVE ROLE IN THE COMPANY? |
| 01:21PM | 23 | Q. DID SHE -- DID -- WAS A PARTICULAR ROLE COMMUNICATED TO |
| 01:22PM | 24 | YOU? |
| 01:22PM | 25 | A. COO. |

BONANNI DIRECT BY MS. TREFZ                                    7189

01:22PM   1    Q.   AND WHAT DID YOU SAY?

01:22PM   2    A.   I SAID I WAS TOO OLD FOR THAT.

01:22PM   3         (LAUGHTER.)

01:22PM   4    BY MS. TREFZ:

01:22PM   5    Q.   DID YOU, DID YOU NEVERTHELESS OFFER TO TAKE ON A ROLE IN

01:22PM   6    THE COMPANY OTHER THAN COO?

01:22PM   7    A.   I DID.

01:22PM   8    Q.   AND DESCRIBE WHAT ROLE YOU OFFERED TO TAKE ON.

01:22PM   9    A.   I PROPOSED THAT I JOIN THE BOARD AS A MECHANISM FOR ME TO

01:22PM   10   STAY DIRECTLY INVOLVED WITH THE COMPANY AND OFFER ADVICE ON THE

01:22PM   11   PROPER, YOU KNOW, CONDUCT OF THE COMPANY.

01:22PM   12   Q.   AND DID YOU BELIEVE THAT YOU HAD PARTICULAR EXPERTISE THAT

01:22PM   13   THERANOS WAS IN NEED OF?

01:22PM   14   A.   I DID.

01:22PM   15   Q.   WHAT TYPES OF EXPERTISE WAS THAT?

01:22PM   16        MR. SCHENK:   OBJECTION.  RELEVANCE.

01:22PM   17        THE COURT:   SUSTAINED WITHOUT A FOUNDATION.

01:22PM   18   BY MS. TREFZ:

01:23PM   19   Q.   I BELIEVE YOU TESTIFIED BEFORE THAT YOU, THAT YOU LEARNED

01:23PM   20   ABOUT CERTAIN CHALLENGES THAT THE COMPANY WAS FACING IN THAT

01:23PM   21   MEETING THAT YOU HAD ON MAY 2ND; CORRECT?

01:23PM   22   A.   YES.

01:23PM   23   Q.   AND WERE THE CHALLENGES -- DID THOSE CHALLENGES INCLUDE

01:23PM   24   REGULATORY CHALLENGES?

01:23PM   25   A.   THEY DID.

7190

BONANNI DIRECT BY MS. TREFZ

01:23PM 1  Q.   AND DID THEY INCLUDE OPERATIONAL CHALLENGES?

01:23PM 2  A.   THEY DID.

01:23PM 3  Q.   AND WERE BOTH REGULATORY AND OPERATIONAL MATTERS, MATTERS

01:23PM 4  THAT YOU HAD EXPERIENCE IN?

01:23PM 5  A.   YES.

01:23PM 6  Q.   AND DID YOU BELIEVE THAT THERANOS WAS IN NEED, OR THAT YOU

01:23PM 7  COULD PROVIDE ADVICE TO THERANOS ON THE -- BASED ON YOUR

01:23PM 8  EXPERIENCE?

01:23PM 9  A.   I DID, YES.

01:23PM 10  Q.   WERE YOU PAID FOR YOUR SERVICE ON THE BOARD?

01:23PM 11  A.   NO.

01:23PM 12  Q.   AND I'M SORRY, JUST TO BACK UP.

01:24PM 13       I THINK WE ESTABLISHED YOU SUGGESTED THAT YOU MIGHT BE

01:24PM 14  ABLE TO SERVE AS A BOARD MEMBER.  AND WAS THAT -- DID YOU

01:24PM 15  ULTIMATELY AGREE TO JOIN THE BOARD OF DIRECTORS?

01:24PM 16  A.   I DID, YES.

01:24PM 17  Q.   AND WAS YOUR APPOINTMENT TO THE BOARD OF DIRECTORS

01:24PM 18  ANNOUNCED SHORTLY AFTER THIS MEETING?

01:24PM 19  A.   IT WAS ANNOUNCED SHORTLY AFTER I THINK THE CONSENT.  THE

01:24PM 20  DECISION BY THE BOARD WAS ON JUNE 3RD, SO A FEW WEEKS LATER.

01:24PM 21  Q.   DO YOU RECALL WHEN YOUR APPOINTMENT TO THE BOARD OF

01:24PM 22  DIRECTORS WAS ANNOUNCED?

01:24PM 23  A.   ON THE 11TH.  I THINK THERE WAS A PRESS RELEASE ON THE

01:24PM 24  11TH OF MAY.

01:24PM 25  Q.   OKAY.  AND IF YOU CAN LOOK AT -- IF I COULD JUST DRAW YOUR

BONANNI DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 01:24PM | 1 | ATTENTION TO EXHIBIT 7664.  ACTUALLY, WE DON'T NEED TO DO THAT. |
| 01:24PM | 2 | IN ADDITION TO YOU, WAS ANYBODY ELSE ANNOUNCED AS BEING |
| 01:24PM | 3 | APPOINTED TO THE BOARD OF DIRECTORS AT THE SAME TIME? |
| 01:25PM | 4 | A.   YES.  DR. BILL FOEGE AND MR. KOVACEVICH. |
| 01:25PM | 5 | Q.   AND WHAT WAS DR. FOEGE'S BACKGROUND, IF YOU KNOW? |
| 01:25PM | 6 | A.   HE'S A WELL-KNOWN EPIDEMIOLOGIST WHO WAS A DIRECTOR OF THE |
| 01:25PM | 7 | CDC FOR A TIME. |
| 01:25PM | 8 | Q.   AND WHAT WAS MR. KOVACEVICH'S BACKGROUND, IF YOU KNOW? |
| 01:25PM | 9 | A.   HE HAD BEEN THE CEO OF WELLS FARGO BANK. |
| 01:25PM | 10 | Q.   OKAY.  AND DID YOU UNDERSTAND -- DID YOU HAVE AN |
| 01:25PM | 11 | UNDERSTANDING OF WHETHER EITHER OR BOTH OF THEM HAD A PRIOR |
| 01:25PM | 12 | RELATIONSHIP WITH THERANOS BEFORE THE ANNOUNCEMENT OF THEIR |
| 01:25PM | 13 | APPOINTMENT TO THE BOARD OF DIRECTORS? |
| 01:25PM | 14 | A.   YES.  DR. FOEGE HAD SERVED ON THE ADVISORY BOARD OF THE |
| 01:25PM | 15 | COMPANY BEFORE. |
| 01:25PM | 16 | Q.   AND DO YOU KNOW WHETHER MR. KOVACEVICH HAD? |
| 01:25PM | 17 | A.   I DON'T. |
| 01:25PM | 18 | Q.   OKAY.  DID YOU EVER MEET SUNNY BALWANI? |
| 01:25PM | 19 | A.   NO. |
| 01:25PM | 20 | Q.   DID YOU HAVE AN UNDERSTANDING OF THE ROLE THAT |
| 01:25PM | 21 | SUNNY BALWANI HAD PLAYED AT THE COMPANY PRIOR TO YOUR ARRIVAL? |
| 01:25PM | 22 | A.   YES. |
| 01:25PM | 23 | Q.   AND WHAT WAS THAT ROLE? |
| 01:26PM | 24 | A.   HE WAS COO OF THE COMPANY. |
| 01:26PM | 25 | Q.   AND WHAT WAS THE STATUS OF MR. BALWANI'S RELATIONSHIP WITH |

7192

BONANNI DIRECT BY MS. TREFZ

01:26PM  1    THERANOS AS YOU UNDERSTOOD IT WHEN YOU WERE APPOINTED TO THE

01:26PM  2    BOARD OF DIRECTORS?

01:26PM  3    A.    THAT HE WAS LEAVING THE COMPANY OR HAD LEFT THE COMPANY.

01:26PM  4    Q.    OKAY.  I THINK WE TALKED BEFORE ABOUT HOW YOU BECAME

01:26PM  5    FAMILIAR WITH THERANOS'S TECHNOLOGY OVER THE COURSE OF 20 -- IN

01:26PM  6    THAT INITIAL MEETING AND THEN OVER THE COURSE OF 2016; IS THAT

01:26PM  7    RIGHT?

01:26PM  8    A.    YES.

01:26PM  9    Q.    AND I WANT TO -- AND I THINK YOU DESCRIBED CERTAIN

01:26PM  10   COMPONENTS OF THAT.

01:26PM  11        I WANT TO DRAW YOUR ATTENTION TO EXHIBIT -- WHAT HAS BEEN

01:26PM  12   MARKED AS 7673B, WHICH IS IN YOUR BINDER.

01:27PM  13   A.    OKAY.

01:27PM  14   Q.    AND IS 7673B REPRESENTATIVE OF THE DIFFERENT TYPES OF

01:27PM  15   TECHNOLOGY THAT YOU UNDERSTOOD THERANOS HAD DEVELOPED BY THE

01:27PM  16   TIME YOU GOT TO THERANOS?

01:27PM  17   A.    YES.

01:27PM  18        MS. TREFZ:  YOUR HONOR, I WOULD OFFER 7673B AS A

01:27PM  19   DEMONSTRATIVE SIMPLY FOR THE PURPOSES OF HELPING EXPLAIN THE

01:27PM  20   DIFFERENT PIECES.

01:27PM  21        THE COURT:  NOT INTO EVIDENCE?

01:27PM  22        MS. TREFZ:  CORRECT, JUST AS A DEMONSTRATIVE.

01:27PM  23        THE COURT:  ALL RIGHT.  THIS CAN BE DISPLAYED AS A

01:27PM  24   DEMONSTRATIVE.

01:27PM  25        MS. TREFZ:  CORRECT.

BONANNI DIRECT BY MS. TREFZ                                    7193

01:27PM   1    Q.   AND, DR. BONANNI, CAN YOU EXPLAIN YOUR UNDERSTANDING OF

01:27PM   2    THE ROLE OF THE TECHNOLOGIES IDENTIFIED ON 73 -- 7673B IN THE

01:27PM   3    SUITE OF THE THERANOS TECHNOLOGIES, MAYBE PERHAPS FROM THE

01:27PM   4    PERSPECTIVE OF PATIENT EXPERIENCE?

01:28PM   5    A.   YES.  SO ASSUMING I WOULD GO TO MY PHYSICIAN AND AS I, AS

01:28PM   6    I ENTERED THE OFFICE A NURSE WOULD TAKE A SAMPLE OF A FEW DROPS

01:28PM   7    OF BLOOD THROUGH A FINGERTIP PRICK, AND THEY WOULD BE COLLECTED

01:28PM   8    IN THE SAMPLE COLLECTION DEVICE, THE APPROPRIATE AMOUNT OF

01:28PM   9    ANTICOAGULANT WOULD BE DELIVERED, AND THE BLOOD WOULD COLLECT

01:28PM   10   INTO THOSE SMALL TUBES CALLED NANOTAINER TUBES.

01:28PM   11       THEN THEY WOULD BE PLACED IN A CARTRIDGE, THE SPECIFIC

01:28PM   12   CARTRIDGE FOR THE SET OF TESTS THAT THE DOCTOR WOULD ORDER FOR

01:28PM   13   ME.

01:28PM   14       AND THE CARTRIDGE WOULD BE PUT INTO THE MINILAB WHERE THE

01:28PM   15   TESTS WOULD BE PERFORMED RECEIVING INSTRUCTIONS FROM THE

01:28PM   16   VIRTUAL ANALYZER.  THAT'S THE CENTRAL COMPUTER.

01:28PM   17       AND THEN AFTER THE PROTOCOLS ARE RUN, THE COMPUTER WOULD

01:29PM   18   ANALYZE THE OUTPUT AND CONVERT THAT INTO CLINICAL INFORMATION

01:29PM   19   THAT WOULD REACH THE DOCTOR, AND THEN 45 MINUTES LATER WHEN I

01:29PM   20   WOULD SEE THE PHYSICIAN, SHE WOULD HAVE THE APPROPRIATE

01:29PM   21   DIAGNOSTIC INFORMATION AND WE WOULD HAVE A VERY MEANINGFUL

01:29PM   22   CLINICAL DISCUSSION AT THAT POINT.

01:29PM   23       IN ADDITION, THERE WERE ADAPTIONS MADE TO COMMERCIAL

01:29PM   24   ANALYZERS, LIKE THOSE BY SIEMENS AND OTHERS, TO PROCESS THE,

01:29PM   25   THE MINI SAMPLES IN THE NANOTAINER TUBES.

BONANNI DIRECT BY MS. TREFZ                                    7194

```
01:29PM   1          SO THAT WAS MY UNDERSTANDING OF THE SITUATION.

01:29PM   2     Q.   OKAY.  AND DID -- YOU MENTIONED THE MINILAB.

01:29PM   3          DO YOU SEE THE MINILAB ON THIS DEMONSTRATIVE?

01:29PM   4     A.   YES, IT'S THE BOX ON THE BOTTOM RIGHT.

01:29PM   5     Q.   AND WERE YOU FAMILIAR WITH THE COMPONENTS INSIDE OF THE

01:30PM   6     MINILAB, ITS ARCHITECTURE?

01:30PM   7     A.   I BECAME FAMILIAR WITH THEM AS IT WAS DEMONSTRATED HOW

01:30PM   8     THEY WORKED OUT, YEAH.

01:30PM   9     Q.   AND WAS THAT DURING 2016 THAT YOU BECAME FAMILIAR?

01:30PM  10     A.   YES, YES.

01:30PM  11     Q.   AND IF I COULD DRAW YOUR ATTENTION TO 7673C.

01:30PM  12          DO YOU HAVE THAT IN FRONT OF YOU?

01:30PM  13     A.   YES, I DO.

01:30PM  14     Q.   AND IS EXHIBIT 7673C AN ACCURATE REPRESENTATION OF THE

01:30PM  15     4 SERIES MINILAB AS YOU UNDERSTOOD IT IN 2016?

01:30PM  16     A.   YES.

01:30PM  17          MS. TREFZ:  YOUR HONOR, I WOULD ASK AGAIN TO DISPLAY

01:30PM  18     FOR DEMONSTRATIVE PURPOSES EXHIBIT 7673C.

01:30PM  19          THE COURT:  NOT INTO EVIDENCE, JUST FOR

01:30PM  20     DEMONSTRATIVE PURPOSES?

01:30PM  21          MS. TREFZ:  AGAIN, YES, YOUR HONOR.

01:30PM  22          THE COURT:  IT MAY BE DISPLAYED FOR THAT PURPOSE.

01:31PM  23     BY MS. TREFZ:

01:31PM  24     Q.   ALL RIGHT.  DR. BONANNI, WHAT I WOULD LIKE TO DO HERE IS

01:31PM  25     THAT I WOULD LIKE TO WALK THROUGH THE DIFFERENT COMPONENTS THAT
```

BONANNI DIRECT BY MS. TREFZ                                    7195

01:31PM   1    WE SEE ON THE SCREEN.

01:31PM   2        IN PARTICULAR, LET'S START WITH THE BOTTOM LEFT WITH THE

01:31PM   3    CARTRIDGE.  WHAT DID YOU UNDERSTAND THAT TO BE?

01:31PM   4    A.   SO THE CARTRIDGE IS CUSTOMIZED FOR A SPECIFIC SET OF TESTS

01:31PM   5    TO BE PERFORMED ON THE SAMPLE.

01:31PM   6        SO IT WOULD CONTAIN THE REAGENTS TO PERFORM THOSE TESTS,

01:31PM   7    THE PIPET TIPS, AND OTHER COMPONENTRY THAT MAY BE NEEDED TO RUN

01:31PM   8    THOSE ASSAYS INSIDE OF THE MACHINE.

01:31PM   9    Q.   OKAY.  AND WERE THERE COMPONENTS INSIDE OF THE MINILAB

01:31PM   10   THAT WERE -- WOULD ALLOW THE MINILAB TO PERFORM HEMATOLOGY

01:31PM   11   ASSAYS?

01:31PM   12   A.   YES, INDEED.  YOU KNOW, THERE IS A MINIATURIZED CENTRIFUGE

01:32PM   13   TO THE FAR RIGHT, THERE'S A CYTOMETER, WHICH IS A SPECIALIZED

01:32PM   14   INSTRUMENT TO IMAGE THE CELLS COMPONENT OF THE BLOOD.

01:32PM   15   Q.   AND WERE THERE COMPONENTS THAT WOULD ALLOW THE MINILAB TO

01:32PM   16   PERFORM IMMUNOASSAYS?

01:32PM   17   A.   THERE ARE, INDEED.

01:32PM   18   Q.   AND WHICH ARE THOSE?

01:32PM   19   A.   THEY WOULD INCLUDE THE -- WELL, THERE IS A ROBOT INSIDE

01:32PM   20   THAT WOULD MAKE IT PERFORM A NUMBER OF MIXINGS AND REACTIONS.

01:32PM   21   THERE'S AN LUMINOMETER HERE.  THAT IS SOMETHING THAT WOULD

01:32PM   22   MEASURE THE LIGHT EMITTED THROUGH CHEMILUMINESCENCE DURING

01:32PM   23   CERTAIN REACTIONS, AND IT'S A HIGH SENSITIVITY INSTRUMENT.

01:32PM   24   Q.   AND WERE THERE COMPONENTS THAT WOULD ALLOW THE MINILAB TO

01:33PM   25   PERFORM CLINICAL CHEMISTRY ASSAYS?

BONANNI DIRECT BY MS. TREFZ

01:33PM 1    A.   YES, INDEED.  AGAIN, THE ROBOT AND THE VARIOUS PROCESSING

01:33PM 2    AND THE MIXING OF REAGENTS, AND THEN THEY WOULD BE TAKEN TO THE

01:33PM 3    SPECTROPHOTOMETER, WHICH IS A VISUAL -- A VISIBLE AND

01:33PM 4    ULTRAVIOLENT LIGHT SPECTROPHOTOMETER THAT WOULD MEASURE THE

01:33PM 5    INTENSITY OF COLORS GENERATED DURING THE REACTIONS DURING THOSE

01:33PM 6    ASSAYS AND CORRELATE THAT TO THE AMOUNT OF THE ANALYTES IN THE

01:33PM 7    SAMPLE.

01:33PM 8    Q.   AND WERE THERE COMPONENTS THAT WOULD ALLOW THE MINILAB TO

01:33PM 9    PERFORM MICROBIOLOGY ASSAYS?  WERE THERE COMPONENTS IN THAT --

01:33PM 10   A.   THEY'RE NOT MICROBIOLOGY.  MOLECULAR BIOLOGY.

01:33PM 11   Q.   I'M SORRY.  MOLECULAR BIOLOGY.

01:33PM 12   A.   MOLECULAR BIOLOGY, YES.

01:33PM 13       THERE WOULD BE THINGS LIKE THE THERMOCYCLER THAT WOULD

01:33PM 14   ALLOW THE NUCLEIC ACIDS TO EXPAND, AND THE DETECTOR, THE

01:33PM 15   FLUORESCENCE-BASED DETECTOR OVER THERE, YES.

01:34PM 16   Q.   AND I THINK YOU MENTIONED A ROBOT.  WE CAN'T SEE IT ON THE

01:34PM 17   SCREEN, BUT WAS THERE ALSO A ROBOT INSIDE OF THE MINILAB?

01:34PM 18   A.   RIGHT, THERE'S A ROBOT THAT HANDLES, THAT PERFORMS THE

01:34PM 19   DIFFERENT OPERATIONS THAT ARE NEEDED FOR THE ASSAYS.

01:34PM 20       THERE IS ALSO A CAMERA THERE THAT WE HAVE NOT MENTIONED

01:34PM 21   THAT WAS SOMETHING THAT WAS USED TO VERIFY THE INTEGRITY OF THE

01:34PM 22   SAMPLES, MAKE SURE THERE WAS NOTHING THAT WAS WRONG.  YOU KNOW,

01:34PM 23   IF YOU DO HEMATOLOGY, THERE WOULD BE NO HEMOLYSIS IN THE

01:34PM 24   THINGS.

01:34PM 25       SO THERE WAS AN INSIDE, YOU KNOW, CONTROL CHECK FOR THE

BONANNI DIRECT BY MS. TREFZ                                    7197

01:34PM   1    VARIOUS OPERATIONS OF THE MACHINE.

01:34PM   2    Q.   AND WHILE YOU WERE A BOARD MEMBER AT THERANOS, IN

01:34PM   3    PARTICULAR IN 2016, DID YOU HAVE THE OPPORTUNITY TO SEE THE

01:34PM   4    MINILAB IN ACTION, TO SEE IT RUNNING ASSAYS?

01:34PM   5    A.   YES, YES, I DID.

01:34PM   6    Q.   AND HAVE YOU HAD THE CHANCE, PRIOR TO YOUR TESTIMONY

01:34PM   7    TODAY, TO REVIEW CERTAIN CLIPS THAT I'M MARKING FOR

01:34PM   8    IDENTIFICATION PURPOSES AS 9819A THROUGH 9819D?

01:35PM   9    A.   I DID.   THEY'RE ON YOUTUBE, SO I SAW THEM, YES.

01:35PM   10   Q.   AND DID YOU REVIEW THESE SPECIFIC CLIPS THAT, THAT I'M

01:35PM   11   GOING TO INTRODUCE TODAY?

01:35PM   12   A.   YES, I DID.

01:35PM   13   Q.   ATTEMPT TO INTRODUCE?

01:35PM   14   A.   YES, I DID.

01:35PM   15   Q.   AND DID 9819A THROUGH 9819D ACCURATELY REFLECT YOUR MEMORY

01:35PM   16   OF HOW THE TSPU PERFORMED CERTAIN FUNCTIONS?

01:35PM   17   A.   I DON'T HAVE THAT.

01:35PM   18   Q.   IT'S THE CLIPS.

01:35PM   19   A.   OH, THE CLIPS.   YES.

01:35PM   20        MS. TREFZ:   AND AGAIN, FOR DEMONSTRATIVE PURPOSES,

01:35PM   21   YOUR HONOR, WE WOULD PURPORT TO -- OR WE WOULD REQUEST TO BE

01:35PM   22   ABLE TO DISPLAY FOR THE JURY, NOT ADMITTED INTO EVIDENCE, BUT

01:35PM   23   DISPLAY FOR THE JURY CERTAIN CLIPS, AND I'LL ASK QUESTIONS

01:35PM   24   ABOUT EACH ONE.

01:35PM   25        BUT I JUST WANTED TO LET THE COURT KNOW WHAT I'M INTENDING

7198
BONANNI DIRECT BY MS. TREFZ

01:36PM 1   TO DO.

01:36PM 2          THE COURT:  ARE THESE -- HOW MANY ARE THERE?

01:36PM 3          MS. TREFZ:  THERE ARE FOUR.  THEY ARE A TOTAL OF

01:36PM 4   1 MINUTE AND 51 SECONDS.  THEY'RE CLIPS OF 11 SECONDS,

01:36PM 5   12 SECONDS, 49 SECONDS, AND 38 SECONDS.

01:36PM 6          THE COURT:  AND YOU INTEND TO PLAY EACH ONE AND TALK

01:36PM 7   THE WITNESS THROUGH THE CLIP; RIGHT?

01:36PM 8          MS. TREFZ:  THE WITNESS WILL EXPLAIN IT TO US, BUT

01:36PM 9   YES.

01:36PM 10         THE COURT:  ALL RIGHT.  ALL RIGHT.  THAT'S FINE.

01:36PM 11  THEY'RE DEMONSTRATIVE ONLY, AND YOU'LL IDENTIFY WHICH ONE IS

01:36PM 12  PLAYING.

01:36PM 13         MS. TREFZ:  CORRECT.

01:36PM 14     AND LET'S FIRST START WITH 9819A IF WE CAN.  THIS IS AN 11

01:36PM 15  SECOND VIDEO, AND THERE'S NO SOUND.

01:36PM 16     AND IF WE CAN PLAY THAT?

01:36PM 17         MR. DOWNEY:  YOUR HONOR, MAY I JUST ASK MS. TREFZ

01:36PM 18  SOMETHING?

01:36PM 19         THE COURT:  YES.

01:36PM 20         MS. TREFZ:  I GUESS THE QUESTION IS, SHOULD WE DO

01:37PM 21  THIS OR SHOULD WE TAKE A BREAK NOW, YOUR HONOR?

01:37PM 22         THE COURT:  DO WE NEED A BREAK NOW?  IS NOW A TIME

01:37PM 23  FOR A BREAK?

01:37PM 24         MS. TREFZ:  IT APPEARS WE DO.

01:37PM 25         THE COURT:  SO LET'S DO THAT AND WE'LL HOLD OFF THE

BONANNI DIRECT BY MS. TREFZ                                         7199

01:37PM  1    MOVIES UNTIL AFTER OUR BREAK.  WE'LL TAKE 30 MINUTES, A 30

01:37PM  2    MINUTE BREAK.  OKAY.

01:37PM  3         (RECESS FROM 1:37 P.M. UNTIL 2:10 P.M.)

02:10PM  4              THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:10PM  5         WE'RE BACK ON THE RECORD.  ALL COUNSEL ARE PRESENT.

02:10PM  6    MS. HOLMES IS PRESENT.  THE JURY IS PRESENT.  THE WITNESS IS ON

02:10PM  7    THE STAND.

02:10PM  8         MS. TREFZ, YOU WOULD LIKE TO CONTINUE?

02:10PM  9              MS. TREFZ:  I WOULD.  THANK YOU, YOUR HONOR.

02:10PM  10   Q.   DR. BONANNI, I BELIEVE WHEN WE TOOK OUR BREAK WE WERE

02:10PM  11   ABOUT TO WATCH THE FIRST CLIP THAT I'M PLAYING FOR

02:10PM  12   DEMONSTRATIVE PURPOSES, WHICH IS 9819A.

02:11PM  13        MR. BENNETT.

02:11PM  14        AND WE'RE GOING TO WATCH THE CLIP, AND THEN, DR. BONANNI,

02:11PM  15   I'D LIKE TO ASK YOU WHAT WE HAVE SEEN IN THE CLIP AFTER IT'S

02:11PM  16   DONE.

02:11PM  17        (VIDEO PLAYING OFF THE RECORD.)

02:11PM  18              THE WITNESS:  SO WE SEE A TECHNICIAN TOUCHING THE

02:11PM  19   SCREEN AND INDICATING TO THE MACHINE THAT A CASSETTE IS READY

02:11PM  20   TO BE LOADED.

02:11PM  21        THE CASSETTE IS DRAWN IN, THE CARTRIDGE IS DRAWN IN

02:11PM  22   AUTOMATICALLY BY THE MINILAB.  AND AS SOON AS IT'S IN, THE BAR

02:11PM  23   CODE IS READ SO THAT THE MACHINE CAN RECEIVE THE INSTRUCTIONS

02:11PM  24   FROM THE CENTRAL COMPUTER, THE VIRTUAL ANALYZER, AND THE LID IS

02:11PM  25   OPENED.

BONANNI DIRECT BY MS. TREFZ                                    7200

| | | |
|---|---|---|
| 02:11PM | 1 | BY MS. TREFZ: |
| 02:11PM | 2 | Q.  OKAY.  AND -- |
| 02:11PM | 3 | THE COURT:  I'M SORRY TO INTERRUPT YOU. |
| 02:11PM | 4 | PARDON ME.  I'M SORRY, MS. TREFZ. |
| 02:12PM | 5 | MS. TREFZ:  THAT'S OKAY, YOUR HONOR.  THANK YOU. |
| 02:12PM | 6 | (PAUSE IN PROCEEDINGS.) |
| 02:12PM | 7 | THE COURT:  ALL RIGHT.  MS. TREFZ, WOULD YOU LIKE TO |
| 02:12PM | 8 | CONTINUE?  THANK YOU. |
| 02:12PM | 9 | MS. TREFZ:  YES, PLEASE. |
| 02:12PM | 10 | Q.  IF YOU DON'T MIND, I'D LIKE TO PLAY THE CLIP ONE MORE TIME |
| 02:12PM | 11 | NOW THAT WE UNDERSTAND WHAT WAS HAPPENING IN THE CLIP. |
| 02:12PM | 12 | AND, MR. BENNETT, IF YOU COULD JUST PAUSE IT WHEN IT'S -- |
| 02:12PM | 13 | I'LL TELL YOU WHEN TO PAUSE IT ACTUALLY. |
| 02:12PM | 14 | GO AHEAD. |
| 02:12PM | 15 | (VIDEO PLAYING OFF THE RECORD.) |
| 02:12PM | 16 | MS. TREFZ:  GO AHEAD.  AND CAN YOU PAUSE IT HERE. |
| 02:12PM | 17 | Q.  SO, DR. BONANNI, WHAT DO WE SEE DEPICTED IN THIS |
| 02:12PM | 18 | DEMONSTRATIVE? |
| 02:12PM | 19 | A.  THE TECHNICIAN TOUCHING THE SCREEN INDICATING THAT A |
| 02:12PM | 20 | CARTRIDGE IS ABOUT TO ARRIVE. |
| 02:12PM | 21 | Q.  AND DID YOU HAVE AN UNDERSTANDING OF WHETHER THE, OF |
| 02:13PM | 22 | WHETHER THE TECHNICIAN WOULD TYPE ANY INSTRUCTIONS ON THE |
| 02:13PM | 23 | SCREEN? |
| 02:13PM | 24 | A.  NO.  THERE WERE NO INSTRUCTIONS TO BE TYPED. |
| 02:13PM | 25 | Q.  THE INSTRUCTIONS -- WELL, WHERE WOULD THE INSTRUCTIONS |

7201
BONANNI DIRECT BY MS. TREFZ

02:13PM  1    COME FROM?

02:13PM  2    A.   THE INSTRUCTIONS COME FROM THE CENTRAL COMPUTER ONCE THE

02:13PM  3    BAR CODE IS READ ON THE CARTRIDGE.

02:13PM  4    Q.   AND THE CARTRIDGE, JUST SO WE UNDERSTAND IT, IS THAT WHAT

02:13PM  5    THE INDIVIDUAL HAS AND IS HOLDING IN THEIR RIGHT HAND?

02:13PM  6    A.   YES.

02:13PM  7    Q.   AND IF YOU COULD FINISH THE CLIP.

02:13PM  8         (VIDEO PLAYING OFF THE RECORD.)

02:13PM  9              MS. TREFZ:  THANK YOU.

02:13PM 10         THE -- WE'RE GOING TO -- THE NEXT CLIP THAT I'D LIKE TO

02:13PM 11    PLAY, YOUR HONOR, IS 9819B.  AGAIN, WE'RE PLAYING THIS FOR

02:14PM 12    DEMONSTRATIVE PURPOSES.

02:14PM 13              THE COURT:  ALL RIGHT.

02:14PM 14              MS. TREFZ:  AND IT'S 12 SECONDS.

02:14PM 15    Q.   AND, DR. BONANNI, I WOULD -- LET'S WATCH THE CLIP, AND

02:14PM 16    THEN I WANT -- THEN I'M GOING TO ASK YOU SOME QUESTIONS ABOUT

02:14PM 17    WHAT WE'VE SEEN IN THE CLIP.

02:14PM 18         GO AHEAD.

02:14PM 19         (VIDEO PLAYING OFF THE RECORD.)

02:14PM 20              MS. TREFZ:  ALL RIGHT.  IF YOU COULD PAUSE THERE,

02:14PM 21    MR. BENNETT.

02:14PM 22    Q.   SO, DR. BONANNI, CAN YOU DESCRIBE WHAT WE JUST SAW IN

02:14PM 23    9819B?

02:14PM 24    A.   THE COVER IS REMOVED TO SHOW THE INTERNAL PARTS OF THE

02:14PM 25    DEVICE, AND YOU CAN SEE THE CARTRIDGE WITH THE LID OPENED UP AS

BONANNI DIRECT BY MS. TREFZ                                      7202

02:14PM   1    I SAID BEFORE.

02:14PM   2    Q.   AND SO JUST SO WE UNDERSTAND IT, IS THIS THE INSIDE OF THE

02:14PM   3    MINILAB?

02:14PM   4    A.   YES.

02:14PM   5    Q.   AND ARE -- I THINK A FEW MINUTES AGO, OR EARLIER IN YOUR

02:14PM   6    EXAMINATION WE WERE LOOKING AT DIFFERENT -- AT A DEMONSTRATIVE

02:15PM   7    THAT SHOWED DIFFERENT COMPONENTS OF THE MINILAB THAT YOU

02:15PM   8    DESCRIBED FOR US.

02:15PM   9        DO YOU RECALL THAT?

02:15PM  10    A.   YES.

02:15PM  11    Q.   AND DO YOU SEE ANY OF THE COMPONENTS THAT WERE DESCRIBED

02:15PM  12    IN THE EXHIBIT HERE, OR IN THIS DEMONSTRATIVE?

02:15PM  13    A.   I CAN SEE THE TOP OF THE MATERIAL HANDLING ROBOT TOWARD

02:15PM  14    THE CENTER OF THIS IMAGE.

02:15PM  15    Q.   OKAY.  AND THE ITEM THAT'S OPENED, WHAT IS THAT?

02:15PM  16    A.   THAT IS THE CARTRIDGE, THE WHITE THING.

02:15PM  17    Q.   OKAY.  AND IS YOUR UNDERSTANDING THAT THE OTHER

02:15PM  18    INSTRUMENTS THAT WE IDENTIFIED BEFORE WOULD BECOME PART OF --

02:15PM  19    EXCUSE ME, WOULD RESIDE IN THE ARCHITECTURE OF THE MINILAB?

02:15PM  20    A.   YES.

02:15PM  21    Q.   LET'S MOVE ON TO THE -- WELL, LET'S FINISH THAT CLIP FIRST

02:15PM  22    OF ALL JUST TO MAKE SURE THAT WE'VE SEEN THE WHOLE THING.

02:16PM  23        (VIDEO PLAYING OFF THE RECORD.)

02:16PM  24    BY MS. TREFZ:

02:16PM  25    Q.   NOW LET'S MOVE ON TO 9819C.

7203

BONANNI DIRECT BY MS. TREFZ

02:16PM 1      AND, DR. BONANNI, BEFORE WE PLAY 9819C, WE MENTIONED

02:16PM 2   EARLIER -- YOU MENTIONED EARLIER HEMATOLOGY ASSAYS.

02:16PM 3      DO YOU RECALL THAT?

02:16PM 4   A.   YES.

02:16PM 5   Q.   AND WHAT -- CAN YOU GIVE AN EXAMPLE OF THE TYPES OF ASSAYS

02:16PM 6   THAT, OR THE TYPES OF TESTS THAT ARE INCLUDED IN HEMATOLOGY?

02:16PM 7   A.   IT WOULD BE MEASURING THE CELLS, THE NATURE AND THE NUMBER

02:16PM 8   OF CELLS THAT ARE IN THE BLOOD SAMPLE THROUGHOUT THE PATIENT.

02:16PM 9   Q.   SUCH AS?

02:16PM 10  A.   RED BLOOD CELLS, HEMATOCRIT, WHITE CELLS, PLATELETS, AND

02:16PM 11  SO FORTH.

02:16PM 12         MS. TREFZ:  MR. BENNET, IF WE COULD PLAY 9819C.

02:16PM 13      AND, YOUR HONOR, WITH THE COURT'S PERMISSION, AGAIN, FOR

02:16PM 14  DEMONSTRATIVE PURPOSES.

02:17PM 15         THE COURT:  YES.

02:17PM 16         MS. TREFZ:  THIS IS A TOTAL OF 49 SECONDS, AND WHAT

02:17PM 17  I'D LIKE TO DO IS FIRST WATCH THE CLIP AND I WOULD LIKE TO HAVE

02:17PM 18  DR. BONANNI EXPLAIN WHAT WE'RE SEEING IN THE CLIP.

02:17PM 19      (VIDEO PLAYING OFF THE RECORD.)

02:17PM 20         MS. TREFZ:  ACTUALLY, CAN WE GO BACK, MR. BENNETT,

02:17PM 21  TO THE BEGINNING OF THE CLIP.  PAUSE THERE.  ONE MORE SECOND.

02:17PM 22  PAUSE THERE.  THANK YOU.

02:17PM 23  Q.   DR. BONANNI, CAN YOU IDENTIFY -- CAN YOU WALK US THROUGH

02:17PM 24  WHAT WE'RE SEEING IN THE DIFFERENT PIECES OF -- ON THE SCREEN

02:17PM 25  HERE?

7204
BONANNI DIRECT BY MS. TREFZ

02:17PM  1    A.    SO WHAT WE SEE, THE BIG WHITE THING IS THE CARTRIDGE

02:17PM  2    OPENED UP WITH THE DIFFERENT REAGENTS IN IT, THE PIPET TIPS,

02:17PM  3    THE SLIDES THAT WILL GO INTO THE CYTOMETER.

02:18PM  4         AND REALIZE THAT THE PERSPECTIVE IS ODD, BECAUSE THIS

02:18PM  5    WHOLE THING IS ABOUT 12 INCHES WIDE.  SO THIS IS, YOU KNOW,

02:18PM  6    THIS IS DISTORTED, ENLARGED.

02:18PM  7         BEHIND THE CARTRIDGE WE SEE THE MINIATURIZED CENTRIFUGE

02:18PM  8    WITH FIVE BUCKETS.

02:18PM  9         OVER IT IS THE MATERIAL HANDLING ROBOT THAT WE WILL SEE IN

02:18PM 10    ACTION.

02:18PM 11         AND TO THE LEFT WE HAVE AT THE BOTTOM THE

02:18PM 12    SPECTROPHOTOMETER, AND IN THE CENTER THE CAMERA, THE

02:18PM 13    LUMINOMETER, AND SOME OTHER THINGS.

02:18PM 14    Q.    OKAY.  LET'S GO AHEAD AND PLAY THE CLIP, AND AS WE PLAY

02:18PM 15    IT, DR. BONANNI, IF YOU CAN EXPLAIN TO THE JURY WHAT IS -- HOW

02:18PM 16    THE MINILAB IS WORKING ON THESE HEMATOLOGY ASSAY.

02:18PM 17         (VIDEO PLAYING OFF THE RECORD.)

02:18PM 18              THE WITNESS:  SO THE ROBOT IS PICKING UP THE SLIDE

02:19PM 19    THAT IT WILL BRING TO THE CYTOMETER, WHICH IS A FLUORESCENCE

02:19PM 20    MICROSCOPY INSTRUMENT, AND NOW IT IS CENTERED AND ADJUSTED AND

02:19PM 21    WILL DO ITS MEASUREMENT TO IMAGE THE CELLS.

02:19PM 22         THEN IT PICKS UP THE SAMPLE OF THE BLOOD FROM THE

02:19PM 23    NANOTAINER, TAKES IT TO THE CAMERA FOR A QUICK CHECK THAT THERE

02:19PM 24    IS NO HEMOLYSIS, PUTS THE SAMPLE INTO A CENTRIFUGE VESSEL,

02:19PM 25    MOVES IT CAREFULLY INTO THE CENTRIFUGE BUCKET WHERE IT IS GOING

BONANNI DIRECT BY MS. TREFZ                                           7205

| | | |
|---|---|---|
| 02:19PM | 1 | TO BE SPUN DOWN FOR, I DON'T KNOW, A FEW MINUTES AT 1300G. |
| 02:19PM | 2 | THAT'S TO MEASURE THE HEMATOCRIT, THE AMOUNT OF RED CELLS. |
| 02:19PM | 3 | BY MS. TREFZ: |
| 02:19PM | 4 | Q.   AND THAT'S ONE OF THE ASSAYS IN THE -- |
| 02:19PM | 5 | A.   THAT'S ONE OF THE ASSAYS IN THE HEMATOLOGY, YES. |
| 02:19PM | 6 | Q.   THANK YOU. |
| 02:19PM | 7 | I'M GOING TO SHOW YOU ONE MORE CLIP, WHICH IS 9819D, AND |
| 02:19PM | 8 | THAT'S GOING TO BE 38 SECONDS. |
| 02:20PM | 9 | WITH THE COURT'S PERMISSION? |
| 02:20PM | 10 | THE COURT:  YES. |
| 02:20PM | 11 | MS. TREFZ:  BEFORE I DO, YOUR HONOR, MAY -- |
| 02:20PM | 12 | Q.   OR BEFORE I DO, DR. BONANNI, LET ME ASK YOU, CAN YOU |
| 02:20PM | 13 | REMIND US WHAT CLINICAL CHEMISTRY MEANS? |
| 02:20PM | 14 | A.   THESE ARE THE, THE BASIC METABOLIC PANEL ASSAYS THAT ARE |
| 02:20PM | 15 | DONE, YOU KNOW, GLUCOSE AND POTASSIUM AND CALCIUM AND OTHER |
| 02:20PM | 16 | THINGS THAT YOU DO IN A REGULAR TEST, YOU KNOW, CLINICAL TEST. |
| 02:20PM | 17 | Q.   AND IS THAT SOMETIMES REFERRED TO AS COLOR CHEMISTRY? |
| 02:20PM | 18 | A.   COLOR CHEMISTRY IS A GOOD ELEMENT OF IT, YES. |
| 02:20PM | 19 | Q.   OKAY.  AND MR. BENNETT, IF WE CAN START ON 9819D. |
| 02:20PM | 20 | AND, DR. BONANNI, WHAT I'D LIKE TO HAVE YOU DO IS TO |
| 02:20PM | 21 | EXPLAIN WHAT WE'RE SEEING AS WE SEE IT. |
| 02:20PM | 22 | (VIDEO PLAYING OFF THE RECORD.) |
| 02:20PM | 23 | THE WITNESS:  SO THE ROBOT IS DISPENSING REAGENTS, |
| 02:21PM | 24 | MIXING THEM UP.  I THINK THE VIDEO IS ACCELERATED HERE. |
| 02:21PM | 25 | AND EVENTUALLY PUTS THE SAMPLES INTO A CUVETTE, A REACTION |

BONANNI DIRECT BY MS. TREFZ                                          7206

02:21PM  1    CUVETTE, THAT IS THEN TAKEN TO THE SPECTROPHOTOMETER AND THE

02:21PM  2    INTENSITY OF THOSE COLORS IN EACH ONE OF THE WELLS IS MEASURED

02:21PM  3    BY THE SPECTROPHOTOMETER, AND THEN THE CUVETTE IS BROUGHT BACK

02:21PM  4    INTO THE CARTRIDGE, WHICH IS ONE ELEMENT OF THIS TECHNOLOGY IS

02:21PM  5    THAT ALL OF THE WASTE IS COLLECTED BACK INTO THE CARTRIDGE.

02:21PM  6    NOTHING IS LEFT INTO THE MINILAB, WHICH CAN THEN BE USED FOR

02:21PM  7    THE NEXT SAMPLE, AND THE NEXT PATIENT.

02:21PM  8    Q.   CAN YOU REMIND US WHAT THE SPECTROPHOTOMETER DOES?

02:21PM  9    A.   IT'S AN INSTRUMENT THAT MEASURES THE INTENSITY OF LIGHT

02:21PM  10   THAT GOES THROUGH THE SAMPLE AT DIFFERENT COLORS AND CORRELATES

02:21PM  11   THAT TO THE AMOUNT OF ANALYTE THAT IS PRESENT IN THE SAMPLE.

02:22PM  12   Q.   AS A PERSON WHO HAD WORKED IN THE MEDICAL DEVICE AND BIO

02:22PM  13   PHARMA INDUSTRY FOR QUITE A WHILE, DID YOU HAVE A VIEW IN 2016

02:22PM  14   AS TO WHETHER THE THERANOS DEVICE AND TECHNOLOGY HAD POTENTIAL

02:22PM  15   COMMERCIAL USES?

02:22PM  16        MR. SCHENK:  OBJECTION.  IMPROPER OPINION TESTIMONY.

02:22PM  17        THE COURT:  SUSTAINED.

02:22PM  18   BY MS. TREFZ:

02:22PM  19   Q.   DID YOU HAVE -- DID YOU HAVE ANY, NOT BASED ON -- STRIKE

02:22PM  20   THAT, YOUR HONOR.

02:22PM  21        DID YOU PERSONALLY ENVISION ANY POTENTIAL USES FOR THE

02:22PM  22   COMMERCIAL -- FOR THE TECHNOLOGY?

02:22PM  23        MR. SCHENK:  OBJECTION.  SAME OBJECTION AND

02:22PM  24   RELEVANCE.

02:22PM  25        THE COURT:  SUSTAINED.

BONANNI DIRECT BY MS. TREFZ

02:23PM  1        (PAUSE IN PROCEEDINGS.)

02:23PM  2   BY MS. TREFZ:

02:23PM  3   Q.   DO YOU RECALL WHETHER THE COMPANY HAD ANY PERSPECTIVE ON

02:23PM  4   THE POTENTIAL COMMERCIAL USES FOR THE TECHNOLOGY?

02:23PM  5        MR. SCHENK:  OBJECTION.  RELEVANCE, AND IT CALLS FOR

02:23PM  6   HEARSAY.

02:23PM  7        THE COURT:  SUSTAINED WITHOUT A FURTHER FOUNDATION.

02:23PM  8   BY MS. TREFZ:

02:23PM  9   Q.   DURING YOUR TIME ON THE BOARD OF DIRECTORS, DID YOU COME

02:23PM  10   TO UNDERSTAND, DID YOU COME TO UNDERSTAND -- DID YOU EVER COME

02:23PM  11   TO UNDERSTAND THE POTENTIAL COMMERCIAL USES THAT THE COMPANY

02:23PM  12   WAS DEVELOPING FOR THE TECHNOLOGY?

02:23PM  13        MR. SCHENK:  OBJECTION.

02:23PM  14        THE COURT:  SUSTAINED.

02:23PM  15        MS. TREFZ:  OKAY.

02:23PM  16   Q.   DR. BONANNI, WHEN YOU FIRST JOINED THE BOARD IN JUNE 2016,

02:23PM  17   WHAT WAS THE MAKEUP OF THE BOARD?

02:23PM  18   A.   AT THAT TIME, SO THERE WAS DR. FOEGE, MR. BOIES,

02:24PM  19   GENERAL MATTIS, RILEY BECHTEL, MR. KOVACEVICH,

02:24PM  20   ELIZABETH HOLMES, AND I.  YEAH, I THINK THAT'S IT.

02:24PM  21   Q.   AND DESCRIBE WHAT BOARD MEETINGS WERE LIKE BETWEEN JUNE

02:24PM  22   AND DECEMBER OF 2016 AT A HIGH LEVEL.

02:24PM  23   A.   THEY WERE LIVELY DISCUSSIONS.  TYPICALLY THE CHAIRMAN,

02:24PM  24   ELIZABETH HOLMES, WOULD INTRODUCE -- YOU KNOW, CALLED THE

02:24PM  25   MEETING TO ORDER AND INTRODUCED THE SUBJECTS AND THE AGENDA,

BONANNI DIRECT BY MS. TREFZ                                    7208

02:24PM  1     AND THEN DIFFERENT PEOPLE FROM THE COMPANY, AND SOMETIMES

02:24PM  2     OUTSIDE OF THE COMPANY, WOULD COME IN AND MAKE PRESENTATIONS,

02:24PM  3     AND THE BOARD MEMBERS WOULD ASK QUESTIONS, AND HAVE GOOD

02:24PM  4     DISCUSSIONS ABOUT THE SUBJECTS.

02:24PM  5     Q.   WERE -- WAS MS. HOLMES THE ONLY SPEAKER IN THE MEETINGS?

02:24PM  6     A.   NO.

02:24PM  7     Q.   WAS THERE SPIRITED DISCUSSION IN YOUR EXPERIENCE?

02:25PM  8     A.   YES, LIVELY DISCUSSIONS.

02:25PM  9     Q.   WERE THERE SOMETIMES DEBATES OVER STRATEGY?

02:25PM  10    A.   THERE WERE.

02:25PM  11    Q.   WERE THERE AREAS OF THE COMPANY BETWEEN JUNE AND DECEMBER

02:25PM  12    OF 2016 THAT YOU WERE PARTICULARLY ACTIVE IN?

02:25PM  13    A.   YES, THE STRENGTHENING OF THE QUALITY MANAGEMENT SYSTEM

02:25PM  14    AND THE CREATION OF A CORPORATE COMPLIANCE PROGRAM IN

02:25PM  15    PARTICULAR.

02:25PM  16    Q.   DID YOU UNDERSTAND MS. HOLMES TO SEEK YOUR ADVICE ON THOSE

02:25PM  17    AREAS?

02:25PM  18    A.   SHE DID.

02:25PM  19    Q.   IN YOUR OPINION, DID MS. HOLMES LISTEN TO AND IMPLEMENT

02:25PM  20    YOUR ADVICE?

02:25PM  21    A.   SHE DID.

02:25PM  22    Q.   DID YOU ALSO UNDERSTAND THAT OTHERS ON THE BOARD OF

02:25PM  23    DIRECTORS ADVISED MS. HOLMES ON VARIOUS ASPECTS OF THE COMPANY?

02:26PM  24    A.   YES.

02:26PM  25    Q.   AND WHAT ROLE DID YOU UNDERSTAND THAT MR. BOIES HAD?

7209

BONANNI DIRECT BY MS. TREFZ

| | | |
|---|---|---|
| 02:26PM | 1 | A.   OH, MR. BOIES, SPECIFICALLY, HIS FIRM WAS REPRESENTING |
| 02:26PM | 2 | THERANOS ON A NUMBER OF SUBJECTS, YES. |
| 02:26PM | 3 | Q.   DID -- WAS MR. BECHTEL A MENTOR TO MS. HOLMES AS FAR AS |
| 02:26PM | 4 | YOU UNDERSTOOD? |
| 02:26PM | 5 | A.   FROM MY STANDPOINT HE WAS, YES. |
| 02:26PM | 6 | Q.   AND WHAT ABOUT GENERAL MATTIS, DID HE -- WAS HE A MENTOR |
| 02:26PM | 7 | TO MS. HOLMES DURING THIS TIME PERIOD AS WELL? |
| 02:26PM | 8 | A.   I THINK SO, YES. |
| 02:26PM | 9 | Q.   WHEN YOU JOINED THE BOARD, DID YOU UNDERSTAND THAT |
| 02:26PM | 10 | THERANOS WAS FACING PUBLIC CRITICISM AND QUESTIONS ABOUT THE |
| 02:26PM | 11 | STATE OF ITS TECHNOLOGY? |
| 02:26PM | 12 | A.   YES. |
| 02:26PM | 13 | Q.   AND WAS THERE DEBATE ABOUT HOW TO -- HOW BEST TO RESPOND |
| 02:26PM | 14 | TO THOSE CRITICISMS IN THE BOARD OF DIRECTORS? |
| 02:26PM | 15 | A.   YES. |
| 02:26PM | 16 | Q.   DESCRIBE THE NATURE OF THE DEBATE AS YOU UNDERSTOOD IT. |
| 02:26PM | 17 | A.   THE NATURE -- A NUMBER OF DIRECTORS WERE CONVINCED THAT |
| 02:27PM | 18 | THE COMPANY SHOULD COUNTER THE ALLEGATIONS MADE IN THE PRESS |
| 02:27PM | 19 | WITH DISCLOSURES, PRESS RELEASES, AND WITH A GENERATION OF DATA |
| 02:27PM | 20 | SUPPORTING THE EFFECTIVENESS OF THE TECHNOLOGY BY REPUTABLE |
| 02:27PM | 21 | INSTITUTIONS LIKE THE CLEVELAND CLINIC AND UCSF AND SO FORTH. |
| 02:27PM | 22 | Q.   IS THAT A VIEW THAT YOU SHARED? |
| 02:27PM | 23 | A.   NO.  MY VIEW WAS THAT THE VALIDATION THAT MATTERED IN THIS |
| 02:27PM | 24 | WHOLE DISCUSSION WAS THAT OBTAINED BY FDA AND OTHER REGULATORY |
| 02:27PM | 25 | AGENCIES, AND THAT THE COMPANY SHOULD PURSUE -- WITH A VERY |

BONANNI DIRECT BY MS. TREFZ                                                7210

| 02:27PM | 1 | HIGH FOCUS ON THE PURSUIT OF CLEARANCE BY FDA AND BY THE |
| 02:27PM | 2 | EUROPEANS IN PARTICULAR. |
| 02:27PM | 3 | Q.   IS THAT THE APPROACH THAT THERANOS DECIDED TO FOLLOW? |
| 02:28PM | 4 | A.   YES. |
| 02:28PM | 5 | Q.   DID THERANOS END UP PUBLISHING ANY PEER REVIEWED ARTICLES? |
| 02:28PM | 6 | A.   YES, THEY DID. |
| 02:28PM | 7 | Q.   TOWARD THE END OF 2016, WERE THERE SOME CHANGES TO THE |
| 02:28PM | 8 | MAKEUP OF THE BOARD OF DIRECTORS? |
| 02:28PM | 9 | A.   YES. |
| 02:28PM | 10 | Q.   DID YOU UNDERSTAND THAT MR. BECHTEL STEPPED DOWN? |
| 02:28PM | 11 | A.   HE DID, YES. |
| 02:28PM | 12 | Q.   AND DID YOU HAVE AN UNDERSTANDING AS TO WHY, AT A HIGH |
| 02:28PM | 13 | LEVEL, HE STEPPED DOWN? |
| 02:28PM | 14 | MR. SCHENK:  OBJECTION.  RELEVANCE. |
| 02:28PM | 15 | THE COURT:  SUSTAINED. |
| 02:28PM | 16 | BY MS. TREFZ: |
| 02:28PM | 17 | Q.   DID YOU HAVE AN UNDERSTANDING OF WHETHER MR. BECHTEL |
| 02:28PM | 18 | REMAINED SUPPORTIVE OF THE COMPANY AND MS. HOLMES AFTER HIS |
| 02:28PM | 19 | DEPARTURE? |
| 02:28PM | 20 | MR. SCHENK:  OBJECTION.  RELEVANCE AND HEARSAY. |
| 02:28PM | 21 | THE COURT:  SUSTAINED. |
| 02:28PM | 22 | BY MS. TREFZ: |
| 02:28PM | 23 | Q.   DID YOU HAVE AN UNDERSTANDING AS TO WHY GENERAL MATTIS |
| 02:28PM | 24 | STEPPED DOWN AT THE END OF 2016? |
| 02:28PM | 25 | MR. SCHENK:  OBJECTION.  SAME. |

BONANNI DIRECT BY MS. TREFZ                                          7211

02:29PM   1        MS. TREFZ:  YOUR HONOR, I WOULD SAY IN THIS

02:29PM   2    PARTICULAR CIRCUMSTANCE WE HAVE HAD TESTIMONY ABOUT THIS.

02:29PM   3        THE COURT:  AND IF HE'S AWARE OF THE REASONS FOR

02:29PM   4    GENERAL MATTIS LEAVING?  IS THAT WHAT YOU'RE ASKING?

02:29PM   5        MS. TREFZ:  YEAH, DID HE HAVE AN UNDERSTANDING.

02:29PM   6        THE COURT:  OKAY.

02:29PM   7     DO YOU UNDERSTAND THAT QUESTION, SIR?

02:29PM   8        THE WITNESS:  I DO.

02:29PM   9        THE COURT:  YOU CAN ANSWER THAT.

02:29PM  10        THE WITNESS:  MY UNDERSTANDING WAS THAT IT WAS PART

02:29PM  11    OF HIS GETTING PREPARED FOR THE CONFIRMATION HEARINGS IN THE

02:29PM  12    SENATE, AND THAT PART OF THAT PREPARATION WAS TO DISENGAGE

02:29PM  13    HIMSELF FROM ACTIVITIES SUCH AS THE PRESENCE AS A DIRECTOR OF

02:29PM  14    THERANOS.

02:29PM  15    BY MS. TREFZ:

02:29PM  16    Q.   DID GENERAL MATTIS, OR LATER SECRETARY MATTIS, EVER TELL

02:29PM  17    YOU THAT HE LEFT OVER CONCERNS ABOUT INTEGRITY?

02:29PM  18    A.   NO.

02:29PM  19    Q.   DID HE EVER TELL YOU THAT HE WAS CONCERNED MS. HOLMES HAD

02:29PM  20    MISREPRESENTED TO HIM THE CAPABILITY OF THE TECHNOLOGY?

02:29PM  21    A.   NO.

02:29PM  22    Q.   DID HE EVER TELL YOU THAT HE WAS CONCERNED THAT MS. HOLMES

02:29PM  23    HAD MISREPRESENTED TO HIM WHAT TECHNOLOGY WAS IN THE CLINICAL

02:29PM  24    LABORATORY?

02:30PM  25    A.   NO.

BONANNI DIRECT BY MS. TREFZ                                            7212

02:30PM   1    Q.   DID ANY OF THE BOARD MEMBERS THAT PREDATED YOUR ARRIVAL

02:30PM   2    TELL YOU THAT THEY WERE CONCERNED THAT MS. HOLMES HAD

02:30PM   3    MISREPRESENTED TO THEM THE CAPABILITIES OF THERANOS'S

02:30PM   4    TECHNOLOGY?

02:30PM   5    A.   NO.

02:30PM   6    Q.   COMING INTO AND EARLY IN YOUR SERVICE ON THE BOARD, WHAT

02:30PM   7    DID YOU UNDER -- STRIKE THAT.

02:30PM   8         BEGINNING IN JUNE OF 2016 WHEN YOU JOINED THE BOARD OF

02:30PM   9    DIRECTORS AND THROUGHOUT AT LEAST THE FOLLOWING SIX MONTHS,

02:30PM   10   WERE EFFORTS MADE TO STRENGTHEN THE POLICIES, SYSTEMS, AND

02:30PM   11   PERSONNEL AT THERANOS?

02:30PM   12   A.   MAJOR EFFORTS, YES.

02:30PM   13   Q.   WAS MS. HOLMES SUPPORTIVE OF THOSE EFFORTS?

02:30PM   14   A.   YES, VERY MUCH.

02:30PM   15   Q.   DID SHE ENSURE THAT THESE EFFORTS COULD PROCEED WITHOUT

02:30PM   16   DELAY?

02:30PM   17   A.   DEFINITELY.

02:30PM   18   Q.   DID SHE COMMIT RESOURCES TO THOSE EFFORTS?

02:31PM   19   A.   YES.

02:31PM   20   Q.   I'D LIKE TO TALK ABOUT A FEW PARTICULAR CHANGES THAT WERE

02:31PM   21   MADE BETWEEN JUNE AND DECEMBER OF 2016.

02:31PM   22        ACTUALLY, BEGINNING A LITTLE BEFORE THAT, WERE YOU AWARE

02:31PM   23   WHEN YOU JOINED THE BOARD THAT JUST BEFORE YOU JOINED,

02:31PM   24   THERANOS, THE COMPANY, HAD CREATED A SCIENTIFIC AND MEDICAL

02:31PM   25   ADVISORY BOARD?

BONANNI DIRECT BY MS. TREFZ                                    7213

02:31PM   1     A.   YES.

02:31PM   2     Q.   AND DID YOU HAVE AN UNDERSTANDING OF WHO WAS ON THAT

02:31PM   3     BOARD?

02:31PM   4     A.   I DID.  PARTICULARLY I KNEW ONE PERSON, DR. SUE EVANS, SHE

02:31PM   5     HAD BEEN A COLLEAGUE OF MINE AT BAXTER WHERE SHE WAS IN CHARGE

02:31PM   6     OF R&D FOR DIAGNOSTICS AND HAD PLAYED A LEADERSHIP ROLE IN THE

02:31PM   7     PROFESSIONAL ASSOCIATION FOR CLINICAL CHEMISTRY.  AND OTHER

02:31PM   8     MEMBERS WERE SIMILAR, YOU KNOW, EXPERTS EITHER FROM ACADEMIA OR

02:31PM   9     INDUSTRY, IN THE BROAD AREAS OF CLINICAL CHEMISTRY.

02:31PM   10    Q.   AND DID YOU HAVE AN UNDERSTANDING OF THE -- AS A BOARD

02:31PM   11    MEMBER OF THE PURPOSE OF THE SCIENTIFIC AND MEDICAL ADVISORY

02:31PM   12    BOARD?

02:31PM   13    A.   TO SERVE AS A SOUNDING BOARD FOR THE INTERNAL DEVELOPMENT

02:32PM   14    OF THE TECHNOLOGIES INSIDE OF THERANOS, TO HELP IN THE

02:32PM   15    PREPARATION OF PEER REVIEWED ARTICLES, AND BE GENERAL, YOU

02:32PM   16    KNOW, SCIENTIFIC ADVISORS TO THE COMPANY.

02:32PM   17    Q.   AND DID YOU UNDERSTAND THAT THE MEMBERS OF THE SCIENTIFIC

02:32PM   18    AND MEDICAL ADVISORY BOARD WERE OUTSIDERS TO THERANOS?

02:32PM   19    A.   YES.

02:32PM   20    Q.   WAS DR. FOEGE ALSO INVOLVED IN THE SCIENTIFIC AND MEDICAL

02:32PM   21    ADVISORY BOARD?

02:32PM   22    A.   HE WAS, YES.

02:32PM   23    Q.   AND SO HE WAS --

02:32PM   24    A.   AND SO HE WAS AN INTERNAL PERSON I GUESS, YES.

02:32PM   25    Q.   OTHERWISE WERE THE PEOPLE ON THE BOARD OUTSIDERS FROM THE

BONANNI DIRECT BY MS. TREFZ                                          7214

02:32PM   1    COMPANY?

02:32PM   2    A.   YES.

02:32PM   3    Q.   AND WERE YOU AWARE THAT LATER IN 2016 THERANOS DEVELOPED A

02:32PM   4    TECHNICAL ADVISORY BOARD?

02:32PM   5    A.   YES.

02:32PM   6    Q.   AND WHAT IS YOUR UNDERSTANDING OF THE FOCUS OF THAT BOARD?

02:32PM   7    A.   THEY WERE MORE -- IT WAS MORE COMPOSED FROM EXPERTS IN

02:33PM   8    ENGINEERING AND BIOENGINEERING AND PEOPLE THAT WOULD BE

02:33PM   9    ADVISORS IN THE DEVELOPMENT OF THE ENGINEERING ELEMENTS OF THE

02:33PM  10    TECHNOLOGY ITSELF, NOT THE MEDICAL PART.

02:33PM  11    Q.   AND FOR THE MOST PART, WERE THE MEMBERS OF THE TECHNICAL

02:33PM  12    ADVISORY BOARD ALSO OUTSIDERS TO THERANOS?

02:33PM  13    A.   YES.

02:33PM  14    Q.   WAS DR. CHANNING ROBERTSON ALSO A MEMBER?

02:33PM  15    A.   HE WAS.

02:33PM  16    Q.   AND DID YOU UNDERSTAND WHETHER DR. ROBERTSON HAD A PRIOR

02:33PM  17    ASSOCIATION WITH THERANOS?

02:33PM  18    A.   I UNDERSTOOD HE HAD, YES, FROM THE VERY BEGINNING, YES.

02:33PM  19    Q.   WAS ONE MAJOR TASK YOU ADVISED ON INCREASING QUALITY AND

02:33PM  20    COMPLIANCE FUNCTIONS AT THERANOS?

02:33PM  21    A.   YES.

02:33PM  22    Q.   AND I WANT TO, I WANT TO EXPLORE EACH OF THOSE DIFFERENT

02:33PM  23    PIECES.

02:33PM  24         FIRST, CAN YOU DESCRIBE WHAT YOU MEAN BY COMPLIANCE

02:33PM  25    FUNCTION?

BONANNI DIRECT BY MS. TREFZ                                         7215

02:33PM   1    A.   SO IN GENERAL TERMS?

02:33PM   2    Q.   CORRECT.

02:33PM   3    A.   THAT WOULD LEAD ME TO THE CORPORATE COMPLIANCE PROGRAM.

02:34PM   4         THAT IS A COLLECTION OF PROCESSES AND PROCEDURES TO MAKE

02:34PM   5    SURE THAT EVERYBODY IN A COMPANY UNDERSTANDS THE EXPECTATIONS

02:34PM   6    AND THE REQUIREMENTS ON HOW TO COMPLY WITH LAWS AND REGULATIONS

02:34PM   7    THAT APPLY TO THAT COMPANY, TO THAT BUSINESS.

02:34PM   8         AND PEOPLE ARE TRAINED IN THOSE REQUIREMENTS; THAT THEY

02:34PM   9    ARE AUDITED; THAT THEY PERFORM AS INTENDED; AND THAT THERE ARE

02:34PM   10   CHANNELS OF COMMUNICATION BETWEEN STAFF AND MANAGEMENT ABOUT

02:34PM   11   OBSERVATIONS OF NONCONFORMANCE, NONCOMPLIANCE BEHAVIORS THAT

02:34PM   12   ARE AGAINST LAWS AND REGULATIONS, AND THAT THOSE REPORTS ARE

02:34PM   13   ACTED UPON BY AN APPROPRIATE MECHANISM OF INVESTIGATIONS AND SO

02:34PM   14   FORTH.

02:34PM   15        SO THAT'S THE BROADER ELEMENT OF COMPLIANCE THAT WE DID

02:34PM   16   START IN THE COMPANY DURING THAT SUMMER.

02:34PM   17   Q.   AND WHAT SUMMER WAS THAT?

02:34PM   18   A.   2016.

02:34PM   19   Q.   THANK YOU.

02:34PM   20        AND WITH RESPECT TO QUALITY FUNCTIONS OF THE COMPANY, WHAT

02:35PM   21   ARE THOSE AS FAR AS YOU UNDERSTAND?

02:35PM   22   A.   I REFER TO THE QUALITY MANAGEMENT SYSTEM, WHICH IS A

02:35PM   23   COLLECTION OF, AGAIN, PROCESSES AND PROCEDURES THAT ARE

02:35PM   24   DESIGNED TO MAKE SURE THAT THE OUTPUT OF THE COMPANY IS

02:35PM   25   RELIABLE, THAT THE DATA GENERATED HAVE INTEGRITY AND CAN BE

BONANNI DIRECT BY MS. TREFZ                                          7216

02:35PM   1    RELIED UPON.

02:35PM   2         I'LL GIVE YOU EXAMPLES.  THE SIMPLEST THING TO THINK ABOUT

02:35PM   3    IS EVERY INSTRUMENT THAT IS USED TO TAKE ANY MEASUREMENT SHOULD

02:35PM   4    BE CALIBRATED AGAINST RECOGNIZED STANDARDS, AND THAT THEN THOSE

02:35PM   5    DATA GENERATED SHOULD BE DOCUMENTED IN A CERTAIN FASHION; THAT

02:35PM   6    PEOPLE SHOULD BE TRAINED IN WHAT THEY DO, AND IF THEY'RE NOT

02:35PM   7    TRAINED, THEY SHOULD NOT BE ALLOWED TO PERFORM THOSE TASKS.

02:35PM   8         FOR DEVICES, THE REGULATION -- SO THIS AREA IS COVERED BY

02:35PM   9    SOMETHING CALLED QUALITY SYSTEM REGULATION IN THE U.S. THAT

02:35PM  10    COVERS ALSO ASPECTS OF DEVELOPMENT, NOT JUST MANUFACTURING.  SO

02:36PM  11    THERE ARE DESIGN CONTROLS ON HOW THE DEVICE SHOULD BE DESIGNED,

02:36PM  12    DEVELOPED, AND THE OUTPUT DOCUMENTED AND VERIFIED AND VALIDATED

02:36PM  13    AND SO FORTH.

02:36PM  14         SO THAT BODY -- THERE WERE ELEMENTS OF THAT SYSTEM IN

02:36PM  15    PLACE AT THERANOS AS I FIRST VISITED.  THEY NEEDED TO BE

02:36PM  16    STRENGTHENED AND MADE MORE COMPLETE.

02:36PM  17    Q.   AND DID YOU HAVE EXPERIENCE WITH THOSE TYPES OF FUNCTIONS

02:36PM  18    FROM YOUR PRIOR WORK AT AMGEN AND BAXTER?

02:36PM  19    A.   I DID.

02:36PM  20    Q.   AS PART OF YOUR EFFORTS TO STRENGTHEN THESE ASPECTS OF THE

02:36PM  21    COMPANY, DID THERANOS HIRE ADDITIONAL PERSONNEL?

02:36PM  22    A.   YES.  IMMEDIATELY THERANOS HIRED A HEAD OF QUALITY AND

02:36PM  23    REGULATORY AFFAIRS, AND ALSO A HEAD OF CORPORATE COMPLIANCE.

02:36PM  24         AND IN RECORD TIME I SHOULD ADD, BECAUSE BY MID-JULY, MID,

02:36PM  25    END JULY 2016 THEY WERE RECRUITED AND ON BOARD.

BONANNI DIRECT BY MS. TREFZ                                        7217

02:36PM  1    Q.   AND DID THERANOS ALSO HIRE OUTSIDE CONSULTANTS TO ASSIST

02:37PM  2    IN THOSE EFFORTS AS WELL?

02:37PM  3    A.   YES, IN TWO WAYS.  CONSULTANTS TO SERVE AS CONSULTANTS TO

02:37PM  4    THE COMPANY, BUT WE ADDED TWO PROFESSIONALS IN THOSE FIELDS TO

02:37PM  5    PUT INTO A COMMITTEE OF THE BOARD THAT WE CREATED TO COVER

02:37PM  6    QUALITY AND COMPLIANCE.

02:37PM  7    Q.   AND WAS -- DO YOU RECALL WHEN THAT QUALITY AND COMPLIANCE,

02:37PM  8    OR COMPLIANCE AND QUALITY COMMITTEE OF THE BOARD OF DIRECTORS

02:37PM  9    WAS ANNOUNCED?

02:37PM  10   A.   I DO NOT.

02:37PM  11   Q.   LET ME SEE IF I CAN JUST REFRESH YOUR RECOLLECTION.

02:37PM  12        CAN YOU TURN TO 7671 IN YOUR BINDER.  AND DON'T READ IT

02:37PM  13   OUTSIDE -- OR OUT LOUD.  I'M JUST TRYING TO REFRESH YOUR

02:37PM  14   RECOLLECTION.

02:37PM  15   A.   YES.  SO IT IS ON THE 20TH OF JULY.  IT'S THE SAME

02:37PM  16   ANNOUNCEMENT THAT ANNOUNCED THE JOINING OF MR. WURTZ AND

02:38PM  17   MR. GUGGENHEIM INTO THE COMPANY.

02:38PM  18        IT ALSO ANNOUNCED THE CREATION OF THE COMMITTEE, OF THE

02:38PM  19   BOARD, AND THAT WAS COMPOSED OF DR. FOEGE AND ME, WITH TWO

02:38PM  20   EXTERNAL EXPERTS TO HELP US.

02:38PM  21   Q.   AND YOU MENTIONED MR. WURTZ.  WHAT ROLE DID HE SERVE?

02:38PM  22   A.   HE JOINED IN AS SENIOR VICE PRESIDENT, QUALITY AND

02:38PM  23   REGULATORY.

02:38PM  24   Q.   AND WHAT ABOUT MR. GUGGENHEIM?

02:38PM  25   A.   AS CHIEF COMPLIANCE OFFICER.

BONANNI DIRECT BY MS. TREFZ                                          7218

02:38PM   1    Q.   WAS ONE OF THE STEPS -- I BELIEVE YOU ALLUDED TO THIS

02:38PM   2    EARLIER, BUT JUST TO IDENTIFY IT IN A LITTLE BIT MORE DETAIL,

02:38PM   3    WAS ONE OF THE STEPS YOU WERE INVOLVED IN HELPING TO CREATE A

02:38PM   4    ROBUST QUALITY MANAGEMENT PROGRAM AT THERANOS?

02:38PM   5    A.   YES.

02:38PM   6    Q.   AND DID THIS EFFORT TAKE AWHILE TO COMPLETE?

02:38PM   7    A.   IT DID.  IT IS A COMPLICATED THING TO PUT TOGETHER.  SO

02:38PM   8    THE HIGH LEVEL DOCUMENTATION CORPORATE QUALITY MANUAL WAS

02:39PM   9    CREATED RATHER RAPIDLY, WITHIN TWO OR THREE MONTHS, AND THEN IT

02:39PM   10   TOOK, YOU KNOW, THE REST OF A YEAR TO PUT TOGETHER ALL OF THE

02:39PM   11   POLICIES AND PROCEDURES, TRAIN PEOPLE INTO THEM, AND MAKE SURE

02:39PM   12   THAT THEY WERE USED IN PRACTICE IN DAILY OPERATIONS, YES.

02:39PM   13   Q.   AND WAS MS. HOLMES SUPPORTIVE OF THAT EFFORT?

02:39PM   14   A.   YES.

02:39PM   15   Q.   DID -- WERE YOU ALSO AWARE THAT UPON YOUR ARRIVAL AT

02:39PM   16   THERANOS, UPON THE TIME YOU JOINED THE BOARD AT THERANOS, WERE

02:39PM   17   YOU AWARE THAT NEW LAB DIRECTORS HAD BEEN HIRED WITHIN THE PAST

02:39PM   18   SIX MONTHS?

02:39PM   19   A.   YES.

02:39PM   20   Q.   AND WERE THERE OTHER EFFORTS TO HIRE MEMBERS OF THE

02:39PM   21   MANAGEMENT TEAM OUTSIDE OF THE COMPANY, IN PARTICULAR I WANT TO

02:39PM   22   FOCUS ON LATE -- FROM THE TIME THAT YOU JOINED THE BOARD TO THE

02:39PM   23   END OF 2016.

02:39PM   24   A.   YES, THERE WERE.  THE COMPANY ENDED UP HIRING A HEAD OF

02:39PM   25   OPERATIONS, MCCHESNEY; CHANGED THE GENERAL COUNSEL; AND WAS

BONANNI DIRECT BY MS. TREFZ                                    7219

02:40PM  1    SEARCHING FOR A CHIEF FINANCIAL OFFICER.  THAT DID NOT SUCCEED,

02:40PM  2    BUT INTERVIEWED A NUMBER OF CANDIDATES FOR THAT.

02:40PM  3    Q.  IN WORKING ON THESE EFFORTS, WERE YOU EVER DENIED ACCESS

02:40PM  4    TO INFORMATION THAT WAS IN THERANOS'S FILES?

02:40PM  5    A.  NO.

02:40PM  6    Q.  WERE YOU EVER DENIED THE OPPORTUNITY TO TALK TO SOMEONE

02:40PM  7    THAT YOU WANTED TO SPEAK WITH?

02:40PM  8    A.  NO.

02:40PM  9    Q.  AND WAS -- TO YOUR IMPRESSION, WAS MAKING THESE

02:40PM  10   IMPROVEMENT A FOCUS OF MS. HOLMES?

02:40PM  11   A.  IT WAS.

02:40PM  12   Q.  IN AUGUST OF 2016, DID MS. HOLMES PRESENT AT THE ACC

02:40PM  13   CONFERENCE?

02:40PM  14   A.  SHE DID.

02:40PM  15         MR. SCHENK:  OBJECTION.  RELEVANCE.

02:40PM  16         MS. TREFZ:  THE RELEVANCE IS INTENT AND STATE OF

02:40PM  17   BELIEF OF THE TECHNOLOGY.

02:40PM  18   IF I COULD ASK A COUPLE MORE QUESTIONS, IT MAY BECOME

02:41PM  19   CLEARER.

02:41PM  20         THE COURT:  ALL RIGHT.  OKAY.

02:41PM  21   BY MS. TREFZ:

02:41PM  22   Q.  DID YOU UNDERSTAND -- DID YOU HAVE AN UNDERSTANDING AS TO

02:41PM  23   THE PURPOSE OF PRESENTING AT THIS CONFERENCE?

02:41PM  24   A.  I DO.

02:41PM  25   Q.  WHAT IS YOUR UNDERSTANDING?

BONANNI DIRECT BY MS. TREFZ                                          7220

| | | |
|---|---|---|
| 02:41PM | 1 | A.   IT WAS TO OVERCOME THE CRITICISM OF LACK OF TRANSPARENCY |
| 02:41PM | 2 | THAT THERANOS HAD RECEIVED AT THAT TIME AND TO SHOW WHAT THE |
| 02:41PM | 3 | TECHNOLOGY WAS ALL ABOUT IN A SCIENTIFIC CONTEXT, AS THAT |
| 02:41PM | 4 | SCIENTIFIC MEETING WAS. |
| 02:41PM | 5 | Q.   AND IS YOUR UNDERSTANDING THAT PART OF THIS EFFORT WAS |
| 02:41PM | 6 | RELATED TO THAT DEBATE THAT YOU WERE DISCUSSING ON THE BOARD OF |
| 02:41PM | 7 | DIRECTORS -- THAT WAS OCCURRING ON THE BOARD OF DIRECTORS? |
| 02:41PM | 8 | A.   IN A WAY.  IN A WAY IT WAS, YES, YES. |
| 02:41PM | 9 | Q.   DID YOU ASSIST IN THE PREPARATION FOR THE AACC |
| 02:41PM | 10 | PRESENTATION? |
| 02:41PM | 11 | A.   I DID. |
| 02:42PM | 12 | Q.   AND DID YOU, DID YOU WATCH IT? |
| 02:42PM | 13 | A.   YES. |
| 02:42PM | 14 | Q.   DID YOU HAVE A VIEW ON HOW IT WAS RECEIVED? |
| 02:42PM | 15 |         MR. SCHENK:  OBJECTION.  RELEVANCE. |
| 02:42PM | 16 |         THE COURT:  SUSTAINED. |
| 02:42PM | 17 | BY MS. TREFZ: |
| 02:42PM | 18 | Q.   OVER YOUR TIME AS A BOARD MEMBER, DID YOU FORM AN |
| 02:42PM | 19 | IMPRESSION OF MS. HOLMES'S STRENGTHS AND WEAKNESSES AS A CEO? |
| 02:42PM | 20 | A.   I DID. |
| 02:42PM | 21 | Q.   AND WHAT WERE HER STRENGTHS? |
| 02:42PM | 22 | A.   HER VISION FOR THE COMPANY; HER TECHNOLOGY SAVVY AND |
| 02:42PM | 23 | MASTERING OF ALL ASPECTS THAT RELATED TO THE SYSTEM OF |
| 02:42PM | 24 | TECHNOLOGIES THAT HAD BEEN DEVELOPED; AMOUNT OF ENERGY, |
| 02:42PM | 25 | ENTHUSIASM, DRIVE THAT SHE HAD TO, TO, YOU KNOW, BRING THIS |

BONANNI DIRECT BY MS. TREFZ                                                  7221

| | | |
|---|---|---|
| 02:42PM | 1 | COMPLICATED THING FORWARD. |
| 02:42PM | 2 | I ADMIRED HER LACK OF DEFENSIVENESS AND HER WILLINGNESS TO |
| 02:43PM | 3 | LISTEN TO OTHER PEOPLE'S OPINIONS THAT I THOUGHT WAS |
| 02:43PM | 4 | REMARKABLE. |
| 02:43PM | 5 | Q.   CAN YOU EXPLAIN WHAT YOU MEAN BY THAT? |
| 02:43PM | 6 | A.   WHEN PEOPLE HAVE A STRONG SENSE OF OWNERSHIP OVER WHAT |
| 02:43PM | 7 | THEY'VE DONE AND YOU VENTURE OTHER OPINIONS AND CRITIQUES AND |
| 02:43PM | 8 | OTHER VIEWS, THEY TEND TO LISTEN AND THEN TO SAY, "YES, BUT" |
| 02:43PM | 9 | AND DEFEND THEIR PAST DOINGS. |
| 02:43PM | 10 | AND I NEVER HAD A "BUT" FROM ELIZABETH HOLMES.  SHE WAS |
| 02:43PM | 11 | DILIGENT IN LISTENING AND INTERNALIZING WHAT SHE RECEIVED AS |
| 02:43PM | 12 | ADVICE FROM A NUMBER OF PEOPLE, INCLUDING ME. |
| 02:43PM | 13 | Q.   SO WE TALKED ABOUT HER STRENGTHS. |
| 02:43PM | 14 | WHAT WERE HER WEAKNESSES, IN YOUR VIEW, AS A CEO? |
| 02:43PM | 15 | A.   PERHAPS THE AREA OF FOCUSSING; PERHAPS THE AREA OF BEING |
| 02:44PM | 16 | INCREDIBLY PERSEVERING IN ACHIEVING -- IN BRINGING ONE ELEMENT |
| 02:44PM | 17 | OF THE HUNDREDS OF ONES THAT WERE IN DEVELOPMENT, BRINGING ONE |
| 02:44PM | 18 | THROUGH THE GOAL AND THE TARGET OF REGULATORY APPROVAL, AND THE |
| 02:44PM | 19 | FACT THAT THERE WERE SO MANY DIFFERENT COMPLEX THINGS BEING |
| 02:44PM | 20 | WORKED ON THAT I THOUGHT COULD HAVE BEEN IMPROVED. |
| 02:44PM | 21 | Q.   DID YOU HAVE A VIEW ABOUT MS. HOLMES'S SKILLS IN TERMS OF |
| 02:44PM | 22 | OPERATIONAL MANAGEMENT? |
| 02:44PM | 23 | A.   WELL, THAT'S WHAT I'M REFERRING TO. |
| 02:44PM | 24 | AND WE BROUGHT IN PEOPLE THAT WOULD HELP IN CREATING THE |
| 02:44PM | 25 | STRUCTURES THAT ALLOW YOU TO MANAGE DIFFERENT PROGRAMS |

BONANNI DIRECT BY MS. TREFZ                                         7222

02:44PM  1    REQUIRING MULTIDISCIPLINARY EXPERTS TO BE INVOLVED, AND WE

02:44PM  2    BROUGHT IN PEOPLE FROM AMGEN THAT HAD LIVED THROUGH THAT KIND

02:45PM  3    OF PROBLEMATIC, SO --

02:45PM  4    Q.   AND BETWEEN JUNE AND DECEMBER OF 2016, WAS IT YOUR VIEW

02:45PM  5    THAT THERANOS -- DID YOU HAVE A VIEW AS TO WHETHER THERANOS

02:45PM  6    FACED HURDLES IN ITS FUTURE SUCCESS?

02:45PM  7              MR. SCHENK:  OBJECTION.  OPINION AND RELEVANCE.

02:45PM  8              THE COURT:  IF YOU WANT TO REPHRASE THIS AS TO HIS

02:45PM  9    TIME ON THE BOARD AND HIS SERVICE?  IS THAT WHAT YOU'RE --

02:45PM  10             MS. TREFZ:  THAT WAS THE TIME PERIOD THAT I WAS

02:45PM  11   REFERRING TO, YOUR HONOR.

02:45PM  12             THE COURT:  WHY DON'T YOU REPEAT THE QUESTION?

02:45PM  13   BY MS. TREFZ:

02:45PM  14   Q.   BASED ON YOUR EXPERIENCE ON THE BOARD BETWEEN JUNE AND

02:45PM  15   DECEMBER OF 2016, DID YOU HAVE A VIEW AT THAT TIME ABOUT THE

02:45PM  16   HURDLES THAT THERANOS FACED IN MOVING FORWARD AS A COMPANY?

02:45PM  17   A.   YES.

02:45PM  18   Q.   WHAT WAS YOUR VIEW?

02:46PM  19   A.   WELL, THERE WERE, THERE WERE TWO CATEGORIES FOR ME.  ONE

02:46PM  20   WAS THEY -- ENSURING THE FINANCING AND THE FINANCIAL WELL BEING

02:46PM  21   OF THE COMPANY GOING FORWARD; AND THE OTHER ONE WAS, AGAIN, THE

02:46PM  22   ACHIEVEMENT OF REGULATORY EXPERIENCE FOR THE TECHNOLOGY.

02:46PM  23   Q.   AND DID YOU HAVE THE -- DID YOU VIEW -- HAVE A VIEW AS TO

02:46PM  24   WHETHER THE COMPANY HAD A FOUNDATION TO OVERCOME THOSE HURDLES?

02:46PM  25   A.   IT DID.  YES, I DID.

BONANNI CROSS BY MR. SCHENK                                          7223

02:46PM  1    Q.   AND WHAT WAS THE FOUNDATION IN YOUR VIEW?

02:46PM  2    A.   WELL, THE FOUNDATION WAS THAT THERE WERE, YOU KNOW,

02:46PM  3    SPECIFIC ASSAYS BEING DEVELOPED AND THE COMPANY FOCUSSED IN ON

02:46PM  4    ONE SPECIFICALLY, THE ONE FOR ZIKA; AND THAT THE COMPANY HAD

02:46PM  5    THE LARGE PORTFOLIO OF PATENTS THAT HAD BEEN CREATED THAT WERE

02:46PM  6    VALUABLE; AND THAT, WITH THE DEMONSTRATION OF COMMERCIAL

02:46PM  7    ABILITY OF THE DEVICE, THE COMPANY WAS IN A GOOD POSITION TO

02:47PM  8    ATTRACT EITHER ADDITIONAL FUNDING OR PARTNERSHIPS WITH

02:47PM  9    INDUSTRIAL PARTNERS.

02:47PM  10   Q.   AND YOU JUST -- YOU WORKED AT THE COMPANY UNTIL ITS END;

02:47PM  11   IS THAT RIGHT?

02:47PM  12   A.   YES.

02:47PM  13   Q.   AND WOULD YOU HAVE WORKED AT THERANOS IF YOU DID NOT

02:47PM  14   BELIEVE THAT THE TECHNOLOGY WAS SOUND?

02:47PM  15           MR. SCHENK:  OBJECTION.  RELEVANCE.

02:47PM  16           THE COURT:  SUSTAINED.

02:47PM  17           MS. TREFZ:  ONE MOMENT, YOUR HONOR.

02:47PM  18        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

02:47PM  19           MS. TREFZ:  NO FURTHER QUESTIONS AT THIS TIME.

02:47PM  20           THE COURT:  CROSS-EXAMINATION?

02:48PM  21                      **CROSS-EXAMINATION**

02:48PM  22   BY MR. SCHENK:

02:48PM  23   Q.   GOOD AFTERNOON, DOCTOR.  MY NAME IS JEFF SCHENK.  IT'S

02:48PM  24   NICE TO MEET YOU.

02:48PM  25   A.   GOOD AFTERNOON.  IT'S NICE TO MEET YOU.

BONANNI CROSS BY MR. SCHENK                                                  7224

02:48PM   1     Q.   THERE'S A COUPLE OF TOPICS I'D LIKE TO COVER WITH YOU, BUT

02:48PM   2     THE FIRST IS I'D LIKE TO PICK UP ON A CONVERSATION THAT YOU

02:48PM   3     WERE HAVING WITH MS. TREFZ A MOMENT AGO.

02:48PM   4          SHE WAS ASKING YOU ABOUT THE OPINIONS OF CERTAIN BOARD

02:48PM   5     MEMBERS REGARDING INTEGRITY AND WHETHER THEY HAD DEPARTED THE

02:48PM   6     COMPANY OR THE BOARD BECAUSE OF INTEGRITY CONCERNS.

02:48PM   7          DO YOU RECALL THAT LINE OF QUESTIONING?

02:48PM   8     A.   I DO, I DO.

02:48PM   9     Q.   AND I JUST WANT TO BE VERY CLEAR.  WHAT YOU WERE

02:48PM  10     TESTIFYING WAS THAT GENERAL MATTIS NEVER TOLD YOU THAT HE HAD

02:48PM  11     THOSE CONCERNS; IS THAT RIGHT?

02:48PM  12     A.   YES.

02:48PM  13     Q.   YOU WERE NOT SAYING THAT GENERAL MATTIS DID NOT HAVE THOSE

02:48PM  14     CONCERNS?  YOU DON'T KNOW WHETHER HE HAD THOSE CONCERNS, HE

02:48PM  15     JUST DIDN'T EXPRESS THEM TO YOU; CORRECT?

02:48PM  16     A.   CORRECT.

02:48PM  17     Q.   OKAY.  I WANT TO BE VERY CLEAR ABOUT THAT.

02:49PM  18          YOU SPENT TIME ON THE BOARD BEGINNING IN 2016; IS THAT

02:49PM  19     RIGHT?

02:49PM  20     A.   YES.

02:49PM  21     Q.   AND THAT STAYED THROUGH YOUR, YOUR SERVICE -- YOUR SERVICE

02:49PM  22     REMAINED THROUGH 2018?

02:49PM  23     A.   YES.

02:49PM  24     Q.   SO YOU DID NOT COME HERE TO TESTIFY ABOUT EVENTS THAT

02:49PM  25     OCCURRED AT THERANOS FROM ITS FOUNDING IN 2003 UNTIL MAY OF

UNITED STATES COURT REPORTERS
**ER-10856**

BONANNI CROSS BY MR. SCHENK                                          7225

02:49PM   1      2016; IS THAT CORRECT?

02:49PM   2      A.   CORRECT.

02:49PM   3      Q.   YOU DON'T HAVE PERSONAL KNOWLEDGE OF THOSE EVENTS; IS THAT

02:49PM   4      CORRECT?

02:49PM   5      A.   NO.

02:49PM   6      Q.   YOU TESTIFIED ABOUT A DEVICE, THE MINILAB, TODAY; IS THAT

02:49PM   7      CORRECT?

02:49PM   8      A.   YES.

02:49PM   9      Q.   AND ALL OF YOUR TESTIMONY TODAY WAS ABOUT A DEVICE CALLED

02:49PM   10     A MINILAB; IS THAT RIGHT?

02:49PM   11     A.   YES.

02:49PM   12     Q.   AND WHICH VERSION OF THE MINILAB WAS THAT AGAIN?

02:49PM   13     A.   IT WAS, I THINK, 4.2.

02:49PM   14     Q.   OKAY.  THAT WAS NEVER USED TO TEST PATIENTS; IS THAT

02:49PM   15     CORRECT?

02:49PM   16     A.   COMMERCIALLY?  NO.

02:49PM   17     Q.   CORRECT.  IT WAS NOT FDA CLEARED; IS THAT RIGHT?

02:49PM   18     A.   NO, IT WAS NOT.

02:49PM   19     Q.   SO WHEN THERANOS -- YOU'RE AWARE THAT THERANOS WAS TESTING

02:50PM   20     PATIENTS' BLOOD IN ITS PARTNERSHIP WITH WALGREENS; RIGHT?

02:50PM   21     A.   YES.

02:50PM   22     Q.   YOU'RE AWARE THAT THAT HAPPENED EVEN BEFORE YOU ARRIVED;

02:50PM   23     RIGHT?

02:50PM   24     A.   YES.

02:50PM   25     Q.   THERANOS DIDN'T USE THE DEVICE THAT YOU TALKED ABOUT

BONANNI CROSS BY MR. SCHENK                                        7226

02:50PM  1    TODAY; CORRECT?

02:50PM  2    A.   NOT TO MY KNOWLEDGE.

02:50PM  3    Q.   CORRECT.  THE DEVICE THAT YOU TALKED ABOUT TODAY WAS NEVER

02:50PM  4    USED COMMERCIALLY TO TEST PATIENTS' BLOOD; CORRECT?

02:50PM  5    A.   CORRECT.

02:50PM  6    Q.   AND NO MEDICAL DECISIONS WERE BASED UPON RESULTS GENERATED

02:50PM  7    FROM THE DEVICE THAT YOU TESTIFIED ABOUT TODAY, THE 4.2?

02:50PM  8    A.   TO MY KNOWLEDGE, NO.

02:50PM  9    Q.   BECAUSE THAT WOULD HAVE BEEN INAPPROPRIATE.  IT WASN'T FDA

02:50PM 10    APPROVED?

02:50PM 11    A.   RIGHT.

02:50PM 12    Q.   CORRECT.  THERANOS DIDN'T HAVE A CLIA LAB WHEN YOU WERE

02:50PM 13    THERE; CORRECT?

02:50PM 14    A.   CAN YOU REPEAT THAT?

02:50PM 15    Q.   DO YOU KNOW WHAT A CLIA LAB IS?

02:50PM 16    A.   YES.

02:50PM 17    Q.   DID THERANOS OPERATE A CLIA LAB WHILE YOU WERE THERE?

02:50PM 18    A.   YES.

02:50PM 19    Q.   AND DID YOU TALK TO AN INDIVIDUAL NAMED DR. DAS ABOUT

02:50PM 20    THAT?

02:50PM 21    A.   I DID.

02:50PM 22    Q.   AND HIS ROLE WAS LAB DIRECTOR; CORRECT?

02:50PM 23    A.   YES.

02:50PM 24    Q.   AND DR. DAS MADE A DECISION TO VOID PATIENT TESTS, THE

02:50PM 25    RESULTS THAT THERANOS HAD PROVIDED TO PATIENTS IN THE PERIOD OF

BONANNI CROSS BY MR. SCHENK                                            7227

02:50PM   1    TIME WHEN IT WAS OPERATING THAT CLIA LAB; CORRECT?

02:51PM   2    A.   YES.

02:51PM   3    Q.   AND YOU THOUGHT THAT WAS THE CORRECT DECISION.  YOU DIDN'T

02:51PM   4    DISAGREE WITH DR. DAS ABOUT THAT?

02:51PM   5              MS. TREFZ:  OBJECTION.  FOUNDATION.

02:51PM   6              THE COURT:  WELL, HE TESTIFIED HE KNEW ABOUT THAT.

02:51PM   7    OVERRULED.

02:51PM   8         YOU CAN ANSWER, SIR.

02:51PM   9              THE WITNESS:  I DID NOT DISAGREE.

02:51PM  10    BY MR. SCHENK:

02:51PM  11    Q.   YOU THOUGHT IT WAS AN APPROPRIATE DECISION?

02:51PM  12    A.   THE DECISION WAS HIS TO MAKE.

02:51PM  13    Q.   DID YOU THINK IT WAS WRONG?

02:51PM  14    A.   NO.

02:51PM  15    Q.   AND THAT WAS BECAUSE THE TECHNOLOGY THAT THERANOS WAS

02:51PM  16    USING, NOT THE 4.2, BUT THE TECHNOLOGY THAT THERANOS WAS USING

02:51PM  17    WAS NOT CAPABLE OF ACCURATELY TESTING PATIENTS; CORRECT?

02:51PM  18              MS. TREFZ:  OBJECTION.  FOUNDATION.

02:51PM  19              THE COURT:  DO YOU WANT TO JUST LAY SOME FOUNDATION

02:51PM  20    AS TO --

02:51PM  21              MR. SCHENK:  SURE.

02:51PM  22              THE COURT:  -- THAT MACHINE THAT YOU'RE TALKING

02:51PM  23    ABOUT?

02:51PM  24    BY MR. SCHENK:

02:51PM  25    Q.   YOU TOLD ME THAT YOU DIDN'T DISAGREE WITH DR. DAS'S

BONANNI CROSS BY MR. SCHENK                                           7228

02:51PM   1    DECISION TO VOID TESTS; CORRECT?

02:51PM   2    A.   YES.

02:51PM   3    Q.   AND YOU TOLD ME THAT TESTS WERE CONDUCTED ON A DIFFERENT

02:52PM   4    DEVICE, NOT THE 4.2; CORRECT?

02:52PM   5    A.   YES.

02:52PM   6    Q.   AND YOU ALSO KNOW THAT THE REASON THAT THE TESTS WERE

02:52PM   7    VOIDED HAD TO DO WITH CONCERNS ABOUT WHETHER THOSE TESTS WERE

02:52PM   8    ACCURATE, WHETHER THEY WERE APPROPRIATE FOR PATIENTS AND

02:52PM   9    DOCTORS TO BE MAKING MEDICAL DECISIONS BASED UPON.

02:52PM   10       DO YOU ALSO KNOW THAT?

02:52PM   11   A.   YES.

02:52PM   12   Q.   SO THEN MY QUESTION IS, YOU AGREE WITH THE FACT THAT THE

02:52PM   13   OTHER DEVICE, NOT THE 4.2, BUT THE THERANOS DEVICE THAT WAS

02:52PM   14   USED TO TEST PATIENTS BEFORE YOU ARRIVED ON THE BOARD WAS NOT

02:52PM   15   SUITABLE FOR PATIENT TESTING, COULD NOT GENERATE ACCURATE

02:52PM   16   RESULTS.

02:52PM   17       WE BOTH AGREE ON THAT; CORRECT?

02:52PM   18   A.   NO.   THIS IS A GENERAL STATEMENT THAT YOU'RE MAKING THAT I

02:52PM   19   AM NOT COMFORTABLE AGREEING OR DISAGREEING WITH.

02:52PM   20   Q.   WHICH --

02:52PM   21   A.   RESULTS ARE VOIDED FOR SPECIFIC REASONS.   IT DOESN'T MEAN

02:52PM   22   THAT THE WHOLE THING IS WRONG.

02:52PM   23   Q.   DID THERANOS VOID EVERY SINGLE EDISON TEST, NOT SPECIFIC

02:52PM   24   REASONS ON IT, BUT IT VOIDED EVERY SINGLE ONE; RIGHT?

02:53PM   25   A.   I DON'T KNOW THAT.

UNITED STATES COURT REPORTERS

**ER-10860**

BONANNI CROSS BY MR. SCHENK                                    7229

| 02:53PM | 1 | Q. HOW LONG WERE YOU ON THE BOARD? |
|---|---|---|

02:53PM 1    Q.   HOW LONG WERE YOU ON THE BOARD?

02:53PM 2    A.   HOW LONG?

02:53PM 3    Q.   HOW LONG WAS YOUR BOARD SERVICE?

02:53PM 4    A.   TWO AND A HALF YEARS.

02:53PM 5    Q.   AND WHEN YOU JOINED THE BOARD, YOU TESTIFIED THAT YOU WERE

02:53PM 6    AWARE OF SOME REGULATORY, AND I THINK YOU ALSO SAID OPERATIONAL

02:53PM 7    CHALLENGES?

02:53PM 8    A.   YES.

02:53PM 9    Q.   AND WAS ONE OF THOSE CHALLENGES THAT THERANOS VOIDED ALL

02:53PM 10   OF ITS TESTS?  WERE YOU AWARE OF THAT FACT?

02:53PM 11   A.   I WAS NOT AWARE THAT THERANOS VOIDED ALL OF ITS TESTS.

02:53PM 12   Q.   EDISON TESTS.  YOU WERE NOT AWARE THAT THERANOS VOIDED ALL

02:53PM 13   OF ITS EDISON TESTS?

02:53PM 14   A.   NO, I WAS NOT.

02:53PM 15   Q.   DOES NOW KNOWING THAT FACT CHANGE SOME OF THE TESTIMONY

02:53PM 16   THAT YOU GAVE ON DIRECT?

02:53PM 17   A.   NO.

02:53PM 18   Q.   HELP ME UNDERSTAND THAT.  WHAT DO YOU STILL FEEL --

02:54PM 19   A.   I JOINED THE COMPANY TO INFLUENCE THE FUTURE OF THE

02:54PM 20   COMPANY.  I DID NOT -- WHAT YOU CALL THE EDISON DEVICE, I

02:54PM 21   REALLY HAVE NO KNOWLEDGE OF AN EDISON DEVICE.

02:54PM 22       ALL I WAS -- ALL I SAW WAS THE MINILAB AND THE EFFORTS

02:54PM 23   WERE TO COMMERCIALIZE THE MINILAB.

02:54PM 24       AND I HAVE SEEN IN THE NEWSPAPERS, ET CETERA, THE TERM

02:54PM 25   EDISON.  THAT IS NOT SOMETHING THAT I'M FAMILIAR WITH, AND I AM

BONANNI CROSS BY MR. SCHENK                                        7230

02:54PM  1    NOT COMFORTABLE TESTIFYING ABOUT IT ONE WAY OR THE OTHER.

02:54PM  2    Q.   AND YOU SPENT YOUR TIME FOCUSSING ON THE FUTURE WHEN YOU

02:54PM  3    WERE ON THE BOARD?

02:54PM  4    A.   YES.

02:54PM  5    Q.   YOU KNEW THERANOS HAD A LOT OF CHALLENGES, AND YOU WERE

02:54PM  6    TRYING TO GET THEM THROUGH THAT; IS THAT RIGHT?

02:54PM  7    A.   YES.

02:54PM  8    Q.   AND YOU SAID YOU WERE NEVER DENIED INFORMATION.  IF YOU

02:54PM  9    HAD A QUESTION OR WANTED TO SEE DOCUMENTS, MS. HOLMES, OR

02:54PM  10   SOMEONE ELSE AT THERANOS, NEVER SAID, YOU CAN'T SEE THIS

02:54PM  11   DOCTOR; CORRECT?

02:54PM  12   A.   CORRECT.

02:54PM  13   Q.   AND I GUESS WHAT I'M WONDERING IS, ISN'T IT A BIG FACT

02:55PM  14   THAT WAS HIDDEN FROM YOU THAT THEY VOIDED ALL OF THOSE EDISON

02:55PM  15   TESTS?  HOW DOESN'T THAT CHANGE YOUR VIEW NOW?

02:55PM  16        (PAUSE IN PROCEEDINGS.)

02:55PM  17           THE WITNESS:  I, I, I DON'T KNOW WHAT TO SAY.

02:55PM  18   BY MR. SCHENK:

02:55PM  19   Q.   LET'S MOVE ON THEN.

02:55PM  20        YOU ALSO -- HELP ME UNDERSTAND HOW MANY HOURS YOU WORKED.

02:55PM  21        YOUR ROLE ON THE BOARD WAS AS AN ADVISOR; IS THAT RIGHT?

02:55PM  22   A.   YES.

02:55PM  23   Q.   AND WAS THAT A FULL-TIME JOB?

02:55PM  24   A.   NO, NO.

02:55PM  25   Q.   HOW -- DO YOU HAVE AN ESTIMATE?  CAN YOU HELP ME SORT OF

7231
BONANNI CROSS BY MR. SCHENK

| | | |
|---|---|---|
| 02:55PM | 1 | FIGURE OUT HOW MUCH TIME YOU SPENT AT THERANOS OR WORKING ON |
| 02:55PM | 2 | THERANOS PROJECTS? |
| 02:55PM | 3 | A.   MAYBE A DAY A WEEK AT ONE POINT. |
| 02:55PM | 4 | Q.   EIGHT HOURS PER WEEK, SO ROUGHLY -- I DON'T KNOW, CAN YOU |
| 02:56PM | 5 | HELP ME FIGURE OUT WHAT YOU WOULD HAVE DONE A MONTH?  WHAT IS |
| 02:56PM | 6 | THAT, FOUR DAYS A MONTH? |
| 02:56PM | 7 | A.   MAYBE THREE OR FOUR DAYS A MONTH, YES. |
| 02:56PM | 8 | Q.   AND AS A RESULT, IT ONLY TOOK YOU, WHAT, ABOUT FOUR MONTHS |
| 02:56PM | 9 | TO FIGURE OUT THAT EVEN CURRENT DATA AT THERANOS, NOT 2013, |
| 02:56PM | 10 | 2010 TIME, BUT THE TIME YOU WERE THERE, 2016 DATA, YOU |
| 02:56PM | 11 | DISCOVERED THAT THERE WERE PROBLEMS WITH THAT DATA ALSO, |
| 02:56PM | 12 | CORRECT, JUST WORKING ONE DAY A WEEK? |
| 02:56PM | 13 | DO YOU REMEMBER THAT? |
| 02:56PM | 14 | A.   YES. |
| 02:56PM | 15 | Q.   AND YOU WARNED MS. HOLMES ABOUT THAT; RIGHT? |
| 02:56PM | 16 | A.   NO, NO.  YOU'RE REFERRING TO THE DATA THAT WAS GENERATED |
| 02:56PM | 17 | BY THE CLINICAL LABS. |
| 02:56PM | 18 | Q.   I'M REFERRING TO DATA WITH REGARD TO ZIKA. |
| 02:56PM | 19 | A.   I DID NOT HAVE TO DISCOVER ANYTHING ABOUT THE DATA ON THE |
| 02:57PM | 20 | ZIKA.  THE COMPANY ITSELF WAS TRYING TO DEVELOP A ZIKA ASSAY, |
| 02:57PM | 21 | AND OF THE FOUR ELEMENTS OF THE TECHNOLOGY, THREE WERE |
| 02:57PM | 22 | DEVELOPED FULLY AND IN A FALLIBLE VERSION. |
| 02:57PM | 23 | THE CASSETTE, THE CARTRIDGE, AND THE REAGENTS HAD |
| 02:57PM | 24 | DIFFICULTIES ACHIEVING THE RIGHT STATISTICS FOR THE THING AND |
| 02:57PM | 25 | THEY KEPT BEING DEVELOPED. |

**ER-10863**

BONANNI CROSS BY MR. SCHENK                                              7232

02:57PM  1        I DIDN'T HAVE TO POINT THAT OUT.  THAT WAS COMING OUT

02:57PM  2   THROUGH THE COMPANY.

02:57PM  3   Q.   YOU RAISED SOME CONCERNS ABOUT THERANOS'S ABILITY TO

02:57PM  4   GENERATE DATA THAT THE FDA WOULD ACCEPT; RIGHT?

02:57PM  5        DO YOU REMEMBER DOING THAT?

02:57PM  6   A.   YES, IN THE CONTEXT OF STRENGTHENING THE QUALITY

02:57PM  7   MANAGEMENT SYSTEM THAT WAS NECESSARY, YES.

02:57PM  8   Q.   AND YOU ADVISED MS. HOLMES OF THAT FACT?

02:57PM  9   A.   YES.

02:57PM  10  Q.   SO WHEN YOU TESTIFIED THAT YOU WERE FORWARD LOOKING, THE

02:57PM  11  CONCERNS THAT SORT OF PREDATED YOUR ARRIVAL WERE NOT SOMETHING

02:58PM  12  THAT YOU CONCERNED YOURSELF AS MUCH WITH, YOU DIDN'T HAVE TO,

02:58PM  13  THERE WERE ALREADY NEW CONCERNS THAT YOU HAD TO CONCERN

02:58PM  14  YOURSELF WITH; CORRECT?  THAT EVEN NEW PROJECTS WITH THIS NEW

02:58PM  15  SCIENTIFIC ADVISORY BOARD, WITH NEW EMPLOYEES, THERE WERE STILL

02:58PM  16  CHALLENGES WITH THE ZIKA DATA?

02:58PM  17  A.   YES.

02:58PM  18  Q.   FROM WHAT YOU LEARNED BEGINNING IN 2016 WHEN YOU JOINED

02:58PM  19  THE THERANOS BOARD, WOULD YOU HAVE TOLD ANY INVESTORS, ANY

02:58PM  20  PEOPLE INTERESTED IN GIVING MONEY TO THERANOS, THAT THERANOS

02:58PM  21  WAS PRESENTLY CAPABLE OF TESTING ABOUT 200 ASSAYS ON A THERANOS

02:58PM  22  DEVICE?  WOULD YOU HAVE MADE THAT STATEMENT?

02:58PM  23  A.   I WOULD NOT HAVE MADE THAT STATEMENT.

02:58PM  24  Q.   BECAUSE IT WOULD NOT HAVE BEEN ACCURATE EVEN IN 2016;

02:58PM  25  CORRECT?

BONANNI CROSS BY MR. SCHENK                                           7233

02:58PM  1    A.   CORRECT.

02:58PM  2    Q.   AND IN 2016, YOU WOULD NOT HAVE MADE A STATEMENT ABOUT A

02:59PM  3    DEVICE BEING DEPLOYED TO THE BATTLEFIELD IN AFGHANISTAN?  YOU

02:59PM  4    NEVER WOULD HAVE MADE THAT STATEMENT?

02:59PM  5    A.   NO.

02:59PM  6    Q.   MS. HOLMES HAD -- WERE YOU AWARE MS. HOLMES HAD MEETINGS

02:59PM  7    WITH VARIOUS INVESTORS BEFORE YOU ARRIVED?  I'M TALKING ABOUT

02:59PM  8    IN THE 2010 THROUGH 2013 OR '14 TIMEFRAME.

02:59PM  9    A.   YES.

02:59PM  10   Q.   YOU'RE AWARE THAT THAT HAPPENED; CORRECT?

02:59PM  11   A.   YES.

02:59PM  12   Q.   BUT YOU DON'T KNOW WHAT WAS SAID DURING THOSE MEETINGS?

02:59PM  13   A.   NO.

02:59PM  14   Q.   YOU DON'T KNOW WHAT SHE SAID TO GET ALAN EISENMAN TO

02:59PM  15   INVEST $100,000; CORRECT?

02:59PM  16   A.   I DON'T.

02:59PM  17   Q.   AND YOU DON'T KNOW WHAT SHE SAID TO GET CHRIS LUCAS TO

02:59PM  18   INVEST ABOUT $5.3 MILLION?

02:59PM  19   A.   NO.

02:59PM  20   Q.   YOU DON'T KNOW WHAT SHE SAID TO GET CRAIG HALL OR

02:59PM  21   BRYAN TOLBERT TO INVEST ABOUT $4.8 MILLION?

02:59PM  22   A.   I DON'T.

02:59PM  23   Q.   YOU DON'T KNOW WHAT MS. HOLMES SAID TO GET AN INVESTMENT

02:59PM  24   FIRM NAMED PFM TO INVEST ABOUT $38 MILLION; CORRECT?

02:59PM  25   A.   NO.

7234

BONANNI REDIRECT BY MS. TREFZ

03:00PM 1    Q.   YOU DON'T KNOW WHAT SHE SAID TO GET RDV TO INVEST ABOUT A

03:00PM 2    HUNDRED MILLION DOLLARS?

03:00PM 3    A.   NO.

03:00PM 4    Q.   YOU DON'T KNOW WHAT SHE SAID TO GET DAN MOSLEY TO INVEST

03:00PM 5    ABOUT $6 MILLION; CORRECT?

03:00PM 6    A.   NO.

03:00PM 7    Q.   THANK YOU.

03:00PM 8         NO FURTHER QUESTIONS.

03:00PM 9              MS. TREFZ:   JUST VERY BRIEFLY, YOUR HONOR.

03:00PM 10                    **REDIRECT EXAMINATION**

03:00PM 11   BY MS. TREFZ:

03:00PM 12   Q.   DR. BONANNI, JUST ON THE TOPIC OF VOIDED TESTS, I WANT TO

03:00PM 13   MAKE SURE THE RECORD IS CLEAR.

03:00PM 14        THE DECISION TO VOID THERANOS TESTS WAS MADE BEFORE YOU

03:00PM 15   ARRIVED AT THERANOS; CORRECT?

03:00PM 16   A.   YES.

03:00PM 17   Q.   AND DID YOU UNDERSTAND THAT WAS A DECISION MADE BY

03:00PM 18   DR. DAS?

03:00PM 19   A.   YES.

03:00PM 20   Q.   AND DID YOU -- WHY DID YOU DEFER TO DR. DAS ON THE REASONS

03:01PM 21   FOR THAT DECISION?

03:01PM 22   A.   IT'S THE RESPONSIBILITY OF THE MEDICAL DIRECTOR OF A

03:01PM 23   CLINICAL LAB TO VOID ASSAYS.  HE HAS THE AUTHORITY TO DO THAT.

03:01PM 24        IT WOULD CERTAINLY BE INAPPROPRIATE FOR A BOARD MEMBER OF

03:01PM 25   ALL THINGS TO HAVE SOMETHING TO SAY ABOUT THAT.

BONANNI REDIRECT BY MS. TREFZ                                     7235

| | | |
|---|---|---|
| 03:01PM | 1 | Q.   DID MS. HOLMES EVER TELL YOU THAT RESULTS WERE NOT VOIDED |
| 03:01PM | 2 | AT THERANOS? |
| 03:01PM | 3 |           MR. SCHENK:  OBJECTION.  CALLS FOR HEARSAY. |
| 03:01PM | 4 |           THE COURT:  SUSTAINED. |
| 03:01PM | 5 | BY MS. TREFZ: |
| 03:01PM | 6 | Q.   DID YOU EVER INVESTIGATE THE REASONS FOR THE TESTS BEING |
| 03:01PM | 7 | VOIDED BEFORE YOU GOT THERE? |
| 03:01PM | 8 | A.   I DID NOT. |
| 03:01PM | 9 |           MS. TREFZ:  JUST ONE MOMENT, YOUR HONOR. |
| 03:01PM | 10 |           THE COURT:  YES. |
| 03:01PM | 11 |      (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.) |
| 03:02PM | 12 | BY MS. TREFZ: |
| 03:02PM | 13 | Q.   DID YOU SPEAK WITH DAS REGARDING THE VOIDING OF THE TESTS? |
| 03:02PM | 14 | A.   NO. |
| 03:02PM | 15 | Q.   DID YOU EVER DO AN EXAMINATION OF THE EDISON DEVICE? |
| 03:02PM | 16 | A.   NO. |
| 03:02PM | 17 | Q.   DID YOU EVER RE-REVIEW THE RESULTS THAT -- AND DATA THAT |
| 03:02PM | 18 | DR. DAS HAD LOOKED AT? |
| 03:02PM | 19 | A.   NO. |
| 03:02PM | 20 | Q.   DID ANYONE EVER ASK YOU TO DO THAT? |
| 03:02PM | 21 | A.   NO. |
| 03:02PM | 22 |           MS. TREFZ:  NO FURTHER QUESTIONS, YOUR HONOR. |
| 03:02PM | 23 |           THE COURT:  MR. SCHENK? |
| 03:02PM | 24 |           MR. SCHENK:  NOTHING FURTHER. |
| 03:02PM | 25 |           THE COURT:  MAY THIS WITNESS BE EXCUSED? |

7236

| 03:02PM | 1 | MR. SCHENK:  YES, YOUR HONOR. |
| 03:02PM | 2 | MS. TREFZ:  YES, YOUR HONOR. |
| 03:02PM | 3 | THE COURT:  YOU'RE EXCUSED, SIR. |
| 03:02PM | 4 | THE WITNESS:  THANK YOU. |
| 03:03PM | 5 | THE COURT:  MR. DOWNEY? |
| 03:03PM | 6 | MR. DOWNEY:  YES, SIR. |
| 03:03PM | 7 | THE DEFENSE CALLS ELIZABETH HOLMES. |
| 03:03PM | 8 | THE COURT:  MS. HOLMES, IF YOU WOULD WALK OVER HERE |
| 03:03PM | 9 | AND GIVE MS. KRATZMANN JUST A MOMENT. |
| 03:03PM | 10 | IF YOU WOULD RAISE YOUR RIGHT HAND WHILE YOU FACE HER, SHE |
| 03:03PM | 11 | HAS A QUESTION. |
| 03:03PM | 12 | **(DEFENDANT'S WITNESS, ELIZABETH HOLMES, WAS SWORN.)** |
| 03:03PM | 13 | THE WITNESS:  YES. |
| 03:03PM | 14 | THE CLERK:  THANK YOU. |
| 03:03PM | 15 | THE COURT:  I'LL INVITE YOU TO HAVE A SEAT HERE. |
| 03:03PM | 16 | MAKE YOURSELF COMFORTABLE. |
| 03:03PM | 17 | THE WITNESS:  YES, THANK YOU. |
| 03:03PM | 18 | THE COURT:  YOU'RE WELCOME. |
| 03:03PM | 19 | FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU |
| 03:03PM | 20 | NEED.  THERE'S REFRESHMENTS THERE AS I THINK YOU'RE AWARE. |
| 03:03PM | 21 | FEEL FREE TO HELP YOURSELF. |
| 03:03PM | 22 | THE WITNESS:  OKAY.  THANK YOU. |
| 03:03PM | 23 | THE COURT:  WHEN YOU ARE COMFORTABLE, WOULD YOU |
| 03:03PM | 24 | PLEASE STATE YOUR NAME AND THEN SPELL IT, PLEASE. |
| 03:03PM | 25 | THE WITNESS:  YES.  MY NAME IS ELIZABETH HOLMES. |

| | | |
|---|---|---|
| 03:04PM | 1 | E-L-I-Z-A-B-E-T-H, H-O-L-M-E-S. |
| 03:04PM | 2 | THE COURT:  THANK YOU. |
| 03:04PM | 3 | MR. DOWNEY:  YOUR HONOR, MAY I APPROACH? |
| 03:04PM | 4 | THE COURT:  YES. |
| 03:04PM | 5 | **DIRECT EXAMINATION** |
| 03:04PM | 6 | BY MR. DOWNEY: |
| 03:04PM | 7 | Q.   (HANDING.) |
| 03:04PM | 8 | MS. HOLMES, WILL YOU CONFIRM FOR US THAT YOU ARE |
| 03:04PM | 9 | VACCINATED SO YOU MIGHT REMOVE YOUR MASK IF YOU PREFER? |
| 03:04PM | 10 | A.   I AM VACCINATED, YES. |
| 03:04PM | 11 | Q.   DID YOU FOUND THERANOS? |
| 03:04PM | 12 | A.   YES. |
| 03:04PM | 13 | Q.   HOW LONG DID YOU WORK THERE? |
| 03:04PM | 14 | A.   I WORKED THERE FROM 2004 TO 2018. |
| 03:04PM | 15 | Q.   WHILE YOU WERE THERE, DID YOU BELIEVE THAT THERANOS |
| 03:04PM | 16 | DEVELOPED TECHNOLOGY THAT WAS CAPABLE OF RUNNING ANY BLOOD |
| 03:05PM | 17 | TEST? |
| 03:05PM | 18 | A.   I DID. |
| 03:05PM | 19 | Q.   EXPLAIN THAT. |
| 03:05PM | 20 | A.   WE WORKED FOR YEARS WITH TEAMS OF SCIENTISTS AND ENGINEERS |
| 03:05PM | 21 | TO MINIATURIZE ALL OF THE TECHNOLOGIES IN A LABORATORY. |
| 03:05PM | 22 | THE CORE PART OF THAT WAS A FORMULA FOR BEING ABLE TO RUN |
| 03:05PM | 23 | TESTS ON SMALL SAMPLES AND RUN THAT FORMULA.  WE MINIATURIZED |
| 03:05PM | 24 | THE TOOLS IN A LAB, LIKE A CENTRIFUGE OR A MICROSCOPE, TO |
| 03:05PM | 25 | EXECUTE IT. |

HOLMES DIRECT BY MR. DOWNEY                                              7238

| | | |
|---|---|---|
| 03:05PM | 1 | BY 2009, 2010, WE HAD A BREAKTHROUGH IN WHICH WE FIGURED |
| 03:05PM | 2 | OUT HOW TO APPLY THE FORMULA NOT JUST TO ONE METHOD OF TESTS, |
| 03:05PM | 3 | BUT TO FOUR. |
| 03:05PM | 4 | AND ACROSS THOSE FOUR METHODS WE COULD RUN ANY TEST. |
| 03:05PM | 5 | Q.   AND IS IT THAT WORK THAT LED YOU TO CONCLUDE THAT THE |
| 03:05PM | 6 | COMPANY WAS CAPABLE OF PERFORMING ANY BLOOD TEST ESSENTIALLY? |
| 03:06PM | 7 | A.   YES. |
| 03:06PM | 8 | Q.   HOW MANY SMALL SAMPLE ASSAYS DID THERANOS DEVELOP AND |
| 03:06PM | 9 | VALIDATE IN ITS RESEARCH LABORATORY WHILE YOU WERE AT THE |
| 03:06PM | 10 | COMPANY? |
| 03:06PM | 11 | A.   OVER 300. |
| 03:06PM | 12 | Q.   HOW MANY SMALL -- AND DO YOU KNOW THAT THERE WAS A TIME |
| 03:06PM | 13 | THAT THERANOS OPERATED A CLINICAL LABORATORY OFFERING BLOOD |
| 03:06PM | 14 | TESTING SERVICES TO THE PUBLIC? |
| 03:06PM | 15 | A.   YES. |
| 03:06PM | 16 | Q.   HOW MANY SMALL SAMPLE ASSAYS DID THERANOS OFFER IN ITS |
| 03:06PM | 17 | CLINICAL LABORATORY? |
| 03:06PM | 18 | A.   OVER 70 OR SO. |
| 03:06PM | 19 | Q.   HOW MANY OF THOSE ASSAYS WERE OFFERED WHERE THE ANALYSIS |
| 03:06PM | 20 | WAS PERFORMED ON A MINIATURIZED THERANOS DEVICE? |
| 03:06PM | 21 | A.   TWELVE. |
| 03:06PM | 22 | Q.   WHEN YOU SPOKE PUBLICLY ABOUT THE CAPABILITIES OF |
| 03:06PM | 23 | THERANOS'S TECHNOLOGY, WERE YOU ALWAYS LIMITING YOUR COMMENTS |
| 03:06PM | 24 | TO WHAT WAS AVAILABLE IN THERANOS'S CLINICAL LAB? |
| 03:06PM | 25 | A.   NO. |

HOLMES DIRECT BY MR. DOWNEY

03:06PM  1    Q.   I'D LIKE TO TAKE A STEP BACK AND ASK YOU ABOUT YOUR

03:06PM  2    BACKGROUND.

03:06PM  3         WHEN WERE YOU BORN?

03:06PM  4    A.   I WAS BORN ON FEBRUARY 3RD, 1984.

03:06PM  5    Q.   WHERE WERE YOU BORN?

03:07PM  6    A.   IN WASHINGTON, DC.

03:07PM  7    Q.   DID YOU GROW UP THERE?

03:07PM  8    A.   I DID FOR A FEW YEARS.  I MOVED TO CALIFORNIA.  I MOVED

03:07PM  9    BACK TO DC AND THEN TO HOUSTON, TEXAS.

03:07PM  10   Q.   DID YOU GO TO HIGH SCHOOL IN HOUSTON?

03:07PM  11   A.   I DID.

03:07PM  12   Q.   DID YOU ATTEND COLLEGE?

03:07PM  13   A.   FIRST YEAR AND A HALF.

03:07PM  14   Q.   AND WHERE DID YOU ATTEND COLLEGE?

03:07PM  15   A.   I WENT TO STANFORD UNIVERSITY.

03:07PM  16   Q.   SO TELL US, IN YOUR FRESHMAN YEAR AT STANFORD, WHAT DID

03:07PM  17   YOU STUDY?

03:07PM  18   A.   I WAS STUDYING CHEMICAL ENGINEERING AND STARTING TO

03:07PM  19   EXPLORE ELECTRICAL ENGINEERING.

03:07PM  20   Q.   DURING YOUR FIRST YEAR AT STANFORD, DID YOU MEET A

03:07PM  21   PROFESSOR NAMED CHANNING ROBERTSON?

03:07PM  22   A.   I DID.

03:07PM  23   Q.   AND WHO WAS DR. ROBERTSON AT THAT TIME?

03:07PM  24   A.   I THINK HE WAS THE CHAIR OF THE CHEMICAL ENGINEERING

03:07PM  25   DEPARTMENT AT THAT TIME AND A CHEMICAL ENGINEERING PROFESSOR

HOLMES DIRECT BY MR. DOWNEY                                      7240

| | | |
|---|---|---|
| 03:07PM | 1 | WHO HAD BEEN INVOLVED IN A LOT OF COMPANIES IN THE LIFE SCIENCE |
| 03:07PM | 2 | SPACE. |
| 03:07PM | 3 | Q.   AND HOW DID YOU COME TO MEET DR. ROBERTSON? |
| 03:08PM | 4 | A.   WHEN I GOT TO STANFORD, I WENT THROUGH THE HANDBOOK OF |
| 03:08PM | 5 | PROFESSORS LOOKING FOR EVERY PROFESSOR WHO WAS INVOLVED IN BOTH |
| 03:08PM | 6 | HEALTH TECHNOLOGY, AS WELL AS TRADITIONAL TECHNOLOGY, AND THERE |
| 03:08PM | 7 | WAS ONLY THREE OR SO OF THEM, SO I SHOWED UP AT HIS OFFICE AND |
| 03:08PM | 8 | ASKED IF I COULD TAKE HIS CLASS. |
| 03:08PM | 9 | Q.   AND DID YOU TAKE HIS CLASS? |
| 03:08PM | 10 | A.   YES. |
| 03:08PM | 11 | Q.   OUTSIDE OF CLASS, DID PROFESSOR ROBERTSON ALSO HAVE A |
| 03:08PM | 12 | RESEARCH LABORATORY? |
| 03:08PM | 13 | A.   HE DID. |
| 03:08PM | 14 | Q.   DID YOU COME TO WORK IN THAT RESEARCH LABORATORY DURING |
| 03:08PM | 15 | YOUR FIRST YEAR AT STANFORD? |
| 03:08PM | 16 | A.   YES. |
| 03:08PM | 17 | Q.   WHO WORKED WITH YOU IN THAT RESEARCH LABORATORY? |
| 03:08PM | 18 | A.   SEVERAL OF DR. ROBERTSON'S STUDENTS.  I WORKED FOR |
| 03:08PM | 19 | DR. SHAUNAK ROY. |
| 03:08PM | 20 | Q.   AND WHAT KIND OF WORK DID YOU DO IN THAT RESEARCH |
| 03:08PM | 21 | LABORATORY DURING YOUR FRESHMAN YEAR AT STANFORD? |
| 03:08PM | 22 | A.   I WORKED ON WHAT IS CALLED MICROFLUIDICS. |
| 03:08PM | 23 | Q.   AND WHAT ARE MICROFLUIDICS? |
| 03:08PM | 24 | A.   IT'S THE HANDLING OF VERY SMALL VOLUMES OF FLUID, SO HOW |
| 03:08PM | 25 | THEY MOVE AND HOW TO PROCESS THEM. |

HOLMES DIRECT BY MR. DOWNEY                                          7241

03:09PM 1    Q.   AND AFTER YOUR FIRST YEAR AT STANFORD, DID YOU CONTINUE TO

03:09PM 2    WORK IN THE SUMMER DURING OR AROUND THE SUBJECTS OF

03:09PM 3    ENGINEERING?

03:09PM 4    A.   YES.

03:09PM 5    Q.   AND WHERE DID YOU WORK?

03:09PM 6    A.   I WORKED AT THE GENOME INSTITUTE IN SINGAPORE.

03:09PM 7    Q.   AND WHAT IS THE GENOME INSTITUTE?

03:09PM 8    A.   IT IS THE RESEARCH INSTITUTE THAT STUDIES THE HUMAN

03:09PM 9    GENOME, SO DNA, MEDICINES THAT CAN AFFECT IT, AND TESTS BASED

03:09PM 10   ON GENETICS.

03:09PM 11   Q.   AND WHAT DID YOU DO WHEN YOU WERE WORKING AT THE GENOME

03:09PM 12   INSTITUTE?

03:09PM 13   A.   I WAS A RESEARCHER WORKING ON WHAT IS CALLED A MICROARRAY,

03:09PM 14   WHICH IS A TEST SYSTEM FOR THE DETECTION OF THE SARS VIRUS.

03:09PM 15   Q.   CAN YOU REMIND US WHAT THE SARS VIRUS WAS?

03:09PM 16   A.   YES.  IT WAS A PRECURSOR TO COVID IN SOME WAYS.  IT WAS AN

03:09PM 17   INFLUENZA-LIKE VIRUS THAT WAS BREAKING OUT AT THAT TIME.

03:09PM 18   Q.   AND WHILE YOU WERE WORKING AT THE GENOME INSTITUTE, DID

03:09PM 19   YOU COME TO DEVELOP A MENTOR AT THE GENOME INSTITUTE AS WELL?

03:10PM 20   A.   I DID.

03:10PM 21   Q.   AND WHO WAS THAT?

03:10PM 22   A.   DR. EDISON LIU.

03:10PM 23   Q.   AND WHO WAS DR. EDISON LIU AS OF -- WHAT YEAR WAS THIS

03:10PM 24   APPROXIMATELY?

03:10PM 25   A.   THIS WAS 2003.

HOLMES DIRECT BY MR. DOWNEY                                      7242

03:10PM  1     Q.   AND WHO WAS DR. EDISON LIU AS OF 2003?

03:10PM  2     A.   HE WAS A RESEARCHER IN THE BREAST CANCER SPACE.  HE HAD

03:10PM  3     BEEN A LEADER AT THE NATIONAL CANCER INSTITUTE, AND HE HAD COME

03:10PM  4     TO SINGAPORE TO RUN THE GENOME INSTITUTE IN SINGAPORE.

03:10PM  5     Q.   NOW, IN YOUR TIME WORKING AT THE GENOME INSTITUTE, DID YOU

03:10PM  6     BEGIN TO, TO DEVELOP AN IDEA THAT LED YOU TO FILE A PATENT

03:10PM  7     APPLICATION?

03:10PM  8     A.   I DID.

03:10PM  9     Q.   AND IS THE INVENTION THAT WAS THE SUBJECT OF THAT PATENT

03:10PM  10    APPLICATION SOMETHING THAT ULTIMATELY FORMED PART OF THE BASIS

03:10PM  11    OF THE TECHNOLOGIES THAT WERE USED AT THERANOS?

03:10PM  12    A.   YES.

03:10PM  13    Q.   DID YOU WORK ON THAT PATENT APPLICATION WHILE YOU WERE AT

03:10PM  14    THE GENOME INSTITUTE OR AFTER YOU RETURNED?

03:10PM  15    A.   BOTH.

03:10PM  16    Q.   OKAY.  NOW, TELL US BEFORE -- I WANT TO ASK YOU ABOUT WHAT

03:11PM  17    IDEA IT IS THAT YOU HAD, BUT BEFORE I DO THAT, CAN YOU TELL US

03:11PM  18    WHAT WAS HAPPENING IN YOUR HEAD THAT GENERATED THE IDEA THAT

03:11PM  19    YOU MIGHT FILE A PATENT APPLICATION?

03:11PM  20    A.   I HAD BEEN WORKING AT STANFORD ON THE HANDLING OF SMALL

03:11PM  21    VOLUMES OF FLUID.  I HAD BEEN WORKING IN SINGAPORE ON THESE

03:11PM  22    MICROARRAY MACHINES, WHICH ARE BIG DIAGNOSTIC MACHINES, AND I

03:11PM  23    HAD ALSO HAD THE OPPORTUNITY TO DO SOME RESEARCH ON DRUG

03:11PM  24    DELIVERY TECHNOLOGIES.

03:11PM  25         AND I THOUGHT I COULD COMBINE THEM AND MINIATURIZE SOME OF

HOLMES DIRECT BY MR. DOWNEY                                          7243

03:11PM   1    THE TECHNOLOGY THAT I HAD SEEN IN THE LAB IN SINGAPORE.

03:11PM   2    Q.   AND DID YOU THINK OF A PARTICULAR INVENTION?

03:11PM   3    A.   I DID.

03:11PM   4    Q.   AND WHAT WAS THAT?

03:11PM   5    A.   I THOUGHT ABOUT MINIATURIZING THOSE TECHNOLOGIES TO THE

03:11PM   6    POINT THAT THEY COULD BE PUT IN A PILL THAT SOMEONE COULD

03:11PM   7    SWALLOW AND DO TESTING THROUGH THE PILL WHILE IT'S GOING

03:12PM   8    THROUGH YOUR BODY, OR IN A PATCH THAT SOMEONE COULD WEAR.

03:12PM   9    Q.   DID YOU DISCUSS THE IDEA THAT YOU WERE CONSIDERING WITH

03:12PM  10    ANYONE IN SINGAPORE?

03:12PM  11    A.   I DID.

03:12PM  12    Q.   AND WITH WHOM DID YOU DISCUSS IT?

03:12PM  13    A.   I DISCUSSED IT WITH DR. LIU.

03:12PM  14    Q.   AND TELL US ABOUT THAT CONVERSATION.

03:12PM  15    A.   DR. LIU WAS VERY ENCOURAGING.  HE WAS EXCITED ABOUT THE

03:12PM  16    IDEA.  HE THOUGHT IT WAS POSSIBLE AND ENCOURAGED ME TO PURSUE

03:12PM  17    IT.

03:12PM  18    Q.   AND AT THE TIME THAT YOU WERE FILING THIS PATENT

03:12PM  19    APPLICATION, WERE THERE ANY TECHNOLOGIES THAT EXISTED THAT

03:12PM  20    ALLOWED SOMEONE AT THE POINT OF THE BODY TO RECEIVE AN

03:12PM  21    IMMEDIATE DIAGNOSIS, OR A READING OF THEIR BLOOD OR OTHER

03:12PM  22    BODILY FLUID?

03:12PM  23    A.   NOT THAT I KNEW OF IN THE SAME WAY.  THERE WAS GLUCOSE

03:12PM  24    METERS THAT COULD DO GLUCOSE TESTING, OR CHOLESTEROL METERS

03:12PM  25    THAT COULD DO CHOLESTEROL TESTING.  THESE ARE MOSTLY

HOLMES DIRECT BY MR. DOWNEY                                          7244

03:12PM   1      TECHNOLOGIES FOR A SINGLE OR A FEW TESTS.  BUT THEY WEREN'T

03:13PM   2      INGESTIBLES OR WEARABLES.

03:13PM   3      Q.   WHEN YOU RETURNED FROM SINGAPORE, DID YOU WORK ON THAT

03:13PM   4      PATENT APPLICATION?

03:13PM   5      A.   I DID.

03:13PM   6      Q.   AND WHERE DID YOU DO THAT?

03:13PM   7      A.   AT MY PARENTS' HOME IN HOUSTON.

03:13PM   8      Q.   AND DID YOU ULTIMATELY FILE THAT PATENT APPLICATION?

03:13PM   9      A.   YES.

03:13PM   10     Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7051.

03:13PM   11          THAT SHOULD BE IN YOUR NOTEBOOK NEXT TO A TAB THAT SAYS

03:13PM   12     7051.

03:13PM   13     A.   OH.  OKAY.

03:13PM   14     Q.   AND JUST TAKE A MOMENT TO LOOK AT THAT.

03:13PM   15          AND CAN YOU TELL US, IS THIS THE PATENT APPLICATION THAT

03:13PM   16     YOU FILED IN SEPTEMBER OF 2003?

03:13PM   17     A.   YES.

03:13PM   18               MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:13PM   19     7051.

03:13PM   20               MR. LEACH:  NO OBJECTION.

03:13PM   21               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:13PM   22          (DEFENDANT'S EXHIBIT 7051 WAS RECEIVED IN EVIDENCE.)

03:13PM   23     BY MR. DOWNEY:

03:13PM   24     Q.   NOW, AT THE TIME THAT YOU -- LET'S GET THE DATE FOR WHEN

03:14PM   25     YOU FILED THIS APPLICATION.

HOLMES DIRECT BY MR. DOWNEY                                              7245

03:14PM  1        DID YOU FILE THIS IN SEPTEMBER OF 2003?

03:14PM  2   A.   I DID.

03:14PM  3   Q.   OKAY.  AND AT THE TIME THAT YOU FILED IT, DID YOU HAVE A

03:14PM  4   PROTOTYPE OF AN ACTUAL PILL OR PATCH THAT YOU WERE SEEKING A

03:14PM  5   PATENT ON?

03:14PM  6   A.   NO.

03:14PM  7   Q.   AND DID THE APPLICATION THAT YOU FILED DESCRIBE THE

03:14PM  8   INVENTION THAT REFLECTED THE IDEA THAT YOU HAD?

03:14PM  9   A.   YES.

03:14PM  10  Q.   LET ME ASK YOU TO LOOK AT PAGE 30 WITHIN EXHIBIT 7051.

03:14PM  11  AND WE CAN PUT THAT UP ON THE SCREEN.

03:14PM  12       I'D ASK YOU JUST TO EXPLAIN FROM THIS -- THIS IS A DIAGRAM

03:14PM  13  THAT WAS CONTAINED WITHIN YOUR PATENT APPLICATION?

03:14PM  14  A.   IT IS.

03:14PM  15  Q.   AND DOES THIS DIAGRAM REFLECT THE INVENTIONS THAT YOU WERE

03:15PM  16  FILING AN APPLICATION ON?

03:15PM  17  A.   YES.

03:15PM  18  Q.   AND TAKING -- USING THIS DIAGRAM, CAN YOU EXPLAIN THE IDEA

03:15PM  19  FOR THE INVENTION?

03:15PM  20  A.   YES.  AND IT SOUNDS LIKE I CAN'T POINT.  NO?  OKAY.

03:15PM  21           THE COURT:  I DON'T THINK IT'S WORKING.

03:15PM  22       IS THIS OPERATIONAL, MS. KRATZMANN?  THE TOUCH SCREEN?

03:15PM  23           THE CLERK:  NO, THAT FEATURE IS NOT WORKING,

03:15PM  24  YOUR HONOR.

03:15PM  25           MR. DOWNEY:  WELL, MAYBE I CAN ASK MR. BENNETT TO

HOLMES DIRECT BY MR. DOWNEY                                                  7246

03:15PM   1    HIGHLIGHT THE RELEVANT PORTIONS AS SHE DISCUSSES THEM.

03:15PM   2    Q.   SO WHERE ON THIS DIAGRAM SHOULD WE START TO UNDERSTAND THE

03:15PM   3    INVENTION?

03:15PM   4    A.   YEAH.  SO START AT THE TOP.

03:15PM   5         SO FIRST OF ALL, THIS IS A PILL.

03:15PM   6    Q.   IS THAT WITH THE CIRCULAR PART ON THE TOP?

03:15PM   7    A.   YES, IT'S THE CIRCULAR PART ON THE TOP.

03:15PM   8    Q.   LET ME JUST ASK MR. BENNETT TO HIGHLIGHT THAT SO WE --

03:15PM   9    A.   AND WHAT WE'RE LOOKING AT IS A PILL THAT COULD BE

03:15PM   10   SWALLOWED WHERE FLUID COULD FLOW IN AND OUT OF THE PILL AS IT

03:15PM   11   GOES THROUGH THE BODY.

03:16PM   12        SO THE IDEA WAS THOSE LITTLE HOLES THAT ARE CALLED

03:16PM   13   MEMBRANES WOULD ALLOW FLUID TO MOVE IN, RUN OVER THOSE BEADS,

03:16PM   14   WHICH ARE SENSORS, TO REACT --

03:16PM   15   Q.   ARE THE BEADS THE BLACK DOTS UNDERNEATH?

03:16PM   16   A.   EXACTLY.

03:16PM   17   Q.   I INTERRUPTED YOU.  I'M SORRY.

03:16PM   18        WHAT ARE THE SENSORS?

03:16PM   19   A.   THE BEADS THEMSELVES ARE SENSORS.  SO THERE'S CHEMISTRY

03:16PM   20   THERE THAT WOULD INTERACT WITH THE SAMPLE, AND THE SAMPLE WOULD

03:16PM   21   FLOW OUT THE OTHER SIDE.

03:16PM   22        WHEN THE CHEMISTRY INTERACTED WITH THE SAMPLE, IT WOULD

03:16PM   23   RUN A TEST.

03:16PM   24        AND THE SIGNAL, OR THE DATA FROM THAT TEST WOULD BE

03:16PM   25   TRANSFERRED WIRELESSLY TO SOME TYPE OF HANDHELD DEVICE WHERE

HOLMES DIRECT BY MR. DOWNEY                                    7247

03:16PM  1    PROCESSING OF THAT DATA WOULD BE DONE, AND THEN INFORMATION

03:16PM  2    WOULD BE TRANSFERRED BACK TO THE PILL WHICH HAD DRUGS LOADED

03:16PM  3    INTO THOSE LITTLE RESERVOIRS OR CHANNELS.

03:17PM  4    Q.   ARE THEY THE FLAT LINES IN THE -- NEXT TO NUMBER 10 AND

03:17PM  5    11?

03:17PM  6    A.   EXACTLY, YES.

03:17PM  7         AND THE IDEA WAS THAT THE DRUG COULD BE RELEASED BASED ON

03:17PM  8    WHAT IS MEASURED IN THE BODY.

03:17PM  9         SO, FOR EXAMPLE, IF YOU WERE SICK WITH AN INFECTION, THE

03:17PM  10   PILL COULD PICK IT UP AND DELIVER A MEDICATION, LIKE AN

03:17PM  11   ANTIBIOTIC, IN REALTIME.

03:17PM  12   Q.   AND DID YOU GET THIS APPLICATION FOR A PATENT ON FILE

03:17PM  13   BEFORE YOU RETURNED TO YOUR SOPHOMORE YEAR AT STANFORD?

03:17PM  14   A.   I DID.

03:17PM  15   Q.   WHEN YOU RETURNED TO STANFORD, DID YOU DISCUSS WITH

03:17PM  16   PROFESSOR ROBERTSON THE IDEA OF THE PATENT AND THE PATENT

03:17PM  17   APPLICATION THAT YOU FILED?

03:17PM  18   A.   YES.

03:17PM  19   Q.   AND WHAT WAS HIS REACTION?

03:17PM  20   A.   I THINK HE WAS A BIT SKEPTICAL AT FIRST.  I GAVE HIM A

03:17PM  21   COPY OF THE PROVISIONAL APPLICATION.  HE READ IT.  HE SAID IT

03:17PM  22   WAS SOMETHING THAT HAD NOT BEEN DONE BEFORE, AND HE ENCOURAGED

03:18PM  23   ME TO CONTINUE MY RESEARCH.

03:18PM  24   Q.   DURING YOUR SOPHOMORE YEAR, DID YOU CONTINUE TO WORK IN

03:18PM  25   DR. ROBERTSON'S RESEARCH LABORATORY?

HOLMES DIRECT BY MR. DOWNEY

03:18PM  1    A.   I DID.

03:18PM  2    Q.   AND DID YOU CONTINUE TO WORK ON MICROFLUIDICS?

03:18PM  3    A.   YES.

03:18PM  4    Q.   AND DID YOU ALSO BEGIN TO DO INDEPENDENT RESEARCH AT

03:18PM  5    STANFORD IN THE AREAS OF MICROFLUIDICS AND NANO FABRICATION?

03:18PM  6    A.   I DID.

03:18PM  7    Q.   AND TELL US WHAT NANO FABRICATION IS.

03:18PM  8    A.   IT'S LITERALLY THE FABRICATION OR THE MAKING OF NANO SCALE

03:18PM  9    TECHNOLOGY, SO VERY SMALL TECHNOLOGIES, OFTEN CHIPS, LIKE

03:18PM  10   SILICON CHIPS, THAT CAN BE BUILT IN A FAB.

03:18PM  11   Q.   AND WERE BOTH OF THOSE DISCIPLINES RELEVANT TO THE

03:18PM  12   INVENTION ON WHICH YOU FILED A PATENT APPLICATION?

03:18PM  13   A.   YES.

03:18PM  14   Q.   HOW MUCH TIME DID YOU SPEND WORKING IN -- BETWEEN THE

03:18PM  15   INDEPENDENT RESEARCH AND YOUR WORK IN DR. ROBERTSON'S RESEARCH

03:18PM  16   LABORATORY, HOW MUCH TIME DID YOU SPEND ON THAT RELATIVE TO

03:19PM  17   YOUR CLASS WORK?

03:19PM  18   A.   I SPENT ALMOST ALL OF MY TIME ON THAT.

03:19PM  19   Q.   OKAY.  DID THAT ULTIMATELY CAUSE YOU -- IS THAT ONE OF THE

03:19PM  20   REASONS THAT YOU DECIDED TO LEAVE STANFORD UNIVERSITY?

03:19PM  21   A.   THAT'S ONE OF THE REASONS, YES.

03:19PM  22   Q.   WHEN DID YOU ACTUALLY END UP LEAVING STANFORD AS A

03:19PM  23   STUDENT?

03:19PM  24   A.   I LEFT IN MARCH OF 2004.

03:19PM  25   Q.   DID YOU HAVE ANY CONVERSATIONS WITH PROFESSOR ROBERTSON

HOLMES DIRECT BY MR. DOWNEY                                               7249

03:19PM   1    ABOUT YOUR DECISION TO LEAVE?

03:19PM   2    A.   I DID.

03:19PM   3    Q.   AND TELL US ABOUT THAT CONVERSATION.

03:19PM   4    A.   I TOLD HIM I WANTED TO TAKE A LEAVE OF ABSENCE.  HE

03:19PM   5    EXPRESSED SOME CONCERN ABOUT ME NOT FINISHING COLLEGE, BUT I

03:19PM   6    WAS ALWAYS ABLE TO GO BACK.

03:19PM   7         AND HE ULTIMATELY WAS SUPPORTIVE AND SAID HE WOULD HELP ME

03:20PM   8    BUILD.

03:20PM   9    Q.   AND WHEN YOU HAD THE PATENT APPLICATION ON FILE, WAS THE

03:20PM  10    NEXT STEP TO TRY TO BUILD A PROTOTYPE OF THE INVENTION?

03:20PM  11    A.   YES.

03:20PM  12    Q.   IS THAT WHAT YOU BEGAN TO DO AFTER YOU LEFT STANFORD?

03:20PM  13    A.   YES.

03:20PM  14    Q.   AND TELL US ABOUT HOW YOU DID THAT.  DID YOU START THE

03:20PM  15    COMPANY, OR DID YOU DO IT ON YOUR OWN AT FIRST?

03:20PM  16    A.   I WAS DOING IT ON MY OWN.  I DID THEN START A COMPANY AND

03:20PM  17    TRIED TO RAISE THE MONEY TO GET A LAB AND TO BE ABLE TO HIRE

03:20PM  18    SCIENTISTS TO WORK WITH TO BUILD.

03:20PM  19    Q.   OKAY.  AND TELL US ABOUT JUST THE FIRST FEW MONTHS OF THAT

03:20PM  20    COMPANY'S -- FIRST OF ALL, WHAT WAS THAT COMPANY CALLED?

03:20PM  21    A.   I CALLED IT REAL-TIME CURES.

03:20PM  22    Q.   OKAY.  AND THEN LATER HOW DID IT COME TO BE CALLED

03:20PM  23    THERANOS?

03:20PM  24    A.   CHANGED THE NAME TO THERANOS.

03:20PM  25    Q.   OKAY.  AND WHEN WAS THAT?

HOLMES DIRECT BY MR. DOWNEY                                                7250

03:20PM   1    A.   IN 2005, I THINK.

03:20PM   2    Q.   OKAY.  SO LET'S TALK ABOUT THE EARLY PART OF THE COMPANY

03:20PM   3    WHEN IT WAS STILL REAL-TIME CURES.  WHAT -- OTHER THAN BUILDING

03:21PM   4    THE TEAM AND TRYING TO FIND SPACE FOR A LAB, WHAT ELSE WERE YOU

03:21PM   5    DOING WITH RESPECT TO THE PRODUCT OR THE INVENTION?

03:21PM   6    A.   WE, WE WERE PROTOTYPING.  SO WE WERE TRYING TO BUILD THE

03:21PM   7    COMPONENTS OF THE TECHNOLOGY IN THIS LITTLE LAB THAT WE

03:21PM   8    ULTIMATELY GOT SET UP.

03:21PM   9    Q.   YOU MENTIONED YOU WERE TRYING TO HIRE EMPLOYEES.  WERE YOU

03:21PM   10   ULTIMATELY ABLE TO HIRE SOME EMPLOYEES TO WORK WITH YOU ON IT?

03:21PM   11   A.   YES.

03:21PM   12   Q.   AND WHO WERE THEY?

03:21PM   13   A.   I HAD THE OPPORTUNITY TO HIRE SOME OF THE PEOPLE THAT I

03:21PM   14   WAS WORKING FOR AND WITH AT STANFORD, TWO OF DR. ROBERTSON'S

03:21PM   15   STUDENTS AND TWO PEOPLE THAT I HAD MET IN THE FAB, THE

03:21PM   16   FABRICATION FACILITY, WHO HAD WORKED AT I.B.M. FOR A LONG TIME.

03:21PM   17   Q.   AND DID DR. ROBERTSON HAVE ANY ROLE WITH REGARD TO THE NEW

03:21PM   18   COMPANY, REAL-TIME CURES?

03:21PM   19   A.   HE DID.

03:21PM   20   Q.   AND WHAT ROLE DID HE HAVE?

03:21PM   21   A.   HE BECAME OUR FIRST BOARD MEMBER.

03:22PM   22   Q.   NOW, DID THERE COME A TIME WHEN YOU -- I BELIEVE YOU SAID

03:22PM   23   YOU HAD FILED A PATENT APPLICATION IN 2003; IS THAT RIGHT?

03:22PM   24   A.   I DID.

03:22PM   25   Q.   AND WAS THAT AN APPLICATION FOR A FINAL PATENT OR WAS IT

HOLMES DIRECT BY MR. DOWNEY                                          7251

03:22PM  1     WHAT IS KNOWN AS A PROVISIONAL PATENT APPLICATION?

03:22PM  2     A.   IT WAS A PROVISIONAL PATENT.

03:22PM  3     Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS?

03:22PM  4     A.   IT'S THE VERY FIRST STEP IN THE PATENT PROCESS WHERE YOU

03:22PM  5     PUT YOUR IDEA ON FILE TO MARK THE DATE OF THE INVENTION.

03:22PM  6     Q.   OKAY.  DID YOU ULTIMATELY -- WERE YOU ULTIMATELY

03:22PM  7     SUCCESSFUL IN OBTAINING A PATENT ON THE APPLICATION THAT YOU

03:22PM  8     FILED IN 2003 BEFORE YOUR SOPHOMORE YEAR AT STANFORD?

03:22PM  9     A.   YES.

03:22PM  10    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 9501.

03:22PM  11    A.   OKAY.

03:22PM  12    Q.   CAN YOU TELL US WHAT THIS IS?

03:23PM  13    A.   THIS IS THE ACTUAL PATENT THAT WAS ISSUED ON THAT IDEA.

03:23PM  14          MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 9501.

03:23PM  15          MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:23PM  16          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:23PM  17     (DEFENDANT'S EXHIBIT 9501 WAS RECEIVED IN EVIDENCE.)

03:23PM  18    BY MR. DOWNEY:

03:23PM  19    Q.   I'D LIKE TO JUST HIGHLIGHT THE FIRST PAGE OF THIS PATENT.

03:23PM  20         WHEN WAS THIS GRANTED?

03:23PM  21    A.   IT WAS GRANTED ON NOVEMBER 6TH OF 2007.

03:23PM  22    Q.   OKAY.  AND DO YOU SEE ON THE LEFT-HAND SIDE THERE'S AN

03:23PM  23    ITEM, INVENTORS, AND THEN THERE'S YOUR NAME AND SOME OTHERS?

03:23PM  24    A.   YES.

03:23PM  25    Q.   AND WHY ARE THE OTHERS LISTED AS INVENTORS ON THE PATENT?

HOLMES DIRECT BY MR. DOWNEY                                          7252

03:23PM   1     A.   BECAUSE THEY CAME UP WITH SOME OF THE KEY IDEAS IN

03:23PM   2     DEVELOPING THE PROTOTYPE.

03:23PM   3     Q.   NOW, YOU WERE ULTIMATELY ABLE TO BUILD A PROTOTYPE?

03:23PM   4     A.   YES.

03:23PM   5     Q.   AND WHEN DID THAT HAPPEN?

03:24PM   6     A.   STARTING IN 2004 AND OVER THE COURSE OF THE YEAR.

03:24PM   7     Q.   ABOUT A YEAR AFTER YOU FILED THE APPLICATION?

03:24PM   8     A.   YES.

03:24PM   9     Q.   AND ONCE YOU HAD A PROTOTYPE, DID YOU BEGIN TO START TO

03:24PM   10    THINK ABOUT HOW YOU MIGHT TURN THIS INVENTION INTO SOME KIND OF

03:24PM   11    A PRODUCT THAT MIGHT BE USED BY SOMEONE WHO MIGHT PAY YOU MONEY

03:24PM   12    FOR IT?

03:24PM   13    A.   YES.

03:24PM   14    Q.   TELL US ABOUT THAT PROCESS.

03:24PM   15    A.   I KNEW A PROFESSOR AT STANFORD WHO HAD AN ENTREPRENEURSHIP

03:24PM   16    CLASS AND HE SAID I COULD WORK WITH HIS CLASS ON A PROJECT TO

03:24PM   17    COME UP WITH A BUSINESS PLAN, AND I DID THAT.

03:24PM   18    Q.   AND WERE YOU ULTIMATELY ABLE TO COME UP WITH A BUSINESS

03:24PM   19    PLAN FOR THE INVENTION?

03:24PM   20    A.   YES.

03:24PM   21    Q.   AND TELL US ABOUT THAT BUSINESS PLAN.

03:24PM   22    A.   THE BUSINESS PLAN FOCUSSED ON INTRODUCING OUR TECHNOLOGY

03:24PM   23    TO PHARMACEUTICAL COMPANIES FOR USE IN CLINICAL TRIALS WHERE WE

03:24PM   24    COULD DEVELOP A LIBRARY OF TESTS AND TRY TO HELP PHARMA

03:25PM   25    COMPANIES GET DRUGS TO MARKET FASTER.

HOLMES DIRECT BY MR. DOWNEY                                             7253

03:25PM   1    Q.  WE'VE HEARD SOME TESTIMONY IN THE CASE ABOUT CLINICAL

03:25PM   2    TRIALS AND PHARMACEUTICAL COMPANIES.

03:25PM   3        IS THIS PERIOD OF 2004 REALLY THE FIRST TIME THAT YOU

03:25PM   4    STARTED WORKING ON A PRODUCT THAT COULD BE USED BY

03:25PM   5    PHARMACEUTICAL COMPANIES?

03:25PM   6    A.  YES.

03:25PM   7    Q.  NOW, WITH THE BUSINESS PLAN IN MIND, DID YOU GO ABOUT

03:25PM   8    TRYING TO INTEREST PHARMACEUTICAL COMPANIES?

03:25PM   9    A.  I DID, YES.

03:25PM  10    Q.  AND TELL US ABOUT THAT.

03:25PM  11    A.  I MET WITH EVERYONE I COULD WHO KNEW SOMEONE WHO WORKED IN

03:25PM  12    PHARMA OR WAS IN PHARMA TO TRY TO UNDERSTAND WHAT THEY DID AND

03:25PM  13    WHAT THEY WOULD BE INTERESTED IN.

03:25PM  14    Q.  OKAY.  LET ME SHOW YOU EXHIBIT 15015.

03:25PM  15    A.  OKAY.

03:25PM  16    Q.  TAKE A MOMENT TO REVIEW THAT.

03:26PM  17    A.  OKAY.

03:26PM  18    Q.  WHO IS -- DO YOU KNOW WHO THE RECIPIENT OF THIS EMAIL IS,

03:26PM  19    TOW CHONG?

03:26PM  20    A.  I DO GENERALLY, YES.

03:26PM  21    Q.  AND WHO IS HE?

03:26PM  22    A.  I BELIEVE HE EITHER LED OR WAS ONE OF THE LEADERS AT A

03:26PM  23    RESEARCH INSTITUTE IN SINGAPORE.

03:26PM  24    Q.  AND WHO -- AND YOU SENT HIM THIS EMAIL IN CONNECTION WITH

03:26PM  25    YOUR EFFORTS TO OBTAIN PHARMACEUTICAL BUSINESS?

HOLMES DIRECT BY MR. DOWNEY

03:26PM 1    A.   I THINK THIS IS AN EMAIL FROM DR. LIU TO HIM TO FACILITATE

03:26PM 2    AN INTRODUCTION SO I COULD TALK TO HIM ABOUT THAT AND BUILDING

03:26PM 3    OUR PRODUCT.

03:26PM 4    Q.   OKAY.

03:26PM 5        YOUR HONOR, I MOVE THE ADMISSION OF 15015.

03:26PM 6        MR. LEACH:  NO OBJECTION.

03:26PM 7        THE COURT:  IT'S ADMITTED.

03:26PM 8    (DEFENDANT'S EXHIBIT 15015 WAS RECEIVED IN EVIDENCE.)

03:26PM 9    BY MR. DOWNEY:

03:26PM 10   Q.   IF WE CAN JUST SHOW THE FIRST PARAGRAPH OF 15015.

03:27PM 11       SO AS YOU SAID HERE, DR. LIU IS WRITING TO TOW CHONG --

03:27PM 12   AND JUST AS A REMINDER, DR. LIU WAS THE MENTOR THAT YOU HAD

03:27PM 13   DEVELOPED WHILE YOU WERE IN SINGAPORE?

03:27PM 14   A.   YES.

03:27PM 15   Q.   AND IS WHAT IS REFLECTED IN THIS EMAIL AN EXAMPLE OF YOU

03:27PM 16   REACHING OUT TO EVERYONE YOU KNEW TO SEE IF YOU COULD FIND A

03:27PM 17   WAY TO GET SOME ENTRE TO PHARMACEUTICAL COMPANIES?

03:27PM 18   A.   YES.

03:27PM 19   Q.   AND HOW MUCH WORK DID YOU DO DOING THAT KIND OF EFFORT?

03:27PM 20   A.   I STARTED WORKING ALL OF THE TIME.  I WAS, I WAS TALKING

03:27PM 21   TO MY FAMILY, TALKING TO THEIR FRIENDS, TALKING TO PEOPLE I HAD

03:27PM 22   KNOWN AT STANFORD, TRYING TO MEET PEOPLE WHO COULD HELP ME

03:27PM 23   BUILD THIS.

03:27PM 24   Q.   NOW, IN THE FIRST YEAR OR SO OF THE COMPANY, HOW DID YOU

03:27PM 25   GO ABOUT FINANCING WORK ON THE TECHNOLOGY, YOUR EMPLOYEES, AN

HOLMES DIRECT BY MR. DOWNEY                                        7255

03:28PM  1    OFFICE AND SO FORTH?  HOW DID YOU DO THAT?

03:28PM  2    A.   I STARTED WITH TALKING TO MY PARENTS, AND THEY LET ME TAKE

03:28PM  3    THE MONEY THAT THEY HAD SAVED FOR ME TO BE ABLE TO GO TO

03:28PM  4    COLLEGE TO WORK ON MY PATENT.

03:28PM  5        AND THEN I WENT TO TRY TO RAISE OR BORROW MONEY.

03:28PM  6    Q.   OKAY.  AND WERE YOU ABLE TO BORROW MONEY?

03:28PM  7    A.   I WAS.

03:28PM  8    Q.   OKAY.  AND WERE YOU ABLE TO RAISE ENOUGH MONEY THROUGH

03:28PM  9    THOSE KIND OF STEPS TO KEEP THE COMPANY GOING?

03:28PM  10   A.   YES.

03:28PM  11   Q.   I'D LIKE TO ASK YOU ABOUT ONCE YOU HAD A PROTOTYPE AND

03:28PM  12   TRYING TO DEVELOP IT INTO A PRODUCT.  DID YOU STRUCTURE THE

03:28PM  13   COMPANY TO TRY TO BUILD AN ACTUAL PRODUCT OUT OF THE, OUT OF

03:28PM  14   THE PROTOTYPE THAT YOU HAD?

03:28PM  15   A.   YES.

03:28PM  16   Q.   HOW DID YOU STRUCTURE THE COMPANY TO TRY TO DO THAT?

03:28PM  17   A.   I STRUCTURED IT AROUND THREE CORE AREAS:  THE FIRST WAS

03:29PM  18   CHEMISTRY OR THE ASSAYS; THE SECOND WAS HARDWARE; AND THE THIRD

03:29PM  19   WAS SOFTWARE.

03:29PM  20   Q.   AND CAN YOU JUST REMIND US, WHEN YOU SAY CHEMISTRY OR

03:29PM  21   ASSAYS, ARE THEY SYNONYMS IN YOUR MIND?

03:29PM  22   A.   THEY ARE, YES.

03:29PM  23   Q.   OKAY.  EXPLAIN WHY THAT IS AND WHAT THAT IS FOR THE

03:29PM  24   BENEFIT OF THE JURY, WHO HAS HEARD ABOUT IT BEFORE, BUT JUST

03:29PM  25   EXPLAIN THAT, PLEASE.

7256
HOLMES DIRECT BY MR. DOWNEY

03:29PM  1    A.   YES.  THE ASSAYS ARE WHAT WE HAVE BEEN TALKING ABOUT AS

03:29PM  2    TESTS.  ASSAYS IS THE TECHNICAL WORD THAT WE WOULD USE IN OUR

03:29PM  3    LAB TO DESCRIBE THE TESTS.

03:29PM  4         THE CHEMISTRY IS WHAT THE ASSAY ACTUALLY IS.  SO IT'S

03:29PM  5    CHEMICALS THAT MAKE UP THE TESTS.  SO I SOMETIMES SAY CHEMISTRY

03:29PM  6    OR ASSAY OR TEST.

03:29PM  7    Q.   NOW, YOU MENTIONED THAT YOU BROKE THE TEAMS INTO A GROUP

03:29PM  8    WORKING ON THE ASSAYS; RIGHT?

03:29PM  9    A.   YES.

03:29PM  10   Q.   AND A GROUP WORKING ON THE HARDWARE; CORRECT?

03:29PM  11   A.   YES.

03:29PM  12   Q.   AND A GROUP WORKING ON THE SOFTWARE; CORRECT?

03:30PM  13   A.   YES.

03:30PM  14   Q.   NOW, AT SOME POINT DID THE -- YOUR IDEA AS TO WHAT THE

03:30PM  15   HARDWARE SHOULD BE CHANGE?

03:30PM  16   A.   YES.

03:30PM  17   Q.   AND I THINK YOU SAID THAT, IN CONNECTION WITH THE ORIGINAL

03:30PM  18   PATENT APPLICATION, THAT YOU HAD BEEN THINKING ABOUT A PILL

03:30PM  19   THAT WOULD BE SWALLOWED.

03:30PM  20   A.   I WAS.

03:30PM  21   Q.   TELL US HOW THE IDEAS ABOUT THE HARDWARE EVOLVED AND WHY

03:30PM  22   THEY EVOLVED?

03:30PM  23   A.   THE IDEA STARTED WITH THE PILL WITH THE IDEA THAT SOMEONE

03:30PM  24   COULD LITERALLY SWALLOW A TECHNOLOGY LIKE THAT AND NOT HAVE TO

03:30PM  25   TAKE ANY OTHER ACTIONS AND A TEST COULD BE DONE AND A DRUG

HOLMES DIRECT BY MR. DOWNEY                                        7257

03:30PM  1    COULD BE DELIVERED.

03:30PM  2         THAT SAME TECHNOLOGY IDEA EXPANDED TO A PATCH THAT COULD

03:30PM  3    BE WORN AND BLOOD COULD BE MEASURED AND DELIVERED.

03:30PM  4         AS I STARTED TALKING TO PEOPLE ABOUT WHAT COULD BE USEFUL

03:30PM  5    FOR A PHARMACEUTICAL CLINICAL TRIAL, I LEARNED THAT PEOPLE WERE

03:30PM  6    INTERESTED IN A BENCHTOP OR A TABLETOP DEVICE, AND WE MOVED TO

03:31PM  7    TRYING TO BUILD THAT.

03:31PM  8    Q.   OKAY.  AND WERE YOU SUCCESSFUL IN BUILDING THAT?

03:31PM  9    A.   YES.

03:31PM  10   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15026.

03:31PM  11   A.   OKAY.

03:31PM  12   Q.   AND IS THIS A PROTOTYPE OF THE DEVICE THAT YOU JUST

03:31PM  13   DESCRIBED?

03:31PM  14   A.   YES.

03:31PM  15        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:31PM  16   15026.

03:31PM  17        MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:31PM  18        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:31PM  19   (DEFENDANT'S EXHIBIT 15026 WAS RECEIVED IN EVIDENCE.)

03:31PM  20   BY MR. DOWNEY:

03:31PM  21   Q.   AND CAN YOU, IN BRIEF TERMS, JUST EXPLAIN THIS TECHNOLOGY

03:31PM  22   AND HOW THE VARIOUS COMPONENTS OF WHAT YOU HAVE BEEN

03:31PM  23   MENTIONING, THAT IS, THE SOFTWARE AND THE HARDWARE AND THE

03:31PM  24   ASSAYS, WERE DESIGNED TO WORK ON THIS TECHNOLOGY?

03:31PM  25   A.   YES.

HOLMES DIRECT BY MR. DOWNEY                                        7258

03:31PM   1            MR. LEACH:  YOUR HONOR, I DON'T MEAN TO INTERRUPT.

03:31PM   2   THE IMAGE OF MY 15026 IS DIFFERENT FROM WHAT IS BEING DISPLAYED

03:32PM   3   ON THE SCREEN.

03:32PM   4            MR. DOWNEY:  OH, I BEG YOUR PARDON.

03:32PM   5       (DISCUSSION AMONGST COUNSEL OFF THE RECORD.)

03:32PM   6            MR. DOWNEY:  HAS THAT BEEN CORRECTED?

03:32PM   7            MR. LEACH:  I NOW HAVE A DIFFERENT COPY, YOUR HONOR.

03:32PM   8   THANK YOU.

03:32PM   9            MR. DOWNEY:  YES.  SO I MOVE THAT IN.

03:32PM   10           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:32PM   11       (DEFENDANT'S EXHIBIT 15026 WAS RECEIVED IN EVIDENCE.)

03:32PM   12           THE WITNESS:  WOULD YOU MIND REPEATING THE QUESTION

03:32PM   13   JUST SO I CAN --

03:32PM   14   BY MR. DOWNEY:

03:32PM   15   Q.   THE QUESTION WAS, CAN YOU EXPLAIN HOW THE HARDWARE AND THE

03:32PM   16   SOFTWARE AND THE ASSAYS WERE DESIGNED TO WORK IN CONNECTION

03:32PM   17   WITH THIS PROTOTYPE?  EXPLAIN HOW EACH PIECE WORKS.

03:33PM   18   A.   I CAN.

03:33PM   19       SO WHAT WE DID, IT WAS MOVED FROM SOMETHING LIKE A PATCH

03:33PM   20   WHERE YOU COULD MONITOR AND RUN A CHEMISTRY AND DETECT

03:33PM   21   SOMETHING ALL IN ONE DESIGN TO A NEW IDEA, WHICH IS YOU WOULD

03:33PM   22   HAVE A DISPOSABLE THAT COULD CONTAIN THE CHEMISTRIES THAT YOU

03:33PM   23   MIGHT RUN AND A DEVICE THAT COULD READ THAT DISPOSABLE.

03:33PM   24       THIS IS THE INSIDE OF ONE OF THOSE EARLY DEVICES THAT

03:33PM   25   WOULD RECEIVE WHAT WE CALLED A CARTRIDGE, THE PIECE OF PLASTIC

HOLMES DIRECT BY MR. DOWNEY                                    7259

03:33PM   1    THAT HOLDS THE CHEMISTRY.

03:33PM   2        YOU SEE HERE ARE THESE LITTLE WHITE PUMPS AND VALVES ON

03:33PM   3    TOP --

03:33PM   4    Q.   LET ME JUST SLOW YOU DOWN THERE.

03:33PM   5        ARE THOSE WHERE THE ARROW IS RIGHT NOW IN THE DISPLAY?

03:33PM   6    A.   THOSE ARE THE VALVES, YEAH, EXACTLY.

03:33PM   7        AND RIGHT ABOVE IT, THE ROUND CIRCULAR TECHNOLOGY IS A

03:33PM   8    PUMP.

03:34PM   9        AND A CARTRIDGE COULD BE INTRODUCED TO THIS DEVICE.

03:34PM   10       THAT PUMP AND THOSE VALVES WOULD ACTIVATE THE CARTRIDGE

03:34PM   11   AND FLUID WOULD START TO MOVE THROUGH THE CARTRIDGE TO RUN A

03:34PM   12   CHEMISTRY.

03:34PM   13       YOU CAN SEE THE ELECTRONICS OR THE BOARD ON THE RIGHT SIDE

03:34PM   14   THAT WOULD CONTROL THAT PROCESS, ANALYZE DATA, AND TRANSMIT IT

03:34PM   15   WIRELESSLY.

03:34PM   16   Q.   OKAY.  NOW, WE TALKED ABOUT PHARMACEUTICAL COMPANIES AND

03:34PM   17   YOUR EFFORTS THERE, AND WE TALKED ABOUT BUILDING THIS

03:34PM   18   PROTOTYPE.

03:34PM   19       DID YOU ULTIMATELY DEVELOP THIS INTO AN ACTUAL PRODUCT?

03:34PM   20   A.   YES.

03:34PM   21   Q.   AND TO BUILD THAT PRODUCT, DID YOU GO OUT AND TRY TO RAISE

03:34PM   22   SOME ADDITIONAL MONEY TO TRY TO FINANCE THAT RESEARCH AND THE

03:34PM   23   EMPLOYEES AND THE OFFICE AND ALL OF THE THINGS THAT IT TAKES TO

03:34PM   24   RUN A BUSINESS?

03:34PM   25   A.   I DID.

HOLMES DIRECT BY MR. DOWNEY                                              7260

03:34PM  1    Q.   AND WAS THAT SERIES OF FUND RAISING CALLED A SERIES B FUND

03:35PM  2    RAISING OF THERANOS?

03:35PM  3    A.   YES.

03:35PM  4    Q.   AND WE TALKED EARLIER ABOUT THE MONEY THAT YOU RAISED AT

03:35PM  5    THE OUTSET THROUGH LOANS AND SO FORTH AND FROM EARLY

03:35PM  6    INVESTMENTS INTO THE COMPANY.

03:35PM  7         WAS THAT THE SERIES A?

03:35PM  8    A.   YES.

03:35PM  9    Q.   OKAY.  SO WITHIN THE SERIES B, DID YOU BEGIN TO TRY TO

03:35PM  10   TALK TO VENTURE CAPITALISTS ABOUT FINANCING THE COMPANY?

03:35PM  11   A.   I DID.

03:35PM  12   Q.   AND WAS DON LUCAS, SENIOR ONE OF THOSE INDIVIDUALS?

03:35PM  13   A.   YES.

03:35PM  14   Q.   WHO WAS DON LUCAS?  TELL US ABOUT HIM AS OF 2005 WHEN YOU

03:35PM  15   MET HIM.

03:35PM  16   A.   DON LUCAS WAS ONE OF THE EARLY VENTURE CAPITALISTS IN

03:35PM  17   SILICON VALLEY.  HE HAD HELPED BUILD A NUMBER OF TECHNOLOGY

03:35PM  18   COMPANIES LIKE ORACLE AND NATIONAL SEMICONDUCTOR, ADOBE, AND I

03:35PM  19   KNEW HIM AS SOMEONE WHO FOCUSSED ON BUILDING GREAT COMPANIES

03:36PM  20   FOR THE LONG-TERM.

03:36PM  21   Q.   AND HOW DID YOU COME TO MEET HIM?

03:36PM  22   A.   I WAS INTRODUCED TO HIM BY SOMEONE WHO HAD GONE TO COLLEGE

03:36PM  23   WITH MY DAD.

03:36PM  24   Q.   AND DID YOU HAVE A PITCH MEETING WITH HIM?

03:36PM  25   A.   I HAD AN INTRODUCTORY MEETING WITH HIM, YES.

HOLMES DIRECT BY MR. DOWNEY                                         7261

03:36PM  1    Q.   OKAY.  AND WHAT WAS HIS REACTION TO YOUR DESCRIPTION OF

03:36PM  2    THE BUSINESS YOU WERE TRYING TO BUILD?

03:36PM  3    A.   HE HAD A LOT OF QUESTIONS.  HE BEGAN A VERY COMPREHENSIVE

03:36PM  4    DILIGENCE PROCESS.

03:36PM  5    Q.   AND WHAT DID THAT DILIGENCE PROCESS CONSIST OF?

03:36PM  6    A.   IT CONSISTED OF GIVING HIM A LOT OF INFORMATION ABOUT OUR

03:36PM  7    PATENTS.  HE HIRED A LAW FIRM TO REVIEW OUR PATENTS.  HE ASKED

03:36PM  8    US TO GET AN AUDIT OF OUR FINANCIALS.  HE WANTED COPIES OF

03:36PM  9    CONTRACTS AND OTHER INFORMATION ABOUT THE BUSINESS.  HE WANTED

03:36PM  10   TO SPEAK TO PEOPLE THAT WE WERE TALKING TO AND INTERACTING

03:36PM  11   WITH.

03:36PM  12   Q.   I WANT TO SHOW YOU EXHIBIT 12027.

03:37PM  13        AND MY QUESTION IN THE FIRST INSTANCE IS JUST WHETHER THIS

03:37PM  14   IS AN EMAIL EXCHANGE BETWEEN YOU AND MR. LUCAS AND OTHERS

03:37PM  15   DURING THE DUE DILIGENCE PROCESS ASSOCIATED WITH HIS INVESTING

03:37PM  16   IN THERANOS?

03:37PM  17   A.   YES.

03:37PM  18        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:37PM  19   12027.

03:37PM  20        MR. LEACH:  401, YOUR HONOR.

03:37PM  21        THE COURT:  INCLUDING ALL OF THE PAGES, MR. DOWNEY?

03:37PM  22        MR. DOWNEY:  WELL, I WAS JUST GOING TO SHOW ONE OF

03:37PM  23   THE PAGES.  I'M HAPPY TO EXPLAIN THE RELEVANCE, BUT NOT OUT

03:37PM  24   LOUD.

03:37PM  25        THE COURT:  SURE.  I UNDERSTAND.

HOLMES DIRECT BY MR. DOWNEY                                          7262

03:37PM   1        YOU WANT TO DISPLAY TO THE WITNESS JUST THIS FIRST PAGE

03:37PM   2   AND SPEAK ON THE FIRST PAGE WITHOUT -- CAN YOU DO THAT WITHOUT

03:37PM   3   THE SECONDARY PAGES?

03:38PM   4             MR. DOWNEY:  SURE.  YOUR HONOR, I THINK THAT THERE

03:38PM   5   IS A -- I CAN CERTAINLY DO THAT.

03:38PM   6        I JUST WANTED TO DISPLAY, AND I DON'T HAVE TO ADMIT IT --

03:38PM   7   BUT I THINK I WILL NEED TO DO THAT TO DISPLAY IT -- JUST AN

03:38PM   8   ATTACHMENT WHICH RELATES TO THE FINANCIAL INFORMATION THAT HE

03:38PM   9   ASKED FOR AND GOT AS PART OF THE DUE DILIGENCE PROCESS WHEN HE

03:38PM  10   WAS LOOKING INTO AN INVESTMENT IN THERANOS.

03:38PM  11             THE COURT:  THAT MS. HOLMES SENT HIM?

03:38PM  12             MR. DOWNEY:  THAT MS. HOLMES SENT HIM, YES.

03:38PM  13             THE COURT:  IS THAT THE LAST TWO PAGES?

03:38PM  14             MR. DOWNEY:  NO.  IT'S THE LAST PAGE OF THE

03:38PM  15   ATTACHMENT.

03:38PM  16        LET ME SEE IF I CAN MAKE THIS EASIER.

03:38PM  17             THE COURT:  IT'S ALWAYS HELPFUL.

03:38PM  18             MR. DOWNEY:  YOUR HONOR, I THINK I CAN DO IT JUST BY

03:38PM  19   WAY OF EXAMPLE.

03:38PM  20        SO WHAT I REALLY WANT TO DO IS IF I CAN JUST ADMIT THE

03:38PM  21   FIRST AND SECOND PAGE, I DON'T NEED TO ADMIT THE ENTIRE --

03:39PM  22             THE COURT:  THAT'S FINE.  THAT'S FINE.  THOSE WILL

03:39PM  23   BE ADMITTED.

03:39PM  24        (DEFENDANT'S EXHIBIT 12027, PAGES 1 AND 2 WAS RECEIVED IN

03:39PM  25   EVIDENCE.)

HOLMES DIRECT BY MR. DOWNEY                                              7263

03:39PM  1      BY MR. DOWNEY:

03:39PM  2      Q.   FIRST OF ALL, LET ME JUST DISPLAY, IF I MIGHT, THE EMAIL

03:39PM  3      THAT IS THE FIRST PAGE OF 12027.

03:39PM  4           AND WHY ARE YOU SENDING THIS EMAIL TO MR. LUCAS AT THIS

03:39PM  5      TIME?

03:39PM  6      A.   THIS IS A RESPONSE TO ONE OF HIS DILIGENCE REQUESTS.

03:39PM  7      Q.   OKAY.  AND LET ME ASK YOU TO LOOK AT THE SECOND PAGE.

03:39PM  8           AND WHAT IS LISTED HERE ON THE SECOND PAGE OF THE EXHIBIT?

03:39PM  9      A.   THIS IS EVERY EXPENSE WE HAD IN THE COMPANY.

03:39PM  10     Q.   DID YOU SEND THAT IN RESPONSE TO HIS REQUEST TO UNDERSTAND

03:39PM  11     THE FINANCIAL CONDITION OF THE COMPANY?

03:39PM  12     A.   YES.

03:39PM  13     Q.   OKAY.  DID MR. LUCAS ULTIMATELY DECIDE TO INVEST IN

03:40PM  14     THERANOS AS PART OF THE SERIES B ROUND OF THERANOS?

03:40PM  15     A.   HE DID.

03:40PM  16     Q.   AND AFTER HE INVESTED, DID HE PLAY A ROLE OTHER THAN BEING

03:40PM  17     AN INVESTOR IN THE COMPANY?

03:40PM  18     A.   YES.  HE BECAME THE CHAIRMAN OF OUR BOARD.

03:40PM  19     Q.   AND HOW LONG DID HE SERVE IN THAT ROLE?

03:40PM  20     A.   HE SERVED IN THAT ROLE FROM I THINK EITHER END OF 2005 OR

03:40PM  21     EARLY 2006 TO JANUARY OF 2013.

03:40PM  22     Q.   IN ADDITION TO MR. LUCAS, DID ANOTHER VENTURE CAPITALIST,

03:40PM  23     PETE THOMAS, INVEST IN THE SERIES B ROUND IN THERANOS?

03:40PM  24     A.   HE DID.

03:40PM  25     Q.   AND WHO WAS MR. THOMAS?

03:40PM 1     A.   MR. THOMAS WAS ALSO A SILICON VALLEY VENTURE CAPITALIST.

03:40PM 2     HE HAD BEEN A PARTNER AT A VENTURE CAPITAL FIRM CALLED IVP FOR

03:40PM 3     A LONG TIME, AND THEN LEFT TO BUILD HIS OWN VENTURE CAPITAL

03:41PM 4     FIRM CALLED ATA VENTURES.

03:41PM 5     Q.   AND DID MR. LUCAS -- OR MR. THOMAS ALSO CONDUCT DUE

03:41PM 6     DILIGENCE IN CONNECTION WITH HIS INVESTMENT INTO THERANOS?

03:41PM 7     A.   HE DID.

03:41PM 8     Q.   LET ME ASK YOU TO LOOK AT 14219.

03:41PM 9     A.   OKAY.

03:41PM 10    Q.   AND IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MR. THOMAS?

03:41PM 11    A.   YES.

03:41PM 12    Q.   AND I WOULD JUST ASK YOU, IS IT ACCURATE THAT HE ASKED TO

03:41PM 13    REVIEW ALL OF THE INTELLECTUAL PROPERTY RECORDS OF THE COMPANY?

03:41PM 14    A.   YES.

03:41PM 15    Q.   AND DID HE ALSO LOOK AT ALL OF THE FINANCIAL RECORDS OF

03:41PM 16    THE COMPANY?

03:41PM 17    A.   HE DID.

03:42PM 18    Q.   AND DID HE ALSO LOOK AT THE AGREEMENTS THAT THE COMPANY

03:42PM 19    HAD MADE WITH THIRD PARTIES?

03:42PM 20    A.   YES.

03:42PM 21    Q.   NOW, WE'VE HEARD SOME TESTIMONY IN THE CASE ABOUT

03:42PM 22    RELATIONSHIPS WITH PHARMACEUTICAL COMPANIES.  AS PART OF THE

03:42PM 23    SERIES B ROUND, WERE YOU TALKING TO INVESTORS ABOUT THE

03:42PM 24    POTENTIAL FOR THERANOS TO MARKET ITS PRODUCT TO PHARMACEUTICAL

03:42PM 25    COMPANIES?

HOLMES DIRECT BY MR. DOWNEY                                                  7265

03:42PM  1    A.   I WAS.

03:42PM  2    Q.   AND DID SOME OF THE INVESTORS TELL YOU THAT THEY WANTED TO

03:42PM  3    UNDERSTAND BETTER THE POTENTIAL RELATIONSHIP THAT THERANOS

03:42PM  4    MIGHT HAVE WITH PHARMACEUTICAL COMPANIES?

03:42PM  5    A.   YES.

03:42PM  6    Q.   WAS MR. THOMAS ONE OF THOSE INVESTORS?

03:42PM  7    A.   HE WAS.

03:42PM  8    Q.   AND WHAT DID YOU DO IN RESPONSE TO REQUESTS FROM INVESTORS

03:42PM  9    ABOUT THE PHARMACEUTICAL BUSINESS AT THAT TIME OF THERANOS?

03:42PM  10   A.   I OFFERED TO PUT THEM IN TOUCH WITH THE PEOPLE WE WERE

03:42PM  11   WORKING WITH IN THE PHARMACEUTICAL COMPANIES DIRECTLY.

03:42PM  12   Q.   LET ME SHOW YOU EXHIBIT 15016.

03:43PM  13   A.   OKAY.

03:43PM  14   Q.   IS THIS AN EMAIL EXCHANGE ON WHICH YOURSELF AND MR. THOMAS

03:43PM  15   APPEAR RELATED TO HIS POTENTIAL INVESTMENT IN THERANOS?

03:43PM  16   A.   YES.

03:43PM  17          MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:43PM  18   15016.

03:43PM  19          MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:43PM  20          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:43PM  21      (DEFENDANT'S EXHIBIT 15016 WAS RECEIVED IN EVIDENCE.)

03:43PM  22   BY MR. DOWNEY:

03:43PM  23   Q.   LET ME LOOK FIRST AT THE BOTTOM EMAIL EXCHANGE.

03:43PM  24      DO YOU SEE WHERE YOU INDICATE THAT YOU'RE INTRODUCING

03:43PM  25   MR. THOMAS TO SOMEONE NAMED DAVID LESTER?

HOLMES DIRECT BY MR. DOWNEY                                                7266

03:43PM   1     A.   I DO.

03:43PM   2     Q.   AND WHO WAS DAVID LESTER?  WHERE WAS HE WORKING AS OF

03:43PM   3     2005?

03:43PM   4     A.   DR. LESTER WAS OUR POINT PERSON AT PFIZER, AND HE LED SOME

03:44PM   5     OF THE TECHNOLOGY AND INNOVATION GROUPS AT PFIZER.

03:44PM   6     Q.   AND HAD MR. THOMAS SPECIFICALLY ASKED TO SPEAK TO SOMEONE

03:44PM   7     FROM PFIZER?

03:44PM   8     A.   HE DID.

03:44PM   9     Q.   AND DOES THIS EMAIL JUST REFLECT YOUR PUTTING THE TWO IN

03:44PM   10    TOUCH SO THEY COULD TALK?

03:44PM   11    A.   YES.

03:44PM   12    Q.   AND DO YOU KNOW IF THEY SPOKE?

03:44PM   13    A.   YES.

03:44PM   14    Q.   AND LET ME ASK YOU TO LOOK AT THE EMAIL AT THE TOP OF THE

03:44PM   15    PAGE.  THIS IS AN EMAIL FROM DAVID LESTER TO YOU AND TO

03:44PM   16    MR. THOMAS.

03:44PM   17         DO YOU SEE THAT?

03:44PM   18    A.   YES, I DO.

03:44PM   19    Q.   AND DO YOU SEE THAT HE INDICATES THAT HE'S WILLING TO TALK

03:44PM   20    TO MR. THOMAS?

03:44PM   21    A.   YES.

03:44PM   22    Q.   WAS THIS TYPICAL OF YOUR INTRODUCTIONS OF POTENTIAL

03:44PM   23    INVESTORS TO PHARMACEUTICAL COMPANIES AS OF THIS TIME?

03:44PM   24    A.   YES.

03:44PM   25    Q.   OKAY.  NOW, WE TALKED A MOMENT AGO ABOUT DON LUCAS,

HOLMES DIRECT BY MR. DOWNEY                                          7267

03:45PM   1    SENIOR.

03:45PM   2         I'D LIKE TO ASK YOU ABOUT CHRIS LUCAS, WHO THE JURY HAS

03:45PM   3    HEARD TESTIMONY FROM IN THIS CASE.

03:45PM   4         WAS CHRIS LUCAS MR. DON LUCAS, SENIOR'S NEPHEW?

03:45PM   5    A.   YES.

03:45PM   6    Q.   AND DID CHRIS LUCAS ALSO BECOME AN INVESTOR IN THERANOS AS

03:45PM   7    PART OF THE SERIES B INVESTMENT?

03:45PM   8    A.   HE DID.

03:45PM   9    Q.   AND HOW DID YOU COME TO MEET CHRIS LUCAS?

03:45PM  10    A.   I MEET HIM THROUGH HIS UNCLE, DON.

03:45PM  11    Q.   AND DID YOU AT SOME POINT COME TO SPEAK TO HIM ABOUT A

03:45PM  12    POTENTIAL INVESTMENT FOR HIS FIRM IN THERANOS?

03:45PM  13    A.   I DID.  I DON'T KNOW IF I INITIALLY SPOKE TO HIM DIRECTLY

03:45PM  14    OR IF HIS UNCLE DID.

03:45PM  15    Q.   OKAY.  DID YOU -- DID HE ASK FOR ANY OF THE ACCESS TO

03:45PM  16    INFORMATION THAT HIS UNCLE AND MR. THOMAS HAD REQUESTED?

03:45PM  17    A.   NO.

03:45PM  18    Q.   DO YOU KNOW IF HE REQUESTED TO SPEAK TO ANY PHARMACEUTICAL

03:46PM  19    COMPANIES AT THAT TIME?

03:46PM  20    A.   I DON'T THINK SO.

03:46PM  21    Q.   WOULD YOU HAVE BEEN WILLING AT THAT TIME TO PERMIT HIM TO

03:46PM  22    SPEAK TO PHARMACEUTICAL COMPANIES WITH WHOM PFIZER -- OR WITH

03:46PM  23    WHOM THERANOS POTENTIALLY WOULD HAVE A RELATIONSHIP?

03:46PM  24    A.   YES.

03:46PM  25    Q.   OKAY.  WERE YOU SUCCESSFUL IN RAISING SOME MONEY AS PART

HOLMES DIRECT BY MR. DOWNEY                                                7268

03:46PM   1    OF THIS SERIES B ROUND OF INVESTMENT?

03:46PM   2    A.   I WAS.

03:46PM   3    Q.   AND DID YOU HIRE SOME ADDITIONAL SCIENTISTS AND ENGINEERS

03:46PM   4    WITH THAT MONEY?

03:46PM   5    A.   I DID.

03:46PM   6    Q.   AND AT THIS TIME, WHAT DID THE RESEARCH AND DEVELOPMENT OF

03:46PM   7    THE COMPANY REALLY FOCUS ON?  WAS IT CONTINUING TO FOCUS ON THE

03:46PM   8    ASSAYS AND THE HARDWARE AND THE SOFTWARE?

03:46PM   9    A.   YES, THE ASSAYS, THE HARDWARE, THE SOFTWARE, FIGURING OUT

03:46PM   10   HOW TO BUILD THE TECHNOLOGY, THE MANUFACTURING THAT WENT INTO

03:46PM   11   THAT, AND HOW TO GROW THE COMPANY.

03:46PM   12   Q.   AND I'D LIKE TO SHOW YOU EXHIBIT 15024.

03:47PM   13        IS 15024 THE FIRST ACTUAL VERSION OF AN ACTUAL DEVICE THAT

03:47PM   14   WAS BUILT OUT OF THE PROTOTYPE?

03:47PM   15   A.   YES.

03:47PM   16            MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:47PM   17   15024.

03:47PM   18            MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:47PM   19            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:47PM   20        (DEFENDANT'S EXHIBIT 15024 WAS RECEIVED IN EVIDENCE.)

03:47PM   21   BY MR. DOWNEY:

03:47PM   22   Q.   AND CAN YOU IDENTIFY AND JUST TELL THE JURY WHAT IS SHOWN

03:47PM   23   IN THIS DEVICE, WHAT DEVICE THIS IS, AND WHAT OTHER MATERIALS

03:47PM   24   ARE SHOWN IN THE PICTURE?

03:47PM   25   A.   THIS IS THE THERANOS 1.0.  IT WAS OUR FIRST SYSTEM.  AND

HOLMES DIRECT BY MR. DOWNEY                                    7269

03:47PM    1    YOU SEE ON THE LEFT THE CARTRIDGE, WHICH IS THE DISPOSABLE THAT

03:48PM    2    CONTAINED THE CHEMICALS OR THE CHEMISTRY.

03:48PM    3         AT THE TOP RIGHT, IT'S REALLY SMALL, BUT THERE'S A LITTLE

03:48PM    4    FINGER WHERE YOU COULD TOUCH THE CARTRIDGE AND BLOOD WOULD FLOW

03:48PM    5    IN.

03:48PM    6         AND ON THE RIGHT IS THE DEVICE THAT YOU COULD PUT THE

03:48PM    7    CARTRIDGE INTO.  IT WOULD PROCESS THE SAMPLE.

03:48PM    8         AND THEN THE BIG ANTENNA ON THE BACK WAS TO CONNECT TO A

03:48PM    9    CELL NETWORK AND HAVE DATA TRANSFERRED TO THE CLOUD.

03:48PM   10    Q.   OKAY.  AND IS THIS THE PRODUCT THAT YOU WERE TALKING TO

03:48PM   11    PHARMACEUTICAL COMPANIES ABOUT DURING THIS TIMEFRAME?

03:48PM   12    A.   IT IS.

03:48PM   13    Q.   OKAY.  NOW, WERE THERE -- DURING 2006 AND 2007, DO YOU

03:48PM   14    RECALL WHICH PHARMACEUTICAL COMPANIES YOU HAD CONVERSATIONS

03:48PM   15    WITH ABOUT USING THIS DEVICE AND THE OTHER TECHNOLOGIES OF

03:48PM   16    THERANOS?

03:48PM   17    A.   I DO, SOME OF THEM.

03:49PM   18    Q.   OKAY.  CAN YOU TELL US WHAT COMPANIES THEY WERE?

03:49PM   19    A.   WE WERE TALKING TO PFIZER, TO GLAXOSMITHKLINE, TO

03:49PM   20    NOVARTIS, AND TO BRISTOL MYERS SQUIBB.

03:49PM   21    Q.   OKAY.  DID YOU ULTIMATELY SUCCEED IN SIGNING A CONTRACT

03:49PM   22    WITH GLAXOSMITHKLINE --

03:49PM   23    A.   YES.

03:49PM   24    Q.   -- RELATED TO THERANOS'S TECHNOLOGY?

03:49PM   25    A.   WE DID.

HOLMES DIRECT BY MR. DOWNEY                                           7270

03:49PM   1    Q.   AND WHEN DID YOU SIGN THAT AGREEMENT?

03:49PM   2    A.   IN 2006.

03:49PM   3    Q.   OKAY.  DO YOU KNOW WHEN IN 2006?

03:49PM   4    A.   I THINK TOWARD THE END OF THE YEAR, PROBABLY THE SECOND

03:49PM   5    HALF OF 2006.

03:49PM   6    Q.   AND JUST SO WE GET THESE DATES DOWN RELATIVE TO INVESTMENT

03:49PM   7    PERIODS, LET ME ASK YOU TO LOOK AT EXHIBIT 14111, WHICH IS

03:49PM   8    ALREADY IN EVIDENCE.

03:49PM   9         AND DID YOU ENTER INTO THAT AGREEMENT IN 2006?

03:49PM   10   A.   I'M SORRY, I WAS LOOKING AT THE SCREEN.  14111.

03:50PM   11        YES.

03:50PM   12   Q.   AND DID YOU ALSO IN 2006 ENTER INTO AN AGREEMENT WITH

03:50PM   13   PFIZER RELATED TO THEIR USE OF THERANOS TECHNOLOGY?

03:50PM   14   A.   YES.

03:50PM   15   Q.   LET ME ASK YOU TO LOOK FOR A MOMENT AT EXHIBIT 14112.

03:50PM   16   THAT'S ALSO ALREADY IN EVIDENCE.

03:50PM   17   A.   YES.

03:50PM   18   Q.   AND DID YOU -- WHEN DID YOU ENTER INTO THAT AGREEMENT WITH

03:50PM   19   PFIZER?

03:50PM   20             THE COURT:  I'M NOT SURE THIS IS IN EVIDENCE,

03:50PM   21   COUNSEL.

03:50PM   22             MR. DOWNEY:  14112?

03:50PM   23             THE COURT:  I DON'T BELIEVE IT IS.

03:50PM   24             THE CLERK:  NEITHER 14111 NOR 14112 ARE IN EVIDENCE.

03:50PM   25             MR. DOWNEY:  WELL, IN THAT CASE I WILL MOVE 14111

03:50PM  1    AND THEN I'LL MOVE THE OTHER.

03:50PM  2              MR. LEACH:  NO OBJECTION TO EITHER, YOUR HONOR.

03:50PM  3              THE COURT:  THEY'RE ADMITTED.

03:50PM  4         (DEFENDANT'S EXHIBITS 14111 AND 14112 WERE RECEIVED IN

03:50PM  5    EVIDENCE.)

03:50PM  6    BY MR. DOWNEY:

03:50PM  7    Q.   DID YOU SIGN THE AGREEMENT WITH PFIZER IN NOVEMBER OF

03:51PM  8    2006?

03:51PM  9    A.   YES, NOVEMBER 2ND OF 2006.

03:51PM  10   Q.   NOW, WERE THE AGREEMENTS WITH GSK AND THE AGREEMENTS WITH

03:51PM  11   PFIZER SOMETHING THAT YOU TALKED TO INVESTORS ABOUT WHEN YOU

03:51PM  12   WERE RAISING MONEY FOR THE COMPANY IN 2006?

03:51PM  13   A.   YES.

03:51PM  14   Q.   ALSO IN 2006, DID THE COMPANY CONDUCT DEMONSTRATIONS

03:51PM  15   FOR -- OF ITS TECHNOLOGY FOR CERTAIN PHARMACEUTICAL COMPANIES?

03:51PM  16   A.   WE DID.

03:51PM  17   Q.   WHAT COMPANIES DID YOU CONDUCT DEMONSTRATIONS FOR?

03:51PM  18   A.   FOR NOVARTIS AND FOR ELI LILLY.

03:51PM  19   Q.   TELL US ABOUT THE DEMONSTRATION THAT YOU CONDUCTED FOR

03:51PM  20   NOVARTIS OF THE THERANOS TECHNOLOGY.

03:51PM  21   A.   WE RAN OUR TECHNOLOGY IN SWITZERLAND AT ONE OF THEIR

03:51PM  22   OFFICES AND PROCESSED SAMPLES ON CARTRIDGES THAT WE BROUGHT

03:51PM  23   THERE, AND THEN HAD DATA WIRELESSLY TRANSMITTED BACK TO OUR

03:52PM  24   SITE IN CALIFORNIA.

03:52PM  25   Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 15017.

HOLMES DIRECT BY MR. DOWNEY                                          7272

03:52PM   1    A.   150 -- OKAY.

03:52PM   2    Q.   IS 15017 AN EMAIL CONCERNING THE DEMONSTRATION THAT YOU

03:52PM   3    CONDUCTED FOR NOVARTIS IN 2006?

03:52PM   4    A.   YES.

03:52PM   5              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:52PM   6    BOTH PAGES OF THIS EXHIBIT.

03:52PM   7              MR. LEACH:  YOUR HONOR, FOUNDATION, HEARSAY.

03:52PM   8       I ALSO DON'T BELIEVE THIS WAS PRODUCED IN DISCOVERY UNTIL

03:52PM   9    LAST NIGHT.

03:52PM  10              MR. DOWNEY:  YOUR HONOR, THIS IS A FIVE LINE EMAIL

03:52PM  11    WITH A PICTURE ATTACHED.

03:52PM  12              THE COURT:  I SEE THAT.

03:52PM  13       CAN YOU LAY A FOUNDATION AS TO -- A LITTLE MORE FOUNDATION

03:53PM  14    ON THIS.

03:53PM  15    BY MR. DOWNEY:

03:53PM  16    Q.   WHEN YOU WERE TALKING TO INVESTORS IN 2006, DID YOU

03:53PM  17    DISCUSS A POTENTIAL RELATIONSHIP BETWEEN NOVARTIS AND THERANOS?

03:53PM  18    A.   I DID.

03:53PM  19    Q.   AND DID YOU SAY TO SOME OF THOSE POTENTIAL INVESTORS THAT

03:53PM  20    THERANOS WAS GOING TO CONDUCT A DEMONSTRATION OF ITS TECHNOLOGY

03:53PM  21    AT NOVARTIS?

03:53PM  22    A.   YES.

03:53PM  23              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:53PM  24    15017.

03:53PM  25              THE COURT:  JUST LAY A FOUNDATION ON WHAT THE

HOLMES DIRECT BY MR. DOWNEY                                        7273

03:53PM   1    PHOTOGRAPH IS AND WHAT THE IMAGE IS.

03:53PM   2              MR. DOWNEY:  OH, I'M SORRY.  YES.

03:53PM   3    Q.   DO YOU RECOGNIZE THE INDIVIDUALS IN THE PHOTOGRAPH THAT IS

03:53PM   4    ATTACHED TO 15017?

03:53PM   5    A.   I DO.

03:53PM   6    Q.   AND WHO ARE THEY?

03:53PM   7    A.   THEY ARE SCIENTISTS AND ENGINEERS FROM THERANOS.

03:53PM   8    Q.   AND DO YOU KNOW WHEN THIS PHOTOGRAPH WAS TAKEN?

03:53PM   9    A.   I BELIEVE IN NOVEMBER OF 2006, YES.

03:54PM  10    Q.   AND WHAT WAS -- WHAT WERE THEY DOING IN THIS PHOTOGRAPH,

03:54PM  11    IF YOU KNOW?

03:54PM  12    A.   THEY ARE MONITORING THE RESULTS COMING IN FROM THE

03:54PM  13    PROCESSING OF THE SAMPLES IN SWITZERLAND.

03:54PM  14              MR. DOWNEY:  OKAY.  YOUR HONOR, I MOVE THE ADMISSION

03:54PM  15    OF THE EXHIBIT.

03:54PM  16              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:54PM  17       (DEFENDANT'S EXHIBIT 15017 WAS RECEIVED IN EVIDENCE.)

03:54PM  18    BY MR. DOWNEY:

03:54PM  19    Q.   LET'S LOOK FIRST AT THE EMAIL.

03:54PM  20        AND IF WE JUST LOOK AT THE ADDRESS ON TOP, THIS IS AN

03:54PM  21    EMAIL FROM AN INDIVIDUAL NAMED JOHN HOWARD TO YOU IN NOVEMBER

03:54PM  22    OF 2006.

03:54PM  23        DO YOU SEE THAT?

03:54PM  24    A.   I DO.

03:54PM  25    Q.   AND WHO WAS JOHN HOWARD?

HOLMES DIRECT BY MR. DOWNEY                                      7274

03:54PM  1    A.   JOHN HOWARD WAS LEADING OUR R&D AT THIS POINT.  HE WAS ONE

03:54PM  2    OF THE EXECUTIVES FROM I.B.M. THAT I HAD MET AT STANFORD.

03:54PM  3    Q.   AND LET'S GO DOWN TO THE BOTTOM OF THE EMAIL.

03:54PM  4         AND HE SAYS TO YOU, "WHAT A GRATIFYING MORNING.  THIS HAS

03:55PM  5    BEEN OUR FIRST LIVE DEMO."

03:55PM  6         WAS THE DEMONSTRATION THAT THERANOS CONDUCTED FOR NOVARTIS

03:55PM  7    IN SWITZERLAND THE FIRST DEMONSTRATION OF THE COMPANY'S

03:55PM  8    TECHNOLOGY?

03:55PM  9    A.   OF THAT ONE SERIES SYSTEM, YES.

03:55PM  10   Q.   AND THEN HE GOES ON TO SAY, "THE ABCS TEAM WAS ALL OVER

03:55PM  11   EVERY KEYSTROKE AND LOG ENTRY AS THE DATA CAME BACK."

03:55PM  12        CAN YOU TELL US WHAT THE ABCS TEAM WAS?

03:55PM  13   A.   YES.  THAT IS WHAT WE WERE CALLING OUR SOFTWARE AT THE

03:55PM  14   TIME, THE SOFTWARE THAT WOULD TELL THE INSTRUMENT WHAT TO DO.

03:55PM  15        SO YOU WOULD PUT A CARTRIDGE IN A DEVICE, THE BAR CODE ON

03:55PM  16   THE CARTRIDGE WOULD CALL THE CLOUD, AND THE CLOUD WOULD SEND

03:55PM  17   COMMANDS BACK TO THE DEVICE TO TELL IT WHAT TO RUN, AND THEN

03:55PM  18   THE DATA WOULD GO BACK TO THE CLOUD.

03:55PM  19        SO THAT CLOUD TECHNOLOGY WAS WHAT WE CALLED THE ABCS.

03:55PM  20   Q.   AND DID YOU UNDERSTAND THAT OTHERS AT THERANOS THOUGHT

03:55PM  21   THAT THE DEMONSTRATION OF THERANOS'S TECHNOLOGY IN 2006 WAS

03:56PM  22   SUCCESSFUL?

03:56PM  23   A.   I DID.

03:56PM  24   Q.   AND DID YOU FEEL THAT WAY?

03:56PM  25   A.   I DID.

HOLMES DIRECT BY MR. DOWNEY                                        7275

03:56PM  1    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 13762.

03:56PM  2         IS THIS AN EMAIL THAT YOU SENT TO ALL THERANOS EMPLOYEES

03:56PM  3    AFTER THE DEMONSTRATION AT NOVARTIS?

03:56PM  4    A.   YES.

03:56PM  5              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:56PM  6    13762.

03:56PM  7              MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:56PM  8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:56PM  9         (DEFENDANT'S EXHIBIT 13762 WAS RECEIVED IN EVIDENCE.)

03:56PM  10   BY MR. DOWNEY:

03:56PM  11   Q.   LET ME JUST DISPLAY IT.

03:56PM  12        DO YOU SEE WHERE YOU SAY, "WE NAILED THIS ONE.  YOU ALL

03:56PM  13   DID AN INCREDIBLE JOB IN MAKING THIS HAPPEN - THIS IS THE

03:56PM  14   THERANOS WAY."

03:56PM  15        IS THAT A COMMENT ON THE DEMONSTRATION THAT HAD BEEN

03:56PM  16   CONDUCTED IN SWITZERLAND?

03:56PM  17   A.   YES.

03:56PM  18   Q.   BY THE WAY, WHEN YOU WENT TO SWITZERLAND, WHO WAS WITH

03:56PM  19   YOU?

03:56PM  20   A.   SOME OF OUR ENGINEERS AND SCIENTISTS AND THE BUSINESS

03:56PM  21   PEOPLE THAT WE HAD WHO WERE WORKING WITH PHARMACEUTICAL

03:57PM  22   COMPANIES.

03:57PM  23   Q.   NOW, AROUND THE SAME TIME THAT YOU WERE SIGNING THESE

03:57PM  24   CONTRACTS AND CONDUCTING THESE DEMONSTRATIONS, DID YOU DECIDE

03:57PM  25   TO CONDUCT ANOTHER SERIES OF FUND RAISING FOR THERANOS TO FUND

7276
HOLMES DIRECT BY MR. DOWNEY

| | | |
|---|---|---|
| 03:57PM | 1 | SOME OF THESE ACTIVITIES? |
| 03:57PM | 2 | A.   YES. |
| 03:57PM | 3 | Q.   AND WAS THAT IN LATE 2006? |
| 03:57PM | 4 | A.   IT WAS. |
| 03:57PM | 5 | Q.   DID MR. LUCAS AND MR. THOMAS ALSO INVEST IN THE SERIES C |
| 03:57PM | 6 | ROUND OF THERANOS? |
| 03:57PM | 7 | A.   THEY DID. |
| 03:57PM | 8 | Q.   AND WHO ELSE?  DID MR. CHRIS LUCAS INVEST IN THAT ROUND? |
| 03:57PM | 9 | A.   YES. |
| 03:57PM | 10 | Q.   AND WHO ELSE INVESTED IN THE SERIES C ROUND AT THERANOS? |
| 03:57PM | 11 | A.   LARRY ELLISON INVESTED, AND SOME OF THE FRIENDS AND |
| 03:57PM | 12 | FAMILY, OR PEOPLE THAT I HAD MET THROUGH FRIENDS AND FAMILY IN |
| 03:57PM | 13 | THE EARLIER ROUNDS INVESTED AS WELL. |
| 03:58PM | 14 | Q.   OKAY.  AND HOW DID YOU COME TO BE IN TOUCH WITH |
| 03:58PM | 15 | MR. ELLISON? |
| 03:58PM | 16 | A.   THROUGH DON LUCAS. |
| 03:58PM | 17 | Q.   AND DID YOU ALSO HAVE THE EXPERIENCE, AS PART OF THIS |
| 03:58PM | 18 | ROUND OF FUND RAISING, THAT SOME POTENTIAL INVESTORS WANTED TO |
| 03:58PM | 19 | TALK TO THE PHARMACEUTICAL COMPANIES THAT THERANOS WAS SIGNING |
| 03:58PM | 20 | CONTRACTS WITH AND HOPING TO WORK WITH? |
| 03:58PM | 21 | A.   YES. |
| 03:58PM | 22 | Q.   OKAY.  LET ME SHOW YOU EXHIBIT 15013.  I'M NOT GOING TO |
| 03:58PM | 23 | INTRODUCE THIS FOR THE TIME BEING. |
| 03:58PM | 24 | IF YOU'LL JUST TAKE A MOMENT TO REVIEW THAT. |
| 03:58PM | 25 | WELL, YOU KNOW, IT MIGHT JUST BE EASIER TO ADMIT IT. |

HOLMES DIRECT BY MR. DOWNEY                                    7277

03:58PM  1    LET'S -- IS THIS AN EMAIL FROM YOU TO A POTENTIAL INVESTOR IN

03:58PM  2    CONNECTION WITH RAISING MONEY FOR THE SERIES C INVESTMENT?

03:58PM  3    A.   IT IS.

03:59PM  4              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:59PM  5    15013.

03:59PM  6              MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:59PM  7              THE COURT:  IT'S ADMITTED.

03:59PM  8         (DEFENDANT'S EXHIBIT 15013 WAS RECEIVED IN EVIDENCE.)

03:59PM  9    BY MR. DOWNEY:

03:59PM  10   Q.   IF WE COULD DISPLAY THAT.

03:59PM  11        IF YOU WOULD LOOK AT THE BOTTOM EMAIL, IT'S AN EMAIL FROM

03:59PM  12   YOU TO BOB GRADY IN JULY OF 2006.

03:59PM  13        WHO WAS BOB GRADY?

03:59PM  14   A.   HE WAS A PARTNER AT AN INVESTMENT FIRM CALLED CARLYLE.

03:59PM  15   Q.   AND WAS HE EVALUATING A POTENTIAL INVESTMENT IN THERANOS

03:59PM  16   AS OF THIS TIME?

03:59PM  17   A.   HE WAS.

03:59PM  18   Q.   AND WOULD THAT INVESTMENT ULTIMATELY HAVE BEEN AS PART OF

03:59PM  19   THE SERIES C INVESTMENT IN THERANOS?

03:59PM  20   A.   YES.

03:59PM  21   Q.   AND IS THAT THE SAME ROUND OF INVESTMENT THAT -- WHEN

03:59PM  22   ALAN EISENMAN FIRST INVESTED IN THERANOS?

03:59PM  23   A.   YES.

03:59PM  24   Q.   AND ALSO CHRIS LUCAS INVESTED IN THAT ROUND AGAIN;

03:59PM  25   CORRECT?

7278

HOLMES DIRECT BY MR. DOWNEY

03:59PM   1    A.   HE DID.

03:59PM   2    Q.   AND ALSO DID MR. HALL, CRAIG HALL INVESTED IN THAT ROUND

03:59PM   3    OF INVESTMENT?

03:59PM   4    A.   HE DID.  I THINK HE INVESTED IN CHRIS'S FUND, WHICH

04:00PM   5    INVESTED IN THAT ROUND OF INVESTMENT.

04:00PM   6    Q.   OKAY.  SO I SHOULD ASK YOU, WAS MR. HALL AN INDIRECT

04:00PM   7    INVESTOR IN THERANOS AS PART OF THAT ROUND?

04:00PM   8    A.   YES.

04:00PM   9    Q.   IF YOU TAKE A LOOK AT THE EMAIL BETWEEN YOURSELF AND

04:00PM   10   MR. GRADY, YOU LIST A NUMBER OF NAMES, AND THEY APPEAR TO BE

04:00PM   11   INDIVIDUALS AT, AMONG OTHER COMPANIES, PFIZER, GLAXOSMITHKLINE,

04:00PM   12   BRISTOL MYERS, NOVARTIS.

04:00PM   13        CAN YOU -- IS THAT, IN FACT, WHO THESE INDIVIDUALS ARE?

04:00PM   14   A.   YES.

04:00PM   15   Q.   AND CAN YOU TELL US WHY YOU'RE GIVING THE NAMES OF THOSE

04:00PM   16   INDIVIDUALS TO THIS POTENTIAL INVESTOR?

04:00PM   17   A.   YES.  HE HAD ASKED FOR THE ABILITY TO SPEAK WITH PEOPLE

04:00PM   18   THAT WE WERE WORKING WITH IN PHARMACEUTICAL COMPANIES, AND I

04:00PM   19   WAS CONNECTING HIM TO THOSE PEOPLE.

04:00PM   20   Q.   AND DID SOME -- WERE THERE SOME OCCASIONS WHERE THERE WERE

04:01PM   21   INVESTORS WHO WOULD NOT ASK FOR THIS INFORMATION?

04:01PM   22   A.   YES.

04:01PM   23   Q.   BUT IF INDIVIDUALS ASKED FOR THIS INFORMATION, DID YOU

04:01PM   24   PROVIDE THEM INFORMATION ABOUT CONTACTS AT THE PHARMACEUTICAL

04:01PM   25   COMPANIES SO THAT THEY COULD TALK TO THEM?

HOLMES DIRECT BY MR. DOWNEY                                      7279

04:01PM   1    A.   I DID.

04:01PM   2    Q.   WHY DID YOU DO THAT?

04:01PM   3    A.   BECAUSE I THOUGHT THAT THE PEOPLE THAT WE WERE WORKING

04:01PM   4    WITH IN THE PHARMA COMPANIES COULD EXPLAIN THE IMPACT AND THE

04:01PM   5    POTENTIAL OF OUR WORK DIRECTLY.

04:01PM   6    Q.   OKAY.

04:01PM   7         YOUR HONOR, I'M GOING TO MOVE TO ABOUT A 20 MINUTE SECTION

04:01PM   8    NOW, SO --

04:01PM   9         THE COURT:  LET'S TAKE OUR WEEKEND BREAK NOW, LADIES

04:01PM  10    AND GENTLEMEN.

04:01PM  11         THANK YOU, MR. DOWNEY.

04:01PM  12         I THINK MONDAY, MS. KRATZMANN, THAT'S A HALF DAY; IS THAT

04:01PM  13    RIGHT?

04:01PM  14         THE CLERK:  YES, YOUR HONOR.

04:01PM  15         THE COURT:  SO WE'LL BE IN SESSION AT 9:00 O'CLOCK,

04:01PM  16    9:00 O'CLOCK, AND WE'LL END PROBABLY AT ABOUT 1:00 O'CLOCK.

04:01PM  17         SO, LADIES AND GENTLEMEN, LET ME REMIND YOU OF THE

04:01PM  18    ADMONITION, PLEASE.  DO NOT DO ANY RESEARCH.  DO NOT READ,

04:01PM  19    LISTEN TO, TALK ABOUT OR MAKE ANY DECISIONS ABOUT ANYTHING IN

04:02PM  20    THIS CASE.

04:02PM  21         BEFORE YOU LEAVE -- MS. HOLMES, YOU CAN STAND DOWN,

04:02PM  22    PLEASE.  THANK YOU.

04:02PM  23         LADIES AND GENTLEMEN, I DO WANT TO TALK TO YOU.

04:02PM  24         YOU RECALL THAT WE HAD SOME DISCUSSION ABOUT THE MEDIA

04:02PM  25    MOTION AND YOUR INFORMATION REGARDING THE QUESTIONNAIRES.

7280

| | | |
|---|---|---|
| 04:02PM | 1 | PLEASE RECALL THAT I HAD INTERVIEWS WITH YOU, EACH OF YOU, |
| 04:02PM | 2 | WITH COUNSEL IN MY OFFICE REGARDING YOUR SPECIFIC COMMENTS AND |
| 04:02PM | 3 | THOUGHTS ABOUT THOSE QUESTIONNAIRES. |
| 04:02PM | 4 | I THINK I TOLD YOU ABOUT FIVE WEEKS AGO THAT I WAS GOING |
| 04:02PM | 5 | TO REVIEW THE MOTION AND I WAS GOING TO KEEP YOU INFORMED ABOUT |
| 04:02PM | 6 | THE COURT'S DECISION.  I THINK YOU HAD EXPRESSED SOME QUESTIONS |
| 04:02PM | 7 | ABOUT THAT. |
| 04:02PM | 8 | I JUST WANT TO TELL YOU NOW -- |
| 04:02PM | 9 | MR. DOWNEY, I JUST WANT TO CONFIRM, IS THIS A GOOD TIME? |
| 04:02PM | 10 | SHOULD WE WAIT FOR ANOTHER TIME FOR THIS?  I'M SORRY, SIR. |
| 04:03PM | 11 | MR. DOWNEY:  WHATEVER SUITS THE COURT. |
| 04:03PM | 12 | MR. SCHENK:  YES, THIS IS FINE.  THANK YOU. |
| 04:03PM | 13 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 04:03PM | 14 | SO, LADIES AND GENTLEMEN, I DO WANT TO TELL YOU THAT I |
| 04:03PM | 15 | HAVE MADE A DECISION ON THAT MOTION.  IT IS GOING TO BE POSTED, |
| 04:03PM | 16 | THAT MEANS IT WILL BE POSTED ON OUR ECF DOCKET THIS AFTERNOON. |
| 04:03PM | 17 | IT WILL BE A PUBLIC POSTING SO EVERYONE WILL HAVE ACCESS TO IT. |
| 04:03PM | 18 | I DO WANT TO LET YOU KNOW THAT IN REGARDS TO THE MOTION |
| 04:03PM | 19 | FROM THE MEDIA COALITION, I HAVE GRANTED IN PART AND DENIED IN |
| 04:03PM | 20 | PART THAT MOTION. |
| 04:03PM | 21 | AND I JUST WANT TO TELL YOU, I AM GOING TO MAINTAIN THE |
| 04:03PM | 22 | COMPLETED JUROR QUESTIONNAIRES UNDER SEAL FOR THE REMAINDER OF |
| 04:03PM | 23 | THE TRIAL.  THEY WILL REMAIN UNDER SEAL. |
| 04:03PM | 24 | AFTER THERE'S A VERDICT IN THIS CASE, OR AFTER THIS |
| 04:03PM | 25 | EVIDENCE AND THIS CASE IS FINISHED, THE COURT -- AND AFTER I |

| | | |
|---|---|---|
| 04:03PM | 1 | HAVE RELEASED YOU FROM YOUR JURY SERVICE -- I WILL THEN |
| 04:03PM | 2 | PARTIALLY UNSEAL THE QUESTIONNAIRES WITH LIMITED REDACTIONS, |
| 04:04PM | 3 | WHICH IS TO SAY INFORMATION IS GOING TO BE REDACTED, NAMES AND |
| 04:04PM | 4 | ADDRESSES. |
| 04:04PM | 5 | SOME OF YOU HAVE EXPRESSED TO ME IN CHAMBERS SPECIFIC |
| 04:04PM | 6 | ISSUES, AND I'VE ADDRESSED THOSE IN THE ORDER. |
| 04:04PM | 7 | SOME OF THEM -- SOME OF YOU HAVE ALSO INDICATED THAT YOU |
| 04:04PM | 8 | HAVE LESS FEELINGS ABOUT REDACTIONS. |
| 04:04PM | 9 | AND I'M MINDFUL OF THOSE REQUESTS AND THOSE FEELINGS, AND |
| 04:04PM | 10 | THE ORDER WILL REFLECT THAT ACCORDINGLY AS WELL. |
| 04:04PM | 11 | BUT I JUST WANT YOU TO KNOW THAT NONE OF THIS INFORMATION |
| 04:04PM | 12 | IS GOING TO BE RELEASED WHILE YOU'RE STILL IN TRIAL AND YOU'RE |
| 04:04PM | 13 | STILL SERVING AS JURORS IN THIS TRIAL. |
| 04:04PM | 14 | I JUST WANT TO LET YOU KNOW THAT.  THOSE QUESTIONNAIRES |
| 04:04PM | 15 | WILL REMAIN CONFIDENTIAL PURSUANT TO THIS ORDER UNTIL YOUR |
| 04:04PM | 16 | TRIAL SERVICE IS FINISHED. |
| 04:04PM | 17 | AND THEN, AGAIN, AS I SAID, THERE WILL BE LIMITED, LIMITED |
| 04:04PM | 18 | REDACTIONS. |
| 04:04PM | 19 | (PAUSE IN PROCEEDINGS.) |
| 04:04PM | 20 | THE COURT:  LET ME SAY, I DON'T -- AND I'M TELLING |
| 04:05PM | 21 | YOU THIS NOW BECAUSE I DON'T WANT YOU TO -- YOU'VE RAISED A |
| 04:05PM | 22 | CONCERN ABOUT IT.  I DON'T WANT YOU TO BE THINKING ABOUT THIS |
| 04:05PM | 23 | OR LET THIS IN ANY WAY INTERFERE WITH YOUR, AS I TOLD YOU IN |
| 04:05PM | 24 | CHAMBERS WHEN WE MET, INTERFERE IN ANY WAY WITH YOUR ABILITY TO |
| 04:05PM | 25 | CONTINUE TO FOCUS AS YOU HAVE BEEN DOING ON THE ISSUES IN THIS |

7282

| | | |
|---|---|---|
| 04:05PM | 1 | CASE. |
| 04:05PM | 2 | I SHOULD TELL YOU THAT ADDRESSES, THOSE ARE GOING TO |
| 04:05PM | 3 | REMAIN REDACTED, THAT TYPE OF PERSONAL INFORMATION. |
| 04:05PM | 4 | BUT I JUST WANT TO LET YOU KNOW THAT TODAY SO YOU'LL HAVE |
| 04:05PM | 5 | THAT INFORMATION. |
| 04:05PM | 6 | ALL RIGHT.  LET ME REMIND YOU OF THE ADMONITION THAT |
| 04:05PM | 7 | REMAINS IN PLACE. |
| 04:05PM | 8 | LADIES AND GENTLEMEN, LET ME TELL YOU THIS, TOO, AND I |
| 04:05PM | 9 | APOLOGIZE I DIDN'T GET THIS DONE NOW, BUT WHEN YOU COME BACK |
| 04:05PM | 10 | MONDAY, I WILL HAVE A COPY OF THIS ORDER FOR EACH OF YOU, AND |
| 04:05PM | 11 | YOU'LL HAVE A COPY OF IT. |
| 04:05PM | 12 | AND MS. KRATZMANN WILL PROVIDE YOU A COPY OF MY ORDER THAT |
| 04:05PM | 13 | IS A LITTLE MORE INFORMATIVE THAN WHAT I'M TELLING YOU NOW. |
| 04:05PM | 14 | BUT NOTHING IS GOING TO BE RELEASED UNTIL THE TRIAL IS |
| 04:06PM | 15 | OVER. |
| 04:06PM | 16 | ALL RIGHT.  THANK YOU VERY MUCH.  HAVE A GREAT WEEKEND, |
| 04:06PM | 17 | AND WE'LL SEE YOU MONDAY MORNING.  THANK YOU. |
| 04:06PM | 18 | (JURY OUT AT 4:06 P.M.). |
| 04:06PM | 19 | THE COURT:  THANK YOU.  PLEASE BE SEATED. |
| 04:06PM | 20 | THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT FOR THE |
| 04:06PM | 21 | WEEKEND. |
| 04:06PM | 22 | COUNSEL, I JUST WANT TO CHECK IN, ANYTHING FURTHER BEFORE |
| 04:06PM | 23 | WE BREAK? |
| 04:06PM | 24 | MR. LEACH:  VERY BRIEFLY, YOUR HONOR.  I JUST WANT |
| 04:06PM | 25 | TO NOTE. |

7283

04:06PM  1          THE COURT:  YOU CAN TAKE YOUR MASK OFF.  THANK YOU.

04:06PM  2     I APPRECIATE IT.

04:06PM  3          MR. LEACH:  I DON'T HAVE THE EXACT NUMBER, BUT

04:06PM  4     THERE'S AT LEAST 20 TO 25 EXHIBITS IN THE DIRECT EXAMINATION

04:06PM  5     BINDER FROM MS. HOLMES THAT WERE PRODUCED TO US LAST NIGHT.

04:07PM  6     MOST OF THEM WE DIDN'T OBJECT TO BECAUSE WE DIDN'T WANT TO DO

04:07PM  7     THAT IN FRONT OF THE JURY.

04:07PM  8          THE COURT HAS SET MULTIPLE RULE 16 DEADLINES IN THIS CASE.

04:07PM  9     THESE ARE DOCUMENTS THAT SHOULD HAVE BEEN PRODUCED IN DISCOVERY

04:07PM  10    AND ARE BEING PRODUCED IN ADVANCE OF THE EXAMINATION THE NIGHT

04:07PM  11    BEFORE.

04:07PM  12         WE'LL HAVE AN OPPORTUNITY TO GO THROUGH THOSE OVER THE

04:07PM  13    WEEKEND, AND THAT PART I'M NOT RAISING AN OBJECTION TO.

04:07PM  14         AND I DO THINK THERE ARE MORE COMING.  I JUST NEED TO

04:07PM  15    NOTE, THESE AREN'T PRODUCED IN DISCOVERY.  WE'RE GETTING THEM

04:07PM  16    LITERALLY FOR THE FIRST TIME THE NIGHT BEFORE.

04:07PM  17         SO IT'S NOT A MATTER OF TAKING A DOCUMENT THAT WAS

04:07PM  18    PRODUCED AND MAKING AN ASSESSMENT AND WE'RE GOING TO ACTUALLY

04:07PM  19    USE THAT IN THE TRIAL.

04:07PM  20         WE'RE GETTING THIS IN REALTIME.  IT'S NOT CONSISTENT WITH

04:07PM  21    THE COURT'S ORDERS.

04:07PM  22         I'M NOT ASKING FOR ANYTHING NOW.  I JUST DON'T WANT THIS

04:07PM  23    TO CONTINUE.

04:07PM  24          THE COURT:  THIS IS SORT OF WHAT WE WERE TALKING

04:07PM  25    ABOUT THIS MORNING, MR. DOWNEY.

7284

04:07PM 1                    MR. DOWNEY:  LET ME --

04:07PM 2                    THE COURT:  YOU CAN TAKE YOUR MASK OFF, MR. DOWNEY.

04:07PM 3                    MR. DOWNEY:  LET ME CUT THROUGH THIS.

04:07PM 4          I MEAN, I OBVIOUSLY HAVE SOME CONCERNS, AND HAD SOME

04:08PM 5      CONCERNS UNTIL THE CASE RESTED.

04:08PM 6          BUT I WILL GET -- I DON'T KNOW IF THERE ARE MATERIALS THAT

04:08PM 7      WILL BE RELEVANT TO MONDAY AND TUESDAY'S EXAMINATION THAT

04:08PM 8      MR. LEACH DOESN'T HAVE, BUT IF THERE ARE, I WILL MAKE SURE HE

04:08PM 9      GETS THEM SO HE CAN LOOK AT THEM ALL DAY SUNDAY AND SEE WHAT

04:08PM 10     VIEW HE HAS.

04:08PM 11         I DON'T KNOW ALL OF WHAT THEY ARE, YOUR HONOR, TO BE

04:08PM 12     CANDID.  SO I'M NOT SITTING ON SOME TROVE OF DOCUMENTS, BUT

04:08PM 13     I --

04:08PM 14                   THE COURT:  I APPRECIATE THAT.

04:08PM 15         BUT YOUR TEAM MIGHT HAVE SOME KNOWLEDGE ABOUT THAT THAT

04:08PM 16     THEY COULD SHARE WITH YOU.

04:08PM 17                   MR. DOWNEY:  WELL, YOUR HONOR, IN FAIRNESS, I MEAN,

04:08PM 18     THEY JUST RESTED.  YOU KNOW, SOME OF THESE -- AND I GAVE THEM

04:08PM 19     THE DOCUMENTS BEFORE THEY RESTED.  I WANT TO BE COOPERATIVE

04:08PM 20     WITH HIM SO THAT WE CAN HAVE GOOD ORDER IN COURT.

04:08PM 21         I DON'T THINK THE WITNESS WILL BE ON CROSS-EXAMINATION

04:08PM 22     PROBABLY EVEN UNTIL NEXT WEEK, BUT IF HE HAS ISSUES RELATIVE TO

04:09PM 23     THE ADMISSIBILITY OR HE WANTS TO RAISE THOSE IN ADVANCE, I'LL

04:09PM 24     GET THEM TO HIM IN ADVANCE SO HE CAN --

04:09PM 25                   THE COURT:  WELL, THANK YOU.

7285

| 04:09PM | 1 | LET ME JUST SAY, YOU KNOW, YOU'VE BEEN -- BOTH SIDES HAVE |
| 04:09PM | 2 | BEEN COOPERATIVE -- |
| 04:09PM | 3 | MR. DOWNEY: YES. |
| 04:09PM | 4 | THE COURT: -- NOTWITHSTANDING MY COMMENTS. AND MY |
| 04:09PM | 5 | COMMENTS, YOU UNDERSTAND THE GENESIS OF MY COMMENTS IN TRYING |
| 04:09PM | 6 | TO KEEP THE TRIAL GOING AND THAT TYPE OF THING. |
| 04:09PM | 7 | BUT YOU BOTH HAVE BEEN VERY COOPERATIVE. |
| 04:09PM | 8 | THE TRIALS HAVE -- AS MS. SAHARIA REMINDED ME THIS |
| 04:09PM | 9 | MORNING, TRIALS ARE, THEY'RE A MOVEABLE FEAST. AND THINGS |
| 04:09PM | 10 | HAPPEN IN TRIALS. WE ALL UNDERSTAND THAT. |
| 04:09PM | 11 | AND SO I APPRECIATE YOUR EFFORTS, BOTH SIDES' EFFORTS TO |
| 04:09PM | 12 | TAKE CARE OF THESE ISSUES AS BEST YOU CAN OUTSIDE OF COURT, |
| 04:09PM | 13 | OUTSIDE OF THE JURY'S TIME, AND THAT'S REALLY WHAT WE'RE AFTER. |
| 04:09PM | 14 | MR. DOWNEY: I UNDERSTAND THAT, YOUR HONOR. |
| 04:09PM | 15 | AND JUST IN THE -- A COMMENT ON SORT OF A CASE MANAGEMENT |
| 04:09PM | 16 | NATURE FOR YOUR HONOR. I DON'T -- I HAVE IN MY MIND, WHICH I |
| 04:09PM | 17 | WON'T SAY TO THE COURT, BUT I HAVE IN MIND HOW LONG I THINK THE |
| 04:09PM | 18 | DEFENSE CASE WILL GO. |
| 04:09PM | 19 | I THINK SORT OF CONSISTENT WITH THAT, MY EXPECTATION HAS |
| 04:10PM | 20 | BEEN NOW THAT, YOU KNOW, THE DIRECT EXAMINATION MAY CONTINUE |
| 04:10PM | 21 | THROUGH NEXT WEEK. WE JUST HAVE, YOU KNOW, A DAY AND A HALF. |
| 04:10PM | 22 | THE COURT: SURE. RIGHT. |
| 04:10PM | 23 | MR. DOWNEY: BUT IT DOESN'T -- I THINK WHERE WE ARE |
| 04:10PM | 24 | DOES NOT CHANGE MY BASIC ESTIMATE OF HOW LONG THE DEFENSE CASE |
| 04:10PM | 25 | IS LIKELY TO LAST. |

7286

04:10PM   1                    THE COURT:  OKAY.  THANK YOU.  I APPRECIATE THAT.

04:10PM   2    THANK YOU.

04:10PM   3            ANYTHING FURTHER FROM YOUR SIDE, MR. LEACH?

04:10PM   4                    MR. LEACH:  NO, YOUR HONOR.

04:10PM   5                    MR. DOWNEY:  NOTHING FURTHER, YOUR HONOR.

04:10PM   6                    THE COURT:  OKAY.  HAVE A GOOD WEEKEND.

04:10PM   7                    MR. DOWNEY:  YOUR HONOR, CAN I JUST SAY ON THE

04:10PM   8    QUESTIONNAIRE ISSUE --

04:10PM   9                    THE COURT:  YEAH.

04:10PM   10                   MR. DOWNEY:  -- I WOULD LIKE TO LOOK AT THE ORDER.

04:10PM   11           THE ONLY QUESTION THAT REMAINS IN MY MIND IS -- AND I

04:10PM   12   DON'T KNOW IF THIS CONCERN WAS EXPRESSED OR NOT, BUT I JUST

04:10PM   13   WANT TO LOOK AT THE TRANSCRIPT -- I DON'T WANT TO TAKE THE

04:10PM   14   JURY'S TIME OR OUR TIME TO HAVE TO TALK TO THE JURY AGAIN, BUT

04:10PM   15   I HAVE THAT CONCERN.

04:10PM   16           SO I WANT TO SEE IF, ON ONE READING OF THE TRANSCRIPT

04:10PM   17   THAT'S UNNECESSARY, BUT LET ME TAKE A LOOK, AND IF THERE IS,

04:10PM   18   I'LL LET THE COURT KNOW ON MONDAY AND WE CAN DO IT AT SOME

04:10PM   19   POINT I SUPPOSE.

04:10PM   20                   THE COURT:  ARE YOU AND MR. SCHENK BUSY JUST NOW?

04:11PM   21                   MR. DOWNEY:  NO, NO, I'M AVAILABLE, YEAH.

04:11PM   22                   THE COURT:  ALL RIGHT.  THANK YOU.

04:11PM   23           MAYBE -- YOU CAN CHECK WITH MR. SCHENK TO SEE HIS

04:11PM   24   AVAILABILITY, AND MR. LEACH, BECAUSE I MIGHT HAVE COPIES

04:11PM   25   AVAILABLE.  LET ME CHECK AND SEE.

7287

04:11PM   1              MR. DOWNEY:  NO, NO.  I HAVE THE -- MAYBE I'M NOT

04:11PM   2    MAKING MYSELF CLEAR.  MY RECOLLECTION OF THE --

04:11PM   3              THE COURT:  NO, I'M GOING TO GIVE YOU A COPY OF THE

04:11PM   4    ORDER.

04:11PM   5              MR. DOWNEY:  FAIR ENOUGH.  I'LL TAKE A LOOK AT IT

04:11PM   6    AND WE CAN SEE.

04:11PM   7              THE COURT:  ALL RIGHT.  THANK YOU.

04:11PM   8              MR. DOWNEY:  YES.

04:11PM   9              MR. LEACH:  THANK YOU.

04:11PM  10              THE CLERK:  COURT IS ADJOURNED.

04:11PM  11         (COURT ADJOURNED AT 4:11 P.M.)

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        IRENE RODRIGUEZ, CSR, CRR
          CERTIFICATE NUMBER 8076

17

18

19        LEE-ANNE SHORTRIDGE, CSR, CRR
          CERTIFICATE NUMBER 9595

20

21        DATED:  NOVEMBER 19, 2021

22

23

24

25

1

2                       UNITED STATES DISTRICT COURT

3                      NORTHERN DISTRICT OF CALIFORNIA

4                           SAN JOSE DIVISION

5

   UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                    )
                     PLAINTIFF,      )   SAN JOSE, CALIFORNIA
7                                    )
          VS.                        )   VOLUME 37
8                                    )
   ELIZABETH A. HOLMES,              )   NOVEMBER 22, 2021
9                                    )
                     DEFENDANT.      )   PAGES 7288 - 7443
10   _____ )   **PAGES 7292 - 7368 SEALED**

11

12                    TRANSCRIPT OF TRIAL PROCEEDINGS
                   BEFORE THE HONORABLE EDWARD J. DAVILA
13                     UNITED STATES DISTRICT JUDGE

     A P P E A R A N C E S:
14

15   FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                            BY:   JOHN C. BOSTIC
16                                JEFFREY B. SCHENK
                            150 ALMADEN BOULEVARD, SUITE 900
17                          SAN JOSE, CALIFORNIA 95113

18                          BY:   ROBERT S. LEACH
                                  KELLY VOLKAR
19                          1301 CLAY STREET, SUITE 340S
                            OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

22   OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                          CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
24                          CERTIFICATE NUMBER 9595

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S: (CONT'D)

 2

 3    FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                              BY:  KEVIN M. DOWNEY
 4                                 LANCE A. WADE
                                   KATHERINE TREFZ
 5                                 SEEMA ROPER
                                   J.R. FLEURMONT
 6                                 RICHARD CLEARY
                                   PATRICK LOOBY
 7                                 ANDREW LEMENS
                              725 TWELFTH STREET, N.W.
 8                            WASHINGTON, D.C. 20005

 9                            LAW OFFICE OF JOHN D. CLINE
                              BY:  JOHN D. CLINE
10                            ONE EMBARCADERO CENTER, SUITE 500
                              SAN FRANCISCO, CALIFORNIA 94111
11

12    ALSO PRESENT:          FEDERAL BUREAU OF INVESTIGATION
                              BY:  ADELAIDA HERNANDEZ
13
                              OFFICE OF THE U.S. ATTORNEY
14                            BY:  LAKISHA HOLLIMAN, PARALEGAL
                                   MADDI WACHS, PARALEGAL
15
                              WILLIAMS & CONNOLLY
16                            BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

17                            TBC
                              BY:  BRIAN BENNETT, TECHNICIAN
18

19

20

21

22

23

24

25
```

INDEX OF PROCEEDINGS

DEFENDANT'S:


**ELIZABETH HOLMES**
DIRECT EXAM BY MR. DOWNEY (RES.)          P. 7370

1                            INDEX OF EXHIBITS

2
                                          IDENT.      EVIDENCE
3       GOVERNMENT'S:

4       195, LIMITED PURPOSE                          7400
        3241                                          7408
5

6
        DEFENDANT'S:
7
        15010 AND 15011                               7373
8       7161                                          7377
        15022                                         7379
9       12065                                         7386
        15002                                         7389
10      7742                                          7392
        15040                                         7395
11      15045, LIMITED PURPOSE                        7414
        15044                                         7419
12      15041                                         7424
        15047                                         7426
13      15039, LIMITED PURPOSE                        7429
        15023                                         7431
14      7087                                          7432
        7096                                          7433
15      7098                                          7434

16

17

18

19

20

21

22

23

24

25

7292

```
 1    SAN JOSE, CALIFORNIA                    NOVEMBER 22, 2021

 2                          P R O C E E D I N G S

 3         (COURT CONVENED AT 8:39 A.M.)

 4         (SEALED PROCEEDINGS IN CHAMBERS.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

7369

| | | |
|---|---|---|
| 10:42AM | 1 | /// |
| 10:42AM | 2 | (JURY IN AT 10:42 A.M.) |
| 10:42AM | 3 | THE COURT:  THANK YOU ALL.  THANK YOU FOR YOUR |
| 10:42AM | 4 | COURTESY. |
| 10:42AM | 5 | WE ARE ON THE RECORD IN THE HOLMES MATTER.  ALL COUNSEL |
| 10:42AM | 6 | ARE PRESENT.  MS. HOLMES IS PRESENT.  OUR JURY IS PRESENT. |
| 10:42AM | 7 | THANK YOU, LADIES AND GENTLEMEN.  SORRY FOR THE DELAY THIS |
| 10:42AM | 8 | MORNING. |
| 10:42AM | 9 | LET ME -- BEFORE WE ASK MS. HOLMES TO RETURN TO THE STAND, |
| 10:42AM | 10 | LET ME ASK OUR JURORS AGAIN, OVER THE WEEKEND HAVE ANY OF YOU |
| 10:42AM | 11 | HAD OCCASION TO READ, DISCUSS, OR COME ACROSS ANY INFORMATION |
| 10:42AM | 12 | REGARDING THIS CASE? |
| 10:42AM | 13 | IF SO, PLEASE RAISE YOUR HANDS SO WE CAN DISCUSS IT. |
| 10:42AM | 14 | I SEE NO HANDS. |
| 10:42AM | 15 | THANK YOU. |
| 10:42AM | 16 | I'LL ASK MS. HOLMES IF YOU WOULD PLEASE RETURN TO THE |
| 10:42AM | 17 | STAND. |
| 10:43AM | 18 | AGAIN, MAKE YOURSELF COMFORTABLE.  ADJUST THE CHAIR AND |
| 10:43AM | 19 | THE MICROPHONE AS YOU NEED. |
| 10:43AM | 20 | I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE. |
| 10:43AM | 21 | YOU CAN REMOVE YOUR MASK IF YOU WISH. |
| 10:43AM | 22 | IF YOU COULD JUST STATE YOUR NAME, PLEASE. |
| 10:43AM | 23 | THE WITNESS:  MY NAME IS ELIZABETH HOLMES. |
| 10:43AM | 24 | THE COURT:  THANK YOU.  I'LL REMIND YOU THAT YOU ARE |
| 10:43AM | 25 | STILL UNDER OATH. |

HOLMES DIRECT BY MR. DOWNEY (RES.)                               7370

10:43AM  1          **(DEFENDANT'S WITNESS, ELIZABETH HOLMES, WAS PREVIOUSLY**

10:43AM  2    **SWORN.)**

10:43AM  3              THE WITNESS:  THANK YOU.

10:43AM  4              THE COURT:  THANK YOU.

10:43AM  5          MR. DOWNEY.

10:43AM  6                    **DIRECT EXAMINATION (RESUMED)**

10:43AM  7    BY MR. DOWNEY:

10:43AM  8    Q.   MS. HOLMES, DO YOU RECALL THAT WHEN WE LEFT OFF ON FRIDAY,

10:43AM  9    WE WERE TALKING ABOUT A DEMONSTRATION THAT THERANOS HAD

10:43AM 10    CONDUCTED AT NOVARTIS IN SWITZERLAND?

10:43AM 11    A.   I DO.

10:43AM 12    Q.   AND WHAT SERIES OF THERANOS DEVICE WAS USED IN CONNECTION

10:43AM 13    WITH THAT DEMONSTRATION?

10:43AM 14    A.   THAT WAS OUR 1 SERIES.

10:43AM 15    Q.   AND AT THAT TIME, DID THERANOS ENCOUNTER A SIGNIFICANT

10:43AM 16    CHALLENGE WITH REGARD TO ITS TECHNOLOGY?

10:43AM 17    A.   YES.

10:43AM 18    Q.   WHAT HAPPENED?

10:43AM 19    A.   THE WAY WE BUILT THE CARTRIDGES FOR OUR 1 SERIES DEVICE

10:44AM 20    REQUIRED US TO PUT TOGETHER MANY LAYERS OF THE CARTRIDGE.

10:44AM 21          THEY WERE HELD TOGETHER WITH WHAT WAS CALLED AN ADHESIVE,

10:44AM 22    IT'S KIND OF LIKE A GLUE, AND WHEN EXPOSED TO CERTAIN PRESSURE,

10:44AM 23    THOSE LAYERS WOULD LOOSEN, WHICH MEANT THAT IF WE WERE GOING TO

10:44AM 24    BE SHIPPING THESE CARTRIDGES ALL OVER THE PLACE, WE HAD A

10:44AM 25    PROBLEM.

HOLMES DIRECT BY MR. DOWNEY (RES.)                    7371

10:44AM  1    Q.   WHAT DID YOU DO IN RESPONSE TO THAT PROBLEM?

10:44AM  2    A.   WE WENT BACK TO THE TABLE WITH OUR ENGINEERS AND

10:44AM  3    SCIENTISTS AND TRIED TO FIGURE OUT HOW TO FIX IT.

10:44AM  4    Q.   AND WERE YOU ABLE TO DEVELOP A SOLUTION ULTIMATELY TO THAT

10:44AM  5    PROBLEM?

10:44AM  6    A.   WE DID.

10:44AM  7    Q.   TELL US ABOUT THE PROCESS YOU WENT THROUGH TO CORRECT THE

10:44AM  8    PROBLEM.

10:44AM  9    A.   WE LOOKED AT EVERY OPTION WE COULD THINK OF.  WE HAD

10:44AM  10   REALLY THE WHOLE COMPANY WORKING ON DIFFERENT WAYS TO APPROACH

10:44AM  11   IT.

10:44AM  12        ULTIMATELY, WE DECIDED INSTEAD OF TRYING TO DO THE

10:45AM  13   HANDLING OF REALLY SMALL VOLUMES OF LIQUID THE WAY THAT WE WERE

10:45AM  14   WITH THAT CARTRIDGE DESIGN, WE WOULD MOVE TO A DIFFERENT DESIGN

10:45AM  15   IN OUR NEXT ITERATION OF THE PRODUCT.

10:45AM  16   Q.   AND WHEN YOU SAY YOUR NEXT ITERATION OF THE PRODUCT, DO

10:45AM  17   YOU MEAN WITH RESPECT TO THE ANALYZER DEVICES AND THE

10:45AM  18   CARTRIDGES, OR WITH REGARD TO SOMETHING ELSE?

10:45AM  19   A.   WITH RESPECT TO THE ANALYZER DEVICES AND THE CARTRIDGES.

10:45AM  20   Q.   AND DID THE CHALLENGE THAT YOU FACED AT THIS TIME, DID IT

10:45AM  21   HAVE ANYTHING TO DO WITH THERANOS'S ASSAYS?

10:45AM  22   A.   NO.

10:45AM  23   Q.   DID IT HAVE ANYTHING TO DO WITH THERANOS'S DEVELOPMENT OF

10:45AM  24   SOFTWARE AT THAT TIME?

10:45AM  25   A.   NO.

HOLMES DIRECT BY MR. DOWNEY (RES.)                                7372

10:45AM   1     Q.   I'D LIKE TO ASK YOU, IS THE DEVICE THAT YOU ULTIMATELY

10:45AM   2     DESIGNED IN REACTION TO THIS PROBLEM THE THERANOS 3.0 DEVICE?

10:45AM   3     A.   YES.

10:45AM   4     Q.   AND IS THAT THE DEVICE THAT THERANOS ULTIMATELY USED IN

10:46AM   5     CONNECTION WITH MANY OF ITS PARTNERSHIPS WITH PHARMACEUTICAL

10:46AM   6     COMPANIES?

10:46AM   7     A.   IT IS.

10:46AM   8     Q.   I'D LIKE YOU TO TAKE US THROUGH HOW THE DESIGN CHANGED AND

10:46AM   9     WHAT MODIFICATIONS WERE MADE FOR THAT DEVICE, BECAUSE WE'RE

10:46AM  10     GOING TO BE TALKING ABOUT PHARMACEUTICAL COMPANIES IN A MINUTE.

10:46AM  11          LET ME ASK YOU FIRST IF YOU CAN IDENTIFY EXHIBIT 15010?

10:46AM  12     A.   15010.  I DON'T SEE IT.

10:46AM  13     Q.   YOU DON'T HAVE THAT IN YOUR NOTEBOOK?

10:46AM  14     A.   OH, I DO.  YES, I'M SORRY.  I DO.

10:46AM  15     Q.   AND WHAT IS 15010 A PHOTOGRAPH OF?

10:46AM  16     A.   15010 IS A PHOTOGRAPH OF A TECAN ROBOT.

10:47AM  17     Q.   AND IF YOU CAN LOOK NEXT AT THE NEXT EXHIBIT, 15011, WHAT

10:47AM  18     IS 15011?

10:47AM  19     A.   15011 IS A PICTURE OF THE INSIDE OF ONE OF OUR EARLY 3

10:47AM  20     SERIES DEVICES.

10:47AM  21     Q.   SO THIS IS A 3.0 THERANOS DEVICE?

10:47AM  22     A.   IT IS.

10:47AM  23     Q.   IS IT WITH THE COVER TAKEN OFF?

10:47AM  24     A.   YES.

10:47AM  25     Q.   OKAY.

HOLMES DIRECT BY MR. DOWNEY (RES.)                                7373

10:47AM   1        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

10:47AM   2    15010 AND 15011.

10:47AM   3        MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:47AM   4        THE COURT:  THEY'RE RECEIVED.  THEY MAY BE

10:47AM   5    PUBLISHED.

10:47AM   6        (DEFENDANT'S EXHIBITS 15010 AND 15011 WERE RECEIVED IN

10:47AM   7    EVIDENCE.)

10:47AM   8        MR. DOWNEY:  CAN I ASK WHEN YOU PUBLISH THEM TO PUT

10:47AM   9    THEM UP ON A SIDE-BY-SIDE BASIS.

10:47AM  10    Q.   NOW, THE DEVICE THAT WE SEE ON THE LEFT, WAS THAT A

10:47AM  11    THERANOS DEVICE?

10:47AM  12    A.   NO.

10:47AM  13    Q.   WHO MANUFACTURES THAT DEVICE?

10:47AM  14    A.   A COMPANY CALLED TECAN.

10:47AM  15    Q.   OKAY.  AND EXPLAIN WHAT THE RELATIONSHIP IS BETWEEN

10:48AM  16    TECAN'S DEVICE ON THE LEFT-HAND SIDE AND THE THERANOS 3.0

10:48AM  17    DEVICE THAT WE SEE ON THE RIGHT-HAND SIDE OF THE DISPLAY?

10:48AM  18    A.   WE HAD BEEN DEVELOPING AND RUNNING OUR SMALL SAMPLE

10:48AM  19    CHEMISTRIES ON THESE BIG TECAN DEVICES FOR SOME TIME AT THIS

10:48AM  20    POINT.

10:48AM  21        AND AS WE WERE THINKING ABOUT HOW TO ITERATE THE DEVICE,

10:48AM  22    WE REALIZED THAT IF WE COULD MINIATURIZE THE ROBOT ON THE TECAN

10:48AM  23    ITSELF, WE COULD RUN THOSE CHEMISTRIES IN THE DEVICE THE SAME

10:48AM  24    WAY WE HAD BEEN IN THE LAB AND WE COULD DEAL WITH THE ISSUE OF

10:48AM  25    HAVING TO HAVE A CARTRIDGE THAT HAD A LOT OF LAYERS BECAUSE NOW

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7374

10:48AM  1   WE COULD BUILD A CARTRIDGE THAT JUST HAD MINIATURIZED WELLS AND

10:48AM  2   LITTLE VESSELS TO MOVE FLUID AROUND INSTEAD OF HAVING TO FLOW

10:49AM  3   FLUID THROUGH A CHANNEL.

10:49AM  4   Q.   AND COULD YOU SHOW US IN EXHIBIT 15011 HOW THIS THERANOS

10:49AM  5   3.0 DEVICE WAS DESIGNED TO WORK?

10:49AM  6   A.   YES.  SO HERE WE GO.  SO INSIDE OF THE DEVICE WHEN WE WERE

10:49AM  7   LOOKING AT THE TECAN ROBOT HERE ON THE LEFT, THIS IS WHAT IS

10:49AM  8   CALLED THE LIQUID HANDLING ROBOT.  THIS IS A ROBOT THAT CAN BE

10:49AM  9   PROGRAMMED TO PERFORM ANY PROTOCOL OR SET OF INSTRUCTIONS BASED

10:49AM 10   ON WHAT TEST YOU WANT TO RUN.

10:49AM 11       WE PUT A SMALL LIQUID HANDLING ROBOT INTO THE PIPET --

10:49AM 12   INTO THE DEVICE HERE ON THE RIGHT, SOMETIMES CALLS A PIPET, AND

10:49AM 13   HAD A CARTRIDGE THAT COULD MIMIC THE PLATES, THE BIG PLATES

10:49AM 14   THAT ARE HERE ON THE LEFT IN A MINIATURIZED CONTEXT INSIDE OF

10:50AM 15   THE DEVICE.

10:50AM 16       WE THEN MOUNTED A DETECTOR FOR MEASUREMENT OF THE

10:50AM 17   CHEMICALS THAT REACT INSIDE THE CARTRIDGE BEHIND THE LIQUID

10:50AM 18   HANDLING ROBOT.

10:50AM 19       AND THE WAY THE 3 SERIES WOULD WORK IS THAT THE PIPET

10:50AM 20   COULD PICK UP LITTLE TIPS AND VESSELS THAT ARE INSIDE THE

10:50AM 21   CARTRIDGE, ALLOW FOR THOSE CHEMICALS TO BE MIXED TOGETHER, MOVE

10:50AM 22   THEM TO THIS DETECTOR IN THE BACK, AND READ THEM OUT

10:50AM 23   TRANSMITTING THE DATA TO THE CLOUD.

10:50AM 24   Q.   NOW, IS THE DEVICE THAT IS DEPICTED HERE, IS THAT A

10:50AM 25   PROTOTYPE, OR IS THAT THE ACTUAL DEVICE?

HOLMES DIRECT BY MR. DOWNEY (RES.)                                      7375

10:50AM   1    A.   THIS WAS AN ACTUAL DEVICE.

10:50AM   2    Q.   HOW LONG DID IT TAKE TO GO FROM THE PROBLEMS THAT YOU

10:50AM   3    REALIZED YOU HAD AROUND THE TIME OF THE NOVARTIS DEMONSTRATION

10:51AM   4    UNTIL YOU HAD A FINISHED 3.0 DEVICE?

10:51AM   5    A.   IT WAS WITHIN ABOUT A YEAR.

10:51AM   6    Q.   OKAY.  AND WHILE YOU WERE DOING THAT, DID YOU CONTINUE TO

10:51AM   7    WORK ON DEVELOPING SMALL SAMPLE ASSAYS?

10:51AM   8    A.   YES.

10:51AM   9    Q.   AND DID THE COMPANY CONTINUE TO WORK ON DEVELOPING ITS

10:51AM  10    SOFTWARE?

10:51AM  11    A.   WE DID.

10:51AM  12    Q.   WHO WAS LEADING THE COMPANY'S DEVELOPMENT OF ASSAYS DURING

10:51AM  13    THE PERIOD YOU WERE WORKING TO DEVELOP THE 3.0 DEVICE?

10:51AM  14    A.   DR. IAN GIBBONS AND GARY FRENZEL.

10:51AM  15    Q.   NOW, WHEN WOULD YOU SAY THE 3 SERIES DEVICE WAS FINALIZED

10:51AM  16    AND ACTUALLY A PRODUCT THAT THERANOS COULD OFFER?

10:51AM  17    A.   BY THE END OF 2007 OR SO.

10:51AM  18    Q.   OKAY.  AND AT THAT TIME, DID YOU -- HAD YOU BEGUN TO FORM

10:51AM  19    AN UNDERSTANDING OF THE BENEFITS OF THERANOS TECHNOLOGY

10:51AM  20    RELATIVE TO TRADITIONAL BLOOD TESTING TECHNOLOGY?

10:52AM  21    A.   YES.

10:52AM  22    Q.   AND CAN YOU TELL US ABOUT SOME OF THOSE ADVANTAGES AS YOU

10:52AM  23    UNDERSTOOD THEM?  DID YOU CONSIDER THE PERFORMANCE -- THE 3.0

10:52AM  24    DEVICE TO COMPARE FAVORABLY OR UNFAVORABLY WITH REGARD TO

10:52AM  25    TRADITIONAL SYSTEMS IN TERMS OF THE ABILITY TO ELIMINATE HUMAN

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7376

10:52AM   1   INTERVENTION IN THE PROCESS?

10:52AM   2             MR. LEACH:  LEADING, YOUR HONOR.

10:52AM   3             THE COURT:  WELL, IT WAS LEADING.

10:52AM   4        BUT DID YOU UNDERSTAND THE QUESTION?

10:52AM   5             THE WITNESS:  I DO.

10:52AM   6   BY MR. DOWNEY:

10:52AM   7   Q.   HOW DO YOU THINK IT AFFECTS --

10:52AM   8             THE COURT:  ARE YOU GOING TO WITHDRAW THAT QUESTION?

10:52AM   9             MR. DOWNEY:  I WILL WITHDRAW IT.

10:52AM  10             THE COURT:  AND DO YOU WANT TO ASK ANOTHER QUESTION?

10:52AM  11             MR. DOWNEY:  I DON'T WANT TO HAVE ANY CONTROVERSY

10:52AM  12   ABOUT THIS.

10:52AM  13   Q.   WHAT EFFECT DID YOU THINK THAT THIS HAD ON THE USE OF

10:52AM  14   AUTOMATION IN CONDUCTING BLOOD TESTING?

10:52AM  15   A.   WE THOUGHT THIS WAS A REALLY BIG IDEA BECAUSE THESE ROBOTS

10:52AM  16   THAT ARE USED IN THE TRADITIONAL LAB HAD NOT, AS FAR AS WE

10:53AM  17   KNOW, BEEN MINIATURIZED TO RUN IN A DEVICE THAT COULD BE PUT AT

10:53AM  18   THE POINT OF CARE, AND THAT MEANT TWO THINGS.

10:53AM  19        ONE, THAT THE HUMAN PROCESSING THAT IS OFTEN REQUIRED WITH

10:53AM  20   TESTING WOULD NOT BE REQUIRED IN THE SAME WAY WITH THIS DEVICE

10:53AM  21   AND THAT TESTING IS A SOURCE OF A HUGE AMOUNT OF THE ERROR IN

10:53AM  22   TRADITIONAL LAB TESTING.

10:53AM  23        IT ALSO MEANT THAT WE HAD A DEVICE THAT COULD BE

10:53AM  24   PROGRAMMED TO RUN ANY PROTOCOL THAT WE DEVELOPED IN THE LAB,

10:53AM  25   WHICH MEANT NOW, UNLIKE A GLUCOSE METER, WE DID NOT HAVE TO BE

HOLMES DIRECT BY MR. DOWNEY (RES.)                                7377

10:53AM   1    RESTRICTED TO JUST ONE TEST THAT COULD RUN ON THE DEVICE.

10:53AM   2    Q.   LET ME SHOW YOU EXHIBIT 7161 AND ASK IF YOU CAN IDENTIFY

10:53AM   3    THAT EXHIBIT.  IT SHOULD BE IN THAT SAME BOOK.

10:54AM   4    A.   YES.

10:54AM   5    Q.   AND WHAT IS EXHIBIT 7161?  IS THIS AN EMAIL THAT -- IS

10:54AM   6    THAT AN EMAIL THAT YOU EXCHANGED WITH INDIVIDUALS AT THERANOS

10:54AM   7    ABOUT THE TECHNOLOGY AND ERROR RATES WITH RESPECT TO THE

10:54AM   8    TECHNOLOGY?

10:54AM   9    A.   YES.

10:54AM   10          MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

10:54AM   11   7161.

10:54AM   12          MR. LEACH:  NO OBJECTION.

10:54AM   13          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:54AM   14   (DEFENDANT'S EXHIBIT 7161 WAS RECEIVED IN EVIDENCE.)

10:54AM   15   BY MR. DOWNEY:

10:54AM   16   Q.   LET ME SHOW YOU THE TOP OF THE EMAIL.  THIS APPEARS TO BE

10:54AM   17   AN EMAIL FROM SOMEONE NAMED TONY NUGENT TO YOU IN 2011; IS THAT

10:54AM   18   RIGHT?

10:54AM   19   A.   YES.

10:54AM   20   Q.   AND THAT'S A LITTLE LATER THAN THE PERIOD THAT WE'RE

10:54AM   21   TALKING ABOUT?

10:54AM   22   A.   IT IS, YES.

10:54AM   23   Q.   IF YOU LOOK AT THE BODY OF THE EMAIL, CAN YOU HELP US

10:54AM   24   UNDERSTAND WHAT THIS EMAIL CONVEYED TO YOU AROUND THE TIME THAT

10:55AM   25   YOU RECEIVED IT IN 2011?

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7378

10:55AM  1   A.   YES.  CAN I TAKE A MINUTE JUST TO LOOK AND READ IT?

10:55AM  2   Q.   SURE.  AND JUST FOR YOUR ATTENTION, I'M INTERESTED IN

10:55AM  3   FOCUSSING REALLY ON THE PART OF THE DISCUSSION THAT IS ON THE

10:55AM  4   SIXTH OR THE SEVENTH LINE OF THE EMAIL, THERE'S A SENTENCE THAT

10:55AM  5   BEGINS, "ACCORDINGLY."

10:55AM  6       DO YOU SEE THAT SENTENCE?  WHY DON'T YOU TAKE A MOMENT AND

10:55AM  7   REVIEW THAT AND THEN I'LL ASK YOU THE QUESTION.

10:55AM  8   A.   YES.

10:55AM  9   Q.   SO IS THIS AN EXCERPT FROM A PROFESSIONAL JOURNAL THAT WAS

10:55AM  10  FORWARDED TO YOU?

10:55AM  11  A.   IT IS.

10:55AM  12  Q.   AND DO YOU SEE THERE'S A SENTENCE THAT READS,

10:55AM  13  "ACCORDINGLY, LACK OF STANDARDIZED PROCEDURES FOR SAMPLE

10:55AM  14  COLLECTION, INCLUDING PATIENT PREPARATION, SPECIMEN

10:55AM  15  ACQUISITION, HANDLING AND STORAGE, ACCOUNT FOR UP TO 93 PERCENT

10:55AM  16  OF THE ERRORS CURRENTLY ENCOUNTERED WITHIN THE ENTIRE

10:55AM  17  DIAGNOSTIC PROCESS."

10:56AM  18  A.   YES.

10:56AM  19  Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN AT THE TIME THAT

10:56AM  20  YOU RECEIVED THIS IN 2011?

10:56AM  21  A.   I UNDERSTOOD THAT THIS WAS SAYING THAT THE MAJORITY OF

10:56AM  22  ERROR THAT HAPPENS IN THE LAB TESTING PROCESS HAPPENS IN WHAT

10:56AM  23  THEY'RE CALLING PREANALYTICAL PROCESSING OF SAMPLES.

10:56AM  24      SO THIS IS BEFORE THE ANALYSIS IS EVEN DONE, AND THAT

10:56AM  25  MEANT IF WE HAD THE ABILITY TO AUTOMATE MUCH OF THAT PROCESS,

HOLMES DIRECT BY MR. DOWNEY (RES.)                         7379

| | | |
|---|---|---|
| 10:56AM | 1 | WE COULD REDUCE THE ERROR ASSOCIATED WITH TRADITIONAL LAB |
| 10:56AM | 2 | TESTING. |
| 10:56AM | 3 | Q.   AND WITH THIS 3.0 SYSTEM, DID THERE COME A TIME WHEN |
| 10:56AM | 4 | THERANOS BEGAN TO TRY TO WORK AGAIN WITH PHARMACEUTICAL |
| 10:56AM | 5 | COMPANIES? |
| 10:56AM | 6 | A.   YES. |
| 10:56AM | 7 | Q.   AND LET ME SHOW YOU AN EMAIL THAT IS MARKED AT 15022. |
| 10:57AM | 8 | A.   OKAY. |
| 10:57AM | 9 | Q.   IS 15022 AN EMAIL THAT WAS SENT TO YOU BY SOME SCIENTISTS |
| 10:57AM | 10 | AT THERANOS REGARDING THE THERANOS SYSTEM IN 2008? |
| 10:57AM | 11 | A.   YES. |
| 10:57AM | 12 | MR. DOWNEY:  I MOVE THE ADMISSION OF 15022. |
| 10:57AM | 13 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 10:57AM | 14 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:57AM | 15 | (DEFENDANT'S EXHIBIT 15022 WAS RECEIVED IN EVIDENCE.) |
| 10:57AM | 16 | BY MR. DOWNEY: |
| 10:57AM | 17 | Q.   PRIOR TO -- OR STRIKE THAT. |
| 10:57AM | 18 | AROUND THE TIME THAT THERANOS WAS WORKING WITH |
| 10:57AM | 19 | PHARMACEUTICAL COMPANIES, DID YOU TAKE -- UNDERTAKE EFFORTS TO |
| 10:57AM | 20 | TRY TO UNDERSTAND THE BENEFITS OF THE SYSTEM DESIGN IN |
| 10:58AM | 21 | CONNECTION WITH PHARMACEUTICAL TRIALS AND OTHER APPLICATIONS? |
| 10:58AM | 22 | A.   YES. |
| 10:58AM | 23 | Q.   AND WHY DID YOU DO THAT? |
| 10:58AM | 24 | A.   I'M SORRY.  DID YOU SAY WHY? |
| 10:58AM | 25 | Q.   WHY? |

HOLMES DIRECT BY MR. DOWNEY (RES.)                            7380

10:58AM  1    A.   BECAUSE WE BELIEVED THAT OUR PRODUCT COULD BE USED BY

10:58AM  2    PHARMACEUTICAL COMPANIES TO HELP GET BETTER INSIGHT INTO HOW A

10:58AM  3    DRUG WOULD WORK, AND TO HELP SPEED THE AMOUNT OF TIME THAT IT

10:58AM  4    WOULD TAKE TO RUN A STUDY.

10:58AM  5    Q.   OKAY.  LET'S LOOK AT THE SECOND PAGE OF THIS EXHIBIT.

10:58AM  6         IS THIS A POWERPOINT FOR A PRESENTATION THAT YOU GOT FROM

10:58AM  7    MR. GIBBONS?

10:58AM  8    A.   YES.

10:58AM  9    Q.   LET ME ASK YOU TO FLIP TO THE NEXT PAGE.

10:58AM  10        I WANT TO ASK YOU SOME QUESTIONS ABOUT THE DISCUSSION ON

10:58AM  11   THIS SLIDE.

10:58AM  12        GENERALLY, AFTER YOU HAVE AN OPPORTUNITY TO LOOK THROUGH

10:58AM  13   IT, LET ME ASK YOU, IS THIS A DESCRIPTION OF THE FEATURES OF

10:58AM  14   THE SYSTEM AND ITS RELEVANT BENEFITS?

10:59AM  15   A.   IT IS.

10:59AM  16   Q.   THERE'S A BULLET POINT AT THE TOP THAT SAYS "MULTIPLEXED

10:59AM  17   MEASUREMENT OF BIOMARKERS."

10:59AM  18        WHAT IS MULTIPLEXED MEASUREMENT?

10:59AM  19   A.   IT MEANS THAT MULTIPLE TESTS COULD BE RUN AT THE SAME TIME

10:59AM  20   ON A SINGLE CARTRIDGE, ON A SINGLE DEVICE.

10:59AM  21   Q.   AND THE NEXT ENTRY SAYS "SERIAL MEASUREMENT."

10:59AM  22        WHAT DOES THAT MEAN?

10:59AM  23   A.   IT'S REFERRING TO THE FACT THAT SINCE WE HAD SUCH A SMALL

10:59AM  24   SAMPLE, WE COULD TAKE MORE SAMPLES FROM SOMEONE OVER TIME,

10:59AM  25   WHICH WOULD ALLOW US TO SEE HOW THINGS IN THEIR BLOOD WERE

HOLMES DIRECT BY MR. DOWNEY (RES.)                    7381

10:59AM   1      CHANGING.

10:59AM   2      Q.   AND IS THAT WHY A SMALL SAMPLE SIZE IS REFERENCED A FEW

10:59AM   3      ENTRIES DOWN?

10:59AM   4      A.   IT IS.

10:59AM   5      Q.   OKAY.  LET ME ASK YOU TO SKIP ABOUT THREE LINES DOWN FROM

10:59AM   6      THE SMALL SAMPLE SIZE AND DIRECT YOUR ATTENTION TO HIGH

10:59AM   7      SENSITIVITY?

10:59AM   8      A.   YES.

10:59AM   9      Q.   IS THIS A FEATURE OF THE SYSTEM THAT IS BEING EXPLAINED TO

11:00AM   10     YOU BY DR. GIBBONS AT THIS TIME?

11:00AM   11     A.   YES.

11:00AM   12     Q.   AND WHAT DOES HIGH SENSITIVITY MEAN TO YOUR UNDERSTANDING?

11:00AM   13     A.   IT MEANS THAT IF SOMETHING IS PRESENT IN THE BLOOD AT A

11:00AM   14     REALLY, REALLY LOW CONCENTRATION, WE COULD MEASURE IT, AND WE

11:00AM   15     COULD DO THAT AT THIS REALLY LOW LEVEL OF 0.2 PICOGRAMS PER

11:00AM   16     MIL.

11:00AM   17     Q.   AND IF YOU GO DOWN A FEW MORE LINES, THERE'S A REFERENCE

11:00AM   18     TO FACTORY CALIBRATION.

11:00AM   19          DO YOU SEE THAT?

11:00AM   20     A.   I DO.

11:00AM   21     Q.   AND WHAT DOES FACTORY CALIBRATION MEAN?

11:00AM   22     A.   THIS IS TALKING ABOUT THE FACT THAT WE WERE BUILDING

11:00AM   23     DEVICES TO BE USED IN THE FIELD, AND ONE OF OUR INVENTIONS WAS

11:00AM   24     AROUND HOW WE WOULD CALIBRATE THOSE DEVICES TO BE THE SAME AS

11:00AM   25     EACH OTHER.

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7382

11:00AM  1      SO IF WE DEPLOYED A DEVICE IN ONE STATE AND ANOTHER DEVICE

11:01AM  2   IN THE OTHER STATE, THE DEVICES THEMSELVES WERE DESIGNED TO BE

11:01AM  3   EQUIVALENT.

11:01AM  4      AND THAT'S DIFFERENT THAN IF YOU MADE A BIG MACHINE FOR

11:01AM  5   THE TRADITIONAL LAB, GENERALLY THOSE DEVICES ARE NOT CALIBRATED

11:01AM  6   TO EACH OTHER, SO A BIG MACHINE IN A TRADITIONAL LAB IN

11:01AM  7   PALO ALTO MIGHT BE DIFFERENT THAN A BIG MACHINE IN A

11:01AM  8   TRADITIONAL LAB IN SAN FRANCISCO.

11:01AM  9   Q.   OKAY.  THE LAST ITEM REFERS TO PROPRIETARY ALGORITHMS.

11:01AM  10  WHY IS THAT BEING DESCRIBED AS A FEATURE OF THE THERANOS SYSTEM

11:01AM  11  DESIGN?

11:01AM  12  A.   ONE OF THE KEY PARTS OF OUR SYSTEM WAS THE SOFTWARE AND

11:01AM  13  THE DATA PART, AND WHAT WE WERE TRYING TO DO WAS HELP PEOPLE

11:01AM  14  UNDERSTAND WHERE THEY WERE HEADED WITH THEIR HEALTH BASED ON

11:01AM  15  THEIR LAB RESULTS, AND THAT'S WHAT THE ALGORITHM IS TALKING

11:01AM  16  ABOUT.

11:01AM  17  Q.   OKAY.  LET ME ASK YOU TO MOVE TOWARDS THE END OF THIS

11:02AM  18  PRESENTATION TO PAGE 14, A PAGE THAT IS LABELLED CONCLUSIONS.

11:02AM  19      MAYBE WE CAN BRING IT UP HERE.

11:02AM  20      I'D LIKE YOU TO JUST TAKE US THROUGH THE BULLET POINTS ON

11:02AM  21  EXHIBIT 15022, AND HELP US UNDERSTAND THE CONCLUSIONS THAT WERE

11:02AM  22  BEING PRESENTED TO YOU AT THIS TIME.

11:02AM  23      DID, DID YOU -- WERE YOU PRESENTED WITH THE CONCLUSION

11:02AM  24  THAT PERFORMANCE DESIGN GOALS OF THE SYSTEM HAVE BEEN

11:02AM  25  DEMONSTRATED?

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7383

11:02AM   1    A.   YES.

11:02AM   2    Q.   AND WHAT DID THAT MEAN?

11:02AM   3    A.   THAT MEANT THAT THOSE DESIGN FEATURES THAT WE WERE TALKING

11:02AM   4    ABOUT ON THE EARLIER PAGE HAD BEEN DEMONSTRATED.

11:02AM   5    Q.   OKAY.  THE SECOND BULLET POINT SAYS, "THE SYSTEM IS NOW IN

11:02AM   6    CLINICAL EVALUATION."

11:02AM   7         THIS IS AS OF 2008 IN THE MIDDLE OF THE YEAR.  WHAT DID

11:03AM   8    THAT MEAN?

11:03AM   9    A.   THAT MEANT THAT WE HAD SHIPPED THE SYSTEM TO SEVERAL

11:03AM  10    DIFFERENT SITES TO BE USED IN CLINICAL PROGRAMS FOR EVALUATION.

11:03AM  11    Q.   OKAY.  AND YOU WERE TOLD THAT THE CLINICAL EVALUATION

11:03AM  12    RESULTS HAD BEEN EXCELLENT; IS THAT RIGHT?

11:03AM  13    A.   I WAS.

11:03AM  14    Q.   AND THEN THE LAST ENTRY REFERS TO THE SCALE-UP AND GMP

11:03AM  15    DOCUMENTATION AND 510K SUBMISSIONS ARE IN HAND.

11:03AM  16         LET ME BREAK THAT DOWN A LITTLE BIT.

11:03AM  17         WHAT DOES SCALE-UP MEAN?

11:03AM  18    A.   SCALE-UP MEANS GROWING, MAKING MORE OF THESE DEVICES,

11:03AM  19    CARTRIDGES, CHEMISTRY, AND GETTING THE SOFTWARE SYSTEM REALLY

11:03AM  20    ROBUST.

11:03AM  21    Q.   AND THEN THERE'S A REFERENCE TO GMP DOCUMENTATION.

11:03AM  22         WHAT DOES THAT MEAN?

11:03AM  23    A.   THAT IS THE DOCUMENTATION THAT IS USED FOR MANUFACTURING

11:03AM  24    TO ENSURE THAT WE'RE MAKING THE DEVICES THE RIGHT WAY AND THAT

11:04AM  25    WE HAVE GOOD QUALITY SYSTEMS OVERSEEING THAT PROCESS.

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7384

11:04AM  1    Q.   OKAY.  AND THERE'S A REFERENCE TO 510K SUBMISSIONS.  WHAT

11:04AM  2    ARE 510K SUBMISSIONS?

11:04AM  3    A.   FDA SUBMISSIONS.

11:04AM  4    Q.   OKAY.  WHAT, IF ANYTHING, DID YOU TAKE AWAY FROM

11:04AM  5    DR. GIBBONS'S PRESENTATION?

11:04AM  6    A.   I TOOK AWAY THAT WE WERE HITTING THE DESIGN GOALS FOR THIS

11:04AM  7    SYSTEM AND THAT THE SYSTEM WAS PERFORMING IN A WAY THAT WAS

11:04AM  8    EXCELLENT IN CLINICAL SITES.

11:04AM  9    Q.   AND IN 2008 AND 2009, DID THERANOS MAKE EFFORTS TO TRY TO

11:04AM  10   USE ITS 3.0 SYSTEM IN CONNECTION WITH OPPORTUNITIES IN

11:04AM  11   CONNECTION WITH THE DEPARTMENT OF DEFENSE?

11:04AM  12   A.   YES.

11:04AM  13   Q.   AND DID IT ATTEMPT TO USE ITS 3.0 DEVICE IN CONNECTION

11:04AM  14   WITH RESEARCH STUDIES AT STANFORD UNIVERSITY?

11:04AM  15   A.   WE DID.

11:04AM  16   Q.   AND DID, DID THERANOS USE ITS 3.0 DEVICE TO WORK WITH

11:05AM  17   PHARMACEUTICAL COMPANIES IN THAT PERIOD?

11:05AM  18   A.   YES.

11:05AM  19   Q.   LET'S START WITH THE DEPARTMENT OF DEFENSE.

11:05AM  20        WHAT PROGRAMS DID THERANOS ATTEMPT TO PARTNER WITH THE

11:05AM  21   DEPARTMENT OF DEFENSE ON IN 2008 AND 2009?

11:05AM  22   A.   THERE WERE SEVERAL.  ONE WAS SEEING WHETHER THERE WERE

11:05AM  23   MARKERS IN THE BLOOD THAT COULD PREDICT PTSD.  ANOTHER WAS

11:05AM  24   ASSOCIATED WITH DIABETES MANAGEMENT.  ANOTHER WAS DEALING WITH

11:05AM  25   INFECTION IN TRAUMA PATIENTS AND SEEING IF YOU COULD BETTER

HOLMES DIRECT BY MR. DOWNEY (RES.)                    7385

11:05AM   1    PREDICT WHEN THAT INFECTION HIT THE BLOODSTREAM AND PEOPLE WERE

11:05AM   2    GOING TO GET REALLY SICK.

11:05AM   3    Q.   WELL, LET'S TAKE A STEP BACK.

11:05AM   4         WHAT PART OF DOD DID THERANOS ATTEMPT TO PARTNER WITH TO

11:05AM   5    PERFORM THE RESEARCH THAT YOU'VE JUST DESCRIBED?

11:05AM   6    A.   AN ORGANIZATION CALLED TATRC.

11:06AM   7    Q.   AND IN CONNECTION WITH THE PROGRAMS THAT YOU'VE JUST

11:06AM   8    DESCRIBED, WERE THEY TO BE RESEARCH STUDIES IN CONNECTION WITH

11:06AM   9    TATRC?

11:06AM   10   A.   YES.

11:06AM   11   Q.   AND CAN YOU, CAN YOU SPELL TATRC?

11:06AM   12   A.   T-A -- I'M SORRY.  T-A-T-R-C.

11:06AM   13   Q.   WAS THERANOS SUCCESSFUL IN FORMING A PARTNERSHIP WITH

11:06AM   14   TATRC IN 2008 AND 2009?

11:06AM   15   A.   NO.

11:06AM   16   Q.   DID YOU MET ANY PERSONNEL FROM THE DEPARTMENT OF DEFENSE

11:06AM   17   WITH WHOM THERANOS WOULD LATER WORK IN CONNECTION WITH THOSE

11:06AM   18   EFFORTS TO PARTNER IN 2008 AND 2009?

11:06AM   19   A.   YES.

11:06AM   20   Q.   WHO DID YOU MEET?

11:06AM   21   A.   WE MET COLONEL CHUNG AT THE INSTITUTE FOR SURGICAL

11:06AM   22   RESEARCH FOR THE ARMY.

11:06AM   23   Q.   AND WHO WAS COLONEL CHUNG?

11:07AM   24   A.   HE WAS A PHYSICIAN WHO WAS OVERSEEING A NUMBER OF RESEARCH

11:07AM   25   PROGRAMS IN TEXAS.

HOLMES DIRECT BY MR. DOWNEY (RES.)                            7386

| | | |
|---|---|---|
| 11:07AM | 1 | Q.   AND DID THERANOS PARTNER WITH RESEARCHERS AT STANFORD |
| 11:07AM | 2 | UNIVERSITY TO PERFORM A STUDY ON SEPSIS IN 2008 AND 2009? |
| 11:07AM | 3 | A.   YES. |
| 11:07AM | 4 | Q.   LET ME SHOW YOU EXHIBIT 12065. |
| 11:07AM | 5 | A.   OKAY. |
| 11:07AM | 6 | Q.   CAN YOU IDENTIFY 12065? |
| 11:07AM | 7 | A.   YES.  THIS IS ANOTHER UPDATE FROM DR. GIBBONS ABOUT THE |
| 11:08AM | 8 | PERFORMANCE OF OUR TECHNOLOGY IN CLINICAL STUDIES. |
| 11:08AM | 9 | Q.   AND WAS THIS PRESENTATION GIVEN AROUND JUNE OF 2008? |
| 11:08AM | 10 | A.   YES. |
| 11:08AM | 11 | Q.   LET ME ASK YOU TO LOOK AT THE SECOND PAGE OF THE EXHIBIT. |
| 11:08AM | 12 | WELL, IT MIGHT BE EASIER TO DO ON THE SCREEN. |
| 11:08AM | 13 | YOUR HONOR, CAN WE ADMIT EXHIBIT 12065? |
| 11:08AM | 14 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 11:08AM | 15 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:08AM | 16 | (DEFENDANT'S EXHIBIT 12065 WAS RECEIVED IN EVIDENCE.) |
| 11:08AM | 17 | BY MR. DOWNEY: |
| 11:08AM | 18 | Q.   LET ME ASK YOU TO GO TO THE SECOND AND THIRD PAGES. |
| 11:08AM | 19 | SO THIS IS A REPORT ON THERANOS CLINICAL STUDY? |
| 11:08AM | 20 | A.   YES. |
| 11:08AM | 21 | Q.   AND IF YOU GO TO THE NEXT PAGE, THERE'S A REFERENCE TO THE |
| 11:08AM | 22 | STANFORD AML STUDY. |
| 11:08AM | 23 | WHAT IS THAT A REFERENCE TO? |
| 11:09AM | 24 | A.   THAT IS A STUDY WE WERE RUNNING WITH STANFORD ON AML |
| 11:09AM | 25 | PATIENTS.  THESE ARE CANCER PATIENTS. |

HOLMES DIRECT BY MR. DOWNEY (RES.)                         7387

11:09AM   1    Q.   OKAY.  AND LET ME ASK YOU TO LOOK AT THE SEVENTH PAGE OF

11:09AM   2    THE EXHIBIT, AND DO YOU SEE WHERE IT'S LABELLED "STUDY DESIGN"

11:09AM   3    ON PAGE 6 OF THE SLIDE, PAGE 7 OF THE EXHIBIT?

11:09AM   4    A.   YES.

11:09AM   5    Q.   AND IS THIS A DESCRIPTION OF, OF THE STEPS THAT WERE TAKEN

11:09AM   6    IN CONNECTION WITH THE STUDY?

11:09AM   7    A.   IT IS.

11:09AM   8    Q.   AND CAN YOU, CAN YOU TELL US HOW THE STUDY WAS DESIGNED TO

11:09AM   9    WORK?

11:09AM   10   A.   THE STUDY WAS DESIGNED SUCH THAT SAMPLES THAT WERE

11:09AM   11   COLLECTED FROM THESE PATIENTS WERE SHIPPED TO THERANOS AND RUN

11:09AM   12   ON THERANOS DEVICES, AND DATA WAS PROVIDED BACK TO STANFORD.

11:09AM   13   Q.   AND THERE'S A REFERENCE TO CLINICAL INFORMATION BEING

11:10AM   14   COLLECTED AT THE BOTTOM OF THE PAGE.

11:10AM   15        DO YOU SEE THAT?

11:10AM   16   A.   I DO.

11:10AM   17   Q.   AND CAN YOU JUST GIVE US A SENSE OF THE CLINICAL

11:10AM   18   CONDITIONS THAT WERE BEING STUDIED AND WHY IT WAS IMPORTANT TO

11:10AM   19   STUDY THEM?

11:10AM   20   A.   YES.  THESE PATIENTS WERE VERY SICK AND THEIR IMMUNE

11:10AM   21   SYSTEMS WEREN'T WORKING WELL ANYMORE, AND SO THERE WAS A REALLY

11:10AM   22   HIGH RISK THAT THEY COULD GET INFECTED.

11:10AM   23        WE WERE MEASURING THEIR BLOOD TRYING TO PREDICT WHEN THAT

11:10AM   24   WOULD HAPPEN SO THAT THEY COULD GET ANTIBIOTIC OR OTHER

11:10AM   25   TREATMENT EARLIER IN THE FUTURE IF TESTS LIKE THIS COULD BE

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7388

| | | |
|---|---|---|
| 11:10AM | 1 | MADE AVAILABLE. |
| 11:10AM | 2 | Q.   OKAY.  LET ME ASK YOU TO LOOK AT PAGE 23, SLIDE 22. |
| 11:10AM | 3 | AND ARE THESE THE CONCLUSIONS OF THE STUDY? |
| 11:11AM | 4 | A.   YES. |
| 11:11AM | 5 | Q.   IF YOU'LL LOOK AT THE FIRST BULLET POINT, IT SAYS, "VERY |
| 11:11AM | 6 | CLEAR PATTERNS OF DISEASE PROGRESSION, REMISSION AND EFFECTS OF |
| 11:11AM | 7 | THERAPIES ARE APPARENT." |
| 11:11AM | 8 | CAN YOU EXPLAIN WHAT THAT MEANS? |
| 11:11AM | 9 | A.   YES.  WHAT DR. GIBBONS IS SAYING IS THAT BASED ON THE |
| 11:11AM | 10 | FREQUENCY OF SAMPLES THAT WE COULD GET, WE'RE ACTUALLY SEEING |
| 11:11AM | 11 | PATTERNS THAT SHOW THE DISEASE PROGRESSING, SHOW IT REGRESSING, |
| 11:11AM | 12 | AND SHOW HOW THERAPIES ARE WORKING ON PATIENTS. |
| 11:11AM | 13 | Q.   AND IF YOU'LL LOOK AT THE SECOND BULLET POINT, WHICH |
| 11:11AM | 14 | BEGINS "GOOD CORRELATIONS," CAN YOU EXPLAIN THAT? |
| 11:11AM | 15 | A.   YES.  HE'S SAYING THAT THESE TRENDS IN THE BLOOD DATA ARE |
| 11:11AM | 16 | CORRELATING WITH WHAT IS ACTUALLY HAPPENING TO THE PATIENTS. |
| 11:11AM | 17 | Q.   OKAY.  AND IF YOU GO -- SKIP THE NEXT BULLET POINT. |
| 11:11AM | 18 | THERE'S A REFERENCE IN THE FOURTH BULLET POINT TO ASSAY RESULTS |
| 11:12AM | 19 | AND IT MENTIONS HOW PRECISE THEY ARE. |
| 11:12AM | 20 | TELL US THE SIGNIFICANCE OF THAT FROM YOUR PERSPECTIVE AT |
| 11:12AM | 21 | THIS TIME. |
| 11:12AM | 22 | A.   IT MEANT OUR SYSTEM WAS WORKING WELL. |
| 11:12AM | 23 | Q.   AND, AND WHEN IT SAYS ASSAY RESULTS HAVE BEEN PRECISE, |
| 11:12AM | 24 | WHAT EXACTLY DID IT MEAN? |
| 11:12AM | 25 | A.   IT MEANT THAT OUR SCIENTISTS WERE LOOKING AT THE DATA FROM |

HOLMES DIRECT BY MR. DOWNEY (RES.)                           7389

11:12AM  1   THE STUDY AND EVALUATING HOW PRECISE THEY WERE TO ASSESS HOW

11:12AM  2   GOOD THE SYSTEM WAS.

11:12AM  3   Q.   OKAY.  AT THIS TIME IT LOOKS LIKE FROM THIS PRESENTATION

11:12AM  4   THE STUDY WAS ABOUT TWO-THIRDS COMPLETE; IS THAT RIGHT?

11:12AM  5   A.   YES.

11:12AM  6   Q.   AND WAS THE STUDY CONCLUDED?

11:12AM  7   A.   YES.

11:12AM  8   Q.   AND WERE THE RESULTS OF THE STUDY ULTIMATELY PUBLISHED IN

11:12AM  9   A CLINICAL JOURNAL?

11:12AM  10  A.   YES.

11:12AM  11  Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15002.

11:12AM  12       AND I'LL ASK IF YOU CAN IDENTIFY THAT?

11:12AM  13  A.   YES.  THIS IS THE PEER REVIEWED PAPER PUBLISHING THE

11:13AM  14  RESULTS OF THE STUDY.

11:13AM  15  Q.   OKAY.  AND IF YOU WOULD LOOK AT THE SECOND PAGE OF THAT

11:13AM  16  EXHIBIT, I'M SORRY, THE FIRST PAGE OF THAT EXHIBIT.

11:13AM  17       DO YOU SEE IN THE MIDDLE COLUMN THE REFERENCE TO JUST THE

11:13AM  18  SENTENCE, WITHOUT DESCRIBING IT, IT SAYS A COMMON LIMITATION?

11:13AM  19  A.   YES.

11:13AM  20            MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:13AM  21  15002.

11:13AM  22            MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:13AM  23            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:13AM  24       (DEFENDANT'S EXHIBIT 15002 WAS RECEIVED IN EVIDENCE.)

11:14AM  25            MR. DOWNEY:  AND LET ME ASK TO DISPLAY THE LANGUAGE

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7390

11:14AM  1    IN THE MIDDLE COLUMN THAT SAYS "A COMMON LIMITATION."

11:14AM  2    Q.   DO YOU SEE A REFERENCE THERE TO THE LOW FREQUENCY OF

11:14AM  3    MEASUREMENT?

11:14AM  4    A.   YES.

11:14AM  5    Q.   WHAT DOES LOW FREQUENCY OF MEASUREMENT REFER TO IN THIS

11:14AM  6    ARTICLE?

11:14AM  7    A.   IT MEANS THAT IF YOU CAN'T TAKE A LOT OF BLOOD OUT OF

11:14AM  8    SOMEONE, AND THEREFORE, YOU DON'T GET A LOT OF SAMPLES OVER

11:14AM  9    TIME, YOU, YOU DON'T HAVE A TIME SERIES.

11:14AM  10   Q.   AND IN PART, WAS THIS STUDY DESIGNED TO SEE WHAT EFFECT

11:14AM  11   THERANOS'S ABILITY TO TAKE SMALL SAMPLES WOULD HAVE ON THE

11:14AM  12   ABILITY TO GET MEASUREMENTS?

11:14AM  13   A.   YES.

11:14AM  14   Q.   AND WHAT WERE THE RESULTS OF THE STUDY IN TERMS OF WHAT

11:14AM  15   THE EFFECTS WERE OF EARLIER INTERVENTION ON PATIENTS WHO WERE

11:15AM  16   AT RISK OF INFECTION?

11:15AM  17   A.   THE STUDY SHOWED SOME PRELIMINARY TRENDS INDICATING THAT

11:15AM  18   IF YOU COULD TAKE SAMPLES FREQUENTLY, YOU MIGHT ACTUALLY BE

11:15AM  19   ABLE TO PREDICT SEPSIS USING THESE KIND OF MARKERS.  BUT THERE

11:15AM  20   WAS A VERY SMALL NUMBER OF PEOPLE IN THE STUDY, AND MORE

11:15AM  21   STUDIES WERE NEEDED.

11:15AM  22   Q.   DID THE STUDY REACH ANY CONCLUSIONS WITH REGARD TO THE

11:15AM  23   QUALITY OF THERANOS'S TECHNOLOGY?

11:15AM  24   A.   I'M, I'M NOT SURE.

11:15AM  25   Q.   OKAY.

| | | |
|---|---|---|
| 11:15AM | 1 | A.   I THINK SO, YES. |
| 11:15AM | 2 | Q.   BUT YOU'RE NOT CERTAIN AT THIS STAGE MANY YEARS LATER? |
| 11:15AM | 3 | A.   I REMEMBER DR. GIBBONS TALKING ABOUT THE FACT THAT THE |
| 11:15AM | 4 | RESULTS WERE PRECISE, BUT I'M NOT SURE WHAT WAS IN THIS PAPER. |
| 11:15AM | 5 | Q.   OKAY.  FAIR ENOUGH. |
| 11:15AM | 6 | MR. LEACH:  YOUR HONOR. |
| 11:15AM | 7 | THE COURT:  EXCUSE ME, MR. DOWNEY. |
| 11:15AM | 8 | MR. LEACH:  HEARSAY.  I DON'T MIND THAT LAST ANSWER |
| 11:16AM | 9 | COMING IN FOR THE STATE OF MIND, BUT TALKING ABOUT WHAT |
| 11:16AM | 10 | DR. GIBBONS THOUGHT IS HEARSAY. |
| 11:16AM | 11 | MR. DOWNEY:  I THINK IT CERTAINLY GOES TO STATE OF |
| 11:16AM | 12 | MIND. |
| 11:16AM | 13 | THE COURT:  IT'S ADMITTED.  THAT'S FINE. |
| 11:16AM | 14 | YOU CAN ASK ANOTHER QUESTION. |
| 11:16AM | 15 | BY MR. DOWNEY: |
| 11:16AM | 16 | Q.   IN ADDITION TO THE DEPARTMENT OF DEFENSE AND TO WHAT WE'VE |
| 11:16AM | 17 | BEEN TALKING ABOUT WITH REGARD TO ACADEMIC RESEARCH STUDIES, |
| 11:16AM | 18 | DID THERANOS BEGIN TO PARTNER WITH A LARGE NUMBER OF |
| 11:16AM | 19 | PHARMACEUTICAL COMPANIES IN 2008 AND 2009? |
| 11:16AM | 20 | A.   YES. |
| 11:16AM | 21 | Q.   LET ME SHOW YOU EXHIBIT 7742. |
| 11:16AM | 22 | DO YOU RECOGNIZE EXHIBIT 7742? |
| 11:16AM | 23 | A.   I DO. |
| 11:16AM | 24 | Q.   AND WHAT IS 7742? |
| 11:17AM | 25 | A.   IT WAS ONE OF THE UPDATES THAT I GOT ON THE STUDIES THAT |

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7392

11:17AM   1     THERANOS HAD COMPLETED AT THAT POINT IN TIME.

11:17AM   2     Q.   AND WERE THESE SPECIFICALLY STUDIES RELATED TO

11:17AM   3     PHARMACEUTICAL COMPANIES' WORK?

11:17AM   4     A.   YES.

11:17AM   5          MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:17AM   6     7742.

11:17AM   7          MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:17AM   8          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:17AM   9     (DEFENDANT'S EXHIBIT 7742 WAS RECEIVED IN EVIDENCE.)

11:17AM   10    BY MR. DOWNEY:

11:17AM   11    Q.   LET'S LOOK AT THE TOP OF THE EMAIL.  IT SEEMS TO BE

11:17AM   12    THERE'S AN EMAIL EXCHANGE THAT -- WHERE YOU'RE THE ADDRESSEE

11:17AM   13    AND IT'S SENT BY STEFAN HRISTU.  WHO WAS STEFAN HRISTU?

11:17AM   14    A.   STEFAN WAS IN THE TEAM WE CALLED CLIENT SOLUTIONS, WHICH

11:17AM   15    DID PRODUCT AND PRODUCT MANAGEMENT.

11:17AM   16    Q.   AND IT'S COPIED TO A PERSON NAMED CAROLYN BALKENHOL.  WHO

11:17AM   17    WAS CAROLYN BALKENHOL?

11:17AM   18    A.   CAROLYN BALKENHOL WAS MY ASSISTANT AND WORKED WITH ME ON A

11:17AM   19    NUMBER OF PROJECTS.

11:17AM   20    Q.   AND IF YOU GO TO THE NEXT PAGE, THERE'S A QUESTION, WHICH

11:18AM   21    IS, "WHERE IN THE WORLD IS THERANOS?"

11:18AM   22          AND IF YOU GO TO THE PAGE AFTER THAT, THERE APPEARS TO BE

11:18AM   23    A, WHAT IS LABELLED AS A "GEOGRAPHY TO DATE."

11:18AM   24          CAN YOU EXPLAIN THE QUESTION AND THE ANSWER THAT ARE IN

11:18AM   25    THESE SLIDES IN EXHIBIT 7742?

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7393

11:18AM  1    A.   YES.  THIS IS A MAP OF ALL OF THE PLACES THAT THERANOS

11:18AM  2    SYSTEMS HAD BEEN SHIPPED FOR USE IN CLINICAL STUDIES.

11:18AM  3    Q.   OKAY.  AND THEN LET'S GO TO THE NEXT PAGE.

11:18AM  4         BY THE WAY, WITH RESPECT TO MR. HRISTU'S TRANSMISSION OF

11:18AM  5    THIS TO YOU IN 2009, DO YOU KNOW IF THIS WAS DONE IN CONNECTION

11:18AM  6    WITH A PRESENTATION THAT YOU WERE GOING TO MAKE OR FOR ANY

11:18AM  7    OTHER PURPOSE?

11:18AM  8    A.   IT LIKELY WOULD BE.  I WOULD ASK FOR UPDATES ON OUR WORK

11:19AM  9    BEFORE I WOULD GO INTO MEETINGS WHERE I WAS GIVING

11:19AM 10    PRESENTATIONS.

11:19AM 11    Q.   OKAY.  LET'S LOOK AT THE SLIDE NUMBER 3, WHICH IS LABELLED

11:19AM 12    "COMPLETED SUCCESSES."

11:19AM 13         CAN YOU EXPLAIN THIS SLIDE TO US?

11:19AM 14    A.   YES.  THIS IS A LIST OF THE SUCCESSES THAT THE TEAM WAS

11:19AM 15    HIGHLIGHTING FOR ME WITH STUDIES WITH DIFFERENT PHARMACEUTICAL

11:19AM 16    COMPANIES AND THE STANDARD STUDY WE TALKED ABOUT, ANOTHER STUDY

11:19AM 17    AT THE MAYO CLINIC.

11:19AM 18    Q.   OKAY.  AND OTHER THAN THE REFERENCE TO STANFORD AND

11:19AM 19    MAYO CLINIC, ARE THE OTHER, ARE THE OTHER ITEMS LISTED, ARE

11:19AM 20    THESE ALL OF THE NAMES OF LARGE PHARMACEUTICAL COMPANIES?

11:19AM 21    A.   THEY ARE.

11:19AM 22    Q.   AND IS THIS GIVING A REPORT ON, ON THE STATUS OF THOSE AS

11:19AM 23    BEING COMPLETED?

11:19AM 24    A.   YES.

11:19AM 25    Q.   OKAY.  AND THE TERM "SUCCESSES" IS USED.  TO YOUR MIND,

UNITED STATES COURT REPORTERS

**ER-10950**

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7394

11:20AM   1    WHAT WAS A SUCCESS IN AN ENGAGEMENT WITH A PHARMACEUTICAL

11:20AM   2    COMPANY IN 2008 OR 2009?

11:20AM   3    A.   A SUCCESS WAS THAT WE HAD SUCCESSFULLY ACHIEVED THE

11:20AM   4    OBJECTIVES OF THE PROGRAM.

11:20AM   5    Q.   OKAY.  LET ME ASK YOU TO LOOK AT THE NEXT PAGE.

11:20AM   6         AND THIS PAGE IS LABELLED "ONGOING."

11:20AM   7         AND IT LISTS A NUMBER OF ITEMS THEREUNDER.  WHAT IS THIS

11:20AM   8    SLIDE REPORTING ON?

11:20AM   9    A.   THESE STUDIES AT THIS TIME WERE LIVE, SO THE STUDIES WERE

11:20AM   10   STILL ONGOING.

11:20AM   11   Q.   AND IF YOU GO BACK TO -- AND THE STUDIES THAT ARE

11:20AM   12   REFERENCED HERE, ARE THEY BEING DONE IN CONNECTION WITH

11:20AM   13   PHARMACEUTICAL COMPANIES?

11:20AM   14   A.   YES.

11:20AM   15   Q.   AND IS THE MAYO CLINIC REFERENCE TO A RESEARCH AND

11:21AM   16   TREATMENT CENTER?

11:21AM   17   A.   YES, THAT WAS WORK THAT WE WERE ALSO DOING IN CONJUNCTION

11:21AM   18   WITH A PHARMACEUTICAL COMPANY.

11:21AM   19   Q.   OKAY.  ALL RIGHT.  LET ME ASK YOU TO GO BACK TO THE PRIOR

11:21AM   20   SLIDE OF "COMPLETED SUCCESSES."

11:21AM   21        AND DO YOU SEE THAT THE FIRST REFERENCE THERE IS TO

11:21AM   22   NOVARTIS?

11:21AM   23   A.   YES.

11:21AM   24   Q.   NOW, WE TALKED ON FRIDAY ABOUT THE DEMONSTRATION THAT YOU

11:21AM   25   HAD DONE AT NOVARTIS IN 2016, AND WE TALKED ABOUT THE PRODUCT

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7395

| | | |
|---|---|---|
| 11:21AM | 1 | DEVELOPING AFTER THAT POINT. |
| 11:21AM | 2 | DID YOU ULTIMATELY DO SOME FORM OF STUDY OR PARTNERSHIP |
| 11:21AM | 3 | WITH NOVARTIS? |
| 11:21AM | 4 | A.  WE DID. |
| 11:21AM | 5 | Q.  AND WHAT DID YOU DO IN CONNECTION WITH THAT WORK WITH |
| 11:21AM | 6 | NOVARTIS? |
| 11:21AM | 7 | A.  THIS STUDY HERE WAS A STUDY TESTING MARKERS OF |
| 11:21AM | 8 | INFLAMMATION AND LOOKING AT THOSE MARKERS IN CLINICAL PATIENTS |
| 11:21AM | 9 | WHO HAD SOME TYPE OF BONE DISORDER. |
| 11:22AM | 10 | Q.  AND DID YOU DO OTHER WORK IN CONNECTION WITH NOVARTIS? |
| 11:22AM | 11 | A.  YES. |
| 11:22AM | 12 | Q.  LET ME SHOW YOU EXHIBIT 15040. |
| 11:22AM | 13 | A.  OKAY. |
| 11:22AM | 14 | Q.  IS THIS AN EMAIL BETWEEN YOU AND AN INDIVIDUAL AT |
| 11:22AM | 15 | NOVARTIS? |
| 11:22AM | 16 | A.  YES. |
| 11:22AM | 17 | MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 15040. |
| 11:22AM | 18 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 11:22AM | 19 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:22AM | 20 | (DEFENDANT'S EXHIBIT 15040 WAS RECEIVED IN EVIDENCE.) |
| 11:23AM | 21 | BY MR. DOWNEY: |
| 11:23AM | 22 | Q.  IF YOU'D LOOK AT THE TOP EMAIL, THIS APPEARS TO BE AN |
| 11:23AM | 23 | EMAIL FROM YOU TO AN IVAN BOTTOLI? |
| 11:23AM | 24 | A.  YES. |
| 11:23AM | 25 | Q.  AND IS THAT B-O-T-T-O-L-I? |

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7396

11:23AM   1      A.   YES.

11:23AM   2      Q.   AND HE WORKED AT NOVARTIS?

11:23AM   3      A.   HE DID.

11:23AM   4      Q.   AND IF YOU GO DOWN TO THE EMAIL, YOU ARE REFERENCING THAT

11:23AM   5      YOU ARE ATTACHING A COMPLETED VALIDATION STUDY REPORT SHOWING

11:23AM   6      THERANOS'S ABILITY TO RUN A MULTIPLEXED CARTRIDGE, AND IT GOES

11:23AM   7      ON TO DESCRIBE THE TESTS AND SO FORTH.

11:23AM   8           IS THIS THE WORK IN CONNECTION WITH ONE OF THE PROJECTS

11:23AM   9      THAT YOU'VE JUST DESCRIBED?

11:23AM   10     A.   IT IS.

11:23AM   11     Q.   AND WHY WERE YOU FORWARDING A VALIDATION STUDY REPORT TO

11:23AM   12     MR. BOTTOLI AT THIS TIME?

11:23AM   13     A.   I'M JUST LOOKING AT THE EMAIL.

11:24AM   14          IT LOOKS LIKE THERANOS HAD COMPLETED THE VALIDATION AND

11:24AM   15     WAS SENDING IT -- I WAS SENDING IT TO DR. BOTTOLI FOR HIS

11:24AM   16     REVIEW.

11:24AM   17     Q.   OKAY.  AND DID THERANOS'S PARTNERSHIP WITH NOVARTIS IN

11:24AM   18     SOME INSTANCES LEAD TO THERANOS DEVICES BEING DEPLOYED FOR

11:24AM   19     EVALUATION IN EUROPE?

11:24AM   20     A.   IT DID.

11:24AM   21     Q.   OKAY.  AND WERE REFERENCE ASSAYS USED IN CONNECTION WITH

11:24AM   22     THOSE STUDIES?

11:24AM   23     A.   YES.

11:24AM   24     Q.   AND CAN YOU EXPLAIN WHAT REFERENCE ASSAYS WERE TO THE

11:24AM   25     JURY?

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7397

11:24AM  1    A.   REFERENCE ASSAYS IS JUST REFERRING TO TRADITIONAL ASSAYS

11:24AM  2    THAT WERE RUN IN A CLINICAL LAB THE WAY THEY'RE NORMALLY RUN.

11:24AM  3    Q.   AND WERE THERANOS ASSAYS RUN AT THE SAME TIME?

11:24AM  4    A.   YES.

11:24AM  5    Q.   AND WAS THE POINT OF DOING BOTH TO COMPARE THE RESULTS

11:24AM  6    FROM EACH?

11:24AM  7    A.   YES.

11:24AM  8    Q.   AND WHAT DO YOU RECALL ABOUT HOW THERANOS'S PERFORMANCE

11:25AM  9    COMPARED TO THE REFERENCE ASSAY IN CONNECTION WITH THAT

11:25AM  10   DEPLOYMENT TO EUROPE?

11:25AM  11   A.   I REMEMBER IT BEING REALLY GOOD.

11:25AM  12   Q.   OKAY.  IF YOU GO BACK TO EXHIBIT 7742, AND WE LOOK AT THE

11:25AM  13   THIRD PAGE OF THAT EXHIBIT.

11:25AM  14       DO YOU SEE THE LAST TWO ENTRIES REFER TO ASTRAZENECA?

11:25AM  15   A.   YES.

11:25AM  16   Q.   AND ASTRAZENECA IS A -- WE LOOKED AT A DOCUMENT FRIDAY

11:25AM  17   WHERE A CONTRACT HAD BEEN SIGNED BETWEEN THERANOS AND

11:26AM  18   ASTRAZENECA.

11:26AM  19       DO YOU RECALL THAT?

11:26AM  20   A.   I THINK SO.

11:26AM  21   Q.   WELL, LET ME ASK YOU TO LOOK QUICKLY AT EXHIBIT 7753.

11:26AM  22   A.   OKAY.

11:26AM  23   Q.   AND I'LL JUST ASK YOU, IS THIS AN AGREEMENT BETWEEN

11:26AM  24   THERANOS AND ASTRAZENECA RELATED TO WORK WITH THERANOS

11:26AM  25   TECHNOLOGY?

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7398

11:26AM  1    A.   YES.

11:26AM  2    Q.   AND IF YOU COULD JUST TAKE A MOMENT TO LOOK AT PAGE 185 OF

11:26AM  3    THAT EXHIBIT.  IT'S BATES LABEL 5903.

11:27AM  4         AND IF YOU CAN BLOW UP THE BOTTOM HALF OF THAT PAGE.

11:27AM  5         IS THIS -- DO YOU SEE AT THE TOP IT SAYS, "ASTRAZENECA IS

11:27AM  6    VALIDATING THE THERANOS SYSTEM BY UTILIZING CARTRIDGES DESIGNED

11:27AM  7    TO RUN MULTIPLEXED ASSAYS"?

11:27AM  8    A.   YES.

11:27AM  9    Q.   IS THAT WHAT THE PURPOSE OF THIS CONTRACT WAS?

11:27AM 10    A.   YES.

11:27AM 11    Q.   AND DID THE, DID THE STUDY THAT IS DESCRIBED IN THIS

11:27AM 12    CONTRACT, DID THAT ACTUALLY PROCEED BETWEEN THERANOS AND

11:27AM 13    ASTRAZENECA?

11:27AM 14    A.   IT DID.

11:27AM 15    Q.   OKAY.  LET'S LOOK DOWN AT THE LAST SENTENCE OF THAT SAME

11:27AM 16    FIRST PARAGRAPH.

11:27AM 17         IT SAYS, "THE THERANOS SYSTEM WILL BE INCORPORATED INTO A

11:27AM 18    CLINICAL TRIAL UTILIZING ONCOLOGY SUBJECTS IN THE UK."

11:28AM 19         CAN YOU DESCRIBE WHAT THE ACTUAL USE OF THERANOS

11:28AM 20    TECHNOLOGY WAS TO BE IN THIS PARTICULAR STUDY?

11:28AM 21    A.   YES.  WE WORKED WITH THE ROYAL MARSDEN HOSPITAL IN THE UK

11:28AM 22    AND TESTING WAS DONE ON PATIENTS COMPARED TO A TRADITIONAL

11:28AM 23    CLINICAL LAB.

11:28AM 24         I THINK HERE SOME OF THE TESTING WAS DONE AT HOME, AND

11:28AM 25    SOME OF THE TESTING WAS DONE IN THE CLINIC.

HOLMES DIRECT BY MR. DOWNEY (RES.)                    7399

11:28AM  1    Q.   AND DID YOU UNDERSTAND THAT PART OF THE POINT OF THE STUDY

11:28AM  2    WAS TO VALIDATE THERANOS'S SYSTEM?

11:28AM  3    A.   I DID.

11:28AM  4    Q.   AND DID YOU UNDERSTAND THAT IF THERANOS WAS SUCCESSFUL IN

11:28AM  5    VALIDATING ITS SYSTEM AS PART OF THIS ASTRAZENECA PROJECT, THAT

11:28AM  6    IT WOULD BE ABLE TO PARTICIPATE IN CLINICAL TRIALS THAT

11:28AM  7    ASTRAZENECA WAS RUNNING ON DRUGS?

11:28AM  8    A.   YES.

11:28AM  9    Q.   AND CAN YOU, CAN YOU DESCRIBE FOR US HOW YOU UNDERSTOOD

11:28AM  10   THIS PROCESS OF VALIDATION WORKED AT PHARMACEUTICAL COMPANIES

11:29AM  11   AT THIS TIME AND HOW IT RELATED TO CLINICAL TRIALS AT THE

11:29AM  12   PHARMACEUTICAL COMPANIES?

11:29AM  13   A.   YES.  IT WAS DIFFERENT FOR EVERY COMPANY THAT WE WORKED

11:29AM  14   WITH, BUT ESSENTIALLY WITH A GIVEN GROUP, WE WOULD TEST THE

11:29AM  15   THERANOS TECHNOLOGY AGAINST SOME STANDARD, AND IF WE WERE ABLE

11:29AM  16   TO SUCCESSFUL HIT THAT STANDARD, THEN WE COULD RUN CLINICAL

11:29AM  17   STUDIES WITH THOSE PHARMACEUTICAL COMPANIES.

11:29AM  18   Q.   OKAY.  AND IN ADDITION TO DOING THAT WORK FOR

11:29AM  19   PHARMACEUTICAL COMPANIES, WAS THERANOS ALSO DEVELOPING ASSAYS

11:29AM  20   IN CONNECTION WITH THOSE STUDIES?

11:29AM  21   A.   WE DID.

11:29AM  22   Q.   AND DID YOU DO THAT FOR ASTRAZENECA?

11:29AM  23   A.   I THINK SO.

11:29AM  24   Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 195.

11:30AM  25   A.   OKAY.

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7400

11:30AM  1    Q.   AND IS THIS AN EMAIL EXCHANGE BETWEEN SOMEONE FROM

11:30AM  2    ASTRAZENECA AND YOU AND OTHERS AT THERANOS IN 2009?

11:30AM  3    A.   YES.

11:30AM  4              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:30AM  5    195.

11:30AM  6              MR. LEACH:  801, 802, YOUR HONOR.  IF IT'S OFFERED

11:30AM  7    FOR ANOTHER PURPOSE, THAT'S FINE.

11:30AM  8              MR. DOWNEY:  YOUR HONOR, IT'S OFFERED CERTAINLY TO

11:30AM  9    SHOW THE DEFENDANT'S STATE OF MIND AND INTENT, IF NOTHING ELSE.

11:30AM  10             THE COURT:  AS TO?  STATE OF MIND AS TO?

11:30AM  11             MR. DOWNEY:  AS TO WHAT HAS BEEN QUESTIONED IN THE

11:30AM  12   GOVERNMENT'S CASE, THE VALIDITY OF THE TECHNOLOGY.

11:30AM  13             THE COURT:  AS TO?  HER STATE OF MIND AS TO HER

11:31AM  14   OPINION OF HER TECHNOLOGY, THERANOS'S TECHNOLOGY.

11:31AM  15             MR. DOWNEY:  HER UNDERSTANDING OF THE TECHNOLOGY AS

11:31AM  16   OF THIS POINT IN TIME IN 2009.

11:31AM  17             THE COURT:  ALL RIGHT.  THANK YOU.

11:31AM  18        IT'S -- LADIES AND GENTLEMEN, THIS IS ADMITTED NOT FOR THE

11:31AM  19   TRUTH OF THE MATTER ASSERTED IN THE DOCUMENT THAT YOU'LL SEE,

11:31AM  20   BUT RATHER FOR THE LIMITED ISSUE OF THE STATE OF MIND OF

11:31AM  21   MS. HOLMES AS TO HER KNOWLEDGE OF THE TECHNOLOGY AT THIS POINT

11:31AM  22   IN TIME.

11:31AM  23        IT'S ADMITTED FOR THAT LIMITED PURPOSE, AND IT MAY BE

11:31AM  24   PUBLISHED.

11:31AM  25             (GOVERNMENT'S EXHIBIT 195 WAS RECEIVED IN EVIDENCE.)

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7401

11:31AM  1        BY MR. DOWNEY:

11:31AM  2        Q.   LET'S LOOK AT THE HEADER OF THE EMAIL, AND CAN YOU EXPLAIN

11:31AM  3        WHO THE PEOPLE ARE WHO ARE COPIED IN THE EMAIL FROM

11:31AM  4        ALASTAIR GREYSTOKE ON APRIL 8TH OF 2009?

11:31AM  5        A.   YES.   THEY ARE SCIENTIFIC AND CLINICAL EXECUTIVES AND

11:31AM  6        SCIENTISTS AT ASTRAZENECA.

11:32AM  7        Q.   THAT'S MS. DIVE AND MR. CLACK?

11:32AM  8        A.   OH, SORRY.   I WAS LOOKING AT THE TOP EMAIL.

11:32AM  9             MS. DIVE, I BELIEVE, RAN THE MANCHESTER PATTERSON

11:32AM 10        INSTITUTE FOR CANCER RESEARCH WHERE WE ALSO DID SOME WORK WITH

11:32AM 11        ASTRAZENECA.

11:32AM 12        Q.   OKAY.   AND THE EMAIL IS FROM DR. GREYSTOKE?

11:32AM 13        A.   YES.

11:32AM 14        Q.   AND WAS DR. GREYSTOKE ONE OF THE PRINCIPAL CONTACTS THAT

11:32AM 15        THERANOS HAD AT ASTRAZENECA?

11:32AM 16        A.   MY MEMORY IS HE WAS ONE OF THE SCIENTISTS THAT WE WORKED

11:32AM 17        WITH.

11:32AM 18        Q.   IF YOU LOOK AT THE BODY OF THE EMAIL, CAN YOU EXPLAIN TO

11:32AM 19        US WHAT DR. GREYSTOKE IS REPORTING IN CONNECTION WITH THE

11:32AM 20        ASTRAZENECA WORK THAT THERANOS DID?

11:32AM 21        A.   HE'S ASKING IF HE COULD PRESENT THE WORK THAT ASTRAZENECA

11:32AM 22        DID WITH THERANOS AT SOME TYPE OF CONFERENCE BECAUSE HE THINKS

11:33AM 23        THAT THE REPRODUCIBILITY DATA THAT WE SHOWED BETWEEN THE

11:33AM 24        THERANOS TEST AND THE TRADITIONAL TEST WAS REALLY WORTH

11:33AM 25        SHOWING.

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7402

11:33AM 1    Q.   WELL, WHEN YOU SAY REPRODUCIBILITY DATA, WHAT DOES THAT

11:33AM 2    MEAN?

11:33AM 3    A.   IT MEANS THAT WE WERE ABLE TO SHOW THAT THE THERANOS TEST

11:33AM 4    WAS VERY REPEATABLE IN WHOLE BLOOD AND THAT IT CORRELATED WELL

11:33AM 5    WITH THE TRADITIONAL TEST THAT WAS BEING USED BY THEIR LAB.

11:33AM 6    Q.   OKAY.  YOU CAN TAKE THAT DOWN.

11:33AM 7         WAS MERCK ANOTHER PHARMACEUTICAL COMPANY THAT THERANOS DID

11:33AM 8    WORK WITH?

11:33AM 9    A.   YES.

11:33AM 10   Q.   AND I'LL SHOW YOU EXHIBIT 7753, WHICH I BELIEVE IS ALREADY

11:33AM 11   IN EVIDENCE.

11:34AM 12            THE CLERK:  YES, IT IS.

11:34AM 13            THE WITNESS:  OKAY.

11:34AM 14            MR. DOWNEY:  YOU CAN DISPLAY IT.

11:34AM 15   Q.   LOOKING AT THE TOP OF THIS DOCUMENT, CAN YOU EXPLAIN WHAT

11:34AM 16   IT IS?

11:34AM 17   A.   YES.  THIS IS A CONTRACT BETWEEN MERCK AND THERANOS.

11:34AM 18   Q.   AND IF YOU LOOK AT ATTACHMENT A, DO YOU SEE THAT THAT'S A

11:34AM 19   WORK PLAN?

11:34AM 20   A.   I DO.

11:34AM 21   Q.   AND DO YOU SEE "OBJECTIVE"?

11:34AM 22   A.   YES.

11:34AM 23   Q.   WHERE IT SAYS, "TO ASSESS THE SENSITIVITY OF THERANOS'S

11:34AM 24   ANALYTICAL PLATFORM.  SPECIFICALLY, WE WOULD," I BELIEVE IT MAY

11:34AM 25   BE A TYPO, "TO ASSESS THE SENSITIVITY OF THEIR ACTIVE

HOLMES DIRECT BY MR. DOWNEY (RES.)                    7403

11:34AM  1    GLUCAGON-LIKE PEPTIDE ASSAY IN HUMAN EDTA PLASMA SAMPLES."

11:35AM  2        WAS THAT THE POINT OF THE STUDY?

11:35AM  3    A.   YES.

11:35AM  4    Q.   AND IN LAYMAN'S TERMS, WHAT DOES THAT OBJECTIVE MEAN?

11:35AM  5    A.   MERCK WAS INTERESTED IN A TEST CALLED GLP-1, WHICH IS USED

11:35AM  6    FOR DIABETES.  IT'S A REALLY HARD TEST, AND SPECIFICALLY

11:35AM  7    MEASURING THAT TEST AT REALLY LOW LEVELS IS HARD, AND SO THEY

11:35AM  8    WANTED TO SEE HOW WELL THERANOS'S TEST PERFORMED AT THOSE LOW

11:35AM  9    LEVELS.

11:35AM  10   Q.   AND DID YOU ULTIMATELY, DID YOU ULTIMATELY COMPLETE THE

11:35AM  11   STUDY?

11:35AM  12   A.   WE DID.

11:35AM  13   Q.   AND DID THERANOS -- WAS THERANOS'S TECHNOLOGY EVALUATED?

11:35AM  14   A.   YES.

11:35AM  15   Q.   WHAT WAS THE OUTCOME OF THE PROJECT?

11:35AM  16   A.   MERCK SENT DATA BACK TO THERANOS SHOWING HOW WELL WE

11:35AM  17   PERFORMED AGAINST THEIR TRADITIONAL LAB ASSAYS AND SAID THAT

11:35AM  18   THEY WOULD START WORKING WITH US TO FIND A CLINICAL STUDY THAT

11:36AM  19   WE COULD USE OUR TECHNOLOGY IN.

11:36AM  20   Q.   AND WERE YOU EVER ABLE TO WORK WITH MERCK IN A CLINICAL

11:36AM  21   STUDY?

11:36AM  22   A.   NO.

11:36AM  23   Q.   LET ME ASK YOU NEXT ABOUT BRISTOL MYERS SQUIBB.  IS

11:36AM  24   BRISTOL MYERS SQUIBB ANOTHER LARGE PHARMACEUTICAL COMPANY?

11:36AM  25   A.   YES.

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7404

| | | |
|---|---|---|
| 11:36AM | 1 | Q.   AND DID THERANOS DO WORK WITH BRISTOL MYERS SQUIBB? |
| 11:36AM | 2 | A.   WE DID. |
| 11:36AM | 3 | Q.   WHEN DID YOU START DISCUSSING POTENTIAL PROJECTS WITH |
| 11:36AM | 4 | BRISTOL MYERS? |
| 11:36AM | 5 | A.   EARLY -- AS EARLY AS 2005. |
| 11:36AM | 6 | Q.   AND DID THERANOS AND BRISTOL MYERS ULTIMATELY AGREE TO DO |
| 11:36AM | 7 | A STUDY AT SOME POINT? |
| 11:36AM | 8 | A.   YES. |
| 11:36AM | 9 | Q.   AND WHEN WAS THAT? |
| 11:36AM | 10 | A.   I THINK IN 2008 OR SO. |
| 11:36AM | 11 | Q.   AND AS PART OF THAT STUDY, DID BRISTOL MYERS HAVE AN |
| 11:36AM | 12 | OPPORTUNITY TO EVALUATE THERANOS'S TECHNOLOGY? |
| 11:36AM | 13 | A.   YES. |
| 11:36AM | 14 | Q.   AND DO YOU RECALL WHAT HAPPENED IN THAT STUDY? |
| 11:36AM | 15 | MR. LEACH:  OBJECTION.  CALLS FOR HEARSAY. |
| 11:36AM | 16 | THE COURT:  CAN YOU ASK MAYBE A LITTLE MORE |
| 11:37AM | 17 | FOUNDATION ABOUT IT? |
| 11:37AM | 18 | MR. DOWNEY:  SURE.  YEAH. |
| 11:37AM | 19 | Q.   WELL, LET ME ASK THIS QUESTION. |
| 11:37AM | 20 | WERE YOU FAMILIAR WITH HOW THE STUDY WAS CONDUCTED? |
| 11:37AM | 21 | A.   YES. |
| 11:37AM | 22 | Q.   AND DID YOU YOURSELF PARTICIPATE IN ELEMENTS OF DISCUSSION |
| 11:37AM | 23 | OF THE STUDY WITH BRISTOL MYERS? |
| 11:37AM | 24 | A.   I DID. |
| 11:37AM | 25 | Q.   DO YOU KNOW WHAT STEPS WERE TAKEN TO CONDUCT THE STUDY? |

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7405

11:37AM   1    A.   YES.

11:37AM   2    Q.   WHAT STEPS WERE TAKEN TO EVALUATE THERANOS'S TECHNOLOGY IN

11:37AM   3    CONNECTION WITH THIS 2008 BRISTOL MYERS STUDY OF THERANOS'S

11:37AM   4    TECHNOLOGY?

11:37AM   5    A.   DEVICES AND CARTRIDGES WERE SHIPPED TO BRISTOL MYERS'S

11:37AM   6    FACILITY IN I THINK IT WAS NEW JERSEY, AND THEY TESTED THOSE

11:37AM   7    DEVICES AND CARTRIDGES AGAINST THEIR TRADITIONAL ASSAY IN THEIR

11:37AM   8    LAB.

11:37AM   9    Q.   OKAY.  AND AFTER THAT PROJECT, DID YOU HAVE FURTHER

11:37AM   10   DISCUSSIONS WITH BRISTOL MYERS ABOUT POTENTIALLY PARTICIPATING

11:37AM   11   IN OTHER PROJECTS?

11:38AM   12   A.   YES.

11:38AM   13   Q.   AND AT WHAT POINT -- AT 2010, DID YOU HAVE CONVERSATIONS

11:38AM   14   WITH BRISTOL MYERS ABOUT POTENTIALLY PARTICIPATING IN A

11:38AM   15   PARTICULAR PROGRAM?

11:38AM   16   A.   YES.

11:38AM   17   Q.   AS OF 2010, HAD THERANOS BEGUN TO FOCUS ON EFFORTS TO USE

11:38AM   18   ITS TECHNOLOGY IN CONNECTION WITH RETAIL?

11:38AM   19   A.   WE DID.

11:38AM   20   Q.   AND DID ANY -- DID THERANOS PARTICIPATE IN ANY CLINICAL

11:38AM   21   STUDY AS A RESULT OF THOSE DISCUSSIONS IN 2010?

11:38AM   22   A.   WE DIDN'T.

11:38AM   23   Q.   ALL RIGHT.  LET ME ASK YOU NEXT ABOUT CENTOCOR.  IS

11:38AM   24   CENTOCOR ANOTHER LARGE PHARMACEUTICAL COMPANY?

11:38AM   25   A.   YES.

HOLMES DIRECT BY MR. DOWNEY (RES.)                                  7406

| | | |
|---|---|---|
| 11:38AM | 1 | Q.   DID THERANOS DO SOME WORK WITH CENTOCOR AS WELL? |
| 11:38AM | 2 | A.   YES. |
| 11:38AM | 3 | Q.   AND LET ME ASK YOU TO LOOK AT EXHIBIT 7753, WHICH IS ALSO |
| 11:39AM | 4 | ALREADY IN EVIDENCE. |
| 11:39AM | 5 | IF YOU LOOK AT THE FIRST PAGE, DO YOU SEE THAT THIS IS A |
| 11:39AM | 6 | PROJECT AGREEMENT BETWEEN THERANOS AND CENTOCOR? |
| 11:39AM | 7 | A.   I DO. |
| 11:39AM | 8 | Q.   OKAY.  LET ME ASK YOU TO LOOK NEXT AT PAGE 79 OF THIS |
| 11:39AM | 9 | AGREEMENT. |
| 11:39AM | 10 | IF YOU WOULD LOOK AT PAGE 79, DO YOU SEE UNDER |
| 11:39AM | 11 | DELIVERABLES THERE'S A DESCRIPTION OF THE WORK THAT WAS TO BE |
| 11:39AM | 12 | DONE IN CONNECTION WITH THE THERANOS-CENTOCOR AGREEMENT? |
| 11:39AM | 13 | A.   YES. |
| 11:39AM | 14 | Q.   AND WHAT WORK WAS TO BE DONE UNDER THAT AGREEMENT? |
| 11:39AM | 15 | A.   THERE WERE MULTIPLE STAGES OF THE AGREEMENT. |
| 11:39AM | 16 | THE FIRST STAGE WAS THAT CENTOCOR WANTED US TO DEVELOP A |
| 11:39AM | 17 | TEST TO MEASURE THEIR DRUG ON SMALL SAMPLES, AND THEY ALSO |
| 11:40AM | 18 | WANTED US TO MEASURE -- DEVELOP TESTS TO MEASURE MARKERS THAT |
| 11:40AM | 19 | WOULD HELP THEM SEE HOW WELL THEIR DRUG WAS WORKING ON SMALL |
| 11:40AM | 20 | SAMPLES. |
| 11:40AM | 21 | Q.   AND WITH THOSE DIFFERENT GOALS, HOW DID YOU END UP |
| 11:40AM | 22 | STRUCTURING THE PROGRAM TO LOOK AT THE VALIDITY OF THERANOS |
| 11:40AM | 23 | TECHNOLOGY? |
| 11:40AM | 24 | A.   CENTOCOR GAVE THERANOS A SERIES OF CRITERIA THAT WE HAD TO |
| 11:40AM | 25 | HIT ONCE WE DEVELOPED THE TESTS TO VALIDATE THEM, AND OUR |

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7407

11:40AM  1    SCIENTISTS DEVELOPED THE CHEMISTRIES, THE ASSAYS, AND THEN RAN

11:40AM  2    THOSE TESTS AND PRESENTED THAT DATA TO CENTOCOR.

11:40AM  3    Q.   DID CENTOCOR FIND THAT THERANOS HAD SATISFIED THE

11:40AM  4    REQUIREMENTS THAT HAD BEEN SET FORTH?

11:40AM  5    A.   THEY DID.

11:40AM  6    Q.   WERE THERANOS DEVICES DEPLOYED IN ANY KIND OF TRIAL?

11:41AM  7    A.   YES.

11:41AM  8    Q.   CAN YOU EXPLAIN THE TRIAL IN WHICH THERANOS DEVICES WERE

11:41AM  9    DEPLOYED?

11:41AM  10   A.   THE TRIAL WAS A STUDY IN BELGIUM IN WHICH PEOPLE WERE

11:41AM  11   DOING OUR BLOOD TESTS AT THEIR HOMES AND THEN ALSO GOING INTO A

11:41AM  12   CLINIC AND TESTS FROM THE THERANOS SYSTEM WERE COMPARED AGAINST

11:41AM  13   TESTS FROM THE TRADITIONAL LAB.

11:41AM  14   Q.   AND HOW DID THERANOS'S SYSTEM PERFORM?

11:41AM  15   A.   IT PERFORMED WELL.

11:41AM  16   Q.   WAS THERANOS PAID UNDER THIS CONTRACT WITH CENTOCOR?

11:41AM  17   A.   WE WERE.

11:41AM  18   Q.   OKAY.  LET ME ASK YOU TO LOOK NEXT AT EXHIBIT 3241.

11:42AM  19   A.   OKAY.

11:42AM  20   Q.   WHAT IS EXHIBIT 3241?

11:42AM  21   A.   IT IS AN EMAIL EXCHANGE BETWEEN DR. BELKOWSKI AT CENTOCOR,

11:42AM  22   MYSELF, AND OTHERS AT THERANOS ABOUT HIS REQUEST TO PRESENT OUR

11:42AM  23   DATA AT A CONFERENCE.

11:42AM  24   Q.   LET ME ASK YOU TO LOOK FIRST AT -- WITHIN THIS EMAIL AT

11:42AM  25   THE EMAIL AT 3:26 P.M.

HOLMES DIRECT BY MR. DOWNEY (RES.)                                7408

| | | |
|---|---|---|
| 11:42AM | 1 | WELL, YOUR HONOR, I HAVE NOT MOVED THIS INTO EVIDENCE. |
| 11:42AM | 2 | 3241 I MOVE TO ADMIT INTO EVIDENCE. |
| 11:42AM | 3 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 11:42AM | 4 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:42AM | 5 | (DEFENDANT'S EXHIBIT 3241 WAS RECEIVED IN EVIDENCE.) |
| 11:43AM | 6 | BY MR. DOWNEY: |
| 11:43AM | 7 | Q.  LET ME ASK YOU TO LOOK AT THIS EMAIL FROM |
| 11:43AM | 8 | STANLEY BELKOWSKI TO YOURSELF. |
| 11:43AM | 9 | IS DR. BELKOWSKI A SCIENTIST FROM CENTOCOR? |
| 11:43AM | 10 | A.  HE WAS. |
| 11:43AM | 11 | Q.  AND CAN YOU EXPLAIN WHAT THIS EMAIL IS DISCUSSING? |
| 11:43AM | 12 | A.  YES.  HE'S GOING TO A BIG BIOMARKER MEETING AND HE'S |
| 11:43AM | 13 | ASKING IF HE COULD PRESENT DATA FROM THE STUDIES THAT CENTOCOR |
| 11:43AM | 14 | RAN WITH US ON THE PERFORMANCE OF OUR SYSTEM. |
| 11:43AM | 15 | Q.  OKAY.  AND NOW IF YOU SKIP UP FROM THERE TO THE EMAIL AT |
| 11:43AM | 16 | 6:20 P.M. ON THAT SAME DAY. |
| 11:44AM | 17 | IS THIS DR. BELKOWSKI REPORTING ON THE RESULTS OF HIS |
| 11:44AM | 18 | PRESENTATION? |
| 11:44AM | 19 | A.  YES. |
| 11:44AM | 20 | Q.  AND WHAT DID HE REPORT TO YOU ABOUT HOW THE PRESENTATION |
| 11:44AM | 21 | WENT? |
| 11:44AM | 22 | A.  HE SAYS IT WENT VERY WELL. |
| 11:44AM | 23 | Q.  AND DID HE INDICATE THAT CENTOCOR WAS -- QUESTIONS |
| 11:44AM | 24 | CENTOCOR HAD ASKED -- WHETHER OTHERS AT CENTOCOR HAD ASKED |
| 11:44AM | 25 | WHETHER THERANOS COULD BE USED AS A PLATFORM IN CONNECTION WITH |

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7409

11:44AM   1   CERTAIN CLINICAL TRIALS?

11:44AM   2   A.   I THINK HE'S SAYING THAT --

11:44AM   3              MR. LEACH:  OBJECTION, YOUR HONOR.  LEADING.

11:44AM   4   BY MR. DOWNEY:

11:44AM   5   Q.   LET ME ASK, WHAT DOES HE SAY IN THE SECOND SENTENCE THAT

11:44AM   6   HE RECEIVED SOME QUESTIONS ABOUT THE POSSIBILITY OF USING

11:44AM   7   THERANOS AS A PLATFORM?

11:44AM   8   A.   I THINK HE'S SAYING THAT AT HIS CONFERENCE, PEOPLE WERE

11:44AM   9   ASKING QUESTIONS WHEN HE DID THE PRESENTATION ABOUT WHETHER

11:44AM  10   THERANOS COULD BE USED TO MEASURE THESE OTHER MARKERS CALLED

11:45AM  11   TOX BIOMARKERS.

11:45AM  12   Q.   WERE THESE OTHERS OUTSIDE OF CENTOCOR?

11:45AM  13   A.   YES, OTHER PHARMA PEOPLE.

11:45AM  14   Q.   ALL RIGHT.  LET ME ASK YOU NEXT ABOUT GLAXOSMITHKLINE.

11:45AM  15              IS GLAXOSMITHKLINE ANOTHER PHARMACEUTICAL COMPANY?

11:45AM  16   A.   YES.

11:45AM  17              THE COURT:  MR. DOWNEY, BEFORE WE GET INTO THIS,

11:45AM  18   SHOULD WE TAKE A BREAK NOW?  AND SHOULD WE TAKE ABOUT 20,

11:45AM  19   25 MINUTES?

11:45AM  20              MR. DOWNEY:  SURE.  THANK YOU, YOUR HONOR.

11:45AM  21              THE COURT:  LET'S TAKE A BREAK NOW, LADIES AND

11:45AM  22   GENTLEMEN.  ABOUT 25 MINUTES, 25 MINUTES, AND THEN WE'LL RESUME

11:45AM  23   ON THIS.  THANK YOU.

11:46AM  24        (RECESS FROM 11:46 A.M. UNTIL 12:15 P.M.)

12:15PM  25              THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

| | | |
|---|---|---|
| 12:15PM | 1 | PLEASE BE SEATED. |
| 12:15PM | 2 | OUR JURY IS PRESENT AND MS. HOLMES IS PRESENT. |
| 12:15PM | 3 | MR. DOWNEY, WOULD YOU LIKE TO CONTINUE? |
| 12:15PM | 4 | MR. DOWNEY:  I WOULD, YOUR HONOR.  THANK YOU. |
| 12:15PM | 5 | Q.  DID THERANOS ALSO CONTRACT WITH GLAXOSMITHKLINE? |
| 12:16PM | 6 | A.  WE DID. |
| 12:16PM | 7 | Q.  AND WHAT WORK DID THERANOS DO FOR GLAXOSMITHKLINE? |
| 12:16PM | 8 | A.  WE RAN A COUPLE OF STUDIES.  ONE FOCUSSED ON METABOLIC |
| 12:16PM | 9 | MARKERS OR DIABETES MARKERS IN THEIR LAB IN RESEARCH TRIANGLE |
| 12:16PM | 10 | PARK. |
| 12:16PM | 11 | Q.  AND DID GLAXOSMITHKLINE EVALUATE THERANOS'S TECHNOLOGY AS |
| 12:16PM | 12 | PART OF THAT WORK? |
| 12:16PM | 13 | A.  YES. |
| 12:16PM | 14 | Q.  LET ME SHOW YOU EXHIBIT 112, WHICH IS ALREADY IN EVIDENCE. |
| 12:16PM | 15 | AND DO YOU SEE THAT THIS IS AN EMAIL FORWARDING TO YOU |
| 12:16PM | 16 | GSK'S EVALUATION OF THERANOS SYSTEMS? |
| 12:16PM | 17 | A.  I DO. |
| 12:16PM | 18 | Q.  LET ME ASK YOU TO LOOK AT PAGE 3. |
| 12:17PM | 19 | A.  OKAY. |
| 12:17PM | 20 | Q.  AND DO YOU SEE -- IS THIS FEEDBACK FROM GSK ON THERANOS'S |
| 12:17PM | 21 | SYSTEMS? |
| 12:17PM | 22 | A.  YES. |
| 12:17PM | 23 | Q.  AND DID GSK CONCLUDE THAT THERANOS'S DATA SHOWED GOOD |
| 12:17PM | 24 | CORRELATION WITH REFERENCE ASSAYS? |
| 12:17PM | 25 | A.  IT DOES. |

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7411

| | | |
|---|---|---|
| 12:17PM | 1 | Q.   OKAY.  DID IT ALSO CONCLUDE THE MACHINES WORKED WELL? |
| 12:17PM | 2 | A.   YES. |
| 12:17PM | 3 | Q.   AND WHAT ELSE DO YOU RECALL ABOUT GSK'S CONCLUSIONS |
| 12:17PM | 4 | REGARDING THERANOS'S TECHNOLOGY? |
| 12:17PM | 5 | A.   I REMEMBER THEM SAYING THAT THEY THOUGHT OUR SYSTEM |
| 12:17PM | 6 | ELIMINATED THE NEED FOR A LAB. |
| 12:17PM | 7 | Q.   AND DO YOU RECALL WHETHER THEY RECOMMENDED THAT GSK USE |
| 12:17PM | 8 | THERANOS IN CONNECTION WITH CLINICAL STUDIES GOING FORWARD? |
| 12:17PM | 9 | A.   YES. |
| 12:17PM | 10 | Q.   LET'S TURN TO ANOTHER PHARMACEUTICAL COMPANY, |
| 12:17PM | 11 | SCHERING-PLOUGH. |
| 12:18PM | 12 | YOU'VE BEEN PRESENT HERE DURING TRIAL.  YOU KNOW THERE'S |
| 12:18PM | 13 | BEEN TESTIMONY REGARDING SCHERING-PLOUGH IN THE CASE? |
| 12:18PM | 14 | A.   I DO. |
| 12:18PM | 15 | Q.   DID THERANOS CONTRACT WITH SCHERING-PLOUGH? |
| 12:18PM | 16 | A.   YES. |
| 12:18PM | 17 | Q.   AND WHAT WORK DID THERANOS DO WITH SCHERING-PLOUGH? |
| 12:18PM | 18 | A.   WE DID A VALIDATION FOR SCHERING-PLOUGH. |
| 12:18PM | 19 | Q.   AND WHAT WAS THE NATURE OF THAT VALIDATION? |
| 12:18PM | 20 | A.   THERE WAS A VERY COMPREHENSIVE SET OF CRITERIA THAT |
| 12:18PM | 21 | SCHERING-PLOUGH WORKED WITH OUR TEAM TO ESTABLISH. |
| 12:18PM | 22 | WE TESTED A NUMBER OF OUR ASSAYS AGAINST THOSE CRITERIA |
| 12:18PM | 23 | AND SENT THEM THE DATA. |
| 12:18PM | 24 | Q.   AND DID THERANOS PROVIDE A REPORT TO SCHERING-PLOUGH ABOUT |
| 12:18PM | 25 | ITS CONCLUSIONS ABOUT THE RESULTS OF THAT EVALUATION? |

HOLMES DIRECT BY MR. DOWNEY (RES.)                           7412

```
12:18PM   1      A.   WE DID.

12:18PM   2      Q.   DO YOU PERSONALLY RECALL WHETHER SCHERING-PLOUGH EVER

12:18PM   3      PROVIDED FEEDBACK ON THAT?

12:18PM   4      A.   YES.

12:18PM   5      Q.   DO YOU RECALL ANY DIRECT FEEDBACK FROM DR. CULLEN?

12:19PM   6      A.   I DO.

12:19PM   7      Q.   AND WHAT DO YOU RECALL ABOUT THAT?

12:19PM   8      A.   I --

12:19PM   9           MR. LEACH:  YOUR HONOR, YOUR HONOR, HEARSAY UNLESS

12:19PM  10      THIS IS OFFERED FOR A LIMITED PURPOSE.

12:19PM  11           THE COURT:  CAN YOU LAY A FOUNDATION, MAYBE A BETTER

12:19PM  12      FOUNDATION OR --

12:19PM  13           MR. DOWNEY:  SURE.  SURE.

12:19PM  14      Q.   WAS DR. CULLEN ONE OF THE SCIENTISTS INVOLVED IN

12:19PM  15      SCHERING-PLOUGH'S WORK WITH THERANOS?

12:19PM  16      A.   SHE WAS.

12:19PM  17      Q.   AND DID YOU MEET WITH DR. CULLEN AS PART OF THE

12:19PM  18      SCHERING-PLOUGH WORK THAT YOU'VE JUST DESCRIBED?

12:19PM  19      A.   YES.

12:19PM  20      Q.   AND DID YOU DISCUSS WITH HER WHILE SHE WAS AT

12:19PM  21      SCHERING-PLOUGH THE RESULTS OF THE SCHERING-PLOUGH EVALUATION

12:19PM  22      OF THERANOS'S TECHNOLOGY?

12:19PM  23      A.   MY TEAM MEMBER DID.

12:20PM  24      Q.   OKAY.  DO YOU RECALL CONSTANCE CULLEN EVER TELLING YOU

12:20PM  25      ANYTHING ABOUT THERANOS'S TECHNOLOGY VALIDATION WHILE SHE WAS
```

HOLMES DIRECT BY MR. DOWNEY (RES.)                           7413

| | | |
|---|---|---|
| 12:20PM | 1 | AT SCHERING-PLOUGH? |
| 12:20PM | 2 | A.   NOT ME. |
| 12:20PM | 3 | Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 15045. |
| 12:20PM | 4 | THE COURT:  15045? |
| 12:20PM | 5 | MR. DOWNEY:  15045. |
| 12:20PM | 6 | THE COURT:  I DON'T BELIEVE IT'S IN MY BINDER. |
| 12:20PM | 7 | MR. DOWNEY:  THAT'S BECAUSE I HAVEN'T GIVEN IT TO |
| 12:20PM | 8 | YOU.  MY APOLOGIES, YOUR HONOR. |
| 12:20PM | 9 | (HANDING.) |
| 12:21PM | 10 | Q.   (HANDING.) |
| 12:21PM | 11 | DID SCHERING-PLOUGH ULTIMATELY BECOME PART OF MERCK, |
| 12:21PM | 12 | ANOTHER PHARMACEUTICAL COMPANY? |
| 12:21PM | 13 | A.   IT DID. |
| 12:21PM | 14 | Q.   AND DID YOU HAVE DISCUSSIONS WITH MERCK ABOUT POTENTIAL |
| 12:21PM | 15 | WORK WITH MERCK IN 2009 AND 2010? |
| 12:21PM | 16 | A.   YES. |
| 12:21PM | 17 | Q.   LET ME ASK YOU TO LOOK AT 15045. |
| 12:21PM | 18 | IS THAT AN EMAIL BETWEEN YOU AND ANOTHER INDIVIDUAL AT |
| 12:21PM | 19 | THERANOS DISCUSSING POTENTIAL WORK WITH MERCK IN 2010? |
| 12:21PM | 20 | A.   YES. |
| 12:22PM | 21 | MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF |
| 12:22PM | 22 | 15045. |
| 12:22PM | 23 | MR. LEACH:  801, 802, YOUR HONOR. |
| 12:22PM | 24 | MR. DOWNEY:  I DON'T HAVE ANY OBJECTION, YOUR HONOR, |
| 12:22PM | 25 | TO THIS BEING ADMITTED FOR A LIMITED PURPOSE. |

12:22PM  1          THE COURT:  THAT PURPOSE WOULD BE THE STATE OF MIND

12:22PM  2    OF MS. HOLMES IN RELATION TO?

12:22PM  3          MR. DOWNEY:  IN RELATION TO FEEDBACK FROM

12:22PM  4    SCHERING-PLOUGH, THEN PART OF MERCK, REGARDING THERANOS'S

12:22PM  5    TECHNOLOGY.

12:22PM  6          THE COURT:  OKAY.  ALL RIGHT.

12:22PM  7       LADIES AND GENTLEMEN, THIS WILL BE ADMITTED FOR THE

12:22PM  8    LIMITED PURPOSE OF THE STATE OF MIND OF MS. HOLMES AS TO HER

12:22PM  9    KNOWLEDGE OF FEEDBACK, REPORTS BACK FROM SCHERING-PLOUGH THAT

12:22PM 10    INFORM HER AS TO THE NATURE OF THERANOS'S TECHNOLOGY.

12:22PM 11       IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:23PM 12       (DEFENDANT'S EXHIBIT 15045, LIMITED PURPOSE, WAS RECEIVED

12:23PM 13    IN EVIDENCE.)

12:23PM 14          MR. DOWNEY:  THANK YOU, YOUR HONOR.

12:23PM 15    Q.   LET ME ASK YOU TO LOOK AT THE ADDRESS ON TOP, IF YOU

12:23PM 16    COULD, THE ADDRESS BLOCK ON TOP?

12:23PM 17    A.   YES.

12:23PM 18    Q.   AND WAS MS. BALKENHOL RESPONSIBLE FOR SOME OF THE

12:23PM 19    PHARMACEUTICAL PROGRAMS AT -- ON BEHALF OF THERANOS IN 2010?

12:23PM 20    A.   YES.  SHE WOULD SERVE AS A POINT PERSON FOR A NUMBER OF

12:23PM 21    PARTNERS AND OTHER CONTACTS.

12:23PM 22    Q.   OKAY.  AND DO YOU SEE THAT SHE -- THAT THE SUBJECT OF THE

12:23PM 23    EMAIL IS, "PLEASE CALL ME BEFORE YOUR MERCK CALL - JUST HAD A

12:23PM 24    GREAT CALL WITH CONNIE CULLEN"?

12:23PM 25    A.   YES.

HOLMES DIRECT BY MR. DOWNEY (RES.)                    7415

12:23PM  1    Q.   AND IF YOU GO DOWN TO THE THIRD PARAGRAPH AND LOOK AT THE

12:23PM  2    FIRST COUPLE OF SENTENCES.

12:24PM  3         DO YOU SEE THAT THIS IS MS. BALKENHOL REPORTING ON A

12:24PM  4    CONVERSATION THAT SHE HAD HAD WITH DR. CULLEN ABOUT THERANOS?

12:24PM  5    A.   YES.

12:24PM  6    Q.   AND DO YOU RECALL THIS WOULD HAVE BEEN ABOUT A YEAR OR SO

12:24PM  7    AFTER THERANOS'S PROGRAM WITH SCHERING-PLOUGH HAD ENDED?

12:24PM  8    A.   YES.

12:24PM  9    Q.   DO YOU SEE SHE SAYS, "SHE SAID SOMEONE IN HER GROUP

12:24PM 10    REVIEWED THE DRAFT VALIDATION FROM A LONG TIME AGO AND THINKS

12:24PM 11    IT WOULD BE HELPFUL TO HAVE THE SCIENTISTS TALK ONE ON ONE.

12:24PM 12         "THEN SHE STARTED TALKING ABOUT RUNNING THE COMBINED

12:24PM 13    GROUPS AND SAID THAT THEY'VE DONE A HIGH LEVEL ANALYSIS WITHIN

12:24PM 14    THE NEW ORGANIZATION AND THAT THE MERCK FOLKS ARE INTRIGUED BY

12:24PM 15    IT."

12:24PM 16         WHAT DID YOU UNDERSTAND WAS BEING CONVEYED IN THIS REPORT

12:24PM 17    TO YOU IN 2010?

12:24PM 18    A.   THAT DR. CULLEN WAS TELLING CAROLYN THAT SCHERING-PLOUGH

12:25PM 19    HAD REVIEWED OUR VALIDATION; THAT SHE WANTED TO HAVE OUR

12:25PM 20    SCIENTISTS IN TOUCH; AND THAT SHE HAD TALKED ABOUT THAT WORK

12:25PM 21    WITH THIS NEW ORGANIZATION THAT WAS PUT TOGETHER WITHIN MERCK,

12:25PM 22    AND THAT THEY ARE INTRIGUED BY IT.

12:25PM 23    Q.   OKAY.  LET ME DIRECT YOU TO THE LAST SENTENCE OF THAT

12:25PM 24    PARAGRAPH.

12:25PM 25         AND DO YOU SEE THAT SHE SAYS, "YOU SHOULD FEEL FREE TO

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7416

12:25PM   1      MENTION HER NAME TO THE MERCK FOLKS AND THAT IT'S KNOWN THAT

12:25PM   2      SHE'LL BE RUNNING THAT GROUP."

12:25PM   3           WHAT DID YOU UNDERSTAND THAT SENTENCE TO MEAN?

12:25PM   4      A.   I UNDERSTOOD THAT SHE WAS SAYING TO CAROLYN THAT SHE COULD

12:25PM   5      BE A REFERENCE FOR US AS WE WORKED ON OTHER CONTRACTS WITHIN

12:25PM   6      MERCK.

12:25PM   7      Q.   AND DO YOU SEE THE FOURTH PARAGRAPH THERE THAT BEGINS,

12:25PM   8      "ALL IN ALL"?

12:25PM   9      A.   YES.

12:25PM   10     Q.   IT SAYS, "ALL IN ALL, IT WAS AWESOME, I THINK."

12:26PM   11          DO YOU SEE THAT?

12:26PM   12     A.   I DO.

12:26PM   13     Q.   DID YOU UNDERSTAND THAT THE FEEDBACK THAT MS. BALKENHOL

12:26PM   14     HAD GOTTEN WAS THAT DR. CULLEN HAD A FAVORABLE VIEW OF

12:26PM   15     THERANOS'S TECHNOLOGY?

12:26PM   16     A.   I DID.

12:26PM   17     Q.   AND DID YOU UNDERSTAND THAT MS. BALKENHOL WAS CONVEYING TO

12:26PM   18     YOU THAT SHE THOUGHT DR. CULLEN COULD SERVE AS A REFERENCE FOR

12:26PM   19     PURPOSES OF GETTING ADDITIONAL BUSINESS WITHIN MERCK AFTER THE

12:26PM   20     MERGER BETWEEN MERCK AND SCHERING-PLOUGH?

12:26PM   21               MR. LEACH:  OBJECTION.  LEADING.

12:26PM   22               MR. DOWNEY:  I'M JUST ASKING IF SHE UNDERSTOOD.

12:26PM   23               THE COURT:  OVERRULED.

12:26PM   24          YOU CAN ANSWER THE QUESTION.

12:26PM   25          DID YOU UNDERSTAND THE QUESTION?

HOLMES DIRECT BY MR. DOWNEY (RES.)                           7417

12:26PM   1                    THE WITNESS:  I DID.

12:26PM   2                    THE COURT:  YOU CAN ANSWER.

12:26PM   3                    THE WITNESS:  YES.

12:26PM   4       BY MR. DOWNEY:

12:26PM   5       Q.   LET'S TURN TO CELGENE.  DID THERANOS DID WORK WITH

12:26PM   6       CELGENE?

12:26PM   7       A.   WE DID.

12:26PM   8       Q.   WHAT PROJECTS DO YOU RECALL THERANOS DOING WITH CELGENE?

12:26PM   9       A.   WE DID A NUMBER OF PROJECTS FOR CELGENE, MOSTLY FOCUSSED

12:26PM   10      ON OUR SOFTWARE AND THE PREDICTIVE MODELS WE WERE BUILDING.

12:27PM   11      Q.   AND WAS THERE A CONTRACT BETWEEN CELGENE AND THERANOS?

12:27PM   12      A.   YES.

12:27PM   13      Q.   AND UNDER THE TERMS OF THAT CONTRACT, WERE CERTAIN

12:27PM   14      MILESTONES SPECIFIED THAT THERANOS HAD TO MEET TO GET PAID?

12:27PM   15      A.   YES.

12:27PM   16      Q.   AND WAS ONE OF THOSE MILESTONES VALIDATION OF THERANOS'S

12:27PM   17      TECHNOLOGY?

12:27PM   18      A.   YES.

12:27PM   19      Q.   DID THERANOS SUBMIT A VALIDATION REPORT TO CELGENE TO

12:27PM   20      DOCUMENT THE VALIDATION OF ITS TECHNOLOGY?

12:27PM   21      A.   WE DID.

12:27PM   22      Q.   AND DID YOU BELIEVE THAT THAT WORK CONSTITUTED A

12:27PM   23      VALIDATION OF THE TECHNOLOGY?

12:27PM   24      A.   I DID.

12:27PM   25      Q.   AND DID THERANOS GET PAID IN CONNECTION WITH THAT

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7418

12:27PM   1        CONTRACT?

12:27PM   2        A.   YES.

12:27PM   3        Q.   DID IT GET PAID THE FULL AMOUNT OF THE CONTRACT?

12:27PM   4        A.   WE DID.

12:27PM   5        Q.   LET ME ASK YOU ABOUT A JAPANESE PHARMACEUTICAL COMPANY,

12:27PM   6        DAIICHI-SANKYO.

12:27PM   7             DID THERANOS WORK ON A PARTNERSHIP WITH DAIICHI?

12:28PM   8        A.   WE DID WORK THROUGH THEM THROUGH THE MAYO CLINIC.

12:28PM   9        Q.   AND DID YOU DO -- WHAT KIND OF WORK DID YOU DO WITH THE

12:28PM  10        MAYO CLINIC?

12:28PM  11        A.   WE TESTED OUR TECHNOLOGY AT THE MAYO CLINIC AND THEN RAN A

12:28PM  12        CLINICAL STUDY FOR THEM.

12:28PM  13        Q.   AND WHEN YOU SAY YOU TESTED YOUR TECHNOLOGY, WHAT DID THAT

12:28PM  14        CONSIST OF?

12:28PM  15        A.   AGAIN, TESTING THE TESTS, THE CARTRIDGES, THE DEVICE, THE

12:28PM  16        SOFTWARE AGAINST TRADITIONAL TESTS AND COMPARING THE RESULTS.

12:28PM  17        Q.   AND AFTER THAT, WHAT WORK DID YOU DO AT THE MAYO CLINIC?

12:28PM  18        A.   THE MAYO CLINIC THEN USED US IN A CLINICAL STUDY ON

12:28PM  19        DIABETES PATIENTS.

12:28PM  20        Q.   LET ME ASK YOU TO LOOK AT 15044.

12:29PM  21        A.   I'M NOT SURE IF I HAVE 44.

12:29PM  22             THE COURT:  IT'S ON ITS WAY UP, I THINK.

12:29PM  23             THE WITNESS:  OKAY.

12:29PM  24             MR. DOWNEY:  MAY I APPROACH THE WITNESS?

12:29PM  25             THE COURT:  YES.

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7419

12:29PM   1     BY MR. DOWNEY:

12:29PM   2     Q.   (HANDING.)

12:29PM   3     A.   THANK YOU.

12:29PM   4     Q.   CAN YOU TELL US WHAT 15044 IS?

12:29PM   5     A.   IT LOOKS LIKE ONE OF THE UPDATES FROM ONE OF OUR TEAM

12:29PM   6     MEMBERS ON ACTIVE WORK SHE WAS DOING WITH PHARMACEUTICAL

12:29PM   7     COMPANIES.

12:29PM   8     Q.   DOES IT DISCUSS THE WORK THAT THERANOS WAS DOING WITH THE

12:30PM   9     MAYO CLINIC, AND I SPECIFICALLY DIRECT YOUR ATTENTION TO THE

12:30PM   10    BOTTOM OF PAGE 5, TOP OF PAGE 6.

12:30PM   11    A.   IT DOES.

12:30PM   12            MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:30PM   13    15044.

12:30PM   14            MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:30PM   15            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:30PM   16        (DEFENDANT'S EXHIBIT 15044 WAS RECEIVED IN EVIDENCE.)

12:30PM   17    BY MR. DOWNEY:

12:30PM   18    Q.   IF YOU LOOK AT THE FIRST PAGE, THIS IS AN EMAIL FROM YOU

12:30PM   19    TO SUSAN DIGIAMO?

12:30PM   20    A.   YES.

12:30PM   21    Q.   AND IS SHE AN INTERNAL THERANOS PERSON?

12:30PM   22    A.   SHE IS.  I THINK IT'S ACTUALLY AN EMAIL FROM HER TO ME.

12:30PM   23    Q.   I'M SORRY, I BEG YOUR PARDON, IT IS.

12:30PM   24        AND IS SHE THE ONE WHO PREPARED THE REPORT THAT IS

12:30PM   25    ATTACHED HERETO?

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7420

12:30PM   1        A.   YES.

12:30PM   2        Q.   OKAY.  LET ME ASK YOU TO LOOK THEN AT PAGE 5?

12:31PM   3             MR. LEACH:  YOUR HONOR, I DON'T MEAN TO INTERRUPT,

12:31PM   4    BUT THERE'S A REDACTION ON THE SCREEN THAT I THINK IS RELEVANT

12:31PM   5    TO THIS EXHIBIT THAT I THINK SHOULD BE DISPLAYED IN SOME FORM

12:31PM   6    UP AT THE TOP.

12:31PM   7             THE COURT:  I'M NOT SURE I SEE IT.  COULD YOU --

12:31PM   8    MR. DOWNEY, COULD YOU TALK WITH MR. LEACH ABOUT THIS.

12:31PM   9             MR. DOWNEY:  YES.  LET ME SEE WHAT HIS CONCERN IS.

12:31PM  10        (DISCUSSION AMONGST COUNSEL FOR THE GOVERNMENT AND DEFENSE

12:31PM  11    OFF THE RECORD.)

12:31PM  12             MR. DOWNEY:  OKAY.  LET ME EXPLAIN.  I HAVE NO

12:31PM  13    OBJECTION TO THAT.

12:31PM  14        BUT THERE'S A PERSONAL EMAIL ADDRESS OF AN INDIVIDUAL THAT

12:31PM  15    IS THE TO ADDRESSEE HERE.  I REDACTED IT CONSISTENT WITH THE

12:31PM  16    PROTOCOLS THAT WE HAVE BEEN FOLLOWING.

12:31PM  17        MR. LEACH WANTS TO ASK SPECIFICALLY ABOUT THAT HOTMAIL

12:31PM  18    ACCOUNT, SO HE ASKED THAT WE NOW DISPLAY IT AS PART OF THE --

12:32PM  19    WHAT IS DISPLAYED.

12:32PM  20        I HAVE NO OBJECTION TO THAT?

12:32PM  21             THE COURT:  OKAY.  CAN YOU UNREDACT IT THEN IN

12:32PM  22    YOUR --

12:32PM  23             MR. DOWNEY:  I BELIEVE SO.

12:32PM  24        BUT IF NOT, I'M HAPPY TO READ INTO THE RECORD WHAT IT IS.

12:32PM  25             THE COURT:  SURE.  I'M SURE HE CAN DO THAT, AND IT

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7421

12:32PM   1    WILL BE PUBLISHED WITH THAT DISPLAY.

12:32PM   2            MR. LEACH:  THANK YOU, YOUR HONOR.

12:32PM   3            THE COURT:  AND OTHERWISE ADMITTED.

12:32PM   4    BY MR. DOWNEY:

12:32PM   5    Q.  I WAS DIRECTING YOUR ATTENTION TO THE BOTTOM EMAIL.

12:32PM   6        THIS IS MS. DIGIAMO FORWARDING YOU AN UPDATE ON WHERE

12:32PM   7    VARIOUS PROJECTS WERE; IS THAT RIGHT?

12:32PM   8    A.  YES.

12:32PM   9    Q.  OKAY.  LET'S GO TO THE BOTTOM OF PAGE 5, TOP OF PAGE 6.

12:33PM  10        IF YOU SEE AT THE VERY BOTTOM OF 5 THERE'S A REFERENCE TO

12:33PM  11    THE MAYO CLINIC, AND THEN A DISCUSSION ON THE NEXT PAGE.

12:33PM  12        AND IF YOU SEE THE FIRST BULLET POINT READS, "EVALUATION

12:33PM  13    OF THE THERANOS SYSTEM PERFORMED IN THE ENDOCRINOLOGY AND

12:33PM  14    METABOLISM UNIT BY DR. VELLA (KEY INVESTIGATOR FOR

12:33PM  15    DAIICHI-SANKYO HE ALSO WORKED WITH SUKI)."

12:33PM  16        AND IS THIS SPECIFICALLY A REPORT ON WHERE THE WORK WITH

12:33PM  17    MAYO WAS?

12:33PM  18    A.  YES.  I THINK THIS IS A SUMMARY OF THAT VALIDATION AT

12:33PM  19    MAYO, AND THEN A DISCUSSION OF THE NEXT PROGRAM WITH THEM.

12:33PM  20    Q.  OKAY.  AND WHAT WAS SUMMARIZED AS TO THIS PROGRAM?

12:33PM  21    A.  SUSAN IS SAYING THAT THIS STUDY WAS RUN, SHE'S GIVING

12:33PM  22    DETAILS ABOUT THE TIME POINTS THAT WERE TESTED, SHE SAID THAT

12:34PM  23    DR. VELLA WAS IMPRESSED AND HE'S INTERESTED IN RUNNING ANOTHER

12:34PM  24    STUDY AND PUBLISHING DATA LATER THAT YEAR.

12:34PM  25    Q.  OKAY.  THEN DID YOU BELIEVE THAT THIS WAS A VALIDATION OF

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7422

12:34PM  1    THERANOS'S TECHNOLOGY?

12:34PM  2    A.   I DID.

12:34PM  3    Q.   DID YOU DO FURTHER WORK FOR MAYO AFTER THIS DATE?

12:34PM  4    A.   YES.

12:34PM  5    Q.   OKAY.  LET ME ASK YOU NEXT ABOUT PFIZER.

12:34PM  6         YOU CAN TAKE THAT DOWN.

12:34PM  7         DO YOU RECALL THAT WE LOOKED ON FRIDAY AT THERANOS'S 2006

12:34PM  8    CONTRACT WITH PFIZER?

12:34PM  9    A.   I DO.

12:34PM  10   Q.   AND WHAT WAS INTENDED UNDER THAT CONTRACT WHEN YOU SIGNED

12:34PM  11   IT IN 2006?

12:34PM  12   A.   IT WAS A CONTRACT TO PERFORM A STUDY FOR PFIZER THAT WE

12:34PM  13   WOULD WORK TOGETHER TO DEVELOP TO TEST AND VALIDATE THERANOS

12:35PM  14   TECHNOLOGY.

12:35PM  15   Q.   OKAY.  AND SPECIFICALLY, CAN YOU DESCRIBE WHAT THE NATURE

12:35PM  16   OF THE WORK WAS AS TO HOW THE THERANOS TECHNOLOGY WOULD BE

12:35PM  17   VALIDATED?

12:35PM  18   A.   YES.  FIRST THERANOS HAD TO DEVELOP CERTAIN TESTS THAT

12:35PM  19   WERE USEFUL IN CANCER PATIENTS.

12:35PM  20        WE HAD TO VALIDATE THOSE CHEMISTRIES.

12:35PM  21        THEN WE HAD TO USE THEM IN A STUDY WHERE WE WOULD TEST

12:35PM  22   PATIENTS IN THEIR HOMES IN VERY REMOTE AREAS AND IN A CLINIC

12:35PM  23   AND LOOK AT THAT DATA, AND ALSO LOOK AT HOW THAT DATA CHANGED

12:35PM  24   OVER TIME, THE TRENDS IN THE DATA.

12:35PM  25   Q.   AND DID PFIZER AGREE TO PAY THERANOS IN CONNECTION WITH

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7423

12:35PM   1    THE WORK THAT THERANOS DID?

12:35PM   2    A.   YES.

12:35PM   3    Q.   AND DID THERANOS PREPARE A REPORT REFLECTING THE WORK THAT

12:35PM   4    HAD BEEN DONE AND THE DATA THAT HAD BEEN GENERATED?

12:36PM   5    A.   YES.

12:36PM   6    Q.   DID PFIZER PROVIDE FEEDBACK THAT YOU'RE AWARE OF ON THE

12:36PM   7    REPORT?

12:36PM   8    A.   I DON'T THINK ON THE REPORT SPECIFICALLY, NO.

12:36PM   9    Q.   DO YOU RECALL THAT THERE WAS TESTIMONY DURING THE CASE

12:36PM  10    FROM DR. SHANE WEBER?

12:36PM  11    A.   I DO.

12:36PM  12    Q.   AND DO YOU RECALL THAT THAT WAS IN AND AROUND NOVEMBER OF

12:36PM  13    2008?

12:36PM  14    A.   YES.

12:36PM  15    Q.   AFTER NOVEMBER 2008, DID YOU AND OTHERS AT THERANOS

12:36PM  16    CONTINUE TO INTERACT WITH PFIZER ABOUT POTENTIAL WORK?

12:36PM  17    A.   WE DID.

12:36PM  18    Q.   LET ME ASK YOU TO LOOK AT -- THIS SHOULD BE IN YOUR -- LET

12:36PM  19    ME SEE IF THIS IS HERE.

12:37PM  20            THE COURT:  ADRIANA (HANDING.)

12:37PM  21            MR. DOWNEY:  MAY I APPROACH THE WITNESS, YOUR HONOR?

12:37PM  22            THE COURT:  YES.

12:37PM  23    BY MR. DOWNEY:

12:37PM  24    Q.   (HANDING.)

12:37PM  25            IS 15041 AN EMAIL BETWEEN YOU AND AN INDIVIDUAL AT --

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7424

12:37PM   1    INDIVIDUALS AT PFIZER?

12:37PM   2    A.   I'M JUST FINDING IT.  ONE SECOND.

12:37PM   3         YES.

12:37PM   4              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:38PM   5    15041.

12:38PM   6              MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:38PM   7              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:38PM   8         (DEFENDANT'S EXHIBIT 15041 WAS RECEIVED IN EVIDENCE.)

12:38PM   9    BY MR. DOWNEY:

12:38PM   10   Q.   DO YOU SEE THAT AT THE TOP YOU ADDRESS THIS EMAIL TO A

12:38PM   11   DAVID LESTER AT THERANOS AND CRAIG LIPSET.

12:38PM   12        WHO WAS MR. LESTER?

12:38PM   13   A.   MR. LESTER HAD BEEN OUR POINT PERSON AT PFIZER WHO WAS NOW

12:38PM   14   WORKING WITH US AT THERANOS.

12:38PM   15   Q.   HE CAME TO THERANOS AFTER HE WORKED AT PFIZER?

12:38PM   16   A.   HE DID.

12:38PM   17   Q.   OKAY.  AND IT'S ALSO ADDRESSED TO CRAIG LIPSET.  WHO IS

12:38PM   18   CRAIG LIPSET?

12:38PM   19   A.   CRAIG LIPSET WAS ONE OF OUR POINT PEOPLE FOR THE PFIZER

12:38PM   20   STUDY ITSELF.

12:38PM   21   Q.   OKAY.  LET ME ASK YOU TO LOOK AT THE EMAIL AT THE BOTTOM

12:38PM   22   OF PAGE 1.  THIS IS AN EMAIL FROM CRAIG LIPSET AT PFIZER TO

12:39PM   23   DAVID LESTER AT THERANOS.

12:39PM   24        AND HE SAYS IN THE FIRST PARAGRAPH THAT, "WE ARE PURSUING

12:39PM   25   SEVERAL POTENTIAL ENGAGEMENTS AS A RESULT OF THE RECENT MEETING

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7425

12:39PM 1   TOGETHER.  ONE PARTICULAR OPPORTUNITY HAS MOMENTUM, HOWEVER,

12:39PM 2   AND SO I WOULD LIKE TO SUGGEST SOME QUICK FOLLOW-UP AND

12:39PM 3   ENGAGEMENT WITH THE PRODUCT TEAM."

12:39PM 4       DO YOU SEE THAT?

12:39PM 5   A.  I DO.

12:39PM 6   Q.  AND THEN HE GOES ON TO DESCRIBE THE ENGAGEMENT, THE

12:39PM 7   POTENTIAL ENGAGEMENT IN THE NEXT PARAGRAPH.

12:39PM 8       DO YOU SEE THAT?

12:39PM 9   A.  YES.

12:39PM 10  Q.  CAN YOU EXPLAIN WHEN HE SAYS "A TEAM DEVELOPING A MAB FOR

12:39PM 11  IL-6 HAS MODELING NEEDS," AND THEN IF YOU SKIP THE NEXT

12:39PM 12  SENTENCE AND SAY, "HOWEVER, THIS COULD PROVIDE A GOOD TIME

12:39PM 13  CYCLE TO ENGAGE THE TEAM, DEVELOP A MODEL, AND IDENTIFY

12:40PM 14  ANALYTICAL POTENTIAL."

12:40PM 15      AND THE EMAIL GOES ON FROM THERE.

12:40PM 16      WHAT DID YOU UNDERSTAND WAS BEING CONVEYED IN THESE

12:40PM 17  PARAGRAPHS?

12:40PM 18  A.  DR. LIPSET IS RELAYING THAT THERE IS A NEW DRUG THAT

12:40PM 19  PFIZER WAS INTERESTED IN WORKING WITH THERANOS ON AND THAT IT

12:40PM 20  WOULD BE A GREAT PROGRAM TO DEVELOP A MODEL FOR, WHICH WAS OUR

12:40PM 21  SOFTWARE THAT WE WERE BUILDING, AND THEN POTENTIALLY DO TESTING

12:40PM 22  ON THROUGH THE THERANOS SYSTEM.

12:40PM 23  Q.  DID THERANOS CONTINUE TO ENGAGE -- DO YOU KNOW IF A

12:40PM 24  CLINICAL TRIAL WOULD -- IF THERANOS ACTUALLY PARTICIPATED IN

12:40PM 25  THE CLINICAL TRIAL THAT DR. LIPSET DESCRIBED IN THIS EMAIL?

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7426

12:40PM    1      A.   WE DID NOT.

12:40PM    2      Q.   DO YOU KNOW WHY NOT?

12:40PM    3      A.   PFIZER DECIDED NOT TO PURSUE THIS DRUG AFTER IT ACQUIRED

12:40PM    4      OTHER DRUGS FROM ONE OF THE COMPANIES THAT THEY BOUGHT.

12:40PM    5      Q.   DID THERANOS CONTINUE TO TALK TO PFIZER ABOUT DOING

12:41PM    6      ADDITIONAL WORK IN 2010 AND BEYOND?

12:41PM    7      A.   YES.

12:41PM    8      Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15047.

12:41PM    9           THAT WILL BE IN THE NOTEBOOK THAT IS MARKED AS VOLUME 2.

12:41PM   10      A.   OKAY.

12:41PM   11      Q.   IS THIS AN EMAIL BETWEEN, AMONG OTHERS, YOURSELF AND

12:41PM   12      OTHERS AT PFIZER?

12:41PM   13      A.   YES.

12:41PM   14             MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:41PM   15      15047.

12:41PM   16             MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:41PM   17             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:41PM   18           (DEFENDANT'S EXHIBIT 15047 WAS RECEIVED IN EVIDENCE.)

12:41PM   19      BY MR. DOWNEY:

12:41PM   20      Q.   DO YOU SEE IN THE TOP EMAIL JUST THAT THE SUBJECT WAS

12:41PM   21      "FOLLOWING UP ON YOUR TECHNOLOGY"?

12:42PM   22      A.   YES.

12:42PM   23      Q.   AND THEN LET'S GO TO THE BOTTOM EMAIL ON PAGE 1.  AND

12:42PM   24      THERE'S AN EMAIL THERE FROM A MORTEN SOGAARD.  WHO IS

12:42PM   25      MORTEN SOGAARD?

HOLMES DIRECT BY MR. DOWNEY (RES.)                                      7427

12:42PM   1    A.   HE WAS AN EXECUTIVE AT PFIZER.

12:42PM   2    Q.   AND WHAT ROLE DID HE PLAY THERE?

12:42PM   3    A.   I THINK HE WAS -- HAD BOTH A SCIENTIFIC AND A BUSINESS

12:42PM   4    DEVELOPMENT TYPE BACKGROUND.

12:42PM   5    Q.   AND WHO ARE THE -- WHO IS HAKAN SAKUL IDENTIFIED IN THIS

12:42PM   6    CC LINE?

12:42PM   7    A.   HE WAS ONE OF THE POINTS FOR OUR ORIGINAL PROGRAM WITH

12:42PM   8    PFIZER.

12:42PM   9    Q.   OKAY.  AND WHO WAS GREGORY NAEVE?

12:42PM  10    A.   I THINK A SCIENTIST AT PFIZER.

12:42PM  11    Q.   OKAY.  AND IF YOU LOOK AT THE CONTENT OF THAT EMAIL

12:42PM  12    MR. SOGAARD SAYS TO YOU, "THANK YOU FOR AN EXCITING AFTERNOON

12:43PM  13    YESTERDAY.  WE ARE VERY MUCH LOOKING FORWARD TO FURTHER

12:43PM  14    INTERACTIONS.  I WILL FOLLOW UP SEPARATELY WITH CHRISTIAN

12:43PM  15    REGARDING A NEW 2-WAY CDA."

12:43PM  16         DO YOU SEE THAT?

12:43PM  17    A.   YES.

12:43PM  18    Q.   AND WHAT MEETING HAD OCCURRED ON WHICH MR. SOGAARD IS

12:43PM  19    FOLLOWING UP?

12:43PM  20    A.   THIS IS A MEETING WITH PFIZER AROUND RUNNING CLINICAL

12:43PM  21    TRIALS USING THE WELLNESS CENTERS THAT WE WERE PUTTING IN

12:43PM  22    RETAIL THROUGH WALGREENS.

12:43PM  23    Q.   OKAY.  LET ME ASK YOU TO LOOK UP TO THE MIDDLE EMAIL ON

12:43PM  24    PAGE 1.

12:43PM  25         AND THIS IS AN EMAIL FROM DR. SAKUL.  NOW, DR. SAKUL, HAD

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7428

12:43PM   1    HE BEEN INVOLVED IN THE VALIDATION STUDY THAT LED TO THE REPORT

12:43PM   2    THAT YOU SUBMITTED?

12:43PM   3    A.   MY UNDERSTANDING IS YES.

12:43PM   4    Q.   ALL RIGHT.  AND HE GOES ON TO SAY -- HE SAYS THAT HE IS

12:43PM   5    ADDING HIS THANKS AS WELL.  HE IS LEARNING ABOUT THE GREAT

12:44PM   6    PROGRESS THAT THERANOS HAS MADE OVER THE YEARS AND HE HOPES

12:44PM   7    THAT THEY WILL FIND A WAY TO WORK TOGETHER.

12:44PM   8         DID YOU, COMING OUT OF THIS MEETING WITH THE PFIZER

12:44PM   9    REPRESENTATIVES, CONTINUE TO EXPLORE THE POSSIBILITY OF

12:44PM  10    ADDITIONAL WORK FOR PFIZER EVEN AS OF 2013 AND 2014?

12:44PM  11    A.   WE DID.

12:44PM  12    Q.   DID PFIZER CONTINUE TO INTERACT WITH THERANOS IN 2015?

12:44PM  13    A.   YES.

12:44PM  14    Q.   LET ME ASK YOU TO LOOK AT 15039.

12:44PM  15    A.   OKAY.

12:44PM  16    Q.   IS THIS AN EMAIL BETWEEN YOU AND DR. LIPSET IN 2015?

12:44PM  17    A.   YES.

12:44PM  18             MR. DOWNEY:  I MOVE THE ADMISSION OF 15039.

12:44PM  19             MR. LEACH:  801, 802, YOUR HONOR.

12:45PM  20         IF IT'S FOR A LIMITED PURPOSE, THAT'S FINE.

12:45PM  21         (PAUSE IN PROCEEDINGS.)

12:45PM  22             THE COURT:  MR. DOWNEY, ANY OBJECTIONS TO THIS

12:45PM  23    COMING IN ON A LIMITED PURPOSE?

12:45PM  24             MR. DOWNEY:  WELL, YOUR HONOR, FOR PRESENT PURPOSES,

12:45PM  25    NO, NO OBJECTION.

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7429

12:45PM  1          THE COURT:  AND THIS IS IN REGARDS TO THE STATUS OF

12:45PM  2   THE TECHNOLOGY AT THE TIME OF THIS EMAIL AS TO THIS WITNESS?

12:45PM  3          MR. DOWNEY:  AS TO HER UNDERSTANDING OF PFIZER'S

12:45PM  4   PERCEPTION OF THE STATUS OF THE TECHNOLOGY.

12:45PM  5          THE COURT:  ALL RIGHT.  THIS EMAIL WILL BE ADMITTED,

12:46PM  6   LADIES AND GENTLEMEN, NOT FOR THE TRUTH OF THE MATTER ASSERTED,

12:46PM  7   BUT AS INDICATED, AS TO MS. HOLMES'S STATE OF MIND AS TO HER

12:46PM  8   UNDERSTANDING OF PFIZER'S PERCEPTION OF THE TECHNOLOGY, THE

12:46PM  9   THERANOS TECHNOLOGY.

12:46PM 10       AND IT CAN BE PUBLISHED.

12:46PM 11       (DEFENDANT'S EXHIBIT 15039 WAS RECEIVED IN EVIDENCE.)

12:46PM 12   BY MR. DOWNEY:

12:46PM 13   Q.   LET ME DIRECT YOUR ATTENTION TO THE EMAIL AT THE BOTTOM

12:46PM 14   FROM MR. LIPSET TO YOU AT 6:24 P.M.

12:46PM 15       AND IF YOU GO DOWN TO THE THIRD PARAGRAPH OF THAT EMAIL,

12:46PM 16   HE PURPORTS THAT HE HAS BEEN WORKING WITH SOME OF OUR --

12:46PM 17   PFIZER'S R&D TEAMS ON STUDIES TO LEVERAGE WALGREENS IN-STORE

12:46PM 18   INFRASTRUCTURE AS A CLINICAL TRIAL SITE.

12:46PM 19       AND IS THAT A REFERENCE TO WHAT YOU DESCRIBED BEFORE?

12:46PM 20   A.   YES.

12:46PM 21   Q.   AND THEN IN THE NEXT PARAGRAPH HE REFERS TO SOME OF THE

12:47PM 22   TEAMS AT PFIZER IN PFIZER CONSUMER HEALTH.

12:47PM 23       WHAT IS HE -- WHAT DID YOU UNDERSTAND THAT HE WAS TELLING

12:47PM 24   YOU IN THAT PARAGRAPH?

12:47PM 25   A.   THAT THERE'S A TEAM OF PEOPLE IN THE CONSUMER DIVISION OF

HOLMES DIRECT BY MR. DOWNEY (RES.)                                   7430

12:47PM  1   PFIZER, WHICH I UNDERSTOOD WORKS WITH DRUGS THAT ARE ON THE

12:47PM  2   MARKET, THAT IS INTERESTED IN DOING LIPIDS AND CHOLESTEROL

12:47PM  3   TESTING AS PART OF THIS CAMPAIGN.

12:47PM  4   Q.   OKAY.  NOW, AS OF THE TIME THAT YOU WERE WORKING WITH

12:47PM  5   PHARMACEUTICAL COMPANIES IN 2008 AND 2009, WAS THERANOS

12:47PM  6   TECHNOLOGY USED TO ANALYZE IMMUNOASSAYS?

12:47PM  7   A.   WE RAN IMMUNOASSAYS ON OUR TECHNOLOGY, YES.

12:47PM  8   Q.   AND DID THERANOS LOOK DURING THAT PERIOD TO BE ABLE TO RUN

12:48PM  9   METHODS THAT WOULD ALLOW IT TO RUN ASSAYS OTHER THAN

12:48PM 10   IMMUNOASSAYS?

12:48PM 11   A.   WE DID.

12:48PM 12   Q.   AND CAN YOU REMIND US WHAT IMMUNOASSAYS ARE?

12:48PM 13   A.   YES.  IT'S ONE OF THE METHODS THAT WE'VE BEEN TALKING

12:48PM 14   ABOUT, WHICH IS A TYPE OF CHEMISTRY THAT IS USED TO MEASURE

12:48PM 15   SMALL MOLECULES, PROTEINS, METABOLITES, ANTIBODIES, AND THE

12:48PM 16   METHOD WORKS BY HAVING SOME TYPE OF ANTIBODY IN YOUR TEST THAT

12:48PM 17   BINDS TO SOMETHING YOU WANT TO MEASURE IN SAMPLE AND THEN

12:48PM 18   HAVING SOME TYPE OF SIGNAL GENERATED THAT CAN BE MEASURED BY A

12:48PM 19   DETECTOR WHICH IS YOUR MEASUREMENT DEVICE.

12:48PM 20   Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 15023.

12:49PM 21   A.   OKAY.

12:49PM 22   Q.   WHAT IS EXHIBIT 15023?

12:49PM 23   A.   THIS IS AN EMAIL FROM GARY FRENZEL TO ME AFTER ONE OF OUR

12:49PM 24   MEETINGS WITH DOD.

12:49PM 25   Q.   AND IS MR. FRENZEL AN EMPLOYEE AT THERANOS?

HOLMES DIRECT BY MR. DOWNEY (RES.)                              7431

| | | |
|---|---|---|
| 12:49PM | 1 | A.   YES. |
| 12:49PM | 2 | MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF |
| 12:49PM | 3 | 15023. |
| 12:49PM | 4 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 12:49PM | 5 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:49PM | 6 | (DEFENDANT'S EXHIBIT 15023 WAS RECEIVED IN EVIDENCE.) |
| 12:49PM | 7 | MR. DOWNEY:  I'M INTERESTED IN THE BOTTOM EMAIL. |
| 12:49PM | 8 | Q.   AND LOOKING AT THIS EMAIL, YOU MENTIONED THAT THIS -- |
| 12:49PM | 9 | THERE HAD BEEN A MEETING AT DOD.  WHAT WAS THAT MEETING ABOUT? |
| 12:49PM | 10 | A.   I'M JUST READING IT. |
| 12:49PM | 11 | I THINK THIS WAS RELATING TO WHAT WE WERE TALKING ABOUT |
| 12:50PM | 12 | EARLIER, MEASURING INFECTION IN TRAUMA PATIENTS. |
| 12:50PM | 13 | Q.   OKAY.  IF YOU LOOK AT THE THIRD SENTENCE THAT BEGINS, "THE |
| 12:50PM | 14 | COLONEL INTIMATED A DESIRE FOR OTHER TECH AS WELL... CYTOMETRY |
| 12:50PM | 15 | AND GC/MS.  BOTH OF WHICH I WOULD LOVE FOR US TO MOVE TO IN |
| 12:50PM | 16 | FUTURE GENERATIONS.  AS WELL AS PCR." |
| 12:50PM | 17 | CAN YOU EXPLAIN WHAT MR. FRENZEL IS PROPOSING IN THOSE |
| 12:50PM | 18 | SENTENCES? |
| 12:50PM | 19 | A.   GARY IS SAYING HERE THAT AS WE GO FORWARD, ADDING |
| 12:50PM | 20 | ADDITIONAL METHODS, THE THREE METHODS HE'S TALKING ABOUT HERE |
| 12:50PM | 21 | ARE CYTOMETRY, GC/MS, AND PCR TO OUR SYSTEM IS SOMETHING THAT |
| 12:50PM | 22 | HE WOULD LOVE TO DO. |
| 12:50PM | 23 | Q.   AND DID SCIENTISTS AND ENGINEERS AT THERANOS BEGIN |
| 12:51PM | 24 | EXPLORING WHETHER THAT COULD BE DONE IN 2009? |
| 12:51PM | 25 | A.   YES. |

HOLMES DIRECT BY MR. DOWNEY (RES.)                                    7432

12:51PM   1      Q.   LET ME -- TO YOUR KNOWLEDGE, WAS DR. ROBERTSON INVOLVED

12:51PM   2      WITH THOSE EFFORTS?

12:51PM   3      A.   HE WAS.

12:51PM   4      Q.   WHAT ROLE WAS HE PLAYING AT THE COMPANY AT THAT TIME IN

12:51PM   5      2009?

12:51PM   6      A.   DR. ROBERTSON WAS ONE OF OUR BOARD MEMBERS.  HE WAS ALSO

12:51PM   7      SERVING AS A CHIEF TECHNICAL ARCHITECT INTERNALLY.

12:51PM   8      Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 7087.

12:51PM   9      A.   OKAY.

12:51PM  10      Q.   IS THIS AN EMAIL BETWEEN DR. ROBERTSON AND YOURSELF

12:51PM  11      DISCUSSING THERANOS'S TECHNOLOGIES IN 2009?

12:52PM  12      A.   IT IS.

12:52PM  13              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:52PM  14      7087.

12:52PM  15              MR. LEACH:  ONE MOMENT, YOUR HONOR.

12:52PM  16          (PAUSE IN PROCEEDINGS.)

12:52PM  17              MR. LEACH:  NO OBJECTION.

12:52PM  18              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:52PM  19          (DEFENDANT'S EXHIBIT 7087 WAS RECEIVED IN EVIDENCE.)

12:52PM  20      BY MR. DOWNEY:

12:52PM  21      Q.   IF YOU WOULD LOOK AT THE BOTTOM EMAIL, HE SAYS, "WE HAD

12:52PM  22      OUR FIRST GROUP MEETING TODAY TO START TALKING ABOUT ASSESSING

12:52PM  23      NEW TECHNOLOGIES, THINKING AHEAD AND THINKING OUT OF THE BOX."

12:52PM  24          AND HE GOES ON TO DESCRIBE PEOPLE'S ENTHUSIASM.

12:52PM  25          WHAT DID YOU UNDERSTAND HIM TO BE TALKING ABOUT AT THIS

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7433

| | | |
|---|---|---|
| 12:52PM | 1 | POINT IN 2009? |
| 12:52PM | 2 | A.   HE'S TALKING ABOUT OUR EVALUATION OF THE NEW TECHNOLOGIES |
| 12:52PM | 3 | WE WERE PURSUING FOR ADDING MULTIPLE METHODS TO OUR SYSTEM. |
| 12:52PM | 4 | Q.   NOW, DID THERE COME A TIME IN EARLY 2010 WHEN THERANOS'S |
| 12:52PM | 5 | SCIENTISTS AND ENGINEERS TOLD YOU THAT THEY BELIEVED IT WAS |
| 12:52PM | 6 | FEASIBLE FOR THERANOS SYSTEMS TO BE CONFIGURED SO THAT THEY |
| 12:53PM | 7 | COULD RUN ANY BLOOD TEST? |
| 12:53PM | 8 | A.   YES. |
| 12:53PM | 9 | Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7096. |
| 12:53PM | 10 | A.   OKAY. |
| 12:53PM | 11 | Q.   CAN YOU IDENTIFY 7096? |
| 12:53PM | 12 | A.   YES.  IT'S AN EMAIL FROM DR. GIBBONS TO ME ABOUT THE |
| 12:53PM | 13 | CAPABILITIES OF OUR SYSTEM. |
| 12:53PM | 14 | MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF |
| 12:53PM | 15 | 7096. |
| 12:53PM | 16 | MR. LEACH:  NO OBJECTION. |
| 12:53PM | 17 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:53PM | 18 | (DEFENDANT'S EXHIBIT 7096 WAS RECEIVED IN EVIDENCE.) |
| 12:53PM | 19 | BY MR. DOWNEY: |
| 12:53PM | 20 | Q.   DO YOU SEE HERE HE'S SAYING "I'D LIKE TO PRESENT" -- THIS |
| 12:54PM | 21 | IS IN JANUARY OF 2010; CORRECT? |
| 12:54PM | 22 | A.   IT IS. |
| 12:54PM | 23 | Q.   IN THE SECOND SENTENCE WHEN HE SAYS, "I BELIEVE THE |
| 12:54PM | 24 | TECHNOLOGY HAS THE POTENTIAL FOR RAPID EXPANSION OF OUR ABILITY |
| 12:54PM | 25 | TO DO GENERAL CHEMISTRY ASSAYS AND EXISTING COLORIMETRIC |

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7434

12:54PM   1    ELISA'S (REDUCING ASSAY DEVELOPMENT TIME)."

12:54PM   2         AND HE GOES ON TO DESCRIBE WHAT THE SAMPLE WOULD BE AND

12:54PM   3    OTHER TECHNOLOGY.

12:54PM   4         WHAT DID YOU UNDERSTAND THAT DR. GIBBONS WAS CONVEYING TO

12:54PM   5    YOU IN THIS EMAIL?

12:54PM   6    A.   DR. GIBBONS IS CONVEYING THAT THERE IS DATA THAT HAS BEEN

12:54PM   7    GENERATED THAT REFLECTS OUR ABILITY TO EXPAND EXISTING

12:54PM   8    CAPABILITIES FOR GENERAL CHEMISTRY AND ELISA'S, WHICH ARE THE

12:54PM   9    IMMUNOASSAYS, ON OUR SYSTEM.

12:54PM   10   Q.   AND DID THERE COME A TIME IN EARLY 2010 WHEN DR. GIBBONS

12:54PM   11   AND OTHERS MADE A PRESENTATION TO YOU ABOUT THE EXPANSION OF

12:54PM   12   THERANOS SYSTEMS CAPACITY?

12:55PM   13   A.   THEY DID.

12:55PM   14   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7098.

12:55PM   15        IS THIS A POWERPOINT THAT WAS USED IN CONNECTION WITH THAT

12:55PM   16   PRESENTATION TO YOU ABOUT THE CAPABILITIES OF THERANOS

12:55PM   17   TECHNOLOGY?

12:55PM   18   A.   YES.

12:55PM   19        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:55PM   20   EXHIBIT 7098.

12:55PM   21        MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:55PM   22        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:55PM   23        (DEFENDANT'S EXHIBIT 7098 WAS RECEIVED IN EVIDENCE.)

12:55PM   24   BY MR. DOWNEY:

12:55PM   25   Q.   GO TO SLIDE 2.  THIS IS LABELLED "SYSTEM COMPONENT

HOLMES DIRECT BY MR. DOWNEY (RES.)                          7435

12:55PM  1    REQUIREMENTS AND SELECTION SYSTEM 4.0."

12:56PM  2         DO YOU SEE THAT?

12:56PM  3    A.   YES.

12:56PM  4    Q.   AND WHAT DID SYSTEM 4.0 REFER TO?

12:56PM  5    A.   IT WAS THE NEXT GENERATION SYSTEM FROM OUR 3 SERIES

12:56PM  6    SYSTEM.

12:56PM  7    Q.   AND LET'S GO TO THE NEXT SLIDE.

12:56PM  8         CAN YOU TAKE US THROUGH THE ENTRIES ON THE NEXT SLIDE AND

12:56PM  9    EXPLAIN WHAT IS BEING CONVEYED IN THIS POWERPOINT SLIDE?

12:56PM 10    A.   YES.  DR. GIBBONS IS SAYING THAT OUR 4 SERIES SYSTEM WILL

12:56PM 11    BE CAPABLE OF PERFORMING ANY MEASUREMENT IN A DISTRIBUTED TEST

12:56PM 12    SETTING, MEANING IN THE FIELD OR OUTSIDE OF THE TRADITIONAL

12:56PM 13    LAB.

12:56PM 14         HE'S SAYING THAT IT WILL INCLUDE SEVERAL MEASUREMENT

12:56PM 15    TECHNOLOGIES.  SO MULTIPLE METHODS.

12:56PM 16         HE'S SAYING THAT THE SYSTEM WILL BE BASED ON THE EXISTING

12:56PM 17    CARTRIDGE AND DEVICE.

12:56PM 18         AND HE'S COMMENTING THAT IT WILL BE AN OPEN ARCHITECTURE.

12:57PM 19         SO THIS GETS TO THE POINT THAT WE WERE TALKING ABOUT

12:57PM 20    EARLIER, WHICH IS WITH A ROBOT, YOU CAN PROGRAM IT TO RUN ANY

12:57PM 21    TEST AS OPPOSED TO BEING FIXED IN WHAT YOU COULD RUN, LIKE THE

12:57PM 22    EXAMPLE OF A GLUCOSE METER.

12:57PM 23         AND HE'S SAYING THAT THE TOTAL MEASUREMENTS ON A SAMPLE

12:57PM 24    WILL BE INCREASED FROM THE SIX THAT WE WERE RUNNING AT THAT

12:57PM 25    TIME TO, HE'S SUGGESTING 2- TO 3-FOLD, 15 ASSAYS.

HOLMES DIRECT BY MR. DOWNEY (RES.)                        7436

12:57PM    1    Q.   SO 15 ASSAYS MIGHT BE PLACED ON ONE CARTRIDGE AND RUN AT

12:57PM    2    THE SAME TIME?

12:57PM    3    A.   YES.

12:57PM    4    Q.   AND WHEN HE SAYS IN THE FIRST BULLET POINT "ANY

12:57PM    5    MEASUREMENT," WHAT IS THAT A REFERENCE TO?

12:57PM    6    A.   HE'S TALKING ABOUT THE FACT THAT THE 4 SERIES SYSTEM WILL

12:57PM    7    BE CAPABLE OF RUNNING ANY TEST.

12:57PM    8    Q.   LET ME ASK YOU TO GO FORWARD TO SLIDE 5.

12:57PM    9         IT SAYS "CANDIDATE TECHNOLOGIES."

12:57PM   10         DO YOU SEE THAT?

12:58PM   11    A.   I DO.

12:58PM   12    Q.   CAN YOU EXPLAIN WHAT THIS IS?

12:58PM   13    A.   THIS IS AN OVERVIEW OF THE METHODS THAT DR. GIBBONS WAS

12:58PM   14    SUGGESTING THAT WE REVIEW AS POSSIBLE METHODS TO RUN ON THE

12:58PM   15    SYSTEM.

12:58PM   16    Q.   OKAY.  LET ME ASK YOU NOW TO LOOK AT SLIDE 6.  I'M SORRY,

12:58PM   17    SLIDE 7.  IT'S LABELLED "PROPOSAL FOR THE BASIS OF SYSTEM 4.0."

12:58PM   18         DO YOU SEE THAT?

12:58PM   19    A.   I DO.

12:58PM   20    Q.   AND WHAT DOES THIS SLIDE CONVEY?

12:58PM   21    A.   I'M JUST LOOKING AT IT.

12:58PM   22         IT CONVEYS DR. GIBBONS'S PROPOSAL FOR THE SYSTEM 4.0

12:58PM   23    DESIGN, OR ARCHITECTURE.

12:58PM   24    Q.   AND DOES IT SET FORTH THE STEPS THAT ARE BEING TAKEN TO

12:58PM   25    DEVELOP THAT TECHNOLOGY?

7437

| | | |
|---|---|---|
| 12:59PM | 1 | A.   IT DOES. |
| 12:59PM | 2 | Q.   AS A RESULT OF THE PRESENTATION THAT YOU RECEIVED IN |
| 12:59PM | 3 | FEBRUARY OF 2010 REGARDING THERANOS'S TECHNOLOGY, WHAT DID YOU |
| 12:59PM | 4 | UNDERSTAND THAT THE TECHNOLOGY COULD DO WITH RESPECT TO BLOOD |
| 12:59PM | 5 | TESTS? |
| 12:59PM | 6 | A.   I UNDERSTOOD THAT THE 4 SERIES COULD DO ANY BLOOD TEST. |
| 12:59PM | 7 | MR. DOWNEY:  YOUR HONOR, I'LL BE MOVING TO A |
| 12:59PM | 8 | SLIGHTLY DIFFERENT AREA, SO MAYBE NOW IS A GOOD TIME TO END FOR |
| 12:59PM | 9 | TODAY. |
| 12:59PM | 10 | THE COURT:  WELL, LET'S DO THAT. |
| 12:59PM | 11 | WE'RE ENDING TODAY, YOU RECALL, AT 1:00 P.M.  WE'LL START |
| 12:59PM | 12 | TOMORROW AT 9:00 A.M. |
| 12:59PM | 13 | I THINK TOMORROW WILL BE A FULL DAY, LADIES AND GENTLEMEN. |
| 12:59PM | 14 | WE'LL GO UNTIL 4:00 TOMORROW, 4:00 O'CLOCK. |
| 12:59PM | 15 | SO WE'LL BREAK TODAY. |
| 12:59PM | 16 | LET ME REMIND YOU OF THE ADMONITION.  PLEASE DO NOT DO ANY |
| 12:59PM | 17 | INDEPENDENT RESEARCH, DO NOT READ, DISCUSS, OR LISTEN TO IN ANY |
| 12:59PM | 18 | WAY OR TRY TO BECOME INVOLVED WITH ANY INFORMATION ABOUT THIS |
| 12:59PM | 19 | CASE. |
| 12:59PM | 20 | TOMORROW I'LL ASK YOU IF THAT HAS OCCURRED. |
| 01:00PM | 21 | SO HAVE A GOOD EVENING, LADIES AND GENTLEMEN.  WE'LL SEE |
| 01:00PM | 22 | YOU TOMORROW MORNING AT 9:00 A.M. |
| 01:00PM | 23 | MS. HOLMES, YOU'LL RETURN TOMORROW MORNING AT 9:00 A.M., |
| 01:00PM | 24 | PLEASE. |
| 01:00PM | 25 | THE WITNESS:  I WILL, YES. |

7438

```
01:00PM   1              (JURY OUT AT 1:00 P.M.)

01:00PM   2                   THE COURT:  YOU CAN STAND DOWN.  THANK YOU.

01:00PM   3              PLEASE BE SEATED.  THANK YOU.

01:00PM   4         THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

01:00PM   5    DAY.

01:00PM   6         MR. LEACH, DID YOU WANT TO BRING SOMETHING UP NOW?

01:00PM   7         ALL COUNSEL ARE PRESENT, MS. HOLMES IS PRESENT.  THE JURY

01:00PM   8    HAS LEFT THE COURTROOM.

01:00PM   9                   MR. LEACH:  THE ISSUE IS SOMEWHAT MOOT, YOUR HONOR.

01:00PM  10         THE GOVERNMENT DIDN'T RAISE IT BEFORE THE EXAMINATION, BUT

01:00PM  11    TODAY THE COURT ADMITTED EXHIBITS 15023, 15039, 15041, 15044,

01:01PM  12    15045, AND 15047.

01:01PM  13         THESE ALL BEAR BATES NUMBERS HOLMES 0019083 THROUGH

01:01PM  14    0019267.

01:01PM  15         ALL OF THESE WERE PRODUCED FOR THE FIRST TIME IN DISCOVERY

01:01PM  16    SOMETIME AFTER 9:00 O'CLOCK ON SATURDAY.

01:01PM  17         WE HAD INTENDED TO MOVE TO EXCLUDE THEM ON THAT BASIS AT

01:01PM  18    THE OUTSET OF THE TESTIMONY, BUT ELECTED, GIVEN WE HAD A LONG

01:01PM  19    BREAK THIS MORNING, WE CHOSE NOT TO DO THAT.

01:01PM  20         WE DO CONTINUE TO HAVE CONCERNS ABOUT THE PROVIDENCE OF

01:01PM  21    SOME OF THESE DOCUMENTS AND THE LATENESS WITH WHICH THEY'RE

01:01PM  22    COMING TO THE COURT IN VIOLATION OF THE RULE 16 DEADLINE, BUT

01:01PM  23    WE MADE A CHOICE NOT TO OBJECT.

01:01PM  24         I JUST WANTED TO MAKE A RECORD OF THAT.

01:01PM  25                   THE COURT:  ALL RIGHT.  THANK YOU.
```

| 01:01PM | 1 | MR. DOWNEY, DO YOU WANT TO SPEAK FOR YOUR TEAM? |
| 01:01PM | 2 | MR. DOWNEY:  YOUR HONOR, I DO, AND I'M GLAD THAT |
| 01:02PM | 3 | MR. LEACH HAS NO MOTION AT THIS TIME, NOR DO I HAVE A MOTION |
| 01:02PM | 4 | ABOUT THE 2000 DOCUMENTS WHICH WERE PRODUCED TO US AND USED AS |
| 01:02PM | 5 | EXHIBITS WITHIN ABOUT 48 HOURS DURING THE GOVERNMENT'S CASE. |
| 01:02PM | 6 | IT'S A REALITY OF TRIAL THAT SOME EXHIBITS WILL BE |
| 01:02PM | 7 | DISCLOSED LATE. |
| 01:02PM | 8 | MORE IMPORTANTLY AND MORE FUNDAMENTALLY, RULE 16, IN THE |
| 01:02PM | 9 | CONTEXT OF A CRIMINAL CASE, AS THE COURT WELL KNOWS, IS NOT A |
| 01:02PM | 10 | DISCOVERY OPPORTUNITY FOR THE GOVERNMENT. |
| 01:02PM | 11 | WHEN WE KNOW THAT WE ARE GOING TO INTRODUCE A DOCUMENT IN |
| 01:02PM | 12 | OUR CASE-IN-CHIEF, SO SOME DOCUMENTS IN CONNECTION WITH THIS |
| 01:02PM | 13 | DEFENDANT'S TESTIMONY, WE ARE PRODUCING THAT. |
| 01:02PM | 14 | SO I DON'T -- IT'S NOT WELL TAKEN BY ME, THE SUGGESTION |
| 01:02PM | 15 | THAT THESE DOCUMENTS ARE INTENTIONALLY WITHHELD OR NOT. |
| 01:02PM | 16 | I TOLD MR. LEACH I WOULD LOOK AT DOCUMENTS ON SATURDAY, I |
| 01:02PM | 17 | WOULD PRODUCE THEM TO HIM.  I DID THAT.  HE'S HAD 36 HOURS, |
| 01:03PM | 18 | WHICH IS A LOT MORE THAN I NORMALLY HAD WHEN HE PRODUCED |
| 01:03PM | 19 | DOCUMENTS TO ME AT, YOU KNOW, THE NIGHT BEFORE ON MANY ISSUES. |
| 01:03PM | 20 | AND THAT'S -- I'M NOT FAULTING HIM.  I ONLY MENTION IT |
| 01:03PM | 21 | BECAUSE THIS IS BEING RAISED IN OUR CASE. |
| 01:03PM | 22 | I DON'T THINK -- IN FAIRNESS, I DON'T THINK YOU HEARD A |
| 01:03PM | 23 | LOT OF COMPLAINTS OUT OF US ALONG THESE LINES DURING THE |
| 01:03PM | 24 | GOVERNMENT'S CASE. |
| 01:03PM | 25 | MR. LEACH:  RESPECTFULLY, YOUR HONOR, I AM NOT |

01:03PM    1    COMPLAINING ABOUT ADDING AN EXHIBIT THAT WAS PRODUCED IN

01:03PM    2    DISCOVERY TO THE EXHIBIT LIST.  THE GOVERNMENT HAS DONE THAT.

01:03PM    3    IT HAPPENS.  WE UNDERSTAND THAT.

01:03PM    4         WHAT I'M TALKING ABOUT IS SOMETHING VERY DIFFERENT.  THESE

01:03PM    5    ARE RULE 16 DOCUMENTS THAT HAVE NOT BEEN PRODUCED IN DISCOVERY

01:03PM    6    AND THE FIRST TIME THE GOVERNMENT IS GETTING THEM IS THE NIGHT

01:03PM    7    BEFORE OR THE WEEKEND OF THE TESTIMONY.

01:03PM    8         SO I THINK MR. DOWNEY, RESPECTFULLY, IS COMPARING APPLES

01:03PM    9    TO ORANGES.

01:03PM   10         I UNDERSTAND THAT PEOPLE ADD EXHIBITS TO AN EXHIBIT LIST

01:03PM   11    LATE IN THE MIDDLE OF TRIAL.  I JUST THINK THIS IS

01:03PM   12    FUNDAMENTALLY DIFFERENT.

01:04PM   13         I ALSO AM A LITTLE SKEPTICAL THAT THESE ARE BEING FOUND AT

01:04PM   14    THE LAST MINUTE OR SOMEHOW THERE'S NOT A LITTLE BIT OF STRATEGY

01:04PM   15    IN WHAT IS BEING PROVIDED TO THE GOVERNMENT.

01:04PM   16         I WOULD NOTE THAT 15023, 15039, AND 15041 ALL HAVE LOWER

01:04PM   17    EXHIBIT NUMBERS THAN DOCUMENTS THAT WERE IN YOUR HONOR'S BINDER

01:04PM   18    ON FRIDAY.

01:04PM   19         I THINK THESE WERE DOCUMENTS THAT HAD BEEN IDENTIFIED

01:04PM   20    WHICH WERE INTENDED FOR THE CASE-IN-CHIEF, AND THEY'RE SLOW

01:04PM   21    ROLLING TO THEM, TO US.

01:04PM   22         RULE 16 -- THERE WAS AN ORDER.  THEY WERE ORDERED TO GIVE

01:04PM   23    RULE 16 TO THE GOVERNMENT.  THEY'RE DOING IT THE DAY BEFORE,

01:04PM   24    THE NIGHT OF.

01:04PM   25         THIS IS DIFFERENT FROM ADDING SOMETHING THAT WAS PRODUCED

7441

01:04PM 1    IN DISCOVERY OR THAT'S A 302 THAT IS CREATED THE NIGHT BEFORE

01:04PM 2    BECAUSE YOU INTERVIEWED THE WITNESS AGAIN.

01:04PM 3        SO I THINK IT'S A LITTLE BIT OF APPLES AND ORANGES, AND

01:04PM 4    ALL I'M ASKING FOR IS THAT THEY HAVE A LIST, THEY HAVE A MASTER

01:04PM 5    LIST, THEY KNOW WHAT THEY'RE PRESENTING TO THEIR CLIENT, AND WE

01:04PM 6    JUST WANT IT TIMELY.

01:04PM 7            THE COURT:  MR. DOWNEY?

01:05PM 8            MR. DOWNEY:  I HAVE REALLY NOTHING TO ADD,

01:05PM 9    YOUR HONOR.

01:05PM 10       THE, THE -- I DON'T THINK THE COURT BELIEVES THAT RULE 16

01:05PM 11   GENERALLY IS A DISCOVERY DEVICE FOR THE GOVERNMENT COMPARABLE

01:05PM 12   TO A DISCOVERY DEVICE IN A CIVIL CASE.

01:05PM 13       THE DEFENDANT IS TESTIFYING.

01:05PM 14       WHETHER THE DEFENDANT TESTIFIES, AS THE COURT WELL KNOWS,

01:05PM 15   COULD BE QUITE A LATE JUDGMENT AT THE END OF THE GOVERNMENT'S

01:05PM 16   CASE.

01:05PM 17       THE GOVERNMENT'S CASE ENDED FRIDAY.  MR. LEACH CAME TO ME

01:05PM 18   AND CONFERRED WITH ME ABOUT A COUPLE OF EXHIBITS THAT WERE USED

01:05PM 19   ON FRIDAY.

01:05PM 20       I TOLD HIM I WOULD LOOK AT EXHIBITS THAT MIGHT BE USED,

01:05PM 21   WHICH -- AND I TRIED TO COMPARE THEM TO WHAT HAD AND HAD NOT

01:05PM 22   BEEN PRODUCED, AND I PRODUCED THEM TO HIM SATURDAY NIGHT.

01:05PM 23       I DON'T KNOW, AND THE WITNESS WON'T BE ON

01:05PM 24   CROSS-EXAMINATION FOR, YOU KNOW, SEVEN DAYS.  I THINK THAT'S A

01:05PM 25   VERY DIFFERENT SITUATION FROM THE ONE THAT WE FACED IN THE

7442

01:05PM 1    GOVERNMENT'S CASE.

01:05PM 2         AND AGAIN, I'M NOT FAULTING HIM FOR THAT.

01:05PM 3              THE COURT:  ALL RIGHT.  THANK YOU.

01:05PM 4         MR. LEACH, ANYTHING FURTHER?

01:06PM 5              MR. LEACH:  NOTHING FURTHER, YOUR HONOR.

01:06PM 6              THE COURT:  ALL RIGHT.  THANK YOU FOR BRINGING THIS

01:06PM 7    TO MY ATTENTION.  IT JUST SPEAKS TO THE NATURE OF TRIALS.  I

01:06PM 8    APPRECIATE THE DEFENSE LOOKING AT THEIR FILES AND PROVIDING

01:06PM 9    INFORMATION ACCORDINGLY TO THE GOVERNMENT SUCH THAT THE TRIAL

01:06PM 10   CAN CONTINUE TO PROCEED IN AN EFFICIENT MANNER.

01:06PM 11             MR. DOWNEY:  WHICH WE WILL CONTINUE TO DO,

01:06PM 12   YOUR HONOR.

01:06PM 13             THE COURT:  THANK YOU.

01:06PM 14        LET ME -- I DO WANT TO RAISE ANOTHER TOPIC.  IT'S

01:06PM 15   SOMETHING THAT HAS BECOME PERHAPS AN OLD AND FAMILIAR REFRAIN,

01:06PM 16   AND MAYBE THAT'S THE APPROPRIATE TERM, BUT WE ARE RECEIVING

01:06PM 17   INFORMATION FROM OUR JURY THAT KEYBOARD NOISE HAS INCREASED

01:06PM 18   AGAIN, AND WE DON'T WANT TO DISTRACT -- PERHAPS IT SOUNDS A

01:06PM 19   LITTLE RIDICULOUS WHY THE COURT KEEPS TALKING ABOUT LOUD

01:06PM 20   KEYBOARDS.  I DO IT ON BEHALF OF THE JURY, AND THE JURY SPEAKS

01:06PM 21   THROUGH OUR COURTROOM DEPUTY, AND THEY HAVE REPORTED THAT

01:06PM 22   KEYBOARD NOISE HAS INCREASED.

01:07PM 23        THE DEFENDANT IS ON THE STAND NOW.  IT'S A CRITICAL PART

01:07PM 24   OF THE CASE.  I'M GOING TO ASK FOLKS TO PLEASE, PLEASE, I

01:07PM 25   UNDERSTAND YOUR DESIRE, YOUR NEED, YOUR OBLIGATIONS TO PERHAPS

| | | |
|---|---|---|
| 01:07PM | 1 | REPORT OR IN SOME WAY MEMORIALIZE THESE PROCEEDINGS, BUT YOU |
| 01:07PM | 2 | NEED TO DO IT IN A RESPECTFUL MANNER, PLEASE. |
| 01:07PM | 3 | WE HAVE AN OVERFLOW ROOM.  IF YOU FEEL YOU CANNOT, CANNOT |
| 01:07PM | 4 | KEEP THE NOISE LEVEL DOWN, THEN I'M GOING TO ASK YOU TO |
| 01:07PM | 5 | SELF-POLICE INITIALLY AND GO TO THE OVERFLOW ROOM. |
| 01:07PM | 6 | IF THAT DOESN'T WORK, IF IT CONTINUES TO BE A DISRUPTION |
| 01:07PM | 7 | FOR OUR JURY, I'M GOING TO BE FORCED TO ASK THOSE INDIVIDUALS |
| 01:07PM | 8 | TO LEAVE THE COURTROOM AND ENGAGE SOMEWHERE ELSE. |
| 01:07PM | 9 | IT'S AN IMPORTANT ISSUE TO THE GOVERNMENT, IT'S CERTAINLY |
| 01:07PM | 10 | AN IMPORTANT ISSUE TO THE DEFENSE THAT THE JURY BE ABLE TO |
| 01:07PM | 11 | CONCENTRATE FULLY, FULLY ON THE EVIDENCE WITHOUT BEING |
| 01:07PM | 12 | DISTRACTED.  IT COULD BE KEYBOARD NOISE.  IF IT WERE SOMEBODY |
| 01:08PM | 13 | CHEWING GUM, IF IT WERE SOMEBODY MAKING SOME KIND OF NOISE OR |
| 01:08PM | 14 | DISTRACTION TO THE JURY, I WOULD BE SIMILARLY CONCERNED. |
| 01:08PM | 15 | SO I'M NOT PICKING ON ANYONE.  I'M NOT TRYING TO SINGLE |
| 01:08PM | 16 | ANYONE OUT.  I GUESS I'M JUST ASKING FOR SOME RECIPROCAL |
| 01:08PM | 17 | RESPECT TO THE PROCEEDINGS.  WE'LL JUST DO WHAT WE HAVE TO DO |
| 01:08PM | 18 | TO KEEP THE PROCEEDINGS APPROPRIATE FOR OUR JURY AND FOR ALL |
| 01:08PM | 19 | PARTICIPANTS. |
| 01:08PM | 20 | SO THANK YOU VERY MUCH. |
| 01:08PM | 21 | LET ME THANK THOSE IN ADVANCE WHO WILL ACCOMMODATE THIS. |
| 01:08PM | 22 | AND LET ME ALSO THANK THOSE OF YOU WHO HAVE KEYBOARDS, |
| 01:08PM | 23 | LAPTOPS WHO ARE, WHO ARE DOING YOUR BEST TO KEEP SILENT AND TO |
| 01:08PM | 24 | KEEP YOUR TYPING AT A LOW LEVEL.  I APPRECIATE THAT. |
| 01:08PM | 25 | THESE LAWYERS APPRECIATE IT, AND THE JURY APPRECIATES IT. |

7444

01:08PM  1    I KNOW IT CAN BE DONE.  MANY OF YOU ARE DOING THAT.  SO I HOPE

01:08PM  2    THOSE WHO AREN'T WILL MODEL THEIR BEHAVIOR AFTER THOSE WHO ARE.

01:08PM  3         ANYTHING FURTHER BEFORE WE BREAK?

01:09PM  4              MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

01:09PM  5              MR. DOWNEY:  NOT FROM THE DEFENSE.

01:09PM  6              THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL SEE YOU

01:09PM  7    TOMORROW MORNING.

01:09PM  8              THE CLERK:  COURT IS ADJOURNED.

01:09PM  9         (COURT ADJOURNED AT 1:09 P.M.)

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                           CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076
17

18         _____
19         LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595
20

21         DATED:  NOVEMBER 22, 2021

22

23

24

25

1

2                      UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5
     UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                     )
                     PLAINTIFF,       )   SAN JOSE, CALIFORNIA
7                                     )
            VS.                       )   VOLUME 38
8                                     )
     ELIZABETH A. HOLMES,             )   NOVEMBER 23, 2021
9                                     )
                     DEFENDANT.       )   PAGES 7444 - 7681
10   _____)

11
                      TRANSCRIPT OF TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE EDWARD J. DAVILA
                     UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14
     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                          BY:   JOHN C. BOSTIC
                                  JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:   ROBERT S. LEACH
18                                KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21
     OFFICIAL COURT REPORTERS:
22                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
23                          LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
24
            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3    FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                              BY:  KEVIN M. DOWNEY
 4                                 LANCE A. WADE
                                   KATHERINE TREFZ
 5                                 SEEMA ROPER
                                   ANDREW LEMENS
 6                                 J.R. FLEURMONT
                                   RICHARD CLEARY
 7                                 PATRICK LOOBY
                              725 TWELFTH STREET, N.W.
 8                            WASHINGTON, D.C. 20005

 9                            LAW OFFICE OF JOHN D. CLINE
                              BY:  JOHN D. CLINE
10                            ONE EMBARCADERO CENTER, SUITE 500
                              SAN FRANCISCO, CALIFORNIA 94111
11

12    ALSO PRESENT:          FEDERAL BUREAU OF INVESTIGATION
                              BY:  ADELAIDA HERNANDEZ
13
                              OFFICE OF THE U.S. ATTORNEY
14                            BY:  LAKISHA HOLLIMAN, PARALEGAL
                                   MADDI WACHS, PARALEGAL
15
                              WILLIAMS & CONNOLLY
16                            BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

17                            TBC
                              BY:  BRIAN BENNETT, TECHNICIAN
18

19

20

21

22

23

24

25
```

7446

1

<u>INDEX OF PROCEEDINGS</u>

2

GOVERNMENT'S:

3

4     **ELIZABETH HOLMES**
      DIRECT EXAM BY MR. DOWNEY (RES.)          P. 7448

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        INDEX OF EXHIBITS

 2                                    IDENT.    EVIDENCE

 3        GOVERNMENT'S:

 4        1095                                  7566
          1177                                  7568
 5        1172                                  7590

 6        DEFENDANT'S:

 7        7100                                  7453
          15004                                 7455
 8        15046                                 7465
          15048                                 7480
 9        7109                                  7484
          7117                                  7488
10        14018                                 7492
          7230                                  7497
11        9649                                  7499
          7222                                  7502
12        7239                                  7504
          7315                                  7507
13        15000                                 7509
          12310                                 7514
14        7286                                  7517
          7272                                  7520
15        7120                                  7526
          7137                                  7528
16        7264                                  7531
          7314                                  7543
17        13780                                 7549
          15030                                 7562
18        15028                                 7565
          15029                                 7571
19        4005                                  7583
          7751                                  7607
20        7380                                  7607
          10682                                 7609
21        7755                                  7626
          10539                                 7636
22        7174                                  7642
          7250                                  7647
23        15032                                 7657
          15031                                 7661
24        15033                                 7663

25
```

|          | 1  | SAN JOSE, CALIFORNIA                    NOVEMBER 23, 2021 |
| 09:02AM  | 2  | P R O C E E D I N G S |
| 09:02AM  | 3  | (COURT CONVENED AT 9:02 A.M.) |
| 09:02AM  | 4  | (JURY IN AT 9:02 A.M.) |
| 09:02AM  | 5  | THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE |
| 09:02AM  | 6  | RECORD IN THE HOLMES MATTER.  ALL COUNSEL ARE PRESENT.  OUR |
| 09:02AM  | 7  | JURY IS PRESENT. |
| 09:02AM  | 8  | MS. HOLMES IS ON THE STAND.  GOOD MORNING. |
| 09:02AM  | 9  | BEFORE WE BEGIN, LADIES AND GENTLEMEN OF THE JURY, LET ME |
| 09:02AM  | 10 | ASK YOU THAT QUESTION AGAIN.  DURING OUR RECESS, HAVE ANY OF |
| 09:02AM  | 11 | YOU HAD CAUSE TO LEARN ABOUT, READ, LISTEN, SPEAK ABOUT |
| 09:03AM  | 12 | ANYTHING OR ANYTHING TO DO WITH THIS CASE? |
| 09:03AM  | 13 | IF SO, PLEASE RAISE YOUR HANDS. |
| 09:03AM  | 14 | ONCE AGAIN, I SEE NO HANDS. |
| 09:03AM  | 15 | THANK YOU VERY MUCH. |
| 09:03AM  | 16 | MS. HOLMES, YOU'RE STILL UNDER OATH. |
| 09:03AM  | 17 | I THINK YOUR LAWYER HAS SOME QUESTIONS. |
| 09:03AM  | 18 | **(DEFENDANT'S WITNESS, ELIZABETH HOLMES, WAS PREVIOUSLY** |
| 09:03AM  | 19 | **SWORN.)** |
| 09:03AM  | 20 | MR. DOWNEY:  THANK YOU, YOUR HONOR. |
| 09:03AM  | 21 | **DIRECT EXAMINATION (RESUMED)** |
| 09:03AM  | 22 | BY MR. DOWNEY: |
| 09:03AM  | 23 | Q.  GOOD MORNING, MS. HOLMES. |
| 09:03AM  | 24 | A.  GOOD MORNING. |
| 09:03AM  | 25 | Q.  DO YOU RECALL YESTERDAY THAT WE WERE DISCUSSING |

| | | |
|---|---|---|
| 09:03AM | 1 | PARTNERSHIPS WITH PHARMACEUTICAL COMPANIES THAT THERANOS |
| 09:03AM | 2 | PURSUED BETWEEN 2006 AND 2010? |
| 09:03AM | 3 | A.   I DO. |
| 09:03AM | 4 | Q.   AND DO YOU RECALL DISCUSSING THERANOS'S RELATIONSHIP WITH |
| 09:03AM | 5 | PFIZER DURING THAT PERIOD? |
| 09:03AM | 6 | A.   I DO. |
| 09:03AM | 7 | Q.   AND DO YOU RECALL THAT YOU TESTIFIED ABOUT THERANOS HAVING |
| 09:03AM | 8 | A CONTINUED RELATIONSHIP WITH PFIZER AFTER 2010? |
| 09:03AM | 9 | A.   YES. |
| 09:03AM | 10 | Q.   DO YOU RECALL THAT DURING THE GOVERNMENT'S CASE, |
| 09:04AM | 11 | DR. SHANE WEBER TESTIFIED? |
| 09:04AM | 12 | A.   I DO. |
| 09:04AM | 13 | Q.   AND DO YOU RECALL THAT HE TESTIFIED ABOUT AN INTERNAL |
| 09:04AM | 14 | REPORT THAT HE PREPARED AT PFIZER CONCERNING THERANOS? |
| 09:04AM | 15 | A.   YES. |
| 09:04AM | 16 | Q.   DID DR. WEBER OR ANYONE AT PFIZER EVER SEND YOU THAT |
| 09:04AM | 17 | REPORT? |
| 09:04AM | 18 | A.   NO. |
| 09:04AM | 19 | Q.   DO YOU RECALL THAT HE TESTIFIED THAT HE HAD TWO TELEPHONE |
| 09:04AM | 20 | CONVERSATIONS WITH YOU, ONE IN NOVEMBER OF 2008 AND ONE IN |
| 09:04AM | 21 | JANUARY OF 2009? |
| 09:04AM | 22 | A.   YES. |
| 09:04AM | 23 | Q.   YESTERDAY YOU DESCRIBED OCCASIONS WHERE YOU HAD |
| 09:04AM | 24 | CONVERSATIONS WITH DR. SAKUL AND DR. LIPSET AND OTHERS AT |
| 09:04AM | 25 | PFIZER AFTER JANUARY OF 2009? |

09:04AM 1    A.   YES.

09:04AM 2    Q.   AND DO YOU RECALL DR. WEBER PARTICIPATING IN ANY OF THOSE

09:04AM 3    CONVERSATIONS?

09:04AM 4    A.   NO, HE DID NOT.

09:04AM 5    Q.   DO YOU RECALL HIM PARTICIPATING IN ANY MEETINGS THAT YOU

09:04AM 6    HAD WITH SCIENTISTS AND EXECUTIVES FROM PFIZER AFTER JANUARY OF

09:05AM 7    2009?

09:05AM 8    A.   NO.

09:05AM 9    Q.   DO YOU RECALL HIM BEING ON ANY TELEPHONE CONVERSATIONS

09:05AM 10   THAT YOU HAD WITH PFIZER AFTER JANUARY OF 2009?

09:05AM 11   A.   NO.

09:05AM 12   Q.   DO YOU RECALL DISCUSSION OF DR. WEBER WITH EITHER

09:05AM 13   DR. SAKUL OR DR. LIPSET OR ANYONE ELSE FROM PFIZER AFTER

09:05AM 14   JANUARY OF 2009?

09:05AM 15   A.   NO.

09:05AM 16   Q.   YOU RECALL WHEN WE LEFT OFF YESTERDAY THAT WE WERE TALKING

09:05AM 17   ABOUT SOME REPORTS THAT YOU GOT IN EARLY JANUARY OF -- OR EARLY

09:05AM 18   FEBRUARY OF 2010 REGARDING EXPANSION OF THERANOS'S TECHNOLOGY

09:05AM 19   TO -- FROM A 3.0 SYSTEM TO A 4.0 SYSTEM?

09:05AM 20   A.   YES.

09:05AM 21   Q.   AND WHEN WE FINISHED, WE WERE -- YOU WERE TALKING ABOUT A

09:05AM 22   PRESENTATION THAT DR. GIBBONS HAD GIVEN YOU IN FEBRUARY OF

09:05AM 23   2010.

09:05AM 24        DO YOU REMEMBER THAT?

09:05AM 25   A.   I DO.

09:05AM 1    Q.   NOW, PRIOR TO FEBRUARY OF 2010, WAS THERANOS USING THE 3.0

09:06AM 2    DEVICE AND THE 3.0 SYSTEM IN CONNECTION WITH ITS WORK?

09:06AM 3    A.   YES.

09:06AM 4    Q.   IS THAT THE DEVICE THAT IT USED IN CONNECTION, FOR

09:06AM 5    EXAMPLE, WITH THE STUDIES THAT IT HAD RUN WITH PHARMACEUTICAL

09:06AM 6    COMPANIES?

09:06AM 7    A.   IT IS.

09:06AM 8    Q.   AND WHAT WAS THE SIGNIFICANCE OF THE DESCRIPTIONS OF THE

09:06AM 9    4.0 DEVICE THAT YOU RECEIVED IN EARLY 2010 TO YOUR MIND?

09:06AM 10   A.   THE BIGGEST SIGNIFICANCE WAS THAT WE COULD NOT ONLY DO

09:06AM 11   THIS ONE METHOD FOR IMMUNOASSAYS, BUT WE COULD ALSO DO THREE

09:06AM 12   ADDITIONAL METHODS SIMULTANEOUSLY ON THE SAME DEVICE.

09:06AM 13   Q.   AND WHY WAS THAT IMPORTANT?

09:06AM 14   A.   BECAUSE IT MEANT THAT WE COULD RUN ANY TEST.

09:06AM 15   Q.   DID YOU CONTINUE TO DISCUSS THE DEVELOPMENT OF A SYSTEM

09:06AM 16   4.0 AT THERANOS THROUGHOUT 2010?

09:06AM 17   A.   WE DID.

09:06AM 18   Q.   AND DID YOU CONTINUE TO EVALUATE ITS FEASIBILITY AS AN

09:07AM 19   ACTUAL SYSTEM AND PRODUCT?

09:07AM 20   A.   YES.

09:07AM 21   Q.   DO YOU RECALL CONTINUING TO HAVE DISCUSSIONS ABOUT IT WITH

09:07AM 22   DR. GIBBONS THROUGHOUT 2010?

09:07AM 23   A.   WE DID.

09:07AM 24   Q.   AND OTHER SCIENTISTS AND ENGINEERS AT THERANOS?

09:07AM 25   A.   YES.  MOST OF OUR COMPANY GOT ENGAGED ON BUILDING IT.

09:07AM  1    Q.   AND DID YOU DISCUSS WITH DR. ROBERTSON, YOUR MENTOR FROM

09:07AM  2    STANFORD, THAT THERANOS WAS DEVELOPING THIS SYSTEM?

09:07AM  3    A.   I DID.

09:07AM  4    Q.   DO YOU RECALL WHAT FEEDBACK DR. ROBERTSON GAVE YOU ABOUT

09:07AM  5    THERANOS'S DEVELOPMENT OF THIS 4.0 SYSTEM?

09:07AM  6    A.   DR. ROBERTSON SAID THAT THE IDEAS WERE VERY PROMISING AND

09:07AM  7    THAT HE THOUGHT WE SHOULD PURSUE THE SPECIFIC TECHNICAL METHODS

09:07AM  8    THAT WE'D IDENTIFIED AND THAT OUR DEVELOPMENT PLANS WERE

09:07AM  9    FEASIBLE.

09:07AM  10   Q.   DID YOU BEGIN TO TALK OUTSIDE OF THERANOS DURING 2010

09:07AM  11   ABOUT THERANOS'S DEVELOPMENT OF A 4.0 SYSTEM?

09:08AM  12   A.   YES.

09:08AM  13   Q.   IN CONNECTION WITH SOME OF THOSE DISCUSSIONS AND

09:08AM  14   PRESENTATIONS, DID YOU CONSULT WITH THE SCIENTISTS AND

09:08AM  15   ENGINEERS TO PREPARE FOR THEM?

09:08AM  16   A.   I DID.

09:08AM  17   Q.   LET ME ASK YOU TO OPEN THE NOTEBOOK NEXT TO YOU, WHICH IS

09:08AM  18   THE VOLUME 2 NOTEBOOK, AND TURN TO EXHIBIT 7100.

09:08AM  19   A.   OKAY.

09:08AM  20   Q.   AND DO YOU RECALL PREPARING TO GIVE A PRESENTATION TO THE

09:08AM  21   PHARMACEUTICAL COMPANY GLAXOSMITHKLINE IN OCTOBER OF 2010?

09:08AM  22   A.   I DO.

09:08AM  23   Q.   IS EXHIBIT 7100 SOME EMAIL COMMUNICATIONS THAT YOU HAD

09:08AM  24   WITH DR. GIBBONS AND OTHERS AT THERANOS ABOUT THE PREPARATION

09:09AM  25   FOR THAT PRESENTATION?

09:09AM  1    A.   7100 IN MY BOOK IS EMAILS WITH DR. GIBBONS, BUT I DON'T

09:09AM  2    THINK IT'S ABOUT THAT PRESENTATION.

09:09AM  3    Q.   OKAY.  WHAT DOES 7100 CONCERN?

09:09AM  4    A.   IT CONCERNS QUESTIONS AS TO WHAT TESTS THE 4 SERIES SYSTEM

09:09AM  5    COULD DO.

09:09AM  6    Q.   OKAY.  WELL, LET'S TAKE A LOOK AT THAT IN ANY EVENT.

09:09AM  7         I MOVE THE ADMISSION OF 7100.

09:09AM  8              MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:09AM  9              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:09AM  10         (DEFENDANT'S EXHIBIT 7100 WAS RECEIVED IN EVIDENCE.)

09:09AM  11   BY MR. DOWNEY:

09:09AM  12   Q.   LET'S LOOK AT THE BOTTOM OF 7100.  THIS APPEARS TO BE AN

09:09AM  13   EMAIL FROM YOU TO DR. GIBBONS AND MR. BALWANI AND MR. FRENZEL

09:09AM  14   IN FEBRUARY OF 2010.

09:09AM  15        DO YOU SEE THAT?

09:09AM  16   A.   YES.

09:09AM  17   Q.   AND AT THE OUTSET OF THAT EMAIL, YOU SAY, "HERE'S THE

09:10AM  18   GENERAL CHEMISTRY PANEL WE WANT TO HAVE - IT INCLUDES THE MOST

09:10AM  19   COMMONLY RUN TESTS AND THE TESTS ON QUESTS GENERAL CHEMISTRY

09:10AM  20   PANEL WITH THE EXCEPTION OF URIC ACID."

09:10AM  21        AND THEN YOU ASK A QUESTION "IS THERE A BLOOD SURROGATE

09:10AM  22   FOR THAT?"

09:10AM  23        WHY WERE YOU SENDING THIS LIST OF GENERAL CHEMISTRY TESTS

09:10AM  24   TO DR. GIBBONS IN FEBRUARY OF 2010?

09:10AM  25   A.   I WANTED TO ASK HIM IF WE COULD RUN THESE TESTS.

7454

09:10AM  1    Q.   AND WAS THAT IN CONNECTION WITH THE SYSTEM 4.0?

09:10AM  2    A.   YES.

09:10AM  3    Q.   LET'S LOOK AT DR. GIBBONS'S RESPONSE ABOVE.

09:10AM  4         DO YOU SEE THAT THIS IS AN EMAIL FROM DR. GIBBONS TO YOU

09:10AM  5    AND OTHERS ON FEBRUARY 22ND, 2010?

09:10AM  6    A.   I DO.

09:10AM  7    Q.   AND HE SAYS, "THE ATTACHED PRESENTS MY ANALYSIS OF HOW THE

09:10AM  8    ANALYTES YOU LISTED WOULD BE MEASURED IN SYSTEM 4.0.

09:10AM  9    ESSENTIALLY ALL ARE POSSIBLE IN THE PROPOSED SYSTEM."

09:11AM  10        WHAT DID YOU UNDERSTAND DR. GIBBONS TO BE COMMUNICATING TO

09:11AM  11   YOU ABOUT THERANOS'S SYSTEM 4.0 IN FEBRUARY OF 2010?

09:11AM  12   A.   THAT THESE TESTS COULD BE RUN IN THAT SYSTEM.

09:11AM  13   Q.   HE NOTES A FEW CAVEATS AND NOTES BELOW WITH REGARD TO SOME

09:11AM  14   PARTICULAR BLOOD TESTS.

09:11AM  15        WERE ANY OF THOSE IMPORTANT IN YOUR EVALUATION OF WHETHER

09:11AM  16   OR NOT THERANOS COULD, FOR ALL INTENTS AND PURPOSES, RUN ANY

09:11AM  17   BLOOD TEST WITHIN THE PROPOSED SYSTEM 4.0?

09:11AM  18   A.   I'M JUST LOOKING AT IT.  I READ IT TO MEAN THAT EVEN FOR

09:11AM  19   THOSE THAT HE WAS HIGHLIGHTING, THERE WAS A SOLUTION AS TO HOW

09:11AM  20   THOSE COULD ALSO BE RUN.

09:11AM  21   Q.   IS THIS A DOCUMENT THAT WAS USED FOR INTERNAL PURPOSES AT

09:12AM  22   THERANOS OR WAS THIS IN CONNECTION WITH EXTERNAL

09:12AM  23   COMMUNICATIONS?

09:12AM  24   A.   IT WAS IN CONNECTION -- I'M SORRY.  WOULD YOU REPEAT THE

09:12AM  25   QUESTION?

7455

09:12AM  1    Q.   YEAH.  WAS THIS IN CONNECTION WITH THE PRESENTATION OR AN

09:12AM  2    INTERNAL DISCUSSION?

09:12AM  3    A.   THIS WAS AN INTERNAL DISCUSSION WHERE I WAS ASKING

09:12AM  4    DR. GIBBONS IF THESE THINGS COULD BE DONE PRIOR TO AN EXTERNAL

09:12AM  5    DISCUSSION.

09:12AM  6    Q.   OKAY.  AND WAS THIS PRIOR TO THE TIME THAT YOU BEGAN TO

09:12AM  7    DISCUSS THE SYSTEM 4.0 EXTERNALLY AT THERANOS?

09:12AM  8    A.   YES.

09:12AM  9    Q.   OKAY.  LET'S LOOK NOW AT EXHIBIT 15004.

09:12AM  10   A.   OKAY.

09:12AM  11   Q.   IS 15004 AN EMAIL EXCHANGE BETWEEN YOURSELF AND OTHERS AT

09:13AM  12   THERANOS IN CONNECTION WITH PREPARING FOR AN EXTERNAL

09:13AM  13   PRESENTATION ABOUT SYSTEM 4.0?

09:13AM  14   A.   YES.

09:13AM  15           MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

09:13AM  16   15004.

09:13AM  17           MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:13AM  18           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:13AM  19       (DEFENDANT'S EXHIBIT 15004 WAS RECEIVED IN EVIDENCE.)

09:13AM  20   BY MR. DOWNEY:

09:13AM  21   Q.   LET'S LOOK FIRST AT THE BOTTOM OF PAGE 2 OF 15004.

09:13AM  22       AND DO YOU SEE THAT DR. GIBBONS IS INDICATING TO YOU THAT

09:13AM  23   HE HAS PUT TOGETHER A POWERPOINT FOR GSK, AND THEN HE GOES ON

09:13AM  24   TO DISCUSS SOME PARTICULAR ASSAYS AND DESCRIBES THE LOCATION OF

09:13AM  25   THE MATERIALS AND SO FORTH.

7456

| | | |
|---|---|---|
| 09:13AM | 1 | A.   YES. |
| 09:13AM | 2 | Q.   AND WAS THIS A PRESENTATION THAT YOU WERE TO GIVE TO A |
| 09:13AM | 3 | PHARMACEUTICAL COMPANY? |
| 09:14AM | 4 | A.   IT IS. |
| 09:14AM | 5 | Q.   AND GSK IS A REFERENCE TO GLAXOSMITHKLINE? |
| 09:14AM | 6 | A.   YES. |
| 09:14AM | 7 | Q.   AND THAT IS A COMPANY I BELIEVE YOU TESTIFIED YESTERDAY |
| 09:14AM | 8 | THAT THERANOS HAD BEEN WORKING WITH FOR A NUMBER OF YEARS |
| 09:14AM | 9 | BEFORE 2010. |
| 09:14AM | 10 | A.   IT IS. |
| 09:14AM | 11 | Q.   IN RESPONSE TO HIS FORWARD, IN YOUR EMAIL YOU WRITE, |
| 09:14AM | 12 | "THANKS ALL.  I'VE JUST HANDED AND WILL TAKE A LOOK AS SOON AS |
| 09:14AM | 13 | THE MATERIALS ARE CIRCULATED.  THREE POINTS I WILL WANT TO |
| 09:14AM | 14 | HIGHLIGHT AND QUANTIFY AS NUMERICALLY AS POSSIBLE." |
| 09:14AM | 15 | AND THEN YOU GO ON TO LIST THE THREE POINTS. |
| 09:14AM | 16 | WHY WERE YOU SENDING THIS INQUIRY ABOUT THESE THREE POINTS |
| 09:14AM | 17 | BEFORE WE DISCUSS THE THREE POINTS? |
| 09:14AM | 18 | A.   BECAUSE I'D SEEN THESE CONTENT IN THE SLIDES THAT OUR |
| 09:14AM | 19 | SCIENTISTS WERE PREPARING FOR ME, AND I KNEW I WOULD BE ASKED |
| 09:15AM | 20 | ABOUT THEM AND WANTED TO UNDERSTAND WHAT THE BASIS FOR THOSE |
| 09:15AM | 21 | STATEMENTS WAS. |
| 09:15AM | 22 | Q.   OKAY.  AND THE FIRST QUESTION YOU ASK IS, "WHY AND HOW OUR |
| 09:15AM | 23 | PLATFORM WILL BE CAPABLE OF THE FULL RANGE OF ASSAYS AND BE AT |
| 09:15AM | 24 | LEAST AS GOOD AS THE CRO." |
| 09:15AM | 25 | FIRST OF ALL, JUST SOME TERMINOLOGY.  WHAT IS THE CRO? |

09:15AM 1     A.   THE CRO IS THE, I THINK IT'S CONTRACT RESEARCH

09:15AM 2     ORGANIZATION, WHICH IS THE COMPANY THAT THE PHARMAS HIRE TO RUN

09:15AM 3     TRADITIONAL TESTING AND HELP RUN THE STUDIES.

09:15AM 4     Q.   OKAY.  AND ARE TESTS THAT A COMPANY RUNS, ARE THEY

09:15AM 5     EVALUATED AGAINST THE TEST FROM CRO?

09:15AM 6     A.   YES.

09:15AM 7     Q.   AND WERE YOU -- HAD YOU BEEN PREPARED TO SAY THAT SYSTEM

09:15AM 8     4.0 AT THERANOS WOULD BE CAPABLE OF THE FULL RANGE OF ASSAYS

09:15AM 9     COMPARABLE TO A LIST WITHIN THE CRO?

09:15AM 10    A.   OUR SCIENTISTS HAD SAID THAT, AND SO I JUST WANTED TO

09:16AM 11    BETTER UNDERSTAND THAT STATEMENT.

09:16AM 12    Q.   OKAY.  AND THEN IN THE SECOND POINT YOU ASK, "WHY AND HOW

09:16AM 13    WE'LL ACHIEVE SIGNIFICANT COST SAVINGS."

09:16AM 14         DO YOU SEE THAT?

09:16AM 15    A.   I DO.

09:16AM 16    Q.   AND WHY WAS THAT IMPORTANT?

09:16AM 17    A.   BECAUSE A SIGNIFICANT PART OF OUR BUSINESS MODEL WAS ABOUT

09:16AM 18    BEING ABLE TO MAKE TESTING CHEAPER, AND I WANTED TO BE ABLE TO

09:16AM 19    QUANTIFY THAT FOR THE PEOPLE I WAS MEETING WITH.

09:16AM 20    Q.   OKAY.  AND THEN YOU GO ON TO SAY, "WHY AND HOW WE'LL

09:16AM 21    ACCELERATE STUDIES SIGNIFICANTLY."

09:16AM 22         WHAT WERE YOU REFERRING TO THERE?

09:16AM 23    A.   AGAIN, ANOTHER PART OF THE WORK WE WERE TRYING TO DO FOR

09:16AM 24    PHARMACEUTICAL COMPANIES WAS SPEED UP THE STUDIES, AND WE WERE

09:16AM 25    CONVEYING TO THEM THAT WE COULD DO THAT, AND I WANTED TO

09:16AM  1    UNDERSTAND WHAT THE SCIENTISTS WERE THINKING ABOUT WHEN THEY

09:16AM  2    WERE MAKING THOSE STATEMENTS.

09:16AM  3    Q.   AND DID DR. GIBBONS RESPOND TO THE THREE QUERIES THAT YOU

09:16AM  4    HAD MADE IN THIS PRESENTATION?

09:16AM  5    A.   HE DID.

09:16AM  6    Q.   LET'S LOOK AT HIS EMAIL ABOVE, WHICH IS RESPONDING TO YOU

09:17AM  7    AND INCLUDING OTHERS.

09:17AM  8         FIRST, LET ME JUST ASK ABOUT THE OTHERS ON THE EMAIL.

09:17AM  9         DO YOU SEE THAT SUREKHA GANGADKHEDKAR IS ON THE EMAIL?

09:17AM  10   A.   I DO.

09:17AM  11   Q.   AND DO YOU RECALL THAT SHE TESTIFIED IN THIS PROCEEDING?

09:17AM  12   A.   YES.

09:17AM  13   Q.   AND SHE WAS A SCIENTIST AT THERANOS WHO WORKED ON THE

09:17AM  14   DEVELOPMENT OF ASSAYS?

09:17AM  15   A.   SHE WAS.

09:17AM  16   Q.   AND IN THE CC LINE THERE'S A REFERENCE TO MR. FRENZEL, WHO

09:17AM  17   WE DISCUSSED YESTERDAY?

09:17AM  18   A.   YES.

09:17AM  19   Q.   AND THERE IS ALSO A CC TO DANIEL YOUNG.

09:17AM  20        DO YOU SEE THAT?

09:17AM  21   A.   YES.

09:17AM  22   Q.   AND WHO WAS DANIEL YOUNG?

09:17AM  23   A.   DR. YOUNG WAS ALSO A SCIENTIST WHO WAS LEADING OUR

09:17AM  24   INFORMATICS, OUR SOFTWARE INFORMATICS GROUP AND HAD STARTED TO

09:17AM  25   BECOME MORE BROADLY INVOLVED IN RUNNING R&D.

7459

| | | |
|---|---|---|
| 09:17AM | 1 | Q.   OKAY.  AND DR. GIBBONS RESPONDS TO YOUR INQUIRY ABOUT |
| 09:18AM | 2 | WHETHER AND HOW THE PLATFORM AT THERANOS WOULD BE CAPABLE OF |
| 09:18AM | 3 | THE FULL RANGE OF ASSAYS AND BE AT LEAST AS GOOD AS THE CRO |
| 09:18AM | 4 | BELOW. |
| 09:18AM | 5 | DO YOU SEE THAT HE SAYS, "I THINK WE HAVE DEMONSTRATED |
| 09:18AM | 6 | CAPABILITIES FULLY EQUIVALENT TO LAB METHODS AND AREAS WHERE WE |
| 09:18AM | 7 | HAVE DONE ASSAY DEVELOPMENT.  OUR IMMUNOASSAYS MATCH THE BEST |
| 09:18AM | 8 | THAT CAN BE DONE IN CLINICAL LABS AND WORK WITH SMALL BLOOD |
| 09:18AM | 9 | SAMPLES.  GENERALLY OUR ASSAYS ARE FASTER BY A FACTOR OF THREE |
| 09:18AM | 10 | TO TEN THAN KITS." |
| 09:18AM | 11 | AND HE GOES ON TO DESCRIBE SOME PARTICULAR CAPABILITIES OF |
| 09:18AM | 12 | THE SYSTEM. |
| 09:18AM | 13 | WHAT DID YOU UNDERSTAND THAT DR. GIBBONS WAS SAYING WHEN |
| 09:18AM | 14 | HE SAID THAT THERANOS'S 4.0 SYSTEM HAD DEMONSTRATED |
| 09:18AM | 15 | CAPABILITIES FULLY EQUIVALENT TO LAB METHODS IN AREAS WHERE |
| 09:18AM | 16 | THERANOS HAD DONE ASSAY DEVELOPMENT? |
| 09:18AM | 17 | A.   HE WAS SAYING THAT THE DATA THAT WE HAD ACROSS THESE |
| 09:19AM | 18 | DIFFERENT METHODS IN WHICH WE HAD DONE ASSAY DEVELOPMENT |
| 09:19AM | 19 | DEMONSTRATED THAT OUR CAPABILITIES WERE FULLY EQUIVALENT TO A |
| 09:19AM | 20 | TRADITIONAL LAB. |
| 09:19AM | 21 | Q.   AND HE TALKS ABOUT THE IMMUNOASSAYS THAT THERANOS WAS |
| 09:19AM | 22 | DEVELOPING AS MATCHING THE BEST THAT CAN BE DONE IN CLINICAL |
| 09:19AM | 23 | LABS. |
| 09:19AM | 24 | DO YOU SEE THAT? |
| 09:19AM | 25 | A.   I DO. |

7460

09:19AM 1    Q.   AND WAS THAT SOMETHING THAT YOU BELIEVED AS OF 2010 BASED

09:19AM 2    ON THE WORK THAT THERANOS HAD DONE WITH PHARMACEUTICAL

09:19AM 3    COMPANIES?

09:19AM 4    A.   I DID.

09:19AM 5    Q.   AND DID DR. GIBBONS AND OTHER SCIENTISTS AT THERANOS SHARE

09:19AM 6    THEIR VIEW WITH YOU, SHARE A VIEW WITH YOU THAT THEY AGREED

09:19AM 7    THAT THE IMMUNOASSAYS OF THERANOS MATCHED THE BEST THAT COULD

09:19AM 8    BE DONE IN CLINICAL LABS?

09:19AM 9    A.   YES.

09:19AM 10   Q.   IN THE SECOND PARAGRAPH HE GOES ON TO SAY, "WE HAVE ALSO

09:19AM 11   SHOWN ABILITIES TO WORK IN ALL ASSAY AREAS," AND THEN HE LISTS

09:19AM 12   A NUMBER OF SPECIFIC ASSAY AREAS.

09:20AM 13       WHAT SIGNIFICANCE DID THIS HAVE WITH RESPECT TO SYSTEM

09:20AM 14   4.0?

09:20AM 15   A.   THESE ARE THE FOUR METHODS THAT WE DEVELOPED FOR SYSTEM

09:20AM 16   4.0, AND IT WAS BY BEING ABLE TO DO ALL FOUR OF THESE METHODS

09:20AM 17   THAT WE COULD ACHIEVE THE GOAL OF RUNNING ANY TEST ON OUR

09:20AM 18   PLATFORM.

09:20AM 19   Q.   OKAY.  AND HE THEN GOES ON TO SAY, "IN GENERAL CHEMISTRY,

09:20AM 20   WE MATCH REFERENCE METHODS."

09:20AM 21       WAS THAT A REFERENCE TO SAYING WITH RESPECT TO THAT ASSAY

09:20AM 22   METHOD, THERANOS MATCHED HOW OTHER BLOOD TESTS PERFORMED?

09:20AM 23   A.   YES, I UNDERSTAND REFERENCE METHODS JUST MEANS THE

09:20AM 24   TRADITIONAL TESTS.

09:20AM 25   Q.   OKAY.  AND THEN HE GOES ON TO DISCUSS COST SAVINGS AND HE

7461

09:20AM   1    SAYS, "IT WILL ACCRUE FROM SMALL SAMPLE SIZE AND NO BLOOD DRAW

09:20AM   2    REQUIREMENT."

09:20AM   3        WHY WOULD COST SAVINGS RESULT FROM A SMALL SAMPLE SIZE AND

09:20AM   4    NO BLOOD DRAW REQUIREMENT?

09:20AM   5    A.   BECAUSE YOU DON'T NEED ALL OF THE OVERHEAD ASSOCIATED WITH

09:21AM   6    DOING A TRADITIONAL VENOUS DRAW WHERE YOU HAVE TO HAVE A

09:21AM   7    TRAINED PHLEBOTOMIST, YOU HAVE TO HAVE CENTRIFUGES AND OTHER

09:21AM   8    PROCESSING EQUIPMENT FOR THE SAMPLE AT A CLINICAL TRIAL SITE.

09:21AM   9    YOU HAVE TO HAVE A LOT OF INFRASTRUCTURE FOR TRANSPORTING THOSE

09:21AM  10    SAMPLES.

09:21AM  11        AND IN OUR CASE THIS SYSTEM WAS DESIGNED TO BE IN THE

09:21AM  12    FIELD OR IN SOMEONE'S HOME.  YOU COULD TOUCH A CARTRIDGE AND BE

09:21AM  13    ABLE TO PROCESS THE SAMPLE RIGHT THERE ON THE DEVICE.

09:21AM  14    Q.   AND THEN HE GOES ON TO TALK ABOUT "ACCELERATION OF

09:21AM  15    STUDIES," AND THEN HE MENTIONS SOMEONE NAMED TINA AND SAYS SHE

09:21AM  16    HAD DEVELOPED AN ASSAY IN THREE DAYS, AND HE SAYS WITH RESPECT

09:21AM  17    TO ANOTHER ASSAY, FEASIBILITY HAD BEEN SHOWN IN LESS THAN TWO

09:21AM  18    MONTHS.

09:22AM  19        WHAT WAS THE SIGNIFICANCE OF THE TIME FRAMES THAT

09:22AM  20    DR. GIBBONS GAVE YOU WITH RESPECT TO THE DEVELOPMENT OF THOSE

09:22AM  21    ASSAYS?

09:22AM  22    A.   THEY'RE AMAZING.  THE ABILITY TO PUT AN ASSAY ON OUR

09:22AM  23    SYSTEM THAT FAST WAS REMARKABLE, AND THE ABILITY TO DO

09:22AM  24    FEASIBILITY IN THESE NEW AREAS -- I THINK HAI IS TALKING ABOUT

09:22AM  25    HOSPITAL ACQUIRED INFECTIONS - WAS A HUGE THING FOR OUR

7462

| | | |
|---|---|---|
| 09:22AM | 1 | COMPANY. |
| 09:22AM | 2 | Q.   NOW, IN 2010 HOW OLD WAS THERANOS AS A COMPANY? |
| 09:22AM | 3 | A.   WE, WE WERE INCORPORATED IN 2004, SO JUST ABOUT SIX YEARS. |
| 09:22AM | 4 | Q.   OKAY.  AND AS OF EARLY 2010, DID THERANOS HAVE ALL OF THE |
| 09:22AM | 5 | PEOPLE AND PROCESSES IN PLACE TO FULLY DEVELOP THIS SYSTEM 4.0? |
| 09:22AM | 6 | A.   WE HAD MANY OF THEM, BUT WE CONTINUED TO HIRE AS FAST AS |
| 09:22AM | 7 | WE COULD IN DIFFERENT SCIENTIFIC AND ENGINEERING GROUPS TO |
| 09:22AM | 8 | CONTINUE BUILDING IT. |
| 09:22AM | 9 | Q.   WELL, TELL US WHAT HAD TO HAPPEN WITH REGARD TO EACH OF |
| 09:23AM | 10 | THE ENGINEERING GROUPS THAT YOU MENTIONED YESTERDAY.  WHAT HAD |
| 09:23AM | 11 | TO HAPPEN WITH RESPECT TO THE DEVELOPMENT OF ASSAYS FOR SYSTEM |
| 09:23AM | 12 | 4.0 TO BE PUT IN PLACE? |
| 09:23AM | 13 | A.   WHAT HAD TO HAPPEN IS THAT WE HAD TO TAKE OUR FORMULA FOR |
| 09:23AM | 14 | THE CHEMISTRY METHODS AND APPLY IT IN EACH OF THOSE AREAS TO |
| 09:23AM | 15 | THE TEST LISTS THAT WERE GOING TO BE PRIORITIZED FOR RETAIL. |
| 09:23AM | 16 | SO WHAT DR. GIBBONS IS TALKING ABOUT HERE IS THAT WE HAVE |
| 09:23AM | 17 | A WAY TO DO DEVELOPMENT VERY QUICKLY OF ANY NEW TEST TO PUT ON |
| 09:23AM | 18 | OUR PLATFORM.  NOW WE NEEDED TO DO THAT. |
| 09:23AM | 19 | Q.   OKAY.  WHAT FURTHER WORK NEEDED TO BE DONE WITH REGARD TO |
| 09:23AM | 20 | DEVELOPMENT OF HARDWARE? |
| 09:23AM | 21 | A.   WE NEEDED TO BUILD THE DEVICE WITH THE ADDITIONAL |
| 09:23AM | 22 | DETECTORS TO MEASURE MARKERS FOR THESE DIFFERENT METHODS AND |
| 09:23AM | 23 | SOME OF THE PROCESSING TOOLS, LIKE WE TALKED ABOUT A |
| 09:23AM | 24 | MINIATURIZED CENTRIFUGE, THAT WOULD ALLOW US TO RUN THESE |
| 09:23AM | 25 | METHODS. |

7463

| | | |
|---|---|---|
| 09:23AM | 1 | Q.   OKAY.  AND WHAT ABOUT THE SOFTWARE GROUP THAT YOU |
| 09:24AM | 2 | MENTIONED YESTERDAY?  WAS MORE WORK NECESSARY THERE TO DEVELOP |
| 09:24AM | 3 | THE 4.0 SYSTEM? |
| 09:24AM | 4 | A.   YES. |
| 09:24AM | 5 | Q.   WHAT WORK DID YOU HAVE TO DO IN CONNECTION WITH THE |
| 09:24AM | 6 | SOFTWARE GROUP? |
| 09:24AM | 7 | A.   THERE WAS A LOT OF WORK IN THE SOFTWARE GROUP.  PART OF IT |
| 09:24AM | 8 | WAS WHEN WE WOULD MEASURE MARKERS WITH THESE METHODS, WE NEEDED |
| 09:24AM | 9 | SOFTWARE TO INTERPRET THAT DATA. |
| 09:24AM | 10 | SO, FOR EXAMPLE, FOR THE CELLS, YOU TAKE A PICTURE OF THE |
| 09:24AM | 11 | CELLS ON THE LITTLE MICROSCOPE IN THE DEVICE, AND HOW YOU THEN |
| 09:24AM | 12 | TURN THAT INTO A LAB RESULT IS REALLY COMPLEX SOFTWARE THAT WE |
| 09:24AM | 13 | NEEDED TEAMS OF PEOPLE TO BUILD. |
| 09:24AM | 14 | OUR TECHNOLOGIES WORKED BY ALLOWING THE CARTRIDGE, WHEN IT |
| 09:24AM | 15 | WAS INSERTED INTO THE DEVICE, TO CALL THE CLOUD AND THEN SEND |
| 09:24AM | 16 | PROTOCOLS FROM THE CLOUD DOWN TO THE DEVICE TELLING YOU WHAT TO |
| 09:24AM | 17 | DO WITH THE CARTRIDGE THAT HAD JUST BEEN PUT IN, AND ALL OF |
| 09:24AM | 18 | THAT HAD TO BE DEVELOPED FOR THESE ADDITIONAL METHODS AS WELL. |
| 09:25AM | 19 | Q.   NOW, I ASSUME -- IS IT SAFE TO ASSUME THAT THIS WAS A |
| 09:25AM | 20 | SIGNIFICANT UNDERTAKING FOR THE COMPANY? |
| 09:25AM | 21 | A.   VERY MUCH. |
| 09:25AM | 22 | Q.   IS THIS SOMETHING THAT YOU HAD CONVERSATIONS WITH THE |
| 09:25AM | 23 | BOARD OF DIRECTORS ABOUT AT THERANOS IN 2010? |
| 09:25AM | 24 | A.   YES. |
| 09:25AM | 25 | Q.   AND REMIND US WHO WAS ON THE BOARD OF DIRECTORS AT |

7464

09:25AM 1   THERANOS IN 2010?  I THINK YOU TESTIFIED EARLIER THAT DON LUCAS

09:25AM 2   WAS THE CHAIRMAN OF THE BOARD BOTH IN THE YEARS BEFORE 2010 AND

09:25AM 3   CONTINUING IN THE YEARS AFTER; IS THAT RIGHT?

09:25AM 4   A.   HE WAS.

09:25AM 5   Q.   AND YOU TESTIFIED ABOUT -- ON FRIDAY ABOUT AN INVESTOR

09:25AM 6   NAMED PETE THOMAS.

09:25AM 7        DO YOU RECALL THAT?

09:25AM 8   A.   I DO.

09:25AM 9   Q.   AND WAS MR. THOMAS ON THE BOARD OF DIRECTORS IN 2010?

09:25AM 10  A.   YES.

09:25AM 11  Q.   AND WAS DR. ROBERTSON ON THE BOARD OF DIRECTORS AT

09:26AM 12  THERANOS IN 2010?

09:26AM 13  A.   HE WAS.

09:26AM 14  Q.   IS IT SAFE TO SAY THAT THERE WAS A LOT OF EXPERTISE ON THE

09:26AM 15  BOARD OF DIRECTORS IN THE DEVELOPMENT OF NEW TECHNOLOGIES IN

09:26AM 16  2010?

09:26AM 17  A.   THERE WAS.

09:26AM 18  Q.   AND DID YOU DISCUSS WITH THE BOARD OF DIRECTORS THE PLANS

09:26AM 19  THAT YOU HAD FOR HOW THIS SYSTEM 4.0 WOULD BE DEVELOPED AT

09:26AM 20  THERANOS?

09:26AM 21  A.   I DID.

09:26AM 22  Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15046.

09:26AM 23  A.   OKAY.

09:26AM 24  Q.   IS 15046 A PRESENTATION THAT YOU GAVE TO THE BOARD OF

09:26AM 25  DIRECTORS IN 2010 ABOUT THE DEVELOPMENT OF SYSTEM 4.0?

7465

| 09:26AM | 1 | A.   IT IS. |

09:26AM 1    A.   IT IS.

09:26AM 2    Q.   OKAY.

09:26AM 3        YOUR HONOR, I MOVE TO ADMIT EXHIBIT 15046.

09:26AM 4            MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:26AM 5            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:27AM 6        (DEFENDANT'S EXHIBIT 15046 WAS RECEIVED IN EVIDENCE.)

09:27AM 7    BY MR. DOWNEY:

09:27AM 8    Q.   LET ME DIRECT YOU TO PAGE 3 OF THIS EXHIBIT.

09:27AM 9        DOES THIS -- WAS THIS PRESENTATION GIVEN IN DECEMBER OF

09:27AM 10   2010?

09:27AM 11   A.   YES.

09:27AM 12   Q.   OKAY.  LET ME GO FORWARD TO PAGE 8 OF THE EXHIBIT.  AS YOU

09:27AM 13   SEE ON YOUR SCREEN, THERE WAS A LIST OF PRODUCTS ON THIS SLIDE,

09:27AM 14   AND UNDER IT THERE'S A DESCRIPTION OF THE DEVICE AND IT REFERS

09:27AM 15   TO 3X AND MINILAB.

09:27AM 16       WHAT IS THAT A REFERENCE TO?

09:27AM 17   A.   THOSE ARE THE TWO DEVICES THAT WE WERE DEVELOPING AT THAT

09:27AM 18   POINT.

09:27AM 19   Q.   OKAY.  IS MINILAB PART OF THE SYSTEM 4.0?

09:27AM 20   A.   MINILAB, YES, IS WHAT WE CALLED THE 4 SERIES SYSTEM.

09:27AM 21   Q.   OKAY.  AND THEN THERE'S A REFERENCE TO CARTRIDGE.  AND ARE

09:27AM 22   THOSE THE CARTRIDGES THAT YOU'VE BEEN DESCRIBING?

09:27AM 23   A.   YES.

09:27AM 24   Q.   AND UNDER THAT IT SAYS MULTIPLEXING 65 PLUS ASSAYS.

09:28AM 25       WHAT DID THAT MEAN?

09:28AM   1   A.   THAT MEANT THAT WE WERE DESIGNING OUR CARTRIDGES TO BE

09:28AM   2   ABLE TO RUN 65 OR MORE ASSAYS ON THE CARTRIDGE AT THE SAME

09:28AM   3   TIME.

09:28AM   4   Q.   AND THEN UNDER ASSAYS, YOU LIST AN 800 PLUS 10 MENU AND

09:28AM   5   TPS LIBRARY.

09:28AM   6        EXPLAIN TO US WHAT THAT MEANT.

09:28AM   7   A.   THAT MEANT THAT WE WERE GOING TO TAKE ALL OF THE TESTS

09:28AM   8   THAT WE WERE AWARE OF FROM TRADITIONAL LABS AND INVEST IN THE

09:28AM   9   DEVELOPMENT OF THOSE CHEMISTRIES TO RUN THEM ON OUR PLATFORM.

09:28AM  10   Q.   AND WHEN YOU SAY THE DEVELOPMENT OF THOSE CHEMISTRIES, ARE

09:28AM  11   YOU REFERRING TO THE DEVELOPMENT OF AN ASSAY?

09:28AM  12   A.   YES.

09:28AM  13   Q.   SO THAT YOU COULD RUN THAT BLOOD TEST?

09:28AM  14   A.   EXACTLY.

09:28AM  15   Q.   NOW, YOU DID NOT AT THAT TIME HAVE ALL OF THOSE ASSAYS

09:28AM  16   SITTING WITHIN THERANOS, DID YOU?

09:28AM  17   A.   NO.

09:28AM  18   Q.   BUT DID YOU HAVE A METHOD THAT WOULD BE -- YOU BELIEVED

09:28AM  19   WOULD BE CAPABLE OF APPLYING TO THE DEVELOPMENT OF ALL OF THEM?

09:29AM  20   A.   YES.

09:29AM  21   Q.   OKAY.  LET ME ASK YOU TO LOOK AT THE NEXT PAGE, WHICH IS

09:29AM  22   PAGE 9.

09:29AM  23        AND THERE'S A SYSTEM INTEGRATION OF NEW TECHNOLOGIES.  AND

09:29AM  24   I DON'T WANT YOU TO GO THROUGH ALL OF THE PHOTOGRAPHS, BUT JUST

09:29AM  25   AT A HIGH LEVEL, WHAT WERE -- WHY WERE THESE PHOTOGRAPHS

09:29AM   1    INCLUDED IN THIS PRESENTATION AND WHAT DID THEY DEPICT?

09:29AM   2    A.   THEY'RE INCLUDED IN THIS PRESENTATION BECAUSE THEY'RE KEY

09:29AM   3    COMPONENTS OF THE 4 SERIES DEVICE.  WHAT THEY DEPICT IS THE --

09:29AM   4    SOME OF THE DETECTORS AND OTHER KEY TECHNOLOGIES IN THE DEVICE.

09:29AM   5         IF I COULD JUST POINT TO SOME OF THEM?

09:29AM   6    Q.   SURE.

09:29AM   7    A.   SO THE IDEA WAS THAT WE WANTED TO BUILD A SYSTEM THAT

09:29AM   8    COULD BE SHIPPED SOMEWHERE AND BE ABLE TO RUN ANY TEST THAT

09:30AM   9    SOMEONE WANTED TO RUN.

09:30AM  10         TO DO THAT, WE WOULD NEED TO LOAD TESTS OR CHEMISTRIES

09:30AM  11    ONTO A CARTRIDGE, THAT CARTRIDGE HAD A BAR CODE, THE DEVICE

09:30AM  12    WOULD RECEIVE IT, AND WHEN IT WAS ENTERED INTO THE SYSTEM, WE

09:30AM  13    NEEDED TO PROCESS IT.

09:30AM  14         THE ROBOT DOWN HERE ON THE BOTTOM RIGHT WAS THE KEYBOARD

09:30AM  15    OF THAT FOR BEING ABLE TO PICK UP THE LITTLE COMPONENTS IN THE

09:30AM  16    CARTRIDGE, MOVE THEM AROUND, AND THEN PUT THEM BACK INTO THE

09:30AM  17    CARTRIDGE WHEN THE TEST WAS DONE.

09:30AM  18         WHERE THEY WOULD BE MOVED TO IS EITHER THE CENTRIFUGE,

09:30AM  19    WHICH WOULD SPIN THEM DOWN AND GET THEM READY TO BE READ, THE

09:30AM  20    SAMPLES READY TO BE READ, OR ONE OF THESE DETECTORS ARE FOUR

09:30AM  21    METHODS:  NUCLEIC ACID AMPLIFICATION, THAT'S LIKE PCR;

09:30AM  22    CYTOMETRY, WHICH IS A SLIDE ON A LITTLE MICROSCOPE READING

09:31AM  23    CELLS; ELISA, WHICH IS THE IMMUNOASSAY WE HAVE BEEN TALKING

09:31AM  24    ABOUT; OR THE COLORIMETRY, WHICH IS THE GENERAL CHEMISTRY.

09:31AM  25    Q.   SO ARE THESE DIFFERENT PICTURES OF THE HARDWARE THAT YOU

7468

| | | |
|---|---|---|
| 09:31AM | 1 | WOULD BE DEVELOPING AS PART OF SYSTEM 4.0? |
| 09:31AM | 2 | A.   YES. |
| 09:31AM | 3 | Q.   AND DID YOU ACTUALLY TALK THE DIRECTORS THROUGH THIS WHEN |
| 09:31AM | 4 | YOU GAVE THIS PRESENTATION IN DECEMBER OF 2010? |
| 09:31AM | 5 | A.   I DID. |
| 09:31AM | 6 | Q.   LET ME ASK YOU TO GO TO PAGE 11 OF THIS SAME EXHIBIT.  AND |
| 09:31AM | 7 | THIS IS LABELLED ASSAY VALIDATION ACROSS TECHNOLOGIES. |
| 09:31AM | 8 | AND WHAT WAS THIS SLIDE INTENDED TO DEPICT FOR PURPOSES OF |
| 09:31AM | 9 | THE 2010 BOARD MEETING? |
| 09:31AM | 10 | A.   THIS IS REPRESENTATIVE DATA FROM EACH OF THESE |
| 09:31AM | 11 | TECHNOLOGIES INSIDE OF THE 4 SERIES VALIDATING THEIR |
| 09:31AM | 12 | PERFORMANCE. |
| 09:31AM | 13 | Q.   NOW, YOU TALKED A MOMENT AGO ABOUT SOME OF THE EFFORTS YOU |
| 09:32AM | 14 | WOULD BE UNDERTAKING TO WORK ON SYSTEM 4.0. |
| 09:32AM | 15 | DID YOU EXPLAIN TO THE BOARD OF DIRECTORS THAT THOSE |
| 09:32AM | 16 | EFFORTS WOULD HAVE TO BE UNDERTAKEN WITHIN THE COMPANY? |
| 09:32AM | 17 | A.   YES. |
| 09:32AM | 18 | Q.   LET ME ASK YOU TO LOOK AT PAGE 19.  THIS IS A SLIDE IN THE |
| 09:32AM | 19 | SAME PRESENTATION WHICH IS LABELLED ORGANIZATION. |
| 09:32AM | 20 | AND EXPLAIN TO US WHAT THIS SLIDE WAS INTENDED TO CONVEY |
| 09:32AM | 21 | TO THE BOARD OF DIRECTORS. |
| 09:32AM | 22 | A.   THIS IS INTENDED TO CONVEY THAT WE NEEDED TO RESTRUCTURE |
| 09:32AM | 23 | OUR WHOLE COMPANY TO BE ABLE TO ACHIEVE THESE GOALS OF RAPIDLY |
| 09:32AM | 24 | BUILDING THIS 4 SERIES DEVICE AND SHIPPING IT ON A VERY RAPID |
| 09:32AM | 25 | TIMEFRAME. |

7469

09:32AM 1      WE HAD PUT 13 NEW TEAM LEADS IN PLACE, SCIENTIFIC AND

09:32AM 2  ENGINEERING LEADS ACROSS THE COMPANY.  WE HAD AMAZING PEOPLE

09:33AM 3  WHO WERE VERY TALENTED IN A NUMBER OF DIFFERENT ENGINEERING

09:33AM 4  DISCIPLINES, AND I WAS TALKING A LITTLE BIT ABOUT THEIR

09:33AM 5  EXPERIENCE AND I WAS TALKING ABOUT OUR GOAL OF DOUBLING THE

09:33AM 6  HEAD COUNT OF THE WHOLE COMPANY TO BE ABLE TO DO THIS.

09:33AM 7  Q.   SO WAS THE COMPANY GOING TO GO FROM 75 PEOPLE WORKING

09:33AM 8  THERE TO 150?

09:33AM 9  A.   YES.

09:33AM 10  Q.   ALL RIGHT.  NOW, ALSO IN 2010, DID THE COMPANY START TO

09:33AM 11  LOOK AT OTHER OPPORTUNITIES WHERE THERANOS MIGHT USE ITS

09:33AM 12  TECHNOLOGY BEYOND PHARMACEUTICAL COMPANIES?

09:33AM 13  A.   WE DID.

09:33AM 14  Q.   WHEN WE TALKED YESTERDAY ABOUT PHARMACEUTICAL COMPANIES,

09:33AM 15  YOU MENTIONED A NUMBER OF LARGE PHARMACEUTICAL COMPANIES WHERE

09:33AM 16  THERANOS HAD BEEN ABLE TO ESTABLISH A RELATIONSHIP.

09:33AM 17      DO YOU RECALL THAT?

09:33AM 18  A.   YES.

09:33AM 19  Q.   DID THERANOS ALSO ENCOUNTER SOME CHALLENGES WITH RESPECT

09:33AM 20  TO THE PHARMACEUTICAL COMPANIES IN TERMS OF THERANOS'S BUSINESS

09:34AM 21  MODEL AND THOSE COMPANIES' BUSINESS MODEL?

09:34AM 22  A.   WE DID.

09:34AM 23  Q.   AND CAN YOU DESCRIBE THOSE?

09:34AM 24  A.   WE HAD DONE A NUMBER OF THESE VALIDATIONS, AND WE WANTED

09:34AM 25  TO BUILD THAT PHARMACEUTICAL BUSINESS, AND WE COULDN'T GET

7470

09:34AM   1    CONTRACTS THAT WERE BIG ENOUGH TO REALLY GROW THE BUSINESS FAST

09:34AM   2    ENOUGH.

09:34AM   3    Q.   AND WHEN YOU WERE ABLE TO VALIDATE YOUR TECHNOLOGY WITH

09:34AM   4    THE PHARMACEUTICAL COMPANY, DID THAT MEAN THAT THEY WOULD USE

09:34AM   5    THERANOS'S TECHNOLOGY FOR ALL OF THE BLOOD TESTING IN THAT

09:34AM   6    COMPANY?

09:34AM   7              MR. LEACH:  OBJECTION.  LEADING.  LEADING.

09:34AM   8              THE COURT:  OVERRULED.

09:34AM   9         YOU CAN -- DO YOU UNDERSTAND THE QUESTION?

09:34AM  10              THE WITNESS:  I DO.

09:34AM  11              THE COURT:  YOU CAN ANSWER IT.

09:34AM  12              THE WITNESS:  OKAY.  NO, IT DID NOT.

09:34AM  13    BY MR. DOWNEY:

09:34AM  14    Q.   OKAY.  HOW WOULD YOU GET A PHARMACEUTICAL COMPANY TO USE

09:34AM  15    THERANOS'S TECHNOLOGY FOR A CLINICAL TRIAL AFTER THAT COMPANY

09:34AM  16    HAD VALIDATED THERANOS'S TECHNOLOGY?

09:34AM  17    A.   WE THEN HAD TO WORK WITH THE PEOPLE WITH WHOM WE VALIDATED

09:35AM  18    THE TECHNOLOGY TO GO TO DIFFERENT CLINICAL GROUPS, ONCOLOGY,

09:35AM  19    DIABETES, OTHERS, AND SEE IF ANYONE IN THOSE GROUPS HAD A DRUG

09:35AM  20    WITH A STUDY, THAT IT WAS AT THE RIGHT POINT IN TIME TO BE ABLE

09:35AM  21    TO INTRODUCE A NEW TECHNOLOGY.

09:35AM  22         IT WAS A HUGE NUMBER OF DIFFERENT ORGANIZATIONS AND

09:35AM  23    DIFFERENT PEOPLE THAT YOU HAD TO TRY TO WORK WITH.

09:35AM  24    Q.   NOW, WHEN YOU BEGAN CONSIDERING OTHER OPPORTUNITIES, DID

09:35AM  25    YOU CONSIDER OPPORTUNITIES OTHER THAN MARKETING IT TO THE

09:35AM 1    RETAIL COMPANY, OR WAS -- RETAIL BUSINESS, OR WERE YOU

09:35AM 2    PRINCIPALLY THINKING ABOUT USING THE TECHNOLOGY WITH THE RETAIL

09:35AM 3    BUSINESS?

09:35AM 4    A.   A GOAL OF OURS FROM OUR EARLY DAYS WAS TO BRING OUR

09:35AM 5    TECHNOLOGY TO RETAIL, SO WE STARTED TO REALLY FOCUS IN ON THAT

09:35AM 6    AT THAT POINT IN TIME.

09:35AM 7    Q.   OKAY.  AND DID YOU IDENTIFY RETAIL COMPANIES THAT YOU

09:35AM 8    THOUGHT MIGHT BE GOOD PARTNERS FOR THERANOS IN TERMS OF USING

09:36AM 9    THERANOS'S TECHNOLOGY IN THEIR STORES?

09:36AM 10   A.   YES.

09:36AM 11   Q.   LET ME ASK YOU, BEFORE I TALK ABOUT THOSE EFFORTS, TO

09:36AM 12   DESCRIBE JUST HOW DID YOU FORESEE THAT A RETAIL PARTNERSHIP

09:36AM 13   BETWEEN THERANOS AND A RETAIL COMPANY MIGHT WORK?

09:36AM 14   A.   OUR IDEA WAS TO PUT OUR DEVICE IN THE STORES AT A PHARMACY

09:36AM 15   SO THAT PEOPLE COULD COME IN AND DO A TEST, LIKE A FLU TEST,

09:36AM 16   RIGHT THERE ON THE SPOT, HAVE THAT DATA PROCESSED, AND BE

09:36AM 17   ACCESSIBLE TO THEM ON A MOBILE APP WHERE THEY COULD START

09:36AM 18   GETTING THEIR OWN DATA AND THEN TRENDING THAT DATA OVER TIME.

09:36AM 19   Q.   AND WHICH RETAIL COMPANIES DID YOU TRY TO INTEREST IN THAT

09:36AM 20   IDEA?

09:36AM 21   A.   ALL OF THEM.

09:36AM 22   Q.   WHEN YOU SAY "ALL OF THEM," DO YOU MEAN ALL OF THE

09:36AM 23   PHARMACEUTICAL -- ALL OF THE PHARMACY COMPANIES, OR WHAT TYPES

09:36AM 24   OF RETAIL COMPANIES?

09:36AM 25   A.   EVERY PHARMACY COMPANY THAT WE KNEW OF.

7472

09:36AM  1    Q.   OKAY.  AND DID YOU CONSIDER ANY TYPES OF BUSINESSES OTHER

09:37AM  2    THAN PHARMACY COMPANIES?

09:37AM  3    A.   NO.  WE FOCUSSED ON RETAIL PHARMACIES.

09:37AM  4    Q.   OKAY.  AND WHAT RETAIL PHARMACY COMPANIES DID THERANOS TRY

09:37AM  5    TO INTEREST IN USING THERANOS'S TECHNOLOGY IN THEIR STORES?

09:37AM  6    A.   WE TALKED TO TARGET, WE TALKED TO CVS, WE TALKED TO

09:37AM  7    WAL-MART, WE TALKED TO DUANE READE, WE TALKED TO WALGREENS, WE

09:37AM  8    TALKED TO SAFEWAY, AND WE TALKED TO BOOTS.

09:37AM  9    Q.   WERE ALL OF THOSE COMPANIES INTERESTED IN PARTNERING WITH

09:37AM  10   THERANOS IN 2010?

09:37AM  11   A.   NO.

09:37AM  12   Q.   WHAT KINDS OF REACTIONS DID YOU GET TO YOUR EFFORTS TO

09:37AM  13   INTEREST THOSE COMPANIES IN, IN USING THERANOS TECHNOLOGY IN

09:37AM  14   THEIR STORES?

09:37AM  15   A.   SOME OF THEM THOUGHT WE WERE TOO EARLY, THAT WE WERE TOO

09:37AM  16   YOUNG AS A COMPANY, THAT WE DIDN'T HAVE THE EXPERIENCE TO BE

09:37AM  17   ABLE TO DO WHAT WE SOUGHT TO DO, AND SOME OF THEM DIDN'T WANT

09:37AM  18   TO PURSUE IT.

09:37AM  19        SOME OF THEM DID, WALGREENS AND SAFEWAY.

09:38AM  20   Q.   AND DID YOU ULTIMATELY FOCUS ON WALGREENS AND SAFEWAY FOR

09:38AM  21   PURPOSES OF LAUNCHING YOUR TECHNOLOGY IN THE RETAIL SETTING?

09:38AM  22   A.   YES.

09:38AM  23   Q.   TELL US ABOUT THE FIRST MEETINGS WITH WALGREENS THAT YOU

09:38AM  24   RECALL.

09:38AM  25   A.   I REMEMBER MEETING WITH DR. JAY ROSAN AND TALKING TO HIM

09:38AM  1     ABOUT OUR IDEA, AND DR. ROSAN ASKING TO DO A FOLLOW-ON MEETING

09:38AM  2     WITH SOME OF WALGREENS'S SENIOR LEADERSHIP.

09:38AM  3     Q.   OKAY.  AND WAS THERE A FOLLOW-ON MEETING WITH WALGREENS'S

09:38AM  4     SENIOR LEADERSHIP?

09:38AM  5     A.   YES, THERE WAS.

09:38AM  6     Q.   AND WHO ATTENDED THAT MEETING?

09:38AM  7     A.   DR. ROSAN WAS THERE, AND SO WAS MR. MIQUELON, AND I

09:38AM  8     REMEMBER AT THE VERY END OF THE MEETING, THE CEO CAME IN TO SAY

09:39AM  9     HELLO.

09:39AM  10    Q.   AND DURING THE COURSE OF THAT MEETING, DID YOU DESCRIBE

09:39AM  11    THERANOS'S SYSTEM 4.0?

09:39AM  12    A.   I DID.

09:39AM  13    Q.   AND DID WALGREENS DISCUSS WHAT ITS LEVEL OF INTEREST WAS

09:39AM  14    IN LAUNCHING A BLOOD TESTING SERVICE WITHIN ITS RETAIL STORES?

09:39AM  15    A.   THEY DID.

09:39AM  16    Q.   AT THAT MEETING WAS -- DID YOU USE A SLIDE DECK TO DISCUSS

09:39AM  17    THERANOS'S SYSTEM 4.0 AND OTHER ASPECTS OF THERANOS'S

09:39AM  18    TECHNOLOGY?

09:39AM  19    A.   YES.

09:39AM  20    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 278 WHICH IS ALSO IN

09:39AM  21    EVIDENCE.

09:39AM  22         IS THIS THE SLIDE DECK THAT YOU USED IN CONNECTION WITH

09:39AM  23    YOUR MEETING WITH DR. ROSAN AND MR. MIQUELON?

09:39AM  24    A.   IT IS.

09:39AM  25    Q.   AND IS THIS A HARD COPY SLIDE DECK THAT YOU HANDED OUT, OR

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Amy Mason Saharia
AMY MASON SAHARIA

April 17, 2023