No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

---

## EXCERPTS OF RECORD
## VOL. XLVII of LVII | ER-13430 to ER-13729

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA  98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 200024
  (202) 434-5000
  asaharia@wc.com



Theranos Confidential

THPFM00038707574-040

Confidential

PFM-DEPO-00013763

Trial Exh. 4077 Page 0042



THPFM0003870574-041

Theranos Confidential

Confidential

PFM-DEPO-00013764

Trial Exh. 4077 Page 0043

THPFM000387O574-042



shelf blade #2

finally,
a blood
test that
asks less
of you.

No more painful needles.
Or searching for veins.

The reason: only
a small sample
collected is beneficial.

Available now at
the pharmacy.

theranos

Theranos Confidential

Confidential

PFM-DEPO-00013765

Trial Exh. 4077 Page 0044



shelf blade #3

the only
thing you
should
feel is
better.

All your tests, painlessly.

Fast, accurate results from
one tiny sample.

More convenient locations,
more convenient hours.

located near
the pharmacy.

theranos

theranos

THPFM000387 0574-043

Theranos Confidential

Confidential



Theranos Confidential

Confidential

THPFM0003870574-044

PFM-DEPO-00013767

Trial Exh. 4077 Page 0046

# Convenient Results 24x7

Theranos patient service centers are open 24 hours per day, 7 days per week

- 3x more operating hours per week than any national lab provider
- Painless patient experience any time of day
- Significant economic impact in reduction of physician office visits
- Better compliance yields better care

theranos

Theranos Confidential

THPFM000387057-045

Confidential

PFM-DEPO-00013768

Trial Exh. 4077 Page 0047

ER-13436



Trial Exh. 4077 Page 0048

PFM-DEPO-00013769



# Transforming the Patient Experience

theranos

Theranos Confidential

Confidential

THPFM0003870574-047



PFM-DEPO-00013771

Trial Exh. 4077 Page 0050

ER-13439

# New Possibilities in Lab

## Routine, Specialty and Esoteric Testing

- All 1000+ currently run tests/CPT codes are available through Theranos

- Theranos runs any test available in central laboratories

- Theranos can process any sample type

- All tests match existing reimbursement codes

- With CLIA certification, Theranos is a nationally accredited provider

## Higher Quality Data

- Variability among traditional labs prevents insight into:
  - Early disease onset, progression, and regression

- **The unprecedented lack of variation with Theranos yields:**
  - Higher integrity data and longitudinal trending
  - Earlier insight into the onset/progression of disease
  - Reduction in unnecessary secondary procedures from results which currently show up as false positive results

theran⊛s

Theranos Confidential

Confidential

THPFM0003870574-049

PFM-DEPO-00013772

Trial Exh. 4077 Page 0051

# Provider Impact

- Improved quality of care through real-time access to results and real-time, automated reflex testing without the need for additional labs
    - Better integrity data through fresh, automated sample analysis to eliminate sample degradation issues and human lab errors
- Rapid turn-around prevents prophylactic treatments
- Decision support, visualization and analysis tools around individual biochemical profiles and traditional CDS guidelines support better diagnoses and early detection of diseases
    - High integrity longitudinal data allows for trend characterization over time
- Reduced physicians' office overhead expenses and new sources of income for test interpretation
- Minimal/no set up or training time required

theranos

Theranos Confidential

THPFM000387057-050

Confidential

# Initial Deployments

Pediatrics: reduced parent and patient anxiety for blood collection as only small simple finger stick samples are required to run all blood tests

Geriatrics: often difficulty in finding access to rolling veins and sensitivity to frequent venipunctures; Theranos blood collection solves this problem

Emergency Room: quickly diagnose and triage patient conditions, providing for better decision making and improved patient flow through the ER

ICU: ability to accurately and quickly diagnose severely ill patients for better care

Remote Access: Theranos solves for need to access lab services in remote locations where services are often not obtained

Ease of Transportation: Theranos has solved for existing blood sample transportation issues (small samples, collection containers, etc.)

theranos

Theranos Confidential

THPFM000367057-051

Confidential

PFM-DEPO-00013774

Trial Exh. 4077 Page 0053

ER-13442

# Building the Future of Health Care

Network becomes hub for early detection and treatment of critical ailments to prevent the complications that lead to extraordinary healthcare costs and, ultimately, fatalities.

Bring cutting edge, individualized, and preventative healthcare into provider offices without the need for complex infrastructure.

Enable fast, efficient and scalable health services at the point of care.

Minimize the impact of critical diseases by enabling earlier detection and intervention.

theranos

Theranos Confidential

THPFM0003870574-052

Confidential

PFM-DEPO-00013775



THPFM000387057-053

Theranos Confidential

Confidential

PFM-DEPO-00013776

Trial Exh. 4077 Page 0055



Cost Savings: CA Medicaid/Medicare

THPFM0003870574-054

PFM-DEPO-00013777

Trial Exh. 4077 Page 0056



# Cost Savings: NY Medicaid/Medicare

**Estimated Direct out-of-pocket Lab Cost Savings for New York Medicaid**

10-year aggregate savings of **$22.3 billion**

**Estimated Direct out-of-pocket Lab Cost Savings for New York Medicare**

10-year aggregate savings of **$6.3 billion**

Theranos Confidential

THPFM0003870574-055

PFM-DEPO-00013778

Trial Exh. 4077 Page 0057



# Cost Savings: National Medicare

Estimated Direct out-of-pocket Lab Cost Savings for
National Medicare

10-year aggregate savings of
$86.5 billion

Estimated Outpatient Office Visit Cost Savings for
National Medicare

10-year aggregate savings of
$343.7 billion

theranos

Source: CMS.gov NPP.org and Theranos estimates

Theranos Confidential

Confidential

THPFM0003870574-056

PFM-DEPO-00013779

Trial Exh. 4077 Page 0058

ER-13447



THPFM0003870574-057

PFM-DEPO-00013780

Confidential

Trial Exh. 4077 Page 0059

# Theranos is certified as a High Complexity CLIA Laboratory

**Waived** — Simple, accurate tests without routine oversight

**Moderate** — Most tests fall in this category; automated testing where the lab must meet standards and surveyed biennially

**PPM** — Provider performed microscopy; the lab must meet quality standards; no routine oversight

**High Complexity** — Requires the highest level of training, technique and result interpretation; most stringent standards; labs are surveyed routinely and randomly

theranos

Theranos Confidential

Confidential

THPFM0003870574-058

PFM-DEPO-00013781

Trial Exh. 4077 Page 0060

# The Theranos Lab

Patient Service Centers allow for convenient patient access to laboratory collection sites, far exceeding current independent laboratory footprints.

Theranos oversees training and certification of all individuals collecting samples at each Patient Service Center under CLIA.

Samples are stored in proprietary nanotainers™ and tied to unique patient IDs via proprietary barcoding.

Lab samples are shipped or picked-up at Patient Service Centers and processed at a Theranos CLIA-Certified Laboratory.

Results are available through the Theranos Web Portal and Electronic Information interchange within seconds after processing.

theranos

Theranos Confidential

Confidential

THPFM0003870574-059

PFM-DEPO-00013782

Trial Exh. 4077 Page 0061

ER-13450

# Theranos' CLIA Quality Standards

**Personnel Qualifications & Responsibilities**
Lab director has overall responsibility; supervision of required positions

**Quality Control (QC)**
Mechanism to ensure all testing procedures meet highest standards

**Specimen Integrity and Record Keeping**
Documentation of all test data; patient identification, confidentiality, test referrals, etc.

**Proficiency Testing (PT)**
Testing for accuracy and control comparisons; biennial audits of testing accuracy

**Quality Assessment (QA)**
Ongoing assessments; comprehensive system to monitor performance and ensure quality results

theranos

Theranos Confidential

THPFM0003870574-060

Confidential

PFM-DEPO-00013783

# CLIA Surveys & Audits

Biennial

Performed by CMS trained State Agency Medical Technicians or approved accrediting organizations with equivalent standards

Outcome-oriented with QA focus

Data indicates improved lab performance over time

Theranos maintains CLIA accreditation as a high complexity lab and has passed all audits without a single deficiency to maintain this status

theranos

Theranos Confidential

Confidential

THPFM0003870574-061

PFM-DEPO-00013784

Trial Exh. 4077 Page 0063

**ER-13452**

# Validation of Theranos

Theranos has been comprehensively validated over the course of the last seven years by ten of the fifteen largest pharmaceutical companies, with hundreds of thousands of assays processed.

After running clinical trials with Theranos instead of the central laboratory, GlaxoSmithKline's Lab Director concluded that **"Theranos' lab infrastructure eliminates the need for a lab."**

Theranos' lab infrastructure is validated under **FDA** )(CH and World Health Organization guidelines.

*Excerpts from Johns Hopkins due diligence and technology validation:*

- "The technology is novel and sound. It can accurately run a wide range of routine and special assays."

- **"No major weaknesses were identified."**

JOHNS HOPKINS
M E D I C I N E

theranos

Theranos Confidential

Confidential

THPFM0003870574-062

PFM-DEPO-00013785

Trial Exh. 4077 Page 0064

**ER-13453**



"Theranos' Improvement in the Probability of Success in PoC from 15% to 80% Results in eNPV of ~$202 million for Late Market Anemia Drug Entrant" – McKinsey Report

Theranos Confidential

THPFM0003870574-063

PFM-DEPO-00013786

Confidential

Trial Exh. 4077 Page 0065

# Products

Device
- minilab and 4s for automated processing

Cartridge
- Automated consumables for 75+ assays simultaneously across all sample types (blood, urine, tissue, etc.)

Blood Collection Devices
- Automated sample collection for micro sample volumes (blood, urine, tissue, etc.) customized for pediatrics, phlebotomy, and full range of collection procedures

Assays
- Chemistries, 800+ test menu, and TPS library

Software
- Analytics: device and testing
- Decision Support & Services: Retail Pharmacy System, Provider System, Payor System, Consumer System

theranos

Theranos Confidential

Confidential

THPFM0003870574-064

PFM-DEPO-00013787

Trial Exh. 4077 Page 0066

**ER-13455**



THPFM0003870574-065

Confidential

PFM-DEPO-00013788

Trial Exh. 4077 Page 0067

# Theranos Information Systems

Theranos Information Systems facilitate real-time eligibility, authorization, authentication, information transmission, and billing

All data is transmitted to physicians through a secure customized portal, secure fax, and/or integration with EMR/LIS systems

Individual patient lab data can be automatically integrated into the decision support system for front and back-end decision support

Data visualization tools and front and back-end decision support applications support actionable interpretation of results

Algorithms will facilitate adoption of evidence-based guidelines for optimal frequency of testing and elimination of false positive interpretation of results

Providers and partners will have a customized portal for real-time access to data, analyses, and clinical decision support based on dynamic, individual patient data

theranos

Theranos Confidential

THPFM0003870574-066

Confidential

PFM-DEPO-00013789

Trial Exh. 4077 Page 0068

# Excerpts from Theranos' Test Menu

*105 tests shown, another 20+ pages show all available tests with Theranos

## Bacteria

Streptococcus pneumoniae (penic R(24%),S)
Mycoplasma pneumoniae
Chlamydia pneumoniae
Bordetella pertussis
Haemophilus influenzae (ampic R,S)
Moraxella catarrhalis
Staphylococcus aureus (MR (30%), RS)
Streptococcus pyogenes (A)
Streptococcus agalactiae (B)
Pseudomonas spp (aeruginosa)
Haemophilus parainfluenzae
Enterobacteriaceae spp
Legionella spp
gram-negative bacteria
Escherichia coli

### Viral

H5N1, H1N1
H3N2, Infl. B
Rhino Virus
Adenovirus
RSV
parainfluenza virus (1,2,3,4)
Coronaviruses
human metapneumovirus (HMPV)

## Complete Blood Count w Diff

White blood cell count
Red blood cell count
Hemoglobin
Hematocrit
Mean corpuscular volume
Mean corpuscular hemoglobin
Mean corpuscular hemoglobin concentration
Platelet count
Mean platelet volume

### Renal Panel

Albumin
BUN
Calcium
CO2
Chloride
Glucose
Phosphorous
Potassium
Sodium
Creatinine
eGFR

### Thyroid Panel

TSH
T-3
T-4

### Liver Panel

ALT
Alkaline Phosphatase
AST
Ferritin
GGT
Iron
Lactate Dehydrogenase
Microalbumin
Total Protein
Albumin
Globulin
Bilirubin Direct
Bilirubin Total

## Complete Metabolic Panel

HGB A1c
Glucose
Calcium
Albumin
Total Protein
Sodium
Potassium
CO2
Chloride
BUN
Creatinine
ALP
ALT
AST
Bilirubin
Magnesium

### STDs & Drugs of Abuse

Ipecac
Lsd.
Lsd-25,
Lysergide,
Nalbuphine
Nuban(R)
Rohypnol®
Stadol®
Ethyl Glucuronide,

Chylmd Trach, Dna, Amp Probe
N Gonorrhoeae, Dna, Amp Prob
Hpv, Dna, Amp Probe
Acid
Butorphanol
D-Lysergicacid Diethylamide,
Dolophine,
Flunitrazepam
Harstet
Heroin,

## Cardiovascular Panel

Creatinine
Kinase
Troponin-I
Troponin-I
CRP: High-Sensitivity & LS
Homocysteine

### Lipid Profile & Glucose Panel

Cholesterol
HDL
LDL
LDL/HDL, Ratio
Triglycerides
VLDL

Theranos Confidential

**theranos**

THPFM0003870574-067

# TNAA Panels & Pathogens

## Upper Respiratory with Hospital Acquired Infections Tests

H5N1 flu
H7N9 flu - HA gene
H7N9 flu - NA gene
Influenza A - MP
Influenza B - MP
Influenza H1N1 novel (2009) - HA
Influenza H1N1 seasonal - HA
Influenza H3N2 - HA
Bocavirus
Coronavirus MERS
Metapneumovirus A
Metapneumovirus B
Parainfluenza 1
Parainfluenza 2
Parainfluenza 3
Parainfluenza 4
RSV
Adenovirus B
Adenovirus C
Adenovirus E

Coronavirus 229E
Coronavirus HKU1
Coronavirus NL63
Coronavirus OC43
Measles
Mumps
Rhinovirus
Rubella
Streptococcus pyogenes (strep A)
Bordetella parapertussis
Bordetella pertussis
Bordetella holmesii
Chlamydophila pneumoniae
Enterobacter aerogenes
Enterobacter cloacae
H. influenzae blaROB
H. influenzae blaTEM
Haemophilus influenzae
Haemophilus parainfluenzae
Legionella pneumophila
Mycoplasma pneumoniae

Penicillin-resistant S. pneumo
Streptococcus pneumoniae
Acinetobacter baumannii
Burkholderia cepacia
Klebsiella pneumoniae
KPC resistance gene
Moraxella catarrhalis
MRSA
Mycobacterium tuberculosis
Serratia marcescens
Staphylococcus aureus
Staphylococcus aureus (Vancomycin-resistant) VRSA
Clostridium difficile
Norovirus
Candida albicans

theranos

Theranos Confidential

Confidential

THPFM000387 0574-068

PFM-DEPO-00013791

Trial Exh. 4077 Page 0070

ER-13459

THPFM0003870574-069

theranos

# TNAA Panels & Pathogens

## Infectious Disease Blood Tests

Dengue Virus 1
Dengue Virus 2
Dengue Virus 3
Dengue Virus 4
Pan Plasmodium
Trypanosoma cruzi
West Nile Virus 1
West Nile Virus 2
Candida albicans
Varicella-zoster

Theranos Confidential

Confidential

PFM-DEPO-00013792

Trial Exh. 4077 Page 0071

# TNAA Panels & Pathogens

## STD Blood Tests

HIV-1 Group M
HIV-1 Group O
HIV-2 Group A
HIV-2 Group B
Hepatitis A
Hepatitis B
Hepatitis C
HepDelta
Epstein-Barr Virus

theranos

THPFM0003870574-070

Theranos Confidential

Confidential

PFM-DEPO-00013793

theranos

THPFM0003870574-071

# TNAA Panels & Pathogens

## STD (non-blood) Tests

Chlamydia trachomatis
HPV
HSV1/HSV2
Neisseria gonorrhoeae
Streptococcus agalactae (strep B)
Treponema pallidum
Trichomonas vaginalis

Theranos Confidential

Confidential

PFM-DEPO-00013794

Trial Exh. 4077 Page 0073

# TNAA Panels & Pathogens

## Hospital Acquired Infections Blood Tests

Clostridium sordellii
Pseudomonas aeruginosa
Vancomycin-resistant Enterococci
(VRE)
Hepatitis A
Hepatitis B
Hepatitis C
Hepatitis Delta
Candida albicans

**theranos**

THPFM0003870574-072

Theranos Confidential

Confidential

# TNAA Panels & Pathogens

## Hospital Acquired Infections Respiratory Tests

Acinetobacter baumannii
Burkholderia cepacia
Klebsiella pneumoniae
KPC resistance gene
Moraxella catarrhalis
MRSA
MTB
Serratia marcescens
Staphylococcus aureus
Staphylococcus aureus (Vancomycin-resistant) VRSA
Clostridium difficile
Norovirus
Mycobacterium abscessus
Candida albicans

theran⊚s

THPFM0003870574-073

Theranos Confidential

Confidential

PFM-DEPO-00013796

Trial Exh. 4077 Page 0075

# Theranos Proprietary Tests

1. **Routine, Specialty, & Esoteric Tests**
2. **Wellness Tests**
   - Proteomic tests characterize the onset, progression, and regression of obesity and diabetes
   - These tests can be offered on a routine basis to measure progress and the success of different behavior changes
3. **Diagnostic & Predictive Women's and Men's Health Tests**
   - Include the following proprietary tests, amongst others:

   <u>Chronic Disease</u>
   - Thyroid
     - Heart disease progression & risk of heart attacks
     - Breast & ovarian cancer early detection and onset
     - Prostate & colorectal cancer early detection onset

   <u>Infectious Disease</u>
   - Influenza (H1N1 2009 swine, non-swine flu, H3N2 (global flu), H5N1)
     - Viral versus bacterial infection through a comprehensive panel of the most common pathogens
   - HIV & other STDs

   <u>Fertility & Pregnancy</u>
   - Better characterization of optimal time for conception, efficacy of fertility treatments, and how best to optimize them (e.g. during IVF or hormone therapy)
     - Earlier & more accurate detection of pregnancy than currently possible
   - Early detection of preeclampsia

**theranos**

Theranos Confidential

Confidential

THPFM000387O574-074

PFM-DEPO-00013797

Trial Exh. 4077 Page 0076

**ER-13465**



THPFM0003870574-075

Theranos Confidential

Confidential

PFM-DEPO-00013798

Trial Exh. 4077 Page 0077



Theranos Confidential

THPFM0003870574-076

Confidential

PFM-DEPO-00013799

Trial Exh. 4077 Page 0078



THPFM0003870574-077

Theranos Confidential

Confidential



Theranos Confidential

THPFM0003870574-078

Confidential

PFM-DEPO-00013801

Trial Exh. 4077 Page 0080



Theranos Confidential

Confidential

THPFM0003870574-079

PFM-DEPO-00013802

Trial Exh. 4077 Page 0081



Theranos Confidential

Confidential

THPFM0003870574-080

PFM-DEPO-00013803

Trial Exh. 4077 Page 0082



THPFM0003870574-081

Theranos Confidential

Confidential



Theranos Confidential

Confidential

THPFM00038705574-082

PFM-DEPO-00013805

Trial Exh. 4077 Page 0084

# Predictive Insight: Disease Progression

Robust studies have shown that more frequent sampling on a low variability platform allows characterization of trends that cannot be seen when patients come into the clinic for blood draws less frequently and run in traditional labs.



Confidential

THPFM0003870574-083



PFM-DEPO-00013807

Trial Exh. 4077 Page 0086



THPFM000387074-085

Theranos Confidential

Confidential

PFM-DEPO-00013808

Trial Exh. 4077 Page 0087



# Production

- Scale
  - Line replication
  - CAPEX investments
  - Lead times

theranos

Theranos Confidential

Confidential

THPFM0003870574-086



# Intellectual Property

Patents & Trademarks

- Patent Portfolio

- Defense/Litigation

theranos

Theranos Confidential

Confidential

THPFM0003870574-087

PFM-DEPO-00013810

Trial Exh. 4077 Page 0089

# Overview of Current Laboratory Market

- Little or no investment in R&D

- Fixed operational overhead and infrastructure built around old technologies wipe out margins in current business models

- Current test prices driven by:
  - 70% operational overhead from collecting, shipping and handling samples
  - Cost structure reflects the old paradigm of collecting enough samples to distribute the cost
  - Real estate costs

- Test panels originated from cost and machine structures of labs but don't reflect don't ideal information for actionable decision making

theranos

Theranos Confidential

Confidential

THPFM0003870574-088

PFM-DEPO-00013811

Trial Exh. 4077 Page 0090

# Overview of Current Laboratory Market (cont'd)

- Decades old business processes - and technology investments around those business processes - with very little motivation to innovate, has created a duopoly of businesses burdened with infrastructure costs and little/no R&D

- Manual handling of samples at every step of the process yields significant quality and usability issues with current lab results

- Select contracts between labs and insurance companies have set precedent for higher costs for "pull through" patients

- Healthcare reform, increasing healthcare costs, and the changing market dynamics make this industry ripe for innovation

theran⊚s

Theranos Confidential

Confidential

THPFM0003870574-089

PFM-DEPO-00013812

Trial Exh. 4077 Page 0091

ER-13480

# Theranos Systems at Retail

- Existing lab testing in the US alone is a $90 billion market and growing

- On average, every American runs blood tests >3 times a year.

- A single reference laboratory, which only controls 14% of the general retail lab testing market, processes more than 151 million test requisitions.

- Healthcare reform, increasing healthcare costs, and the changing market dynamics make this industry ripe for innovation

  - Little to no innovation in the laboratory market in the last four decades

  - Replacing old infrastructure with new

  - Infectious and chronic diseases

**theranos**

Theranos Confidential

Confidential

THPFM0003870574-090

# Key Laboratory Considerations

**Labs have significant influence over patient/clinical outcomes...**

95% of physicians clinical pathway decision making are determined by lab results

**... but old infrastructure and old technologies prohibit higher quality and lower cost testing ...**

Centralized Lab infrastructure makes it difficult to provide services and information in a distributed way

High variability in lab results prevents "actionable" decision making in real time

**... Theranos' lab infrastructure is designed to yield significant improvements in care and fully loaded cost savings ...**

Reduce secondary visits and unnecessary treatments through earlier detection and intervention

Reduce ER inefficiencies by providing rapid results every time

Reduce bed time per patient

Better service and higher throughput

**Modest improvement in current approach can significantly impact cost & outcomes**

theranos

Theranos Confidential

Confidential

THPFM0003870574-091

PFM-DEPO-00013814

Trial Exh. 4077 Page 0093

ER-13482



# Lab Testing & US Health Care Spend

2010 US Health Care Spend: $2.6 Trillion

- 2-3% of spend influences **95%** of physician decisions

Other
Administration Costs
Lab Testing
Nursing Home and Home Health
Prescription Drugs
Physician Services
Hospital Care

$ Billions

Source: Centers for Medicare and Medicaid Services, Office of the Actuary, National Health Statistics Group; and U.S. Department of Commerce, Bureau of Economic Analysis and U.S. Bureau of the Census, and company estimates.

theranos

THPFM0003870574-092

Theranos Confidential

Confidential

PFM-DEPO-00013815

Trial Exh. 4077 Page 0094

ER-13483

# Theranos: Cost Savings

- Theranos' initial price points are 50% below Medicare reimbursement amounts for all currently run tests/CPT codes

- Theranos Systems in physician offices stamp out leakage problems/out-of-network testing at the root of the problem

- Real-time testing and reflex testing during office visits enable better physician decision making and reduced visits by eliminating test result delays

- Real-time data in ER & hospitals reduces hospital bed stays and costs

- The unprecedented lack of variation from system to system yields higher integrity data and longitudinal trending, enabling earlier insight into the onset/progression of disease and reducing unnecessary secondary procedures from results which currently show up as false positive results

- Earlier insight into disease progression and earlier intervention will reduce ER/hospital visits

theranos

Theranos Confidential

Confidential

THPFM0003870574-093

PFM-DEPO-00013816

Trial Exh. 4077 Page 0095

ER-13484



PFM-DEPO-00013817

Trial Exh. 4077 Page 0096

# Making Quality Health Care More Affordable and Accessible

- Significant reductions in the cost of the care by
  - Reducing blood testing costs
  - Reducing the number of visits to hospitals
  - Enabling earlier, more accurate, medically appropriate and preventative screening to catch diseases earlier
  - Improved outcomes through individualized treatment and lifestyle improvement tools that build consumer loyalty

- A better care infrastructure for providers

- A new national health care infrastructure through cutting edge technology systems
  - Innovations in biotechnology, information technology, and machine learning
  - Quantitative measures of disease progression, efficacy and safety of interventions, compliance, and the earliest onset of serious ailments and complications

- Significant environmental impact through reduction in $CO_2$ emissions associated with central laboratory infrastructure and shipping reductions
  - A single laboratory company's planes, vans, and trucks travel the distance of earth to the moon and back daily

theranos

Theranos Confidential

Confidential

THPFM0003870574-095

PFM-DEPO-00013818

Trial Exh. 4077 Page 0097

ER-13486

# Theranos Benefits

Theranos technology provides the opportunity for hospitals to significantly reduce costs of lab services

Theranos' platform can be made accessible to employed and affiliated hospital physicians

Theranos can provide testing services for all send-out tests while reducing the cost of testing services for the hospital

Collection of small blood samples improves patient experience and reduces hospital labor costs

Improvements in lab infrastructure create a significant differentiator for hospitals by providing greatly improved patient experience
(notably pediatrics, geriatrics and oncology)

theranos

Theranos Confidential

Confidential

THPFM0003870574-096

PFM-DEPO-00013819

Trial Exh. 4077 Page 0098

ER-13487



Theranos Confidential

PFM-DEPO-00013820

Trial Exh. 4077 Page 0099

theran⊚s

THPFM0003870574-098

# immunochemistry

Theranos Confidential

Confidential

## ANA Antibody

| Sample ID | Theranos Ab Index | Immco Diagnostics ANA value | USBIOL Ab Index | Innova Ab Index | IBL Ab Index | ProMedx Nephelometry ratio |
|---|---|---|---|---|---|---|
| A1 | 0.77 | 39.1 | 0.53 | 12.2 | 0.82 | 1:160 |
| A2 | 0.73 | 23.6 | 0.73 | 10.4 | 0.49 | 1:320 |
| A3 | 1.78 | 36.6 | 0.90 | 31.2 | 0.76 | 1:320 |
| A4 | 2.36 | 34.3 | 1.07 | 21.5 | 0.72 | 1:160 |
| A5 | 0.62 | 12.8 | 0.52 | 13.3 | 0.27 | 1:160 |
| A6 | 1.14 | 39.9 | 1.26 | 13.3 | 0.83 | 1:160 |
| A7 | 1.64 | 27.0 | 0.58 | 8.4 | 0.56 | 1:320 |
| A8 | 1.89 | 22.5 | 0.69 | 8.4 | 0.47 | 1:320 |
| A9 | 2.18 | 143.8 | 2.41 | 39.1 | 3.00 | 1:1280 |
| A10 | 6.14 | 32.8 | 2.13 | 21.2 | 0.69 | 1:1280 |
| A11 | 1.68 | 74.1 | 2.50 | 74.5 | 1.55 | 1:1280 |
| A12 | 19.53 | 157.3 | 2.78 | 166.2 | 3.29 | 1:1280 |
| A13 | 1.51 | 32.8 | 2.75 | 20.5 | 0.69 | 1:160 |
| A14 | 3.16 | 31.8 | 1.85 | 19.2 | 0.66 | 1:160 |
| A15 | 1.92 | 24.1 | 1.01 | 13.8 | 0.51 | 1:320 |
| A16 | 1.85 | 58.5 | 5.36 | 39.4 | 1.22 | 1:1280 |
| A17 | 5.57 | 153.8 | 3.81 | 99.8 | 3.21 | 1:1280 |
| A18 | 1.15 | 33.4 | 1.03 | 25.1 | 0.70 | 1:640 |
| A19 | 7.98 | 99.6 | 2.83 | 81.5 | 2.08 | 1:640 |
| A20 | 1.87 | 51.4 | 0.86 | 21.3 | 1.07 | 1:640 |
| A21 | 1.06 | 50.0 | 0.83 | 11.9 | 1.01 | 1:640 |
| A22 | 1.38 | 31.7 | 1.16 | 23.2 | 0.66 | 1:640 |
| A23 | 0.94 | 53.8 | 1.00 | 14.0 | 1.12 | 1:320 |
| A24 | 1.57 | 38.1 | 1.11 | 13.7 | 0.80 | 1:1280 |
| A25 | | 55.6 | 2.55 | 17.8 | 1.16 | 1:640 |

| Sample ID | Theranos Ab Index | Immco Diagnostics ANA value | USBIOL Ab Index | Innova Ab Index | IBL Ab Index | ProMedx Nephelometry ratio |
|---|---|---|---|---|---|---|
| A26 | 0.87 | 43.2 | | | 0.90 | 1:640 |
| A27 | 1.69 | 28.2 | | | 0.55 | 1:640 |
| A28 | 1.85 | 37.9 | | | 0.75 | 1:640 |
| A29 | 0.92 | 23.1 | | | 0.49 | 1:160 |
| A30 | 3.19 | 87.4 | | | 1.83 | 1:160 |
| A32 | 1.68 | 48.9 | | | 1.02 | 1:160 |
| A33 | 1.23 | 45.3 | | | 0.95 | 1:1280 |
| A34 | 2.10 | 50.0 | | | 1.04 | 1:1280 |
| A35 | 0.85 | 31.0 | | | 0.65 | 1:320 |
| A36 | 0.54 | 40.0 | | | 0.84 | 1:160 |

Results reported as:
Negative (green), Equivocal (Yellow), or Positive (Red) on the basis of Antibody index for each assay.
Immco kit is an FDA approved ELISA

Ab Index > 1.1
Ab Index > 0.9, < 1.1
Ab Index < 0.9

theranos

THPFM0003870574-099

Anti - RNP

| Sample ID | Human Test Samples | | | ANTIBODY INDEX | | | |
|---|---|---|---|---|---|---|---|
| | Matrix | Species | Strain | Theranos | INOVA | Corgenix | IBL |
| CLN1 | Serum | Normal | N/A | 0.01 | 4 | 3.28 | 0.19 |
| CLN2 | Serum | Normal | N/A | 0.01 | 4 | 1.64 | 0.08 |
| CLN3 | Serum | Normal | N/A | 0.01 | 6 | 3.31 | 0.27 |
| CLN4 | Serum | Normal | N/A | 0.01 | 5 | 2.77 | 0.08 |
| CLN5 | Serum | Normal | N/A | 0.01 | 4 | 2.89 | 0.06 |
| CLN6 | Serum | Normal | N/A | 0.01 | 7 | 2.58 | 0.16 |
| CLN7 | Serum | Normal | N/A | 0.01 | 6 | 3.33 | 0.19 |
| CLN8 | Serum | Normal | N/A | 0.01 | 5 | 5.67 | 0.19 |
| CLN9 | Serum | Normal | N/A | 0.01 | 4 | 1.69 | 0.12 |
| CLN10 | Serum | Normal | N/A | 0.01 | 5 | 3.32 | 0.12 |
| SL04 | Serum | Autoimmune | Lupus | 0.07 | 38 | 76.86 | 3.08 |
| SL07 | Serum | Autoimmune | Lupus | 3.46 | 150 | 226.67 | 8.08 |
| SL08 | Serum | Autoimmune | Lupus | 0.03 | 52 | 35.77 | 2.26 |
| SL09 | Serum | Autoimmune | Lupus | 3.10 | 48 | 227.45 | 8.19 |
| CSLE2 | Serum | Autoimmune | Lupus | 0.02 | 98 | 18.02 | 0.03 |
| CSLE4 | Serum | Autoimmune | Lupus | 3.32 | 142 | 155.73 | 4.57 |
| CSLE5 | Serum | Autoimmune | Lupus | 0.45 | 90 | 17.69 | 0.44 |
| CSLE7 | Serum | Autoimmune | Lupus | 3.21 | 146 | 124.13 | 3.17 |
| CSLE8 | Serum | Autoimmune | Lupus | 0.39 | 126 | 106.37 | 1.38 |
| CSLE10 | Serum | Autoimmune | Lupus | 0.96 | 142 | 88.19 | 2.24 |
| CSLE11 | Serum | Autoimmune | Lupus | 1.15 | 140 | 154.59 | 4.58 |
| CSLE13 | Serum | Autoimmune | Lupus | 0.02 | 88 | 5.56 | 0.24 |
| CSLE14 | Serum | Autoimmune | Lupus | 0.13 | 33 | 63.84 | 1.61 |
| CSLE15 | Serum | Autoimmune | Lupus | 2.85 | 47 | 164.33 | 2.10 |
| SC02 | Serum | Autoimmune | Scleroderma | 0.14 | 32 | 3.73 | 0.11 |
| SC05 | Serum | Autoimmune | Scleroderma | 0.05 | 13 | 23.55 | 0.04 |
| SC07 | Serum | Autoimmune | Scleroderma | 0.15 | 71 | N/A | 0.67 |
| SC11 | Serum | Autoimmune | Scleroderma | 0.12 | 35 | 59.46 | 1.81 |
| SC14 | Serum | Autoimmune | Scleroderma | 6.02 | 145 | 163.45 | 2.47 |
| SC15 | Serum | Autoimmune | Scleroderma | 0.01 | N/A | 21.16 | N/A |

Results reported as: Negative (green), Equivocal (Yellow), or Positive (Red) on the basis of Antibody Index for each assay

theranos



theranos Confidential

Confidential

THPFM0003870574-100

PFM-DEPO-00013823

Trial Exh. 4077 Page 0102

ER-13491

# Anti - Sm

| Samples | Inter-Cartridge Mean | CV% | Theranos Ab Index | IMMCO Result (EU/mL) |
|---|---|---|---|---|
| SL4 | 9842 | 15 | 1.07 | 14 |
| SL7 | 17081 | 11 | 1.85 | 30 |
| SL9 | 9210 | 8 | 1.00 | 26 |
| Sjog7 | 5095 | 16 | 0.55 | 12 |
| Sjog9 | 3153 | 2 | 0.34 | 26 |
| Sjog10 | 3250 | 3 | 0.35 | 18 |
| Scleroderma 1 | 5774 | 18 | 0.6 | 13 |
| Scleroderma 2 | 4931 | 41 | 0.5 | 8 |
| Scleroderma 3 | 7841 | 16 | 0.9 | 6 |
| Scleroderma 4 | 6169 | 4 | 0.7 | 5 |
| Scleroderma 5 | 18168 | 22 | 2.0 | 22 |
| Scleroderma 6 | 5064 | 62 | 0.5 | 7 |
| Scleroderma 7 | 7702 | 9 | 0.8 | 17 |
| Scleroderma 8 | 8490 | 4 | 0.9 | 7 |
| Scleroderma 9 | 5156 | 19 | 0.6 | 7 |
| Scleroderma 10 | 8903 | 3 | 1.0 | 7 |
| Scleroderma 11 | 19170 | 10 | 2.1 | 24 |
| Scleroderma 14 | 22220 | 6 | 24.1 | 29 |

Results reported as: Negative (green), Equivocal (Yellow), or Positive (Red) on the basis of Antibody index for each assay.

theranos

Theranos Confidential

Confidential

THPFM0003870574-101

PFM-DEPO-00013824

Trial Exh. 4077 Page 0103

## Anti - SSB



| Samples | Inter-Cartridge Mean | CV% | Theranos Ab Index | INOVA ELISA | IBL International |
|---|---|---|---|---|---|
| A7 | 7599 | 19 | 0.74 | 2.8 | 0.44 |
| A13 | 4448 | 27 | 0.44 | 3.0 | 0.59 |
| A14 | 5730 | 17 | 0.56 | 1.8 | 0.37 |
| A15 | 5730 | 20 | 0.56 | 2.7 | 0.32 |
| A17 | 7288 | 17 | 0.71 | 2.7 | 0.55 |
| pooled Ana positives | | | | | |
| Sj01 | 5751 | 4 | 0.56 | 2.7 | 0.35 |
| Sj02 | 565 | 3 | 0.06 | 2.8 | 0.24 |
| Sj03 | 806 | 6 | 0.08 | 3.0 | 0.16 |
| Sj03 | 120175 | 12 | 11.77 | 62.2 | 2.62 |
| Sj04 | 626 | 17 | 0.06 | 2.8 | 0.17 |
| Sj05 | 204698 | 16 | 20.06 | 96.2 | 4.67 |
| Sj06 | 2398 | 15 | 0.23 | 2.8 | 0.20 |
| Sj07 | 8161 | 12 | 0.80 | 10.9 | 0.24 |
| Sj08 | 4873 | 2 | 0.48 | 17.6 | 0.24 |
| Sj09 | 26981 | 24 | 2.64 | 36.3 | 0.26 |
| Sj10 | 2500 | 6 | 0.24 | 15.1 | 0.53 |

Results reported as: Negative (green), Equivocal (Yellow), or Positive (Red) on the basis of Antibody index for each assay.

theranos

Theranos Confidential

Confidential

THPFM0003870574-102

PFM-DEPO-00013825

Trial Exh. 4077 Page 0104

ER-13493



Acid Phosphatase – Serum & Plasma

$y = 0.4754x + 0.273$

$R^2 = .93$

Trial Exh. 4077 Page 0105

PFM-DEPO-00013826

THPFM0003870574-103



Ascorbic Acid in Plasma

$y = 1.08282x$
$R^2 = .9412$

Theranos Confidential

Confidential

THPFM0003870574-104

PFM-DEPO-00013827



Trypanosoma cruzi (Chagas) antibody

Chagas Clinicals

Theranos Confidential

theranos

THPFM0003870574-105

Confidential

PFM-DEPO-00013828



CRP Test Correlation to Reference Methods Over 10,000-fold Range

Theranos Confidential

Confidential

THPFM0003870574-106

PFM-DEPO-00013829



Cotinine (Serum)

THPFM0003870574-107

Theranos Confidential

Confidential

PFM-DEPO-00013830

Trial Exh. 4077 Page 0109

## Cotinine (Urine)

| Theranos Result ng/mL | FDA approved | |
| --- | --- | --- |
| | Cot 1 Cotinine Rapid test | NicChek I Rapid test |
| OORH | Pos | LowPos |
| OORH | Pos | LowPos |
| OORL | Neg | Neg |
| OORH | Pos | LowPos |
| 765 | Pos | LowPos |
| OORH | Pos | LowPos |
| OORH | Pos | LowPos |
| OORL | Neg | Neg |
| 894 | Pos | LowPos |
| 1793 | Pos | LowPos |
| OORL | Neg | Neg |
| 178 | Pos | LowPos |
| 347 | Pos | LowPos |
| OORH | Pos | High pos |
| OORH | Pos | High pos |
| OORH | Pos | High pos |
| OORH | Pos | High pos |
| OORL | Neg | Neg |
| OORH | Pos | High pos |
| OORH | Pos | High pos |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

theran⊚s

Theranos Confidential

THPFM0003870574-108

Confidential

PFM-DEPO-00013831

Trial Exh. 4077 Page 0110

ER-13499

CMV IgG



| | Theranos cutoff | | Trinity (C of A) | DiaSorin (CLIA) |
|---|---|---|---|---|
| | 5*stdev | 10*stdev | | |
| Zepto MT Panel #1 | 0.51 | 0.31 | 0.3 | <<0.20 |
| Zepto MT Panel #2 | 39.02 | 23.99 | 2.4 | 3.1 |
| Zepto MT Panel #3 | 56.76 | 34.89 | 2.7 | 6.1 |
| Zepto MT Panel #4 | 45.48 | 27.95 | 2.4 | 3.3 |
| Zepto MT Panel #5 | 17.69 | 10.87 | 2.8 | 8.4 |
| Zepto MT Panel #6 | 45.25 | 27.82 | 2.8 | 5.9 |
| Zepto MT Panel #7 | 65.68 | 40.37 | 2.8 | >>10.0 |
| Zepto MT Panel #8 | 62.07 | 38.16 | 2.8 | >>10.0 |
| Zepto MT Panel #9 | 63.62 | 39.11 | 2.8 | >>10.0 |
| Zepto MT Panel #10 | 27.03 | 16.62 | 2.8 | 4.8 |
| Zepto MT Panel #11 | 0.74 | 0.45 | 0.2 | <<0.20 |
| Zepto MT Panel #12 | 29.42 | 18.09 | 3.2 | 6.8 |
| Zepto MT Panel #13 | 10.27 | 6.31 | 1.9 | 3.8 |
| Zepto MT Panel #14 | 86.07 | 52.91 | 2.8 | >>10.0 |
| Zepto MT Panel #15 | 30.47 | 18.73 | 2.8 | 6.1 |
| Zepto MT Panel #16 | 0.73 | 0.45 | 0.3 | <<0.20 |
| Zepto MT Panel #17 | 1.18 | 0.72 | 0.1 | <<0.20 |
| Zepto MT Panel #18 | 76.77 | 47.19 | 2.7 | 7.8 |
| Zepto MT Panel #19 | 1.12 | 0.69 | 0.2 | <<0.20 |
| Zepto MT Panel #20 | 9.82 | 6.04 | 1.9 | 4.4 |
| Zepto MT Panel #21 | 1.28 | 0.78 | 0.1 | <<0.20 |
| Zepto MT Panel #22 | 33.62 | 20.67 | 3.3 | >>10.0 |
| Zepto MT Panel #23 | 11.86 | 7.29 | 2.1 | 2.5 |
| Zepto MT Panel #24 | 16.62 | 10.22 | 2.1 | 1.8 |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

theranos

Theranos Confidential

Confidential

THPFM0003870574-109

PFM-DEPO-00013832

Trial Exh. 4077 Page 0111

ER-13500



# Theranos cTNI Assay: Clinical Sample Correlation to Individual Commercial Methods

THPFM0003870574-110

Theranos Confidential

Confidential

PFM-DEPO-00013833

Trial Exh. 4077 Page 0112

# Dengue IgG – Clinical correlation

| Result | Calbiotech | Genway | InBios | THERANOS |
|---|---|---|---|---|
| | Qualitative Interpretation: | | ISR | ISR |
| Negative | <0.9 | <0.9 | < and = to 1.65 | < and = to 1.65 |
| Equivocal | 0.9 - 1.1 | 0.9 - 1.1 | 1.65 - 2.84 | 1.65 - 2.84 |
| Positive | >1.1 | >1.1 | > and = to 2.84 | > and = to 2.84 |

**NORMALS**

| | | | (FDA approved) | |
|---|---|---|---|---|
| | Calbiotech | Genway | InBios | THERANOS |
| Sample | Results | Results | RA/NCA Ratio | RA/NCA Ratio |
| Nor01 | 0.180 | 0.183 | 1.279 | 2.257 |
| Nor02 | 0.135 | 0.142 | 1.127 | 0.786 |
| Nor03 | 0.057 | 0.071 | 1.027 | 0.770 |
| Nor04 | 0.047 | 0.062 | 0.949 | 0.465 |
| Nor05 | 0.048 | 0.048 | 1.060 | 0.319 |
| Nor06 | 0.049 | 0.047 | 0.956 | 0.787 |
| Nor07 | 0.128 | 0.129 | 0.934 | 0.763 |
| Nor08 | 0.142 | 0.147 | 0.874 | 0.401 |
| Nor09 | 0.039 | 0.038 | 1.304 | 0.353 |
| Nor10 | 0.126 | 0.144 | 0.940 | 0.407 |
| Nor11 | 0.032 | 0.034 | 1.030 | 0.506 |
| Nor12 | 0.301 | 0.377 | 0.848 | 0.278 |
| Nor13 | 0.048 | 0.046 | 1.033 | 0.256 |
| Nor14 | 0.067 | 0.072 | 0.864 | 0.256 |
| Nor15 | 0.161 | 0.159 | 0.899 | 0.321 |
| Nor16 | 0.332 | 0.457 | 0.862 | 0.320 |
| Nor17 | 0.116 | 0.173 | 1.253 | 0.336 |
| Nor18 | 0.334 | 0.416 | 0.883 | 0.494 |
| Nor19 | 0.048 | 0.047 | 0.881 | 0.285 |
| Nor20 | 0.113 | 0.126 | 1.018 | 0.698 |

theranos

Theranos Confidential

Confidential

THPFM0003870574-111

PFM-DEPO-00013834

Trial Exh. 4077 Page 0113

# Dengue IgG – Clinical correlation (contd.)

| RF/Hama | Calbiotech | Genway | (FDA approved) InBios | THERANOS |
|---|---|---|---|---|
| Sample | Results | Results | RA/NCA Ratio | RA/NCA Ratio |
| Rf (#1) | 0.17 | 0.16 | 1.33 | 1.26 |
| Rf (#2) | 0.14 | 0.14 | 1.08 | 1.71 |
| Rf (#3) | 0.13 | 0.15 | 1.23 | 1.92 |
| Rf (#4) | 0.17 | 0.05 | 0.94 | 2.23 |
| Rf (#5) | 0.13 | 0.05 | 1.33 | 0.83 |
| Rf (#6) | 0.05 | 0.18 | 0.83 | 0.81 |
| Hama (#1) | 0.14 | 0.14 | 0.78 | 0.73 |
| Hama (#2) | 0.14 | 0.16 | 0.84 | 1.12 |
| Hama (#3) | 0.04 | 0.16 | 1.12 | 0.88 |
| Hama (#4) | 0.13 | 0.15 | 1.01 | 0.67 |
| Hama (#5) | 0.03 | 0.04 | 1.02 | 1.46 |
| Hama (#6) | 0.28 | 0.37 | 0.94 | 1.50 |

Results reported as: Negative (green), Equivocal (Yellow), Positive (Red), on the basis of Antibody index for each assay.

theranos

Theranos Confidential

Confidential

THPFM00387O574-112

PFM-DEPO-00013835

# Dengue IgG – Clinical correlation (contd.)

| Sample | Country of Origin | Seracare Panel | Calbiotech Dengue Virus IgG ELISA Results | EUROIMMUN Anti Dengue Virus ELISA (IgG) Results | Focus Dengue Virus IgG DxSelect Results | Panbio Dengue IgG Capture ELISA Results | SD Dengue IgG Capture ELISA Results | THERANOS RANCA Ratio |
|---|---|---|---|---|---|---|---|---|
| Clinical (#1) | Colombia | PV2001-01 | 1.5 | 4.9 | 6.2 | 2.4 | >8.9 | 80.7 |
| Clinical (#2) | Honduras | PV2001-02 | 1.8 | 5.3 | 5.7 | 1.2 | 1.6 | 81.5 |
| Clinical (#3) | Honduras | PV2001-03 | 2.2 | 4.8 | 7.1 | 1.3 | 1.1 | 91.0 |
| Clinical (#4) | Honduras | PV2001-04 | 1.7 | 2.0 | 3.6 | 0.5 | 0.5 | 40.4 |
| Clinical (#5) | Honduras | PV2001-05 | 2.1 | 5.1 | 7.0 | 4.1 | 1.9 | 110.4 |
| Clinical (#6) | Honduras | PV2001-06 | 2.3 | 4.4 | 6.3 | 4.5 | 3.4 | 86.4 |
| Clinical (#7) | Colombia | PV2001-07 | 1.3 | 4.7 | 7.0 | 7.0 | 8.8 | 117.3 |
| Clinical (#8) | Honduras | PV2001-08 | 2.3 | 4.3 | 6.5 | 2.6 | 1.2 | 40.5 |
| Clinical (#9) | Honduras | PV2001-09 | 2.1 | 4.4 | 5.7 | 0.7 | 2.1 | 35.5 |
| Clinical (#10) | Ecuador | PV2001-10 | 1.3 | 3.8 | 2.2 | 0.4 | 2.5 | 42.2 |
| Clinical (#11) | Honduras | PV2001-11 | 2.1 | 4.2 | 4.8 | 0.5 | 1 | 84.1 |
| Clinical (#12) | Honduras | PV2001-12 | 2.1 | 3.0 | 5.3 | 0.9 | 0.7 | 49.3 |
| Clinical (#13) | Honduras | PV2001-13 | 2.0 | 4.7 | 5.8 | 1.3 | 2.1 | 151.4 |
| Clinical (#14) | USA | PV2001-14 | 0.4 | 0.1 | 0.0 | 0.0 | 0.1 | 0.5 |
| Clinical (#15) | Honduras | PV2001-15 | 2.4 | 3.7 | 5.2 | 1.3 | 0.8 | 82.4 |
| Clinical (#16) | Ecuador | PV2001-16 | 1.4 | 4.1 | 2.5 | 0.7 | 2.4 | 53.9 |
| Clinical (#17) | Colombia | PV2001-17 | 1.5 | 5.2 | 5.9 | 2.3 | >8.9 | 116.7 |
| Clinical (#18) | Honduras | PV2001-18 | 1.9 | 3.1 | 5.4 | 2.3 | 0.7 | 58.4 |
| Clinical (#19) | Honduras | PV2001-19 | 2.2 | 3.8 | 5.8 | 0.6 | 0.5 | 51.1 |
| Clinical (#20) | Ecuador | PV2001-20 | 1.2 | 4.4 | 2.2 | 0.7 | 3 | 57.0 |
| Clinical (#21) | Ecuador | PV2001-21 | 1.7 | 5.4 | 6.8 | 4.3 | >8.9 | 45.5 |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

theranos

Theranos Confidential Positive samples from Seracare

Confidential

THPFM000387O574-113

PFM-DEPO-00013836

Trial Exh. 4077 Page 0115

# Dengue IgG – Clinical correlation (contd.)

| Sample # | Caltiotech EIA | Euroimmune EIA | Focus EIA | Panbiotech EIA | Panbiotech Indirect EIA | Standard Diagnostics EIA | THERANOS |
|---|---|---|---|---|---|---|---|
| 9253423 | 1.663 | 5.624 | 6.938 | 4.654 | 3.947 | 8.929 | 152.6 |
| 9253421 | 1.204 | 4.541 | 2.28 | 0.886 | 3.174 | 3.036 | 89.5 |
| 9253422 | 1.265 | 4.106 | 2.333 | 0.516 | 0.007 | 2.506 | 41.0 |
| 9253435 | 1.372 | 4.211 | 2.484 | 0.977 | 3.209 | 2.423 | 77.0 |
| 9254155 | 1.337 | 5.211 | 7.071 | 7.487 | 3.947 | 8.771 | 84.9 |
| 9254156 | 1.463 | 4.988 | 6.298 | 2.922 | 3.947 | 8.929 | 109.8 |
| 9254157 | 1.49 | 5.496 | 6.036 | 2.775 | 3.947 | 8.929 | 101.5 |
| 9240601 | 2.609 | 4.992 | 6.547 | 2.355 | | | 73.3 |
| 9242868 | | | | | 2.703 | | 22.9 |
| 9254539 | | | | | 3.525 | | 80.2 |
| 9254540 | | | | | 3.716 | | 90.6 |
| 9254542 | | | | | 3.947 | | 119.6 |
| 9254543 | | | | | 3.947 | | 132.2 |
| 9256502 | 2.201 | | | | | | 98.0 |
| 9256654 | 3.626 | | | | | | 110.1 |

Results reported as: Negative (green) or Positive (Red) on the basis of Antibody index for each assay.

theranos

Theranos Confidential

Confidential

THPFM00003870574-114

PFM-DEPO-00013837

Trial Exh. 4077 Page 0116

# Dengue IgM Clinical correlation

| SeraCare DENV Sample | Theranos | Focus DxSelect | InBios DENV | Panbio |
|---|---|---|---|---|
| PVD201-01 | POS | POS | EQUIVOCAL | POS |
| PVD201-02 | NEG | NEG | NEG | NEG |
| PVD201-03 | NEG | NEG | NEG | EQUIVOCAL |
| PVD201-04 | NEG | NEG | NEG | NEG |
| PVD201-05 | NEG | NEG | NEG | NEG |
| PVD201-06 | NEG | NEG | NEG | NEG |
| PVD201-07 | POS | POS | POS | POS |
| PVD201-08 | NEG | NEG | NEG | EQUIVOCAL |
| PVD201-09 | NEG | NEG | NEG | NEG |
| PVD201-10 | POS | POS | EQUIVOCAL | POS |
| PVD201-11 | NEG | NEG | NEG | NEG |
| PVD201-12 | NEG | NEG | NEG | NEG |
| PVD201-13 | NEG | NEG | NEG | NEG |
| PVD201-14 | NEG | NEG | NEG | NEG |
| PVD201-15 | NEG | NEG | NEG | NEG |
| PVD201-16 | EQUIVOCAL | NEG | NEG | POS |
| PVD201-17 | POS | POS | EQUIVOCAL | POS |
| PVD201-18 | NEG | NEG | NEG | NEG |
| PVD201-19 | NEG | NEG | NEG | NEG |
| PVD201-20 | POS | POS | EQUIVOCAL | POS |
| PVD201-21 | POS | POS | EQUIVOCAL | POS |

| | Theranos | Focus DxSelect | InBios DENV | Panbio |
|---|---|---|---|---|
| RESULTS | <0.90 Negative | <1.00 Negative | <1.65 Negative | <0.9 Negative |
| | ≤1.10 - ≥0.90 Equivocal | | 1.65-2.84 Equivocal | 0.9 - 1.1 Equivocal |
| | >1.10 Positive | >1.00 Positive | >2.84 Positive | >1.1 Positive |

Theranos Confidential

theranos

# ENA – Jo-1 antibody



| Sample | Innova Units | Immco Result (EU/mL) | IBL Int. Ratio | Theranos Ab Index |
|---|---|---|---|---|
| 1 | 0 | 6 | 0.1 | 0.5 |
| 2 | 1 | 7 | 0.1 | 0.7 |
| 3 | 32 | 126 | 4.4 | 5.7 |
| 4 | 127 | 177 | 6.6 | 18.1 |
| 5 | 111 | 169 | 6.6 | 9.5 |
| 6 | 5 | 8 | 0.1 | 0.7 |
| 7 | 19 | 4 | 0.1 | 0.0 |
| 8 | 3 | 10 | 0.4 | 0.5 |
| 9 | 8 | 13 | 0.3 | 0.7 |
| 10 | 1 | 14 | 0.2 | 0.7 |
| 11 | 2 | 12 | 0.3 | 0.0 |
| 12 | 1 | 7 | 0.1 | 0.0 |
| 13 | 0 | 5 | 0.1 | 0.0 |
| 14 | 1 | 3 | 0.1 | 0.0 |
| 15 | 1 | 20 | 0.2 | 0.3 |
| 16 | 0 | 8 | 0.1 | 0.0 |
| 17 | 165 | 175 | 6.2 | 166 |
| 18 | 1 | 8 | 0.2 | 0.0 |
| 19 | 50 | 138 | 4.4 | 8.1 |
| 20 | 9 | 10 | 0.2 | 0.0 |
| 21 | 107 | 175 | 5.3 | 8.9 |
| 22 | 8 | 8 | 0.1 | 0.0 |
| 23 | 3 | 10 | 0.4 | 0.0 |
| 24 | 5 | 14 | 0.3 | 0.5 |
| 25 | 7 | 7 | 0.1 | 0.4 |
| 26 | 71 | 201 | 7.9 | 2.5 |
| 27 | 69 | 158 | 6.5 | 2.3 |
| 28 | 110 | 203 | 8.1 | 2.5 |
| 29 | 108 | 208 | 8.2 | 2.7 |
| 30 | 109 | 201 | 8.2 | 3.0 |

| | |
|---|---|
| Ab Index >1.1 | Positive |
| Ab Index >0.9-1.1 | Equivocal |
| Ab Index < 0.9 | Negative |

theranos

THPFM000387057 4-116

Theranos Confidential

Confidential

PFM-DEPO-00013839

Trial Exh. 4077 Page 0118

ER-13507

# Epstein Barr Virus-Early Antigen (EBV-EA) IgG

| Sample ID | Theranos Index | Liaison Result | | Sample ID | Theranos Index | Liaison Result |
|---|---|---|---|---|---|---|
| PE19 | 1.00 | Negative | | M16 | 15.13 | Positive |
| B3 | 2.07 | Negative | | M17 | 4.75 | Positive |
| M1 | 1.18 | Positive | | M18 | 0.68 | Positive |
| M2 | 5.43 | Positive | | M19 | 0.36 | Negative |
| M3 | 1.30 | Positive | | M20 | 0.70 | Negative |
| M4 | 3.70 | Positive | | M21 | 2.07 | Positive |
| M5 | 0.44 | Negative | | C12 | 16.97 | Positive |
| M6 | 3.27 | Positive | | C13 | 16.44 | Positive |
| M7 | 0.50 | Negative | | C14 | 6.98 | Positive |
| M8 | 1.19 | Positive | | C15 | 25.11 | Positive |
| M9 | 0.37 | Positive | | C16 | 24.31 | Positive |
| M10 | 9.81 | Positive | | C17 | 6.94 | Positive |
| M11 | 33.26 | Positive | | C18 | 23.52 | Positive |
| M12 | 19.73 | Positive | | C19 | 17.07 | Positive |
| M13 | 23.50 | Positive | | C20 | 6.07 | Positive |
| M14 | 30.30 | Positive | | C22 | 29.08 | Positive |
| M15 | 0.71 | Negative | | | | |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

theranos

Theranos Confidential

Confidential

THPFM0003870574-117

PFM-DEPO-00013840

Trial Exh. 4077 Page 0119



Ferritin

Theranos Confidential

Confidential

PFM-DEPO-00013841

Trial Exh. 4077 Page 0120



Follicle stimulating Hormone (FSH)

$y = 1.90x - 11.82$
$R^2 = 0.99$

theranos

THPFM000387057-119

Theranos Confidential

Confidential

PFM-DEPO-00013842

# Anti-HAV IgM

| Sample | Theranos | | Siemens Advia Centaur | | Abbott Architect | | DiaSorin-ETI-HA-IGMK Plu | |
|---|---|---|---|---|---|---|---|---|
| | S/CO | Result | S/CO | Result | S/CO | Result | S/CO | Result |
| 1 | 0.4 | Negative | 0.3 | Negative | 0.8 | Negative | 0.1 | Negative |
| 2 | 0.3 | Negative | 0.2 | Negative | 0.4 | Negative | 0.1 | Negative |
| 3 | 0.3 | Negative | 0.2 | Negative | 0.5 | Negative | 0.0 | Negative |
| 4 | 0.2 | Negative | 0.2 | Negative | 0.3 | Negative | 0.1 | Negative |
| 5 | 6.7 | Positive | >7.0 | Positive | 2.8 | Positive | 6.1 | Positive |
| 6 | 4.5 | Positive | 4.1 | Positive | 1.1 | Positive | 3.8 | Positive |
| 7 | 4.4 | Positive | 4.0 | Positive | 1 | Positive | 3.5 | Positive |
| 8 | 0.4 | Negative | 0.3 | Negative | 0.7 | Negative | 0.1 | Negative |
| 9 | 0.2 | Negative | 0.2 | Negative | 0.4 | Negative | 0.1 | Negative |
| 10 | 0.3 | Negative | 0.4 | Negative | 0.4 | Negative | 0.1 | Negative |
| 11 | 8.0 | Positive | >7.0 | Positive | 3.6 | Positive | 6.5 | Positive |
| 12 | 0.2 | Negative | 0.2 | Negative | 0.4 | Negative | 0.0 | Negative |
| 13 | 0.8 | Negative | 0.3 | Negative | 0.7 | Negative | 0.1 | Negative |
| 14 | 2.6 | Positive | 2.5 | Positive | 0.6 | Negative | 1.3 | Positive |
| 15 | 5.8 | Positive | 5.9 | Positive | 1.5 | Positive | 5.2 | Positive |
| 16 | 0.5 | Negative | 0.4 | Negative | 0.4 | Negative | 0.1 | Negative |
| 17 | 9.6 | Positive | 6.5 | Positive | 2.1 | Positive | 5.3 | Positive |
| 18 | 0.2 | Negative | 0.2 | Negative | 0.5 | Negative | 0.0 | Negative |
| 19 | 6.8 | Positive | 3.4 | Positive | 1.7 | Positive | 3.0 | Positive |
| 20 | 1.8 | Positive | 0.2 | Negative | 0.6 | Negative | 0.1 | Negative |
| 21 | 0.5 | Negative | 0.3 | Negative | 0.4 | Negative | 0.1 | Negative |

theranos

Theranos Confidential

Confidential

THPFM000387O574-120

PFM-DEPO-00013843

Trial Exh. 4077 Page 0122

ER-13511



HbA1c

40 DDL Samples,
Theranos vs DDL Reported

$y = 0.98x$
$R^2 = 0.91$

DDL: Diabetes Diagnostic Lab – NGSP standardization program

theranos

Theranos Confidential

Confidential

THPFM000387O574-121

PFM-DEPO-00013844

# Anti-HBc IgM

| Seracare anti-HBc IgM Mixed Titer Performance Panel | Theranos Anti-HBc IgM (R > 2) | DPC Immulite Anti-HBc IgM (R >10) | Abbott Architect anti-HBc IgM (R >1) | Diasorin ETI-CORE_IgMK (R>1) |
|---|---|---|---|---|
| | S/CO | PEI U/mL | S/CO | S/CO |
| Seracare 1 | 0.2 | <2.0 | 0.0 | 0.1 |
| Seracare 2 | 9.8 | >100 | 12.9 | 10.9 |
| Seracare 3 | 12.3 | >100 | 22.6 | 11.9 |
| Seracare 4 | 4.0 | 15.2 | 0.9 | 2.0 |
| Seracare 5 | 11.1 | >100 | 6.0 | 9.2 |
| Seracare 6 | 7.9 | 88.2 | 1.8 | 3.6 |
| Seracare 7 | 12.3 | >100 | 20.3 | 12.5 |
| Seracare 8 | 8.3 | 98.7 | 2.1 | 3.9 |
| Seracare 9 | 12.2 | >100 | 19.0 | 11.8 |
| Seracare 10 | 8.8 | >100 | 3.2 | 5.9 |
| Seracare 11 | 10.1 | >100 | 6.6 | 11.3 |
| Seracare 12 | 1.8 | 8.8 | 0.1 | 0.6 |
| Seracare 13 | 6.7 | >100 | 2.8 | 6.2 |
| Seracare 14 | 11.8 | >100 | 18.2 | 11.8 |
| Seracare 15 | 13.0 | >100 | 6.7 | 10.9 |
| Seracare 16 | 9.1 | >100 | 4.6 | 6.1 |
| Seracare 17 | 1.4 | 7.7 | 0.3 | 0.9 |
| Seracare 18 | 4.8 | 37.9 | 1.5 | 2.6 |
| Seracare 19 | 12.1 | >100 | 24.6 | 12.7 |
| Seracare 20 | 6.5 | 57.7 | 1.4 | 0.7 |
| Seracare 21 | 6.7 | 59.6 | 1.7 | 3.3 |
| Seracare 22 | 5.6 | 32.0 | 1.2 | 2.0 |
| Seracare 23 | 6.8 | 22.4 | 1.7 | 2.1 |
| Seracare 24 | 13.8 | >100 | 17.2 | 12.9 |
| Seracare 25 | 11.8 | >100 | 8.0 | 7.0 |

theranos

Theranos Confidential

Confidential

THPFM0003870574-122

PFM-DEPO-00013845

Trial Exh. 4077 Page 0124

ER-13513

# Anti-HBs antibody

Anti-HBc/HBs Mixed Titer Performance Panel

| Member ID# | Theranos mIU/mL | Abbott Anti-HBs Architect mIU/mL |
|---|---|---|
| PHG203-01 | 1.00 | 13.0 |
| PHG203-04 | 1138 | >1000.0 |
| PHG203-05 | 592.36 | >1000.0 |
| PHG203-06 | 1.25 | 2.8 |
| PHG203-07 | 1025.47 | 687.5 |
| PHG203-08 | 4.65 | 20.0 |
| PHG203-09 | 2.48 | 51.0 |
| PHG203-10 | 121.53 | 175.0 |
| PHG203-11 | 1.66 | 0.4 |
| PHG203-12 | 0.20 | 0.2 |
| PHG203-13 | 2.16 | 0.6 |
| PHG203-14 | 0.42 | 0.7 |

theranos

Theranos Confidential

Confidential

THPFM0003870574-123

# D-Amphetamine

| Sample # | AMP reported Conc. (ng/ml) | Target value | Qualitative determination cut-off 500ng/ml | Qualitative determination cut-off 1000ng/ml |
|---|---|---|---|---|
| Bio Rad C2LO (468) | 375 | 25% lower than cut-off 500ng/ml | NEG | NEG |
| Bio Rad C1LO (469) | 625 | 25% higher than cut-off 500ng/ml | POS | NEG |
| Bio Rad S1LO (466) | 750 | 25% lower than cut-off 1000ng/ml | POS | NEG |
| Bio Rad S2LO (467) | 1250 | 25% higher than cut-off 1000ng/ml | POS | POS |
| Bio Rad S1 (461) | 750 | 25% lower than cut-off 1000ng/ml | POS | NEG |
| Bio Rad S2 (462) | 1250 | 25% higher than cut-off 1000ng/ml | POS | POS |
| Bio Rad S3 (463) | 2000 | 2-fold higher than cut-off 100ng/ml | POS | POS |
| Bio Rad Neg (460) | | negative control | NEG | NEG |

Theranos Confidential

ϯtheranos

Confidential

THPFM0003870574-124

PFM-DEPO-00013847

Trial Exh. 4077 Page 0126

Ethyl glucuronide

| Sample ID | Alcohol Consumption in Past 4 Days? | Total Drinks in 4 Days | Time Since last consumption (H) | Conc, ug/mL Mean Conc | CV % |
|---|---|---|---|---|---|
| 2 | No | | | 0.1 | 8.8 |
| 3 | No | | | 0.1 | 29.0 |
| 4 | Yes | 1 | 48 | 0.1 | 5.9 |
| 7 | No | | | 0.1 | 6.8 |
| 8 | Yes | 6 | 14 | 0.2 | 12.0 |
| 9 | No | | | 0.1 | 11.3 |
| 10 | Yes | 4 | 17 | 20.7 | 24.2 |
| 11 | Yes | 30 | 12 | 1.3 | 17.8 |
| 12 | Yes | 4 | 15 | 2.3 | 26.4 |
| 13 | Yes | 4 | 20 | 0.2 | 6.3 |
| 14 | Yes | 25 | 20 | 4.7 | 51.9 |
| 15 | No | | | 0.1 | 7.6 |
| 19 | No | | | OORL | |
| 20 | No | | | OORL | |
| 21 | No | | | OORL | |
| 23 | No | | | OORL | |
| 25 | Yes | 2 | 42 | OORL | |
| 26 | Yes | 2 | 45 | OORL | |
| 30 | Yes | 1 | 40 | 0.1 | 10.6 |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

theranos

Theranos Confidential

Confidential

THPFM000387O574-125

PFM-DEPO-00013848

Trial Exh. 4077 Page 0127

ER-13516

# Helicobacter pylori IgG



| Sample | Mean RLU | CV (%) | INOVA Units | BQ Units | IBL U/mL | 10*STCRV Theranos Ab Index |
|---|---|---|---|---|---|---|
| CI01 | 15629 | 8 | 32.5 | 0.57 | 1.59 | 2.3 |
| CI02 | 106785 | 17 | 128.4 | 3.02 | 2.29 | 14.7 |
| CI03 | 12471 | 8 | 43.9 | 0.97 | 1.84 | 16.7 |
| CI04 | 90981 | 15 | 44.0 | 0.91 | 1.96 | 14.6 |
| CI05 | 5926 | 28 | 61.9 | 1.94 | 2.15 | 8.0 |
| CI06 | 109997 | 9 | 30.5 | 1.28 | 1.96 | 15.1 |
| CI07 | 239170 | 5 | 143.3 | 3.09 | 2.58 | 32.9 |
| CI08 | 8962 | 5 | 43.2 | 1.25 | 1.33 | 1.2 |
| CI09 | 279998 | 8 | 80.8 | 2.16 | 2.49 | 37.7 |
| CI10 | 65144 | 9 | 16.8 | 2.73 | 1.29 | 9.0 |
| CI11 | 31908 | 8 | 33.4 | 1.19 | 1.64 | 4.4 |
| CI12 | 349329 | 14 | 144.4 | 3.15 | 2.82 | 47.8 |
| CI13 | 92035 | 23 | 40.7 | 0.84 | 1.90 | 12.4 |
| CI14 | 359380 | 18 | 148.2 | 3.11 | 2.64 | 54.7 |
| CI15 | 16945 | 5 | 130.8 | 3.07 | 2.50 | 22.5 |
| CI16 | 177040 | 20 | 38.1 | 0.73 | 2.19 | 24.3 |
| CI17 | 149028 | 2 | 45.6 | 0.88 | 2.00 | 20.5 |

| Sample | Mean RLU | CV (%) | INOVA Units | BQ Units | IBL U/mL | 10*STCRV Theranos Ab Index |
|---|---|---|---|---|---|---|
| CI18 | 451786 | 14 | 143.6 | 3.23 | 2.64 | 62.1 |
| CI19 | 35238 | 42 | 122.8 | 2.88 | 2.11 | 4.8 |
| CI20 | 52668 | 22 | 127.7 | 2.91 | 2.25 | 8.6 |
| CI21 | 28213 | 12 | 83.2 | 1.96 | 1.57 | 3.9 |
| CI22 | 97115 | 23 | 112.1 | 2.61 | 2.13 | 13.4 |
| CI23 | 128145 | 3 | 69.0 | 2.33 | 2.40 | 17.8 |
| CI24 | 112693 | 3 | 42.6 | 0.82 | 1.93 | 15.4 |
| CI25 | 354396 | 7 | 140.9 | 3.12 | 2.66 | 50.1 |
| CI26 | 82713 | 15 | 42.7 | 0.76 | 1.85 | 11.4 |
| CI27 | 34283 | 26 | 64.5 | 2.05 | 1.89 | 4.7 |
| CI28 | 148340 | 22 | 59.3 | 2.41 | 2.23 | 20.4 |
| CI29 | 84605 | 12 | 88.4 | 2.43 | 2.29 | 11.7 |
| CI30 | 7816 | 15 | 27.7 | 0.77 | 1.00 | 1.1 |
| CI31 | 91622 | 14 | 88.6 | 1.87 | 2.07 | 12.9 |
| CI32 | 107219 | 17 | 65.3 | 2.00 | 2.41 | 14.7 |
| CI33 | 19032 | 11 | 41.6 | 0.69 | 2.00 | 18.7 |
| CI34 | 24687 | 15 | 65.9 | 2.13 | 2.50 | 33.8 |

Results reported as: Negative (green), Equivocal (Yellow), or Positive (Red) on the basis of Antibody index for each assay.

Theranos Confidential

theranos

Confidential

THPFM0003870574-126

## Hepatitis B Surface Antigen (HBsAg)



| Sample | Theranos Result | ORTHO HBsAg ELISA Testsystem 3 | DADE BEHRING Enzygnost HBsAg 5.0 | Abbott Murex HBsAg Ver. 3 | SORIN ETI-MAK 4 | Result | Theranos [S/Co] | CLIA Lab [S/Co] |
|---|---|---|---|---|---|---|---|---|
| 11000-1 | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | 0.874 | 0.580 |
| 11000-2 | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | 0.872 | 0.747 |
| 11000-3 | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | 0.719 | 0.747 |
| 11000-4 | Non-reactive | Non-reactive | Non-reactive | Reactive | Non-reactive | Non-reactive | 0.847 | 0.680 |
| 11000-5 | Non-reactive | Non-reactive | Non-reactive | Reactive | Non-reactive | Non-reactive | 0.747 | 0.663 |
| 11000-6 | Non-reactive | Non-reactive | Non-reactive | Reactive | Non-reactive | Non-reactive | 0.739 | 0.753 |
| 11000-7 | Non-reactive | Reactive | Reactive | Reactive | Reactive | Non-reactive | 0.799 | 0.911 |
| 11000-8 | Reactive | Reactive | Reactive | Reactive | Reactive | Reactive | 1.216 | 1.070 |
| 11000-9 | Reactive | Reactive | Reactive | Reactive | Reactive | Reactive | 2.967 | 3.300 |

theranos

127

Confidential

THPFM000870574-127

PFM-DEPO-00013850

Trial Exh. 4077 Page 0129

ER-13518

## Heterophile antibody



| Sample ID | Theranos Ab | Osom Mono | Status Mono |
|---|---|---|---|
| 1 | NEG | NEG | NEG |
| 2 | NEG | NEG | NEG |
| 3 | NEG | NEG | NEG |
| 4 | NEG | NEG | NEG |
| 5 | NEG | NEG | NEG |
| 6 | NEG | NEG | NEG |
| 7 | NEG | NEG | NEG |
| 8 | NEG | NEG | NEG |
| 9 | NEG | NEG | NEG |
| 10 | NEG | NEG | NEG |
| 11 | NEG | NEG | NEG |
| 12 | NEG | NEG | NEG |
| 13 | NEG | NEG | NEG |
| 14 | NEG | NEG | NEG |
| 15 | NEG | NEG | NEG |
| 16 | NEG | NEG | NEG |
| 17 | NEG | NEG | NEG |
| 18 | NEG | NEG | NEG |
| 19 | NEG | NEG | NEG |
| 20 | NEG | NEG | NEG |
| 21 | NEG | NEG | NEG |
| 22 | NEG | NEG | NEG |
| 23 | NEG | NEG | NEG |
| 24 | NEG | NEG | NEG |
| 25 | NEG | NEG | NEG |
| 26 | NEG | NEG | NEG |
| 27 | NEG | NEG | NEG |
| 28 | NEG | NEG | NEG |
| 29 | NEG | NEG | NEG |

| Sample ID | Theranos Ab | Osom Mono | Status Mono |
|---|---|---|---|
| 30 | NEG | NEG | NEG |
| 31 | NEG | NEG | NEG |
| 32 | NEG | NEG | NEG |
| 33 | NEG | NEG | NEG |
| 34 | NEG | NEG | NEG |
| 35 | NEG | NEG | NEG |
| 36 | NEG | NEG | NEG |
| 37 | NEG | NEG | NEG |
| 38 | NEG | NEG | NEG |
| 39 | BOR | NEG | NEG |
| 40 | NEG | POS | NEG |
| 41 | POS | POS | POS |
| 42 | POS | POS | POS |
| 43 | POS | POS | POS |
| 44 | POS | POS | POS |
| 45 | POS | POS | POS |
| 46 | POS | POS | POS |
| 47 | POS | POS | POS |
| 48 | POS | POS | POS |
| 49 | POS | POS | POS |
| 50 | POS | POS | POS |
| 51 | POS | POS | POS |
| 52 | POS | POS | POS |
| 53 | POS | POS | POS |
| 54 | POS | POS | POS |
| 55 | POS | POS | POS |
| 56 | POS | POS | POS |
| 57 | POS | POS | POS |
| 58 | POS | POS | POS |

theranos

THPFM0003870574-128

Theranos Confidential

Confidential



Human chorionic gonadotropin (hCG)

THPFM000387057‑129

Theranos Confidential

Confidential

PFM-DEPO-00013852



THPFM000370574-130

Theranos Confidential

Confidential

PFM-DEPO-00013853

Trial Exh. 4077 Page 0132

# Anti-HSV1 IgG

| Liaison HSV2 Result | Sample ID | Liaison Result | EuroImmun Result | Theranos HSV1 Result |
|---|---|---|---|---|
| Negative | BR101 | Positive | Positive | Positive |
| Negative | BR103 | Positive | Positive | Positive |
| Negative | BR104 | Positive | Positive | Positive |
| Negative | BR105 | Positive | Positive | Positive |
| Negative | BR106 | Positive | Positive | Positive |
| Negative | BR107 | Positive | Positive | Positive |
| Negative | BR109 | Positive | Positive | Positive |
| Negative | BR111 | Positive | Positive | Positive |
| Negative | BR112 | Positive | Positive | Positive |
| Negative | BR114 | Positive | Positive | Positive |
| Negative | BR115 | Positive | Positive | Positive |
| Negative | BR116 | Positive | Positive | Positive |
| Negative | BR117 | Positive | Positive | Positive |
| Negative | SC01 | Positive | Positive | Positive |
| Negative | SC02 | Positive | Positive | Positive |
| Negative | SC07 | Positive | Positive | Positive |
| Negative | SC10 | Positive | Positive | Positive |
| Negative | SC16 | Positive | Positive | Positive |
| Negative | SC17 | Positive | Positive | Positive |
| Negative | SC18 | Positive | Positive | Positive |
| Negative | Z01 | Positive | Positive | Positive |

| Liaison HSV2 Result | Sample ID | Liaison Result | EuroImmun Result | Theranos HSV1 Result |
|---|---|---|---|---|
| Negative | Z06 | Positive | Positive | Positive |
| Negative | Z11 | Positive | Positive | Positive |
| Negative | Z13 | Positive | Positive | Positive |
| Negative | Z14 | Positive | Positive | Positive |
| Negative | Z20 | Positive | Positive | Positive |
| Negative | Z26 | Positive | Positive | Positive |
| Negative | Z27 | Positive | Positive | Positive |
| Negative | Z28 | Positive | Positive | Positive |
| Negative | Z29 | Positive | Positive | Positive |
| Negative | Z30 | Positive | Positive | Positive |
| Negative | Z31 | Positive | Positive | Positive |
| Negative | Z32 | Positive | Positive | Positive |
| Negative | Z34 | Positive | Positive | Positive |
| Negative | Z35 | Positive | Positive | Positive |
| Negative | Z36 | Positive | Positive | Positive |
| Negative | MT01 | Positive | Positive | Positive |
| Negative | MT21 | Positive | Positive | Positive |
| Positive | BR108 | Positive | Positive | Positive |
| Positive | BR118 | Positive | Positive | Negative |
| Positive | BR201 | Positive | Positive | Positive |
| Positive | BR206 | Positive | Positive | Positive |

theranos

Theranos Confidential

Confidential

THPFM000387057 4-131

# Anti-HSV2



| Liaison HSV1 Result | Sample ID | Liaison HSV2 Result | Euroimmun HSV2 Result | Theranos HSV2 Result |
|---|---|---|---|---|
| Negative | BR113 | Positive | Positive | 23.34 |
| Negative | BR202 | Positive | Positive | 29.79 |
| Negative | BR203 | Positive | Positive | 7.94 |
| Negative | BR204 | Positive | Positive | 2.63 |
| Negative | BR207 | Positive | Positive | 15.77 |
| Negative | BR208 | Positive | Positive | 21.24 |
| Negative | BR209 | Positive | Positive | 14.48 |
| Negative | BR211 | Positive | Positive | 24.59 |
| Negative | HS213 | Equivocal | Negative | 0.71 |
| Negative | BR215 | Positive | Positive | 11.13 |
| Negative | Z16 | Positive | Equivocal | 5.14 |
| Negative | Z21 | Positive | Positive | 9.96 |
| Negative | Z22 | Positive | Equivocal | 5.22 |
| Negative | Z23 | Positive | Equivocal | 3.63 |
| Negative | F03 | Positive | Positive | 13.34 |
| Negative | SC03 | Positive | Positive | 10.56 |
| Negative | SC04 | Positive | Positive | 36.49 |
| Negative | SC05 | Positive | Positive | 14.44 |
| Negative | SC11 | Positive | Positive | 13.15 |
| Negative | SC13 | Positive | Positive | 4.80 |
| Negative | MT02 | Positive | Positive | 18.50 |
| Negative | MT06 | Positive | Equivocal | 2.92 |
| Negative | MT07 | Positive | Equivocal | 0.78 |
| Negative | MT08 | Positive | Positive | 23.58 |
| Negative | MT13 | Positive | Positive | 17.13 |
| Negative | MT16 | Positive | Positive | 3.51 |
| Negative | MT17 | Positive | Positive | 22.53 |
| Negative | MT24 | Positive | Equivocal | 3.13 |
| Positive | DB108 | Positive | Positive | 17.76 |
| Positive | BR110 | Positive | Positive | 10.53 |
| Positive | BR118 | Positive | Positive | 21.22 |
| Positive | BR201 | Positive | Positive | 14.83 |
| Positive | BR206 | Positive | Positive | 18.70 |
| Positive | BR210 | Positive | Positive | 8.29 |
| Positive | HS212 | Positive | Positive | 17.80 |
| Positive | BR214 | Positive | Positive | 8.72 |

theranos

Theranos Confidential
Confidential
THPFM000387074-132

PFM-DEPO-00013855

Trial Exh. 4077 Page 0134

ER-13523

# Influenza A – Qualitative EIA



| TYPE | SAMPLE ID | Theranos Ab Index | Theranos Result | REMEL (FDA) Result |
|---|---|---|---|---|
| NORMAL CLINICALS | 1 | 0.02 | NEG | NEG |
| | 6 | 0.02 | NEG | NEG |
| | 7 | 0.02 | NEG | NEG |
| | 8 | 0.02 | NEG | NEG |
| | 10 | 0.03 | NEG | NEG |
| | 11 | 0.03 | NEG | NEG |
| | 12 | 0.02 | NEG | NEG |
| | 13 | 0.01 | NEG | NEG |
| | 15 | 0.02 | NEG | NEG |
| | 16 | 0.04 | NEG | NEG |
| | 17 | 0.02 | NEG | NEG |
| | 18 | 0.07 | NEG | NEG |
| | 2 | 0.12 | NEG | NEG |
| | 3 | 0.33 | NEG | NEG |
| | 4 | 0.20 | NEG | NEG |
| | 9 | 0.05 | NEG | NEG |
| | 14 | 0.25 | NEG | NEG |
| | 19 | 0.95 | NEG | NEG |
| REMEL | Positive control swab | 2.66 | POS | POS |
| Zeptometrix CDC serial | FLU A POS | 1.27 | POS | POS |
| FLU A | Brisbane/10/07 | 2.58 | POS | POS |
| FLU A | Soloman Islands/03/2006 | 3.35 | POS | POS |
| FLU A | New Caledonia/20/99 | 2.57 | POS | POS |
| FLU A | Brisbane/59/07 | 5.16 | POS | POS |
| | Panama 45/90 | 0.06 | NEG | |
| NIBSC STANDARDS FLU B | Influenza Antigen B-Johannesburg | 0.06 | NEG | |
| | Influenza Antigen B-Guangdong | 0.08 | NEG | |
| | Influenza Antigen B/Yamanashi/166/98 | 0.11 | NEG | |
| | Influenza Antigen B/Malaysia/2506/2004 | 0.02 | NEG | |
| | Influenza Antigen B/Harbin/7/94 | 0.06 | NEG | |
| | B/Florida 4/2006 | 0.04 | NEG | |
| NIBSC STANDARDS FLU A | Influenza Antigen A/California (7/2009-H1N1) | 6.88 | POS | |
| | Influenza Antigen A/Wisconsin/2010/05 (H3N2) | 8.56 | POS | |
| | Influenza Antigen A/Christchurch/6080/2007 (H3N1) | 6.02 | POS | |
| | Influenza Antigen A/mallard/England/7217/2006 (H2N3) | 5.70 | POS | |
| | Influenza Antigen A/New York/107/2001 (H7x2) (H1N6-109) | 7.26 | POS | |
| | Influenza Antigen A/New York/55/2004 (H1N2) (H7N2 X-157) | 6.24 | POS | |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

theranos

Theranos Confidential

Confidential

THPFM0003870574-133

PFM-DEPO-00013856

# Influenza B – Qualitative EIA



| TYPE | SAMPLE ID | Theranos Abs Index | Theranos Result | REMEL (FDA) Result |
|---|---|---|---|---|
| NORMAL CLINICAL | 1 | 0.02 | NEG | NEG |
| | 6 | 0.03 | NEG | NEG |
| | 7 | 0.02 | NEG | NEG |
| | 8 | 0.02 | NEG | NEG |
| | 10 | 0.04 | NEG | NEG |
| | 11 | 0.02 | NEG | NEG |
| | 12 | 0.03 | NEG | NEG |
| | 13 | 0.01 | NEG | NEG |
| | 15 | 0.02 | NEG | NEG |
| | 16 | 0.06 | NEG | NEG |
| | 17 | 0.02 | NEG | NEG |
| | 18 | 0.07 | NEG | NEG |
| | 2 | 0.11 | NEG | NEG |
| | 3 | 0.03 | NEG | NEG |
| | 4 | 0.04 | NEG | NEG |
| | 5 | 0.05 | NEG | NEG |
| | 14 | 0.36 | NEG | NEG |
| | 19 | 0.78 | NEG | NEG |
| REMEL: | FDA Pos 5 (neat) | 10.76 | POS | POS |
| Respiratory (OC panel) | Flu A FOB | 0.02 | NEG | NEG |
| Flu A | Schichol/2007 | 0.01 | NEG | NEG |
| Flu A | Solomon Is area/06/2008 | 0.01 | NEG | NEG |
| Flu A | New Caledonia/20/99 | 0.02 | NEG | NEG |
| Flu A | Brisbane/59/07 | 0.02 | NEG | NEG |
| | Panama/45/90 | 14.38 | POS | POS |
| NIBSC STANDARDS FLU B | Influenza Antigen B Johannesburg | 7.93 | POS | POS |
| | Influenza Antigen B Hong Kong | 25.35 | POS | POS |
| | Influenza Antigen B Yamanashi/166/98 | 6.05 | POS | POS |
| | Influenza Antigen B Malaysia/2506/2004 | 7.51 | POS | POS |
| | Influenza Antigen B Florida/7/04 | 16.71 | POS | POS |
| | B/Florida/4/2006 | 10.27 | POS | POS |
| NIBSC STANDARDS FLU A | Influenza Antigen A/Cal/Berna/7/2009 (H1) | 0.26 | NEG | NEG |
| | Influenza Antigen A/Brisbane/10/2007 (H3N2) | 0.50 | NEG | NEG |
| | Influenza Antigen A/Cambod/a/Xi04/2007/2008 (H5N1) | 0.01 | NEG | NEG |
| | Influenza Antigen A/Uruguay/716/2007/2008 (H3N2) | 0.50 | NEG | NEG |
| | Influenza Antigen A/New York/107/2003 (H7N3) 06/864-009 | 0.39 | NEG | NEG |
| | Influenza Antigen A/New York/61/2004 (H2N2) (NYMC X-187) | 0.12 | NEG | NEG |
| Respiratory Panel Flu B | Lee/40 | 11.31 | POS | POS |
| | Panama/45/90 | 2.57 | POS | POS |
| Flu B | B/Jiangsu/10/2003 | 12.86 | POS | POS |
| Flu B | B/Yamachi/16/90 | 5.93 | POS | POS |
| Flu B | Panama/45/90 | 4.60 | POS | POS |

theranos

Theranos Confidential

Confidential

THPFM000387O574-134

PFM-DEPO-00013857

Trial Exh. 4077 Page 0136

**ER-13525**



THPFM000387057d-135

Theranos Confidential

Confidential

PFM-DEPO-00013858

Trial Exh. 4077 Page 0137

Anti-Jo-1



| Sample | Innova Units | Immco Result (BU/mL) | IBL Int. Ratio | 10*STDEV Theranos Ab Index |
|---|---|---|---|---|
| C01 | 0 | 6 | 0.1 | 0.6 |
| C02 | 1 | 7 | 0.1 | 0.7 |
| C03 | 32 | 126 | 4.4 | 5.7 |
| C04 | 127 | 177 | 6.6 | 18.1 |
| C05 | 111 | 169 | 6.6 | 9.6 |
| C06 | 5 | 0 | 0.1 | 0.7 |
| C07 | 19 | 4 | 0.1 | 0.0 |
| C08 | 3 | 10 | 0.4 | 0.6 |
| C09 | 8 | 13 | 0.3 | 0.7 |
| C10 | 1 | 14 | 0.2 | 0.7 |
| C11 | 2 | 12 | 0.3 | 0.0 |
| C12 | 1 | 7 | 0.1 | 0.0 |
| C13 | 0 | 5 | 0.1 | 0.0 |
| C14 | 1 | 3 | 0.1 | 0.0 |
| C15 | 1 | 20 | 0.2 | 0.3 |
| C16 | 0 | 8 | 0.1 | 0.0 |
| C17 | 165 | 175 | 6.2 | 16.6 |
| C18 | 1 | 8 | 0.2 | 0.0 |
| C19 | 50 | 138 | 4.4 | 8.1 |
| C20 | 9 | 10 | 0.2 | 0.0 |
| C21 | 107 | 175 | 6.3 | 8.9 |
| C22 | 8 | 8 | 0.1 | 0.0 |
| C23 | 3 | 10 | 0.4 | 0.0 |
| C24 | 5 | 14 | 0.3 | 0.5 |
| C25 | 5 | 2 | 0.1 | 0.4 |
| C36 | 107 | 201 | 7.9 | 2.5 |
| C36 | 69 | 158 | 6.5 | 2.3 |
| C37 | 110 | 203 | 8.1 | 2.6 |
| C38 | 108 | 208 | 8.2 | 2.7 |
| C39 | 109 | 201 | 8.2 | 3.0 |

Results reported as Negative (green) or
Positive (Red) on the basis of Antibody
index.

theranos

Theranos Confidential

THPFM000387O574-136

Confidential

PFM-DEPO-00013859

Trial Exh. 4077 Page 0138

ER-13527



THPFM000387O574-137

Confidential

PFM-DEPO-00013860

Trial Exh. 4077 Page 0139

# Lyme disease Antibody



| Sample | US Biological Ab Index | Immunetics Ab Index | Theranos Ab Index |
|---|---|---|---|
| 10915791 | 3.19 | 4.43 | 2.35 |
| 10919079 | 0.51 | 0.25 | 0.32 |
| 10910480 | 1.17 | 0.43 | 0.53 |
| 10919776 | 3.96 | 4.71 | 1.57 |
| 10919778 | 1.66 | 2.09 | 1.13 |
| 10919847 | 5.15 | 9.18 | 113.95 |
| 10919848 | 0.58 | 0.20 | 0.24 |
| 10919849 | 0.61 | 0.22 | 0.21 |
| 10919906 | 2.06 | 0.55 | 0.33 |
| 10919907 | 2.72 | 8.36 | 24.21 |
| 10919908 | 3.79 | 9.06 | 14.76 |
| 10919970 | 3.59 | 0.23 | 1.01 |
| 10919972 | 3.33 | 4.71 | 5.45 |
| 10919973 | 2.14 | 7.00 | 5.01 |
| 10920987 | 4.33 | 9.10 | 36.15 |
| 10921154 | 1.17 | 0.24 | 0.86 |
| 10921214 | 0.69 | 0.33 | 0.25 |
| 10921215 | 2.31 | 0.55 | 0.50 |
| 10921305 | 2.03 | 2.81 | 1.26 |
| 10921353 | 0.83 | 0.29 | 0.38 |
| 10924272 | 4.79 | 4.96 | 4.51 |
| 10924273 | 0.83 | 0.20 | 0.26 |
| 10924274 | 3.21 | 0.20 | 0.45 |
| 10924275 | 0.17 | 0.11 | 0.11 |
| 10924276 | 1.81 | 2.65 | 1.71 |
| 10924347 | 3.54 | 7.24 | 6.07 |
| 10924348 | 0.76 | 0.17 | 0.24 |
| 10924351 | 3.38 | 6.55 | 6.40 |
| 10924352 | 4.07 | 7.74 | 17.42 |
| 10924355 | 1.84 | 2.12 | 1.21 |

Results reported as:
Negative (green),
Equivocal (Yellow),
or Positive (Red) on
the basis of Antibody
index for each assay

theranos

Theranos Confidential

Confidential

THPFM0003870574-138



Theranos Confidential

Confidential

THPFM000387 0574-139

PFM-DEPO-00013862

Trial Exh. 4077 Page 0141

**ER-13530**

# Measles IgM



| Samples | Theranos Ab Index | Theranos Result | GSD Measles Measles IgM Kit |
|---|---|---|---|
| 1 | 0.48 | NEG | NEG |
| 2 | 0.34 | NEG | NEG |
| 3 | 0.32 | NEG | NEG |
| 4 | 0.37 | NEG | NEG |
| 5 | 0.37 | NEG | NEG |
| 6 | 0.40 | NEG | NEG |
| 7 | 0.31 | NEG | NEG |
| 8 | 0.41 | NEG | NEG |
| 9 | 0.42 | NEG | NEG |
| 10 | 0.44 | NEG | NEG |
| 11 | 0.37 | NEG | NEG |
| 12 | 0.32 | NEG | NEG |
| 13 | 0.53 | NEG | NEG |
| 14 | 0.51 | NEG | NEG |
| 15 | 0.53 | NEG | NEG |
| 16 | 0.53 | NEG | NEG |
| 17 | 0.32 | NEG | NEG |
| 18 | 0.58 | NEG | NEG |
| 19 | 0.43 | NEG | NEG |
| 20 | 0.52 | NEG | NEG |
| 21 | 0.53 | NEG | NEG |
| 22 | 0.24 | NEG | NEG |
| 23 | 0.50 | NEG | NEG |
| 24 | 0.21 | NEG | NEG |
| 25 | 0.29 | NEG | NEG |
| 26 | 0.50 | NEG | NEG |
| 27 | 0.33 | NEG | NEG |
| 28 | 0.31 | NEG | NEG |
| 29 | 0.33 | NEG | NEG |
| 30 | 0.20 | NEG | NEG |
| 33 | 0.29 | NEG | NEG |
| 34 | 0.27 | NEG | NEG |
| 35 | 0.58 | NEG | NEG |
| 36 | 0.33 | NEG | NEG |
| 42 | 22.77 | POS | POS |

ttheranos

Theranos Confidential

THPFM000387O574-140

Confidential

PFM-DEPO-00013863

Trial Exh. 4077 Page 0142

# Methadone

| Sample ID (Urine) | CLIA Advia Results ng/ml | Theranos Result Mean ng/mL | Theranos Result | % Recovery |
|---|---|---|---|---|
| U1 | 1286 | OORH | OORH | OORH |
| U2 | 913 | OORH | Positive | OORH |
| U3 | 700 | 898 | Positive | 128 |
| U4 | 671 | 762 | Positive | 114 |
| U5 | 551 | 575 | Positive | 104 |
| U6 | 386 | 416 | Positive | 108 |
| U7 | 289 | 248 | Negative | 86 |
| U8 | 271 | 284 | Negative | 105 |
| U9 | 217 | 216 | Negative | 100 |
| U10 | 199 | 236 | Negative | 119 |
| U11 | 685 | 727 | Positive | 106 |
| U12 | 587 | 577 | Positive | 98 |
| U13 | 446 | 471 | Positive | 105 |
| U14 | 451 | 370 | Positive | 81 |
| U15 | 406 | 372 | Positive | 92 |
| U16 | 334 | 321 | Positive | 95 |
| U17 | 184 | 195 | Negative | 107 |
| U18 | 157 | 170 | Negative | 108 |
| U19 | 151 | 165 | Negative | 108 |
| U20 | 130 | 91 | Negative | 70 |
| U21 | | 749 | Positive | 75 |
| U22 | | 355 | Positive | 118 |

| Sample ID | Nominal [Methadone] ng/ml | Inter-Cartridge RLU | | Inter-Cartridge Conc. ng/ml | | % Recovery | Theranos Result |
|---|---|---|---|---|---|---|---|
| | | Mean | CV% | Mean | CV% | | |
| P1 | 1200 | 6084 | 7.9 | 1048 | 13.8 | 87 | Positive |
| P2 | 950 | 8297 | 11.0 | 742 | 15.2 | 78 | Positive |
| P3 | 700 | 10397 | 8.4 | 534 | 10.0 | 76 | Positive |
| P4 | 550 | 12294 | 6.8 | 433 | 8.1 | 79 | Positive |
| P5 | 375 | 17688 | 5.4 | 295 | 5.3 | 79 | Positive |
| P6 | 225 | 27217 | 10.2 | 198 | 10.2 | 88 | Positive |
| P7 | 155 | 41133 | 31.4 | 140 | 26.4 | 90 | Positive |
| P8 | 65 | 88034 | 13.4 | 61 | 15.7 | 93 | Positive |
| P9 | 40 | 100276 | 2.5 | 50 | 3.6 | 124 | Positive |
| P10 | 15 | 172327 | 16.8 | | | OORL | Negative |

theranos

Theranos Confidential

Confidential

THPFM0003870574-141

PFM-DEPO-00013864

Trial Exh. 4077 Page 0143

ER-13532

## Opiates



| Sample [Urine] | Theranos [ng/mL] | Interpretation | CLIA [ng/mL] | Interpretation |
|---|---|---|---|---|
| Heroin | 200 | 158 | NEG | 150 | NEG |
|  | 650 | 693 | POS | 535 | POS |
|  | 32 | 55 | NEG | 40 | NEG |
|  | 17 | 12 | NEG | NA | NA |
|  | 5 | 5 | NEG | NA | NA |
|  | 20 | 26 | NEG | 24 | NEG |
|  | 45 | 46 | NEG | 55 | NEG |
| 6-Acetylmorphine | 677 | 625 | POS | 563 | POS |
|  | 10 | 8 | NEG | NA | NA |
|  | 301 | 335 | POS | 256 | NEG |
|  | 75 | 84 | NEG | 94 | NEG |
|  | 10 | 8 | NEG | NA | NA |
| Codeine | 15 | 13 | NEG | 33 | NEG |
|  | 505 | 538 | POS | 1547 | POS |
|  | 29 | 34 | NEG | 25 | NEG |
| Biorad C2 (low opiate) | 225 | 261 | NEG | 727 | POS |
| Biorad C3 (low opiate) | 375 | 487 | POS | 1426 | POS |
| Biorad C1 | 120 | 143 | NEG | 271 | NEG |
| Biorad C2 | 1500 | 1529 | POS | NA | NA |
| Biorad C3 | 2500 | 1538 | POS | NA | NA |
| Biorad C4 | 4000 | 1821 | POS | NA | NA |
| Biorad N (negative) | 75 | 1 | NEG | NA | NA |
| Sunnylab | Opiate | 3040 | POS | NA | NA |
| Biorad QN | 50 | 3 | NEG | NA | NA |
| Biorad QP | 2904 | 694 | POS | 3404 | POS |
| Biorad S15 | 1500 | 454 | POS | 1259 | POS |
| Biorad S25 | 2500 | 615 | POS | 2273 | POS |
| Biorad S1E (low opiate) | 225 | 81 | NEG | 216 | NEG |

theranos

Theranos Confidential

THPFM000387O574-142

Confidential

# Parvovirus IgG



| Sample # | Inter Cartridges Ave RLU | %CV | Theranos Ab Index 10X | Commercial Kit Ab Index | Sample # | Inter Cartridges Ave RLU | %CV | Theranos Ab Index 10X | Commercial Kit Ab Index |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 31383 | 12 | 13.672 | Positive | 16 | 42529 | 21 | 18.528 | Positive |
| 2 | 43388 | 14 | 18.902 | Positive | 17 | 75966 | 16 | 33.095 | Positive |
| 3 | 26951 | 19 | 11.699 | Positive | 18 | 97569 | 13 | 42.506 | Positive |
| 4 | 7779 | 51 | 3.419 | Positive | 19 | 11631 | 16 | 7.138 | Positive |
| 5 | 56796 | 24 | 24.742 | Positive | 20 | 14844 | 25 | 6.467 | Positive |
| 6 | 51658 | 19 | 22.505 | Positive | 21 | 8411 | 18 | 3.664 | Positive |
| 7 | 88529 | 15 | 38.569 | Positive | 22 | 9534 | 16 | 4.154 | Positive |
| 8 | 31634 | 21 | 13.781 | Positive | 23 | 2920 | 24 | 1.272 | Positive |
| 9 | 22517 | 17 | 9.810 | Positive | 24 | 5005 | 20 | 2.180 | Positive |
| 10 | 15221 | 26 | 6.631 | Positive | 25 | 3755 | 13 | 1.636 | Positive |
| 11 | 53161 | 21 | 23.160 | Positive | 26 | 11917 | 21 | 5.192 | Positive |
| 12 | 19963 | 25 | 8.807 | Positive | 27 | 5569 | 12 | 2.426 | Positive |
| 13 | 75059 | 13 | 32.695 | Positive | 28 | 12548 | 18 | 5.815 | Positive |
| 14 | 52442 | 20 | 22.847 | Positive | 29 | 15502 | 18 | 6.753 | Positive |
| 15 | 108177 | 6 | 47.128 | Positive | 30 | 17819 | 17 | 7.763 | Positive |

theranos

Theranos Confidential

Confidential

THPFM0003870574-143

PFM-DEPO-00013866

Trial Exh. 4077 Page 0145



THPFM000370574-144

Theranos Confidential

Confidential

PFM-DEPO-00013867



Prolactin

$y = 1.4998x - 6.6754$
$R^2 = 0.9154$

Theranos Confidential

Confidential

THPFM000387O574-145

theran⊙s

PFM-DEPO-00013868

Trial Exh. 4077 Page 0147



THPFM000387 0574-146

Theranos Confidential

Confidential

PFM-DEPO-00013869

Trial Exh. 4077 Page 0148

# RF IgG antibody



theranos

THPFM000370574-147

Theranos Confidential

Confidential

# RF IgM antibody

| Set Type | Sample ID | ALPCO Mean Conc(IU/mL) | INOVA Mean Conc(IU/mL) | DRG Mean Conc(IU/mL) | Theranos Mean Conc (IU/mL) |
|---|---|---|---|---|---|
| Positive | 19 | 166 | 573 | 347 | 190 |
| | 27 | 741 | 2191 | 815 | 1397 |
| | 38 | 159 | 291 | 25 | 1885 |
| | 40 | 22 | 20 | 25 | OORL |
| | 41 | 602 | 766 | 1187 | 1063 |
| | 42 | 858 | 1210 | 839 | 1577 |
| | 43 | 232 | 381 | 778 | 354 |
| | 44 | 78 | 187 | 19 | 891 |
| | 45 | 597 | 993 | 5603 | 1941 |
| | 46 | 484 | 988 | 1217 | 987 |
| | 47 | 273 | 914 | 2110 | 708 |
| | 48 | 316 | 914 | 722 | 744 |
| | 49 | 1048 | 2982 | 942 | 1652 |
| | 50 | 580 | 1071 | 97 | 1266 |
| | 51 | 258 | 632 | 221 | 545 |
| | 52 | 277 | 314 | 1728 | 645 |
| | 53 | 912 | 1423 | 980 | 1304 |
| | 54 | 179 | 128 | OORL | 835 |
| | 55 | 171 | 277 | 135 | 365 |
| | 56 | 93 | 116 | 100 | 125 |
| | 57 | 101 | 1805 | 956 | NES |
| | 58 | 552 | 948 | 348 | 1448 |
| | 59 | 413 | 783 | 863 | 900 |
| | 60 | 508 | 1561 | 328 | 1159 |

| Set Type | Sample ID | ALPCO Mean Conc(IU/mL) | INOVA Mean Conc(IU/mL) | DRG Mean Conc(IU/mL) | Theranos Mean Conc (IU/mL) |
|---|---|---|---|---|---|
| Negative | B1 | 0.9 | 0.6 | 4.0 | OORL |
| | B2 | 0.9 | 0.2 | OORL | OORL |
| | B3 | 1.5 | 1.9 | OORL | OORL |
| | B4 | 2.0 | 1.1 | 7.0 | OORL |
| | B5 | 1.2 | 1.0 | 3.2 | OORL |
| | B6 | 1.0 | 0.6 | OORL | OORL |
| | B7 | 0.7 | 0.2 | OORL | OORL |
| | B8 | 0.7 | 0.3 | OORL | OORL |
| | B9 | 8.0 | 9.3 | 13.3 | OORL |
| | B10 | 1.6 | 0.9 | 7.2 | OORL |
| | B11 | 1.4 | 1.1 | OORL | OORL |
| | B12 | 3.4 | 2.9 | 0.6 | OORL |

theranos

Theranos Confidential

Confidential

THPFM000387 0574-148

PFM-DEPO-00013871

Trial Exh. 4077 Page 0150

ER-13539



Rubella Antibody

$y = 0.9552x - 5.6611$
$R^2 = 0.9863$

theranos

Theranos Confidential

THPFM0003870574-149

Confidential

PFM-DEPO-00013872

Trial Exh. 4077 Page 0151

# Rubella IgM



| Samples | Theranos Ab Index | Theranos Result | Siemens Immulite 2000 |
|---|---|---|---|
| 1 | 0.12 | NEG | NEG |
| 2 | 0.13 | NEG | NEG |
| 3 | 0.10 | NEG | NEG |
| 4 | 0.20 | NEG | NEG |
| 5 | 0.54 | NEG | NEG |
| 6 | 0.26 | NEG | NEG |
| 7 | 0.19 | NEG | NEG |
| 8 | 0.22 | NEG | NEG |
| 9 | 0.12 | NEG | NEG |
| 10 | 0.13 | NEG | NEG |
| 11 | 0.07 | NEG | NEG |
| 12 | 0.06 | NEG | NEG |
| 13 | 0.06 | NEG | NEG |
| 14 | 0.15 | NEG | NEG |
| 15 | 0.07 | NEG | NEG |
| 16 | 0.29 | NEG | NEG |
| 17 | 0.09 | NEG | NEG |
| 18 | 0.18 | NEG | NEG |
| 19 | 0.10 | NEG | NEG |
| 20 | 0.09 | NEG | NEG |

| Samples | Theranos Ab Index | Theranos Result | Siemens Immulite 2000 |
|---|---|---|---|
| 21 | 0.87 | NEG | NEG |
| 22 | 0.08 | NEG | NEG |
| 23 | 0.23 | NEG | NEG |
| 24 | 0.09 | NEG | NEG |
| 25 | 0.10 | NEG | NEG |
| 26 | 0.11 | NEG | NEG |
| 27 | 0.13 | NEG | NEG |
| 28 | 0.07 | NEG | NEG |
| 29 | 0.25 | NEG | NEG |
| 30 | 0.09 | NEG | NEG |
| 31 | 0.32 | NEG | NEG |
| 32 | 2.95 | POS | POS |
| 33 | 3.36 | POS | POS |
| 34 | 2.11 | POS | POS |
| 35 | 3.70 | POS | POS |
| 36 | 3.91 | POS | POS |
| 37 | 6.06 | POS | POS |
| 38 | 1.59 | POS | POS |
| 39 | 3.56 | POS | POS |
| 40 | 7.48 | POS | POS |

theranos

Theranos Confidential

Confidential

THPFM0003870574-150

PFM-DEPO-00013873

Trial Exh. 4077 Page 0152

ER-13541

# Anti-Scl 70 antibody



Samples are considered to be positive, borderline, or negative for Scl-70 antibodies if their Ab indices are found to be greater than 1.1, between 0.9 and 1.1, or less than 0.9, respectively.

theranos

THPFM0003870574-151

Theranos Confidential

Confidential

PFM-DEPO-00013874

Trial Exh. 4077 Page 0153

ER-13542

Anti-SSA antibody



|  | Innova | Immco | IRI. Int. | Theranos |
| Sample | Units | Result (µU/mL) | Ratio | Ab Index |
|---|---|---|---|---|
| Scl01 | 42.1 | 53 | 0.28 | 5.0 |
| SCL02 | 3.9 | 4 | 0.38 | 0.6 |
| ScL03 | 8.5 | 9 | 0.16 | 0.6 |
| ScL04 | 17.8 | 10 | 0.42 | 0.4 |
| ScL05 | 3.8 | 3 | 0.44 | 0.3 |
| ScL06 | 3.7 | 2 | 0.24 | 0.5 |
| ScL07 | 4.5 | 2 | 0.23 | 0.3 |
| ScL08 | 3.7 | 2 | 0.22 | 0.4 |
| ScL09 | 5.1 | 5 | 0.33 | 0.3 |
| ScL10 | 17.1 | 8 | 0.29 | 1.1 |
| S1.01 | 102.9 | 78 | 5.51 | 212.8 |
| S1.02 | 4.7 | 5 | 0.30 | 0.5 |
| S1.03 | 3.8 | 7 | 0.73 | 0.4 |
| S1.04 | 70.8 | 66 | 5.50 | 2.5 |
| S1.05 | 3.6 | 2 | 0.58 | 0.3 |
| S1.06 | 59.5 | 49 | 5.29 | 0.9 |
| S1.07 | 4.5 | 7 | 0.24 | 0.6 |
| S1.08 | 86.1 | 69 | 5.32 | 1.7 |
| S1.09 | 3.6 | 11 | 0.67 | 0.6 |
| S1.10 | 3.7 | 3 | 0.19 | 0.4 |
| Sjo01 | 108.6 | 57 | 5.87 | 33.2 |
| Sjo02 | 3.5 | 3 | 0.23 | 0.5 |
| Sjo03 | 125.6 | 74 | 6.22 | 373.3 |
| Sjo04 | 24.2 | 57 | 2.45 | 14.7 |
| Sjo05 | 96.9 | 78 | 5.61 | 203.2 |

The following criteria was applied to categorize the result as positive (red), negative (green) or borderline (yellow).

Ab Index > 1.1
Ab Index > 0.9, < 1.1
Ab Index < 0.9

theranos

Theranos Confidential

Confidential

THPFM0003870574-152

PFM-DEPO-00013875

Trial Exh. 4077 Page 0154



THPFM0003870574-153

Theranos Confidential

Confidential

PFM-DEPO-00013876

Trial Exh. 4077 Page 0155



Theranos Confidential

Confidential

THPFM0003870574-154

PFM-DEPO-00013877

Trial Exh. 4077 Page 0156



Anti-Thyroglobulin Antibody (IgG)

Clinical Correlation to Reported Siemens Immulite Results, 18 In-Range Samples

$y = 1.3478x$
$R^2 = 0.9634$

theranos

THPFM000387O574-155

Theranos Confidential

Confidential

PFM-DEPO-00013878

Trial Exh. 4077 Page 0157

ER-13546



PFM-DEPO-00013879

THPFM000387O574-156

Confidential



Thyroid stimulating hormone (TSH)

Theranos vs Genway Kit Result

$y = 1.1912x$
$R^2 = 0.9336$

theranos

Theranos Confidential

Confidential

THPFM000870574-157

PFM-DEPO-00013880



THPFM000370574-158

Confidential

Theranos Confidential

PFM-DEPO-00013881

Trial Exh. 4077 Page 0160



Total Thyroxine (TT4)

THPFM000387 0574-159

Theranos Confidential

Confidential



THPFM000387057 4-160

Confidential

PFM-DEPO-00013883



T3 Uptake

Correlation Theranos to US Biologicals Kit, FTI, 28 Clinical Samples and 6 Control Sera

$y = 1.03x$
$R^2 = 0.99$

The T Uptake % is used to compute the Free Thyroxine Index (FTI) from the Total T4

theranos

Theranos Confidential

Confidential

THPFM0003870574-161

PFM-DEPO-00013884

# Transferrin

| Sample # | Sample ID | SIEMENS_ADVIA mg/dL | Signal (RLU) Imtec-Cartridge Mean | Signal (RLU) Imtec-Cartridge %CV | Theranos TRF System 3.0 [TRF, back-calculated], mg/dL Imtec-Cartridge Mean | Theranos TRF System 3.0 [TRF, back-calculated], mg/dL Imtec-Cartridge %CV | % Diff from Target SIEMENS_ADVIA mg/dL |
|---|---|---|---|---|---|---|---|
| 1 | A008 | 293 | 85703 | 21 | 279 | 18 | -4.9 |
| 2 | A010 | 299 | 58676 | 14 | 205 | 11 | -14.0 |
| 3 | A018 | 312 | 88960 | 19 | 287 | 16 | -7.9 |
| 4 | P7 | 201 | 37947 | 20 | 148 | 15 | -26.5 |
| 5 | P11 | 414 | 114683 | 11 | 358 | 10 | -13.6 |
| 6 | P12 | 333 | 93325 | 25 | 299 | 21 | -10.1 |
| 7 | L3 | 215 | 46044 | 20 | 171 | 15 | -20.7 |
| 8 | L4 | 290 | 64780 | 36 | 222 | 28 | 23.6 |
| 9 | 6-BRH539339 | 259 | 60136 | 7 | 210 | 6 | -19.1 |
| 10 | 10-BRH539334 | 314 | 86289 | 8 | 280 | 6 | -10.8 |
| 11 | P1 | 283 | 71893 | 9 | 241 | 7 | -14.8 |
| 12 | P3 | 232 | 56759 | 32 | 212 | 21 | -8.6 |
| 13 | BRH460987 | 345 | 100216 | 21 | 318 | 18 | -7.8 |
| 14 | BRH460980 | 269 | 50909 | 24 | 200 | 18 | -25.5 |
| 15 | P06 | 248 | 52493 | 27 | 188 | 21 | -24.1 |
| 16 | P07 | 115 | 21820 | 28 | 99 | 20 | -14.2 |
| 17 | P08 | 276 | 82295 | 21 | 269 | 18 | -2.4 |
| 18 | P09 | 229 | 49823 | 24 | 163 | 30 | -28.8 |
| 19 | P010 | 147 | 26214 | 25 | 113 | 17 | -23.3 |
| N/A | IRMM | 236 | 54947 | 15 | 195 | 12 | -17.2 |
| 20 | A003 | 312 | 64128 | 27 | 234 | 17 | -25.1 |
| 21 | A005 | 247 | 49099 | 33 | 187 | 23 | -24.3 |
| 22 | A007 | 320 | 77237 | 26 | 256 | 21 | -20.1 |
| 23 | A011 | 208 | 40937 | 35 | 156 | 26 | -25.1 |
| 24 | 7-BRH539338 | 299 | 62332 | 41 | 215 | 32 | -28.1 |
| 25 | 8-BRH539336 | 300 | 39212 | 20 | 151 | 15 | -49.5 |
| 26 | 9-BRH539340 | 239 | 72963 | 16 | 244 | 13 | 2.1 |
| 27 | P011 | 284 | 42540 | 39 | 160 | 29 | -43.6 |

theranos

Theranos Confidential

Confidential

THPFM0003870574-162



Varicella Zoster virus - IgG

$y = 1.1714x$

$R^2 = 0.9204$

Theranos Confidential

Confidential

THPFM000387574-163

ttheran⊚s

PFM-DEPO-00013886

Trial Exh. 4077 Page 0165



Vitamin B12

B12 Assay: Clinical Sample Correlation

$y = 0.8299x + 17.645$

$R^2 = 0.96$

Theranos B12 Result, pg/mL

Siemens B12 result, pg/ml

theranos

Theranos Confidential

Confidential

THPFM000387057A-164

PFM-DEPO-00013887

Trial Exh. 4077 Page 0166

# VZV – IgG Precision

## Inter-Analyzer Precision, Concentration (IU/mL)



| Analyzer | Tip 1 | Tip 2 | Intra-Cartridge Mean | Intra-Cartridge CV % | Intra-Cartridge % Recovery | Inter-Cartridge Mean | Inter-Cartridge CV % |
|---|---|---|---|---|---|---|---|
| 1 | 0.26 | 0.27 | 0.26 | 4.1 | 86 | 0.31 | 7.2 |
| 2 | 0.34 | 0.35 | 0.35 | 1.1 | 113 | | |
| 3 | 0.30 | 0.36 | 0.33 | 11.4 | 108 | | |
| 4 | 0.26 | 0.28 | 0.27 | 4.8 | 89 | | |
| 5 | 0.30 | 0.31 | 0.30 | 2.1 | 99 | | |
| 6 | 0.28 | 0.27 | 0.28 | 3.6 | 90 | | |
| 7 | 0.29 | 0.31 | 0.30 | 2.7 | 98 | | |
| 8 | 0.32 | 0.32 | 0.32 | 0.3 | 104 | | |
| 9 | 0.30 | 0.28 | 0.29 | 6.1 | 95 | | |
| 10 | 0.32 | 0.33 | 0.32 | 1.0 | 106 | | |
| 11 | 0.28 | 0.27 | 0.27 | 0.8 | 89 | | |
| 12 | 0.30 | 0.32 | 0.31 | 4.4 | 100 | | |
| 13 | 0.29 | 0.32 | 0.31 | 7.5 | 100 | | |
| 14 | 0.35 | 0.32 | 0.34 | 4.8 | 109 | | |
| 15 | 0.35 | 0.33 | 0.34 | 4.0 | 111 | | |
| 16 | 0.31 | 0.31 | 0.31 | 1.2 | 101 | | |
| 17 | 0.29 | 0.33 | 0.31 | 8.8 | 100 | | |
| 18 | 0.31 | 0.25 | 0.28 | 16.8 | 91 | | |
| 19 | 0.32 | 0.29 | 0.30 | 6.3 | 99 | | |
| 20 | 0.29 | 0.31 | 0.30 | 5.9 | 98 | | |
| 21 | 0.30 | 0.32 | 0.31 | 4.3 | 100 | | |
| 22 | 0.33 | 0.31 | 0.32 | 4.7 | 104 | | |
| 23 | 0.33 | 0.32 | 0.32 | 1.9 | 105 | | |
| 24 | 0.33 | 0.31 | 0.32 | 5.0 | 103 | | |

theranos

Theranos Confidential

Confidential

THPFM0003870574-165

PFM-DEPO-00013888

# VZV – IgG Precision

Precision and Accuracy for 3 Days/Lots, Concentration (IU/mL)
N = 3 cartridges per point

| [VZV IgG] IU/mL | Day/Lot 1 | | | Day/Lot 2 | | | Day/Lot 3 | | | Inter-Lot | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean Conc. | CV % | % Rec. | Mean Conc. | CV % | % Rec. | Mean Conc. | CV % | % Rec. | Mean Conc. | CV % | % Rec. |
| 11.00 | 9.97 | 22.3 | 91 | 11.40 | 9.5 | 104 | 9.83 | 33.6 | 89 | 10.47 | 18.9 | 95 |
| 5.50 | 4.65 | 2.4 | 85 | 6.65 | 13.6 | 121 | 6.09 | 15.9 | 111 | 5.94 | 18.5 | 108 |
| 2.75 | 2.33 | 15.3 | 85 | 3.07 | 7.3 | 112 | 2.65 | 8.1 | 96 | 2.68 | 14.9 | 98 |
| 1.38 | 1.27 | 13.5 | 92 | 1.46 | 10.6 | 106 | 1.46 | 12.3 | 107 | 1.40 | 12.6 | 101 |
| 0.69 | 0.65 | 11.1 | 94 | 0.75 | 6.7 | 109 | 0.71 | 6.9 | 104 | 0.70 | 9.6 | 102 |
| 0.34 | 0.32 | 7.8 | 93 | 0.34 | 13.7 | 98 | 0.35 | 4.0 | 103 | 0.34 | 9.2 | 98 |
| 0.17 | 0.17 | 9.2 | 99 | 0.18 | 9.7 | 105 | 0.17 | 1.9 | 98 | 0.17 | 7.5 | 101 |
| 0 | OORL | - | - | OORL | - | - | OORL | - | - | OORL | - | - |
| Positive Control | 4.25 | 8.6 | - | 3.70 | 11.7 | - | 4.25 | 9.3 | - | 4.05 | 11.0 | - |
| Negative Control | OORL | - | - | OORL | - | - | OORL | - | - | OORL | - | - |

theranos

Theranos Confidential

Confidential

PFM-DEPO-00013889

Trial Exh. 4077 Page 0168

THPFM0003870574-166

**ER-13557**

## West Nile IgM

| Samples | Recombinant WNV Ag | | NCA | | Theranos | | Focus | | Panbio | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mean | CV | Mean | CV | S/co | Result | S/o | Result | S/o | Result |
| PWN 901-1.5 Member 1 | 2391 | 13 | 297 | 25 | 0.23 | Negative | 0.00 | Negative | 0.20 | Negative |
| PWN 901-1.5 Member 2 | 2481 | 23 | 319 | 4 | 0.24 | Negative | 0.00 | Negative | 0.20 | Negative |
| PWN 901-1.5 Member 3 | 2380 | 21 | 417 | 14 | 0.22 | Negative | 0.00 | Negative | 0.20 | Negative |
| PWN 901-1.5 Member 4 | 3144 | 9 | 398 | 22 | 0.30 | Negative | 0.10 | Negative | 0.20 | Negative |
| PWN 901-1.5 Member 5 | 165647 | 20 | 303 | 9 | 18.34 | Positive | 4.10 | Positive | 2.00 | Positive |

theranos

Theranos Confidential

Confidential

THPFM0003870574-167

PFM-DEPO-00013890



THPFM0003870574-168

Theranos Confidential

Confidential

PFM-DEPO-00013891

Trial Exh. 4077 Page 0170



PCP : Calibration Verification

Correlation to GC-MS Result, Urine Controls

$y = 1.0243x$
$R^2 = 0.9853$

theranos

THPFM0003870574-169

Theranos Confidential

Confidential

PFM-DEPO-00013892

Trial Exh. 4077 Page 0171



general chemistry

theran⊚s

THPFM0003870574-170

Theranos Confidential

Confidential

PFM-DEPO-00013893

Trial Exh. 4077 Page 0172



Routine Test Validations Demonstrate High Correlation Coefficients Across Clinical Range

THPFM000387O574-171

Confidential

PFM-DEPO-00013894

Trial Exh. 4077 Page 0173



Theranos Confidential

Confidential

PFM-DEPO-00013895

Trial Exh. 4077 Page 0174



THPFM0003870574-173

PFM-DEPO-00013896

Trial Exh. 4077 Page 0175



PT results – Clinical samples of patients on Coumadin

theranos

THPFM0003870574-174

Theranos Confidential

Confidential

PFM-DEPO-00013897

Trial Exh. 4077 Page 0176



Alanine Transaminase (ALT)

Clinical Correlation
(N= 13 Samples)

$y = 0.90x + 6.11$
$R^2 = 0.97$

theranos

Theranos Confidential

THPFM000387O574-175

Confidential

PFM-DEPO-00013898

Trial Exh. 4077 Page 0177



THPFM0003870574-176

Confidential

PFM-DEPO-00013899

Trial Exh. 4077 Page 0178



Aldolase (Serum/Plasma)

Clinical Correlation for Theranos Aldolase Assay vs Caldon Biotech Aldolase Assay: All 15 Samples

$y = 1.07x - 0.32$
$R^2 = 0.92$

Theranos Confidential

Confidential

THPFM0003870574-177

PFM-DEPO-00013900



Alkaline Phosphatase (ALP)

THPFM0003870574-178

Theranos Confidential

Confidential

PFM-DEPO-00013901

Trial Exh. 4077 Page 0180



THPFM0003870574-179

Theranos Confidential

Confidential

PFM-DEPO-00013902



Ammonia (Plasma)

Theranos Confidential

Confidential

THPFM0003870574-180

PFM-DEPO-00013903

Trial Exh. 4077 Page 0182



Aspartate Aminotransferase

Theranos Confidential

Confidential

THPFM0003870574-181



Direct Bilirubin (Plasma)

Clinical Sample Correlation

$y = 0.8136x - 0.004$
$R^2 = 0.977$

theranos

THPFM0003870574-182

Theranos Confidential

Confidential



Total Bilirubin (Plasma)

Clinical Sample Correlation

$y = 0.9644x - 0.0546$

$R^2 = 0.99$

[Total Bilirubin] (mg/dL), TECO Diagnostics

[Total Bilirubin] (mg/dL), Theranos

theranos

THPFM0003870574-183

Theranos Confidential

Confidential



Bilirubin (Urine)

Clinical Correlation between Theranos Urinary
Bilirubin Assay and Teco Diagnostics: 25 Samples

$y = 1.0698x + 0.021$
$R^2 = 0.973$

theran⊚s

THPFM0003870574-184

Theranos Confidential

Confidential

PFM-DEPO-00013907

Trial Exh. 4077 Page 0186

# Blood Typing: - ABO & RhD

| Blood Type | Test Results | |
|---|---|---|
| | Reference | Theranos |
| EDTA | O + | O + |
| EDTA | O + | O + |
| EDTA | B + | B + |
| EDTA | O + | O + |
| EDTA | A + | A + |
| EDTA | A + | A + |
| EDTA | O - | O - |
| EDTA | AB + | AB + |
| EDTA | O + | O + |
| EDTA | A + | A + |
| EDTA | A + | A + |
| EDTA | O + | O + |

| Blood Type | Test Results | |
|---|---|---|
| | Reference | Theranos |
| EDTA | AB - | AB - |
| EDTA | A - | A - |
| EDTA | O - | O - |
| Heparin/FS | AB + | AB + |
| Heparin/FS | A - | A - |
| Heparin/FS | B + | B + |
| Heparin/FS | B + | B + |
| Heparin/FS | O - | O - |
| Heparin/FS | A + | A + |
| Heparin/FS | AB - | AB - |
| Heparin/FS | O + | O + |
| Heparin/FS | B + | B + |

theranos

Theranos Confidential

Confidential

THPFM000387074-185

PFM-DEPO-00013908

Trial Exh. 4077 Page 0187



Blood Urea Nitrogen (BUN)

BUN: Clinical Correlation

$y = 0.9088x + 1.9632$
$R^2 = 0.91$

[Urea], mM_Theranos

[Urea], mM_Bio-Quant

theranos

THPFM0003870574-186

Theranos Confidential

Confidential

PFM-DEPO-00013909

Trial Exh. 4077 Page 0188



Calcium

Clinical Sample Correlation

$y = 1.0839x - 1.4069$
$R^2 = 0.9585$

theranos

THPFM000370574-187

Theranos Confidential

Confidential

PFM-DEPO-00013910

Trial Exh. 4077 Page 0189



**Carbon Dioxide**

N = 16 samples

Clinical Correlation for Theranos FVB CO2 Assay and BioQuant Kit

$y = 1.03x - 0.57$

$R^2 = 0.92$

theranos

Theranos Confidential

Confidential

THPFM0003870574-188

PFM-DEPO-00013911

Trial Exh. 4077 Page 0190



THPFM0003870574-189

Theranos Confidential

Confidential

PFM-DEPO-00013912

Trial Exh. 4077 Page 0191





**Chloride**

N = 41 clinical and spiked samples

Theranos Confidential

THPFM0003870574-191

Confidential

PFM-DEPO-00013914

Trial Exh. 4077 Page 0193



Creatine Kinase

Clinical Sample Correlation for Theranos and Teco CK Assays: 12 Samples

$y = 0.93x + 38.22$
$R^2 = 0.96$

theranos

Theranos Confidential

THPFM0003870574-192

Confidential

PFM-DEPO-00013915

Trial Exh. 4077 Page 0194

ER-13583



Creatinine (Plasma)

$y = 1.019x + 0.4123$
$R^2 = 0.9925$

Siemen Advia [Creatinine] (mg/dL)

Theranos assigned [Creatinine] (mg/dL)

theranos

Theranos Confidential

Confidential

THPFM0003870574-193

PFM-DEPO-00013916



THPFM000370574-194

Confidential

Theranos Confidential

PFM-DEPO-00013917

Trial Exh. 4077 Page 0196



Formate (Plasma)

Theranos Confidential

Confidential

THPFM0003870574-195

PFM-DEPO-00013918

Trial Exh. 4077 Page 0197

**ER-13586**



THPFM000870574-196

Theranos Confidential

Confidential

PFM-DEPO-00013919

Trial Exh. 4077 Page 0198



THPFM000370574-197

Theranos Confidential

Confidential

PFM-DEPO-00013920

Trial Exh. 4077 Page 0199



Glucose

Theranos Confidential

THPFM000387057-198

Confidential

PFM-DEPO-00013921

Trial Exh. 4077 Page 0200



# Hemoglobin

N = 36 clinical samples

Clinical Correlation: Teco versus Theranos
(Whole Blood Samples)

y = 1.01x
R² = 0.97

Teco Result (g/dL)

Theranos Result (g/dL)

Theranos Confidential

ʇheranos

THPFM0003870574-199

Confidential

PFM-DEPO-00013922

Trial Exh. 4077 Page 0201



Heparin anti-factor Xa

Heparin anti-factor Xa Clinical Correlation

$y = 1.0064x + 0.1089$

$R^2 = 0.9261$

N= 31 samples

Combined Sodium Citrate and EDTA Plasma

Reference Method [Heparin] (U/mL)

Theranos [Heparin] (U/mL)

theranos

Theranos Confidential

Confidential

THPFM0003870574-200

PFM-DEPO-00013923

Trial Exh. 4077 Page 0202

ER-13591



Intact Parathyroid Hormone (iPTH)

Theranos vs Siemens Immulite 2000XP
33 Clinical Samples

$y = 0.999x - 3.3392$
$R^2 = 0.918$

theranos

Theranos Confidential

Confidential

THPFM0003870574-201

PFM-DEPO-00013924

Trial Exh. 4077 Page 0203



Iron (Serum)

Serum Iron Clinical Correlation

$y = 0.9554x + 9.1601$
$R^2 = 0.954$

theranos

THPFM000387O574-202

Theranos Confidential

Confidential



Theranos Confidential

Confidential

THPFM0003870574-203

PFM-DEPO-00013926

Trial Exh. 4077 Page 0205



Hexosaminidase Total & A in Plasma

$y = 0.7417 + 1.3641$
$R^2 = 0.9347$

theranos

THPFM0003870574-204

Theranos Confidential

Confidential

PFM-DEPO-00013927



Lactate Dehydrogenase (LDH)

Theranos Confidential

Confidential

THPFM0003870574-205

PFM-DEPO-00013928

Trial Exh. 4077 Page 0207



Theranos Confidential

Confidential

THPFM0003870574-206

PFM-DEPO-00013929



PFM-DEPO-00013930



PFM-DEPO-00013931



Potassium

$y = 1.0241x - 0.6611$, $N = 15$ clinical samples

$R^2 = 0.925$

Ion Selective Electrode, CLIA (mM)

Theranos (mM)

theran⊚s

THPFM0003870574-209

Theranos Confidential

Confidential

PFM-DEPO-00013932

Trial Exh. 4077 Page 0211



Pyruvate (Plasma)

Clinical correlation

$y = 1x + 0.62$, N = 15 samples
$R^2 = 0.95$

theranos

THPFM0003870574-210

Theranos Confidential

Confidential

PFM-DEPO-00013933

Trial Exh. 4077 Page 0212



Sodium (Urine)

Sodium Urine Clinical Correlation
(N=60 Samples)

$y = 1.0037x - 1.448$
$R^2 = 0.978$

Advia Sodium, mM

Theranos Sodium, mM

ttheranos

Theranos Confidential

Confidential

THPFM0003870574-211



THPFM0003870574-212

Theranos Confidential

Confidential

PFM-DEPO-00013935

Trial Exh. 4077 Page 0214

ER-13603



Streptozyme Assay Summary

| | Theranos | |
| | Negative | Positive |
|---|---|---|
| Reference Negative | 17 | 1* | 94% Specificity |
| Reference Positive | 0 | 20 | 100% Sensitivity |

theranos

THPFM0003870574-213

Theranos Confidential

Confidential

PFM-DEPO-00013936

Trial Exh. 4077 Page 0215

ER-13604



Triglycerides (Plasma)

Clinical Sample Correlation,
TECO vs Theranos

$y = 0.8999x + 25.968$
$R^2 = 0.978$

theranos

THPFM000387O574-214

Theranos Confidential

Confidential

PFM-DEPO-00013937

Trial Exh. 4077 Page 0216

**ER-13605**



THPFM0003870574-215

Theranos Confidential

Confidential

PFM-DEPO-00013938

Trial Exh. 4077 Page 0217



THPFM0003870574-216

Theranos Confidential

Confidential

PFM-DEPO-00013939

Trial Exh. 4077 Page 0218



Zinc (Plasma/Serum)

THPFM0003870574-217

Theranos Confidential

Confidential

PFM-DEPO-00013940



THPFM0003870574-218

theranos

Theranos Confidential

Confidential

PFM-DEPO-00013941

Trial Exh. 4077 Page 0220

theranos

THPFM0003870574-219

# cytometry

Confidential

PFM-DEPO-00013942

Trial Exh. 4077 Page 0221



Total WBC, RBC and Platelet Counts: correlation between Theranos platform and hematology analyzer

THPFM0003870574-220

Theranos Confidential

Confidential

PFM-DEPO-00013943

Trial Exh. 4077 Page 0222



Correlation of WBC-differential assay between Theranos platform and reference hematology analyzer

All numbers are WBC cell type proportions expressed as percentages of total WBC

Theranos Confidential

Confidential

THPFM0003870574-221

PFM-DEPO-00013944



Epithelial Cells – Urine Microscopy

theranos

THPFM0003870574-222

Theranos Confidential

Confidential

PFM-DEPO-00013945

Trial Exh. 4077 Page 0224

ER-13613



**WBC – Urine Microscopy**

theranos

THPFM0003870574-223

Theranos Confidential

Confidential

PFM-DEPO-00013946

Trial Exh. 4077 Page 0225



RBC – Urine Microscopy

theranos

THPFM0003870574-224

Theranos Confidential

Confidential

PFM-DEPO-00013947

Trial Exh. 4077 Page 0226

**ER-13615**

# nucleic acid amplification

theranos

THPFM000387074-225

Confidential

# TNAA assay performance summary



Theranos Confidential

THPFM0003870574-226

Confidential

PFM-DEPO-00013949

Trial Exh. 4077 Page 0228



THPFM0003870574-227

PFM-DEPO-00013950

Trial Exh. 4077 Page 0229



THPFM0003870574-228

PFM-DEPO-00013951

Trial Exh. 4077 Page 0230



THPFM0003870574-229

PFM-DEPO-00013952

Trial Exh. 4077 Page 0231

ER-13620



THPFM0003870574-230

Confidential

PFM-DEPO-00013953

Trial Exh. 4077 Page 0232



THPFM0003870574-231

PFM-DEPO-00013954

Confidential

Trial Exh. 4077 Page 0233



THPFM0003870574-232

Confidential

PFM-DEPO-00013955



THPFM0003870574-233

Confidential

PFM-DEPO-00013956

Trial Exh. 4077 Page 0235



THPFM0003870574-234

Confidential

PFM-DEPO-00013957

Trial Exh. 4077 Page 0236

# Theranos Influenza Panel – Clinical Samples



**theranos**

THPFM0003870574-235

Theranos Confidential

Confidential



**Respiratory Panel**

Mycobacterium tuberculosis

Staphylococcus aureus

*Streptococcus* Group A

Methicillin Resistant *Staphylococcus aureus* - MRSA

*Bordetella pertussis*

*Adenovirus B*

*Adenovirus C*

*Adenovirus E*

theranos

Theranos Confidential

Confidential

THPFM0003870574-236

PFM-DEPO-00013959

Trial Exh. 4077 Page 0238





THPFM0003870574-238

Confidential

PFM-DEPO-00013961

Trial Exh. 4077 Page 0240



THPFM0003870574-239

Theranos Confidential

Confidential

PFM-DEPO-00013962

Trial Exh. 4077 Page 0241



Methicillin Resistant Staphylococcus aureus - MRSA

THPFM0003870574-240

Theranos Confidential

Confidential

PFM-DEPO-00013963

Trial Exh. 4077 Page 0242



THPFM0003870574-241

Confidential

PFM-DEPO-00013964

Trial Exh. 4077 Page 0243



THPFM0003870574-242

Confidential

PFM-DEPO-00013965

Trial Exh. 4077 Page 0244



THPFM0003870574-243

Confidential

PFM-DEPO-00013966

Trial Exh. 4077 Page 0245



THPFM0003870574-244

Confidential

PFM-DEPO-00013967

Trial Exh. 4077 Page 0246



STD Panel

Group B *Streptococcus*

*HSV*

*Treponema pallidum*

therano⊚s

THPFM0003870574-245

Theranos Confidential

Confidential

PFM-DEPO-00013968

ER-13636



THPFM0003870574-246

Theranos Confidential

Confidential

PFM-DEPO-00013969

Trial Exh. 4077 Page 0248



THPFM0003870574-247

Confidential

Theranos Confidential

PFM-DEPO-00013970

Trial Exh. 4077 Page 0249



THPFM0003870574-248

Confidential

PFM-DEPO-00013971

Trial Exh. 4077 Page 0250



# Effect of Interference substances on TNAA assays

theranos

THPFM0003870574-249

Theranos Confidential

Confidential

PFM-DEPO-00013972



Testing Potential Interfering Substances

H1N1 Assay

Flu A/Wisconsin (H3N2)

Potential carry over substances through sample prep does not inhibit the assays.

theranos

THPFM0003870574-250

Theranos Confidential

Confidential

PFM-DEPO-00013973

Trial Exh. 4077 Page 0252



THPFM000387O574-251

Confidential

PFM-DEPO-00013974

Trial Exh. 4077 Page 0253



NAA detection (E. Coli O157)

THPFM0003870574-252

PFM-DEPO-00013975

Confidential

Trial Exh. 4077 Page 0254

# Dengue Virus (RNA extracts)



| | | Dengue Assay Results | | |
|---|---|---|---|---|
| | | Dengue 1 | Dengue 2 | Dengue 3 |
| Sample | Dengue 1 | Positive 100% (24/24) | Negative 100% (16/16) | Negative 100% (16/16) |
| | Dengue 2 | Negative 100% (16/16) | Positive 100% (24/24) | Negative 100% (16/16) |
| | Dengue 3 | Negative 100% (16/16) | Negative 100% (16/16) | Positive 100% (24/24) |

theran⦿s

Theranos Confidential

Confidential

THPFM0003870574-253

PFM-DEPO-00013976

# Theranos Dengue Assays Testing with RNA Targets

Theranos primers were verified to perform well against intended pathogen Dengue targets with no cross reactivity.

Theranos Dengue assays detect Dengue 1, 2, 3 and 4 with good specificity.

**Dengue Amplification/Cross Reactivity Table at 10K copies/uL**

| Dengue | Assay 1 | Assay 2 | Assay 3 | Assay 4 |
|---|---|---|---|---|
| Sample 1 | Yes | No | No | No |
| Sample 2 | No | Yes | No | No |
| Sample 3 | No | No | Yes | No |
| Sample 4 | No | No | No | Yes |

theranos

Theranos Confidential

THPFM0003870574-254

Confidential

PFM-DEPO-00013977

Trial Exh. 4077 Page 0256

ER-13645



# Hepatitis B Virus (3 assays with DNA targets)

100 copies/uL target T137A1 DNA amplified by P137A1 multiplexed with P137B1 & C1 (mean: 24.8±1.2 min)

LoD is 100 copies/µl with a mean inflection time of 32.8±1.4 minutes.

100 copies/uL target T137B1 DNA amplified by P137B1 multiplexed with P137A1 & C1 (mean: 22.0±1.0 min)

100 copies/uL target T137C1 DNA amplified by P137C1 multiplexed with P137A1 & B1 (mean: 32.8±1.4 min)

theran⊕s

Theranos Confidential

THPFM0003870574-255

Confidential

PFM-DEPO-00013978



Human immunodeficiency virus (3 assays with RNA targets)

1,000 copies/uL target T140A1 RNA amplified by P140A1 primer set (mean: 29.8±1.2 min).

10,000 copies/uL target T140B1 RNA amplified by P140B1 primer set (mean: 27.5±0.7 min).

1,000 copies/uL target T140A1 RNA amplified by P140A1 primer set (mean: 27.3±0.7 min).

theranos

Theranos Confidential

THPFM000387057A-256

Confidential

PFM-DEPO-00013979

# Adenovirus (8 assays with DNA targets)

## LoD is 12 copies/µl with a mean inflection time of 43.1±1.4 minutes.



(7) 100 copies/µl target T119E1-001 amplified by P119E1-002 multiplexed with P117B1-001 (mean: 25.0±0.8 min).

(8) 100 copies/µl target T119E2-001 amplified by P119E1-002 multiplexed with P117B1-001 (mean: 25.4±0.7 min)..

theranos

Theranos Confidential

Confidential

THPFM0003870574-257



Bocavirus (Assay with DNA target)

LoD is 7 copies/µl with a mean inflection time of 30.2±1.7 minutes.

100 copies/ul target T126A1-001 amplified by primer set P126Ard-001 (mean: 25.4±0.4 min).

theranos

Theranos Confidential

THPFM0003870574-258

Confidential

PFM-DEPO-00013981



# Parainfluenzavirus (7 assays with RNA target)

## LoD is 2 copies/µl with a mean inflection time of 42.8±3.0 minutes.

(6) 100 copies/µl target T108A1 RNA amplified by P108A1 multiplexed with P103A1, P104B1, P105B1 & P107A1 (mean: 21.8±0.4 min).

(7) 100 copies/µl target T108B1 RNA amplified by P108A1 multiplexed with P103A1, P104B1, P105B1 & P107A1 (mean: 28.8±0.6 min).

theranos

Theranos Confidential

THPFM0003870574-259

Confidential

PFM-DEPO-00013982

Trial Exh. 4077 Page 0261



Rhinovirus (14 assays with RNA target)

(A) 100 copies/µl target T125B1 RNA amplified by P125B1-001 (mean: 21.3±0.2min).

(B) 100 copies/µl target T125D1 RNA amplified by P125D1-001 (mean: 21.3±0.8min).

(C) 100 copies/µl target T125E1 RNA amplified by P125E3-001 (mean: 17.1±0.6min).

theranos

Theranos Confidential

THPFM0003870574-260

Confidential

PFM-DEPO-00013983

Trial Exh. 4077 Page 0262

**ER-13651**



Theranos Confidential

Confidential

THPFM0003870574-261

PFM-DEPO-00013984

Trial Exh. 4077 Page 0263

**ER-13652**

# Penicillin-resistant Streptococcus pneumoniae (Assay with DNA target)

## LoD is 10 copies/µl with a mean inflection time of 41.6±9.4 minutes.

100 copies/ul target T120A1 DNA amplified by P120B1 primer set (mean: 28.5±0.4min)



theran⊚s

Theranos Confidential

Confidential

THPFM0003870574-262

PFM-DEPO-00013985

Trial Exh. 4077 Page 0264

**ER-13653**



Bordetella parapertussis (Assay with DNA target)

LoD is 10 copies/µl with a mean inflection time of 25.5±2.9 minutes.

100 copies/ul target T123B1 DNA amplified by P123C1 primer set (mean: 21.5±1.5min).

theranos

Theranos Confidential

THPFM0003870574-263

Confidential



# Enterobacter aerogenes (Assay with DNA target)

## LoD is 100 copies/µl with a mean inflection time of 27.5±2.1 minutes.

100 copies/uL target T150B1 DNA amplified by P150B2 primer set (mean: 27.5±2.1 min).

theranos

Theranos Confidential

THPFM0003870574-264

Confidential

PFM-DEPO-00013987

Trial Exh. 4077 Page 0266

**ER-13655**

# Escherichia coli (3 assays with DNA target)

## LoD is 100 copies/µl with a mean inflection time of 35.0±7.9 minutes.

100 copies/ul target T136A1 amplified by P136A1 multiplexed with P136B2 & C1 (mean: 22.3±2.4 min).

100 copies/ul target T136B1 amplified by P136B1 multiplexed by P136B2 & C1 (mean: 18.4±1.1 min).



theranos

Theranos Confidential

THPFM0003870574-265

Confidential

PFM-DEPO-00013988



Moraxella catarrhalis (2 assays with DNA target)

LoD is 10 copies/µl with a mean inflection time of 29.9±1.9 minutes.

100 copies/uL target T131B1 DNA amplified by P131B1 primer set (mean: 26.6±0.9 min).

Theranos Confidential

Confidential

THPFM0003870574-266

PFM-DEPO-00013989

Trial Exh. 4077 Page 0268

ER-13657



PFM-DEPO-00013990

Trial Exh. 4077 Page 0269

**ER-13658**

| | |
|---|---|
| **From:** | Aleksandr Rabodzey |
| **To:** | Brian Grossman; Vivek Khanna |
| **CC:** | Alex Virgilio; Sriram Balasuryan |
| **Sent:** | 1/28/2014 8:31:07 PM |
| **Subject:** | Theranos Technical and Regulatory Assessment |
| **Attachments:** | Vitamin D assay.pdf; LH Vitamin D.pdf |

**Exhibit No. 150**

**B. Grossman**
5/23/2019
3 page(s)

J. Rumsey, CSR 14144

Hi Team,
Following our discussions of the level of due diligence done by Theranos partners, and the level of disclosure that we get from Theranos, I spent more time on understanding the risks we have to account for here. I also had another call with someone from the industry who developed tests and had experience personally preparing 501k submissions and running clinical trials for MDx tests. We will have one more call tomorrow with another scientist.
Please consider my assessment below in the context of my skepticism to everything and my Russian negativity

**Here is the summary of my research and the call:**
- Every LDT is considered a device and thus falls under the FDA's jurisdiction, but the FDA usually turns a blind eye on the LDT within certain limitations: as we saw with NIPT market where SQNM marketed w/o FDA approval, but then Verinata chose to get it
- Thus, the FDA can intervene at any point in time and send a cease and desist order like they did with 23&Me. This decision would be primarily driven by importance of the test, complexity, volume, etc. There is no assurance that the FDA will not come out and demand FDA 501k filing for every test done by Theranos (all testing may be suspended in the interim), but I would expect the FDA to not do that for a year or two
- Important distinction between CLIA and FDA: "CMS' CLIA program does not address the clinical validity of any test – that is, the accuracy with which the test identifies, measures, or predicts the presence or absence of a clinical condition or predisposition in a patient. On the other hand, FDA evaluates the clinical validity of a test under its premarket clearance and approval processes and as a result, has expertise in this area. In other words, the FDCA encompasses clinical validity whereas CLIA does not." http://www.cms.gov/Regulations-and-Guidance/Legislation/CLIA/Downloads/LDT-and-CLIA_FAQs.pdf Thus, the FDA standards are higher AND require clinical validity, while CLIA does not. This is in contrast to what Theranos claimed today by saying that the requirements are essentially the same and getting CLIA is essentially the same as getting FDA approval.
- In fact, the FDA has a specific set of standards for validity: 40 samples is the absolute minimum (where 40 tests are done with reference method and the new method), R2 should be in general in line with other methods and generally >.9, 0.95 even better. Many manufacturers do 3 cites with 40 patients each for a total of 120 samples per test. http://isoforlab.com/phocadownload/csli/EP09-A2.pdf At this point many of Theranos tests would not qualify under one or the two or both requirements.
- To validate that test manufacturers follow these guidelines, I went through a list of tests, including Vitamin D, and most of these tests used >200 patients with multiple sites for their 501k. Thus, specifically, for the Vitamin D assay that they mentioned today I found an FDA approval for another test with 155 samples used to establish correlation with the reference method. In comparison to that, Theranos used 32 samples to validate their Vitamin B12 panel with R2 or 0.96 vs 0.99 for the FDA approved tests (both are good numbers)
- I then went ahead to check whether LH had a 501k for their Vitamin D test and while LH did not get a 501k clearance themselves, they are using FDA-cleared DiaSorin instrument (data for which I included below). See LH document and DiaSorin attached. This is contrary to Theranos' suggestions that LH does not get FDA approval for their tests

**Let me digest this in a simple way:**
1. The FDA could choose to send cease and desist order to Theranos any time because their tests are not FDA cleared. Historically, the FDA did not do this, so Theranos is correct that such an aggressive scenario is unlikely in the near future
2. CLIA does not guarantee the company that the FDA will not go after them, but there are examples of large CLIA labs operating w/o FDA approval: SQNM, MYGN, Ambry, etc
3. LH and DGX are using many (I am not sure if all) FDA approved tests and they are using FDA approved machines, while Theranos is not, hence Theranos position is weaker. That does not mean

PFM-SEC v. Balwani-0035349

USAO-SEC-0002494

the FDA will require a device approval right away, but probably within a some period of time
4. Based on the data I have seen so far I do not believe Theranos has adequate data for FDA approval for many of its tests today (they are clearly working on that). The key limitation is small sample size, which is easy to resolve, but for some tests the problem may be deeper (see below two examples where it is just unclear whether increasing the N would actually lead to tighter R2)

**Conclusion:** My take is that we do not have enough information to answer the question of whether the FDA will decide to regulate Theranos and when. We also do not know whether Theranos will have enough data on 99% of the testing volume to satisfy the FDA requirements. Since we cannot get access to their FDA communication on this topic and do not have a comprehensive access to data underlying the charts they presented, I think there is risk here. Thus, my conclusion is that we have to account for risk that the FDA will decide to regulate Theranos much earlier than they think, which may slow down or derail the launch. We also have to assume that there is a possibility that they will never be able to get certain tests approved by the FDA and they will remain venous blood draw tests (which they mentioned).

**Action:** I think there is a low, but unquantifiable, possibility that either the FDA will be more aggressive than Theranos thinks and/or that some of their tests will not clear the FDA review. It is not unusual to see risks like these in early stage investments, so this is not a problem per se, but is something we need to be mindful of and something we need to account for in our valuation of the company. Basically, I would assume 10-25% chance of a major delay or problems with getting all tests on the market through the FDA. Obviously, if everything goes well, this will be a huge success, so I don't want us to be too conservative here, but want to make sure we understand the risks involved since this may affect sizing decisions.

FDA-approved Vitamin D assay from LH/DiaSorin

| Assay Range (ng/mL) | Number of Samples |
|---|---|
| 0-10 | 12 |
| 10-20 | 39 |
| 20-40 | 44 |
| 40-100 | 51 |
| 100-150 | 9 |

The study results showed correlation between the two methods as follows:
$y = 0.99x + 2.4$, $R = 0.97$

Theranos Tests with Insufficient N or possibility for non-linear trend

CONFIDENTIAL PER P.O.

PFM-SEC v. Balwani-0035350

USAO-SEC-0002495

Trial Exh. 4089 Page 0002

**ER-13660**

## Thyroglobulin (antigen)





Theranos Confidential

**theran⊚s**

## Luteinizing Hormone (LH)



nfidential

**theran⊚s**

CONFIDENTIAL PER P.O.

PFM-SEC v. Balwani-0035351

USAO-SEC-0002496

**ER-13661**

| | |
|---|---|
| **To:** | Daniel Young[dyoung@theranos.com]; Paul Patel[ppatel@theranos.com]; Samartha Anekal[sanekal@theranos.com] |
| **Cc:** | Elizabeth Holmes[eholmes@theranos.com] |
| **From:** | Sunny Balwani |
| **Sent:** | Mon 3/31/2014 7:42:34 PM |
| **Importance:** | High |
| **Subject:** | FW: CO2 (Bicarbonate) issue |
| **Received:** | Mon 3/31/2014 7:42:33 PM |

Please drop by to discuss this.

Thanks.

---

**From:** Adam Rosendorff
**Sent:** Monday, March 31, 2014 12:38 PM
**To:** Sunny Balwani
**Cc:** Mark Pandori
**Subject:** CO2 (Bicarbonate) issue
**Importance:** High

Hi Sunny

At least 2/3 of our patients are reading below the normal range for bicarbonate (19-33 mM for CTNs).  I do not expect outpatients to have abnormal bicarb values. Curtis's study with 6 days of data (24 data points) also shows that Bicarb is reading ~30% lower than matched venous, even after correction of the value for bias. The current best explanation is that there is rapid loss of CO2 from the CTNs during transport/processing. It is known that there is a loss of 6mM of bicarbonate for every hour a vacutainer is left open. Because of the small volumes we are dealing with, the rate of loss in our case is probably greater. ARUP specimen stability is 24hrs refrigerated. Our current validation report states that:

∀    Plasma samples for Bicarbonate analysis are stable sealed for 2 weeks at 2-8 °C.

However the ADVIA package insert says:

• Serum or lithium heparin plasma may be stored at 2-8°C for 7 days or at room temperature for up to 24 hours.

I wonder if Paul has any data on outgassing that we can use to decide on what our best course of action is.

CLSes have been asking me what we should do about Bicarb reporting. On the one hand, physicians are aware that if they want an accurate bicarb reading, they need to get the sample to the lab stat.

So far we have not had any phone calls regarding bicarb values- I think docs know that it's a highly context-dependant assay.

Your comments would be welcome.

Adam

Adam Rosendorff, MD, FASCP

Laboratory Director

Theranos, Inc

(650) 856-4412 (Office)

(650) 823-4953 (Mobile)

(650) 852-9594 (Fax)

FOIA Confidential Treatment Requested by Theranos                                          TS-1077754

Trial Exh. 4116 Page 0001

arosendorff@theranos.com

FOIA Confidential Treatment Requested by Theranos TS-1077755

**To:**     Sunny Balwani[sbalwani@theranos.com]
**From:**   Elizabeth Holmes
**Sent:**    Fri 5/30/2014 1:20:20 AM
**Importance:**    Normal
**Subject:**  Re: OORL results?
**Received:**       Fri 5/30/2014 1:20:21 AM

I've done many meetings on this today

On May 29, 2014, at 5:48 PM, "Sunny Balwani" <sbalwani@theranos.com> wrote:

---

**From: Daniel Young**
**Sent: Thursday, May 29, 2014 5:47 PM**
**To: Sunny Balwani**
**Subject: RE: OORL results?**

Will do.

Physician noted that it would be surprising to see the count drop so much, even with a miscarriage.  Hence the agreement to collect another sample.

---

**From:Sunny Balwani**
**Sent: Thursday, May 29, 2014 5:38 PM**
**To: Daniel Young**
**Subject: RE: OORL results?**

Please stay on this as I would like to see what happened the first and second time and with the rerun.

What did the physician say?

---

**From: Daniel Young**
**Sent: Thursday, May 29, 2014 5:37 PM**

Confidential

Trial Exh. 4145 Page 0001

THPFM0003866605

**ER-13664**

**To:** Sunny Balwani
**Subject:** RE: OORL results?

Yes, run on Edisons.

We spoke with the ordering physician, and made the decision to collection another sample from the subject.  We are not reporting out the very low result.

When we get the new sample, we will immediately test it in duplicate.

**From:** Sunny Balwani
**Sent:** Thursday, May 29, 2014 5:27 PM
**To:** Daniel Young
**Subject:** RE: OORL results?

What did we dint out. Please keep me in loop on this. I assume this was run on edisons?

**From:** Daniel Young
**Sent:** Thursday, May 29, 2014 2:56 PM
**To:** Sunny Balwani
**Subject:** RE: OORL results?

Actually, I just touched bases with Christian and Adam on this earlier.

I asked Adam to call the doctor to ask about the clinical situation.  And then we will be able to decide if we want to release the results.

Confidential

Trial Exh. 4145 Page 0002

THPFM0003866606

**ER-13665**

In essence, the HCG value for this patient was high on 5/21 (indicating pregnancy) and then dropped very very low on 5/23, possibly indicating a miscarriage or abortion.  So we want to be careful with this one.

-Daniel

**From:**Sunny Balwani
**Sent:** Thursday, May 29, 2014 2:40 PM
**To:** Daniel Young
**Subject:** Fwd: OORL results?

Begin forwarded message:

> **From:** Amelia Aguirre <aaguirre@theranos.com>
> **Date:** May 29, 2014 at 1:56:24 PM PDT
> **To:** CLS <CLS@theranos.com>
> **Subject: OORL results?**

Physician is calling about results for HCG.  Notes in LIS indicate HCG results are OORL, do not release until further notice.

Can someone tell me what I can tell the physician.  Visit date is 5/23/14.

Thank you,

Amy

Confidential

Trial Exh. 4145 Page 0003

THPFM0003866607

**ER-13666**

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Sunny Balwani
**Sent:** Sat 5/31/2014 2:53:39 AM
**Importance:** Normal
**Subject:** FW: hCG testing
**Received:** Sat 5/31/2014 2:53:38 AM

---

**From:** Adam Rosendorff
**Sent:** Friday, May 30, 2014 7:53 PM
**To:** CLS
**Subject:** RE: hCG testing

Correction:

---

**From:** Adam Rosendorff
**Sent:** Friday, May 30, 2014 7:52 PM
**To:** CLS
**Subject:** hCG testing
**Importance:** High

(1) ALL FURTHER HCG TESTING (CTN OR VACUTAINER) IS TO BE RUN ON THE IMMULITE

(2) HOLD ALL EDISON CTN RESULTS- DO NOT RELEASE

(3) @ ANAM CONTACT PENDING HCG FOR REDRAW IF THERE INSUFFICIENT VOLUME TO RUN ON IMMULITE (25uL)

ADAM

Adam Rosendorff, MD, FASCP

Laboratory Director

Theranos, Inc

(650) 856-4412 (Office)

(650) 823-4953 (Mobile)

(650) 852-9594 (Fax)

arosendorff@theranos.com

Confidential

Trial Exh. 4147 Page 0001

THPFM0001558414

**To:**      Sunny Balwani[sbalwani@theranos.com]
**From:**    Daniel Young
**Sent:**    Mon 8/25/2014 5:02:17 AM
**Importance:**    Normal
**Subject:**    RE: bot experience
**Received:**    Mon 8/25/2014 5:02:16 AM

Beside PT/INR, we are currently working on different issues related to these assays:

- HCG (automated extra dilution to extend dynamic range)

- Testosterone (automated extra dilution to extend dynamic range)

- VB12 (evaluating comparison to predicate)

- TSH/fT4 (correlation and sensitivity)

- CO2 (CTN device related; new bias corrections being implemented now)

- New reference ranges for glucose, K, CO2 in fingerstick samples

  -Daniel

---

**From:** Sunny Balwani
**Sent:** Sunday, August 24, 2014 9:51 PM
**To:** Daniel Young
**Subject:** Re: bot experience

Are there any other assays you have concerns with and if so please send me a list. I can prioritize these over other work.

On Aug 24, 2014, at 9:37 PM, "Daniel Young" <dyoung@theranos.com> wrote:

> As I mentioned, I had some concerns a few weeks back about sample stability for PT/INR only when patients are under Coumadin treatment. We created a study plan to evaluate this, and are working on recruiting patients for the study.
>
> I feel that this is the only likely reason for low PT/INR results. Other things to check next are EDTA concentration variability – but we have studied this in the past with normal subjects and found no significant issues. But for patients undergoing treatment, there could be different sensitivities.
>
>   -Daniel

---

**From:** Sunny Balwani
**Sent:** Sunday, August 24, 2014 9:26 PM
**To:** Daniel Young
**Subject:** Fwd: bot experience

Daniel. The net net of this seems to suggest that our PT was reporting results too low. Can u plz take a look into this. Thanks.

Begin forwarded message:

Confidential

THPFM0000057384

**From:** Max Fosque <mfosque@theranos.com>
**Date:** August 24, 2014 at 9:17:21 PM PDT
**To:** Sunny Balwani <sbalwani@theranos.com>
**Cc:** Daniel Young<dyoung@theranos.com>, Christian Holmes <cholmes@theranos.com>
**Subject: Re: bot experience**

That is correct

On Aug 24, 2014, at 9:12 PM, "Sunny Balwani" <sbalwani@theranos.com> wrote:

> Seems like they ignored the software and collected wrong vacutainer. However, since
> sample got here in 24 hours, they were able to redeem it, make a manual human decision
> and run it on bcsxp. Max. Did I understand this correctly and can us verify infact this is
> what happened.
>
>
> Thx
>
> On Aug 24, 2014, at 9:09 PM, "Daniel Young" <dyoung@theranos.com> wrote:
>
>> Just to confirm, the correct vacutainer was collected in this case, correct?
>>
>> -Daniel
>>
>> On Aug 24, 2014, at 9:07 PM, "Max Fosque" <mfosque@theranos.com>
>> wrote:
>>
>>> I believe 36 hours.
>>>
>>>
>>> Na citrate tube was run on BCSXP device just within 24 hr of
>>> collection. Stability is 24hr for that method.
>>>
>>>
>>> Daniel and I will check with Langly on QC.
>>>
>>> On Aug 24, 2014, at 8:56 PM, "Sunny Balwani"
>>> <sbalwani@theranos.com> wrote:
>>>
>>>> What is the sample stability for PT on Normandy
>>>> method? I will speak with Tina about this
>>>> tomorrow as to why a sample collected at 723am
>>>> on day 1 is not being processed until 34 hours
>>>> later.
>>>>
>>>> Daniel can look into the quality checks etc for the
>>>> first 2 days.
>>>>
>>>> Please check with Langley on #3 specifically and
>>>> see what method we used for 3rd critical high value
>>>> and the QC for that method.
>>>>
>>>> Thanks.

Confidential

Trial Exh. 4182 Page 0002

THPFM0000057385

**From:** Max Fosque
**Sent:** Sunday, August 24, 2014 8:16 PM
**To:** Daniel Young
**Cc:** Sunny Balwani; Christian Holmes
**Subject:** FW: bot experience
**Importance:** High

Daniel,

Please see the note below from Tracy, regarding a reported discrepancy in PT/INR results for one of our employees. I've compiled the information I can glean from LIS and am awaiting a response from the field on whether or not the venous sample was frozen. Please let me know if you need anything else for investigation.

Visit 1: 8/05, 7am. Container received at 7.23am, next day. Aliquoted into PTPlate at 5.33pm next day, 34 hours after collection.

PT: 18.4 (High)

INR: 1.5

CTN: 0000000000118454

Visit 2: 8/20, 9.40am. Container received at 6.30am, next day. Aliquoted into PTPlate at 11.20am, 25 hours after collection.

PT: 18.9 (High)

INR: 1.6

CTN: 0000000000121050

Visit 3: 8/22, 2.50pm. Sod Citrate Vac received 8/23 at 12pm, resulted at 2.15pm next day. Almost exactly 24 hours. I don't believe the sample was frozen but following up to confirm.

PT: 44 (Critical High)

INR: 3.6

<*(J span>

Both EDTA CTN images look normal.

Thanks,

Max

**From:** Tracy Masson

Confidential

Trial Exh. 4182 Page 0003

THPFM0000057386

ER-13670

**Sent:** Sunday, August 24, 2014 8:01 PM
**To:** Sunny Balwani; Christian Holmes; Max Fosque
**Cc:** Ryan Karpel
**Subject:** bot experience
**Importance:** High

Could you please check on these results?
These are for _____, one of our bots.

Thanks,

Tracy

**NOTEWORTHY:**

On a personal lab testing level, I have been on anticoagulants for about 14 years now. I have been within recommended PT/INR range for about 13 years, prompting the same mg dosage for over a decade.

I recently had my standing order switched to Theranos for my PT/INR monitoring. This was the first time I had a CTN draw for my PT/INR. I was surprised when the results came back out of range (too low). My doctor advised me to retest about a week later. The second CTN result was also extremely low and he increased my Coumadin for one dose. This was last week. I have not felt "right" since the one increased dose and also experienced various skin bruising on my legs and arms almost immediately after the one dose increase. I asked for another standing order draw at the end of my shift yesterday. This time I wanted the draw switched from CTN to a venous draw.

An error was encountered when switching the draw from finger stick to venous draw. The system prompted a Lavender tube. Knowing this is incorrect for a coagulation test, I called Customer Support and speaking with Stacy, verified that that system had indeed prompted the wrong venipuncture tube.

The Phlebotomist, Emily who was performing my draw and I changed the tube in the system and she drew a blue top for a correct PT/INR venipuncture.

My doctor just called me because my PT/INR results now show that it is very high. I am to

Trial Exh. 4182 Page 0004

skip my dose tonight and retest on Monday.

For testing accuracy, I will be getting both a venipuncture and a CTN draw on Monday to compare results, as this information would be of utmost importance to Theranos and ultimately to the well-being of our patients. I will report when I receive the results on both and hopefully the numbers will correspond. I will also verify that the PT/INR App screen prompts for the correct tube.

Emily documented the system error on her IT=PSC App Log to Ryan Karpel and Bryan K and in her EOS Report to Phx Leaders.

<* (Jp class=MsoNormal>

Tracy Masson, General Manager Arizona Operations

480-492-9426

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT *(J-*(JThis electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc.,    1601 S California Avenue,    Palo Alto,    CA,    94304

650-838-9292 | www.theranos.com

THPFM0000057388

Trial Exh. 4182 Page 0005

ER-13672

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Sunny Balwani
**Sent:** Mon 9/29/2014 11:51:07 PM
**Importance:** Normal
**Subject:** RE: Customer Issue - GM
**Received:** Mon 9/29/2014 11:51:07 PM

finding out.

---

**From:** Elizabeth Holmes
**Sent:** Monday, September 29, 2014 4:51 PM
**To:** Sunny Balwani
**Subject:** RE: Customer Issue - GM

How did that happen?

---

**From:** Sunny Balwani
**Sent:** Monday, September 29, 2014 4:45 PM
**To:** Elizabeth Holmes
**Subject:** FW: Customer Issue - GM

please see below.

---

**From:** Kimberly Alfonso
**Sent:** Monday, September 29, 2014 3:04 PM
**To:** Christian Holmes
**Cc:** Sunny Balwani
**Subject:** Customer Issue - GM

Please see below.

Still need info on HCG inquiry from last month too (re: August 20 with 600,000 result from Margaret Gossett, NP).

---

**From:** Eric M. Nelson
**Sent:** Monday, September 29, 2014 2:53 PM
**To:** Mike Phebus
**Cc:** Kimberly Alfonso
**Subject:** FW: Labs-issue-hcg

Mike and Kimberly,

Please see below detailed hcg issue from a fertility office here in Scottsdale.

Thanks,

Eric

---

**From:** Allison Martin [mailto:backdesk1@ivfphoenix.com]
**Sent:** Monday, September 29, 2014 2:26 PM
**To:** Eric M. Nelson
**Subject:** RE: Labs

Confidential

Trial Exh. 4222 Page 0001

THPFM0000288920

**ER-13673**

Eric,

Thank you so much for dropping off the new order sheets! I am sorry I was unavailable at that time!

We will call the support line, but also wanted to give you a heads up on what happened with the lab. We sent a patient of ours in for her 48 hour repeat on her QBhcg. Her initial test came back at 160 (run at a different lab), and when we sent her back in for her repeat with your lab the results came back at <7.82. Because her test came back negative, we had her discontinue her current medications and began getting her ready for her next cycle.

A few weeks later she went back in for another QBhcg and it came back at over 2000. We brought her in and I scanned her, and there was in fact a baby, and a heartbeat.

Our concern is your lab told us she had a negative pregnancy, we relayed that to our patient and continued our protocol as she wasn't pregnant.

Our patients initials are GM. Date of service was 9/5/14 at 9:12am for a QBhcg which came back at a <7.82

Please pass this along, to ensure that this does not happen to any further patients/clients.


Thank you,

**Allison Martin**

IVF Phoenix & the office of

Dr John L Couvaras, MD FACOG

O: 602.765.2229

E:backoffice1@ivfphoenix.com

   

\* Be aware we are a Fragrance free office. Please refrain from wearing perfumes or colognes.

Confidentiality Notice:

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

**From:** Eric M. Nelson [mailto:ericn@theranos.com]
**Sent:** Monday, September 29, 2014 11:25 AM
**To:** Allison Martin

Confidential

Trial Exh. 4222 Page 0002

THPFM0000288921

**ER-13674**

**Subject:** Re: Labs

Hi Allison,

I just left new materials at the front desk of your office. Please note the new reproductive health panel and monitoring panel on the back of the test menu. For an issue please call clinician support 1 855 843 7200. Also, you can email me the details and I will send on to my manager. Please include the patients initials only. If you can also include other important details like dates, time of visit etc.., that would be helpful.

Thanks,

Eric

Sent from my iPhone

On Sep 29, 2014, at 10:04 AM, "Allison Martin" <backdesk1@ivfphoenix.com> wrote:

> Good morning,
>
> I hope this email finds you well! We have been sending more of our patients over to your lab for testing, and we are in need of some more order forms! If you could please direct me in how I can get some more for our office!
>
> Also, we needed to know who we could speak with about an incident we had with a patient and your lab? Is there a manager we could contact? Or what is the best way to go about this?
>
> Thank you and have a good day!
>
> Thank you,
>
> **Allison Martin**
>
> IVF Phoenix & the office of
>
> Dr John L Couvaras, MD FACOG
>
> O: 602.765.2229
>
> E:backoffice1@ivfphoenix.com
>
> 
>
> \* Be aware we are a Fragrance free office. Please refrain from wearing perfumes or colognes.
>
> Confidentiality Notice:
>
> The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error,

please notify us immediately by replying to the message and deleting it from your computer. Thank you.

Confidential

THPFM0000288923

**To:**      Elizabeth Holmes[eholmes@theranos.com]
**From:**   Sunny Balwani
**Sent:**    Tue 9/30/2014 6:06:40 AM
**Importance:**   Normal
**Subject:**  Fwd: Customer Issue - GM
**Received:**     Tue 9/30/2014 6:06:41 AM
image001.png


Begin forwarded message:


**From:** Daniel Young <dyoung@theranos.com>
**Date:** September 29, 2014 at 10:22:35 PM PDT
**To:** Maximillion Fosque <mfosque@theranos.com>, Sunny Balwani <sbalwani@theranos.com>
**Cc:** Chinmay Pangarkar <cpangarkar@theranos.com>, Christian Holmes <cholmes@theranos.com>
**Subject: RE: Customer Issue - GM**


Ok – looks fine.
Based on the individual tip date for the fingerstick sample, there were 4 tips reporting OORL, and two reporting invalid. Our algorithm interprets this an OORL result. It is possible that a processing error occurred, but we really do not have direct evidence of any errors based on this data.

From the patient history, given the medication and other factors that we do not fully know, there could have been some unusual trends in this analyte. There was also a significant gap between the 2nd and 3rd assay measurements.

-Daniel

**From:** Maximillion Fosque
**Sent:** Monday, September 29, 2014 10:18 PM
**To:** Daniel Young; Sunny Balwani
**Cc:** Chinmay Pangarkar; Christian Holmes
**Subject:** RE: Customer Issue - GM

Finger stick

**From:** Daniel Young
**Sent:** Monday, September 29, 2014 10:17 PM
**To:** Maximillion Fosque; Sunny Balwani
**Cc:** Chinmay Pangarkar; Christian Holmes
**Subject:** RE: Customer Issue - GM

Is this the fingerstick or venous sample?

**From:** Maximillion Fosque
**Sent:** Monday, September 29, 2014 10:16 PM
**To:** Sunny Balwani
**Cc:** Daniel Young; Chinmay Pangarkar; Christian Holmes
**Subject:** RE: Customer Issue - GM

Confidential

THPFM0000832674

**ER-13677**



**From:** Sunny Balwani
**Sent:** Monday, September 29, 2014 9:46 PM
**To:** Maximillion Fosque
**Cc:** Daniel Young; Chinmay Pangarkar; Christian Holmes
**Subject:** Re: Customer Issue - GM

Did the first sample show hemolysis or other issues?
On Sep 29, 2014, at 5:55 PM, "Maximillion Fosque" <mfosque@theranos.com> wrote:

Aliquot from EDTA vacutainer run on Edison

**From:** Daniel Young
**Sent:** Monday, September 29, 2014 5:55 PM
**To:** Maximillion Fosque; Chinmay Pangarkar
**Cc:** Sunny Balwani; Christian Holmes
**Subject:** RE: Customer Issue - GM

We need the raw tip counts for both events.

Also, what kind of sample was used in the second case?

**From:** Maximillion Fosque
**Sent:** Monday, September 29, 2014 5:53 PM
**To:** Daniel Young; Chinmay Pangarkar
**Cc:** Sunny Balwani; Christian Holmes
**Subject:** FW: Customer Issue - GM

All,

A doctor's office has reported a potential discrepancy with our hCG results.

Confidential

THPFM0000832675

On or around 9/3 or 9/4, a patient got hCG results from another lab of 160 mIU/mL. Within 48 hours, the patient came to Walgreens (visit date 9/5), and we collected 1 EDTA CTN. We reported results of OORL (<7.82 mIU/mL). Due to this, medications were discontinued. However, the patient returned on 9/19, with the same test ordered (along with Progesterone). We then reported hCG results of 2150.01 mIU/ML (aliquot to CTN and run on Edison).

The office is inquiring as to why the first result was reported as Negative, where in fact it is likely it should have been a positive value.

9/5 CTN: 0000000000134072
9/19 CTN: 0000000000175430

Please let me know what information can be pulled to assist in this investigation.

Thanks,
Max

---

**From:** Sunny Balwani
**Sent:** Monday, September 29, 2014 4:45 PM
**To:** Maximillion Fosque
**Subject:** FW: Customer Issue - GM

can you please look this up and send me details.

---

**From:** Kimberly Alfonso
**Sent:** Monday, September 29, 2014 3:04 PM
**To:** Christian Holmes
**Cc:** Sunny Balwani
**Subject:** Customer Issue - GM

Please see below.

Still need info on HCG inquiry from last month too (re: August 20 with 600,000 result from Margaret Gossett, NP).

---

**From:** Eric M. Nelson
**Sent:** Monday, September 29, 2014 2:53 PM
**To:** Mike Phebus
**Cc:** Kimberly Alfonso
**Subject:** FW: Labs-issue-hcg

Mike and Kimberly,

Please see below detailed hcg issue from a fertility office here in Scottsdale.

Thanks,
Eric

---

**From:** Allison Martin [mailto:backdesk1@ivfphoenix.com]
**Sent:** Monday, September 29, 2014 2:26 PM
**To:** Eric M. Nelson
**Subject:** RE: Labs

Eric,
Thank you so much for dropping off the new order sheets! I am sorry I was unavailable at that time!
We will call the support line, but also wanted to give you a heads up on what happened with the lab. We sent a patient of ours in for her 48 hour repeat on her QBhcg. Her initial test came back at 160 (run at a different lab), and when we sent her back in for her repeat with your lab the results came back at <7.82. Because her test came back negative, we had her discontinue her current medications and began getting her ready for her

Confidential                                                          THPFM0000832676

Trial Exh. 4228 Page 0003

**ER-13679**

next cycle.
A few weeks later she went back in for another QBhcg and it came back at over 2000. We brought her in and I scanned her, and there was in fact a baby, and a heartbeat.
Our concern is your lab told us she had a negative pregnancy, we relayed that to our patient and continued our protocol as she wasn't pregnant.

Our patients initials are GM. Date of service was 9/5/14 at 9:12am for a QBhcg which came back at a <7.82
Please pass this along, to ensure that this does not happen to any further patients/clients.


Thank you,

**Allison Martin**
IVF Phoenix & the office of
Dr John L Couvaras, MD FACOG

O: 602.765.2229
E: backoffice1@ivfphoenix.com


<image001.jpg>

* Be aware we are a Fragrance free office.  Please refrain from wearing perfumes or colognes.


Confidentiality Notice:
The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.


**From:** Eric M. Nelson [mailto:ericn@theranos.com]
**Sent:** Monday, September 29, 2014 11:25 AM
**To:** Allison Martin
**Subject:** Re: Labs

Hi Allison,

I just left new materials at the front desk of your office.  Please note the new reproductive health panel and monitoring panel on the back of the test menu.  For an issue please call clinician support 1 855 843 7200.  Also, you can email me the details and I will send on to my manager.  Please include the patients initials only. If you can also include other important details like dates, time of visit etc.., that would be helpful.

Thanks,
Eric

Sent from my iPhone
On Sep 29, 2014, at 10:04 AM, "Allison Martin" <backdesk1@ivfphoenix.com> wrote:

Good morning,
I hope this email finds you well! We have been sending more of our patients over to your lab for testing, and we are in need of some more order forms! If you could please direct me in how

Confidential

THPFM0000832677

I can get some more for our office!

Also, we needed to know who we could speak with about an incident we had with a patient and your lab? Is there a manager we could contact? Or what is the best way to go about this? Thank you and have a good day!

Thank you,

**Allison Martin**
IVF Phoenix & the office of
Dr John L Couvaras, MD FACOG

O: 602.765.2229
E: backoffice1@ivfphoenix.com

<image001.jpg>

* Be aware we are a Fragrance free office. Please refrain from wearing perfumes or colognes.

Confidentiality Notice:
The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.



theranos

1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

**CONFIDENTIAL COMMERCIAL INFORMATION**
**EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT**

September 23, 2015

To Whom It May Concern:

You requested a current list of the platforms on which all of our tests are running as of September 22, 2015. We are providing that information to you under separate cover. Additionally, the following is the list of the Laboratory Developed Tests (LDTs) that Theranos tested on Theranos device, also called Theranos Sample Processing Units (TSPUs), along with the time periods when those tests were run. Theranos recently received FDA clearance for its Theranos System – including the device, the Theranos Sample Collection Device (including the nanotainers) and other components of the system – , and plans to bring these units live again in the lab as 510k-cleared analyzers, rather than LDTs, once additional clearances are obtained.

As we explained in person, Theranos changes the platforms on which it runs tests from time to time. The decision to move testing off of TSPUs and onto other platforms in this case was a business decision to transition to the manufacturing quality systems to QSR compliance under FDA guidelines and does not reflect on the reliability or accuracy of any platform.

Theranos has never commercially distributed a TSPU.

| Test | Initial | End |
|------|---------|-----|
| Vit D | 11/6/2013 | 3/10/2015 |
| TSH | 11/7/2013 | 2/4/2015 |
| FT4 | 11/11/2013 | 2/4/2015 |
| TPSA | 11/11/2013 | 6/25/2015 |
| TT3 | 2/12/2014 | 2/4/2015 |
| TT4 | 2/12/2014 | 2/4/2015 |
| TST | 3/19/2014 | 3/10/2015 |
| HCG | 5/9/2014 | 1/19/2015 |
| SHBG | 7/28/2014 | 6/25/2015 |
| VB12 | 8/12/2014 | 3/6/2015 |
| Estradiol | 9/25/2014 | 12/18/2014 |
| Prolactin | 9/25/2014 | 12/18/2014 |

TRX Exh 4533 Page 0001

THERANOS CONFIDENTIAL

THPFM0002422856
US-REPORTS-0023789

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
Western Division of Survey and Certification
San Francisco Regional Office
90 7th Street, Suite 5-300 (5W)
San Francisco, CA  94103-6707



Refer to:  WDSC- GKY

## IMPORTANT NOTICE – PLEASE READ CAREFULLY

January 25, 2016

Sunil Dhawan, M.D., Director                          CLIA Number: 05D2025714
Theranos, Inc.
7333 Gateway Boulevard
Newark, CA  94560

RE:  CONDITION LEVEL DEFICIENCIES – IMMEDIATE JEOPARDY

Dear Dr. Dhawan:

In order for a laboratory to perform testing under the Clinical Laboratory Improvement
Amendments of 1988 (CLIA), Public Law 100-578, it must comply with all CLIA requirements.
These requirements are found in section 353 of the Public Health Service Act (42 U.S.C. 263a)
and 42 Code of Federal Regulations, Part 493 (42 CFR 493). Federal regulations require onsite
surveys to determine whether or not a laboratory is in compliance with the applicable regulations.
Compliance with these regulations is a condition of certification for the CLIA program.

The Centers for Medicare & Medicaid Services (CMS) conducted a CLIA recertification and
complaint survey of the laboratory.  The onsite survey was completed on November 20, 2015.
However, the survey concluded with the receipt of critical information received from the
laboratory on December 23, 2015.  As a result of the survey, it was determined that your facility
is not in compliance with all of the Conditions required for certification in the CLIA program.  In
addition, based on the Condition-level requirement at 42 C.F.R. § 493.1215, Hematology, it was
determined that the deficient practices of the laboratory pose immediate jeopardy to patient health
and safety.  (Immediate jeopardy is defined by the CLIA regulations as a situation in which
immediate corrective action is necessary because the laboratory's non-compliance with one or
more Condition-level requirements has already caused, is causing, or is likely to cause, at any time,
serious injury or harm, or death, to individuals served by the laboratory or to the health and safety
of the general public.)  Specifically, the following Conditions were not met:

| | | |
|---|---|---|
| D5024: 42 C.F.R. § 493.1215 | Condition: Hematology; | |
| D5400: 42 C.F.R. § 493.1250 | Condition: Analytic systems; | |
| D6076: 42 C.F.R. § 493.1441 | Condition: Laboratories performing high complexity testing; laboratory director; | |
| D6108: 42 C.F.R. § 493.1447 | Condition: Laboratories performing high complexity testing; technical supervisor; and, | |

1

FOIA Confidential Treatment Requested by Theranos                          TS-0917883

**Trial Exh. 4621 Page 0001**

**ER-13683**

      D6168: 42 C.F.R. § 493.1487      Condition: Laboratories performing high complexity
                                        testing; testing personnel.

In addition, other standards were also found to be not met. Enclosed is Form CMS-2567, Statement of Deficiencies, listing all the deficiencies found during the survey.

When a laboratory's deficiencies pose immediate jeopardy, CMS requires the laboratory to take immediate action to remove the jeopardy and come into Condition-level compliance. Laboratories that do not meet the Condition-level requirements of CLIA may not be certified to perform laboratory testing under the CLIA program.

The laboratory has 10 CALENDAR DAYS from the date of receipt of this notice to provide CMS' Central Office and San Francisco Regional Office with a credible allegation of compliance and acceptable evidence of correction documenting that the immediate jeopardy has been removed and that action has been taken to correct all of the Condition-level deficiencies in question.

Please document the laboratory's allegation of compliance using the enclosed Form CMS-2567, Statement of Deficiencies, in the columns labeled "Provider Plan of Correction" and "Completion Date" located on the right side of the form, keying your responses to the deficiencies on the left. The laboratory director must sign, date and return the completed Form CMS-2567 documented with a credible allegation of compliance WITHIN 10 CALENDAR DAYS from the date of receipt of this notice. You must also submit documented evidence that verifies that the corrections were made. (Your allegation of compliance will be included in the public record of the inspection.)

For your information, a credible allegation of compliance is a statement or documentation that is:

      1) Made by a representative of a laboratory with a history of having maintained a commitment to compliance and taking corrective action when required;

      2) Realistic in terms of the possibility of the corrective action being accomplished between the date of the survey and the date of the allegation; and

      3) Indicates resolution of the problems.

In addition, acceptable evidence of correction must include:

      1) Documentation showing what corrective action(s) have been taken for patients found to have been affected by the deficient practice;

      2) How the laboratory has identified other patients having the potential to be affected by the same deficient practice and what corrective action(s) has been taken;

      3) What measure has been put into place or what systemic changes have been made to ensure that the deficient practice does not recur; and

2

FOIA Confidential Treatment Requested by Theranos                        TS-0917884

4) How the corrective action(s) are being monitored to ensure the deficient practice does not recur.

If the laboratory submits a credible allegation of compliance and acceptable evidence of correction that the laboratory has removed jeopardy and come into Condition-level compliance, and we are able to verify compliance with all CLIA requirements through a follow-up survey, sanctions will not be imposed. If the laboratory does not submit a credible allegation of compliance and acceptable evidence of correction, we will not conduct a follow-up survey.

If jeopardy is not removed and the laboratory does not come into Condition-level compliance, CMS will take sanction action(s) against the laboratory's CLIA certificate. If necessary, we will advise the laboratory in writing of the sanction(s) to be imposed and/or enforcement action(s) that will be taken. These sanctions may include alternative sanctions (Civil Money Penalty of up to $10,000 per day of non-compliance pursuant to 42 C.F.R. §493.1834, Directed Plan of Correction pursuant to 42 C.F.R. § 493.1832, and/or State Onsite Monitoring pursuant to 42 C.F.R. § 493.1836) and principal sanctions (suspension, limitation and/or revocation of the laboratory's CLIA certificate and cancellation of the laboratory's approval for Medicare payments pursuant to 42 C.F.R. § 493.1814).

Please note that the routine survey takes an overview of the laboratory through random sampling. By its nature, the routine survey may not find every violation that the laboratory may have committed. It remains the responsibility of the laboratory and its director to ensure that the laboratory is at all times following all CLIA requirements, to identify any problems in the laboratory and take corrective action specific to the problems, and to institute appropriate quality assurance measures to ensure that the deficient practices do not recur.

In addition to the routine CLIA certification surveys, announced or unannounced investigations/surveys may be conducted by CMS or CMS' agents at any time to address complaints or other non-compliance issues. These investigations/surveys may well identify violations that may not have surfaced during a routine survey using random sampling, but for which the laboratory and its director will still be held responsible.

**Instructions for Submitting the Laboratory's Response**

All responses as well as any future correspondence pertaining to this survey should be sent to:

Karen Fuller, Manager
State Oversight and CLIA Branch
Division of Survey and Certification
Centers for Medicare & Medicaid Services
90 7th Street, Suite 5-300 (5W)
San Francisco, CA 94103-6707

A copy of any response the laboratory makes to CMS' San Francisco Regional Office must also be sent to CMS' Central Office at the following address:

3

FOIA Confidential Treatment Requested by Theranos                          TS-0917885

Division of Laboratory Services
Survey and Certification Group (SCG)
Center for Clinical Standards and Quality (CCSQ)
Centers for Medicare & Medicaid Services
7500 Security Blvd – Mail Stop C2-21-16
Baltimore, MD  21244
Attention: Sarah Bennett

If you have questions regarding this letter, please contact Gary Yamamoto of my staff at (415) 744-3738.

Sincerely,

*Karen Fuller*

Karen Fuller, Manager
State Oversight and CLIA Branch
Division of Survey and Certification

Enclosure:     Form CMS-2567, Statement of Deficiencies

cc:          California Department of Public Health, Laboratory Field Services

             CMS, Central Office

4

FOIA Confidential Treatment Requested by Theranos

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br>THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE<br>7333 GATEWAY BLVD<br>NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | 493.1256(f)(g) CONTROL PROCEDURES<br><br>(f) Results of control materials must meet the laboratory's and, as applicable, the manufacturer's test system criteria for acceptability before reporting patient test results.<br><br>(g) The laboratory must document all control procedures performed.<br>This STANDARD is not met as evidenced by:<br>1. Based on review of the prothrombin time/international normalized ratio (PT/INR) procedure, quality control (QC) records, patient results and interview with the general supervisor, the laboratory failed to ensure that the QC for PT/INR was acceptable prior to reporting patient results from April 2015 through September 2015. Findings include:<br><br>a. CL SOP-10001 Revision A, "Measuring Prothrombin Time-Innovin (PT on the Siemens BCS XP Instrument" stated on page 6, section 8.6 that if control values are outside of the determined range, the controls, reagents and instrument performance should be checked and that identification and correction of the problem shoud be documented prior to reporting patient results.<br><br>b. QC records for Citrol 3 (Lot number 548425) were reviewed from 4/1/15 through 9/23/15.<br><br>c. The general supervisor stated that QC was acceptable if the values were +/- 2 SD from the | D5481 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 36 of 121

FOIA Confidential Treatment Requested by Theranos          TS-0917922

Trial Exh. 4621 Page 0040

ER-13687

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 05D2025714 | A. BUILDING _____ <br> B. WING _____ | | 11/20/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 7333 GATEWAY BLVD <br> NEWARK, CA 94560 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | Continued From page 36 <br> mean. <br><br> d.  On 9/7/15, Citrol 3 was run seven times without obtaining an acceptable QC value. <br><br> e.  On 9/8/15, Citrol 3 was run twelve times without obtaining an acceptable QC value. <br><br> f.  On 25 of 32 days, Citrol 3 was not rerun when the QC value was greater than - 2 SD. <br><br> g.  On 5/15/15, 8/13/15, 8/21/15 and 9/10/15, Citrol 3 was run twice.  All QC results were unacceptable. <br><br> h.  The Rule Check report revealed that 13 of 13 QC values in April 2015, 2 of 17 in May 2015, 7 of 7 in June 2015, 13 of 13 in July 2015, 16 of 16 in August, and 24 of 24 during September 1-16, 2015 showed rule violation messages related to Citrol 3. <br><br> i.  81 patients were reported from 4/1/15 through 9/16/15. <br><br> 2.  Based on review of the quality control (QC) procedure, QC records, and raw data from patient test runs and interview with the general supervisor, the laboratory failed to ensure that the QC was acceptable for the Theranos Proprietary System (TPS) prior to reporting patient test results:  Findings include: <br><br> a.  CL SOP-15026 Revision A, "Edison 3.5 Theranos System Daily QC Procedures", stated the following in section 10.1.1: "...For any single Edison instrument, reject QC if either level is greater than 2 SD or if either level falls on the same side of the mean for 10 consecutive days." | D5481 | | |

FOIA Confidential Treatment Requested by Theranos                                     TS-0917923

Trial Exh. 4621 Page 0041

ER-13688

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>**11/20/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br>**THERANOS INC** | STREET ADDRESS, CITY, STATE, ZIP CODE<br>**7333 GATEWAY BLVD**<br>**NEWARK, CA 94560** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | Continued From page 37<br><br>b. Section 11.1.1 of CL SOP-15026 Revision A further stated that "Daily QC automatically expires 24 hours after use."<br><br>c. The general supervisor stated that when the QC was unacceptable, the TPS device locked out patient testing for 24 hours or until the QC was acceptable and if the QC was unacceptable another device would be used for testing.<br><br>d. QC records for Sex Hormone Binding Globulin (SHBG) showed that on Device E001025 QC Level 2's (QC2) 24 hour expiration was on 8/14/14 at 18:54 and was not run again until 8/15/14 at 00:05. Patient data showed that patient Accession #94389 was run on 8/14/14 at 19:09.<br><br>e. QC records for SHBG showed that on Device E001025 QC Level 1's (QC1) 24 hour expiration was on 8/20/14 at 17:43 and was not run again until 8/21/14 at 17:50. Patient data showed that patient Accession #95403 was run on 8/20/14 at 19:08.<br><br>f. QC records for SHBG showed that on Device E001036 QC1 was not run again until 11/1/14 at 22:15. Patient data showed that patient Accession #112807 was run on 11/1/14 at 00:02.<br><br>g. QC records for Vitamin B12 (VB12) showed that on Device E000027 QC1 was run on 8/16/14 at 06:16 and failed. QC1 was next run 8/17/14 at 09:10 and passed. QC2 was not run on 8/15/14 or 8/16/14. Patient data showed that patient Accession #94598 was run on 8/16/14 at 00:48.<br><br>h. QC records for VB12 showed that on Device | D5481 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete    Event ID: W34211    Facility ID: CA22046272    If continuation sheet Page 38 of 121

FOIA Confidential Treatment Requested by Theranos    TS-0917924

Trial Exh. 4621 Page 0042

**ER-13689**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  05D2025714 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE  7333 GATEWAY BLVD  NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | Continued From page 38<br>E000027 QC1 was run on 8/16/14 at 06:16 and failed. QC1 was next run 8/17/14 at 09:10 and passed. QC2 was not run on 8/15/14 or 8/16/14. Patient data showed that patient Accession #94598 was run on 8/16/14 at 00:48.<br><br>i.      QC records for VB12 showed that on Device E000027 QC2 24 hour expiration was on 8/19/14 at 08:00 and was not run again until 8/20/14 at 21:05. Patient data showed that 3 patients (Accession #s 95411, 95462, 95543) were run on 8/20/14 between 12:33 and 17:52.<br><br>j.      QC records for VB12 showed that on Device E000027 QC2 24 hour expiration was on 8/22/14 at 17:38 and was not run again until 8/23/14 at 21:05. Patient data showed that 2 patients (Accession #s 95984, 96106) were run on 8/22/14 at 18:56 and 21:21.<br><br>k.      QC records for VB12 showed that on Device E000027 QC1's 24 hour expiration was on 8/24/14 at 16:43 and was not run again until 8/25/14 at 07:59. QC2 24 hour expiration was on 8/24/14 at 21:05 and was not run again until 8/25/14 at 12:23. Patient data showed that 3 patients (Accession #s 96327, 96250, 96371) were run on 8/24/14 between 17:15 and 21:36.<br><br>l.      QC records for VB12 showed that on Device E000037 QC1 had a "10x warning" message in the QC Pass/Fail Status column on 2/25/15 at 20:29 and again on 2/26/15 at 20:22. QC2 had a "10x warning" message in the QC Pass/Fail Status column on 2/25/15 at 22:11 and again on 2/26/15 at 22:04.  QC1 passed on 2/27/15 at 22:54 and QC2 was run and passed on 2/28/15 at 00:27. Patient data showed that 7 patients (Accession #s 146275, 146391, 146651, 146852, | D5481 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 39 of 121

FOIA Confidential Treatment Requested by Theranos

Trial Exh. 4621 Page 0043

ER-13690

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **05D2025714** | A. BUILDING _____ | | |
| | | B. WING _____ | | **11/20/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **THERANOS INC** | **7333 GATEWAY BLVD** **NEWARK, CA  94560** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | Continued From page 39<br>147149, 146596, 146898) were run between 2/26/15 and 2/27/15 during the time the laboratory had a 10x warning.<br><br>m.   QC records for VB12 showed that on Device E001000 QC1's 24 hour expiration was on 1/25/15 at 21:58 and was not run again until 1/28/15 at 2140. QC2 24 hour expiration was on 1/26/15 at 02:22 and was not run again until 1/28/15 at 23:19. Patient data showed that 5 patients (Accession #s 136351, 136139,136386, 136897, 135548) were run between 1/27/15 at 1359 and 1/28/15 at 11:50.<br><br>n.   QC records for Vitamin D, 25-OH (VitD) showed on Device E001059 QC1's 24 hour expiration was on 7/6/14 at 14:11 and was not run again until 7/7/15 at 08:04. Patient data showed that Accession #88699 was run on 7/6/14 at 14:31.<br><br>o.   Levey-Jennings charts revealed that SHBG Device E000026 QC1 had 13 consecutive days and QC2 had 15 consecutive days that the results were at least 2 standard deviations (SDs) below the mean from 9/30/14 through 10/29/14.<br><br>p.   Levey-Jennings charts revealed that SHBG Device E001007 QC1 had 19 consecutive days that the results were at least 2 SDs below the mean from 3/31/15 through 4/29/15.<br><br>q.   Levey-Jennings charts revealed that VitD Device E001059 QC1 had 15 consecutive days that the results were at least 2 SDs above the mean from 6/30/15 through 7/25/14.<br><br>r.   Levey-Jennings charts revealed that Total T3 (TT3) Device E000195 QC1 had 11 consecutive | D5481 | | |

FOIA Confidential Treatment Requested by Theranos        TS-0917926

Trial Exh. 4621 Page 0044

**ER-13691**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>**11/20/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>**THERANOS INC** | STREET ADDRESS, CITY, STATE, ZIP CODE<br>**7333 GATEWAY BLVD**<br>**NEWARK, CA 94560** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | Continued From page 40<br>days that the results were at least 2 SDs above the mean from 1/3/15 through 1/29/15.<br><br>s.   Levey-Jennings charts revealed that TT3 Device E001032 QC1 had 113 consecutive days and QC2 had 12 consecutive days that the results were at least 2 SDs above the mean from 7/9/14 through 7/25/14.<br><br>t.   Levey-Jennings charts revealed that VB12 Device E000187 QC1 had 14 consecutive days and QC2 had 12 consecutive days that the results were at least 2 SDs above the mean from 2/10/14 through 2/27/14. | D5481 | | |
| D5775<br>400B | 493.1281(a)(c) COMPARISON OF TEST RESULTS<br><br>(a) If a laboratory performs the same test using different methodologies or instruments, or performs the same test at multiple testing sites, the laboratory must have a system that twice a year evaluates and defines the relationship between test results using the different methodologies, instruments, or testing sites.<br>(c) The laboratory must document all test result comparison activities.<br>This STANDARD is not met as evidenced by: | D5775 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 41 of 121

FOIA Confidential Treatment Requested by Theranos                    TS-0917927

Trial Exh. 4621 Page 0045

ER-13692

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE 7333 GATEWAY BLVD NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5775 | Continued From page 41 | D5775 | | |

2. Based on review of documentation, the laboratory failed to have a system that twice a year evaluated and defined the relationship between the Theranos Proprietary System (TPS) to a predicate instrument. Findings include:'

a. Undated documentation provided by the laboratory revealed a comparison study between the Theranos Proprietary System (TPS) (i.e., Edison) and a predicate device (Immulite, Centaur, or Liaison) for Sex Hormone Binding Globulin (SHBG), Total T3 (TT3), Vitamin D (VitD) and Vitamin B12 (VB12).

b. The method comparison documentation showed that the following devices (i.e., readers) E000026, E001025 and E001036 were used for SHBG comparison testing. SHBG testing occurred from 7/28/14 through 6/25/15.

c. Quality control (QC) monthly reports revealed that seven devices were used for SHBG from February 2015 through June 2015 but only three devices were included in the comparison study.

d. QC and patient result documentation for SHBG also revealed that devices E000040, E001007 and E001035 were used for patient

FORM CMS-2567(02-99) Previous Versions Obsolete      Event ID: W34211      Facility ID: CA22046272      If continuation sheet Page 42 of 121

FOIA Confidential Treatment Requested by Theranos      TS-0917928

Trial Exh. 4621 Page 0046

ER-13693

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE<br>7333 GATEWAY BLVD<br>NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5775 | Continued From page 42<br><br>testing and were not included in the comparison study.<br><br>e.   The method comparison documentation showed that the following devices E000162, E000187, E00195, E001011, E001032, and E001049 were used for TT3 testing.  TT3 testing occurred from 2/2/14 through 2/4/15.<br><br>f.   The method comparison documentation showed that the following devices E000053, E000072, E00101, E0001157, E001007, E001043, and E001059 were used for VitD testing.  VitD testing occurred from 11/6/13 through 3/10/15.<br><br>g.   Quality control (QC) monthly reports revealed that twelve devices were used for VitD in February 2015 and eighteen devices were used from March 2015 through April 2015 but only seven devices were included in the comparison study.<br><br>h.   QC and patient result documentation for VitD also revealed that device E001059 was used for patient testing and was not included in the comparison study.<br><br>i.   The method comparison documentation showed that the following devices E000053, E000072, E00101, E0001157, E001007, E001043, and E001059 were used for VB12 testing.  VB12 testing occurred from 8/12/14 through 3/6/15.<br><br>j.   Quality control (QC) monthly reports revealed that twelve devices were used for VB12 in October 2014 and February 2015 through April 2015 but only eleven devices were included in the | D5775 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID:W34211        Facility ID: CA22046272        If continuation sheet Page 43 of 121

FOIA Confidential Treatment Requested by Theranos        TS-0917929

Trial Exh. 4621 Page 0047

ER-13694

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 7333 GATEWAY BLVD NEWARK, CA 94560 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5775 | Continued From page 43 comparison study. | D5775 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID: W34211        Facility ID: CA22046272        If continuation sheet Page 44 of 121

FOIA Confidential Treatment Requested by Theranos

TS-0917930

Trial Exh. 4621 Page 0048

ER-13695

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 05D2025714 | A. BUILDING _____<br>B. WING _____ | 11/20/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 7333 GATEWAY BLVD<br>NEWARK, CA 94560 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | 493.1289(a)(c) ANALYTIC SYSTEMS QUALITY ASSESSMENT<br><br>(a) The laboratory must establish and follow written policies and procedures for an ongoing mechanism to monitor, assess, and when indicated, correct problems identified in the analytic systems specified in | D5791 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 47 of 121

FOIA Confidential Treatment Requested by Theranos          TS-0917933

Trial Exh. 4621 Page 0051

ER-13696

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>**11/20/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>**THERANOS INC** | STREET ADDRESS, CITY, STATE, ZIP CODE<br>**7333 GATEWAY BLVD**<br>**NEWARK, CA 94560** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 47<br>§§493.1251 through 493.1283.<br>(c) The laboratory must document all analytic systems assessment activities.<br><br>This STANDARD is not met as evidenced by: | D5791 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 48 of 121

FOIA Confidential Treatment Requested by Theranos          TS-0917934

Trial Exh. 4621 Page 0052

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE 7333 GATEWAY BLVD NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | | D5791 | | |
| | 2.  Based on review of Quality Control (QC) data and Monthly QC Reports, the laboratory failed to have a quality assessment (QA) procedure to identify and correct problem with the QC values for the Theranos Proprietary System (TPS) when precision did not meet the laboratory's requirement for precision.  Findings include: a.  CL PLN-14003 Revision A, "Master Validation Plan for Routine Chemistry Assays on Theranos | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete     Event ID: W34211     Facility ID: CA22046272     If continuation sheet Page 49 of 121

FOIA Confidential Treatment Requested by Theranos     TS-0917935

Trial Exh. 4621 Page 0053

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE 7333 GATEWAY BLVD NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 49 Devices" in section 13.4.5 requires the %CV of replicates to be not more than 15% (20% at the lower and upper limits of detection).<br><br>b.   QC results were reviewed from June 2014 through November 2014 and January through February 2015 for Vitamin B12 (VB12), Vitamin D (VitD), and Sex Hormone Binding Globuin (SHBG) which were used for patient testing on the TPS devices.<br><br>c.   VB12 QC Level 1 and Level 3 (QC1 and QC3) on Device E000110 revealed the following %CV (coefficient of variation): 34.3% and 48.5%, respectively, from 1/5/15 through 1/30/15.<br><br>d.   VB12 QC1 and QC3 on Device E001085 revealed the following %CVs: 52.5% and 35.2%, respectively, from 1/5/15 through 1/30/15.<br><br>e.   VB12 QC1 and QC3 on Device E001102 revealed the following %CVs: 39.0% and 20.0%, respectively, from 2/10/15 through 2/27/15.<br><br>f.   VB12 QC1 and QC3 on Device E001000 revealed the following %CVs: 34.7% and 39.9%, respectively, from 1/2/15 through 1/31/15.<br><br>g.   VB12 QC1 and QC3 on Device E001102 revealed the following %CVs: 39.0% and 20.0%, respectively, from 2/10/15 through 2/27/15.<br><br>h.   VitD QC Level 1 and Level 2 (QC1 and QC2) on Device E000053 revealed the following %CVs: 63.8% and 26.4%, respectively, from 8/21/14 through 8/30/14.<br><br>i.   VitD QC1 and QC2 on Device E001059 revealed the following %CVs: 18.7% and 18.7%, | D5791 | | |

FOIA Confidential Treatment Requested by Theranos          TS-0917936

Trial Exh. 4621 Page 0054

ER-13699

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 05D2025714 | A. BUILDING _____ <br> B. WING _____ | 11/20/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 7333 GATEWAY BLVD <br> NEWARK, CA 94560 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 50 <br><br> respectively, from 6/29/14 through 7/24/14. <br><br> j.  VitD QC1 and QC2 on Device E001043 revealed the following %CVs: 25.2% and 31.9%, respectively, from 6/29/14 through 7/25/14. <br><br> k.  SHBG QC1 on Device E001026 revealed the following %CV: 18.9% from 9/30/14 through 11/5/14. <br><br> l.  SHBG QC1 on Device E001025 revealed the following %CV: 21.2% from 7/31/14 through 8/28/14. <br><br> 3.  Based on review of Quality Assessment (QA) documentation and QA procedures, the laboratory failed to have a quality assessment (QA) procedure established to identify and correct problems with the Quality Control (QC) program for the Theranos Proprietary System (TPS). Findings include: <br><br> a.  Monthly QC reports were reviewed for July 2014, October 2014, and February through June 2015. <br><br> b.  All reports were signed by the laboratory director (LD) on 9/19/15, except the March 2015 report was signed by the LD on 11/19/15. <br><br> c.  The total percentage of QC values greater than 2 standard deviations (SDs) was reviewed by the surveyor. <br><br> d.  The July 2014 report indicated in the summary that 2179 controls had been run on the "Edison**" devices; however, the specific report on the "Edison**" device showed that only 1618 were run on all tests and all devices. | D5791 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 51 of 121

FOIA Confidential Treatment Requested by Theranos                                    TS-0917937

Trial Exh. 4621 Page 0055

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE<br><br>7333 GATEWAY BLVD<br>NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 51 | D5791 | | |
| | e. In July 2014, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: Testosterone (TST) (28%), Total T4 (TT4) (21%), VitD (28%). Overall 16% of QC samples on all tests on all devices had values greater than 2 SDs. | | | |
| | f. In October 2014, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: Estradiol (EST) (33%), Free T4 (FT4) (19%), Prolactin (PRLN) (47%), SHBG (45%), Thyroid Stimulating Hormone (TSH) (26%), TST (45%), Total T3 (TT3) (32%), TT4 (28%), VitD (19%), VB12 (46%). Overall 29% of QC samples on all tests on all devices had values greater than 2 SDs. | | | |
| | g. In February 2015, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: FT4 (26%), SHBG (87%), TT3 (33%), VitD (24%), VB12 (20%). Overall 24% of QC samples on all tests on all devices had values greater than 2 SDs. | | | |
| | h. In March 2015, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: SHBG (42%), TSH (20%). Overall 20% of QC samples on all tests on all devices had values greater than 2 SDs. | | | |
| | i. In April 2015, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: SHBG (16%), total Prostate Specific Antigen | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 52 of 121

FOIA Confidential Treatment Requested by Theranos                    TS-0917938

Trial Exh. 4621 Page 0056

ER-13701

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 05D2025714 | A. BUILDING _____ B. WING _____ | | 11/20/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 7333 GATEWAY BLVD NEWARK, CA 94560 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 52 (tPSA) (22%), VB12 (60%).  Overall 21% of QC samples on all tests on all devices had values greater than 2 SDs.  j.  In May 2015, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: SHBG (34%), tPSA (22%).  Overall 26% of QC samples on all tests on all devices had values greater than 2 SDs.  k.  In June 2015, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: SHBG (23%). Overall 14% of QC samples on all tests on all devices had values greater than 2 SDs. | D5791 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 53 of 121

FOIA Confidential Treatment Requested by Theranos          TS-0917939

Trial Exh. 4621 Page 0057

ER-13702

**To:**      Elizabeth Holmes[eholmes@theranos.com]
**Cc:**      Sunny Balwani[sbalwani@theranos.com]
**From:**    Christian Holmes
**Sent:**    Fri 6/13/2014 8:28:42 PM
**Importance:**    Normal
**Subject:**  RE: Patient results
**Received:**    Fri 6/13/2014 8:28:43 PM

Just spoke with one of the patient's husband and her doc – the doc has apparently sent us three patients and all results have been over 4 days, this being the third patient.  Originally he said he wont send us any more patients b/c we have had issues with all three patients, but at the end of the call he said he would be willing to evaluate this further based on patient needs.  I talked to him for about 15 minutes and it ended as well as it could.  I am going to look into the history of the other two patients now.

 As for current status of HCG,We are working in parallel to run sample on Edison as well as Immulite.  But found out this morning that reagents for Immulite are on order and back ordered.

So we are pushing even harder to get them run on Edisons. Will let you know more soon.

---

**From:** Elizabeth Holmes
**Sent:** Friday, June 13, 2014 12:57 PM
**To:** Christian Holmes
**Cc:** Sunny Balwani
**Subject:** Re: Patient results

We'll connect in detail on this as soon as I'm out.

Sunny / this is already handled - just FYI.

On Jun 13, 2014, at 12:35 PM, "Christian Holmes" <cholmes@theranos.com> wrote:

> Seems like we also have a capacity issue right now with edisons at full capacity and venous samples in a serious queue not being run.  Went down there and it's a complete mess.  Tina and Max basically getting peppered with questions on what to do from everyone.  Let's discuss – need better redundancy – in the event those two are both out of the office there would be even more issues.
>
> ---
>
> **From:** Christian Holmes
> **Sent:** Friday, June 13, 2014 12:23 PM
> **To:** Elizabeth Holmes
> **Subject:** FW: Patient results
>
>  Just FYI – HCG right now causing some serious issues and patient complaints.  Been spending all morning talking to docs about just HCG and will continue to do so…it's a sensitive one obviously b/c of people finding out if pregnant.
>
> ---
>
> **From:** Tina Lin
> **Sent:** Friday, June 13, 2014 12:13 PM
> **To:** Max Fosque; Christian Holmes
> **Subject:** RE: Patient results
>
>  Okay let me know if that works. Level 2 for HCG just barely failed on both readers, sorry. We're trying again.
>
> ---
>
> **From:** Max Fosque
> **Sent:** Friday, June 13, 2014 11:49 AM

Trial Exh. 4840 Page 0001

Confidential

THPFM0000273265

**To:** Christian Holmes; Tina Lin
**Subject:** RE: Patient results

They also modified the container they are testing in on the Immulite, that may work as well.

---

**From:** Christian Holmes
**Sent:** Friday, June 13, 2014 11:48 AM
**To:** Tina Lin; Max Fosque
**Subject:** RE: Patient results

Thanks for the updates – will wait to call the doc till I know more

---

**From:** Tina Lin
**Sent:** Friday, June 13, 2014 11:46 AM
**To:** Max Fosque
**Cc:** Christian Holmes
**Subject:** RE: Patient results

So they're testing the dead volume right now. They can't get it to work yet.

We're minutes away from finding out whether hCG on either of the Edison devices have passed.

Will keep you updated.

---

**From:** Tina Lin
**Sent:** Friday, June 13, 2014 11:36 AM
**To:** Max Fosque
**Cc:** Christian Holmes
**Subject:** Re: Patient results

I brought it upstairs but Hoda said they can't run it? Can you check why?

Sent from my iPhone

On Jun 13, 2014, at 11:31 AM, "Max Fosque" <mfosque@theranos.com> wrote:

I believe Tina just brought this upstairs, we can run neat on the Immulite, Tina can u confirm.

---

**From:** Christian Holmes
**Sent:** Friday, June 13, 2014 11:30 AM
**To:** Max Fosque; Tina Lin
**Subject:** FW: Patient results

This one is critical, in case you guys are dealing with this at all

---

**From:** Christian Holmes
**Sent:** Friday, June 13, 2014 11:22 AM
**To:** Romina Riener; Aurelie Souppe; Ann Ho; Nafiseh Mirnezami; Jamie Liu
**Cc:** Nicholas Menchel; Hoda Alamdar; Stacy Haff; Anam Khan
**Subject:** RE: Patient results

Trial Exh. 4840 Page 0002

Confidential

THPFM0000273266

All – any update on patient           HCG (DOB    ) sample? I have a call with their doc shortly and hoping this can get reported asap – I realize the team may be on this now.

Thanks

---

**From:** Anam Khan
**Sent:** Thursday, June 12, 2014 5:07 PM
**To:** Christian Holmes
**Subject:** FW: Patient results

The CTN #s are 464338 and 92884.

---

**From:** Romina Riener
**Sent:** Thursday, June 12, 2014 3:23 PM
**To:** Amelia Aguirre; Aurelie Souppe; Ann Ho; Nafiseh Mirnezami; Jamie Liu
**Cc:** Hoda Alamdar; Stacy Haff; Elena Scheer; Anam Khan
**Subject:** RE: Patient results

Hi Amy,

We ran that sample yesterday but the results came out invalid (failed run). It is still pending a re-run.

Thanks,

Romina

---

**From:** Amelia Aguirre
**Sent:** Thursday, June 12, 2014 3:01 PM
**To:** Romina Riener; Aurelie Souppe; Ann Ho; Nafiseh Mirnezami; Jamie Liu
**Cc:** Hoda Alamdar; Stacy Haff; Elena Scheer; Anam Khan
**Subject:** FW: Patient results

We also have another physician looking for results for           DOB    . Visit is from 6/10/14 also for test HCG.

Please let CS know when those results are available. Any updates are appreciated. ☺

Thank you,

Amy

---

**From:** Amelia Aguirre
**Sent:** Thursday, June 12, 2014 12:44 PM
**To:** Romina Riener; Aurelie Souppe; Ann Ho; Nafiseh Mirnezami; Jamie Liu
**Cc:** CLS
**Subject:** Patient results

Per Hoda,

Please see if you can run this asap. ☺ Physician has called several times today looking for results.

Jeannette Arredondo

Trial Exh. 4840 Page 0003

Confidential           THPFM0000273267

**ER-13705**

Visit Date: 06/10/14

Test: HCG

Container: 1 EDTA CTN

 Thank you,

Amy

Trial Exh. 4840 Page 0004

Confidential                                                                    THPFM0000273268

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

Theranos Internal Only

## Table of Contents

| Binder Letter | Volume Number | Tab | Summary |
|---|---|---|---|
| AA | 1 | 1 | D5315: Specimen Labeling |
| AA | 1 | 2 | D5400 and D5423: ALP Negative PT Bias 2015 |
| AA | 1 | 3 | D5403, D5481 Finding #2, D5791 Finding #2, D5791 Finding #3, D6102, and D6115: TP3.3.5 (Edition) |
| AA | 1 | 4 | D5413 Finding #1 and D5791 Finding #1: Freezer Temperature |
| AA | 1 | 5 | D5421 Finding #2 and D5423: Clarifying "normal patient distribution" |
| AA | 1 | 6 | D5423: AMR for ALP |
| AA | 1 | 7 | D5481 Finding #1, D5801, D6093 Finding #2: PT/INR on BCS XP |
| AA | 1 | 8 | D5791 Finding #1 and D5793 Finding #3: HCG on Immulite |
| AA | 1 | 9 | D5791 Finding #1 and D5793 Finding #4: Anti-HBs on Immulite |
| AA | 1 | 10 | D5793 Finding #5: LH Assessment |
| AA | 1 | 11 | D5793 Finding #8: 10x Rule |
| AA | 1 | 12 | D6102: Personnel Training and Competency Files (TP6, TP11, TP31) |
| AA | 1 | 13 | D2094: Alkaline Phosphatase on Siemens Advia 1800 |

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164332

Trial Exh. 4943 Page 0001

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**Patient Impact Assessment: TPS 3.5**

**DEFICIENCIES:**

D5403 Finding #2, D5481 Finding #2, D5791 Finding #2, D5791 Finding #3, D6102, D6115

**INVESTIGATION:**

The laboratory agrees that its descriptions of prior analyses were lacking sufficient detail to explain the conclusions submitted in its original response.

Upon a review of that response, including the entirety of the prior analysis of TPS 3.5 QC data and patient test result distributions for all analytes during the time period examined, the laboratory made note of poor QC performance throughout. Therefore, the laboratory conducted an expanded retrospective analysis for 2014 and 2015 QC data. This data is presented at Ex. FF, Tabs 1-12. The laboratory noted multiple and recurrent time periods (across all analytes tested) of abrupt shifts in QC target means, high rates of 1:2s QC rule failures, and QC CVs far exceeding limits for a stable testing process.

**PATIENT IMPACT:**

Although the magnitude of QC deviations from target means does not necessarily reflect the exact nature and magnitude of bias on patient results because of differences in matrices, the QC failures identified by this comprehensive retrospective analysis reflect a global and long-term failure of the quality control program for this instrument, as well as failures of related quality assurance procedures that should have alerted the laboratory to correct such an unstable process. Therefore, the laboratory has concluded that there is a possible patient impact for every test reported from the laboratory's TPS 3.5 instruments.

**CORRECTIVE ACTION:**

The fraction of patient results truly impacted, and the nature and magnitude of any effect, are unknown. Out of an abundance of caution, the laboratory has voided all patient test results reported from the TPS 3.5 instruments. Many corrected reports have been transmitted, and the remainder are being transmitted. (Ex. KK). Transmission will be complete by March 31, 2016. The remainder of the transmittals and confirmations of receipt will be provided to CMS under separate cover.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164340

Trial Exh. 4943 Page 0009

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007317 | iMessage | 11/20/2013 4:54:24 AM | Btw. When we do the patch, chem8 or chem14 is the most important and first time to monitor | Sunny Balwani (sunnybalwani) | Elizabeth Holmes | sunnybalwani | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007344 | iMessage | 11/20/2013 10:16:24 AM | Pissing me off we don't have anyone managing PSC, ctn production, cart production, elisa assays, TSH ... | Sunny Balwani (sunnybalwani) | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_007349 | iMessage | 11/20/2013 10:16:52 AM | I agree. | Sunny Balwani (sunnybalwani) | Elizabeth Holmes | sunnybalwani | |

Trial Exh. 5387

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007347 | iMessage | 11/20/2013 10:16:50 AM | I know | Elizabeth Holmes | Sunny Balwani (sunnybalwani) | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_007345 | iMessage | 11/20/2013 10:17:01 AM | Recruiting. | Elizabeth Holmes | Sunny Balwani (sunnybalwani) | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_007348 | iMessage | 11/20/2013 10:17:36 AM | And better management | Elizabeth Holmes | Sunny Balwani (sunnybalwani) | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_007346 | iMessage | 11/20/2013 10:19:10 AM | Full time job | Elizabeth Holmes | Sunny Balwani (sunnybalwani) | sunnybalwani | |

| Holmes_iPhone_iMessage-MMS-SMS_007371 | iMessage | 11/20/2013 10:31:30 AM | Thinking about whether useful to give Sarabh documents before he comes | Elizabeth Holmes | Sunny Balwani (sunnybalwani) | sunnybalwani | |

Trial Exh. 5387

PRH_0000032

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_007955 | iMessage | 11/28/2013 2:03:44 AM | We are at $35m as of today. | Sunny Balwani (sunnybalwani) | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_007956 | iMessage | 11/28/2013 2:03:44 AM | Free cash | Sunny Balwani (sunnybalwani) | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_007958 | iMessage | 11/28/2013 2:08:31 AM | I saw that. | Elizabeth Holmes | Sunny Balwani (sunnybalwani) | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_007957 | iMessage | 11/28/2013 2:08:39 AM | Drop by to discuss when u can. | Elizabeth Holmes | Sunny Balwani (sunnybalwani) | sunnybalwani | |

Trial Exh. 5387

PRH_0000042

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019855 | Message | 11/19/2014 4:56:32 AM | Need to focus on ops. Getting hurt in market. | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019856 | Message | 11/19/2014 4:56:32 AM | Customer service seems to be terrible. Everyone complaining. | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019858 | Message | 11/19/2014 4:58:07 AM | Yes | Elizabeth Holmes | sunnybalwani | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019857 | Message | 11/19/2014 4:58:15 AM | We have to own this | Elizabeth Holmes | sunnybalwani | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019859 | Message | 11/19/2014 4:58:40 AM | Lab, customer service, tat, all need director level people | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019862 | Message | 11/19/2014 4:58:40 AM | Tracy seemed burnt out | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019861 | Message | 11/19/2014 4:58:40 AM | She is doing all of this | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019863 | Message | 11/19/2014 4:58:40 AM | No. She is still great. She is just trying to manage a lot m | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019860 | Message | 11/19/2014 4:59:18 AM | Exactly | Elizabeth Holmes | sunnybalwani | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019861 | Message | 11/19/2014 4:59:49 AM | Hmm | Elizabeth Holmes | sunnybalwani | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019864 | Message | 11/19/2014 4:59:56 AM | Burnt out like problem? | Elizabeth Holmes | sunnybalwani | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019867 | Message | 11/19/2014 5:00:32 AM | We will help her | Elizabeth Holmes | sunnybalwani | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019868 | Message | 11/19/2014 5:00:40 AM | By doing this | Elizabeth Holmes | sunnybalwani | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019866 | Message | 11/19/2014 5:00:48 AM | We need. The lab and call center fixed.. | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019872 | Message | 11/19/2014 5:00:48 AM | Need professionals across the board.. Need PMs and Allison out ASAP. | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019874 | Message | 11/19/2014 5:00:48 AM | Waste of time imp | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019875 | Message | 11/19/2014 5:00:48 AM | Imo | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019869 | Message | 11/19/2014 5:00:57 AM | Exactly | Elizabeth Holmes | sunnybalwani | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019870 | Message | 11/19/2014 5:03:21 AM | Yes | Elizabeth Holmes | sunnybalwani | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019871 | Message | 11/19/2014 5:01:31 AM | Met w all PMs here on new roles today | Elizabeth Holmes | sunnybalwani | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019873 | Message | 11/19/2014 5:01:45 AM | Getting one pagers pre thx giving | Elizabeth Holmes | sunnybalwani | sunnybalwani | |

PRH_0000067

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | Chat ID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019876 | iMessage | 11/15/2014 5:02:50 AM | We need call center manager, new call center team, get recurrent crew out of docs facing communications | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019877 | iMessage | 11/15/2014 5:02:56 AM | Current crew out | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019880 | iMessage | 11/15/2014 5:02:56 AM | Fundamentally we need to stop lighting fires by not creating them | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019878 | iMessage | 11/15/2014 5:03:19 AM | Yes | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019879 | iMessage | 11/15/2014 5:05:04 AM | It will be ideal to put all ops in AZ so they are managed professionally and away from hq | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019881 | iMessage | 11/15/2014 5:05:04 AM | Call center,tech support, everything | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019882 | iMessage | 11/15/2014 5:05:04 AM | Rebuild | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019885 | iMessage | 11/15/2014 5:05:04 AM | New lab dirs, lab manager like Tracy | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019886 | iMessage | 11/15/2014 5:05:04 AM | 18k, ctr, tsp coating | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019883 | iMessage | 11/15/2014 5:05:52 AM | Fundamentally we need to stop lighting fires by not creating them | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019884 | iMessage | 11/15/2014 5:06:56 AM | Need to fix cnot cause here | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019887 | iMessage | 11/15/2014 5:07:09 AM | Yes | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019888 | iMessage | 11/15/2014 5:07:11 AM | Exactly | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019889 | iMessage | 11/15/2014 5:07:50 AM | Call center manager and new doc facing call center in 1701 | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019890 | iMessage | 11/15/2014 5:08:56 AM | We can't scale with wag. | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019891 | iMessage | 11/15/2014 5:09:09 AM | They are terrible and we need swy and cvs | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019892 | iMessage | 11/15/2014 5:09:33 AM | It is time | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019894 | iMessage | 11/15/2014 5:09:39 AM | Let s get SWY done this week | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019893 | iMessage | 11/15/2014 5:09:42 AM | We can do it | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019896 | iMessage | 11/15/2014 5:09:57 AM | They told our team in wag meeting that they don't intend to open more PSCs until July because we missed their it integration deadline | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019895 | iMessage | 11/15/2014 5:10:17 AM | Wow | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019898 | iMessage | 11/15/2014 5:10:19 AM | Which is good because we can focus on swy and cvs | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019897 | iMessage | 11/15/2014 5:10:42 AM | If they can't move, we do svs | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019900 | iMessage | 11/15/2014 5:11:10 AM | Wag stock went up today by $1.25 because Theranos article today. | sunnyjbalwani | Elizabeth Holmes | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019901 | iMessage | 11/15/2014 5:12:09 AM | We have to move | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019902 | iMessage | 11/15/2014 5:12:24 AM | Is it a lifetime of the opportunity | Elizabeth Holmes | sunnyjbalwani | sunnyjbalwani | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019994 | iMessage | 11/19/2014 5:12:34 AM | Need ctr fixed. Our root cause of issues | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019995 | iMessage | 11/19/2014 5:12:48 AM | I know. Seems like they r a mess. | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019996 | iMessage | 11/19/2014 5:13:01 AM | Yes | Elizabeth Holmes | sunnybalwani | sunnybalwani | |

Trial Exh. 5387

PRH_0000069

ER-13714

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) |
|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_020756 | iMessage | 11/24/2014 11:12:42 PM | Normandy lab is a fucking disaster zone. Glad I came here. Will work on fixing this. | Sunny Balwani ( 515) | Elizabeth Holmes 515 |
| Holmes_iPhone_iMessage-MMS-SMS_020757 | iMessage | 11/24/2014 11:13:51 PM | Meant to be that your there apparently . What happened | Elizabeth Holmes | Sunny Balwani ( 515) 515 |
| Holmes_iPhone_iMessage-MMS-SMS_020759 | iMessage | 11/24/2014 11:30:01 PM | Just called you to check on. Call anytime / when convenient | Elizabeth Holmes | Sunny Balwani ( 515) 515 |
| Holmes_iPhone_iMessage-MMS-SMS_020760 | iMessage | 11/24/2014 11:30:08 PM | In Normandy. Will call when I leave. | Sunny Balwani ( 515) | Elizabeth Holmes 515 |
| Holmes_iPhone_iMessage-MMS-SMS_020761 | iMessage | 11/24/2014 11:31:24 PM | No rush. Just checking in | Elizabeth Holmes | Sunny Balwani ( 515) 515 |
| Holmes_iPhone_iMessage-MMS-SMS_020762 | iMessage | 11/24/2014 11:32:16 PM | I will get Tina out. We need a software person ruining this. Between Tina and max we have a mess. | Sunny Balwani ( 515) | Elizabeth Holmes 515 |
| Holmes_iPhone_iMessage-MMS-SMS_020764 | iMessage | 11/24/2014 11:33:23 PM | I could not agree more. | Elizabeth Holmes | Sunny Balwani ( 515) 515 |
| Holmes_iPhone_iMessage-MMS-SMS_020763 | iMessage | 11/24/2014 11:34:24 PM | We built software to remove human error and human judgement. All day I saw these people use their judgements to work around our processes. | Sunny Balwani ( 515) | Elizabeth Holmes 515 |
| Holmes_iPhone_iMessage-MMS-SMS_020765 | iMessage | 11/24/2014 11:37:01 PM | This is where our problems are. Which means we can fix it. Thank god. | Elizabeth Holmes | Sunny Balwani ( 515) 515 |

Trial Exh. 5387

PRH_0000076

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_022638 | iMessage | 12/16/2014 11:34:49 PM | Are there any materials in the binders you think should be reviewed for Murdoch / news corp | Elizabeth Holmes | Sunny Balwani (/sunnybalwani | sunnybalwani | |

PRH_0000087

**ER-13716**

| Record | Type | Message Sent Date/Time | Messages | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|

| Holmes_iPhone_iMessage-MMS-SMS_031252 | iMessage | 4/21/2015 3:40:31 AM | Re your email | Elizabeth Holmes | Sunny Balwani [redacted] | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031254 | iMessage | 4/21/2015 3:40:42 AM | We guy might show up tomorrow | Elizabeth Holmes | Sunny Balwani [redacted]515] | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031253 | iMessage | 4/21/2015 3:40:47 AM | That is the thing | Elizabeth Holmes | Sunny Balwani [redacted]515] | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031256 | iMessage | 4/21/2015 3:41:40 AM | We need tomorrow to test and then the team can push it in production tomorrow night. | Sunny Balwani [redacted] | [redacted]515] Elizabeth Holmes | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031257 | iMessage | 4/21/2015 3:43:24 AM | Ok | Elizabeth Holmes | Sunny Balwani [redacted] | [redacted]515] | [redacted]515 |
| Holmes_iPhone_iMessage-MMS-SMS_031259 | iMessage | 4/21/2015 3:43:35 AM | Could just do fun him only if he shows up ... | Elizabeth Holmes | Sunny Balwani [redacted] | [redacted]519] | [redacted]515 |
| Holmes_iPhone_iMessage-MMS-SMS_031262 | iMessage | 4/21/2015 3:44:15 AM | Hast to know why he is and what order he brings. | Sunny Balwani [redacted] | [redacted]515] Elizabeth Holmes | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031261 | iMessage | 4/21/2015 3:44:46 AM | Better a perfect veneuncture than bad fingerstick | Sunny Balwani [redacted] | [redacted]515] Elizabeth Holmes | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031263 | iMessage | 4/21/2015 3:45:11 AM | Or miss a test. | Sunny Balwani [redacted] | [redacted]515] Elizabeth Holmes | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031264 | iMessage | 4/21/2015 3:45:34 AM | It's possible he talks to docs first day and does draw second day | Elizabeth Holmes | Sunny Balwani [redacted]515] | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031260 | iMessage | 4/21/2015 3:45:34 AM | Seems like this guy is looking to write something negative. | Sunny Balwani [redacted] | [redacted]515] Elizabeth Holmes | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031265 | iMessage | 4/21/2015 3:45:50 AM | That's what he does | Elizabeth Holmes | Sunny Balwani [redacted]515] | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031266 | iMessage | 4/21/2015 3:45:54 AM | Even then. We don't what tests he will do. | Sunny Balwani [redacted] | [redacted]515] Elizabeth Holmes | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031268 | iMessage | 4/21/2015 3:46:12 AM | But we could turn it into piece about what sid doing. | Elizabeth Holmes | Sunny Balwani [redacted]515] | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031267 | iMessage | 4/21/2015 3:46:24 AM | Our oppo guy knows him well | Elizabeth Holmes | Sunny Balwani [redacted]515] | [redacted]515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031269 | iMessage | 4/21/2015 3:46:33 AM | I know | Elizabeth Holmes | Sunny Balwani [redacted]515] | [redacted]515 | |

PRH_0000175

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031271 | iMessage | 4/21/2015 3:46:40 AM | My read is soccer the better generally | Elizabeth Holmes | Sunny Balwani (515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031270 | iMessage | 4/21/2015 3:46:48 AM | Even if just does happier sooner | Elizabeth Holmes | Sunny Balwani (515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031272 | iMessage | 4/21/2015 3:46:54 AM | We will push it tomorrow | Sunny Balwani (515) | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031273 | iMessage | 4/21/2015 3:46:55 AM | Assuming confidence is there | Elizabeth Holmes | Sunny Balwani (515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031276 | iMessage | 4/21/2015 3:47:09 AM | Right | Sunny Balwani (515) | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031275 | iMessage | 4/21/2015 3:47:17 AM | Makes sense | Elizabeth Holmes | Sunny Balwani (515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031274 | iMessage | 4/21/2015 3:47:23 AM | Confidence there? | Elizabeth Holmes | Sunny Balwani (515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031277 | iMessage | 4/21/2015 3:47:29 AM | So Wednesday it will trigger fs for gd18 | Sunny Balwani (515) | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031278 | iMessage | 4/21/2015 3:47:43 AM | Yes | Elizabeth Holmes | Sunny Balwani (515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031282 | iMessage | 4/21/2015 3:47:49 AM | So if he comes it may be 3 fs. | Sunny Balwani (515) | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031279 | iMessage | 4/21/2015 3:48:14 AM | Are they doing multiple ctn from one stick in PHX | Elizabeth Holmes | Sunny Balwani (515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031281 | iMessage | 4/21/2015 3:48:16 AM | Don't know. | Sunny Balwani (515) | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031280 | iMessage | 4/21/2015 3:49:35 AM | I'll ask Tracy? | Elizabeth Holmes | Sunny Balwani (515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031285 | iMessage | 4/21/2015 3:49:48 AM | I will ask Ryan | Sunny Balwani (515) | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031283 | iMessage | 4/21/2015 3:49:58 AM | K | Elizabeth Holmes | Sunny Balwani (515) | 515 | |

Trial Exh. 5387

PRH_0000176

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031752 | iMessage | 4/25/2015 7:28:19 PM | Good meeting? | Elizabeth Holmes | Sunny Balwani [ ]515] | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031753 | iMessage | 4/25/2015 7:28:22 PM | Wish I was doing that with you. | Elizabeth Holmes | Sunny Balwani [ ]515] | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031755 | iMessage | 4/25/2015 7:29:02 PM | It's hard for others to actually believe that we are doing the right thing. They kept looking for a catch | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031756 | iMessage | 4/25/2015 7:29:04 PM | For example it took a while for them to see that we are billing Medicare at 50% | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031757 | iMessage | 4/25/2015 7:29:04 PM | But good meeting. | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031758 | iMessage | 4/25/2015 7:38:55 PM | Peter (one of these 2 guys) met with Ron Conway today for bfast and Ron commented that there is too much hype around Theranos and you. FYI, I am worried about over exposure without solid substance which is lacking right now. We can talk tomorrow about over exposure. | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031764 | iMessage | 4/25/2015 7:51:32 PM | Agree. | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031765 | iMessage | 4/25/2015 7:51:32 PM | Good point also | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031760 | iMessage | 4/25/2015 7:53:04 PM | We can talk | Elizabeth Holmes | Sunny Balwani [ ]515] | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031762 | iMessage | 4/25/2015 7:53:13 PM | Has to be our thinking | Elizabeth Holmes | Sunny Balwani [ ]515] | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031761 | iMessage | 4/25/2015 7:53:18 PM | On course they | Elizabeth Holmes | Sunny Balwani [ ]515] | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031763 | iMessage | 4/25/2015 7:53:23 PM | Are just jealous | Elizabeth Holmes | Sunny Balwani [ ]515] | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031767 | iMessage | 4/25/2015 7:53:52 PM | we tto own the conversation | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031766 | iMessage | 4/25/2015 7:54:00 PM | That media is why we're getting americare | Elizabeth Holmes | Sunny Balwani [ ]515] | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031768 | iMessage | 4/25/2015 7:54:07 PM | The | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031769 | iMessage | 4/25/2015 7:54:10 PM | True | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031770 | iMessage | 4/25/2015 7:54:15 PM | And we have enough new need to do different each piece | Elizabeth Holmes | Sunny Balwani [ ]515] | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031771 | iMessage | 4/25/2015 7:54:23 PM | Ok | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031772 | iMessage | 4/25/2015 7:54:26 PM | And drown out and refurbishe crap | Elizabeth Holmes | Sunny Balwani [ ]515] | 9515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031773 | iMessage | 4/25/2015 7:54:40 PM | We need FDA clearance and ctn clearance b | Sunny Balwani [ ]515] | Elizabeth Holmes | 9515 | |

PRH_0000185

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_032063 | Message | 4/28/2015 3:52:32 AM | It is most maddening there is no focus in any chem teams and no product coming out. | Sunny Balwani [ 515] | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_032062 | Message | 4/28/2015 3:53:45 AM | I know. | Elizabeth Holmes | Sunny Balwani [ 515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_032064 | Message | 4/28/2015 3:53:52 AM | Leadership. | Elizabeth Holmes | Sunny Balwani [ 515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_032065 | Message | 4/28/2015 3:54:30 AM | I am taking over all chem teams per discussion and will begin doing daily meetings. | Sunny Balwani [ 515] | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_032067 | Message | 4/28/2015 3:56:25 AM | Daily meetings really is the only way. | Elizabeth Holmes | Sunny Balwani [ 515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_032066 | Message | 4/28/2015 3:56:48 AM | Most disappointing how bad these people are. | Sunny Balwani [ 515] | Elizabeth Holmes | 515 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_032068 | iMessage | 4/28/2015 4:03:06 AM | On us to change it b | Elizabeth Holmes | Sunny Balwani (515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_032070 | iMessage | 4/28/2015 4:00:22 AM | Will do | Sunny Balwani (515) | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_032069 | iMessage | 4/28/2015 4:03:03 AM | I know we will. | Elizabeth Holmes | Sunny Balwani (515) | 515 | |

Trial Exh. 5387

PRH_0000191

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034114 | iMessage | 5/13/2015 12:36:36 AM | Cced on your terrible negative review from someone from Newark lab probably bugs lab. Working on getting that removed. | Sunny Balwani [515] | [515] Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034111 | iMessage | 5/13/2015 12:39:32 AM | I saw it. We'll get them | Elizabeth Holmes | Sunny Balwani [515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034118 | iMessage | 5/13/2015 1:15:32 AM | I am narrowing this down in CLIA. Down to 5 people. Will nail this mother fucker | Sunny Balwani [515] | [515] Elizabeth Holmes | 515 | |

Trial Exh. 5387

PRH_0000219

ER-13722

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034127 | Message | 5/13/2015 1:15:43 AM | Who do u think | Elizabeth Holmes | Sunny Balwani [515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034130 | Message | 5/13/2015 1:15:49 AM | Now we have legal grounds | Elizabeth Holmes | Sunny Balwani [515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034129 | Message | 5/13/2015 1:15:58 AM | Yes | Sunny Balwani [515] | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034209 | iMessage | 5/13/2015 10:34:59 PM | If Tyler thinking abt George fyi at right time | Elizabeth Holmes | Sunny Balwani [515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034128 | iMessage | 5/13/2015 10:35:11 PM | But also lots of legal elements here | Elizabeth Holmes | Sunny Balwani [515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034210 | iMessage | 5/13/2015 10:35:24 PM | Need to get ahead of all of it | Elizabeth Holmes | Sunny Balwani [515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034211 | iMessage | 5/13/2015 10:35:40 PM | Out of ul challenges are greatest opportunities | Elizabeth Holmes | Sunny Balwani [515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034235 | iMessage | 5/13/2015 10:40:08 PM | Absolutely. This one is fairly easy to get ahead of. This entire email is based on Tyler and and may be Adam | Sunny Balwani [515] | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034234 | iMessage | 5/13/2015 10:40:18 PM | I know | Elizabeth Holmes | Sunny Balwani [515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034237 | iMessage | 5/13/2015 10:53:52 PM | Extremely serious legal implications. He basically violated and shared our trade secrets down to machine names. | Sunny Balwani [515] | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034239 | iMessage | 5/13/2015 10:53:52 PM | And assays in what device | Sunny Balwani [515] | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034242 | iMessage | 5/13/2015 10:53:52 PM | It is Tyler Erica and Adam. | Sunny Balwani [515] | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034243 | iMessage | 5/13/2015 11:14:29 PM | Yeah. And we will also take legal action once this is behind us. Violating trade secrets is not ok. | Sunny Balwani [515] | Elizabeth Holmes | 515 | |

PRH_0000220

Trial Exh. 5387

ER-13723

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034250 | Message | 5/13/2015 11:15:07 PM | Secondly, We need a better strategy for Normandy. For a long time to come we will have hybrid solutions. | Sunny Balwani | 515) Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034252 | Message | 5/13/2015 11:15:12 PM | Yes. We will think together. But we know it's there 4 people. | Sunny Balwani | 515) Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034251 | Message | 5/13/2015 11:15:47 PM | Without question. Legal likely as part of it. | Elizabeth Holmes | Sunny Balwani 515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034253 | Message | 5/13/2015 11:15:59 PM | That we have to talk abt too | Elizabeth Holmes | Sunny Balwani 515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034254 | Message | 5/13/2015 11:16:46 PM | For sure | Elizabeth Holmes | Sunny Balwani 515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034256 | Message | 5/13/2015 11:16:47 PM | Most likely 2 + defamation . we need to sue for | Sunny Balwani | 515) Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034258 | Message | 5/13/2015 11:16:56 PM | I Absent Normandy | Elizabeth Holmes | Sunny Balwani 515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034257 | Message | 5/13/2015 11:17:01 PM | I agree. | Elizabeth Holmes | Sunny Balwani 515) | 515 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034268 | Message | 5/13/2015 11:21:36 PM | Which is why knocking the legs off one at a time is best way. For instance he doesn't understand AAP and made the comment. That was Tyler as you know. Adam actually understood it and both Adam and mark 'pandori' created a PowerPoint to educate the lab on AAP aftre this stupidity | Sunny Balwani | 515) Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034271 | Message | 5/13/2015 11:21:36 PM | Adam understood it ultimately | Sunny Balwani | 515) Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034273 | Message | 5/13/2015 11:21:36 PM | But Tyler never did. So this is why it is him | Sunny Balwani | 515) Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034275 | Message | 5/13/2015 11:21:36 PM | Also comment about vitaminD and cv. The cv calculations we actually have now submitted to FDA so that's another eg chopped off campyou | Sunny Balwani | 515) Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034272 | Message | 5/13/2015 11:21:58 PM | I know | Elizabeth Holmes | Sunny Balwani 515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034270 | Message | 5/13/2015 11:22:00 PM | Agree | Elizabeth Holmes | Sunny Balwani 515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034269 | Message | 5/13/2015 11:22:16 PM | I know | Elizabeth Holmes | Sunny Balwani 515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034274 | Message | 5/13/2015 11:22:34 PM | We need to send legal letter to him | Elizabeth Holmes | Sunny Balwani 515) | 515 | |

PRH_0000221

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034276 | Message | 5/13/2015 11:22:49 PM | Because we never sent the one on his comment about confidentiality | Elizabeth Holmes | Sunny Balwani [515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034277 | Message | 5/13/2015 11:23:44 PM | Yes but this time it should go beyond letter. First letter should be cease and desist and then from there | Sunny Balwani [515] | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034279 | Message | 5/13/2015 11:23:44 PM | We will analyze more and then reach out to him. | Sunny Balwani [515] | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034280 | Message | 5/13/2015 11:23:44 PM | He is probably burning in coals because George talks about you and his parents are on coals and he is on coals. | Sunny Balwani [515] | Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034281 | Message | 5/13/2015 11:24:53 PM | I thought the exact same | Elizabeth Holmes | Sunny Balwani [515] | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034278 | Message | 5/13/2015 11:25:28 PM | Agree | Elizabeth Holmes | Sunny Balwani [515] | 515 | |

Trial Exh. 5387

PRH_0000222

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|----------------------|---------|-----------------|--------------|--------|-------------|

| Holmes_iPhone_iMessage-MMS-SMS_035734 | Message | 6/3/2015 4:17:04 PM | We need to focus on being a technology company. We spend all our time with CLIA months. | Sunny Balwani | 515) Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_035726 | Message | 6/3/2015 4:19:12 PM | Yes | Sunny Balwani | 515) Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_035729 | Message | 6/3/2015 4:19:12 PM | I deal with CLIA everyday and I hate the low quality of people in lab including what you saw yesterday in Mayo CEO | Sunny Balwani | 515) Elizabeth Holmes | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_035723 | Message | 6/3/2015 4:19:38 PM | I was thinking about the exact same. In the same way I called you from ny couple yrs ago on consumer. This is that time now on tech. | Elizabeth Holmes | Sunny Balwani 515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_035725 | Message | 6/3/2015 4:19:59 PM | We need explicit plan and timeline to being 100% tech. | Elizabeth Holmes | Sunny Balwani 515) | 515 | |
| Holmes_iPhone_iMessage-MMS-SMS_035727 | Message | 6/3/2015 4:21:04 PM | I know. That is our opportunity. | Elizabeth Holmes | Sunny Balwani 515) | 515 | |

Trial Exh. 5387

PRH_0000238

ER-13726

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|

| Holmes_iPhone_iMessage-MMS-SMS_037213 | iMessage | 6/26/2015 6:01:23 PM | I am ok sending letter to Erika as in heathers email. | Sunny Balwani | 515\| Elizabeth Holmes | 515 | |

Trial Exh. 5387

PRH_0000254

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_038559 | Message | 7/15/2015 12:56:32 PM | Love you. Be strong today. My advise: Don't talk to heather about yesterday Meeting. Make this something above her role. | Sunny Balwani | 5(5) Elizabeth Holmes | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038552 | Message | 7/15/2015 4:44:48 PM | I worked for 6 years day and night to help you. I am sad at where you and I are. I thought it would be better. I know u r angry in ur way. And upset with me for not doing everything you wanted me to do. | Sunny Balwani | 5(5) Elizabeth Holmes | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038553 | Message | 7/15/2015 4:46:02 PM | ??? | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038554 | Message | 7/15/2015 4:46:18 PM | I was just think about texting you in that minute by the way | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038555 | Message | 7/15/2015 4:46:27 PM | It's just hard to transition | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038556 | Message | 7/15/2015 4:46:33 PM | I am responsible for everything at Theranos. All have been my decisions too. | Sunny Balwani | 5(5) Elizabeth Holmes | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038557 | Message | 7/15/2015 4:49:47 PM | But getting through yesterday will make it easier to do so now | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038558 | Message | 7/15/2015 4:46:56 PM | I won't transition until u r in a perfect place. U know that. | Sunny Balwani | 5(5) Elizabeth Holmes | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038551 | Message | 7/15/2015 4:46:54 PM | Ur undreestimating the challenges and being childish. I have been telling u for months. | Sunny Balwani | 5(5) Elizabeth Holmes | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038560 | Message | 7/15/2015 4:47:26 PM | No such thing ... That was the point we talked abt | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038550 | Message | 7/15/2015 4:47:44 PM | It's ok - just was emotional but am ready | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038592 | Message | 7/15/2015 4:47:49 PM | And I completely get it | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038593 | Message | 7/15/2015 4:47:55 PM | On the challenges | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038595 | Message | 7/15/2015 4:48:17 PM | Unfortunatley u don't and broakes my heart to see u like this. | Sunny Balwani | 5(5) Elizabeth Holmes | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038594 | Message | 7/15/2015 4:48:40 PM | ? | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038596 | Message | 7/15/2015 4:49:04 PM | I am not leaving until we break ever. We will do this together and I will be by yourself until then. Can't leave like this. | Sunny Balwani | 5(5) Elizabeth Holmes | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038598 | Message | 7/15/2015 4:49:04 PM | U r wrong that yesterday meeting makes it easier. It didn't. | Sunny Balwani | 5(5) Elizabeth Holmes | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038597 | Message | 7/15/2015 4:50:40 PM | For me to emotionally handle it | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038599 | Message | 7/15/2015 4:51:06 PM | The transition | Elizabeth Holmes | Sunny Balwani 5(5) | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038600 | Message | 7/15/2015 4:51:08 PM | No. U r underestimating | Sunny Balwani | 5(5) Elizabeth Holmes | 5(5) | |
| Holmes_iPhone_iMessage-MMS-SMS_038601 | Message | 7/15/2015 4:51:12 PM | Can leave if that gives u emotional peace but u know we have to sacrifice | Sunny Balwani | 5(5) Elizabeth Holmes | 5(5) | |

Trial Exh. 5387

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 17, 2023.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Amy Mason Saharia
AMY MASON SAHARIA

April 17, 2023