**No. 22-10312**

# In the United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

ELIZABETH A. HOLMES,
*Defendant-Appellant.*

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF CALIFORNIA*
*(NO. 5:18-CR-00258)*
*(THE HONORABLE EDWARD J. DAVILA, J.)*

## MS. HOLMES' OPPOSED MOTION
## TO EXCEED THE TYPE-VOLUME LIMITATION

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
 *600 Stewart Street*
 *Suite 400*
 *Seattle, WA 98101*
 *(360) 320-6435*

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
 *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
 *680 Maine Ave. S.W.*
 *Washington, D.C. 20024*
 *(202) 434-5000*
 *asaharia@wc.com*

Pursuant to Ninth Circuit Rule 32-2(a), Defendant-Appellant Elizabeth A. Holmes respectfully requests permission to file an opening brief containing 17,024 words in total, exceeding the type-volume limit in Ninth Cir. R. 32-1(a) by 3024 words.[1]

As set forth in the attached declaration of Amy Mason Saharia, a 3024-word extension is warranted because of the extraordinary length of the record and resulting number and complexity of issues presented. Ms. Holmes' criminal trial lasted 46 trial days over the course of four months (plus jury deliberations), producing a transcript spanning 9439 pages. Thirty-two witnesses testified at trial. Over 900 trial exhibits were admitted into evidence, including contracts, emails, scientific reports, clinical studies, and other internal records throughout the 15-year lifespan of the blood-testing company Ms. Holmes founded.

The jury ultimately returned a split verdict. It convicted Ms. Holmes of wire fraud and wire fraud conspiracy spanning a six-year period, acquitted her on four other counts, and hung on the rest. Following sentencing proceedings,

---

[1] This motion applies to the redacted brief Ms. Holmes proposes to file on the public docket and the unredacted version of the brief Ms. Holmes proposes to file under seal.

in which the district court considered additional evidence outside the trial record (including testimony from collateral civil proceedings, investigative interview memoranda, and testimony from the separate trial of her co-defendant), Ms. Holmes was sentenced to 135 months' imprisonment.

The orders, hearings, colloquies, and oral decisions of the court from which Ms. Holmes appeals span nearly 500 pages of the excerpts of record. The court's pretrial order on eighteen of Ms. Holmes' motions *in limine* alone accounts for 100 pages. The excerpts of record, despite containing only the documents relevant to this appeal, total 16,489 pages across 57 volumes.

Undersigned counsel undertook to comply with the Court's 14,000-word limit. Counsel has worked diligently to narrow the issues on appeal to the most essential and has revised the brief for concision. But, given the size of the record under review, it is impossible to trim the brief within the word limit without forgoing important issues that warrant this Court's review.

Counsel has consulted with counsel for the United States, Kelly I. Volkar. The United States opposes the proposed extension.

Dated: April 17, 2023        Respectfully submitted,

/s/ Amy Mason Saharia
KEVIN M. DOWNEY

2

LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Ave. S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA  98101*
  *(360) 320-6435*

*Counsel for Defendant-Appellant*

3

## DECLARATION OF AMY MASON SAHARIA

I, Amy Mason Saharia, am an attorney with Williams & Connolly LLP, duly admitted to practice before this Court. I submit this declaration in support of the accompanying Opposed Motion to Exceed the Type-Volume Limitation. I declare as follows:

1. I am an attorney of record for Defendant-Appellant Elizabeth A. Holmes in *United States v. Holmes*, No. 22-10312 (9th Cir.).

2. Ms. Holmes' proposed opening brief contains 17,024 words, excluding the portions exempted under Fed. R. App. P. 32(f). Ms. Holmes thus seeks a 3024-word extension of the word limit.

3. A 3024-word extension is warranted because of the extraordinary length of the record and resulting number and complexity of issues presented. Ms. Holmes' criminal trial lasted 46 trial days over the course of four months (plus jury deliberations), producing a transcript spanning 9439 pages. Thirty-two witnesses testified at trial. Over 900 trial exhibits were admitted into evidence, including contracts, emails, scientific reports, clinical studies, and other internal records throughout the 15-year lifespan of the blood-testing company Ms. Holmes founded.

4.     The jury ultimately returned a split verdict.  It convicted Ms. Holmes of wire fraud and wire fraud conspiracy spanning a six-year period, acquitted her on four other counts, and hung on the rest.  Following sentencing proceedings, in which the district court considered additional evidence outside the trial record (including testimony from collateral civil proceedings, investigative interview memoranda, and testimony from the separate trial of her co-defendant), Ms. Holmes was sentenced to 135 months' imprisonment.

5.     The orders, hearings, colloquies, and oral decisions of the court from which Ms. Holmes appeals span nearly 500 pages of the excerpts of record.  The court's pretrial order on eighteen of Ms. Holmes' motions *in limine* alone accounts for 100 pages.  The excerpts of record, despite containing only the documents relevant to this appeal, total 16,489 pages across 57 volumes.

6.     We undertook to comply with the Court's 14,000-word limit.  We have worked diligently to narrow the issues on appeal to the most essential and have revised the brief for concision.  But, given the size of the record under review, it is impossible to trim the brief within the word limit without forgoing important issues that warrant this Court's review.

7.     I have consulted with counsel for the United States, Kelly I. Volkar.  The United States opposes the proposed extension.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 17, 2023 in Chevy Chase, Maryland.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth A. Holmes

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Ave. S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

*Counsel for Defendant-Appellant*