No. 22-10312

# In the United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

ELIZABETH A. HOLMES,
*Defendant-Appellant.*

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(NO. 5:18-CR-258)
(THE HONORABLE EDWARD J. DAVILA, J.)*

**MOTION TO TRANSMIT PHYSICAL EXHIBITS**

<div style="columns:2">

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Avenue S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

</div>

Pursuant to Ninth Circuit Rule 27-14, Defendant-Appellant Elizabeth A. Holmes hereby moves to transmit a copy of three exhibits containing excerpts of audio recordings that were introduced as exhibits at trial, are not currently available on the electronic district court docket, and are necessary to resolution of an issue on appeal.[1] The exhibits to be transmitted, and their relevance to the issues on appeal, are as follows:

1. <u>Trial Exhibit 1348 (Clips 1-7 and F) (46-ER-13132 and 46-ER-13133)</u>:
   - This exhibit contains eight excerpts of recorded statements made by Ms. Holmes to certain of Theranos' C-1 investors.

2. <u>Trial Exhibit 1349 (Clips 1 and A) (46-ER-13134 and 46-ER-13135)</u>:
   - This exhibit contains two excerpts of recorded statements made by Ms. Holmes to certain of Theranos' C-1 investors.

3. <u>Trial Exhibit 5481D (48-ER-13762)</u>:
   - This exhibit contains a single excerpt of a July 1, 2015 recorded conversation between Ms. Holmes and a journalist, Mr. Roger Parloff, that reflects Ms. Holmes' disclosure about the extent to which Theranos was using small-sample technology in its clinical laboratory.

---

[1] Alternatively, Ms. Holmes is prepared to provide the Court with a copy of these three exhibits. Pursuant to Ninth Circuit Rule 30-1.4, Ms. Holmes is filing the documentary trial exhibits relevant to deciding the appeal as part of her excerpts of record.

Dated: April 17, 2023　　　　　　　　　Respectfully submitted,

/s/ *Amy Mason Saharia*
Kevin M. Downey
Lance A. Wade
Amy Mason Saharia
　*Counsel of Record*
Katherine A. Trefz
Williams & Connolly LLP
　*680 Maine Ave. S.W.*
　*Washington, D.C. 20024*
　*(202) 434-5000*
　*asaharia@wc.com*

John D. Cline
Law Office of John D. Cline
　*600 Stewart Street*
　*Suite 400*
　*Seattle, WA 98101*
　*(360) 320-6435*

*Counsel for Defendant-Appellant*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on April 17, 2023, I electronically filed the foregoing Motion to Transmit Physical Exhibits on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

/s/ Amy Mason Saharia
Kevin M. Downey
Lance A. Wade
Amy Mason Saharia
  *Counsel of Record*
Katherine A. Trefz
Williams & Connolly LLP
  *680 Maine Avenue S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

John D. Cline
Law Office of John D. Cline
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

*Counsel for Defendant-Appellant*