# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH A. HOLMES,<br>Defendant. | Case No. 5:18-cr-00258-EJD-1<br>**FINAL VERDICT FORM** |

We, the members of the Jury in the above-entitled case, unanimously find the defendant, Elizabeth Holmes:

1. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Conspiracy to Commit Wire Fraud against Theranos investors in violation of 18 U.S.C. § 1349, as charged in Count One of the indictment.

2. _____Not Guilty_____ [GUILTY / NOT GUILTY] of the charge of Conspiracy to Commit Wire Fraud against Theranos paying patients in violation of 18 U.S.C. § 1349, as charged in Count Two of the indictment.

3. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,990 on or about December 30, 2013, as charged in Count Three of the indictment.

Case No.: 5:18-cr-00258-EJD-1
FINAL VERDICT FORM

1

4. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,349,900 on or about December 31, 2013, as charged in Count Four of the indictment.

5. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $4,875,000 on or about December 31, 2013, as charged in Count Five of the indictment.

6. ___Guilty___ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $38,336,632 on or about February 6, 2014, as charged in Count Six of the indictment.

7. ___Guilty___ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,999,984 on or about October 31, 2014, as charged in Count Seven of the indictment.

8. ___Guilty___ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,999,997 on or about October 31, 2014, as charged in Count Eight of the indictment.

10. ___Not Guilty___ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire transmission of Patient E.T.'s laboratory blood test results on or about May 11, 2015, as charged in Count Ten of the indictment.

11. ___Not Guilty___ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire transmission of Patient M.E.'s laboratory blood test results on or about

Case No.: 5:18-cr-00258-EJD-1
FINAL VERDICT FORM

2

May 16, 2015, as charged in Count Eleven of the indictment.

12. ___Not Guilty___ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $1,126,661 on or about August 3, 2015, as charged in Count Twelve of the indictment.

Dated: 1/3/22

_____
Jury Foreperson

Case No.: 5:18-cr-00258-EJD-1
FINAL VERDICT FORM

3