# EXHIBIT 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 11 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | SEPTEMBER 24, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 1686 - 1888 |
| _____ | ) | |


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

     (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                         CERTIFICATE NUMBER 8074
                         LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
         TRANSCRIPT PRODUCED WITH COMPUTER

```
1        A P P E A R A N C E S:  (CONT'D)

2

3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                             BY:  KEVIN M. DOWNEY
4                                 LANCE A. WADE
                                  KATHERINE TREFZ
5                            725 TWELFTH STREET, N.W.
                             WASHINGTON, D.C. 20005
6
                             LAW OFFICE OF JOHN D. CLINE
7                            BY:  JOHN D. CLINE
                             ONE EMBARCADERO CENTER, SUITE 500
8                            SAN FRANCISCO, CALIFORNIA 94111

9
     ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
10                           BY:  ADELAIDA HERNANDEZ

11                           OFFICE OF THE U.S. ATTORNEY
                             BY:  LAKISHA HOLLIMAN, PARALEGAL
12                                MADDI WACHS, PARALEGAL

13                           WILLIAMS & CONNOLLY
                             BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
14
                             TBC
15                           BY:  BRIAN BENNETT, TECHNICIAN

16

17

18

19

20

21

22

23

24

25
```

INDEX OF PROCEEDINGS

GOVERNMENT'S:


**ADAM ROSENDORFF**
DIRECT EXAM BY MR. BOSTIC                          P. 1702

```
1                          INDEX OF EXHIBITS

2
                                        IDENT.     EVIDENCE
3          GOVERNMENT'S:

4          939                                      1715
           3231                                     1723
5          1049                                     1725
           1157                                     1734
6          1491                                     1739
           1214                                     1743
7          1432                                     1746
           1525                                     1755
8          1772                                     1759
           2188                                     1767
9          4836                                     1779
           4145                                     1787
10         4147                                     1790
           4840                                     1793
11         4222                                     1800
           4228                                     1804
12         1543                                     1810
           1555                                     1816
13         4116                                     1821
           4189                                     1825
14         2009                                     1829
           5397                                     1831
15         2206                                     1837
           4124                                     1842
16         4127                                     1846
           1717                                     1851
17         4014                                     1858
           1828                                     1860
18         4292                                     1866
           4298                                     1872
19         1953                                     1874

20

21

22

23

24

25
```

```
 1    SAN JOSE, CALIFORNIA                    SEPTEMBER 24, 2021

 2                      P R O C E E D I N G S

 3         (COURT CONVENED AT 8:32 A.M.)

 4         (JURY OUT AT 8:32 A.M.)

 5              THE COURT:  WE ARE ON THE RECORD IN THE HOLMES

 6    MATTER.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT.

 7         WE ARE OUTSIDE OF THE PRESENCE OF THE JURY TO TALK

 8    ABOUT -- LET'S SEE, MS. KRATZMANN RECEIVED AN EMAIL FROM

 9    MR. BOSTIC REGARDING A WITNESS.

10         MR. BOSTIC?

11              MR. BOSTIC:  THANK YOU, YOUR HONOR.

12         GOOD MORNING.  JOHN BOSTIC FOR THE UNITED STATES.

13              THE COURT:  GOOD MORNING.

14              MR. BOSTIC:  WE WANTED TO BRING AN ISSUE TO THE

15    COURT'S ATTENTION.  WE ARE NOT SURE WHETHER THE COURT WILL WANT

16    TO RESOLVE IT NOW OR DURING DR. ROSENDORFF'S CROSS, BUT WE

17    WANTED TO FLAG IT FOR THE COURT.

18         SUBSEQUENT TO DR. ROSENDORFF'S EMPLOYMENT AT THERANOS HE

19    HAS OBTAINED UNRELATED EMPLOYMENT AT A DIFFERENT LAB.  IN THE

20    PAST SEVERAL MONTHS THAT LAB WAS THE SUBJECT OF A CMS

21    INSPECTION, AND THAT CMS INSPECTION LED TO SOME FINDINGS OF

22    DEFICIENCIES AT THAT LAB.

23         WE LEARNED ABOUT IT AND PRODUCED THE RECORDS IN OUR

24    POSSESSION RELATING TO THAT MATTER TO THE DEFENSE SEVERAL WEEKS

25    AGO.
```

08:33AM 1      I REACHED OUT TO DEFENSE TO ASK WHETHER THEY INTENDED TO

08:34AM 2  GO INTO THAT TOPIC ON CROSS, AND I WAS INFORMED THAT THEY MAY.

08:34AM 3  WE BELIEVE THAT'S INAPPROPRIATE CROSS IN THIS CASE.  WE BELIEVE

08:34AM 4  THAT IT'S BEYOND THE SCOPE OF DIRECT, AND WE FAIL TO SEE HOW IT

08:34AM 5  FITS INTO THE RULES OF EVIDENCE THAT DELINEATE THE APPROPRIATE

08:34AM 6  AREAS FOR A POSSIBLE WITNESS LIKE THIS.

08:34AM 7      THE COURT:  OKAY.  THANK YOU.

08:34AM 8    MR. WADE?

08:34AM 9      MR. WADE:  GOOD MORNING, YOUR HONOR.

08:34AM 10  LANCE WADE FOR MS. HOLMES.

08:34AM 11     MR. BOSTIC DID MAKE THAT INQUIRY LAST NIGHT, AND WE WERE

08:34AM 12  AS CANDID AS WE COULD BE WITH HIM, WHICH IS TO SAY WE SAID WE

08:34AM 13  MIGHT USE IT.  WE, OF COURSE, DON'T KNOW EXACTLY WHAT WE'RE

08:34AM 14  GOING TO DO BECAUSE WE HAVE NOT HEARD THE DIRECT EXAMINATION.

08:34AM 15     I WOULD HAVE EXPECTED, YOU KNOW, JUST BASED UPON THE

08:34AM 16  DEVELOPMENTS IN THE CASE AND THE DISCLOSURES OF THE GOVERNMENT,

08:34AM 17  THAT DR. ROSENDORFF WOULD TESTIFY ON DIRECT FOR, YOU KNOW, A

08:35AM 18  DAY OR TWO.

08:35AM 19     I UNDERSTAND THAT HE NOW MAY TESTIFY ONLY FOR A COUPLE OF

08:35AM 20  HOURS.  IF THAT'S THE CASE, MAYBE WE DON'T NEED IT.

08:35AM 21     I CAN CERTAINLY REPRESENT TO THE COURT WE WOULD NOT NEED

08:35AM 22  TO USE THESE MATERIALS TODAY, SO WE COULD WAIT AND SEE WHAT THE

08:35AM 23  DIRECT EXAMINATION IS AND THEN DEAL WITH IT DOWN THE ROAD, IF

08:35AM 24  NECESSARY.

08:35AM 25     OF COURSE, THE COURT WELL KNOWS UNDER THE ABEL DECISION

1692

08:35AM  1    THAT BIAS IS AN APPROPRIATE BASIS FOR CROSS-EXAMINATION AND AN

08:35AM  2    APPROPRIATE USE OF EXTRINSIC EVIDENCE.

08:35AM  3         SO WHETHER THAT COMES FROM THE PLAINTIFF IN THIS CASE OR

08:35AM  4    NOT, I DON'T KNOW, WE'LL HAVE TO SEE WHAT DR. ROSENDORFF SAYS

08:35AM  5    ON THE STAND.

08:35AM  6              THE COURT:  WELL, CERTAINLY BIAS IS ALWAYS RELEVANT

08:35AM  7    IN ANY CASE.

08:35AM  8         BUT THE QUESTION AS I LOOK AT IT IS, HOW FAR AND HOW MUCH,

08:35AM  9    IF ANY, EXAMINATION IS PROPER?

08:35AM 10         AS YOU KNOW, WE HAD A WITNESS EARLIER AND THE WITNESS'S

08:35AM 11    POST EVENT EMPLOYMENT WAS DISCUSSED, AND THE COURT FOUND THAT'S

08:36AM 12    NOT RELEVANT.

08:36AM 13         IT MIGHT BE RELEVANT IN THIS CASE, BUT I DON'T KNOW.  WITH

08:36AM 14    THIS WITNESS, I DON'T KNOW.

08:36AM 15         I THINK I GRANTED YOUR MOTION TO NOT ALLOW THAT TESTIMONY

08:36AM 16    TO COME IN BECAUSE POST EMPLOYMENT FROM THERANOS AS TO THAT

08:36AM 17    WITNESS WAS -- YOU REMEMBER THAT WITNESS.

08:36AM 18              MR. WADE:  I NOW DO REMEMBER.  I WAS SEARCHING MY

08:36AM 19    MEMORY BANK, AND I BELIEVE IT WAS A COUPLE WEEKS AGO, BUT IT

08:36AM 20    FEELS SLIGHTLY LONGER THAN THAT AS THIS POINT.

08:36AM 21         BUT I DO RECALL THAT ISSUE AND, AS A RESULT OF THE NATURE

08:36AM 22    OF THAT EXAMINATION, THAT WAS -- I DON'T BELIEVE THE GOVERNMENT

08:36AM 23    WAS SAYING THAT THEY WERE OFFERING IT FOR BIAS, AND WE

08:36AM 24    CERTAINLY, I THINK, AT THE TIME EXPLICITLY SAID WE WERE NOT

08:36AM 25    GOING INTO BIAS ON THAT WITNESS.

|  |  |  |
|---|---|---|
| 08:36AM | 1 | SO WHAT HAPPENS HERE I DON'T KNOW.  THERE ARE A COUPLE OF |
| 08:36AM | 2 | INSTANCES OF EMPLOYMENT, POST THERANOS EMPLOYMENT BY -- THAT |
| 08:36AM | 3 | THE GOVERNMENT IS AWARE OF. |
| 08:37AM | 4 | I THINK IT'S FAIR TO ASSUME THAT WE GIVE THEM NOTICE THAT |
| 08:37AM | 5 | WE MAY USE THAT.  WE MAY SEEK TO USE THAT. |
| 08:37AM | 6 | IF WE -- IF THE COURT WANTS US TO ADDRESS THAT AGAIN, |
| 08:37AM | 7 | MAYBE TUESDAY MORNING OR MONDAY AFTERNOON, ONCE WE HAVE A |
| 08:37AM | 8 | BETTER SENSE, WE'RE HAPPY TO DO THAT AND I WILL MAKE THE |
| 08:37AM | 9 | COMMITMENT TO THE COURT THAT WE WILL NOT GO INTO THOSE MATTERS |
| 08:37AM | 10 | TODAY. |
| 08:37AM | 11 | THE COURT:  OKAY.  WELL, THANK YOU. |
| 08:37AM | 12 | DO YOU ANTICIPATE YOUR TIME ON DIRECT WITH THIS WITNESS TO |
| 08:37AM | 13 | TAKE UP THE MORNING? |
| 08:37AM | 14 | MR. BOSTIC:  I THINK IT WILL TAKE UP THE MORNING AND |
| 08:37AM | 15 | IT WILL GO INTO THE AFTERNOON AND PROBABLY WELL INTO THE |
| 08:37AM | 16 | AFTERNOON. |
| 08:37AM | 17 | SO I AGREE WITH MR. WADE ON TIMING.  THAT'S ALL WE'RE |
| 08:37AM | 18 | ASKING FOR IS AN OPPORTUNITY TO ADDRESS THIS WITH THE COURT, |
| 08:37AM | 19 | AND WE WANTED TO PUT THE DEFENSE ON NOTICE AND RAISE IT WITH |
| 08:37AM | 20 | THE COURT IN THE INTEREST OF EFFICIENCY SO THERE'S A CHANCE TO |
| 08:37AM | 21 | TALK ABOUT IT AND TO HEAR THE DEFENSE'S ARTICULATION FOR WHY |
| 08:37AM | 22 | IT'S ADMISSIBLE CROSS BEFORE IT GETS RAISED DURING THE |
| 08:37AM | 23 | EXAMINATION OF THE WITNESS. |
| 08:37AM | 24 | THE COURT:  SURE.  I APPRECIATE YOUR ATTENTION TO |
| 08:38AM | 25 | THIS.  LET'S SEE WHERE WE GO.  THANK YOU FOR YOUR INFORMATION |

08:38AM   1    ABOUT HOW LONG YOU THINK YOUR DIRECT WILL BE.

08:38AM   2         IT SOUNDS LIKE IT MAY COME UP THIS AFTERNOON, LATE THIS

08:38AM   3    AFTERNOON, MAYBE NOT.

08:38AM   4         BUT IF IT DOES, IF YOU FINISH WITH YOUR DIRECT, MY SENSE

08:38AM   5    IS THAT WITH THE TIME REMAINING, MR. WADE, YOU CAN -- YOU HAVE

08:38AM   6    OTHER AREAS TO PROBE BEFORE YOU GET INTO THIS I WOULD THINK.

08:38AM   7              MR. WADE:  I DO, YOUR HONOR.  SO I DON'T SEE A NEED

08:38AM   8    TO ADDRESS IT AND TAKE UP ANY TIME WITH THE JURY CERTAINLY.

08:38AM   9         ONCE WE HAVE A BETTER SENSE OF THE SCOPE OF THE DIRECT, WE

08:38AM  10    CAN CONFER AND ADVISE THE COURT WHETHER WE NEED TO COME BACK TO

08:38AM  11    THE COURT.

08:38AM  12              THE COURT:  OKAY.  OKAY.

08:38AM  13              MR. WADE:  SINCE WE'RE HERE, YOUR HONOR, I DO HAVE

08:38AM  14    TWO OTHER SMALL ITEMS THAT I JUST WOULD RAISE WITH RESPECT TO

08:38AM  15    DR. ROSENDORFF.

08:38AM  16              THE COURT:  SURE.  LET ME -- BEFORE YOU DO THAT,

08:38AM  17    PARDON ME.

08:38AM  18         IF WE WANT TO DISCUSS THIS ISSUE BEFORE TUESDAY'S

08:38AM  19    TESTIMONY, I THINK OUR MONDAY MORNING CALENDAR -- DO WE HAVE

08:38AM  20    ANYTHING ON CALENDAR MONDAY, MS. KRATZMANN?

08:39AM  21              THE CLERK:  WE DO NOT, YOUR HONOR.

08:39AM  22              THE COURT:  WE HAVE AN AFTERNOON CRIMINAL CALENDAR,

08:39AM  23    WHICH IS A STANDING CALENDAR, BUT MY MONDAY MORNING IS

08:39AM  24    AVAILABLE, SO WE COULD MEET TO DISCUSS THIS ISSUE MONDAY

08:39AM  25    MORNING, AGAIN, MR. WADE, AT 5:00 A.M. IF THAT'S YOUR

08:39AM 1     PREFERENCE.

08:39AM 2                  MR. WADE:  MY UNDERSTANDING IS THAT'S WHAT THE COURT

08:39AM 3     REPORTER PREFERS, YOUR HONOR, SO I'LL BE HAPPY TO ACCOMMODATE.

08:39AM 4                  THE COURT:  OKAY.  SO LET'S MOVE TO YOUR OTHER

08:39AM 5     ISSUES.

08:39AM 6                  MR. WADE:  THE OTHER ISSUE, JUST SMALL ISSUES THAT I

08:39AM 7     WANTED TO RAISE, I'M SURE THE GOVERNMENT IS PROBABLY NOT

08:39AM 8     INTENDING TO BRING CERTAIN ITEMS OF SPECULATION OUT ON DIRECT,

08:39AM 9     BUT I JUST WANT TO FLAG THEM IN ADVANCE TO GET CLARITY OF THAT.

08:39AM 10         ONE IS THAT THERE ARE SOME STATEMENTS IN SOME RECENT

08:39AM 11    DISCLOSURES FROM THE GOVERNMENT THAT DR. ROSENDORFF HEARD THAT

08:39AM 12    MS. HOLMES WAS BCC'D ON ALL EMAILS TO MR. BALWANI.

08:39AM 13         WE BELIEVE THAT'S NOT THE CASE, NOR DOES THIS WITNESS HAVE

08:39AM 14    FOUNDATION TO OFFER THAT, SO I JUST WANT TO -- I DON'T WANT TO

08:40AM 15    CREATE ANY MISIMPRESSION WITH THE JURY, SO I JUST WANTED TO

08:40AM 16    RAISE THAT ISSUE.

08:40AM 17                 THE COURT:  OKAY.

08:40AM 18                 MR. BOSTIC:  I DON'T INTEND TO ELICIT THAT

08:40AM 19    TESTIMONY, YOUR HONOR.

08:40AM 20                 MR. WADE:  AND THEN ONE OTHER SMALL POINT OF A

08:40AM 21    SIMILAR NATURE.

08:40AM 22         THERE'S AN INSTANCE WHERE DR. ROSENDORFF OFFERS

08:40AM 23    SPECULATION AS TO WHY CERTAIN INFORMATION WAS NOT TO BE --

08:40AM 24    MR. BALWANI ASKED NOT TO BE INCLUDED ON CERTAIN REPORTS.

08:40AM 25         WE WOULD JUST, AGAIN, SUGGEST THAT THERE'S, THERE'S NOT A

08:40AM 1    BASIS FOR THIS WITNESS TO SPECULATE AS TO DOCTOR -- AS TO

08:40AM 2    MR. BALWANI'S REASONS FOR NOT WANTING TO DO SOMETHING.  HE CAN

08:40AM 3    OBVIOUSLY TESTIFY AS TO THE FACTS AND, TO A DEGREE, HIS

08:40AM 4    INTERACTIONS WITH MR. BALWANI.  BUT WE WANT TO MAKE SURE THAT

08:40AM 5    THE SPECULATION ABOUT MR. BALWANI'S REASONS IS NOT OFFERED IN

08:40AM 6    COURT.

08:41AM 7          MR. BOSTIC:  YOUR HONOR, ON THAT, I DON'T INTEND TO

08:41AM 8    ELICIT ANY SPECULATION FROM THIS WITNESS.

08:41AM 9          I CONFESS, THOUGH, I'M NOT SURE WHAT INSTANT DEFENSE

08:41AM 10   COUNSEL IS REFERRING TO WHEN HE TALKS ABOUT CERTAIN INFORMATION

08:41AM 11   IN CERTAIN REPORTS.

08:41AM 12         MR. WADE:  THERE WAS AN INSTANCE THAT WAS DISCLOSED

08:41AM 13   IN A 302 THAT A REAGENT WAS USED OR CERTAIN ITEMS WERE NOT

08:41AM 14   DISCLOSED TO A PATIENT.

08:41AM 15         DR. ROSENDORFF SPECULATED THAT THE REASON THAT MR. BALWANI

08:41AM 16   DIDN'T WANT TO DO THAT WAS SOME NEFARIOUS REASON.

08:41AM 17         AGAIN, I WOULD ASSUME THE GOVERNMENT WOULDN'T SEEK TO

08:41AM 18   OFFER SUCH EVIDENCE.  I JUST WANT TO MAKE CLEAR THAT THAT'S THE

08:41AM 19   CASE.

08:41AM 20         MR. BOSTIC:  SO, YOUR HONOR, I, I DON'T INTEND TO

08:41AM 21   ASK THIS WITNESS TO ACT AS A MIND READER.  I KNOW HE DOESN'T

08:41AM 22   KNOW WHAT WAS INSIDE MR. BALWANI'S HEAD.

08:41AM 23         I THINK HE IS QUALIFIED TO GIVE HIS IMPRESSION ABOUT WHAT

08:41AM 24   MR. BALWANI APPEARED TO PRIORITIZE AT VARIOUS TIMES.  HE WORKED

08:41AM 25   CLOSELY WITH MR. BALWANI FOR A NUMBER OF MONTHS AND HAS A GOOD

08:42AM  1    FOUNDATION TO TESTIFY ON THAT BASIS.

08:42AM  2         SO I THINK IF THAT'S THE TESTIMONY THAT MR. WADE IS

08:42AM  3    REFERRING TO, I THINK IT IS ADMISSIBLE, BUT IT WON'T BE

08:42AM  4    SPECULATION.

08:42AM  5              MR. WADE:  WE CAN DEAL WITH IT AS IT ARISES,

08:42AM  6    YOUR HONOR.

08:42AM  7              THE COURT:  ALL RIGHT.  GREAT.  THANK YOU.

08:42AM  8              MR. BOSTIC:  YOUR HONOR, I APOLOGIZE, ONE RELATED

08:42AM  9    ISSUE FOR DR. ROSENDORFF THAT I FAILED TO MENTION.

08:42AM 10         ANOTHER ITEM RELATING TO HIS POST-THERANOS EMPLOYMENT, HE

08:42AM 11    ALSO WORKED FOR A COMPANY, AND I BELIEVE THE COURT IS AWARE OF

08:42AM 12    THIS, THAT LATER BECAME THE SUBJECT OF AN UNRELATED GOVERNMENT

08:42AM 13    INVESTIGATION.

08:42AM 14         THE GOVERNMENT HAS PRODUCED A LARGE VOLUME OF DOCUMENTS TO

08:42AM 15    THE DEFENSE ON THAT TOPIC.

08:42AM 16         THOSE DOCUMENTS ARE SUBJECT TO A PROTECTIVE ORDER THAT

08:42AM 17    REQUIRES THE DEFENSE TO PROVIDE THE GOVERNMENT WITH NOTICE IF

08:42AM 18    IT INTENDS TO GET INTO THAT TOPIC, THOSE DOCUMENTS OR THE FACTS

08:42AM 19    THEREIN IN COURT.

08:42AM 20         WE HAVE NOT RECEIVED THAT NOTICE FROM THE DEFENSE, SO WE

08:42AM 21    ASSUME THAT THE DEFENSE IS NOT PLANNING TO GET INTO THAT TOPIC

08:42AM 22    WITH DR. ROSENDORFF, BUT I WANTED TO FLAG IT FOR THE DEFENSE

08:43AM 23    AND THE COURT AS WELL.

08:43AM 24              MR. WADE:  I THINK -- IT'S A VERY RELATED ISSUE TO

08:43AM 25    THE OTHER ITEM WITH THE OTHER LAB, YOUR HONOR.

08:43AM 1      I THINK FOR PURPOSES OF DISCLOSURE AND CONSIDERATION BY

08:43AM 2   THE GOVERNMENT, THEY SHOULD ASSUME THAT WE WILL GO INTO THAT,

08:43AM 3   OR MAY INTEND TO GO INTO THAT I WOULD SAY.

08:43AM 4      SO WE WOULD PROVIDE NOTICE HERE THAT WE MAY DO THAT.  I

08:43AM 5   DON'T HAVE PARTICULAR DOCUMENTS THAT I WAS INTENDING TO OFFER,

08:43AM 6   BUT, AGAIN, DEPENDING ON WHAT THE WITNESS SAYS AND IN THE

08:43AM 7   INTEREST OF TRYING TO BE CAUTIOUS IN TERMS OF SUCH DISCLOSURES,

08:43AM 8   THE GOVERNMENT SHOULD ASSUME THAT WE WILL SEEK TO OFFER THAT

08:43AM 9   EVIDENCE.

08:43AM 10          THE COURT:  OKAY.  WELL, THANK YOU FOR THAT.

08:43AM 11      IT SOUNDS TO ME LIKE WE MAY NEED MONDAY MORNING TO DISCUSS

08:43AM 12   THIS FURTHER, AND THAT WOULD BE MY PREFERENCE, RATHER THAN

08:43AM 13   WAITING UNTIL TUESDAY MORNING.

08:43AM 14      SO YOU'LL HAVE THE WEEKEND TO LOOK AT THIS AND DEVELOP ANY

08:43AM 15   PLEADINGS THAT YOU HAVE AND GET THOSE TO ME SO WE CAN STUDY

08:43AM 16   THEM AND THEN BE PREPARED TO HAVE A FULSOME CONVERSATION MONDAY

08:44AM 17   MORNING.

08:44AM 18          MR. WADE:  SURE.  I THINK THAT WOULD BE APPROPRIATE,

08:44AM 19   YOUR HONOR.

08:44AM 20      I KNOW THE COURT DOESN'T WANT US TO HAVE TO DISCLOSE

08:44AM 21   CROSS-EXAMINATION IN ADVANCE, AND WE OBVIOUSLY DON'T KNOW WHAT

08:44AM 22   THE SCOPE OF IT WILL BE, SO THAT SOUNDS APPROPRIATE.

08:44AM 23          THE COURT:  WELL, IT'S PREDICATED ON THE DIRECT, OF

08:44AM 24   COURSE.  I KNOW YOU HAVE TO DECIDE THAT.

08:44AM 25          MR. WADE:  RIGHT.

08:44AM 1    THE COURT:  SO MONDAY MORNING MIGHT BE A GOOD TIME.

08:44AM 2  SO WHY DON'T YOU RESERVE MONDAY MORNING.

08:44AM 3    I'LL CHECK WITH OUR COURT REPORTER AS TO TIMING, AND WE'LL

08:44AM 4  LET YOU KNOW ON THAT.

08:44AM 5    MR. WADE:  AND AS ALWAYS, WE WILL STAND READY AS TO

08:44AM 6  WHATEVER TIME THE COURT PREFERS.

08:44AM 7    THE COURT:  ALL RIGHT.  THANK YOU.

08:44AM 8    LET ME SEE.  BREAKS TODAY?  DO YOU HAVE A SUGGESTED BREAK

08:44AM 9  TIME?  SHOULD WE BREAK AT 10:45 FOR 30 MINUTES?  AND DOES THAT

08:44AM 10  WORK FOR THE PARTIES?

08:44AM 11    I TOLD THE JURY WE MAY GO UNTIL 3:00 TODAY.  NOW, IT MAY

08:44AM 12  DEPEND, IF WE RUN INTO THIS ISSUE WITH DR. ROSENDORFF AND WE

08:45AM 13  NEED TO STOP BEFORE 3:00, WE CAN DO THAT.  BUT IT SOUNDS LIKE

08:45AM 14  IT MIGHT BE 3:00 BEFORE WE GET INTO SOME THRESHOLD ISSUES.

08:45AM 15    MR. BOSTIC:  I THINK SO.

08:45AM 16    THE COURT:  WE'LL BREAK FOR 30 MINUTES ABOUT A

08:45AM 17  QUARTER UNTIL 11:00, AND THEN ABOUT 1:45 FOR 20 OR 30 MINUTES

08:45AM 18  LATER ON, AND THEN WE'LL PRESS ON FOR THE REST OF THE DAY.

08:45AM 19    MR. WADE:  VERY WELL, YOUR HONOR.

08:45AM 20    THE COURT:  ALL RIGHT.  THANK YOU.

08:45AM 21    THE CLERK:  COURT IS IN RECESS.

08:45AM 22    (RECESS FROM 8:45 A.M. UNTIL 9:04 A.M.)

09:04AM 23    (JURY IN AT 9:04 A.M.)

09:04AM 24    THE COURT:  ALL RIGHT.  THANK YOU.  GOOD MORNING.

09:04AM 25    WE ARE BACK ON THE RECORD IN UNITED STATES VERSUS

09:04AM 1    ELIZABETH HOLMES.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS

09:04AM 2    PRESENT.  OUR JURY AND ALTERNATES ARE PRESENT.

09:04AM 3         GOOD MORNING, LADIES AND GENTLEMEN.  NICE TO SEE YOU

09:04AM 4    AGAIN.

09:04AM 5         LET ME ASK THAT QUESTION THAT I WILL POSE TO YOU EACH DAY

09:04AM 6    AS I'VE INDICATED.  I'M CURIOUS AND WOULD LIKE TO KNOW WHETHER

09:04AM 7    ANY OF YOU HAVE, OVER THE COURSE OF OUR BREAK, WHETHER ANY OF

09:04AM 8    YOU HAVE LEARNED ANYTHING ABOUT THIS CASE, SHARED ANY

09:04AM 9    INFORMATION ABOUT THIS CASE OUTSIDE OF THE COURTROOM THROUGH

09:04AM 10   ANY SOCIAL MEDIA, READING, LISTENING, OR DISCUSSING, OR IF ANY

09:04AM 11   OF THAT HAS COME TO PASS, EITHER INTENTIONAL OR ACCIDENTAL.  IF

09:05AM 12   ANY OF YOU HAVE HAD ANY OF THAT EXPERIENCE, IF YOU WOULD RAISE

09:05AM 13   YOUR HAND, I WOULD APPRECIATE IT.

09:05AM 14        AGAIN, I'M HAPPY TO SPEAK WITH YOU PRIVATELY IF YOU WISH.

09:05AM 15        I SEE NO HANDS.  THANK YOU.

09:05AM 16        BEFORE WE BEGIN -- I THINK THE GOVERNMENT HAS ANOTHER

09:05AM 17   WITNESS.

09:05AM 18        BUT BEFORE WE BEGIN, I JUST WANT TO REMIND EVERYONE IN THE

09:05AM 19   COURTROOM THAT RECORDING OF ANY PROCEEDINGS IN THIS COURTROOM,

09:05AM 20   INCLUDING ANY PHOTOGRAPHING OF ANY PROCEEDINGS IN THIS

09:05AM 21   COURTROOM, IS PROHIBITED AND THAT YOU MAY NOT DO THAT.  THAT IS

09:05AM 22   RECORDING VIA ANY DEVICE YOU HAVE, ANY MACHINE, CELL PHONE OR

09:05AM 23   OTHER ITEM IS STRICTLY PROHIBITED.

09:05AM 24        IF THAT'S BROUGHT TO MY ATTENTION, WE'LL HAVE TO TAKE SOME

09:05AM 25   MEASURES ABOUT THAT.  SO I JUST WANTED TO ADVISE EVERYONE TO

09:05AM 1    PLEASE DISABLE ANY DEVICE YOU HAVE, IF IT IS CONNECTED TO ANY

09:06AM 2    RECORDING, VIDEO, OR AUDIO RECORDING, I WOULD APPRECIATE IT TO

09:06AM 3    BE IN COMPLIANCE WITH THE RULES OF THIS COURTHOUSE.

09:06AM 4         THANK YOU.

09:06AM 5         DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL?

09:06AM 6             MR. BOSTIC:  YES, YOUR HONOR.  THE UNITED STATES

09:06AM 7    CALLS DR. ADAM ROSENDORFF.

09:06AM 8             THE COURT:  SIR, IF YOU WOULD COME FORWARD, PLEASE.

09:06AM 9    I'LL INVITE YOU TO STAND OVER HERE WHILE YOU FACE OUR COURTROOM

09:06AM 10   DEPUTY.

09:06AM 11        IF YOU WOULD RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR

09:06AM 12   YOU.

09:06AM 13            THE CLERK:  GOOD MORNING.

09:06AM 14        **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS SWORN.)**

09:06AM 15            THE WITNESS:  YES.

09:06AM 16            THE COURT:  PLEASE HAVE A SEAT HERE, SIR.  LET ME

09:06AM 17   INVITE YOU TO MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST

09:06AM 18   THE CHAIR AND MICROPHONE AS YOU NEED.  I'LL ENCOURAGE YOU TO

09:07AM 19   SPEAK DIRECTLY INTO THE MICROPHONE.

09:07AM 20        MR. BOSTIC WILL HAVE A QUESTION FOR YOU IN JUST A MOMENT

09:07AM 21   IN REGARDS TO YOUR MASK.

09:07AM 22        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

09:07AM 23   AND SPELL IT, PLEASE.

09:07AM 24            THE WITNESS:  ADAM ROSENDORFF, A-D-A-M,

09:07AM 25   R-O-S-E-N-D-O-R-F-F.

09:07AM  1          THE COURT:  THANK YOU.  COUNSEL.

09:07AM  2                      **DIRECT EXAMINATION**

09:07AM  3   BY MR. BOSTIC:

09:07AM  4   Q.   GOOD MORNING, DR. ROSENDORFF.

09:07AM  5   A.   GOOD MORNING.

09:07AM  6   Q.   I UNDERSTAND FROM THE COURT THAT IF YOU ARE VACCINATED AND

09:07AM  7   YOU ARE COMFORTABLE REMOVING YOUR MASK AND TESTIFYING WITHOUT A

09:07AM  8   MASK, YOU ARE WELCOME TO DO SO.

09:07AM  9   A.   THANK YOU.

09:07AM 10          THE COURT:  MR. BOSTIC, BEFORE YOU BEGIN, I JUST

09:07AM 11   WANT TO ALERT YOU AND THE JURY THAT WE'LL TAKE OUR BREAK, OUR

09:07AM 12   MORNING BREAK AT 10:45, LADIES AND GENTLEMEN.  THAT WILL BE

09:07AM 13   ABOUT 30 MINUTES.  THAT'S OUR BREAK TIME.  THANK YOU.

09:07AM 14          MR. BOSTIC:  THANK YOU, YOUR HONOR.

09:07AM 15          THE COURT:  THANK YOU.

09:07AM 16          MR. BOSTIC:  MAY I APPROACH THE WITNESS, YOUR HONOR?

09:07AM 17          THE COURT:  YES.

09:07AM 18          MR. BOSTIC:  (HANDING.)

09:07AM 19   Q.   DR. ROSENDORFF, WERE YOU AT ONE TIME EMPLOYED BY A COMPANY

09:08AM 20   CALLED THERANOS?

09:08AM 21   A.   YES.

09:08AM 22   Q.   AND WHAT WAS YOUR POSITION AT THE COMPANY?

09:08AM 23   A.   LAB DIRECTOR.

09:08AM 24   Q.   AND WHAT WERE THE APPROXIMATE DATES OF YOUR EMPLOYMENT AT

09:08AM 25   THERANOS?

09:08AM 1    A.   APRIL 2013 TO NOVEMBER 2014.

09:08AM 2    Q.   WHAT WAS YOUR REASON FOR LEAVING THE COMPANY?

09:08AM 3    A.   THERE WERE MANY FACTORS.  ONE WAS THE UNWILLINGNESS OF

09:08AM 4    MANAGEMENT TO PERFORM PROFICIENCY TESTING AS REQUIRED BY LAW.

09:08AM 5    I FELT PRESSURED TO VOUCH FOR TESTS THAT I DID NOT HAVE

09:08AM 6    CONFIDENCE IN.  I CAME TO BELIEVE THAT THE COMPANY BELIEVED

09:08AM 7    MORE ABOUT PR AND FUNDRAISING THAN ABOUT PATIENT CARE; AND ALSO

09:08AM 8    THE EQUIPMENT AND REAGENTS, THE PLATFORM WAS NOT ALLOWING ME TO

09:08AM 9    FUNCTION EFFECTIVELY AS A LAB DIRECTOR.

09:08AM 10   Q.   LET'S GO BACKWARD IN TIME A LITTLE BIT FROM YOUR TIME AT

09:09AM 11   THERANOS.

09:09AM 12        CAN YOU SUMMARIZE YOUR EDUCATION FOR ME, BEGINNING WITH

09:09AM 13   COLLEGE?

09:09AM 14   A.   SURE.  I GREW UP IN SOUTH AFRICA.  I GRADUATED WITH A

09:09AM 15   BACHELOR OF ARTS DEGREE FROM THE UNIVERSITY OF WIWATERSRAND AND

09:09AM 16   THEN CAME TO THE UNITED STATES IN 1993.

09:09AM 17        I ATTENDED MEDICAL SCHOOL AT MOUNT SINAI SCHOOL OF

09:09AM 18   MEDICINE IN NEW YORK CITY FROM 1995 TO 2000.

09:09AM 19        FOLLOWING THAT I DID A FELLOWSHIP IN INFECTIOUS DISEASES,

09:09AM 20   BASIC SCIENCE RESEARCH UNTIL 2005.

09:09AM 21        I THEN DID A RESIDENCY IN CLINICAL PATHOLOGY, OTHERWISE

09:09AM 22   KNOWN AS LABORATORY MEDICINE, FROM 2005 UNTIL 2008.

09:09AM 23        I WAS THEN EMPLOYED AS LAB DIRECTOR AT THE UNIVERSITY OF

09:09AM 24   PITTSBURGH CHILDREN'S HOSPITAL.  I LEFT THERE IN 2013 TO JOIN

09:09AM 25   THERANOS.

09:09AM 1    Q.  YOU MENTIONED THAT YOU DID A RESIDENCY.

09:10AM 2        CAN YOU JUST DESCRIBE AT A HIGH LEVEL WHAT A RESIDENCY IS?

09:10AM 3    A.  A RESIDENCY IS FURTHER TRAINING FOLLOWING MEDICAL SCHOOL

09:10AM 4    WHERE A PHYSICIAN SPECIALIZES IN A PARTICULAR MEDICAL FIELD AND

09:10AM 5    RECEIVES SPECIALIZED TRAINING AND CERTIFICATION FOLLOWING THAT.

09:10AM 6    Q.  AND IN WHAT FIELD DID YOU SPECIALIZE DURING YOUR

09:10AM 7    RESIDENCY?

09:10AM 8    A.  CLINICAL PATHOLOGY.

09:10AM 9    Q.  AND WHAT DOES THAT MEAN IN PLAIN LANGUAGE?

09:10AM 10   A.  CLINICAL PATHOLOGY IS ALL OF PATHOLOGY, EXCLUDING TISSUE

09:10AM 11   EXAMINATION OR AUTOPSY.  SO IT FOCUSES ON THE DIAGNOSIS OF

09:10AM 12   DISEASE IN THE LABORATORY.

09:10AM 13   Q.  THE LABORATORY THAT YOU WORKED AT AT THE UNIVERSITY OF

09:10AM 14   PITTSBURGH, WAS IT A LABORATORY THAT PERFORMED BLOOD TESTING

09:11AM 15   ANALYSIS?

09:11AM 16   A.  YES, SIR.

09:11AM 17   Q.  HOW ABOUT BOARD CERTIFICATIONS?  DO YOU HAVE ANY BOARD

09:11AM 18   CERTIFICATIONS?

09:11AM 19   A.  YES.  I'M ACTIVE BOARD CERTIFIED IN CLINICAL PATHOLOGY BY

09:11AM 20   THE AMERICAN BOARD OF PATHOLOGY.

09:11AM 21   Q.  LET'S TALK A LITTLE BIT ABOUT THE LAB DIRECTOR POSITION.

09:11AM 22       WHAT IS A LAB DIRECTOR?

09:11AM 23   A.  A LAB DIRECTOR IS RESPONSIBLE FOR ENSURING THAT THE TESTS

09:11AM 24   THAT COME OUT OF A LAB ARE APPROPRIATE FOR PATIENT CARE, AND

09:11AM 25   THAT ENTAILS A NUMBER OF FACTORS, SUCH AS ENSURING THAT THE

| | | |
|---|---|---|
| 09:11AM | 1 | EMPLOYEES ARE TRAINED AND COMPETENT, ENROLLMENT IN PROFICIENCY |
| 09:11AM | 2 | TESTING, AND ENSURING THAT THE LAB HAS A QUALITY MANAGEMENT |
| 09:11AM | 3 | SYSTEM, DOCUMENTING CORRECTIVE ACTIONS, DEVIATIONS, AND |
| 09:12AM | 4 | REVIEWING REPORTS IN CONSULTATION WITH CLIENTS AND PHYSICIANS |
| 09:12AM | 5 | WHEN APPROPRIATE. |
| 09:12AM | 6 | Q.   ARE THERE CERTAIN QUALIFICATIONS THAT ONE HAS TO HAVE IN |
| 09:12AM | 7 | ORDER TO BE A LAB DIRECTOR? |
| 09:12AM | 8 | A.   YES.   PER CLIA, THEY ALLOW M.D.'S OR PH.D.'S TO BE LAB |
| 09:12AM | 9 | DIRECTORS.   I BELIEVE THE M.D. REQUIRES A YEAR OF EXPERIENCE IN |
| 09:12AM | 10 | A HIGH COMPLEXITY CLINICAL LABORATORY, AND THE PH.D. REQUIRES |
| 09:12AM | 11 | SPECIALTY BOARD CERTIFICATION FROM A CMS RECOGNIZED BOARD. |
| 09:12AM | 12 | Q.   AND THROUGH WHICH ONE OF THOSE PATHS WERE YOU QUALIFIED TO |
| 09:12AM | 13 | BE A LAB DIRECTOR? |
| 09:12AM | 14 | A.   M.D. PATH. |
| 09:12AM | 15 | Q.   YOU TALKED A LITTLE BIT ABOUT A LAB DIRECTOR'S |
| 09:12AM | 16 | RESPONSIBILITIES.   DO THEY INCLUDE MONITORING THE ACCURACY OF |
| 09:12AM | 17 | TESTS BEING CONDUCTED BY THE LAB? |
| 09:12AM | 18 | A.   DEFINITELY. |
| 09:12AM | 19 | Q.   WHEN WE TALK ABOUT ACCURACY IN THE CONTEXT OF LAB TESTS, |
| 09:13AM | 20 | WHAT DOES THAT MEAN? |
| 09:13AM | 21 | A.   ACCURACY IS THE CLOSENESS OF THE RESULT GENERATED BY THE |
| 09:13AM | 22 | LAB TO THE TRUE RESULT, THE TRUE BIOLOGICAL RESULT IN THE |
| 09:13AM | 23 | PATIENT. |
| 09:13AM | 24 | Q.   AND APOLOGIES FOR AN OBVIOUS QUESTION, BUT WHY IS THAT |
| 09:13AM | 25 | IMPORTANT IN THE FIELD OF LABORATORY TESTING? |

09:13AM   1      A.   PHYSICIANS AND OTHER HEALTH CARE PROVIDERS RELY --

09:13AM   2               THE COURT:  EXCUSE ME, DOCTOR.

09:13AM   3               MR. WADE:  I ASSUME WE'RE OFFERING THIS AS PART OF

09:13AM   4      THE DISCLOSED EXPERT TESTIMONY?

09:13AM   5               THE COURT:  ARE YOU SEEKING TO QUALIFY THIS WITNESS

09:13AM   6      AS AN EXPERT?

09:13AM   7               MR. BOSTIC:  NOT AT THIS TIME, YOUR HONOR.  I

09:13AM   8      BELIEVE HE HAS A FOUNDATION TO OFFER THIS AS LAY TESTIMONY.

09:13AM   9               THE COURT:  I THINK IT'S GENERAL FOUNDATION.

09:13AM  10               MR. WADE:  OKAY.

09:13AM  11      BY MR. BOSTIC:

09:13AM  12      Q.   WOULD YOU LIKE ME TO REPEAT THE QUESTION, DR. ROSENDORFF?

09:13AM  13      A.   YES, PLEASE.

09:13AM  14      Q.   THE QUESTION IS, WHY IS ACCURACY IMPORTANT, IF IT IS

09:13AM  15      IMPORTANT, IN THE CONTEXT OF LABORATORY TESTING?

09:13AM  16      A.   ACCURACY IS CRITICAL.  PHYSICIANS AND OTHER HEALTH CARE

09:14AM  17      PROVIDERS DEPEND ON THE ACCURACY OF A TEST TO MAKE MEDICAL

09:14AM  18      DECISIONS, SOMETIMES LIFE AND DEATH MEDICAL DECISIONS.

09:14AM  19      Q.   ARE YOU FAMILIAR WITH THE CONCEPT OF PRECISION SEPARATE

09:14AM  20      FROM THE CONCEPT OF ACCURACY?

09:14AM  21      A.   YES, SIR.

09:14AM  22      Q.   AND WHAT DOES PRECISION MEAN WHEN IT COMES TO LAB TESTING?

09:14AM  23      A.   PRECISION IS ALSO KNOWN AS REPEATABILITY.  IT IS THE

09:14AM  24      ABILITY OF A LAB TEST TO RETURN RESULTS FROM THE SAME SAMPLE

09:14AM  25      THAT ARE SUFFICIENTLY CLOSE TOGETHER WITHIN PREDEFINED RANGES

09:14AM  1     THAT ARE ACCEPTABLE FOR PATIENT CARE.

09:14AM  2     Q.   AND AT THE LABS THAT YOU'VE WORKED AT, HOW IS PRECISION

09:14AM  3     MEASURED AND QUANTIFIED?

09:14AM  4     A.   PRECISION IS A REQUIRED ELEMENT OF THE VALIDATION REPORT.

09:15AM  5     AT MINIMUM IT REQUIRES MEASURING BOTH INTRADAY PRECISION AND

09:15AM  6     INTERDAY PRECISION.

09:15AM  7          INTRADAY PRECISION IS WITH THE SAME OPERATOR AND SAME

09:15AM  8     EQUIPMENT, AND AT MINIMUM YOU HAVE TO REPEAT A TEST 20 TIMES ON

09:15AM  9     THE SAME SAMPLE.

09:15AM  10         AND THEN INTERDAY INVOLVES MULTIPLE OPERATORS AND MULTIPLE

09:15AM  11    INSTRUMENTS OVER MANY DAYS, TYPICALLY FIVE, WITH TYPICALLY MORE

09:15AM  12    THAN 20 OBSERVATIONS AND MEASUREMENTS.

09:15AM  13    Q.   AND BASED ON YOUR WORK IN DOING THAT KIND OF ASSESSMENT,

09:15AM  14    WHAT IS THE OUTPUT OF THAT KIND OF TESTING?  WHAT DO YOU END UP

09:15AM  15    WITH BY WAY OF RESULT?

09:15AM  16    A.   YOU END UP WITH A METRIC THAT IS KNOWN AS THE COEFFICIENT

09:15AM  17    OF VARIATION AND IT'S A PERCENTAGE, AND THE LOWER THE

09:15AM  18    COEFFICIENT OF VARIATION, THE MORE PRECISE THE TEST IS.

09:15AM  19    Q.   AS A LABORATORY DIRECTOR, IS IT ALSO PART OF YOUR

09:16AM  20    RESPONSIBILITY TO COMMUNICATE WITH DOCTORS AND PATIENTS ABOUT

09:16AM  21    YOUR RESULTS?

09:16AM  22    A.   YES.

09:16AM  23    Q.   HOW ABOUT THE ROLE OF RESEARCHING AND DEVELOPING ASSAYS?

09:16AM  24    IS THAT PART OF A LAB DIRECTOR'S JOB?

09:16AM  25    A.   THE LAB DIRECTOR WORKS WITH RESEARCH AND DEVELOPMENT TO

09:16AM   1   MAKE SURE ALL OF THE REQUIRED ELEMENTS OF THE VALIDATION ARE

09:16AM   2   EXECUTED ACCORDING TO REGULATIONS, AND ALSO THAT THE VALIDATION

09:16AM   3   IS TAILORED TOWARDS PRACTICAL UTILITY AND PATIENT CARE.

09:16AM   4   Q.   LET'S TALK ABOUT YOUR INITIAL CONTACT WITH THERANOS.  HOW

09:16AM   5   DID YOU FIRST LEARN ABOUT THE COMPANY?

09:16AM   6   A.   I WAS WORKING IN PITTSBURGH AS THE LAB DIRECTOR THERE, AND

09:17AM   7   I WENT ONTO LINKEDIN AND I SAW THAT THERANOS WAS ADVERTISING

09:17AM   8   FOR A LAB DIRECTOR AND I APPLIED FOR THE JOB AND I WAS

09:17AM   9   CONTACTED BY A RECRUITER.

09:17AM  10   Q.   AND DID YOU THEN INTERVIEW FOR THE POSITION?

09:17AM  11   A.   YES.

09:17AM  12   Q.   AND WHAT DO YOU RECALL ABOUT THAT PROCESS GENERALLY?

09:17AM  13   A.   I FLEW OUT TO SAN FRANCISCO.  THE INTERVIEW WAS AROUND

09:17AM  14   6:00 P.M.  I MET WITH SUNNY BALWANI, ELIZABETH HOLMES,

09:17AM  15   DANIEL YOUNG.  I MET IN A SMALL ROOM THAT WAS LOCKED OFF OR

09:17AM  16   SEPARATED FROM THE LABORATORY.

09:17AM  17        IS THERE SOMETHING SPECIFIC ABOUT THE INTERVIEW YOU WANTED

09:17AM  18   TO ASK?

09:17AM  19   Q.   I'LL ASK A FOLLOW-UP QUESTION.

09:17AM  20   A.   YEAH.

09:17AM  21   Q.   DID YOU MEET WITH ALL THREE INDIVIDUALS AT ONCE OR

09:17AM  22   INDIVIDUALLY?

09:17AM  23   A.   INDIVIDUALLY.

09:17AM  24   Q.   AND WERE YOU SUBSEQUENTLY OFFERED A JOB AT THERANOS?

09:18AM  25   A.   YES.

09:18AM   1     Q.   AND DID YOU ACCEPT?

09:18AM   2     A.   YES.

09:18AM   3     Q.   WHY DID YOU ACCEPT THE JOB AT THERANOS?  WHY DID YOU MAKE

09:18AM   4     THAT DECISION?

09:18AM   5     A.   I REALLY BOUGHT INTO THE IDEA OF LABORATORY TESTING BEING

09:18AM   6     DONE FROM A VERY SMALL PINPRICK SAMPLE AND THOUGHT THAT WOULD

09:18AM   7     BE ADVANTAGEOUS TO PATIENTS.

09:18AM   8          I BELIEVED THAT THERANOS HAD ADVANCED TECHNOLOGY THAT

09:18AM   9     WOULD ALLOW THEM TO DO THIS.

09:18AM  10          I WAS IMPRESSED BY THE EARNESTNESS AND THE DEDICATION THAT

09:18AM  11     I SENSED IN THE INTERVIEWERS, AND I THOUGHT IT WAS GOING TO BE

09:18AM  12     THE NEXT APPLE.

09:18AM  13     Q.   AND THE INFORMATION THAT CAUSED YOU TO FEEL THAT WAY,

09:18AM  14     WHERE DID IT COME FROM?

09:18AM  15     A.   I HAD READ THROUGH SOME OF THE PATENT APPLICATIONS THAT

09:19AM  16     THE COMPANY HAD BEEN APPROVED FOR ON THE INTERNET.  I HONESTLY

09:19AM  17     DID NOT KNOW VERY MUCH AT THAT TIME ABOUT WHAT KIND OF

09:19AM  18     TECHNOLOGY THE COMPANY WAS DEVELOPING OR RUNNING.

09:19AM  19     Q.   I'D LIKE TO TALK A LITTLE BIT ABOUT HOW YOU FIT INTO THE

09:19AM  20     STRUCTURE OF THE COMPANY.

09:19AM  21          FIRST OF ALL, WHEN YOU WERE A LAB DIRECTOR AT THERANOS,

09:19AM  22     WERE THERE ANY OTHER LAB DIRECTORS?

09:19AM  23     A.   I DIDN'T BECOME THE LAB DIRECTOR OF RECORD UNTIL THE

09:19AM  24     MIDDLE OF 2013 BECAUSE I WAS APPLYING FOR MY CALIFORNIA MEDICAL

09:19AM  25     LICENSE.

09:19AM 1     AND THEN IN EARLY 2014 THE COMPANY HIRED THE CO-LAB

09:19AM 2  DIRECTOR, MARK PANDORI, WHO ASSISTED ME IN SOME OF THE LAB

09:19AM 3  DIRECTOR FUNCTIONS.

09:19AM 4  Q.   BEFORE YOU BECAME LAB DIRECTOR, WAS SOMEONE ELSE HOLDING

09:20AM 5  THAT TITLE?

09:20AM 6  A.   YES.

09:20AM 7  Q.   AND WHO WAS THAT?

09:20AM 8  A.   ARNOLD GELB.

09:20AM 9  Q.   AND AS LAB DIRECTOR, WHAT POSITIONS IN THE COMPANY

09:20AM 10  REPORTED TO YOU?

09:20AM 11  A.   IT WAS, IT WAS NOT MADE CLEAR TO ME WHO MY DIRECT REPORTS

09:20AM 12  WOULD BE WITHIN THE COMPANY.

09:20AM 13  Q.   OVER TIME, DID YOU COME TO HAVE AN UNDERSTANDING OF WHO

09:20AM 14  WORKED UNDERNEATH YOU AT THE LAB?

09:20AM 15  A.   I HAD REGULAR MEETINGS WITH THE CLIA GROUP, CLINICAL

09:20AM 16  LABORATORY SCIENTISTS, AND THE QUALITY DIRECTOR.  MY

09:20AM 17  UNDERSTANDING WAS THAT THOSE WERE THE FOLKS THAT WERE REPORTING

09:20AM 18  TO ME OR ACCOUNTABLE TO ME.

09:20AM 19  Q.   AND THE CLINICAL LABORATORY SCIENTISTS, WHAT WAS THEIR

09:21AM 20  DAILY WORK AT THE COMPANY, GENERALLY SPEAKING?

09:21AM 21  A.   THEY WERE THE ONES WHO WENT THROUGH A TRAINING PROGRAM AND

09:21AM 22  CERTIFICATION AND, PER CALIFORNIA BUSINESS AND PROFESSIONS

09:21AM 23  CODE, THEY'RE THE ONES WHO ARE ACTUALLY ALLOWED TO HANDLE

09:21AM 24  PATIENT SPECIMENS AND TO REPORT OUT RESULTS IN THE LABORATORY

09:21AM 25  INFORMATION SYSTEM.

09:21AM   1   Q.   AND WAS THERE SOMEONE AT THE COMPANY THAT YOU REPORTED TO?

09:21AM   2   A.   YES.

09:21AM   3   Q.   AND WHO DID YOU REPORT TO?

09:21AM   4   A.   SUNNY BALWANI.

09:21AM   5   Q.   AND WHO WAS ABOVE MR. BALWANI AT THE COMPANY, IF ANYONE?

09:21AM   6   A.   ELIZABETH HOLMES.

09:21AM   7   Q.   DID THERE COME A TIME WHEN THERANOS BEGAN OFFERING ITS

09:21AM   8   BLOOD TEST SERVICES TO THE PUBLIC?

09:21AM   9   A.   YES.

09:21AM  10   Q.   AND DO YOU RECALL APPROXIMATELY WHEN THAT WAS?

09:21AM  11   A.   IT WAS EARLY IN SEPTEMBER OF 2013.  I THINK THE 9TH OF

09:21AM  12   SEPTEMBER.

09:21AM  13   Q.   AND DID THERANOS CONTINUE OFFERING BLOOD TESTING SERVICES

09:22AM  14   TO THE PUBLIC THROUGHOUT THE REST OF YOUR TIME AT THE COMPANY?

09:22AM  15   A.   YES.

09:22AM  16   Q.   AND LEADING UP TO THAT COMMERCIAL LAUNCH, SO AFTER YOU

09:22AM  17   JOINED THE COMPANY BUT BEFORE EARLY SEPTEMBER 2013, WHAT KIND

09:22AM  18   OF WORK WERE YOU DOING AT THE COMPANY?

09:22AM  19   A.   I WAS ACTING ESSENTIALLY AS A CONSULTANT.  SO A LOT OF

09:22AM  20   WHAT I WAS DOING WAS TELLING THE R&D GROUP WHAT KIND OF

09:22AM  21   MEASUREMENT RANGE WE NEEDED FOR THE TESTS BASED ON VALUES THAT

09:22AM  22   WOULD BE USEFUL TO CLINICIANS FOR MAKING MEDICAL DECISIONS.

09:22AM  23        I DID CONSULT WITH THE EXECUTIVES IN TERMS OF THE TESTS

09:22AM  24   THAT WE KNEW THAT WE SHOULD BE OFFERING.

09:22AM  25        I DON'T RECALL THE OTHER DUTIES SPECIFICALLY.

09:22AM 1    Q.   YOU SAID WHEN YOU FIRST JOINED THE COMPANY YOU HAD LIMITED

09:23AM 2    KNOWLEDGE ABOUT THE TECHNOLOGY.  DID THAT KNOWLEDGE INCREASE

09:23AM 3    AFTER YOU JOINED THE COMPANY?

09:23AM 4    A.   IT DID.

09:23AM 5    Q.   LET'S TALK ABOUT THE THERANOS DEVICES THAT YOU WERE

09:23AM 6    FAMILIAR WITH.

09:23AM 7         FIRST, DID YOU BECOME FAMILIAR WITH A DEVICE CALLED

09:23AM 8    EDISON?

09:23AM 9    A.   YES.

09:23AM 10   Q.   AND WHAT WAS THE EDISON DEVICE?

09:23AM 11   A.   THE EDISON WAS A SMALL BLACK BOX THAT WAS DESIGNED TO RUN

09:23AM 12   ONE TEST AT A TIME.  THE CATEGORY OF TESTS WERE IMMUNOASSAYS.

09:23AM 13   THESE ARE USUALLY LARGER MOLECULES THAT ARE NOT ABLE TO BE

09:23AM 14   MEASURED ON ANALYZERS AND THAT RELIED ON ANTIBODIES FOR THEIR

09:23AM 15   PROTECTION.

09:23AM 16   Q.   AND DID THERANOS USE THE EDISON DEVICE DURING YOUR TIME AS

09:23AM 17   LAB DIRECTOR?

09:23AM 18   A.   YES.

09:23AM 19   Q.   AND DID THERANOS USE THE EDISON TO TEST PATIENT SAMPLES?

09:23AM 20   A.   YES.

09:23AM 21   Q.   AND WHO MANUFACTURED THE EDISON?

09:24AM 22   A.   THE EDISON WAS MANUFACTURED BY THERANOS IN THEIR NEWARK

09:24AM 23   FACILITY.

09:24AM 24   Q.   DURING YOUR TIME AT THE COMPANY, DID YOU BECOME FAMILIAR

09:24AM 25   WITH ANY OTHER THERANOS MANUFACTURED BLOOD ANALYZERS?

09:24AM  1    A.   I HAD BEEN TOLD ABOUT AN INSTRUMENT CALLED THE MINILAB

09:24AM  2    THAT WAS IN DEVELOPMENT.  IT WAS BEING DESIGNED FOR GENERAL

09:24AM  3    CHEMISTRY ASSAYS.

09:24AM  4         AND ALSO ABOUT AN INSTRUMENT CALLED THE 4S, WHICH WOULD BE

09:24AM  5    ABLE TO DO COMPLETE BLOOD COUNTS AMONG OTHER ASSAYS.

09:24AM  6         I WAS NOT FAMILIAR WITH THE INTENDED CAPABILITY OF THOSE

09:24AM  7    INSTRUMENTS IN DEVELOPMENT.

09:24AM  8    Q.   YOU SAID YOU WERE TOLD ABOUT THOSE INSTRUMENTS.  DID YOU

09:24AM  9    EVER DO ANY WORK ON DEVELOPING THOSE INSTRUMENTS?

09:24AM  10   A.   NO.

09:24AM  11   Q.   AND DID YOU EVER DO ANY WORK ON DEVELOPING OR VALIDATING

09:24AM  12   ASSAYS TO RUN ON THOSE INSTRUMENTS?

09:24AM  13   A.   NO.

09:24AM  14   Q.   DID YOU EVER SEE EITHER OF THOSE INSTRUMENTS?

09:25AM  15   A.   NO.

09:25AM  16   Q.   WAS EITHER OF THOSE INSTRUMENTS THAT YOU MENTIONED EVER

09:25AM  17   USED FOR PATIENT TESTING DURING YOUR TIME AT THE COMPANY?

09:25AM  18   A.   NO.

09:25AM  19   Q.   DID THERANOS RUN ALL OF ITS CLINICAL PATIENT TESTS ON THE

09:25AM  20   EDISON ANALYZER?

09:25AM  21   A.   NO, JUST A HANDFUL OF IMMUNOASSAYS.  THEY RAN GENERAL

09:25AM  22   CHEMISTRY TESTS ON THE SIEMENS ADVIA USING A LABORATORY

09:25AM  23   DEVELOPED TEST.

09:25AM  24   Q.   AND WHAT DOES "LABORATORY DEVELOPED TESTS" MEAN?

09:25AM  25   A.   LABORATORY DEVELOPED TESTS IS A TEST DEVELOPED WITHIN A

09:25AM  1    SINGLE LABORATORY THAT IS NOT FDA APPROVED.  IT USES CUSTOM

09:26AM  2    REAGENTS EITHER MANUFACTURED BY THE LABORATORY OR PURCHASED

09:26AM  3    ELSEWHERE, AND IT HAS TO MEET CERTAIN PERFORMANCE

09:26AM  4    SPECIFICATIONS PER CLIA BEFORE IT CAN BE USED FOR PATIENT CARE.

09:26AM  5    Q.   AND THE SIEMENS ADVIA THAT YOU MENTIONED, IS IT

09:26AM  6    MANUFACTURED BY THERANOS?

09:26AM  7    A.   NO.  IT'S MANUFACTURED BY SIEMENS.

09:26AM  8    Q.   WHY DIDN'T THERANOS CONDUCT ALL OF ITS PATIENT TESTING ON

09:26AM  9    THE EDISON?

09:26AM  10   A.   BECAUSE THE EDISON WAS NOT INTENDED TO -- DESIGNED OR

09:26AM  11   INTENDED TO DETECT GENERAL CHEMISTRY SUBSTANCES SUCH AS GLUCOSE

09:26AM  12   OR SODIUM.

09:26AM  13        IT WAS DESIGNED TO DETECT LARGER PEPTIDES AND OTHER

09:26AM  14   ANALYTES, YEAH.

09:26AM  15   Q.   DID THERANOS MAKE ANY CHANGES TO THE SIEMENS ADVIA THAT IT

09:27AM  16   USED FOR PATIENT TESTING?

09:27AM  17   A.   YES.

09:27AM  18   Q.   AND WHAT WERE THE NATURE OF THOSE CHANGES?

09:27AM  19   A.   BECAUSE OF THE SMALL SAMPLE SIZE THAT WAS BEING ACQUIRED

09:27AM  20   IN THE CAPILLARY TUBE AND NANOTAINER DEVICES, THE SIEMENS ADVIA

09:27AM  21   WAS NOT ABLE TO ASPIRATE THAT SAMPLE INTO THE INSTRUMENT

09:27AM  22   BECAUSE THE PROBE COULDN'T GO DOWN FAR ENOUGH AND TO SUCK UP

09:27AM  23   THE SAMPLE.

09:27AM  24        SO THEY DEVELOPED WHAT THEY CALLED THE T-CUP, WHICH WOULD

09:27AM  25   ESSENTIALLY RAISE THE LEVEL OF THAT SAMPLE TO A POINT WHERE THE

09:27AM 1    PROBE OR THE ASPIRATOR COULD SUCK IT UP INTO THE INSTRUMENT.

09:27AM 2        THEY ALSO CHANGED WAVELENGTHS AND DETECTION TIMES ON THE

09:27AM 3    INSTRUMENT, WHICH YOU'RE ABLE TO DO ON THE SO-CALLED OPEN

09:27AM 4    CHANNELS ON THE INSTRUMENTS.  SO MOST OF THE TESTS RELY ON

09:27AM 5    ABSORBANCE AT A SPECIFIC WAVELENGTH.

09:28AM 6    Q.   AND TO USE THOSE THERANOS MODIFIED SIEMENS ADVIA, DID THEY

09:28AM 7    INSERT BLOOD SAMPLES INTO THE MACHINE OR WERE THERE OTHER STEPS

09:28AM 8    THAT CAME BEFORE?

09:28AM 9    A.   NO.  THE CTN DEVICE WOULD BE SPUN DOWN AND THEN THE SERUM

09:28AM 10   OR PLASMA WOULD BE REMOVED.  THAT'S THE CLEAR PORTION OF THE

09:28AM 11   SAMPLE THAT IS FREE OF RED BLOOD CELLS.

09:28AM 12       THAT PORTION WOULD THEN BE DILUTED EITHER WITH SALINE OR

09:28AM 13   WATER TO GIVE A VOLUME THAT WAS COMPATIBLE WITH THE THERANOS

09:28AM 14   TEST.

09:28AM 15   Q.   I'LL ASK YOU TO LOOK AT THE BINDER IN FRONT OF YOU.

09:28AM 16   THAT'S THE FIRST TAB, 939.

09:28AM 17       THE GOVERNMENT WOULD LIKE TO OFFER THIS INTO EVIDENCE,

09:28AM 18   YOUR HONOR.

09:28AM 19       I UNDERSTAND THE DEFENSE HAVE STIPULATED.

09:28AM 20           MR. WADE:  WE HAVE, YOUR HONOR.

09:28AM 21           THE COURT:  IT'S ADMITTED.

09:28AM 22   WOULD YOU LIKE IT PUBLISHED?

09:29AM 23           MR. BOSTIC:  YES, PLEASE.

09:29AM 24           THE COURT:  IT MAY BE PUBLISHED.

09:29AM 25       (GOVERNMENT'S EXHIBIT 939 WAS RECEIVED IN EVIDENCE.)

09:29AM   1    BY MR. BOSTIC:

09:29AM   2    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM ELIZABETH HOLMES

09:29AM   3    TO YOU ON AUGUST 3RD, 2013?

09:29AM   4    A.   I SEE IT ON THE SCREEN.

09:29AM   5    Q.   OKAY.  IN THAT EMAIL MS. HOLMES SAYS, "YOU'LL OBVIOUSLY

09:29AM   6    NEED TO MAKE SURE OUR MICRO-CUPS AND PROTOCOLS/MODIFICATIONS

09:29AM   7    ARE NOT IN ANY WAY VISIBLE TO ANY SIEMENS REP."

09:29AM   8         DO YOU SEE THAT?

09:29AM   9    A.   YES.

09:29AM   10   Q.   AND CAN YOU EXPLAIN THE CONTEXT OF WHAT WAS HAPPENING

09:29AM   11   AROUND THIS TIME?

09:29AM   12              JUROR:  YOUR HONOR, IT'S NOT ON OUR SCREENS.

09:29AM   13              THE COURT:  OH, IT'S NOT ON THE SCREENS IN THE JURY

09:29AM   14   BOX.  PARDON ME A MOMENT, MR. BOSTIC.

09:29AM   15              MR. BOSTIC:  OF COURSE.

09:29AM   16              THE CLERK:  LET ME DO A RESET.  HOLD ON A MINUTE,

09:29AM   17   YOUR HONOR.

09:30AM   18        (PAUSE IN PROCEEDINGS.)

09:30AM   19              THE COURT:  I BELIEVE IT'S ON.  YOU MAY CONTINUE,

09:30AM   20   MR. BOSTIC.

09:30AM   21        WHY DON'T YOU START THAT LAST QUESTION AGAIN.

09:30AM   22   BY MR. BOSTIC:

09:30AM   23   Q.   THE QUESTION AGAIN WAS, DR. ROSENDORFF, WHAT WAS HAPPENING

09:30AM   24   AROUND THE TIME OF THIS EMAIL?

09:30AM   25   A.   SO IN THIS EMAIL, THE MICRO-CUP REFERS TO THE T-CUP OR

09:30AM  1    THERANOS DEVELOPED CUP THAT CONTAINED THE SMALL SAMPLE AND

09:30AM  2    RAISED IT UP.

09:30AM  3        THE PROTOCOLS AND MODIFICATIONS ARE THE ADJUSTMENT TO THE

09:30AM  4    DETECTION TIME AND WAVELENGTHS THAT I REFERRED TO PREVIOUSLY.

09:30AM  5        THESE WERE STORED AS PROGRAMS ON THE SIEMENS INSTRUMENT,

09:30AM  6    AND THE MANAGEMENT DID NOT WANT THOSE PROGRAMS OR THOSE CUPS TO

09:30AM  7    BE VISIBLE TO FIELD SERVICE ENGINEERS OR SIEMENS EMPLOYEES WHEN

09:30AM  8    THEY CAME ON SITE.

09:30AM  9    Q.   AND WAS THERE GOING TO BE A VISIT OF A SIEMENS REP AROUND

09:31AM  10   THE TIME OF THIS EMAIL?

09:31AM  11   A.   I DON'T RECALL.

09:31AM  12   Q.   LET'S LOOK AT THE NEXT EMAIL UP IN THAT CHAIN.  IT WILL BE

09:31AM  13   YOUR RESPONSE TO MS. HOLMES.

09:31AM  14        DO YOU SEE THAT ON THE SCREEN NOW FROM YOU TO MS. HOLMES

09:31AM  15   ON AUGUST 3RD, 2013?

09:31AM  16   A.   YES.

09:31AM  17   Q.   AND YOU SAY, "IT WOULD PROBABLY BE BEST IF THE SIEMENS

09:31AM  18   ASSAYS WERE PROGRAMMED BEFORE THE OPEN CHANNEL T ASSAYS."

09:31AM  19        YOU SAY SUBSEQUENT TO THAT, "THE TECHNICAL REP AND THOSE

09:31AM  20   INTERACTING WITH HER, WILL BE MONITORED TO MAKE SURE NOTHING

09:31AM  21   PROPRIETARY IS REVEALED."

09:31AM  22   A.   YES.

09:31AM  23   Q.   CAN YOU EXPLAIN WHAT THIS RESPONSE MEANT?

09:31AM  24   A.   WELL, MY RECOLLECTION IS THAT THE THERANOS METHODS -- OUR

09:32AM  25   INSTRUCTIONS WERE TO DELETE THOSE METHODS FROM THE ADVIA BEFORE

09:32AM  1      THE SIEMENS REPS CAME IN.

09:32AM  2      Q.   WAS IT YOUR UNDERSTANDING AT THIS TIME THAT --

09:32AM  3      A.   OH, I'M SORRY.  GO AHEAD.

09:32AM  4      Q.   FINISH YOUR ANSWER, PLEASE, IF YOU HAVE MORE.

09:32AM  5      A.   MY RECOLLECTION IS THAT THE REPS WERE MONITORED BY SIEMENS

09:32AM  6      SECURITY DURING THE TIME THAT THEY WERE IN THE UPSTAIRS

09:32AM  7      LABORATORY.

09:32AM  8      Q.   BY SIEMENS SECURITY?

09:32AM  9      A.   NO, BY THERANOS SECURITY.

09:32AM 10      Q.   AND WAS IT YOUR UNDERSTANDING AT THE TIME THAT THE CHANGES

09:32AM 11      THAT THERANOS HAD MADE TO THESE SIEMENS DEVICES WERE NOT TO BE

09:32AM 12      REVEALED TO THE INDIVIDUALS FROM SIEMENS?

09:32AM 13      A.   YES.

09:32AM 14      Q.   DO YOU HAVE AN UNDERSTANDING OF WHO FIRST PROPOSED OR

09:32AM 15      DEVELOPED THESE CHANGES TO THE SIEMENS DEVICES?

09:32AM 16      A.   I FIRST HEARD OF THE PLAN FROM DANIEL YOUNG.  I BELIEVE IT

09:33AM 17      WAS HIS IDEA.

09:33AM 18      Q.   AND DO YOU KNOW WHETHER THE IDEA TO USE THESE THIRD PARTY

09:33AM 19      DEVICES WAS DISCUSSED WITH SUNNY BALWANI, FOR EXAMPLE?

09:33AM 20      A.   CAN YOU CLARIFY?  I'M SORRY.

09:33AM 21      Q.   WERE YOU A PART OF ANY DISCUSSIONS INCLUDING SUNNY BALWANI

09:33AM 22      ABOUT THE USE OF THESE THIRD PARTY DEVICES AROUND THIS TIME?

09:33AM 23      A.   I DON'T RECALL SPECIFICALLY TALKING TO HIM ABOUT THE PLAN,

09:33AM 24      ABOUT THIS PLAN.

09:33AM 25           I DO RECALL TALKING TO ELIZABETH ABOUT DIFFERENT DILUTION

| | | |
|---|---|---|
| 09:33AM | 1 | SCHEMES AND WAYS THAT THIS WAS GOING TO BE EXECUTED. |
| 09:33AM | 2 | Q.   OKAY.  DID -- LET'S SEE.  WERE ALL OF THE SIEMENS MODIFIED |
| 09:34AM | 3 | DEVICES AT THERANOS MODIFIED IN THIS SAME WAY? |
| 09:34AM | 4 | A.   I BELIEVE THAT THE THERANOS LABORATORY DEVELOPED TESTS |
| 09:34AM | 5 | WERE DIVIDED AMONGST A NUMBER OF SIEMENS INSTRUMENTS. |
| 09:34AM | 6 | THE GOAL INITIALLY WAS TO HAVE ONE SIEMENS INSTRUMENT BE |
| 09:34AM | 7 | ABLE TO RUN ALL OF THE THERANOS LABORATORY DEVELOPED TESTS, BUT |
| 09:34AM | 8 | I DON'T THINK WE WERE ABLE TO DO THAT, SO WE HAD TO DIVVY IT UP |
| 09:34AM | 9 | AMONGST THE DIFFERENT INSTRUMENTS. |
| 09:34AM | 10 | Q.   DID THE CLINICAL LAB AT THERANOS USE ANY THIRD PARTY |
| 09:34AM | 11 | DEVICES, ANY NON-THERANOS DEVICES THAT WERE UNMODIFIED? |
| 09:34AM | 12 | A.   YES, THEY USED THE SIEMENS ADVIA 1800 IN AN UNMODIFIED |
| 09:34AM | 13 | MANNER TO BE RUN WITH VENOUS DRAWS FROM VACUTAINERS.  THERE WAS |
| 09:34AM | 14 | AN INSTRUMENT CALLED THE IMMULITE THAT DID IMMUNOASSAY WITH |
| 09:35AM | 15 | VENOUS DRAWS.  THERE WAS ABBOTT CELLDYNE RUBY THAT DID COMPLETE |
| 09:35AM | 16 | BLOOD COUNTS.  THERE WAS AN INSTRUMENT FOR BLOOD LEAD |
| 09:35AM | 17 | MONITORING.  THERE WAS AN INSTRUMENT TO MEASURE AUTO |
| 09:35AM | 18 | ANTIBODIES.  I DON'T REMEMBER THE MANUFACTURER. |
| 09:35AM | 19 | SO THERE WERE A NUMBER OF THIRD PARTY INSTRUMENTS, YEAH. |
| 09:35AM | 20 | Q.   AND THE INSTRUMENTS THAT YOU JUST LISTED, TO YOUR |
| 09:35AM | 21 | KNOWLEDGE, DID THEY CONTAIN ANY THERANOS-SPECIFIC ENGINEERING |
| 09:35AM | 22 | OR MODIFICATIONS? |
| 09:35AM | 23 | A.   NO.  IT WAS JUST THE ADVIA. |
| 09:35AM | 24 | Q.   AT THE THERANOS LOCATION PHYSICALLY, CAN YOU TELL US WHERE |
| 09:36AM | 25 | THE LAB DEVICES WERE IN THE BUILDING? |

09:36AM 1    A.   SURE.  THERE WAS A LAB UPSTAIRS, SO AT THE GROUND LEVEL

09:36AM 2    THAT CONTAINED THE FDA APPROVED DEVICES, AND THERE WAS A LAB IN

09:36AM 3    THE BASEMENT WHICH CONTAINED LIQUID HANDLERS, EDISONS, ADVIAS

09:36AM 4    THAT HAD BEEN MODIFIED, ET CETERA.

09:36AM 5         FOR A SHORT PERIOD OF TIME THE ADVIA UPSTAIRS WERE

09:36AM 6    MODIFIED TO DO THE THERANOS TESTS, BUT THAT ALL TRANSFERRED TO

09:36AM 7    THE NORMANDY LAB DOWNSTAIRS.

09:36AM 8    Q.   WHEN YOU SAY THE UPSTAIRS LAB HAD THE FDA APPROVED TESTS,

09:36AM 9    DOES THAT REFER TO THE CONVENTIONAL ANALYZERS?

09:37AM 10   A.   CORRECT.

09:37AM 11   Q.   AND YOU MENTIONED THE NAME NORMANDY.  WHAT DID THAT REFER

09:37AM 12   TO?

09:37AM 13   A.   THE DOWNSTAIRS LABORATORY.

09:37AM 14   Q.   CONTAINING THE THERANOS SPECIFIC DEVICES?

09:37AM 15   A.   CORRECT.

09:37AM 16   Q.   AND WAS THERE A NAME OR NICKNAME FOR THE UPSTAIRS PORTION

09:37AM 17   OF THE LAB WITH THE CONVENTIONAL DEVICES?

09:37AM 18   A.   YES.  SUNNY REFERRED TO IT AS JURASSIC PARK BECAUSE HE

09:37AM 19   BELIEVED THE CONVENTIONAL DEVICES WERE DINOSAURS.

09:37AM 20   Q.   AS LAB DIRECTOR, WERE YOU IN A POSITION TO OVERSEE TESTING

09:37AM 21   IN BOTH OF THOSE LOCATIONS?

09:37AM 22   A.   I WAS.  HOWEVER, ON AN OPERATIONAL BASIS, NISHIT DOSHI WAS

09:37AM 23   PUT IN CHARGE OF THE LAB.

09:37AM 24   Q.   AND DID NISHIT DOSHI ESSENTIALLY REPORT TO YOU IN THAT

09:37AM 25   ROLE?

09:37AM 1    A.   NO, HE DID NOT.

09:37AM 2    Q.   AND TO WHOM DID HE REPORT?

09:37AM 3    A.   I BELIEVE HE REPORTED TO EITHER SUNNY OR ELIZABETH, BUT

09:37AM 4    I'M NOT SURE.

09:37AM 5    Q.   DID THE LAB DIRECTOR POSITION, THOUGH, ENCOMPASS ALL OF

09:38AM 6    THE CLINICAL LAB TESTING THAT THERANOS PERFORMED?

09:38AM 7    A.   YES.

09:38AM 8    Q.   AND NISHIT DOSHI WAS NOT LAB DIRECTOR; CORRECT?

09:38AM 9    A.   NO.

09:38AM 10   Q.   PRIOR TO THE COMMERCIAL LAUNCH IN SEPTEMBER OF 2013, WAS

09:38AM 11   THERANOS CONDUCTING ANY PATIENT TESTING?

09:38AM 12   A.   YES.   THERANOS HAD A CONTRACT WITH SAFEWAY SUPERMARKETS

09:38AM 13   WHERE EMPLOYEES IN PLEASANTON WOULD HAVE BLOOD DRAWN AND THAT

09:38AM 14   WOULD BE TAKEN TO THE THERANOS LABORATORY AND TESTED.

09:38AM 15        MY BELIEF WAS THAT IT WAS VENOUS BLOOD ONLY.

09:38AM 16   Q.   AND THAT'S WHAT WAS HAPPENING WHEN YOU WERE PRESENT AT THE

09:38AM 17   COMPANY?

09:38AM 18   A.   CORRECT.

09:38AM 19   Q.   BECAUSE IT WAS VENOUS BLOOD, DOES THAT MEAN IT WAS TESTED

09:38AM 20   ON THE CONVENTIONAL ANALYZERS?

09:38AM 21   A.   CORRECT.

09:38AM 22   Q.   AND LEADING UP TO THAT COMMERCIAL LAUNCH, THE BROADER

09:38AM 23   COMMERCIAL LAUNCH IN SEPTEMBER OF 2013, WHAT WAS THE OVERALL

09:39AM 24   MOOD AT THE COMPANY?

09:39AM 25   A.   THERE WAS A LOT OF ANXIETY WITHIN THE CLIA GROUP REGARDING

09:39AM   1      THE APPROPRIATENESS OF USING THESE MODIFIED TESTS FOR PATIENT

09:39AM   2      CARE.

09:39AM   3          THE GENERAL MOOD OF THE COMPANY WAS FAIRLY OPTIMISTIC.  I

09:39AM   4      THINK SOME FOLKS WERE QUESTIONING WHY THERANOS WAS NOT USING

09:39AM   5      ITS OWN DEVICES.

09:39AM   6  Q.  HOW WOULD YOU DESCRIBE THE PACE OF EVENTS AND THE WORK

09:39AM   7      THAT WAS HAPPENING LEADING UP TO THAT COMMERCIAL LAUNCH?

09:39AM   8  A.  EXTREMELY RUSHED AND HURRIED.

09:39AM   9  Q.  I'LL ASK YOU TO TURN IN YOUR BINDER TO EXHIBIT 3231,

09:39AM  10      PLEASE.

09:40AM  11          TAKE YOUR TIME.  LET ME KNOW WHEN YOU GET THERE.

09:40AM  12  A.  I HAVE IT.

09:40AM  13  Q.  DO YOU RECOGNIZE THE DOCUMENT MARKED AS EXHIBIT 3231?

09:40AM  14  A.  YES.

09:40AM  15  Q.  AND WHAT IS IT?

09:40AM  16  A.  THIS IS -- THE EMAIL AT THE TOP OF THE PAGE IS FROM

09:40AM  17      NICHOLAS HAASE.  HE WAS IN RESEARCH AND DEVELOPMENT, BUT HE WAS

09:40AM  18      ALSO HEAVILY INVOLVED IN RUNNING THE ADVIA INSTRUMENTS FOR THE

09:40AM  19      VALIDATION, AND HE'S COMMENTING THAT THEY RECEIVED PATHOLOGICAL

09:40AM  20      SAMPLES, BUT THAT THEY'RE ONLY KNOWN TO BE PATHOLOGICAL FOR A

09:40AM  21      SINGLE ANALYTE OR SUBSTANCE, AND THEY WERE GOING TO SCREEN TO

09:40AM  22      SEE IF THEY WERE PATHOLOGICAL FOR ANY ADDITIONAL ANALYTES.

09:40AM  23          SO THIS IS IN REGARD TO THE ANALYTIC RANGE TO MAKE SURE

09:41AM  24      YOU TEST SAMPLES BOTH IN THE NORMAL RANGE AND THE PATHOLOGICAL

09:41AM  25      RANGE.

09:41AM 1    Q.   I'LL DIRECT YOU TO PAGE 2 OF THAT EXHIBIT, IF I COULD.

09:41AM 2         DOES THIS EMAIL CHAIN BEGIN WITH AN EMAIL FROM

09:41AM 3    ELIZABETH HOLMES TO OTHER EMPLOYEES AT THERANOS?

09:41AM 4    A.   YES, I SEE AT THE BOTTOM OF THE PAGE AN EMAIL FROM

09:41AM 5    ELIZABETH TO OTHER EMPLOYEES.

09:41AM 6              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES IN

09:41AM 7    EXHIBIT 3231.

09:41AM 8              MR. WADE:  NO OBJECTION.

09:41AM 9              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

09:41AM 10             MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START ON PAGE

09:41AM 11   2, PLEASE.

09:41AM 12        (GOVERNMENT'S EXHIBIT 3231 WAS RECEIVED IN EVIDENCE.)

09:41AM 13   BY MR. BOSTIC:

09:41AM 14   Q.   DR. ROSENDORFF, DO YOU SEE THE EMAIL ON THE BOTTOM OF THE

09:41AM 15   SCREEN THAT WE WERE JUST TALKING ABOUT?

09:41AM 16   A.   YES.

09:41AM 17   Q.   AND WHAT WAS MS. HOLMES ASKING FOR IN THIS EMAIL?

09:41AM 18   A.   SHE'S ASKING FOR THE TOTAL NUMBER OF GENERAL CHEMISTRY

09:41AM 19   THERANOS LDT ASSAYS THAT HAVE COMPLETED THEIR VALIDATION AS OF

09:42AM 20   TOMORROW, WHICH WOULD HAVE BEEN SEPTEMBER 1ST, ON THE ADVIA AND

09:42AM 21   OTHER PLATFORMS.

09:42AM 22   Q.   THERE'S A MESSAGE ABOVE THAT FROM PAUL PATEL.  WHO WAS HE

09:42AM 23   AT THE COMPANY?

09:42AM 24   A.   HE HEADED UP WHAT WAS KNOWN AS COLOR CHEMISTRY.  IT WAS

09:42AM 25   THE GENERAL CHEMISTRY R&D TEAM AT THERANOS.

09:42AM 1    Q.   OKAY.  HE INCLUDES ADDITIONAL PEOPLE ON THAT EMAIL,

09:42AM 2    INCLUDING YOURSELF; IS THAT CORRECT?

09:42AM 3    A.   YES.

09:42AM 4    Q.   AND ASKS FOR AN UPDATE; IS THAT RIGHT?

09:42AM 5    A.   YES.

09:42AM 6    Q.   LET'S TURN TO PAGE 1 OF THE EXHIBIT.

09:42AM 7         IF WE CAN ZOOM IN ON THE MIDDLE OF THE PAGE OF PAGE 1.

09:43AM 8         DO YOU SEE AN EMAIL IN RESPONSE FROM SOMEONE NAMED

09:43AM 9    ROSE EDMONDS?

09:43AM 10   A.   YES.

09:43AM 11   Q.   AND WHO WAS ROSE EDMONDS AT THERANOS?

09:43AM 12   A.   SHE WAS ALSO A RESEARCH AND DEVELOPMENT SCIENTIST INVOLVED

09:43AM 13   IN THE VALIDATIONS.

09:43AM 14   Q.   THE BEGINNING OF HER EMAIL SAYS, "AS OF RIGHT NOW NONE OF

09:43AM 15   OUR ASSAYS ARE COMPLETELY THROUGH VALIDATION INCLUDING CLINICAL

09:43AM 16   SAMPLE TESTING WITH FINGERSTICK."

09:43AM 17        DO YOU SEE THAT?

09:43AM 18   A.   YES.

09:43AM 19   Q.   AND CAN YOU EXPLAIN WHAT THIS MEANT AT THIS TIME LEADING

09:43AM 20   UP TO THE LAUNCH?

09:43AM 21   A.   SHE'S SAYING THAT NONE OF THE GENERAL CHEMISTRY ASSAYS

09:43AM 22   HAVE COMPLETED VALIDATION.

09:43AM 23   Q.   AND WHY WAS THAT RELEVANT TO THE UPCOMING LAUNCH, IF IT

09:43AM 24   WAS?

09:43AM 25   A.   WELL, IT'S VERY RELEVANT BECAUSE IT'S NINE DAYS BEFORE THE

09:43AM 1    LAUNCH AND NONE OF THE TESTS THAT THE COMPANY WAS INTENDING TO

09:43AM 2    LAUNCH HAD BEEN VALIDATED FOR PATIENT CARE.

09:43AM 3        UNDER CLIA LAW AND ACCORDING TO GOOD LABORATORY PRACTICE,

09:44AM 4    YOU NEED TO VALIDATE A TEST FULLY BEFORE YOU CAN USE IT FOR

09:44AM 5    PATIENT CARE.

09:44AM 6    Q.   AND WAS THIS SITUATION CONCERNING TO YOU AT THE TIME?

09:44AM 7    A.   YES.

09:44AM 8    Q.   AND WHY WAS THAT IF THERE'S ANYTHING TO ADD FROM WHAT YOU

09:44AM 9    JUST SAID?

09:44AM 10   A.   AS I SAID EARLIER, I FELT THAT THE VALIDATION WAS BEING

09:44AM 11   RUSHED AND MORE TIME WOULD HAVE BEEN NEEDED TO MORE THOROUGHLY

09:44AM 12   INVESTIGATE THE THERANOS TECHNOLOGY.

09:44AM 13   Q.   AS LAB DIRECTOR, WERE YOU THE ONE SETTING THE SCHEDULE FOR

09:44AM 14   VALIDATION IN THE COMMERCIAL LAUNCH?

09:44AM 15   A.   NO.

09:44AM 16   Q.   AND WHERE WAS THE SCHEDULE COMING FROM?

09:44AM 17   A.   ELIZABETH AND SUNNY.

09:44AM 18   Q.   I'LL ASK YOU TO TURN TO EXHIBIT 1049, PLEASE.

09:45AM 19       YOUR HONOR, THE GOVERNMENT IS OFFERING THIS INTO EVIDENCE.

09:45AM 20   I BELIEVE THE DEFENSE HAS STIPULATED.

09:45AM 21           MR. WADE:  WE HAVE, YOUR HONOR.

09:45AM 22           THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

09:45AM 23       (GOVERNMENT'S EXHIBIT 1049 WAS RECEIVED IN EVIDENCE.)

09:45AM 24           MR. BOSTIC:  IF WE CAN START ON THIS FIRST PAGE AND

09:45AM 25   ZOOM IN ON THE BOTTOM HALF.

09:45AM   1    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL THAT YOU SENT ON

09:45AM   2    AUGUST 29TH, 2013?

09:45AM   3    A.   YES.

09:45AM   4    Q.   AND APPROXIMATELY HOW FAR IN ADVANCE OF THE LAUNCH WAS

09:45AM   5    THIS EMAIL SENT?

09:45AM   6    A.   NINE DAYS, TEN DAYS.

09:45AM   7    Q.   AND WHAT WAS THE PURPOSE OF THIS EMAIL?  WHAT WERE YOU

09:45AM   8    COMMUNICATING?

09:45AM   9    A.   I WAS RAISING THE ALARM BELLS ABOUT ASSAYS THAT I DIDN'T

09:45AM  10    FEEL WERE READY FOR LAUNCH, AND ALSO RAISING SOME CONCERNS

09:46AM  11    ABOUT STAFFING AND TRAINING.  THAT'S UNDER NUMBER 2,

09:46AM  12    OPERATIONAL.

09:46AM  13    Q.   AND WE'LL GET TO THAT IN A SECOND.

09:46AM  14         LET ME ASK, YOU SENT THIS EMAIL TO ELIZABETH HOLMES AND

09:46AM  15    DANIEL YOUNG; IS THAT CORRECT?

09:46AM  16    A.   CORRECT.

09:46AM  17    Q.   WHY DID YOU SEND IT TO THOSE TWO INDIVIDUALS?

09:46AM  18    A.   I FELT IT WAS VERY IMPORTANT FOR ELIZABETH TO BE AWARE OF

09:46AM  19    THESE ISSUES AS THE CHIEF EXECUTIVE OFFICER OF THE COMPANY, AND

09:46AM  20    I'D ALSO EXPRESSED THESE CONCERNS TO DANIEL YOUNG.  I WANTED TO

09:46AM  21    REITERATE THEM TO HIM.  I HAD LIVE INTERACTION WITH DANIEL

09:46AM  22    DURING THE DAYS -- DURING THE VALIDATION.

09:46AM  23    Q.   YOU THEN GO ON TO DESCRIBE SOME OF YOUR CONCERNS.  CAN YOU

09:46AM  24    WALK US THROUGH THEM?  FIRST, WHAT WERE YOUR MEDICAL CONCERNS

09:46AM  25    AT THE TIME?

09:46AM  1    A.   MY CONCERN WAS THAT THE REFERENCE RANGE FOR GLUCOSE WAS

09:47AM  2    COMING OUT AS 20 TO 97 ON THE THERANOS CHEMISTRIES, WHEREAS THE

09:47AM  3    REFERENCE RANGE FOR GLUCOSE ON THE SIEMENS CHEMISTRIES WAS 56

09:47AM  4    TO 117.

09:47AM  5    Q.   AND APOLOGIES, DR. ROSENDORFF.  YOU'RE ON PAGE 2 NOW OF

09:47AM  6    THE EXHIBIT?

09:47AM  7    A.   YES.

09:47AM  8    Q.   MS. HOLLIMAN, IF WE CAN GO TO PAGE 2, PLEASE.  ZOOM IN ON

09:47AM  9    THE TOP OF THE IMAGE ONCE WE GET THERE.

09:47AM 10         I'M SORRY.  GO AHEAD, DR. ROSENDORFF.

09:47AM 11    A.   THE TOTAL ALLOWABLE ERROR IS THE SUM OF PRECISION PLUS

09:47AM 12    BIAS, WHICH WAS SET BY CMS AT 10 PERCENT.

09:47AM 13         THE PRECISION WAS ALREADY AT 8 PERCENT, AND THERE WAS

09:47AM 14    SIGNIFICANT NEGATIVE BIAS IN THE GLUCOSE ASSAY, WHICH MEANT

09:48AM 15    THAT WE HAD ALREADY EXCEEDED THE TOTAL ALLOWABLE ERROR.  THAT'S

09:48AM 16    WHAT I MEAN BY OUR ENTIRE ERROR BUDGET HAS JUST BEEN SPENT ON

09:48AM 17    PRECISION.

09:48AM 18    Q.   AND I'LL ASK YOU TO TRANSLATE THAT A LITTLE BIT FOR US.

09:48AM 19         FIRST, WHEN YOU SAY THAT THE PRECISION WAS AS HIGH AS

09:48AM 20    8 PERCENT, IS HIGH PRECISION OR IS A HIGH PERCENTAGE HERE A

09:48AM 21    DESIRABLE THING OR AN UNDESIRABLE THING?

09:48AM 22    A.   NO, UNDESIRABLE.

09:48AM 23    Q.   AND WHY IS THAT?

09:48AM 24    A.   GLUCOSE -- TECHNICALLY GLUCOSE IS A FAIRLY SIMPLE ANALYTE

09:48AM 25    TO MEASURE, AND SO IN TERMS OF THE TECHNIQUE, THE VALUES ON

09:48AM 1    REPEAT MEASUREMENT SHOULD NOT VARY BY THAT MUCH.

09:48AM 2    Q.   DID THESE NUMBERS CAUSE YOU ANY CONCERN ABOUT THE ACCURACY

09:48AM 3    OR PRECISION OF THE TEST ITSELF?

09:48AM 4    A.   YES.

09:48AM 5    Q.   AT THE BOTTOM OF THAT PARAGRAPH THERE'S A QUESTION FROM

09:49AM 6    YOU THAT SAYS, "MAYBE WE NEED TO WORK ON OUR CALIBRATORS OR

09:49AM 7    CHEMISTRY?"

09:49AM 8        DO YOU SEE THAT?

09:49AM 9    A.   YES.

09:49AM 10   Q.   AND WHAT DID THAT MEAN?

09:49AM 11   A.   I SUSPECTED THAT THERE WAS A PROBLEM, A BASIC PROBLEM WITH

09:49AM 12   THE INSTRUMENT'S CALIBRATORS, THE INTERNAL INSTRUMENT

09:49AM 13   CALIBRATORS OR THE REAGENT CHEMISTRY THAT MIGHT EXPLAIN THE

09:49AM 14   NEGATIVE BIAS OF THE TECHNIQUE.

09:49AM 15   Q.   AND WHAT DOES "NEGATIVE BIAS" MEAN IN THE CONTEXT OF A

09:49AM 16   TEST LIKE THIS?

09:49AM 17   A.   IT MEANS THAT WHEN YOU TEST ACTUAL PATIENT SAMPLES, YOU'RE

09:49AM 18   GOING TO GET FALSELY LOW RESULTS.

09:49AM 19   Q.   AND YOU GO ON TO TALK ABOUT SOME CONCERNS THAT YOU HAVE

09:49AM 20   WITH SODIUM; IS THAT RIGHT?

09:49AM 21   A.   YES.

09:49AM 22   Q.   AND CAN YOU EXPLAIN TO US WHAT THOSE CONCERNS WERE?

09:49AM 23   A.   SO AT THIS POINT IN TERMS OF PATIENT TESTING, WE HAD DONE

09:50AM 24   SOME TESTING WHERE A FEW PATIENTS HAD SODIUM IN THE 120'S,

09:50AM 25   WHICH IS VERY UNUSUAL FOR SOMEONE WALKING AROUND, A NORMAL

09:50AM  1    PERSON.  AS I SAID, 99 PERCENT OF HEALTHY PEOPLE HAVE SODIUMS

09:50AM  2    THAT ARE BETWEEN 135 AND 145, SO TO COME UP -- TO BE TESTED AND

09:50AM  3    HAVE A SODIUM OF 120 IN AN APPARENTLY HEALTHY INDIVIDUAL I JUST

09:50AM  4    DIDN'T BELIEVE.

09:50AM  5    Q.  AS A LAB DIRECTOR, WOULD YOU SOMETIMES LOOK AT A SINGLE

09:50AM  6    RESULT OR A SMALL NUMBER OF RESULTS AS BEING INDICATIVE OF THE

09:50AM  7    TEST PERFORMANCE?

09:50AM  8    A.  THEY WOULD RAISE ALARMS FOR ME.  THEY WOULD REQUIRE

09:50AM  9    INVESTIGATION.

09:50AM  10       IF A LARGE NUMBER OF THESE WERE OCCURRING, THAT WOULD BE

09:50AM  11   MORE -- IN MY MIND THAT WOULD BE ESCALATED TO A BIGGER

09:51AM  12   INVESTIGATION.

09:51AM  13   Q.  BESIDES THE MEDICAL CONCERNS, YOU ALSO HAD OPERATIONAL

09:51AM  14   CONCERNS; IS THAT RIGHT?

09:51AM  15   A.  YES.

09:51AM  16   Q.  AND WHAT WAS THE NATURE OF THOSE OPERATIONAL CONCERNS?

09:51AM  17   A.  I WAS CONCERNED THAT THE LABORATORY STAFF PERFORMING THE

09:51AM  18   TESTING WAS NOT PROPERLY TRAINED AND THAT WE DID NOT HAVE

09:51AM  19   ENOUGH STAFF TO PERFORM THE TESTS.

09:51AM  20   Q.  WOULD THOSE PROBLEMS POTENTIALLY HAVE AN IMPACT ON THE

09:51AM  21   ACCURACY OF PATIENT RESULTS?

09:51AM  22   A.  YES.  IF YOU'RE NOT PROPERLY TRAINED ON A TECHNIQUE, THAT

09:51AM  23   WOULD IMPACT THE RELIABILITY OF THE RESULT.

09:51AM  24   Q.  GOING BACK BRIEFLY TO THE MEDICAL CONCERNS WHERE YOU SAY

09:51AM  25   "MAYBE WE NEED TO WORK ON OUR CALIBRATORS OR CHEMISTRY."

09:51AM 1       WHO WOULD BE THE PEOPLE ACTUALLY AT THERANOS DOING THAT

09:51AM 2   WORK?

09:51AM 3   A.   PAUL PATEL WAS IN CHARGE OF COLOR CHEMISTRY WORKING WITH

09:52AM 4   DANIEL YOUNG ON INSTRUMENT DEVELOPMENT, TEST DEVELOPMENT IN THE

09:52AM 5   CASE OF GLUCOSE.

09:52AM 6       FOR THE IMMUNOASSAYS, I BELIEVE SUREKHA WAS IN CHARGE OF

09:52AM 7   THAT.

09:52AM 8   Q.   ARE THOSE PEOPLE IN RESEARCH AND DEVELOPMENT?

09:52AM 9   A.   YES.

09:52AM 10  Q.   AT THE BOTTOM OF YOUR EMAIL YOU SAY, "I WOULD LIKE US TO

09:52AM 11  BE THE BEST THAT WE CAN BE.  A FEW MORE WEEKS TO SORT THROUGH

09:52AM 12  THESE MEDICAL AND LOGISTICAL ISSUES, AND GETTING THE PROPER

09:52AM 13  LEVEL OF TRAINING AND STAFFING WOULD HELP US TREMENDOUSLY."

09:52AM 14      WHAT ARE YOU COMMUNICATING THERE?

09:52AM 15  A.   I'M TRYING TO BE AS POLITE AS I CAN AND REALLY WANT THE

09:52AM 16  BEST QUALITY OF TEST RESULTS TO COME OUT OF THE LAB AND FELT

09:53AM 17  THAT WE NEEDED MORE TIME TO SOLVE THESE MEDICAL LOGISTICAL

09:53AM 18  ISSUES, AND IT WOULD ALSO ALLOW US TO TRAIN STAFF MORE

09:53AM 19  THOROUGHLY AND HIRE ADDITIONAL STAFF.

09:53AM 20  Q.   WOULD THIS MEAN DELAYING THE COMMERCIAL LAUNCH OF THERANOS

09:53AM 21  TESTS?

09:53AM 22  A.   YES.

09:53AM 23  Q.   IS THAT A REQUEST THAT YOU MADE LIGHTLY?

09:53AM 24  A.   NO.

09:53AM 25  Q.   AND THIS EMAIL WAS ADDRESSED TO MS. HOLMES; IS THAT

09:53AM  1    CORRECT?

09:53AM  2    A.   CORRECT.

09:53AM  3    Q.   AND WHY DID YOU BELIEVE SHE WAS THE CORRECT PERSON TO

09:53AM  4    RECEIVE THIS REQUEST?

09:53AM  5    A.   MY UNDERSTANDING WAS THAT SHE WAS ACCOUNTABLE TO THE BOARD

09:53AM  6    OF DIRECTORS AND TO THE INVESTORS AND THAT THE LAUNCH HAD TO BE

09:53AM  7    ESSENTIALLY ON SEPTEMBER -- AS SOON AS POSSIBLE BECAUSE THOSE

09:53AM  8    INDIVIDUALS WERE BECOMING DISSATISFIED WITH THERANOS.

09:53AM  9    Q.   AND --

09:54AM  10   A.   THEY HAD BEEN --

09:54AM  11          MR. WADE:  OBJECT, YOUR HONOR.  MOVE TO STRIKE.

09:54AM  12          THE COURT:  SUSTAINED.  THAT LAST ANSWER IS

09:54AM  13   STRICKEN.  YOU CAN ASK ANOTHER QUESTION.

09:54AM  14   BY MR. BOSTIC:

09:54AM  15   Q.   DR. ROSENDORFF, DID YOU HAVE A CONVERSATION WITH

09:54AM  16   MS. HOLMES AROUND THIS TIME ABOUT THIS TOPIC?

09:54AM  17   A.   YES, I DID.

09:54AM  18   Q.   AND WHAT DO YOU RECALL ABOUT THIS CONVERSATION?

09:54AM  19   A.   I WENT INTO HER OFFICE.  SHE HAD PAPERS STUCK ON TO THE

09:54AM  20   WINDOW WITH A NUMBER ON IT WHICH INDICATED THE NUMBER OF DAYS

09:54AM  21   UNTIL LAUNCH.

09:54AM  22        I EXPRESSED MY CONCERNS TO HER.  I TOLD HER THAT THE

09:54AM  23   POTASSIUM WAS UNRELIABLE, THE SODIUM WAS UNRELIABLE, THE

09:54AM  24   GLUCOSE WAS UNRELIABLE, EXPLAINED WHY.

09:54AM  25        SHE WAS VERY NERVOUS.  SHE WAS NOT HER USUAL COMPOSED

09:54AM  1    SELF.  SHE WAS TREMBLING A LITTLE BIT, HER KNEE WAS TAPPING,

09:54AM  2    HER VOICE WAS BREAKING UP.  SHE WAS CLEARLY UPSET.

09:54AM  3    Q.   YOU READ THAT SHE WAS UPSET.

09:54AM  4         DID SHE SEEM SURPRISED TO BE HEARING ABOUT THESE ISSUES

09:55AM  5    FROM YOU?

09:55AM  6    A.   SHE DIDN'T SEEM SURPRISED TO ME.  SHE JUST SEEMED NERVOUS

09:55AM  7    AND UPSET.

09:55AM  8    Q.   YOU MENTIONED EARLIER THAT YOU REPORTED OFFICIALLY, OR

09:55AM  9    MORE DIRECTLY, TO MR. BALWANI; IS THAT CORRECT?

09:55AM  10   A.   CORRECT.

09:55AM  11   Q.   AND WHY DID YOU GO TO MS. HOLMES WITH THIS INSTEAD OF

09:55AM  12   MR. BALWANI?

09:55AM  13   A.   I FELT IT WOULD HAVE MORE IMPACT IN GOING TO ELIZABETH

09:55AM  14   DIRECTLY.

09:55AM  15   Q.   AND WHY DID YOU FEEL THAT WAY?

09:55AM  16   A.   I FELT THAT MANY OF THE CONCERNS THAT I RAISED TO SUNNY

09:55AM  17   WERE -- HE WOULD EITHER DISMISS THEM OR ATTEMPT TO EXPLAIN THEM

09:55AM  18   AWAY OR TELL ME TO GO TALK TO DANIEL YOUNG.

09:55AM  19   Q.   AND WHAT WAS THE OUTCOME OF THIS CONVERSATION?  WAS THE

09:55AM  20   LAUNCH ACTUALLY DELAYED AS YOU WERE REQUESTING?

09:55AM  21   A.   NO.  ELIZABETH SAID THAT FOR THOSE PROBLEMATIC ASSAYS, WE

09:55AM  22   COULD ALWAYS REVERT TO VACUTAINER DRAWS.

09:55AM  23   Q.   AND WHAT WOULD THAT MEAN IN TERMS OF WHAT DEVICE WOULD BE

09:55AM  24   DOING THE ANALYSIS?

09:55AM  25   A.   THEY WOULD BE RUN ON THE CONVENTIONAL FDA APPROVED

09:56AM 1      INSTRUMENTS.

09:56AM 2      Q.   INSTEAD OF THE THERANOS DEVICES?

09:56AM 3      A.   CORRECT.

09:56AM 4      Q.   WHEN YOU WERE AT THERANOS, WERE YOU AWARE OF

09:56AM 5      DEMONSTRATIONS THAT WOULD HAPPEN WHERE VIP'S WOULD VISIT THE

09:56AM 6      COMPANY?

09:56AM 7      A.   YES.

09:56AM 8      Q.   AND DID YOU HAVE ANY INVOLVEMENT IN RUNNING THE SAMPLES

09:56AM 9      FOR THOSE TECHNOLOGY DEMONSTRATIONS?

09:56AM 10     A.   THE SAMPLE WOULD BE COLLECTED IN A FRONT ROOM.  I WAS NOT

09:56AM 11     PRESENT FOR THAT.

09:56AM 12         IT WOULD THEN BE TAKEN THROUGH THE LOCKED DOORS INTO THE

09:56AM 13     LABORATORY AND RAN IN THE NORMANDY LAB.

09:56AM 14         MY INVOLVEMENT IN THAT WAS REVIEWING THE RESULTS AFTER THE

09:56AM 15     DEMOS WERE COMPLETE.

09:56AM 16     Q.   CAN I ASK YOU TO TURN, PLEASE, TO TAB 1157 IN YOUR BINDER.

09:57AM 17         AND ARE YOU LOOKING AT AN EMAIL CHAIN BETWEEN YOU AND

09:57AM 18     OTHER EMPLOYEES AT THERANOS?

09:57AM 19     A.   NO.  I SEE AN EMAIL AT THE TOP OF THE PAGE FROM

09:57AM 20     DANIEL EDLIN.  IS THIS EXHIBIT 1157?

09:57AM 21     Q.   1157, UH-HUH.

09:57AM 22     A.   AND FROM SAYS DANIEL EDLIN, AND I'M CC'D.

09:57AM 23     Q.   OKAY.  AND ARE THE OTHER INDIVIDUALS ON THIS EMAIL CHAIN

09:57AM 24     EMPLOYEES AT THERANOS?

09:57AM 25     A.   YES.

09:57AM 1    Q.   AND DOES THIS RELATE TO ONE OF THE DEMOS THAT WE'VE BEEN

09:57AM 2    TALKING ABOUT?

09:57AM 3    A.   YES.

09:57AM 4    Q.   AND WERE EMAILS LIKE THESE USED AT THERANOS TO TRACK THE

09:58AM 5    PROGRESS OF THESE DEMOS AND FACILITATE COORDINATION BETWEEN

09:58AM 6    PEOPLE WORKING ON THEM?

09:58AM 7    A.   YES, DEFINITELY.

09:58AM 8    Q.   AND WAS IT IMPORTANT TO CONVEY INFORMATION ACCURATELY IN

09:58AM 9    THESE EMAILS SO THAT THE PROCESS COULD OPERATE CORRECTLY?

09:58AM 10   A.   YES, THE EMAILS THAT WE USED TO COORDINATE AMONGST THE

09:58AM 11   DIFFERENT ENTITIES IN THE LABORATORY.

09:58AM 12        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT SUBMITS INTO

09:58AM 13   EVIDENCE 1157.

09:58AM 14        MR. WADE:  NO OBJECTION.

09:58AM 15        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:58AM 16   (GOVERNMENT'S EXHIBIT 1157 WAS RECEIVED IN EVIDENCE.)

09:58AM 17        MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START ON PAGE 2

09:58AM 18   OF THIS EXHIBIT.

09:58AM 19   LET'S ZOOM IN ON THE BOTTOM MESSAGE.

09:58AM 20   Q.   DR. ROSENDORFF, ARE YOU LOOKING AT AN EMAIL FROM

09:58AM 21   DANIEL EDLIN TO YOU AND OTHER EMPLOYEES AT THERANOS?

09:59AM 22   A.   YES.

09:59AM 23   Q.   AND WHO WAS DANIEL EDLIN AT THE COMPANY?

09:59AM 24   A.   HE WAS A PROGRAM OR PROJECT MANAGER.  HE WAS ALSO INVOLVED

09:59AM 25   IN COMMUNICATING TO OUTSIDE LABS ABOUT POSSIBLE COLLABORATIONS.

09:59AM   1      Q.   IN HIS EMAIL HE SAYS, "PLEASE NOTE THAT WE HAVE A PATIENT

09:59AM   2      COMING IN TOMORROW MORNING FOR A DEMO."

09:59AM   3           DO YOU SEE THAT?

09:59AM   4      A.   YES.

09:59AM   5      Q.   AND HE SAYS, "PLEASE PLAN TO RUN THE SAME TESTS THAT WE

09:59AM   6      DID FOR LAST WEEK'S PATIENT.  TESTS INCLUDE," AND THEN HE LIST

09:59AM   7      SOME ASSAYS; IS THAT RIGHT?

09:59AM   8      A.   YES.

09:59AM   9      Q.   AND HE THEN SAYS, "SAM AND MICHAEL, WE WILL ALSO NEED TO

09:59AM   10     SET UP MINILABS AND A 4S IN INTERVIEW ROOM NUMBER 1."

09:59AM   11          DO YOU SEE THAT?

09:59AM   12     A.   YES.

09:59AM   13     Q.   LET'S GO BACK TO PAGE 1.  AND ZOOM IN ON THE MIDDLE

10:00AM   14     MESSAGE ONCE WE GET THERE.  YEAH, FROM THERE DOWN IS GOOD.

10:00AM   15          DO YOU SEE IN THE BOX IN FRONT OF YOU AN EMAIL FROM

10:00AM   16     PAUL PATEL TO YOU AND OTHERS?

10:00AM   17     A.   YES.

10:00AM   18     Q.   AND HE SAYS, "DANIEL, ARE WE EXPECTING TO RUN THIS SAMPLE

10:00AM   19     ON ADVIA?"

10:00AM   20          DO YOU SEE THAT?

10:00AM   21     A.   YES.

10:00AM   22     Q.   AND LET'S ZOOM OUT, MS. HOLLIMAN, AND LOOK AT THE EMAIL

10:00AM   23     ABOVE THIS AT THE TOP OF THE PAGE.

10:00AM   24          MR. EDLIN RESPONDS, "PAUL AND TEAM, PLEASE PLAN ON RUNNING

10:00AM   25     THIS SAMPLE USING THE SAME PROCESSES AS LAST WEEK, I.E., THE

10:00AM   1    CURRENT WORKFLOW IN NORMANDY.  TO ANSWER PAUL'S QUESTION, I

10:01AM   2    BELIEVE ADVIA IS USED FOR THIS FOR GC ASSAYS?"

10:01AM   3        DO YOU SEE THAT?

10:01AM   4    A.   YES.

10:01AM   5    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS?

10:01AM   6    A.   PAUL IS ASKING DANIEL EDLIN WHAT PROCESS IS -- SHOULD BE

10:01AM   7    USED TO RUN THE DEMO SAMPLES, AND DANIEL EDLIN IS SAYING RUN

10:01AM   8    THEM USING THE SAME PROCESSES AS LAST WEEK WITH THE LDT IN

10:01AM   9    NORMANDY, THE LABORATORY DEVELOPED TESTS IN NORMANDY, THE

10:01AM  10    DOWNSTAIRS LAB.

10:01AM  11        AND HE SAYS HE BELIEVES THAT THE ADVIA IS USED FOR GENERAL

10:01AM  12    CHEMISTRY ASSAYS.

10:01AM  13    Q.   AND WAS THAT CORRECT TO YOUR RECOLLECTION AT THE TIME?

10:01AM  14    WAS ADVIA USED FOR GENERAL CHEMISTRY?

10:01AM  15    A.   YES, IT WAS BEING USED FOR THE LABORATORY DEVELOPED TESTS.

10:01AM  16    Q.   AND ADVIA WAS NOT A THERANOS MANUFACTURED DEVICE; IS THAT

10:01AM  17    RIGHT?

10:01AM  18    A.   CORRECT.

10:01AM  19    Q.   LET'S GO BACK TO PAGE 2 NOW, PLEASE, AND BACK TO THAT

10:01AM  20    MESSAGE ON THE BOTTOM HALF OF THE PAGE.

10:02AM  21        I'LL DRAW YOUR ATTENTION TO THE LIST OF ASSAYS THAT WERE

10:02AM  22    GOING TO BE RUN.  ARE YOU FAMILIAR WITH THOSE ASSAYS FROM YOUR

10:02AM  23    TIME AT THERANOS?

10:02AM  24    A.   YES.

10:02AM  25    Q.   AND DO YOU HAVE AN UNDERSTANDING AS TO WHICH OF THOSE

| | | |
|---|---|---|
| 10:02AM | 1 | ASSAYS COULD BE RUN ON THE THERANOS MANUFACTURED EDISON? |
| 10:02AM | 2 | A.   ON THE EDISON, SIR? |
| 10:02AM | 3 | Q.   CORRECT. |
| 10:02AM | 4 | A.   VITAMIN D, TSH, PSA. |
| 10:02AM | 5 | Q.   THE OTHER ASSAYS COULD NOT BE RUN ON THE THERANOS |
| 10:02AM | 6 | MANUFACTURED DEVICE? |
| 10:02AM | 7 | A.   CORRECT. |
| 10:02AM | 8 | Q.   WERE ANY OF THESE ASSAYS RUN IN THE CLINICAL LAB ON EITHER |
| 10:02AM | 9 | THE MINILAB OR THE 4S THAT IS MENTIONED BELOW? |
| 10:02AM | 10 | A.   NO. |
| 10:02AM | 11 | Q.   AND WERE THE MINILAB OR 4S USED TO RUN ANY CLINICAL |
| 10:03AM | 12 | PATIENT TEST SAMPLES? |
| 10:03AM | 13 | A.   NO. |
| 10:03AM | 14 | Q.   AND WHEN YOU WERE AT THERANOS -- WELL, LET ME ASK, FIRST, |
| 10:03AM | 15 | YOU SAW PREVIOUSLY THAT YOU WERE INCLUDED ON THIS EMAIL CHAIN |
| 10:03AM | 16 | HIGHER UP; CORRECT? |
| 10:03AM | 17 | A.   YES. |
| 10:03AM | 18 | Q.   AND AT THE TIME, DID IT REGISTER FOR YOU THAT THERE WAS A |
| 10:03AM | 19 | MISMATCH BETWEEN THE DEVICES THAT WERE GOING TO BE IN THE DEMO |
| 10:03AM | 20 | ROOM AND THE DEVICES THAT WERE GOING TO BE USED TO ACTUALLY RUN |
| 10:03AM | 21 | THE SAMPLES? |
| 10:03AM | 22 | A.   I THOUGHT THAT THE 4S AND MINILAB WERE BEING SHOWN TO THE |
| 10:03AM | 23 | DEMO PARTICIPANTS AS PROTOTYPES. |
| 10:03AM | 24 | A MORE NEFARIOUS INTERPRETATION WOULD BE THAT -- |
| 10:03AM | 25 | MR. WADE:  OBJECTION, YOUR HONOR.  MOVE TO STRIKE. |

10:03AM  1              THE COURT:  SUSTAINED.

10:03AM  2      BY MR. BOSTIC:

10:03AM  3      Q.  AND MY QUESTION, DR. ROSENDORFF, WAS WHETHER YOU ONLY

10:03AM  4      NOTICED WHEN YOU WERE AT THE COMPANY THAT ONE TYPE OF DEVICE

10:03AM  5      WAS IN THE ROOM WHILE ANOTHER TYPE WAS USED TO RUN THE SAMPLES?

10:03AM  6      A.  I WASN'T IN THE ROOM.  IT REALLY ONLY STRUCK ME DURING MY

10:04AM  7      INTERVIEWS WITH THE GOVERNMENT WHEN I CAREFULLY READ THE EMAILS

10:04AM  8      THAT I FULLY REALIZED WHAT WAS GOING ON IN THE FRONT ROOM.

10:04AM  9              MR. WADE:  OBJECTION.  MOVE TO STRIKE.

10:04AM  10             THE COURT:  OVERRULED.  THAT CAN STAND.

10:04AM  11     BY MR. BOSTIC:

10:04AM  12     Q.  I'LL ASK YOU TO LOOK NEXT, PLEASE, AT 1491 IN YOUR BINDER.

10:04AM  13         ONCE YOU HAVE IT, LET ME KNOW IF YOU RECOGNIZE IT AS AN

10:04AM  14     EMAIL SENT BETWEEN THERANOS EMPLOYEES.

10:04AM  15     A.  YES.  THIS IS AN EMAIL FROM MARK PANDORI TO MAX FOSQUE AT

10:04AM  16     THE TOP OF THE PAGE.

10:04AM  17     Q.  I'LL ASK YOU TO LOOK AT PAGE 2 OF THAT EXHIBIT.  IS THIS

10:04AM  18     ANOTHER EMAIL DEALING WITH A VIP PATIENT SAMPLE AT THERANOS?

10:05AM  19     A.  YES.

10:05AM  20     Q.  AND LIKE THE OTHER EMAIL, WERE EMAILS LIKE THIS SENT AS

10:05AM  21     PART OF YOUR NORMAL PRACTICE TO COORDINATE THESE TESTS AND

10:05AM  22     FACILITATE THE OPERATION OF THE LAB?

10:05AM  23     A.  YES.

10:05AM  24             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:05AM  25     ADMIT EXHIBIT 1491.

10:05AM  1            MR. WADE:  NO OBJECTION, YOUR HONOR.

10:05AM  2            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:05AM  3            (GOVERNMENT'S EXHIBIT 1491 WAS RECEIVED IN EVIDENCE.)

10:05AM  4            MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 2

10:05AM  5   AND ZOOM IN ON THE BOTTOM MESSAGE.

10:05AM  6   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM MAX FOSQUE TO

10:05AM  7   OTHERS ON JANUARY 28TH, 2014?

10:05AM  8   A.   YES.

10:05AM  9   Q.   HE WRITES, "PLEASE FOLLOW UP ON WHY BRIAN GROSSMAN HAS NOT

10:06AM 10   BEEN RELEASED YET, HE WAS PENDING AN LDAQ AS OF LAST NIGHT.

10:06AM 11   THIS IS CRITICAL TO GET OUT ASAP."

10:06AM 12        DO YOU SEE THAT?

10:06AM 13   A.   YES.

10:06AM 14   Q.   MS. HOLLIMAN, LET GO TO THE NEXT PAGE AND CAPTURE THE TOP

10:06AM 15   TWO THIRDS OF THE PAGE.

10:06AM 16        FIRST OF ALL, DR. ROSENDORFF, DO YOU SEE AT THE TOP THAT

10:06AM 17   READS "HI ADAM/MARK"?

10:06AM 18   A.   YES.

10:06AM 19   Q.   AND THAT EMAIL READS, "THIS PATIENT (BRIAN GROSSMAN) IS A

10:06AM 20   VIP, WOULD YOU MIND LOOKING INTO THE SLOWDOWN HERE?  I BELIEVE

10:06AM 21   H. PYLORI IS RUN ON PREDICATE, PERHAPS THERE IS SOME ISSUE WITH

10:06AM 22   THE MACHINE?"

10:06AM 23        WHAT WAS H. PYLORI, FIRST OF ALL?

10:06AM 24   A.   HELICOBACTER PYLORI.  IT'S A BACTERIA IN THE STOMACH THAT

10:07AM 25   IS ASSOCIATED WITH REFLUX DISEASE.  LET'S LEAVE IT THERE.

10:07AM  1    Q.   AND WHEN THE EMAIL SAYS THAT IT'S RUN ON PREDICATE, WHAT

10:07AM  2    DOES THAT INDICATE?

10:07AM  3    A.   THAT IT IS RUN ON AN FDA APPROVED NON-THERANOS DEVICE.

10:07AM  4    Q.   AND IF WE CAN GO TO PAGE 1 OF THE EXHIBIT, PLEASE.  AND IF

10:07AM  5    WE CAN ZOOM IN ON THE TOP HALF OF THE PAGE.

10:08AM  6         THERE'S AN EMAIL FROM MAX FOSQUE TO YOU AND MARK PANDORI.

10:08AM  7         DO YOU SEE THAT AT THE BOTTOM?

10:08AM  8    A.   YES.

10:08AM  9    Q.   AND IT READS, "THANKS FOR THE UPDATE.  PLEASE LET US KNOW

10:08AM  10   THE OUTCOME."

10:08AM  11        THIS IS ON THE IMMULITE; CORRECT?

10:08AM  12   A.   CORRECT.

10:08AM  13   Q.   AND WHAT WAS THE IMMULITE?

10:08AM  14   A.   THE IMMULITE IS AN INSTRUMENT MANUFACTURED BY SIEMENS

10:08AM  15   CORPORATION THAT MEASURES -- IT'S AN IMMUNOASSAY INSTRUMENT.

10:08AM  16   IT MEASURES THESE PEPTIDES AND LARGER MOLECULES, SUCH AS

10:08AM  17   VITAMIN D, TSH, ET CETERA, THAT ARE NOT ABLE TO BE MEASURED ON

10:08AM  18   THE ADVIA.

10:08AM  19   Q.   AND IS THAT THE INSTRUMENT THAT WAS BEING USED TO RUN THIS

10:08AM  20   SIEMENS ADVIA FOR THIS VIP PATIENT AT THE TIME?

10:08AM  21   A.   CORRECT.  I'D LIKE TO CLARIFY.

10:08AM  22   Q.   PLEASE.

10:08AM  23   A.   THE IMMULITE WOULD HAVE BEEN USED FOR THE HELICOBACTER

10:09AM  24   PYLORI TEST THAT I BELIEVE WAS THE CAUSE OF THE SLOWDOWN FOR

10:09AM  25   RELEASING RESULTS FOR THIS PATIENT BECAUSE ALL OF THE RESULTS

10:09AM 1    WOULD HAVE TO BE COMPLETE BEFORE THE TEST WAS ISSUED, BEFORE

10:09AM 2    THE REPORT WAS ISSUED.

10:09AM 3    Q.   SO THE REPORT WAS WAITING ON THIS RESULT THAT WAS BEING

10:09AM 4    GENERATED BY A NON-THERANOS DEVICE; CORRECT?

10:09AM 5    A.   CORRECT.

10:09AM 6    Q.   LET'S TALK ABOUT QUALITY CONTROL IF WE COULD.

10:09AM 7         HOW -- IN YOUR EXPERIENCE AT THERANOS AND OTHER LABS, WHAT

10:09AM 8    IS QUALITY CONTROL?

10:09AM 9    A.   QUALITY CONTROL IS A METHOD TO DETERMINE WHETHER YOUR

10:09AM 10   INSTRUMENT IS FUNCTIONING PROPERLY BEFORE YOU START TESTING

10:09AM 11   PATIENT SAMPLES.

10:09AM 12   Q.   AND HOW DOES IT WORK IN A LAB?

10:09AM 13   A.   TYPICALLY THE LABORATORY PURCHASES QUALITY CONTROL

10:09AM 14   MATERIALS.  IT THEN RUNS THESE MATERIALS A NUMBER OF TIMES TO

10:09AM 15   ESTABLISH AN ACCEPTABLE RANGE FOR THEIR INSTRUMENT, AND THEN

10:10AM 16   THAT RANGE -- SO USUALLY THERE ARE THREE LEVELS OF QUALITY

10:10AM 17   CONTROL MATERIAL THAT SPAN THE CLINICAL REFERENCE RAGE.

10:10AM 18        SO A RANGE IS ESTABLISHED FOR EACH LEVEL, AND THEN BEFORE

10:10AM 19   YOU CAN RUN PATIENT SAMPLES YOU HAVE TO RUN THESE QUALITY

10:10AM 20   CONTROL MATERIALS AND MAKE SURE THAT THE RESULTS ARE WITHIN

10:10AM 21   THOSE RANGES THAT THEY'RE IN.

10:10AM 22   Q.   AND IN SIMPLE LANGUAGE, WHAT ARE YOU TRYING TO PROVE OR

10:10AM 23   ESTABLISH WITH QUALITY CONTROL?

10:10AM 24   A.   YOU'RE TRYING TO PROVE THAT THE INSTRUMENT IS RETURNING

10:10AM 25   ACCURATE RESULTS BEFORE RUNNING PATIENT SAMPLES.

10:10AM  1    Q.   IS THAT SOMETHING THAT HAS TO BE DONE JUST ONCE FOR EVERY

10:10AM  2    INSTRUMENT AND THEN IT CAN BE USED FOR DAYS AND WEEKS

10:10AM  3    AFTERWARDS ON PATIENT SAMPLES?

10:10AM  4    A.   IT HAS TO BE DONE FOR EVERY INSTRUMENT AND FOR EVERY ASSAY

10:10AM  5    TYPE OR TEST TYPE.   SOME LABORATORIES WILL DO IT AT THE

10:11AM  6    BEGINNING OF THE DAY, AND SOME LABORATORIES WILL DO IT FOR EACH

10:11AM  7    SHIFT.

10:11AM  8    Q.   HOW FREQUENTLY DID IT HAPPEN AT THERANOS?

10:11AM  9    A.   ONCE A DAY.

10:11AM  10   Q.   WHAT HAPPENED IF A DEVICE FAILED QUALITY CONTROL FOR A

10:11AM  11   CERTAIN ASSAY?

10:11AM  12   A.   THE QUALITY CONTROL WOULD BE REPEATED.   IF IT FAILED

10:11AM  13   AGAIN, THE INSTRUMENT WOULD BE TAKEN OUT OF SERVICE AND

10:11AM  14   RECALIBRATED AND QUALITY CONTROL WOULD BE RUN AGAIN TO

10:11AM  15   DETERMINE IF THAT QUALIFICATION PROCESS WAS SUCCESSFUL.

10:11AM  16   Q.   AS LAB DIRECTOR AT THERANOS, WERE YOU GENERALLY FAMILIAR

10:11AM  17   WITH THE QUALITY CONTROL PERFORMANCE OF THE THERANOS ANALYZERS?

10:11AM  18   A.   YES.

10:11AM  19   Q.   AND WAS THE QUALITY CONTROL PERFORMANCE OF THOSE ANALYZERS

10:11AM  20   A REPEATED TOPIC OF DISCUSSION AT THERANOS?

10:11AM  21   A.   YES.

10:11AM  22   Q.   AND DID THOSE DISCUSSIONS INCLUDE CONVERSATIONS WITH

10:11AM  23   MS. HOLMES ABOUT THAT TOPIC?

10:12AM  24   A.   YES.

10:12AM  25   Q.   I'LL ASK YOU TO LOOK AT EXHIBIT 1214, PLEASE.

10:12AM  1        YOUR HONOR, THE GOVERNMENT WOULD LIKE TO MOVE THIS INTO

10:12AM  2   EVIDENCE.  THIS IS SUBJECT TO STIPULATION.

10:12AM  3        MR. WADE:  THAT'S RIGHT, YOUR HONOR.

10:12AM  4        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:12AM  5        (GOVERNMENT'S EXHIBIT 1214 WAS RECEIVED IN EVIDENCE.)

10:12AM  6        MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START AT THE

10:12AM  7   BOTTOM OF PAGE 2.  AND LET'S JUST CAPTURE THE HEADER

10:12AM  8   INFORMATION AT THE BOTTOM OF PAGE 2.

10:12AM  9   Q.   AND WE'RE ABOUT TO LOOK AT THIS EMAIL, DR. ROSENDORFF, BUT

10:12AM 10   DO YOU SEE IT'S FROM SUNNY BALWANI ON SUNDAY, NOVEMBER 3RD,

10:12AM 11   2013?

10:12AM 12   A.   YES.

10:12AM 13   Q.   AND, MS. HOLLIMAN, LET'S GO TO PAGE 3, PLEASE.

10:13AM 14        AND, DR. ROSENDORFF, DO YOU SEE THAT THAT EMAIL WAS SENT

10:13AM 15   TO EMPLOYEES AT THERANOS AND CC'ING ELIZABETH HOLMES?

10:13AM 16   A.   YES.  IT WAS SENT BY SUNNY BALWANI ON NOVEMBER 3RD, 2013

10:13AM 17   TO A NUMBER OF EMPLOYEES AND CC'D TO ELIZABETH HOLMES.

10:13AM 18   Q.   AND IN HIS EMAIL HE SAYS, "I WOULD LIKE THE 2 ADVIAS ON

10:13AM 19   NORMANDY TO BE 100 PERCENT DEDICATED TO CLIA MICRO SAMPLES

10:13AM 20   STARTING THIS WEEK (OR NEXT WEEKEND AT THE LATEST).  I WOULD

10:13AM 21   LIKE 1 ADVIA SET UP TO PROCESS ONLY OUR FINGERSTICK/MICRO

10:13AM 22   SAMPLES FOR GC AND OTHER SET UP FOR OUR IMMUNOASSAYS."

10:13AM 23        DO YOU SEE THAT?

10:13AM 24   A.   YES.

10:13AM 25   Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHY THIS EXCHANGE WAS

10:13AM   1    BEING REQUESTED AT THIS TIME?

10:13AM   2    A.   SUNNY WAS CONCERNED ABOUT INSTRUMENTATION BEING SEPARATED

10:13AM   3    OUT, THAT INSTRUMENTS WOULD NOT BE SHARED BETWEEN THE CLIA LAB

10:14AM   4    AND RESEARCH AND DEVELOPMENT.

10:14AM   5    Q.   AND LET'S GO TO PAGE 1 OF THIS EXHIBIT.  ONCE WE'RE THERE,

10:14AM   6    LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

10:14AM   7         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM ROSE EDMONDS

10:14AM   8    RESPONDING TO SUNNY ON THIS TOPIC?

10:14AM   9    A.   YES.

10:14AM  10    Q.   AND SHE SAYS, "DEAR SUNNY, I AM SOMEWHAT CONCERNED WITH

10:14AM  11    THE FEASIBILITY OF MAKING THIS CHANGE SO QUICKLY.  TODAY WE

10:14AM  12    WERE GOING TO START AN EXPERIMENT TO TRY TO HELP TROUBLESHOOT

10:14AM  13    THE ISE VARIABILITY."

10:14AM  14         WHAT DOES ISE STAND FOR?

10:14AM  15    A.   ION SELECTIVE ELECTRODE.

10:14AM  16    Q.   AND WHAT DID THAT REFER TO AT THERANOS?

10:14AM  17    A.   THIS IS AN ELECTRODE THAT COMES STANDARD ON THE

10:14AM  18    SIEMENS ADVIA INSTRUMENT THAT MEASURES SODIUM, CHLORIDE, AND

10:15AM  19    POTASSIUM.

10:15AM  20    Q.   AND DO YOU RECALL AN ISSUE WITH VARIABILITY OF THOSE

10:15AM  21    ASSAYS AROUND THIS TIME?

10:15AM  22    A.   YES.

10:15AM  23    Q.   AND IS VARIABILITY IN THESE ASSAYS A GOOD THING OR A BAD

10:15AM  24    THING AT A BLOOD TESTING LAB?

10:15AM  25    A.   BAD.

10:15AM  1    Q.  LET'S ZOOM OUT, MS. HOLLIMAN, AND CAPTURE THE TOP HALF OF

10:15AM  2    THE PAGE, PLEASE.

10:15AM  3        DO YOU SEE AT THE BOTTOM OF THAT BOX A MESSAGE FROM

10:15AM  4    SUNNY BALWANI TO DANIEL YOUNG AND ELIZABETH HOLMES?

10:15AM  5    A.  YES.

10:15AM  6    Q.  IT SAYS THERE, "THE ADVIA/GC SCENARIO CONTINUES TO BE A

10:15AM  7    MESS."

10:15AM  8        DO YOU SEE THAT?

10:15AM  9    A.  YES.

10:15AM 10    Q.  WERE YOU INCLUDED ON ANY -- WELL, LET ME POINT OUT THAT

10:16AM 11    YOU ARE NOT INCLUDED IN THIS EMAIL CHAIN AT THIS POINT; IS THAT

10:16AM 12    CORRECT?

10:16AM 13    A.  CORRECT.

10:16AM 14    Q.  WERE YOU INCLUDED IN ANY FOLLOW-UP CONVERSATIONS INVOLVING

10:16AM 15    MR. BALWANI OR MS. HOLMES ON THIS TOPIC?

10:16AM 16    A.  NO.

10:16AM 17    Q.  LET'S TURN TO EXHIBIT 1342, PLEASE.  AND I'LL ASK YOU TO

10:16AM 18    LOOK AT PAGE 6 OF THIS EXHIBIT ONCE YOU GET THERE.

10:16AM 19        ARE YOU LOOKING AT AN EMAIL FROM YOU TO ERIKA CHEUNG ON

10:16AM 20    JANUARY 15, 2014?

10:16AM 21    A.  YES.

10:16AM 22    Q.  AND CAN YOU TELL US WHAT THE PURPOSE WAS OF THIS EMAIL IN

10:17AM 23    GENERAL TERMS?

10:17AM 24    A.  I'M ASKING ERIKA FOR THE QC RANGES FOR VITAMIN D.  ERIKA

10:17AM 25    SAID THAT THEY DIDN'T GET A QC RANGE ESTABLISHED FOR VITAMIN D.

10:17AM  1          AND I'M ASKING HER FOR THESE QC RANGES AND I AM ASKING HER

10:17AM  2     TO PUT THE CURRENT AND PRIOR QC RANGES IN A DEDICATED FOLDER IN

10:17AM  3     CLIA.

10:17AM  4     Q.   AND WAS THIS THE KIND OF TOPIC THAT WAS DISCUSSED BY EMAIL

10:17AM  5     AS PART OF YOUR STANDARD PRACTICE AT THERANOS?

10:17AM  6     A.   YES.

10:17AM  7     Q.   AND WAS IT PART OF YOUR STANDARD PRACTICE TO USE EMAIL TO

10:17AM  8     CONVEY INFORMATION ON THIS TOPIC AND TO PRESERVE INFORMATION SO

10:17AM  9     THAT IT COULD BE REFERRED BACK TO LATER?

10:17AM  10    A.   YES, DEFINITELY.

10:17AM  11          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS INTO

10:17AM  12    EVIDENCE EXHIBIT 1432.

10:17AM  13          MR. WADE:  NO OBJECTION, YOUR HONOR.

10:17AM  14          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:18AM  15    (GOVERNMENT'S EXHIBIT 1432 WAS RECEIVED IN EVIDENCE.)

10:18AM  16          MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 5 OF

10:18AM  17    THIS EXHIBIT AND ZOOM IN ON THE BOTTOM PORTION.

10:18AM  18    Q.   DR. ROSENDORFF, YOU TESTIFIED THAT THIS DISCUSSION WAS

10:18AM  19    ABOUT THE VITAMIN D ASSAY; IS THAT CORRECT?

10:18AM  20    A.   I'M TRYING TO SEE WHERE -- AH.  YES, THIS IS IN REFERENCE

10:18AM  21    TO VITAMIN D, CORRECT.

10:18AM  22    Q.   AND IN YOUR MESSAGE ON THE SCREEN YOU SAY, "ERIKA THE CV

10:19AM  23    PERCENTAGE AT 18 NANOGRAMS PER MILLILITER IS WAY TOO HIGH AT

10:19AM  24    33 PERCENT."

10:19AM  25          DO YOU SEE THAT?

10:19AM 1    A.   YES.

10:19AM 2    Q.   AND WHY DID YOU FEEL THAT WAS WAY TOO HIGH AT THAT TIME?

10:19AM 3    A.   THE CV FOR VITAMIN D SHOULD BE MUCH LOWER THAN THAT.

10:19AM 4    Q.   AND WHY IS A HIGH CV PROBLEMATIC?

10:19AM 5    A.   IT MEANS THAT, FOR INSTANCE, TWO PATIENTS WITH AN

10:19AM 6    IDENTICAL VITAMIN D LEVEL WOULD GET DIFFERENT RESULTS WITH THE

10:19AM 7    SAME TEST, OR THAT THE PATIENT SAMPLE RESULT WOULD NOT BE

10:19AM 8    REPEATABLE FROM ONE TEST TO ANOTHER.

10:19AM 9    Q.   YOU GO ON TO SAY ACCORDING TO OUR VALIDATIONS IT SHOULD BE

10:19AM 10   AROUND 20 PERCENT.

10:19AM 11       COULD YOU EXPLAIN WHAT THAT MEANS BETWEEN THE VALIDATIONS

10:19AM 12   AND WHAT YOU WERE LOOKING AT IN THIS INSTANCE?

10:19AM 13   A.   YEAH.  SO PRECISION OF REPRODUCIBILITY IS REQUIRED BY CLIA

10:20AM 14   AS A VALIDATION, AND IT'S ALSO REQUIRED FOR GOOD LABORATORY

10:20AM 15   PRACTICE.

10:20AM 16       OUR VALIDATIONS HAD INDICATED THAT THE CV'S WERE

10:20AM 17   APPROXIMATELY 20 PERCENT, AND WHAT WE WERE SEEING WITH THE

10:20AM 18   BIORAD QC MATERIAL WAS THAT THE CV'S FOR LEVEL 1 WERE

10:20AM 19   33 PERCENT, AND THIS IS MUCH HIGHER THAN WHAT WAS REPORTED IN

10:20AM 20   THE VALIDATION.

10:20AM 21   Q.   AND DOES THE VALIDATION PROCESS COME BEFORE THE ASSAY

10:20AM 22   MOVES INTO THE CLINICAL LAB AND QC BEGINS?

10:20AM 23   A.   YES.

10:20AM 24   Q.   AND WAS THIS A UNIQUE SITUATION AT THERANOS, SEEING QC

10:20AM 25   PERFORMANCE THAN WAS WORSE THAN AN ASSAY THAT PERFORMED AT THE

10:20AM  1    VALIDATION STAGE?

10:20AM  2    A.   I HAD NOT SEEN IT BEFORE.

10:20AM  3    Q.   AND DID YOU SEE IT AFTER THIS?

10:20AM  4    A.   DO YOU MEAN IN SUBSEQUENT LABORATORIES THAT I'VE WORKED

10:20AM  5    IN?

10:20AM  6    Q.   I MEAN AT THERANOS.  DURING YOUR TIME AT THERANOS, WERE

10:20AM  7    THERE OTHER OCCASIONS WHERE YOU SAW LABS PERFORM WORSE IN THE

10:21AM  8    CLINICAL LAB THAN THEY HAD AT VALIDATION?

10:21AM  9    A.   MOST DEFINITELY.

10:21AM  10   Q.   WAS THAT SOMETHING THAT HAPPENED COMMONLY?

10:21AM  11   A.   YES.

10:21AM  12   Q.   LET'S LOOK AT THE BOTTOM OF PAGE 3, PLEASE.  IF WE CAN

10:21AM  13   CAPTURE THE BOTTOM HALF OF THAT PAGE.

10:21AM  14       DO YOU SEE AN EMAIL FROM SHARADA SIVARAMAN?

10:21AM  15   A.   YES.

10:21AM  16   Q.   AND WHO WAS SHARADA SIVARAMAN AT THERANOS?

10:21AM  17   A.   AFTER THE DEPARTURE OF SUREKHA, SHARADA WAS PUT IN CHARGE

10:21AM  18   OF THE EDISONS.

10:21AM  19   Q.   AND SHARADA SAYS THE CV'S ARE HIGH BETWEEN DEVICES.

10:21AM  20       WHAT DOES THAT MEAN IN THIS CONTEXT?

10:21AM  21   A.   SO THIS WOULD REFER TO INTRO RUN PRECISION, WHERE YOU RUN

10:22AM  22   A SAMPLE ON DIFFERENT DEVICES ON DIFFERENT DAYS, AND SHE'S

10:22AM  23   SAYING THAT THE PRECISION OR THE CV'S ARE HIGH WHEN YOU COMPARE

10:22AM  24   THE RESULTS FROM ONE DEVICE TO ANOTHER.

10:22AM  25   Q.   AND WAS THAT A GOOD THING OR A BAD THING?

10:22AM  1    A.   BAD.

10:22AM  2    Q.   AND WHY IS THAT SOMETHING THAT YOU DON'T WANT TO SEE AT A

10:22AM  3    LAB?

10:22AM  4    A.   YOU REALLY WANT TO MAKE SURE THAT REGARDLESS OF WHAT

10:22AM  5    INSTRUMENT YOU PICK TO RUN THE TEST, THAT IT GIVES A SIMILAR

10:22AM  6    RESULT.

10:22AM  7         IF THOSE RESULTS ARE NOT CLOSE TOGETHER, THAT INDICATES A

10:22AM  8    PROBLEM IN THE LABORATORY.

10:22AM  9    Q.   AND SHARADA'S EMAIL GOES ON TO SAY, "SINCE WE ARE ALLOWED

10:22AM  10   TO REMOVE 2 DATA POINTS FROM 6 (1 CARTRIDGE OUT OF 3), I HAVE

10:22AM  11   ATTEMPTED TO DO THAT WITH BOTH THE LEVEL 1 AND 2 DATA AND IT

10:22AM  12   IMPROVES THINGS."

10:22AM  13        DO YOU SEE THAT?

10:22AM  14   A.   YES.

10:22AM  15   Q.   AND ARE YOU FAMILIAR WITH THE PRACTICE THAT THIS WAS

10:22AM  16   REFERRING TO?

10:22AM  17   A.   YES.

10:22AM  18   Q.   WHAT WAS THIS PRACTICE AT THERANOS?

10:23AM  19   A.   SO AT THIS POINT IN TIME TWO EDISON -- I'M SORRY, THREE

10:23AM  20   EDISON MACHINES WOULD BE USED FOR A SINGLE PATIENT TEST AND IT

10:23AM  21   WOULD GENERATE SIX DATA POINTS BECAUSE EACH MACHINE HAD TWO

10:23AM  22   TIPS IN IT, AND THE PROCEDURES ALLOW FOR REMOVAL OF TWO OF

10:23AM  23   THOSE DATA POINTS FROM THE SIX DATA POINTS WHEN EVALUATING QC.

10:23AM  24   Q.   YOU SAID THAT THREE THERANOS DEVICES WERE USED FOR EVERY

10:23AM  25   PATIENT TEST; IS THAT CORRECT?

10:23AM 1    A.  AT THE -- YES, AT THIS TIME, YES.

10:23AM 2    Q.  AND WHAT WAS THE PURPOSE AS YOU UNDERSTOOD IT OF USING

10:23AM 3    THREE THERANOS ANALYZERS TO PERFORM ONE TEST?

10:23AM 4    A.  IT WAS FELT THAT AVERAGING RESULTS OF THE SIX DATA POINTS

10:24AM 5    WOULD GIVE MORE ACCURATE RESULTS.

10:24AM 6    Q.  AND WAS IT ABOUT DECREASING THAT CV NUMBER?

10:24AM 7    A.  SO ON A CLINICAL LEVEL YOU LOOK AT A TEST SYSTEM.  THE

10:24AM 8    TEST SYSTEM WOULD HAVE BEEN THE THREE EDISONS.  YOU COMPARE --

10:24AM 9    YOU EVALUATE THE CV ON THAT TEST SYSTEM VERSUS ANOTHER TEST

10:24AM 10   SYSTEM.

10:24AM 11        THIS CV HAS TO DO WITH WHAT THEY'RE OBSERVING IN TERMS OF

10:24AM 12   WHAT -- THE VALUE THAT EACH TIP IS PUTTING OUT.

10:24AM 13   Q.  LET'S LOOK AT YOUR EMAIL IN RESPONSE TO THIS AT THE TOP OF

10:24AM 14   PAGE 3.

10:24AM 15        YOU SAY THERE, "SHARADA, SINCE 3 DEVICES ARE BEING USED AS

10:24AM 16   ONE TESTING SYSTEM, FOR PURPOSES OF QC WE MUST CONSIDER THEM AS

10:25AM 17   ONE TESTING SYSTEM/DEVICE."

10:25AM 18        IS THIS WHAT YOU WERE JUST REFERRING TO?

10:25AM 19   A.  YES.

10:25AM 20   Q.  AND IN THE PARAGRAPH BELOW THAT YOU ASK, "WHICH 2 DATA

10:25AM 21   POINTS, WHICH (1 OUT OF 3 CARTRIDGES) SHOULD WE REMOVE FROM THE

10:25AM 22   DATA SET FOR QC GOING FORWARD?  IS THERE A PROTOCOL FOR THIS?"

10:25AM 23        DO YOU SEE THAT QUESTION?

10:25AM 24   A.  YES.  YES.

10:25AM 25   Q.  AND LET'S TURN TO PAGE 1, PLEASE, OF THIS EXHIBIT AND SEE

10:25AM  1    THE ANSWER.  LET'S ZOOM IN ON THE TEXT OF SHARADA'S EMAIL IN

10:25AM  2    THE MIDDLE OF THE PAGE.

10:25AM  3         DO YOU SEE THE LANGUAGE IN THE SECOND PARAGRAPH WHERE SHE

10:25AM  4    RESPONDS TO YOU TO SAY, "AT THIS TIME OUR OUTLIER REMOVAL

10:25AM  5    PROCEDURE IS MANUAL"?

10:25AM  6    A.   I SEE THAT.

10:25AM  7    Q.   SHE SAYS, "(WE CAN MOVE 2 OUT OF THE 6 DATA POINTS) AND IT

10:25AM  8    ALSO DEPENDS ON THE DATA SET."

10:25AM  9         AM I READING THAT CORRECTLY?

10:25AM  10   A.   YES.

10:25AM  11   Q.   AND SHE SAYS BELOW THAT, "I CHOSE THE CARTRIDGES IN GREEN

10:26AM  12   FOR EXCLUSION SINCE THEY IMPROVED CONC CV'S."

10:26AM  13        WHAT IS CONC CV'S?

10:26AM  14   A.   CONCENTRATION CV'S AS OPPOSED TO RLU CV'S.

10:26AM  15   Q.   AND WHAT WOULD THAT REFER TO AS THE SECOND ONE?

10:26AM  16   A.   THERE'S A PHOTO MAGIC DETECTOR AND INSTRUMENT THAT JUST

10:26AM  17   DETECTS THE LIGHT THAT IS COMING OFF THE TIP DURING THE ANALYTE

10:26AM  18   DETECTION.  SO THAT SIGNAL IS TRANSLATED TO AN ACTUAL

10:26AM  19   CONCENTRATION USING A CALIBRATION CURVE.

10:26AM  20   Q.   DURING YOUR TIME AT THERANOS, DID YOU HAVE AN

10:26AM  21   UNDERSTANDING AS TO HOW THIS MANUAL DATA DELETION ACTUALLY

10:26AM  22   FUNCTIONED IN PROCESS?

10:26AM  23   A.   I WAS CONCERNED WE DIDN'T HAVE A PROTOCOL FOR IT.  I ASKED

10:26AM  24   DANIEL ABOUT IT AND HE SAID IT WAS GOING TO BE PART OF AN

10:27AM  25   ALGORITHM ON THE EDISON 3.5.

10:27AM 1    Q.  AND BEFORE THAT ALGORITHM WAS TO COME OUT, WERE YOU AWARE

10:27AM 2    OF ANY RULES THAT WERE USED TO SELECT WHICH POINTS TO REMOVE

10:27AM 3    FROM THE DATA SET?

10:27AM 4    A.  NO.

10:27AM 5    Q.  ARE YOU AWARE GENERALLY OF RULES ABOUT THE TREATMENT OF

10:27AM 6    OUTLIERS IN DATA SETS?

10:27AM 7    A.  YES.

10:27AM 8    Q.  BUT TO YOUR KNOWLEDGE, YOU DIDN'T SEE THOSE BEING USED IN

10:27AM 9    THIS PROCESS AT THERANOS?

10:27AM 10   A.  NO.

10:27AM 11   Q.  AT THERANOS YOU WORKED WITH OTHER COMMERCIAL ANALYZERS

10:27AM 12   BESIDES JUST THE EDISONS; CORRECT?

10:27AM 13   A.  I'M SORRY.  YOU SAID COMMERCIAL ANALYZERS BESIDES THE

10:27AM 14   EDISONS?  THE EDISON WASN'T A COMMERCIAL.

10:27AM 15   Q.  GOOD POINT.  THANK YOU.  I MISSPOKE.

10:27AM 16   A.  NO PROBLEM.

10:28AM 17   Q.  AT THERANOS YOU WORKED WITH OTHER BLOOD ANALYZERS BESIDES

10:28AM 18   THE EDISONS?

10:28AM 19   A.  CORRECT.

10:28AM 20   Q.  AND SPECIFICALLY THE COMMERCIAL ANALYZERS?

10:28AM 21   A.  CORRECT.

10:28AM 22   Q.  AND DID YOU ALSO HAVE OCCASION TO WORK WITH SOME

10:28AM 23   COMMERCIAL NON-THERANOS ANALYZERS WHEN YOU WERE AT UNIVERSITY

10:28AM 24   OF PITTSBURGH AT THAT LAB?

10:28AM 25   A.  YES.

10:28AM 1   Q.   FROM THAT WORK, DO YOU HAVE AN UNDERSTANDING OF WHETHER

10:28AM 2   THOSE DEVICES USED THE SAME APPROACH, THAT IS, WHETHER THEY RUN

10:28AM 3   THE TEST MULTIPLE TIMES, DISREGARD SOME RESULTS, AND THEN TAKE

10:28AM 4   AN AVERAGE OF THE REMAINDER?

10:28AM 5   A.   NO, THEY DID NOT.

10:28AM 6        MR. WADE:  YOUR HONOR, ARE WE IN 701, 702 LAND HERE?

10:28AM 7        THE COURT:  I DON'T THINK SO.  I DON'T THINK THAT

10:28AM 8   CALLS FOR 702.

10:28AM 9   BY MR. BOSTIC:

10:28AM 10  Q.   DR. ROSENDORFF, YOUR ANSWER TO THAT QUESTION -- THE

10:28AM 11  QUESTION WAS BASED ON YOUR KNOWLEDGE HAVING WORKED WITH THOSE

10:28AM 12  DEVICES, DO THOSE COMMERCIAL DEVICES USE THE SAME APPROACH OF

10:28AM 13  TAKING MULTIPLE DATA POINTS, REMOVING SOME AND THEN AVERAGING

10:28AM 14  THE REST?

10:28AM 15  A.   NO, THEY DO NOT.

10:29AM 16  Q.   GOING BACK TO EXHIBIT 1342 FOR A MOMENT.  LET'S ZOOM IN ON

10:29AM 17  THE TOP MESSAGE ON THAT PAGE.

10:29AM 18       THIS IS THE FINAL EMAIL IN THIS EXHIBIT.

10:29AM 19       YOU WRITE TO SHARADA, "YES, I AGREE WITHIN-INSTRUMENT

10:29AM 20  PRECISION IS GOOD BUT THE BETWEEN INSTRUMENT PRECISION IS NOT."

10:29AM 21       YOU SAY, "THIS MIGHT BE A MANUFACTURING ISSUE."

10:29AM 22       CAN YOU EXPLAIN WHY YOU THOUGHT A MANUFACTURING ISSUE

10:29AM 23  MIGHT HAVE BEEN THE ROOT CAUSE OF THIS?

10:29AM 24  A.   WELL, FIRST OF ALL, THE VALIDATION WAS DONE USING ONE

10:30AM 25  EDISON.  WE WERE NOW USING THREE.

10:30AM  1          THE FACT THAT WE WERE USING THREE WOULD REVEAL DIFFERENCES

10:30AM  2     IN INSTRUMENT PERFORMANCE FROM ONE INSTRUMENT TO ANOTHER.  THAT

10:30AM  3     COULD POINT TO A HARDWARE ISSUE OR SOME KIND OF MECHANICAL

10:30AM  4     ISSUE IN THE INSTRUMENTS.

10:30AM  5          ALTERNATIVELY IT COULD POINT TO NONSTANDARDIZATION IN THE

10:30AM  6     ACTUAL REAGENTS, THAT THE REAGENT CARTRIDGES USED ON EACH

10:30AM  7     INSTRUMENT MIGHT BE DIFFERENT AND THAT MIGHT BE A MANUFACTURING

10:30AM  8     PROBLEM IN NOT MAKING SURE THAT THE REAGENTS ARE EQUIVALENT

10:30AM  9     WITH EACH CARTRIDGE.

10:30AM 10     Q.   ARE YOU SAYING THAT THE THREE THERANOS ANALYZERS WORKING

10:30AM 11     ON THE SAME SAMPLE WOULD DISAGREE ON WHAT THE RESULT WAS?

10:30AM 12     A.   YES.

10:30AM 13     Q.   AND YOU SAID THIS MIGHT HAVE BEEN RELATED TO THE

10:30AM 14     MANUFACTURING OF THE REAGENTS; IS THAT CORRECT?

10:30AM 15     A.   YES.

10:30AM 16     Q.   AND WHO MANUFACTURED THE REAGENTS?

10:30AM 17     A.   THERANOS.  OR MANUFACTURING OF THE INSTRUMENTS THEMSELVES.

10:30AM 18     Q.   EITHER THE REAGENTS OR THE DEVICES THEMSELVES?

10:30AM 19     A.   CORRECT.

10:30AM 20     Q.   OKAY.  WE CAN PUT THAT EXHIBIT ASIDE.

10:31AM 21          LET'S MOVE TO EXHIBIT 1525, PLEASE.

10:31AM 22          YOUR HONOR, THE GOVERNMENT MOVES THIS INTO EVIDENCE

10:31AM 23     SUBJECT TO STIPULATION.

10:31AM 24               MR. WADE:  THAT'S RIGHT, YOUR HONOR.

10:31AM 25               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:31AM   1          (GOVERNMENT'S EXHIBIT 1525 WAS RECEIVED IN EVIDENCE.)

10:31AM   2               MR. BOSTIC:  LET'S START, PLEASE, WITH PAGE 4, AND

10:31AM   3     ZOOM IN ON THE BOTTOM MESSAGE, PLEASE.

10:31AM   4     Q.   DR. ROSENDORFF, DO YOU SEE A MESSAGE FROM ERIKA CHEUNG TO

10:31AM   5     YOU AND OTHERS AT THERANOS ON FEBRUARY 10TH, 2014?

10:31AM   6     A.   YES.

10:31AM   7     Q.   AND THE SUBJECT LINE IS QC FOR TSH FAILED AFTER RERUN.

10:32AM   8          DO YOU SEE THAT?

10:32AM   9     A.   YES.

10:32AM  10     Q.   AND WHAT IS BEING COMMUNICATED IN THIS FIRST EMAIL?

10:32AM  11     A.   THE LEVEL 1 HAD BEEN RUN FOR TSH ONCE AND ERIKA IS SAYING

10:32AM  12     SHE RAN THE LEVEL 1 AGAIN AND IT FAILED AGAIN.

10:32AM  13          SORRY, GO AHEAD.

10:32AM  14     Q.   NO, DON'T LET ME CUT YOU OFF.

10:32AM  15     A.   I CAN ADDRESS THE SECOND PART OF HER EMAIL IF THAT IS

10:32AM  16     NEEDED.

10:32AM  17     Q.   YES, PLEASE, EXPLAIN THE CONTEXT FOR THE SECOND PART.

10:32AM  18     A.   THE REAGENT CARTRIDGES WOULD EITHER BE FILLED MANUALLY OR

10:32AM  19     THEY WOULD BE FILLED IN AUTOMATIC FASHION, AND THAT WAS CALLED

10:32AM  20     CAPSYS.  SO THERE WERE TWO KINDS OF REAGENT CARTRIDGES.

10:32AM  21     Q.   DURING YOUR TIME AT THERANOS, DID YOU SEE ISSUES REGULARLY

10:32AM  22     WHERE ASSAYS ON THE EDISON FAILED QC?

10:32AM  23     A.   YES.

10:32AM  24     Q.   AND WAS IT A RARE OR A COMMON OCCURRENCE?

10:33AM  25     A.   COMMON.

10:33AM   1    Q.   WAS IT COMMON ENOUGH TO CREATE PROBLEMS IN THE LAB?

10:33AM   2    A.   YES.  BECAUSE OF THE HIGH RATE OF QC FAILURE AND THE NEED

10:33AM   3    FOR FREQUENT RECALIBRATION, IT WOULD RESULT IN BACKLOGS.

10:33AM   4         AND IT ALSO WAS OF CONCERN TO ME REGARDING THE ACCURACY OF

10:33AM   5    THE ACTUAL RESULTS THAT WERE COMING OUT.

10:33AM   6              MR. BOSTIC:  YOUR HONOR, I WOULD LIKE TO PUBLISH

10:33AM   7    EXHIBIT 1633.  I BELIEVE IT'S ALREADY IN EVIDENCE.

10:33AM   8              THE COURT:  ALL RIGHT.  THAT MAY BE PUBLISHED.

10:33AM   9    BY MR. BOSTIC:

10:33AM  10    Q.   LET'S LOOK AT -- FIRST OF ALL, ZOOM IN ON THE BOTTOM OF

10:34AM  11    THE PAGE, PLEASE.

10:34AM  12         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM LANGLY GEE TO

10:34AM  13    MARK PANDORI, YOU, AND OTHERS AT THERANOS?

10:34AM  14    A.   YES.

10:34AM  15    Q.   AND HE SAYS, "THE OTHER DAY YOU ASKED FOR A NUMBER OF

10:34AM  16    FAILED QC ELISA RUNS.  FOR MARCH, 26 PERCENT RUNS FAILED."

10:34AM  17         DO YOU SEE THAT?

10:34AM  18    A.   YES.

10:34AM  19    Q.   AND LET'S GO TO PAGE 2 OF THIS EXHIBIT, PLEASE.  AND LET'S

10:34AM  20    ZOOM IN ON THAT TABLE.

10:34AM  21         DR. ROSENDORFF, WHAT IS BEING DEPICTED IN THE TABLE ON

10:34AM  22    EXHIBIT 1633?

10:34AM  23    A.   SO WHAT IS BEING SHOWN IN THE LEFT COLUMN IS THE ASSAY.

10:34AM  24    EACH ASSAY IS -- QC IS RUN USING THREE LEVEL -- I'M SORRY, TWO

10:34AM  25    LEVELS, A LOW LEVEL AND A HIGH LEVEL.  THAT'S IN COLUMNS 2 AND

```
10:34AM  1        3.

10:34AM  2             SO THE NUMBER OF LOW LEVEL QC'S RUN IS SHOWN AND THE

10:35AM  3   NUMBER OF HIGH LEVEL QC'S IS SHOWN FOR EACH ANALYTE, THE TOTAL

10:35AM  4   NUMBER OF RUNS, AND THEN THE FAR RIGHT COLUMN IS THE PERCENTAGE

10:35AM  5   OF QC FAILURES AS A PERCENTAGE OF THE TOTAL RUNS.

10:35AM  6   Q.   AS LAB DIRECTOR OF THERANOS, DID YOU GENERALLY HAVE A

10:35AM  7   SENSE OF HOW THE EDISONS WERE PERFORMING IN QC?

10:35AM  8   A.   YES.

10:35AM  9   Q.   THE DATA THAT WE'RE LOOKING AT AND THESE SPECIFIC FAILURE

10:35AM 10   RATES, ARE THESE TYPICAL FAILURE RATES BASED ON YOUR EXPERIENCE

10:35AM 11   WITH THE EDISON AT THERANOS?

10:35AM 12   A.   YES.

10:35AM 13   Q.   AND SO, IN OTHER WORDS, MARCH WAS NOT AN ESPECIALLY BAD

10:35AM 14   MONTH.  THIS IS WHAT YOU WOULD SEE REGULARLY?

10:35AM 15   A.   YES.

10:35AM 16   Q.   LOOKING AT THESE ACTUAL FAILURE RATES, WAS THIS VIEWED AS

10:35AM 17   ACCEPTABLE PERFORMANCE OR BAD PERFORMANCE AT THERANOS AT THE

10:36AM 18   TIME?

10:36AM 19   A.   CAN YOU CLARIFY?  BY WHOM?

10:36AM 20   Q.   LET'S START WITH YOU.  WHEN YOU WERE LAB DIRECTOR, DID YOU

10:36AM 21   VIEW THIS PERFORMANCE AS ACCEPTABLE?

10:36AM 22   A.   NO, IT WAS NOT ACCEPTABLE.

10:36AM 23   Q.   OKAY.  CAN YOU EXPLAIN WHY?

10:36AM 24   A.   THE QC FAILURE RATE SHOULD BE MUCH LOWER.

10:36AM 25   Q.   AND WHY --
```

10:36AM  1    A.    I WOULD SAY WITH THE EXCEPTION OF TSH, THAT'S A --

10:36AM  2    Q.    AND WHY AS LAB DIRECTOR WOULD YOU WANT TO SEE LOWER QC

10:36AM  3    FAILURE RATES?

10:36AM  4    A.    WELL, THERE'S A PRACTICAL CONSIDERATION OF BEING ABLE TO

10:36AM  5    RUN THE ASSAY AND NOT HAVE TO RECALIBRATE, AND THEN THERE'S THE

10:36AM  6    CONCERN THAT HIGH QC FAILURE RATES WOULD INDICATE A PROBLEM

10:36AM  7    WITH THE ACCURACY OF THE TEST ITSELF.

10:36AM  8    Q.    YOU TESTIFIED EARLIER THAT WHEN A DEVICE FAILED QC FOR A

10:37AM  9    CERTAIN ASSAY, IT WOULDN'T BE USED AGAIN UNTIL THE PROBLEM WAS

10:37AM  10   SOLVED; IS THAT CORRECT?

10:37AM  11   A.    CORRECT.

10:37AM  12   Q.    WHY DIDN'T THAT ADDRESS YOUR CONCERNS ABOUT THE ACCURACY

10:37AM  13   OF THE ASSAYS?  WOULDN'T THAT SAFEGUARD BE ENOUGH TO PREVENT

10:37AM  14   INACCURATE RESULTS GOING OUT THE DOOR?

10:37AM  15   A.    WE WERE FOLLOWING STANDARD LABORATORY PRACTICE IN THE

10:37AM  16   SENSE THAT WE WOULD NOT REPORT PATIENT RESULTS UNTIL THE QC HAD

10:37AM  17   FAILED.

10:37AM  18        HOWEVER, BECAUSE THE QC WAS FAILING SO FREQUENTLY, IT, IT

10:37AM  19   RAISED DOUBTS IN MY MIND REGARDING THE ACCURACY OF THE TESTS

10:37AM  20   THEMSELVES.

10:37AM  21        IN OTHER WORDS, FROM -- BETWEEN QC RUNS YOU COULD STILL

10:37AM  22   HAVE AN INACCURATE RESULT.  QC ALONE WOULD NOT BE -- PARTIAL QC

10:37AM  23   ALONE WOULD NOT BE SUFFICIENT TO INDICATE AN INACCURATE TEST.

10:37AM  24   Q.    I SEE.  BECAUSE YOU COULD STILL HAVE CONCERNS ABOUT THE

10:37AM  25   PATIENT RESULTS THAT WERE GOING OUT IN BETWEEN THE QC CHECKS?

| 10:37AM | 1 | A. CORRECT. |

10:37AM  1    A.   CORRECT.

10:37AM  2    Q.   FROM YOUR WORK AT THERANOS WITH NON-THERANOS ANALYZERS AND

10:38AM  3    FROM YOUR TIME AT OTHER LABS, DID YOU HAVE A SENSE OF HOW

10:38AM  4    NON-THERANOS ASSAYS PERFORMED IN QC?

10:38AM  5    A.   YES.

10:38AM  6    Q.   AND HOW DID THE THERANOS ASSAY PERFORMANCE COMPARE TO THE

10:38AM  7    NON-THERANOS ASSAY PERFORMANCE WHEN IT CAME TO QC?

10:38AM  8    A.   SO IN GENERAL IMMUNOASSAY, QC ARE HIGHER THAN GENERAL

10:38AM  9    CHEMISTRY RATES.  HOWEVER, THE IMMUNOASSAY QC FAILURE RATES

10:38AM  10   SHOULD BE SINGLE DIGITS.

10:38AM  11   Q.   AND DID YOU, IN FACT, SEE THAT KIND OF SUPERIOR

10:38AM  12   PERFORMANCE FROM NON-THERANOS ANALYZERS?

10:38AM  13   A.   YES.

10:38AM  14   Q.   LET'S LOOK AT EXHIBIT 1772, PLEASE.

10:39AM  15        YOUR HONOR, THE GOVERNMENT OFFERS THIS INTO EVIDENCE.  IT

10:39AM  16   HAS BEEN STIPULATED TO.

10:39AM  17            MR. WADE:  THAT'S CORRECT, YOUR HONOR.

10:39AM  18            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:39AM  19        (GOVERNMENT'S EXHIBIT 1772 WAS RECEIVED IN EVIDENCE.)

10:39AM  20            MR. BOSTIC:  LET'S START AT PAGE 3 OF THIS EXHIBIT,

10:39AM  21   PLEASE, MS. HOLLIMAN.  IF WE CAN ZOOM IN ON THE MIDDLE OF THE

10:39AM  22   PAGE.

10:39AM  23   Q.   THERE'S AN EMAIL FROM ROMINA RIENER TO YOU.

10:39AM  24        DO YOU SEE THE CONTENT IN FRONT OF YOU.

10:39AM  25   A.   CAN YOU REPEAT THE EXHIBIT NUMBER?  IS THAT 1772?

| | | |
|---|---|---|
| 10:39AM | 1 | Q.   1772, AND WE'RE ON PAGE 3. |
| 10:39AM | 2 | A.   OKAY. |
| 10:39AM | 3 | Q.   DO YOU SEE THE CONTENT OF AN EMAIL TO YOU ON JUNE 11TH, |
| 10:39AM | 4 | 2014? |
| 10:39AM | 5 | A.   YES. |
| 10:39AM | 6 | Q.   AND WHAT IS BEING CONVEYED HERE? |
| 10:40AM | 7 | A.   ON THE LEFT COLUMN ARE THE IMMUNOASSAYS BEING RUN AT THIS |
| 10:40AM | 8 | TIME ON THE EDISON; AND THE NEXT COLUMN IS THE NUMBER OF EDISON |
| 10:40AM | 9 | READERS DEDICATED TO EACH ASSAY, IN OTHER WORDS, ONE READER, |
| 10:40AM | 10 | ONE ASSAY; THE NEXT COLUMN INDICATES HOW MANY OF THESE READERS |
| 10:40AM | 11 | PASS BOTH QC LEVELS; AND THE LAST COLUMN ARE NOTES. |
| 10:40AM | 12 | Q.   IN ORDER TO BE USED FOR PATIENT TESTING, DID EACH OF THESE |
| 10:40AM | 13 | MACHINES HAVE TO PASS BOTH QC LEVELS? |
| 10:40AM | 14 | A.   YES. |
| 10:40AM | 15 | Q.   SO, FOR EXAMPLE, IF WE LOOK AT THE ROW FOR T PSA, DO YOU |
| 10:40AM | 16 | SEE THAT? |
| 10:40AM | 17 | A.   YES. |
| 10:40AM | 18 | Q.   AND WHAT IS THE T PSA? |
| 10:40AM | 19 | A.   TOTAL PROSTATE SPECIFIC ANTIGEN. |
| 10:40AM | 20 | Q.   AND HOW IS THAT USED MEDICALLY? |
| 10:40AM | 21 | A.   A HIGH LEVEL CAN INDICATE CANCER. |
| 10:41AM | 22 | Q.   FOR T PSA THERE WAS A TOTAL NUMBER OF THREE READERS |
| 10:41AM | 23 | ADDRESSED IN THIS CHART; IS THAT CORRECT? |
| 10:41AM | 24 | A.   CORRECT. |
| 10:41AM | 25 | Q.   AND ARE THESE EDISONS WE'RE TALKING ABOUT? |

10:41AM  1    A.   YES.

10:41AM  2    Q.   AND HOW MANY OF THOSE THREE PASS THE BOTH QC LEVELS AT

10:41AM  3    THAT TIME?

10:41AM  4    A.   ONE.

10:41AM  5    Q.   ONE OUT OF THREE?

10:41AM  6    A.   CORRECT.

10:41AM  7    Q.   I'LL DRAW YOUR ATTENTION TO VITAMIN D DOWN AT THE BOTTOM

10:41AM  8    OF THE TABLE.

10:41AM  9    A.   YES.

10:41AM  10   Q.   HOW WAS THE VITAMIN D TEST USED IN PRACTICE?

10:41AM  11   A.   VITAMIN D IS A NECESSARY VITAMIN FOR GENERAL HEALTH.

10:41AM  12   Q.   GO AHEAD.

10:41AM  13   A.   IT'S IMPORTANT FOR BONE HEALTH IN PARTICULAR.

10:41AM  14   Q.   AND HOW MANY READERS WERE BEING ADDRESSED IN THIS TABLE

10:41AM  15   THAT COULD BE PERFORMED VITAMIN D?

10:41AM  16   A.   FOUR.

10:41AM  17   Q.   AND OUT OF THE FOUR, HOW MANY PASSED QC LEVELS AND COULD

10:42AM  18   ACTUALLY BE USED FOR PATIENT TESTS?

10:42AM  19   A.   ZERO.

10:42AM  20   Q.   LET'S MOVE FORWARD TO THE FIRST PAGE OF THIS EXHIBIT.

10:42AM  21   LET'S ZOOM IN ON THE MIDDLE MESSAGE, PLEASE.

10:42AM  22        IS THIS AN EMAIL FROM YOU TO SUNNY BALWANI ON JUNE 11TH,

10:42AM  23   2014?

10:42AM  24   A.   CORRECT.

10:42AM  25   Q.   THE TITLE OR THE SUBJECT OF THIS EMAIL IS EDISON BACKLOGS;

10:42AM  1    IS THAT RIGHT?

10:42AM  2    A.   CORRECT.

10:42AM  3    Q.   AND UNDER IMPORTANCE IT SAYS HIGH.  WHAT DOES THAT MEAN?

10:42AM  4    A.   I'M INDICATING THE HIGH IMPORTANCE OF THIS EMAIL.

10:42AM  5    Q.   WHAT WAS THE PURPOSE OF SENDING THIS EMAIL TO

10:42AM  6    SUNNY BALWANI?  WHAT WERE YOU TRYING TO COMMUNICATE?

10:42AM  7    A.   SUNNY HAD INSTRUCTED THE CLIA LABORATORY TO ALIQUOT BLOOD

10:43AM  8    FROM VACUTAINERS INTO CTN'S AND TO RUN THEM ON THE EDISONS.

10:43AM  9    THIS WAS RESULTING IN A LARGER NUMBER OF EDISON TESTS THAN

10:43AM 10    WOULD HAVE OCCURRED IF THOSE -- THAT BLOOD WAS RUN ON THE

10:43AM 11    PREDICATE INSTRUMENTS.

10:43AM 12        I'M INDICATING TO HIM THAT THERE'S A BACKLOG OF 23 PENDING

10:43AM 13    TESTS, 9 OF THEM WERE DUE TO THIS ALIQUOTING PROCEDURE THAT I

10:43AM 14    JUST DESCRIBED.

10:43AM 15        I'M SAYING THAT THE TESTS -- THAT THE TESTING WOULD LIKELY

10:43AM 16    END AT 11:00 P.M.

10:43AM 17        AND I'M SUGGESTING TO HIM TO SUSPEND THIS PRACTICE OF

10:44AM 18    ALIQUOTING FROM THE VACUTAINERS INTO THE CTN.

10:44AM 19    Q.   AND JUST BRIEFLY, WHAT IS THE CTN?

10:44AM 20    A.   CAPILLARY TUBE AND NANOTAINER.  IT IS THE PROPRIETARY

10:44AM 21    THERANOS DEVICE THAT --

10:44AM 22    Q.   AND BY BACKLOG OF EDISON TESTS, DOES THAT MEAN THAT THERE

10:44AM 23    WERE DELAYS IN THE LAB?

10:44AM 24    A.   CORRECT.

10:44AM 25    Q.   AND WERE THESE DELAYS EXACERBATED BY THE FACT THAT SOME

10:44AM 1    EDISON ANALYZERS COULDN'T BE USED BECAUSE THEY FAILED QC?

10:44AM 2    A.    THAT WAS THE REASON.

10:44AM 3    Q.    WAS THAT A COMMON OCCURRENCE IN THE LAB THAT SO MANY

10:44AM 4    EDISONS WOULD FAIL QC THAT DELAYS WOULD RESULT BECAUSE NOT

10:44AM 5    ENOUGH MACHINES WOULD BE AVAILABLE?

10:44AM 6    A.    CORRECT.

10:44AM 7    Q.    LET'S LOOK AT THE TOP MESSAGE IN THIS CHAIN, PLEASE,

10:44AM 8    MS. HOLLIMAN.

10:45AM 9         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM SUNNY BALWANI TO

10:45AM 10   MS. HOLMES AND OTHERS ON JUNE 12TH, 2014?

10:45AM 11   A.    YES.

10:45AM 12   Q.    AND DO YOU SEE THE IMPORTANCE IS MARKED HIGH IN THIS EMAIL

10:45AM 13   AS WELL?

10:45AM 14   A.    YES.

10:45AM 15   Q.    AND DO YOU SEE HE SAYS IN THE FIRST LINE, "WE NEED THIS

10:45AM 16   MESS RESOLVED ASAP?

10:45AM 17   A.    YES.

10:45AM 18             MR. BOSTIC:  AND, YOUR HONOR, WAS THE COURT THINKING

10:45AM 19   OF A BREAK AROUND THIS TIME?

10:45AM 20             THE COURT:  I WAS.  ARE YOU FINISHED WITH THIS

10:45AM 21   EXHIBIT?

10:45AM 22             MR. BOSTIC:  THIS MAY BE A GOOD STOPPING POINT,

10:45AM 23   YOUR HONOR.

10:45AM 24             THE COURT:  ALL RIGHT.  LET'S TAKE OUR MORNING

10:45AM 25   BREAK, LADIES AND GENTLEMEN OF THE JURY, 30 MINUTES, PLEASE.

10:45AM  1          SIR, YOU CAN STEP DOWN AND WE'LL COME BACK.

10:45AM  2          (JURY OUT AT 10:45 A.M.)

11:21AM  3          (RECESS FROM 10:45 A.M. UNTIL 11:21 A.M.)

11:21AM  4          THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD IN

11:21AM  5   UNITED STATES VERSUS HOLMES.  ALL PARTIES PREVIOUSLY PRESENT

11:21AM  6   ARE PRESENT ONCE AGAIN.

11:21AM  7          BEFORE YOU BEGIN YOUR EXAMINATION, I APOLOGIZE, BUT I NEED

11:21AM  8   TO MAKE A COMMENT HERE THAT IT'S BEEN BROUGHT TO MY ATTENTION

11:21AM  9   THAT, LADIES AND GENTLEMEN, WE HAVE PERMITTED AND WE WILL

11:21AM 10   PERMIT LAPTOPS AND OTHER TYPES OF DEVICES IN THE AUDIENCE IN

11:21AM 11   THE GALLERY, BUT ANY KEYBOARD MUST BE A SILENT KEYBOARD.  ONLY

11:21AM 12   SILENT KEYBOARDS ARE PERMITTED DURING THIS PROCESS.

11:21AM 13          IF YOU DO NOT HAVE A SILENT KEYBOARD ON YOUR DEVICE, YOU

11:21AM 14   MUST CLOSE YOUR CLAMSHELL, TURN THAT OFF, AND NOT USE IT.

11:21AM 15          IF YOU HAVE QUESTIONS ABOUT WHETHER YOUR DEVICE IS A

11:21AM 16   SILENT KEYBOARD OR NOT, PLEASE RAISE YOUR HAND AND I WILL

11:21AM 17   SUMMON A UNITED STATES MARSHAL WHO CAN HELP YOU TO DETERMINE

11:21AM 18   WHAT TYPE OF DEVICE YOU HAVE.

11:22AM 19          (LAUGHTER.)

11:22AM 20          THE COURT:  PLEASE CLOSE YOUR CLAMSHELLS.  SILENT

11:22AM 21   KEYBOARDS ONLY.

11:22AM 22          PARDON ME, MR. BOSTIC.  YOU MAY CONTINUE WITH YOUR

11:22AM 23   EXAMINATION.

11:22AM 24          MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:22AM 25   Q.   WELCOME BACK, DR. ROSENDORFF.

11:22AM   1    A.   THANK YOU.

11:22AM   2    Q.   YOU CAN REMOVE YOUR MASK IF YOU'RE COMFORTABLE DOING SO.

11:22AM   3         MS. HOLLIMAN, IF WE CAN PUT BACK EXHIBIT 1772 ON THE

11:22AM   4    SCREEN.  I BELIEVE THIS WAS ADMITTED INTO EVIDENCE.  AND IF WE

11:22AM   5    COULD ZOOM IN ON THE TOP MESSAGE, PLEASE.

11:22AM   6         DR. ROSENDORFF, DO YOU RECALL OUR DISCUSSION A MOMENT AGO

11:22AM   7    ABOUT THIS EMAIL IN JUNE OF 2014 RELATING TO THE EDISON

11:22AM   8    BACKLOG?

11:22AM   9    A.   YES.

11:22AM   10   Q.   AND OUR PREVIOUS DISCUSSION ABOUT QUALITY CONTROL FAILURES

11:22AM   11   AT THERANOS?

11:22AM   12   A.   YES.

11:22AM   13   Q.   AROUND THIS TIME, IN THE MIDDLE OF 2014, WERE YOU PART OF

11:23AM   14   ANY DISCUSSIONS THAT INCLUDED MS. HOLMES ABOUT THE QUALITY

11:23AM   15   CONTROL FAILURES AT THERANOS?

11:23AM   16   A.   YES, I WAS -- I DISCUSSED IT WITH HER.  THERE WAS A

11:23AM   17   MEETING WITH A NUMBER OF STAKEHOLDERS TO TALK ABOUT THE RULES

11:23AM   18   THAT WE WERE GOING TO APPLY TO MONITOR QC PERFORMANCE OVER

11:23AM   19   TIME.  THEY'RE CALLED WESTGARD RULES.

11:23AM   20        THIS DISCUSSION ALSO INCLUDED THE DISCUSSION OF THE HIGH

11:23AM   21   FAILURE RATE OF THE EDISONS.

11:23AM   22   Q.   AND HOW DID THIS MEETING COME TO BE, IF YOU REMEMBER?

11:23AM   23   A.   I THINK THAT I ASKED THAT A MEETING BE CONVENED.  I DON'T

11:23AM   24   RECOLLECT 100 PERCENT, YEAH.

11:23AM   25   Q.   AND DO YOU RECALL WHO WAS PRESENT AT THAT MEETING?

11:23AM  1    A.   MEMBERS OF THE CLIA LAB, HODA ALAMDAR, DANIEL YOUNG,

11:23AM  2    MYSELF, ELIZABETH.

11:23AM  3         SUNNY WAS NOT PRESENT.

11:23AM  4    Q.   YOU MENTIONED EARLIER THAT YOU REPORTED TO SUNNY BALWANI

11:24AM  5    OFFICIALLY; IS THAT CORRECT?

11:24AM  6    A.   CORRECT.

11:24AM  7    Q.   WHAT WAS YOUR UNDERSTANDING AS TO WHY MS. HOLMES WAS

11:24AM  8    PRESENT AT THIS MEETING AND MR. BALWANI WAS NOT, IF YOU DID

11:24AM  9    HAVE AN UNDERSTANDING?

11:24AM  10   A.   I DID NOT KNOW.  I WAS NOT PRIVY TO HOW THEY DIVIDED THEIR

11:24AM  11   DUTIES.

11:24AM  12   Q.   YOU SAID THAT THAT MEETING INCLUDED A DISCUSSION OF QC

11:24AM  13   PERFORMANCE; IS THAT RIGHT?

11:24AM  14   A.   YES.

11:24AM  15   Q.   AND WHAT WAS DISCUSSED IN TERMS OF QC PERFORMANCE IF YOU

11:24AM  16   REMEMBER?

11:24AM  17   A.   IT WAS, IT WAS BROUGHT UP AS A PROBLEM.  THERE WAS NO

11:24AM  18   RESOLUTION OF IT AT THAT MEETING.  THE REMAINDER OF THE MEETING

11:24AM  19   WAS DISCUSSING HOW TO MONITOR QC PERFORMANCE OVER TIME.

11:24AM  20        AND I WOULD JUST ADD TO THAT, WHAT KIND OF ALERTS WOULD

11:25AM  21   HAPPEN ON A -- WOULD NEED TO HAPPEN ON A DAILY BASIS TO ALERT

11:25AM  22   ONE TO A QC PROBLEM.

11:25AM  23   Q.   AND LET'S LOOK NOW AT EXHIBIT 2188, PLEASE, IN YOUR

11:25AM  24   BINDER.

11:25AM  25        DO YOU SEE THAT EXHIBIT IN FRONT OF YOU?

11:25AM   1      A.   YES.

11:25AM   2      Q.   AND IS THIS AN EMAIL CHAIN THAT INCLUDES MESSAGES BETWEEN

11:25AM   3      YOURSELF, MS. HOLMES, AND SUNNY BALWANI?

11:25AM   4      A.   2188, SIR?

11:25AM   5      Q.   2188?

11:25AM   6      A.   I SEE THE FIRST EMAIL IS FROM SUNNY TO MYSELF, THE NEXT

11:26AM   7      EMAIL IS FROM MYSELF TO SUNNY, AND THE THIRD EMAIL IS FROM

11:26AM   8      SUNNY TO MYSELF -- OH, AND THE NEXT EMAIL IS FROM ME TO SUNNY

11:26AM   9      AND ELIZABETH, THE NEXT EMAIL IS FROM ME TO SUNNY AND

11:26AM   10     ELIZABETH.

11:26AM   11          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

11:26AM   12     EXHIBIT 2188 INTO EVIDENCE.

11:26AM   13          MR. WADE:  NO OBJECTION, YOUR HONOR.

11:26AM   14          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:26AM   15          (GOVERNMENT'S EXHIBIT 2188 WAS RECEIVED IN EVIDENCE.)

11:26AM   16          MR. BOSTIC:  IF WE CAN START ON PAGE 2, PLEASE, AND

11:26AM   17     ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

11:26AM   18     Q.   DR. ROSENDORFF, ARE YOU LOOKING AT AN EMAIL THAT YOU SENT

11:26AM   19     TO ELIZABETH HOLMES AND SUNNY BALWANI ON NOVEMBER 3RD, 2014?

11:26AM   20     A.   CORRECT.

11:26AM   21     Q.   OKAY.  DO YOU RECALL SENDING THIS EMAIL ON THE GENERAL

11:26AM   22     TOPIC?

11:26AM   23     A.   YES.

11:26AM   24     Q.   AND WHAT WAS THIS EMAIL ABOUT?

11:27AM   25     A.   THIS WAS ABOUT ME DIRECTING THE LABORATORY TO SHOW

11:27AM  1    REFERENCE RANGES IN THE LABORATORY REPORT THAT ARE SPECIFIC TO

11:27AM  2    THE SAMPLE TYPE THAT WOULD BE EITHER THE VENOUS DRAW OR A

11:27AM  3    FINGERSTICK DRAW, AND THE METHOD EMPLOYED, EITHER A PREDICATE

11:27AM  4    METHOD OR A THERANOS METHOD.

11:27AM  5         AND IN LINE ITEMS 1 THROUGH 3 I LIST THE DIFFERENT SAMPLE

11:27AM  6    TYPES AND THE DIFFERENT TESTS.

11:27AM  7    Q.   AND IN THE CONTEXT OF LABORATORY TESTING AT THERANOS, WHAT

11:27AM  8    WAS A REFERENCE RANGE?

11:27AM  9    A.   A REFERENCE -- DO YOU WANT ME TO DEFINE WHAT A REFERENCE

11:27AM  10   RANGE IS?

11:27AM  11   Q.   YES.  WHAT DOES REFERENCE RANGE MEAN IN THIS EMAIL?

11:27AM  12   A.   AH.  REFERENCE RANGE IS THE RANGE OF VALUES IN A NORMAL

11:27AM  13   POPULATION.  IF YOU'RE ABOVE OR BELOW THE REFERENCE RANGE, THAT

11:28AM  14   INDICATES AN ABNORMAL RESULT.

11:28AM  15   Q.   AND WHAT WERE YOU SUGGESTING IN TERMS OF REFERENCE RANGES

11:28AM  16   AT THERANOS IN THIS EMAIL?

11:28AM  17   A.   I WAS SUGGESTING DIFFERENT REFERENCE RANGES THAT WOULD BE

11:28AM  18   SPECIFIC TO THE SAMPLE TYPE AND TO THE METHOD BEING USED.

11:28AM  19   Q.   WHY DID YOU MAKE THAT SUGGESTION AT THIS TIME IN

11:28AM  20   NOVEMBER 2014?

11:28AM  21   A.   BASED ON MY READING AND CLOSE EXAMINATION OF THE DATA THAT

11:28AM  22   WAS COMING OUT OF THE LAB, I DETERMINED THAT NORMAL VALUES WERE

11:28AM  23   LIKELY TO BE DIFFERENT BETWEEN CAPILLARY AND VENOUS BLOOD, AND

11:28AM  24   ALSO THE COLLECTION METHOD WAS IMPACTING THE REFERENCE RANGE,

11:28AM  25   SO BLOOD THAT WAS COLLECTED BY FINGERSTICK WOULD HAVE A

| 11:28AM | 1 | DIFFERENT REFERENCE RANGE FROM BLOOD COLLECTED FOR A |
| 11:28AM | 2 | VACUTAINER. |
| 11:29AM | 3 | Q.  YOU SENT THIS REQUEST ONLY TO ELIZABETH HOLMES AND |
| 11:29AM | 4 | SUNNY BALWANI; IS THAT CORRECT? |
| 11:29AM | 5 | A.  CORRECT. |
| 11:29AM | 6 | Q.  WHY DID YOU DECIDE TO SEND IT TO THOSE TWO INDIVIDUALS? |
| 11:29AM | 7 | A.  I HAD ALREADY DISCUSSED IT WITH DANIEL YOUNG AND HIS |
| 11:29AM | 8 | OPINION WAS THAT WE SHOULD HAVE ONE REFERENCE RANGE FOR VENOUS |
| 11:29AM | 9 | BLOOD AND CAPILLARY BLOOD. |
| 11:29AM | 10 | Q.  SO IN ESSENCE WERE YOU GOING OVER HIS HEAD HERE? |
| 11:29AM | 11 | A.  I WAS ESCALATING IT. |
| 11:29AM | 12 | Q.  WHAT REACTION DID YOU GET FROM MR. BALWANI AND MS. HOLMES |
| 11:29AM | 13 | WHEN IT CAME TO THE SUGGESTION? |
| 11:29AM | 14 | A.  I REMEMBER TALKING TO ELIZABETH ABOUT IT.  SHE DID NOT |
| 11:29AM | 15 | HAVE A CLEAR POSITION ON IT. |
| 11:29AM | 16 | I DON'T RECALL -- SO IN TERMS OF PRACTICE NUMBER 2, WHEN I |
| 11:29AM | 17 | SAY WE SHOULD DISCONTINUE THIS PRACTICE OF ALIQUOTING VENOUS |
| 11:29AM | 18 | BLOOD INTO NANOTAINERS OR USING VENOUS BLOOD ON THE THERANOS |
| 11:30AM | 19 | TESTS, HE WAS STRONGLY OPPOSED TO THAT. |
| 11:30AM | 20 | Q.  I'LL DIRECT YOU TO PAGE 1 OF THE EXHIBIT, PLEASE. |
| 11:30AM | 21 | MS. HOLLIMAN, IF WE CAN ZOOM IN ON THE TOP HALF OF THAT |
| 11:30AM | 22 | PAGE. |
| 11:30AM | 23 | DR. ROSENDORFF, DO YOU SEE AT THE BOTTOM OF THAT BOX AN |
| 11:30AM | 24 | EMAIL FROM YOU TO MR. BALWANI ON NOVEMBER 4TH? |
| 11:30AM | 25 | A.  YES. |

11:30AM 1    Q.   AND YOU SAY, "FINALLY (AND THERE IS OBJECTIVE DATA ON

11:30AM 2    THIS), THE RATE OF QC FAILURE IS LOWER ON PREDICATE DEVICES

11:30AM 3    THAN IT IS ON EDISONS."

11:30AM 4         DO YOU SEE THAT?

11:30AM 5    A.   YES.

11:30AM 6    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS, WHAT YOU'RE CONVEYING

11:30AM 7    TO SUNNY?

11:30AM 8    A.   THIS IS IN CONNECTION WITH MY CONCERN ABOUT THE HIGH RATE

11:30AM 9    OF QC FAILURE ON THE THERANOS DEVICES, AND I'M TELLING HIM THAT

11:30AM 10   THE QC FAILURE RATE IS LOWER ON THE FDA APPROVED PREDICATE

11:31AM 11   DEVICES THAN IT IS ON THE EDISONS.

11:31AM 12   Q.   BY "PREDICATE DEVICES," DO YOU MEAN THE NON-THERANOS

11:31AM 13   MANUFACTURED DEVICES?

11:31AM 14   A.   CORRECT.

11:31AM 15   Q.   WHEN YOU SAY "PREDICATE DEVICES," IS THAT SYNONYMOUS WITH

11:31AM 16   FDA APPROVED DEVICES?

11:31AM 17   A.   CORRECT.

11:31AM 18   Q.   AND IS THIS WHAT WE WERE DISCUSSING A MOMENT AGO, YOUR

11:31AM 19   COMPARISON OF THE QC FAILURE RATES FOR THE EDISONS COMPARED TO

11:31AM 20   THE NON-THERANOS DEVICES?

11:31AM 21   A.   YES.

11:31AM 22   Q.   AND THE REST OF YOUR EMAIL SAYS, "AS IS THE THROUGHPUT OF

11:31AM 23   PREDICATE DEVICES."

11:31AM 24        WHAT DID YOU MEAN BY THAT?

11:31AM 25   A.   WHAT I INTENDED TO SAY WAS THAT THE THROUGHPUT, OR HOW

11:31AM 1    MANY SAMPLES YOU CAN RUN IN A GIVEN PERIOD OF TIME, IS HIGHER

11:31AM 2    ON THE PREDICATE DEVICES THAN ON THE EDISONS.

11:31AM 3    Q.   AND THE PREDICATE DEVICES COULD HANDLE MORE SAMPLES OVER A

11:31AM 4    PERIOD OF TIME?

11:31AM 5    A.   CORRECT.

11:31AM 6    Q.   MR. BALWANI RESPONDS TO YOU IN THE EMAIL THAT IS ALSO ON

11:32AM 7    THE SCREEN.  HE SAYS, "ADAM.  THIS IS NOT THE CASE."

11:32AM 8        DO YOU SEE THAT?

11:32AM 9    A.   YES.

11:32AM 10   Q.   AND WHAT WAS MR. BALWANI'S BACKGROUND?

11:32AM 11   A.   AS I UNDERSTAND IT, MR. BALWANI HAD A BACKGROUND IN

11:32AM 12   SOFTWARE AND PROGRAMMING.  HE ALSO AT ONE POINT WAS ENROLLED IN

11:32AM 13   AN MBA PROGRAM AT BERKELEY.

11:32AM 14   Q.   TO YOUR KNOWLEDGE, DID HE HAVE ANY MEDICAL OR BIOLOGICAL

11:32AM 15   EDUCATION?

11:32AM 16   A.   NO.  NONE.

11:32AM 17   Q.   HE GOES ON TO SAY IN HIS EMAIL, "WHEN A DEVICE FAILS, WE

11:32AM 18   ALWAYS TAKE THE RIGHT CORRECTIVE ACTION AND MAKE SURE IT

11:32AM 19   DOESN'T IMPACT THE QUALITY OF RESULTS."

11:32AM 20       DO YOU SEE THAT?

11:32AM 21   A.   YES.

11:32AM 22   Q.   AND DID YOU AGREE AT THIS TIME THAT TAKING CORRECTIVE

11:32AM 23   ACTION WOULD PROVIDE A COMPLETE PROTECTION AGAINST INACCURATE

11:32AM 24   RESULTS GOING OUT THE DOOR?

11:32AM 25   A.   NO, IT WOULD NOT GUARANTEE AN ACCURATE RESULT.

11:32AM 1    Q.   OKAY.  WE CAN PUT THAT EXHIBIT ASIDE.  THANK YOU.

11:33AM 2         I'D LIKE TO CIRCLE BACK ON A COUPLE OF TOPICS THAT WE

11:33AM 3    DISCUSSED BEFORE THE BREAK.

11:33AM 4         FIRST, THERE WAS SOME DISCUSSION OF THE CTN.

11:33AM 5         DO YOU REMEMBER THAT?

11:33AM 6    A.   WHICH EMAIL ARE YOU REFERRING TO?

11:33AM 7    Q.   I'M NOT REFERRING TO A SPECIFIC EXHIBIT AT THIS TIME.

11:33AM 8         I'M ASKING IF YOU REMEMBER OUR DISCUSSION ABOUT THE CTN.

11:33AM 9    A.   OUR DISCUSSION?

11:33AM 10   Q.   CORRECT.

11:33AM 11   A.   YES.  YES.

11:33AM 12   Q.   CAN YOU HELP US UNDERSTAND HOW THE CTN FIT INTO THE

11:33AM 13   WORKFLOW OF ANALYZING A SAMPLE ON AN EDISON?

11:33AM 14   A.   SURE.  A PHLEBOTOMIST AT THE COLLECTION SITE, TYPICALLY

11:33AM 15   THE WALGREENS, MOST OF THEM ARE IN ARIZONA, THE PHLEBOTOMIST

11:33AM 16   WOULD WARM A PATIENT'S FINGER, PRICK IT WITH A LANCET UNTIL A

11:33AM 17   DROP OF BLOOD APPEARED, AND THEN OPEN UP A CTN -- THAT'S THE

11:34AM 18   CAPILLARY TUBE NANOTAINER -- AND THEN THE CTN, THE CAPILLARY

11:34AM 19   TUBE WOULD MAKE CONTACT WITH THAT BLOOD, AND THE BLOOD WOULD

11:34AM 20   ENTER THE CAPILLARIES.

11:34AM 21        ONCE THE BLOOD ENTERS THOSE CAPILLARIES, THE VACUUM WOULD

11:34AM 22   APPLY AND THE BLOOD WOULD SHOOT INTO THE NANOTAINER.  THERE ARE

11:34AM 23   TWO CHAMBERS IN THE NANOTAINER.

11:34AM 24        ALSO, IF A DROP OF BLOOD DID NOT APPEAR AFTER PRICKING,

11:34AM 25   THE PHLEBOTOMIST WOULD OFTEN MILK THE FINGER OR APPLY PRESSURE

11:34AM  1    TO IT TO MAKE THAT DROP OF BLOOD APPEAR.

11:34AM  2    Q.   SO AT THE END OF THE PROCESS THAT YOU JUST DESCRIBED, THE

11:34AM  3    BLOOD SAMPLE HAS BEEN MOVED THROUGH THE NANOTAINER THROUGH THE

11:34AM  4    CTN?

11:34AM  5    A.   THROUGH THE CAPILLARY TUBE.

11:34AM  6    Q.   OKAY.  WHAT HAPPENED NEXT TO THAT BLOOD SAMPLE IF IT WAS

11:35AM  7    GOING TO BE RUN ON AN EDISON?

11:35AM  8    A.   THE CTN IS TRANSPORTED TO THE LABORATORY REFRIGERATED IN

11:35AM  9    AN ICE PACK.  THOSE CTN'S WOULD BE SPUN DOWN AND THAT WOULD

11:35AM  10   SEPARATE THE RED BLOOD CELLS FROM THE NONCELLULAR PART OF THE

11:35AM  11   BLOOD.

11:35AM  12   Q.   IS THAT SPUN DOWN IN A CENTRIFUGE?

11:35AM  13   A.   YES.

11:35AM  14   Q.   GO AHEAD.

11:35AM  15   A.   SO YOU WOULD HAVE THE CELLULAR PORTION AT THE BOTTOM AND

11:35AM  16   YOU WOULD HAVE EITHER PLASMA OR SERUM AT THE TOP DEPENDING ON

11:35AM  17   WHICH ANTICOAGULANT WAS USED IN THE COLLECTION DEVICE.

11:35AM  18   Q.   AND WHAT HAPPENED NEXT IN THE PROCESS OF HEADING TOWARDS

11:35AM  19   THE EDISON DEVICE?

11:35AM  20   A.   THAT CLEAR LIQUID, THE SERUM OR PLASMA, WOULD BE DRAWN OUT

11:35AM  21   OF THE NANOTAINER AND PUT ONTO A PLATE, NINE 6 VOLT PLATES.  IT

11:36AM  22   WOULD THEN BE DILUTED WITH EITHER SALINE OR WATER.

11:36AM  23   Q.   WHAT CAME AFTER THAT?  NOW YOU HAVE A DILUTED SAMPLE;

11:36AM  24   CORRECT?

11:36AM  25   A.   CORRECT.

11:36AM 1     Q.   AND WHERE DOES IT GO NEXT?

11:36AM 2     A.   THAT SAMPLE IS NOW READY TO EITHER GO ONTO AN EDISON OR A

11:36AM 3     MODIFIED ADVIA DEVICE.

11:36AM 4     Q.   SO YOU MENTIONED THE CTN EARLIER.  YOU ALSO MENTIONED

11:36AM 5     SOMETHING CALLED A VACUTAINER; IS THAT CORRECT?

11:36AM 6     A.   YES.

11:36AM 7     Q.   AND HOW DOES THE VACUTAINER COMPARE TO THE CTN?

11:36AM 8     A.   VACUTAINERS ARE ABLE TO DRAW A MUCH HIGHER VOLUME OF BLOOD

11:36AM 9     THAN A CTN.  A CTN CAN DRAW ABOUT 60 MICROLITERS OF WHOLE

11:36AM 10    BLOOD, SO A DROP OR TWO.

11:36AM 11         VACUTAINERS ARE DESIGNED TO COLLECT ANYWHERE FROM 8 TO

11:37AM 12    16 MILS OF WHOLE BLOOD.

11:37AM 13    Q.   AT THERANOS, WAS ONE TYPICALLY USED WITH A FINGERSTICK AND

11:37AM 14    THE OTHER TYPICALLY USED WITH A VEIN DRAW?

11:37AM 15    A.   YES.  VENOUS DRAWS WOULD EXCLUSIVELY USE A VACUTAINER, AND

11:37AM 16    FINGERSTICK DRAWS WOULD USE THE CTN.

11:37AM 17    Q.   AND GENERALLY SPEAKING, WHAT EQUIPMENT WOULD BE USED TO

11:37AM 18    ANALYZE VEIN DRAW SAMPLES THAT WERE DRAWN INTO A VACUTAINER?

11:37AM 19    A.   THE FDA APPROVED PREDICATE INSTRUMENTS WOULD BE USED TO

11:37AM 20    ANALYZE THE VENOUS BLOOD THAT IS DRAWN INTO A VACUTAINER.

11:37AM 21    Q.   AND THOSE DEVICES CONTAINED NO THERANOS MODIFICATIONS?

11:37AM 22    A.   CORRECT.

11:37AM 23    Q.   AND WHAT DEVICES IN CONTRAST WOULD BE USED TO RUN SAMPLES

11:37AM 24    DRAWN FROM A FINGERSTICK USING THE NANOTAINER?

11:38AM 25    A.   EITHER THE EDISON DEVICE OR THE MODIFIED ADVIA, IN OTHER

11:38AM  1    WORDS, THE THERANOS LABORATORY DEVELOPED TEST.

11:38AM  2         THERE WAS ALSO A THIRD CATEGORY OF COMPLETE BLOOD COUNTS

11:38AM  3    USING WHOLE BLOOD.  THAT WOULD BE RUN USING A FLOW CYTOMETER.

11:38AM  4    Q.   AND WAS THE FLOW CYTOMETER A THERANOS DESIGNED AND

11:38AM  5    MANUFACTURED DEVICE?

11:38AM  6    A.   NO.

11:38AM  7    Q.   WHEN YOU TESTIFIED EARLIER ABOUT THE TESTING THAT HAD

11:38AM  8    HAPPENED AT SAFEWAY PRIOR TO THE BROADER LAUNCH, DO YOU RECALL

11:38AM  9    THAT TESTIMONY?

11:38AM 10    A.   YES.

11:38AM 11    Q.   AND WHAT DEVICES AND METHODS WERE USED TO CONDUCT THAT

11:38AM 12    TESTING BASED ON YOUR RECOLLECTION?

11:38AM 13    A.   VENOUS BLOOD IN VACUTAINERS ON PREDICATE FDA APPROVED

11:38AM 14    INSTRUMENTS.

11:38AM 15    Q.   FOLLOWING THE COMMERCIAL LAUNCH, CAN YOU HELP US

11:39AM 16    UNDERSTAND THE ROUGH BREAKDOWN OF HOW MANY ASSAYS COULD BE RUN

11:39AM 17    ON THE EDISON VERSUS HOW MANY COULD BE RUN ON THE MODIFIED

11:39AM 18    THIRD PARTY DEVICES VERSUS HOW MANY ON THE UNMODIFIED?  AGAIN,

11:39AM 19    JUST ROUGHLY SPEAKING IN TERMS OF PROPORTIONS.

11:39AM 20    A.   THIS IS APPROXIMATE.  I REMEMBER FOUR TO FIVE IMMUNOASSAYS

11:39AM 21    THAT COULD BE RUN ON THE EDISON, AND ABOUT 20 GENERAL CHEMISTRY

11:39AM 22    TESTS THAT COULD BE RUN ON THE MODIFIED ADVIA.

11:39AM 23         YOU'RE ALSO ASKING HOW MANY COULD BE RUN ON THE PREDICATE

11:39AM 24    DEVICES?

11:39AM 25    Q.   CORRECT.

11:39AM 1    A.   ABOUT 100 GENERAL CHEMISTRY TEST ON THE PREDICATE DEVICE,

11:39AM 2    MORE OR LESS, AND DOZENS ON THE IMMULITES.

11:39AM 3    Q.   AND DID THOSE NUMBERS CHANGE SOMEWHAT OVER TIME THROUGHOUT

11:40AM 4    YOUR TIME AT THE COMPANY?

11:40AM 5    A.   YES.   THE COMPANY INTRODUCED MORE AND MORE IMMUNOASSAY

11:40AM 6    TESTS ON THE EDISON AND ALSO EXPANDED THE GENERAL CHEMISTRY

11:40AM 7    MENU.

11:40AM 8    Q.   AND WAS THAT THE COMPANY'S GOAL AT THE TIME, TO GET AS

11:40AM 9    MANY TESTS ON THE EDISON AS POSSIBLE?

11:40AM 10   A.   YES.

11:40AM 11   Q.   AND DID THAT REMAIN THE COMPANY'S GOAL THROUGHOUT YOUR

11:40AM 12   TIME THERE?

11:40AM 13   A.   YES.

11:40AM 14   Q.   LET'S SHIFT GEARS.

11:40AM 15        AS LAB DIRECTOR, DID YOU HAVE A ROLE AT THERANOS IN

11:40AM 16   RESPONDING TO COMPLAINTS OR QUESTIONS ABOUT TEST RESULTS?

11:40AM 17   A.   I DID.

11:40AM 18   Q.   AND HOW DID YOU FIT INTO THAT PROCESS?

11:40AM 19   A.   PATIENT COMPLAINTS OR PHYSICIAN COMPLAINTS WOULD BE

11:40AM 20   REFERRED TO ME EITHER FROM A CUSTOMER SERVICE EMPLOYEE, OR

11:40AM 21   LATER CHRISTIAN HOLMES, ELIZABETH'S BROTHER, WAS PUT IN THE

11:41AM 22   ROLE OF A LIAISON BETWEEN MYSELF AND THE PHYSICIANS.

11:41AM 23   Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHO PLACED

11:41AM 24   CHRISTIAN HOLMES IN THAT ROLE?

11:41AM 25   A.   I DON'T KNOW.

11:41AM   1    Q.   YOU MENTIONED THAT CHRISTIAN HOLMES WAS RELATED TO

11:41AM   2    ELIZABETH HOLMES; IS THAT CORRECT?

11:41AM   3    A.   YES.

11:41AM   4    Q.   WAS CHRISTIAN HOLMES A MEDICAL DOCTOR?

11:41AM   5    A.   NO.

11:41AM   6    Q.   DID HE HAVE ANY KIND OF SCIENTIFIC OR TECHNICAL ROLE IN

11:41AM   7    THE LAB?

11:41AM   8    A.   NO.  AT FIRST HE WAS INVOLVED IN THE ROLLOUT OF TESTING

11:41AM   9    SERVICES IN ARIZONA, AND THEN HE CAME TO PLAY THIS LIAISON

11:41AM  10    ROLE.

11:42AM  11    Q.   HOW DID THAT ACTUALLY FUNCTION IN PRACTICE?  HOW DID HE

11:42AM  12    AND YOU INTERACT WHEN IT CAME TO RESPONDING TO CUSTOMER

11:42AM  13    COMPLAINTS?

11:42AM  14    A.   CHRISTIAN WOULD EMAIL ME COMPLAINTS THAT HE -- HE WOULD

11:42AM  15    HIMSELF, OR THEY WOULD BE FORWARDED COMPLAINTS FROM PHYSICIANS.

11:42AM  16    Q.   AND WAS THAT HIS SOLE FUNCTION, TO FORWARD COMPLAINTS TO

11:42AM  17    YOU?

11:42AM  18    A.   NO.  HE WOULD ASK ME -- HE WOULD CHECK IF I HAD SPOKEN TO

11:42AM  19    THE PHYSICIANS.  HE WOULD DISCUSS THE MESSAGING WITH ME.

11:42AM  20    Q.   AND WHEN YOU SAY DISCUSS THE MESSAGING WITH YOU, WHAT DOES

11:42AM  21    THAT MEAN?

11:42AM  22    A.   SO THE COMPANY AND CHRISTIAN'S PREFERENCE WAS THAT IF

11:42AM  23    THERE WAS A SUSPICIOUS RESULT, THAT THERE WOULD BE SOME KIND OF

11:42AM  24    PATIENT FACTOR THAT WOULD EXPLAIN IT, EITHER THE PATIENT WAS ON

11:43AM  25    A CERTAIN MEDICATION AND I WAS OFTEN CALLED UPON TO TRY TO COME

11:43AM  1    UP WITH REASONS OTHER THAN TEST PERFORMANCE THAT WOULD ACCOUNT

11:43AM  2    FOR AN ANOMALOUS RESULT OR TO DEFEND THE RELIABILITY OF THE

11:43AM  3    THERANOS TEST.

11:43AM  4    Q.   UNDERSTOOD.  THANK YOU.

11:43AM  5         WHEN YOU WERE AT THE UNIVERSITY OF PITTSBURGH, YOU WERE

11:43AM  6    ALSO LAB DIRECTOR; CORRECT?

11:43AM  7    A.   I WAS FUNCTIONING AS THE LAB DIRECTOR.  I WAS NOT THE LAB

11:43AM  8    DIRECTOR OF RECORD.  THAT WAS MIGUEL REYES.  HE WAS ON THE CMS

11:43AM  9    CERTIFICATE.

11:43AM 10    Q.   IN THE ROLE THAT YOU DID OCCUPY AT THE UNIVERSITY OF

11:43AM 11    PITTSBURGH, DID YOU ALSO FULFILL THAT FUNCTION OF TALKING TO

11:43AM 12    DOCTORS, FOR EXAMPLE, ABOUT INDIVIDUAL TEST RESULTS?

11:43AM 13    A.   YES.

11:43AM 14    Q.   AND HOW WOULD YOU COMPARE THE EXPERIENCE OF FULFILLING

11:44AM 15    THAT ROLE AT THE UNIVERSITY OF PITTSBURGH VERSUS HOW IT WORKED

11:44AM 16    AT THERANOS?

11:44AM 17    A.   I NEVER FELT A CONFLICT BETWEEN MY PROFESSIONAL ETHICS AND

11:44AM 18    MY DUTY TO TALK TO THE PHYSICIANS AT THE UNIVERSITY OF

11:44AM 19    PITTSBURGH.

11:44AM 20         MANY OF THE DISCUSSIONS WERE ABOUT WHAT METHOD SHOULD BE

11:44AM 21    CHOSEN WITH THE ENDOCRINOLOGISTS, WHETHER THAT METHOD WAS

11:44AM 22    SENSITIVE ENOUGH TO DETECT VERY LOW LEVELS OF HORMONES, FOR

11:44AM 23    INSTANCE, IN CHILDREN.  IT WAS A CHILDREN'S HOSPITAL.

11:44AM 24         AT THERANOS I FELT PRESSURED TO DEFEND THE COMPANY'S

11:44AM 25    RESULTS TO PHYSICIANS.

11:44AM 1    Q.   WAS THERE ANYONE IN THE CHRISTIAN HOLMES POSITION, THE

11:44AM 2    EQUIVALENT TO THAT, WHEN YOU WERE AT UNIVERSITY OF PITTSBURGH?

11:44AM 3    A.   NO.

11:44AM 4    Q.   HOW ABOUT WHEN IT CAME TO THE FREQUENCY OF PROBLEMS?  WERE

11:45AM 5    QUESTIONS ABOUT TEST RESULTS MORE FREQUENT AT THERANOS THAN AT

11:45AM 6    THE UNIVERSITY OF PITTSBURGH?

11:45AM 7    A.   MUCH MORE FREQUENT AT THERANOS.

11:45AM 8    Q.   LET'S LOOK AT SOME EXAMPLES.  I'LL ASK YOU TO TURN TO

11:45AM 9    EXHIBIT 846 IN YOUR BINDER, PLEASE.

11:45AM 10        YOUR HONOR, THE GOVERNMENT IS GOING TO MOVE THIS INTO

11:45AM 11   EVIDENCE.  I UNDERSTAND IT'S BEEN STIPULATED TO.

11:45AM 12             MR. WADE:  I'M SORRY.  WHAT WAS THE EXHIBIT?

11:45AM 13             MR. BOSTIC:  THIS IS 4836.

11:45AM 14             MR. WADE:  THAT'S CORRECT.

11:45AM 15             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:45AM 16        (GOVERNMENT'S EXHIBIT 4836 WAS RECEIVED IN EVIDENCE.)

11:45AM 17   BY MR. BOSTIC:

11:45AM 18   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM OCTOBER 2013 WITH

11:46AM 19   A SUBJECT LINE HCG PRECISION?

11:46AM 20   A.   YES.  YES.

11:46AM 21   Q.   FIRST OF ALL, WHAT IS HCG?

11:46AM 22   A.   HUMAN CHORIONIC GONADOTROPIN.  I KNOW THAT'S GOING TO

11:46AM 23   DRIVE THE STENOGRAPHER CRAZY.

11:46AM 24   Q.   WE'LL CALL IT HCG FROM NOW ON.

11:46AM 25   A.   OKAY.

11:46AM 1   Q.   HOW IS THE HCG TEST USED BASED ON YOUR EXPERIENCE AS A LAB

11:46AM 2   DIRECTOR?

11:46AM 3   A.   THE HCG TEST IS MOST COMMONLY USED TO DETECT PREGNANCY,

11:46AM 4   WHETHER A WOMEN IS PREGNANT OR NOT, AND IT'S ALSO USED TO

11:46AM 5   DETECT WHETHER A PREGNANCY IS PROGRESSING NORMALLY.

11:46AM 6   Q.   I'LL ASK YOU TO LOOK AT PAGE 6 IN THIS EXHIBIT, PLEASE.

11:46AM 7        MS. HOLLIMAN, LET'S PROJECT THAT.  LET'S ZOOM IN ON THE

11:46AM 8   BOTTOM EMAIL MESSAGE THERE.  LET'S CAPTURE THE HEADER IF WE

11:47AM 9   CAN.

11:47AM 10       THANK YOU.

11:47AM 11       DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM OCTOBER 16TH,

11:47AM 12  2013, FROM SHARADA SIVARAMAN TO DANIEL YOUNG AND

11:47AM 13  KARTHIK JAYASURYA?

11:47AM 14  A.   YES.

11:47AM 15  Q.   AND IN THIS EMAIL SHARADA SAYS, "DID YOU HAVE A CHANCE TO

11:47AM 16  GO OVER HCG PRECISION DATA?  PLEASE LET ME KNOW WHAT YOU

11:47AM 17  THOUGHT.  I AM CONCERNED ABOUT THE PROGRESSIVE JUMP IN SIGNAL

11:47AM 18  THAT WE SAW AND WANTED TO KNOW AHEAD OF TIME IF A REPEAT

11:47AM 19  EXERCISE IS REQUIRED."

11:47AM 20       DO YOU HAVE AN UNDERSTANDING AS TO WHAT THIS WOULD BE

11:47AM 21  REFERRING TO?

11:47AM 22  A.   I WAS NOT INVOLVED IN THIS PARTICULAR DISCUSSION.  I DO

11:47AM 23  NOT HAVE COMMENT ON IT.

11:47AM 24  Q.   OKAY.  AND YOU'RE ADDED TO THE CHAIN ON PAGE 5.  IF WE CAN

11:47AM 25  LOOK AT THAT.

11:48AM  1          MS. HOLLIMAN, IF WE CAN LOOK AT PAGE 5 AND ZOOM IN ON THE

11:48AM  2     BOTTOM MESSAGE ON THAT PAGE.

11:48AM  3          DR. ROSENDORFF, DO YOU SEE YOU'RE NOW INCLUDED ON THIS

11:48AM  4     EMAIL CHAIN?

11:48AM  5     A.   YES.

11:48AM  6     Q.   AND THERE'S A REFERENCE TO DECISION LEVELS.

11:48AM  7          DO YOU SEE THAT?

11:48AM  8     A.   YES.

11:48AM  9     Q.   AND WHAT DOES DECISION LEVELS MEAN IN THE CONTEXT OF THIS

11:48AM 10     KIND OF TEST?

11:48AM 11     A.   A DECISION LEVEL IS A VERY SPECIFIC LEVEL THAT A DOCTOR

11:48AM 12     WOULD LOOK AT TO MAKE A CLINICAL DECISION.

11:48AM 13     Q.   AND WHY DO DECISION LEVELS NEED TO BE CONSIDERED DURING

11:48AM 14     THIS STAGE OF ASSAY DEVELOPMENT?

11:48AM 15     A.   BECAUSE THESE ARE THE CRITICAL LEVELS THAT DOCTORS ARE

11:48AM 16     LOOKING AT.  YOU WANT TO MAKE SURE YOUR ACCURACY AND PRECISION

11:49AM 17     ARE VERY TIGHT AROUND THESE DECISION LEVELS.

11:49AM 18          IN OTHER WORDS, IF YOUR HCG IS ABOVE 100,000, YOU'RE IN

11:49AM 19     THE ADVANCE STAGES OF PREGNANCY, AND IT'S NOT A CRITICAL NUMBER

11:49AM 20     FOR THE OBSTETRICIAN.

11:49AM 21          AND 6 IS A CRITICAL NUMBER BECAUSE IT WAS USED AS THE

11:49AM 22     CUTOFF TO SAY, ARE YOU PREGNANT OR NOT?

11:49AM 23     Q.   I SEE.  LET'S LOOK AT PAGE 4 OF THIS EXHIBIT AND ZOOM IN

11:49AM 24     ON THE BOTTOM.

11:49AM 25          THIS IS A MESSAGE FROM YOU IN THIS CHAIN; IS THAT RIGHT?

11:49AM 1    A.   CORRECT.

11:49AM 2    Q.   AND IS THIS WHAT YOU WERE JUST TALKING ABOUT?

11:49AM 3    A.   CORRECT.

11:49AM 4    Q.   YOU SAY, "5 MILLIUNITS PER MILLILITER IS A KEY DECISION

11:49AM 5    LEVEL BECAUSE IT DEFINES PREGNANCY."

11:49AM 6         CORRECT?

11:49AM 7    A.   CORRECT.

11:49AM 8    Q.   LET'S LOOK AT PAGE 3.  SO WE'RE MOVING FORWARD IN TIME IN

11:50AM 9    THIS EMAIL CHAIN.

11:50AM 10        SO LET'S LOOK AT PAGE 3 AND THE BOTTOM EMAIL IN THIS

11:50AM 11   MESSAGE, PLEASE.

11:50AM 12        THIS IS AN EMAIL FROM KARTHIK JAYASURYA TO YOU,

11:50AM 13   DANIEL YOUNG, AND SHARADA SIVARAMAN; CORRECT?

11:50AM 14   A.   YES.

11:50AM 15   Q.   AND WHO WAS KARTHIK JAYASURYA AT THERANOS?

11:50AM 16   A.   HE WAS A SCIENTIST.  I DIDN'T FULLY UNDERSTAND THE RANGE

11:50AM 17   OF ROLES.

11:50AM 18   Q.   AND IN HIS EMAIL HE THANKS YOU FOR PROVIDING THE

11:50AM 19   INFORMATION THAT YOU'VE PROVIDED AND IT SAYS, "SHARADA, THE

11:50AM 20   METHOD COMPARISON IS FAILING FOR THE DECISION LEVEL 50

11:50AM 21   MILLIUNITS PER MILLILITER SINCE THE TAE EQUALS 15 PERCENT AND

11:50AM 22   PRECISION ITSELF IS 21 PERCENT AT THAT GIVEN CONCENTRATION, SO

11:50AM 23   WE DON'T HAVE ANY BUDGET FOR BIAS."

11:50AM 24        DO YOU HAVE AN UNDERSTANDING AS TO WHAT THIS WAS REFERRING

11:50AM 25   TO?

| | | |
|---|---|---|
| 11:50AM | 1 | A.  YES.  THE TMS ALLOWED -- TOTAL ALLOWABLE ERROR FOR THIS |
| 11:51AM | 2 | ASSAY OR ANALYTE IS 15 PERCENT. |
| 11:51AM | 3 | AS I SAID, THE TAE IS THE SUM OF PRECISION AND ACCURACY. |
| 11:51AM | 4 | THE PRECISION WAS ALREADY AT 21 PERCENT, WHICH IS GREATER THAN |
| 11:51AM | 5 | 15 PERCENT, SO THERE'S NO ALLOWANCE THERE FOR ANY BIAS. |
| 11:51AM | 6 | I'LL STOP THERE. |
| 11:51AM | 7 | Q.  I WAS GOING TO ASK, IS THIS ANOTHER ONE OF THOSE |
| 11:51AM | 8 | SITUATIONS WHERE A HIGH PRECISION PERCENTAGE IS AN UNFAVORABLE |
| 11:51AM | 9 | THING THAT YOU DON'T WANT TO SEE? |
| 11:51AM | 10 | A.  CORRECT. |
| 11:51AM | 11 | Q.  LET'S LOOK AT THE TOP PART OF THIS MESSAGE, PLEASE, THE |
| 11:51AM | 12 | TOP PART OF PAGE 3.  THERE'S AN EMAIL THERE TO YOU |
| 11:52AM | 13 | OCTOBER 30TH, 2013; IS THAT RIGHT? |
| 11:52AM | 14 | A.  CORRECT. |
| 11:52AM | 15 | Q.  AND KARTHIK WRITES, "HI ADAM, IS THERE A WAY WE CAN RELAX |
| 11:52AM | 16 | THE TAE CRITERIA AT THAT 50 CONCENTRATION.  CURRENTLY, OUR |
| 11:52AM | 17 | PRECISION STANDS AT 23 PERCENT WHICH IS MUCH MORE THAN TAE, |
| 11:52AM | 18 | 15 PERCENT." |
| 11:52AM | 19 | DID I READ THAT CORRECTLY? |
| 11:52AM | 20 | A.  CORRECT. |
| 11:52AM | 21 | Q.  AND LET'S LOOK AT YOUR RESPONSE ON THE PRECEDING PAGE, SO |
| 11:52AM | 22 | IF WE GO TO PAGE 2. |
| 11:52AM | 23 | LET'S ZOOM IN ON THE TEXT OF THAT EMAIL. |
| 11:52AM | 24 | I'LL DRAW YOUR ATTENTION TO THE LAST SENTENCE OF THE FIRST |
| 11:52AM | 25 | PARAGRAPH OF YOUR MESSAGE.  YOU SAY, "MY CONCERN WITH RELAXING |

11:52AM  1   THE TAE AROUND OR NEAR A DECISION POINT IS MAKING THE WRONG

11:52AM  2   CALL FOR A PATIENT."

11:52AM  3        CAN YOU EXPLAIN WHAT YOU MEANT BY THAT?

11:52AM  4   A.   YES.  IF THE TAE WAS RELAXED TO A HIGHER PERCENTAGE, THIS

11:53AM  5   WOULD ALLOW OUR ASSAY TO OPERATE WITH INCREASED BIAS AND

11:53AM  6   INCREASED IMPRECISION OR A HIGHER CV.  IT WOULD RESULT IN A

11:53AM  7   LESS RELIABLE CALL FOR THE PATIENT.

11:53AM  8   Q.   OKAY.  LET'S GO TO PAGE 1 OF THIS EMAIL NOW, SO PAGE 1 OF

11:53AM  9   EXHIBIT 4836.

11:53AM 10        ZOOM IN ON THE BOTTOM MESSAGE, PLEASE.

11:53AM 11        DR. ROSENDORFF, YOU'RE NO LONGER ON THIS EMAIL CHAIN AT

11:53AM 12   THIS POINT; CORRECT?

11:53AM 13   A.   CORRECT.

11:53AM 14   Q.   WE'RE LOOKING AT AN EMAIL FROM SHARADA TO SUNNY BALWANI;

11:53AM 15   IS THAT RIGHT?

11:53AM 16   A.   CORRECT.

11:53AM 17   Q.   SHE SAYS, "HI SUNNY, PLEASE SEE BELOW.  THE REPEAT

11:53AM 18   EXERCISE OF ENTIRE PRECISION WAS COMPLETED ON TUESDAY, AND THE

11:53AM 19   DATA WAS SENT OUT TO DANIEL AND KARTHIK.

11:53AM 20        "SHE SAID WE STILL DO NOT PASS AT THE THIRD PRECISION

11:53AM 21   LEVEL WHICH IS 50 MILLIUNITS PER MILLILITER BECAUSE OUR

11:54AM 22   PRECISION AT THE LEVEL OF 23 PERCENT BUT WE ARE ALLOWED TAE OF

11:54AM 23   15 PERCENT."

11:54AM 24        IS SHE ESSENTIALLY REPORTING THE PROBLEM THAT WE HAVE BEEN

11:54AM 25   LOOKING AT UP TO SUNNY BALWANI?

11:54AM  1    A.   CORRECT.

11:54AM  2    Q.   LET'S ZOOM OUT.

11:54AM  3         AT THE BOTTOM OF THAT SQUARE, DO YOU SEE THAT MR. BALWANI

11:54AM  4    THEN FORWARDED THAT TO DANIEL YOUNG, SAMARTHA ANEKAL, AND

11:54AM  5    ELIZABETH HOLMES?

11:54AM  6    A.   YES, I READ THAT.

11:54AM  7    Q.   AND HE REPORTS TO THEM, WE HAVE RUN THIS, I THINK HE MEANS

11:54AM  8    PRECISION, TWICE NOW.  CAN YOU LOOK INTO THIS TO SEE WHAT'S THE

11:54AM  9    ISSUE AND WHY WE ARE MISSING THIS?

11:54AM  10        DO YOU SEE THAT?

11:54AM  11   A.   YES.

11:54AM  12   Q.   AND SO AT THIS POINT THIS ISSUE HAS BEEN ELEVATED ALL OF

11:54AM  13   THE WAY TO THE TOP OF THE COMPANY; CORRECT?

11:54AM  14   A.   CORRECT.

11:54AM  15   Q.   AND WERE YOU AWARE GENERALLY -- DURING YOUR TIME AT

11:54AM  16   THERANOS, WERE YOU AWARE OF ISSUES CONCERNING THE ACCURACY OF

11:55AM  17   THE HCG TEST?

11:55AM  18   A.   YES.

11:55AM  19   Q.   LET'S LOOK AT EXHIBIT 4145, PLEASE.  AND ONCE YOU GET

11:55AM  20   THERE I'LL ASK YOU IF YOU RECOGNIZE IT.

11:55AM  21        I'LL ASK YOU TO TURN TO PAGE 3 OF THAT EXHIBIT AND LOOK AT

11:55AM  22   THE BOTTOM OF THE EMAIL.  DO YOU SEE THE EXHIBIT FROM SOMEONE

11:55AM  23   NAMED AMELIA AGUIRRE?

11:55AM  24   A.   YES.

11:55AM  25   Q.   AND DO YOU SEE THE EMAIL IS SENT TO AN EMAIL

| | | |
|---|---|---|
| 11:55AM | 1 | CLS@THERANOS.COM; IS THAT RIGHT? |
| 11:56AM | 2 | A.   YES. |
| 11:56AM | 3 | Q.   AND WHAT WAS THAT EMAIL ADDRESS, CLS@THERANOS.COM? |
| 11:56AM | 4 | A.   IT WAS A GROUP EMAIL.  THE MEMBERS OF THE EMAIL LIST WERE |
| 11:56AM | 5 | THE CLINICAL LABORATORY SCIENTISTS WITHIN THE COMPANY. |
| 11:56AM | 6 | Q.   AND WHAT WAS THE PURPOSE OF HAVING THAT EMAIL GROUP |
| 11:56AM | 7 | ADDRESS? |
| 11:56AM | 8 | A.   SO THAT THE CLS'S COULD BE ALERTED TO ISSUES OR PROBLEMS |
| 11:56AM | 9 | IN THE LAB OR PLANS IN THE LAB AS A GROUP. |
| 11:56AM | 10 | Q.   AND WAS THIS EMAIL ADDRESS USED FOR THAT PURPOSE, TO |
| 11:56AM | 11 | DISSEMINATE IMPORTANT INFORMATION ABOUT THE FUNCTIONING OF THE |
| 11:56AM | 12 | LAB AT THERANOS? |
| 11:56AM | 13 | A.   YES. |
| 11:56AM | 14 | Q.   AND WAS THERE A DUTY ON PEOPLE WHO USED THAT EMAIL ADDRESS |
| 11:56AM | 15 | FOR THAT PURPOSE TO BE ACCURATE IN THE INFORMATION THAT THEY |
| 11:56AM | 16 | WERE REPORTING? |
| 11:56AM | 17 | A.   YES. |
| 11:56AM | 18 | Q.   AND WERE EMAILS THAT WERE SENT ON THESE TOPICS PRESERVED |
| 11:57AM | 19 | AT THERANOS SO THEY COULD BE REFERENCED BACK IN THE FUTURE? |
| 11:57AM | 20 | A.   YES, THAT WAS MY UNDERSTANDING. |
| 11:57AM | 21 | I CERTAINLY PRESERVED ALL OF THE EMAILS THAT I WAS PRIVY |
| 11:57AM | 22 | TO. |
| 11:57AM | 23 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO |
| 11:57AM | 24 | ADMIT 4145. |
| 11:57AM | 25 | MR. WADE:  NO OBJECTION, YOUR HONOR. |

11:57AM   1              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:57AM   2         (GOVERNMENT'S EXHIBIT 4145 WAS RECEIVED IN EVIDENCE.)

11:57AM   3              MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 3 OF

11:57AM   4    THIS EXHIBIT, PLEASE.  ZOOM IN ON THE BOTTOM HALF.

11:57AM   5    Q.   DR. ROSENDORFF, ARE WE NOW LOOKING AT THE EMAIL THAT

11:57AM   6    YOU'VE BEEN REVIEWING?

11:57AM   7    A.   YES.

11:57AM   8    Q.   DO YOU REMEMBER WHO AMELIA AGUIRRE WAS AT THERANOS?

11:57AM   9    A.   I THINK SHE WAS CUSTOMER SERVICE.

11:57AM  10    Q.   HER EMAIL TO THE CLS GROUP SAYS, "PHYSICIAN IS CALLING

11:57AM  11    ABOUT RESULTS FOR HCG.  NOTES IN LIS INDICATE HCG RESULTS ARE

11:58AM  12    OORL, DO NOT RELEASE UNTIL FURTHER NOTICE."

11:58AM  13         DO YOU KNOW WHAT OORL STANDS FOR?

11:58AM  14    A.   OUT OF REFERENCE RANGE LOW.  IN OTHER WORDS, THE RESULT IS

11:58AM  15    BELOW THE CAPACITY OF THE INSTRUMENT TO MEASURE.

11:58AM  16    Q.   IN OTHER WORDS, IS THAT AN ERROR IN THE TEST?

11:58AM  17    A.   THAT'S AN ERROR MESSAGE.

11:58AM  18    Q.   LET'S LOOK AT PAGE 2 NOW.  AND IF WE LOOK AT THE BOTTOM OF

11:58AM  19    THAT PAGE, PLEASE.

11:58AM  20         THERE'S A MESSAGE FROM DANIEL YOUNG TO SUNNY BALWANI ON

11:59AM  21    THAT TOPIC; RIGHT?

11:59AM  22    A.   CORRECT.

11:59AM  23    Q.   AND THEN DANIEL SAYS, "ACTUALLY, I JUST TOUCHED BASES WITH

11:59AM  24    CHRISTIAN AND ADAM ON THIS EARLIER."

11:59AM  25         WOULD ADAM BE YOU?

11:59AM   1     A.   YES.

11:59AM   2     Q.   AND THEN, "I ASKED ADAM TO CALL THE DOCTOR TO ASK ABOUT

11:59AM   3     CLINICAL SITUATION.  AND THEN WE WILL BE ABLE TO DECIDE IF WE

11:59AM   4     WANT TO RELEASE THE RESULTS."

11:59AM   5          DID I READ THAT CORRECTLY?

11:59AM   6     A.   CORRECT.

11:59AM   7     Q.   LET'S LOOK AT THE MESSAGE JUST ABOVE THAT ONE.  ACTUALLY,

11:59AM   8     LET'S SEE IF WE CAN CAPTURE THE REST OF THE TOP TWO-THIRDS OF

11:59AM   9     THE PAGE.

11:59AM  10          DO YOU SEE THAT SUNNY ASKS DANIEL YOUNG, "I ASSUME THIS

11:59AM  11     WAS RUN ON EDISONS."

11:59AM  12          DO YOU SEE THAT AT THE BOTTOM OF THE PAGE?

11:59AM  13     A.   YES.

11:59AM  14     Q.   AND THE RESPONSE READS, AT THE TOP OF THE PAGE, "YES, RUN

12:00PM  15     ON EDISONS."

12:00PM  16     A.   YES.

12:00PM  17     Q.   AND WAS THE HCG TEST RUN ON EDISONS AT THIS TIME?

12:00PM  18     A.   YES.

12:00PM  19     Q.   AND THAT EMAIL IN RESPONSE TO SUNNY BALWANI ALSO SAYS, "WE

12:00PM  20     SPOKE WITH THE ORDERING PHYSICIAN AND MADE THE DECISION TO

12:00PM  21     COLLECTION ANOTHER SAMPLE FROM THE SUBJECT.  WE ARE NOT

12:00PM  22     REPORTING OUT THE VERY LOW RESULT."

12:00PM  23          DO YOU SEE THAT?

12:00PM  24     A.   YES.  THE TOP OF THIS PAGE IS CUT OFF.  CAN YOU REMIND ME

12:00PM  25     WHO THE EMAIL IS BEING SENT BY OR FROM?

12:00PM  1    Q.   YES.  LET'S LOOK AT PAGE 1 OF THIS EXHIBIT AND ZOOM IN ON

12:00PM  2    THE BOTTOM AND WE CAN SEE THE HEADER INFORMATION.

12:00PM  3         DO YOU SEE AT THE BOTTOM OF THE PAGE THAT THIS WAS SENT BY

12:00PM  4    DANIEL YOUNG?

12:00PM  5    A.   YES.

12:00PM  6    Q.   AND DO YOU RECALL TIMES AT THERANOS WHEN HCG RESULTS WERE

12:00PM  7    NOT RELEASED BECAUSE THEY CAME BACK ERRONEOUS OR INVALID?

12:00PM  8    A.   I RECALL AN INSTANCE WHERE AN INITIAL HCG MEASUREMENT WAS

12:01PM  9    VERY LOW, SUGGESTING A POSSIBLE MISCARRIAGE, AND THEN REPEAT

12:01PM 10    HCG MEASUREMENT AT THERANOS WAS MUCH HIGHER.

12:01PM 11         THIS WAS VERY ALARMING TO ME THAT YOU COULD GET SUCH

12:01PM 12    DIFFERENT RESULTS.

12:01PM 13    Q.   I SEE.

12:01PM 14         LET'S STAY ON PAGE 1 OF THIS EXHIBIT AND ZOOM IN ON THE

12:01PM 15    TOP HALF OF THE PAGE, PLEASE.  THE TOP TWO MESSAGES.

12:01PM 16         DR. ROSENDORFF, DO YOU SEE A MESSAGE FROM DANIEL YOUNG TO

12:01PM 17    SUNNY BALWANI AT THE BOTTOM OF THE PAGE THAT SAYS, "PHYSICIAN

12:01PM 18    NOTED THAT IT WOULD BE SURPRISING TO SEE THE COUNT DROP SO

12:01PM 19    MUCH, EVEN WITH A MISCARRIAGE.  HENCE THE AGREEMENT TO COLLECT

12:01PM 20    ANOTHER SAMPLE"?

12:02PM 21    A.   YES.

12:02PM 22    Q.   AND AT THE TOP OF THE PAGE, DO YOU SEE A MESSAGE FROM

12:02PM 23    ELIZABETH HOLMES TO SUNNY BALWANI RESPONDING IN THIS EMAIL

12:02PM 24    CHAIN SAYING, "I'VE DONE MANY MEETINGS ON THIS TODAY"?

12:02PM 25    A.   YES.

12:02PM 1    Q.   AND DO YOU RECALL WHETHER YOU WERE PART OF THOSE MEETINGS

12:02PM 2    THAT MS. HOLMES SAT IN ABOUT THIS HCG ISSUE?

12:02PM 3    A.   I WAS NOT IN A MEETING WITH HER.  I DO RECALL TALKING TO

12:02PM 4    HER.  SHE WOULD CHECK IN WITH ME OCCASIONALLY.  SHE SAID, HOW'S

12:02PM 5    IT GOING?  AND I SAID I WAS FREAKED OUT.  AND SHE SAID, WHY?

12:02PM 6    AND I TOLD HER ABOUT THE HCG ISSUE THAT WE'RE DISCUSSING.

12:02PM 7    Q.   AND WHAT WAS HER REACTION WHEN YOU TOLD HER THAT YOU WERE

12:02PM 8    FREAKED OUT ABOUT THE HCG ISSUE?

12:02PM 9    A.   SHE SAID, DON'T BE FREAKED OUT OR -- YOU KNOW, SHE DIDN'T

12:02PM 10   SEEM ALARMED BY IT.

12:02PM 11   Q.   WE'RE LOOKING AT AN EMAIL CHAIN THAT DOESN'T INCLUDE YOU.

12:03PM 12   DO YOU BELIEVE YOU SHOULD HAVE BEEN INCLUDED IN DISCUSSIONS

12:03PM 13   ABOUT OUT OF RANGE HCG RESULTS AT THERANOS?

12:03PM 14   A.   ABSOLUTELY.

12:03PM 15   Q.   LET'S LOOK AT 4147.

12:03PM 16        THE GOVERNMENT OFFERS THIS INTO EVIDENCE.  I BELIEVE THE

12:03PM 17   DEFENSE HAS STIPULATED.

12:03PM 18            MR. WADE:  WE DO, YOUR HONOR.

12:03PM 19            THE COURT:  IT'S ADMITTED, AND IT MAY BE DISPLAYED.

12:03PM 20        (GOVERNMENT'S EXHIBIT 4147 WAS RECEIVED IN EVIDENCE.)

12:03PM 21   BY MR. BOSTIC:

12:03PM 22   Q.   LET'S ZOOM IN ON THE MIDDLE MESSAGE ON THE PAGE THERE.

12:03PM 23        DR. ROSENDORFF, IS THIS AN EMAIL FROM YOU TO CLS ON

12:03PM 24   MAY 30TH, 2014?

12:03PM 25   A.   YES.

12:03PM 1     Q.   AND CLS, IS THAT THAT SAME GROUP OF LABORATORY STAFF THAT

12:03PM 2     WE WERE JUST TALKING ABOUT?

12:03PM 3     A.   CORRECT.

12:03PM 4     Q.   AND YOUR MESSAGE IS WRITTEN IN ALL CAPITAL LETTERS; IS

12:03PM 5     THAT CORRECT?

12:03PM 6     A.   CORRECT.

12:03PM 7     Q.   AND THIS IS ALSO MARKED IMPORTANCE HIGH.

12:04PM 8          DO YOU SEE THAT?

12:04PM 9     A.   YES.

12:04PM 10    Q.   AND WAS THAT YOUR DECISION TO MARK THIS EMAIL HIGH

12:04PM 11    IMPORTANCE?

12:04PM 12    A.   YES.

12:04PM 13    Q.   AND YOU WRITE IN YOUR EMAIL TO LABORATORY STAFF, "ALL

12:04PM 14    FURTHER HCG TESTING (CTN OR VACUTAINER) IS TO BE RUN ON THE

12:04PM 15    IMMULITE."

12:04PM 16         DO YOU SEE THAT?

12:04PM 17    A.   YES.

12:04PM 18    Q.   AND WHY WERE YOU MAKING THAT DECISION AT THIS TIME IN

12:04PM 19    MAY OF 2014?

12:04PM 20    A.   BASED ON THE HIGH CV'S FOR THE EDISON HCG TEST AND THE

12:04PM 21    INCONSISTENT RESULTS WE WERE GETTING ON THE EDISON, I

12:04PM 22    DETERMINED THAT THIS TEST WAS NOT FIT FOR PATIENT CARE.

12:04PM 23    Q.   AND WHEN YOU SAY "ALL FURTHER HCG TESTING IS TO BE RUN ON

12:04PM 24    THE IMMULITE," REMIND US WHAT THE IMMULITE IS, PLEASE.

12:04PM 25    A.   THE IMMULITE IS A SIEMENS MANUFACTURED INSTRUMENT.  IT'S

12:04PM   1    FDA APPROVED TO CONDUCT IMMUNOASSAYS, INCLUDING HCG.

12:04PM   2    Q.   SO, IN OTHER WORDS, YOU WERE DECIDING THAT THE HCG TEST

12:05PM   3    NEEDED TO BE TAKEN OFF OF THE EDISON, OFF THE THERANOS DEVICE

12:05PM   4    AND PUT ON THE THIRD PARTY DEVICE?

12:05PM   5    A.   CORRECT.

12:05PM   6    Q.   NUMBER 2 IN YOUR LIST OF INSTRUCTIONS INSTRUCTS STAFF,

12:05PM   7    "HOLD ALL EDISON CTN RESULTS - DO NOT RELEASE."

12:05PM   8        DO YOU SEE THAT?

12:05PM   9    A.   CORRECT.

12:05PM   10   Q.   AND WHY DID YOU FEEL CURRENTLY PENDING RESULTS COULDN'T

12:05PM   11   EVEN GO OUT?

12:05PM   12   A.   I WANTED TO MAKE THIS DECISION RETROACTIVE TO RESULTS THAT

12:05PM   13   HAD ALREADY BEEN RUN ON THE EDISONS.

12:05PM   14   Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP PORTION OF THIS

12:05PM   15   EMAIL, PLEASE.

12:05PM   16        DO YOU SEE, DR. ROSENDORFF, AT THE TOP OF THIS PAGE

12:05PM   17   SUNNY BALWANI FORWARDED THIS EMAIL TO ELIZABETH HOLMES ON

12:05PM   18   MAY 31ST, 2014?

12:06PM   19   A.   YES.

12:06PM   20   Q.   LET'S LOOK NEXT AT EXHIBIT 4840, PLEASE.

12:06PM   21        I'LL ASK YOU FIRST TO LOOK AT THE BOTTOM OF PAGE 3 ON THAT

12:06PM   22   EXHIBIT AND LET ME KNOW IF YOU SEE AN EMAIL FROM AMELIA AGUIRRE

12:06PM   23   TO INDIVIDUALS, INCLUDING CLS?

12:06PM   24   A.   YES.

12:06PM   25   Q.   IS THIS ANOTHER EMAIL SENT TO THAT GROUP FOR THE PURPOSE

12:06PM   1    OF DISCUSSING PATIENT TEST RESULTS AS WE'VE TALKED ABOUT

12:07PM   2    BEFORE?

12:07PM   3    A.   YES.

12:07PM   4         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

12:07PM   5    ADMIT EXHIBIT 4840.

12:07PM   6         MR. WADE:  YOUR HONOR, I DON'T HAVE A COPY OF 4840

12:07PM   7    IN MY BOOK.  IF I COULD -- IF COUNSEL HAS A COPY?

12:07PM   8         THE COURT:  IT MIGHT BE UNDER 4846.

12:07PM   9         MR. BOSTIC:  I'M HAPPY TO GIVE MY COPY TO DEFENSE

12:07PM  10    COUNSEL, YOUR HONOR.

12:07PM  11         (PAUSE IN PROCEEDINGS.)

12:07PM  12         MR. WADE:  NO OBJECTION.

12:07PM  13         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:07PM  14         (GOVERNMENT'S EXHIBIT 4840 WAS RECEIVED IN EVIDENCE.)

12:07PM  15         MR. BOSTIC:  MS. HOLLIMAN, LET'S START AT THE BOTTOM

12:07PM  16    OF PAGE 3, THE MIDDLE HALF OF THE PAGE.

12:07PM  17    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM --

12:07PM  18         THE CLERK:  JUST A MOMENT, YOUR HONOR.  IT'S NOT

12:08PM  19    DISPLAYING.  IS IT UP?

12:08PM  20    BY MR. BOSTIC:

12:08PM  21    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM AMELIA AGUIRRE TO

12:08PM  22    INDIVIDUALS AT THERANOS, INCLUDING THAT CLS GROUP?

12:08PM  23    A.   YES.

12:08PM  24    Q.   AND THE TEXT OF THE EMAIL SAYS, "PLEASE SEE IF YOU CAN RUN

12:08PM  25    THIS ASAP.  PHYSICIAN HAS CALLED SEVERAL TIMES TODAY LOOKING

12:08PM   1    FOR RESULTS."

12:08PM   2         DO YOU SEE THAT?

12:08PM   3    A.   YES.

12:08PM   4    Q.   AND ABOVE THAT IS ANOTHER MESSAGE, "WE ALSO HAVE ANOTHER

12:08PM   5    PHYSICIAN LOOKING FOR RESULTS FOR," AND WE'VE REDACTED THE

12:08PM   6    NAME, "VISIT IS FROM JUNE 10TH, 2014, ALSO FOR TEST HCG."

12:08PM   7         DO YOU SEE THAT?

12:08PM   8    A.   YES.

12:08PM   9    Q.   LET'S LOOK AT THE TOP HALF OF PAGE 3, PLEASE.

12:09PM   10        DO YOU SEE THIS EMAIL MESSAGE FROM ROMINA RIENER ON

12:09PM   11   JUNE 12, 2014?

12:09PM   12   A.   YES.

12:09PM   13   Q.   AND SHE SAYS, "WE RAN THAT SAMPLE YESTERDAY BUT RESULTS

12:09PM   14   CAME OUT INVALID (FAILED RUN).  IT IS STILL PENDING A RERUN."

12:09PM   15        WHAT IS YOUR UNDERSTANDING OF WHAT THAT WOULD MEAN?

12:09PM   16   A.   THE INSTRUMENT WAS UNABLE TO RETURN A RESULT.

12:09PM   17   Q.   AND IS THAT BECAUSE OF A -- WELL, WHAT'S YOUR

12:09PM   18   UNDERSTANDING OF WHAT ISSUES COULD LEAD TO THAT OUTCOME?

12:09PM   19   A.   IT COULD BE MANY DIFFERENT ISSUES.  IT COULD BE A PROBLEM

12:09PM   20   WITH THE CHEMICALS, THE REAGENTS IN THE CARTRIDGE EITHER NOT

12:09PM   21   BEING PRESENT OR NOT BEING MIXED PROPERLY.

12:09PM   22        IT COULD BE A PROBLEM WITH INSTRUMENTATION, WITH DETECTION

12:09PM   23   WITHIN THE INSTRUMENT.

12:09PM   24        THERE ARE A NUMBER OF REASONS WHY IT COULD BE INVALID,

12:09PM   25   YEAH.

12:10PM 1    Q.  LET'S ZOOM OUT AND LOOK AT PAGE 2, PLEASE, IN THIS

12:10PM 2    EXHIBIT.  LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

12:10PM 3        DO YOU SEE AN EMAIL FROM MAX FOSQUE SENT AT 11:31 A.M.

12:10PM 4    ABOUT THIS ISSUE?

12:10PM 5    A.  YES.

12:10PM 6    Q.  AND THERE'S AN EMAIL BELOW THAT FROM CHRISTIAN HOLMES

12:10PM 7    SAYING, "THIS ONE IS CRITICAL IN CASE YOU GUYS ARE DEALING WITH

12:10PM 8    THIS AT ALL."

12:10PM 9        DO YOU SEE THAT?

12:10PM 10   A.  YES.

12:10PM 11   Q.  AND MR. FOSQUE RESPONDS, "I BELIEVE TINA JUST BROUGHT THIS

12:10PM 12   UPSTAIRS, WE CAN RUN NEAT ON THE IMMULITE.  TINA CAN U

12:11PM 13   CONFIRM?"

12:11PM 14       DO YOU SEE THAT?

12:11PM 15   A.  YES.

12:11PM 16   Q.  REMIND US WHAT THE UPSTAIRS PORTION OF THE THERANOS LAB

12:11PM 17   CONTAINED.

12:11PM 18   A.  THE UPSTAIRS PORTION OF THE LAB CONTAINED FDA APPROVED

12:11PM 19   PREDICATE INSTRUMENTS THAT WERE NOT MODIFIED THAT WERE DESIGNED

12:11PM 20   TO TEST VACUTAINER BLOOD, BLOOD FROM VACUTAINERS, VENOUS BLOOD.

12:11PM 21   Q.  AROUND THIS TIME IN THE MIDDLE OF 2014, WAS THE DEFAULT TO

12:11PM 22   RUN HCG TESTS ON THE THIRD PARTY DEVICES OR ON THE THERANOS

12:11PM 23   EDISON?

12:11PM 24   A.  ON THE EDISON.

12:11PM 25   Q.  SO IN THIS CASE WE'RE SEEING A CHANGE OF PLANS ESSENTIALLY

12:11PM 1   AND THE SAMPLE IS NOW POSSIBLY GOING TO BE RUN ON THE THIRD

12:11PM 2   PARTY DEVICE INSTEAD?

12:11PM 3   A.   CORRECT.

12:11PM 4   Q.   THE EMAIL ABOVE THAT FROM TINA LIN SAYS, "I BROUGHT IT

12:11PM 5   UPSTAIRS BUT HODA SAID THEY CAN'T RUN IT?  CAN YOU CHECK WHY?"

12:11PM 6       DO YOU SEE THAT?

12:11PM 7   A.   YES.

12:12PM 8   Q.   LET'S LOOK AT THE TOP HALF, OR THE VERY TOP PORTION OF

12:12PM 9   PAGE 2, PLEASE.

12:12PM 10      ACTUALLY, LET'S ZOOM OUT AND CAPTURE THE WHOLE TOP HALF OF

12:12PM 11  THE PAGE.

12:12PM 12      DO YOU SEE THAT MESSAGE FROM TINA LIN THAT SAYS, "SO

12:12PM 13  THEY'RE TESTING THE DEAD VOLUME RIGHT NOW.  THEY CAN'T GET IT

12:12PM 14  TO WORK YET"?

12:12PM 15  A.   YES, I SEE THAT.

12:12PM 16  Q.   AND THEN SHE SAYS, "WE'RE MINUTES AWAY FROM FINDING OUT

12:12PM 17  WHETHER HCG ON EITHER OF THE EDISON DEVICES HAVE PASSED."

12:12PM 18      DO YOU KNOW WHAT THAT WOULD BE A REFERENCE TO?

12:12PM 19  A.   I DON'T KNOW SPECIFICALLY.  IT WOULD EITHER BE WHETHER

12:12PM 20  THAT SAMPLE HAD PASSED ON THE EDISONS OR WHETHER THE QC HAD

12:13PM 21  PASSED.  I CAN'T SAY FOR SURE.

12:13PM 22  Q.   LET'S GO TO PAGE 1 NOW IN THIS EXHIBIT.  LET'S ZOOM IN ON

12:13PM 23  THE BOTTOM PORTION.  LET'S GO TO THE BOTTOM TWO OR THREE EMAIL

12:13PM 24  MESSAGES.

12:13PM 25      OKAY.  AND DO YOU SEE AT THE BOTTOM THERE, THERE'S A

12:13PM   1    MESSAGE FROM TINA LIN PROVIDING ANOTHER UPDATE HERE SAYING,

12:13PM   2    "LEVEL 2 FOR HCG JUST BARELY FAILED ON BOTH READERS, SORRY.

12:13PM   3    WE'RE TRYING AGAIN."

12:13PM   4    A.   YES, I SEE THAT.

12:13PM   5    Q.   DOES THAT CLARIFY TO YOU WHAT THAT WOULD BE REFERRING TO?

12:13PM   6    A.   YES, THAT WOULD BE QC, LEVEL 2.

12:13PM   7    Q.   AND WOULD THIS BE REFERRING TO THE EDISON?

12:13PM   8    A.   CORRECT.

12:13PM   9    Q.   AND THERE'S AN EMAIL ABOVE THAT FROM CHRISTIAN HOLMES TO

12:13PM  10    ELIZABETH HOLMES.

12:13PM  11        DO YOU SEE THAT?

12:13PM  12    A.   YES.

12:13PM  13    Q.   AND CHRISTIAN WRITES, "JUST FYI - HCG RIGHT NOW CAUSING

12:14PM  14    SOME SERIOUS ISSUES IN PATIENT COMPLAINTS.  BEEN SPENDING ALL

12:14PM  15    MORNING TALKING TO DOCS ABOUT JUST HCG AND WILL CONTINUE TO DO

12:14PM  16    SO...IT'S A SENSITIVE ONE OBVIOUSLY B/C OF PEOPLE FINDING OUT

12:14PM  17    IF PREGNANT."

12:14PM  18        IS THAT CORRECT?

12:14PM  19    A.   YES, I READ THAT.

12:14PM  20    Q.   DURING THIS TIME IN MID-JUNE 2014, DO YOU RECALL WHETHER

12:14PM  21    YOU WERE PART OF CONVERSATIONS WITH DOCTORS ABOUT PROBLEMS WITH

12:14PM  22    THERANOS HCG TESTS?

12:14PM  23    A.   I WAS NOT.

12:14PM  24    Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP HALF OF THE PAGE,

12:14PM  25    PLEASE.

12:14PM   1          OR LET'S ZOOM IN ON THE MIDDLE PART ACTUALLY.  THANK YOU.

12:14PM   2          CHRISTIAN HOLMES FOLLOWS UP ON HIS EMAIL TO

12:14PM   3    ELIZABETH HOLMES SAYING, "SEEMS LIKE WE ALSO HAVE A CAPACITY

12:14PM   4    ISSUE RIGHT NOW WITH EDISONS AT FULL CAPACITY AND VENOUS

12:15PM   5    SAMPLES IN A SERIOUS QUEUE NOT BEING RUN.  WENT DOWN THERE AND

12:15PM   6    IT'S A COMPLETE MESS."

12:15PM   7          DO YOU RECALL EXPERIENCING CAPACITY ISSUES WITH TESTING

12:15PM   8    BANDWIDTH AT THERANOS?

12:15PM   9    A.   YES, I RECALL CAPACITY ISSUES WITH THE EDISON TESTS.

12:15PM  10    Q.   AND DID SOME OF THAT COME DOWN TO THE QC FAILURE RATES AND

12:15PM  11    OTHER PROBLEMS THAT WE HAVE BEEN TALKING ABOUT?

12:15PM  12    A.   CORRECT.  THE EDISONS WERE ALSO PRETTY SLOW BY COMPARISON

12:15PM  13    WITH THE IMMULITE, EVEN IF THEY WERE WORKING PROPERLY.

12:15PM  14    Q.   AND DID THAT CONTRIBUTE TO A BACKLOG OR SLOWDOWN IN THE

12:15PM  15    LAB?

12:15PM  16    A.   YES.

12:15PM  17    Q.   ALL RIGHT.  LET'S ZOOM OUT AND LOOK AT THE TOP MESSAGE IN

12:15PM  18    THIS CHAIN, PLEASE.

12:15PM  19          ACTUALLY, LET'S GO DOWN TO -- LET'S CAPTURE THE WHOLE TOP

12:16PM  20    HALF.  PERFECT.  THANK YOU.

12:16PM  21          MS. HOLMES THEN RESPONDS TO HER BROTHER AND TO

12:16PM  22    SUNNY BALWANI.

12:16PM  23          DO YOU SEE THAT?

12:16PM  24    A.   YES.

12:16PM  25    Q.   SHE SAYS, "WE'LL CONNECT IN DETAIL ON THIS AS SOON AS I'M

12:16PM  1      OUT.

12:16PM  2           "SUNNY, THIS IS ALREADY HANDLED - JUST FYI."

12:16PM  3           DO YOU SEE THAT?

12:16PM  4      A.   YES.

12:16PM  5      Q.   AND CHRISTIAN WRITES BACK ABOUT AN EXPERIENCE THAT HE HAD

12:16PM  6      WHERE A DOCTOR SENT THERANOS THREE PATIENTS AND ALL RESULTS

12:16PM  7      HAVE BEEN OVER FOUR DAYS, THIS BEING THE THIRD PATIENT.

12:16PM  8           DO YOU SEE THAT?

12:16PM  9      A.   YES.

12:16PM  10     Q.   DO YOU HAVE A RECOLLECTION OF DELAYS THIS LONG DURING YOUR

12:16PM  11     TIME AT THERANOS, RESULTS WAITING AS LONG AS FOUR DAYS?

12:16PM  12     A.   NO.

12:16PM  13     Q.   AND DO YOU THINK YOU SHOULD HAVE BEEN INVOLVED IN

12:16PM  14     CONVERSATIONS ABOUT THIS DELAY?

12:16PM  15     A.   YES.

12:16PM  16     Q.   CHRISTIAN GOES ON TO REPORT THAT THAT DOCTOR ORIGINALLY

12:17PM  17     SAID HE WON'T SEND US ANYMORE PATIENTS BECAUSE WE HAVE HAD

12:17PM  18     ISSUES WITH ALL THREE PATIENTS.

12:17PM  19           BUT AT THE END OF THE CALL, HE SAID HE WOULD BE WILLING TO

12:17PM  20     EVALUATE THIS FURTHER BASED ON PATIENT NEEDS.

12:17PM  21           DO YOU SEE THAT?

12:17PM  22     A.   YES.

12:17PM  23     Q.   AND DID YOU HAVE ANY EXPERIENCES TALKING TO DOCTORS WHO

12:17PM  24     EXPRESSED CONCERNS ABOUT THE VALIDITY OR ACCURACY OF THERANOS

12:17PM  25     HCG RESULTS?

12:17PM   1      A.   NO.

12:17PM   2      Q.   LET'S LOOK AT EXHIBIT 4222, PLEASE.

12:17PM   3           LET ME KNOW ONCE YOU'RE THERE.

12:17PM   4      A.   I SEE IT.

12:17PM   5      Q.   OKAY.  I'LL ASK YOU TO LOOK AT THE FIRST PAGE OF THAT

12:18PM   6      EXHIBIT AT THE TOP.

12:18PM   7           DO YOU SEE AN EMAIL FROM SUNNY BALWANI TO

12:18PM   8      ELIZABETH HOLMES?

12:18PM   9      A.   YES.

12:18PM  10      Q.   AND DO YOU SEE THAT THE SUBJECT LINE IS CUSTOMER ISSUE?

12:18PM  11      A.   YES.

12:18PM  12      Q.   AND IF YOU LOOK DOWN ON THAT PAGE, DO YOU SEE THERE'S

12:18PM  13      ADDITIONAL CORRESPONDENCE RELATING TO ANOTHER HCG ISSUE AT

12:18PM  14      THERANOS?

12:18PM  15      A.   YES.

12:18PM  16           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

12:18PM  17      ADMIT EXHIBIT 4222.

12:18PM  18           MR. WADE:  NO OBJECTION.

12:18PM  19           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:18PM  20      (GOVERNMENT'S EXHIBIT 4222 WAS RECEIVED IN EVIDENCE.)

12:18PM  21           MR. BOSTIC:  LET'S START ON PAGE 1 OF THIS EXHIBIT,

12:18PM  22      PLEASE, MS. HOLLIMAN.  AND LET'S ZOOM IN ON THE VERY BOTTOM,

12:19PM  23      PLEASE, JUST TO CAPTURE THAT INFORMATION.

12:19PM  24      Q.   DR. ROSENDORFF, DO YOU SEE WE'RE ABOUT TO LOOK AT AN EMAIL

12:19PM  25      FROM SOMEONE NAMED ALLISON MARTIN AT IVF PHOENIX SENT TO

12:19PM  1    ERIC NELSON, AND THE SUBJECT LINE IS LABS?

12:19PM  2    A.   YES.

12:19PM  3    Q.   AND THIS WAS SENT ON SEPTEMBER 29TH, 2014; CORRECT?

12:19PM  4    A.   YES.

12:19PM  5    Q.   AND LET'S GO TO PAGE 2, PLEASE, MS. HOLLIMAN.  LET'S ZOOM

12:19PM  6    IN ON THE TEXT AT THE TOP, PLEASE.

12:19PM  7         DR. ROSENDORFF, IS THIS AN EMAIL FROM A MEDICAL SERVICE

12:19PM  8    PROVIDER TO THERANOS?

12:19PM  9    A.   YES.

12:19PM  10   Q.   THE EMAIL READS, "ERIC, THANK YOU SO MUCH FOR DROPPING OFF

12:19PM  11   THE NEW ORDER SHEETS.  I AM SORRY I WAS UNAVAILABLE AT THAT

12:19PM  12   TIME.

12:19PM  13        "WE WILL CALL THE SUPPORT LINE, BUT ALSO WANTED TO GIVE

12:20PM  14   YOU A HEADS UP ON WHAT HAPPENED WITH THE LAB.  WE SENT A

12:20PM  15   PATIENT OF OURS IN FOR HER 48-HOUR REPEAT ON HER QB HCG."

12:20PM  16        WHAT IS QB HCG?

12:20PM  17   A.   I DON'T KNOW WHAT THE Q AND THE B STAND FOR.

12:20PM  18   Q.   IS HCG REFERENCING THE TEST THAT WE'VE BEEN TALKING ABOUT?

12:20PM  19   A.   YES.

12:20PM  20   Q.   THE MEDICAL SERVICE PROVIDER GOES ON TO REPORT THAT "THE

12:20PM  21   PATIENT'S INITIAL TEST CAME BACK AT 160 (RUN AT A DIFFERENT

12:20PM  22   LAB) AND WHEN WE SENT HER BACK IN FOR HER REPEAT WITH YOUR LAB

12:20PM  23   THE RESULTS CAME BACK AT LESS THAN 7.82."

12:20PM  24        DO YOU SEE THAT?

12:20PM  25   A.   YES.

12:20PM  1   Q.   AND THE EMAIL GOES ON.  "BECAUSE HER TEST CAME BACK

12:20PM  2   NEGATIVE, WE HAD HER DISCONTINUE HER CURRENT MEDICATIONS AND

12:20PM  3   BEGAN GETTING HER READY FOR HER NEXT CYCLE."

12:20PM  4        DO YOU SEE THAT?

12:20PM  5   A.   YES.

12:20PM  6   Q.   AND IT GOES ON.  "A FEW WEEKS LATER SHE WENT BACK IN FOR

12:21PM  7   ANOTHER QB HCG AND IT CAME BACK AT OVER 2000.  WE BROUGHT HER

12:21PM  8   IN AND I SCANNED HER, AND THERE WAS IN FACT A BABY AND A

12:21PM  9   HEARTBEAT."

12:21PM 10        DO YOU SEE THAT?

12:21PM 11   A.   YES.

12:21PM 12   Q.   AND THE EMAIL CONTINUES.  "OUR CONCERN IS THAT YOUR LAB

12:21PM 13   TOLD US SHE HAD A NEGATIVE PREGNANCY, WE RELAYED THAT TO OUR

12:21PM 14   PATIENT AND CONTINUED OUR PROTOCOL AS SHE WASN'T PREGNANT."

12:21PM 15        DID I READ THAT CORRECTLY?

12:21PM 16   A.   YES.

12:21PM 17   Q.   LET'S GO BACK TO PAGE 1 OF THIS EXHIBIT AND ZOOM IN ON THE

12:21PM 18   BOTTOM HALF, PLEASE.

12:21PM 19        DO YOU SEE THAT ERIC NELSON FORWARDS THAT INFORMATION TO

12:21PM 20   MIKE PHEBUS AND KIMBERLY ALFONSO?

12:22PM 21   A.   YES.

12:22PM 22   Q.   AND CAN YOU IDENTIFY THOSE INDIVIDUALS AT THERANOS.  DID

12:22PM 23   YOU WORK WITH THEM?

12:22PM 24   A.   I DID NOT WORK WITH ERIC NELSON OR MIKE PHEBUS.  I DID

12:22PM 25   WORK WITH KIMBERLY ALFONSO.

12:22PM   1    Q.   AND WHAT WAS HER POSITION?

12:22PM   2    A.   I BELIEVE SHE WAS A LIAISON WITH THE CLINICAL SITES, THE

12:22PM   3    COLLECTION SITES.  I RECOGNIZE THE NAME.  I DON'T KNOW FOR SURE

12:22PM   4    WHAT HER ROLE WAS.

12:22PM   5    Q.   THE EMAIL ABOVE THAT IS FROM MS. ALFONSO TO

12:22PM   6    CHRISTIAN HOLMES AND SUNNY BALWANI; CORRECT?

12:22PM   7    A.   CORRECT.

12:22PM   8    Q.   AND SHE WRITES "PLEASE SEE BELOW."

12:22PM   9         SHE SAYS, "STILL NEED INFO ON HCG INQUIRY FROM LAST MONTH

12:22PM   10   TOO (RE: AUGUST 20TH WITH 600,000 RESULT FROM THAT NURSE

12:22PM   11   PRACTITIONER)."

12:22PM   12        DO YOU SEE THAT?

12:22PM   13   A.   YES.

12:22PM   14   Q.   AND YOU WERE NOT INCLUDED ON THESE EMAILS; IS THAT

12:23PM   15   CORRECT?

12:23PM   16   A.   THAT'S CORRECT.

12:23PM   17   Q.   AND DO YOU BELIEVE YOU SHOULD HAVE BEEN INCLUDED IN

12:23PM   18   DISCUSSIONS ABOUT HCG RESULTS LIKE THESE?

12:23PM   19   A.   YES, ABSOLUTELY.

12:23PM   20   Q.   LET'S ZOOM IN ON THE TOP PORTION OF PAGE 1, PLEASE, THE

12:23PM   21   TOP TWO MESSAGES.  ACTUALLY, THE TOP THREE MESSAGES.

12:23PM   22        DO YOU SEE ON SEPTEMBER 29TH, AT 4:45 P.M., SUNNY BALWANI

12:23PM   23   FORWARDED THIS INFORMATION TO ELIZABETH HOLMES?

12:23PM   24   A.   YES, I SEE THAT.

12:23PM   25   Q.   AND MS. HOLMES RESPONDS, "HOW DID THAT HAPPEN?"

12:23PM  1      A.   YES, I SEE THAT.

12:23PM  2      Q.   AND MR. BALWANI RESPONDS, "FINDING OUT."

12:23PM  3           IS THAT RIGHT?

12:23PM  4      A.   YES.

12:23PM  5      Q.   LET'S LOOK NOW AT EXHIBIT 4228.

12:24PM  6           DO YOU HAVE EXHIBIT 4228 IN FRONT OF YOU?

12:24PM  7      A.   YES.

12:24PM  8      Q.   IS THIS A CONTINUATION OR A DIFFERENT VERSION OF THE SAME

12:24PM  9      EMAIL CHAIN THAT WE WERE LOOKING AT?

12:24PM  10     A.   IT APPEARS THAT WAY BASED ON THE DATES.

12:24PM  11     Q.   OKAY.

12:24PM  12     A.   OH, IT IS.  IT IS STILL REFERENCING -- THE SUBJECT LINE IS

12:24PM  13     IDENTICAL, IT SAYS FORWARD CUSTOMER ISSUE GM.

12:24PM  14     Q.   THANK YOU.

12:24PM  15           THE GOVERNMENT MOVES INTO EVIDENCE EXHIBIT 4228.

12:24PM  16                MR. WADE:  NO OBJECTION.

12:24PM  17                THE COURT:  IT IS ADMITTED, AND IT MAY BE PUBLISHED.

12:24PM  18           (GOVERNMENT'S EXHIBIT 4228 WAS RECEIVED IN EVIDENCE.)

12:24PM  19                MR. BOSTIC:  LET'S LOOK AT THE BOTTOM OF PAGE 2.

12:24PM  20     AND ZOOM IN ON THE VERY BOTTOM MESSAGE.

12:25PM  21     Q.   DO YOU SEE AN EMAIL FROM MAXIMILIAN FOSQUE TO

12:25PM  22     DANIEL YOUNG, CHINMAY PANGARKAR, SUNNY BALWANI,

12:25PM  23     CHRISTIAN HOLMES ON SEPTEMBER 29TH, 2014?

12:25PM  24     A.   YES, I SEE THAT.

12:25PM  25     Q.   AND MR. FOSQUE WRITES, "A DOCTOR'S OFFICE HAS REPORTED A

12:25PM 1    POTENTIAL DISCREPANCY WITH OUR HCG RESULTS."

12:25PM 2         IS THAT RIGHT?

12:25PM 3    A.   YES.

12:25PM 4    Q.   AND LET'S TURN TO PAGE 3.  AND LET'S ZOOM IN ON THE TOP,

12:25PM 5    PLEASE.

12:25PM 6         THAT EMAIL GOES ON TO SAY, "ON OR AROUND SEPTEMBER 3RD OR

12:25PM 7    SEPTEMBER 4TH A PATIENT GOT HCG RESULTS FROM ANOTHER LAB 160

12:25PM 8    MILLIUNITS PER MILLILITER.  WITHIN 48 HOURS THE PATIENT CAME TO

12:25PM 9    WALGREENS (VISIT DATE 9/5) AND WE COLLECTED 1 EDTA CTN."

12:25PM 10        THAT MENTION OF COLLECTION IN THE CTN, WHAT DOES THAT

12:26PM 11   SIGNIFY TO YOU ABOUT THE METHOD OF DRAW?

12:26PM 12   A.   THAT WOULD BE A FINGERSTICK DRAW FOR RUN ON THE EDISON

12:26PM 13   INSTRUMENT.

12:26PM 14   Q.   THE EMAIL GOES ON, "WE REPORTED RESULTS OF OORL."

12:26PM 15        REMIND US, WHAT DOES THAT STAND FOR?

12:26PM 16   A.   OUT OF RANGE LOW.

12:26PM 17   Q.   AND IT SAYS, "LESS THAN 7.82 MILLIUNITS PER MILLILITER.

12:26PM 18   DUE TO THIS MEDICATIONS WERE DISCONTINUED.  HOWEVER, THE

12:26PM 19   PATIENT RETURNED ON SEPTEMBER 19TH WITH THE SAME TEST ORDERED

12:26PM 20   ALONG WITH PROGESTERONE.  WE THEN REPORTED HCG RESULTS OF

12:26PM 21   2150.01 MILLIUNITS PER MILLILITER (ALIQUOT TO CTN AND RUN ON

12:26PM 22   EDISON.)"

12:26PM 23        DO YOU SEE THAT?

12:26PM 24   A.   YES, I DO.

12:26PM 25   Q.   IT GOES ON TO SAY, "THE OFFICE IS INQUIRING AS TO WHY THE

12:26PM  1    FIRST RESULT WAS REPORTED AS A NEGATIVE, WHERE IN FACT IT IS

12:26PM  2    LIKELY IT SHOULD HAVE BEEN A POSITIVE VALUE."

12:26PM  3         DID YOU AGREE AT THE TIME WITH THE OFFICE'S CONCLUSION

12:26PM  4    ABOUT THE ACCURACY OF THIS TEST?

12:27PM  5         ACTUALLY, LET ME JUST ASK YOU, THE QUESTION IS, DO YOU

12:27PM  6    AGREE WITH THE OFFICE'S CONCLUSION ABOUT THE ACCURACY OF THESE

12:27PM  7    TESTS?

12:27PM  8    A.   YES.  YES, I DO.

12:27PM  9              MR. WADE:  OBJECTION, YOUR HONOR.

12:27PM  10              THE WITNESS:  OH, I'M SORRY.

12:27PM  11              THE COURT:  OVERRULED.

12:27PM  12   BY MR. BOSTIC:

12:27PM  13   Q.   SORRY.  YOU CAN FINISH YOUR ANSWER, DR. ROSENDORFF.

12:27PM  14   A.   I SEE THAT THE RESULTS ON 9/5 WAS LESS THAN 7.8, AND TWO

12:27PM  15   WEEKS LATER ON 9/19 THE RESULT WAS OVER 2000.  I CANNOT THINK

12:27PM  16   OF A CLINICAL SCENARIO THAT WOULD EXPLAIN THIS DISCREPANCY.

12:27PM  17   Q.   LET'S LOOK AT PAGE 1 IN THE TOP HALF OF THE PAGE, PLEASE.

12:27PM  18        DO YOU SEE AT THE BOTTOM OF THAT SELECTION AN EMAIL FROM

12:27PM  19   DANIEL YOUNG?

12:27PM  20   A.   YES.

12:27PM  21   Q.   AND THE EMAIL IS SENT TO INDIVIDUALS AT THERANOS,

12:28PM  22   INCLUDING SUNNY BALWANI AND CHRISTIAN HOLMES; IS THAT RIGHT?

12:28PM  23   A.   YES.

12:28PM  24   Q.   AND THE EMAIL STATES, "BASED ON THE INDIVIDUAL TIP DATE

12:28PM  25   FOR THE FINGERSTICK SAMPLE, THERE WERE 4 TIPS REPORTING OUT OF

12:28PM   1    RANGE LOW AND TWO REPORTING INVALID."

12:28PM   2         DO YOU SEE THAT?

12:28PM   3    A.   YES.

12:28PM   4    Q.   AND WHAT DOES IT MEAN FOR A TIP TO REPORT INVALID?

12:28PM   5    A.   THAT TIP IS UNABLE TO GENERATE A SIGNAL OR REPORT A VALUE.

12:28PM   6    Q.   DANIEL YOUNG GOES ON TO SAY, "IT IS POSSIBLE THAT A

12:28PM   7    PROCESSING ERROR OCCURRED, BUT WE REALLY DO NOT HAVE DIRECT

12:28PM   8    EVIDENCE OF ANY ERRORS BASED ON THIS DATA.

12:28PM   9         "FROM THE PATIENT HISTORY, GIVEN MEDICATION AND OTHER

12:28PM  10    FACTORS THAT WE DO NOT FULLY KNOW, THERE COULD HAVE BEEN SOME

12:28PM  11    UNUSUAL TRENDS IN THIS ANALYTE."

12:28PM  12         DO YOU SEE THAT?

12:28PM  13    A.   YES.

12:28PM  14    Q.   AND WAS DANIEL YOUNG A PHYSICIAN?

12:28PM  15    A.   NO.

12:28PM  16    Q.   WAS DANIEL YOUNG -- DID HE HAVE A POSITION IN THE CLINICAL

12:28PM  17    LAB AT THERANOS?

12:28PM  18    A.   DANIEL YOUNG WAS VERY INVOLVED IN THE CLIA LAB AFTER THE

12:29PM  19    TESTS WERE LAUNCHED.  HE WOULD OFTEN OFFER HIS OPINION AS TO

12:29PM  20    THE VALIDITY OF THE RESULTS.

12:29PM  21    Q.   WAS HE A CLS IN THE CLINICAL LAB?

12:29PM  22    A.   NO.

12:29PM  23    Q.   HOW ABOUT A CLA, IS THAT THE LEVEL BELOW?

12:29PM  24    A.   NO, HE WAS NOT.

12:29PM  25    Q.   DID HE HAVE ANY OFFICIAL TITLE IN CONNECTION WITH THE

| | | |
|---|---|---|
| 12:29PM | 1 | CLINICAL LAB? |
| 12:29PM | 2 | A.   HIS TITLE AT THE COMPANY WAS VICE PRESIDENT OF THERANOS |
| 12:29PM | 3 | SYSTEMS. |
| 12:29PM | 4 | Q.   LOOKING AT THE VERY TOP OF THE MESSAGE HERE, DO YOU SEE |
| 12:29PM | 5 | THAT ON SEPTEMBER 30TH, 2014, SUNNY BALWANI FORWARDED ALL OF |
| 12:29PM | 6 | THIS INFORMATION TO ELIZABETH HOLMES? |
| 12:29PM | 7 | A.   YES. |
| 12:29PM | 8 | Q.   LET'S LOOK NEXT AT EXHIBIT 1543, PLEASE. |
| 12:30PM | 9 | LET ME ASK, BEFORE WE MOVE ON TO THAT EXHIBIT, DO YOU |
| 12:30PM | 10 | RECALL LOOKING AT AN EXHIBIT WHERE YOU DIRECTED THAT NO |
| 12:30PM | 11 | ADDITIONAL HCG TESTING WAS GOING TO BE PERFORMED ON THE EDISON? |
| 12:30PM | 12 | A.   YES. |
| 12:30PM | 13 | Q.   AND DO YOU RECALL WHAT THE OUTCOME WAS OF THAT DECISION? |
| 12:30PM | 14 | A.   I DO NOT. |
| 12:30PM | 15 | Q.   WE LOOKED AT SOME EXAMPLES AFTER THAT DATE WHERE HCG WAS |
| 12:30PM | 16 | STILL RUN ON THE EDISON; IS THAT CORRECT? |
| 12:30PM | 17 | A.   YES.  SO MY INITIAL INSTRUCTIONS I BELIEVE WERE IN JUNE OF |
| 12:31PM | 18 | 2014.  I DON'T RECALL EXACTLY THE DATES, I'M SORRY. |
| 12:31PM | 19 | Q.   NO PROBLEM. |
| 12:31PM | 20 | LET'S GO BACK JUST BRIEFLY TO EXHIBIT 4147, PLEASE, WHICH |
| 12:31PM | 21 | IS IN EVIDENCE. |
| 12:31PM | 22 | A.   I'M SORRY, THAT WAS MAY.  GOT IT. |
| 12:31PM | 23 | Q.   IS THAT REFRESHING YOUR RECOLLECTION ABOUT WHEN THAT HAD |
| 12:31PM | 24 | HAPPENED? |
| 12:31PM | 25 | A.   YES. |

12:31PM  1    Q.   BASED ON THE EMAILS THAT WE HAVE LOOKED AT SINCE THAT,

12:31PM  2    DOES IT APPEAR THAT HCG WAS CONTINUED TO BE RUN ON THE EDISON

12:31PM  3    EVEN FOLLOWING THIS DECISION?

12:31PM  4    A.   CORRECT, THEY WERE NOT FOLLOWING MY DIRECTIVE.

12:31PM  5              MR. WADE:  LACK OF FOUNDATION.  HE ANSWERED THE

12:31PM  6    QUESTION --

12:31PM  7              THE COURT:  COULD YOU LAY A LITTLE MORE FOUNDATION

12:31PM  8    FOR THAT, PLEASE.

12:31PM  9    BY MR. BOSTIC:

12:31PM  10   Q.   DR. ROSENDORFF, ARE YOU AWARE OF INSTANCES FOLLOWING THIS

12:31PM  11   DATE WHERE THERANOS RAN THE HCG TEST ON THE EDISON?

12:31PM  12   A.   I WAS NOT AWARE.

12:31PM  13   Q.   OKAY.  ARE YOU AWARE OF THAT FACT TODAY?

12:31PM  14   A.   YES, I AM.

12:32PM  15   Q.   DO YOU HAVE EXHIBIT 1543 IN FRONT OF YOU?

12:32PM  16   A.   I HAVE IT NOW.

12:32PM  17   Q.   I'LL DIRECT YOUR ATTENTION TO PAGE 5 AND LOOKING AT THAT

12:32PM  18   PAGE, I'LL ASK YOU IF YOU RECOGNIZE AN EMAIL FROM YOU DIRECTED

12:32PM  19   TO DANIEL AND SUNNY?

12:32PM  20   A.   YES.

12:32PM  21   Q.   AND DO YOU KNOW WHO DANIEL AND SUNNY WOULD BE IN THIS

12:32PM  22   EMAIL?

12:32PM  23   A.   DANIEL YOUNG AND SUNNY BALWANI.

12:32PM  24   Q.   I'LL ASK YOU TO TURN TO PAGE 4.

12:32PM  25              AND DO YOU SEE AT THE BOTTOM OF PAGE 4 MS. HOLMES IS THEN

12:32PM  1    ADDED TO THE EMAIL CHAIN?

12:33PM  2    A.   YES, I DO.

12:33PM  3         MR. BOSTIC:  YOUR HONOR, MOVE TO ADMIT EXHIBIT 1543.

12:33PM  4         MR. WADE:  NO OBJECTION.

12:33PM  5         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:33PM  6    (GOVERNMENT'S EXHIBIT 1543 WAS RECEIVED IN EVIDENCE.)

12:33PM  7         MR. BOSTIC:  MS. HOLLIMAN, LET'S START WITH PAGE 5,

12:33PM  8    PLEASE.  LET'S ZOOM OWN IN ON THE EMAIL BEGINNING WITH DANIEL

12:33PM  9    AND SUNNY.

12:33PM  10   Q.   DO YOU SEE THE EMAIL ON FEBRUARY 19TH, 2014?

12:33PM  11   A.   YES.

12:33PM  12   Q.   AND IT SAYS, "WE HAVE BEEN GETTING A SPATE OF LOW HDL

12:33PM  13   VALUES."

12:33PM  14        IS THAT CORRECT?

12:33PM  15   A.   CORRECT.

12:33PM  16   Q.   AND CAN YOU EXPLAIN WHAT WAS HAPPENING AT THIS TIME AND

12:33PM  17   WHY YOU SENT THIS EMAIL?

12:33PM  18   A.   WE WERE GETTING PHYSICIAN QUERIES AND COMPLAINTS ABOUT LOW

12:34PM  19   HDL VALUES AND ABOUT THE CHOLESTEROL RESULTS IN GENERAL.

12:34PM  20   Q.   AND WHAT IS HDL?

12:34PM  21   A.   HIGH DENSITY LIPOPROTEIN.

12:34PM  22   Q.   AND WHAT IS THAT TEST ABOUT?

12:34PM  23   A.   IT IS IMPORTANT FOR CARDIO VASCULAR HEALTH.

12:34PM  24   Q.   AND THE REPORTS THAT YOU WERE GETTING FROM DOCTORS ABOUT

12:34PM  25   HDL VALUES COMING OUT OF THERANOS, DID THEY CAUSE YOU CONCERN

12:34PM 1    AT THE TIME?

12:34PM 2    A.   YES, THEY DID.

12:34PM 3    Q.   AND WHY IS THAT?

12:34PM 4    A.   AS MENTIONED IN THE EMAIL THESE ARE PATIENTS AND THE

12:34PM 5    GENERAL POPULATION, AND THEY'RE ALL SHOWING RESULTS IN THE

12:35PM 6    FIFTH PERCENTILE OR LESS.  ANOTHER 95 PERCENT OF FOLKS HAVE

12:35PM 7    HDL'S THAT ARE HIGHER.  STATISTICALLY THIS DOES NOT SEEM LIKELY

12:35PM 8    TO ME IN THE SPAN OF FOUR DAYS FROM 2-14 TO 2-18 THAT WE WOULD

12:35PM 9    BE GETTING THE SPATE OF LOW HDL'S.

12:35PM 10   Q.   AND WHAT DID THAT CAUSE YOU TO SUSPECT?

12:35PM 11   A.   A PROBLEM WITH THE ASSAY.

12:35PM 12   Q.   AND, IN FACT, YOU WRITE IN YOUR EMAIL, "WE HAVE BEEN

12:35PM 13   GETTING A SPATE OF LOW HDL VALUES.  I SUSPECT THAT OUR HDL

12:35PM 14   ASSAY HAS FAILED AND I DO NOT WANT TO REPORT OUT THIS RESULT

12:35PM 15   UNTIL WE FIX IT."

12:35PM 16       DO YOU SEE THAT?

12:35PM 17   A.   CORRECT.

12:35PM 18   Q.   AND WHAT DID YOU MEAN WHEN YOU SAID THAT YOU SUSPECTED

12:35PM 19   THAT THE HDL ASSAY HAD FAILED?

12:35PM 20   A.   I SUSPECTED THAT THE THERANOS HDL WAS NO LONGER WORKING.

12:35PM 21   Q.   DOES THAT MEAN NO LONGER PROVIDING ACCURATE RESULTS?

12:36PM 22   A.   CORRECT.

12:36PM 23   Q.   IS THIS ANOTHER INSTANCE WHERE A RELATIVELY SMALL NUMBER

12:36PM 24   OF PATIENT TEST RESULTS CAN INDICATE AN OVERALL PROBLEM WITH AN

12:36PM 25   ASSAY?

12:36PM  1    A.   YES.

12:36PM  2    Q.   LET'S LOOK AT THE BOTTOM OF PAGE 4, PLEASE.

12:36PM  3         DANIEL YOUNG RESPONDS TO SUNNY BALWANI AND

12:36PM  4    ELIZABETH HOLMES ABOUT THIS ISSUE; IS THAT CORRECT?

12:36PM  5    A.   YES.

12:36PM  6    Q.   HE WRITES, "AT FIRST GLANCE THE HDL QC DATA," IS THAT

12:36PM  7    QUALITY CONTROL DATA?

12:36PM  8    A.   YES.

12:36PM  9    Q.   AND "LOOKS TO BE RUNNING CONSISTENTLY LOW (VERY ROUGHLY

12:36PM 10    10 PERCENT LOW).  THESE QC DATA SHOULD HAVE RAISED AN ALARM

12:37PM 11    FLAG SEVERAL WEEKS AGO."

12:37PM 12         DO YOU SEE THAT?

12:37PM 13    A.   YES.

12:37PM 14    Q.   AND LET'S GO TO PAGE 1 OF THIS EXHIBIT TO SEE YOUR

12:37PM 15    RESPONSE.  AND LET'S LOOK AT THE TOP MESSAGE.

12:37PM 16         DO YOU SEE AN EMAIL THAT YOU SENT ON THIS ISSUE ON

12:37PM 17    FEBRUARY 19TH?

12:37PM 18    A.   YES.

12:37PM 19    Q.   AND THE EMAIL WAS SENT TO SUNNY BALWANI, DANIEL YOUNG, AND

12:37PM 20    MARK PANDORI?

12:37PM 21    A.   YES.

12:37PM 22    Q.   YOU WRITE, "THE QC DRIFT TO THE LOW SIDE WOULD DEFINITELY

12:37PM 23    NOT HAVE HELPED -- BUT WE'RE STILL WITHIN PROTOCOL."

12:37PM 24         CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

12:37PM 25    A.   YES.  THE LABORATORY WAS NOT PERMITTED TO RELEASE RESULTS

12:37PM   1    UNTIL THE QC HAD PASSED.  IF THE QC WAS 10 PERCENT LOWER THAN

12:37PM   2    OUR TARGET VALUE, THAT WOULD STILL ALLOW RESULTS TO BE

12:38PM   3    REPORTED.

12:38PM   4    Q.   AND SO HAD QC ACTUALLY PASSED IN THE CASE OF THIS

12:38PM   5    PARTICULAR ASSAY DURING THIS TIME PERIOD?

12:38PM   6    A.   YES.

12:38PM   7    Q.   DID THE FACT THAT THE ASSAY HAD PASSED QC REMOVE YOUR

12:38PM   8    CONCERNS ABOUT THE ACCURACY OF THOSE HDL RESULTS?

12:38PM   9    A.   NO.

12:38PM  10    Q.   WHY NOT?

12:38PM  11    A.   BASED ON MY CLINICAL EXPERIENCE AND THE FACT THAT ONLY

12:38PM  12    5 PERCENT OF THE POPULATION SHOULD HAVE HDL'S IN THIS RANGE, I

12:38PM  13    THOUGHT IT WAS VERY UNLIKELY THAT WE WOULD SEE A SPATE OF LOW

12:38PM  14    HDL'S LIKE THIS.

12:38PM  15    Q.   IS THIS AN EXAMPLE OF THE WAYS IN WHICH QC CANNOT PROTECT

12:38PM  16    AGAINST INACCURATE RESULTS GOING OUT?

12:38PM  17    A.   CORRECT.

12:38PM  18    Q.   LET'S GO BACK TO PAGE --

12:39PM  19    A.   I ALSO WANTED TO CLARIFY THAT THE QC MATERIAL IS A

12:39PM  20    DIFFERENT MATERIAL FROM ACTUAL PATIENT SAMPLES.

12:39PM  21    Q.   CAN YOU EXPLAIN THAT?  WHERE DOES QC MATERIAL COME FROM?

12:39PM  22    A.   IT'S MANUFACTURED IN THIS CASE BY BIORAD.  IT HAS

12:39PM  23    PRESERVATIVES, SALTS, PROTEINS, STABILIZERS, DETERGENT,

12:39PM  24    ET CETERA.  IT'S DESIGNED TO PERFORM LIKE SERUM.

12:39PM  25          THERE ARE NO QC MATERIALS FOR CAPILLARY BLOOD AS FAR AS

12:39PM  1    I'M AWARE.

12:39PM  2    Q.   ARE YOU MENTIONING THAT BECAUSE THAT'S ANOTHER REASON WHY

12:39PM  3    A LAB NEEDS TO PAY ATTENTION TO ACTUAL PATIENT RESULTS

12:39PM  4    THEMSELVES?

12:39PM  5    A.   YES, YES.

12:39PM  6    Q.   ON PAGE 3 OF THIS EXHIBIT.  LET'S ZOOM IN ON THE MIDDLE OF

12:40PM  7    THE PAGE, PLEASE, WHERE IT SAYS, "THE DATA LOOKS QUITE CLOSE."

12:40PM  8         AND, DR. ROSENDORFF, DO YOU SEE A MESSAGE THAT YOU SENT IN

12:40PM  9    THIS CHAIN?

12:40PM  10   A.   YES.

12:40PM  11   Q.   AND YOU TALK ABOUT FOR THE FIVE PATIENTS WITH LOW HDL

12:40PM  12   VALUES AND THEN YOU LIST THREE ITEMS?

12:40PM  13   A.   YES.  YES.

12:40PM  14   Q.   AND CAN YOU DESCRIBE WHAT THOSE ITEMS ARE AND WHY YOU

12:40PM  15   THOUGHT AT THE TIME THAT THEY MIGHT HAVE CONTRIBUTED TO THESE

12:40PM  16   PROBLEMS?

12:40PM  17   A.   SURE.  THE TECAN WAS THE LIQUID HANDLER THAT WAS

12:40PM  18   DISPENSING THE SALINE OR THE WATER TO DILUTE THE CAPILLARY

12:41PM  19   BLOOD SAMPLES, IT MAY HAVE BEEN AN ISSUE OF THE TECAN

12:41PM  20   OVERDILUTING, AND, THEREFORE, LOWERING THE HDL CONCENTRATION.

12:41PM  21        I DON'T RECALL WHAT MY THINKING WAS IN TERMS OF

12:41PM  22   PREANALYTIC COLLECTION ISSUE.

12:41PM  23        THE NEXT ISSUE IS REAGENT GETTING OLD AND SPORADICALLY

12:41PM  24   PRODUCING LOW RESULTS.  SO IF THE REAGENT IS BEYOND EXPIRATION

12:41PM  25   OR IS OLD, THEN IT'S NOT GOING TO WORK AS INTENDED.

12:41PM  1    Q.   AND WAS USE OF THE TECAN IN THAT DILUTION METHOD NECESSARY

12:41PM  2    WITH THE FDA APPROVED THIRD PARTY DEVICES?

12:41PM  3    A.   NO.

12:41PM  4    Q.   NUMBER 2 TALKS ABOUT, FOR EXAMPLE, BAD CTN'S.

12:41PM  5         DO YOU SEE THAT?

12:41PM  6    A.   YES.

12:41PM  7    Q.   AND WERE CTN'S USED WITH THE FDA APPROVED THIRD PARTY

12:41PM  8    DEVICES?

12:41PM  9    A.   NO.  IN THE CASE OF THE HCG EMAIL WE WERE REVIEWING

12:42PM  10   EARLIER, AN ATTEMPT WAS MADE TO USE A CTN WITH THE IMMULITE.

12:42PM  11   Q.   AND IS THAT THE BACKUP PLAN THAT WE WERE LOOKING AT

12:42PM  12   BEFORE?

12:42PM  13   A.   CORRECT.

12:42PM  14   Q.   BUT THAT WASN'T PART OF THERANOS'S NORMAL DEFAULT

12:42PM  15   WORKFLOW?

12:42PM  16   A.   CORRECT.

12:42PM  17   Q.   AND NUMBER 3 TALKS ABOUT REAGENT GETTING OLD; IS THAT

12:42PM  18   RIGHT?

12:42PM  19   A.   YES.

12:42PM  20   Q.   AND WHO MANUFACTURED THE REAGENT USED FOR THIS ASSAY?

12:42PM  21   A.   THERANOS.  I'M SORRY, I JUST WANT TO CLARIFY.  IN SOME

12:42PM  22   INSTANCES THERANOS MANUFACTURED THE CHEMISTRY REAGENTS AND

12:42PM  23   SOMETIMES THE SIEMENS REAGENTS WERE USED.

12:42PM  24   Q.   UNDERSTOOD.  THANK YOU.

12:42PM  25   A.   YEAH.

| | | |
|---|---|---|
| 12:42PM | 1 | Q.  WHO WAS RESPONSIBLE FOR MONITORING THE AGE OF REAGENTS |
| 12:43PM | 2 | USED AT THERANOS IN THE CLINICAL LAB? |
| 12:43PM | 3 | A.  THAT WOULD BE DELEGATED TO THE TECHNICAL SUPERVISOR. |
| 12:43PM | 4 | Q.  A THERANOS EMPLOYEE? |
| 12:43PM | 5 | A.  CORRECT. |
| 12:43PM | 6 | Q.  AND I'LL ASK YOU TO LOOK NOW AT EXHIBIT 1555, PLEASE. |
| 12:43PM | 7 | DO YOU SEE EXHIBIT 1555 IN FRONT OF YOU? |
| 12:43PM | 8 | A.  YES. |
| 12:43PM | 9 | Q.  AND IS THIS ANOTHER EMAIL CHAIN RELATING TO HDL VALUES AT |
| 12:43PM | 10 | THERANOS? |
| 12:43PM | 11 | A.  YES. |
| 12:43PM | 12 | Q.  AND DOES IT INCLUDE YOU, SUNNY BALWANI, AND |
| 12:43PM | 13 | ELIZABETH HOLMES? |
| 12:43PM | 14 | A.  YES. |
| 12:43PM | 15 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO |
| 12:43PM | 16 | ADMIT EXHIBIT 1555.  I UNDERSTAND IT'S BEEN STIPULATED TO. |
| 12:43PM | 17 | MR. WADE:  WE DO, YOUR HONOR. |
| 12:43PM | 18 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:44PM | 19 | (GOVERNMENT'S EXHIBIT 1555 WAS RECEIVED IN EVIDENCE.) |
| 12:44PM | 20 | MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 4, |
| 12:44PM | 21 | PLEASE.  LET'S ZOOM IN ON THE CONTENT OF THAT MIDDLE MESSAGE. |
| 12:44PM | 22 | Q.  DR. ROSENDORFF, DO YOU SEE AN EMAIL THAT YOU SENT ON |
| 12:44PM | 23 | FEBRUARY 20TH, 2014? |
| 12:44PM | 24 | A.  YES. |
| 12:44PM | 25 | Q.  AND THE EMAIL WAS SENT TO SUNNY BALWANI, DANIEL YOUNG, AND |

| 12:44PM | 1  | CC'ING ELIZABETH HOLMES; CORRECT? |
| 12:44PM | 2  | A.   YES. |
| 12:44PM | 3  | Q.   AND YOU SAY IN THE EMAIL, "I WOULD LIKE TO DISCONTINUE |
| 12:44PM | 4  | P-HDL TESTING, AND REVERT TO LIHEP VACUTAINER SAMPLES FOR HDL." |
| 12:44PM | 5  |      DO YOU SEE THAT? |
| 12:44PM | 6  | A.   YES. |
| 12:44PM | 7  | Q.   AND CAN YOU TRANSLATE THAT FOR US?  WHAT DOES THAT MEAN? |
| 12:44PM | 8  | A.   I BELIEVE THERE'S A TYPO OR AN ERROR IN THIS EMAIL. |
| 12:45PM | 9  |      WHAT I MEANT WAS I WOULD LIKE TO DISCONTINUE T-HDL TESTING |
| 12:45PM | 10 | AND THAT IS THE THERANOS METHOD AND REVERT TO LIHEP VACUTAINER |
| 12:45PM | 11 | SAMPLES FOR HDL. |
| 12:45PM | 12 | Q.   AND WHAT DOES THAT MEAN? |
| 12:45PM | 13 | A.   LITHIUM HEPARIN IS THE ANTICOAGULANT THAT IS PRESENT IN |
| 12:45PM | 14 | VACUTAINERS THAT ARE USED FOR COLLECTION OF VENOUS SAMPLES FOR |
| 12:45PM | 15 | HDL MEASUREMENT. |
| 12:45PM | 16 | Q.   SO WHAT WERE YOU ACTUALLY SUGGESTING HERE, DISCONTINUING |
| 12:45PM | 17 | THE T-HDL TESTING REGARDING TO LITHIUM HEPARIN VACUTAINER, WHAT |
| 12:45PM | 18 | EFFECT WOULD THAT HAVE? |
| 12:45PM | 19 | A.   I'M SORRY, COULD YOU REPEAT. |
| 12:45PM | 20 | Q.   SURE.  I'M JUST TRYING TO UNDERSTAND WHAT YOU WERE |
| 12:45PM | 21 | SUGGESTING HERE AND WHY. |
| 12:45PM | 22 | A.   I WAS SUGGESTING TO CONTINUE THE THERANOS HDL TEST AND TO |
| 12:46PM | 23 | GO BACK TO THE PREDICATE TESTING.  I DIDN'T FEEL THAT REPORTING |
| 12:46PM | 24 | THE HDL RESULTS USING THE THERANOS TEST WAS GOOD MEDICAL |
| 12:46PM | 25 | PRACTICE. |

12:46PM  1    Q.   AND WHY AT THAT TIME DID YOU FEEL THAT IT WASN'T GOOD

12:46PM  2    MEDICAL PRACTICE TO CONTINUE REPORTING THERANOS HDL TESTS?

12:46PM  3    A.   BECAUSE OF THE SPATE OF LOW HDL VALUES WERE BEING SEEN AND

12:46PM  4    THERE WAS ALSO A STUDY COMPARING THE PREDICATES OF THE THERANOS

12:46PM  5    TESTS FOR HDL WHICH SHOWED A NEGATIVE BIAS ON THE THERANOS TEST

12:46PM  6    FOR HDL THAT'S IN A PREVIOUS EMAIL.

12:46PM  7    Q.   YOU DECIDED TO SEND THIS EMAIL TO SUNNY BALWANI AND

12:46PM  8    INCLUDE ELIZABETH HOLMES; IS THAT RIGHT?

12:46PM  9    A.   CORRECT.

12:46PM  10   Q.   AND WHY DID YOU DECIDE TO SEND IT TO BOTH OF THEM?

12:46PM  11   A.   AT THIS POINT IN TIME I WASN'T CONFIDENT THAT RAISING

12:46PM  12   THESE CONCERNS TO SUNNY AND DANIEL WAS GOING TO HAVE AN IMPACT,

12:46PM  13   AND I WANTED TO MAKE SURE THAT ELIZABETH WAS AWARE OF THESE

12:47PM  14   PROBLEMS, AND I THOUGHT THAT ELIZABETH HAD MORE POWER WITHIN

12:47PM  15   THE COMPANY TO MAKE CORRECTIONS.

12:47PM  16   Q.   THIS REQUEST, THIS RECOMMENDATION TO DISCONTINUE THERANOS

12:47PM  17   TESTING OF HDL, WAS IT A BIG DEAL?

12:47PM  18   A.   YES.

12:47PM  19   Q.   WHY?

12:47PM  20   A.   HDL IS A PRETTY ROUTINELY MEASURED BREAD AND BUTTER

12:47PM  21   ANALYTE PATIENT TEST, AND MANY PATIENTS WALK INTO WALGREENS

12:47PM  22   WOULD HAVE GOTTEN THEIR CARDIO VASCULAR HEALTH CHECKED WITH A

12:47PM  23   CHOLESTEROL TEST THAT WOULD INCLUDE HDL.

12:47PM  24   Q.   AND SO YOU TESTIFIED THAT IT WAS A COMMON TEST.  WHY WOULD

12:47PM  25   IT MATTER, THOUGH, TO SWITCH IT FROM A THERANOS METHOD TO A

PREDICATE NON-THERANOS METHOD?

A.   I BELIEVE THAT THE PREDICATE METHOD WAS MORE ACCURATE.

     IN TERMS OF THE COMPANY, I GOT A LOT OF PUSHBACK WHEN I
SUGGESTED REVERTING TO THE PREDICATE METHODS.  THESE
SUGGESTIONS WERE MET WITH NEGATIVITY.  THEY DIDN'T GO DOWN WELL
WITH MANAGEMENT.

Q.   AND LET'S BE CLEAR ABOUT WHO WE ARE TALKING ABOUT.  WHEN
YOU SAY, "MANAGEMENT," WHO DO YOU MEAN SPECIFICALLY?

A.   SUNNY, ELIZABETH, AND DANIEL, YEAH.

Q.   LET'S LOOK AT PAGE 2 OF THIS EXHIBIT, PLEASE.  AND LET'S
ZOOM IN ON THE TOP HALF.

     THERE'S AN EMAIL FROM DANIEL YOUNG TO YOU, MR. BALWANI,
AND MS. HOLMES.

     DO YOU SEE THAT?

A.   YES.

Q.   AND HE SAYS, PLEASE HAVE THEM PREPARE FOR THE STUDY FOR
TOMORROW MORNING.

     DO YOU RECALL A STUDY TAKING PLACE AROUND THIS TIME
RELATING TO HDL?

A.   YES.  AS REFERENCED IN THE PREVIOUS EMAIL, I WAS TRYING TO
SOLVE THE PROBLEM.  THE FIRST STEP WOULD BE TO CONTINUE PATIENT
TESTING.  THE SECOND STEP WOULD BE TO COLLECT MATCHING SAMPLES,
FINGERSTICK AND VENOUS, FROM PATIENTS AND TO COMPARE THE
RESULTS THAT WE GOT TO VERIFY THAT WOULD ALLOW US TO DETECT ANY
SYSTEMATIC DIFFERENCES IN THOSE TWO METHODS AND TO START

12:49PM  1    TROUBLESHOOTING FROM THERE.

12:49PM  2    Q.   MR. BALWANI RESPONDS TO THAT GROUP, INCLUDING MS. HOLMES

12:49PM  3    AND YOU, SAYING, "WE MUST RESOLVE THIS ASAP.  DANIEL PUT

12:49PM  4    EVERYONE NEEDED ON THIS PROJECT INCLUDING SAM, EZER, NISHIT,

12:50PM  5    AND TINA.  WE CANNOT REVERT BACK TO VENIPUNCTURE FOR HDL."

12:50PM  6         I WANT TO ASK YOU, HE WRITES "WE CANNOT REVERT BACK TO

12:50PM  7    VENIPUNCTURE FOR HDL."

12:50PM  8         DID YOU HAVE CONVERSATIONS WITH MR. BALWANI AROUND THIS

12:50PM  9    TIME ABOUT THIS ISSUE OF REVERTING BACK TO THE PREDICATE

12:50PM  10   METHOD?

12:50PM  11   A.   I DON'T RECALL THE SPECIFIC CONVERSATION ABOUT REVERTING

12:50PM  12   BACK FOR HDL.  IN GENERAL THERE WERE MANY CONVERSATIONS WITH

12:50PM  13   HIM ABOUT REVERTING BACK TO VENIPUNCTURE THAT WERE MET WITH

12:50PM  14   HOSTILITY.

12:50PM  15   Q.   DO YOU EVER RECALL A SITUATION WHERE MR. BALWANI WAS

12:50PM  16   ENTHUSIASTIC OR FAVORABLE ABOUT THE IDEA OF TAKING A TEST OFF

12:50PM  17   OF A THERANOS EQUIPMENT AND PUTTING IT BACK ON THE PREDICATE

12:50PM  18   DEVICE?

12:50PM  19   A.   NO.

12:50PM  20   Q.   HOW ABOUT MS. HOLMES?  DO YOU EVER RECALL A SITUATION

12:50PM  21   WHERE SHE WAS HAPPY ABOUT THE IDEA OF TAKING AN ASSAY OFF OF A

12:50PM  22   THERANOS ANALYZER AND PUTTING IT BACK ON AN FDA APPROVED

12:51PM  23   DEVICE?

12:51PM  24   A.   NO, SHE WAS NOT HAPPY ABOUT THAT IDEA.

12:51PM  25   Q.   LET'S LOOK NEXT AT EXHIBIT 4116.

12:51PM   1          YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT EXHIBIT 4116.  I

12:51PM   2   UNDERSTAND THE DEFENSE HAS STIPULATED.

12:51PM   3          MR. WADE:  WE HAVE, YOUR HONOR.

12:51PM   4          THE COURT:  IT'S ADMITTED WITHOUT OBJECTION.

12:51PM   5       BEFORE YOU BEGIN EXAMINATION ON THIS, LADIES AND

12:51PM   6   GENTLEMEN, WHY DON'T YOU STAND UP AND STRETCH FOR JUST A

12:51PM   7   MOMENT.

12:51PM   8       PARDON ME, MR. BOSTIC.  PARDON ME, DR. ROSENDORFF.  YOU

12:51PM   9   MAY STRETCH, TOO.

12:51PM  10       (GOVERNMENT'S EXHIBIT 4116 WAS RECEIVED IN EVIDENCE.)

12:51PM  11          MR. BOSTIC:  NO PROBLEM.  THANK YOU, YOUR HONOR.

12:51PM  12       (STRETCHING.)

12:51PM  13          THE COURT:  AND EVERYONE ELSE, TOO.

12:52PM  14       THANK YOU VERY MUCH, LADIES AND GENTLEMEN.

12:52PM  15       MR. BOSTIC.

12:52PM  16          MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:52PM  17   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL ON THE SCREEN WITH A

12:52PM  18   SUBJECT LINE C02 OR BICARBONATE ISSUE?

12:52PM  19   A.   YES.

12:52PM  20   Q.   AND WHAT IS C02 OR BICARBONATE IN THE CONTEXT OF

12:52PM  21   LABORATORY TESTING?

12:52PM  22   A.   C02 IS A GAS THAT IS ELIMINATED BY THE LUNGS.  IF YOU

12:53PM  23   RETAIN C02, IT COULD INDICATE A LUNG PROBLEM.

12:53PM  24   Q.   LET'S LOOK AT PAGE 2 OF THIS EXHIBIT -- ACTUALLY LET'S GO

12:53PM  25   BACK TO PAGE 1.  LET'S ZOOM IN ON THE TOP HALF OF THE PAGE OR

12:53PM    1    ACTUALLY THE MIDDLE OF THE PAGE CAPTURING THE WHOLE EMAIL

12:53PM    2    MESSAGE.

12:53PM    3          ARE YOU LOOKING, DR. ROSENDORFF, AT AN EMAIL THAT YOU SENT

12:53PM    4    ON MARCH 31ST, 2014?

12:53PM    5    A.   YES, SIR.

12:53PM    6    Q.   AND YOU SENT IT TO MR. BALWANI AND MARK PANDORI; IS THAT

12:53PM    7    CORRECT?

12:53PM    8    A.   YES.

12:53PM    9    Q.   AND THIS EMAIL, LIKE SOME OTHERS THAT WE HAVE SEEN, IS

12:53PM   10    MARKED IMPORTANCE HIGH; IS THAT RIGHT?

12:53PM   11    A.   YES.

12:53PM   12    Q.   YOU WRITE, "HI SUNNY.  AT LEAST TWO-THIRDS OF OUR PATIENTS

12:53PM   13    ARE READING BELOW THE NORMAL RANGE FOR BICARBONATE."  YOU

12:54PM   14    PROVIDE THE RANGE.

12:54PM   15          YOU DO NOT EXPECT -- OR YOU SAY, "I DO NOT EXPECT

12:54PM   16    OUTPATIENTS TO HAVE ABNORMAL BICARB VALUES.  CURTIS'S STUDY

12:54PM   17    WITH SIX DAYS OF DATA, (24 DATA POINTS) ALSO SHOWS THAT BICARB

12:54PM   18    IS READING 30 PERCENT LOWER THAN MATCHED VENOUS EVEN AFTER

12:54PM   19    CORRECTION OF THE VALUE FOR BIAS."

12:54PM   20          CAN YOU EXPLAIN WHAT THE ISSUE WAS HERE AND WHY YOU WERE

12:54PM   21    BRINGING IT TO MR. BALWANI'S ATTENTION?

12:54PM   22    A.   OBJECTIVELY TWO-THIRDS OF THE PATIENT'S RESULTS WERE

12:54PM   23    COMING BACK BELOW THE NORMAL RANGE FOR BICARBONATES, AND THAT

12:54PM   24    WAS JUST A FACT.

12:54PM   25          CLINICALLY, I DID NOT EXPECT HEALTHY PATIENTS TO HAVE LOW

12:54PM   1    BICARBONATE VALUES.  I'M REFERENCING CURTIS, SCHNEIDER I

12:55PM   2    BELIEVE HIS LAST NAME WAS, A RESEARCH AND DEVELOPMENT SCIENTIST

12:55PM   3    WHO HAD DONE A STUDY OF MATCHING VENOUS AND FINGERSTICK SAMPLES

12:55PM   4    AND HE FOUND BASED ON 24 DATA POINTS THAT THE BICARBONATE WAS

12:55PM   5    READING 20 PERCENT LOWER IN THE FINGERSTICK VERSUS THE MATCHED

12:55PM   6    VENOUS.

12:55PM   7    Q.   NOW, WHAT DOES THAT MEAN THE BICARB WAS READING 30 PERCENT

12:55PM   8    LOWER IN FINGERSTICK THAN MATCHED VENOUS?  CAN YOU EXPLAIN?

12:55PM   9    A.   SURE.  SO THESE WOULD BE FOLKS, AND I BELIEVE THEY WERE

12:55PM  10    THERANOS EMPLOYEES, WHERE THE EMPLOYEES WOULD BE PAID MONEY TO

12:55PM  11    GET THEIR BLOOD DRAWN FROM THEIR ARM, A VENOUS DRAW, AND THEN

12:55PM  12    THEY WOULD ALSO GET THEIR FINGERS PRICKED.  THE BLOOD FROM THE

12:55PM  13    ARM, THE VENOUS BLOOD, WOULD GO TO THE PREDICATE INSTRUMENT.

12:55PM  14    SO THE BICARB WOULD BE MEASURED ON THAT.

12:55PM  15         AND THEN THE FINGERSTICK WOULD GO TO THE -- WOULD ALSO GO

12:55PM  16    TO THE PREDICATE INSTRUMENT, BUT IT WOULD BE RUN ON THE

12:56PM  17    THERANOS LAB DEVELOPED TESTS AND THEN THOSE WOULD BE COMPARED

12:56PM  18    TO EACH OTHER.

12:56PM  19    Q.   AND THIS SEEMS TO BE DISCUSSING THE DISCREPANCY BETWEEN

12:56PM  20    THOSE TWO TYPES OF RESULTS; IS THAT RIGHT?

12:56PM  21    A.   CORRECT, CORRECT.

12:56PM  22    Q.   AND WAS THAT VIEWED AS A PROBLEM AT THERANOS?

12:56PM  23    A.   IT WAS VIEWED AS A PROBLEM.  ROSE EDMONDS AND OTHER R&D

12:56PM  24    SCIENTISTS THOUGHT IT WAS A BIG PROBLEM.  I THOUGHT IT WAS A

12:56PM  25    PROBLEM.  I DON'T RECALL WHAT THE OPINION OF MANAGEMENT WAS,

| | |
|---|---|
| 12:56PM | 1 |
| 12:56PM | 2 |
| 12:56PM | 3 |
| 12:56PM | 4 |
| 12:56PM | 5 |
| 12:57PM | 6 |

12:56PM  1    BUT I'LL JUST STOP THERE.  OKAY.

12:56PM  2    Q.  WHY IS THIS A CAUSE FOR CONCERN IF THERE'S A MISMATCH

12:56PM  3    BETWEEN A FINGERSTICK SAMPLE AND A VEIN SAMPLE, WHY IS THAT A

12:56PM  4    PROBLEM?

12:56PM  5    A.  WELL, SAY, FOR INSTANCE, YOU HAD A PATIENT WITH A HIGH

12:57PM  6    BICARBONATE VALUE AND THEN WE MEASURE THEIR BICARBONATE BY

12:57PM  7    FINGERSTICK AND WE SHOW THAT IT IS IN THE NORMAL RANGE, WE

12:57PM  8    WOULDN'T KNOW IF IT WAS TRULY NORMAL OR IF THERE WAS A PROBLEM

12:57PM  9    WITH THE ASSAY.

12:57PM  10       MY LEADING THEORY WAS THAT THE GAS WOULD ESCAPE FROM THE

12:57PM  11   CTN'S AND THEN RESULTING IN LOWER BICARBONATE MEASUREMENTS.

12:57PM  12   Q.  SO DID THESE ISSUES HAVE YOU CAUSE YOU TO HAVE CONCERNS

12:57PM  13   ABOUT THE ACCURACY OF THE OVERALL THERANOS BICARBONATE TESTS?

12:57PM  14   A.  YES.  I BELIEVE EARLY ON WE STOPPED REPORTING BICARBONATE

12:57PM  15   VALUES IN THE PATIENT REPORTS.

12:57PM  16   Q.  YOU MENTIONED THAT YOU THOUGHT A POSSIBLE CAUSE MIGHT BE

12:57PM  17   GAS ESCAPING FROM THE CTN'S?

12:57PM  18   A.  CORRECT.

12:57PM  19   Q.  AND WERE CTN'S USED FOR FDA APPROVED TESTING ON THE

12:58PM  20   PREDICATE DEVICES?

12:58PM  21   A.  NO.

12:58PM  22   Q.  SO, IN OTHER WORDS, IS THIS A DISADVANTAGE OF THERANOS'S

12:58PM  23   APPROACH?

12:58PM  24   A.  YES.

12:58PM  25   Q.  ON PAGE 1, IF WE CAN ZOOM OUT AND ZOOM BACK IN ON THE VERY

12:58PM  1      TOP OF THE PAGE.

12:58PM  2           THERE'S AN EMAIL FROM SUNNY BALWANI TO DANIEL YOUNG,

12:58PM  3      PAUL PATEL, AND SAMARTHA ANEKAL.

12:58PM  4           DO YOU SEE THAT?

12:58PM  5      A.   YES.

12:58PM  6      Q.   AND HE CC'S ELIZABETH HOLMES; IS THAT RIGHT?

12:58PM  7      A.   YES.

12:58PM  8      Q.   AND FORWARDS THE INFORMATION BELOW; IS THAT CORRECT?

12:58PM  9      A.   YES.

12:58PM  10     Q.   LET'S LOOK NEXT AT EXHIBIT 4189.

12:59PM  11          YOUR HONOR, THE GOVERNMENT MOVES EXHIBIT 4189 INTO

12:59PM  12     EVIDENCE.  I BELIEVE THERE'S A STIPULATION.

12:59PM  13               MR. WADE:  THERE IS, YOUR HONOR.

12:59PM  14               THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

12:59PM  15     PUBLISHED.

12:59PM  16          (GOVERNMENT'S EXHIBIT 4189 WAS RECEIVED IN EVIDENCE.)

12:59PM  17               THE WITNESS:  I DON'T APPEAR TO HAVE THAT.  I'LL

12:59PM  18     JUST LOOK AT IT ON THE SCREEN IF THAT'S ACCEPTABLE.

12:59PM  19               MR. BOSTIC:  THAT'S FINE.  THANK YOU.  APOLOGIES FOR

12:59PM  20     THAT.

12:59PM  21     Q.   THIS ONE IS EASY TO SEE ON THE SCREEN BECAUSE IT'S ONLY

12:59PM  22     ONE PAGE.  LET'S START WITH YOUR EMAIL AT THE TOP.  IF WE CAN

12:59PM  23     ZOOM IN ON THE EMAIL AT THE TOP PORTION OF THE PAGE.

12:59PM  24          THANK YOU, MS. HOLLIMAN.

12:59PM  25          DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU TO

12:59PM  1    SUNNY BALWANI ON AUGUST 27TH, 2014?

12:59PM  2    A.   YES.

12:59PM  3    Q.   AND IS THIS MORE DISCUSSION ABOUT C02 OR BICARBONATE

12:59PM  4    RESULTS?

12:59PM  5    A.   YES.

12:59PM  6    Q.   AND YOUR EMAIL TO MR. BALWANI SAYS, "SUNNY, I AM THINKING

01:00PM  7    THAT SINCE WE VOID ALL ABNORMAL BICARBONATE RESULTS, THE TEST

01:00PM  8    HAS LOST ALL DIAGNOSTIC VALUE AND PROBABLY ALSO RELIABILITY

01:00PM  9    WHEN RESULTS ARE REPORTED IN THE NORMAL RANGE."

01:00PM 10         DO YOU SEE THAT?

01:00PM 11    A.   YES.

01:00PM 12    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS AND WHY YOU FELT THE

01:00PM 13    NEED TO TELL SUNNY THIS?

01:00PM 14    A.   I BELIEVED IT WAS VERY LIKELY THAT C02 WAS ESCAPING FROM

01:00PM 15    THE CTN'S.  AFTER COLLECTION AND TRANSPORTATION TO THE LAB, THE

01:00PM 16    BICARBONATE THAT WE WERE MEASURING WAS MUCH, MUCH LOWER THAN

01:00PM 17    THE PATIENT'S TRUE BICARBONATE LEVEL; THAT THE BICARBONATE TEST

01:00PM 18    LOSS ITS DIAGNOSTIC VALUE BECAUSE IT WASN'T REFLECTING THE TRUE

01:00PM 19    BICARBONATE LEVEL IN THE PATIENT.

01:00PM 20         AND THEN I POSE A SCENARIO WHERE A PATIENT HAS A TRULY

01:00PM 21    HIGH BICARBONATE BUT BECAUSE THE C02 IS ESCAPING FROM THE CTN,

01:01PM 22    THE BICARBONATE THEN COMES DOWN INTO THE NORMAL RANGE, AND,

01:01PM 23    THEREFORE, WE WERE REPORTING A FALSELY NORMAL BICARBONATE VALUE

01:01PM 24    WHEN, IN FACT, THE RESULT SHOULD BE HIGH.

01:01PM 25    Q.   AND WHY WOULD THAT BE A PROBLEM FOR A PATIENT TO GET A

01:01PM   1    FALSELY NORMAL BICARBONATE RESULT?

01:01PM   2    A.   A PATIENT MIGHT HAVE SOME KIND OF OBSTRUCTIVE LUNG DISEASE

01:01PM   3    THAT WOULD BE CAUSING THEM TO TRAP C02, IT WOULD EXPECT THEM TO

01:01PM   4    HAVE A HIGH BICARBONATE VALUE, AND THIS WOULD BE MISLEADING TO

01:01PM   5    THE CLINICIAN REGARDING THOSE KINDS OF MEDICAL PROBLEMS.

01:01PM   6    Q.   LET'S -- FIRST OF ALL, LET ME SEE IF YOU NOTE THAT AT THE

01:01PM   7    TOP OF THIS PAGE MR. BALWANI FORWARDS YOUR MESSAGE TO

01:01PM   8    ELIZABETH HOLMES ON AUGUST 27TH, 2014; IS THAT RIGHT?

01:02PM   9    A.   YES.

01:02PM  10    Q.   LET'S ZOOM OUT AND LOOK AT THE MESSAGE BELOW THIS ONE.

01:02PM  11         THIS IS AN EMAIL FROM MAX FOSQUE TO THE CLS EMAIL GROUP;

01:02PM  12    IS THAT CORRECT?

01:02PM  13    A.   CORRECT.  AND I'M CC'D AS WELL AS CHRISTIAN.

01:02PM  14    Q.   THANK YOU.  AND THE SUBJECT LINE IS VOIDED C02 RESULTS.

01:02PM  15    THIS WAS THE ORIGINAL EMAIL IN THAT CHAIN; IS THAT RIGHT?

01:02PM  16    A.   YES.

01:02PM  17    Q.   AND THE EMAIL READS, "ALL, PER ELIZABETH'S REQUEST, IN THE

01:02PM  18    SHORT TERM, PLEASE DO NOT PUT ANY COMMENT/NOTE ON THE RESULT

01:02PM  19    REPORT IF C02 VALUES ARE VOIDED.  IF DOCTORS CALL TO INQUIRE,

01:02PM  20    WE HAVE PROVIDED THE FOLLOWING MESSAGING TO THE CUSTOMER

01:02PM  21    SERVICE TEAM:

01:02PM  22         "'C02 RESULTS WERE NOT REPORTED DUE TO TEMPORARY

01:03PM  23    UNAVAILABILITY OF THIS TEST FOR THIS SAMPLE.  WE ARE GROWING AS

01:03PM  24    FAST AS WE CAN AND ARE WORKING TO ENSURE THIS DOES NOT HAPPEN

01:03PM  25    GOING FORWARD.  WE APOLOGIZE FOR THE TEMPORARY INCONVENIENCE.'"

01:03PM   1          DO YOU SEE THAT?

01:03PM   2     A.   YES.

01:03PM   3     Q.   DID YOU HAVE THOUGHTS AT THE TIME WHETHER THAT MESSAGE

01:03PM   4     ACCURATELY DESCRIBED WHAT WAS HAPPENING WITH THE BICARBONATE

01:03PM   5     TEST AT THERANOS?

01:03PM   6     A.   I DID NOT SEE ANY EFFORTS WITHIN THE COMPANY TO RECTIFY

01:03PM   7     THIS PROBLEM, THEREFORE, I DID NOT THINK THAT IT WAS A

01:03PM   8     TEMPORARY PROBLEM.  I FIRMLY BELIEVED IT WOULD BE A PERMANENT

01:03PM   9     PROBLEM, AND I DON'T THINK THIS MESSAGING IS TRANSPARENT.

01:03PM  10     Q.   WERE YOU SATISFIED WITH THE SOLUTION OF SIMPLY AVOIDING

01:03PM  11     BICARBONATE TEST RESULTS IN RESPONSE TO THIS PROBLEM?

01:03PM  12     A.   I FELT AT THE TIME A BETTER SOLUTION WOULD BE NOT TO OFFER

01:03PM  13     THE TEST, DON'T HAVE IT ON THE ORDER FORM AS AN AVAILABLE TEST

01:04PM  14     IF WE KNOW WE CAN'T PERFORM IT.

01:04PM  15     Q.   AND WHY IS THAT?  WHAT IS THE DIFFERENCE BETWEEN NOT

01:04PM  16     OFFERING THE TEST IN THE FIRST PLACE OR JUST VOIDING THE

01:04PM  17     RESULTS IF YOU'RE NOT CONFIDENT IN THEM?

01:04PM  18     A.   BECAUSE A DOCTOR HAS MADE A DECISION THAT HE OR SHE WANTS

01:04PM  19     TO SEE THE BICARBONATE VALUE FOR A PATIENT FOR THEIR CLINICAL

01:04PM  20     CARE.  HIS OR HER EXPECTATION IS THAT THIS RESULT WILL BE

01:04PM  21     RETURNED TO THEM IN A TIMELY MANNER AND WILL BE ACCURATE.

01:04PM  22          THE COMPANY KNOWS THAT THEY'RE UNABLE TO DO BICARBONATE

01:04PM  23     TESTING, YET THEY'RE MESSAGING IS THAT IT'S TEMPORARILY

01:04PM  24     UNAVAILABLE.

01:04PM  25     Q.   LET'S LOOK AT EXHIBIT 2009, PLEASE, AND WE'LL LOOK AT A

01:04PM  1    DIFFERENT ASSAY.  LET ME KNOW WHEN YOU GET TO EXHIBIT 2009 IN

01:05PM  2    YOUR BINDER.

01:05PM  3    A.   GOT IT.

01:05PM  4    Q.   AND I'LL DIRECT YOU TO -- WELL, LOOKING AT THIS EMAIL

01:05PM  5    CHAIN.  IS THIS AN EMAIL CHAIN BETWEEN YOU AND OTHER EMPLOYEES

01:05PM  6    AT THERANOS INCLUDING SUNNY BALWANI?

01:05PM  7    A.   YES.  IT'S -- THE FIRST EMAIL IS FROM MYSELF TO SUNNY AND

01:05PM  8    TO MAX FOSQUE.

01:05PM  9    Q.   AND DOES EMAIL RELATE TO LAB TEST RESULTS GENERATED IN

01:05PM  10   THERANOS?

01:05PM  11   A.   YES.

01:05PM  12        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES INTO

01:05PM  13   EVIDENCE GOVERNMENT'S EXHIBIT 2009.

01:05PM  14        MR. WADE:  NO OBJECTION, YOUR HONOR.

01:05PM  15        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:05PM  16   (GOVERNMENT'S EXHIBIT 2009 WAS RECEIVED IN EVIDENCE.)

01:06PM  17        MR. BOSTIC:  ACTUALLY, MS. HOLLIMAN, LET'S TAKE THIS

01:06PM  18   DOWN AND REDACT THE PATIENT NAME AND DATE OF BIRTH.

01:06PM  19   Q.   IN THE MEANTIME, DR. ROSENDORFF, LET ME ASK YOU WHAT IS

01:06PM  20   TESTOSTERONE AND HOW IS THAT ASSAY USED?

01:06PM  21   A.   TESTOSTERONE IS A HORMONE THAT IS PRESENT IN MALES AND TO

01:06PM  22   A MUCH LESSER EXTENT IN FEMALES AND IT IS THOUGHT TO BE

01:06PM  23   IMPORTANT FOR LEVELS IN MALES, SEXUAL DRIVE, AND JUST -- IT'S

01:06PM  24   ALSO IMPORTANT FOR BUILDING MUSCLE.

01:06PM  25   Q.   AND DID THERANOS OFFER ANY TESTOSTERONE TESTS?

01:06PM   1    A.   YES.

01:06PM   2    Q.   AND WHAT DEVICE WAS USED TO RUN THE THERANOS TEST AT --

01:07PM   3    EXCUSE ME.  WHAT DEVICE WAS USED TO RUN THE TESTOSTERONE TEST

01:07PM   4    AT THERANOS?

01:07PM   5    A.   AT THIS POINT IN TIME IT WAS THE EDISON.

01:07PM   6    Q.   THANK YOU, MS. HOLLIMAN.

01:07PM   7         LET'S GO TO PAGE 2 OF THIS EXHIBIT.

01:07PM   8              MR. WADE:  COUNSEL, WE SHOULD PROBABLY TAKE THIS

01:07PM   9    PAGE DOWN FOR THE SAME REASON.

01:07PM  10              MR. BOSTIC:  THERE'S MORE REDACTION TO BE DONE.

01:07PM  11         WE CAN MOVE ON FROM THIS ONE MORE NOW.

01:07PM  12    Q.   LET'S LOOK AT EXHIBIT 5397, PLEASE, DR. ROSENDORFF.

01:07PM  13         DO YOU HAVE 5397 IN FRONT OF YOU?

01:08PM  14    A.   I DO.

01:08PM  15    Q.   AND IS EXHIBIT 5397 ANOTHER EMAIL CHAIN BETWEEN YOU AND

01:08PM  16    OTHER INDIVIDUALS AT THERANOS?

01:08PM  17    A.   YES.

01:08PM  18    Q.   AND DOES THIS EMAIL RELATE TO LABORATORY RESULTS GENERATED

01:08PM  19    BY THERANOS?

01:08PM  20    A.   YES.

01:08PM  21              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:08PM  22    ADMIT EXHIBIT 5397.

01:08PM  23              MR. WADE:  NO OBJECTION, YOUR HONOR.

01:08PM  24              THE COURT:  ARE THERE REDACTIONS NEEDED ON THIS ONE

01:08PM  25    AS WELL?

01:08PM  1              MR. BOSTIC:  I BELIEVE THIS ONE THE REDACTIONS ARE

01:08PM  2      COMPLETE, YOUR HONOR.

01:08PM  3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:08PM  4              MR. BOSTIC:  THANK YOU.

01:08PM  5          (GOVERNMENT'S EXHIBIT 5397 WAS RECEIVED IN EVIDENCE.)

01:08PM  6      BY MR. BOSTIC:

01:08PM  7      Q.   DR. ROSENDORFF, I'LL DIRECT YOUR ATTENTION TO THE BOTTOM

01:08PM  8      HALF OF THIS PAGE.

01:09PM  9          LET'S ZOOM IN IF WE CAN.

01:09PM 10          DO YOU SEE THAT THIS EMAIL CHAIN BEGINS WITH SOMEONE NAMED

01:09PM 11      STEVE MORIN TO YOU ON NOVEMBER 4TH, 2014?

01:09PM 12      A.   YES.

01:09PM 13      Q.   AND THE SUBJECT LINE IS REDRAW REQUEST?

01:09PM 14      A.   YES.

01:09PM 15      Q.   AND WHO WAS STEVE MORIN AT THERANOS?  DO YOU REMEMBER?

01:09PM 16      A.   I REMEMBER THAT HE HAD HIS CLINICAL LABORATORY SCIENTIST

01:09PM 17      QUALIFICATION.  I DON'T REMEMBER IF HE WAS A CLS OR A

01:09PM 18      SUPERVISOR.

01:09PM 19      Q.   AND THE TEXT OF THE EMAIL SAYS, "FOR PATIENT," AND THEN

01:09PM 20      THE PATIENT NAME IS REMOVED, "FOR VITAMIN D ON CTN, SAMPLE

01:09PM 21      INTEGRITY, LIPEMIC, RESULTS NOT CONSISTENT."

01:09PM 22          DO YOU SEE THAT?

01:09PM 23      A.   YES.

01:09PM 24      Q.   AND CAN YOU EXPLAIN WHAT THAT IS CONVEYING?

01:09PM 25      A.   I DON'T KNOW WHAT HE MEANS BY SAMPLE INTEGRITY, LIPEMIC.

01:10PM    1     I DO KNOW WHAT HE MEANS BY RESULTS NOT CONSISTENT.

01:10PM    2     Q.   CAN YOU EXPLAIN THAT FOR US?

01:10PM    3     A.   HE'S SAYING THERE WAS ONE RUN WHERE THE VITAMIN D RESULT

01:10PM    4     WAS 132 AND THEN THE EXTRA RUN IT WAS GREATER THAN 200.

01:10PM    5     Q.   AND HOW IS THE VITAMIN D TEST USED IN THE MEDICAL SETTING?

01:10PM    6     A.   IT'S USED TO ASSESS NUTRITIONAL STATUS AND VITAMIN D IS

01:10PM    7     ALSO IMPORTANT FOR BONE HEALTH.

01:10PM    8     Q.   WHEN MR. MORIN IS REFERENCING A FIRST RUN OF THE VALUE OF

01:10PM    9     132 AND A NEXT RUN OORH.

01:10PM   10          WHAT DOES OORH STAND FOR?

01:10PM   11     A.   OUT OF RANGE HIGH.

01:10PM   12     Q.   AND WOULD THAT SIGNIFY A VALUE GREATER THAN 200?

01:11PM   13     A.   CORRECT.

01:11PM   14     Q.   AND WHEN HE SAYS FIRST RUN AND NEXT RUN, WHAT IS THAT

01:11PM   15     REFERRING TO?

01:11PM   16     A.   TWO CONSECUTIVE RUNS ON THE SAME SAMPLE.

01:11PM   17     Q.   AND THAT WAS MY QUESTION, THESE ARE TWO RUNS FROM THE SAME

01:11PM   18     BLOOD SAMPLE FROM THE SAME PATIENT?

01:11PM   19     A.   I BELIEVE SO.

01:11PM   20     Q.   AND DOES THAT MEAN THAT YOU EXPECT THEM TO HAVE THE SAME

01:11PM   21     OR VERY SIMILAR VALUES?

01:11PM   22     A.   CORRECT.   CORRECT.

01:11PM   23     Q.   AND YOUR RESPONSE TO MR. MORIN ABOVE SAYS, "STEVE, WOULD

01:11PM   24     THE FACT THAT THE SAMPLE IS LIPEMIC ACCOUNT FOR THE DISCREPANT

01:11PM   25     RESULTS?  I THINK IT WOULD MERELY INTRODUCE A CONSISTENT BIAS.

01:11PM 1    THIS MAKES ME WORRY ABOUT THE REPRODUCIBILITY OF THE ASSAY."

01:11PM 2        DO YOU SEE THAT?

01:11PM 3    A.   YES.

01:11PM 4    Q.   AND DID IT GIVE YOU CONCERNS ABOUT THE REPRODUCTION OF THE

01:11PM 5    SIEMENS ADVIA?

01:11PM 6    A.   YES.

01:11PM 7    Q.   AND DOES REPRODUCIBILITY HAVE ANYTHING TO DO WITH ACCURACY

01:12PM 8    OR RELIABILITY?

01:12PM 9    A.   YES.  IT HAS TO DO WITH THE RELIABILITY OF THE TEST.

01:12PM 10   Q.   HOW SO?

01:12PM 11   A.   WELL, FOR INSTANCE, THERE ARE OCCASIONS WHERE YOU NEED TO

01:12PM 12   RERUN A TEST FOR WHATEVER REASON AND YOU WANT TO MAKE SURE THAT

01:12PM 13   THE ORIGINAL VALUE AND THE REPEAT VALUE ARE CLOSE TOGETHER.

01:12PM 14       IF, IF THE RESULT ON THE REPEAT TESTING IS ALL OVER THE

01:12PM 15   PLACE, THAT JUST BRINGS INTO QUESTION THE ERROR WITHIN THE

01:12PM 16   TEST, THE TEST IS ERROR PRONE.

01:12PM 17   Q.   AND IF YOU RUN THE SAME SAMPLE TWICE AND YOU GET VERY

01:12PM 18   DIFFERENT RESULTS, CAN THEY BOTH BE CORRECT?

01:12PM 19   A.   NO.

01:12PM 20   Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP HALF OF THE PAGE,

01:12PM 21   PLEASE.

01:13PM 22       MR. MORIN RESPONDS TO YOU AND SAYS, "I AGREE, DIDN'T TRUST

01:13PM 23   THE RESULTS, DECIDED IT WAS BEST TO BE CONSERVATIVE AND ASK FOR

01:13PM 24   A REDRAW."

01:13PM 25       WHAT WOULD IT MEAN AT THERANOS WHEN SOMEONE WOULD GET A

01:13PM  1    REDRAW?

01:13PM  2    A.   EITHER THEMSELVES OR THE ORDERING PHYSICIAN WOULD BE

01:13PM  3    NOTIFIED.  I BELIEVE THERE WAS AN APP AND THEY WOULD BE

01:13PM  4    NOTIFIED TO GO BACK TO THE PHARMACY AND HAVE THEIR FINGERS

01:13PM  5    PRICKED AGAIN.

01:13PM  6    Q.   SO, IN OTHER WORDS, THIS WOULD BE STARTING THE WHOLE TEST

01:13PM  7    PROCESS FROM THE BEGINNING; IS THAT CORRECT?

01:13PM  8    A.   CORRECT.  CORRECT.

01:13PM  9    Q.   AT THE TOP OF THIS PAGE THERE'S AN EMAIL MESSAGE OR A

01:13PM 10    FORWARD FROM ADAM ROSENDORFF TO A GMAIL ADDRESS.

01:13PM 11        DO YOU SEE THAT?

01:13PM 12    A.   YES.

01:13PM 13    Q.   CAN YOU EXPLAIN WHAT WE WERE LOOKING AT THERE?

01:13PM 14    A.   AT A CERTAIN POINT IN 2014 I STARTED TO FORWARD MYSELF

01:13PM 15    EMAILS WITH ISSUES OF CONCERN.  I FORWARDED THEM TO MY GMAIL

01:14PM 16    ACCOUNT.  I WASN'T CONFIDENT THAT THERANOS WOULD PRESERVE THESE

01:14PM 17    EMAILS IN THE EVENT OF A CMS OR GOVERNMENT INVESTIGATION.  I

01:14PM 18    WANTED TO PROTECT MYSELF.

01:14PM 19        I ALSO WAS AT THE TIME CONSIDERING A QUI TAM FALSE CLAIMS

01:14PM 20    LAWSUIT BEING THE -- TO BE THE RELATOR ON SUCH A LAWSUIT.  I

01:14PM 21    BASICALLY -- I ALSO WANTED TO GET THE WORD OUT OF WHAT WAS

01:14PM 22    GOING ON AT THERANOS.

01:14PM 23    Q.   WHEN YOU JOINED THE COMPANY, DID YOU ENTER INTO AN

01:14PM 24    EMPLOYMENT CONTRACT OR OTHER -- DR. ROSENDORFF, IF YOU COULD

01:14PM 25    LET ME -- BE SURE TO LET ME FINISH THE QUESTION FOR THE COURT

01:14PM   1    REPORTER'S SAKE.  THANK YOU.

01:14PM   2         MY QUESTION WAS WHEN YOU JOINED THE COMPANY, DID YOU SIGN

01:15PM   3    LEGAL DOCUMENTS LIKE AN EMPLOYMENT CONTRACT?

01:15PM   4    A.   CALIFORNIA -- YES, I SIGNED A NONDISCLOSURE AGREEMENT.

01:15PM   5    Q.   AND BY FORWARDING DOCUMENTS LIKE THIS TO YOUR PERSONAL

01:15PM   6    EMAIL ACCOUNT, DID YOU BELIEVE OR UNDERSTAND THAT YOU WERE

01:15PM   7    TAKING A RISK BY BREAKING THAT RULE?

01:15PM   8    A.   YES.

01:15PM   9    Q.   WHY DID YOU DECIDE TO DO IT ANYHOW?

01:15PM  10    A.   I FELT STRONGLY THAT THE PUBLIC BENEFITS OF THIS

01:15PM  11    INFORMATION GETTING OUT WAS OF IMPORTANCE TO ME.  I ALSO FELT

01:15PM  12    FOR SELF-PROTECTION IN THE EVENT OF AN INVESTIGATION THAT SUCH

01:15PM  13    A BENEFIT WOULD OUTWEIGH THE RISK OF BEING SUED BY THE COMPANY.

01:15PM  14    Q.   I NEED TO ASK THEN, AROUND THIS TIME IN NOVEMBER OF 2014,

01:15PM  15    WERE YOU GIVING THOUGHT TO LEAVING THE COMPANY OR WHETHER YOU

01:16PM  16    WOULD SAY AT THE COMPANY AT ALL?

01:16PM  17    A.   YES.

01:16PM  18    Q.   WHEN DID THOSE THOUGHTS BEGIN, IF YOU RECALL?

01:16PM  19    A.   I WAS VERY ENTHUSIASTIC WORKING FOR THERANOS AT THE

01:16PM  20    BEGINNING.

01:16PM  21         OVER TIME I CAME TO REALIZE THAT THE COMPANY REALLY VALUED

01:16PM  22    PR AND FUNDRAISING ABOVE PATIENT CARE.  I GOT VERY

01:16PM  23    DISILLUSIONED, AND I STARTED LOOKING FOR OTHER JOBS AROUND THE

01:16PM  24    MIDDLE OF 2013.  IT DID NOT IMPACT MY COMMITMENT TO PROVIDING

01:16PM  25    THE HIGHEST QUALITY OF PATIENT CARE THAT I COULD AS LAB

01:16PM  1     DIRECTOR.  I WAS STILL VERY MUCH ENGAGED.

01:16PM  2     Q.  I JUST WANT TO MAKE SURE WE'RE CLEAR FOR THE RECORD.

01:16PM  3     A.  YEAH.

01:16PM  4     Q.  DID YOU SAY YOU BEGAN LOOKING FOR EMPLOYMENT --

01:16PM  5     A.  GO AHEAD, GO AHEAD.

01:17PM  6     Q.  DID YOU SAY YOU BEGAN LOOKING FOR OTHER EMPLOYMENT IN THE

01:17PM  7     MIDDLE OF 2013 SHORTLY AFTER JOINING THE COMPANY?

01:17PM  8     A.  YES.

01:17PM  9     Q.  LET'S LOOK NEXT AT EXHIBIT 2206, PLEASE.

01:17PM 10          LET ME KNOW WHEN YOU HAVE EXHIBIT 2206 IN FRONT OF YOU

01:17PM 11     THAT IS IN YOUR BINDER.

01:17PM 12     A.  I HAVE IT.

01:17PM 13     Q.  OKAY.  IS EXHIBIT 2206 AN EMAIL CHAIN BETWEEN YOU AND

01:17PM 14     OTHER INDIVIDUALS AT THERANOS?

01:17PM 15     A.  YES.

01:18PM 16     Q.  AND DOES IT RELATE TO LABORATORY RESULTS GENERATED WITHIN

01:18PM 17     THE COMPANY?

01:18PM 18     A.  YES.

01:18PM 19               MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:18PM 20     ADMIT EXHIBIT 2206.

01:18PM 21               MR. WADE:  ONE MOMENT.

01:18PM 22          (PAUSE IN PROCEEDINGS.)

01:18PM 23               MR. WADE:  NO OBJECTION, YOUR HONOR.

01:18PM 24               THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

01:18PM 25          (GOVERNMENT'S EXHIBIT 2206 WAS RECEIVED IN EVIDENCE.)

01:18PM   1    BY MR. BOSTIC:

01:18PM   2    Q.   AND IF WE CAN LOOK AT PAGE 2, PLEASE.

01:19PM   3         DO YOU SEE ON THE SCREEN IN FRONT OF YOU -- LET'S ZOOM IN

01:19PM   4    ON THE MESSAGE KIND OF BEGINNING ONE-THIRD DOWN THE PAGE.

01:19PM   5    LET'S SEE IF WE CAN CAPTURE FROM THERE DOWN, PLEASE.

01:19PM   6         DR. ROSENDORFF, DO YOU SEE AN EMAIL IN FRONT OF YOU THAT

01:19PM   7    WAS SENT TO YOUR THERANOS EMAIL ADDRESS ON NOVEMBER 14, 2014?

01:19PM   8    A.   YES.

01:19PM   9    Q.   AND THE EMAIL SAYS, "HELLO DR. ROSENDORFF, AS YOU

01:19PM   10   REQUESTED, I AM SENDING YOU INFORMATION ON LAB RESULTS ON TWO

01:19PM   11   OF MY PATIENTS.  THE RESULTS DO NOT APPEAR TO BE ACCURATE.  I

01:20PM   12   AM TRYING OUT THERANOS LAB AND ACCURACY IS VERY IMPORTANT.  I

01:20PM   13   WAS NOT AWARE THAT SOME OF THEIR METHODS ARE NOT FDA APPROVED."

01:20PM   14        DO YOU SEE THAT?

01:20PM   15   A.   I SEE THAT.

01:20PM   16   Q.   AND YOU SAID YOU WOULD SOMETIMES INTERACT WITH DOCTORS

01:20PM   17   CONCERNING TEST RESULTS; IS THAT RIGHT?

01:20PM   18   A.   CORRECT.

01:20PM   19   Q.   LET'S ZOOM OUT AND LET'S GO TO PAGE 3, PLEASE.

01:20PM   20        LET'S START -- APOLOGIES.  LET'S GO BACK TO 2 AND ZOOM IN

01:20PM   21   JUST ON THE RESULTS BEGINNING HERE.  YES, RIGHT HERE DOWN.

01:20PM   22        DO YOU SEE SOME PATIENT RESULTS THAT WERE SUBMITTED BY

01:20PM   23   THIS DOCTOR BY EMAIL TO YOU?

01:20PM   24   A.   YES.

01:20PM   25   Q.   AND NOW LET'S GO TO PAGE 3, PLEASE.  LET'S ZOOM IN ON THE

01:20PM  1    TOP HALF OF THE PAGE.

01:21PM  2        DO YOU SEE SOME ADDITIONAL PATIENT TEST RESULTS AND A NOTE

01:21PM  3    FROM THE DOCTOR, ALTHOUGH THIS PATIENT HAD AN -- THE RESULT FOR

01:21PM  4    THIS PATIENT WAS HBA1C 4.6, BUT THERE'S A PARENTHETICAL THAT

01:21PM  5    SAYS I'VE BEEN TESTING HER THE LAST FEW YEARS AND SHE HAS

01:21PM  6    ALWAYS BEEN 5.5 TO 5.9.

01:21PM  7        DO YOU SEE THAT?

01:21PM  8    A.   I SEE THAT.

01:21PM  9    Q.   LET'S ZOOM OUT AND ZOOM IN ON THE LAST LINE IN THE MIDDLE

01:21PM  10   OF THE PAGE.  LET'S CAPTURE WHAT IS BELOW THAT ALSO.  THANK

01:21PM  11   YOU.

01:21PM  12       DO YOU SEE THE DOCTOR'S REACTIONS TO THOSE RESULTS?  "I AM

01:22PM  13   NOT SURE WHAT TO DO WITH THESE LAB RESULTS????"

01:22PM  14   A.   YES.

01:22PM  15   Q.   AND LET'S GO TO PAGE 1 IN THIS EXHIBIT NOW.  LET'S ZOOM IN

01:22PM  16   ON YOUR MESSAGE IN THE TOP HALF OF THE PAGE, PLEASE.

01:22PM  17       DR. ROSENDORFF, DO YOU SEE AN EMAIL THAT YOU SENT ON

01:22PM  18   NOVEMBER 14TH, 2014, AT 5:05 P.M.?

01:22PM  19   A.   YES.

01:22PM  20   Q.   AND YOU SAY, "I DID CALL HER."

01:22PM  21       IS THAT REFERRING TO THE PHYSICIAN WHO SENT THE REPORT?

01:22PM  22   A.   YES.

01:22PM  23   Q.   AND YOU SAY, "UNFORTUNATELY I DO NOT HAVE A GOOD

01:22PM  24   EXPLANATION FOR THE TESTOSTERONE DISCREPANCY."

01:22PM  25       DOES THAT MEAN THAT THOSE RESULTS CAUSED YOU CONCERNS

01:22PM   1      ABOUT THE ACCURACY OF THE RESULTS?

01:23PM   2      A.   YES.

01:23PM   3      Q.   YOU NEXT SAY, "THE SODIUM RESULTS OF 127 MILLIUNITS PER

01:23PM   4      LITER IS CLEARLY ERRONEOUS GIVEN THE CLINICAL HISTORY."

01:23PM   5           AT THE TIME DID YOU CONCLUDE THAT THAT RESULT GAVE YOU

01:23PM   6      CONCERNS ABOUT THE ACCURACY OF THE SODIUM TEST?

01:23PM   7      A.   YES.

01:23PM   8      Q.   AT THE BOTTOM OF YOUR EMAIL YOU SAY, "THE AIC RESULT IS

01:23PM   9      ODD.  IT WAS RUN ON THE DCA VANTAGE I ASSUME FROM FINGERSTICK."

01:23PM  10           WAS THE DCA VANTAGE A THERANOS MODIFIED DEVICE?

01:23PM  11      A.   NO.

01:23PM  12      Q.   AND YOU SAY, "WE SHOULD RUN HBA1C USING THE TOSOH G7 OR

01:23PM  13      BIORAD VARIANT USING VENOUS BLOOD."

01:23PM  14           DO YOU SEE THAT?

01:23PM  15      A.   YES.

01:23PM  16      Q.   AND AT THIS TIME WAS THE EDISON CAPABLE OF RUNNING AN

01:24PM  17      HBA1C TEST?

01:24PM  18      A.   I DON'T RECALL.

01:24PM  19      Q.   LOOKING AT YOUR EMAIL ABOVE WHERE YOU'RE WRITING TO

01:24PM  20      CHRISTIAN HOLMES.

01:24PM  21           DO YOU SEE THAT AT THE TOP OF THE PAGE?

01:24PM  22      A.   YES.

01:24PM  23      Q.   AND YOU SAY, "I TOLD HER WE WOULD DO A TECHNICAL REVIEW --

01:24PM  24      UNFORTUNATELY OUR PRECISION STUDIES FOR THE EDISON HAVE ALL

01:24PM  25      BEEN DONE ON VENOUS BLOOD -- WHICH DOES NOT REFLECT OUR ACTUAL

01:24PM    1    WORKFLOW, I.E., TESTING SERIALLY ON FS IN THIS CASE."

01:24PM    2         CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

01:24PM    3    A.   I'M NOT EXACTLY SURE WHAT ASSAY THIS IS REFERRING TO.

01:24PM    4    THERE ARE A NUMBER OF THINGS MENTIONED IN THE PREVIOUS EMAIL

01:24PM    5    SUCH AS SODIUM AIC, ET CETERA, SO I DON'T RECALL WHAT TEST I

01:25PM    6    WAS REFERRING TO HERE.

01:25PM    7    Q.   LET ME ASK YOU GENERALLY, DO YOU RECALL FROM YOUR TIME AT

01:25PM    8    THERANOS PRECISION STUDIES FOR EDISON BEING RUN ON VENOUS

01:25PM    9    BLOOD?

01:25PM   10    A.   YES.

01:25PM   11    Q.   AND THE EDISON WAS DESIGNED TO TEST FINGERSTICK SAMPLES;

01:25PM   12    CORRECT?

01:25PM   13    A.   CORRECT.

01:25PM   14    Q.   AND WHAT WAS YOUR UNDERSTANDING AS TO WHY VENOUS BLOOD WAS

01:25PM   15    USED FOR THE PRECISION STUDIES ON THAT INSTRUMENT?

01:25PM   16    A.   IT WAS A PRACTICAL CONSIDERATION IN ORDER TO TEST BLOOD 20

01:25PM   17    TIMES FOR THE INTRO RUN PRECISION.  YOU WOULD HAVE TO PRICK

01:25PM   18    SOMEONE'S FINGER -- YOU WOULD HAVE TO GENERATE 20 CTN'S FROM

01:25PM   19    MULTIPLE FINGER PRICKS BECAUSE WHAT HAPPENS IS AFTER YOU PRICK

01:25PM   20    SOMEONE'S FINGER, AFTER A WHILE YOU CAN'T GET DROPS OF BLOOD

01:25PM   21    OUT OF IT ANYMORE.  IT STARTS GIVING YOU -- YOU CLOT UP.

01:25PM   22    THAT'S WHAT HAPPENS AFTER GETTING YOUR FINGER PRICKED.

01:25PM   23         SO TO ACTUALLY GET 20 FINGER PRICK SAMPLES, YOU WOULD

01:26PM   24    PROBABLY HAVE TO PRICK EVERY FINGER ON A PATIENT.

01:26PM   25         DOES THAT MAKE SENSE?

01:26PM  1      Q.   IT DOES.

01:26PM  2      A.   YEAH.

01:26PM  3      Q.   YOU SAY IN YOUR EMAIL, "UNFORTUNATELY OUR PRECISION

01:26PM  4      STUDIES FOR THE EDISON HAVE ALL BEEN DONE ON VENOUS BLOOD."

01:26PM  5           WHY WAS THAT UNFORTUNATE IF YOU RECALL?

01:26PM  6      A.   THINKING ABOUT IT NOW, I DON'T THINK PRACTICALLY WE COULD

01:26PM  7      HAVE DONE IT ANY OTHER WAY.

01:26PM  8      Q.   DOES --

01:26PM  9      A.   I'M THINKING ABOUT A THEORETICAL IDEAL HERE.

01:26PM 10      Q.   UNDERSTOOD.

01:26PM 11           WOULD A MISMATCH BETWEEN THE WAY PRECISION STUDIES ARE RUN

01:26PM 12      AND THE WAY THE LAB ACTUALLY DOES ITS WORKFLOW AFFECT

01:26PM 13      CONFIDENCE IN THE PRECISION STUDIES AT ALL?

01:26PM 14      A.   THE CONCERN IS THAT THERE'S A PREANALYTIC COMPONENT, IN

01:27PM 15      OTHER WORDS, HOW DO YOU OBTAIN THE SPECIMEN, AND THAT'S GOING

01:27PM 16      TO AFFECT PRECISION.

01:27PM 17           SO IF YOU OBTAIN THE SPECIMEN USING A VACUTAINER, IT MAY

01:27PM 18      GIVE YOU A DIFFERENT ESTIMATE OF PRECISION THAN IF YOU OBTAINED

01:27PM 19      THE SPECIMEN USING A CTN.

01:27PM 20      Q.   I'LL ASK YOU TO LOOK AT 4124, PLEASE.  LET ME KNOW WHEN

01:27PM 21      YOU HAVE 4124 IN FRONT OF YOU?

01:27PM 22      A.   I HAVE IT.

01:27PM 23      Q.   IS EXHIBIT 4124 ANOTHER EMAIL CHAIN BETWEEN EMPLOYEES AT

01:27PM 24      THERANOS?

01:27PM 25      A.   YES.

01:27PM  1    Q.   AND DOES IT INCLUDE MESSAGES TO OR FROM ELIZABETH HOLMES

01:28PM  2    AND SUNNY BALWANI?

01:28PM  3    A.   YES.

01:28PM  4         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:28PM  5    ADMIT EXHIBIT 4124.

01:28PM  6         MR. WADE:  NO OBJECTION, YOUR HONOR.

01:28PM  7         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:28PM  8         (GOVERNMENT'S EXHIBIT 4124 WAS RECEIVED IN EVIDENCE.)

01:28PM  9         MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 2,

01:28PM  10   PLEASE, AND ZOOM IN ON THE BOTTOM OF THE TEXT MESSAGE THERE.

01:28PM  11   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM MIKE PHEBUS TO

01:28PM  12   KIMBERLY ALFONSO?

01:28PM  13   A.   YES.

01:28PM  14   Q.   AND THE EMAIL READS:  "HERE IS SOME FEEDBACK FROM

01:28PM  15   KARI REEDY IN THE FIELD TODAY."

01:28PM  16        DO YOU RECOGNIZE THAT NAME KARI REEDY?

01:29PM  17   A.   NO, I DO NOT.

01:29PM  18   Q.   AND THE FIRST BULLET POINT THERE SAYS, DR. STAMPS LIKES

01:29PM  19   OUR LAB AND HAS SENT 3 PATIENTS.  HE DOES NOT TRUST OUR

01:29PM  20   POTASSIUM TEST, HOWEVER."

01:29PM  21        AND THEN IT GOES ON TO DESCRIBE, "HE WAS CALLED LATE AT

01:29PM  22   NIGHT REGARDING A PATIENT THAT HAD ABNORMALLY HIGH LEVELS OF

01:29PM  23   POTASSIUM.  THE PATIENT WAS IN NEW YORK CITY AT THE TIME OF THE

01:29PM  24   CALL SO THE DOCTOR HAD TO CONTACT THEM WHILE THEY WERE OUT OF

01:29PM  25   TOWN.  THEY DID A RETEST IN NEW YORK AND THE RESULTS CAME BACK

01:29PM   1    COMPLETELY NORMAL.  DR. STAMPS SAID THAT POTASSIUM IS A TRICKY

01:29PM   2    ONE TO COLLECT BECAUSE OF CLOTTING AND SUCH.  HE ALSO MENTIONED

01:29PM   3    THAT HE IS WILLING TO SHARE THE SPECIFIC PATIENT INFORMATION

01:29PM   4    AND EXPLAIN THE EXPERIENCE IF SOMEONE WANTED TO REACH OUT TO

01:29PM   5    HIM."

01:29PM   6         DID I READ THAT CORRECTLY?

01:29PM   7    A.   YES.

01:29PM   8    Q.   WHAT IS POTASSIUM?

01:29PM   9    A.   POTASSIUM IS A -- IT'S AN ION.  IT'S A CHEMICAL ELEMENT

01:30PM  10    THAT IN A PATIENT IS IMPORTANT FOR CARDIAC FUNCTION AND NERVE

01:30PM  11    CONDUCTION.

01:30PM  12    Q.   AND WOULD AN ABNORMALLY HIGH POTASSIUM RESULT BE A CAUSE

01:30PM  13    FOR HARM AND IMMEDIATE RETEST?

01:30PM  14    A.   YES.  CRITICAL HIGH TEST RESULTS COULD INDICATE THAT THE

01:30PM  15    PATIENT IS AT RISK FOR A HEART RHYTHM PROBLEM.  IT'S CALLED

01:30PM  16    ARRYTHMIA.

01:30PM  17    Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.  LET'S ZOOM IN ON

01:30PM  18    THE MIDDLE THIRD IF WE CAN.

01:30PM  19         DANIEL YOUNG WRITES, "I'M NOT SURE THAT THIS DOCTOR WAS

01:31PM  20    ASKING ABOUT THE CRITICAL VALUE FOR POTASSIUM.  CRITICAL VALUE

01:31PM  21    COMES FROM CLINICAL GUIDANCE DOCUMENTS AND CARE GUIDELINES, NOT

01:31PM  22    FROM R&D."

01:31PM  23         DO YOU SEE THAT?

01:31PM  24    A.   YES.

01:31PM  25    Q.   AND LET'S LOOK AT THE MESSAGE ABOVE THAT FROM MR. BALWANI.

01:31PM  1    JUST CAPTURE THE WHOLE TOP OF THE PAGE, PLEASE.  PERFECT.

01:31PM  2    THANK YOU.

01:31PM  3        DO YOU SEE AT THE BOTTOM OF THAT SELECTION MR. BALWANI

01:31PM  4    RESPONDS, "BUT DO WE KNOW IF THIS RESULT WAS ACCURATE GIVEN

01:31PM  5    THIS IS AN ISE ASSAY?  THAT'S WHAT I WAS REFERRING TO."

01:31PM  6        DO YOU SEE THAT?

01:31PM  7    A.   YES, I SEE THAT.

01:31PM  8    Q.   FIRST OF ALL, WHAT IS AN ISE ASSAY?

01:31PM  9    A.   ISE STANDS FOR ION SELECTIVE ELECTRODE.  IT COMES

01:31PM 10    PRE-INSTALLED ON SIEMENS INSTRUMENTS AND IS USED FOR MEASURING

01:31PM 11    SODIUM, POTASSIUM, AND CHLORIDE.

01:31PM 12    Q.   AND WERE THESE ASSAYS THAT THERANOS RAN ON MODIFIED

01:32PM 13    SIEMENS DEVICES OR UNMODIFIED SIEMENS DEVICES?

01:32PM 14    A.   MODIFIED.

01:32PM 15    Q.   DID THERANOS HAVE REPEATED PROBLEMS WITH ACCURACY OF THE

01:32PM 16    ISE'S?

01:32PM 17    A.   YES, THEY DID.

01:32PM 18    Q.   DANIEL YOUNG RESPONDS TO MR. BALWANI TO SAY, "WE'LL HAVE

01:32PM 19    TO CHECK.  SOME POTASSIUM RESULTS CAN RUN HIGH WITH SLIGHT

01:32PM 20    SAMPLE HEMOLYSIS."

01:32PM 21        WHAT DOES HEMOLYSIS MEAN?

01:32PM 22    A.   HEMOLYSIS REFERS TO THE BURSTING OF RED BLOOD CELLS AND

01:32PM 23    THE CONSEQUENT RELEASE OF LARGE AMOUNTS OF POTASSIUM INTO THE

01:32PM 24    SERUM, PLASMA IN THE SAMPLE.

01:32PM 25    Q.   BASED ON WHAT YOU SAW AT THERANOS, WAS THAT SOMETHING MORE

01:32PM   1    OR LESS LIKELY TO OCCUR FROM A FINGERSTICK DRAW VERSUS A VEIN

01:32PM   2    DRAW?

01:32PM   3    A.   MUCH MORE LIKELY TO OCCUR FROM A FINGERSTICK DRAW.  THE

01:33PM   4    ONLY TIME IT WOULD OCCUR IN A VENOUS DRAW IS IF THE

01:33PM   5    PHLEBOTOMIST USED THE WRONG KIND OF NEEDLE.

01:33PM   6    Q.   AND WHEN THERE WAS HEMOLYSIS PRESENT, DID IT HAVE AN

01:33PM   7    EFFECT ON TESTING ACCURACY BASED ON WHAT YOU SAW?

01:33PM   8    A.   YES, IT WOULD SPURIOUSLY OR FALSELY ELEVATE THE POTASSIUM

01:33PM   9    RESULT.

01:33PM   10   Q.   DANIEL YOUNG GOES ON TO SAY, "WE REVIEW THE IMAGINES FOR

01:33PM   11   ALL SAMPLES FOR HIGH POTASSIUM RESULTS AND THEN CLIA DETERMINES

01:33PM   12   IF A RERUN IS NEEDED OR NOT, AND HOW TO REPORT IT."

01:33PM   13        DO YOU RECALL THIS PROCEDURE INVOLVING REVIEWING IMAGES

01:33PM   14   FOR ALL SAMPLES WITH HIGH POTASSIUM RESULTS?

01:33PM   15   A.   MY RECOLLECTION IS THAT THE IMAGING WAS AVAILABLE ON THE

01:33PM   16   EDISON BECAUSE THE EDISON HAD A CAMERA.  I DO NOT RECALL

01:33PM   17   IMAGING BEING AVAILABLE FOR TESTING THAT WAS RUN ON THE ADVIAS.

01:33PM   18   Q.   AND IF IMAGING WAS NOT AVAILABLE, WOULD IT STILL BE

01:34PM   19   POSSIBLE, OR WOULD IT BE POSSIBLE TO DO A VISUAL INSPECTION OF

01:34PM   20   THE SAMPLE?

01:34PM   21   A.   NO.

01:34PM   22   Q.   WOULD REVIEWING IMAGES IN CASES WHERE POTASSIUM RESULTS

01:34PM   23   WERE HIGH, SLOW DOWN THE TESTING PROCESS?

01:34PM   24   A.   DEFINITELY.

01:34PM   25   Q.   I'LL DIRECT YOUR ATTENTION TO THE EMAIL AT THE TOP OF THE

01:34PM  1    CHAIN FROM MR. BALWANI TO MS. HOLMES.

01:34PM  2        DO YOU SEE THAT ON APRIL 17TH, 2014?

01:34PM  3    A.   YES.

01:34PM  4    Q.   AND HE FORWARDED HER THE MESSAGES BELOW THAT WE HAVE BEEN

01:34PM  5    LOOKING AT.  "SEE BELOW.  THIS IS WHAT WE ARE DOING TODAY WITH

01:34PM  6    OUR LIMITED RESOURCES.  THIS IS WHAT DANIEL HAS TO DO MANUALLY.

01:34PM  7    NOT SCALEABLE."

01:34PM  8        DO YOU SEE THAT?

01:34PM  9    A.   YEAH, I SEE THAT.

01:34PM 10    Q.   DO YOU AGREE WITH MR. BALWANI HERE THAT THAT KIND OF

01:34PM 11    PROCESS WOULD PRESENT CHALLENGES -- I'M SORRY.  LET ME START

01:35PM 12    THAT QUESTION AGAIN.

01:35PM 13        DO YOU AGREE WITH MR. BALWANI THAT THAT APPROACH WOULD

01:35PM 14    PRESENT CHALLENGES WHEN IT CAME TO SCALING UP THERANOS'S

01:35PM 15    PROCESS?

01:35PM 16    A.   YES.

01:35PM 17    Q.   LET'S LOOK AT EXHIBIT 4127.

01:35PM 18        DO YOU HAVE EXHIBIT 4127 IN FRONT OF YOU?

01:35PM 19    A.   I DO.  I DO.

01:35PM 20    Q.   IS THIS ADDITIONAL EMAIL CORRESPONDENCE BETWEEN THERANOS

01:35PM 21    EMPLOYEES RELATING TO THE SAME REPORT THAT WE WERE JUST LOOKING

01:35PM 22    AT?

01:36PM 23    A.   YES.

01:36PM 24            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:36PM 25    ADMIT EXHIBIT 4127.

01:36PM   1            MR. WADE:  NO OBJECTION.

01:36PM   2            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:36PM   3            (GOVERNMENT'S EXHIBIT 4127 WAS RECEIVED IN EVIDENCE.)

01:36PM   4   BY MR. BOSTIC:

01:36PM   5   Q.   DR. ROSENDORFF, IS THIS STILL THIS DISCUSSION ABOUT HIGH

01:36PM   6   POTASSIUM RESULTS?

01:36PM   7   A.   YES.

01:36PM   8   Q.   AND AGAIN, WHAT DEVICE WOULD BE YIELDING THESE HIGH

01:36PM   9   POTASSIUM RESULTS?

01:36PM  10   A.   IT WOULD BE THE THERANOS LABORATORY DEVELOPED TESTS RUN ON

01:36PM  11   THE ADVIA USING THE ION SPECIFIC ELECTRODE.

01:36PM  12   Q.   AND WERE TESTS RUN ON THERANOS MODIFIED DEVICES FDA

01:36PM  13   APPROVED OR NOT FDA APPROVED?

01:36PM  14   A.   NOT FDA APPROVED.

01:36PM  15   Q.   I'LL ASK YOU TO LOOK AT THE BOTTOM OF PAGE 1.  IF WE CAN

01:36PM  16   JUST ZOOM IN ON THE HEADER INFORMATION THERE.

01:37PM  17        WE SEE THAT WE'RE ABOUT TO LOOK AT AN EMAIL FROM

01:37PM  18   SUNNY BALWANI TO INDIVIDUALS AT THERANOS, INCLUDING YOURSELF;

01:37PM  19   IS THAT RIGHT?

01:37PM  20   A.   YES.

01:37PM  21   Q.   AND LET'S GO TO PAGE 2, PLEASE.  LET'S ZOOM IN ON THE TOP

01:37PM  22   MESSAGE.

01:37PM  23        DO YOU SEE MR. BALWANI'S EMAIL ON THE SCREEN?

01:37PM  24   A.   YES.

01:37PM  25   Q.   HE SAYS, "MAX, CAN YOU PLEASE WORK WITH DANIEL TO GET THE

01:37PM  1      IMAGES OF THIS SAMPLE AND SEE IF THERE WAS ANY HEMOLYSIS

01:37PM  2      (SOMEONE SHOULD HAVE BEEN FOLLOWING THIS PROCESS.  THIS IS PART

01:37PM  3      OF OUR CURRENT SOP)."

01:37PM  4          DO YOU SEE THAT?

01:37PM  5      A.  YES.

01:37PM  6      Q.  AND LET'S GO BACK TO PAGE 1.  PLEASE LET'S ZOOM IN ON YOUR

01:37PM  7      EMAIL ON THE MIDDLE OF THE PAGE WITH THE HIGHLIGHTING.

01:38PM  8          AND YOU WRITE, "ONE FURTHER OBSERVATION - I DO NOT BELIEVE

01:38PM  9      THAT THE LEVELS OF HEMOLYSIS THAT WOULD RESULT IN A CTN

01:38PM 10      POTASSIUM VALUE GREATER THAN 5.2 MM ARE NECESSARILY DETECTIBLE

01:38PM 11      BY VISUAL INSPECTION BY A CLS."

01:38PM 12          CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

01:38PM 13      A.  YES.  I BELIEVED THAT YOU COULD STILL HAVE HEMOLYSIS IN A

01:38PM 14      CTN, THAT THIS WOULD NOT BE DETECTABLE BY A CLS REVIEWING AN

01:38PM 15      IMAGE OF A CTN.

01:38PM 16      Q.  WOULD THAT MEAN THAT THAT EXTRA STEP OF DOING THE VISUAL

01:38PM 17      ANALYSIS WOULD NOT PROVIDE A GOOD ENOUGH SAFEGUARD TO THIS

01:38PM 18      ISSUE?

01:38PM 19      A.  CORRECT.

01:38PM 20      Q.  LET'S ZOOM OUT AND THEN ZOOM IN ON THE TOP TWO MESSAGES ON

01:38PM 21      THIS PAGE, PLEASE.

01:39PM 22          DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM SUNNY BALWANI TO

01:39PM 23      ELIZABETH HOLMES NOW AND MAX FOSQUE?

01:39PM 24      A.  YES.

01:39PM 25      Q.  AND THE IMPORTANCE IS MARKED HIGH.

01:39PM  1          DO YOU SEE THAT?

01:39PM  2      A.   YES.

01:39PM  3      Q.   HE SAYS TO MS. HOLMES, "MAX IS GOING TO COME AND TALK TO

01:39PM  4      YOU ABOUT THIS ISSUE.  ADAM AND DANIEL CAN'T AGREE ON THIS AND

01:39PM  5      HE IS IN THE MIDDLE OF THIS.  WE NEED A RIGHT ANSWER FOR THIS."

01:39PM  6          DO YOU SEE THAT?

01:39PM  7      A.   YES, I DO.

01:39PM  8      Q.   AND DO YOU RECALL A DISAGREEMENT WITH DANIEL YOUNG OVER

01:39PM  9      HOW TO HANDLE THIS ISSUE?

01:39PM  10     A.   DANIEL BELIEVED THAT HEMOLYSIS COULD BE RELIABLY DETECTED

01:39PM  11     BY THE REVIEW OF THE CTN.  ONE MAJOR PROBLEM IS THAT IN ROUTINE

01:39PM  12     LAB PRACTICE, FOR INSTANCE, A PREDICATE FDA APPROVED INSTRUMENT

01:40PM  13     WOULD DETECT HEMOLYSIS RIGHT AWAY.

01:40PM  14         THIS WAS ALWAYS BEING DONE AFTER THE FACT.  THAT'S ONE

01:40PM  15     ISSUE.

01:40PM  16         THE SECOND ISSUE IS THAT THE VISUAL INSPECTION OF THE CTN

01:40PM  17     IMAGES WAS SOMEWHAT OF A COTTAGE INDUSTRY, KIND OF A -- IT WAS

01:40PM  18     NOT SCIENTIFIC, IN MY OPINION, TO MAKE A DETERMINATION OF

01:40PM  19     WHETHER THERE HAD BEEN HEMOLYSIS BASED ON VISUAL INSPECTION OF

01:40PM  20     A CTN.

01:40PM  21         THERE WERE OBVIOUS CASES WHERE THE PLASMA IS PINK.

01:40PM  22     Q.   YOU MENTIONED THAT THIRD PARTY DEVICES COULD DETECT

01:40PM  23     HEMOLYSIS INSTANTLY.

01:40PM  24         DID I HEAR YOU CORRECTLY?

01:40PM  25     A.   YES.  YES.

01:40PM   1    Q.   CAN YOU EXPLAIN THAT?

01:40PM   2    A.   THE SIEMENS HAS WHAT ARE CALLED INDICES.  YOU CAN TURN ON

01:40PM   3    THE INDICES.  THEY DETECT HEMOLYSIS, LIPEMIA, AND ICTERUS.  AND

01:41PM   4    THESE ARE KNOWN AS INTERFERING SUBSTANCES AND THEY'RE FLAGGED

01:41PM   5    BY THIS SIEMENS INSTRUMENT AND OTHER CHEMISTRY ANALYZERS DURING

01:41PM   6    THE RUN OF THE SAMPLE.

01:41PM   7    Q.   DID THE THERANOS EDISON HAVE THAT CAPABILITY?

01:41PM   8    A.   NO, IT DID NOT.

01:41PM   9         BUT I THINK WE'RE TALKING ABOUT POTASSIUM HERE, SO THIS

01:41PM  10    WOULD BE THE ADVIA.

01:41PM  11    Q.   OKAY.  WE WERE TALKING ABOUT THE DISAGREEMENT THAT YOU HAD

01:41PM  12    WITH DANIEL YOUNG ABOUT HOW TO APPROACH THIS ISSUE.

01:41PM  13    A.   YES.

01:41PM  14    Q.   MR. BALWANI ESSENTIALLY BRINGS IN MS. HOLMES IN ORDER TO

01:41PM  15    MAKE A FINAL DECISION; IS THAT RIGHT?

01:41PM  16    A.   YES.

01:41PM  17    Q.   AND DO YOU RECALL MS. HOLMES WEIGHING IN ON THIS ISSUE AND

01:41PM  18    MAKING THAT FINAL DECISION?

01:41PM  19    A.   NO.

01:41PM  20    Q.   AT THE TOP OF THE PAGE THERE, ELIZABETH HOLMES RESPONDS TO

01:42PM  21    MR. BALWANI AND SAYS, "FYI I AM MAKING SURE THIS LOOP GETS

01:42PM  22    CLOSED WITH DR. STAMPS.  PLEASE LET ME KNOW IF THERE ARE ANY

01:42PM  23    OTHER OPEN WAG/PATIENT/PHYSICIAN RELATED ISSUES YOU ARE AWARE

01:42PM  24    OF THAT I HAVE NOT OTHERWISE ALREADY REFERENCED IN MY EMAILS

01:42PM  25    THIS AFTERNOON."

01:42PM   1          DO YOU SEE THAT?

01:42PM   2     A.   YES.

01:42PM   3     Q.   LET'S LOOK AT EXHIBIT 1717.

01:42PM   4          YOUR HONOR, I'M CONSCIOUS OF THE TIME.  DO YOU WANT TO

01:42PM   5     REMIND ME WHEN YOU WANT TO TAKE THE NEXT BREAK?

01:42PM   6               THE COURT:  WE WERE GOING TO DO IT AT 1:45.  MAYBE

01:42PM   7     NOW IS AN OPPORTUNE TIME BEFORE YOU MOVE ON TO ANOTHER TOPIC.

01:43PM   8               MR. BOSTIC:  IT WOULD BE, YOUR HONOR.

01:43PM   9               THE COURT:  LET'S TAKE ANOTHER BREAK, FOLKS, A 20

01:43PM  10     MINUTE BREAK.

01:43PM  11          THANK YOU.  YOU MAY STAND DOWN.

01:43PM  12          (RECESS FROM 1:43 P.M. UNTIL 2:05 P.M.)

02:05PM  13               THE COURT:  THANK YOU.  PLEASE BE SEATED.  WE ARE

02:05PM  14     BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT

02:05PM  15     ONCE AGAIN.  THE JURY AND ALTERNATES ARE PRESENT.

02:06PM  16          MR. BOSTIC.

02:06PM  17               MR. BOSTIC:  THANK YOU, YOUR HONOR.

02:06PM  18     Q.   DR. ROSENDORFF, WE WERE ABOUT TO LOOK AT EXHIBIT 1717.

02:06PM  19     COULD I ASK YOU TO TURN TO THAT IN YOUR BINDER, PLEASE.

02:06PM  20     A.   YES.

02:06PM  21               MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:06PM  22     ADMIT EXHIBIT 1717.  I UNDERSTAND THE DEFENSE HAS STIPULATED.

02:06PM  23               MR. WADE:  WE DO, YOUR HONOR.

02:06PM  24               THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

02:06PM  25     PUBLISHED.

02:06PM   1              (GOVERNMENT'S EXHIBIT 1717 WAS RECEIVED IN EVIDENCE.)

02:06PM   2                   MR. BOSTIC:  MAY WE PUBLISH, YOUR HONOR?

02:06PM   3                   THE COURT:  YES.

02:06PM   4                   MR. BOSTIC:  MS. HOLLIMAN, LET'S START AT THE BOTTOM

02:06PM   5      OF PAGE 2, PLEASE.

02:06PM   6      Q.   DR. ROSENDORFF, WE'RE BEEN TALKING ABOUT ISE ASSAYS.

02:06PM   7           DO YOU RECALL OUR DISCUSSION?

02:06PM   8      A.   YES.

02:06PM   9      Q.   AND WHICH ASSAYS ARE INCLUDED IN ISE ASSAYS?

02:07PM  10      A.   SODIUM, POTASSIUM, AND CHLORIDE.

02:07PM  11      Q.   AND WHAT DEVICE, OR WHAT KIND OF DEVICE WAS THERANOS USING

02:07PM  12      WHEN YOU WERE AT THE COMPANY TO RUN ISE TESTS?

02:07PM  13      A.   THE SIEMENS ADVIA 1800.

02:07PM  14      Q.   UM, THE SIEMENS ADVIA AS IT CAME FROM THE FACTORY OUT OF

02:07PM  15      THE BOX?

02:07PM  16      A.   WE SPOKE ABOUT HOW THE SAMPLES WERE DILUTED.  I KNOW THAT

02:07PM  17      THE ION SENSITIVE ELECTRODE WAS USED ON THOSE SAMPLES FOR THOSE

02:07PM  18      THREE ANALYTES.  THERE MAY HAVE BEEN OTHER MODIFICATIONS THAT I

02:07PM  19      WASN'T AWARE OF.

02:07PM  20      Q.   WERE THERANOS ISE TESTS CONDUCTED ON FINGERSTICK SAMPLES?

02:07PM  21      A.   YES.

02:07PM  22      Q.   DID THE SIEMENS ADVIA DEVICES INCLUDE --

02:08PM  23      A.   I'M SORRY, I NEED TO CLARIFY.

02:08PM  24           IF YOU'RE RUNNING SODIUM, POTASSIUM, OR CHLORIDE ON A

02:08PM  25      VENOUS DRAW, YOU WOULD ALSO BE USING THE ION SENSITIVE

02:08PM  1    ELECTRODE.

02:08PM  2    Q.   GENERALLY SPEAKING, DID --

02:08PM  3    A.   AND ION SELECTIVE ELECTRODE.

02:08PM  4    Q.   THANK YOU.

02:08PM  5         GENERALLY SPEAKING AT THERANOS, WAS THE DEFAULT TO RUN ISE

02:08PM  6    ASSAYS ON MODIFIED OR UNMODIFIED THIRD PARTY DEVICES?

02:08PM  7    A.   MODIFIED.

02:08PM  8    Q.   AND THAT WOULD ALLOW THE COMPANY TO USE FINGERSTICK

02:08PM  9    SAMPLES?

02:08PM  10   A.   CORRECT.

02:08PM  11   Q.   SO THE MATERIALS WE'VE BEEN LOOKING AT, THEY'VE BEEN

02:08PM  12   RELATED TO THE PERFORMANCE OF THERANOS MODIFIED THIRD PARTY

02:08PM  13   DEVICES?

02:08PM  14   A.   CORRECT.

02:08PM  15   Q.   AND WERE THOSE FDA APPROVED OR NOT?

02:09PM  16   A.   ONCE YOU USE A DIFFERENT SAMPLE TYPE OR METHOD OR YOU

02:09PM  17   CHANGE THE INSTRUMENT IN ANY WAY, IT IMMEDIATELY BECOMES A

02:09PM  18   LABORATORY DEVELOPED TEST.

02:09PM  19   Q.   AND LABORATORY DEVELOPED TEST MEANS NOT FDA APPROVED?

02:09PM  20   A.   CORRECT.

02:09PM  21   Q.   DRAWING YOUR ATTENTION TO EXHIBIT 1717.  THERE'S AN EMAIL

02:09PM  22   ON YOUR SCREEN FROM SOMEONE NAMED HODA ALAMDAR?

02:09PM  23   A.   YES.

02:09PM  24   Q.   TO YOU AND MARK PANDORI; CORRECT?

02:09PM  25   A.   YES.

02:09PM  1    Q.   AND WHO WAS HODA ALAMDAR, IF YOU REMEMBER?

02:09PM  2    A.   CLINICAL LABORATORY SCIENTIST.

02:09PM  3    Q.   THIS EMAIL WAS ALSO SENT TO THE GROUP CLS; CORRECT?

02:09PM  4    A.   CORRECT.

02:09PM  5    Q.   AND THE SUBJECT LINE IS ISE OUTPUT MAY 9TH, 2014.

02:09PM  6         DO YOU SEE THAT?

02:09PM  7    A.   YES.

02:09PM  8    Q.   MS. ALAMDAR WRITES, "ALMOST EVERY ISE SAMPLE NEEDS A RERUN

02:10PM  9    SINCE THEY'RE HIGH; MOST OF THE TIME THE RERUN VALUE IS ALSO

02:10PM 10    HIGH OR THE SAME."

02:10PM 11         DO YOU SEE THAT?

02:10PM 12    A.   YES.

02:10PM 13    Q.   DO YOU RECALL THIS BEING A PROBLEM WITH THERANOS ISE

02:10PM 14    TESTS?

02:10PM 15    A.   YES.

02:10PM 16    Q.   AND COULD YOU DESCRIBE WHAT THIS MEANS?

02:10PM 17    A.   I THINK WHAT SHE'S REFERRING TO IS FOR INSTANCE, IF YOU

02:10PM 18    HAD A POTASSIUM VALUE THAT WAS ABOVE THE REFERENCE RANGE, IT

02:10PM 19    WOULD BE RERUN, OR A SODIUM VALUE THAT WAS BELOW THE REFERENCE

02:10PM 20    RANGE, IT WOULD BE RERUN.

02:10PM 21         YEAH.

02:10PM 22    Q.   AND WHAT IS THE SIGNIFICANCE, IF ANY, OF THE FACT THAT

02:10PM 23    WHEN THESE SAMPLES WERE RERUN, THE VALUE AGAIN WOULD BE HIGH OR

02:10PM 24    THE SAME?  WHAT DID THAT TELL YOU AS LAB DIRECTOR AT THE TIME?

02:10PM 25    A.   IT SUGGESTS CONSISTENT BIAS.

02:10PM 1    Q.   AND IS BIAS A KIND OF INACCURACY?

02:11PM 2    A.   YES.

02:11PM 3    Q.   LET'S LOOK AT THE EMAIL MESSAGE ABOVE THIS ONE IN THE

02:11PM 4    MIDDLE OF THE PAGE, PLEASE.

02:11PM 5         YOU FORWARD THIS INFORMATION TO MR. BALWANI; CORRECT?

02:11PM 6    A.   CORRECT.

02:11PM 7    Q.   AND YOU SAY, "SUNNY, SORRY TO BOTHER YOU.  I'D LIKE TO

02:11PM 8    CORRECT OUR ISE PROBLEM.  PLEASE SEE HODA'S EMAIL BELOW.  IT IS

02:11PM 9    MY OPINION THAT SODIUM, POTASSIUM, AND CHLORIDE SHOULD HAVE A

02:11PM 10   DEDICATED CTN AND BE RUN NEAT ON THE ADVIA."

02:11PM 11   A.   YES.

02:11PM 12   Q.   CAN YOU EXPLAIN WHAT YOU WERE SUGGESTING THERE?

02:11PM 13   A.   YES.  I WAS SUSPICIOUS OF THE THERANOS METHOD FOR SODIUM,

02:11PM 14   POTASSIUM, AND CHLORIDE.  IN PARTICULAR, THE DILUTION WAS

02:12PM 15   LIKELY RESULTING IN THOSE -- THE CONCENTRATIONS OF THOSE

02:12PM 16   ANALYTES GOING BELOW THE LOWER LIMIT OF DETECTION OF THE

02:12PM 17   INSTRUMENTS.

02:12PM 18        SO THAT -- YOU KNOW, THE INSTRUMENT IS ONLY DESIGNED TO

02:12PM 19   DETECT TO A CERTAIN POINT, AND IF YOU GO BELOW THAT, YOU RUN

02:12PM 20   INTO -- YOU START RUNNING INTO PROBLEMS.

02:12PM 21        SO ONE SOLUTION THAT I SUGGESTED WAS TO COLLECT A SEPARATE

02:12PM 22   CAPILLARY TUBE AND NANOTAINER FOR THOSE THREE ANALYTES AND TO

02:12PM 23   RUN THEM WITHOUT DILUTION, IN OTHER WORDS, NEAT ON THE ADVIA.

02:12PM 24   Q.   AND THAT WOULD AVOID ANY PROBLEMS, IN THEORY AT LEAST,

02:12PM 25   CAUSED BY THE DILUTION STEP?

02:12PM   1    A.   CORRECT.

02:12PM   2    Q.   LET'S LOOK AT THE VERY TOP OF THIS PAGE.  AND IF WE CAN

02:12PM   3    ZOOM IN ON JUST THAT HEADER.

02:12PM   4         DO YOU SEE ON MAY 9TH, 2014, MR. BALWANI SENT THIS EMAIL

02:13PM   5    MESSAGE TO DANIEL YOUNG AND ELIZABETH HOLMES?

02:13PM   6    A.   YES, I SEE THAT.

02:13PM   7    Q.   AND LET'S GO TO PAGE 1, PLEASE.  LET'S LOOK AT

02:13PM   8    DANIEL YOUNG'S MESSAGE IN THE BOTTOM HALF OF THE PAGE.

02:13PM   9         DO YOU SEE THIS RESPONSIVE EMAIL FROM DANIEL YOUNG?

02:13PM  10    A.   YES.

02:13PM  11    Q.   AND AT THIS POINT, WERE YOU STILL ON THE EMAIL CHAIN?

02:13PM  12    A.   I DON'T SEE A HEADER FOR THE 8:38 P.M. EMAIL FROM DANIEL.

02:13PM  13         I DON'T BELIEVE I WAS.

02:13PM  14    Q.   OKAY.  MR. YOUNG SAYS IN THAT MIDDLE PARAGRAPH OF HIS

02:13PM  15    EMAIL, "RUNNING NEAT PLASMA IS AN OPTION, BUT NOT A VERY GOOD

02:13PM  16    ONE CLEARLY."

02:13PM  17         DO YOU AGREE THAT RUNNING NEAT PLASMA WOULD HAVE HAD SOME

02:14PM  18    DISADVANTAGES?

02:14PM  19    A.   FOR THE COMPANY, YES.  IT WOULD HAVE BEEN INCONVENIENT FOR

02:14PM  20    THEM BECAUSE IT WOULD HAVE REQUIRED AN ADDITIONAL FINGERPRICK

02:14PM  21    FOR THE PATIENT.

02:14PM  22    Q.   AND DANIEL YOUNG SAYS, "ALTERNATIVELY, WE HAVE BEEN

02:14PM  23    LOOKING AT IMPLEMENTING A BIAS CORRECTION."

02:14PM  24         GENERALLY SPEAKING, WHAT IS A BIAS CORRECTION?

02:14PM  25    A.   IF YOUR ASSAY IS SHOWING A CONSISTENT BIAS RELATIVE TO THE

02:14PM 1    PREDICATE, YOU CAN APPLY A CORRECTION FACTOR TO BRING THOSE TWO

02:14PM 2    VALUES INTO LINE WITH EACH OTHER.

02:14PM 3         IF THERE'S INCONSISTENCY, IF THERE'S IMPRECISION, THAT'S

02:14PM 4    NOT GOING TO WORK.

02:14PM 5    Q.   BUT IT'S A WAY TO COMPENSATE FOR CONSISTENT INACCURACY?

02:14PM 6    A.   FOR CONSISTENT BIAS, CORRECT.

02:15PM 7    Q.   LET'S ZOOM OUT AND LOOK AT THE TOP HALF OF THE PAGE.  A

02:15PM 8    LITTLE FURTHER DOWN.  THAT'S PERFECT.

02:15PM 9         DO YOU SEE AN EMAIL AT THE BOTTOM OF THIS SELECTION FROM

02:15PM 10   ELIZABETH HOLMES ON MAY 9TH, AT 8:50 P.M.?

02:15PM 11   A.   YES.

02:15PM 12   Q.   MS. HOLMES SAYS IN RESPONSE TO DANIEL YOUNG, "I'LL TAKE A

02:15PM 13   LOOK.  IF THE BIAS CORRECTION IS ROBUST, WE SHOULD IMPLEMENT

02:15PM 14   IT.  WHAT IS TIMELINE ON THE FINAL SOLUTION?"

02:15PM 15        DO YOU SEE THAT?

02:15PM 16   A.   YES.

02:15PM 17   Q.   AND DANIEL YOUNG RESPONDS TO HER EMAIL TO PROVIDE HER WITH

02:15PM 18   THE REQUESTED INFORMATION AND SHE SAYS OKAY.

02:15PM 19        DO YOU SEE THAT?

02:15PM 20   A.   YES, DANIEL SAYS THE STUDIES TO DETERMINE, ET CETERA, AND

02:16PM 21   THEN ELIZABETH REPLIES OKAY.

02:16PM 22   Q.   OKAY.  WE CAN PUT THAT ONE ASIDE.

02:16PM 23        LET'S LOOK AT 4014.  4014.  AND LET ME KNOW WHEN YOU HAVE

02:16PM 24   THAT IN FRONT OF YOU.

02:16PM 25   A.   4014?

02:16PM   1    Q.   4014.

02:16PM   2    A.   I HAVE IT.

02:16PM   3    Q.   OKAY.  IS EXHIBIT 4014 A CHAIN OF EMAILS INCLUDING

02:16PM   4    INDIVIDUALS AT THERANOS, INCLUDING SUNNY BALWANI AND

02:16PM   5    ELIZABETH HOLMES?

02:16PM   6    A.   YES.

02:16PM   7         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:16PM   8    ADMIT EXHIBIT 4014.

02:16PM   9         MR. WADE:  NO OBJECTION.

02:16PM  10         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:17PM  11         (GOVERNMENT'S EXHIBIT 4014 WAS RECEIVED IN EVIDENCE.)

02:17PM  12         MR. BOSTIC:  LET'S START, PLEASE, WITH THE BOTTOM OF

02:17PM  13    PAGE 1, AND IF WE CAN CAPTURE THE EMAIL MESSAGE RIGHT THERE.

02:17PM  14    Q.   DR. ROSENDORFF, YOU'RE NOT ON THIS EMAIL EITHER; CORRECT?

02:17PM  15    A.   CORRECT.

02:17PM  16    Q.   AND THIS IS AN EMAIL FROM DANIEL YOUNG TO SUNNY BALWANI

02:17PM  17    AND ELIZABETH HOLMES; IS THAT RIGHT?

02:17PM  18    A.   CORRECT.

02:17PM  19    Q.   AND ON OCTOBER 17TH, 2013, DANIEL YOUNG WRITES AN EMAIL

02:17PM  20    WITH THE SUBJECT LINE CLIA UPDATES.

02:17PM  21         DO YOU SEE THAT?

02:17PM  22    A.   YES.

02:17PM  23    Q.   LET'S LOOK AT PAGE 2 OF THIS EMAIL, PLEASE.  LET'S ZOOM IN

02:17PM  24    AT THE BOTTOM OF THE PAGE ON LINE ITEM 3 ON THE LIST.

02:18PM  25         THERE'S A HEADING IN THIS LIST TITLED ELECTROLYTES/ISE.

02:18PM  1          DO YOU SEE THAT?

02:18PM  2     A.   YES.

02:18PM  3     Q.   AND MR. DANIEL YOUNG WRITES TO MS. HOLMES AND MR. BALWANI,

02:18PM  4     "OUR NA, K, CI TEST RESULTS ARE STILL NOT AS RELIABLE AS I

02:18PM  5     WOULD LIKE."

02:18PM  6     A.   YES.

02:18PM  7     Q.   AND WHAT IS HE REFERRING TO THERE?

02:18PM  8     A.   THE SODIUM, POTASSIUM, AND CHLORIDE ASSAYS THAT ARE

02:18PM  9     PERFORMED USING THE ION SELECTIVE ELECTRODE.

02:18PM  10    Q.   OKAY.  AND THEY SAY -- HE SAYS THEY'RE STILL NOT AS

02:18PM  11    RELIABLE AS HE WOULD LIKE.

02:18PM  12         AROUND THIS TIME IN OCTOBER OF 2013, CAN YOU REMINDS US

02:18PM  13    HOW LONG AFTER THE COMMERCIAL LAUNCH OF THE THERANOS TESTS WE

02:18PM  14    WERE AT THIS POINT?

02:18PM  15    A.   APPROXIMATELY FIVE WEEKS.

02:19PM  16    Q.   WERE YOU AWARE THIS EARLY OF PROBLEMS PLAGUING THE ISE

02:19PM  17    TEST AT THERANOS?

02:19PM  18    A.   YES.

02:19PM  19    Q.   AND DID THOSE ISE PROBLEMS CONTINUE OVER THE MONTHS THAT

02:19PM  20    YOU WERE LAB DIRECTOR AT THE COMPANY?

02:19PM  21    A.   YES.  DO YOU WANT ME TO ELABORATE OR --

02:19PM  22    Q.   IF THERE'S MORE TO YOUR ANSWER.

02:19PM  23    A.   I WOULD COMPLAIN ABOUT THEM.  FOLKS WOULD NOTE THE

02:19PM  24    PROBLEM.  DANIEL WOULD SAY HE'S WORKING ON A FIX, AND IN SOME

02:19PM  25    INSTANCES HE WOULD SHOW ME DATA THAT SUGGESTED OR THAT

02:19PM  1    INDICATED A FIX, AND THEN THE PROBLEMS MIGHT STABILIZE FOR A

02:19PM  2    WHILE, BUT THEY WOULD COME BACK.

02:19PM  3    Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.  THE MIDDLE EMAIL

02:20PM  4    FROM DANIEL YOUNG, JUST A QUICK UPDATE.

02:20PM  5         WE JUST LOOKED AT AN EMAIL FROM OCTOBER 17TH.  NOW WE'RE

02:20PM  6    LOOKING AT AN OCTOBER 21ST EMAIL; IS THAT CORRECT?

02:20PM  7    A.   CORRECT.

02:20PM  8    Q.   DANIEL YOUNG SAYS TO SUNNY BALWANI AND ELIZABETH HOLMES,

02:20PM  9    "JUST A QUICK UPDATE, WE STILL ARE HAVING ISE CHALLENGES.

02:20PM 10    THERE ARE SEVERAL RESULTS RECENTLY THAT ARE OUT OF RANGE NORMAL

02:20PM 11    THAT I DO NOT BELIEVE.  SO AS A RESULT WE ARE NOT REPORTING

02:20PM 12    THESE RESULTS."

02:20PM 13         DO YOU SEE THAT?

02:20PM 14    A.   YES.

02:20PM 15    Q.   AND IS THIS CONSISTENT WITH YOUR MEMORY OF ISE ISSUES AT

02:20PM 16    THIS TIME?

02:20PM 17    A.   YES, WE WERE NOT REPORTING RESULTS THAT WERE OUT OF RANGE,

02:20PM 18    THAT WERE OUTSIDE OF THE REFERENCE RANGE, YEAH.

02:20PM 19    Q.   LET'S LOOK NEXT AT EXHIBIT 1828.

02:21PM 20         THE GOVERNMENT MOVES TO ADMIT EXHIBIT 1828.  I BELIEVE THE

02:21PM 21    DEFENSE HAS STIPULATED.

02:21PM 22              MR. WADE:  WE HAVE, YOUR HONOR.

02:21PM 23              THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

02:21PM 24    PUBLISHED.

02:21PM 25         (GOVERNMENT'S EXHIBIT 1828 WAS RECEIVED IN EVIDENCE.)

02:21PM  1          MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 2 OF

02:21PM  2   THIS EXHIBIT.  LET'S ZOOM IN ON THE TEXT OF THE BOTTOM EMAIL

02:21PM  3   THERE.

02:21PM  4   Q.   DR. ROSENDORFF, DO YOU SEE THIS IS AN EMAIL THAT YOU SENT

02:21PM  5   ON JUNE 25TH, 2014?

02:21PM  6   A.   YES.

02:21PM  7   Q.   AND YOU WRITE TO DANIEL YOUNG AND SUNNY BALWANI; IS THAT

02:21PM  8   CORRECT?

02:21PM  9   A.   YES.

02:21PM  10  Q.   YOU SAY, "ALL, I WANTED TO GIVE SOME SUMMARY STATISTICS ON

02:21PM  11  PERFORMANCE OF OUR POTASSIUM ASSAY SINCE IT WAS OPTIMIZED ON

02:21PM  12  5/24."

02:21PM  13       DO YOU RECALL WHAT OPTIMIZED WOULD MEAN IN THIS CONTEXT?

02:22PM  14  A.   AT ONE POINT THERE WAS A CALIBRATION CURVE THAT WAS PUT ON

02:22PM  15  THE SAME RUN AS THE PATIENT SAMPLES THAT APPEARED TO FIX THE

02:22PM  16  PROBLEM, OR THAT I WAS TOLD WOULD FIX THE PROBLEM, AND SO I

02:22PM  17  WANTED TO EVALUATE THE PERFORMANCE OF THE POTASSIUM ASSAY AFTER

02:22PM  18  THAT FIX.

02:22PM  19  Q.   WHO WAS IT WHO TOLD YOU THAT THAT FIX WOULD ADDRESS THE

02:22PM  20  PROBLEM?

02:22PM  21  A.   DANIEL, DANIEL YOUNG.

02:22PM  22  Q.   YOUR EMAIL TO DANIEL YOUNG AND SUNNY BALWANI ON THAT DATE

02:22PM  23  INCLUDES SOME INFORMATION ABOUT RECENT RESULTS SINCE THAT

02:22PM  24  OPTIMIZATION; IS THAT CORRECT?

02:22PM  25  A.   CORRECT.

02:22PM  1    Q.   BELOW THOSE RESULTS YOU LIST THREE IMPRESSIONS.

02:22PM  2         DO YOU SEE THAT?

02:23PM  3    A.   YES.

02:23PM  4    Q.   AND CAN YOU READ OR SUMMARIZE THOSE IMPRESSIONS FOR US?

02:23PM  5    A.   YES.  BASED ON THE REFERENCE RANGE, YOU WOULD EXPECT

02:23PM  6    2.5 PERCENT OF POTASSIUMS TO BE ABOVE THE REFERENCE RANGE.

02:23PM  7         WHAT WE WERE SEEING IS 10.3 PERCENT, THEREFORE, TOO MANY

02:23PM  8    POTASSIUMS WERE BEING FLAGGED AS HIGH BASED ON THE REFERENCE

02:23PM  9    RANGE THAT WE CHOSE.

02:23PM  10   Q.   AND CAN I ASK YOU ABOUT THAT?  WHY WOULD THAT BE AN ISSUE?

02:23PM  11   AS LAB DIRECTOR, WHY DID THAT CAUSE YOU CONCERN?

02:23PM  12   A.   AGAIN, IT WOULD POINT TO ACCURACY PROBLEMS.  IT WOULD BE

02:23PM  13   REPORTING OUT FALSELY HIGH POTASSIUM RESULTS TO PATIENTS AND

02:23PM  14   THEIR PHYSICIANS.

02:23PM  15   Q.   AND IS THAT ADDRESSED IN THE FIRST BULLET POINT WHERE YOU

02:24PM  16   SAY, "TOO MANY POTASSIUMS ARE FLAGGING HIGH BASED ON THE RR WE

02:24PM  17   HAVE CHOSEN"?

02:24PM  18   A.   YES.

02:24PM  19   Q.   AND WHAT DOES RR STAND FOR?

02:24PM  20   A.   REFERENCE RANGE.

02:24PM  21   Q.   AND HOW ABOUT THE SECOND BULLET POINT?  CAN YOU EXPLAIN TO

02:24PM  22   US WHAT THE ISSUE WAS THERE?

02:24PM  23   A.   YES.  SO I DON'T WANT TO GET TOO TECHNICAL, BUT YOU CHOOSE

02:24PM  24   A REFERENCE RANGE BASED ON WHAT YOU SEE IN 95 PERCENT OF THE

02:24PM  25   POPULATION.  THAT LEAVES ANOTHER 5 PERCENT THAT WERE EXPECTED

02:24PM  1    TO HAVE AN ABNORMAL RESULT.  IT COULD EITHER BE A HIGH RESULT

02:24PM  2    OR A LOW RESULT, SO THAT GIVES YOU 2.5 PERCENT ON EITHER END.

02:24PM  3         SO WE WOULD EXPECT 2.5 PERCENT OF PATIENTS TO HAVE A LOW

02:24PM  4    POTASSIUM.

02:24PM  5         WHAT WE WERE OBSERVING WAS 1.4 PERCENT.  THAT'S WHY I SAY

02:24PM  6    TOO FEW POTASSIUMS ARE FLAGGING LOW.

02:24PM  7    Q.   AND HOW ABOUT THE THIRD BULLET POINT THERE?  YOU SAY, "OUR

02:24PM  8    TEST IS CURRENTLY NOT CAPABLE OF DIFFERENTIATING TRUE CRITICAL

02:25PM  9    POTASSIUM FROM POTASSIUM ELEVATED DUE TO COLLECTION, OR, LESS

02:25PM 10    LIKELY, ASSAY ISSUES, BECAUSE WE ARE ORDERING REDRAW FOR ALL

02:25PM 11    POTASSIUM ABOVE A CERTAIN LEVEL."

02:25PM 12         WHY WAS THAT A PROBLEM?

02:25PM 13    A.   IF YOU'RE REPORTING OUT A CRITICAL POTASSIUM, OTHERWISE

02:25PM 14    KNOWN AS A PANIC VALUE, THAT REQUIRES IMMEDIATE ATTENTION,

02:25PM 15    MEDICAL ATTENTION.

02:25PM 16         AS WAS MENTIONED IN A PREVIOUS EMAIL, A PATIENT WAS ON

02:25PM 17    VACATION IN NEW YORK AND HAD TO IMMEDIATELY GO GET THEIR

02:25PM 18    POTASSIUM TESTED AND IT CAME OUT NORMAL.

02:25PM 19         OBVIOUSLY IN A CASE WHERE A PATIENT HAS A NORMAL POTASSIUM

02:25PM 20    AND YOU'RE REPORTING A CRITICAL RESULT, IT'S GOING TO RESULT IN

02:25PM 21    A LOT OF ANXIETY AND INCONVENIENCE FOR THAT PATIENT AND THEIR

02:25PM 22    FAMILIES.

02:25PM 23         BY THE SAME TOKEN, YOU COULD HAVE A PATIENT WITH A

02:26PM 24    CRITICAL POTASSIUM LEVEL, BUT I DIDN'T HAVE FAITH THAT --

02:26PM 25    BASICALLY I DIDN'T HAVE FAITH THAT THAT WAS A TRUE RESULT

02:26PM 1    BECAUSE I MENTIONED THE ISSUES WITH COLLECTION AND WITH THE

02:26PM 2    ASSAY.

02:26PM 3         SO IF YOU VOID A CRITICAL POTASSIUM, THE PATIENT TRULY

02:26PM 4    DOES HAVE A CRITICAL POTASSIUM, THEY COULD BE IN A LIFE

02:26PM 5    THREATENING SITUATION THAT WOULDN'T BE ADDRESSED MEDICALLY.

02:26PM 6    Q.   LET'S ZOOM OUT AND LOOK AT THE EMAIL AT THE TOP OF THIS

02:26PM 7    PAGE.

02:26PM 8         THIS IS AN EMAIL FROM SUNNY BALWANI TO YOU AND

02:26PM 9    DANIEL YOUNG; IS THAT RIGHT?

02:26PM 10   A.   CORRECT.

02:26PM 11   Q.   AND MR. BALWANI SAYS, "ADAM.  I AGREE WE NEED TO RESOLVE

02:26PM 12   THE POTASSIUM ISSUE.  I AM ON THE ROAD THRU FRIDAY SO WILL SEND

02:27PM 13   OUT A MEETING REQUEST FOR MONDAY.  THANKS."

02:27PM 14        AND THIS WAS ON MONDAY?

02:27PM 15   A.   CORRECT.

02:27PM 16   Q.   AND DID YOU FEEL THAT THIS WAS AN ISSUE THAT COULD WAIT

02:27PM 17   SEVERAL DAYS TO BE RESOLVED?

02:27PM 18   A.   IT WAS AN EMERGENT ISSUE.  THE FACT THAT I TOLD THE LAB TO

02:27PM 19   VOID THE CRITICAL RESULTS SOMEWHAT LESSENED THE MEDICAL IMPACT

02:27PM 20   OF THIS ISSUE, BUT THIS COMPLAINT OF MINE HAD BEEN GOING ON

02:27PM 21   SINCE THE YEAR BEFORE.

02:27PM 22        IN MY MIND, IT WAS AN EMERGENT ISSUE, BUT IT WASN'T BEING

02:27PM 23   VIEWED AS SUCH BY THE COMPANY.

02:27PM 24   Q.   UNDERSTOOD.  LET'S LOOK AT PAGE 1 OF THIS EXHIBIT, PLEASE,

02:27PM 25   AND LET'S ZOOM IN ON THE TEXT BELOW THE TABLE.

02:27PM 1        FIRST, DO YOU SEE THIS IS PART OF AN EMAIL FROM

02:28PM 2    DANIEL YOUNG TO YOURSELF AND MR. BALWANI?

02:28PM 3    A.   YES.

02:28PM 4    Q.   OKAY.  LET'S ZOOM IN ON THAT TEXT.

02:28PM 5        DO YOU SEE DANIEL YOUNG'S EMAIL INCLUDES A NUMBERED LIST

02:28PM 6    PROVIDING HIS THOUGHTS ON WHAT MIGHT BE CAUSING THE ISSUE?

02:28PM 7    A.   YES.

02:28PM 8    Q.   AND DO YOU SEE THAT BELOW THAT HE SAYS, "WE PLAN TO STUDY

02:28PM 9    TO UNDERSTAND THESE FACTORS AND WILL THEN MAKE REFINEMENTS

02:28PM 10   WHERE NEEDED.  I THINK WE ARE VERY CLOSE TO HAVING PERFECTED

02:28PM 11   OUR POTASSIUM ASSAY."

02:28PM 12   A.   YES.

02:28PM 13   Q.   AND DID YOU AGREE WITH MR. YOUNG THAT THE COMPANY WAS

02:28PM 14   CLOSE TO PERFECTING THE POTASSIUM ASSAY AT THAT TIME?

02:28PM 15   A.   NO.

02:28PM 16   Q.   DID PROBLEMS WITH THE POTASSIUM ASSAY AND OTHER ISE'S

02:28PM 17   CONTINUE AFTER JUNE 2014?

02:28PM 18   A.   YES.

02:29PM 19   Q.   AND TO BE CLEAR, HOW LONG HAD THE COMPANY BEEN USING THIS

02:29PM 20   POTASSIUM ASSAY ON ACTUAL PATIENTS AT THIS POINT?

02:29PM 21   A.   SINCE EARLY 2013.

02:29PM 22   Q.   LET'S JUST ZOOM IN BRIEFLY ON THE TOP OF THIS PAGE,

02:29PM 23   PLEASE.

02:29PM 24       DR. ROSENDORFF, DO YOU SEE AT THE TOP OF EXHIBIT 1828

02:29PM 25   MR. BALWANI FORWARDS THIS EMAIL, THIS INFORMATION TO

02:29PM   1    ELIZABETH HOLMES ON JUNE 28TH, 2014?

02:29PM   2    A.   YES.

02:29PM   3    Q.   LET'S LOOK AT EXHIBIT 4292, PLEASE.

02:30PM   4         YOUR HONOR, THE GOVERNMENT MOVES EXHIBIT 4292 INTO

02:30PM   5    EVIDENCE.  I BELIEVE THE DEFENSE HAS STIPULATED.

02:30PM   6              MR. WADE:  WE DO, YOUR HONOR.

02:30PM   7              THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

02:30PM   8    PUBLISHED.

02:30PM   9         (GOVERNMENT'S EXHIBIT 4292 WAS RECEIVED IN EVIDENCE.)

02:30PM   10             MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 2,

02:30PM   11   PLEASE.  LET'S ZOOM IN ON THE BOTTOM EMAIL.

02:30PM   12   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM OCTOBER 2014 FROM

02:30PM   13   SOMEONE NAME ANAM KHAN?

02:30PM   14   A.   YES.

02:30PM   15   Q.   AND WHO WAS ANAM KHAN?

02:30PM   16   A.   A CUSTOMER SERVICE REPRESENTATIVE.

02:30PM   17   Q.   AND THE SUBJECT LINE OF THE EMAIL IS CRITICAL ISE'S; IS

02:31PM   18   THAT RIGHT?

02:31PM   19   A.   YES.

02:31PM   20   Q.   AND THE TEXT OF THE EMAIL SAYS -- THE PATIENT'S NAME IS

02:31PM   21   REDACTED, BUT HE INDICATES THAT THE PHYSICIAN CALLED TODAY

02:31PM   22   ASKING WHY ISE'S WEREN'T INCLUDED ON HER FINAL REPORT.

02:31PM   23        DO YOU SEE THAT?

02:31PM   24   A.   YES.

02:31PM   25   Q.   A COUPLE LINES DOWN HE SAYS -- ACTUALLY, JUST CONTINUING

02:31PM   1    ON.  HE SAYS, "ONLY COMP WAS ORDERED, BUT ISE'S WERE VOIDED, SO

02:31PM   2    I EXPLAINED THAT THE PATIENT WOULD NEED TO COME BACK IN TO BE

02:31PM   3    REDRAWN."

02:31PM   4         DO YOU SEE THAT?

02:31PM   5    A.   YES.

02:31PM   6    Q.   AND WHAT DID THAT MEAN AGAIN WHEN ISE RESULTS WERE VOIDED?

02:31PM   7    A.   IF THEY WERE ABOVE OR BELOW THE REFERENCE RANGE, THEY

02:31PM   8    WOULD NOT APPEAR AS VALUES AND THE STATEMENT WOULD APPEAR ON

02:31PM   9    THE REPORTS VOIDED BY LABORATORY.

02:31PM  10    Q.   THE EMAIL GOES ON TO SAY, "THE LADY I SPOKE TO MENTIONED

02:31PM  11    THAT THEY REALLY NEEDED THE SODIUM RESULT BECAUSE THE PATIENT

02:31PM  12    HAD LOW SODIUM LEVELS AND THAT'S WHAT THEY WERE CHECKING.  I

02:31PM  13    NOTICED THE SODIUM RESULTS WERE CRITICAL LOW SO I ASSUME THAT'S

02:32PM  14    WHY WE VOIDED IT.  IS IT POSSIBLE THAT THAT WAS THE TRUE VALUE?

02:32PM  15    IF SHE COMES IN AGAIN AND THE VALUE IS STILL CRITICAL LOW, WILL

02:32PM  16    IT JUST BE VOIDED AGAIN?"

02:32PM  17         DO YOU SEE THAT?

02:32PM  18    A.   YES.

02:32PM  19    Q.   AND IS THIS AN EXAMPLE OF WHY THIS PRACTICE CAUSED YOU

02:32PM  20    CONCERN AT THERANOS?

02:32PM  21    A.   YES.  YES.  THIS WAS A PATIENT WITH A HISTORY OF LOW

02:32PM  22    SODIUM THAT BY POLICY WE WERE VOIDING LOW SODIUMS, SO THIS TEST

02:32PM  23    WAS OF NO VALUE TO HER.

02:32PM  24    Q.   AND WE SPOKE EARLIER ABOUT THE ALTERNATIVE OF JUST NOT

02:32PM  25    OFFERING THE TEST TO BEGIN WITH?

02:32PM  1    A.   CORRECT.

02:32PM  2    Q.   DID YOU FEEL AT THIS TIME THAT THAT OPTION WOULD HAVE BEEN

02:32PM  3    A BETTER SERVICE TO THIS INDIVIDUAL PATIENT?

02:32PM  4    A.   I THINK THAT NOW.  I BELIEVE THAT NOW.

02:32PM  5         I DIDN'T GO THROUGH THAT THOUGHT PROCESS AT THE TIME,

02:33PM  6    YEAH.

02:33PM  7    Q.   LET'S LOOK AT HOW YOU RESPONDED AT THE TIME.  LET'S ZOOM

02:33PM  8    BACK OUT AND ZOOM BACK IN ON THE MESSAGE DIRECTLY ABOVE THAT

02:33PM  9    ONE.  LET'S INCLUDE THE HEADER.

02:33PM  10        THANK YOU.

02:33PM  11        DO YOU SEE AN EMAIL FROM YOU ON OCTOBER 27TH, 2014?

02:33PM  12   A.   YES.

02:33PM  13   Q.   AND TO WHOM DID YOU SEND THIS EMAIL?

02:33PM  14   A.   TO BOTH SUNNY BALWANI AND ELIZABETH HOLMES.

02:33PM  15   Q.   YOUR EMAIL SAYS, "I WANTED TO BRING THIS IMPORTANT ISSUE

02:33PM  16   TO YOUR ATTENTION.  RIGHT NOW, AFTER MUCH COOPERATIVE

02:33PM  17   DISCUSSION BETWEEN CLIA AND R&D AND THOUGHT, IF THE CTN SODIUM

02:33PM  18   IS BELOW 120 MM OR ABOVE 160 MM, WE END UP VOIDING THE RESULT,

02:33PM  19   BECAUSE WE HAVE NO WAY OF KNOWING FOR SURE WHETHER THE RESULT

02:33PM  20   IS TRULY ABNORMAL OR ARTIFACTUAL TO THE ASSAY, OR RELATED TO A

02:34PM  21   SPECIMEN INTEGRITY ISSUE."

02:34PM  22        DID I READ THAT CORRECTLY?

02:34PM  23   A.   YES.

02:34PM  24   Q.   AND YOU MENTIONED THAT THERE ARE CONDITIONS WHERE PATIENTS

02:34PM  25   CAN ACTUALLY HAVE A CRITICAL SODIUM LEVEL AND THAT WOULD BE

02:34PM  1     THEIR GENUINE RESULT; IS THAT TRUE?

02:34PM  2     A.   CORRECT.

02:34PM  3     Q.   AND YOU THEN HIGHLIGHT THE EXAMPLE BELOW THAT WAS SENT TO

02:34PM  4     YOU AND YOU SAY, "I AM NOT SURE OF THE CLINICAL VALUE OF A

02:34PM  5     SODIUM ASSAY, WHICH IN THE ONLY TIME WE CAN REPORT IT IS WHEN

02:34PM  6     IT IS NOT CRITICAL, AND THE VERY SITUATIONS THAT REQUIRE

02:34PM  7     ACCURATE MEASUREMENT AND REPORTING OF ABNORMAL OF SODIUM

02:34PM  8     RESULTS ARE VOIDED."

02:34PM  9          CAN YOU EXPLAIN WHAT YOU MEANT BY THAT?

02:34PM  10    A.   YES.   THIS IS A PATIENT WITH A MEDICAL CONDITION THAT

02:34PM  11    RESULTS IN A HIGH SODIUM.   IT'S FOR THEIR -- IT'S THEIR OWN

02:34PM  12    DDAVP, WHICH IS THE TREATMENT.

02:35PM  13         AND THAT LOWERS THE SODIUM.   IT'S CRITICALLY FOR DRUG

02:35PM  14    MONITORING.   FOR MONITORING WHETHER THIS DDAVP TREATMENT IS

02:35PM  15    EFFECTIVE, IT'S CRITICAL THAT THE SODIUM IS MEASURED

02:35PM  16    ACCURATELY.

02:35PM  17         IF THE PATIENT IS NOT BEING TREATED APPROPRIATELY, THEY

02:35PM  18    WOULD STILL HAVE A HIGH SODIUM, BUT THE LABORATORY WOULD SAY,

02:35PM  19    OH, WELL, WE HAD TO VOID THIS.

02:35PM  20         SO THAT'S WHERE THE ASSAY REALLY HAS ITS CLINICAL VALUE,

02:35PM  21    AND THOSE ARE THE TIMES WHEN WE WOULD END UP VOIDING THE

02:35PM  22    RESULTS.

02:35PM  23    Q.   AND WAS YOUR CONCERN THAT THE THERANOS ASSAY WAS NOT

02:35PM  24    DELIVERING THAT CLINICAL VALUE AT THIS TIME?

02:35PM  25    A.   YES, YES.

02:35PM  1     Q.   YOUR EMAIL GOES ON TO SAY, "ALL OF US IN CLIA SHARE THE

02:35PM  2     SAME CONCERNS.  HOW IS THE 4S SODIUM DOING?  MAYBE WE CAN USE

02:35PM  3     THE 4S FOR ISE'S?"

02:35PM  4          WHAT WERE YOU SUGGESTING THERE?

02:36PM  5     A.   I HAD HEARD FROM OTHER FOLKS AND BY EMAIL THAT THE 4S WAS

02:36PM  6     IN DEVELOPMENT.  THIS WAS AN INSTRUMENT IN DEVELOPMENT THAT

02:36PM  7     COULD DO BOTH COMPLETE BLOOD COUNTS AND GENERAL CHEMISTRY

02:36PM  8     ASSAYS.

02:36PM  9          I WAS REALLY STRUGGLING, GRASPING AT STRAWS TRYING TO FIND

02:36PM 10     AN ALTERNATIVE WAY OF MEASURING SODIUM USING A THERANOS METHOD.

02:36PM 11     Q.   AND YOU THOUGHT MAYBE THIS NEXT GENERATION DEVICE MIGHT BE

02:36PM 12     THE ANSWER?

02:36PM 13     A.   CORRECT.

02:36PM 14     Q.   AND DID YOU LEAVE THERANOS STILL HAVING NEVER SEEN ONE OF

02:36PM 15     THESE NEXT GENERATION DEVICES?

02:36PM 16     A.   NEVER SAW IT.

02:36PM 17     Q.   LET'S LOOK AT PAGE 1 OF THIS EMAIL, AND LET'S ZOOM IN ON

02:37PM 18     THE MIDDLE MESSAGE FROM MR. BALWANI.

02:37PM 19          THANK YOU.

02:37PM 20          MR. BALWANI RESPONDS TO THIS CHAIN TO SAY, "I HAVE NOT

02:37PM 21     HEARD ANY ISSUES ON ADVIAS OR ISE'S, BUT I KNOW THERE ARE

02:37PM 22     ISSUES THAT ARE NOW CAUSING US A LOT OF PAIN."

02:37PM 23          AT THIS POINT IN OCTOBER OF 2014, HAD YOU SPECIFICALLY

02:37PM 24     DISCUSSED ISE ISSUES ON ADVIAS WITH MR. BALWANI?

02:37PM 25     A.   YES.

02:38PM 1    Q.   LET'S LOOK AT EXHIBIT 4182.  LET ME KNOW WHEN YOU HAVE

02:38PM 2    EXHIBIT 4182 IN FRONT OF YOU.

02:38PM 3    A.   I HAVE IT.

02:38PM 4    Q.   OKAY.  I'LL ASK YOU TO PLEASE LOOK AT PAGE 3 OF THE

02:38PM 5    EXHIBIT.

02:38PM 6         DO YOU SEE THIS IS AN EMAIL CHAIN BETWEEN INDIVIDUALS AT

02:38PM 7    THERANOS INCLUDING MAX FOSQUE, DANIEL YOUNG, SUNNY BALWANI, AND

02:38PM 8    CHRISTIAN HOLMES?

02:38PM 9    A.   YES.

02:38PM 10   Q.   AND DO YOU SEE THAT THIS EMAIL RELATES TO A PARTICULAR LAB

02:38PM 11   RESULT GENERATED AT THERANOS?

02:38PM 12   A.   YES.

02:38PM 13   Q.   AND DO YOU SEE THAT IT'S CHECKED IMPORTANCE LEVEL HIGH IN

02:38PM 14   THE EMAIL?

02:38PM 15   A.   YES.

02:39PM 16        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:39PM 17   ADMIT EXHIBIT 4182.

02:39PM 18        MR. WADE:  WITH THE COURT'S INDULGENCE FOR ONE

02:39PM 19   SECOND.

02:39PM 20        (PAUSE IN PROCEEDINGS.)

02:39PM 21        MR. WADE:  THERE ARE 805 ISSUES WITH THIS ONE,

02:39PM 22   YOUR HONOR.  802.

02:39PM 23        THE COURT:  MR. BOSTIC, ARE YOU ASKING THAT THIS BE

02:39PM 24   ADMITTED FOR A SPECIFIC PURPOSE?

02:39PM 25        MR. BOSTIC:  YOUR HONOR, I CAN MOVE ON FROM THIS ONE

02:39PM  1    FOR NOW.

02:39PM  2    Q.   LET'S LOOK INSTEAD, DR. ROSENDORFF, AT EXHIBIT 4298,

02:39PM  3    PLEASE.

02:40PM  4    A.   OKAY.

02:40PM  5    Q.   AND DO YOU SEE THAT EXHIBIT 4298 IS AN EMAIL INCLUDING

02:40PM  6    SUNNY BALWANI AND ELIZABETH HOLMES?

02:40PM  7    A.   THE EMAIL AT THE TOP OF THE PAGE, YES, AT THE TOP OF THE

02:40PM  8    EXHIBIT.

02:40PM  9    Q.   AND DO YOU SEE THAT THE SUBJECT LINE IS CRITICAL ISE'S?

02:40PM  10   A.   YES.

02:40PM  11             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:40PM  12   ADMIT EXHIBIT 4298.

02:40PM  13             MR. WADE:  NO OBJECTION.

02:40PM  14             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:40PM  15        (GOVERNMENT'S EXHIBIT 4298 WAS RECEIVED IN EVIDENCE.)

02:40PM  16   BY MR. BOSTIC:

02:40PM  17   Q.   DO YOU RECALL LOOKING AT THIS EMAIL CHAIN EARLIER, AND

02:40PM  18   I'LL DIRECT YOU TO PAGE 3 OF THE EXHIBIT.

02:41PM  19        AND LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE, PLEASE.

02:41PM  20        DO YOU RECALL, DR. ROSENDORFF, WE WERE RECENTLY LOOKING AT

02:41PM  21   THIS EMAIL CHAIN ABOUT CRITICAL ISE'S?

02:41PM  22   A.   DURING MY TESTIMONY TODAY, YES.

02:41PM  23   Q.   YES.  AND MR. BALWANI ON THE BOTTOM OF THE PAGE SAYS THAT

02:41PM  24   HE HAS NOT HEARD OF ANY ISSUES ON ADVIAS OR ISE'S, AND I ASKED

02:41PM  25   YOU WHAT YOU THOUGHT OF THAT STATEMENT.

02:41PM  1    A.   I DON'T THINK IT'S A GENUINE STATEMENT.  I DON'T THINK

02:41PM  2    HE'S BEING GENUINE, NO.

02:41PM  3    Q.   LET ME ASK YOU TO LOOK AT PAGE 2 OF THIS EXHIBIT.

02:41PM  4         AND LET'S GO THERE, MS. HOLLIMAN.  LET'S ZOOM IN ON THE

02:41PM  5    TOP HALF OF THAT PAGE.

02:42PM  6         DO YOU SEE AT THE TOP THERE AN EMAIL FROM TINA LIN TO

02:42PM  7    NISHIT DOSHI, SUNNY BALWANI, AND DANIEL YOUNG?

02:42PM  8    A.   YES.

02:42PM  9    Q.   SHE SAYS, "WE SHOULD ALSO CONSIDER WHETHER XPT WILL SOLVE

02:42PM  10   THE PROBLEMS WE'RE CURRENTLY SEEING."

02:42PM  11        DO YOU SEE THAT?

02:42PM  12   A.   YES.

02:42PM  13   Q.   AND DO YOU KNOW WHAT XPT IS REFERRING TO?

02:42PM  14   A.   THIS IS A NEW MODEL OF THE ADVIA WITH HIGHER THROUGHPUT.

02:42PM  15   Q.   AND IS THIS ANOTHER THIRD PARTY DEVICE?

02:42PM  16   A.   CORRECT.

02:42PM  17   Q.   AND WAS THIS NEW MODEL OF THE ADVIA INVENTED OR DEVELOPED

02:42PM  18   OR MANUFACTURED BY THERANOS?

02:42PM  19   A.   NO.  IT WAS A SIEMENS INSTRUMENT.

02:42PM  20   Q.   DO YOU KNOW AT THIS TIME WHETHER THERANOS WAS CONSIDERING

02:42PM  21   PURCHASING ONE OR MORE XPT ANALYZERS FROM SIEMENS?

02:43PM  22   A.   AT THIS POINT I BELIEVE THERANOS HAD ALREADY PURCHASED

02:43PM  23   SOME XPT INSTRUMENTS.

02:43PM  24   Q.   AND IS IT YOUR RECOLLECTION THAT THERANOS PURCHASED

02:43PM  25   ADDITIONAL SIEMENS XPT INSTRUMENTS BEFORE COMPLETING WORK ON

02:43PM   1    ITS 4S OR MINILAB DEVICES?

02:43PM   2    A.   CORRECT.

02:43PM   3    Q.   OKAY.  WE CAN PUT THAT ONE ASIDE.

02:43PM   4         LET'S LOOK AT EXHIBIT 1953, PLEASE.

02:44PM   5         DO YOU HAVE EXHIBIT 1953 IN FRONT OF YOU?

02:44PM   6    A.   YES.

02:44PM   7    Q.   AND WE SPOKE ABOUT ISE'S.

02:44PM   8         DO YOU SEE IN FRONT OF YOU AN EMAIL CHAIN RELATING TO

02:44PM   9    CALCIUM RESULTS AT THERANOS?

02:44PM  10    A.   I SEE AN EMAIL FROM CHRISTIAN TO HIS SISTER, ELIZABETH,

02:44PM  11    ABOUT A CANDID CONVERSATION SAYING THAT THERE ARE ISSUES WITH

02:44PM  12    CALCIUM, POTASSIUM, AND SODIUM.

02:44PM  13    Q.   LET ME DIRECT YOU TO PAGE 2 OF THE EXHIBIT.

02:44PM  14    A.   AH.  OKAY.  I SEE AN EMAIL FROM ERIC NELSON TO MIKE PHEBUS

02:44PM  15    COPYING KIMBERLY ALFONSO REGARDING HIGH POTASSIUM -- THE HIGH

02:44PM  16    CALCIUM LEVEL.

02:44PM  17    Q.   AND AS YOU POINTED OUT, THE EMAIL CHAIN EVENTUALLY

02:45PM  18    CULMINATES IN AN EMAIL FROM CHRISTIAN HOLMES TO

02:45PM  19    ELIZABETH HOLMES; IS THAT RIGHT?

02:45PM  20    A.   YES.

02:45PM  21         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:45PM  22    ADMIT EXHIBIT 1953.

02:45PM  23         MR. WADE:  NO OBJECTION.

02:45PM  24         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:45PM  25         (GOVERNMENT'S EXHIBIT 1953 WAS RECEIVED IN EVIDENCE.)

02:45PM  1                    MR. BOSTIC:  MS. HOLLIMAN, LET'S START ON PAGE 2,

02:45PM  2       PLEASE.  LET'S ZOOM IN ON THE TEXT OF THE BOTTOM EMAIL MESSAGE

02:45PM  3       THERE.

02:45PM  4       Q.   FIRST OF ALL, BEFORE WE DO THAT, DR. ROSENDORFF, DO YOU

02:45PM  5       SEE THAT THE FIRST EMAIL IN THIS CHAIN IS FROM ERIC NELSON TO

02:45PM  6       MIKE PHEBUS AND KIMBERLY ALFONSO?

02:45PM  7       A.   YES.

02:45PM  8       Q.   AND WHAT WERE THE ROLES OF THESE INDIVIDUALS AT THERANOS,

02:45PM  9       IF YOU RECALL?

02:45PM 10       A.   I DIDN'T KNOW MIKE PHEBUS.  I RECOGNIZED KIMBERLY'S NAME.

02:46PM 11       AS I MENTIONED BEFORE, I'M NOT SURE OF HER EXACT ROLE.

02:46PM 12       Q.   THE EMAIL FROM ERIC NELSON READS, "MIKE AND KIMBERLY,

02:46PM 13       FOUNTAIN HILLS OFFICE HAS HAD A COUPLE OF ISSUES."

02:46PM 14            HE NOTES THAT THIS REPORT IS COMING FROM FOUNTAIN HILLS

02:46PM 15       PEDIATRIC AND INTERNAL MEDICINE.

02:46PM 16            DO YOU SEE THAT?

02:46PM 17       A.   YES.

02:46PM 18       Q.   AND LET'S ZOOM IN ON THE REPORT BELOW.

02:46PM 19            THE REPORTED ISSUE SAYS, "I HAVE HAD 5-6 CALCIUMS LEVELS

02:46PM 20       COME BACK RECENTLY THAT WERE OVER 10 (HYPERCALCEMIA).  THESE

02:46PM 21       PATIENTS HAVE NEVER HAD HIGH CALCIUM IN THE PAST.  SENT ALL

02:46PM 22       PATIENTS TO SQ TO RETEST AND THE CALCIUM LEVELS ARE UNDER 10

02:46PM 23       (NORMAL)."

02:46PM 24            CAN YOU EXPLAIN WHAT THAT WOULD SIGNIFY TO YOU?

02:46PM 25                    MR. WADE:  YOUR HONOR, 104, 701.

02:46PM 1          THE COURT:  CAN YOU LAY A FOUNDATION?

02:46PM 2     BY MR. BOSTIC:

02:46PM 3     Q.   DR. ROSENDORFF, YOU TESTIFIED THAT IN YOUR ROLE AS LAB

02:47PM 4     DIRECTOR, YOU WOULD FREQUENTLY FIELD COMPLAINTS AND QUESTIONS

02:47PM 5     FROM MEDICAL PROVIDERS.

02:47PM 6     A.   CORRECT.

02:47PM 7     Q.   AND IS WHAT YOU'RE LOOKING AT SUCH A COMPLAINT FROM A

02:47PM 8     MEDICAL PROVIDER?

02:47PM 9     A.   YES, IT APPEARS TO BE A COMPLAINT FROM A PHYSICIAN

02:47PM 10    ASSISTANT THAT WAS COMMUNICATED TO ERIC NELSON.

02:47PM 11         I DON'T BELIEVE THIS MADE ITS WAY TO ME, THOUGH.

02:47PM 12    Q.   YEAH.  OKAY.

02:47PM 13         LET ME JUST ASK YOU, THE TERM USED IN THE SECTION I JUST

02:47PM 14    READ, "HYPERCALCEMIA," CAN YOU JUST DEFINE THAT?  WHAT IS

02:47PM 15    HYPERCALCEMIA?

02:47PM 16    A.   CALCIUM IS A CHEMICAL ELEMENT.  IT CAN BE HIGH BECAUSE OF

02:47PM 17    ABSORPTION FROM BONE OR RENAL PROBLEMS.  IF IT'S HIGH, IT CAN

02:47PM 18    RESULT IN DEPOSITS IN VARIOUS TISSUES AND CAUSE PROBLEMS.

02:48PM 19    Q.   THE DOCTOR CONTACTING THERANOS IN THIS EMAIL REPORTS THAT

02:48PM 20    SHE HAD PATIENTS COME BACK RECENTLY WITH HIGH CALCIUM RESULTS

02:48PM 21    HAVING NEVER HAD HIGH CALCIUM IN THE PAST.

02:48PM 22         DO YOU SEE THAT THERE?

02:48PM 23    A.   YES.

02:48PM 24    Q.   SHE SAYS, "SENT ALL PATIENTS TO SQ TO RETEST."

02:48PM 25         DO YOU HAVE AN UNDERSTANDING OF WHAT SQ WOULD STAND FOR IN

02:48PM  1    THIS CONTEXT?

02:48PM  2    A.   SONORA QUEST.

02:48PM  3    Q.   AND WHAT IS SONORA QUEST?

02:48PM  4    A.   IT IS THE CHAIN OF RETAIL COLLECTION SITES AND

02:48PM  5    LABORATORIES IN ARIZONA.

02:48PM  6    Q.   WAS IT A COMPETITOR OF THERANOS?

02:48PM  7    A.   YES.

02:48PM  8    Q.   WAS IT A CONVENTIONAL LAB DISSIMILAR TO THERANOS?

02:48PM  9    A.   YES.

02:48PM  10   Q.   THIS EMAIL INDICATES THAT WHEN THOSE PATIENTS WERE SENT TO

02:49PM  11   SONORA QUEST TO RETEST, THEIR CALCIUM LEVELS CAME BACK AS

02:49PM  12   NORMAL.

02:49PM  13        DO YOU SEE THAT THERE?

02:49PM  14   A.   YES.

02:49PM  15   Q.   LET'S ZOOM IN NOW ON THE TOP OF THE PAGE.  AND WE'LL LOOK

02:49PM  16   AT AN EMAIL FROM KIMBERLY ALFONSO TO CHRISTIAN HOLMES AND

02:49PM  17   SUNNY BALWANI.

02:49PM  18        DO YOU SEE THAT?

02:49PM  19   A.   YES.

02:49PM  20   Q.   AND THE EMAIL SAYS, "CHRISTIAN - PLEASE SEE BELOW.  ON #1,

02:49PM  21   LET ME KNOW IF YOU WANT TO HAVE ERIC FURTHER DEFINE THE 5-6

02:49PM  22   PATIENTS AND THEIR RESULTS OR IF WE CAN LOOK UP BY PROVIDER."

02:49PM  23        DO YOU SEE THAT?

02:49PM  24   A.   YES.

02:49PM  25   Q.   AND LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.  AND LET'S LOOK

02:50PM 1    AT THE BOTTOM HALF AND CHRISTIAN HOLMES'S EMAIL ON

02:50PM 2    SEPTEMBER 23RDRD.

02:50PM 3         DO YOU SEE THAT EMAIL, DR. ROSENDORFF?

02:50PM 4    A.   YES.

02:50PM 5    Q.   AND ON SEPTEMBER 23RD, CHRISTIAN HOLMES WRITES AN EMAIL TO

02:50PM 6    DANIEL YOUNG, INCLUDING SUNNY BALWANI, AND MAX FOSQUE.

02:50PM 7         AT THE BOTTOM OF THAT EMAIL HE SAYS, "FOR MY OWN

02:50PM 8    BACKGROUND, ARE THERE ANY FINDINGS WE CAN RELAY ABOUT HIGH

02:50PM 9    TRENDS IN CALCIUM REPORTING?  SEEMS TO BE BY FAR THE MAJORITY

02:50PM 10   OF QUESTIONS WE GET ABOUT ACCURACY NOW."

02:50PM 11        MY QUESTION FOR YOU IS AROUND THIS TIME IN SEPTEMBER OF

02:50PM 12   2014, WERE YOU ALSO SEEING ISSUES AROUND THE THERANOS CALCIUM

02:50PM 13   TEST?

02:50PM 14   A.   I HAD SEEN ISSUES WITH HIGH CALCIUMS PRIOR TO THIS DATE.

02:50PM 15   Q.   AND SO YOU UNDERSTOOD THIS TO BE A PREEXISTING PROBLEM AT

02:50PM 16   THERANOS?

02:50PM 17   A.   YES.

02:50PM 18   Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP HALF OF THIS PAGE,

02:50PM 19   PLEASE.

02:51PM 20        ARE YOU LOOKING NOW AT AN EMAIL FROM CHRISTIAN HOLMES TO

02:51PM 21   ELIZABETH HOLMES SENT ON SEPTEMBER 23RD, 2010?

02:51PM 22   A.   YES.

02:51PM 23   Q.   AND WERE YOU INCLUDED ON THIS EMAIL?

02:51PM 24   A.   NO.

02:51PM 25   Q.   AND WAS MR. BALWANI INCLUDED ON THIS EMAIL?

ROSENDORFF DIRECT BY MR. BOSTIC                                    1879

02:51PM  1    A.    NO.

02:51PM  2    Q.    THE SUBJECT LINE IS CUSTOMER ISSUE -- SIKORSKI.

02:51PM  3          DO YOU SEE THAT?

02:51PM  4    A.    YES.

02:51PM  5    Q.    AND THE IMPORTANCE IS LISTED AS HIGH.

02:51PM  6          DO YOU SEE THAT?

02:51PM  7    A.    YES.

02:51PM  8    Q.    MS. HOLMES'S BROTHER WRITES TO HER, HEY WANTED TO HAVE

02:51PM  9    JUST A MORE CANDID CONVERSATION ABOUT THIS WITH YOU.

02:51PM  10         DO YOU SEE THAT?

02:51PM  11   A.    YES.

02:51PM  12   Q.    AND HE SAYS, I AM ALWAYS CONFIDENT IN OUR TECHNOLOGY, BUT

02:51PM  13   IT'S PRETTY OBVIOUS WE HAVE ISSUES WITH CALCIUM, POTASSIUM, AND

02:51PM  14   SODIUM SPECIFICALLY.

02:51PM  15         DO YOU AGREE WITH MR. HOLMES AT THAT TIME THAT THERANOS

02:52PM  16   WAS HAVING PROBLEMS WITH ITS ASSAYS?

02:52PM  17   A.    I AGREE WITH HIS STATEMENT THAT THERE WERE PROBLEMS WITH

02:52PM  18   THE ASSAYS.  I DON'T AGREE WITH THE SPECIFICALLY PART.

02:52PM  19   Q.    CAN YOU EXPLAIN THAT?  WHY WOULD YOU NOT USE THE WORD

02:52PM  20   "SPECIFICALLY"?

02:52PM  21   A.    I THINK THERE WERE OTHER ASSAYS THAT HAD PROBLEMS.

02:52PM  22   Q.    INCLUDING SOME THAT WE HAVE BEEN SPEAKING ABOUT TODAY?

02:52PM  23   A.    YES.

02:52PM  24   Q.    HOW ABOUT THE FIRST PART OF THAT SENTENCE WHERE

02:52PM  25   CHRISTIAN HOLMES SAYS, "I AM ALWAYS CONFIDENT IN OUR

02:52PM  1   TECHNOLOGY."

02:52PM  2        IN SEPTEMBER OF 2014, WERE YOU CONFIDENT IN THE THERANOS

02:52PM  3   TECHNOLOGY?

02:52PM  4   A.   NO.

02:52PM  5   Q.   CHRISTIAN HOLMES GOES ON TO SAY IN HIS EMAIL, "SUNNY IS ON

02:52PM  6   THESE EMAILS, BUT WANTED TO GET YOUR THOUGHTS SPECIFICALLY ON

02:52PM  7   CONSIDERING TO STOP REPORTING THESE TESTS UNTIL WE FIND THE

02:52PM  8   REASON WE ARE REPORTING AS WE ARE.  I'M 1,000 PERCENT CONFIDENT

02:52PM  9   THIS IS AN EASILY SOLVABLE ISSUE AND ONE THAT WE WILL FIX, BUT

02:52PM  10  JUST MORE A QUESTION AROUND THE COST/BENEFIT OF CONTINUING TO

02:53PM  11  SEND THESE RESULTS TO DOCS WHEN THERE SEEM TO BE ISSUES WITH

02:53PM  12  THEIR ACCURACY."

02:53PM  13       DO YOU SEE THAT?

02:53PM  14  A.   YES.

02:53PM  15  Q.   AND DID THIS REFLECT YOUR SENTIMENT AT THE TIME?

02:53PM  16  A.   YES.

02:53PM  17  Q.   AND HOW ABOUT THE POINT ABOUT BEING 1,000 PERCENT

02:53PM  18  CONFIDENT THIS IS AN EASILY SOLVABLE ISSUE.

02:53PM  19       IS THAT HOW YOU FELT AT THERANOS?

02:53PM  20  A.   NO.  I BELIEVED AT THAT TIME THAT THERE WERE INHERENT

02:53PM  21  PROBLEMS IN RUNNING THESE KINDS OF ASSAYS RELIABLY FROM

02:53PM  22  FINGERSTICK.

02:53PM  23  Q.   CHRISTIAN HOLMES RAISES THE QUESTION ABOUT THE

02:53PM  24  COST/BENEFIT OF CONTINUING TO SEND THESE RESULTS TO DOCS WHEN

02:53PM  25  THERE SEEMS TO BE ISSUES WITH THEIR ACCURACY.

02:53PM  1      HOW WOULD YOU HAVE ASSESSED AT THE TIME THE COST/BENEFIT

02:53PM  2   OF CONTINUING TO RELEASE THESE RESULTS TO PATIENTS AND DOCTORS?

02:53PM  3           MR. WADE:  YOUR HONOR, I'M NOT SURE I UNDERSTAND THE

02:54PM  4   RELEVANCE OF THIS INQUIRY COMMENTING ON AN EMAIL HE'S NOT ON.

02:54PM  5   WE'RE PRETTY FAR AFIELD.

02:54PM  6           THE COURT:  ARE YOU ASKING HIS OPINION AS THE LAB

02:54PM  7   DIRECTOR AT THE TIME?

02:54PM  8           MR. BOSTIC:  I'M ASKING FOR HIS OPINION BASED ON

02:54PM  9   WHAT HE SAW AT THE TIME.  I'M ASKING HIM TO PROVIDE A SUMMARY

02:54PM 10   OF WHAT HE HAD SEEN AT THE TIME, AND THIS IS ALSO RELEVANT TO

02:54PM 11   EXPLAIN WHAT HE DID AFTER THIS TIME PERIOD.

02:54PM 12           THE COURT:  SUBSEQUENT CONDUCT?

02:54PM 13           MR. BOSTIC:  CORRECT.

02:54PM 14           THE COURT:  SO WHY DON'T YOU ASK THOSE QUESTIONS IN

02:54PM 15   THAT ORDER AND LAY THE FOUNDATION AND THE WITNESS CAN ANSWER.

02:54PM 16   BY MR. BOSTIC:

02:54PM 17   Q.   DR. ROSENDORFF, AROUND THIS TIME, WERE YOU STILL THINKING

02:54PM 18   ABOUT LEAVING THERANOS?

02:54PM 19   A.   YES, DEFINITELY.

02:54PM 20   Q.   WAS YOUR DECISION PROCESS BASED PARTLY ON YOUR VIEW OF THE

02:54PM 21   RELIABILITY OF THE THERANOS ASSAYS?

02:54PM 22   A.   YES.

02:54PM 23   Q.   MOVING ON TO THE THIRD PARAGRAPH IN CHRISTIAN HOLMES'S

02:55PM 24   EMAIL.

02:55PM 25           HE SAYS, "I AM ALSO BRINGING THIS UP BECAUSE I HAVEN'T

02:55PM  1    HEARD ANY REASON/ROOT CAUSE FOR WHY THESE TESTS ARE OFF."

02:55PM  2         CHRISTIAN HOMES WAS NOT A SCIENTIST; CORRECT?

02:55PM  3    A.   CORRECT.

02:55PM  4    Q.   AND YOU WERE THE LAB DIRECTOR; CORRECT?

02:55PM  5    A.   CORRECT.

02:55PM  6    Q.   AND AT THIS TIME, WERE YOU AWARE OF THE COMPANY HAVING

02:55PM  7    DISCOVERED ANY REASON OR ROOT CAUSE FOR WHY THE TESTS WERE OFF?

02:55PM  8    A.   THERE WERE HYPOTHESES AND IDEAS BEING DISCUSSED.  THERE

02:55PM  9    WAS NO SINGLE ROOT CAUSE IDENTIFIED.

02:55PM  10   Q.   AND DID THAT FACT AFFECT YOUR OPTIMISM ABOUT WHETHER THE

02:55PM  11   PROBLEMS COULD BE SOLVED?

02:55PM  12   A.   I DIDN'T BELIEVE AT THIS POINT THAT THERANOS COULD SOLVE

02:55PM  13   THESE PROBLEMS.

02:55PM  14   Q.   CHRISTIAN HOLMES GOES ON TO SAY, "I JUST GET A RESPONSE

02:56PM  15   FROM DANIEL THAT, 'WE ARE AWARE OF THE ISSUES AND ARE

02:56PM  16   CONDUCTING A STUDY.'"  HE SAYS, "LEAVES ME A BIT HANDS TIED

02:56PM  17   WITH THE DOCS - OBVIOUSLY I CAN'T TELL THEM WE ARE WRONG, BUT

02:56PM  18   THEY CONTINUE TO SEND PATIENTS TO QUEST AFTER WE REPORT HIGH,

02:56PM  19   AND THE PATIENTS RESULTS COME BACK NORMAL."

02:56PM  20        WHERE CHRISTIAN HOLMES SAYS THERE "OBVIOUSLY I CAN'T TELL

02:56PM  21   THEM WE ARE WRONG," HOW DID THAT RELATE TO YOUR EXPERIENCE

02:56PM  22   DISCUSSING THERANOS TEST RESULTS WITH DOCTORS?

02:56PM  23   A.   I CAME TO BELIEVE THAT THE THERANOS RESULTS WERE WRONG.

02:56PM  24   IT CAUSED A LOT OF INNER CONFLICT.  I HAD A DUTY AS A PHYSICIAN

02:56PM  25   TO BE HONEST AND STRAIGHTFORWARD WITH THE PROVIDERS.

02:56PM  1        I ALSO HAD OBLIGATIONS WITHIN THE COMPANY.  I HAD A DUTY

02:57PM  2   AS A LAB DIRECTOR TO BE TRANSPARENT WITH THE CLIENTS.

02:57PM  3        AT ONE POINT I STARTED TO REFUSE TO TALK TO PHYSICIANS.  I

02:57PM  4   BELIEVE THAT I TOLD ONE OR TWO PHYSICIANS THAT I DIDN'T BELIEVE

02:57PM  5   THE RESULTS.  THAT CAUSED A LOT OF EMOTIONAL DISCOMFORT FOR ME.

02:57PM  6   Q.   AND DID YOU FEEL -- BASED ON YOUR, ON THE CONVERSATIONS

02:57PM  7   THAT YOU HAD WITH MS. HOLMES AND MR. BALWANI, DID YOU FEEL THAT

02:57PM  8   YOU WERE FREE CONSISTENTLY TO TELL DOCTORS WHEN TEST RESULTS

02:57PM  9   WERE WRONG?

02:57PM 10   A.   NO.  I FELT THAT ELIZABETH, SUNNY, AND CHRISTIAN, AND

02:57PM 11   DANIEL TO SOME EXTENT, WERE PUSHING ME TO RATIONALIZE, JUSTIFY

02:57PM 12   THE ERRONEOUS RESULTS TRY TO UNEARTH OR DIG UP PATIENT FACTORS

02:57PM 13   THAT WOULD EXPLAIN ERRONEOUS RESULTS, ANYTHING OTHER THAN

02:58PM 14   SAYING OUR TESTS ARE INACCURATE.

02:58PM 15   Q.   CHRISTIAN HOLMES GOES ON TO WRITE IN HIS EMAIL, "I KNOW

02:58PM 16   HAVE SALES REPS, DOCS, AND PATIENTS WITHOUT ANSWERS AS TO WHY

02:58PM 17   THEIR QUEST REPORT SAYS NORMAL, AND THERANOS'S DOESN'T.  I'LL

02:58PM 18   DEFINITELY MANAGE THESE THINGS, BUT JUST SEEMS TO BE WORTH

02:58PM 19   CONSIDERING A HIATUS IN REPORTING THESE VALUES UNTIL WE HAVE

02:58PM 20   FINISHED WHATEVER STUDIES DANIEL IS REFERRING TO."

02:58PM 21        DID I READ THAT CORRECTLY?

02:58PM 22   A.   YES.

02:58PM 23   Q.   AND WOULD YOU ALSO HAVE SUPPORTED A HIATUS IN REPORTING

02:58PM 24   THESE VALUES WHILE THE PROBLEM WAS INVESTIGATED?

02:58PM 25   A.   ABSOLUTELY.

02:58PM    1          MR. BOSTIC:  YOUR HONOR, IF THE COURT PLANS TO BREAK

02:58PM    2   FOR THE DAY AT 3:00 P.M., THIS WOULD BE A GOOD STOPPING POINT.

02:58PM    3          THE COURT:  YOU HAVE ADDITIONAL EXAMINATION?

02:58PM    4          MR. BOSTIC:  YES, YOUR HONOR.

02:58PM    5          THE COURT:  LET'S DO THAT.

02:58PM    6      LADIES AND GENTLEMEN, WE'LL BREAK FOR THE WEEKEND AT THIS

02:58PM    7   TIME AND WE'LL RESUME ON TUESDAY NEXT AT 9:00 A.M.

02:59PM    8      DOCTOR, YOU'LL COME BACK THEN TO RESUME YOUR EXAMINATION.

02:59PM    9          THE WITNESS:  YES, YOUR HONOR.

02:59PM   10          THE COURT:  THANK YOU.

02:59PM   11      LADIES AND GENTLEMEN, A COUPLE OF THINGS.  WHEN WE COME

02:59PM   12   BACK NEXT WEEK, I HOPE YOU RECALL THAT I TOLD YOU I WOULD LIKE

02:59PM   13   TO ROTATE YOU IN THE SEATING, AND I HOPE WHAT I CAN DO NEXT

02:59PM   14   WEEK, WITH YOUR COOPERATION, IS PERHAPS MOVE OUR DEAR FRIENDS

02:59PM   15   IN THE FRONT ROW TO THE BACK ROW, AND WE'LL ROTATE THOSE OF YOU

02:59PM   16   WHO ARE SEATED OUTSIDE OF THE BOX, YOU'LL ROTATE INTO THOSE

02:59PM   17   SEATS, AND THEN FOLKS WILL JUST MOVE DOWN AND WE'LL FOLLOW THAT

02:59PM   18   EVERY WEEK.  I HOPE THAT'S NOT TOO UNCOMFORTABLE FOR YOU.

02:59PM   19      I WANT TO GIVE EVERYONE AN OPPORTUNITY TO ENJOY THESE

02:59PM   20   LOVELY CHAIRS THAT EVERYONE IS SEATED IN IN THE JURY BOX.

02:59PM   21      SO THAT'S WHAT WE'LL DO.  WE'LL ROTATE THAT.  I HOPE THAT

02:59PM   22   DOESN'T CAUSE YOU TOO MUCH INCONVENIENCE.

02:59PM   23      BEFORE WE BREAK, LET ME REMIND YOU AGAIN OF THE

02:59PM   24   ADMONITION.  PLEASE, PLEASE ENSURE THAT YOU, TO ALL EXTENT

02:59PM   25   POSSIBLE, AVOID ANY MEDIA, SOCIAL MEDIA, INTERACTION WITH

03:00PM 1    RADIO, TELEVISION, ANY SOCIAL MEDIA OR INTERNET.

03:00PM 2          DO NOT DO ANY RESEARCH ON ANYTHING ABOUT THIS CASE OR

03:00PM 3    ANYTHING TO DO WITH IT, INCLUDING RESEARCHING ANYTHING THAT

03:00PM 4    YOU'VE HEARD TODAY OR ANY OF THE PARTIES INVOLVED IN THIS CASE.

03:00PM 5          PLEASE AVOID DISCUSSING THIS CASE.  YOU MUST NOT DISCUSS

03:00PM 6    THE CASE AT ALL WITH EACH OTHER OR ANYONE AT YOUR HOMES OR

03:00PM 7    WORKPLACES UNTIL THE CASE HAS BEEN DELIVERED TO YOU AND YOU CAN

03:00PM 8    GO AND DO YOUR DELIBERATIONS.  THAT'S THE ONLY TIME THAT YOU

03:00PM 9    CAN BEGIN DISCUSSING THE FACTS OF THE CASE.

03:00PM 10         SO I REMIND YOU OF THAT ADMONITION.  I'M GOING TO ASK YOU

03:00PM 11   THE QUESTION TUESDAY NEXT WHETHER OR NOT YOU HAVE INADVERTENTLY

03:00PM 12   COME ACROSS ANYTHING ABOUT THE CASE.

03:00PM 13         I APPRECIATE YOUR CONTINUED FIDELITY TO THIS ADMONITION,

03:00PM 14   AND IT'S SO IMPORTANT AND THAT'S WHY I REMIND YOU OF THIS EACH

03:00PM 15   TIME WE MEET.

03:00PM 16         HAVE A GREAT WEEKEND.  ENJOY THE WEEKEND.

03:00PM 17         ANYTHING FURTHER, MS. KRATZMANN, FOR OUR JURY?

03:01PM 18             THE CLERK:  NO, YOUR HONOR.

03:01PM 19             THE COURT:  ALL RIGHT.  GREAT.

03:01PM 20         ANYTHING FURTHER, COUNSEL, BEFORE THE JURY LEAVES?

03:01PM 21             MR. DOWNEY:  NO, YOUR HONOR.

03:01PM 22             MR. LEACH:  NO, YOUR HONOR.

03:01PM 23             THE COURT:  ALL RIGHT.  GREAT.  HAVE A GREAT

03:01PM 24   WEEKEND.

03:01PM 25         (JURY OUT AT 3:01 P.M.)

03:01PM 1      THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

03:01PM 2  SEATED.

03:01PM 3      THE RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATES

03:01PM 4  HAVE LEFT FOR THE WEEKEND.

03:01PM 5      BEFORE WE BREAK, COUNSEL, SHOULD WE JUST SCHEDULE A

03:01PM 6  MEETING MONDAY MORNING AT SOME TIME?  DOES THAT WORK?

03:01PM 7      MR. WADE:  WE CAN CERTAINLY DO THAT.  IF THE

03:01PM 8  GOVERNMENT WANTS TO SUBMIT ITS PAPERS AND THEN WE CAN HAVE A

03:02PM 9  REASONABLE TIME TO RESPOND IF IT WANTS TO EXCLUDE THAT

03:02PM 10  EVIDENCE.

03:02PM 11      MR. BOSTIC:  YOUR HONOR, I'M HAPPY TO SUBMIT

03:02PM 12  SOMETHING IF THE COURT WOULD FIND THAT HELPFUL.

03:02PM 13      IT'S DIFFICULT FOR US TO FRAME THAT ARGUMENT WITHOUT

03:02PM 14  KNOWING EXACTLY WHERE THE DEFENSE INTENDS TO GO OR WHY.

03:02PM 15      IN PARTICULAR, I HEARD MR. WADE TODAY TALK ABOUT BIAS, AND

03:02PM 16  I JUST DON'T KNOW HOW BIAS IS RELEVANT HERE.

03:02PM 17      SO I'M HAPPY TO ADDRESS THE ISSUE ORALLY WITH THE COURT,

03:02PM 18  BUT I DEFER TO THE COURT ON WHAT WOULD BE MOST PRODUCTIVE.

03:02PM 19      THE COURT:  THANK YOU.

03:02PM 20      WELL, MR. WADE, YOU WANTED TO WAIT UNTIL YOU HEARD

03:02PM 21  TESTIMONY.

03:02PM 22      DO YOU KNOW HOW MUCH ADDITIONAL EXAMINATION YOU HAVE,

03:02PM 23  MR. BOSTIC?

03:02PM 24      MR. BOSTIC:  WE'RE MUCH CLOSER TO THE END THAN THE

03:02PM 25  BEGINNING, YOUR HONOR.

| 03:02PM | 1 | (LAUGHTER.) |

03:02PM 1       (LAUGHTER.)

03:02PM 2       THE COURT: YOU KNOW, THEY SAY THAT ABOUT ME ALL OF

03:02PM 3 THE TIME.

03:03PM 4       MR. BOSTIC: I WOULD SAY I HAVE APPROXIMATELY AN

03:03PM 5 HOUR LEFT.

03:03PM 6       THE COURT: FAIR ENOUGH.

03:03PM 7       MR. WADE: YOUR HONOR, I CAN GIVE IT SOME THOUGHT.

03:03PM 8 I'M NOT SURE WE CAN ACCOMPLISH MUCH ON MONDAY. I AM ALWAYS

03:03PM 9 HAPPY TO SEE THE COURT AND I KNOW YOU'LL MISS US IF WE'RE OFF

03:03PM 10 AN EXTRA DAY.

03:03PM 11     WE NEED TO ESTABLISH A FOUNDATION TO OFFER EVIDENCE FOR

03:03PM 12 BIAS, AND TO THE EXTENT THAT WE INTEND TO DO THAT, WE'LL DO

03:03PM 13 THAT AND THE COURT CAN RULE.

03:03PM 14     WE WOULD MAYBE TRY TO DO IT AT A TIME -- I ANTICIPATE A

03:03PM 15 LENGTHY CROSS-EXAMINATION. WE WOULD TRY TO DO IT AT A TIME AT

03:03PM 16 OR AROUND WHEN WE COULD TAKE A BREAK IF NEEDED JUST TO TRY TO

03:03PM 17 BE RESPECTFUL OF THE ISSUE.

03:03PM 18     WE WANT TO GIVE THE GOVERNMENT EVERY OPPORTUNITY TO RAISE

03:03PM 19 THEIR CONCERNS, BUT I'M NOT INCLINED TO LAY OUT MY

03:03PM 20 CROSS-EXAMINATION WHILE THE WITNESS IS STILL ON DIRECT.

03:03PM 21       THE COURT: NO. I UNDERSTAND THAT.

03:03PM 22     I GUESS IT WOULD BE INAPPROPRIATE FOR ME TO ASK YOU, HAVE

03:03PM 23 YOU HEARD ANYTHING THAT SUGGESTS A BIAS TYPE OF AN ISSUE?

03:03PM 24       MR. WADE: YES.

03:03PM 25       THE COURT: OKAY. FAIR ENOUGH.

                    LET'S DO THIS:  I'M GOING TO ASK YOU TO MEET AND CONFER ON

1   THIS ISSUE.  IF YOU FEEL THAT IT IS -- AFTER THAT, IF YOU FEEL

2   THAT IT'S APPROPRIATE TO HAVE A DISCUSSION PRIOR TO

3   MR. BOSTIC'S EXAMINATION ON TUESDAY, THEN WE HAVE THE MORNING

4   AVAILABLE AND WE CAN OFFER THAT TO YOU, AND I WOULD INVITE YOU

5   TO CONTACT MS. KRATZMANN FOR SCHEDULING.

6                  MR. WADE:  WE WILL DO THAT.

7                  MR. BOSTIC:  WE WILL DO THAT.

8                  THE COURT:  GREAT.  EVERYONE HAVE A GOOD WEEKEND.

9   ENJOY.

10                 (COURT ADJOURNED AT 3:04 P.M.)

1

2

3                         CERTIFICATE OF REPORTERS

4

5

6

7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        _____
          IRENE RODRIGUEZ, CSR, CRR
          CERTIFICATE NUMBER 8076
17

18

19        _____
          LEE-ANNE SHORTRIDGE, CSR, CRR
          CERTIFICATE NUMBER 9595
20

21        DATED:  SEPTEMBER 24, 2021

22

23

24

25