# EXHIBIT 9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 12 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | SEPTEMBER 28, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 1889 - 2106 |
| _____ | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

     (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

```
1      A P P E A R A N C E S: (CONT'D)
2

3      FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
4                                   LANCE A. WADE
                                    KATHERINE TREFZ
5                              725 TWELFTH STREET, N.W.
                               WASHINGTON, D.C. 20005
6
                               LAW OFFICE OF JOHN D. CLINE
7                              BY:  JOHN D. CLINE
                               ONE EMBARCADERO CENTER, SUITE 500
8                              SAN FRANCISCO, CALIFORNIA 94111

9
       ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
10                             BY:  ADELAIDA HERNANDEZ

11                             OFFICE OF THE U.S. ATTORNEY
                               BY:  LAKISHA HOLLIMAN, PARALEGAL
12                                  MADDI WACHS, PARALEGAL

13                             WILLIAMS & CONNOLLY
                               BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
14
                               TBC
15                             BY:  BRIAN BENNETT, TECHNICIAN

16

17

18

19

20

21

22

23

24

25
```

INDEX OF PROCEEDINGS

GOVERNMENT'S:


**ADAM ROSENDORFF**
DIRECT EXAM BY MR. BOSTIC (RES.)          P. 1903
CROSS-EXAM BY MR. WADE                    P. 1963

```
1                          INDEX OF EXHIBITS

2
                                        IDENT.      EVIDENCE
3        GOVERNMENT'S:

4        4182                                        1903
         4181                                        1909
5        1580                                        1917
         1724                                        1924
6        1248                                        1926
         4146                                        1929
7        4044                                        1933
         4047                                        1934
8        2149                                        1938
         4323                                        1940
9        4314                                        1945
         4330                                        1948
10       5378A, PAGES 28 & 33                        1952
         2228                                        1953
11

12

13       DEFENDANT'S:

14       11000A                                      1981
         7603                                        1986
15       12464                                       2016
         7338                                        2024
16       10272                                       2054
         9903                                        2082
17       9915                                        2084
         9910                                        2094
18       9945                                        2094

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    SEPTEMBER 28, 2021 |
| | 2 | P R O C E E D I N G S |
| 08:35AM | 3 | (COURT CONVENED AT 8:35 A.M.) |
| 08:35AM | 4 | (JURY OUT AT 8:35 A.M.) |
| 08:35AM | 5 | THE COURT:  LET'S GO ON THE RECORD IN UNITED STATES |
| 08:35AM | 6 | VERSUS ELIZABETH HOLMES. |
| 08:35AM | 7 | LET ME FIRST CAPTURE THE APPEARANCES OF THE PARTIES. |
| 08:35AM | 8 | WHO APPEARS FOR THE GOVERNMENT? |
| 08:35AM | 9 | MR. SCHENK:  GOOD MORNING, YOUR HONOR. |
| 08:35AM | 10 | JEFF SCHENK ON BEHALF OF THE UNITED STATES.  I'M JOINED BY |
| 08:35AM | 11 | BOB LEACH, JOHN BOSTIC, ADDIE HERNANDEZ, AND LAKISHA HOLLIMAN. |
| 08:35AM | 12 | THE COURT:  THANK YOU.  GOOD MORNING. |
| 08:35AM | 13 | AND I ALSO SEE MS. VOLKAR. |
| 08:35AM | 14 | MR. SCHENK:  AND MS. VOLKAR.  THANK YOU. |
| 08:35AM | 15 | THE COURT:  YES.  THANK YOU.  GOOD MORNING. |
| 08:35AM | 16 | MR. DOWNEY:  KEVIN DOWNEY FOR MS. HOLMES. |
| 08:35AM | 17 | WITH ME ARE LANCE WADE, KATIE TREFZ, AND JOHN CLINE. |
| 08:35AM | 18 | MS. HOLMES IS PRESENT IN COURT. |
| 08:35AM | 19 | THE COURT:  THANK YOU.  GOOD MORNING EVERYONE. |
| 08:35AM | 20 | WE'RE OUTSIDE OF THE PRESENCE OF OUR JURY, AND I JUST |
| 08:35AM | 21 | WANTED TO BRING TO THE PARTIES'S ATTENTION AN EMAIL I THINK |
| 08:36AM | 22 | MS. KRATZMANN SHARED WITH YOU FROM ONE OF OUR ALTERNATE JURORS. |
| 08:36AM | 23 | MR. DOWNEY:  YES, YOUR HONOR. |
| 08:36AM | 24 | THE COURT:  I HAVE THAT AS WELL.  I WANTED TO |
| 08:36AM | 25 | DISCUSS THAT WITH YOU AND TALK ABOUT NEXT STEPS WITH THIS |

08:36AM 1    PERSON.

08:36AM 2         IT SUGGESTS WE SHOULD HAVE A CONVERSATION OUTSIDE OF THE

08:36AM 3    PRESENCE OF HER COLLEAGUES AND MAKE SOME FURTHER INQUIRY ABOUT

08:36AM 4    HER EMAIL AND THE ISSUES IT PRESENTS.

08:36AM 5         MR. SCHENK?

08:36AM 6              MR. SCHENK:  I AGREE.  THE START DATE IS UNCLEAR,

08:36AM 7    AND SHE SAYS NEXT MONTH, AND THAT'S GOING TO AFFECT OUR

08:36AM 8    PERSPECTIVE ON IF SHE SHOULD BE RELEASED NOW OR IF IT'S A START

08:36AM 9    DATE THAT MAYBE WE COULD WORK WITH AND ASK HER TO STAY ON A

08:36AM 10   LITTLE BIT LONGER.

08:36AM 11             THE COURT:  SURE.  ANYTHING?

08:36AM 12             MR. DOWNEY:  NO, YOUR HONOR.

08:36AM 13             THE COURT:  IT SEEMS IT'S PART-TIME.  IT'S A LITTLE

08:36AM 14   UNCLEAR ABOUT THE NATURE OF THE ENGAGEMENT AND THE DURATION OF

08:37AM 15   IT.  SO I THOUGHT I WOULD MAKE SOME INQUIRY.

08:37AM 16        CANDIDLY, I MAY ASK THE ALTERNATE JUROR WHETHER OR NOT IT

08:37AM 17   WOULD BE BENEFICIAL FOR THE COURT TO SPEAK WITH THE EMPLOYER

08:37AM 18   AND COLLECT SOME ADDITIONAL INFORMATION, AND THAT'S BEEN DONE

08:37AM 19   BEFORE, TO SEE IF SOME SCHEDULING MIGHT BE APPROPRIATE,

08:37AM 20   CHANGING OUR HOURS, THOSE TYPES OF THINGS.

08:37AM 21        SO WE'LL DO THAT THEN.  I'LL ASK MS. KRATZMANN TO CHECK

08:37AM 22   WHEN THIS ALTERNATE ARRIVES, AND THEN WE CAN INVITE HER IN AND

08:37AM 23   MAYBE HAVE THAT CONVERSATION.

08:37AM 24        AS TO SCHEDULING AND TIMING THIS WEEK, I'M GOING TO ASK

08:37AM 25   THE JURORS IF WE CAN GO UNTIL 3:00 TODAY.  MAYBE I CAN GO UNTIL

```
08:37AM   1    4:00.  I'M HOPEFUL WE CAN GO UNTIL 3:00 OR 4:00 TOMORROW.

08:37AM   2    FRIDAY I WOULD LIKE TO END AT 2:00.  I WOULD SUGGEST MAYBE EVEN

08:37AM   3    1:00 O'CLOCK.  I HAVE AN ENGAGEMENT AND APPOINTMENT I WOULD

08:38AM   4    LIKE TO MAKE UP THE PENINSULA IN THE AFTERNOON IF I CAN.

08:38AM   5         BUT IF I CAN'T, OF COURSE, THAT'S FINE.  THIS CASE TAKES

08:38AM   6    PRIORITY OVER THAT.

08:38AM   7         BUT LET'S SEE WHAT THAT BRINGS US.

08:38AM   8         I'LL ALSO ASK OUR JURORS WHETHER GOING FORWARD PERHAPS WE

08:38AM   9    CAN EXTEND OUR TIME TO MAYBE 3:00 O'CLOCK INSTEAD OF 2:00, AND

08:38AM  10    THEN MAYBE 4:00 O'CLOCK TO SEE WHAT THEIR SCHEDULES PERMIT.  SO

08:38AM  11    I'LL MAKE THAT INQUIRY.

08:38AM  12         ANY INQUIRY ON THAT?

08:38AM  13              MR. DOWNEY:  THAT'S FINE WITH US.

08:38AM  14              MR. SCHENK:  NO.  THANK YOU.

08:38AM  15              THE COURT:  GREAT.  MS. KRATZMANN, DO YOU KNOW THE

08:38AM  16    STATUS OF ANY OF OUR JURORS?

08:38AM  17              THE CLERK:  NO, YOUR HONOR.  I HAVE NOT HAD AN

08:38AM  18    OPPORTUNITY TO CHECK IN WITH THEM.

08:38AM  19              THE COURT:  OKAY.  I'LL STEP DOWN AND ALLOW YOU TO

08:38AM  20    DO THAT THEN.

08:38AM  21         WHAT I'LL DO IS THAT ONCE MS. KRATZMANN HAS CONFIRMED THE

08:38AM  22    ARRIVAL OF THE JUROR, THEN WE'LL COME BACK, AND WE'LL HAVE OUR

08:38AM  23    CONVERSATION.

08:38AM  24         ANYTHING FURTHER ABOUT ANYTHING ELSE?

08:38AM  25              MR. SCHENK:  NO, YOUR HONOR.
```

08:38AM 1        MR. DOWNEY:  NO.  THANK YOU, YOUR HONOR.

08:38AM 2        THE COURT:  THIS MORNING -- MR. BOSTIC SUGGESTED

08:39AM 3    FRIDAY THAT HE HAD ABOUT AN HOUR LEFT I THINK, MR. BOSTIC, MORE

08:39AM 4    OR LESS?

08:39AM 5        MR. BOSTIC:  YES, YOUR HONOR.  I THINK BETWEEN AN

08:39AM 6    HOUR AND TWO HOURS, BUT NO MORE THAN TWO.

08:39AM 7        THE COURT:  OKAY.

08:39AM 8      (LAUGHTER.)

08:39AM 9        THE COURT:  IT'S A WIDE FREEWAY, MR. BOSTIC.

08:39AM 10       MR. BOSTIC:  I DID SOME WORK OVER THE WEEKEND.

08:39AM 11       THE COURT:  I MEAN, WE ALL DID.  GREAT.  THANK YOU.

08:39AM 12       THE CLERK:  COURT IS IN RECESS.

08:39AM 13     (RECESS FROM 8:39 A.M. UNTIL 8:56 A.M.)

08:56AM 14       THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

08:56AM 15   PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

08:56AM 16     LET'S BRING IN OUR ALTERNATE JUROR, PLEASE.

08:56AM 17     (ALTERNATE JUROR NUMBER 3 IS PRESENT.)

08:56AM 18       THE COURT:  GOOD MORNING.  PLEASE BE SEATED.  THANK

08:56AM 19   YOU.

08:56AM 20     GOOD MORNING.  ALL COUNSEL ARE PRESENT AND DEFENSE COUNSEL

08:56AM 21   ARE PRESENT.

08:56AM 22     ALTERNATE JUROR NUMBER 3 IS PRESENT.  GOOD MORNING.

08:56AM 23       JUROR:  GOOD MORNING.

08:56AM 24       THE COURT:  MS. KRATZMANN SHARED WITH US AN EMAIL

08:56AM 25   THAT I SHARED WITH COUNSEL REGARDING ALTERNATE JUROR NUMBER 3,

08:57AM 1  YOUR RESPONSIBILITY OF A NEW POSITION.

08:57AM 2          JUROR:  YES, SIR.

08:57AM 3          THE COURT:  NOW, TELL ME, IS THIS A PART-TIME

08:57AM 4  POSITION?

08:57AM 5          JUROR:  IT'S A FULL TIME, BUT TEMPORARY, SO THEY'RE

08:57AM 6  HIRING ME UNTIL DECEMBER.

08:57AM 7          THE COURT:  I SEE.  AND CAN YOU TELL US WHAT THE

08:57AM 8  HOURS ARE OF THIS JOB?

08:57AM 9          JUROR:  9:00 TO 6:00.

08:57AM 10         THE COURT:  I SEE.

08:57AM 11         JUROR:  MONDAY THROUGH FRIDAY.

08:57AM 12         THE COURT:  AND WHEN DOES IT BEGIN?

08:57AM 13         JUROR:  THEY WANT ME TO START AS SOON AS POSSIBLE.

08:57AM 14 THEY ARE JUST DOING MY BACKGROUND CHECK RIGHT NOW.

08:57AM 15         THE COURT:  I SEE.  AND I BELIEVE YOU'RE FULL-TIME

08:57AM 16 EMPLOYED NOW; RIGHT?

08:57AM 17         JUROR:  YES.

08:57AM 18         THE COURT:  SO THIS IS --

08:57AM 19         JUROR:  IT IS A DIFFERENT FIELD I'VE BEEN WANTING TO

08:57AM 20 GO TO AND FINALLY HAD A CHANCE TO, SO I CAN'T PASS IT UP.

08:57AM 21         THE COURT:  I SEE.  I SEE.

08:57AM 22     IS THIS SOMETHING THAT YOU -- DO YOU THINK THAT THEY WOULD

08:57AM 23 BE ABLE TO HOLD THIS POSITION FOR YOU UNTIL YOU FINISH YOUR

08:58AM 24 SERVICE HERE?

08:58AM 25         JUROR:  I CAN ASK, BUT, YEAH, RIGHT NOW THEY'RE JUST

08:58AM 1    IN THE PROCESS OF CHECKING MY BACKGROUND.

08:58AM 2         THE COURT:  SURE.  AND I'M SURE THAT'S GOING TO GO

08:58AM 3    FINE, ABSOLUTELY, YES.

08:58AM 4         (LAUGHTER.)

08:58AM 5         THE COURT:  I'M CURIOUS IF IT MIGHT BE HELPFUL IF

08:58AM 6    YOU FIND THAT INFORMATION OUT, OR PERHAPS I COULD SPEAK TO

08:58AM 7    WHOEVER THE PERSON IS TO MAKE THAT INQUIRY TO SEE IF THAT MIGHT

08:58AM 8    BE OF ASSISTANCE.

08:58AM 9         JUROR:  SO YOU WOULD LIKE ME TO PROVIDE THE PHONE

08:58AM 10   NUMBER OR EMAIL?

08:58AM 11        THE COURT:  WELL, MAYBE.  I THINK IT MIGHT -- THAT

08:58AM 12   MIGHT BE SOMETHING THAT I WOULD LIKE TO DO, BUT I WANT TO GIVE

08:58AM 13   YOU -- I DON'T WANT TO INTERFERE WITH YOUR EMPLOYMENT

08:58AM 14   OPPORTUNITY AT ALL.  SO I WOULD LIKE TO HAVE YOU PERHAPS TALK

08:58AM 15   TO THEM, EXPLAIN TO THEM YOUR CURRENT PUBLIC SERVICE SITUATION,

08:58AM 16   AND THEN SEE IF PERHAPS THEY COULD EITHER DEFER YOUR EMPLOYMENT

08:59AM 17   OR IF, GIVEN OUR SCHEDULE, OUR SCHEDULE THAT WE BREAK AT 2:00

08:59AM 18   AND REALISTICALLY IT WILL BE AT 3:00 O'CLOCK, WHETHER OR NOT

08:59AM 19   THAT'S SOMETHING THAT WOULD AFFORD SOME RELIEF, AND ALSO

08:59AM 20   WHETHER OR NOT THERE MIGHT BE A POSSIBILITY FOR YOU TO DO SOME

08:59AM 21   WORK IN THE NEW POSITION REMOTELY.

08:59AM 22        JUROR:  YES, YOUR HONOR.  I'LL GET IN TOUCH WITH

08:59AM 23   THAT PERSON THAT I KNOW.

08:59AM 24        THE COURT:  OKAY.  THAT WOULD BE HELPFUL.  I WOULD

08:59AM 25   APPRECIATE THAT.

08:59AM  1    AND THEN MAYBE YOU COULD REPORT BACK AND THEN MAYBE I'LL

08:59AM  2    FOLLOW UP WITH REACHING OUT TO THEM.

08:59AM  3        BUT LET ME ASK THESE LAWYERS IF THEY HAVE ANY QUESTIONS AS

08:59AM  4    WELL.

08:59AM  5            MR. SCHENK:  NOTHING FURTHER.

08:59AM  6        THANK YOU, YOUR HONOR.

08:59AM  7            MR. DOWNEY:  NOTHING FROM US, YOUR HONOR.

08:59AM  8            THE COURT:  THANK YOU.  ALL RIGHT.  THANK YOU FOR

08:59AM  9    LETTING US KNOW.  THANK YOU SO MUCH.  AND WE'LL BE CALLING YOU

08:59AM 10    ALL OUT IN JUST A MOMENT.

08:59AM 11            JUROR:  THANK YOU.

08:59AM 12            THE COURT:  OH, BEFORE YOU LEAVE, I DID WANT TO ASK

09:00AM 13    YOU ONE OTHER QUESTION IN RESPONSE TO THIS, AND THAT'S THE

09:00AM 14    QUESTION I ASK YOUR COLLEAGUES, AND I SHOULD HAVE ASKED

09:00AM 15    INITIALLY, DURING THE WEEKEND AND THE BREAK, DID YOU HAVE CAUSE

09:00AM 16    TO COME UPON ANY OR BE EXPOSED TO ANY INFORMATION ABOUT THIS

09:00AM 17    CASE, ANY PARTIES ATTACHED TO IT, OR TALK TO ANYONE ABOUT THIS

09:00AM 18    CASE?

09:00AM 19            JUROR:  NO, YOUR HONOR.  NO, YOUR HONOR.

09:00AM 20            THE COURT:  THANK YOU.  I APPRECIATE THAT.  THANK

09:00AM 21    YOU.

09:00AM 22        (PROCEEDINGS HELD OUT OF THE PRESENCE OF ALTERNATE JUROR

09:00AM 23    NUMBER 3.)

09:00AM 24            THE COURT:  ARE THE BALANCE OF THE JURORS HERE,

09:00AM 25    MS. KRATZMANN?

09:00AM 1          THE CLERK:  YES, YOUR HONOR.

09:00AM 2          THE COURT:  WELL, LET'S BRING THEM IN.

09:00AM 3          THE CLERK:  I'LL NEED TO GET THEM LINED UP, BUT,

09:00AM 4    YEAH.

09:00AM 5          THE COURT:  THANK YOU.

09:00AM 6       ANYTHING FURTHER, COUNSEL?  SHOULD WE BRING THE JURY IN?

09:00AM 7          MR. SCHENK:  NOTHING FURTHER.

09:00AM 8          THE COURT:  I'M SORRY, MR. DOWNEY?

09:00AM 9          MR. DOWNEY:  NO, NOTHING FURTHER.

09:00AM 10          THE COURT:  THIS MAY TAKE A MINUTE.  AS YOU MAY

09:01AM 11    RECALL, I'M GOING TO ROTATE THE JURORS JUST TO GIVE EVERYONE AN

09:01AM 12    OPPORTUNITY TO HAVE BETTER SEATING, IF YOU WILL, TO OBSERVE THE

09:01AM 13    PROCEEDINGS.

09:01AM 14       AND I HAVE INFORMATION THAT WE SHOULD BREAK ABOUT 10:45

09:01AM 15    FOR ABOUT 30 MINUTES, AND THEN MAYBE ANOTHER 30, 20 MINUTE

09:01AM 16    BREAK LATER IN THE AFTERNOON IF THAT WORKS FOR FOLKS.

09:01AM 17          MR. WADE:  EXACTLY, YOUR HONOR.  IF MR. BOSTIC IS

09:01AM 18    WITHIN A SHORT TIME OF COMPLETING HIS EXAMINATION AT 10:45, WE

09:01AM 19    HAVE A LITTLE BIT OF FLEXIBILITY.  WE WOULDN'T WANT TO

09:01AM 20    INTERRUPT THAT.

09:01AM 21          THE COURT:  OKAY.

09:01AM 22          MR. BOSTIC:  I APPRECIATE THAT.

09:01AM 23       AND THAT SCHEDULE IS FINE WITH THE GOVERNMENT.

09:01AM 24          THE COURT:  THANK YOU.

09:01AM 25          (PAUSE IN PROCEEDINGS.)

09:05AM 1          (JURY IN AT 9:05 A.M.)

09:05AM 2              THE COURT:  THANK YOU.  GOOD MORNING.  WE'RE BACK ON

09:05AM 3     THE RECORD.  ALL PARTIES ARE PRESENT, COUNSEL AND THE

09:05AM 4     DEFENDANT.  OUR JURY AND ALTERNATES ARE PRESENT.

09:05AM 5          OUR JURY BOX HAS A DIFFERENT LOOK TO IT.  GOOD MORNING,

09:05AM 6     LADIES AND GENTLEMEN.  WE HAVE ROTATED AS I SAID WE WOULD DO,

09:05AM 7     AND THANK YOU FOR YOUR COOPERATION IN THAT.

09:05AM 8          WE'LL DO THAT NEXT WEEK AGAIN.  WE'LL ROTATE THE SEATS

09:05AM 9     AROUND AND AFFORD EVERYONE A BETTER VIEW AND A BETTER

09:05AM 10    OPPORTUNITY TO PERCEIVE THE PROCEEDINGS.

09:05AM 11         THANK YOU VERY MUCH.

09:05AM 12         BEFORE WE BEGIN, I DO WANT TO ASK ALL OF YOU THE QUESTION

09:05AM 13    AGAIN ABOUT YOUR WEEKENDS.  I HOPE YOU ALL HAD PLEASANT

09:05AM 14    WEEKENDS.  MY QUESTION IS, DURING THE WEEKEND WHEN YOU WERE

09:05AM 15    AWAY FROM COURT, WERE ANY OF YOU EXPOSED TO ANYTHING ABOUT THIS

09:06AM 16    CASE THROUGH THE MEDIA, THE NEWSPAPER, RADIO, TELEVISION, OR

09:06AM 17    VIA COMMUNICATIONS, CONVERSATIONS WITH ANYONE ABOUT THIS CASE

09:06AM 18    OR ANYTHING TO DO WITH IT?  IF SO, I WOULD ASK YOU TO RAISE

09:06AM 19    YOUR HAND.

09:06AM 20         AGAIN, IF YOU WOULD LIKE TO SPEAK PRIVATELY WITH US ABOUT

09:06AM 21    THAT, WE WOULD BE HAPPY TO DO THAT AS WELL.

09:06AM 22         SO ANYONE HAVE EXPOSURE TO ANYTHING ABOUT THIS CASE DURING

09:06AM 23    THE LAST WEEK?

09:06AM 24         I SEE NO HANDS.

09:06AM 25         THANK YOU VERY MUCH FOR YOUR CONTINUED FIDELITY TO THAT

09:06AM 1    ADMONITION.

09:06AM 2          COUNSEL, ANYTHING FURTHER BEFORE WE CONTINUE WITH THE

09:06AM 3    EXAMINATION?

09:06AM 4              MR. BOSTIC:  NO, YOUR HONOR.

09:06AM 5              MR. WADE:  NO, YOUR HONOR.

09:06AM 6          THE COURT:  ALL RIGHT.  THANK YOU.

09:06AM 7    DO WE HAVE YOUR WITNESS HERE, MR. BOSTIC?

09:06AM 8              MR. BOSTIC:  YES, YOUR HONOR.

09:06AM 9          THE COURT:  GREAT.

09:07AM 10   GOOD MORNING, SIR.  I'LL ASK YOU TO RESUME THE WITNESS

09:07AM 11   STAND IF YOU WOULD.

09:07AM 12             THE WITNESS:  UH-HUH.

09:07AM 13             THE COURT:  AND AGAIN, FEEL FREE TO ADJUST THE CHAIR

09:07AM 14   AND MICROPHONE AS YOU NEED.

09:07AM 15         I THINK THERE'S SOME FRESH WATER THERE FOR YOUR

09:07AM 16   REFRESHMENT.  SHOULD YOU REQUIRE IT, HELP YOURSELF.

09:07AM 17             THE WITNESS:  YES.  THANK YOU.

09:07AM 18             THE COURT:  WHEN YOU ARE COMFORTABLE, WOULD YOU

09:07AM 19   PLEASE STATE YOUR NAME AGAIN.

09:07AM 20             THE WITNESS:  YES, MY NAME IS ADAM ROSENDORFF.

09:07AM 21             THE COURT:  THANK YOU.  AND I JUST WANT TO REMIND

09:07AM 22   YOU YOU'RE STILL UNDER OATH.

09:07AM 23             THE WITNESS:  THANK YOU.

09:07AM 24         **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS PREVIOUSLY**

09:07AM 25   **SWORN.)**

09:07AM   1              **DIRECT EXAMINATION (RESUMED)**

09:07AM   2    BY MR. BOSTIC:

09:07AM   3    Q.   GOOD MORNING, DR. ROSENDORFF.  WELCOME BACK.

09:07AM   4    A.   GOOD MORNING.

09:07AM   5    Q.   DO YOU HAVE A BINDER OF DOCUMENTS IN FRONT OF YOU?

09:07AM   6    A.   YES.

09:07AM   7    Q.   I'D LIKE TO PICK UP WHERE WE LEFT OFF, PLEASE.

09:07AM   8         IF YOU COULD TURN TO EXHIBIT 4182 IN THAT BINDER.

09:08AM   9    A.   I HAVE IT.

09:08AM  10    Q.   AND IS EXHIBIT 4182 AN EMAIL CHAIN INVOLVING INDIVIDUALS

09:08AM  11    AT THERANOS, INCLUDING SUNNY BALWANI AND DANIEL YOUNG?

09:08AM  12    A.   YES.

09:08AM  13    Q.   AND I'LL LET YOU FLIP THROUGH THAT EMAIL CHAIN IF YOU

09:08AM  14    WOULD LIKE, AND THEN I'LL ASK YOU, IS THAT EMAIL CHAIN RELATING

09:08AM  15    TO A PARTICULAR LAB TEST RESULT GENERATED WITHIN THERANOS?

09:08AM  16    A.   YES.  IT RELATES TO THE PT INR TEST.

09:08AM  17              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES INTO

09:08AM  18    EVIDENCE EXHIBIT 4182.

09:08AM  19              MR. WADE:  NO OBJECTION, YOUR HONOR.

09:08AM  20              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

09:08AM  21         (GOVERNMENT'S EXHIBIT 4182 WAS RECEIVED IN EVIDENCE.)

09:09AM  22              MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START ON THE

09:09AM  23    BOTTOM OF PAGE 3 PLEASE, AND IF WE CAN ZOOM IN TO CAPTURE THAT

09:09AM  24    HEADER INFORMATION AT THE VERY BOTTOM, JUST THE LAST LINE OF

09:09AM  25    THE PAGE.

09:09AM 1          THE COURT:  GIVE US JUST A SECOND, MR. BOSTIC.

09:09AM 2          GREAT.  I THINK WE'VE GOT IT.  THANK YOU.

09:09AM 3          MR. BOSTIC:  THANK YOU, YOUR HONOR.

09:09AM 4   Q.   DR. ROSENDORFF, DO YOU SEE IN FRONT OF YOU THAT WE'RE

09:09AM 5   ABOUT TO LOOK AT AN EMAIL IN FRONT OF YOU FROM AN INDIVIDUAL

09:09AM 6   NAMED TRACEY MASSON?

09:09AM 7   A.   YES.

09:09AM 8   Q.   THANK YOU.

09:09AM 9          MS. HOLLIMAN, IF WE COULD TURN TO PAGE 4, PLEASE.

09:09AM 10         LET'S LOOK AT THE TOP EMAIL.  DR. ROSENDORFF, DO YOU SEE

09:09AM 11  THIS IS AN EMAIL FROM AUGUST 24TH, 2014?

09:09AM 12  A.   YES.

09:09AM 13  Q.   AND SENT TO SUNNY BALWANI, CHRISTIAN HOLMES, AND OTHERS AT

09:10AM 14  THERANOS?

09:10AM 15  A.   YES.

09:10AM 16  Q.   AND DO YOU SEE THE SUBJECT IS BOT EXPERIENCE?

09:10AM 17  A.   YES.

09:10AM 18  Q.   AND THE TEXT READS "COULD YOU PLEASE CHECK ON THESE

09:10AM 19  RESULTS?  THESE ARE FOR" NAME REDACTED "ONE OF OUR BOTS."

09:10AM 20         IS BOT SHORT FOR PHLEBOTOMIST?

09:10AM 21  A.   YES.

09:10AM 22  Q.   AND WHAT IS A PHLEBOTOMIST?

09:10AM 23  A.   A PHLEBOTOMIST IS TRAINED TO DRAW BLOOD FROM A PATIENT.

09:10AM 24  Q.   LET'S ZOOM OUT.  AND THEN ZOOM IN ON THE FIRST TWO

09:10AM 25  PARAGRAPHS OF THE TEXT BELOW.

09:10AM    1              DR. ROSENDORFF, DO YOU SEE THE TEXT BELOW REPORTS THIS

09:10AM    2     EXPERIENCE FROM SOMEONE WHO BEEN ON ANTICOAGULANT FOR ABOUT

09:10AM    3     14 YEARS NOW?

09:10AM    4              DO YOU SEE THAT?

09:10AM    5     A.   YES, I DO.

09:10AM    6     Q.   IT GOES ON TO SAY, "I HAVE BEEN WITHIN RECOMMENDED PT INR

09:10AM    7     RANGE FOR ABOUT 13 YEARS, PROMPTING THE SAME MG DOSAGE FOR OVER

09:10AM    8     A DECADE."

09:11AM    9              WHAT IS PT INR?

09:11AM   10     A.   IT'S A COAGULANT TEST.  IT IS A TEST OF BLOOD CLOTTING.  A

09:11AM   11     NUMBER OF DIFFERENT CLINICAL CONDITIONS REQUIRE ANTICOAGULANT

09:11AM   12     LONG-TERM, SUCH AS AFIB.  THOSE PATIENTS WOULD BE ON COUMADIN

09:11AM   13     AND THEY WOULD HAVE THEIR COAGULANT MONITORED WITH A PT INR.

09:11AM   14     Q.   AND THAT REPORT GOES ON TO READ, "I RECENTLY HAD MY

09:11AM   15     STANDING ORDER SWITCHED TO THERANOS FOR MY PT INR MONITORING.

09:11AM   16     THIS WAS THE FIRST TIME I HAD A CTN DRAW FOR MY PT INR."

09:11AM   17              CAN YOU REMIND US WHAT CTN MEANS?

09:11AM   18     A.   IT'S CAPILLARY TUBE AND NANOTAINER.

09:12AM   19     Q.   AND YOU WERE GOING TO SAY IT WAS THE COLLECTION DEVICE?

09:12AM   20     A.   IT WAS THE COLLECTION DEVICE THAT THERANOS WAS USING FOR

09:12AM   21     FINGERSTICK SAMPLES.

09:12AM   22     Q.   IS THIS A THERANOS-SPECIFIC DEVICE?

09:12AM   23     A.   CORRECT.

09:12AM   24     Q.   THAT ACCOUNT GOES ON TO SAY "I WAS SURPRISED WHEN THE

09:12AM   25     RESULTS CAME BACK OUT OF RANGE (TOO LOW).  MY DOCTOR ADVISED ME

09:12AM  1    TO RETEST ABOUT A WEEK LATER.  THE SECOND CTN RESULT WAS ALSO

09:12AM  2    EXTREMELY LOW AND HE INCREASED BY COUMADIN FOR ONE DOSE."

09:12AM  3         DO YOU SEE THAT?

09:12AM  4    A.   YES, I DO.

09:12AM  5    Q.   SHE THEN SAYS, "THIS WAS LAST WEEK.  I HAVE NOT FELT RIGHT

09:12AM  6    SINCE THE ONE INCREASED DOSE AND ALSO EXPERIENCED VARIOUS SKIN

09:12AM  7    BRUISING ON MY LEGS AND ARMS ALMOST IMMEDIATELY AFTER THE ONE

09:12AM  8    DOSE INCREASE.  I ASKED FOR ANOTHER STANDING ORDER DRAW AT THE

09:12AM  9    END OF MY SHIFT YESTERDAY.  THIS TIME I WANTED THE DRAW

09:12AM  10   SWITCHED FROM CTN TO VENOUS DRAW."

09:12AM  11        DO YOU SEE THAT?

09:12AM  12   A.   YES, I DO.

09:12AM  13   Q.   LET'S ZOOM OUT, MS. HOLLIMAN, AND ZOOM BACK IN JUST ON THE

09:12AM  14   LAST TWO LINES OF THIS PAGE.

09:13AM  15        LOOKING AT THE BOTTOM OF THAT SCREEN, DO YOU SEE THAT,

09:13AM  16   DR. ROSENDORFF?  IT GOES ON TO SAY, "MY DOCTOR JUST CALLED ME

09:13AM  17   BECAUSE MY PT INR RESULTS NOW SHOW THAT IT IS VERY HIGH."

09:13AM  18   A.   YES, I SEE THAT.

09:13AM  19   Q.   AND MS. HOLLIMAN, LET'S GO TO THE NEXT PAGE, PAGE 5, AND

09:13AM  20   ZOOM IN ON THE TEXT AT THE TOP.

09:13AM  21        SHE THEN GOES ON TO SAY, "FOR TESTING ACCURACY, I WILL BE

09:13AM  22   GETTING BOTH THE VENIPUNCTURE AND THE CTN DRAW ON MONDAY TO

09:13AM  23   COMPARE RESULTS, AS THIS INFORMATION WOULD BE OF UTMOST

09:13AM  24   IMPORTANCE TO THERANOS AND ULTIMATELY TO THE WELL-BEING OF OUR

09:13AM  25   PATIENTS."

09:13AM   1           DO YOU SEE THAT?

09:13AM   2      A.   YES, I DO.

09:13AM   3      Q.   OKAY.  WE CAN ZOOM OUT, MS. HOLLIMAN.

09:14AM   4           DR. ROSENDORFF, AFTER SOME BACK AND FORTH IN THIS EMAIL,

09:14AM   5      I'LL ASK YOU TO LOOK NOW AT THE BOTTOM HALF OF PAGE 1 OF THIS

09:14AM   6      EXHIBIT.

09:14AM   7           MS. HOLLIMAN, IF WE CAN GO THERE.

09:14AM   8           DR. ROSENDORFF, DO YOU SEE IN THE BOTTOM OF THIS PAGE IN

09:14AM   9      THE SAME EMAIL CHAIN THERE'S A MESSAGE FROM SUNNY BALWANI TO

09:14AM  10      DANIEL YOUNG?

09:14AM  11      A.   YES.

09:14AM  12      Q.   AND ON AUGUST 24TH, 2014, MR. BALWANI WRITES, "DANIEL.

09:14AM  13      THE NET NET OF THIS SEEMS TO SUGGEST THAT OUR PT WAS REPORTING

09:14AM  14      RESULTS TOO LOW.  CAN U PLZ TAKE A LOOK INTO THIS."

09:14AM  15           DO YOU SEE THAT?

09:14AM  16      A.   I SEE THAT.

09:14AM  17      Q.   AND ABOVE THAT DANIEL RESPONDS, "AS I MENTIONED I HAD A

09:14AM  18      FEW CONCERNS A FEW WEEKS BACK ABOUT SAMPLE STABILITY PT INR

09:14AM  19      ONLY WHEN PATIENTS ARE UNDER COUMADIN TREATMENT.  WE CREATED A

09:15AM  20      STUDY PLAN TO EVALUATE THIS."

09:15AM  21           DO YOU SEE THAT?

09:15AM  22      A.   YES, I DO.

09:15AM  23      Q.   BASED ON YOUR EXPERIENCE AT THERANOS, ARE PATIENTS

09:15AM  24      MONITORING PT INR LIKELY TO BE UNDER TREATMENT WITH COUMADIN?

09:15AM  25      A.   VERY LIKELY.

09:15AM   1    Q.   ABOVE THAT MESSAGE FROM DANIEL YOUNG, MR. BALWANI ASKS,

09:15AM   2    "ARE THERE ANY OTHER ASSAYS YOU HAVE CONCERNS WITH, AND IF SO,

09:15AM   3    PLEASE SEND ME A LIST."

09:15AM   4        DO YOU SEE THAT?

09:15AM   5    A.   YES, I DO.

09:15AM   6    Q.   MS. HOLLIMAN, LET'S ZOOM IN ON THE TOP MESSAGE ON THIS

09:15AM   7    PAGE.

09:15AM   8        DR. ROSENDORFF, DO YOU SEE THAT DANIEL YOUNG RESPONDS ON

09:15AM   9    AUGUST 25TH, 2014, TO PROVIDE THAT LIST OF ASSAYS THAT HE HAS

09:15AM   10   CONCERNS WITH?

09:15AM   11   A.   YES.

09:15AM   12   Q.   AND THAT LIST INCLUDES, BESIDES PT INR, HCG, TESTOSTERONE,

09:15AM   13   VITAMIN B12, TSH/FT4, C02, AS WELL AS SOME REFERENCE TO

09:16AM   14   GLUCOSE, POTASSIUM, AND BICARBONATE?

09:16AM   15       DO YOU SEE THAT?

09:16AM   16   A.   YES.

09:16AM   17   Q.   WHICH, IF ANY, OF THESE ASSAYS DO YOU RECALL HAVING

09:16AM   18   ACCURACY ISSUES DURING YOUR TIME AT THE COMPANY?

09:16AM   19   A.   HCG, C02, GLUCOSE, POTASSIUM.  I DON'T HAVE A DISTINCT

09:16AM   20   RECOLLECTION ABOUT THE TSH/FT4, THE VITAMIN B12, OR THE

09:16AM   21   TESTOSTERONE.

09:16AM   22   Q.   THOSE ARE THE ONES THAT COME TO MIND.

09:16AM   23       IF I COULD ASK YOU TO TURN IN THAT ONE TAB IN YOUR BINDER

09:16AM   24   TO EXHIBIT 4181, PLEASE.

09:17AM   25   A.   YES.

09:17AM 1    Q.   AND DO YOU SEE THIS IS AN CONTINUATION OF THAT SAME EMAIL

09:17AM 2    CHAIN?

09:17AM 3    A.   YES.

09:17AM 4    Q.   AND WITH A COPY FROM SUNNY BALWANI TO ELIZABETH HOLMES?

09:17AM 5    A.   YES.

09:17AM 6         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

09:17AM 7    ADMIT EXHIBIT 4181.

09:17AM 8         MR. WADE:  NO OBJECTION, YOUR HONOR.

09:17AM 9         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:17AM 10        (GOVERNMENT'S EXHIBIT 4181 WAS RECEIVED IN EVIDENCE.)

09:17AM 11        MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN JUST ZOOM IN ON

09:17AM 12   THE TOP HALF OF PAGE 1.

09:17AM 13   Q.   DR. ROSENDORFF, THIS IS IN THE SAME EMAIL CHAIN THAT WE

09:17AM 14   WERE JUST LOOKING AT?

09:17AM 15   A.   YES.

09:17AM 16   Q.   AND DO YOU SEE AT THE TOP OF THE PAGE SUNNY BALWANI

09:17AM 17   FORWARDS DANIEL YOUNG'S RESPONSE TO MS. HOLMES ON AUGUST 25TH,

09:17AM 18   2014?

09:17AM 19   A.   CORRECT.

09:17AM 20   Q.   AND HIS COMMENT THERE IS "ALWAYS ANOTHER STUDY AFTER THE

09:18AM 21   FACT."

09:18AM 22        DO YOU SEE THAT?

09:18AM 23   A.   YES.

09:18AM 24   Q.   AND WHEN YOU WERE AT THERANOS, WERE YOU AWARE GENERALLY OF

09:18AM 25   STUDIES PERFORMED WITHIN THE COMPANY TO ADDRESS ISSUES WITH

09:18AM  1    ASSAYS BEING USED IN THE CLINICAL LAB?

09:18AM  2    A.   YES, THERE WERE FREQUENTLY STUDIES INITIATED AFTER

09:18AM  3    PROBLEMS WERE IDENTIFIED TO RECHECK ACCURACY.

09:18AM  4    Q.   AND WE'VE TALKED ABOUT YOUR CONCERNS WITH ACCURACY DURING

09:18AM  5    THAT TIME.

09:18AM  6         DID YOU DRAW ANY COMFORT FROM THE FACT THAT THESE STUDIES

09:18AM  7    WERE OCCURRING AT THERANOS?

09:18AM  8    A.   I THOUGHT THAT THEY WERE POTENTIALLY USEFUL.  ONE CONCERN

09:18AM  9    IS THAT THE STUDIES WOULD BE DONE UNDER OPTIMIZED CONDITIONS.

09:18AM  10        STUDIES WERE FREQUENTLY DONE USING VENOUS BLOOD ONLY AND

09:19AM  11   NOT VENOUS AND MATCHED FINGERPRICK, WHICH WOULD REDUCE THEIR

09:19AM  12   POWER STUDIES.

09:19AM  13   Q.   AND GENERALLY SPEAKING, DID THE STUDIES THAT WE'RE TALKING

09:19AM  14   ABOUT RESOLVE YOUR CONCERNS ABOUT THE ACCURACY OF THERANOS

09:19AM  15   TESTS?

09:19AM  16   A.   NO, THEY DID NOT.

09:19AM  17   Q.   I'D LIKE YOU TO THINK BACK ON THE TESTIMONY THAT YOU'VE

09:19AM  18   GIVEN FRIDAY AND TODAY ABOUT ISSUES OF THERANOS BLOOD TESTS.

09:19AM  19        DO YOU HAVE THAT TESTIMONY IN MIND?

09:19AM  20   A.   YES.

09:19AM  21   Q.   HAVE OUR DISCUSSIONS COVERED EVERY INCIDENT INVOLVING

09:19AM  22   ACCURATE PATIENT RESULTS THAT YOU OBSERVED AT THERANOS?

09:20AM  23   A.   I THINK OUR DISCUSSION HAS BEEN FAIRLY COMPREHENSIVE.

09:20AM  24   NOTHING COMES TO MIND IMMEDIATELY ABOUT SOMETHING THAT WE HAVE

09:20AM  25   OVERLOOKED, YEAH.

09:20AM   1    Q.   WHEN YOU WERE AT THE COMPANY, WHAT EFFECT DID THE

09:20AM   2    INCIDENTS LIKE THE ONES WE'VE DISCUSSED HAVE ON YOUR VIEW OF

09:20AM   3    THE TESTING ACCURACY AT THERANOS?

09:20AM   4    A.   EVERY TIME WE GOT A PHYSICIAN COMPLAINT OR QUERY, EVERY

09:20AM   5    TIME OUR QC WOULD FAIL, EVERY TIME WE HAD A SPATE OF ANOMALOUS

09:20AM   6    RESULTS OUT OF REFERENCE RANGE, IT RAISED SERIOUS OR GRAVE

09:20AM   7    CONCERNS FOR ME ABOUT THE ACCURACY OF THE TESTING PROCESS.

09:20AM   8    Q.   LET'S SHIFT GEARS A LITTLE BIT.

09:20AM   9         CAN YOU TELL ME, PLEASE, ARE YOU FAMILIAR WITH THE TERM

09:20AM  10    CALLED PROFICIENCY TESTING?

09:21AM  11    A.   YES.

09:21AM  12    Q.   AND WHAT IS PROFICIENCY TESTING?

09:21AM  13    A.   PROFICIENCY TESTING IS A WAY OF CHECKING THE ACCURACY AND

09:21AM  14    PRECISION OF YOUR TESTING PROCESS OVER AN EXTENDED PERIOD OF

09:21AM  15    TIME.  LABORATORIES SIGN UP WITH A PROFICIENCY TESTING

09:21AM  16    ORGANIZATION, SUCH AS THE COLLEGE FOR AMERICAN PATHOLOGISTS,

09:21AM  17    API, OR NEW YORK STATE PROFICIENCY, ET CETERA.  THEY RECEIVE A

09:21AM  18    CHALLENGE THREE TIMES A YEAR.  EACH CHALLENGE CONSISTS OF A

09:21AM  19    NUMBER OF SAMPLES.  THE LABORATORY IS NOT AWARE OF THE

09:21AM  20    CONCENTRATION OF ANALYTE IN THOSE SAMPLES.

09:21AM  21         THEY THEN TEST THEM IN THE SAME WAY THEY WOULD TEST

09:21AM  22    PATIENT SAMPLES AND THEY RECORD THE RESULTS TO THE ORGANIZATION

09:21AM  23    THAT SENT THEM THE SAMPLES.

09:21AM  24         THEY THEN RECEIVE AN EVALUATION THAT TELLS THEM HOW CLOSE

09:22AM  25    THEIR RESULT IS TO THEIR PEERS.  SO THE MEAN OF THEIR PEERS IS

09:22AM 1    CONSIDERED TO BE THE TARGET VALUE, YEAH.

09:22AM 2    Q.    THANK YOU.  WHAT IS THE RELATIONSHIP BETWEEN PROFICIENCY

09:22AM 3    TESTING AND QUALITY CONTROL THAT WE'VE PREVIOUSLY DISCUSSED?

09:22AM 4    A.    PROFICIENCY TESTING OCCURS IN DISCRETE CHALLENGES OVER THE

09:22AM 5    COURSE OF A YEAR.  YOU'RE REQUIRED BY LAW TO DO PROFICIENCY

09:22AM 6    TESTING.

09:22AM 7         QUALITY CONTROL IS DONE, AS I MENTIONED, AT THE BEGINNING

09:22AM 8    OF EACH DAY, OR AT THE BEGINNING OF EACH SHIFT.

09:22AM 9    Q.    AND WAS THERE A PROFICIENCY TESTING PROCESS IN PLACE AT

09:22AM 10   THERANOS WHEN YOU WERE AT THE COMPANY?

09:22AM 11   A.    NO, THERE WAS NO FORMAL PROFICIENCY TESTING PROCESS.

09:22AM 12   Q.    HOW DID PROFICIENCY TESTING WORK AT THERANOS?

09:23AM 13   A.    ON OCCASION, AS I MENTIONED, THERE WERE QC STUDIES TO

09:23AM 14   CHECK ACCURACY OF TESTING IF PROBLEMS WERE IDENTIFIED.  I

09:23AM 15   REPEATEDLY ALERTED MANAGEMENT TO THIS PROBLEM THAT WE DID NOT

09:23AM 16   HAVE PROFICIENCY TESTING IN PLACE.

09:23AM 17        WE STARTED TESTING IN SEPTEMBER AND IT WAS ALREADY OCTOBER

09:23AM 18   AND WE HADN'T PERFORMED PROFICIENCY.

09:23AM 19   Q.    WHEN YOU SAY YOU RAISED THOSE CONCERNS TO MANAGEMENT, WHO

09:23AM 20   SPECIFICALLY DID YOU SPEAK TO?

09:23AM 21   A.    THERE WAS A MEETING THAT WAS CONVENED IN MID 2014

09:23AM 22   SPECIFICALLY TO DISCUSS PROFICIENCY TESTING.  EVERYBODY WAS

09:23AM 23   AWARE THAT WE DID NOT HAVE A PROGRAM IN PLACE.  DIFFERENT

09:23AM 24   PROPOSALS WERE DISCUSSED AND VETTED AT THIS MEETING.

09:24AM 25   Q.    AND WHO WAS PRESENT AT THAT MEETING?

09:24AM   1    A.   ELIZABETH, SUNNY, DANIEL HOLMES -- I'M SORRY,

09:24AM   2    DANIEL YOUNG, BRAD ARINGTON.  HE WAS THE COUNSEL, THE CORPORATE

09:24AM   3    COUNSEL.  A NUMBER OF OTHER INDIVIDUALS THAT I DON'T RECALL.

09:24AM   4    Q.   AND WHAT DO YOU RECALL ABOUT THE CONTENT OF THAT MEETING?

09:24AM   5    WHAT CONCERNS DID YOU RAISE AT THAT TIME?

09:24AM   6    A.   I RAISED THE CONCERN THAT WE DID NOT HAVE A PROFICIENCY

09:24AM   7    PROGRAM IN PLACE.  I EXPRESSED MY VIEW THAT IT WOULD NEED TO BE

09:24AM   8    AN ALTERNATIVE ASSESSMENT OF PROFICIENCY BECAUSE THERANOS WAS

09:24AM   9    DOING THE LABORATORY DEVELOPED TESTS WITHOUT PEERS, AND WE

09:24AM  10    DISCUSSED DIFFERENT WAYS OF DOING THAT ALTERNATIVE ASSESSMENT

09:25AM  11    OF PROFICIENCY.

09:25AM  12    Q.   AND WAS THERE A COLLECTIVE DECISION OR RESOLUTION REACHED

09:25AM  13    AT THE END OF THAT MEETING?

09:25AM  14    A.   YES.  I WAS TOLD -- I LEFT THE MEETING -- I LEFT THE

09:25AM  15    MEETING STILL UNCOMFORTABLE.  I FELT THAT MANAGEMENT WAS PAYING

09:25AM  16    LIP SERVICE TO THIS ISSUE AND I DIDN'T FEEL LIKE I WOULD BE

09:25AM  17    GIVEN THE RESOURCES AND SUPPORT BY MANAGEMENT TO EXECUTE ON

09:25AM  18    THIS PROFICIENCY PROGRAM.

09:25AM  19    Q.   YOU MENTIONED THAT THAT MEETING WAS IN MID 2014; IS THAT

09:25AM  20    CORRECT?

09:25AM  21    A.   THAT'S AS I RECALL, CORRECT.

09:25AM  22    Q.   AND HOW MUCH LONGER DID YOU STAY WITH THE COMPANY AFTER

09:25AM  23    THAT MEETING?

09:25AM  24    A.   I LEFT IN NOVEMBER OF 2014.

09:25AM  25    Q.   AND IN THE INTERVENING MONTHS, WAS THERE ANY SIGNIFICANT

09:25AM  1     PROGRESS MADE ON THE PROFICIENCY FRONT?

09:25AM  2     A.   NO.

09:25AM  3     Q.   AND DID THERE COME A TIME WHEN THERANOS STAFF CONDUCTED

09:25AM  4     PROFICIENCY TESTING OF EDISON TESTS COMPARED TO STANDARD

09:26AM  5     COMMERCIAL ANALYZERS?

09:26AM  6     A.   YES.  I BELIEVE -- I'M NOT SURE IF WE DISCUSSED DURING MY

09:26AM  7     PREVIOUS TESTIMONY THAT LEFTOVER CAP SAMPLES WERE RUN ON BOTH

09:26AM  8     THE IMMULITE AND THE EDISON FOR A NUMBER OF ANALYTES AND

09:26AM  9     RESULTS WERE COMPARED AS A SPOT-CHECK OF ACCURACY.  IT WAS NOT

09:26AM 10     PART OF AN SOP.  IT WAS NOT PART OF A FORMAL PROFICIENCY

09:26AM 11     PROGRAM THAT WE HAD.

09:26AM 12     Q.   DO YOU RECALL WHOSE IDEA IT WAS TO CONDUCT THAT

09:26AM 13     PROFICIENCY TESTING?

09:26AM 14     A.   MARK PANDORI, LANGLY GEE, AND MYSELF MET TO DISCUSS THE

09:26AM 15     IDEA.

09:26AM 16     Q.   I'D LIKE TO SHOW YOU EXHIBIT 1548 AT THIS TIME.

09:26AM 17          IT'S ALREADY IN EVIDENCE.

09:26AM 18          MAY I PUBLISH IT, YOUR HONOR?

09:27AM 19               THE COURT:  YES.

09:27AM 20               MR. BOSTIC:  IF WE CAN PLEASE GO TO THE ATTACHMENT

09:27AM 21     TO THIS EMAIL, PLEASE, MS. HOLLIMAN, THE NATIVE.

09:27AM 22     Q.   DR. ROSENDORFF, IT WON'T BE IN THE BINDER, BUT ON THE

09:27AM 23     SCREEN IN FRONT OF YOU, DO YOU HAVE SOME IMAGES OF SOME TESTING

09:27AM 24     DATA?

09:27AM 25     A.   YES, I DO.

09:27AM  1    Q.   AND ARE THESE THE RESULTS FROM THE SPOT-CHECK PROFICIENCY

09:27AM  2    TESTING THAT WE'VE BEEN DISCUSSING?

09:27AM  3    A.   YES.

09:27AM  4    Q.   DO YOU SEE IN THIS DATA THAT THERE ARE GROUPS OF RESULTS

09:27AM  5    FOR VITAMIN D, TPSA, FT4, AND TSH; IS THAT RIGHT?

09:27AM  6    A.   YES.

09:27AM  7    Q.   AND EACH ONE OF THOSE HAS A ROW LABELLED PREDICATE AND ONE

09:27AM  8    LABELED THERANOS.

09:27AM  9         CAN YOU EXPLAIN WHAT THOSE TWO ROWS SIGNIFY?

09:27AM  10   A.   THE PREDICATE ROW OF THE RESULTS OBTAINED FOR THE SET OF

09:27AM  11   PROFICIENCY SAMPLES ON THE IMMULITE INSTRUMENT, THE THERANOS

09:28AM  12   ROW INDICATES THE RESULTS OBTAINED USING THE EDISON INSTRUMENT,

09:28AM  13   AND THEN THE THIRD ROW IS A RATIO BETWEEN THE THERANOS RESULT

09:28AM  14   AND THE PREDICATE RESULTS.  A 100 PERCENT RECOVERY WOULD

09:28AM  15   INDICATE AN IDENTICAL RESULT.  ANYTHING HIGHER THAN 100 WOULD

09:28AM  16   SHOW THAT THE THERANOS METHOD WAS TESTING HIGHER THAN THE

09:28AM  17   PREDICATE METHOD.

09:28AM  18   Q.   AND WHAT WAS THE POINT, GENERALLY SPEAKING, OF INCLUDING

09:28AM  19   THE PREDICATE METHOD OF THE NON-THERANOS ANALYZER IN THIS TEST?

09:28AM  20   A.   WELL, THE ASSAY HAD BEEN VALIDATED AGAINST THE IMMULITE,

09:28AM  21   SO FOR THIS EXERCISE IT WAS AN APPROPRIATE CHOICE OF

09:28AM  22   COMPARATORY METHOD.

09:28AM  23   Q.   AND IN RUNNING A TEST LIKE THIS, WHAT CONSTITUTES GOOD

09:28AM  24   PERFORMANCE?  WHAT ARE YOU HOPING TO SEE WHEN YOU LOOK AT THESE

09:29AM  25   RESULTS?

09:29AM   1    A.   WELL, PROFICIENCY -- THE ALTERNATIVE ACCEPTANCE OF

09:29AM   2    PROFICIENCY -- IN AN ALTERNATIVE ACCEPTANCE OF PROFICIENCY, THE

09:29AM   3    ACCEPTANCE CRITERIA FOR HOW CLOSELY THE RESULTS SHOULD MATCH

09:29AM   4    ARE DEFINED IN THE SOP.

09:29AM   5         IN GENERAL, I WOULD HAVE SET 20 PERCENT DIFFERENCE AS

09:29AM   6    ACCEPTABLE PERFORMANCE.

09:29AM   7    Q.   AND WHEN YOU SAY 20 PERCENT DIFFERENCE, ARE YOU TALKING

09:29AM   8    ABOUT THE CLOSENESS OF THE MATCH BETWEEN THE THERANOS RESULTS

09:29AM   9    AND THE PREDICATE RESULTS?

09:29AM  10    A.   YES.

09:29AM  11    Q.   GENERALLY SPEAKING -- AND YOU CAN TAKE A MOMENT TO LOOK AT

09:29AM  12    THE DATA IF YOU WOULD LIKE -- GENERALLY SPEAKING, DID THERANOS

09:29AM  13    PERFORM WELL IN THIS COMPARISON TEST AGAINST THE PREDICATE?

09:29AM  14    A.   SO THE ONLY ANALYTE THAT I CAN SEE THAT IS WITHIN THAT

09:30AM  15    20 PERCENT WOULD BE TSH.  THE VITAMIN 2 THERANOS TESTS RETURNED

09:30AM  16    A RESULT THAT WAS MORE THAN DOUBLED THE PREDICATE FOR ALL OF

09:30AM  17    THE SAMPLES, THE NEW YORK STATE SAMPLES.

09:30AM  18         THERE IS BOTH UNDER RECOVERY AND OVER RECOVERY FOR TPSA

09:30AM  19    AND FREE T4.

09:30AM  20    Q.   AND FOR TSH SPECIFICALLY, DO YOU SEE IN COLUMN I THERE'S A

09:30AM  21    SET OF RESULTS WHERE THE PREDICATE TESTED AT LEVEL OF 10.2 AND

09:30AM  22    THERANOS TESTED AT 35.52?

09:30AM  23    A.   YES.  I OVERLOOKED THAT DATA POINT.  SO THAT WOULD BE --

09:31AM  24    SO IN PROFICIENCY TESTING, HOW MOST PEOPLE DO IT IS THAT YOU

09:31AM  25    LOOK AT FIVE SAMPLES ACROSS A RANGE OF VALUES AND THE PASSING

09:31AM   1    CRITERIA IS THAT FOUR OUT OF FIVE SHOULD PASS.

09:31AM   2    Q.   OKAY.  UNDERSTOOD.

09:31AM   3         GENERALLY SPEAKING, WERE PEOPLE AT THERANOS PLEASED WITH

09:31AM   4    THE EDISON'S PERFORMANCE ON THIS TEST, IF YOU KNOW?

09:31AM   5    A.   ON TSH?

09:31AM   6    Q.   ACROSS THE BOARD ON THIS PROFICIENCY TEST.

09:31AM   7    A.   THE GROUP WHO CAME UP WITH THE PLAN WAS NOT AS CONCERNED,

09:31AM   8    AND THEN THE NEWS OF THIS EXERCISE LEAKED OUT TO OTHERS WITHIN

09:31AM   9    THE COMPANY.

09:31AM  10    Q.   I'LL ASK YOU TO TURN IN YOUR BINDER TO EXHIBIT 1580,

09:31AM  11    PLEASE.

09:31AM  12         YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT THIS.  I

09:31AM  13    UNDERSTAND THE DEFENSE HAS STIPULATED TO THIS.

09:32AM  14              MR. WADE:  ONE MOMENT, YOUR HONOR.

09:32AM  15         (PAUSE IN PROCEEDINGS.)

09:32AM  16              MR. WADE:  THAT'S CORRECT, YOUR HONOR.

09:32AM  17              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:32AM  18         (GOVERNMENT'S EXHIBIT 1580 WAS RECEIVED IN EVIDENCE.)

09:32AM  19              MR. BOSTIC:  THANK YOU.

09:32AM  20         MS. HOLLIMAN, IF WE CAN GO TO PAGE 5, PLEASE.  IF YOU CAN

09:32AM  21    ZOOM IN ON JUST THE MIDDLE OF THE PAGE.

09:32AM  22    Q.   DR. ROSENDORFF, FIRST, DO YOU SEE AN EMAIL FROM

09:32AM  23    DANIEL YOUNG TO YOU, ELIZABETH HOLMES, AND SUNNY BALWANI?

09:32AM  24    A.   YES, I DO.

09:32AM  25    Q.   AND DO YOU SEE GENERALLY THAT EMAIL DISCUSSES PROFICIENCY

| | | |
|---|---|---|
| 09:32AM | 1 | TESTING? |
| 09:32AM | 2 | A.   YES. |
| 09:32AM | 3 | Q.   THANK YOU, MS. HOLLIMAN. |
| 09:32AM | 4 | LET'S GO TO PAGE 4 IN THIS EXHIBIT.  LET'S ZOOM IN ON THE |
| 09:33AM | 5 | TOP HALF OF THIS PAGE, PLEASE. |
| 09:33AM | 6 | DR. ROSENDORFF, DO YOU SEE IN THE MIDDLE OF THAT IMAGE AN |
| 09:33AM | 7 | EMAIL FROM LANGLY GEE TO YOU, DANIEL YOUNG, AND MARK PANDORI? |
| 09:33AM | 8 | A.   YES. |
| 09:33AM | 9 | Q.   AND THE TEXT SAYS, "ATTACHED IS DATA I HAVE COLLECTED ON |
| 09:33AM | 10 | OUR PAST API AND NY PROFICIENCIES THAT COMPARES PREDICATE |
| 09:33AM | 11 | VERSUS EDISON ON VITAMIN D." |
| 09:33AM | 12 | DO YOU SEE THAT? |
| 09:33AM | 13 | A.   YES. |
| 09:33AM | 14 | Q.   I AM SORRY.  IT SAYS VITAMIN D, TSH, FT4, AND PSA; IS THAT |
| 09:33AM | 15 | RIGHT? |
| 09:33AM | 16 | A.   CORRECT. |
| 09:33AM | 17 | Q.   AND LET'S GO TO PAGE 3 IN THIS EXHIBIT.  LET'S LOOK AT THE |
| 09:33AM | 18 | BOTTOM HALF OF THIS PAGE, PLEASE. |
| 09:33AM | 19 | DR. ROSENDORFF, DO YOU SEE A MESSAGE WHERE SUNNY BALWANI |
| 09:34AM | 20 | SAYS, "WHERE AND WHO PULLED THE RESULTS FOR EDISON RUNS?" |
| 09:34AM | 21 | A.   YEAH. |
| 09:34AM | 22 | Q.   HE SAYS "I WOULD LIKE TO SEE THE RAW DATA FOR THESE AND |
| 09:34AM | 23 | MAKE SURE THE CALIBRATIONS, ET CETERA, WERE PROPERLY APPLIED." |
| 09:34AM | 24 | DO YOU SEE THAT? |
| 09:34AM | 25 | A.   I SEE THAT. |

09:34AM   1    Q.   LET'S ZOOM IN, PLEASE, ON THE TOP HALF OF THIS PAGE NOW.

09:34AM   2         DO YOU SEE DISCUSSION IN THIS SECTION ABOUT HOW THE EDISON

09:34AM   3    ASSAYS WERE VALIDATED?

09:34AM   4    A.   YES, I DO.

09:34AM   5    Q.   CAN YOU EXPLAIN WHAT THAT MEANS, IN PARTICULAR YOUR

09:34AM   6    MESSAGE AT THE TOP WHERE IT SAYS, "THEY WERE VALIDATED ON THE

09:34AM   7    IMMULITE FOR THE MOST PART"?

09:34AM   8    A.   THE ACCURACY OF A LABORATORY TEST, IN THIS CASE THE

09:34AM   9    THERANOS EDISON TESTS WERE PERFORMED USING A VENOUS PLUG.  THE

09:35AM  10    SAME SAMPLE WOULD BE TESTED ON THE IMMULITE AND ON THE EDISON,

09:35AM  11    AND THAT'S HOW YOU WOULD DETERMINE THE ACCURACY, YEAH.

09:35AM  12    Q.   SO, IN OTHER WORDS, THE IMMULITE WAS USED AS THE STANDARD

09:35AM  13    FOR THE VALUATION OF THESE EDISON ASSAYS?

09:35AM  14    A.   CORRECT.  IT'S ALSO KNOWN AS THE COMPARATOR ASSAY.

09:35AM  15    Q.   LET'S GO TO PAGE 2 OF THIS EXHIBIT, PLEASE.  LET'S LOOK AT

09:35AM  16    THE BOTTOM MESSAGE.

09:35AM  17         DR. ROSENDORFF, DO YOU SEE THAT SUNNY BALWANI WRITES YOU

09:35AM  18    AND OTHERS TO SAY, "AND OUR VALIDATION AGAINST IMMULITE HAS

09:35AM  19    BEEN EXCELLENT IN THE PAST.  IT IS THESE PT SAMPLES THAT ARE

09:35AM  20    OFF"?

09:36AM  21    A.   YES, I SEE THAT.

09:36AM  22    Q.   DO YOU REMEMBER THIS EXCHANGE AT THE TIME AND MR. BALWANI

09:36AM  23    SAYING IT MUST BE THE PT SAMPLES THAT ARE OFF?

09:36AM  24    A.   YES, I REMEMBER IT VERY, VERY WELL.

09:36AM  25    Q.   DID YOU AGREE THAT IT WAS THE PT SAMPLES THEMSELVES THAT

09:36AM   1    WERE THE PROBLEM HERE?

09:36AM   2    A.   NO, I DID NOT.

09:36AM   3    Q.   AND WHY NOT?

09:36AM   4    A.   PT SAMPLES MUST BE DISTRIBUTED TO PARTICIPATING

09:36AM   5    LABORATORIES OVER AN EXTENDED TIME PERIOD.  THEY MUST SURVIVE

09:36AM   6    SHIPPING CONDITIONS.  THEY MUST BE STABLE TO FREEZE/THAW.

09:36AM   7        IN VIEW OF THESE CONSIDERATIONS, THEY'RE MADE OUT TO BE

09:36AM   8    VERY STABLE, THEY HAVE PRESERVATIVES TO PREVENT BACTERIA

09:36AM   9    GROWTH, AND THEY HAVE BUFFERS TO PREVENT PH CHANGES, AND

09:36AM  10    PROTEINS TO MAINTAIN THE OSMOTIC PRESSURE, ET CETERA.

09:37AM  11    Q.   AND --

09:37AM  12    A.   THAT ARE TO BE STABLE.

09:37AM  13    Q.   AND BASED ON YOUR EXPERIENCE IN WORKING WITH PT SAMPLES,

09:37AM  14    HAVE THEY PERFORMED AS INTENDED?

09:37AM  15    A.   YES.

09:37AM  16    Q.   LET'S ZOOM OUT AND ZOOM BACK IN ON THE TOP OF THIS PAGE,

09:37AM  17    PLEASE, THE VERY TOP.

09:37AM  18        DO YOU SEE AT THE TOP OF THE PAGE A MESSAGE "CC'ING

09:37AM  19    ELIZABETH ON THIS AS WE WENT THRU THESE DISCUSSION OVER A YEAR

09:37AM  20    AGO ALSO"?

09:37AM  21    A.   THIS MESSAGE IS FROM SUNNY BALWANI.

09:37AM  22    Q.   YOU SEE THAT ON THE EXHIBIT?

09:37AM  23    A.   ON PAGE 1 AT THE VERY BOTTOM OF THE PREVIOUS PAGE IT SAYS

09:37AM  24    FROM SUNNY BALWANI.

09:37AM  25    Q.   OKAY.  AND DO YOU SEE THAT ON THE SCREEN?

09:38AM  1    A.   NO.  I'M LOOKING AT THAT IN MY BINDER.

09:38AM  2    Q.   LET'S GO TO PAGE 1 OF THIS EXHIBIT NOW.  AND LET'S ZOOM IN

09:38AM  3    ON THE BOTTOM HALF OF THE PAGE MOVING FORWARD IN TIME HERE.

09:38AM  4         NOW LET'S CAPTURE THE BOTTOM HALF OF PAGE 1.

09:38AM  5         DR. ROSENDORFF, DO YOU SEE A MESSAGE FROM YOURSELF IN THIS

09:38AM  6    CHAIN STATING IF WE DID ENROLL FOR PT FOR THERANOS METHODS, WE

09:38AM  7    WOULD NEED TO DO AN ALTERNATE ASSESSMENT PROTOCOL OR AAP?

09:38AM  8    A.   YES.

09:38AM  9    Q.   AND WE'RE NOW IN FEBRUARY 2014.

09:38AM 10         WAS THIS THE FIRST TIME THAT YOU HAD RAISED THE NEED FOR

09:38AM 11    AAP PROFICIENCY TESTING AT THERANOS?

09:39AM 12    A.   NO.  I RAISED THE ISSUE WITH DANIEL YOUNG AND DISCUSSED IT

09:39AM 13    WITH HIM PRIOR TO THIS.

09:39AM 14    Q.   ABOVE YOUR EMAIL THERE'S A MESSAGE FROM ELIZABETH HOLMES.

09:39AM 15         DO YOU SEE THAT?

09:39AM 16    A.   YES.

09:39AM 17    Q.   SHE SAYS, "WE ENGAGED TOP COUNSEL ON THIS SOME TIME AGO.

09:39AM 18    SUNNY WILL DEBRIEF YOU TOMORROW -- IT IS CRITICAL THAT NO ONE

09:39AM 19    IS GUESSING ON MATTERS LIKE THESE."

09:39AM 20         DO YOU SEE THAT?

09:39AM 21    A.   YES, I DO.

09:39AM 22    Q.   AND IS THAT WHAT YOU WERE DOING, YOU WERE GUESSING?

09:39AM 23    A.   NO, I WAS NOT.  I WAS READING THROUGH THE REGULATIONS,

09:39AM 24    DECIDING WHAT WAS MOST APPROPRIATE FOR PATIENT CARE IN TERMS OF

09:39AM 25    VERIFYING ACCURACY AND GIVING MY GUIDANCE.

09:39AM 1    Q.   AND HOW DID WHAT YOU WERE DOING FIT IN, IF IT DID AT ALL,

09:39AM 2    WITH THE ROLE OF LABORATORY DIRECTOR?

09:39AM 3    A.   THE LABORATORY DIRECTOR WAS RESPONSIBLE AT THE END OF THE

09:40AM 4    DAY FOR THE ACCURACY OF TESTS THAT GO OUT IN THE LAB.

09:40AM 5    Q.   AND DID THAT INCLUDE ESTABLISHING APPROPRIATE PROFICIENCY

09:40AM 6    TESTING AT THE LAB?

09:40AM 7    A.   YES.

09:40AM 8    Q.   LET'S GO NOW TO THE TOP HALF OF PAGE 1.

09:40AM 9         DR. ROSENDORFF, DO YOU SEE A MESSAGE HERE FROM

09:40AM 10   SUNNY BALWANI TO YOU AND OTHERS, INCLUDING ELIZABETH HOLMES, AT

09:40AM 11   THERANOS?

09:40AM 12   A.   YES, I DO.

09:40AM 13   Q.   AND HE SAYS AT THE TOP OF HIS EMAIL "I ALSO WANT TO

09:40AM 14   REITERATE THIS POINT.  I AM EXTREMELY IRRITATED AND FRUSTRATED

09:40AM 15   BY FOLKS WITH NO LEGAL BACKGROUND TAKING LEGAL POSITIONS AND

09:40AM 16   INTERPRETATIONS ON THESE MATTERS AND JUNIOR CLIA AND NON-CLIA

09:40AM 17   PERSONNEL CHALLENGING OUR CLIA SOP'S.  THIS MUST STOP," HE

09:40AM 18   SAYS.

09:40AM 19        DO YOU SEE THAT?

09:40AM 20   A.   YES, I DO.

09:40AM 21   Q.   AND IN THE SECOND PARAGRAPH OF THE EMAIL HE SAYS, "THESE

09:41AM 22   PAST FEW DAYS, WE HAVE WASTED SO MUCH TIME TALKING TO PEOPLE

09:41AM 23   OUTSIDE OF CLIA WHO HAVE COME TO US TO SHARE THAT OUR PT ON

09:41AM 24   VITAMIN D ON EDISON HAS FAILED.  THESE PT SAMPLES SHOULD HAVE

09:41AM 25   NEVER RUN ON EDISONS TO BEGIN WITH."

09:41AM  1        DID YOU FEEL AT THIS TIME THAT THE PT TESTS THAT HAD BEEN

09:41AM  2   RUN WERE A WASTE OF TIME?

09:41AM  3   A.   NO.  LABORATORIES FREQUENTLY ENGAGE IN QC EXERCISES THAT

09:41AM  4   ARE DOCUMENTED.

09:41AM  5        MY PREFERENCE AND WHAT IS THE MOST COMMON PRACTICE IS TO

09:41AM  6   SIDE ON AN SOP -- A VALIDATION PLAN FOR DOING PROFICIENCY TO

09:41AM  7   WRITE A STANDARD OPERATING PROCEDURE WHICH INCLUDES ACCEPTANCE

09:42AM  8   CRITERIA FOR THE RESULTS OF THE PROFICIENCY TESTING EXERCISE,

09:42AM  9   AND TO RECORD THIS AS A -- TO HAVE THAT BE SIGNED OFF BY THE

09:42AM  10  LABORATORY DIRECTOR, AND THAT NEEDS TO BE IN CONTROLLED

09:42AM  11  DOCUMENTS SO THAT ANY CHANGES HAVE A DATE AND SIGNATURE

09:42AM  12  ASSOCIATED WITH IT.

09:42AM  13  Q.   IN THE LAST HALF, OR THE LAST PARAGRAPH OF MR. BALWANI'S

09:42AM  14  EMAIL, HE SAYS IN THE MIDDLE OF THAT PARAGRAPH, "NO PERSONAL

09:42AM  15  OPINIONS.  RIGHT NOW, EVERY CLS OR TS OR GS CONSIDERS

09:42AM  16  THEMSELVES AS REGULATORY EXPERT AND THIS CULTURE MUST BE NIP IN

09:42AM  17  THE BUD."

09:42AM  18       DO YOU SEE THAT?

09:42AM  19  A.   YES.

09:42AM  20  Q.   AND DO YOU AGREE WITH THOSE COMMENTS?

09:42AM  21  A.   I WAS HIRED TO APPLY MY EXPERTISE AND OPINIONS TO THE

09:42AM  22  DIRECTION OF THE LABORATORY.  I ALSO DELEGATED THE PROFICIENCY

09:43AM  23  TESTING TO THE TECHNICAL SUPERVISOR, SO IT'S NOT REALLY AN

09:43AM  24  APPROPRIATE STATEMENT.

09:43AM  25  Q.   I'LL ASK YOU TO TURN TO EXHIBIT 1724, PLEASE, IN YOUR

09:43AM   1      BINDER.

09:43AM   2              DO YOU HAVE THAT?  LET ME KNOW IF YOU RECOGNIZE IT.

09:43AM   3      A.   I HAVE IT.

09:43AM   4      Q.   AND IS EXHIBIT 1724 AN EMAIL FROM YOU TO

09:43AM   5      CHIN MAY PANGARKAR?

09:43AM   6      A.   YES.

09:43AM   7              MR. BOSTIC:  AND YOUR HONOR, THE GOVERNMENT MOVES TO

09:43AM   8      ADMIT EXHIBIT 1724.  I WAS THE DEFENSE HAS STIPULATED?

09:43AM   9              MR. WADE:  WE HAVE, YOUR HONOR.

09:43AM  10              THE COURT:  IT'S ADMITTED AND MAY BE PUBLISHED.

09:43AM  11          (GOVERNMENT'S EXHIBIT 1724 WAS RECEIVED IN EVIDENCE.)

09:43AM  12      BY MR. BOSTIC:

09:43AM  13      Q.   DR. ROSENDORFF, IS THIS AN EMAIL FROM MAY 13TH, 2014?

09:43AM  14      A.   YES, IT IS.

09:43AM  15      Q.   AND SO MONTHS LATER THAN WHAT WE HAVE BEEN LOOKING AT; IS

09:43AM  16      THAT CORRECT?

09:43AM  17      A.   I'M SORRY.  CAN YOU REMIND ME OF THE DATE OF THE PREVIOUS

09:44AM  18      EXHIBIT?

09:44AM  19      Q.   YES.  YOU CAN FLIP BACK TO EXHIBIT 1758 IF YOU NEED TO TO

09:44AM  20      REFRESH YOUR RECOLLECTION.

09:44AM  21      A.   THOSE DISCUSSIONS WERE IN FEBRUARY OF 2014, AND MY

09:44AM  22      REQUESTS FOR AN UPDATE FROM CHIN MAY WERE IN MAY 2014.

09:44AM  23      Q.   THIS EMAIL WHERE YOU ASKED FOR AN UPDATE, IS THIS

09:44AM  24      REFERRING TO THE SAME PROFICIENCY TESTING CONCERNS THAT YOU HAD

09:44AM  25      RAISED PREVIOUSLY?

09:44AM  1    A.  YES.

09:44AM  2    Q.  AND HAD ANY PROGRESS BEEN MADE ON GETTING PROFICIENCY

09:44AM  3    TESTING UP AND RUNNING AT THERANOS IN THE MONTHS BETWEEN THE

09:44AM  4    TWO EMAILS?

09:44AM  5    A.  NO.

09:44AM  6    Q.  AND WAS THAT FOR LACK OF EFFORT ON YOUR PART?

09:44AM  7    A.  NO.

09:44AM  8    Q.  WHAT WAS THE REASON, IF YOU UNDERSTOOD IT, WHY PROFICIENCY

09:44AM  9    TESTING STILL WASN'T HAPPENING?

09:45AM  10   A.  A PLAN HAD BEEN DRAFTED BY MYSELF MANY MONTHS BEFORE THIS.

09:45AM  11   I SIGNED UP ON THAT PLAN, I HAD DISCUSSIONS WITH MANAGEMENT

09:45AM  12   ABOUT THE NEED TO EXECUTE ON THAT PLAN, AND RESOURCES AND THE

09:45AM  13   MANAGEMENT DIRECTION WERE NEEDED TO ACTUALLY EXECUTE ON THE

09:45AM  14   PLAN.  I HAD DONE EVERYTHING I COULD FROM THE LAB DIRECTOR

09:45AM  15   PERSPECTIVE.

09:45AM  16   Q.  AT THE TOP OF THIS PAGE IN THE HEADER INFORMATION, THERE'S

09:45AM  17   A BCC TO A. ROSENDORFF AT GMAIL.COM.

09:45AM  18       DO YOU SEE THAT?

09:45AM  19   A.  YES.

09:45AM  20   Q.  AND DID YOU BCC YOUR PERSONAL EMAIL IN THIS MESSAGE?

09:45AM  21   A.  YES.

09:45AM  22   Q.  AND WHAT WAS THE PURPOSE OF THAT?

09:45AM  23   A.  AS I MENTIONED BEFORE, I WANTED TO PROTECT MYSELF IN THE

09:45AM  24   EVENT OF A GOVERNMENTAL OR CMS INVESTIGATION.

09:46AM  25       I WAS CONSIDERING FILING A QUI TAM OR FALSE CLAIMS LAWSUIT

09:46AM  1    AGAINST THE COMPANY AND I ALSO -- I WANTED TO GET THE WORD OUT

09:46AM  2    ABOUT WHAT WAS HAPPENING AT THERANOS.

09:46AM  3    Q.   AND THAT INCLUDED PROFICIENCY TESTING?

09:46AM  4    A.   YES.

09:46AM  5    Q.   LET'S TALK ABOUT TRANSPARENCY AT THERANOS.

09:46AM  6         FIRST, LET'S LOOK AT EXHIBIT 1248, PLEASE.

09:46AM  7         YOU TESTIFIED BEFORE THAT PART OF THE LAB DIRECTOR ROLE

09:47AM  8    WAS SPEAKING TO PATIENTS AND DOCTORS ABOUT INDIVIDUAL TEST

09:47AM  9    RESULTS.

09:47AM  10        DO YOU REMEMBER THAT?

09:47AM  11   A.   YES.

09:47AM  12   Q.   IN THOSE CONVERSATIONS, DID YOU FEEL THAT YOU WERE ABLE TO

09:47AM  13   BE OPEN AND TRANSPARENT WITH DOCTORS AND PATIENTS ABOUT ISSUES

09:47AM  14   WITH THERANOS TESTS?

09:47AM  15   A.   I FELT A CONFLICT BETWEEN THE MESSAGING THAT THE COMPANY

09:47AM  16   WANTED ME TO PROVIDE AND THEIR DIRECTION TO EXPLORE

09:47AM  17   JUSTIFICATIONS FOR ERRONEOUS RESULTS AND MY DUTY AS A PHYSICIAN

09:47AM  18   TO INFORM THEM OF MY CONCERNS REGARDING THE ACCURACY OF THE

09:47AM  19   TESTING.

09:47AM  20   Q.   LET'S LOOK AT EXHIBIT 1248 NOW.

09:48AM  21        YOUR HONOR, THE GOVERNMENT MOVES IT INTO EVIDENCE.  I

09:48AM  22   UNDERSTAND IT'S SUBJECT TO STIPULATION.

09:48AM  23              MR. WADE:  IT IS, YOUR HONOR.

09:48AM  24              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:48AM  25        (GOVERNMENT'S EXHIBIT 1248 WAS RECEIVED IN EVIDENCE.)

09:48AM  1          MR. BOSTIC:  IF WE CAN ZOOM IN ON THE TOP HALF OF

09:48AM  2    THE PAGE.

09:48AM  3    Q.   DR. ROSENDORFF, YOU'RE NOT ON THIS EMAIL CHAIN; CORRECT?

09:48AM  4    A.   CORRECT.

09:48AM  5    Q.   AND THIS IS AN EMAIL FROM DANIEL YOUNG TO SUNNY BALWANI

09:48AM  6    AND ELIZABETH HOLMES IN NOVEMBER OF 2013; IS THAT CORRECT?

09:48AM  7    A.   YES.

09:48AM  8    Q.   AND IT SAYS, "QUICK SUMMARY OF MEETING WITH SHARADA, RAN,

09:48AM  9    ADAM, AND SURAJ."

09:48AM 10          ARE YOU THE ADAM IN THAT LIST?

09:48AM 11    A.   YES.  THERE WAS ONLY ONE OTHER ADAM AT THE COMPANY AND I

09:48AM 12    DON'T THINK THIS REFERS TO HIM.

09:48AM 13    Q.   UNDER THE BULLET POINTS THERE IN DANIEL YOUNG'S EMAIL, THE

09:48AM 14    SECOND ONE IS FOR TSH.

09:48AM 15          DO YOU SEE THAT?

09:48AM 16    A.   YES.

09:48AM 17    Q.   AND THE FIRST BULLET UNDER THAT SAYS, "WE DISCUSSED THE

09:49AM 18    CURRENT LLOQ FOR TSH WHICH IS.1."

09:49AM 19          WHAT IS LLOQ?

09:49AM 20    A.   IT IS THE LOWER LIMITS OF QUANTITATION.  IT IS THE LOWEST

09:49AM 21    CONCENTRATION OF ANALYTES THAT CAN BE MEASURED WITH AN

09:49AM 22    ACCEPTABLE PRECISION AND ACCURACY.

09:49AM 23    Q.   SO IS IT A MEASURE OF HOW SENSITIVE A GIVEN ASSAY IS?

09:49AM 24    A.   CORRECT.

09:49AM 25    Q.   AND THE SECOND BULLET POINT SAYS, "ADAM NOTED THAT SOME

09:49AM 1   ASSAYS THIRD AND FOURTH GENERATION ASSAYS ON THE MARKET HAVE

09:49AM 2   LOWER LLOQ."

09:49AM 3       WOULD THAT MEAN A HIGHER SENSITIVITY?

09:49AM 4   A.   CORRECT.

09:49AM 5   Q.   AND THE THIRD BULLET POINT SAYS, "ADAM WANTED TO ADD A

09:49AM 6   NOTE ON THE LAB RESULTS INDICATING THAT OUR ASSAY IS SECOND

09:49AM 7   GENERATION.  I TOLD HIM THIS IS NOT WHAT WE WERE GOING TO DO."

09:49AM 8       DO YOU SEE THAT?

09:49AM 9   A.   YES, I DO.

09:49AM 10  Q.   AND WHY DID YOU WANT TO INDICATE A NOTE THAT THE THERANOS

09:49AM 11  TEST WAS SECOND GENERATION AS OPPOSED TO THIRD OR FOURTH

09:50AM 12  GENERATION?

09:50AM 13  A.   IT'S IMPORTANT FOR PHYSICIANS TO KNOW HOW SENSITIVE THE

09:50AM 14  TSH IS.  IT'S ESSENTIALLY FOR DISTINGUISHING MILD

09:50AM 15  HYPERTHYROIDISM FROM SEVERE HYPERTHYROIDISM, SO THYROID

09:50AM 16  TOXICOSIS.

09:50AM 17  Q.   THE HEADER OF THIS EMAIL TELLS US THAT THIS EMAIL WAS SENT

09:50AM 18  TO SUNNY BALWANI AND ELIZABETH HOLMES; IS THAT CORRECT?

09:50AM 19  A.   CORRECT.

09:50AM 20  Q.   WAS THIS POLICY EVER CHANGED AT THERANOS?  WERE YOU EVER

09:50AM 21  PERMITTED TO INCLUDE THAT NOTE ON LAB TESTS FOR TSH?

09:50AM 22  A.   NO, I WAS NOT.

09:50AM 23  Q.   LET'S LOOK NEXT AT EXHIBIT 4146, PLEASE.

09:51AM 24      YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT EXHIBIT 4146.  I

09:51AM 25  BELIEVE THE DEFENSE HAS STIPULATED.

09:51AM   1                    MR. WADE:  WE HAVE.

09:51AM   2               THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

09:51AM   3         (GOVERNMENT'S EXHIBIT 4146 WAS RECEIVED IN EVIDENCE.)

09:51AM   4               MR. BOSTIC:  LET'S START WITH PAGE 3, PLEASE, ON THE

09:51AM   5    BOTTOM HALF.

09:51AM   6    Q.   DR. ROSENDORFF, DO YOU SEE THIS EMAIL CHAIN STARTS WITH A

09:51AM   7    MESSAGE EMAIL FROM GURBIR SIDHU AT THERANOS?

09:51AM   8    A.   YES.

09:51AM   9    Q.   AND MR. SIDHU SAYS, "HI ADAM, I HAVE SUBMITTED REQUEST FOR

09:51AM  10    REDRAW FOR CBC AND ESR ON PATIENT," AND THEN REDACTED, "DUE TO

09:51AM  11    COMPROMISED INTEGRITY."

09:51AM  12         DO YOU SEE THAT?

09:51AM  13    A.   YES.

09:51AM  14    Q.   AND ABOVE IT SAYS APPROVED.

09:51AM  15    A.   YES.

09:51AM  16    Q.   AND WHAT WERE YOU APPROVING HERE?

09:51AM  17    A.   THE REDRAW FOR THIS PATIENT FOR CBC AND ESR.

09:52AM  18    Q.   AND WHY WAS A REDRAW NECESSARY IN THIS CASE?

09:52AM  19    A.   I HAD BEEN INFORMED BY A CLINICAL LABORATORY SCIENTIST WHO

09:52AM  20    WAS QUALIFIED TO MAKE THE DETERMINATION AS TO SAMPLE INTEGRITY,

09:52AM  21    AND HE HAD INFORMED ME THAT THE SAMPLE INTEGRITY WAS

09:52AM  22    COMPROMISED.  I APPROVED THE REDRAW.

09:52AM  23    Q.   DO YOU HAVE AN UNDERSTANDING OF WHAT EQUIPMENT WAS USED AT

09:52AM  24    THERANOS TO RUN, FOR EXAMPLE, THE CBC TEST AT THIS TIME?

09:52AM  25    A.   YES.  WHOLE BLOOD WOULD BE MIXED WITH ANTIBODIES SPECIFIC

09:52AM  1    FOR EACH CELL TYPE IN THE WHOLE BLOOD.

09:52AM  2        A SECONDARY ANTIBODY WOULD BE APPLIED, CONJUGATED TO A

09:52AM  3    FLUOROPHORE, AND THIS WOULD BE RAN ON A COMMERCIALLY AVAILABLE

09:52AM  4    FLOW CYTOMETRY INSTRUMENT.

09:52AM  5    Q.   AND FOR FINGERSTICK SAMPLES, WAS THAT COMMERCIALLY

09:53AM  6    AVAILABLE ANALYZER MODIFIED BY THERANOS?

09:53AM  7    A.   NOT TO MY KNOWLEDGE.

09:53AM  8        I JUST WANT TO ADD THAT IT WAS A -- IT'S A RESEARCH

09:53AM  9    INSTRUMENT.  I MEAN, ANY TEST RUN ON THE ANALYZER WOULD HAVE TO

09:53AM  10   BE A LABORATORY DEVELOPED TEST.

09:53AM  11   Q.   UNDERSTOOD.  SO THIS WOULD BE, IN OTHER WORDS, A THERANOS

09:53AM  12   SPECIFIC TEST AND NOT AN FDA APPROVED TEST?

09:53AM  13   A.   CORRECT.

09:53AM  14   Q.   AND LET'S LOOK AT PAGE 2 IN THIS EMAIL, PLEASE.  LET'S

09:53AM  15   ZOOM IN ON THE BOTTOM HALF.

09:53AM  16       DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM SOMEONE NAMED

09:53AM  17   ANAM KHAN TO CHRISTIAN HOLMES ON MAY 29TH IN, 2014?

09:53AM  18   A.   YES, I DO.

09:53AM  19   Q.   AND IT SAYS, "HI, CHRISTIAN, CAN YOU PLEASE APPROVE THIS

09:54AM  20   REDRAW?  THANKS ANAM."

09:54AM  21   A.   I SEE THAT.

09:54AM  22   Q.   ARE YOU AWARE OF ANY ROLE THAT CHRISTIAN HOLMES HAD AT THE

09:54AM  23   COMPANY IN APPROVING REDRAWS?

09:54AM  24   A.   I WASN'T AWARE AT ALL THAT HE WAS INVOLVED IN THAT KIND OF

09:54AM  25   A DECISION.

09:54AM  1    Q.   AND DID HE HAVE ANY POSITION IN THE CLINICAL LAB AT

09:54AM  2    THERANOS ITSELF?

09:54AM  3    A.   NO.  SO ANYBODY MAKING A CLINICAL DECISION HAS TO BE ON

09:54AM  4    THE CMS ROSTER, IT'S FORM 209.  IT LISTS ALL OF THE PERSONNEL

09:54AM  5    THAT ARE HANDLING PATIENT SPECIMENS, MAKING DECISIONS SUCH AS

09:54AM  6    THESE, ET CETERA.

09:54AM  7    Q.   DID CHRISTIAN HOLMES HAVE A MEDICAL OR A SCIENCE

09:54AM  8    BACKGROUND TO YOUR KNOWLEDGE?

09:54AM  9    A.   NO, HE DID NOT.

09:54AM  10   Q.   WHEN YOU WERE LAB DIRECTOR AT THE COMPANY, WERE YOU AWARE

09:54AM  11   THAT IN SOME CASES CHRISTIAN HOLMES WOULD BE ASKED TO APPROVE

09:55AM  12   REDRAWS?

09:55AM  13   A.   I WAS NOT AWARE.

09:55AM  14   Q.   LET'S ZOOM OUT, MS. HOLLIMAN, AND CAPTURE THE EMAIL

09:55AM  15   MESSAGE JUST ABOVE THAT.  ACTUALLY, LET'S GO DOWN TO THE

09:55AM  16   MESSAGE JUST BELOW THAT ONE.

09:55AM  17        DO YOU SEE THAT, DR. ROSENDORFF, THAT CHRISTIAN HOLMES

09:55AM  18   EMAILS DANIEL EDLIN AND ELIZABETH HOLMES AND IT SAYS,

09:55AM  19   "DANIEL - PLEASE SEE NOTES BELOW.  FROM WHAT IT SEEMS A REDRAW

09:55AM  20   IS NECESSARY GIVEN THE DISINTEGRATION OF CELLS."

09:55AM  21        DO YOU SEE THAT?

09:55AM  22   A.   YES, I SEE THAT.

09:55AM  23   Q.   AND LET'S GO TO THE MESSAGE ABOVE.

09:55AM  24        AND HERE CHRISTIAN HOLMES INDICATES THAT MESSAGE SHOULD

09:55AM  25   HAVE GONE TO DANIEL YOUNG INSTEAD OF DANIEL EDLIN.

09:56AM  1        DO YOU SEE THAT?

09:56AM  2   A.   YES, I SEE THAT.

09:56AM  3   Q.   LET'S GO TO PAGE 1 OF THIS EMAIL, PLEASE.  AND LET'S ZOOM

09:56AM  4   IN ON THE BOTTOM HALF.

09:56AM  5        DR. ROSENDORFF, DO YOU SEE AT BOTTOM OF THE SCREEN THERE'S

09:56AM  6   A MESSAGE FROM CHRISTIAN HOLMES TO ELIZABETH HOLMES AND

09:56AM  7   DANIEL YOUNG SAYING, "UNFORTUNATELY THIS DOC CALLED BACK AND

09:56AM  8   REACHED A DIFFERENT CSR WHO SAW ADAM APPROVED THE REDRAW,

09:56AM  9   FORGOT TO CHECK WITH ME, AND TOLD THE DOC WE NEED A REDRAW."

09:56AM 10        DO YOU SEE THAT?

09:56AM 11   A.   YES.

09:56AM 12   Q.   AND HE THEN SAYS BELOW, "NEED TO DISCUSS MESSAGING FOR MY

09:56AM 13   CALL WITH THIS DOC, WITH REGARD TO THE REASON FOR REDRAW."

09:56AM 14   A.   YES, I SEE THAT.

09:56AM 15   Q.   AND CAN YOU EXPLAIN THE ROLES THAT YOU AND

09:56AM 16   CHRISTIAN HOLMES HAD IN COMMUNICATING WITH DOCTORS ABOUT

09:56AM 17   THERANOS RESULTS?

09:56AM 18   A.   MY UNDERSTANDING OF THE PROCESS WAS THAT CHRISTIAN WOULD

09:57AM 19   RECEIVE QUERIES OR COMPLAINTS FROM CUSTOMER REPRESENTATIVES, HE

09:57AM 20   WOULD THEN FORWARD THOSE TO ME.

09:57AM 21   Q.   AND BETWEEN THE TWO OF YOU, WAS THERE ONE OF YOU WHO HAD

09:57AM 22   THE ACTUAL JOB OF SPEAKING TO PHYSICIANS ABOUT THE RESULTS, OR

09:57AM 23   WAS THAT HANDLED BY BOTH OF YOU?  WHAT WAS YOUR UNDERSTANDING?

09:57AM 24   A.   THAT WAS MYSELF.

09:57AM 25   Q.   AND THE MESSAGE ABOVE THE ONE WE WERE JUST LOOKING AT,

09:57AM  1    CHRISTIAN HOLMES WRITES AGAIN TO SAY, "DANIEL - SORRY TO FLOOD

09:57AM  2    YOUR INBOX WITH THESE TODAY."

09:57AM  3         AT THE BOTTOM OF THAT MESSAGE HE SAYS, "JUST NEED TO KNOW

09:57AM  4    WHAT HAPPENED SO EAH AND I CAN WORK ON MESSAGING TO THE DOC."

09:57AM  5         DO YOU SEE THAT?

09:57AM  6    A.   YES, I DO.

09:57AM  7    Q.   WERE EAH ELIZABETH HOLMES'S INITIALS?

09:57AM  8    A.   CORRECT.

09:57AM  9    Q.   WE CAN PUT THAT ONE ASIDE.  THANK YOU.

09:58AM 10         LET'S LOOK AT EXHIBIT 4044.

09:58AM 11         YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT EXHIBIT 4044.

09:58AM 12    IT'S BEEN STIPULATED TO.

09:58AM 13              MR. WADE:  THAT'S CORRECT, YOUR HONOR.

09:58AM 14              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:58AM 15         (GOVERNMENT'S EXHIBIT 4044 WAS RECEIVED IN EVIDENCE.)

09:58AM 16              MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 2,

09:58AM 17    PLEASE.  AND IF WE CAN ZOOM IN ON THE TOP HALF.

09:58AM 18    Q.   DR. ROSENDORFF, DO YOU SEE THIS EMAIL CHAIN FROM

09:58AM 19    ELIZABETH HOLMES TO YOU AND OTHERS AT THERANOS?

09:58AM 20    A.   YES.

09:58AM 21    Q.   AND HER EMAIL SAYS, "CHECKING IN ON THE DAY BY DAY PLAN

09:58AM 22    FOR AUDIT PREPARATIONS."

09:59AM 23         DO YOU SEE THAT?

09:59AM 24    A.   YES.

09:59AM 25    Q.   AND DO YOU RECALL WHAT AUDIT THIS WOULD BE REFERRING TO IN

09:59AM 1    NOVEMBER OF 2013?

09:59AM 2    A.   THIS WOULD BE REFERRING TO THE IMPENDING LABORATORY FIELD

09:59AM 3    SERVICES AUDIT.  LABORATORY FIELD SERVICES CONDUCTS AUDITS IN

09:59AM 4    LABORATORIES IN CALIFORNIA ON BEHALF OF CMS.

09:59AM 5    Q.   AND SO WHO EMPLOYS THE INDIVIDUALS WHO ARE CONDUCTING THAT

09:59AM 6    AUDIT?  WHO DO THEY WORK FOR?

09:59AM 7    A.   THEY'RE PART OF THE CALIFORNIA DEPARTMENT OF PUBLIC

09:59AM 8    HEALTH.  LABORATORY FIELD SERVICES IS A DIVISION OF CDPH.

09:59AM 9    Q.   AND MS. HOLMES IS ASKING HERE FOR INFORMATION ABOUT THE

09:59AM 10   DAY BY DAY PLAN FOR PREPARATIONS FOR THAT AUDIT; IS THAT

09:59AM 11   CORRECT?

09:59AM 12   A.   CORRECT.

09:59AM 13   Q.   AND LET'S LOOK AT PAGE 1 OF THIS EXHIBIT, PLEASE.

09:59AM 14       DR. ROSENDORFF, ON PAGE 1 DO YOU SEE AN EMAIL FROM YOU IN

10:00AM 15   RESPONSE LISTING SOME BULLET POINTS AS PART OF THE PREPARATION

10:00AM 16   PLAN FOR THAT AUDIT?

10:00AM 17   A.   YES, I DO.

10:00AM 18   Q.   LET'S LOOK NEXT AT EXHIBIT 4047.  THAT SHOULD BE THE NEXT

10:00AM 19   ONE IN YOUR BINDER.

10:00AM 20       YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT THIS AS WELL.  I

10:00AM 21   BELIEVE THE DEFENSE HAS STIPULATED.

10:00AM 22              MR. WADE:  CORRECT, YOUR HONOR.

10:00AM 23              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:00AM 24       (GOVERNMENT'S EXHIBIT 4047 WAS RECEIVED IN EVIDENCE.)

10:00AM 25              MR. BOSTIC:  AND LET'S ZOOM IN ON THE TOP HALF OF

10:00AM  1    THE PAGE, PLEASE.

10:00AM  2    Q.   DR. ROSENDORFF, DO YOU SEE AT THE BOTTOM OF THE SCREEN AN

10:00AM  3    EMAIL FROM ELIZABETH HOLMES TO YOU AND OTHERS AT THERANOS

10:00AM  4    CC'ING SUNNY BALWANI AT THE BOTTOM OF THE PAGE?

10:00AM  5    A.   YES.  I'M SORRY.  I DIDN'T MEAN TO INTERRUPT YOU.

10:00AM  6    Q.   AND DO YOU SEE THAT THE TEXT OF THAT MESSAGE SAYS, "LET ME

10:00AM  7    KNOW IF THE PATH FOR WALKING THE AUDITORS IN AND DOWNSTAIRS HAS

10:01AM  8    BEEN CEMENTED SO WE AVOID AREAS THAT CANNOT BE ACCESSED, AND

10:01AM  9    WHAT THAT PATH IS."

10:01AM  10       DO YOU SEE THAT?

10:01AM  11   A.   YES, I DO.

10:01AM  12   Q.   DO YOU RECALL DURING YOUR TIME AT THERANOS ANY DISCUSSION

10:01AM  13   ABOUT THE AREAS OF THE COMPANY THAT AUDITORS COULD AND COULD

10:01AM  14   NOT SEE?

10:01AM  15   A.   YES, I REMEMBER DISCUSSING WITH ELIZABETH HOLMES AND SUNNY

10:01AM  16   SPECIFICALLY THAT NOBODY WAS ALLOWED TO GO IN OR OUT OF THE

10:01AM  17   NORMANDY LAB DURING THE TIME OF THE INSPECTION.

10:01AM  18   Q.   AND THE EMAIL CHAIN ABOVE THAT, OR SORRY, THE EMAIL

10:01AM  19   MESSAGE ABOVE THAT IS FROM MS. HOLMES AGAIN AND IT SAYS IN

10:01AM  20   PARENTHESIS, "(KERRY, PLEASE DELINEATE THIS BASED ON WHAT WE

10:01AM  21   DID WITH THE NEW YORK INSPECTOR RECENTLY AND SEND THAT OUT.)"

10:01AM  22       DO YOU RECALL THAT?

10:01AM  23   A.   YES, I DO.

10:01AM  24   Q.   AND DO YOU RECALL THE NEW YORK INSPECTOR'S VISIT AND ANY

10:01AM  25   AREAS THAT WERE OFF LIMITS OR INCLUDED DURING THAT VISIT?

10:02AM 1    A.   I WAS NOT INVOLVED IN THE NEW YORK STATE AUDIT.

10:02AM 2    Q.   THE DIRECTION THAT YOU JUST REFERENCED, THAT NO ONE SHOULD

10:02AM 3    COME OR GO DURING NORMANDY, WHAT INSPECTION WAS THAT DURING?

10:02AM 4    A.   IT WAS DURING -- IT REFERRED TO THE ALCHEMIST OR THE CLIA

10:02AM 5    INSPECTION IN NOVEMBER.

10:02AM 6    Q.   AND WHO SPECIFICALLY GAVE THAT DIRECTION THAT NO ONE

10:02AM 7    SHOULD COME OR GO FROM THE LAB DURING THAT INSPECTION?

10:02AM 8    A.   IT CAME FROM SUNNY.

10:02AM 9    Q.   DID YOU RECEIVE ANY DIRECTION ABOUT WHETHER TO SHOW

10:02AM 10   AUDITORS OR INSPECTORS THE NORMANDY DURING THAT VISIT?

10:02AM 11   A.   SO STANDARD PRACTICE DURING AN INSPECTION IS TO SHOW THE

10:02AM 12   AUDITORS WHAT THEY ASKED FOR.  THEY ASKED FOR VALIDATION

10:03AM 13   STUDIES FOR THE EDISON INSTRUMENT AND FOR THE MODIFIED SIEMENS

10:03AM 14   LDT'S.  WE SHOWED THEM THESE STUDIES.

10:03AM 15       WHILE THIS WAS GOING ON, I EMAILED DANIEL YOUNG AND ASKED

10:03AM 16   HIM IF WE SHOULD MENTION THE DOWNSTAIRS LAB, AND HE SAID NOT

10:03AM 17   UNLESS THEY SPECIFICALLY BRING IT UP OR REQUEST TO SEE IT.

10:03AM 18   Q.   AND JUST AS A REMINDER, WHAT WAS IN THE DOWNSTAIRS LAB AT

10:03AM 19   THERANOS?

10:03AM 20   A.   THE SIEMENS INSTRUMENTING RUNNING THE LDT'S, THE TECAN

10:03AM 21   LIQUID HANDLERS, SOFTWARE THAT WOULD INTERFACE WITH THIS

10:03AM 22   EQUIPMENT, A ROBOT TO HANDLE SPECIMENS AS THEY CAME IN,

10:03AM 23   CENTRIFUGES, ET CETERA.

10:03AM 24   Q.   DURING THIS INSPECTION, WERE YOU WITH THE AUDITOR OR

10:03AM 25   AUDITORS DURING THE COURSE OF THE DAY?

10:03AM 1    A.   FOR THE MAJORITY OF IT, YES.

10:04AM 2    Q.   AND WAS THERE A SPECIFIC PORTION WHERE YOU WEREN'T WITH

10:04AM 3    THEM?

10:04AM 4    A.   CORRECT.  I RETIRED TO MY OFFICE WHILE THE INSPECTOR WAS

10:04AM 5    REVIEWING DOCUMENTATION IN THE UPSTAIRS LABORATORY.

10:04AM 6    Q.   TO YOUR KNOWLEDGE, AT ANY POINT DURING THAT DAY WERE THE

10:04AM 7    INSPECTORS SHOWN AN EDISON DEVICE?

10:04AM 8    A.   NOT TO MY KNOWLEDGE.  THERE WAS DISCUSSION BETWEEN

10:04AM 9    DANIEL YOUNG AND THE AUDITOR AT THE BEGINNING OF THE AUDIT

10:04AM 10   AROUND WHAT WAS PROPRIETARY AND WHAT MIGHT NOT BE REVEALED AND

10:04AM 11   WHAT COULD BE SHOWN.  I DON'T KNOW THE SPECIFICS OF THAT

10:04AM 12   DISCUSSION, BUT THAT WAS BROUGHT UP.

10:04AM 13   Q.   I'LL ASK YOU TO LOOK AT EXHIBIT 2149, PLEASE.

10:05AM 14        DO YOU HAVE 2149 IN FRONT OF YOU?

10:05AM 15   A.   YES, I DO.

10:05AM 16   Q.   IS THIS AN EMAIL CHAIN INCLUDING CORRESPONDENCE BETWEEN

10:05AM 17   YOU AND DANIEL YOUNG AND OTHERS AT THERANOS?

10:05AM 18   A.   YES.

10:05AM 19        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:05AM 20   ADMIT EXHIBIT 2149.

10:05AM 21        THE WITNESS:  SO -- I'M SORRY.  I DON'T KNOW IF I'M

10:05AM 22   ON THE RIGHT EXHIBIT.  I'M ON EXHIBIT 2149.  THE FIRST HEADER

10:05AM 23   SHOWS ME CC'ING THIS TO MY GMAIL ACCOUNT.  THE SECOND HEADER IS

10:05AM 24   AN EMAIL FROM DANIEL YOUNG TO A NUMBER OF PEOPLE, INCLUDING

10:05AM 25   MYSELF.

10:06AM 1    BY MR. BOSTIC:

10:06AM 2    Q.   YOU'RE ON THE RIGHT DOCUMENT.  YOU'RE IN THE RIGHT PLACE.

10:06AM 3    A.   OKAY.

10:06AM 4         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:06AM 5    ADMIT THIS EXHIBIT AT THIS TIME.

10:06AM 6         MR. WADE:  THE COURT'S INDULGENCE.

10:06AM 7         (PAUSE IN PROCEEDINGS.)

10:06AM 8         MR. WADE:  NO OBJECTION, YOUR HONOR.

10:06AM 9         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:06AM 10        (GOVERNMENT'S EXHIBIT 2149 WAS RECEIVED IN EVIDENCE.)

10:06AM 11        MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN JUST CAPTURE

10:06AM 12   THE TOP HALF OF THE PAGE APPROXIMATELY.  LET'S GO DOWN A LITTLE

10:06AM 13   BIT FURTHER.

10:06AM 14        THAT'S GOOD.  THANK YOU.

10:06AM 15   Q.   DR. ROSENDORFF, DO YOU SEE AT THE BOTTOM OF THE PAGE

10:06AM 16   THERE'S SOME CORRESPONDENCE BETWEEN YOU, DANIEL YOUNG, AND

10:06AM 17   OTHERS FROM SEPTEMBER 2013?

10:06AM 18   A.   YES.

10:06AM 19   Q.   AND IN YOUR EMAIL, THE FIRST LINE SAYS, "I FAVOR

10:07AM 20   ESTABLISHING DE-NOVO REFERENCE RANGES ON CAPILLARY BLOOD BASED

10:07AM 21   ON ALREADY COLLECTED AND WALGREENS NORMALS."

10:07AM 22        DO YOU SEE THAT TEXT?

10:07AM 23   A.   YES, I DO.

10:07AM 24   Q.   AND DO YOU RECALL THIS CONVERSATION GENERALLY?

10:07AM 25   A.   YES, I DO.

10:07AM 1    Q.   AT THE TOP OF THE PAGE, YOU FORWARD THAT EMAIL CHAIN TO

10:07AM 2    YOUR PERSONAL EMAIL; IS THAT CORRECT?

10:07AM 3    A.   YES.

10:07AM 4    Q.   AND THE EMAIL IS SEPTEMBER 2013, BUT YOU FORWARDED IT MORE

10:07AM 5    THAN A YEAR LATER; IS THAT CORRECT?

10:07AM 6    A.   CORRECT.

10:07AM 7    Q.   WHY DID YOU DECIDE TO FORWARD THIS EMAIL CHAIN TO YOURSELF

10:07AM 8    IN OCTOBER OF 2014?

10:07AM 9    A.   DESPITE MY BEST EFFORTS TO IMPROVE ASSAYS, TO WORK MY

10:07AM 10   HARDEST WITH THE COMPANY, TO ALERT MANAGEMENT TO PROBLEMS, THE

10:08AM 11   NUMBER AND SEVERITY OF ISSUES HAD REACHED A CRESCENDO FOR ME.

10:08AM 12        AT THAT TIME IN OCTOBER OF 2014, AS I MENTIONED, I THINK I

10:08AM 13   ALREADY DISCUSSED THE REASONS WHY I FORWARDED THE EMAIL IN

10:08AM 14   GENERAL TO MY GMAIL ACCOUNT.

10:08AM 15   Q.   AND I THINK THERE WAS SOMETHING AT THIS POINT IN TIME THAT

10:08AM 16   CAUSED YOU TO CONTINUE WITH THAT PRACTICE.

10:08AM 17   A.   IT WAS AROUND THIS TIME THAT WE WERE GETTING A HIGH

10:08AM 18   FREQUENCY OF DOCTOR COMPLAINTS.

10:08AM 19   Q.   AND REMIND US WHEN APPROXIMATELY DID YOU LEAVE THE

10:08AM 20   COMPANY?

10:08AM 21   A.   NOVEMBER 2014.

10:08AM 22   Q.   AND SO WE'RE NOW IN YOUR FINAL WEEKS WITH THERANOS; IS

10:08AM 23   THAT CORRECT?

10:08AM 24   A.   CORRECT.

10:08AM 25   Q.   AND LET'S LOOK AT EXHIBIT 4323 NEXT.

10:08AM  1          YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT THIS.  I BELIEVE

10:08AM  2     THE DEFENSE HAS STIPULATED.

10:09AM  3          (PAUSE IN PROCEEDINGS.)

10:09AM  4              MR. WADE:  WE HAVE, YOUR HONOR.

10:09AM  5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:09AM  6          (GOVERNMENT'S EXHIBIT 4323 WAS RECEIVED IN EVIDENCE.)

10:09AM  7     BY MR. BOSTIC:

10:09AM  8     Q.   LET'S START ON PAGE 4 OF THIS EXHIBIT -- DR. ROSENDORFF,

10:09AM  9     DO YOU SEE --

10:09AM 10          LET'S ZOOM IN ON THAT FIRST EMAIL MESSAGE AT THE BOTTOM.

10:09AM 11          DR. ROSENDORFF, DO YOU SEE THIS BEGINS WITH AN EMAIL TO

10:09AM 12     CHRISTIAN HOLMES ABOUT A DOCTOR CALLING ABOUT HDL AND LDL

10:09AM 13     RESULTS?

10:09AM 14     A.   YES.

10:09AM 15     Q.   AND WHAT ARE HDL AND LDL?

10:09AM 16     A.   HIGH DENSITY LIPO PROTEIN AND LOW DENSITY LIPO PROTEIN.

10:10AM 17     Q.   AND GENERALLY SPEAKING, WHAT IS THE CLINICAL SIGNIFICANCE

10:10AM 18     OF THOSE?

10:10AM 19     A.   PATIENTS WITH HIGH LDL OR HIGH TOTAL CHOLESTEROL ARE AT

10:10AM 20     RISK FOR HEART DISEASE.

10:10AM 21          BY CONTRAST, HIGH HDL IS PROTECTIVE AGAINST HEART DISEASE.

10:10AM 22     Q.   AND THIS CALL INDICATES THAT A DOCTOR WAS CONCERNED ABOUT

10:10AM 23     HDL AND LDL RESULTS AND THE LIPID PANEL FOR A CERTAIN PATIENT.

10:10AM 24          DO YOU SEE THAT?

10:10AM 25     A.   YES.

10:10AM  1    Q.   AND THE RECORD IS THAT HDL AND LDL ARE NOT ADDING UP AND

10:10AM  2    THE DOCTOR THOUGHT THAT THE LDL WAS A FALSE READING.

10:10AM  3         DO YOU SEE THAT?

10:10AM  4    A.   YES, I SEE THAT.

10:10AM  5    Q.   WHY WOULD IT BE A PROBLEM THAT HDL AND LDL WERE NOT ADDING

10:10AM  6    UP?

10:10AM  7    A.   THE TOTAL CHOLESTEROL CAN BE ESTIMATED BY ADDING HDL TO

10:11AM  8    LDL AND THEN BY ADDING TRIGLYCERIDES AND DIVIDING THAT VALUE BY

10:11AM  9    5.  IT'S KNOWN AS THE FRIEDEWALD OCCASION.

10:11AM  10        THIS EMAIL SUGGESTS THAT THE M.A. HAD APPLIED THAT

10:11AM  11   FORMULA, AND THEN COMPARED THE TOTAL CALCULATED CHOLESTEROL TO

10:11AM  12   THE ACTUAL CHOLESTEROL MEASURED BY THE LABORATORY.

10:11AM  13   Q.   AND DID THE RESULTS CALL INTO QUESTION THE ACCURACY OF THE

10:11AM  14   THERANOS TEST?

10:11AM  15   A.   YES.

10:11AM  16   Q.   LET'S GO TO PAGE 3 OF THIS EXHIBIT, PLEASE.  LET'S LOOK AT

10:11AM  17   THE BOTTOM HALF OF THE PAGE ON PAGE 3.

10:12AM  18        DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU NOW TO

10:12AM  19   CHRISTIAN HOLMES ABOUT THIS TOPIC?

10:12AM  20   A.   YES, I DO.

10:12AM  21   Q.   AND YOU INDICATE THAT YOU CALLED AND LEFT A MESSAGE WITH

10:12AM  22   THE PROVIDER SAYING THAT THERANOS WOULD ATTEMPT TO RERUN THE

10:12AM  23   SAMPLE; IS THAT RIGHT?

10:12AM  24   A.   YES.

10:12AM  25   Q.   AND YOU THEN DESCRIBE THE PROBLEM BELOW THAT YOU JUST

| | | |
|---|---|---|
| 10:12AM | 1 | TALKED ABOUT; IS THAT CORRECT? |
| 10:12AM | 2 | A.   CORRECT. |
| 10:12AM | 3 | Q.   LET'S ZOOM OUT AND LOOK AT THE TOP MESSAGE ON THIS PAGE. |
| 10:12AM | 4 |      DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU AT THE VERY |
| 10:12AM | 5 | TOP OF THE PAGE? |
| 10:12AM | 6 | A.   YES, I DO. |
| 10:12AM | 7 | Q.   YOU SAY, "SEEMS LIKE A TECHNICAL PROBLEM.  THERE ARE NO |
| 10:12AM | 8 | PATIENT FACTORS THAT WOULD EXPLAIN THIS." |
| 10:12AM | 9 | A.   RIGHT. |
| 10:12AM | 10 | Q.   AND WHAT DID YOU MEAN BY THAT? |
| 10:12AM | 11 | A.   I MEANT THAT IT WOULDN'T MATTER, FOR INSTANCE, IF THE |
| 10:12AM | 12 | PATIENT WAS TAKING CHOLESTEROL LOWERING MEDICATION OR IF THE |
| 10:13AM | 13 | PATIENT HAD HYPERCHOLESTEROLEMIA.  THERE ARE NO PREEXISTING |
| 10:13AM | 14 | ILLNESSES OR MEDICATIONS THAT WOULD EXPLAIN THIS KIND OF |
| 10:13AM | 15 | DISCREPANCY. |
| 10:13AM | 16 | Q.   AND IF THERE ARE NO PATIENT FACTORS THAT WOULD EXPLAIN IT, |
| 10:13AM | 17 | WHAT DOES THAT LEAVE AS THE POSSIBLE EXPLANATION? |
| 10:13AM | 18 | A.   TECHNICAL PROBLEM. |
| 10:13AM | 19 | Q.   IN OTHER WORDS, A PROBLEM WITH THE TEST ITSELF? |
| 10:13AM | 20 | A.   CORRECT. |
| 10:13AM | 21 | Q.   LET'S GO TO PAGE 2 NOW, MOVING FORWARD IN TIME.  LET'S |
| 10:13AM | 22 | ZOOM IN ON THE VERY BOTTOM HALF OF THE PAGE. |
| 10:13AM | 23 |      DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM CHRISTIAN HOLMES |
| 10:13AM | 24 | TO YOU ON NOVEMBER 14TH, 2014? |
| 10:13AM | 25 | A.   YES, I DO. |

10:13AM  1    Q.   HE SAYS, "I ESCALATED THIS AND RECEIVED THE FOLLOWING

10:13AM  2    RESPONSE.  ADAM IS THIS SUFFICIENT FOR YOU TO RELAY TO THE

10:13AM  3    DOC?"

10:13AM  4        IS THAT CORRECT?

10:13AM  5    A.   YES.

10:13AM  6    Q.   AND HE THEN PROVIDES A PURPORTED EXPLANATION FOR THE

10:14AM  7    THERANOS RESULTS; IS THAT CORRECT?

10:14AM  8    A.   YES.

10:14AM  9    Q.   LET'S ZOOM OUT AND LOOK AT YOUR RESPONSE JUST ABOVE THAT

10:14AM  10   MESSAGE.

10:14AM  11       MS. HOLLIMAN, IF WE CAN GO DOWN A LITTLE BIT FURTHER.

10:14AM  12   PERFECT.  THANK YOU.

10:14AM  13       DR. ROSENDORFF, DO YOU SEE YOUR RESPONSE TO

10:14AM  14   CHRISTIAN HOLMES'S EMAIL AT THE BOTTOM THERE?

10:14AM  15   A.   YES, I DO.

10:14AM  16   Q.   AND YOU SAY, "I AM GOING TO PASS ON THIS ONE."

10:14AM  17       IS THAT CORRECT?

10:14AM  18   A.   CORRECT.

10:14AM  19   Q.   AND CHRISTIAN HOLMES THEN ASKS, "CAN YOU PLEASE CLARIFY

10:14AM  20   WHAT YOU MEAN BY THIS?"

10:14AM  21       AND YOU SAY, "IF YOU'RE ASKING ME TO DEFEND THESE VALUES

10:14AM  22   THEN THE ANSWER IS NO."

10:14AM  23       IS THAT RIGHT?

10:14AM  24   A.   CORRECT.

10:14AM  25   Q.   AND WHY DID YOU REFUSE TO DEFEND THE VALUES IN THIS CASE?

| | | |
|---|---|---|
| 10:14AM | 1 | A.   BECAUSE I DIDN'T BELIEVE THEM TO BE ACCURATE. |
| 10:14AM | 2 | Q.   LET'S LOOK AT PAGE 1 AND SEE THE CONTINUATION OF THIS |
| 10:15AM | 3 | CONVERSATION. |
| 10:15AM | 4 | LET'S ZOOM IN ON THE BOTTOM MESSAGE. |
| 10:15AM | 5 | DR. ROSENDORFF, DO YOU SEE THAT CHRISTIAN HOLMES RESPONDS, |
| 10:15AM | 6 | "THIS CAN BE HANDLED CONSTRUCTIVELY INTERNALLY." |
| 10:15AM | 7 | AND THEN HE SAYS, "ADAM, IF YOU'RE GOING TO REFUSE TO |
| 10:15AM | 8 | SPEAK WITH THE CLINICIAN WHO IS ASKING TO SPEAK WITH OUR LAB |
| 10:15AM | 9 | DIRECTOR ABOUT INTERPRETING A PATIENT'S RESULTS, THEN SO BE IT, |
| 10:15AM | 10 | BUT SIMPLY PASSING ON GETTING BACK TO THIS DOC IS NOT AN |
| 10:15AM | 11 | OPTION." |
| 10:15AM | 12 | DO YOU SEE THAT? |
| 10:15AM | 13 | A.   YES, I DO. |
| 10:15AM | 14 | Q.   WERE YOU REFUSING TO SPEAK TO THE DOCTOR AT ALL? |
| 10:15AM | 15 | A.   NO.  I WAS REFUSING TO DEFEND THE ACCURACY OF THE RESULT. |
| 10:15AM | 16 | Q.   LET'S ZOOM IN ON THE TOP HALF OF THIS PAGE. |
| 10:15AM | 17 | AND IN THE MIDDLE OF THE SCREEN, DR. ROSENDORFF, DO YOU |
| 10:15AM | 18 | SEE A MESSAGE FROM ELIZABETH HOLMES TO HER BROTHER |
| 10:16AM | 19 | CHRISTIAN HOLMES ON NOVEMBER 14TH AT 2:22? |
| 10:16AM | 20 | A.   YES. |
| 10:16AM | 21 | Q.   SHE SAYS, "CHRISTIAN:  YOU HANDLED THIS EXCELLENTLY.  THE |
| 10:16AM | 22 | LAST NOTE TO ADAM BELOW, ESPECIALLY THE SECOND SENTENCE, WAS |
| 10:16AM | 23 | EXACTLY RIGHT." |
| 10:16AM | 24 | DO YOU SEE THAT? |
| 10:16AM | 25 | A.   YES. |

10:16AM 1      Q.   LET'S LOOK AT EXHIBIT 4314.

10:16AM 2           YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT THIS EXHIBIT,

10:16AM 3      4314.  IT'S SUBJECT TO STIPULATION.

10:16AM 4           (PAUSE IN PROCEEDINGS.)

10:16AM 5                MR. WADE:  THAT'S CORRECT, YOUR HONOR.

10:16AM 6                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:16AM 7           (GOVERNMENT'S EXHIBIT 4314 WAS RECEIVED IN EVIDENCE.)

10:16AM 8      BY MR. BOSTIC:

10:16AM 9      Q.   LET'S LOOK AT THE TOP HALF OF PAGE 2.

10:16AM 10          DR. ROSENDORFF, DO YOU SEE THIS IS A CONTINUATION OF THAT

10:16AM 11     SAME EMAIL CHAIN THAT WE WERE JUST LOOKING AT?

10:16AM 12     A.   YES, I DO.

10:16AM 13     Q.   YOUR RESPONSE TO CHRISTIAN IS AT THE TOP OF THE PAGE.  YOU

10:17AM 14     SAY, "I WILL HAPPILY SPEAK TO THE CLINICIAN BUT I WILL NOT

10:17AM 15     DEFEND THE RESULTS."

10:17AM 16          WAS THAT YOUR POSITION AT THE TIME?

10:17AM 17     A.   YES.

10:17AM 18     Q.   AND LET'S GO TO PAGE 1 NOW AND ZOOM IN ON THE BOTTOM HALF

10:17AM 19     OF THE PAGE.

10:17AM 20          YOU THEN FOLLOW UP WITH YOUR EMAIL TO CHRISTIAN; IS THAT

10:17AM 21     CORRECT?

10:17AM 22     A.   YES, I DID.

10:17AM 23     Q.   AND YOU SAY, "TO CLARIFY, NUMBER 1, THIS IS NOT A QUESTION

10:17AM 24     OF INTERPRETING RESULTS, THIS IS THE QUESTION OF RELIABILITY

10:17AM 25     AND ACCURACY OF THE RESULT."

10:17AM  1            DO YOU SEE THAT?

10:17AM  2      A.   YES.

10:17AM  3      Q.   YOU SAY, "THE MOST CONSTRUCTIVE THING AT THIS POINT IS TO

10:17AM  4      OFFER RELIABLE AND ROBUST ASSAYS, NOT TO SPIN."

10:17AM  5            DID YOU FEEL AT THIS TIME YOU WERE BEING ASKED TO SPIN

10:17AM  6      INSTEAD OF PROVIDE RELIABLE AND ROBUST ASSAYS?

10:17AM  7      A.   YES, I DID.

10:17AM  8      Q.   POINT NUMBER 3 IN YOUR EMAIL SAYS, "FURTHER 100 PERCENT

10:17AM  9      HONESTY AND TRANSPARENCY TO THE PATIENT IS ESSENTIAL."

10:17AM  10           AT THIS TIME DID YOU FEEL THAT THERANOS WAS BEING

10:18AM  11     100 PERCENT HONEST AND TRANSPARENT TO THE PATIENT?

10:18AM  12     A.   NO.  DESPITE MY DIRECTION, THE COMPANY WAS NOT SHOWING ON

10:18AM  13     THE PATIENT REPORT WHAT THE SAMPLE TYPE WAS, WHETHER IT WAS

10:18AM  14     VENOUS OR CAPILLARY, AND WHAT METHOD WAS BEING USED TO RUN THE

10:18AM  15     SAMPLE.

10:18AM  16           MY INTERACTIONS WITH MANAGEMENT, THEY MADE IT VERY CLEAR

10:18AM  17     WHAT THE MESSAGING SHOULD BE.

10:18AM  18     Q.   AND WHAT WAS THE MESSAGE -- WHAT WAS THE MESSAGING

10:18AM  19     DIRECTION THAT YOU RECEIVED FROM MANAGEMENT?

10:18AM  20     A.   THE MESSAGING WOULD BE TO DEFEND THE RESULTS BY COMING UP

10:18AM  21     WITH PATIENT FACTORS THAT WOULD EXPLAIN DISCREPANCIES.

10:18AM  22     Q.   LET'S ZOOM OUT AND LOOK AT THE VERY TOP MESSAGE ON THIS

10:18AM  23     PAGE, PAGE 1.

10:19AM  24           DO YOU SEE THERE, DR. ROSENDORFF, AN EMAIL FROM

10:19AM  25     CHRISTIAN HOLMES TO ELIZABETH HOLMES AND SUNNY BALWANI STATING,

10:19AM  1    "HIS RESPONSE TO THIS WAS TO DO A VACUTAINER REDRAW AND I ENDED

10:19AM  2    THE CONVERSATION AT THAT POINT."

10:19AM  3    A.   I JUST WANTED TO ADD SOMETHING RELATED TO MY PREVIOUS

10:19AM  4    COMMENTS.

10:19AM  5    Q.   GO AHEAD.

10:19AM  6    A.   THE FACT THAT THE SAMPLE TYPE AND METHOD TYPE WAS NOT

10:19AM  7    SHOWN ON THE REPORT MADE IT VERY DIFFICULT FOR ME TO

10:19AM  8    TROUBLESHOOT OR INTERPRET RESULTS AS A LABORATORY DIRECTOR.

10:19AM  9         IN OTHER WORDS, THIS INFORMATION WAS NOT AVAILABLE TO THE

10:19AM  10   PHYSICIANS AND IT WAS NOT TRANSPARENT TO ME EITHER.

10:19AM  11   Q.   THANK YOU.

10:19AM  12   A.   I COULD FIND OUT -- I WAS ABLE TO FIND OUT THAT

10:19AM  13   INFORMATION, BUT IT REQUIRED A LOT OF EFFORT.

10:19AM  14   Q.   SO YOU HAD ACCESS TO THAT INFORMATION THROUGH EFFORT; IS

10:19AM  15   THAT RIGHT?

10:19AM  16   A.   YES.

10:19AM  17   Q.   AND DID PHYSICIANS HAVE ACCESS TO THAT SAME INFORMATION IF

10:19AM  18   THEY NEEDED IT?

10:19AM  19   A.   IT WAS NOT ON THE REPORT.  I DON'T RECALL ANY PHONE CALLS

10:20AM  20   ASKING US WHETHER SAMPLES WERE RUN ON VENOUS BLOOD OR CAPILLARY

10:20AM  21   BLOOD.

10:20AM  22   Q.   WERE YOU PERMITTED TO TELL PHYSICIANS ABOUT THE SPECIFIC

10:20AM  23   METHODS USED TO RUN THERANOS TESTS?

10:20AM  24   A.   I DIDN'T RECEIVE EXPLICIT INSTRUCTION NOT TO, SO IF I WAS

10:20AM  25   ASKED, I WOULD, I WOULD TELL PHYSICIANS.

10:20AM 1        I ALSO THINK IT'S GOOD MEDICAL CARE AND PATIENT CARE TO

10:20AM 2    TELL PHYSICIANS ABOUT THIS, ABOUT THESE ISSUES.

10:20AM 3    Q.   BUT YOUR RECOMMENDATION WAS TO INCLUDE THAT INFORMATION ON

10:20AM 4    THE REPORT ITSELF?

10:20AM 5    A.   CORRECT, CORRECT.

10:20AM 6    Q.   AND GOING BACK TO EXHIBIT 4314.

10:20AM 7        CHRISTIAN HOLMES'S EMAIL REPORTS THAT YOUR POSITION WAS TO

10:20AM 8    DO A VACUTAINER REDRAW.  WHAT WOULD THAT MEAN IN THIS CASE?

10:21AM 9    A.   IT WOULD MEAN TO DRAW VENOUS BLOOD AND TO RUN THAT SAMPLE

10:21AM 10   ON AN FDA APPROVED COMMERCIALLY AVAILABLE INSTRUMENT.

10:21AM 11   Q.   IN OTHER WORDS, A NON-THERANOS METHOD?

10:21AM 12   A.   CORRECT.

10:21AM 13   Q.   I'LL ASK YOU TO LOOK NOW AT EXHIBIT 4330, PLEASE.

10:21AM 14       YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT 4330.  THE

10:21AM 15   DEFENSE HAS STIPULATED.

10:21AM 16           MR. WADE:  WE HAVE, YOUR HONOR.

10:21AM 17           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:21AM 18       (GOVERNMENT'S EXHIBIT 4330 WAS RECEIVED IN EVIDENCE.)

10:21AM 19   BY MR. BOSTIC:

10:21AM 20   Q.   LET'S START WITH PAGE 3 OF THIS EXHIBIT.  AND IF WE CAN

10:21AM 21   ZOOM IN ON THAT EMAIL.

10:21AM 22       DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU ON

10:21AM 23   NOVEMBER 14TH, 2014 TO MS. HOLMES AND MR. BALWANI?

10:21AM 24   A.   YES, I DO.

10:21AM 25   Q.   AND YOU SAY IN THIS EMAIL, "I AM HEARING THAT THERANOS

10:21AM   1    INTENDS TO TEST SAMPLES TO RULE OUT OR DIAGNOSE EBOLA AT 7373

10:22AM   2    GATEWAY.

10:22AM   3         "CAN YOU PLEASE CONFIRM THAT THIS IS CORRECT.  IF SO, I AM

10:22AM   4    WONDERING WHY, AS LAB DIRECTOR, I WAS NOT INVOLVED IN THE

10:22AM   5    DECISION."

10:22AM   6         DO YOU SEE THAT?

10:22AM   7    A.   I SEE THAT.

10:22AM   8    Q.   LET'S LOOK AT PAGE 2 AND CAPTURE THE BOTTOM OF THE PAGE.

10:22AM   9         MS. HOLMES RESPONDS TO YOU TO SAY "THAT IS NOT CORRECT.

10:22AM  10    WHO SAID THIS?"

10:22AM  11         DO YOU SEE THAT?

10:22AM  12    A.   YES.

10:22AM  13    Q.   YOU SUGGEST A COMPANY-WIDE EMAIL?

10:22AM  14    A.   YES.

10:22AM  15    Q.   LET'S LOOK AT THE TOP OF THIS PAGE.

10:22AM  16         YOU THEN FOLLOW UP ON THIS EMAIL CHAIN TO SAY, "ELIZABETH,

10:22AM  17    I FEEL REALLY UNCOMFORTABLE WITH WHAT IS HAPPENING RIGHT NOW IN

10:22AM  18    THIS COMPANY.  IS THERE ANY WAY YOU CAN GET SPENCER BACK ON THE

10:23AM  19    CLIA LICENSE AND TAKE ME OFF?  I AM FEELING PRESSURED TO VOUCH

10:23AM  20    FOR RESULTS THAT I CANNOT BE CONFIDENT IN AND ALSO IN A NUMBER

10:23AM  21    OF CASES WHERE I GET QUESTIONS ABOUT ASSAYS, I DO NOT KNOW WHAT

10:23AM  22    METHOD IS BEING USED.  IE VACUTAINERS, ILIQUOTTED INTO CTN'S,

10:23AM  23    ET CETERA."

10:23AM  24         WHAT PROMPTED YOU TO SEND THIS MESSAGE AT THIS TIME?

10:23AM  25    A.   IT WAS THE CULMINATION OF A LARGE NUMBER OF THE ISSUES

10:23AM  1    THAT WE HAVE BEEN DISCUSSING DURING MY TESTIMONY, AND I WAS

10:23AM  2    PARTICULARLY DISTURBED BY THE FACT THAT WHAT WAS BEING DONE AT

10:23AM  3    THE COMPANY WAS NOT VISIBLE TO ME IN TERMS OF THE EBOLA EMAIL

10:23AM  4    THAT I MENTIONED AND IN TERMS OF THE METHODS BEING RUN,

10:23AM  5    ET CETERA.

10:23AM  6    Q.   AND LET'S LOOK AT PAGE 1 TO SEE MS. HOLMES'S RESPONSE.

10:23AM  7    IT'S AN EMAIL ON THE BOTTOM OF THE PAGE.

10:24AM  8         MS. HOLMES RESPONDS, "HOW SAD AND DISAPPOINTING TO SEE

10:24AM  9    THIS FROM YOU."

10:24AM  10        SHE SAID, "OUTSIDE OF THE FACT THAT YOU'VE NEVER EMAILED

10:24AM  11   ME ON ANY CONCERNS YOU ALLUDE TO THERE BEFORE BUT NOW EMAIL

10:24AM  12   THIS, YOU KNOW FROM EVERY CONVERSATION WE'VE EVER HAD TOGETHER

10:24AM  13   HOW FUNDAMENTAL IT IS TO ALL OF US FOR YOU OR ANY OTHER

10:24AM  14   EMPLOYEE NEVER TO DO ANYTHING YOU'RE NOT COMPLETELY CONFIDENT

10:24AM  15   IN."

10:24AM  16        DO YOU SEE THAT?

10:24AM  17   A.   YES, I DO.

10:24AM  18   Q.   AND DID YOU AGREE WITH THOSE WORDS AT THE TIME?

10:24AM  19   A.   NO, I DID NOT.

10:24AM  20   Q.   WHY NOT?

10:24AM  21   A.   I HAD FREQUENT CONVERSATIONS WITH ELIZABETH ABOUT CONCERNS

10:24AM  22   THAT I HAD IN THE LABORATORY.  I -- AS THE JURY HAS SEEN, A

10:24AM  23   NUMBER OF EMAILS DEALING WITH THESE ISSUES WERE CC'D TO

10:24AM  24   ELIZABETH, AND THAT WAS VISIBLE TO ME AS WELL.

10:24AM  25        I EMAILED ELIZABETH DIRECTLY ON OCCASION TO ALERT HER TO

10:25AM  1    CONCERNS.  I HAD AT LEAST ONE MEETING IN HER OFFICE BEFORE THE

10:25AM  2    LAUNCH TO DISCUSS MY CONCERNS.

10:25AM  3    Q.   YOUR REQUEST TO BE TAKEN OFF OF THE CLIA LICENSE AND PUT

10:25AM  4    SOMEONE ELSE ON, IN EFFECT, WHAT WOULD THAT MEAN WITH RESPECT

10:25AM  5    TO YOUR LAB DIRECTOR POSITION?

10:25AM  6    A.   I WOULD NO LONGER BE THE CLIA LABORATORY DIRECTOR OF

10:25AM  7    RECORD, AND IN THE EYES OF THE STATE AND THE FEDERAL

10:25AM  8    GOVERNMENT, I WOULD NOT BE THE PERSON RESPONSIBLE FOR THE

10:25AM  9    LABORATORY.

10:25AM  10   Q.   WE CAN PUT THAT ASIDE.

10:25AM  11        YOUR HONOR, THE GOVERNMENT WOULD LIKE TO ADMIT TWO PAGES

10:25AM  12   OF 5387A, AND THESE WERE AUTHENTICATED THROUGH A PREVIOUS

10:25AM  13   WITNESS, AND AT THIS TIME THE GOVERNMENT IS ADMITTING

10:26AM  14   PAGE 28 AND PAGE 33 FOR ADMISSION INTO EVIDENCE.

10:26AM  15        I DON'T BELIEVE IT'S IN THE BINDER, BUT I DO HAVE ONE COPY

10:26AM  16   IF THE COURT WOULD LIKE TO REVIEW.

10:26AM  17              THE COURT:  PLEASE.

10:26AM  18        IS THERE ANY OBJECTION?

10:26AM  19              MR. WADE:  I DON'T HAVE A COPY.

10:26AM  20              MR. BOSTIC:  I DON'T HAVE A COPY FOR THE DEFENSE,

10:26AM  21   BUT I DID GIVE THEM NOTICE ABOUT THESE.

10:26AM  22              THE COURT:  WHY DON'T WE SHOW MR. WADE FIRST.  THANK

10:26AM  23   YOU.

10:26AM  24              MR. WADE:  I'M SORRY, COUNSEL.  AGAIN THE NUMBER

10:26AM  25   PLEASE?

10:26AM  1      MR. BOSTIC:  EXHIBIT NUMBER 5387A, PAGES 28 AND 33.

10:27AM  2      MR. WADE:  NO OBJECTION.

10:27AM  3      THE COURT:  THOSE TWO PAGES, PAGE 28 AND 33, ARE

10:27AM  4  ADMITTED.  THEY MAY BE PUBLISHED.

10:27AM  5      MR. BOSTIC:  THANK YOU, YOUR HONOR.

10:27AM  6      (GOVERNMENT'S EXHIBIT 5387A, PAGES 28 AND 33, WAS RECEIVED

10:27AM  7  IN EVIDENCE.)

10:27AM  8      MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN FIRST CAPTURE

10:27AM  9  THE CONTENT OF THIS TEXT EXCHANGE.

10:27AM  10  Q.  DR. ROSENDORFF, DURING YOUR TIME AT THE COMPANY, YOU

10:27AM  11  DIDN'T HAVE ACCESS TO TEXT MESSAGES BETWEEN ELIZABETH HOLMES

10:27AM  12  AND SUNNY BALWANI; CORRECT?

10:27AM  13  A.  NO, I DID NOT.

10:27AM  14  Q.  EXHIBIT 5387A, PAGE 28, CONTAINS AN EXCHANGE.

10:27AM  15      FIRST THERE'S A MESSAGE FROM ELIZABETH HOLMES THAT READS:

10:27AM  16      "JUST FINISHED CALLS.  ALICE WALTON IN FOR 50.

10:27AM  17      "CONFIRMED 100 GREG."

10:27AM  18      DO YOU SEE THAT LANGUAGE?

10:27AM  19  A.  YES, I DO.

10:28AM  20  Q.  AND THERE'S A RESPONSE FROM MR. BALWANI, "AWESOME.

10:28AM  21      "I WAS THINKING TODAY.  THEY ARE NOT INVESTING IN OUR

10:28AM  22  COMPANY.

10:28AM  23      "THEY ARE INVESTING IN OUR DESTINY."

10:28AM  24      DO YOU SEE THAT?

10:28AM  25  A.  YES, I DO.

10:28AM 1    Q.   AND MR. BALWANI SAYS, "SO TOTAL 10."

10:28AM 2         MS. HOLMES RESPONDS, "150 TOTAL."

10:28AM 3         AND MS. HOLMES SAYS, "RUPERT OVER 100."

10:28AM 4         DO YOU SEE THAT?

10:28AM 5    A.   YES.

10:28AM 6    Q.   AND MR. BALWANI SAYS, "AWESOME.

10:28AM 7         "CAN'T WAIT TO LEARN MORE ABOUT CONVERSATION WITH RUPERT."

10:28AM 8         DURING THE EVENTS WE HAVE BEEN DISCUSSING WHEN YOU WERE

10:28AM 9    HAVING CONCERNS WITH THERANOS TESTING ACCURACY, WERE YOU AWARE

10:28AM 10   THAT MR. BALWANI AND MS. HOLMES WERE RAISING TENS OF MILLIONS

10:28AM 11   OF DOLLARS FROM INVESTORS?

10:28AM 12   A.   I WAS AWARE THAT INVESTING WAS OCCURRING, YES.

10:28AM 13   Q.   AND WERE YOU INVOLVED IN SPEAKING TO INVESTORS AT ALL OR

10:28AM 14   SECURING THOSE INVESTMENTS FOR THE COMPANY?

10:28AM 15   A.   NO, NOT AT ALL.

10:29AM 16   Q.   LET'S LOOK BRIEFLY AT EXHIBIT 2228 IN YOUR BINDER.

10:29AM 17        DR. ROSENDORFF --

10:29AM 18        ACTUALLY, YOUR HONOR, I BELIEVE THIS IS SUBJECT TO

10:29AM 19   STIPULATION AND THE GOVERNMENT MOVES TO ADMIT 2228.

10:29AM 20        MR. WADE:  THAT'S CORRECT, YOUR HONOR.

10:29AM 21        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:29AM 22        (GOVERNMENT'S EXHIBIT 2228 WAS RECEIVED IN EVIDENCE.)

10:29AM 23        MR. BOSTIC:  LET'S START, MS. HOLLIMAN, WITH PAGE 2,

10:29AM 24   PLEASE.  LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

10:30AM 25   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL TO YOU AND CLS GROUP

10:30AM 1    ON NOVEMBER 21ST, 2014?

10:30AM 2    A.   YES, I DO.

10:30AM 3    Q.   IS THIS JUST DAYS BEFORE YOU LEFT THE COMPANY?

10:30AM 4    A.   YES, IT IS.

10:30AM 5    Q.   THE MESSAGE SAYS, "HI ADAM, PLEASE APPROVE A REDRAW FOR

10:30AM 6    CMP FOR," AND THEN THE PATIENT NAME IS REDACTED, "THE CHLORIDE

10:30AM 7    WAS CRITICAL HIGH AND THE COLLECTED CTN WAS QNS FOR RERUN."

10:30AM 8        WHAT DOES QNS MEAN IN THIS CONTEXT?

10:30AM 9    A.   QUANTITY NOT SUFFICIENT.

10:30AM 10   Q.   IN OTHER WORDS, THERE WASN'T ENOUGH OF THE SAMPLE TO

10:30AM 11   RERUN?

10:30AM 12   A.   CORRECT.

10:30AM 13   Q.   LET'S ZOOM IN ON THE TOP HALF OF THIS PAGE, PLEASE.

10:30AM 14       YOU FORWARD THIS INFORMATION TO ELIZABETH HOLMES AND

10:31AM 15   SUNNY BALWANI; CORRECT?

10:31AM 16   A.   CORRECT.

10:31AM 17   Q.   AND YOU SAY, "ELIZABETH/SUNNY, WE ARE STILL VOIDING

10:31AM 18   CRITICAL ISE RESULTS AND ASKING FOR REDRAW.  THIS MEANS WE

10:31AM 19   WOULD MISS A TRULY CRITICAL ISE RESULT.  BY THE SAME TOKEN, IT

10:31AM 20   CALLS INTO QUESTION THE ACCURACY OF EVEN THE NORMAL ISE

10:31AM 21   RESULTS.

10:31AM 22       "ARE YOU BOTH COMFORTABLE WITH THIS?"

10:31AM 23       CAN YOU EXPLAIN WHAT YOUR CONCERN WAS IN THIS CASE?

10:31AM 24   A.   FIRST OF ALL, PHYSICIANS WOULD HAVE BEEN ORDERING THESE

10:31AM 25   TESTS AND EXPECTING TO GET RESULTS BACK FROM THE LAB.  WE WERE

10:31AM  1    VOIDING THE CRITICAL RESULTS BY RULE, BY DEFAULT.  SO THE VERY

10:31AM  2    CLINICAL SITUATIONS THAT WOULD REQUIRE ACCURATE REPORTING OF

10:31AM  3    CRITICAL ISE RESULTS WOULD THEN NOT BE REPORTED.

10:31AM  4        SO THAT MEANS WE WOULD MISS A TRULY CRITICAL ISE RESULT

10:32AM  5    AND WE WOULDN'T BE REPORTING IT, AND IT ALSO CALLED INTO

10:32AM  6    QUESTION THE ACCURACY OF THE ISE RESULTS THAT WERE WITHIN THE

10:32AM  7    NORMAL RANGE.

10:32AM  8    Q.  AND YOU ASK MS. HOLMES AND MR. BALWANI IF THEY WERE

10:32AM  9    COMFORTABLE WITH THIS.  WERE YOU COMFORTABLE WITH THIS AT THE

10:32AM 10    TIME?

10:32AM 11    A.  NO, I WAS NOT.

10:32AM 12    Q.  LET'S LOOK AT PAGE 1 OF THIS EXHIBIT, AND LET'S ZOOM IN ON

10:32AM 13    THE BOTTOM OF THAT PAGE.

10:32AM 14        DR. ROSENDORFF, DO YOU SEE A RESPONSE FROM SUNNY BALWANI

10:32AM 15    ON YOUR SCREEN?

10:32AM 16    A.  YES, I DO.

10:32AM 17    Q.  AND HE SAYS, "ADAM.  SEE ATTACHED.

10:32AM 18        "MICHAEL JUMPED THE GUN IN REQUESTING THIS REDRAW.  AND SO

10:32AM 19    DID YOU IN JUMPING TO CONCLUSION WITHOUT UNDERSTANDING THE

10:32AM 20    PROCESS."

10:32AM 21        AND THEN HE SAYS, "WE HAVE VERY HIGH CONFIDENCE IN EVERY

10:32AM 22    RESULT WE ARE RELEASING."

10:32AM 23        DID YOU AGREE WITH THAT RESPONSE?

10:32AM 24    A.  NO.

10:32AM 25    Q.  AND LET'S ZOOM OUT AND LOOK AT YOUR RESPONSE.

10:33AM  1        YOU THEN FORWARD MR. BALWANI'S RESPONSE TO MS. HOLMES; IS

10:33AM  2  THAT CORRECT?

10:33AM  3  A.   CORRECT.

10:33AM  4  Q.   YOU SAY, "ELIZABETH, I FIND SUNNYS RESPONSE OFFENSIVE AND

10:33AM  5  DISINGENUOUS.  HE SHOULD APOLOGIZE."

10:33AM  6        IS THAT CORRECT?

10:33AM  7  A.   CORRECT.

10:33AM  8  Q.   AND LET'S LOOK, PLEASE, NOW, AT THE TOP MESSAGE IN THIS

10:33AM  9  EMAIL CHAIN.

10:33AM 10        MR. BALWANI WRITES TO MS. HOLMES AFTER SHE FORWARDS HIM

10:33AM 11  YOUR MESSAGE; IS THAT CORRECT?

10:33AM 12  A.   CORRECT.

10:33AM 13  Q.   AND HE SAYS, "WE NEED TO RESPOND TO HIM NOW AND CUT HIM

10:33AM 14  MONDAY."

10:33AM 15        DO YOU SEE THAT MESSAGE?

10:33AM 16  A.   YES, I DO.

10:33AM 17  Q.   HOW DID IT COME THAT YOU SEPARATED FROM THE COMPANY?  WHAT

10:33AM 18  WERE THE CIRCUMSTANCES OF YOUR DEPARTURE?

10:33AM 19  A.   I ACCEPTED AN OFFER OF EMPLOYMENT FROM ANOTHER DIAGNOSTIC

10:33AM 20  LABORATORY I BELIEVE IN OCTOBER OR THEREABOUTS.

10:34AM 21        I EMAILED SUNNY AND ELIZABETH TO THANK THEM FOR THE

10:34AM 22  OPPORTUNITY FOR WORKING AT THERANOS AND TO GIVE THEM ENOUGH

10:34AM 23  TIME THAT THEY COULD FIND ANOTHER LABORATORY DIRECTOR.

10:34AM 24        THIS EMAIL FROM SUNNY SAYING THAT THEY NEED TO CUT ME

10:34AM 25  ESSENTIALLY MEANS THAT THEY WOULD HAVE FIRED ME A FEW DAYS

10:34AM 1      BEFORE I HAD INTENDED TO QUIT ANYWAY.

10:34AM 2      Q.   AT ANY POINT DURING YOUR FINAL WEEKS AT THE COMPANY, DID

10:34AM 3      MS. HOLMES OR MR. BALWANI ASK YOU TO STAY AT THE COMPANY TO

10:34AM 4      HELP FIX THE PROBLEMS THAT YOU WERE SEEING WITH THE THERANOS

10:34AM 5      TESTS?

10:34AM 6      A.   ON MY LAST DAY AT THE COMPANY I WAS SCHEDULED TO MEET WITH

10:34AM 7      SUNNY.  HE EXTENDED HIS HAND TO ME.  I DECLINED TO SHAKE HIS

10:34AM 8      HAND.

10:34AM 9           HE THEN ASKED ME TO SIGN SOME DOCUMENTS REMOVING ME AS

10:35AM 10     LABORATORY DIRECTOR AT THE THERANOS LAB AND THE ARIZONA

10:35AM 11     LABORATORY.

10:35AM 12          HE THEN MENTIONED THAT HE WOULD BE PREPARED TO KEEP ME ON

10:35AM 13     AS LABORATORY DIRECTOR IF I WANTED TO.

10:35AM 14          I SAID NO, IT WASN'T WORTH THE RISK TO MY REPUTATION TO DO

10:35AM 15     THAT.

10:35AM 16     Q.   AND WAS YOUR THINKING THERE BASED ON THE PROBLEMS THAT YOU

10:35AM 17     WERE SEEING WITH THE THERANOS TESTS?

10:35AM 18     A.   YES.

10:35AM 19     Q.   LET'S GO BACK, PLEASE, TO EXHIBIT 5387A, AND LET'S LOOK AT

10:35AM 20     PAGE 33 NOW.

10:35AM 21          DR. ROSENDORFF, ARE YOU LOOKING AT A TEXT EXCHANGE BETWEEN

10:35AM 22     MS. HOLMES AND MR. BALWANI IN DECEMBER OF 2014?

10:35AM 23     A.   YES.

10:35AM 24     Q.   AND WOULD THIS BE AFTER YOU LEFT THE COMPANY?

10:36AM 25     A.   YES.

10:36AM   1     Q.   AND MS. HOLMES WRITES AT THE TOP:

10:36AM   2          "THIS YEAR IS OUR YEAR."

10:36AM   3          SHE SAYS.  "WE CAN NEVER FORGET THIS TIGER."

10:36AM   4          DO YOU SEE THAT?

10:36AM   5     A.   YES, I DO.

10:36AM   6     Q.   AND MR. BALWANI SAYS, "I KNOW.  I AM FOCUSSED ON IT.

10:36AM   7          "WE WILL EXECUTE THIS YEAR."

10:36AM   8          MS. HOLMES SAYS, "I KNOW.

10:36AM   9          "I AM FOCUSSED ON IT TOO.

10:36AM  10          "AND FOR OUR KIDS NEVER FORGET WHO WE ARE."

10:36AM  11          DO YOU SEE THAT?

10:36AM  12     A.   YES, I DO.

10:36AM  13     Q.   MR. BALWANI IS SAYING "WE WILL EXECUTE THIS YEAR" IN

10:36AM  14     DECEMBER OF 2014.

10:36AM  15          CAN YOU REMIND US WHEN THERANOS FIRST BEGAN OFFERING

10:36AM  16     PATIENT TESTING TO THE PUBLIC?

10:36AM  17     A.   SEPTEMBER 9TH, 2013.

10:36AM  18               MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

10:36AM  19               THE COURT:  YES.

10:37AM  20          (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

10:37AM  21     BY MR. BOSTIC:

10:37AM  22     Q.   DR. ROSENDORFF, AFTER YOU LEFT THERANOS, DID YOU DISCUSS

10:37AM  23     THINGS THAT YOU HAD SEEN AT THE COMPANY WITH ANYONE ELSE?

10:37AM  24     A.   YES, I DID.

10:37AM  25     Q.   YOU MENTIONED EARLIER THAT ONE REASON THAT YOU FORWARDED

10:37AM  1    EMAILS TO YOURSELF WAS BECAUSE YOU THOUGHT YOU NEEDED TO GET

10:37AM  2    THE WORD OUT ABOUT THERANOS.

10:37AM  3    A.   YES.

10:37AM  4    Q.   AND WHO DID YOU SPEAK TO, IF ANYONE, TO MAKE THAT HAPPEN?

10:37AM  5    A.   I SPOKE TO NANCY HERSH, A LAWYER.  I THEN RECEIVED A PHONE

10:37AM  6    CALL FROM JOHN CARREYROU WITH "THE WALL STREET JOURNAL" AND I

10:37AM  7    SPOKE OFF THE RECORD REGARDING MY EXPERIENCE AT THERANOS.

10:37AM  8    Q.   AND WHY DID YOU DECIDE TO SPEAK TO THE JOURNALIST ABOUT

10:37AM  9    YOUR EXPERIENCE AT THE COMPANY?

10:37AM 10    A.   EVEN MONTHS AFTER I LEFT THE COMPANY, I FELT OBLIGATED

10:38AM 11    FROM A MORAL AND ETHICAL PERSPECTIVE TO ALERT THE PUBLIC.  I

10:38AM 12    DIDN'T QUITE KNOW HOW I SHOULD DO THAT, BUT WHEN THIS

10:38AM 13    OPPORTUNITY PRESENTED ITSELF, I TOOK ADVANTAGE OF IT.

10:38AM 14    Q.   I'D LIKE TO ASK YOU JUST A COUPLE OF DIFFERENT QUESTIONS

10:38AM 15    ABOUT PROFICIENCY TESTING IF I COULD.

10:38AM 16        PRIOR TO SEPTEMBER 2013, DO YOU HAVE AN UNDERSTANDING OF

10:38AM 17    HOW THERANOS WAS CONDUCTING ITS PROFICIENCY TESTING?

10:38AM 18    A.   PRIOR TO DECEMBER 2013?

10:38AM 19    Q.   PRIOR TO SEPTEMBER OF 2013.  SO BEFORE THE COMMERCIAL

10:38AM 20    LAUNCH, ARE YOU AWARE OF ANY PROFICIENCY TESTING HAPPENING AT

10:38AM 21    THERANOS?

10:38AM 22    A.   NO.

10:38AM 23    Q.   YOU TESTIFIED BEFORE --

10:39AM 24    A.   I ALSO WANT TO ADD THAT I ALSO SPOKE TO SAM SHELDON, A

10:39AM 25    LAWYER -- AT THE TIME HE WAS AT QUINN EMANUEL.  I WAS REFERRED

10:39AM 1    TO HIM BY "THE WALL STREET JOURNAL" JOURNALIST.

10:39AM 2    Q.   UNDERSTOOD.

10:39AM 3         YOU TESTIFIED EARLIER ABOUT THE KIND OF TESTING THAT WAS

10:39AM 4    BEING CONDUCTED AT THERANOS PRIOR TO THE COMMERCIAL LAUNCH.

10:39AM 5         DO YOU RECALL THAT TESTIMONY?

10:39AM 6    A.   YES.

10:39AM 7    Q.   AND WAS THE TESTING THAT WAS DONE PRIOR TO SEPTEMBER 2013

10:39AM 8    ON THERANOS SPECIFIC DEVICES OR WAS IT ON FDA APPROVED

10:39AM 9    COMMERCIAL ANALYZERS?

10:39AM 10   A.   FDA APPROVED COMMERCIAL ANALYZERS.

10:39AM 11   Q.   AND BY THE TIME YOU LEFT THERANOS IN NOVEMBER OF 2014, HAD

10:39AM 12   THERANOS IMPLEMENTED PROFICIENCY TESTING IN THE WAY THAT YOU

10:39AM 13   HAD RECOMMENDED?

10:39AM 14   A.   NO.

10:39AM 15   Q.   IN NOVEMBER OF 2013, WAS YOUR DECISION TO LEAVE THE

10:40AM 16   COMPANY SOMETHING THAT YOU TOOK LIGHTLY?

10:40AM 17   A.   NOVEMBER 2014.

10:40AM 18   Q.   NOVEMBER 2014.

10:40AM 19   A.   NO.  IT WAS AFTER CONSIDERABLE EFFORT ON MY PART TO

10:40AM 20   IMPROVE THE TESTING METHODOLOGY AT THERANOS, ENDLESS MEETINGS

10:40AM 21   AND CONVERSATIONS, VERY CAREFUL STUDY OF THE MEDICAL

10:40AM 22   LITERATURE, LATE NIGHTS, GREAT EFFORT ON MY PART TO IMPROVE THE

10:40AM 23   QUALITY AT THERANOS.

10:40AM 24   Q.   THANK YOU, DR. ROSENDORFF.

10:40AM 25        NO FURTHER QUESTIONS AT THIS TIME, YOUR HONOR.

10:40AM  1          THE COURT:  MR. WADE, DO YOU HAVE CROSS-EXAMINATION?

10:40AM  2          MR. WADE:  I DO HAVE CROSS-EXAMINATION.

10:40AM  3          THE COURT:  LET'S TAKE OUR MORNING BREAK NOW, LADIES

10:40AM  4   AND GENTLEMEN.  WE'LL TAKE OUR BREAK.

10:40AM  5      WE'LL TAKE A 30 MINUTE BREAK AT THIS TIME, 30 MINUTES,

10:40AM  6   PLEASE.

10:40AM  7      AND I MEANT TO MENTION AT THE BEGINNING, IS THERE ANY

10:41AM  8   OBJECTION TO GOING TO 3:00 P.M. TODAY?  3:00 P.M. TODAY?  IS

10:41AM  9   THERE ANY PROBLEM THAT WOULD PRESENT WITH ANYONE?  IF SO,

10:41AM 10   PLEASE RAISE YOUR HAND.

10:41AM 11      I SEE NONE.  THANK YOU.

10:41AM 12      I'D LIKE TO GO TO AT LEAST 3:00 TOMORROW --

10:41AM 13          THE WITNESS:  YOUR HONOR, MAY I SAY SOMETHING?

10:41AM 14          THE COURT:  OH, YES.

10:41AM 15          THE WITNESS:  I HAVE CHILDCARE OBLIGATIONS TOMORROW

10:41AM 16   AFTERNOON.  I WOULD PREFER TO FINISH AT 2:00 TOMORROW.  I DON'T

10:41AM 17   KNOW IF THAT'S POSSIBLE.

10:41AM 18          MR. WADE:  WE WANT TO ACCOMMODATE THE WITNESS

10:41AM 19   OBVIOUSLY.

10:41AM 20          THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR THAT.

10:41AM 21   THANK YOU FOR THAT.  I APPRECIATE THAT.

10:41AM 22      IT SOUNDS LIKE WE'LL SEE IF THAT CAN BE ACCOMPLISHED.

10:41AM 23   THANK YOU.

10:41AM 24          THE WITNESS:  THANK YOU.

10:41AM 25          THE COURT:  SO TOMORROW I'D LIKE TO GO UNTIL PERHAPS

```
10:41AM    1    3:00, AND I MIGHT ASK YOU TO LOOK AT YOUR SCHEDULES IF WE CAN

10:41AM    2    GO UNTIL 4:00 TOMORROW IF THAT'S NOT IN -- DON'T ANSWER ME NOW,

10:41AM    3    BUT CHECK YOUR SCHEDULE, PLEASE.

10:41AM    4        FRIDAY WE'LL FINISH AT 2:00, AND IT MAY BE THAT WE'LL

10:41AM    5    FINISH AT 1:00, BUT NO LATER THAN 2:00 FOR CERTAIN.

10:42AM    6        THAT'S OUR TENTATIVE SCHEDULE.  THANK YOU VERY MUCH.

10:42AM    7            THE CLERK:  COURT IS IN RECESS.

10:42AM    8        (RECESS FROM 10:42 A.M. UNTIL 11:18 A.M.)

11:18AM    9            THE COURT:  WE'RE BACK ON THE RECORD.  THE JURY IS

11:18AM   10    PRESENT.  THE ALTERNATES ARE PRESENT.  ALL COUNSEL ARE PRESENT

11:18AM   11    AND THE DEFENDANT IS PRESENT.

11:18AM   12        THE WITNESS IS ON THE STAND.

11:18AM   13        MR. WADE, DO YOU HAVE CROSS-EXAMINATION?

11:18AM   14            MR. WADE:  I DO.  MAY I APPROACH THE WITNESS?

11:18AM   15            THE COURT:  YES.

11:18AM   16            MR. WADE:  DR. ROSENDORFF, I'M GOING TO HAND YOU TWO

11:19AM   17    YELLOW BINDERS.

11:19AM   18            THE WITNESS:  YES.

11:19AM   19            MR. WADE:  AND THESE ARE STATEMENTS OF YOURS AND

11:19AM   20    THERE ARE TIMES THAT I WILL ASK YOU ABOUT YOUR STATEMENTS AND

11:19AM   21    KNOW THAT THAT'S WHAT THESE YELLOW BINDERS ARE.

11:19AM   22            THE WITNESS:  THANK YOU.  THESE ARE DURING MY

11:19AM   23    TESTIMONY?

11:19AM   24            MR. WADE:  (HANDING.)

11:19AM   25            THE WITNESS:  THANKS.
```

11:19AM  1                      **CROSS-EXAMINATION**

11:19AM  2       BY MR. WADE:

11:19AM  3       Q.   DR. ROSENDORFF, WE HAVE NEVER MET BEFORE, HAVE WE?

11:19AM  4       A.   NO, SIR.

11:19AM  5       Q.   I'VE NEVER HAD A CHANCE TO ASK YOU A SINGLE QUESTION?

11:19AM  6       A.   CORRECT.

11:19AM  7       Q.   IN FACT, HAVE YOU EVER SEEN ME BEFORE YOU WALKED INTO THIS

11:19AM  8       COURTROOM LAST WEEK?

11:19AM  9       A.   NOT IN PERSON, NO.

11:19AM  10      Q.   AND YOU'VE HAD NO INTERACTIONS WITH ME?

11:19AM  11      A.   NO.

11:19AM  12      Q.   YOU'VE HAD NO INTERACTIONS WITH MR. DOWNEY?

11:19AM  13      A.   NO.

11:19AM  14      Q.   OR MS. TREFZ?

11:19AM  15      A.   NO.

11:19AM  16      Q.   OR MR. CLINE?

11:19AM  17      A.   NO.

11:20AM  18      Q.   OR ANY OTHER MEMBER OF OUR TEAM; RIGHT?

11:20AM  19      A.   CORRECT.

11:20AM  20      Q.   YOU'VE ALSO HAD INTERACTIONS WITH THE GOVERNMENT; CORRECT?

11:20AM  21      A.   CORRECT.

11:20AM  22      Q.   EXTENSIVE INTERACTIONS?

11:20AM  23      A.   I'VE MET WITH THEM MULTIPLE TIMES.

11:20AM  24      Q.   HOW MANY TIMES?

11:20AM  25      A.   I DO NOT RECALL THE EXACT NUMBER.

11:20AM  1    Q.   IT'S EIGHT TIMES, WASN'T IT, SIR?

11:20AM  2    A.   I DON'T RECALL THE EXACT NUMBER.

11:20AM  3    Q.   YOU'VE MET WITH MR. SCHENK?

11:20AM  4    A.   YES, SIR.

11:20AM  5    Q.   ON A NUMBER OF OCCASIONS?

11:20AM  6    A.   I -- HE'S BEEN PART OF THE GOVERNMENT TEAM ON THE

11:20AM  7    OCCASIONS WHEN I'VE MET WITH THE GOVERNMENT.  I'VE MADE HIS

11:20AM  8    ACQUAINTANCE.

11:20AM  9    Q.   AND YOU'VE MET NUMEROUS TIMES WITH MR. BOSTIC?

11:20AM  10   A.   CORRECT.

11:20AM  11   Q.   AND YOU'VE MET NUMEROUS TIMES WITH MR. LEACH?

11:20AM  12   A.   CORRECT.

11:20AM  13   Q.   HAVE YOU MET WITH SPECIAL AGENT HERNANDEZ?

11:20AM  14   A.   NO, SIR.

11:20AM  15   Q.   YOU HAVEN'T MET WITH HER?

11:20AM  16   A.   NO.

11:20AM  17   Q.   BUT ARE THERE OTHER AGENTS WHO YOU'VE INTERACTED WITH IN

11:21AM  18   THIS CASE?

11:21AM  19   A.   CAN YOU CLARIFY WHAT YOU MEAN BY "AGENTS."

11:21AM  20   Q.   HAVE THERE BEEN OTHER FEDERAL AGENTS FOR EITHER THE FDA,

11:21AM  21   THE U.S. POSTAL SERVICE, OR THE FBI IN ANY OF YOUR INTERACTIONS

11:21AM  22   WITH THE GOVERNMENT IN THIS CASE?

11:21AM  23   A.   YES.  INITIALLY I MET WITH THE S.E.C.  I BELIEVE THERE WAS

11:21AM  24   A POSTAL INSPECTOR PRESENT DURING THAT INTERVIEW, AS WELL AS AN

11:21AM  25   FBI, A MEMBER OF THE FBI.

11:21AM  1    I KNOW CHRIS MCCOLLOW, WHO IS A POSTAL INSPECTOR, WHO HAS

11:21AM  2    BEEN VERY HELPFUL IN COORDINATING MY INTERACTIONS WITH THE

11:21AM  3    GOVERNMENT.

11:21AM  4    Q.   IN FACT, THOSE AGENTS HAVE BEEN PRESENT FOR MANY OF THE

11:21AM  5    INTERACTIONS THAT YOU'VE HAD WITH THE GOVERNMENT; RIGHT?

11:21AM  6    A.   CORRECT.

11:21AM  7    Q.   AND ARE THOSE AGENTS HERE IN THE COURTROOM TODAY?

11:21AM  8    A.   I SEE MR. MCCOLLOW.  I DON'T RECOGNIZE ANY OTHERS.

11:22AM  9    Q.   COULD YOU IDENTIFY MR. MCCOLLOW?

11:22AM 10    A.   SURE.  HE'S SITTING NEXT TO MY COUNSEL, DAN KOFFMAN, TO

11:22AM 11    HIS LEFT.

11:22AM 12    Q.   AND THERE ARE TWO AGENTS TO HIS RIGHT, CORRECT, SITTING

11:22AM 13    OVER ON THE RIGHT-HAND SIDE?

11:22AM 14    A.   WELL, DAN IS SITTING --

11:22AM 15    Q.   TO YOUR RIGHT.  IN THE SAME ROW THAT YOUR COUNSEL IS IN,

11:22AM 16    THERE ARE TWO OTHER AGENTS SITTING THERE, AREN'T THERE?

11:22AM 17    A.   I DON'T RECOGNIZE THEM AS AGENTS, SIR.

11:22AM 18    Q.   AND DO YOU RECALL THAT YOU MET WITH FBI SPECIAL AGENT

11:22AM 19    MARIO SCUSSEL?

11:22AM 20    A.   NO.

11:22AM 21    Q.   AND DO YOU RECALL THAT YOU MET WITH FEDERAL POSTAL

11:22AM 22    INSPECTOR MATTHEW NORFLEET?

11:22AM 23    A.   NO.

11:22AM 24    Q.   AND DO YOU RECALL THAT YOU MET WITH U.S. FDA CRIMINAL

11:22AM 25    INVESTIGATOR GEORGE SCAVDIS?

11:22AM  1    A.   NO.

11:22AM  2    Q.   AND MR. SCAVDIS WAS IN YOUR MEETING THREE WEEKS AGO.  YOU

11:23AM  3    DON'T RECALL THAT, SIR?

11:23AM  4    A.   THERE WAS AN FDA REPRESENTATIVE THERE.  I DO NOT RECALL

11:23AM  5    HIS NAME.

11:23AM  6    Q.   YOUR FIRST INTERACTION WITH THEM WAS IN 2016; RIGHT?

11:23AM  7    A.   I BELIEVE SO.

11:23AM  8    Q.   AND YOUR NEXT INTERACTION WAS IN 2017?

11:23AM  9    A.   I BELIEVE SO.

11:23AM  10   Q.   AND THEN 2018?

11:23AM  11   A.   YES.

11:23AM  12   Q.   YOU GAVE GRAND JURY TESTIMONY IN 2018?

11:23AM  13   A.   CORRECT.

11:23AM  14   Q.   YOU MET WITH THE GOVERNMENT AGAIN IN SEPTEMBER OF 2020?

11:23AM  15        DO YOU RECALL THAT?

11:23AM  16   A.   I DO NOT HAVE A RECOLLECTION OF THAT.

11:23AM  17   Q.   YOU GAVE THEM STATEMENTS ABOUT YOUR EXPERTISE IN ADVANCE

11:23AM  18   OF AN EXPERT DISCLOSURE.

11:24AM  19        DO YOU RECALL THAT?

11:24AM  20   A.   I REMEMBER DISCUSSING WITH MY ATTORNEYS AT THE TIME

11:24AM  21   WHETHER I WAS GOING TO BE A FACT WITNESS OR AN EXPERT WITNESS.

11:24AM  22   THERE WAS A ZOOM MEETING AT SOME POINT DURING COVID WHERE I DID

11:24AM  23   TALK TO THE GOVERNMENT BY ZOOM.

11:24AM  24   Q.   AND YOU TALKED TO THEM ABOUT ISSUES IN ADVANCE OF A

11:24AM  25   DISCLOSURE THAT THEY WERE GOING TO MAKE INDICATING THAT YOU

11:24AM  1    WERE GOING TO SERVE AS AN EXPERT; CORRECT?

11:24AM  2    A.   THEY WERE THINKING ABOUT IT.  I DON'T KNOW THAT THAT WAS A

11:24AM  3    DONE DEAL AT THAT POINT.  THAT WAS SOMETHING THAT THEY WERE

11:24AM  4    CONSIDERING.

11:24AM  5    Q.   AND DO YOU KNOW WHETHER THEY EVER MADE A DISCLOSURE OF YOU

11:24AM  6    AS AN EXPERT?

11:24AM  7    A.   NO, I DO NOT.

11:24AM  8    Q.   WE'LL COME BACK TO THAT.

11:24AM  9         YOU MET WITH THEM AGAIN IN 2021; CORRECT?

11:24AM  10   A.   CORRECT.

11:24AM  11   Q.   YOU MET WITH THEM AUGUST 30TH, 2021?

11:24AM  12   A.   CORRECT.

11:24AM  13   Q.   AND YOU MET WITH THEM ON SEPTEMBER 13TH, 2021?

11:24AM  14   A.   CORRECT.

11:24AM  15   Q.   YOU MET WITH THEM ON SEPTEMBER 23RD, 2021?

11:24AM  16   A.   CORRECT.

11:24AM  17   Q.   AND WAS THE INFORMATION THAT YOU PROVIDED IN THESE

11:25AM  18   INTERVIEWS TO THESE PROSECUTORS AND FEDERAL AGENTS TRUE,

11:25AM  19   ACCURATE, AND COMPLETE?

11:25AM  20   A.   YES, SIR.

11:25AM  21   Q.   AND DID YOU EVER MISLEAD THE FBI?

11:25AM  22   A.   I DID NOT.

11:25AM  23   Q.   DID YOU EVER MISLEAD THE PROSECUTORS IN THIS CASE?

11:25AM  24   A.   I DID NOT.

11:25AM  25   Q.   DID YOU EVER LIE TO THE GOVERNMENT?

11:25AM  1    A.   NO, SIR.

11:25AM  2    Q.   DID YOU EVER CONCEAL ANYTHING FROM THE GOVERNMENT?

11:25AM  3    A.   NO, SIR.

11:25AM  4    Q.   AND I WOULD GUESS AT SOME POINT IN TIME ONE OF THESE

11:25AM  5    AGENTS ADVISED YOU THAT IT'S ACTUALLY A FEDERAL CRIME TO LIE TO

11:25AM  6    AN AGENT, IS IT NOT?

11:25AM  7    A.   CORRECT.

11:25AM  8    Q.   UNDER 18 U.S.C. 1001, DID THEY ADVISE YOU OF THAT?

11:25AM  9    A.   I DO NOT RECALL THE STATUTE NUMBER.  BUT I SIGNED AN

11:25AM  10   AGREEMENT WITH THE GOVERNMENT ON A NUMBER OF OCCASIONS WHERE I

11:25AM  11   WOULD BE GRANTED IMMUNITY FOR THE DAY, BUT MY DIRECT INTERVIEW

11:26AM  12   COULD NOT BE USED AGAINST ME.  THAT'S WHAT I RECALL, YEAH.

11:26AM  13   Q.   AND YOUR INTERVIEW COULDN'T BE USED AGAINST YOU BECAUSE

11:26AM  14   YOU WERE GRANTED -- HAVE YOU EVER HEARD OF THE TERM "QUEEN FOR

11:26AM  15   A DAY"?

11:26AM  16   A.   I HAVE HEARD OF THAT.

11:26AM  17   Q.   MAYBE KING FOR A DAY?

11:26AM  18   A.   KING FOR A DAY.

11:26AM  19   Q.   YOU'VE HEARD THAT?

11:26AM  20   A.   YES.

11:26AM  21   Q.   AND THOSE STATEMENTS COULD NOT BE USED AGAINST YOU UNLESS

11:26AM  22   YOU LIED OR CONCEALED; RIGHT?

11:26AM  23   A.   CORRECT.

11:26AM  24   Q.   AND THEN IT COULD BE USED AGAINST YOU?

11:26AM  25   A.   I BELIEVE SO.

11:26AM  1    Q.   HAS THE GOVERNMENT EVER INDICATED THAT THERE'S SOME

11:26AM  2    CONCERN THAT YOU MAY BE PROSECUTED FOR HAVING LIED TO A FEDERAL

11:26AM  3    AGENT?

11:26AM  4    A.   NO, AT NO TIME.

11:26AM  5    Q.   THREE OF THE MEETINGS THAT WE DISCUSSED, THE ONES THAT

11:26AM  6    OCCURRED THIS YEAR, WERE FOR PREPARATION OF YOUR TESTIMONY HERE

11:26AM  7    OVER THE LAST COUPLE OF DAYS; RIGHT?

11:26AM  8    A.   YES, SIR.

11:26AM  9    Q.   AND THEY WERE ACTUALLY SPECIFICALLY DEDICATED TO WHAT YOU

11:27AM  10   WERE GOING TO DO IN THIS TRIAL; RIGHT?

11:27AM  11   A.   YES.  YES.

11:27AM  12   Q.   AND YOU MET WITH THE GOVERNMENT LAWYERS AND AGENTS?

11:27AM  13   A.   THE SEPTEMBER 13TH MEETING, I REMEMBER THE THREE

11:27AM  14   GOVERNMENT LAWYERS WERE THERE, MR. MCCOLLOW WAS THERE, AND I

11:27AM  15   BELIEVE AN FDA PERSON.  I JUST DO NOT RECALL THE ROLL CALL OF

11:27AM  16   THESE MEETINGS.

11:27AM  17   Q.   IF YOU COULD LOOK AT VOLUME 1 OF YOUR BINDER.  LOOK AT

11:28AM  18   EXHIBIT 11424.

11:28AM  19   A.   I'M SORRY.  THAT IS NOT IN VOLUME 1 IN MY BINDER.

11:28AM  20   Q.   TRY VOLUME 2 OF YOUR BINDER, 11424, SIR.

11:28AM  21   A.   OKAY.  I SEE IT.

11:28AM  22   Q.   DO YOU SEE IT?

11:28AM  23   A.   YES.

11:28AM  24   Q.   AND PLEASE READ THE FIRST PARAGRAPH OF THAT MEMORANDUM TO

11:28AM  25   YOURSELF.

11:29AM  1    A.   OKAY.

11:29AM  2    Q.   AND DOES THAT REFRESH YOUR RECOLLECTION, SIR, THAT U.S.

11:29AM  3    FOOD AND DRUG ADMINISTRATION OFFICE OF INSPECTOR GENERAL

11:29AM  4    SPECIAL AGENT GEORGE SCAVDIS WAS PRESENT FOR YOUR INTERVIEW?

11:29AM  5    A.   AS I'VE SAID, I REMEMBER THAT AN FDA REPRESENTATIVE WAS

11:29AM  6    THERE.  THIS DOES NOT REFRESH MY RECOLLECTION OF HIS NAME.

11:29AM  7    Q.   DID HE SPEAK DURING THE INTERVIEW?

11:29AM  8    A.   NO.

11:29AM  9    Q.   DURING THOSE PREP SESSIONS, YOU WENT THROUGH THE QUESTIONS

11:29AM  10   THAT WERE GOING TO BE ASKED BY THE GOVERNMENT AND THE ANSWERS

11:29AM  11   THAT YOU WERE GOING TO GIVE; RIGHT?

11:29AM  12   A.   WE DISCUSSED SOME OF EXHIBITS THAT WERE POSSIBLY GOING TO

11:29AM  13   BE PRESENTED.

11:30AM  14        I WAS ALWAYS INSTRUCTED BY THE GOVERNMENT TO BE TRUTHFUL

11:30AM  15   AND TO TELL THE TRUTH WITH REGARD TO THOSE EXHIBITS.

11:30AM  16   Q.   AND DID THEY INSTRUCT YOU TO TELL THAT ANSWER WHEN I ASKED

11:30AM  17   HOW YOU PREPARED IN THAT SESSION?

11:30AM  18   A.   NO, SIR.

11:30AM  19   Q.   AND DID YOU DISCUSS THE ANSWER YOU JUST GAVE --

11:30AM  20   A.   NO.

11:30AM  21   Q.   -- IN THAT MEETING WITH THE GOVERNMENT?

11:30AM  22   A.   NO.

11:30AM  23        MR. BOSTIC:  OBJECTION, YOUR HONOR.  ARGUMENTATIVE.

11:30AM  24   HE NEEDS TO BE ALLOWED TO COMPLETE HIS ANSWER.

11:30AM  25        THE COURT:  YOU NEED TO LET HIM HIS ANSWER SO YOU

| 11:30AM | 1 | CAN BE FULLY INFORMED AS TO YOUR NEXT QUESTION. |
|---|---|---|

11:30AM 1    CAN BE FULLY INFORMED AS TO YOUR NEXT QUESTION.

11:30AM 2              MR. WADE:  MY APOLOGIES, YOUR HONOR.

11:30AM 3              THE WITNESS:  IN ALL OF MY MEETINGS WITH THE

11:30AM 4    GOVERNMENT, WE HAVE REVIEWED EMAILS THAT MAY OR MAY NOT BE

11:30AM 5    PRESENTED AS EXHIBITS DURING THE TRIAL, AND MY INSTRUCTIONS

11:30AM 6    FROM THE PROSECUTION, FROM THE GOVERNMENT, WERE TO GIVE

11:30AM 7    TRUTHFUL ANSWERS DURING THE TRIAL.

11:30AM 8    BY MR. WADE:

11:30AM 9    Q.   AND IT'S YOUR POSITION THAT YOU GAVE TRUTHFUL ANSWERS

11:30AM 10   DURING THIS TRIAL?

11:30AM 11   A.   YES, SIR.

11:30AM 12   Q.   OKAY.  AND MY QUESTION TO YOU WAS NOT WHETHER THEY ASKED

11:30AM 13   YOU TO GIVE TRUTHFUL ANSWERS.

11:30AM 14        MY QUESTION WAS, DID THEY GO OVER THE QUESTIONS THAT THEY

11:31AM 15   WERE GOING TO ASK YOU IN THESE PREP SESSIONS, YES OR NO?

11:31AM 16   A.   MANY OF THEM, YES.

11:31AM 17   Q.   AND DID THEY GO OVER AND DID YOU DISCUSS THE ANSWERS THAT

11:31AM 18   YOU WERE GOING TO GIVE IN RESPONSE TO THOSE QUESTIONS?

11:31AM 19   A.   DURING THE PREP SESSIONS, THE GOVERNMENT ASKED ME

11:31AM 20   QUESTIONS REGARDING THE EMAILS AND I GAVE THEM ANSWERS.

11:31AM 21        THERE WAS NO EXPECTATION OR PRESSURE ON ME TO GIVE A

11:31AM 22   SPECIFIC ANSWER.  I WAS MERELY INSTRUCTED TO TELL THE TRUTH.

11:31AM 23   Q.   AND AGAIN, SIR, THAT WASN'T MY QUESTION.

11:31AM 24        MY QUESTION WAS, DID YOU DISCUSS WITH THE GOVERNMENT THE

11:31AM 25   ANSWERS THAT YOU WERE GOING TO GIVE IN THIS TRIAL, YES OR NO?

| 11:31AM | 1 | A.   I ANSWERED THE GOVERNMENT'S QUESTIONS DURING THOSE |

11:31AM 1    A.   I ANSWERED THE GOVERNMENT'S QUESTIONS DURING THOSE

11:31AM 2    SESSIONS.  I'M NOT SURE WHAT ELSE I HAVE TO SAY ABOUT THAT,

11:31AM 3    YEAH.

11:32AM 4              THE COURT:  CAN YOU ANSWER THAT QUESTION YES OR NO

11:32AM 5    WITHOUT AN EXPLANATION?

11:32AM 6              THE WITNESS:  NO.

11:32AM 7    BY MR. WADE:

11:32AM 8    Q.   WERE THERE EVER INSTANCES IN WHICH YOU DIDN'T RECALL

11:32AM 9    SOMETHING AND THE GOVERNMENT HELPED REFRESH YOUR RECOLLECTION

11:32AM 10   AS TO A SPECIFIC DATE OR A SPECIFIC EVENT?

11:32AM 11   A.   NO, THEY DID NOT CORRECT ME IF I MADE A MISTAKE ABOUT A

11:32AM 12   DATE.

11:32AM 13        YOU KNOW, ONE EXAMPLE WOULD BE THE DATE OF THE ROLLOUT.  I

11:32AM 14   REMEMBER THAT DATE.  THE GOVERNMENT DIDN'T HAVE TO REFRESH MY

11:32AM 15   RECOLLECTION ABOUT THAT.

11:32AM 16   Q.   DIDN'T HAVE TO REFRESH YOUR RECOLLECTION ABOUT THAT?

11:32AM 17   A.   NO.

11:32AM 18   Q.   OKAY.  WELL, LET'S LOOK AT THAT.

11:33AM 19        LOOK ON PAGE 3 OF THAT SAME DOCUMENT.  AND MY QUESTION TO

11:33AM 20   YOU, SIR, IS THIS, WAS YOUR RECOLLECTION ON THAT LAUNCH DATE

11:33AM 21   BASED UPON YOUR REVIEW OF DOCUMENTS IN THAT INTERVIEW?

11:33AM 22   A.   NO.

11:33AM 23   Q.   YOU DID NOT IDENTIFY THE LAUNCH DATE WITH WALGREENS AS

11:33AM 24   SEPTEMBER 9TH, 2013 FROM YOUR REVIEW OF THE DOCUMENTS?

11:33AM 25   A.   NO.

11:33AM 1    Q.   IS THAT YOUR TESTIMONY, SIR?

11:33AM 2    A.   YES.

11:33AM 3    Q.   AND LOOKING AT PAGE 3 OF THIS EXHIBIT, THIRD PARAGRAPH,

11:33AM 4    FIRST SENTENCE, THAT DOESN'T REFRESH YOUR RECOLLECTION AS TO

11:33AM 5    WHETHER YOU IDENTIFIED THE THERANOS LAUNCH WITH WALGREENS AS

11:34AM 6    SEPTEMBER 9TH, 2013 FROM YOUR REVIEW OF DOCUMENTS?

11:34AM 7    A.   I BELIEVE I HAD AN INDEPENDENT RECOLLECTION OF THAT.

11:34AM 8    Q.   THE LAST PREP SESSION THAT YOU HAD WITH THE GOVERNMENT WAS

11:34AM 9    THE THURSDAY NIGHT BEFORE YOU CAME IN TO TESTIFY IN THIS TRIAL;

11:34AM 10   RIGHT?

11:34AM 11   A.   RIGHT.

11:34AM 12   Q.   AND IT WAS AT 8:00 O'CLOCK AT NIGHT; RIGHT?

11:34AM 13   A.   CORRECT.

11:34AM 14   Q.   AND THAT WAS THE THIRD SESSION?

11:34AM 15   A.   YES, I BELIEVE SO.

11:34AM 16   Q.   AND THEN YOU CAME IN HERE THE NEXT MORNING TO TESTIFY?

11:34AM 17   A.   CORRECT.

11:34AM 18   Q.   RIGHT UP THERE?

11:34AM 19   A.   YEP.

11:34AM 20   Q.   AND YOU TOOK THE OATH?

11:34AM 21   A.   CORRECT.

11:34AM 22   Q.   AND YOU AGREED TO TELL THE TRUTH?

11:34AM 23   A.   YES.

11:34AM 24   Q.   AND YOU'VE TESTIFIED TODAY YOU'VE TOLD THE TRUTH; RIGHT?

11:35AM 25   A.   YES.

11:35AM  1    Q.   THE WHOLE TIME?

11:35AM  2         AND THEN YOUR EXAMINATION BEGAN.

11:35AM  3         DO YOU RECALL THAT?

11:35AM  4    A.   YES.

11:35AM  5    Q.   AND YOU TOOK OFF YOUR MASK AND YOUR EXAMINATION BEGAN.

11:35AM  6         DO YOU RECALL?

11:35AM  7    A.   YES.

11:35AM  8    Q.   AND THE FIRST SUBSTANTIVE QUESTION THAT YOU WERE ASKED WAS

11:35AM  9    ABOUT WHY YOU LEFT THERANOS.

11:35AM  10        DO YOU RECALL THAT?

11:35AM  11   A.   YES, SIR.

11:35AM  12   Q.   OKAY.  LET'S LOOK AT EXHIBIT 11439.

11:35AM  13        WOULD YOU TURN YOUR ATTENTION AND COUNSEL'S ATTENTION TO

11:36AM  14   1702.

11:36AM  15        NOW, SIR, AGAIN YOU WERE ASKED FOUR QUESTIONS.  THE FIRST

11:36AM  16   QUESTION WAS, WERE YOU AT ONE TIME EMPLOYED BY A COMPANY CALLED

11:36AM  17   THERANOS AND YOU SAID YES?

11:36AM  18   A.   CORRECT.

11:36AM  19   Q.   AND THEN YOU WERE ASKED YOUR POSITION AT THE COMPANY AND

11:36AM  20   YOU SAID YOU WERE A LAB DIRECTOR.

11:36AM  21   A.   CORRECT.

11:36AM  22   Q.   RIGHT?

11:36AM  23   A.   CORRECT.

11:36AM  24   Q.   AND THEN YOU WERE ASKED ABOUT THE APPROXIMATE DATES OF

11:36AM  25   YOUR EMPLOYMENT AND YOU GAVE THEM?

11:36AM  1    A.   YES.

11:36AM  2    Q.   AND THEN THE FIRST SUBSEQUENT QUESTION YOU WERE ASKED, THE

11:36AM  3    FIRST QUESTION IN YOUR EXAMINATION WAS, WHAT WAS YOUR REASON

11:36AM  4    FOR LEAVING THE COMPANY; RIGHT?

11:36AM  5    A.   YES.

11:36AM  6    Q.   AND YOU GAVE FOUR REASONS.  YOU SAID THERE WERE MANY

11:36AM  7    FACTORS.  ONE WAS THE UNWILLINGNESS OF MANAGEMENT TO PERFORM

11:36AM  8    PROFICIENCY AS REQUIRED BY LAW; I FELT PRESSURED TO VOUCH FOR

11:37AM  9    TESTS THAT I DID NOT HAVE CONFIDENCE IN; I CAME TO BELIEVE THAT

11:37AM 10    THE COMPANY BELIEVED MORE ABOUT PR AND FUNDRAISING THAN ABOUT

11:37AM 11    PATIENT CARE; AND ALSO THE EQUIPMENT AND REAGENTS, THE PLATFORM

11:37AM 12    WAS NOT ALLOWING ME TO FUNCTION EFFECTIVELY AS A LAB DIRECTOR.

11:37AM 13         THAT'S WHAT YOU TESTIFIED, RIGHT, SIR?

11:37AM 14    A.   YES, SIR.

11:37AM 15    Q.   IS THAT ONE OF THE QUESTIONS AND ANSWERS YOU DISCUSSED

11:37AM 16    WITH THE GOVERNMENT?

11:37AM 17    A.   THE GOVERNMENT DID ASK ME WHY I LEFT THE COMPANY ON A FEW

11:37AM 18    MEETINGS WITH THEM, YES.

11:37AM 19    Q.   SO IS THAT A YES?

11:37AM 20    A.   YES.

11:37AM 21    Q.   DID YOU ANSWER THE QUESTION?

11:37AM 22    A.   YES.

11:37AM 23    Q.   OKAY.  SO THAT WAS ONE OF THE QUESTIONS AND ANSWERS YOU

11:37AM 24    DISCUSSED WITH THE GOVERNMENT?

11:37AM 25    A.   YES.

| | | |
|---|---|---|
| 11:37AM | 1 | Q.   AND, SIR, YOU WERE PREVIOUSLY ASKED NEARLY THAT EXACT SAME |
| 11:37AM | 2 | QUESTION UNDER OATH SEVERAL YEARS AGO, WEREN'T YOU? |
| 11:37AM | 3 | A.   ARE YOU REFERRING TO MY GRAND JURY TESTIMONY? |
| 11:38AM | 4 | Q.   NO.  WHY DON'T YOU LOOK AT DX 11000. |
| 11:38AM | 5 | A.   OKAY, I HAVE THAT HERE.  OH, I SEE.  OKAY. |
| 11:38AM | 6 | Q.   AND DX 11000. |
| 11:38AM | 7 | DO YOU SEE THAT, SIR? |
| 11:38AM | 8 | A.   YES. |
| 11:38AM | 9 | Q.   AND THAT'S A DEPOSITION TRANSCRIPT; RIGHT? |
| 11:38AM | 10 | A.   YES. |
| 11:38AM | 11 | Q.   AND THAT'S TESTIMONY THAT YOU GAVE IN A CIVIL DEPOSITION |
| 11:38AM | 12 | IN FEBRUARY OF 2019? |
| 11:38AM | 13 | A.   YES. |
| 11:38AM | 14 | Q.   DO YOU RECALL GIVING THAT DEPOSITION? |
| 11:38AM | 15 | A.   YES. |
| 11:38AM | 16 | Q.   AND IT WAS IN SAN FRANCISCO? |
| 11:38AM | 17 | A.   YES. |
| 11:38AM | 18 | Q.   AND IT WAS IN A CONFERENCE ROOM; RIGHT? |
| 11:39AM | 19 | A.   YES. |
| 11:39AM | 20 | Q.   AND YOU WERE SURROUNDED BY LAWYERS WHO WERE ASKING YOU |
| 11:39AM | 21 | QUESTIONS; RIGHT? |
| 11:39AM | 22 | A.   YES. |
| 11:39AM | 23 | Q.   AND AS HERE, THERE WAS A COURT REPORTER WHO WAS WRITING |
| 11:39AM | 24 | DOWN YOUR ANSWERS; RIGHT? |
| 11:39AM | 25 | A.   YES. |

11:39AM  1     Q.   AND AS HERE, YOU RAISED YOUR RIGHT HAND AND GAVE AN OATH;

11:39AM  2     RIGHT?

11:39AM  3     A.   YES.

11:39AM  4     Q.   AND DID YOU TELL THE TRUTH IN THAT TESTIMONY, SIR?

11:39AM  5     A.   YES.

11:39AM  6     Q.   I'D LIKE YOU TO LOOK AT 167, PAGE 167 OF THE TESTIMONY.

11:39AM  7          TELL ME WHEN YOU HAVE THAT IN FRONT OF YOU, SIR.

11:39AM  8     A.   I HAVE IT.

11:40AM  9     Q.   AND I'D LIKE TO DIRECT YOUR ATTENTION ON PAGE 167 TO

11:40AM 10     LINE 11.

11:40AM 11          YOU WERE ASKED, "AND WHY DID YOU STOP WORKING AT

11:40AM 12     THERANOS?"

11:40AM 13          AND YOUR ANSWER WAS, "I WASN'T SATISFIED THAT MANAGEMENT

11:40AM 14     HAD RESPONDED TO MY COMPLAINTS REGARDING PROFICIENCY TESTING."

11:40AM 15          RIGHT?

11:40AM 16     A.   CORRECT.

11:40AM 17     Q.   AND THEN YOU WERE ASKED, "DID YOU HAVE ANY OTHER CONCERNS

11:40AM 18     THAT PRECIPITATED YOUR RESIGNATION?"

11:40AM 19          AND YOU ANSWERED, "THAT WAS THE MAIN ONE."

11:40AM 20          RIGHT?

11:40AM 21     A.   CORRECT.

11:40AM 22     Q.   AND THEN YOU WERE ASKED, "WERE THERE SMALLER CONCERNS THAT

11:40AM 23     YOU HAD IN ADDITION TO THE MAIN ONE?"

11:40AM 24          AND YOU SAID NO; RIGHT?

11:40AM 25     A.   CORRECT.

11:40AM  1    Q.  THAT WAS ON FEBRUARY 26TH, 2019, AT ABOUT 12:23 P.M.;

11:40AM  2    RIGHT?

11:40AM  3    A.  YES.

11:41AM  4    Q.  AND YOU WERE SENT A COPY OF THAT TRANSCRIPT TO REVIEW,

11:41AM  5    WERE YOU NOT, SIR?

11:41AM  6    A.  YES.

11:41AM  7    Q.  I'D LIKE YOU TO TURN IN THAT BINDER TO EXHIBIT 11439.

11:41AM  8        DO YOU HAVE THAT IN FRONT OF YOU, SIR?

11:41AM  9    A.  YES.

11:41AM  10   Q.  AND THIS IS WHAT IS REFERRED TO AS AN ERRATA SHEET;

11:41AM  11   CORRECT?  HAVE YOU EVER HEARD THAT TERM?

11:41AM  12   A.  ERRATA?

11:42AM  13   Q.  IT'S A SHEET THAT YOU SIGN AFTER YOU GET A CHANCE TO

11:42AM  14   REVIEW YOUR DEPOSITION; IS THAT RIGHT?

11:42AM  15   A.  I'M NOT FAMILIAR WITH THE LEGAL TERM.

11:42AM  16   Q.  OKAY.  DO YOU RECOGNIZE THIS DOCUMENT?

11:42AM  17          MR. BOSTIC:  APOLOGIES.  I WONDER IF THERE'S A

11:42AM  18   MISSTATEMENT.

11:42AM  19          THE COURT:  11439.  I BELIEVE THAT'S A TRANSCRIPT.

11:42AM  20          MR. WADE:  IT MAY BE 11439A, 11439A.

11:42AM  21          MS. TREFZ:  11000A.

11:42AM  22          MR. WADE:  OH, I'M SORRY, 11000A.

11:42AM  23   Q.  MY APOLOGIES, DR. ROSENDORFF.  DO YOU HAVE 11000A IN FRONT

11:42AM  24   OF YOU?

11:43AM  25   A.  NO, I DO NOT.

11:43AM  1    Q.   TRY THE OTHER BINDER IF YOU MIGHT.

11:43AM  2    A.   I DO NOT SEE IT IN THE OTHER BINDER.

11:43AM  3              MR. WADE:  CAN WE BRING UP THE EXHIBIT, PLEASE,

11:43AM  4    ELECTRONICALLY ONLY FOR THE WITNESS AND THE COURT AND COUNSEL?

11:43AM  5              THE CLERK:  COUNSEL WILL NEED TO TURN OFF THEIR

11:43AM  6    MONITORS.

11:43AM  7              MR. WADE:  DO YOU HAVE IT, YOUR HONOR?

11:43AM  8    Q.   IS THAT DOCUMENT MARKED AT THE TOP, SIR?

11:43AM  9    A.   IT'S MARKED 11000A.

11:43AM 10    Q.   AND DO YOU RECOGNIZE THIS DOCUMENT?

11:43AM 11    A.   YES.

11:43AM 12    Q.   AND IS THAT YOUR SIGNATURE ON THIS DOCUMENT?

11:43AM 13    A.   YES.

11:43AM 14              MR. WADE:  I MOVE THE ADMISSION OF THIS DOCUMENT,

11:44AM 15    YOUR HONOR.

11:44AM 16              MR. BOSTIC:  OBJECTION, YOUR HONOR, UNDER 613.

11:44AM 17              THE COURT:  THIS IS THE SIGNATURE DOCUMENT?

11:44AM 18              MR. WADE:  I CAN LAY A LITTLE MORE FOUNDATION,

11:44AM 19    YOUR HONOR.

11:44AM 20              THE COURT:  WHY DON'T YOU?  WHY DON'T YOU?

11:44AM 21    BY MR. WADE:

11:44AM 22    Q.   THIS WAS A DOCUMENT THAT YOU WERE SENT ALONG WITH YOUR

11:44AM 23    TRANSCRIPT, RIGHT, SIR?

11:44AM 24    A.   YES.

11:44AM 25    Q.   AND AT THE TOP IT SAYS DECLARATION UNDER PENALTY OF

11:44AM   1    PERJURY; RIGHT?

11:44AM   2    A.   CORRECT.

11:44AM   3    Q.   AND IT ASKS YOU TO CERTIFY UNDER THE PENALTY OF PERJURY

11:44AM   4    UNDER THE LAWS OF THE STATE OF CALIFORNIA --

11:44AM   5         THE COURT:  MR. WADE, YOU DON'T HAVE TO -- IT HASN'T

11:44AM   6    BEEN ADMITTED YET.  THIS IS FOUNDATION FOR --

11:44AM   7         MR. WADE:  I'M JUST ASKING HIM -- THIS IS A

11:44AM   8    QUESTION, YOUR HONOR.

11:44AM   9         THE COURT:  RIGHT.  BUT BY SAYING WHAT THE EXHIBIT

11:44AM  10    IS, YOU'RE IN ESSENCE ADMITTING THE EXHIBIT.

11:44AM  11       I THINK THE FOUNDATION IS -- I THINK YOU WERE TALKING

11:45AM  12    ABOUT A PRIOR DEPOSITION, AND MAYBE YOU COULD RELAY HOW THIS

11:45AM  13    RELATES TO THE DEPOSITION.

11:45AM  14         MR. WADE:  VERY WELL, YOUR HONOR.  I THOUGHT I DID,

11:45AM  15    BUT LET ME TRY IT AGAIN.

11:45AM  16    Q.   THIS DOCUMENT RELATES TO THAT DEPOSITION THAT WE WERE

11:45AM  17    JUST -- THAT I JUST SHOWED YOU; RIGHT?

11:45AM  18    A.   YES.

11:45AM  19    Q.   AND THIS DOCUMENT IS A DOCUMENT WHERE YOU CERTIFY THE

11:45AM  20    ACCURACY OF THAT DEPOSITION; RIGHT?

11:45AM  21    A.   YES.

11:45AM  22         MR. WADE:  MOVE THE ADMISSION, YOUR HONOR.

11:45AM  23         MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

11:45AM  24         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:45AM  25         MR. WADE:  THANK YOU, YOUR HONOR.

11:45AM  1          (DEFENDANT'S EXHIBIT 11000A WAS RECEIVED IN EVIDENCE.)

11:45AM  2     BY MR. WADE:

11:45AM  3     Q.   LET'S BLOW UP THE TOP OF THAT DOCUMENT.

11:45AM  4          AND HERE IT SAYS THAT YOU CERTIFY UNDER THE PENALTY OF

11:45AM  5     PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE

11:45AM  6     FOREGOING IS TRUE AND CORRECT; RIGHT?

11:45AM  7     A.   YES.

11:45AM  8     Q.   AND THAT'S YOUR SIGNATURE RIGHT THERE (INDICATING)?

11:45AM  9     A.   YES.

11:45AM  10    Q.   AND WHEN YOU GOT THAT TRANSCRIPT, YOU READ IT, DIDN'T YOU,

11:46AM  11    SIR?

11:46AM  12    A.   I REVIEWED THE TRANSCRIPT, YES.

11:46AM  13    Q.   OKAY.  LET'S GO TO THE SECOND PAGE.

11:46AM  14         DO YOU SEE ON THE SECOND PAGE AT THE TOP YOU MAKE SEVERAL

11:46AM  15    CORRECTIONS TO THE TRANSCRIPT; RIGHT?

11:46AM  16    A.   YES.

11:46AM  17    Q.   YOU DIDN'T CORRECT OR CLARIFY THE TESTIMONY THAT I JUST

11:46AM  18    ASKED YOU ABOUT A COUPLE MINUTES AGO, DID YOU?

11:46AM  19    A.   NO.

11:47AM  20              MR. WADE:  THE COURT'S INDULGENCE?

11:47AM  21              THE COURT:  YES.

11:47AM  22    BY MR. WADE:

11:47AM  23    Q.   DO YOU HAVE A WHITE BINDER UP THERE, SIR?

11:47AM  24    A.   YES.

11:47AM  25    Q.   AND YOU WERE ASKED A LOT OF QUESTIONS ABOUT DOCUMENTS

11:47AM 1      WITHIN THAT BINDER DURING YOUR DIRECT EXAMINATION.

11:47AM 2          DO YOU RECALL THAT?

11:47AM 3      A.  YES.

11:47AM 4      Q.  AND I REALIZED OVER THIS WEEKEND THIS BINDER IS IN

11:47AM 5      APPROXIMATELY CHRONOLOGICAL ORDER, BUT YOU WERE NOT ASKED ABOUT

11:47AM 6      THESE DOCUMENTS IN CHRONOLOGICAL ORDER, WERE YOU?

11:47AM 7      A.  NO.

11:47AM 8      Q.  NO.  THE GOVERNMENT JUMPED ALL AROUND IN THAT BINDER?

11:47AM 9      A.  YES.

11:47AM 10     Q.  AND THEY JUMPED FROM ASSAY TO ASSAY?

11:47AM 11     A.  CORRECT.

11:47AM 12     Q.  AT TIMES THEY JUMPED FROM ONE YEAR TO THE NEXT?

11:47AM 13     A.  CORRECT.

11:47AM 14     Q.  AND THEN BACK TO -- AND THEN ANOTHER YEAR AGAIN?

11:47AM 15     A.  CORRECT.

11:47AM 16     Q.  AND THEY NEVER WALKED YOU ALL THE WAY THROUGH ONE OF THE

11:47AM 17     TESTS FROM START TO FINISH?

11:47AM 18     A.  NO, THEY DID NOT.

11:47AM 19     Q.  THEY DIDN'T SHOW YOU A SINGLE POLICY DOCUMENT, DID THEY?

11:47AM 20     A.  NO.

11:47AM 21     Q.  AND THEY DIDN'T SHOW YOU ANY OF THE VALIDATION REPORTS,

11:47AM 22     DID THEY?

11:47AM 23     A.  NO.

11:47AM 24     Q.  AND THEY DIDN'T SHOW YOU THE REGULATIONS THAT RELATED TO

11:47AM 25     YOUR RESPONSIBILITY WITHIN THE LAB, DID THEY?

11:47AM  1    A.   NO, THEY DID NOT.

11:47AM  2    Q.   AND AS THEY JUMPED FROM DOCUMENT TO DOCUMENT AND DREW YOUR

11:48AM  3    ATTENTION TO A PARAGRAPH, THE OVERARCHING PRINCIPLE WAS THAT

11:48AM  4    THEY WANTED YOU TO OFFER AND EXPLAIN YOUR CONCERNS WITH RESPECT

11:48AM  5    TO A PARTICULAR ITEM IDENTIFIED IN THE DOCUMENT; RIGHT?

11:48AM  6    A.   YES.

11:48AM  7    Q.   AND THEY ACTUALLY DID THAT AGAIN AND AGAIN; RIGHT?

11:48AM  8    A.   YES.

11:48AM  9    Q.   AND THEY IDENTIFIED CONCERNS WITH RESPECT TO DR. YOUNG?

11:48AM  10   A.   I DON'T RECALL THEM ASKING ME ABOUT CONCERNS ABOUT

11:48AM  11   DR. YOUNG.

11:48AM  12        CAN YOU CLARIFY YOUR QUESTION?  I'M SORRY.

11:48AM  13   Q.   WELL, THERE WERE MANY INSTANCES IN WHICH THEY TRIED TO GET

11:49AM  14   YOU TO EXPRESS CONCERNS ABOUT THINGS THAT DR. YOUNG WAS DOING;

11:49AM  15   RIGHT?

11:49AM  16            MR. BOSTIC:  OBJECTION.  ARGUMENTATIVE.

11:49AM  17            THE COURT:  SUSTAINED AS TO THE FORM OF THE

11:49AM  18   QUESTION.

11:49AM  19   BY MR. WADE:

11:49AM  20   Q.   DO YOU RECALL INSTANCES IN WHICH YOU WERE ASKED QUESTIONS

11:49AM  21   ABOUT DR. YOUNG'S WORK?

11:49AM  22   A.   YES.

11:49AM  23   Q.   AND DO YOU RECALL INSTANCES IN WHICH YOU WERE ASKED

11:49AM  24   QUESTIONS ABOUT MR. BALWANI'S WORK?

11:49AM  25   A.   YES.

11:49AM 1    Q.   AND DO YOU HAVE -- DO YOU RECALL QUESTIONS WHERE YOU WERE

11:49AM 2    ASKED CONCERNS -- OR ASKED QUESTIONS ABOUT MR. HOLMES'S WORK?

11:49AM 3    A.   MS. HOLMES OR --

11:49AM 4    Q.   MR. HOLMES, CHRISTIAN?

11:49AM 5    A.   YES.

11:49AM 6    Q.   DO YOU RECALL THAT?

11:49AM 7    A.   YES.

11:49AM 8    Q.   AND YOU WERE ASKED QUESTIONS ABOUT MS. HOLMES'S WORK;

11:49AM 9    RIGHT?

11:49AM 10   A.   YES.

11:49AM 11   Q.   AND MANY OF THE QUESTIONS PROMPTED ANSWERS WHERE YOU WERE

11:49AM 12   CRITICIZING THEM FOR THINGS RELATING TO THE LAB; RIGHT?

11:49AM 13   A.   I WAS ASKED WHETHER THESE INDIVIDUALS HAD THE APPROPRIATE

11:49AM 14   BACKGROUND TO BE MAKING THESE DECISIONS THAT THEY WERE, AND I

11:50AM 15   RESPONDED THAT THEY WERE NOT.

11:50AM 16   Q.   DR. ROSENDORFF, YOU WERE THE CLIA LAB DIRECTOR FROM

11:50AM 17   SEPTEMBER 2013 UNTIL NOVEMBER OF 2014; RIGHT?

11:50AM 18   A.   CORRECT.

11:50AM 19   Q.   AND DURING THAT TIME, YOU WERE THE HIGHEST AUTHORITY UNDER

11:50AM 20   THE FEDERAL REGULATIONS WITHIN THAT LAB; RIGHT?

11:50AM 21   A.   CORRECT.

11:50AM 22   Q.   FEDERAL CLIA REGULATIONS MAKE YOU -- MADE YOU LEGALLY

11:50AM 23   RESPONSIBLE FOR ALL OF THE CRITICALLY IMPORTANT FUNCTIONS OF

11:50AM 24   CLIA LAB OPERATIONS; RIGHT?

11:50AM 25   A.   YES.

11:50AM  1    Q.   IF YOU COULD LOOK --

11:50AM  2         MAY I APPROACH, YOUR HONOR?

11:50AM  3              THE COURT:  YES.

11:51AM  4         DO YOU HAVE THIS?

11:51AM  5              MR. BOSTIC:  I'M NOT SURE, YOUR HONOR.  WHICH

11:51AM  6    VOLUME?

11:51AM  7              MR. WADE:  IT'S VOLUME 1 OF THE EXHIBITS.

11:51AM  8              MR. BOSTIC:  YES, YOUR HONOR.

11:51AM  9    BY MR. WADE:

11:51AM 10    Q.   IF I COULD CALL YOUR ATTENTION TO EXHIBIT 7603.

11:51AM 11              THE CLERK:  THAT EXHIBIT NUMBER AGAIN, COUNSEL,

11:51AM 12    PLEASE.

11:51AM 13              MR. WADE:  7603.

11:51AM 14              THE WITNESS:  I HAVE IT.

11:51AM 15    BY MR. WADE:

11:51AM 16    Q.   THESE ARE THE FEDERAL CLIA LAB REGULATIONS; RIGHT?

11:51AM 17    A.   YES.

11:51AM 18    Q.   AND WHEN I SAY THAT YOU'RE RESPONSIBLE FOR THE FEDERAL

11:51AM 19    CLIA LAB REGULATIONS, YOU ACTUALLY HAVE TO KNOW ESSENTIALLY ALL

11:51AM 20    OF THESE REGULATIONS AS IT RELATES TO THE FUNCTION OF THE LAB

11:51AM 21    FOR WHICH YOU'RE THE LAB DIRECTOR; RIGHT?

11:51AM 22    A.   I HAVE TO BE AWARE OF THE LABORATORY DIRECTOR

11:51AM 23    RESPONSIBILITIES AND TO EXECUTE ON THOSE.  THAT'S THE MAJOR

11:52AM 24    FOCUS.  I CAN'T TESTIFY THAT I'M AWARE OF EVERY SINGLE

11:52AM 25    REGULATION IN THIS BINDER.

11:52AM  1    Q.  WE'LL GET TO THE LAB DIRECTOR RESPONSIBILITIES.  BUT YOU

11:52AM  2    FREQUENTLY CONSULT THESE MATERIALS WHEN YOU'RE RUNNING A LAB;

11:52AM  3    RIGHT?

11:52AM  4    A.  YES.

11:52AM  5           MR. WADE:  OKAY.  I MOVE FOR THE ADMISSION OF

11:52AM  6    EXHIBIT 7603.

11:52AM  7           MR. BOSTIC:  OBJECTION.  RELEVANCE, YOUR HONOR.

11:52AM  8           THE COURT:  YOU'RE SEEKING TO ADMIT THE ENTIRETY OF

11:52AM  9    THE DOCUMENT?

11:52AM  10           MR. WADE:  THEY ARE THE REGULATIONS THAT

11:52AM  11    ENCOMPASS -- YES.  YES.

11:52AM  12           THE COURT:  I KNOW WHAT THEY ARE.  AND THEY ARE HOW

11:52AM  13    MANY PAGES?  122?

11:52AM  14           MR. WADE:  YES.

11:52AM  15           THE COURT:  IT WILL BE ADMITTED.  OBJECTION

11:52AM  16    OVERRULED.

11:52AM  17        (DEFENDANT'S EXHIBIT 7603 WAS RECEIVED IN EVIDENCE.)

11:52AM  18    BY MR. WADE:

11:52AM  19    Q.  JUST SO THE RECORD IS CLEAR, YOU HAD GENERAL FAMILIARITY

11:52AM  20    TO THE EXTENT THAT YOU NEEDED TO KNOW ABOUT A REGULATION IN

11:53AM  21    DOING YOUR RESPONSIBILITIES AS LAB DIRECTOR IN THE LAB; RIGHT?

11:53AM  22    A.  YES.

11:53AM  23    Q.  AND UNDER THESE REGULATIONS, YOU WERE THE PERSON WHO WAS

11:53AM  24    RESPONSIBLE FOR ENSURING THAT TESTS THAT WERE OFFERED WERE

11:53AM  25    VERIFIED AND VALIDATED?

11:53AM  1    A.   CORRECT.

11:53AM  2    Q.   YOU WERE THE PERSON WHO WAS RESPONSIBLE FOR ENSURING THE

11:53AM  3    ACCURACY AND RELIABILITY OF PATIENT RESULTS?

11:53AM  4    A.   CORRECT.

11:53AM  5    Q.   YOU WERE THE INDIVIDUAL WHO WAS REQUIRED TO ENSURE THAT

11:53AM  6    THE TEST METHODOLOGY SELECTED HAD THE CAPABILITY OF PROVIDING

11:53AM  7    THE QUALITY OF RESULTS THAT ARE REQUIRED FOR PATIENT CARE;

11:53AM  8    RIGHT?

11:53AM  9    A.   CORRECT.

11:53AM 10    Q.   YOU WERE THE INDIVIDUAL WHO IS REQUIRED TO ENSURE LAB

11:53AM 11    PERSONNEL WERE PERFORMING THE TEST METHODS AS REQUIRED FOR

11:53AM 12    ACCURATE AND RELIABLE RESULTS; RIGHT?

11:53AM 13    A.   YES.

11:53AM 14    Q.   ALL OF THOSE OBLIGATIONS ARE SET FORTH IN THOSE

11:54AM 15    REGULATIONS?

11:54AM 16    A.   CORRECT.

11:54AM 17    Q.   AND MANY OTHERS?

11:54AM 18    A.   CORRECT.

11:54AM 19    Q.   AND YOU UNDERSTOOD THAT IF YOU FAILED TO DISPATCH THOSE

11:54AM 20    OBLIGATIONS, YOU COULD FACE SERIOUS CONSEQUENCES, RIGHT, SIR?

11:54AM 21    A.   CORRECT.

11:54AM 22    Q.   AND YOU COULD LOSE YOUR ABILITY TO SERVE AS A LAB

11:54AM 23    DIRECTOR?

11:54AM 24    A.   CAN I MAKE A CLARIFYING STATEMENT?

11:54AM 25    Q.   YOU CAN ANSWER A QUESTION.  THE LAST QUESTION POSED, I CAN

11:54AM  1      READ IT BACK.

11:54AM  2              THE COURT:  DO YOU NEED TO CLARIFY YOUR ANSWER?

11:54AM  3              THE WITNESS:  I --

11:54AM  4              THE COURT:  DO YOU NEED TO CLARIFY YOUR ANSWER?

11:54AM  5              THE WITNESS:  YES.  I ENDEAVORED EARNESTLY TO

11:54AM  6      FULFILL THE LABORATORY DIRECTOR OBLIGATIONS.  I FACED

11:54AM  7      CONSTRAINTS AND PUSHBACK FROM MANAGEMENT.

11:54AM  8              MR. WADE:  YOUR HONOR, MOVE TO STRIKE.

11:55AM  9      NONRESPONSIVE.

11:55AM  10             THE COURT:  I THINK IT WAS RESPONSIVE TO HIS ANSWER.

11:55AM  11     YOU CAN CERTAINLY PROBE THAT AS WELL.  OVERRULED.

11:55AM  12             MR. WADE:  WE'LL PROBE THAT IN A MINUTE.

11:55AM  13     Q.   MY QUESTION WAS, YOU UNDERSTOOD THAT IF YOU FAILED TO

11:55AM  14     DISPATCH YOUR OBLIGATIONS, YOU COULD FACE SERIOUS CONSEQUENCES?

11:55AM  15     A.   CORRECT.

11:55AM  16     Q.   AND YOU COULD FACE CIVIL MONETARY PENALTIES; RIGHT?

11:55AM  17     A.   CORRECT.

11:55AM  18     Q.   YOU COULD EVEN IN SOME CASES LOSE YOUR LICENSE TO

11:55AM  19     PRACTICE -- TO BE A LAB DIRECTOR; RIGHT?

11:55AM  20     A.   CORRECT.

11:55AM  21     Q.   AND IN SOME CASES YOU COULD EVEN FACE CRIMINAL LIABILITY;

11:55AM  22     IS THAT NOT CORRECT?

11:55AM  23     A.   CORRECT.

11:55AM  24     Q.   AND YOU ONLY HAD THE ABILITY TO HOLD THAT IMPORTANT JOB AS

11:55AM  25     LAB DIRECTOR BECAUSE OF YOUR SPECIALIZED TRAINING; RIGHT?

11:55AM  1    A.   NO.  IN TERMS OF THE LABORATORY DIRECTOR'S

11:55AM  2    RESPONSIBILITIES -- I DON'T KNOW IF YOU WANT ME TO GO INTO

11:55AM  3    THIS.  YOU EITHER HAVE TO BE AN M.D., A D.O., OR A PH.D. AND

11:56AM  4    SOME EXPERIENCE MANAGING LABS.

11:56AM  5         AND FOR PH.D.'S, THERE ARE BOARDS THAT YOU HAVE TO PASS,

11:56AM  6    BE CERTIFIED BY VARIOUS BOARDS TO BE A LABORATORY DIRECTOR, AND

11:56AM  7    THAT'S ALL SPELLED OUT IN THE REGULATIONS.

11:56AM  8    Q.   AND YOU WERE AN M.D.?

11:56AM  9    A.   CORRECT.

11:56AM  10   Q.   AND BECAUSE YOU WERE AN M.D., YOU WERE ABLE TO SERVE AS A

11:56AM  11   LABORATORY DIRECTOR, ALONG WITH THOSE OTHER QUALIFICATIONS;

11:56AM  12   RIGHT?

11:56AM  13   A.   FOR AN M.D. I BELIEVE IT'S A YEAR OF LABORATORY EXPERIENCE

11:56AM  14   IN A HIGH COMPLEX LABORATORY THAT IS REQUIRED.

11:56AM  15   Q.   RIGHT.  AND I BELIEVE MY QUESTION WAS IT'S BECAUSE OF YOUR

11:56AM  16   SPECIALIZED TRAINING THAT YOU QUALIFIED AND WERE ABLE TO SERVE

11:56AM  17   AS LAB DIRECTOR; RIGHT?

11:56AM  18   A.   YES.

11:56AM  19   Q.   AND AS A MEDICAL DOCTOR, YOU ALSO HAD ETHICAL OBLIGATIONS;

11:56AM  20   RIGHT?

11:56AM  21   A.   ABSOLUTELY.

11:56AM  22   Q.   FIRST, DO NO HARM?

11:56AM  23   A.   CORRECT.

11:56AM  24   Q.   AND SO, SIR, IN LIGHT OF YOUR TESTIMONY, I HAVE TO ASK YOU

11:56AM  25   DIRECTLY AND SQUARELY, DID YOU FAITHFULLY DISPATCH YOUR LEGAL

11:57AM  1    OBLIGATIONS AS LAB DIRECTOR AT THERANOS?

11:57AM  2    A.   YES, I DID.

11:57AM  3    Q.   DID YOU OFFER TESTS, LAB TESTS THAT YOU KNEW AT THE TIME

11:57AM  4    WERE INACCURATE OR UNRELIABLE?

11:57AM  5    A.   NO.   WHENEVER TESTS WERE INACCURATE OR UNRELIABLE, I

11:57AM  6    ORDERED THE LABORATORY TO CEASE TESTING OR MOVE TO AN FDA

11:57AM  7    APPROVED TEST, AND I RAISED MY CONCERNS TO MANAGEMENT.

11:57AM  8         WHENEVER THERE WAS AN ISSUE OF PATIENT HARM OR PATIENT

11:57AM  9    CARE, I STEPPED IN VERY AGGRESSIVELY TO DISPATCH MY OBLIGATIONS

11:57AM 10    AS A PHYSICIAN.

11:57AM 11    Q.   THANK YOU, SIR.

11:57AM 12         SO YOU NEVER OFFERED TESTS THAT YOU THOUGHT WERE

11:57AM 13    INACCURATE AND UNRELIABLE WHEN YOU WERE SERVING AS LAB DIRECTOR

11:57AM 14    AT THERANOS; CORRECT?

11:57AM 15    A.   CORRECT.

11:57AM 16    Q.   AND DID YOU EVER PROVIDE PATIENT TEST RESULTS THAT YOU

11:58AM 17    KNEW WERE INACCURATE OR UNRELIABLE AT THE TIME THAT YOU

11:58AM 18    PROVIDED THEM?

11:58AM 19    A.   NO.   THERE'S NO WAY TO DEFINITIVELY KNOW ON A TEST BY TEST

11:58AM 20    BASIS WHETHER A TEST IS UNRELIABLE.

11:58AM 21    Q.   I UNDERSTAND, SIR.   I'M JUST ASKING THE QUESTION WHETHER

11:58AM 22    YOU KNEW -- LET ME TRY AGAIN.   I'M JUST LOOKING FOR AN ANSWER

11:58AM 23    FROM MY QUESTION.

11:58AM 24         AND THE FIRST RELATES TO THE ASSAY -- LET ME INQUIRE, THE

11:58AM 25    ASSAYS THAT WERE OFFERED IN THE LAB, OKAY, THE TYPES OF TESTS

11:58AM 1    THAT YOU WERE OFFERING --

11:58AM 2    A.   YES.

11:58AM 3    Q.   -- DID YOU EVER USE A TEST ON PATIENTS THAT YOU BELIEVED

11:58AM 4    WAS INACCURATE AND UNRELIABLE?

11:58AM 5    A.   NO.

11:58AM 6    Q.   AND WITH RESPECT TO THE RESULTS THAT YOU PROVIDED TO

11:58AM 7    PATIENTS, DID YOU EVER PROVIDE TEST RESULTS THAT YOU KNEW TO

11:58AM 8    BELIEVE WERE INACCURATE AND UNRELIABLE AT THE TIME THAT THOSE

11:58AM 9    TEST RESULTS WERE TRANSMITTED?

11:58AM 10   A.   NO.

11:58AM 11   Q.   AND YOU WERE NEVER TOLD BY MS. HOLMES TO REPORT AN

11:59AM 12   INACCURATE RESULT; CORRECT?

11:59AM 13   A.   CORRECT.

11:59AM 14   Q.   YOU WERE NEVER TOLD BY MR. BALWANI TO REPORT AN INACCURATE

11:59AM 15   RESULT?

11:59AM 16   A.   THERE WERE NUMEROUS INSTANCES, AS I PREVIOUSLY TESTIFIED,

11:59AM 17   WHEN I ORDERED THE TESTS SHOULD BE RUN ON THE FDA INSTRUMENTS,

11:59AM 18   BUT THOSE ORDERS WERE IGNORED.

11:59AM 19   Q.   SIR, DO YOU RECALL IN THAT DEPOSITION THAT WE PREVIOUSLY

11:59AM 20   LOOKED AT THAT YOU WERE ASKED, "AND YOU WERE NEVER TOLD BY

11:59AM 21   MR. BALWANI TO REPORT A FALSE RESULT, RIGHT?"

11:59AM 22        AND YOU ANSWER "CORRECT?"

11:59AM 23   A.   THAT'S WHAT I JUST SAID.

11:59AM 24   Q.   OKAY.  I JUST WANT TO MAKE SURE IT'S CLEAR.

11:59AM 25        IF YOU HAD COME TO A CONCLUSION THAT RESULTS FROM AN ASSAY

11:59AM  1    SHOULD NOT BE USED, THEN YOU HAD AN OBLIGATION TO TAKE THAT

11:59AM  2    TEST DOWN; RIGHT?

11:59AM  3    A.   CORRECT.

11:59AM  4    Q.   AND THERE WERE OCCASIONS, AS YOU TESTIFIED, THAT YOU DID

12:00PM  5    PAUSE OR DISCONTINUE THE USE OF ASSAYS ON CERTAIN ITEMS; RIGHT?

12:00PM  6    A.   YES.

12:00PM  7    Q.   AND THAT WAS YOUR OBLIGATION TO DO THAT?

12:00PM  8    A.   YES.

12:00PM  9    Q.   AND MS. HOLMES NEVER DIRECTED YOU TO DO THAT?

12:00PM  10   A.   CORRECT.

12:00PM  11   Q.   AND SHE NEVER TOLD YOU YOU HAD TO USE AN ASSAY ON A

12:00PM  12   CERTAIN MACHINE?

12:00PM  13   A.   THE STANCE OF THE COMPANY WAS THAT WHENEVER POSSIBLE WE

12:00PM  14   SHOULD USE THERANOS METHODS AND DEVICES.

12:00PM  15   Q.   RIGHT.  BUT YOU JUST TESTIFIED THAT ONLY IF IT WAS

12:00PM  16   ACCURATE AND RELIABLE WHEN IT WAS BEING OFFERED; RIGHT?

12:00PM  17   A.   CORRECT.

12:00PM  18   Q.   OKAY.  AND YOU FOLLOWED THAT; RIGHT?

12:00PM  19   A.   RIGHT.

12:00PM  20   Q.   AND THAT WAS YOUR LEGAL OBLIGATION, SIR?

12:00PM  21   A.   YES.

12:00PM  22   Q.   AND WITH RESPECT TO THE OPERATIONS OF THE LAB, YOU WERE

12:00PM  23   THE PERSON WHO WAS RESPONSIBLE FOR ENSURING COMPLYING

12:00PM  24   OPERATIONS IN THE LAB; RIGHT?

12:01PM  25   A.   ME AND THE QUALITY DIRECTOR, YES.  ULTIMATELY I WAS

12:01PM 1    RESPONSIBLE, AND I DELEGATED SOME OF THOSE RESPONSIBILITIES TO

12:01PM 2    THE QUALITY MANAGER.

12:01PM 3    Q.   AND AS A LAB DIRECTOR, YOU HAVE THE ABILITY TO DELEGATE

12:01PM 4    RESPONSIBILITIES TO QUALIFIED PEOPLE; RIGHT?

12:01PM 5    A.   YES.

12:01PM 6    Q.   AND THOSE FEDERAL REGULATIONS IN 7603, THEY SET FORTH THE

12:01PM 7    SPECIFIC QUALIFICATIONS THAT PEOPLE HAVE TO HAVE WITH RESPECT

12:01PM 8    TO IMPORTANT JOBS; RIGHT?

12:01PM 9    A.   YES.

12:01PM 10   Q.   AND YOU FOLLOWED THOSE REGULATIONS; RIGHT?

12:01PM 11   A.   CORRECT.

12:01PM 12   Q.   AND THE PEOPLE WHO PERFORM THOSE FUNCTIONS, LIKE QUALITY

12:01PM 13   MANAGER, THEY MET THOSE REQUIREMENTS; RIGHT?

12:01PM 14   A.   CORRECT.

12:01PM 15   Q.   BUT ULTIMATELY, IF THEY FAILED, IT WAS YOUR

12:01PM 16   RESPONSIBILITY; RIGHT?

12:01PM 17   A.   CORRECT.

12:01PM 18   Q.   SO DID YOU MAKE SURE THEY DID A GOOD JOB?

12:01PM 19   A.   YES.  I WAS MONITORING THE PERFORMANCE OF THE SUPERVISORS

12:01PM 20   OF THE QUALITY MANAGER, YES.

12:01PM 21   Q.   IN FACT, YOU HAD REGULAR MEETINGS WITH THE QUALITY

12:01PM 22   MANAGER; RIGHT?

12:01PM 23   A.   YES.

12:01PM 24   Q.   AND THE QUALITY MANAGER GAVE REGULAR REPORTS TO YOU;

12:02PM 25   RIGHT?

12:02PM  1    A.   HE GAVE ME MONTHLY QC REPORTS, AND THERE WERE WEEKLY

12:02PM  2    MEETINGS WITH THE ENTIRE CLIA GROUP.

12:02PM  3    Q.   AND WE TALKED ABOUT QUALITY CONTROL.

12:02PM  4         DO YOU RECALL SOME OF THAT TESTIMONY?

12:02PM  5    A.   YES.

12:02PM  6    Q.   OKAY.  IT WAS YOUR RESPONSIBILITY TO ENSURE THAT QUALITY

12:02PM  7    CONTROL WAS PERFORMED; RIGHT?

12:02PM  8    A.   CORRECT.

12:02PM  9    Q.   AND THAT QUALITY CONTROL POLICIES WERE ADHERED TO; RIGHT?

12:02PM 10    A.   CORRECT.

12:02PM 11    Q.   AND IT WAS YOUR RESPONSIBILITY TO ENSURE THAT PROFICIENCY

12:02PM 12    TESTING OR AAP WAS PERFORMED IN REQUIRED INTERVALS; RIGHT?

12:02PM 13    A.   YES.  BUT IF THE RESOURCES PERSONNEL AND DIRECTION FROM

12:02PM 14    MANAGEMENT DOES NOT SUPPORT ME, THAT ISN'T POSSIBLE.

12:02PM 15    Q.   WE'LL TALK ABOUT AAP AND PT MORE SPECIFICALLY LATER.

12:02PM 16         BUT MY QUESTION FOR NOW IS, ULTIMATELY THAT IS YOUR

12:02PM 17    RESPONSIBILITY, RIGHT, SIR?

12:03PM 18    A.   YES.  I THINK I'VE TESTIFIED PREVIOUSLY THAT THE TESTING

12:03PM 19    PLATFORM WAS NOT ALLOWING ME TO EXECUTE MY RESPONSIBILITIES AS

12:03PM 20    LABORATORY DIRECTOR EFFECTIVELY.  THAT WAS ONE OF THE REASONS

12:03PM 21    WHY I QUIT.

12:03PM 22         MR. WADE:  MOVE TO STRIKE.  NONRESPONSIVE.

12:03PM 23         THE COURT:  THAT LAST RESPONSE IS STRICKEN AS

12:03PM 24    NONRESPONSIVE.

12:03PM 25         I'M SURE WE'LL HAVE OTHER QUESTIONS FOR YOU.

12:03PM 1     BY MR. WADE:

12:03PM 2     Q.   AND YOU MENTIONED THE QUALITY MANAGER; RIGHT?

12:03PM 3     A.   YES.

12:03PM 4     Q.   THERE ARE OTHER IMPORTANT FUNCTIONS WITHIN THE LAB AS

12:03PM 5     WELL; RIGHT?

12:03PM 6     A.   YES.

12:03PM 7     Q.   THERE'S A TECHNICAL SUPERVISOR?

12:03PM 8     A.   YES.

12:03PM 9     Q.   AND A CLINICAL CONSULTANT?

12:03PM 10    A.   YES.

12:03PM 11    Q.   AND A GENERAL SUPERVISOR?

12:04PM 12    A.   YES.

12:04PM 13    Q.   AND THERE ARE TESTING PERSONNEL; RIGHT?

12:04PM 14    A.   YES.

12:04PM 15    Q.   AND THE JOBS OF ALL OF THOSE PEOPLE ARE SET FORTH IN THE

12:04PM 16    REGULATIONS; RIGHT?

12:04PM 17    A.   CORRECT.

12:04PM 18    Q.   AND THERE'S SPECIFIC EDUCATION LEVELS AND TRAINING THAT

12:04PM 19    ARE REQUIRED TO MEET THOSE -- TO BE QUALIFIED TO PERFORM THOSE

12:04PM 20    FUNCTIONS?

12:04PM 21    A.   YES.

12:04PM 22    Q.   AND ONE OF YOUR JOBS AS LABORATORY DIRECTOR IS TO ENSURE

12:04PM 23    THAT THE PEOPLE WHO ARE DOING THOSE JOBS ARE QUALIFIED?

12:04PM 24    A.   CORRECT.

12:04PM 25    Q.   IF YOU COULD LOOK WITHIN 7603 AT 493.1147.

12:04PM  1              IF IT'S EASIER, IT'S ALSO SEPARATE IN YOUR BOOK UNDER

12:05PM  2      7603D.  IF IT'S EASIER TO LOOK AT, IT'S THE SAME MATERIAL.

12:05PM  3                   THE WITNESS:  COULD YOU TELL ME WHAT THE HOLMES

12:05PM  4      NUMBER IS ON THAT PAGE?

12:05PM  5      BY MR. WADE:

12:05PM  6      Q.   DO YOU HAVE 7603 IN FRONT OF YOU?

12:05PM  7      A.   I HAVE 7603D.

12:05PM  8      Q.   OKAY.  7603D.  YOU HAVE THAT IN FRONT OF YOU?

12:05PM  9      A.   YES.

12:05PM 10      Q.   OKAY.  HOLMES NUMBER 793.

12:05PM 11              YOUR HONOR, WE INCLUDED THIS AS AN EXCERPT FOR

12:05PM 12      CONVENIENCE.  IT'S A SMALLER DOCUMENT.  IF THERE'S NO

12:05PM 13      OBJECTION, WE'LL PUBLISH THIS VERSION.

12:05PM 14                   MR. BOSTIC:  IF THIS IS INCLUDED IN 7603, NO

12:05PM 15      OBJECTION.

12:05PM 16                   MR. WADE:  IT IS.

12:05PM 17                   THE COURT:  I THINK IT IS.  GO RIGHT AHEAD.

12:05PM 18                   MR. WADE:  IF WE CAN PULL THAT UP AND IF WE CAN

12:06PM 19      HIGHLIGHT.

12:06PM 20      Q.   DO YOU SEE WHERE IT SETS FORTH THE STANDARD FOR TECHNICAL

12:06PM 21      SUPERVISOR QUALIFICATIONS?

12:06PM 22              DO YOU SEE THAT?

12:06PM 23      A.   YES.

12:06PM 24      Q.   AND ARE YOU FAMILIAR WITH THESE REQUIREMENTS GENERALLY?

12:06PM 25      A.   YES.

12:06PM 1    Q.   AND GENERALLY, WHAT IS REQUIRED TO BE A TECHNICAL

12:06PM 2    SUPERVISOR WITHIN A HIGH COMPLEXITY CLIA LAB?

12:06PM 3    A.   YOU NEED TO HAVE A BACHELOR'S OR HIGHER DEGREE IN A

12:06PM 4    RELEVANT SUBJECT, SUCH AS CLINICAL LABORATORY MEDICINE OR

12:06PM 5    BIOLOGY.

12:06PM 6        YOU NEED TO HAVE SOME YEARS OF EXPERIENCE WORKING IN A

12:06PM 7    CLINICAL LABORATORY.

12:06PM 8    Q.   OKAY.  ARE YOU FAMILIAR WITH MS. HOLMES'S EDUCATIONAL

12:06PM 9    BACKGROUND?

12:06PM 10   A.   I BELIEVE SHE DROPPED OUT OF STANFORD AT THE AGE OF 19.

12:06PM 11   Q.   AND BASED ON YOUR UNDERSTANDING OF HER BACKGROUND, WOULD

12:07PM 12   SHE QUALIFY TO BE A TECHNICAL SUPERVISOR IN A CLIA LAB?

12:07PM 13   A.   NO, SHE WOULD NOT.

12:07PM 14   Q.   LET ME ASK, I THINK IT'S OBVIOUS FROM YOUR PRIOR

12:07PM 15   TESTIMONY, BUT WOULD SHE BE QUALIFIED TO BE A LABORATORY

12:07PM 16   DIRECTOR?

12:07PM 17   A.   NO, DEFINITELY NOT.

12:07PM 18   Q.   LET'S GO TO HOLMES PAGE 800.  IF WE CAN HIGHLIGHT THE

12:07PM 19   HEADING ON THAT PAGE.

12:07PM 20       DO YOU SEE THAT SETS FORTH THE TECHNICAL SUPERVISOR'S

12:07PM 21   RESPONSIBILITIES?

12:07PM 22   A.   YES.

12:07PM 23   Q.   AT A HIGH LEVEL COULD YOU EXPLAIN FOR US WHAT A TECHNICAL

12:07PM 24   SUPERVISOR DOES WITHIN A LAB?

12:07PM 25   A.   THEY ARE RESPONSIBLE FOR THE TECHNICAL ASPECTS OF TESTS,

12:07PM 1   RUNNING OF TESTS.  THEY ALSO OVERSEE PROFICIENCY TESTING, THAT

12:08PM 2   THE LIMS SYSTEM IS WORKING CORRECTLY.  THEY'RE INVOLVED IN THE

12:08PM 3   TECHNICAL ASPECTS OF THE LABORATORY.

12:08PM 4   Q.   OKAY.  IS THAT AN IMPORTANT JOB WITHIN A CLIA LAB?

12:08PM 5   A.   YES.

12:08PM 6   Q.   AND DID YOU HAVE A TECHNICAL SUPERVISOR AT THERANOS?

12:08PM 7   A.   I BELIEVE WE DID.  I DON'T RECALL WHO THAT WAS.

12:08PM 8   Q.   AND YOU DON'T RECALL THE NAME?

12:08PM 9   A.   NO.

12:08PM 10  Q.   OKAY.  LET'S GO TO THE NEXT PAGE.  801.

12:08PM 11  A.   YES.

12:08PM 12  Q.   AND DO YOU SEE THE HEADING THERE FOR A CLINICAL

12:08PM 13  CONSULTANT?

12:08PM 14  A.   YES.

12:08PM 15  Q.   AND IT SETS FORTH THE REQUIREMENTS FOR A CLINICAL

12:08PM 16  CONSULTANT.

12:08PM 17  A.   YES.

12:08PM 18  Q.   DO YOU SEE THAT?

12:08PM 19  A.   YES.

12:08PM 20  Q.   AND GENERALLY WHAT ARE THE QUALIFICATIONS FOR A CLINICAL

12:08PM 21  CONSULTANT?

12:08PM 22  A.   THEY HAVE TO BE QUALIFIED AS A LABORATORY DIRECTOR OR BE A

12:09PM 23  DOCTOR OF MEDICINE, DOCTOR OF OSTEOPATHY, AND LICENSED IN THE

12:09PM 24  STATE IN WHICH THEY'RE WORKING.

12:09PM 25  Q.   AND WAS MS. HOLMES, WOULD SHE BE QUALIFIED IN YOUR

12:09PM  1   UNDERSTANDING OF THIS REGULATION TO BE A CLINICAL CONSULTANT?

12:09PM  2   A.   NO.

12:09PM  3   Q.   DO YOU SEE THE NEXT COLUMN OF THAT PAGE WHICH TALKS ABOUT

12:09PM  4   A GENERAL SUPERVISOR?

12:09PM  5   A.   YES.

12:09PM  6   Q.   ACTUALLY, BEFORE I GET TO THAT, DID YOU HAVE A CLINICAL

12:09PM  7   CONSULTANT, OR DID SOMEONE FUNCTION AS A CLINICAL CONSULTANT AT

12:09PM  8   THERANOS?

12:09PM  9   A.   I BELIEVE I WAS -- THE LABORATORY DIRECTOR CAN ALSO

12:09PM  10  FUNCTION AS THE CLINICAL CONSULTANT.  YOU CAN HOLD TWO

12:09PM  11  POSITIONS.  I BELIEVE THAT WAS THE CASE AT THERANOS.

12:10PM  12  Q.   YOU BELIEVED YOU SERVED BOTH POSITIONS?

12:10PM  13  A.   YES.

12:10PM  14  Q.   OKAY.  AND IF I CAN HAVE -- MY APOLOGIES FOR INTERRUPTING

12:10PM  15  YOU.

12:10PM  16       IF I CAN DRAW YOUR ATTENTION TO THE NEXT COLUMN TO THE

12:10PM  17  RIGHT.

12:10PM  18       DO YOU SEE WHERE IT TALKS ABOUT GENERAL SUPERVISOR?

12:10PM  19  A.   YES.

12:10PM  20  Q.   AND GENERALLY WHAT ARE THE REQUIREMENTS FOR A GENERAL

12:10PM  21  SUPERVISOR?

12:10PM  22  A.   GENERALLY THEY HAVE TO HAVE A CLINICAL LABORATORY CLS

12:10PM  23  LICENSE IN CALIFORNIA; THEY HAVE TO MEET THE REQUIREMENTS FOR A

12:10PM  24  LABORATORY DIRECTOR OR A TECHNICAL SUPERVISOR; OR THEY CAN BE A

12:10PM  25  DOCTOR OF MEDICINE; THEY MUST HAVE AT LEAST ONE YEAR OF LAB

12:10PM 1      TRAINING AND EXPERIENCE; THEY MUST QUALIFY AS TESTING

12:10PM 2      PERSONNEL, ET CETERA.

12:10PM 3           THERE'S A NUMBER OF REQUIREMENTS LISTED HERE.

12:10PM 4      Q.   AND WOULD MS. HOLMES QUALIFY FOR THAT POSITION BASED ON

12:11PM 5      YOUR UNDERSTANDING?

12:11PM 6      A.   NO.

12:11PM 7      Q.   AND DID YOU HAVE A GENERAL SUPERVISOR WITHIN THE LAB?

12:11PM 8      A.   YES, I BELIEVE THAT WAS HODA ALAMDAR.

12:11PM 9      Q.   AND SHE REPORTED TO YOU?

12:11PM 10     A.   CORRECT.  SO IT WAS NEVER FORMALLY -- YES, UNDER CLIA LAW

12:11PM 11     THOSE PEOPLE REPORT TO ME.  BUT I WAS NEVER TOLD WHO MY REPORTS

12:11PM 12     WERE WITHIN THE COMPANY THOUGH.

12:11PM 13     Q.   I RECALL THAT TESTIMONY, SIR.  DO YOU RECALL TESTIFYING

12:11PM 14     PREVIOUSLY THAT THERE WERE 12 PEOPLE WHO REPORTED DIRECTLY TO

12:11PM 15     YOU?

12:11PM 16     A.   APPROXIMATELY, YES.

12:11PM 17     Q.   REPORTING DIRECTLY TO YOU?

12:11PM 18     A.   I BELIEVE SO.

12:11PM 19     Q.   OKAY.

12:11PM 20     A.   AND CAN I ADD SOMETHING HERE?

12:11PM 21     Q.   SURE.

12:11PM 22     A.   I JUST WANT TO CLARIFY THAT SUNNY BALWANI WAS HEAVILY

12:12PM 23     INVOLVED AND WAS GIVING US BOTH DIRECTIONS ON A DAILY BASIS.

12:12PM 24     Q.   MY QUESTION WAS, WERE THEY REPORTING DIRECTLY TO YOU?

12:12PM 25     A.   UNDER CLIA LAW, YES.

12:12PM  1    Q.   AND YOU WERE REPORTING DIRECTLY TO MR. BALWANI; CORRECT?

12:12PM  2    A.   YES.

12:12PM  3    Q.   AND I BELIEVE YOU TESTIFIED PREVIOUSLY THAT THE DOTTED

12:12PM  4    LINE REPORTED DIRECTLY TO DANIEL YOUNG; RIGHT?

12:12PM  5    A.   I BELIEVE SO.

12:12PM  6    Q.   BECAUSE HE WAS THE VICE PRESIDENT OF THE COMPANY?

12:12PM  7    A.   CORRECT.

12:12PM  8    Q.   AND HE WAS A SENIOR EMPLOYEE TO YOU?

12:12PM  9    A.   CORRECT.

12:12PM  10   Q.   AND SO IN A SENSE WHEN YOU'RE DEALING WITH HIM, HE'S PART

12:12PM  11   OF SENIOR MANAGEMENT?

12:12PM  12   A.   YES.

12:12PM  13   Q.   OKAY.  DO YOU THINK -- ARE THERE EVER CIRCUMSTANCES WHERE

12:12PM  14   IT'S APPROPRIATE FOR SENIOR MANAGEMENT TO HAVE DISCUSSION ABOUT

12:12PM  15   A SUBORDINATE?

12:12PM  16   A.   I DON'T UNDERSTAND YOUR QUESTION, SIR.

12:12PM  17   Q.   ARE THERE EVER -- LET ME TRY IT AGAIN.

12:12PM  18        YOU UNDERSTAND THAT THERE ARE SOMETIMES PEOPLE WHO SERVE

12:13PM  19   IN A CERTAIN HIERARCHY WITHIN A COMPANY; RIGHT?

12:13PM  20   A.   YES.

12:13PM  21   Q.   AND THERE ARE SOMETIMES PEOPLE WHO ARE SUBORDINATE TO

12:13PM  22   THEM, WHO ARE LOWER DOWN IN THE HIERARCHY?

12:13PM  23   A.   YES.

12:13PM  24   Q.   OKAY.  IS IT EVER APPROPRIATE FOR PEOPLE HIGHER UP IN THE

12:13PM  25   HIERARCHY TO HAVE A CONVERSATION ABOUT A PERSON LOWER DOWN IN

12:13PM 1    THE HIERARCHY WITHOUT INCLUDING THAT PERSON?

12:13PM 2    A.   NO, IT'S NOT APPROPRIATE.

12:13PM 3    Q.   IT'S NEVER APPROPRIATE?

12:13PM 4    A.   CORRECT.

12:13PM 5    Q.   SO HYPOTHETICALLY, A CEO AND A PRESIDENT OF A COMPANY

12:13PM 6    COULDN'T HAVE A CONVERSATION ABOUT THE PERFORMANCE OF THE CHIEF

12:13PM 7    FINANCIAL OFFICER WITHOUT THE CHIEF FINANCIAL OFFICER BEING

12:13PM 8    PRESENT?

12:13PM 9    A.   ARE YOU ASKING WHAT IS APPROPRIATE BUSINESS CONDUCT, OR

12:13PM 10   ARE YOU ASKING WHAT THE COMPANY POLICY IS?  OR ARE YOU ASKING

12:13PM 11   ABOUT THE LAW?

12:13PM 12   Q.   WELL, YOU'VE WORKED IN BUSINESS; RIGHT?

12:14PM 13   A.   CORRECT.

12:14PM 14   Q.   WITHIN COMPANIES?

12:14PM 15   A.   IT DOES FREQUENTLY HAPPEN THAT HIGH MANAGEMENT WILL ASK

12:14PM 16   ABOUT A MIDDLE MANAGEMENT PERSON WITH A SUBORDINATE.  THAT DOES

12:14PM 17   HAPPEN, YES.

12:14PM 18   Q.   MY QUESTION IS, ISN'T IT PERFECTLY NORMAL AND APPROPRIATE

12:14PM 19   FOR SENIOR MANAGEMENT TO HAVE DISCUSSIONS ABOUT A LOWER LEVEL

12:14PM 20   EMPLOYEE?

12:14PM 21   A.   THAT THEY WOULD HAVE THOSE DISCUSSIONS WITH THE DIRECT --

12:14PM 22   THE PERSON THAT THE EMPLOYEE REPORTED TO, RIGHT.  SO IF UPPER

12:14PM 23   MANAGEMENT HAD A CONCERN ABOUT SOMEBODY THAT REPORTED TO

12:14PM 24   DANISE YAM, THEY WOULD ASK HER ABOUT IT.  THEY WOULDN'T GO

12:14PM 25   DIRECTLY TO THE SUBORDINATE.

12:14PM 1    Q.   I'M NOT ASKING ABOUT THEM GOING TO THE SUBORDINATE.  I'M

12:14PM 2    ASKING ABOUT THEM HAVING COMMUNICATIONS WITH EACH OTHER.

12:14PM 3         LET ME GIVE YOU AN EXAMPLE, OKAY?

12:14PM 4    A.   UH-HUH.

12:14PM 5    Q.   LET'S SAY MS. HOLMES AND MR. BALWANI WANTED TO HAVE A

12:14PM 6    CONVERSATION ABOUT THE FACT THAT ADAM ROSENDORFF KEPT ROTTEN

12:15PM 7    FOOD IN HIS OFFICE AND IT SMELLED A LOT AND IT WAS BECOMING A

12:15PM 8    PROBLEM AND PEOPLE WERE COMPLAINING AND IT BECAME A SANITARY

12:15PM 9    ISSUE.

12:15PM 10        COULD MS. HOLMES AND MR. BALWANI HAVE A CONVERSATION ABOUT

12:15PM 11   THAT ISSUE WITHOUT INCLUDING YOU?

12:15PM 12   A.   THEY WOULD -- IT'S MOST APPROPRIATE THAT THEY WOULD COME

12:15PM 13   TO ME FIRST, YES.

12:15PM 14   Q.   THAT WASN'T MY QUESTION.

12:15PM 15        MY QUESTION WAS, IS IT YOUR TESTIMONY HERE THAT IT IS

12:15PM 16   INAPPROPRIATE FOR SENIOR EMPLOYEES TO HAVE DISCUSSIONS ABOUT

12:15PM 17   THE PERFORMANCE AND FUNCTIONS OF A SUBORDINATE EMPLOYEE?

12:15PM 18   THAT'S YOUR TESTIMONY?

12:15PM 19   A.   NO.  SO THE EVALUATION PROCESS DIFFERS FROM COMPANY TO

12:15PM 20   COMPANY.  FOR INSTANCE, I WORKED AT INVITAE.  THERE WERE 360

12:15PM 21   EVALUATIONS WHERE EVERYBODY GOT TO EVALUATE EVERYBODY ELSE.

12:15PM 22        I'M TRYING TO BE AS RESPONSIVE TO YOUR QUESTION AS I CAN.

12:16PM 23   I GUESS I'M JUST NOT GETTING IT OR -- YEAH.

12:16PM 24   Q.   LET ME TRY TO MAKE IT MORE CONCRETE.  HODA -- IS IT

12:16PM 25   ALAMDAR?

12:16PM  1      A.   ALAMDAR.

12:16PM  2      Q.   -- REPORTED TO YOU?

12:16PM  3      A.   CORRECT.

12:16PM  4      Q.   AND YOU REPORTED TO MR. BALWANI?

12:16PM  5      A.   CORRECT.

12:16PM  6      Q.   AND DID YOU EVER HAVE CONVERSATIONS WITH MR. BALWANI ABOUT

12:16PM  7      MS. ALAMDAR'S PERFORMANCE OUT OF THE PRESENCE OF MS. ALAMDAR?

12:16PM  8      A.   I DO NOT RECALL.

12:16PM  9      Q.   DID YOU EVER HAVE CONVERSATIONS WITH MR. BALWANI ABOUT THE

12:16PM 10      PERFORMANCE OF ANY OF THE OTHER PEOPLE WHO REPORTED TO YOU

12:16PM 11      OUTSIDE OF THE PRESENCE OF THOSE EMPLOYEES?

12:16PM 12      A.   I DO NOT RECALL.  I WILL SAY ON MY FIRST DAY AT THE

12:16PM 13      COMPANY, SUNNY FIRED ONE OF THE CLS'S WITHOUT CONSULTING ME.

12:16PM 14            MR. WADE:  MOVE TO STRIKE AS NONRESPONSIVE.

12:17PM 15            THE COURT:  THAT LAST RESPONSE IS STRICKEN, LADIES

12:17PM 16      AND GENTLEMEN.

12:17PM 17      BY MR. WADE:

12:17PM 18      Q.   NOW, AT THE TIME YOU LEFT THE COMPANY, THERE WERE OTHER

12:17PM 19      PEOPLE WORKING IN THE CLIA LAB; RIGHT?

12:17PM 20      A.   CORRECT.

12:17PM 21      Q.   AND YOU HAD SIGNED OFF ON OR AGREED WITH THE HIRING OF ALL

12:17PM 22      OF THE PEOPLE WHO WERE LEFT AT THE TIME YOU LEFT; RIGHT?

12:17PM 23      A.   NO.  THERE WERE SOME INDIVIDUALS THAT WERE HIRED BEFORE I

12:17PM 24      CAME ON BOARD.

12:17PM 25      Q.   BUT NO ONE WAS -- NO ONE WHO WAS LEFT THERE WAS EVER HIRED

| | | |
|---|---|---|
| 12:17PM | 1 | OVER YOUR OBJECTION? |
| 12:17PM | 2 | A.   CORRECT. |
| 12:17PM | 3 | Q.   AND OF THE PEOPLE THAT WERE LEFT, YOU NEVER ASKED THAT |
| 12:17PM | 4 | ANYONE BE FIRED? |
| 12:17PM | 5 | A.   CORRECT. |
| 12:17PM | 6 | Q.   YOU HAD CONFIDENCE -- |
| 12:17PM | 7 | A.   I DID HAVE A PROBLEM WITH ONE EMPLOYEE THAT I RAISED TO |
| 12:17PM | 8 | MANAGEMENT, YES.  BUT I NEVER ASKED THAT SHE BE FIRED, NO. |
| 12:18PM | 9 | Q.   AND WHO IS THAT EMPLOYEE? |
| 12:18PM | 10 | A.   CHI NGUYEN. |
| 12:18PM | 11 | Q.   YOU HAD CONFIDENCE IN THE PEOPLE WHO WERE WORKING UNDER |
| 12:18PM | 12 | YOU; RIGHT? |
| 12:18PM | 13 | A.   YES. |
| 12:18PM | 14 | Q.   YOU ACTUALLY THOUGHT YOU HAD A GOOD TEAM THROUGHOUT THE |
| 12:18PM | 15 | TIME YOU WERE AT THERANOS? |
| 12:18PM | 16 | A.   YES. |
| 12:19PM | 17 | Q.   YOU TESTIFIED A COUPLE MINUTES AGO ABOUT THE DATE OF THE |
| 12:19PM | 18 | LAUNCH. |
| 12:19PM | 19 | DO YOU RECALL THAT? |
| 12:19PM | 20 | A.   YES. |
| 12:19PM | 21 | Q.   AND YOU TESTIFIED ON DIRECT EXAMINATION THAT IT WAS THE |
| 12:19PM | 22 | 9TH OF SEPTEMBER? |
| 12:19PM | 23 | A.   CORRECT. |
| 12:19PM | 24 | Q.   EIGHT YEARS AGO? |
| 12:19PM | 25 | A.   CORRECT. |

12:19PM  1    Q.   YOU RECALL THAT DATE SPECIFICALLY?

12:19PM  2    A.   YES.

12:19PM  3    Q.   AND THE REASON -- YOU HAVE AN INDEPENDENT RECOLLECTION OF

12:19PM  4    IT?   IT'S NOT BECAUSE YOU WERE SHOWN DOCUMENTS BY THE

12:19PM  5    GOVERNMENT; RIGHT?

12:19PM  6    A.   YES.   YES.

12:19PM  7    Q.   AND THROUGHOUT THE QUESTIONING BY THE GOVERNMENT ON YOUR

12:19PM  8    DIRECT TESTIMONY, THERE WERE FREQUENT DISCUSSIONS AND QUESTIONS

12:20PM  9    THAT TALKED ABOUT THAT COMMERCIAL LAUNCH IN SEPTEMBER OF 2013.

12:20PM  10       DO YOU RECALL THAT?

12:20PM  11   A.   YES.

12:20PM  12   Q.   YOU WERE ASKED A QUESTION ABOUT EVENTS PRIOR TO THE

12:20PM  13   COMMERCIAL LAUNCH IN SEPTEMBER OF 2013?

12:20PM  14   A.   YES.

12:20PM  15   Q.   AND LEADING UP TO THAT COMMERCIAL LAUNCH, THE BROADER

12:20PM  16   COMMERCIAL LAUNCH IN SEPTEMBER OF 2013; RIGHT?

12:20PM  17   A.   YES.   SO SEPTEMBER 9TH, 2013, TESTING WAS OPENED UP TO

12:20PM  18   FRIENDS AND FAMILY, BUT NOT TO THE GENERAL PUBLIC IF THAT'S

12:20PM  19   WHAT YOU MEAN BY "BROADER."

12:20PM  20   Q.   IF WE CAN -- IF I CAN DRAW YOUR ATTENTION TO PAGE 1721 OF

12:21PM  21   THE TRIAL TRANSCRIPT, WHICH IS EXHIBIT 11439.

12:21PM  22   A.   YES, I HAVE IT.

12:21PM  23   Q.   AND DO YOU SEE A -- ACTUALLY, LET ME START AT 1711.   OKAY?

12:21PM  24       YOU WERE ASKED --

12:21PM  25   A.   EXHIBIT 11711?

| | | |
|---|---|---|
| 12:21PM | 1 | Q.   11711. |
| 12:21PM | 2 | A.   I'M SORRY.  I'M FINDING IT VERY DIFFICULT SWITCHING |
| 12:22PM | 3 | BINDERS. |
| 12:22PM | 4 | Q.   I'M SORRY.  I'M BEING -- PAGE -- LET ME STRIKE IT AND |
| 12:22PM | 5 | START OVER FOR EVERYONE'S CLARITY. |
| 12:22PM | 6 | EXHIBIT 11439, PAGE 1711. |
| 12:22PM | 7 | A.   OKAY. |
| 12:22PM | 8 | Q.   YOU WERE ASKED, "DID THERE COME A TIME WHEN THERANOS BEGAN |
| 12:22PM | 9 | OFFERING THESE BLOOD TESTING SERVICES?" |
| 12:22PM | 10 | AND YOU SAID, "RIGHT." |
| 12:22PM | 11 | RIGHT? |
| 12:22PM | 12 | A.   YES. |
| 12:22PM | 13 | Q.   AND YOU WERE ASKED, DO YOU RECALL WHEN THAT WAS. |
| 12:22PM | 14 | AND IT WAS EARLY IN SEPTEMBER OF 2013.  IT WAS I THINK THE |
| 12:22PM | 15 | 9TH OF SEPTEMBER; RIGHT? |
| 12:22PM | 16 | A.   YES. |
| 12:22PM | 17 | Q.   OKAY.  LET'S GO TO PAGE 1721, LINE 10. |
| 12:23PM | 18 | YOU WERE ASKED THE QUESTION, "PRIOR TO THE COMMERCIAL |
| 12:23PM | 19 | LAUNCH IN SEPTEMBER OF 2013, WAS THERANOS CONDUCTING ANY |
| 12:23PM | 20 | PATIENT TESTING?" |
| 12:23PM | 21 | DO YOU SEE THAT? |
| 12:23PM | 22 | A.   YES. |
| 12:23PM | 23 | Q.   AND THEN ON LINE 22, "AND LEADING UP TO THAT COMMERCIAL |
| 12:23PM | 24 | LAUNCH, THE BROADER COMMERCIAL LAUNCH IN SEPTEMBER OF 2013, |
| 12:23PM | 25 | WHAT WAS THE OVERALL MOOD AT THE COMPANY?" |

12:23PM  1          RIGHT?

12:23PM  2     A.   YES.

12:23PM  3     Q.   AND YOU WERE ASKED SOME QUESTIONS ABOUT EXHIBITS THAT

12:23PM  4     RELATED TO THAT TIME PERIOD WHEN YOU WERE GETTING READY TO

12:23PM  5     LAUNCH; RIGHT?

12:23PM  6     A.   YES.

12:23PM  7     Q.   AND YOU WERE ASKED ABOUT AN EMAIL THAT RELATED TO WHETHER

12:23PM  8     THERE WERE ANY GENERAL CHEMISTRY ASSAYS THAT WERE VALIDATED.

12:23PM  9          DO YOU RECALL THAT?

12:23PM  10    A.   YES.

12:23PM  11    Q.   AND YOU WERE ASKED GENERALLY ABOUT WHETHER THAT WAS

12:24PM  12    CONCERNING TO YOU THAT NONE OF THEM HAD BEEN VALIDATED AS OF

12:24PM  13    AUGUST 31ST, 2013; RIGHT?

12:24PM  14    A.   COULD YOU POINT ME TO THAT PART OF MY TESTIMONY?

12:24PM  15    Q.   SURE.  NO, LET'S PUT UP 3231.  IT'S IN EVIDENCE.  IT MIGHT

12:24PM  16    COME UP ON YOUR SCREEN.  THAT MIGHT BE EASIER.

12:24PM  17         LET'S BLOW UP THE EMAIL IN THE MIDDLE OF THE PAGE.

12:24PM  18    A.   I SEE.  THIS IS AN EMAIL FROM ROSE EDMONDS WHERE I WAS

12:24PM  19    CC'D.

12:24PM  20    Q.   DO YOU SEE THAT?

12:24PM  21    A.   YES.

12:24PM  22    Q.   AND THIS IS AUGUST 31ST, 2013; RIGHT?

12:24PM  23    A.   YES, YES.

12:24PM  24    Q.   AND THE BEGINNING OF THE EMAIL RIGHT THERE SAYS, "AS OF

12:25PM  25    RIGHT NOW NONE OF OUR ASSAYS ARE COMPLETELY THROUGH VALIDATION

12:25PM  1     INCLUDING CLINICAL SAMPLE TESTING WITH FINGERSTICK."

12:25PM  2          RIGHT?  DO YOU SEE THAT?

12:25PM  3     A.   YES.

12:25PM  4     Q.   OKAY.  AND YOU WERE ASKED ABOUT THIS DOCUMENT ON DIRECT

12:25PM  5     EXAMINATION; RIGHT?

12:25PM  6     A.   YES.

12:25PM  7     Q.   AND YOU TESTIFIED THAT THIS WAS SIGNIFICANT BECAUSE IT WAS

12:25PM  8     NINE DAYS BEFORE THE LAUNCH AND NONE OF THE TESTS THAT THE

12:25PM  9     COMPANY WAS INTENDING TO LAUNCH HAD BEEN VALIDATED FOR PATIENT

12:25PM 10     CARE.

12:25PM 11          DO YOU RECALL THAT?

12:25PM 12     A.   YES, I BELIEVE I SAID THAT.  YES.

12:25PM 13     Q.   OKAY.

12:25PM 14     A.   I JUST WANT TO ADD THAT NO TESTS WERE IMPLEMENTED BEFORE I

12:26PM 15     REVIEWED AND SIGNED OFF ON THE VALIDATION DOCUMENTS.

12:26PM 16     Q.   RIGHT.  BUT I BELIEVE YOU SAID ON DIRECT EXAMINATION, YOU

12:26PM 17     SAID YOU WERE CONCERNED BECAUSE YOU WERE ABOUT A WEEK FROM THE

12:26PM 18     LAUNCH AND NONE OF THE GENERAL CHEMISTRY ASSAYS HAD BEEN

12:26PM 19     VALIDATED; RIGHT?

12:26PM 20     A.   YES.

12:26PM 21     Q.   AND YOU WERE ASKED, "IS THIS SITUATION CONCERNING TO YOU

12:26PM 22     AT THIS TIME?"

12:26PM 23          AND YOU SAID, "YES."

12:26PM 24          RIGHT?

12:26PM 25     A.   YES.

12:26PM 1    Q.   AND YOU WERE ASKED "WHY?"

12:26PM 2         AND YOU SAID, "THIS VALIDATION WAS BEING RUSHED."

12:26PM 3         RIGHT?

12:26PM 4    A.   CORRECT.

12:26PM 5    Q.   AND THERE WAS BEING PRESSURE TO LAUNCH, AT THE START OF

12:26PM 6    THAT COMMERCIAL LAUNCH ON SEPTEMBER 9TH; RIGHT?

12:26PM 7    A.   YES.

12:26PM 8    Q.   AND DO YOU RECALL YOU WERE ASKED ABOUT ANOTHER DOCUMENT

12:27PM 9    DATED SEPTEMBER 29TH RELATING TO GLUCOSE AND SODIUM AND THE

12:27PM 10   FACT THAT THEY WERE STILL WORKING OUT ISSUES WITH RESPECT TO

12:27PM 11   THOSE TWO ASSAYS?

12:27PM 12        DO YOU RECALL THAT?

12:27PM 13   A.   YES.

12:27PM 14   Q.   AND YOU WERE ASKED WHETHER THAT WAS CONCERNING TO YOU.

12:27PM 15        DO YOU RECALL THAT?

12:27PM 16   A.   YES.  YES.

12:27PM 17   Q.   AND YOU SAID SOMETHING LIKE IT WAS CONCERNING BECAUSE IT

12:27PM 18   WAS JUST DAYS BEFORE THE LAUNCH; RIGHT?

12:27PM 19   A.   YES.

12:27PM 20   Q.   AND YOU WERE ASKED ABOUT MS. HOLMES'S TESTIMONY, OR YOUR

12:27PM 21   MEETING WITH MS. HOLMES.

12:27PM 22        DO YOU RECALL THAT?

12:27PM 23   A.   YES.

12:27PM 24   Q.   AND YOU DESCRIBED WITH SOME DRAMA THE EVENTS, HOW SHE

12:27PM 25   PHYSICALLY RESPONDED TO YOUR COMMENTS.

12:27PM 1      DO YOU RECALL THAT?

12:27PM 2      A.   NO DRAMA.  I WAS JUST MAKING OBSERVATIONS.  I WAS

12:27PM 3   REPORTING WHAT I OBSERVED.

12:27PM 4      Q.   YOU SAID SOMETHING LIKE SHE WAS TREMBLING, SHAKING, SHE

12:28PM 5   WASN'T HER USUAL SELF; RIGHT?

12:28PM 6      A.   RIGHT.

12:28PM 7      Q.   AND BECAUSE YOU HAD EXPRESSED THIS CONCERN ABOUT THE

12:28PM 8   SODIUM ASSAY; RIGHT?

12:28PM 9      A.   AND POTASSIUM AND GLUCOSE.

12:28PM 10     Q.   OKAY.  AND WE'LL COME BACK TO THAT.  OKAY?

12:28PM 11     A.   YES.

12:28PM 12     Q.   BUT DO YOU RECALL YOU WERE ASKED ABOUT THAT ASSAY?

12:28PM 13     A.   YES.

12:28PM 14     Q.   IN CONNECTION WITH THIS LAUNCH?

12:28PM 15     A.   YES.

12:28PM 16     Q.   AND AGAIN AND AGAIN YOU WERE ASKED ABOUT THE EVENTS

12:28PM 17  LEADING UP TO THIS SEPTEMBER 9TH LAUNCH AND THE CONCERNS THAT

12:28PM 18  YOU HAD BECAUSE PEOPLE WERE EXPRESSING CONCERNS IN ADVANCE OF

12:28PM 19  THAT LAUNCH; RIGHT?

12:28PM 20     A.   YES.

12:28PM 21     Q.   SIR, YOU PREVIOUSLY TESTIFIED THAT THAT WAS A SOFT LAUNCH

12:28PM 22  THAT WAS OPEN TO A LIMITED NUMBER OF FRIENDS AND FAMILIES;

12:28PM 23  RIGHT?

12:28PM 24     A.   CORRECT.

12:28PM 25     Q.   AND YOU DIDN'T MAKE THAT CLEAR IN YOUR DIRECT TESTIMONY,

12:29PM 1    DID YOU, SIR?

12:29PM 2    A.   I WAS NEVER ASKED ABOUT THE SPECIFIC PATIENTS THAT WERE

12:29PM 3    BEING TESTED DURING MY DIRECT.

12:29PM 4        I HAVE COMMUNICATED THAT TO THE GOVERNMENT ON OTHER

12:29PM 5    OCCASIONS.

12:29PM 6    Q.   YOU HAVE COMMUNICATED THE CONCEPT OF SOFT LAUNCH --

12:29PM 7    A.   CORRECT.

12:29PM 8    Q.   -- ON MANY OCCASIONS; RIGHT?

12:29PM 9    A.   AT LEAST ONE OCCASION.

12:29PM 10   Q.   RIGHT.  YOU TESTIFIED IN THE GRAND JURY WITH RESPECT TO

12:29PM 11   THE SOFT LAUNCH; RIGHT?

12:29PM 12   A.   THAT WAS A LONG TIME AGO.  I DON'T RECALL.

12:29PM 13   Q.   OKAY.  WELL, LET'S LOOK AT THAT TESTIMONY.

12:29PM 14       YOUR GRAND JURY TESTIMONY IS 11002.

12:30PM 15   A.   OKAY.

12:30PM 16   Q.   AND DO YOU HAVE THAT IN FRONT OF YOU?

12:30PM 17   A.   YES.

12:30PM 18   Q.   LET ME DRAW YOUR -- THAT'S EXHIBIT 11002.  IF I COULD DRAW

12:31PM 19   YOUR ATTENTION TO PAGE 82.  IF YOU CAN LET ME KNOW WHEN YOU ARE

12:31PM 20   THERE.

12:31PM 21   A.   OKAY.

12:31PM 22   Q.   OKAY.  AND IF YOU COULD JUST READ TO YOURSELF LINE 16 ON

12:31PM 23   PAGE 82 TO LINE 21 ON PAGE 83.

12:31PM 24   A.   YES.

12:31PM 25       (PAUSE IN PROCEEDINGS.)

12:31PM  1              THE WITNESS:  YES.

12:31PM  2      BY MR. WADE:

12:31PM  3      Q.   YOU'VE READ ALL OF THAT TESTIMONY ALREADY?

12:31PM  4      A.   YES, YES, 19 THROUGH 21.

12:31PM  5      Q.   NO, I'M SORRY.  I WANT YOU TO READ FROM LINE 16 ON PAGE 82

12:31PM  6      TO LINE 21 ON PAGE 83, THE NEXT PAGE.

12:32PM  7      A.   OH, I SEE.  I SEE.

12:32PM  8           (PAUSE IN PROCEEDINGS.)

12:32PM  9              THE WITNESS:  YES.

12:32PM  10     BY MR. WADE:

12:32PM  11     Q.   OKAY.  AND IF I COULD ALSO HAVE YOU READ ON PAGE 76,

12:32PM  12     LINE 10 THROUGH LINE 23.

12:33PM  13     A.   LINE 23 ON THE SAME PAGE?

12:33PM  14     Q.   YES.

12:33PM  15     A.   OKAY.

12:33PM  16     Q.   AND DOES THAT REFRESH YOUR RECOLLECTION THAT YOU DISCUSSED

12:33PM  17     THE SOFT LAUNCH IN YOUR GRAND JURY TESTIMONY?

12:33PM  18     A.   YES.

12:33PM  19     Q.   AND IN THE PRESENCE OF THE GOVERNMENT LAWYERS --

12:33PM  20     A.   YES.

12:33PM  21     Q.   -- IN THIS CASE; RIGHT?

12:33PM  22     A.   YES.  CAN I JUST ASK YOU --

12:33PM  23     Q.   I'M ASKING THE QUESTIONS HERE, SIR, AND YOU'RE GIVING THE

12:33PM  24     ANSWERS.  OKAY?

12:33PM  25           DO YOU RECALL THAT TESTIMONY?

12:33PM 1     A.   YES.

12:33PM 2     Q.   AND YOU TESTIFIED THAT THAT WAS A LIMITED FRIENDS AND

12:33PM 3     FAMILY LAUNCH; RIGHT?

12:34PM 4     A.   CORRECT.  THAT DIDN'T ALLAY ANY OF MY CONCERNS THOUGH.  IF

12:34PM 5     YOU'RE TESTING ONE PATIENT OR A THOUSAND, IT DOESN'T MAKE A

12:34PM 6     DIFFERENCE.

12:34PM 7          MR. WADE:  YOUR HONOR, MOVE TO STRIKE THE LAST

12:34PM 8     PORTION.

12:34PM 9          THE COURT:  THE LAST PORTION IS STRICKEN.

12:34PM 10    HE'LL ASK YOU QUESTIONS AND JUST ANSWER HIS QUESTIONS AS

12:34PM 11    BEST YOU CAN, PLEASE.

12:34PM 12         THE WITNESS:  SURE.

12:34PM 13    BY MR. WADE:

12:34PM 14    Q.   AND DOES THAT REFRESH YOUR RECOLLECTION, SIR, THAT YOU

12:34PM 15    TOLD THEM THAT THAT WASN'T OPEN TO THE GENERAL PUBLIC; RIGHT?

12:34PM 16    A.   CORRECT.  CORRECT.

12:34PM 17    Q.   THAT SOFT LAUNCH?

12:34PM 18    A.   CORRECT.

12:34PM 19    Q.   AND IS IT YOUR TESTIMONY THAT THE NATURE OF THAT SOFT

12:34PM 20    LAUNCH WAS CLEAR IN YOUR PRIOR TESTIMONY?  DO YOU BELIEVE THAT

12:34PM 21    WAS CLEAR?

12:34PM 22    A.   I WASN'T SPECIFICALLY ASKED ABOUT THE SOFT LAUNCH IN MY

12:34PM 23    PREVIOUS TESTIMONY.

12:34PM 24    Q.   YOU WERE ASKED ABOUT THE COMMERCIAL LAUNCH; RIGHT?

12:34PM 25    A.   YES.

| | | |
|---|---|---|
| 12:34PM | 1 | Q.   AND YOU SAID IT WAS THIS DATE; RIGHT? |
| 12:34PM | 2 | A.   YES. |
| 12:34PM | 3 | Q.   BUT THE TESTING WAS NOT OPEN TO THE GENERAL PUBLIC UNTIL |
| 12:34PM | 4 | MONTHS LATER; RIGHT? |
| 12:34PM | 5 | A.   I DO NOT RECALL THE DATES AFTER SEPTEMBER 9TH WHEN THE |
| 12:35PM | 6 | TESTING WAS OPENED UP TO THE GENERAL PUBLIC. |
| 12:35PM | 7 | Q.   LET ME DRAW YOUR ATTENTION TO DX 12464. |
| 12:35PM | 8 | MR. BOSTIC:  IF COUNSEL COULD IDENTIFY WHICH BINDER |
| 12:35PM | 9 | THIS EXHIBIT IS IN, THAT WOULD HELP THE WITNESS. |
| 12:35PM | 10 | THE COURT:  THAT WOULD HELP. |
| 12:35PM | 11 | MR. WADE:  IF COUNSEL KNEW FOR SURE, COUNSEL WOULD. |
| 12:35PM | 12 | (LAUGHTER.) |
| 12:35PM | 13 | THE COURT:  ONE OF THE BLACK BINDERS. |
| 12:35PM | 14 | BY MR. WADE: |
| 12:35PM | 15 | Q.   IT'S A DOCUMENT AND IT'S ONE OF THE TWO EXHIBIT BINDERS. |
| 12:35PM | 16 | FOR REFERENCE, THE YELLOW BINDERS RELATE TO YOUR |
| 12:35PM | 17 | TESTIMONY. |
| 12:35PM | 18 | A.   UH-HUH. |
| 12:35PM | 19 | Q.   AND THE BLACK BINDERS THAT ARE BEFORE YOU SHOULD HAVE |
| 12:36PM | 20 | DOCUMENTS IN THEM. |
| 12:36PM | 21 | THIS IS AN EMAIL THAT I'D LIKE TO DRAW YOUR ATTENTION TO |
| 12:36PM | 22 | WHICH IS 12464? |
| 12:36PM | 23 | A.   IN THE BLACK BINDER OR THE YELLOW BINDER? |
| 12:36PM | 24 | Q.   THE BLACK BINDER.  I BELIEVE IT'S IN VOLUME 2. |
| 12:36PM | 25 | A.   I ONLY HAVE ONE VOLUME OF A BLACK BINDER UP HERE. |

12:36PM   1              MR. WADE:  MAY I APPROACH?

12:36PM   2              THE COURT:  YES.

12:36PM   3              MR. WADE:  (HANDING.)

12:36PM   4              THE WITNESS:  THANK YOU.  12462, SIR?

12:37PM   5    BY MR. WADE:

12:37PM   6    Q.   12464, PLEASE.

12:37PM   7    A.   ALL RIGHT.  UH-HUH.

12:37PM   8    Q.   DO YOU RECOGNIZE THIS AS AN EMAIL BETWEEN YOU AND

12:37PM   9    MR. BALWANI RELATING TO THE PUBLIC LAUNCH OF THERANOS ON

12:37PM  10    NOVEMBER -- IN NOVEMBER OF 2013?

12:37PM  11    A.   YES.

12:37PM  12    Q.   OKAY.

12:37PM  13         MOVE THE ADMISSION OF THIS EXHIBIT.

12:37PM  14              MR. BOSTIC:  NO OBJECTION.

12:37PM  15              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:37PM  16         (DEFENDANT'S EXHIBIT 12464 WAS RECEIVED IN EVIDENCE.)

12:37PM  17              MR. WADE:  LET'S GO TO THE BOTTOM AND BLOW THAT UP.

12:37PM  18    Q.   DO YOU SEE HERE THIS IS AN EMAIL FROM SUNNY BALWANI TO

12:37PM  19    YOU?

12:37PM  20    A.   YES.

12:37PM  21    Q.   AND THAT'S -- AND THE SUBJECT IS 300 U AVE?

12:37PM  22    A.   YES.

12:37PM  23    Q.   AND 300 U AVE IS THE TESTING LOCATION IN PALO ALTO?

12:37PM  24    A.   CORRECT.  IT'S THE WALGREENS IN PALO ALTO.

12:38PM  25    Q.   AND THAT FIRST SENTENCE SAYS, "WE WOULD LIKE TO OPEN OUR

12:38PM 1      300 UNIVERSITY AVE. STORE TO PUBLIC THIS COMING MONDAY."

12:38PM 2          RIGHT?

12:38PM 3      A.   RIGHT.

12:38PM 4      Q.   BECAUSE IT HADN'T PREVIOUSLY BEEN OPEN TO THE PUBLIC;

12:38PM 5      RIGHT?

12:38PM 6      A.   CORRECT.

12:38PM 7      Q.   AND IT HAD PREVIOUSLY BEEN OPENED TO FRIENDS AND FAMILY OF

12:38PM 8      PEOPLE OF THERANOS; IS THAT RIGHT?

12:38PM 9      A.   THAT'S RIGHT.

12:38PM 10     Q.   AND IT HAD PREVIOUSLY -- YOU HAD TO HAVE A CERTIFICATE, A

12:38PM 11     SPECIAL CERTIFICATE IN ORDER TO GO THERE AND GET A TEST?

12:38PM 12     A.   CORRECT.

12:38PM 13     Q.   AND IT WAS A VERY LOW VOLUME OF PEOPLE WHO WERE GETTING

12:38PM 14     THOSE TESTS.

12:38PM 15         DO YOU RECALL THAT?

12:38PM 16     A.   I DO NOT RECALL THE TESTING VOLUME AT THAT TIME.

12:38PM 17     Q.   DO YOU RECALL IT WAS AN AVERAGE OF ABOUT THREE PATIENTS A

12:38PM 18     DAY IN ADVANCE OF THE COMMERCIAL LAUNCH?

12:38PM 19     A.   I DO NOT.

12:38PM 20     Q.   DO YOU RECALL BEING OVERWHELMED BY THE VOLUME?

12:38PM 21     A.   NO.

12:39PM 22     Q.   AND IN THE SECOND SENTENCE IT SAYS, "WE FEEL CONFIDENT

12:39PM 23     THAT WE CAN HANDLE ABOUT 30 SAMPLES/DAY FROM THIS LOCATION AT

12:39PM 24     THIS POINT."

12:39PM 25         IS THAT CORRECT?

12:39PM   1    A.   YES.

12:39PM   2    Q.   AND WOULD THAT SUGGEST THAT YOU WERE DOING MORE THAN 30

12:39PM   3    SAMPLES PREVIOUSLY?

12:39PM   4    A.   AS I TESTIFIED JUST NOW, I DO NOT RECALL THE VOLUME THAT

12:39PM   5    WAS BEING RUN PREVIOUSLY.

12:39PM   6    Q.   AND IT SAYS THERE, "AND IT HAS BEEN 2 MONTHS SINCE WE HAVE

12:39PM   7    BEEN OUT IN WALGREENS."

12:39PM   8         RIGHT?

12:39PM   9    A.   YES.

12:39PM  10    Q.   AND IT SAYS, "IT'S TIME TO GO LIVE."

12:39PM  11         RIGHT?

12:39PM  12    A.   YES.

12:39PM  13    Q.   BECAUSE ALL OF THE TESTING THAT HAD OCCURRED BEFORE THEN

12:39PM  14    WAS NOT OPEN TO THE GENERAL PUBLIC?

12:39PM  15    A.   CORRECT.

12:40PM  16    Q.   AND DO YOU RECALL WHEN YOU TESTIFIED TO THE GOVERNMENT, TO

12:40PM  17    THE GRAND JURY, YOU MADE THIS POINT TO THEM; RIGHT?

12:40PM  18    A.   YES.

12:40PM  19    Q.   AND YOU WERE ACTUALLY ASKED SPECIFIC QUESTIONS ABOUT THIS

12:40PM  20    ISSUE; RIGHT?

12:40PM  21    A.   YES.

12:40PM  22    Q.   AND IN THAT TESTIMONY, THE GOVERNMENT TRIED TO SUGGEST

12:40PM  23    THAT, WELL, AT THIS TIME THE LAUNCH WAS IMMINENT; RIGHT?

12:40PM  24         DO YOU RECALL THAT?

12:40PM  25    A.   I THINK I JUST READ THEY WERE ABOUT TO GO LIVE AND I SAW

12:40PM  1    SOMETHING WHEN I WAS REVIEWING THE GRAND JURY TESTIMONY TO THAT

12:40PM  2    EFFECT, YES.

12:40PM  3    Q.   DO YOU RECALL YOU INITIALLY WERE ASKED SOME QUESTIONS WITH

12:40PM  4    RESPECT TO THE LAUNCH; RIGHT?

12:40PM  5    A.   YES.

12:40PM  6    Q.   AND THEN YOU CAME BACK LATER AFTER THE GRAND JURORS HAD

12:40PM  7    ASKED SOME QUESTIONS AND MR. SCHENK ASKED YOU A COUPLE OF

12:41PM  8    CLARIFYING QUESTIONS ABOUT THAT.

12:41PM  9         DO YOU RECALL THAT?

12:41PM  10   A.   I RECALL AT THE END OF THE GRAND JURY PROCEEDINGS

12:41PM  11   MR. SCHENK ASKED ME SOME QUESTIONS AND ONE OF THE JURORS IN THE

12:41PM  12   GRAND JURY ASKED ME SOME QUESTIONS.

12:41PM  13   Q.   ABOUT THAT SOFT LAUNCH?

12:41PM  14   A.   I DON'T RECALL WHAT THE TOPIC WAS.

12:41PM  15   Q.   LET'S -- LET'S LOOK AT THOSE PAGES AGAIN.  THAT'S

12:41PM  16   EXHIBIT 11002, PAGE 82.

12:41PM  17   A.   I DO NOT HAVE THAT EXHIBIT IN MY BINDER.

12:41PM  18   Q.   IT'S IN A YELLOW BINDER.  SORRY.

12:42PM  19   A.   110?

12:42PM  20   Q.   11002.  IT WAS THE GRAND JURY TESTIMONY WE PREVIOUSLY

12:42PM  21   DISCUSSED.

12:42PM  22   A.   OKAY.  I HAVE IT.  I HAVE IT.

12:42PM  23   Q.   IF YOU COULD RE-READ THE TESTIMONY FROM LINE 16 ON PAGE 82

12:42PM  24   TO LINE 21 ON PAGE 83.

12:42PM  25              THE COURT:  TO HIMSELF?

| 12:42PM | 1 | MR. WADE:  TO HIMSELF. |
| 12:42PM | 2 | (PAUSE IN PROCEEDINGS.) |
| 12:42PM | 3 | THE WITNESS:  OKAY. |
| 12:43PM | 4 | BY MR. WADE: |
| 12:43PM | 5 | Q.  AND DOES THIS REFRESH YOUR RECOLLECTION THAT IN THE GRAND |
| 12:43PM | 6 | JURY YOU TESTIFIED ABOUT HOW THIS WAS A RESTRICTED LAUNCH THAT |
| 12:43PM | 7 | WAS ONLY OPEN TO FAMILY OR EMPLOYEES OR FRIENDS OF EMPLOYEES? |
| 12:43PM | 8 | A.  I DON'T HAVE AN INDEPENDENT RECOLLECTION OF THIS.  I'M |
| 12:43PM | 9 | READING IT NOW, SO I -- |
| 12:43PM | 10 | Q.  DOES IT REFRESH YOUR RECOLLECTION? |
| 12:43PM | 11 | A.  I'M UNDERSTANDING THE CONTENT OF THESE PAGES TODAY.  I DO |
| 12:43PM | 12 | NOT HAVE AN INDEPENDENT RECOLLECTION OF IT. |
| 12:43PM | 13 | Q.  OKAY.  AND DOES READING THESE PAGES REFRESH YOUR |
| 12:43PM | 14 | RECOLLECTION ABOUT BEING ASKED WHETHER IT WAS SOON TO BE THAT |
| 12:43PM | 15 | ANYONE COULD WALK INTO THE WALGREENS IN THE 40 OR SO LOCATIONS? |
| 12:43PM | 16 | A.  YES. |
| 12:43PM | 17 | Q.  AND YOU SAID YES? |
| 12:43PM | 18 | A.  WELL, I'M READING THAT AND UNDERSTANDING THAT. |
| 12:44PM | 19 | AS I SAID, I DON'T HAVE AN INDEPENDENT RECOLLECTION IN MY |
| 12:44PM | 20 | MIND ABOUT THIS CONVERSATION. |
| 12:44PM | 21 | Q.  ON SEPTEMBER 9TH OF 2013? |
| 12:44PM | 22 | A.  YES. |
| 12:44PM | 23 | Q.  IT WAS STILL MONTHS BEFORE THE GENERAL PUBLIC COULD WALK |
| 12:44PM | 24 | INTO THAT WALGREENS; RIGHT? |
| 12:44PM | 25 | A.  YES. |

12:44PM  1      Q.   AND SO THESE DOCUMENTS FROM LATE AUGUST TO -- LET ME

12:44PM  2      STRIKE THAT.

12:44PM  3           DO YOU KNOW HOW MANY TESTS WERE OFFERED IN THE FRIENDS AND

12:44PM  4      FAMILY LAUNCH?

12:44PM  5      A.   IT WAS APPROXIMATELY 30 GENERAL CHEMISTRY TESTS AND ABOUT

12:44PM  6      FOUR OR FIVE EDISON TESTS.  THAT'S THE VERY ROUGH FIGURE.

12:44PM  7      THOSE ARE VERY ROUGH FIGURES.

12:44PM  8      Q.   OKAY.  IN THE SOFT LAUNCH --

12:45PM  9      A.   YES.

12:45PM  10     Q.   -- I JUST WANT TO MAKE SURE I UNDERSTAND YOUR TESTIMONY.

12:45PM  11          THE NUMBERS YOU JUST GAVE REFER TO THE SOFT LAUNCH IN

12:45PM  12     SEPTEMBER OF 2013?

12:45PM  13     A.   YES, THAT'S CORRECT.

12:45PM  14     Q.   OKAY.

12:45PM  15          THE COURT'S INDULGENCE FOR ONE SEC?

12:45PM  16              THE COURT:  OF COURSE.

12:45PM  17     BY MR. WADE:

12:46PM  18     Q.   IN YOUR BLACK BINDER, I THINK IT SHOULD BE VOLUME 2, DO

12:46PM  19     YOU HAVE EXHIBIT 13880?

12:47PM  20     A.   I HAVE IT.  I HAVE IT.

12:47PM  21     Q.   PLEASE TAKE A MOMENT TO READ THAT TO YOURSELF.

12:47PM  22          AND DOES THIS DOCUMENT REFRESH YOUR RECOLLECTION AS TO AN

12:47PM  23     APPROXIMATE DATE OF THE FRIENDS AND FAMILY LAUNCH BEING IN

12:47PM  24     SEPTEMBER OF 2013?

12:47PM  25     A.   AS I TESTIFIED, I REMEMBER THAT INDEPENDENTLY, YEAH.

12:47PM 1    Q.   OKAY.  AND ISN'T IT THE CASE, SIR, THAT THERE WERE NO

12:47PM 2    EDISON TESTS OFFERED UNTIL MUCH LATER IN TIME?

12:47PM 3    A.   I BELIEVE THAT EDISON TESTS WERE OFFERED AT THAT TIME.

12:47PM 4    Q.   SIR, ISN'T IT TRUE THAT THROUGHOUT THE MONTH OF SEPTEMBER,

12:47PM 5    THE ONLY TESTS THAT WERE OFFERED THERE WERE CBC AND HBA1C;

12:48PM 6    ISN'T THAT RIGHT?

12:48PM 7    A.   NO.  AFTER SEPTEMBER 9TH, THERE WERE GENERAL CHEMISTRY

12:48PM 8    TESTS THAT WERE OFFERED USING THE SIEMENS INSTRUMENTS THAT WERE

12:48PM 9    MODIFIED TO PERFORM THE LABORATORY DEVELOPED TESTS.

12:48PM 10   Q.   I UNDERSTAND THAT AFTER THERE WERE.  I'M ASKING WHEN.

12:48PM 11   A.   OH.  AT THE TIME OF LAUNCH IT WAS NOT JUST CBC AND HBA1C.

12:48PM 12   IT WAS GENERAL CHEMISTRY ASSAYS, TOO, AND I BELIEVE THERE WERE

12:48PM 13   SOME EDISON TESTS OFFERED AS WELL.

12:48PM 14   Q.   WHICH ASSAYS SPECIFICALLY, SIR, WERE OFFERED?

12:48PM 15   A.   I DO NOT RECALL.

12:48PM 16        IN TERMS OF GENERAL CHEMISTRY, IT WAS SOMETHING LIKE A

12:48PM 17   BASIC METABOLIC PANEL.

12:48PM 18   Q.   SIR, IF YOU COULD PLEASE GO TO EXHIBIT 7338.

12:49PM 19   A.   YES.

12:49PM 20   Q.   I'LL ASK YOU TO TAKE A MINUTE AND READ THIS -- READ THE

12:49PM 21   EMAIL FIRST.  TELL ME WHEN YOU'RE DONE READING THE EMAIL.

12:49PM 22   A.   OKAY.

12:49PM 23   Q.   AND DO YOU SEE THERE'S AN ATTACHMENT TO THE EMAIL, SIR,

12:50PM 24   WHICH IS A SPREADSHEET?

12:50PM 25   A.   YES.

12:50PM  1   Q.   ARE YOU ABLE TO REVIEW THAT?  I THINK IT'S READABLE AND IN

12:50PM  2   NON-NATIVE FORM.  WHY DON'T YOU TAKE A MINUTE AND REVIEW THAT?

12:50PM  3   A.   YES.  WHAT IS THE ATTACHMENT INTENDED TO SHOW OR --

12:50PM  4   Q.   I -- I -- I'M JUST ASKING YOU TO READ IT TO YOURSELF.

12:50PM  5   A.   UH-HUH.

12:50PM  6   Q.   AND TELL ME WHEN YOU'RE DONE.

12:50PM  7            MR. WADE:  YOUR HONOR, THIS IS A DOCUMENT THAT I

12:51PM  8   BELIEVE WE HAVE STIPULATED IS AUTHENTIC.  THE WITNESS IS NOT ON

12:51PM  9   IT.  BUT IT MIGHT BE EASIER TO ADMIT IT AS A BUSINESS RECORD

12:51PM 10   NOW AND HAVE THE WITNESS EXPLAIN.

12:51PM 11            THE COURT:  THIS IS THE DOCUMENT AT THE END OF THE

12:51PM 12   NATIVE FORMAT?

12:51PM 13            MR. WADE:  THE 7338, AND THEN WE CAN PULL THE NATIVE

12:51PM 14   FORMAT UP.

12:51PM 15            MR. BOSTIC:  I WOULD OBJECT AS TO FOUNDATION.  I

12:51PM 16   DON'T BELIEVE A FOUNDATION HAS BEEN LAID FOR A BUSINESS RECORD.

12:51PM 17            THE COURT:  FOR THE EMAILS?

12:51PM 18            MR. BOSTIC:  FOR THE EMAILS, AND SPECIFICALLY THE

12:51PM 19   ATTACHMENT.

12:51PM 20            MR. WADE:  I WOULD ASK UNDER, I THINK IT'S 104, IF

12:51PM 21   IT CAN BE CONDITIONALLY ADMITTED.  I WOULD REPRESENT TO THE

12:51PM 22   COURT THAT WE CAN LAY THE FOUNDATION FOR THIS DOCUMENT.

12:51PM 23            THE COURT:  I'LL DO THAT.  WE'LL ADMIT IT NOW FOR

12:51PM 24   EASE OF THE PROCEEDINGS.

12:51PM 25            MR. WADE:  MAY I PUBLISH IT?

| | | |
|---|---|---|
| 12:51PM | 1 | THE COURT:  IT CAN BE PUBLISHED. |
| 12:51PM | 2 | (DEFENDANT'S EXHIBIT 7338 WAS RECEIVED IN EVIDENCE.) |
| 12:52PM | 3 | BY MR. WADE: |
| 12:52PM | 4 | Q.  LET'S START WITH THE EMAIL.  DO YOU SEE AT THE TOP OF THE |
| 12:52PM | 5 | EMAIL, SIR, THIS EMAIL SAYS -- ACTUALLY, LET ME GO ONE EMAIL |
| 12:52PM | 6 | BELOW.  TWO EMAILS BELOW.  JUST PULL UP THE FIRST TOP OF THE |
| 12:52PM | 7 | DOCUMENT. |
| 12:52PM | 8 | DO YOU SEE THE DOCUMENT FROM NICK MENCHEL? |
| 12:52PM | 9 | A.  YES. |
| 12:52PM | 10 | Q.  AND DO YOU KNOW, WHO WAS NICK MENCHEL? |
| 12:52PM | 11 | A.  HE WAS ONE OF THE DECOYS. |
| 12:52PM | 12 | Q.  AND SO YOU KNOW WHO HE IS? |
| 12:52PM | 13 | A.  YES, I INTERACTED WITH HIM AT THERANOS. |
| 12:52PM | 14 | Q.  OKAY.  HE WAS AN EMPLOYEE AT THERANOS? |
| 12:52PM | 15 | A.  YES. |
| 12:52PM | 16 | Q.  AND DO YOU KNOW WHAT POSITION OR WHO HE WORKED FOR? |
| 12:52PM | 17 | A.  HE HAD A NUMBER OF DIFFERENT ROLES COORDINATING WITH THE |
| 12:52PM | 18 | COLLECTION SITES.  I DO NOT RECALL HIS EXACT JOB DESCRIPTION. |
| 12:52PM | 19 | Q.  AND DO YOU RECALL HIM BEING INVOLVED IN THE WALGREENS SOFT |
| 12:52PM | 20 | LAUNCH? |
| 12:52PM | 21 | A.  NO. |
| 12:52PM | 22 | Q.  OKAY.  DO YOU SEE THERE WHERE IT SAYS THE LIST, THEY'RE |
| 12:52PM | 23 | CREATING A LIST RELATING TO WALGREENS, THE WALGREENS VISITS? |
| 12:53PM | 24 | A.  YES. |
| 12:53PM | 25 | Q.  LET'S GO UP TO THE TOP, AND DO YOU SEE THE ATTACHMENT |

12:53PM    1    THERE SAYS WAG VISITS 091113 TO 101713?

12:53PM    2    A.   YES.

12:53PM    3    Q.   OKAY.  AND THIS SAYS THAT THIS IS UPDATED, AND THIS IS AS

12:53PM    4    OF 10-21-2013?

12:53PM    5    A.   YES.  THAT'S THE DATE OF THE EMAIL AND THE DATE OF THE

12:53PM    6    EXCEL SPREADSHEET IS 10/17/2013.

12:53PM    7    Q.   FAIR ENOUGH.  LET'S LOOK AT THE SPREADSHEET.  IF WE CAN

12:53PM    8    PULL IT UP.

12:53PM    9         AND IF WE LOOK AT THE WAG FINGERSTICK TAB.

12:53PM   10         DO YOU SEE THAT?

12:53PM   11    A.   YES.

12:53PM   12    Q.   AND DO YOU SEE WHERE IT LISTS THE TESTS THAT WERE RUN ON

12:54PM   13    FINGERSTICK?

12:54PM   14    A.   YES.

12:54PM   15    Q.   AND DO YOU SEE WHERE IT SAYS CBC?

12:54PM   16    A.   YES.

12:54PM   17    Q.   AND WHAT MACHINE WAS CBC RUN ON AS A FINGERSTICK TEST?

12:54PM   18    A.   I BELIEVE IT WAS THE TEST THAT WAS RUN IN NORMANDY USING

12:54PM   19    FLOW CYTOMETRY.

12:54PM   20    Q.   OKAY.  NON-EDISON?

12:54PM   21    A.   NO EDISONS WERE USED ON CBC'S.

12:54PM   22    Q.   YOU KNOW THAT, SIR, BUT THE JURY DOESN'T, SO I'M ASKING TO

12:54PM   23    CLARIFY, SIR.

12:54PM   24    A.   SURE.

12:54PM   25    Q.   AND A1C, DOES THAT REFER TO HBA1C?

12:54PM  1     A.   CORRECT.

12:54PM  2     Q.   AND WHAT MACHINE DOES THAT TEST RUN ON WHEN IT'S A

12:54PM  3     FINGERSTICK TEST?

12:54PM  4     A.   THERE WERE DIFFERENT MACHINES USED AT DIFFERENT POINTS IN

12:54PM  5     TIME TO RUN A1C.  ONE OF THEM WAS CALLED THE DC ADVANTAGE.  AT

12:55PM  6     THIS POINT IN TIME I DO NOT RECALL HOW THE COMPANY WAS RUNNING

12:55PM  7     A1C.

12:55PM  8     Q.   OKAY.  BUT IT WAS NEVER RUN ON AN EDISON; RIGHT?

12:55PM  9     A.   NO.

12:55PM 10     Q.   IF WE CAN SCROLL DOWN.  ACTUALLY, YOU SEE AS YOU GO ALONG

12:55PM 11     THERE ARE ANYWHERE FROM 10 TO 20 TESTS, PARTICULARLY IN THE

12:55PM 12     EARLY DAYS.  IT'S A LITTLE -- THERE ARE A FEW MORE AND THEN IT

12:55PM 13     KIND OF PETERS OUT.

12:55PM 14          DO YOU SEE THAT?  DO YOU SEE THAT?

12:55PM 15     A.   YES.

12:55PM 16     Q.   OKAY.  AND WHEN WE GET TO THE BOTTOM, THE ONLY TESTS THAT

12:55PM 17     WERE RUN ON FINGERSTICK THROUGH 9-28-2013 WERE CBC AND HBA1C;

12:55PM 18     RIGHT?

12:55PM 19     A.   YES, THAT'S WHAT THIS SHEET INDICATES.

12:56PM 20     Q.   OKAY.  AND IDENTIFY FOR ME WHEN THE FIRST EDISON BASED

12:56PM 21     TEST WAS RUN ACCORDING TO THIS LIST?

12:56PM 22     A.   10-17-2013.

12:56PM 23     Q.   AND WHAT TEST IS THAT?

12:56PM 24     A.   TSH.

12:56PM 25     Q.   TSH?

12:56PM  1    A.   YES.

12:56PM  2    Q.   OKAY.  AND IF THERE IS A TSH TEST THAT WAS RUN IN THE CLIA

12:56PM  3    LAB, YOU WOULD HAVE ALREADY SIGNED THE VALIDATION REPORT FOR

12:56PM  4    THAT; RIGHT?

12:56PM  5    A.   YES, ABSOLUTELY.

12:56PM  6    Q.   AND YOU'VE TALKED ABOUT SOME TESTS THAT WERE DISCUSSED IN

12:56PM  7    LATE AUGUST OR SEPTEMBER OF 2013.  YOU'VE IDENTIFIED A FEW

12:56PM  8    DIFFERENT TESTS, SODIUM AND POTASSIUM, AND SOME OTHERS; RIGHT?

12:56PM  9    A.   YES.  I WAS NOT AWARE IN EARLY SEPTEMBER THAT THE LAUNCH

12:56PM 10    WOULD BE RESTRICTED TO CDC AND AIC.

12:56PM 11    Q.   WELL, YOU WORK AT THE LAB; RIGHT?

12:57PM 12    A.   RIGHT.

12:57PM 13    Q.   AND ALL OF THOSE PEOPLE WITHIN THE LAB REPORT TO YOU;

12:57PM 14    RIGHT?

12:57PM 15    A.   YES.

12:57PM 16    Q.   INCLUDING THE CLS'S; RIGHT?

12:57PM 17    A.   YES.

12:57PM 18    Q.   AND THEY ARE THE ONES WHO ISSUE THE REPORTS?

12:57PM 19    A.   YES.

12:57PM 20    Q.   AND SO YOU COULD HAVE WALKED OVER AT ANY TIME AND ASKED

12:57PM 21    THEM; RIGHT?

12:57PM 22    A.   YES.

12:57PM 23    Q.   OKAY.  BUT YOU DON'T SEE SODIUM OR POTASSIUM LISTED ON

12:57PM 24    THIS SHEET, DO YOU?

12:57PM 25    A.   I DO.  IT'S LINE 106 IN THE SPREADSHEET.  IN COLUMN A,

| | | |
|---|---|---|
| 12:57PM | 1 | IT'S 1947 -- I'M SORRY, IT ACTUALLY BEGINS ON LINE 104.  IN |
| 12:57PM | 2 | COLUMN A, IT'S 1478.  IT'S LISTED AS CMP.  THAT'S A COMPLETE |
| 12:57PM | 3 | METABOLIC PANEL THAT INCLUDES SODIUM. |
| 12:57PM | 4 | Q.   OKAY.  AND DO YOU KNOW WHAT MACHINE THAT WAS RUN ON? |
| 12:57PM | 5 | A.   THAT WOULD BE RUN ON THE MODIFIED SIEMENS INSTRUMENT. |
| 12:57PM | 6 | Q.   AND WHAT DATE WAS THAT? |
| 12:57PM | 7 | A.   FROM THIS SHEET OCTOBER 14TH, 2013. |
| 12:57PM | 8 | Q.   AND IF IT WAS RUN, IT HAD A VALIDATION REPORT; RIGHT? |
| 12:57PM | 9 | A.   CORRECT. |
| 12:57PM | 10 | Q.   AND WE'VE TALKED ABOUT THESE ISSUES THAT CAME UP BEFORE |
| 12:58PM | 11 | VALIDATION REPORTS; RIGHT? |
| 12:58PM | 12 | A.   YES. |
| 12:58PM | 13 | Q.   BUT IF A VALIDATION REPORT WAS ISSUED AND THE TEST WAS |
| 12:58PM | 14 | RUN, THAT MEANS THAT THE ISSUE YOU EXPRESSED WAS RESOLVED; |
| 12:58PM | 15 | RIGHT? |
| 12:58PM | 16 | A.   NO.  I HAVE TO DISAGREE WITH YOU. |
| 12:58PM | 17 | Q.   WELL, DO YOU RECALL TESTIFYING TO THAT PREVIOUSLY, SIR? |
| 12:58PM | 18 | A.   TESTIFYING TO? |
| 12:58PM | 19 | Q.   DO YOU RECALL TESTIFYING THAT IF THERE WAS A CONCERN THAT |
| 12:58PM | 20 | WAS RAISED AND A SUBSEQUENT VALIDATION REPORT WAS SIGNED BY |
| 12:58PM | 21 | YOU, THAT YOU HAD BEEN COMFORTED THAT THAT CONCERN HAD BEEN |
| 12:58PM | 22 | ADDRESSED AND IT WAS ONLY THEN THAT YOU WOULD BE WILLING TO |
| 12:58PM | 23 | VALIDATE AN ASSAY? |
| 12:58PM | 24 | A.   CORRECT.  CORRECT.  I THOUGHT YOU WERE ASKING ME ABOUT THE |
| 12:58PM | 25 | RELIABILITY TESTING AFTER THE VALIDATION WAS SIGNED. |

12:58PM  1    Q.   I'M GLAD I WAS ABLE TO CLARIFY.

12:58PM  2    A.   OKAY.

12:59PM  3    Q.   NOW, YOU TESTIFIED ON DIRECT ABOUT THAT MEETING WITH

12:59PM  4    ELIZABETH IN ADVANCE OF THE LAUNCH?

12:59PM  5    A.   RIGHT.

12:59PM  6    Q.   THAT WAS THE SOFT LAUNCH?

12:59PM  7    A.   CORRECT.

12:59PM  8    Q.   AND ABOUT THE TWO TESTS THAT WERE RUN IN SEPTEMBER; RIGHT?

12:59PM  9    A.   CORRECT.

12:59PM  10   Q.   AND YOU TALKED ABOUT THE SERIOUS CONCERNS THAT YOU HAD;

12:59PM  11   RIGHT?

12:59PM  12   A.   YES.

12:59PM  13   Q.   AND YOU MENTIONED THREE TESTS?

12:59PM  14   A.   YES.

12:59PM  15   Q.   POTASSIUM, SODIUM, AND GLUCOSE?

12:59PM  16   A.   YES.

12:59PM  17   Q.   NOW, YOU'VE TESTIFIED UNDER OATH PREVIOUSLY WITH RESPECT

01:00PM  18   TO THIS MEETING; RIGHT?

01:00PM  19   A.   DURING THE GRAND JURY TESTIMONY I BELIEVE.

01:00PM  20   Q.   RIGHT.  AND THAT -- AND IN A DEPOSITION --

01:00PM  21   A.   YES.

01:00PM  22   Q.   -- IN A CIVIL PROCEEDING.

01:00PM  23        DO YOU RECALL THAT?

01:00PM  24   A.   YES.  YES.

01:00PM  25   Q.   OKAY.  AND IN THAT TESTIMONY YOU SAID THAT YOU RAISED ONE

01:00PM 1    TEST; RIGHT?

01:00PM 2    A.   I DON'T REMEMBER EXACTLY WHAT I SAID IN THE TESTIMONY.

01:00PM 3    I'D HAVE TO LOOK AT IT.  BUT I KNOW I AT LEAST SPOKE ABOUT

01:00PM 4    POTASSIUM.  THERE WERE OTHER ISSUES THAT WERE DISCUSSED,

01:00PM 5    INCLUDING THE SODIUM AND GLUCOSE.

01:00PM 6    Q.   SIR, DO YOU RECALL YOUR TESTIMONY WAS THAT THE ISSUE THAT

01:00PM 7    YOU RAISED WITH ELIZABETH HOLMES IN THAT MEETING WAS RELATED TO

01:00PM 8    THE POTASSIUM ASSAY?

01:01PM 9    A.   NOT JUST THE POTASSIUM.

01:01PM 10   Q.   WELL, LET'S LOOK BACK AT YOUR TESTIMONY, SIR.

01:01PM 11        IF YOU CAN LOOK AT THE EXHIBIT IN THE YELLOW BINDER,

01:01PM 12   11001.

01:01PM 13   A.   OKAY.

01:01PM 14   Q.   AND I WANT TO CLARIFY ONE THING AT THE OUTSET BEFORE WE

01:01PM 15   TALK ABOUT YOUR TESTIMONY.

01:02PM 16        THE POTASSIUM ASSAY WAS GOING TO BE RUN ON WHAT DEVICE?

01:02PM 17   A.   MODIFIED SIEMENS DEVICE.

01:02PM 18   Q.   NOT THE EDISON DEVICE?

01:02PM 19   A.   CORRECT.

01:02PM 20   Q.   SO THIS CONVERSATION HAD NOTHING TO DO WITH THE USE OF THE

01:02PM 21   EDISON 3.5 IN THE LAB; RIGHT?

01:02PM 22   A.   NO, IT DID NOT.

01:02PM 23   Q.   IF YOU CAN LOOK AT PAGE 190 OF 11001.

01:02PM 24        THE CLERK:  THAT EXHIBIT NUMBER AGAIN, COUNSEL.

01:02PM 25   SORRY.

01:02PM  1          MR. WADE:  11001.

01:03PM  2          THE WITNESS:  I HAVE IT.

01:03PM  3   BY MR. WADE:

01:03PM  4   Q.   AND IF YOU CAN READ TO YOURSELF PAGE 190.

01:03PM  5   A.   OKAY.

01:03PM  6   Q.   DO YOU SEE THE DISCUSSION OF THE POTASSIUM ASSAY?

01:03PM  7   A.   YES.

01:03PM  8   Q.   AND THE DISCUSSION OF THE CONVERSATION WITH MS. HOLMES AND

01:03PM  9   THE WALGREENS LAUNCH?

01:04PM  10  A.   YES.

01:04PM  11  Q.   AND DOES THIS REFRESH YOUR RECOLLECTION?  AND THIS WAS

01:04PM  12  TESTIMONY THAT YOU GAVE UNDER OATH IN THAT CIVIL DEPOSITION;

01:04PM  13  RIGHT?

01:04PM  14  A.   YES, I DID DISCUSS THE POTASSIUM ISSUES WITH

01:04PM  15  ELIZABETH HOLMES.

01:04PM  16  Q.   AND THAT REFRESHES YOUR RECOLLECTION; RIGHT?  YOU DON'T

01:04PM  17  MENTION ANY OTHER ASSAY THERE, DO YOU?

01:04PM  18  A.   I DON'T MENTION ANY OTHER ASSAYS.

01:04PM  19  Q.   OKAY.  LET'S GO TO YOUR GRAND JURY TESTIMONY.

01:04PM  20  A.   UH-HUH.

01:04PM  21  Q.   AT 76.

01:04PM  22  A.   CAN YOU TELL ME WHICH BINDER, ET CETERA?

01:04PM  23  Q.   IT WAS ONE OF THOSE YELLOW BINDERS AND IS THAT TESTIMONY

01:04PM  24  THAT YOU WERE LOOKING AT BEFORE.

01:04PM  25          IT IS EXHIBIT 11002.

| | | |
|---|---|---|
| 01:05PM | 1 | A.   OKAY. |
| 01:05PM | 2 | Q.   GO TO PAGE 76. |
| 01:05PM | 3 | A.   OKAY. |
| 01:05PM | 4 | Q.   DO YOU SEE THAT? |
| 01:05PM | 5 | A.   YES. |
| 01:05PM | 6 | Q.   TAKE A MOMENT AND READ THAT. |
| 01:05PM | 7 | A.   I'VE READ IT. |
| 01:05PM | 8 | Q.   AND YOU RAISED THE POTASSIUM ISSUES; RIGHT? |
| 01:05PM | 9 | A.   YES. |
| 01:05PM | 10 | Q.   AND YOU DON'T MENTION ANY OTHER ASSAYS THAT WERE RAISED IN |
| 01:06PM | 11 | THAT MEETING; RIGHT? |
| 01:06PM | 12 | A.   I WAS ASKED SPECIFICALLY ABOUT CONVERSATIONS WITH |
| 01:06PM | 13 | MR. BALWANI AND MS. HOLMES ABOUT THE POTASSIUM RESULTS. |
| 01:06PM | 14 | Q.   RIGHT.  AND YOU WERE ASKED QUESTIONS ABOUT THAT MEETING. |
| 01:06PM | 15 | YOU'VE BEEN ASKED QUESTIONS ABOUT THAT MEETING. |
| 01:06PM | 16 | YOU'VE GIVEN TESTIMONY ON THREE DIFFERENT OCCASIONS WITH |
| 01:06PM | 17 | RESPECT TO MATTERS AT THERANOS, RIGHT, OUTSIDE OF THIS TRIAL? |
| 01:06PM | 18 | A.   THE CIVIL GRAND JURY -- AND WHAT WOULD BE THE THIRD? |
| 01:06PM | 19 | Q.   THERE WERE TWO CIVIL DEPOSITIONS THAT YOU GAVE TESTIMONY |
| 01:06PM | 20 | IN; RIGHT? |
| 01:06PM | 21 | A.   I DON'T RECALL. |
| 01:06PM | 22 | Q.   YOU GAVE TESTIMONY IN THE ARIZONA MATTER.  DO YOU RECALL |
| 01:06PM | 23 | THAT?  WE'VE BEEN LOOKING AT THAT TESTIMONY. |
| 01:06PM | 24 | A.   THERE WAS -- IS THAT THE COLMAN, ET AL.? |
| 01:07PM | 25 | Q.   THAT WAS A DIFFERENT MATTER.  DO YOU RECALL GIVING |

01:07PM 1    TESTIMONY IN THE COLMAN MATTER?

01:07PM 2    A.   YES.

01:07PM 3    Q.   AND I CAN REFRESH YOUR RECOLLECTION WITH THE BINDERS IF

01:07PM 4    YOU WOULD LIKE.  BOTH TRANSCRIPTS ARE IN THE BINDERS.

01:07PM 5    A.   THAT'S OKAY.

01:07PM 6    Q.   AND DO YOU RECALL THAT YOU GAVE TESTIMONY OR DEPOSITIONS

01:07PM 7    TWICE?

01:07PM 8    A.   I ACTUALLY ONLY RECALL GIVING DEPOSITIONS IN THE COLMAN

01:07PM 9    CASE.

01:07PM 10   Q.   OKAY.  WE TALKED ABOUT YOUR TESTIMONY?

01:07PM 11   A.   YES.

01:07PM 12   Q.   AND WE TALKED ABOUT SEVEN MEETINGS --

01:07PM 13   A.   YES.

01:07PM 14   Q.   -- WITH THE GOVERNMENT?

01:07PM 15   A.   YES.

01:07PM 16   Q.   AND BEFORE THE PREP SESSION MEETINGS --

01:07PM 17   A.   YES.

01:07PM 18   Q.   -- YOU NEVER MENTIONED ANY ASSAY THAT YOU RAISED WITH

01:07PM 19   MS. HOLMES IN THAT MEETING OTHER THAN POTASSIUM IN ANY OF THOSE

01:07PM 20   INTERVIEWS; ISN'T THAT RIGHT?

01:07PM 21   A.   I HONESTLY -- IN SEVEN MEETINGS, I DON'T HAVE AN

01:07PM 22   ENCYCLOPEDIC MEMORY.

01:07PM 23   Q.   YOU CAN'T REMEMBER THOSE DEPOSITIONS, BUT YOU CAN RECALL

01:08PM 24   THAT YOU RAISED THOSE TWO OTHER ASSAYS IN THAT MEETING?

01:08PM 25   A.   YES.

01:08PM  1    Q.   EIGHT YEARS AGO?

01:08PM  2    A.   YES.

01:08PM  3    Q.   NOW, IN THAT MEETING WITH MS. HOLMES IN SEPTEMBER, YOU

01:08PM  4    RAISED A CONCERN ABOUT FINGERSTICK TECHNOLOGY; RIGHT?

01:08PM  5    A.   YES.

01:08PM  6    Q.   AND HER RESPONSE WAS WE SHOULD JUST USE THE VENOUS DRAWS

01:08PM  7    IF THE FINGERSTICK IS NOT READY; RIGHT?

01:08PM  8    A.   YES.

01:08PM  9    Q.   AND THAT WAS A SAFE AND PERTINENT RESPONSE, WAS IT NOT?

01:08PM 10    A.   YES.

01:08PM 11    Q.   THAT WOULD HAVE BEEN EXACTLY THE KIND OF RESPONSE THAT YOU

01:08PM 12    WOULD HAVE PROPOSED?

01:08PM 13    A.   YES.

01:08PM 14    Q.   THOSE VENOUS METHODS WERE RELIABLE?

01:08PM 15    A.   YES.

01:08PM 16    Q.   AND YOU HAD BEEN DOING THOSE AT SAFEWAY FOR OVER A YEAR;

01:09PM 17    RIGHT?

01:09PM 18    A.   YES.

01:09PM 19    Q.   AND THE COMPANY HAD EXPERIENCE DOING THOSE?

01:09PM 20    A.   YES.

01:09PM 21    Q.   AND IF THERE WERE ISSUES THAT NEEDED TO BE ADDRESSED WITH

01:09PM 22    RESPECT TO THE ASSAYS THAT WERE RUN ON FINGERSTICK, YOU COULD

01:09PM 23    JUST RUN THEM ON VENOUS IN THE MEANTIME?

01:09PM 24    A.   CORRECT.

01:09PM 25    Q.   AND WE HAVE SEEN OTHER INSTANCES WHERE YOU HAVE SUGGESTED

01:09PM  1    JUST THAT WHEN ISSUES AROSE IN THE LAB; RIGHT?

01:09PM  2    A.   YES.

01:09PM  3    Q.   HCG, FOR EXAMPLE.  DO YOU RECALL THERE WAS AN INSTANCE

01:09PM  4    WHERE YOU SAID IT SHOULD GO TO VENOUS DRAW?

01:09PM  5    A.   CORRECT.

01:09PM  6    Q.   AND YOU DID IT ON OTHER OCCASIONS; RIGHT?

01:09PM  7    A.   RIGHT.

01:09PM  8    Q.   AND THAT'S A ROUTINE PART OF BEING A LAB DIRECTOR; RIGHT?

01:09PM  9    A.   CORRECT.

01:09PM  10   Q.   AND YOU'RE PAID TO MAKE THOSE JUDGMENTS?

01:09PM  11   A.   YES.

01:09PM  12   Q.   AND IN THIS PARTICULAR CIRCUMSTANCE, MS. HOLMES WASN'T

01:09PM  13   DIRECTING WHAT YOU HAD TO DO; RIGHT?

01:09PM  14   A.   NO, SHE WAS NOT IN A POSITION TO DIRECT.

01:10PM  15   Q.   AND SHE WAS MAKING A SUGGESTION, WHY DON'T YOU RUN IT ON

01:10PM  16   VENOUS DRAW; RIGHT?

01:10PM  17   A.   YES.

01:10PM  18   Q.   WHICH IS ULTIMATELY THE RESULT THAT YOU WANTED FROM THAT

01:10PM  19   MEETING, IS IT NOT?

01:10PM  20   A.   YES.

01:10PM  21           MR. WADE:  NOW I'M SWITCHING TO A NEW TOPIC,

01:10PM  22   YOUR HONOR.  I WONDER WHEN THE COURT WANTED TO TAKE ANOTHER

01:10PM  23   BREAK?

01:10PM  24           THE COURT:  IN ABOUT 15 MINUTES.

01:10PM  25           MR. WADE:  OKAY.  WE'LL KEEP GOING.

01:10PM  1    Q.  DO YOU RECALL BEFORE THAT LAUNCH THAT YOU WERE DOING SOME

01:10PM  2    WORK WITH THE R&D GROUP TO VALI -- TO BRING THE ASSAYS OVER

01:11PM  3    FROM THE R&D FUNCTION TO THE CLIA FUNCTION?

01:11PM  4        DO YOU RECALL THAT?

01:11PM  5    A.  YES.

01:11PM  6    Q.  AND JUST FOR THE BENEFIT -- BECAUSE THERE ARE TWO

01:11PM  7    DIFFERENT LABS THAT WERE OPERATING WITHIN THERANOS; RIGHT?

01:11PM  8    A.  CORRECT.

01:11PM  9    Q.  THERE WAS AN R&D LAB THAT WAS OPERATING?

01:11PM  10   A.  YES.

01:11PM  11   Q.  AND THERE WAS A CLIA LAB?

01:11PM  12   A.  YES.

01:11PM  13   Q.  AND THE R&D LAB DOESN'T HAVE THE SAME FEDERAL CLIA

01:11PM  14   REQUIREMENTS THAT YOU HAD; RIGHT?

01:11PM  15   A.  NO, IT DOES NOT.

01:11PM  16   Q.  IT'S BASICALLY FOR RESEARCH AND DEVELOPMENT?

01:11PM  17   A.  YES.

01:11PM  18   Q.  AND THERE WERE A LOT OF SCIENTISTS OVER THERE WORKING TO

01:11PM  19   DEVELOP ASSAYS; RIGHT?

01:11PM  20   A.  YES.

01:11PM  21   Q.  AND YOU WOULD CONSULT WITH THEM AFTER YOU JOINED THE

01:11PM  22   COMPANY FROM TIME TO TIME; RIGHT?

01:11PM  23   A.  YES.

01:11PM  24   Q.  AND YOU WOULD GIVE THEM INFORMATION TO HELP INFORM THE

01:11PM  25   WORK THAT THEY WERE DOING SO THAT IT WOULD FACILITATE EASIER

01:11PM   1    TRANSITION INTO THE CLIA LAB; RIGHT?

01:11PM   2    A.   YES, YES.

01:11PM   3    Q.   BECAUSE YOU HAD SOME TECHNICAL EXPERTISE THAT COULD HELP

01:11PM   4    INFORM THEM AS TO WHAT YOU WERE GOING TO LOOK FOR DOWN THE

01:12PM   5    ROAD; RIGHT?

01:12PM   6    A.   YES.

01:12PM   7    Q.   OKAY.  AND YOU WORKED WITH DR. YOUNG ON THAT A BIT?

01:12PM   8    A.   CORRECT.

01:12PM   9    Q.   AND DID YOU WORK WITH OTHER SCIENTISTS THERE?

01:12PM  10    A.   PAUL PATEL.

01:12PM  11    Q.   AND DR. PATEL WAS THE LEAD ON GENERAL CHEMISTRY ASSAYS?

01:12PM  12    A.   YES.

01:12PM  13    Q.   AND DO YOU RECALL WORKING WITH DR. GANGAKHEDKAR A BIT AS

01:12PM  14    WELL?

01:12PM  15    A.   YES.

01:12PM  16    Q.   OKAY.  AND DID YOU WORK WITH -- AND SHE WAS WORKING ON THE

01:12PM  17    ELISA ASSAYS; CORRECT?

01:12PM  18    A.   THE EDISON ASSAYS, CORRECT.

01:12PM  19    Q.   WELL, SHE WAS WORKING ON A LOT OF ELISA ASSAYS, BUT THEY

01:12PM  20    INCLUDED THE EDISON ASSAYS; RIGHT?

01:12PM  21    A.   WE NEVER HAD A TEST, SIR, THAT WAS AN ELISA ASSAY PER SE.

01:12PM  22    ALL OF THE IMMUNOASSAYS WERE RUN ON THE EDISON.

01:12PM  23    Q.   OKAY.  AND YOU -- WE'LL COME BACK TO DISCUSS SOME OF THE

01:12PM  24    IMMUNOASSAYS THAT WERE IN THE LAB LATER.

01:12PM  25         BUT YOU WERE WORKING WITH THOSE FOLKS ON FACILITATING THAT

01:13PM  1    TRANSITION INTO THE CLIA LAB?

01:13PM  2    A.   YES.

01:13PM  3    Q.   OKAY.  AND JUST SO WE'RE CLEAR, BECAUSE WE THROW A LOT OF

01:13PM  4    TERMS AROUND IN THIS TRIAL ABOUT TESTS AND LABS, IT'S NOT --

01:13PM  5    CLIA REGULATIONS APPLY ONCE IT GOES INTO THE CLIA LAB; RIGHT?

01:13PM  6    A.   NO.  CLIA SETS FORTH WHAT YOU NEED OR HOW YOU NEED TO

01:13PM  7    VALIDATE A TEST BEFORE YOU START RUNNING IT ON PATIENTS.  THERE

01:13PM  8    ARE SPECIFICATIONS THAT HAVE TO BE DEMONSTRATED BEFORE YOU GO

01:13PM  9    LIVE.

01:13PM 10    Q.   AND THOSE ARE SOME SPECIFICATIONS THAT ARE SET FORTH IN

01:13PM 11    THE FEDERAL REGULATIONS?

01:13PM 12    A.   CORRECT.

01:13PM 13    Q.   RIGHT?

01:13PM 14         AND ONE OF THE THINGS -- BUT MY POINT IS, SIR, BEFORE IT'S

01:13PM 15    GOING TO GO INTO THE CLIA LAB, THOSE SPECIFICATIONS AREN'T

01:13PM 16    APPLICABLE, RIGHT, IN R&D?

01:13PM 17    A.   R&D RUNS THE VALIDATION STUDIES.  PROVISIONAL SOP'S ARE IN

01:14PM 18    PLACE TO GUIDE HOW THOSE STUDIES ARE BEING CONDUCTED, AND THEN

01:14PM 19    THERE'S SOMETHING CALLED TECH TRANSFER WHERE THE R&D TEAM

01:14PM 20    TRAINS THE CLIA LABORATORY PERSONNEL ON HOW DO THE ASSAY, AND

01:14PM 21    THEY'RE SIGNED OFF AS TRAINED PERSONNEL, AND THEN THE

01:14PM 22    VALIDATION REPORT GETS SIGNED OFF BY THE LAB DIRECTOR AND THEN

01:14PM 23    THE TEST CAN GO LIVE.

01:14PM 24    Q.   AND ULTIMATELY THE JUDGMENTS AS TO WHICH TEST COULD GO

01:14PM 25    FROM R&D INTO CLIA WAS YOUR CALL FUNDAMENTALLY?

01:14PM  1    A.   YES.

01:14PM  2    Q.   AND IF YOU DIDN'T SIGN YOUR NAME, IT COULDN'T COME IN?

01:14PM  3    A.   CORRECT.

01:14PM  4    Q.   OKAY.  AND THERE WERE OTHER PEOPLE WHO SIGNED THE ASSAY

01:14PM  5    VALIDATION REPORTS BASED UPON WORK THAT THEY HAD DONE ON THE

01:14PM  6    ASSAY; RIGHT?

01:14PM  7    A.   YES.  THEY WERE VOUCHING FOR THE, FOR THE INTEGRITY OF THE

01:14PM  8    DATA.

01:14PM  9    Q.   AND THEY WERE VOUCHING FOR THE INTEGRITY OF THE DATA AND

01:14PM  10   YOU RELIED UPON THAT --

01:15PM  11   A.   I RELIED UPON THEM, CORRECT.

01:15PM  12   Q.   OKAY.  BUT ONCE THEY CAME IN, YOU HAD TO MAKE THAT

01:15PM  13   JUDGMENT AS TO WHETHER OR NOT THOSE CLIA REQUIREMENTS WERE

01:15PM  14   CHECKED; RIGHT?

01:15PM  15   A.   THAT WAS DONE AT THE VERY BEGINNING OF THE VALIDATION

01:15PM  16   PROCESS SO THAT I WOULDN'T BE ASKING FOR THINGS AFTER THE FACT,

01:15PM  17   THAT WE HAD A COMPREHENSIVE PLAN IN PLACE BEFORE THE VALIDATION

01:15PM  18   BEGAN.

01:15PM  19   Q.   RIGHT.  YOU STARTED BACK NOT LONG AFTER YOU BEGAN WORKING

01:15PM  20   AT THE COMPANY ON THOSE PROJECTS, RIGHT, AND ADVISING THE R&D?

01:15PM  21   A.   YES, YES.

01:15PM  22   Q.   AND MUCH OF THE WORK THAT THEY WERE DOING IN THE R&D GROUP

01:15PM  23   WAS SPECIFICALLY DESIGNED TO FACILITATE SMOOTH TRANSITION INTO

01:15PM  24   THE CLIA LAB?

01:15PM  25   A.   YES.

01:15PM  1      Q.   OR QUICK TRANSITION?

01:15PM  2      A.   YES, YES.

01:15PM  3      Q.   AND I'D LIKE TO SHOW YOU WHAT IS IN EVIDENCE AT 9921,

01:15PM  4      WHICH IS GOING TO BE ONE OF YOUR BLACK BINDERS.  WE'LL BRING IT

01:15PM  5      UP ON THE SCREEN.  IT'S IN EVIDENCE, AND IT MAY BE EASIER FOR

01:16PM  6      YOU TO LOOK AT IT THERE.  IT'S ON YOUR SCREEN.

01:16PM  7           DO YOU SEE THIS IS A DOCUMENT ENTITLED MASTER VALIDATION

01:16PM  8      PLAN FOR ELISA ASSAYS ON THERANOS DEVICES?

01:16PM  9      A.   YEAH.

01:16PM  10     Q.   AND THIS WAS PUT IN PLACE INITIALLY IN 2011.

01:16PM  11          DO YOU SEE THAT?

01:16PM  12     A.   YES.

01:16PM  13     Q.   AND THAT WAS BY DR. ARNOLD GELB?

01:16PM  14     A.   CORRECT.

01:16PM  15     Q.   AND HE WAS YOUR PREDECESSOR AS LAB DIRECTOR?

01:16PM  16     A.   CORRECT.

01:16PM  17     Q.   OKAY.  AND YOU SEE DR. --

01:16PM  18     A.   I JUST WANT TO CLARIFY THAT.  SO DR. GELB WAS NOT THERE

01:16PM  19     WHEN I ARRIVED.  THE LABORATORY DOCUMENTS WERE BEING SIGNED BY

01:16PM  20     SPENCER HIRAKI.  HE WAS A PH.D.

01:16PM  21     Q.   SPENCER HIRAKI WAS SERVING AS THE CLIA LAB DIRECTOR FOR

01:16PM  22     THAT SHORT PERIOD --

01:17PM  23     A.   CORRECT.

01:17PM  24     Q.   -- BETWEEN WHEN DR. GELB LEFT AND WHEN YOU ARRIVED; IS

01:17PM  25     THAT RIGHT?

01:17PM   1    A.   CORRECT.

01:17PM   2    Q.   AND I SHOULD SAY BETWEEN WHEN DR. GELB LEFT AND YOU MET

01:17PM   3    THE LICENSING REQUIREMENTS?

01:17PM   4    A.   THAT'S RIGHT.   THAT'S RIGHT.

01:17PM   5    Q.   OKAY.   BUT YOU WERE SERVING -- WELL, DR. GELB, IN ANY

01:17PM   6    EVENT, APPEARS TO HAVE SIGNED THIS DOCUMENT.

01:17PM   7         DO YOU SEE THAT?

01:17PM   8    A.   CORRECT.

01:17PM   9    Q.   AND DO YOU RECALL WHETHER YOU HAD REVIEWED THIS DOCUMENT

01:17PM   10   AT THE TIME?   I CAN GO TO THE SECOND PAGE AND IT MIGHT HELP.

01:17PM   11   THIRD PAGE.

01:17PM   12   A.   I DO NOT RECALL REVIEWING THIS DOCUMENT.

01:17PM   13   Q.   OKAY.   LET'S GO TO EXHIBIT 1031.   THAT'S IN EVIDENCE.

01:18PM   14        IF WE CAN PUBLISH IT, YOUR HONOR?

01:18PM   15             THE COURT:   YES.

01:18PM   16   BY MR. WADE:

01:18PM   17   Q.   LET'S START WITH AN EMAIL HERE.   AND YOU SEE THIS IS AN

01:18PM   18   EMAIL FROM DR. GANGAKHEDKAR COPYING DR. SIVARAMAN.   YOU KNEW

01:18PM   19   DR. SIVARAMAN AS WELL?

01:18PM   20   A.   YES, I DID.

01:18PM   21   Q.   SHE WORKED IN R&D?

01:18PM   22        DO YOU RECALL THAT?

01:18PM   23   A.   SHARADA WAS SUREKHA'S BOSS.   THEY BOTH WORKED ON THE

01:18PM   24   IMMUNOASSAYS AND THE EDISONS.   I THINK SHARADA LEFT AT SOME

01:18PM   25   POINT AND SUREKHA TOOK OVER.   I DON'T RECALL.

01:18PM  1    Q.   OKAY.  IN ANY EVENT, THIS WAS SENT TO YOU AND DR. YOUNG.

01:18PM  2         DO YOU SEE THAT?

01:18PM  3    A.   AND TO ELIZABETH.

01:18PM  4    Q.   RIGHT, AND TO MS. HOLMES?

01:18PM  5    A.   YES.

01:18PM  6    Q.   AND MS. HOLMES WAS VERY INVOLVED IN THE R&D EFFORTS.

01:18PM  7         DO YOU RECALL THAT?  ON THE ASSAYS?

01:19PM  8    A.   I HAVE SEEN EVIDENCE DURING THIS TRIAL WHERE SHE WAS

01:19PM  9    COMMUNICATING WITH SUREKHA.

01:19PM 10    Q.   LET ME -- WE DON'T WANT ANY EVIDENCE.  WE JUST WANT YOUR

01:19PM 11    KNOWLEDGE AT THE TIME.  I DON'T MEAN TO BE RUDE AND INTERRUPT

01:19PM 12    YOU, BUT WE JUST WANT TO KNOW WHETHER YOU WERE AWARE AT THE

01:19PM 13    TIME THAT SHE WAS INVOLVED IN THE R&D?

01:19PM 14    A.   WHETHER MS. HOLMES WAS INVOLVED?

01:19PM 15    Q.   YES.

01:19PM 16    A.   I DO NOT KNOW.

01:19PM 17    Q.   BUT SHE WAS ON THIS DOCUMENT?

01:19PM 18    A.   CORRECT.

01:19PM 19    Q.   AND DO YOU SEE HERE IT MENTIONS OR ATTACHES THREE

01:19PM 20    DOCUMENTS?

01:19PM 21    A.   YES.

01:19PM 22    Q.   OKAY.  AND THERE ARE A COUPLE DEVELOPMENT REPORTS, AND

01:19PM 23    THEN IT SAYS A VALIDATION PLAN.

01:19PM 24         DO YOU SEE THAT?

01:19PM 25    A.   YES.

01:19PM 1      Q.   OKAY.  LET'S BRING UP THE FIRST -- AND IT SAYS -- I'M

01:19PM 2      SORRY.  IF WE CAN GO BACK TO THE EMAIL.  I JUMPED THE GUN

01:19PM 3      THERE.

01:19PM 4           IT SAYS, "AS DISCUSSED IN THE MEETING WITH ELIZABETH,

01:19PM 5      PLEASE REVIEW THE DATA IN THE DEVELOPMENT REPORTS FOR USABILITY

01:20PM 6      TOWARDS VALIDATION AND PROPOSE WHAT WILL BE NEEDED FOR

01:20PM 7      VERIFICATION FOR THE 3.5 SYSTEM WITH THE PRE-DILUTIONS."

01:20PM 8           DO YOU SEE THAT?

01:20PM 9      A.   YES.

01:20PM 10     Q.   AND THIS WAS KIND OF THE TECH TRANSFER THAT YOU WERE

01:20PM 11     TALKING ABOUT; RIGHT?

01:20PM 12     A.   YES.

01:20PM 13     Q.   AND YOU WERE --

01:20PM 14     A.   ACTUALLY, THIS IS REALLY ASSAY DEVELOPMENT.  THE TECH

01:20PM 15     TRANSFER IS WHEN, YOU KNOW, THE R&D TEAM IS VALIDATING THE TEST

01:20PM 16     AND THEY'RE TRAINING THE CLIA STAFF.  THESE ARE REALLY

01:20PM 17     PRELIMINARY STUDIES AS FAR AS I CAN TELL.

01:20PM 18     Q.   WELL, LET'S LOOK AT THE DOCUMENT.  IF WE CAN BRING UP THE

01:20PM 19     FIRST ASSAY.

01:20PM 20          DO YOU SEE THERE IT SAYS MASTER VALIDATION PLAN FOR ELISA

01:20PM 21     ASSAYS ON THERANOS DEVICES.

01:20PM 22          DO YOU SEE THAT?

01:20PM 23     A.   YEAH.  SO ONE THING THAT DOESN'T MAKE SENSE IS THERE WAS

01:20PM 24     AN ATTACHMENT THAT SAYS TSH MASTER VALIDATION PLAN, THAT WAS

01:20PM 25     WHAT THE ATTACHMENT WAS ENTITLED, AND THE DOCUMENT SAYS MASTER

01:21PM  1    VALIDATION PLAN, SO I DON'T KNOW WHY THERE WAS THAT

01:21PM  2    DISCREPANCY.

01:21PM  3    Q.   THERE WERE MULTIPLE ATTACHMENTS, AND WE CAN SPEND A LITTLE

01:21PM  4    TIME WITH EACH.

01:21PM  5         LET ME START WITH THIS ONE.

01:21PM  6    A.   UH-HUH.

01:21PM  7    Q.   AND THIS IS AN ATTACHMENT.  AND IF YOU HAVE ANY

01:21PM  8    UNCERTAINLY, THE EXHIBIT IS IN YOUR BOOK.  YOU'RE WELCOME TO

01:21PM  9    LOOK AT THE PHYSICAL ATTACHMENT.

01:21PM  10        BUT THIS IS ONE OF THE ATTACHMENTS.  IT SAYS MASTER

01:21PM  11   VALIDATION PLAN FOR ELISA ASSAYS ON THERANOS DEVICES.

01:21PM  12        DO YOU SEE THAT?

01:21PM  13   A.   YES.

01:21PM  14   Q.   AND THIS IS NOW THE TYPE OF FORMAT THAT WAS USED WITHIN

01:21PM  15   THE CLIA LAB SETTING AT THERANOS; RIGHT?

01:21PM  16   A.   CORRECT.

01:21PM  17   Q.   AND THIS IS THE TYPE OF DOCUMENT, WHEN YOU'RE TALKING

01:21PM  18   ABOUT VALIDATION REPORTS LATER -- AND WE'LL TALK ABOUT SOME IN

01:21PM  19   A BIT -- MANY OF THEM HAVE THIS TYPE OF DOCUMENT, THIS TYPE OF

01:21PM  20   COVER PAGE; RIGHT?

01:21PM  21   A.   YEAH.  YOU CAN'T, YOU CAN'T HAVE A MASTER VALIDATION PLAN

01:21PM  22   THAT WOULD APPLY TO ALL OF THE ELISA ASSAYS.  THAT MAKES NO

01:21PM  23   SENSE.  IT'S A PURE ASSAY PLAN.  THAT'S WHAT IS REQUIRED.

01:21PM  24   Q.   I UNDERSTAND.  LET ME SEE IF I CAN HELP UNPACK THAT

01:22PM  25   COMMENT A BIT.  OKAY?

01:22PM 1      A.   UH-HUH.

01:22PM 2      Q.   EACH ASSAY HAS TO HAVE AN ASSAY SPECIFIC VALIDATION PLAN?

01:22PM 3      A.   CORRECT.

01:22PM 4      Q.   SIGNED BY YOU --

01:22PM 5      A.   CORRECT.

01:22PM 6      Q.   -- IN ORDER TO BE OFFERED IN THE CLIA LAB; RIGHT?

01:22PM 7      A.   NO.  THAT, THAT IS THE GREEN LIGHT FOR IT TO GO INTO

01:22PM 8      VALIDATION.

01:22PM 9           THE PLAN LAYS OUT HOW ARE YOU GOING TO DO YOUR VALIDATION,

01:22PM 10     WHAT YOUR ACCEPTANCE CRITERIA ARE, ET CETERA.

01:22PM 11          AFTER THE PLAN THERE'S A VALIDATION REPORT.  THAT HAS TO

01:22PM 12     BE SIGNED BY ME BEFORE TESTS CAN BE OFFERED.

01:22PM 13     Q.   OKAY.  SO THERE'S A VALIDATION PLAN?

01:22PM 14     A.   CORRECT.

01:22PM 15     Q.   AND THEN THERE'S A VALIDATION REPORT?

01:22PM 16     A.   CORRECT.

01:22PM 17     Q.   THAT IS PREPARED WITHIN THE CLIA LAB?

01:22PM 18     A.   YES.

01:22PM 19     Q.   AND ONCE YOU'RE COMFORTABLE THAT IT HAS MET ALL OF THE

01:22PM 20     REQUIREMENTS, YOU SIGN IT?

01:22PM 21     A.   CORRECT.

01:22PM 22     Q.   AND BEFORE THE TEST CAN BE OFFERED, YOU NEED TO HAVE AN

01:22PM 23     SOP; RIGHT?

01:22PM 24     A.   YES.

01:22PM 25     Q.   AND THE SOP IS PREPARED?

01:22PM  1     A.   YES.

01:22PM  2     Q.   AND THEN YOU OFFER THE ASSAY?

01:22PM  3     A.   YOU NEED TRAINING AND DOCUMENTATION OF TRAINING.

01:22PM  4     Q.   AND ALL OF THOSE THINGS UNDER THOSE REGULATIONS IN 7603

01:23PM  5     ULTIMATELY ARE THE RESPONSIBILITY OF THE LABORATORY DIRECTOR?

01:23PM  6     A.   YEAH.  YOU NEED TO HAVE INSTRUMENTS MAINTAINED,

01:23PM  7     PERFORMANCE QUALIFICATIONS ON THE INSTRUMENTS.  THERE ARE A

01:23PM  8     NUMBER OF THINGS.

01:23PM  9     Q.   THERE ARE A LOT OF THINGS THAT YOU NEED TO HAVE WITHIN THE

01:23PM 10     FUNCTIONING OF THE CLIA LAB; RIGHT?

01:23PM 11     A.   YES.

01:23PM 12     Q.   AND WE'LL TALK ABOUT MANY OF THEM WITH YOU, SIR.

01:23PM 13          BUT I'M FOCUSSED RIGHT NOW ON THIS INITIAL PERIOD.

01:23PM 14          AND I UNDERSTAND YOUR TESTIMONY IS EVERY ASSAY HAS TO HAVE

01:23PM 15     A PLAN?

01:23PM 16     A.   CORRECT.

01:23PM 17     Q.   DO YOU RECALL THAT?

01:23PM 18          DO YOU RECALL THAT FOR DIFFERENT CATEGORIES OF ASSAYS

01:23PM 19     THERE WAS SORT OF AN OVERARCHING MASTER VALIDATION PLAN THAT

01:23PM 20     WOULD BE USED FOR THE PROCESS TO BE USED TO CREATE THOSE

01:23PM 21     INDIVIDUAL ASSAY PLANS?

01:23PM 22     A.   I DON'T RECALL THAT.

01:23PM 23     Q.   LET'S TAKE A LOOK AT THE DOCUMENT.

01:23PM 24          YOU SEE YOU WERE SENT THIS DOCUMENT; RIGHT?

01:23PM 25     A.   I SEE THAT IT HAS MY NAME ON IT AT THE BOTTOM.

01:23PM   1    Q.   WE CAN GO BACK TO THE EMAIL ON 1031.

01:24PM   2    A.   YEAH, THIS WAS TSH MASTER VALIDATION PLAN.  I'M ASSUMING

01:24PM   3    THAT'S THE SAME DOCUMENT.

01:24PM   4    Q.   SIR, I DON'T WANT ANY CONFUSION.  WHY DON'T YOU PULL UP

01:24PM   5    1031 IN YOUR BLACK BINDER.

01:24PM   6    A.   ONE BLACK BINDER STARTS AT 10451.

01:25PM   7              MR. WADE:  MAY I APPROACH, YOUR HONOR?

01:25PM   8              THE COURT:  DO YOU HAVE IT?

01:25PM   9              MR. WADE:  I HAVE IT.  BUT IF IT'S EASIER I'LL HAND

01:25PM  10    IT.

01:25PM  11              THE WITNESS:  IT'S NOT IN HERE.  THE OTHER BINDER

01:25PM  12    ENDS AT 10300.

01:25PM  13              MR. WADE:  (HANDING.)

01:25PM  14              THE WITNESS:  OKAY.  THANKS.

01:25PM  15    BY MR. WADE:

01:25PM  16    Q.   I BELIEVE IN THAT COPY, SIR, I ONLY PRINTED ONE OF THE

01:25PM  17    FOUR ATTACHMENTS.

01:25PM  18         BUT WHY DON'T YOU TAKE A MINUTE AND REVIEW THAT DOCUMENT

01:25PM  19    JUST GENERALLY TO FAMILIARIZE YOURSELF WITH IT.

01:25PM  20         WHILE HE'S DOING IT, IF WE CAN PULL UP ON SPLIT SCREEN

01:25PM  21    THAT ATTACHMENT AND 9921.

01:26PM  22         SO YOU'LL RECALL A FEW MINUTES AGO WE LOOKED AT 9921.  IT

01:26PM  23    WAS THE DR. GELB MASTER VALIDATION PLAN --

01:26PM  24    A.   YES.

01:26PM  25    Q.   -- FOR ELISA ASSAYS.

01:26PM   1        DO YOU SEE THAT?

01:26PM   2   A.   YES.

01:26PM   3   Q.   AND THAT WAS SIGNED BY DR. GANGAKHEDKAR, DR. GELB, AND

01:26PM   4   DR. YOUNG.  I GUESS JUST THOSE THREE, YES?

01:26PM   5   A.   OH, THAT WAS WAY BACK IN 2011, YEAH.

01:26PM   6   Q.   RIGHT.  DO YOU SEE THAT BACK IN 2011?

01:26PM   7   A.   YEAH.

01:26PM   8   Q.   AND WHY DON'T WE LOOK AT A COUPLE OF PAGES OF THAT

01:26PM   9   DOCUMENT.  IF YOU'LL GO TO THE THIRD PAGE.

01:26PM  10        THIS IS THE DOCUMENT THAT SETS FORTH SOME PLANS AND

01:26PM  11   DEFINITIONS WITH RESPECT TO HOW THE VALIDATION PROCESS WAS

01:26PM  12   GOING TO PLAY OUT WITH RESPECT TO ASSAY DEVELOPMENT.

01:26PM  13        LET ME GO TO THE NEXT PAGE.  AND THE NEXT PAGE.  AND THE

01:27PM  14   NEXT PAGE.

01:27PM  15        OKAY.  NOW, IF YOU TURN YOUR ATTENTION BACK TO 10 -- THE

01:27PM  16   ATTACHMENT AT 1031, YOU SEE IT'S VERY SIMILAR.  AND IT APPEARS

01:27PM  17   TO BE AN ATTEMPT TO UPDATE THAT OLD PLAN?

01:27PM  18   A.   YES.  THIS ONE IS DATED AUGUST 2013.

01:27PM  19   Q.   RIGHT.

01:27PM  20   A.   THE AUTHOR AND REVIEW AND STATEMENT ARE THE SAME -- I'M

01:27PM  21   SORRY.  THE PREVIOUS ONE WAS SIGNED BY DR. GELB.  YOU'RE

01:27PM  22   SHOWING ME THE UPDATED ONE ON THE SCREEN, AND I'M ALSO LOOKING

01:27PM  23   AT IT.

01:27PM  24   Q.   OKAY.  LET ME PULL DOWN THE OLD ONE.

01:27PM  25   A.   YEAH.

01:27PM 1    Q.   AND I'M GOING TO FOCUS YOU ON THE ONE THAT WAS SENT TO YOU

01:27PM 2    AND DR. YOUNG AND MS. HOLMES IN AUGUST OF 2013.

01:28PM 3         OKAY?

01:28PM 4    A.   OKAY.

01:28PM 5    Q.   DO I INFER FROM YOUR QUESTIONS THAT YOU DON'T RECALL THIS

01:28PM 6    DOCUMENT?

01:28PM 7    A.   I DO NOT.

01:28PM 8    Q.   OKAY.  BUT YOU UNDERSTAND THAT IT WAS EMAILED TO YOU AT

01:28PM 9    THE TIME?

01:28PM 10   A.   YES.

01:28PM 11   Q.   OKAY.  I'M JUST GOING TO ASK YOU A COUPLE OF QUESTIONS

01:28PM 12   ABOUT THIS DOCUMENT.

01:28PM 13   A.   UH-HUH.

01:28PM 14   Q.   IF WE CAN GO TO THE SECOND, THIRD, RIGHT HERE.

01:28PM 15        DO YOU SEE WHERE IT -- THE PURPOSE IS IDENTIFIED AS "TO

01:28PM 16   DEFINE A VALIDATION PLAN FOR THE VALIDATION AND QUALIFICATION

01:28PM 17   OF ELISA ASSAYS."

01:28PM 18        DO YOU SEE THAT?

01:28PM 19   A.   YES.

01:28PM 20   Q.   AND IF I CAN TAKE ALL OF NUMBER 2, THE SCOPE.

01:28PM 21        DO YOU SEE THAT 2.1 SAYS, "THIS DOCUMENT APPLIES TO THE

01:28PM 22   VALIDATION/QUALIFICATION OF ELISA ASSAYS ON THERANOS DEVICES

01:28PM 23   UNDER CLIA REGULATIONS BY CLIA LABORATORY PERSONNEL"?

01:29PM 24   A.   YES.

01:29PM 25   Q.   AND THEN 2.2 OF THAT PAGE REFERS TO 42 CFR 493.1253.

01:29PM  1         DO YOU SEE THAT?

01:29PM  2    A.   YES.

01:29PM  3    Q.   AND YOU'RE FAMILIAR WITH THAT PROVISION, AREN'T YOU, SIR?

01:29PM  4    A.   YES, I AM.

01:29PM  5    Q.   THAT'S AN OLD STANDBY FOR A LAB DIRECTOR LIKE YOU, ISN'T

01:29PM  6    IT?

01:29PM  7    A.   YES.

01:29PM  8    Q.   OKAY.  AND THE IDEA -- THAT IS THE CLIA REGULATION THAT

01:29PM  9    SETS FORTH ALL OF THE REQUIREMENTS THAT NEED TO BE MET BEFORE

01:29PM 10    AN ASSAY CAN BE VALIDATED, AND THEN LATER IN THE VALIDATION

01:29PM 11    DOCUMENT IN THE CLIA LAB, AND THEN OFFERED TO PATIENTS; RIGHT?

01:29PM 12    A.   YES.  IT LISTS THE REQUIRED PERFORMANCE SPECIFICATIONS.

01:29PM 13    Q.   RIGHT.  AND YOU SEE THAT REFERENCE THERE?

01:29PM 14    A.   YES.

01:29PM 15    Q.   AND IF WE CAN GO DOWN TO THE NEXT SECTION OF THE DOCUMENT

01:30PM 16    THERE AND JUST FOCUS ON THE DEFINITIONS.

01:30PM 17         IT TALKS ABOUT SOME OF THOSE REQUIREMENTS AND GIVES SOME

01:30PM 18    DEFINITIONS THERE?

01:30PM 19    A.   YES.

01:30PM 20    Q.   AND WITH RESPECT TO ACCURACY, IT ALSO INCORPORATES CLSI

01:30PM 21    MATERIAL; RIGHT?

01:30PM 22    A.   YES.

01:30PM 23    Q.   WHICH IS A COMMON INDUSTRY STANDARD GUIDANCE ON ACCURACY;

01:30PM 24    RIGHT?

01:30PM 25    A.   CLSI -- I CAN DESCRIBE WHAT THAT IS.

01:30PM  1     Q.   SURE.

01:30PM  2     A.   IT IS A PRIVATE ORGANIZATION BASED IN WAYNE, PENNSYLVANIA,

01:30PM  3     THAT PUBLISHES GUIDANCE DOCUMENTS ON A NUMBER OF LABORATORY

01:30PM  4     ISSUES.

01:30PM  5     Q.   OKAY.  AND WHY DON'T WE GO TO THE NEXT PAGE.  THE NEXT

01:30PM  6     PAGE, NEXT PAGE.  LET'S BLOW UP 7.  I'M SORRY.  6.

01:31PM  7          AND THIS TALKS ABOUT THE PROCESS TO DO THAT ON THE

01:31PM  8     THERANOS DEVICES; RIGHT?

01:31PM  9     A.   YES.

01:31PM  10    Q.   AND THE DEVICES THAT WERE BEING USED AT THIS TIME WERE 3.0

01:31PM  11    AND 3.5 DEVICES; RIGHT?

01:31PM  12    A.   I DO NOT RECALL.

01:31PM  13    Q.   OKAY.  AND I KNOW YOU DON'T REMEMBER THE DOCUMENTS, BUT AS

01:31PM  14    A GENERAL MATTER --

01:31PM  15    A.   ARE YOU ASKING ME TO VOUCH FOR THE TRUTH OF THIS

01:31PM  16    STATEMENT?

01:31PM  17    Q.   NO.

01:31PM  18    A.   OKAY.

01:31PM  19    Q.   I JUST KNOW YOU DON'T REMEMBER THE DOCUMENT.

01:31PM  20    A.   YEAH.

01:31PM  21    Q.   BUT DO YOU RECALL GENERALLY THE PROCESS THAT WAS GONE

01:31PM  22    THROUGH TO MEET THOSE SPECIFICATIONS WITH RESPECT TO EACH

01:31PM  23    INDIVIDUAL ASSAY?

01:31PM  24    A.   YES.  YES.

01:31PM  25              MR. WADE:  OKAY.  MAYBE THIS WOULD BE A GOOD TIME

01:31PM  1    FOR A BREAK, YOUR HONOR.

01:31PM  2              THE COURT:  SURE.  SURE.  LET'S TAKE OUR AFTERNOON

01:31PM  3    BREAK.

01:31PM  4        FOLKS, LET'S TAKE ABOUT 20 MINUTES AND THEN WE'LL COME

01:32PM  5    BACK AND FINISH OUR DAY.

01:32PM  6        (RECESS FROM 1:32 P.M. UNTIL 1:54 P.M.)

01:54PM  7              THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

01:54PM  8    THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

01:54PM  9        MR. WADE, WOULD YOU LIKE TO CONTINUE?

01:54PM  10             MR. WADE:  I WOULD, YOUR HONOR.

01:54PM  11   Q.   DR. ROSENDORFF, I'D LIKE TO BACK UP TO THE TIME BEFORE YOU

01:54PM  12   JOINED THERANOS --

01:54PM  13   A.   YES.

01:54PM  14   Q.   -- AND ASK YOU ABOUT WHEN YOU JOINED THERANOS.  OKAY?

01:54PM  15   A.   YES.

01:54PM  16   Q.   YOU OFFERED SOME TESTIMONY ABOUT THAT ON DIRECT.

01:54PM  17        DO YOU RECALL?

01:54PM  18   A.   YES.

01:54PM  19   Q.   AND BEFORE YOU JOINED THERANOS, YOU WERE WORKING AT UPMC?

01:55PM  20   A.   CORRECT.

01:55PM  21   Q.   AND WERE YOU THE CLIA LAB DIRECTOR?

01:55PM  22   A.   MY TITLE WAS MEDICAL DIRECTOR OF THE CLIA LABORATORIES.

01:55PM  23   MIGUEL REYES WAS ON THE CERTIFICATE AS THE CLIA DIRECTOR OF

01:55PM  24   RECORD.

01:55PM  25   Q.   AND BEFORE YOU CAME TO THERANOS, HAD YOU EVER SERVED AS A

01:55PM   1     CLIA LAB DIRECTOR BEFORE?

01:55PM   2     A.   NO.

01:55PM   3     Q.   I BELIEVE YOU APPLIED FOR THE JOB, IS IT LATE 2012?

01:55PM   4     A.   CORRECT.

01:55PM   5     Q.   AND YOUR INTERVIEW WAS IN LATE 2013; IS THAT CORRECT?

01:55PM   6     A.   CORRECT.

01:55PM   7     Q.   AND YOU PROVIDED A RESUME IN CONNECTION WITH THAT?

01:56PM   8     A.   YES.

01:56PM   9     Q.   LET ME DIRECT YOU TO EXHIBIT 10272.  AND THEY ARE IN THE

01:56PM  10     BLACK BINDERS AND THEY SHOULD BE IN NUMERICAL ORDER, DOCTOR.

01:56PM  11     IT SHOULD HELP YOU LOOK AT THE TABS ON THE SIDE.

01:56PM  12            THE COURT:  IS IT VOLUME 1?

01:56PM  13            MR. WADE:  I BELIEVE SO.  WE'LL BRING A BOOKSHELF

01:56PM  14     FOR THE COURT NEXT TIME, YOUR HONOR.

01:56PM  15     Q.   DO YOU HAVE THAT IN FRONT OF YOU?

01:56PM  16     A.   YES.

01:56PM  17     Q.   AND DO YOU RECOGNIZE THAT DOCUMENT?

01:56PM  18     A.   YES.

01:56PM  19     Q.   AND WHAT IS THE DOCUMENT?

01:56PM  20     A.   IT IS A RESUME THAT APPEARS TO BE CURRENT DURING MY TIME

01:56PM  21     AT UPMC.  IT'S SINCE BEEN UPDATED.

01:56PM  22     Q.   AND BASED ON THE BOOKS AND RECORDS OF THE COMPANY, THIS

01:57PM  23     APPEARS TO BE THE ONE THAT YOU SENT TO THERANOS?

01:57PM  24     A.   YES.

01:57PM  25     Q.   WOULD IT APPEAR TO BE OF THAT VINTAGE?

01:57PM   1        A.   YES.

01:57PM   2                    MR. WADE:  MOVE THE ADMISSION OF EXHIBIT 10272.

01:57PM   3                    THE COURT:  THERE'S AN ADDRESS THAT SHOULD BE

01:57PM   4        REDACTED.

01:57PM   5                    MR. WADE:  I BELIEVE IT'S AN ADDRESS THAT HAS LONG

01:57PM   6        SINCE PASSED, BUT IF THERE'S A CONCERN.

01:57PM   7                    THE COURT:  SHOULD WE OUT OF CAUTION, MR. BOSTIC?

01:57PM   8                    MR. BOSTIC:  NO OBJECTION TO THE ADMISSION,

01:57PM   9        YOUR HONOR.

01:57PM  10                    THE COURT:  LET'S JUST DELETE THAT.  THANK YOU,

01:57PM  11        MR. WADE.

01:57PM  12                    MR. WADE:  MY APOLOGIES.

01:57PM  13                    THE COURT:  AND THE PHONE NUMBERS AND ALL OF THAT.

01:57PM  14                    MR. WADE:  WE'LL BLOCK OUT THE WHOLE ROW BELOW

01:57PM  15        A. ROSENDORFF, M.D.

01:57PM  16            MAY WE PUBLISH IT, YOUR HONOR, ONCE WE GET THAT?

01:57PM  17                    THE COURT:  YES.

01:57PM  18            (DEFENDANT'S EXHIBIT 10272 WAS RECEIVED IN EVIDENCE.)

01:57PM  19        BY MR. WADE:

01:57PM  20        Q.   AGAIN, THIS IS THE RESUME BEFORE THE TIME YOU APPLIED TO

01:58PM  21        THERANOS?

01:58PM  22        A.   YES.

01:58PM  23        Q.   AND DO YOU BELIEVE THAT THIS RESUME IS TRUE, ACCURATE, AND

01:58PM  24        COMPLETE?

01:58PM  25        A.   YES.

01:58PM  1    Q.   WHY DID YOU LEAVE UPMC?

01:58PM  2    A.   WHY DID I LEAVE?

01:58PM  3    Q.   YES.

01:58PM  4    A.   I GOT REALLY INTERESTED IN THE INNOVATION THAT WAS

01:58PM  5    HAPPENING IN SILICON VALLEY, AND I REMEMBER READING A BIOGRAPHY

01:58PM  6    OF STEVE JOBS, AND I DON'T RECALL WHO THE AUTHOR WAS.

01:58PM  7         THE WHOLE KIND OF EXCITEMENT AROUND SILICON VALLEY WAS

01:58PM  8    VERY COMPELLING TO ME.

01:58PM  9         THAT'S THE MAJOR REASON, YES.

01:58PM  10   Q.   AND WAS IT THIS BIOGRAPHY?

01:58PM  11   A.   YES.

01:58PM  12   Q.   AND IT WAS WALTER ISAACSON AND STEVE JOBS?

01:58PM  13   A.   YES.

01:58PM  14   Q.   AND YOU WERE EXCITED ABOUT TECHNOLOGY, AND THAT'S ONE OF

01:58PM  15   THE REASONS THAT YOU MIGHT WANT TO MOVE OUT TO SILICON VALLEY?

01:59PM  16   A.   YES.

01:59PM  17   Q.   AND WERE THERE ANY OTHER REASONS THAT PROMPTED YOU TO

01:59PM  18   LEAVE UPMC?

01:59PM  19   A.   NOT THAT I CAN RECALL, NO.

01:59PM  20   Q.   NOT THAT YOU CAN RECALL?

01:59PM  21   A.   NO.

01:59PM  22   Q.   NOTHING ELSE?

01:59PM  23   A.   NO.  I WANTED TO MAKE A MORE GLOBAL IMPACT ON HEALTH CARE

01:59PM  24   AND I THOUGHT JOINING A DIAGNOSTICS COMPANY WOULD HELP ME DO

01:59PM  25   THAT.

01:59PM 1    Q.   OKAY.  AND I BELIEVE YOU TESTIFIED THAT -- SO WHEN YOU

01:59PM 2    WERE MOVING WEST AND YOU WANTED TO GET INTO TECHNOLOGY, YOU

01:59PM 3    WERE -- YOU HAD SORT OF APPLE AND ITS STORY AND INNOVATION IN

01:59PM 4    YOUR MIND; IS THAT FAIR?

01:59PM 5    A.   INNOVATION, YES, YES.

01:59PM 6    Q.   AND SO YOU UNDERSTOOD MUCH OF WHAT HAD MADE APPLE

01:59PM 7    SUCCESSFUL AS A RESULT OF READING THE ISAACSON BIOGRAPHY;

02:00PM 8    RIGHT?

02:00PM 9    A.   YES, YES.

02:00PM 10    Q.   AND YOU KNEW ONE OF THE THINGS THAT WAS IMPORTANT TO

02:00PM 11    APPLE'S SUCCESS AND SUCCESS OF A TECHNOLOGY COMPANY WAS VERY

02:00PM 12    EFFECTIVE PUBLIC RELATIONS AND MARKETING; RIGHT?

02:00PM 13          MR. BOSTIC:  OBJECTION.  FOUNDATION.

02:00PM 14          THE COURT:  WELL, IF HE KNOWS.

02:00PM 15    CAN YOU ANSWER THAT QUESTION?

02:00PM 16          THE WITNESS:  MY PERSONAL OPINION WAS THAT IT WAS

02:00PM 17    APPLE'S UNDERSTANDING OF PEOPLE'S EVERYDAY NEEDS AND TAILORING

02:00PM 18    THE TECHNOLOGY TO THOSE NEEDS THAT MADE IT SUCCESSFUL.

02:00PM 19    BY MR. WADE:

02:00PM 20    Q.   AND, AGAIN, WE'RE TALKING ABOUT -- BASED ON THE BOOK, YOU

02:00PM 21    ARE AWARE THAT MR. JOBS SPENT A LOT OF TIME FOCUSSED ON

02:00PM 22    COMMERCIALS AND OTHER PUBLIC RELATIONS; RIGHT?

02:00PM 23    A.   YES.

02:00PM 24    Q.   AND YOU'RE AWARE, BASED ON THE BOOK, THAT THEY BECAME

02:00PM 25    INCREDIBLY FAMOUS FOR SOME OF THE ADVERTISING THAT THEY

02:00PM  1    DEVELOPED; RIGHT?

02:00PM  2    A.   YES.

02:00PM  3    Q.   THAT THEY CREATED THE 1984 SUPER BOWL AD.

02:01PM  4         DO YOU RECALL THAT?

02:01PM  5    A.   I RECALL A CHIAT/DAY, I BELIEVE, THERE WAS AN AD ABOUT BIG

02:01PM  6    BROTHER, OR THERE WAS A REFERENCE TO GEORGE ORWELL.

02:01PM  7    Q.   THE ORWELLIAN AD, WHICH I BELIEVE WAS TITLED 1984?

02:01PM  8    A.   YES.

02:01PM  9    Q.   AND IT WAS RUN IN THE SUPER BOWL.

02:01PM  10        DO YOU RECALL THAT?

02:01PM  11   A.   I DO NOT RECALL.

02:01PM  12   Q.   AND AS A RESULT OF THAT, THAT HELPED GET A LOT OF

02:01PM  13   ATTENTION FOR APPLE.

02:01PM  14        DO YOU RECALL THAT?

02:01PM  15   A.   THAT WAS A VERY FAMOUS COMMERCIAL, SO I GUESS SO.

02:01PM  16   Q.   AND THERE WERE ALSO -- THAT SAME FIRM THAT IS REFERENCED

02:01PM  17   IN THE ISAACSON BOOK, THE CHIAT/DAY FIRM, THEY DEVELOPED THE

02:01PM  18   "THINK DIFFERENT" CAMPAIGN AND IT TALKS ABOUT THAT IN THE BOOK;

02:01PM  19   RIGHT?

02:01PM  20   A.   YES.

02:01PM  21   Q.   AND THAT WAS VIEWED AS A KEY PART OF THEIR SUCCESS, THAT

02:01PM  22   BRANDING STRATEGY; RIGHT?

02:01PM  23   A.   YES.

02:01PM  24   Q.   AND YOU RECALL FROM THE BOOK THE INTENSE SECRECY THAT

02:01PM  25   MR. JOBS IMPOSED ON R&D PROJECTS AT APPLE?

02:01PM  1    A.   CAN I MAKE A COMMENT ON APPLE'S SUCCESS?

02:01PM  2    Q.   YOU CAN ANSWER THE QUESTION.

02:02PM  3    A.   OKAY.  CAN YOU REPEAT THE QUESTION?

02:02PM  4    Q.   DO YOU WANT ME TO REPEAT IT?

02:02PM  5    A.   YEAH.

02:02PM  6    Q.   OKAY.  DO YOU RECALL -- DO YOU RECALL THAT THE BOOK LAYS

02:02PM  7    OUT IN INTENSE DETAIL OR IN EXCRUCIATING DETAIL THE SECRECY

02:02PM  8    THAT APPLE PUT IN CONNECTION WITH ITS RESEARCH AND DEVELOPMENT

02:02PM  9    AND PRODUCT DEVELOPMENT EFFORTS.

02:02PM  10        DO YOU RECALL THAT?

02:02PM  11   A.   I RECALL INTENSE SECRECY WITH REGARD TO THE PUBLIC

02:02PM  12   KNOWLEDGE OF THE TECHNOLOGY, YES.

02:02PM  13   Q.   DO YOU RECALL THAT THERE WERE -- AS DETAILED IN THE BOOK,

02:02PM  14   THERE WERE ACTUALLY OCCASIONS WHERE MR. JOBS WOULD MOVE AN R&D

02:02PM  15   PRODUCT TEAM OUT OF THE APPLE FACILITY INTO ANOTHER FACILITY, A

02:02PM  16   SECRET AND UNDISCLOSED LOCATION, THAT WAS UNMARKED.

02:02PM  17        DO YOU RECALL THAT?

02:02PM  18   A.   NO.  THAT'S INTERESTING.  YEAH.

02:02PM  19   Q.   OKAY.  DO YOU RECALL THAT WHEN MR. JOBS WOULD GO TO REVIEW

02:02PM  20   TECHNOLOGY, THAT HE WOULD DO IT IN A SPECIAL PASSWORD PROTECTED

02:03PM  21   ROOM WHERE NO ONE ELSE COULD ACCESS THAT TECHNOLOGY?  IT WAS A

02:03PM  22   ROOM SPECIFICALLY DESIGNED FOR THAT?

02:03PM  23            MR. BOSTIC:  OBJECTION.  RELEVANCE.  FOUNDATION.

02:03PM  24   COUNSEL IS TESTIFYING.

02:03PM  25            MR. WADE:  HE READ THE BOOK.

02:03PM   1              THE COURT:  HE DID READ THE BOOK, BUT THIS ISN'T THE

02:03PM   2    TIME FOR A BOOK REPORT.  I FAIL TO SEE THE RELEVANCE.

02:03PM   3         I'LL ALLOW YOU SOME LATITUDE, BUT HE READ THE BOOK AND YOU

02:03PM   4    CAN GO ON.

02:03PM   5              MR. WADE:  FAIR ENOUGH.

02:03PM   6         LET ME CONTINUE WITH THE RELEVANCE.

02:03PM   7    Q.   YOU READ THE BOOK?

02:03PM   8    A.   YES.

02:03PM   9    Q.   AND I BELIEVE YOU TESTIFIED YOU CAME OUT AND YOU

02:03PM  10    INTERVIEWED FOR 20 MINUTES WITH MS. HOLMES; IS THAT RIGHT?

02:03PM  11    A.   ABOUT THAT, YES.

02:03PM  12    Q.   AND ABOUT 20 MINUTES WITH DR. YOUNG?

02:03PM  13    A.   YES.

02:03PM  14    Q.   AND ABOUT 20 MINUTES WITH MR. BALWANI?

02:03PM  15    A.   YES.

02:03PM  16    Q.   AND YOU WERE VERY IMPRESSED BY THEIR EXUBERANCE.  WAS THAT

02:03PM  17    THE WORD THAT YOU USED?

02:03PM  18    A.   THE PHRASE I USED WAS EARNESTNESS AND DEDICATION.

02:03PM  19    Q.   YOU WERE IMPRESSED BY THEIR EARNESTNESS AND DEDICATION AT

02:04PM  20    THE TIME OF THE INTERVIEW?

02:04PM  21    A.   YES.

02:04PM  22    Q.   AND YOU HAD DONE SOME RESEARCH ON THE COMPANY; RIGHT?

02:04PM  23    A.   CORRECT.

02:04PM  24    Q.   AND YOU LOOKED AT SOME PATENTS?

02:04PM  25    A.   THERE WAS VERY LITTLE INFORMATION AVAILABLE ON THE COMPANY

02:04PM  1    WEBSITE ABOUT WHAT THEY ACTUALLY DID.  I WAS ABLE TO GOOGLE AND

02:04PM  2    FOUND SOME PATENTS THAT THERANOS HAD FILED --

02:04PM  3    Q.   OKAY.

02:04PM  4    A.   -- OVER THE YEARS, YEAH.

02:04PM  5    Q.   OKAY.  AND YOU SAID THAT THERE WAS VERY LITTLE

02:04PM  6    INFORMATION.

02:04PM  7         THERE WAS NOT A LOT OF PUBLIC DISCLOSURE IN THAT

02:04PM  8    INFORMATION; RIGHT?

02:04PM  9    A.   NO.

02:04PM  10   Q.   BECAUSE THEY WERE STILL IN RESEARCH AND DEVELOPMENT MODE?

02:04PM  11   A.   STEALTH MODE, QUOTE-UNQUOTE.

02:04PM  12   Q.   YES.  AND LIKE APPLE, THEY KEPT THE SECRETS.  YOU HAD JUST

02:04PM  13   READ APPLE, SO IT MUST NOT HAVE BEEN SURPRISING FOR YOU TO

02:04PM  14   LEARN THAT THIS TECHNOLOGY COMPANY WAS HOLDING ITS CONFIDENTIAL

02:04PM  15   TRADE SECRETS CLOSELY?

02:04PM  16   A.   I HAD TWO THOUGHTS.  ONE WAS THAT THE LACK OF INFORMATION

02:04PM  17   WOULD NOT ALLOW ME TO EVALUATE THIS OPPORTUNITY AS THOROUGHLY

02:05PM  18   AS I WOULD LIKE.

02:05PM  19        MY OTHER THOUGHT WAS THAT THEY MUST HAVE GREAT TECHNOLOGY

02:05PM  20   BECAUSE THEY'RE KEEPING IT SO SECRET, BECAUSE THEY'RE KEEPING

02:05PM  21   IT SO SECRET, BECAUSE THEY'RE KEEPING THE TECHNOLOGY SO SECRET.

02:05PM  22   Q.   OKAY.  AND -- BUT IT WASN'T TOTALLY SECRET.  THERE WERE

02:05PM  23   PATENTS THAT YOU REVIEWED; RIGHT?

02:05PM  24   A.   CORRECT.

02:05PM  25            MR. WADE:  MAY I APPROACH, YOUR HONOR?

02:05PM 1          THE COURT:  YES.

02:05PM 2          MR. WADE:  (HANDING.)

02:05PM 3          THE COURT:  IS THIS THE PATENT BINDER?

02:05PM 4          MR. WADE:  THIS IS THE PATENT BINDER.  I BELIEVE IT

02:05PM 5    IS VOLUME 8.

02:05PM 6    Q.   DR. ROSENDORFF, I PUT BEFORE YOU A BINDER OF THE PATENTS

02:05PM 7    THAT WERE PUBLICLY AVAILABLE ON THE WEBSITE ON -- PUBLICLY

02:05PM 8    AVAILABLE AS OF THE DATE OF YOUR INTERVIEW.  OKAY?

02:05PM 9    A.   YES.

02:05PM 10   Q.   AND DO YOU RECALL HOW -- AND I WANT TO HAVE THIS AS A

02:06PM 11   REFERENCE FOR YOU IN CASE YOU NEED TO GO TO ANY OF THESE

02:06PM 12   MATERIALS IN CONNECTION WITH MY QUESTIONS.  OKAY?

02:06PM 13   A.   OKAY.

02:06PM 14   Q.   AND YOU MENTIONED THERE WAS NOT VERY MUCH PUBLICLY

02:06PM 15   AVAILABLE INFORMATION; RIGHT?

02:06PM 16   A.   NO.

02:06PM 17   Q.   AND THERE WAS NOT A LOT OF PRESS OR MEDIA OUT THERE;

02:06PM 18   RIGHT?

02:06PM 19   A.   THERE WAS NOT.

02:06PM 20   Q.   RIGHT.  AND THERE WASN'T A LOT ON THE WEBSITE?

02:06PM 21   A.   THERE WAS A YOUTUBE VIDEO OF ELIZABETH THAT SHE WAS

02:06PM 22   TALKING AT STANFORD AND IT WAS SHORTLY AFTER SHE STARTED THE

02:06PM 23   COMPANY.  SHE WAS A BRUNETTE BACK THEN.  IT WAS AN INTERESTING

02:06PM 24   TALK, YEAH.

02:06PM 25   Q.   AND SO WAS I.

02:06PM  1          (LAUGHTER.)

02:06PM  2     BY MR. WADE:

02:06PM  3     Q.   NEVERTHELESS, BASED UPON YOUR INFORMATION, THE INFORMATION

02:06PM  4     THAT YOU WERE TO GATHER AND THE PATENTS THAT YOU REVIEWED, YOU

02:06PM  5     CAME TO A CONCLUSION ABOUT THE COMPANY; RIGHT?

02:06PM  6     A.   YES.

02:06PM  7     Q.   YOU THOUGHT IT WOULD BE THE NEXT APPLE?

02:06PM  8     A.   CORRECT.

02:06PM  9     Q.   NOW, YOU UNDERSTAND THAT APPLE IS THE BIGGEST COMPANY IN

02:07PM  10    THE WORLD RIGHT NOW?

02:07PM  11    A.   IS THAT RIGHT?

02:07PM  12    Q.   IT'S WORTH OVER $2 TRILLION.

02:07PM  13    A.   MARKET CAP?

02:07PM  14    Q.   YEAH.

02:07PM  15    A.   I KEEP LOSING TRACK.  SOMETIMES IT'S MICROSOFT.  SOMETIMES

02:07PM  16    IT'S APPLE.  SOMETIMES IT'S GOOGLE.  YOU KNOW BETTER THAN ME.

02:07PM  17    Q.   ALL CHILDREN OF THE SILICON VALLEY HERE; RIGHT?

02:07PM  18    A.   NO.  I DIDN'T GROW UP HERE.

02:07PM  19    Q.   OKAY.  THOSE COMPANIES ARE ALL CHILDREN OF THE

02:07PM  20    SILICON VALLEY?

02:07PM  21    A.   YES, YES.

02:07PM  22    Q.   AND SO YOU CAME TO THE -- BUT YOU DID KNOW AT THE TIME --

02:07PM  23    IF YOU DIDN'T KNOW IT WAS ONE OF THE BIGGEST COMPANIES IN THE

02:07PM  24    WORLD, YOU KNEW IT WAS ONE OF THE MOST SUCCESSFUL COMPANIES

02:07PM  25    GOING AT THE TIME; RIGHT?

02:07PM   1    A.   CORRECT.

02:07PM   2    Q.   AND BASED UPON THE HOUR OF INTERVIEWS AND THOSE PATENTS,

02:07PM   3    YOU CAME TO THE VIEW THAT THIS WAS GOING TO BE THE EQUIVALENT

02:07PM   4    OF THIS ICONIC CORPORATE COMPANY?

02:07PM   5    A.   I BELIEVED IT WAS GOING TO REVOLUTIONIZE LABORATORY

02:08PM   6    TESTING.

02:08PM   7    Q.   AND WERE THERE PARTICULAR PATENTS THAT CAUSED YOU TO

02:08PM   8    BELIEVE THAT IT COULD REVOLUTIONIZE LABORATORY TESTING?

02:08PM   9    A.   YEAH.   THERE WERE PATENTS RELATED TO HOW YOU COLLECT SMALL

02:08PM  10    SAMPLES; THERE WERE PATENTS RELATED TO TIPS THAT WERE COAT TO

02:08PM  11    THE ANTIBODIES THAT WOULD BOTH DRAW UP THE SAMPLE AND BE A

02:08PM  12    DETECTION DEVICE.   THERE WERE A LOT OF INTERESTING IDEAS.

02:08PM  13    Q.   AND THAT WAS WHAT -- THE TECHNOLOGY THAT YOU SAW PUBLICLY

02:08PM  14    AVAILABLE IN THE INTELLECTUAL PROPERTY IS WHAT CAUSED YOU TO

02:08PM  15    THINK THIS COULD BE THE NEXT APPLE?

02:08PM  16    A.   NOT JUST THAT.   I MEAN, THE IMPRESSION THAT I GOT AFTER

02:08PM  17    THE INTERVIEWS, THE FACT THAT THEY WERE INTERVIEWING ME AT

02:08PM  18    6:00 P.M. SPOKE TO A CERTAIN WORTH ETHIC THERE.

02:09PM  19         THE PATENTS WAS ONE FACTOR, YES.

02:09PM  20    Q.   PATENTS AND WORK ETHIC?

02:09PM  21    A.   YES.

02:09PM  22    Q.   AND THE 60-MINUTE OF INTERVIEW?

02:09PM  23    A.   ON YOUTUBE, YEAH.

02:09PM  24    Q.   OKAY.   AND I THINK YOU SAID WHEN YOU CAME TO THE COMPANY,

02:09PM  25    YOU DIDN'T GO ON TO THE CLIA LICENSE RIGHT AWAY; RIGHT?

02:09PM 1   A.   CORRECT.  I NEEDED A CALIFORNIA MEDICAL LICENSE BEFORE I

02:09PM 2   COULD SERVE AS LABORATORY DIRECTOR.

02:09PM 3   Q.   AND SO WAS THERE A PROCESS THAT YOU HAD TO GO THROUGH TO

02:09PM 4   GET THAT BEFORE YOU COULD BE THE LABORATORY DIRECTOR?

02:09PM 5   A.   YES.  I APPLIED TO THE MEDICAL BOARD OF CALIFORNIA FOR A

02:09PM 6   MEDICAL LICENSE.

02:09PM 7   Q.   OKAY.  AND DID YOU GET THAT LICENSE?

02:10PM 8   A.   YES.

02:10PM 9   Q.   AND DO YOU RECALL WHEN YOU WENT ON THE CLIA CERTIFICATE?

02:10PM 10  A.   I DO NOT RECALL.

02:10PM 11  Q.   BEFORE YOU WENT ON THE CLIA CERTIFICATE, WAS IT

02:10PM 12  SPENCER HIRAKI WHO WAS ON THE CLIA CERTIFICATE?

02:10PM 13  A.   CORRECT.

02:10PM 14  Q.   AND JUST SO WE UNDERSTAND IT, THERANOS WAS RUNNING ONLY

02:10PM 15  THE BIG MACHINES; RIGHT?

02:10PM 16  A.   CORRECT.

02:10PM 17  Q.   AND THE COMMERCIAL DEVICES.

02:10PM 18       DO YOU RECALL WHICH ONES?

02:10PM 19  A.   THERE WERE -- I RECALL THEY WERE RUNNING THE VENOUS

02:10PM 20  SAMPLES ON THE SIEMENS INSTRUMENTS UNMODIFIED AND THE CELLDYNE

02:10PM 21  RUBY FOR CBC'S.

02:10PM 22  Q.   AND THOSE WERE COMING UNDER A CONTRACT THAT WAS WITH

02:10PM 23  SAFEWAY; IS THAT RIGHT?

02:10PM 24  A.   CORRECT.

02:10PM 25  Q.   THEY WERE PERFORMING TESTS OUT AT THE SAFEWAY LABORATORY,

02:11PM 1   OR AT THE SAFEWAY HEADQUARTERS -- I'M SORRY -- AT THE THERANOS

02:11PM 2   LABORATORY; RIGHT?

02:11PM 3   A.   THESE TESTS WERE FOR SAFEWAY EMPLOYEES AT THEIR

02:11PM 4   HEADQUARTERS IN PLEASANTON.

02:11PM 5   Q.   AND AT WHAT POINT DID YOU GET INVOLVED IN OVERSEEING

02:11PM 6   THOSE, NOT IN A CLIA CAPACITY, BUT JUST AS AN EMPLOYEE?  DID

02:11PM 7   YOU HAVE ANY ROLE IN OVERSEEING THE OPERATION OF THOSE TESTS?

02:11PM 8   A.   NO.

02:11PM 9   Q.   NO?

02:11PM 10  A.   NO.

02:11PM 11  Q.   AND WHEN YOU -- WERE THERE ANY STEPS THAT YOU UNDERTOOK IN

02:11PM 12  BETWEEN THE PERIOD WHEN YOU WEREN'T THE CLINICAL LAB DIRECTOR

02:11PM 13  TO FAMILIARIZE YOURSELF WITH THE STATUS OF THE CLIA LAB?

02:11PM 14  A.   YES.  I WOULD HAVE FREQUENT DISCUSSIONS WITH LABORATORY

02:12PM 15  STAFF.  I SPENT A LOT OF TIME IN THE ACTUAL LABORATORY AND

02:12PM 16  FAMILIARIZED MYSELF WITH THE INSTRUMENTATION, WITH THE

02:12PM 17  LABORATORY INFORMATION SYSTEMS.

02:12PM 18  Q.   THE LABORATORY INFORMATION SYSTEM, THAT'S THE LIS?

02:12PM 19  A.   CORRECT.

02:12PM 20  Q.   AND THERE WAS PROBABLY AN EARLY VERSION OF THE LIS AT THAT

02:12PM 21  TIME?

02:12PM 22  A.   YES.  IT WAS CALLED LABDAQ.

02:12PM 23  Q.   LABDAQ.  IT WAS KIND OF AN OFF-THE-SHELF PRODUCT; IS THAT

02:12PM 24  RIGHT?

02:12PM 25  A.   I BELIEVE SO.

02:12PM 1      Q.   AND I'LL COME BACK IN A SECOND AND I'LL ASK YOU A FEW

02:12PM 2      QUESTIONS NEXT ABOUT THE NEXT VERSION OF THE LIS.

02:12PM 3      A.   UH-HUH.

02:12PM 4      Q.   BUT BEFORE I DO THAT, MR. HIRAKI WAS NOT THERE FULL TIME;

02:12PM 5      CORRECT?

02:12PM 6      A.   NO, HE WAS NOT.

02:12PM 7      Q.   DO YOU RECALL HOW OFTEN HE WOULD COME IN?

02:12PM 8      A.   ABOUT ONCE A MONTH.

02:12PM 9      Q.   AND YOU WERE THERE?

02:12PM 10     A.   CORRECT.

02:12PM 11     Q.   AND DID YOU THINK THAT IT WAS -- WAS IT YOUR UNDERSTANDING

02:12PM 12     THAT IT WAS APPROPRIATE UNDER CLIA TO HAVE A PART-TIME LAB

02:13PM 13     DIRECTOR?

02:13PM 14     A.   YES, IT IS PERMITTED UNDER CLIA.

02:13PM 15     Q.   IN FACT, IT'S PRETTY COMMON, ISN'T IT?

02:13PM 16     A.   YES.

02:13PM 17     Q.   AND IT'S NOT AT ALL UNCOMMON FOR ONE LAB DIRECTOR TO COVER

02:13PM 18     MULTIPLE LABS; RIGHT?

02:13PM 19     A.   CORRECT.  YOU'RE PERMITTED TO DIRECT FIVE LABS UNDER CLIA,

02:13PM 20     I BELIEVE.

02:13PM 21     Q.   FIVE LABS?

02:13PM 22     A.   CORRECT, CORRECT.

02:13PM 23     Q.   SO AS A LAB DIRECTOR, YOU HAVE THE ABILITY TO SPLIT YOUR

02:13PM 24     TIME BETWEEN FIVE DIFFERENT LABS?

02:13PM 25     A.   YES, IF YOU -- THAT'S REALLY AN INTERNAL CHOICE.  IF YOU

02:13PM 1    BELIEVE THAT YOU CAN FULFILL THOSE DUTIES RESPONSIBLY, THEN

02:13PM 2    YES.

02:13PM 3    Q.   AND THAT'S A JUDGMENT THAT IS MADE BY THE LAB DIRECTOR?

02:13PM 4    A.   CORRECT.

02:13PM 5    Q.   OKAY.  AND DID YOU THINK, GIVEN THE SMALL VOLUME OF TESTS

02:13PM 6    AND THE FACT THAT THEY WERE ON THESE BIG MACHINES, DID YOU

02:13PM 7    THINK THAT MR. HIRAKI WAS DEDICATING ENOUGH TIME IN THAT

02:13PM 8    PERIOD?

02:13PM 9    A.   YES.

02:13PM 10   Q.   AND YOU WERE THERE, TOO, TO HELP; RIGHT?

02:13PM 11   A.   YES.

02:13PM 12   Q.   AND YOU AT TIMES SERVED AS A PART-TIME LAB DIRECTOR;

02:14PM 13   CORRECT?

02:14PM 14   A.   CORRECT, CORRECT.

02:14PM 15   Q.   AND ABOUT WHAT IS THE MOST LABS THAT YOU'VE COVERED?

02:14PM 16   A.   THREE.

02:14PM 17   Q.   THREE AT ONCE?

02:14PM 18   A.   YES.

02:14PM 19   Q.   OKAY.  BUT YOU THINK THERE'S A REGULATION THAT ALLOWS YOU

02:14PM 20   TO DO UP TO FIVE; IS THAT RIGHT?

02:14PM 21   A.   YEAH.  I DON'T KNOW IF THAT'S A BUSINESS AND PROFESSIONS

02:14PM 22   CODE THAT IS SPECIFIC TO CALIFORNIA OR WHETHER THAT'S A CLIA

02:14PM 23   REG.  THOSE ARE THE RULES.  I DON'T KNOW WHAT THEY FALL UNDER,

02:14PM 24   YEAH.

02:14PM 25   Q.   AND IS THE ISSUE THERE, THERE'S SOME JUDGMENT THAT IF YOU

02:14PM  1    GO OVER FIVE, THAT'S PROBABLY TOO MANY; RIGHT?

02:14PM  2    A.   YES.

02:14PM  3    Q.   AS YOU WERE COMING INTO THE LAB, DID YOU REVIEW THE SOP'S

02:14PM  4    THAT WERE IN PLACE.

02:14PM  5    A.   NO.  ONCE YOU'RE THE LAB DIRECTOR OF RECORD, YOU DON'T

02:15PM  6    SIGN SOP'S.  YOU KNOW, THE TESTS WERE BEING RUN ACCORDING TO

02:15PM  7    THE PACKAGE INSERTS, THE SIEMENS PACKAGE INSERTS.  I WAS

02:15PM  8    FAMILIAR WITH THOSE.

02:15PM  9         I DON'T REALLY RECALL REVIEWING THE SOP'S IN MUCH DETAIL,

02:15PM 10    NO.

02:15PM 11    Q.   NOW, GIVE US ALL A SENSE OF THE NUMBER OF SOP'S THAT ONE

02:15PM 12    HAS IN A CLIA LAB.  DO YOU HAVE AN ESTIMATE ON THE NUMBER OF

02:15PM 13    SOP'S?

02:15PM 14    A.   IT'S VERY VARIABLE.  IT DEPENDS ON THE NUMBER OF TESTS

02:15PM 15    BEING RUN.  IT DEPENDS ON THE REGULATORY ENVIRONMENTS IN THE

02:15PM 16    LABORATORY.  SO I CAN'T REALLY GIVE YOU A NUMBER.

02:15PM 17    Q.   WHEN YOU SAY "REGULATORY ENVIRONMENT," IS THAT WHETHER

02:15PM 18    IT'S A MODERATE COMPLEXITY OR A HIGH COMPLEXITY LABORATORY?

02:15PM 19    A.   NO.  IT'S JUST THE CULTURE OF THE COMPANY IN TERMS OF

02:15PM 20    HAVING SOP'S AND POLICIES IN PLACE THAT ADDRESS EVERY SINGLE

02:15PM 21    CLIA REQUIREMENT, YEAH.

02:15PM 22    Q.   BUT THERE ARE SOME THINGS THAT ARE VIEWED AS NECESSARY

02:16PM 23    UNDER CLIA; RIGHT?

02:16PM 24    A.   YES.

02:16PM 25    Q.   AND DID YOU --

02:16PM 1   A.   SO I JUST WANT TO CLARIFY, NOT -- THERE ARE MANY, MANY,

02:16PM 2   LABORATORIES THAT ARE ACCREDITED BY CAP, THE COLLEGE OF

02:16PM 3   AMERICAN PATHOLOGY.  THOSE LABORATORIES WOULD BE TAILORING

02:16PM 4   THEIR SOP'S TO THE CAP CHECKLIST.

02:16PM 5   Q.   OKAY.  WAS THERANOS A CAP LAB?

02:16PM 6   A.   NO.

02:16PM 7   Q.   IT WAS THE CLIA LAB?

02:16PM 8   A.   CORRECT.

02:16PM 9   Q.   AND THE CLIA PROCESS ACTUALLY, THERE'S A CERTIFICATION

02:16PM 10  PROCESS THAT HAPPENS BEFORE YOU CAN ATTAIN CLIA LICENSING;

02:16PM 11  RIGHT?

02:16PM 12  A.   CORRECT.

02:16PM 13  Q.   AND PART OF THAT PROCESS IS THAT YOU HAVE TO GO THROUGH

02:16PM 14  AND SET UP NECESSARY PROCEDURES AND GET NECESSITY PERSONNEL AND

02:16PM 15  EQUIPMENT AND THE LIKE; RIGHT?

02:17PM 16  A.   CORRECT.

02:17PM 17  Q.   AND IN THOSE REGULATIONS THAT WE WERE TALKING ABOUT AT

02:17PM 18  7603, THERE ARE A LOT OF REQUIREMENTS THAT GO TO WHAT IS

02:17PM 19  NECESSARY BEFORE YOU CAN PROPERLY FUNCTION AS A CLIA

02:17PM 20  LABORATORY; CORRECT?

02:17PM 21  A.   CORRECT.

02:17PM 22  Q.   AND IT WAS YOUR UNDERSTANDING AT THE TIME THAT YOU CAME

02:17PM 23  INTO THE COMPANY THAT THERANOS HAD ALREADY GONE THROUGH THAT

02:17PM 24  CERTIFICATION PROCESS; RIGHT?

02:17PM 25  A.   YES.  SO THE FIRST THING THAT HAPPENS IS THAT LABORATORY

02:17PM 1    FIELD SERVICES COMES ON SITE AND THEY DO AN INSPECTION, AND IF

02:17PM 2    THAT GOES WELL, THEY ISSUE A CERTIFICATE OF REGISTRATION, AND

02:17PM 3    THEN AT SOME SUBSEQUENT POINT, THEY COME BACK AND DO ANOTHER

02:17PM 4    INSPECTION AND THEY GIVE YOU A CERTIFICATE OF COMPLIANCE, COC.

02:17PM 5    Q.   AND ONLY THEN CAN YOU OPERATE AS A LAB?

02:17PM 6    A.   NO.  YOU CAN START TESTING AFTER YOU GET YOUR CERTIFICATE

02:17PM 7    OF REGISTRATION.

02:17PM 8    Q.   SO AFTER THE FIRST CERTIFICATE.  BUT THEN THEY'RE GOING TO

02:18PM 9    COME BACK A SHORT TIME LATER AND DO AN INSPECTION; IS THAT

02:18PM 10   RIGHT?

02:18PM 11   A.   CORRECT.  CORRECT.  THAT'S MY UNDERSTANDING, CORRECT.

02:18PM 12   Q.   OKAY.  AND SO THERE ARE TWO VISITS THAT ARE NECESSARY

02:18PM 13   BEFORE YOU ARE KIND OF FULLY CERTIFIED UNDER CLIA?

02:18PM 14   A.   CORRECT.

02:18PM 15   Q.   OKAY.  AND IT WAS YOUR UNDERSTANDING AT THE TIME THAT YOU

02:18PM 16   CAME IN THAT THERANOS HAD ALREADY GONE THROUGH THAT PROCESS;

02:18PM 17   RIGHT?

02:18PM 18   A.   YES.

02:18PM 19   Q.   AND DO YOU KNOW --

02:18PM 20   A.   I ACTUALLY -- SO I WANT TO CLARIFY.  THERANOS WAS RUNNING

02:18PM 21   AND REPORTING PATIENT SAMPLES, I BELIEVE THEY HAD AT LEAST

02:18PM 22   THEIR CERTIFICATE OF REGISTRATION.  I DO NOT RECALL IF THEY HAD

02:18PM 23   THE OTHER CERTIFICATE OF COMPLIANCE, YEAH.

02:18PM 24   Q.   OKAY.  WELL, I TAKE IT AT SOME POINT BEFORE YOU BECAME THE

02:18PM 25   LAB DIRECTOR, YOU LEARNED OR ENSURED THAT IT WAS A PROPERLY

02:18PM 1    CERTIFIED LAB.

02:18PM 2    A.   YES, YES, OF COURSE.

02:18PM 3    Q.   AND YOU FILED THE NECESSARY PAPERWORK TO PUT YOURSELF ON

02:18PM 4    THE LAB AS THE LAB DIRECTOR; RIGHT?

02:18PM 5    A.   CORRECT.

02:18PM 6    Q.   AND DO YOU RECALL THE DATE ON WHICH YOU BECAME THE, YOU

02:19PM 7    BECAME THE LABORATORY DIRECTOR OF RECORD?

02:19PM 8    A.   NO, I DO NOT.

02:19PM 9    Q.   DO YOU RECALL AROUND THE FALL OF 2013?

02:19PM 10   A.   SUMMER MAYBE.  I JUST -- I CAN'T SPEAK TO THAT UNDER OATH.

02:19PM 11   I DON'T HAVE A RECOLLECTION OF IT.

02:19PM 12   Q.   OKAY.  I TAKE IT YOU DON'T RECALL WHEN YOU GOT YOUR

02:19PM 13   NECESSARY LICENSING FROM CALIFORNIA?

02:19PM 14   A.   NO, I DO NOT RECALL.  NO.

02:19PM 15   Q.   OKAY.  AND THERE ARE, WITHIN THE CLIA WORLD, DIFFERENT

02:19PM 16   LEVELS OF COMPLEXITY --

02:19PM 17   A.   CORRECT.

02:19PM 18   Q.   -- FOR LABS; RIGHT?

02:19PM 19   A.   CORRECT.

02:19PM 20   Q.   AND THERE'S A HIGH COMPLEXITY LAB; RIGHT?  AND A MODERATE

02:19PM 21   COMPLEXITY LAB?

02:19PM 22   A.   THERE ARE MULTIPLE CATEGORIES.  THERE'S A MODERATE

02:19PM 23   COMPLEXITY, A HIGH COMPLEXITY, THERE'S SOMETHING ELSE CALLED

02:20PM 24   PROVIDER -- PPM, IT'S A MICROSCOPY CERTIFICATION.  THERE ARE

02:20PM 25   OTHER LABS DOING CLIA WAVE TESTS.  SO THERE ARE A NUMBER OF

02:20PM 1   CATEGORIES.

02:20PM 2   Q.   AND WHAT IS -- HIGH COMPLEXITY, IS THAT THE HIGHEST LEVEL

02:20PM 3   FOR A CLIA LAB?

02:20PM 4   A.   RIGHT.  SO IF YOU DO EVEN ONE LABORATORY DEVELOPED TEST,

02:20PM 5   YOU'RE IMMEDIATELY CONSIDERED HIGH COMPLEXITY.

02:20PM 6   Q.   SO THERANOS NEEDED TO BE A HIGH COMPLEXITY CLIA LAB;

02:20PM 7   RIGHT?

02:20PM 8   A.   CORRECT.

02:20PM 9   Q.   AND AS A RESULT, THE LEVEL OF QUALIFICATIONS FOR STAFF GO

02:20PM 10  UP A LEVEL; RIGHT?

02:20PM 11  A.   CORRECT.

02:20PM 12  Q.   AND THERE ARE SOME PEOPLE WHO COULD BE -- WHO WOULD BE

02:20PM 13  QUALIFIED TO BE MODERATE COMPLEXITY LAB DIRECTORS WHO COULD

02:20PM 14  NEVER BECOME A HIGH COMPLEXITY LAB DIRECTOR; RIGHT?

02:20PM 15  A.   THAT'S RIGHT.

02:20PM 16  Q.   UNLESS THEY WENT BACK TO MEDICAL SCHOOL OR SOMETHING OR

02:20PM 17  GOT A PH.D. IN THE NECESSARY LICENSING?

02:20PM 18  A.   YES.  THE REQUIREMENTS ARE MORE STRINGENT FOR EDUCATION

02:21PM 19  AND EXPERIENCE IN A HIGH COMPLEXITY LAB VERSUS A MODERATE

02:21PM 20  COMPLEXITY.

02:21PM 21  Q.   AND ARE THE OPERATIONAL POLICIES AND GUIDELINES MORE

02:21PM 22  RIGOROUS AS WELL?

02:21PM 23  A.   THOSE ARE DETERMINED BY THE LABORATORY FOR THE MOST PART,

02:21PM 24  YEAH.

02:21PM 25  Q.   WELL, YOU WERE -- YOU ENDED UP BEING THE LAB DIRECTOR OF

02:21PM   1    THIS HIGH COMPLEXITY LAB; RIGHT?

02:21PM   2    A.   YES, I WAS.

02:21PM   3    Q.   AND WAS UNIVERSITY OF -- UPMC, WAS THAT A HIGH COMPLEXITY

02:21PM   4    LAB?

02:21PM   5    A.   YES.

02:21PM   6    Q.   OKAY.  SO YOU WERE COMFORTABLE WITH THE LEVEL OF

02:21PM   7    PROCEDURES AND THINGS THAT WERE IN PLACE WHEN YOU PUT YOUR NAME

02:21PM   8    ON TO THE CERTIFICATE?

02:21PM   9    A.   AT THE TIME, YES.

02:21PM  10    Q.   YEAH.  WERE THERE OTHER POLICIES THAT YOU PUT IN PLACE

02:21PM  11    IMMEDIATELY OR BEFORE YOU TOOK OVER?

02:21PM  12    A.   SO I LISTED A NUMBER OF POLICIES AND PROCEDURES IN THE

02:22PM  13    EMAIL TO ELIZABETH SHORTLY BEFORE THE LAUNCH.  THAT'S WHAT I

02:22PM  14    WORKED ON.  THAT'S WHAT I RECALL.

02:22PM  15    Q.   THAT'S WHAT YOU RECALL?

02:22PM  16    A.   YEAH.

02:22PM  17    Q.   BECAUSE YOU WERE TELLING HER WHAT NEEDED TO BE DONE IN

02:22PM  18    ORDER TO BE SHIPSHAPE?

02:22PM  19    A.   CORRECT.

02:22PM  20    Q.   IN ORDER TO MAKE SURE THAT EVERYTHING IS IN COMPLIANCE?

02:22PM  21    A.   YEAH.  I WAS FURIOUSLY WORKING ON DOCUMENTATION BEFORE THE

02:22PM  22    LAUNCH, YEAH.

02:22PM  23    Q.   IN FACT, IF WE CAN GO BACK TO -- DO YOU RECALL IN THAT

02:22PM  24    EMAIL FROM MR. BALWANI IN ADVANCE OF THE NOVEMBER PUBLIC

02:22PM  25    LAUNCH, DO YOU RECALL THAT DOCUMENT THAT WE WERE LOOKING AT?

02:22PM  1   A.   I THINK SO, WHERE I SAID HOW EXCITING THAT WE'RE

02:22PM  2   GOING PUBLIC, OR THAT WE'RE EXPANDING TESTING TO A WIDER BASE?

02:22PM  3   IS THAT THE EMAIL?

02:22PM  4   Q.   YES.  IT'S 12464.  CAN WE BRING THAT UP?

02:23PM  5        DO YOU SEE AT THE BOTTOM OF THE FIRST PAGE THERE'S AN

02:23PM  6   EMAIL FROM MR. BALWANI TO YOU?

02:23PM  7        DO YOU SEE THAT?

02:23PM  8   A.   YES.

02:23PM  9   Q.   AND WE TALKED ABOUT HOW THIS WAS IN DISCUSSION OF GOING

02:23PM 10   LIVE?

02:23PM 11   A.   YES.

02:23PM 12   Q.   AND LET'S GO TO THE SECOND PAGE.

02:23PM 13           THE CLERK:  IS THIS ADMITTED?

02:23PM 14           MR. WADE:  I BELIEVE 12464 WAS ADMITTED.  IF NOT, I

02:23PM 15   WOULD MOVE THE ADMISSION.

02:23PM 16           THE CLERK:  IT IS.

02:23PM 17   BY MR. WADE:

02:23PM 18   Q.   AND DO YOU SEE THIS PAGE?

02:23PM 19   A.   YES.

02:23PM 20   Q.   AND HERE MR. BALWANI IS SAYING, "THE KEY IS TO HAVE

02:23PM 21   PERFECT DISCIPLINE AND SOP'S IN PLACE TO MAKE SURE WE HAVE A

02:23PM 22   PLAN FOR EVERYTHING AND EVERYONE IN THE CHAIN KNOWS WHAT NEEDS

02:23PM 23   TO BE DONE."

02:23PM 24        DO YOU SEE THAT?

02:23PM 25   A.   YES.

02:23PM  1    Q.   AND HE'S -- AND HE THEN SAYS, "WE WILL WORK ON THIS FROM

02:24PM  2    NOW THRU THE NEXT 5 DAYS AND I KNOW WE WILL GET THIS DONE."

02:24PM  3         DO YOU SEE THAT?

02:24PM  4    A.   YES.

02:24PM  5    Q.   AND SO HE WAS ASKING AND HE WANTED THIS SHIPSHAPE LIKE YOU

02:24PM  6    SAID?

02:24PM  7    A.   YES.

02:24PM  8    Q.   AND THEN HE SAYS, "I WOULD LIKE TO ASK AT THIS TIME IF YOU

02:24PM  9    HAVE A REASON TO THINK THAT WE NEED MORE TIME OR TEST OUT

02:24PM  10   SOMETHING THAT WE HAVEN'T THOUGHT ABOUT."

02:24PM  11        DO YOU SEE THAT?

02:24PM  12   A.   YES, YES.

02:24PM  13   Q.   WE WILL BE PICKING UP -- THERE'S MAYBE A TYPO THERE, BUT

02:24PM  14   HE BASICALLY SAYS THAT THEY'RE GOING TO BE PICKING UP SAMPLES

02:24PM  15   EVERY HOUR OR SO DURING NOVEMBER.

02:24PM  16        DO YOU SEE THAT?

02:24PM  17   A.   YES.

02:24PM  18   Q.   AND SO HE'S RAISING THIS TO YOU TO MAKE SURE THAT YOU'RE

02:24PM  19   COMFORTABLE; RIGHT?

02:24PM  20   A.   YES.

02:24PM  21   Q.   AND YOU RESPOND.  LET'S LOOK AT THAT.

02:25PM  22        AND YOU SAY, "THIS IS VERY EXCITING THAT WE ARE BROADENING

02:25PM  23   OUR TESTING TO A WIDER BASE?"

02:25PM  24        RIGHT?

02:25PM  25   A.   YES.

02:25PM  1    Q.   DO YOU RECALL THAT?

02:25PM  2         AS A LAB DIRECTOR, IT PROBABLY WAS MORE EXCITING TO START

02:25PM  3    HAVING MORE VOLUME AND DIFFERENT TESTS; RIGHT?

02:25PM  4    A.   YES.

02:25PM  5    Q.   AND IT SAYS, "THERE ARE A FEW ISSUES THAT NEED TO BE

02:25PM  6    ADDRESSED."

02:25PM  7         SO YOU RESPONDED TO HIS INQUIRY; RIGHT?

02:25PM  8    A.   YES.

02:25PM  9    Q.   AND YOU IDENTIFIED THOSE ISSUES; RIGHT?

02:25PM  10   A.   YES.

02:25PM  11   Q.   AND YOU WORKED TO MAKE SURE THAT YOU GOT THEM ADDRESSED;

02:25PM  12   RIGHT?

02:25PM  13   A.   YES.  YES.

02:25PM  14   Q.   AND DO YOU RECALL IN THIS TIME PERIOD THERE WERE

02:25PM  15   ACTUALLY -- THERE WAS KIND OF A CAP PUT IN PLACE ON THE NUMBER

02:25PM  16   OF SAMPLES THAT WOULD BE HANDLED?

02:25PM  17   A.   I DO NOT RECALL THAT.

02:25PM  18   Q.   WELL, DO YOU RECALL IN THIS TIME PERIOD IN NOVEMBER THERE

02:25PM  19   WAS ONLY THE ONE LOCATION; RIGHT?

02:25PM  20   A.   CORRECT.

02:25PM  21   Q.   AND WE HAD TALKED ABOUT THE -- YOU WERE ASKED IN THE GRAND

02:25PM  22   JURY ABOUT WHETHER THE -- IT WAS GOING TO BE IMMINENT THAT YOU

02:26PM  23   WERE GOING TO ENTER THE 40 WALGREENS LOCATIONS.

02:26PM  24        DO YOU RECALL THAT?

02:26PM  25   A.   YEAH.  THAT'S WHAT I WAS TOLD BY MR. BALWANI, THAT IT WAS

02:26PM  1      IMMINENT THAT THEY WERE GOING TO GO INTO ARIZONA AND HAVE A

02:26PM  2      NUMBER OF LOCATIONS THERE.

02:26PM  3          BUT AS OF NOVEMBER, IT WAS JUST THE WALGREENS IN

02:26PM  4      PALO ALTO.

02:26PM  5      Q.   RIGHT.  AND ACTUALLY, IN THE EMAIL DOWN BELOW, IT SAYS, WE

02:26PM  6      WILL BE OPENING OUR FIRST PHOENIX LOCATION NEXT MID-WEEK;

02:26PM  7      RIGHT?

02:26PM  8      A.   YES.

02:26PM  9      Q.   SO AT THE TIME THERE WAS ONE; RIGHT?

02:26PM 10      A.   CORRECT.

02:26PM 11      Q.   AND THERE WOULD SOON BE A SECOND?

02:26PM 12      A.   CORRECT.

02:26PM 13      Q.   AND DO YOU RECALL THAT THERE WAS ACTUALLY ANOTHER ARIZONA

02:26PM 14      STORE THAT WAS ADDED IN NOVEMBER AS WELL?

02:26PM 15          DO YOU RECALL THAT?

02:26PM 16      A.   I DON'T RECALL THE ROLLOUT, THE TIMELINE AND THE ROLLOUT

02:26PM 17      IN ARIZONA.  NO, I DO NOT.

02:26PM 18      Q.   AND DO YOU RECALL IT WASN'T UNTIL ACTUALLY OCTOBER OF 2014

02:26PM 19      THAT THERE WERE 40 STORES ACROSS ARIZONA?

02:27PM 20      A.   AGAIN, I DON'T RECALL THE EXACT SCOPE AND TIMELINE OF THE

02:27PM 21      ARIZONA ROLLOUT.

02:27PM 22      Q.   BUT YOU RECALL FROM THE VOLUME THAT IN THE EARLY PERIOD

02:27PM 23      IN -- OF THE PUBLIC LAUNCH FROM THE -- IN NOVEMBER GOING

02:27PM 24      FORWARD, THAT THE VOLUME WAS NOT OVERWHELMING; RIGHT?

02:27PM 25      A.   CORRECT.

02:27PM  1    Q.   AND THAT THE STORE FOOTPRINT EXTENDED OVER TIME AND THE

02:27PM  2    VOLUME RAMPED UP; RIGHT?

02:27PM  3    A.   CORRECT, CORRECT.

02:27PM  4    Q.   AND ONE OF THE THINGS THAT YOU WERE FOCUSSED ON WITH

02:27PM  5    DR. PANDORI AND OTHERS WAS WORKING TO GET STRONG PROCEDURES AND

02:27PM  6    POLICIES IN PLACE WHILE THE VOLUME WAS STILL LOW; RIGHT?

02:27PM  7    A.   YES.

02:27PM  8    Q.   AND THAT GAVE YOU MORE TIME TO DO SOME THINGS LIKE SOME OF

02:27PM  9    THESE STUDIES AND SOME OF THESE OTHER THINGS TO TRY TO GET

02:27PM  10   COMFORTABLE WITH THE PROCEDURES; RIGHT?

02:27PM  11   A.   FROM MY PERSPECTIVE, THE VOLUME IS NOT -- DOESN'T REALLY

02:27PM  12   MATTER.  YOU HAVE TO HAVE POLICIES AND PROCEDURES IN PLACE

02:28PM  13   BEFORE YOU START PATIENT TESTING.

02:28PM  14   Q.   RIGHT.

02:28PM  15   A.   IT'S NOT THAT THE VOLUME IS LOW, SO NOW WE HAVE BREATHING

02:28PM  16   ROOM TO DO THIS.  THIS HAS TO BE DONE EVEN IF YOU'RE TESTING

02:28PM  17   ONE PATIENT.

02:28PM  18   Q.   AND YOU STILL HAVE TO HAVE ALL OF THE CLIA POLICIES AND

02:28PM  19   PRACTICES IN PLACE; RIGHT?

02:28PM  20   A.   YES.

02:28PM  21   Q.   AND YOU STILL NEED TO ADHERE TO THE REGULATIONS AS YOU SAY

02:28PM  22   YOU DID; RIGHT?

02:28PM  23   A.   YES.

02:28PM  24   Q.   BUT IN TERMS OF THE OPERATIONAL ASPECTS OF THE LAB, AND

02:28PM  25   HOW IT FUNCTIONS, AND HOW IT HANDLES THINGS, AND HOW IT IS

02:28PM  1    MANAGED ON A DAY-TO-DAY BASIS, YOU HAVE SOME TIME TO WORK THAT

02:28PM  2    OUT; RIGHT?

02:28PM  3    A.   YES.  DEFINITELY ON THE OPERATIONAL ISSUES, YES.

02:28PM  4    Q.   AND THAT'S APPROPRIATE.  THE KEY THING IS YOU HAVE TO MEET

02:28PM  5    THOSE CLIA REQUIREMENTS?

02:28PM  6    A.   CORRECT.

02:28PM  7    Q.   AND YOU ALWAYS MET THOSE?

02:28PM  8    A.   YES.

02:28PM  9    Q.   NOW, THIS MAY BE ROUTINE TO YOU, BUT PLEASE BEAR WITH ME.

02:29PM  10   THESE SOP'S AND POLICIES THAT YOU PUT IN PLACE, A LOT OF THEM

02:29PM  11   ARE ACTUALLY SPECIFICALLY REQUIRED BY THE REGULATIONS; RIGHT?

02:29PM  12   A.   CORRECT.

02:29PM  13   Q.   THAT STACK AT 7603?

02:29PM  14   A.   CORRECT.

02:29PM  15   Q.   AND WHICH IS PROBABLY RESPONSIBLE FOR THE DEATH OF MANY

02:29PM  16   TREES; RIGHT?  IS THAT RIGHT?

02:29PM  17   A.   I GUESS SO.  YOU'RE MAKING A JOKE, BUT I GUESS SO.

02:29PM  18   Q.   AND VERY THICK POLICIES.  DO YOU RECALL THAT?

02:29PM  19   A.   YES.

02:29PM  20   Q.   AND WHAT IS THE PURPOSE?  CAN YOU JUST EXPLAIN FOR THE

02:29PM  21   LADIES AND GENTLEMEN OF THE JURY THE PURPOSE OF HAVING SOP'S

02:29PM  22   AND WHY IT'S IMPORTANT TO DOCUMENT THEM?

02:29PM  23   A.   RIGHT.  SO AN SOP IS A SERIES OF STEPS THAT THE LAB TECHS

02:29PM  24   TAKE DURING TESTING, AND THE GOAL IS TO MAKE SURE THAT ALL OF

02:29PM  25   THE TECHS ARE DOING THE SAME THING, THAT THEY'RE

02:30PM  1    STANDARDIZATION BETWEEN LAB TECHS, THAT THEY'RE EXECUTING THE

02:30PM  2    TESTS IN A WAY THAT COMPLIES WITH HOW.  THE TEST IS SUPPOSED TO

02:30PM  3    BE RUN SO THAT ACCURATE TESTS COME OUT.

02:30PM  4         THERE ARE OTHER SOP'S THAT DEAL WITH PROFICIENCY TESTING

02:30PM  5    OR POST-ANALYTIC ASPECTS LIKE PATIENT REPORTING, AND

02:30PM  6    PREANALYTIC LIKE HOW YOU COLLECT THE SAMPLE.

02:30PM  7         AN SOP IS AN OPERATING PROCEDURE THAT SPELLS OUT IN DETAIL

02:30PM  8    HOW THINGS SHOULD BE DONE AND MAKES SURE THAT EVERYBODY IS ON

02:30PM  9    THE SAME PAGE.

02:30PM  10   Q.   AND THAT CAN GO FROM VERY SPECIFIC INFORMATION WITH

02:30PM  11   RESPECT TO ONE ASSAY; RIGHT?

02:30PM  12   A.   YES.

02:30PM  13   Q.   AND IT CAN INCLUDE THAT?

02:30PM  14   A.   YES.

02:30PM  15   Q.   TO A WHOLE QUALITY ASSURANCE SYSTEM; RIGHT?

02:30PM  16   A.   YES.

02:30PM  17   Q.   AND THAT QUALITY ASSURANCE SYSTEM IS SOMETHING THAT THE

02:30PM  18   LAB DIRECTOR IS ULTIMATELY RESPONSIBLE FOR; RIGHT?

02:31PM  19   A.   YES.

02:31PM  20   Q.   AND YOU HAD A QUALITY CONTROL MANAGER AT THERANOS?

02:31PM  21   A.   QM MANAGER, CORRECT.

02:31PM  22   Q.   AND HIS NAME WAS LANGLY GEE; RIGHT?

02:31PM  23   A.   THAT'S CORRECT.

02:31PM  24   Q.   SPECIFICALLY HIRED FOR THAT FUNCTION?

02:31PM  25   A.   YES.

02:31PM   1    Q.   AND REPORTING TO YOU?

02:31PM   2    A.   YES.

02:31PM   3    Q.   AND HE HAS A WHOLE SET OF POLICIES AND A WHOLE SYSTEM THAT

02:31PM   4    IS DESIGNED TO ASSURE QUALITY CONTROL AND FUNCTIONING WITHIN

02:31PM   5    THE LAB?

02:31PM   6    A.   YES.

02:31PM   7    Q.   RIGHT?

02:31PM   8         AND SO YOU HAVE THAT WHOLE SPACE; RIGHT?

02:31PM   9         AND THEN YOU ALSO HAVE A LOT OF VERY SPECIFIC REQUIREMENTS

02:31PM  10    THAT NEED TO BE DOCUMENTED WITHIN THESE PROCEDURES; RIGHT?

02:31PM  11    A.   CORRECT.

02:31PM  12    Q.   AND LET'S LOOK AT 9903.

02:32PM  13    A.   OKAY.

02:32PM  14    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

02:32PM  15    A.   YES.

02:32PM  16    Q.   AND THAT'S SOP FOR REFRIGERATOR AND FREEZER TEMPERATURE

02:32PM  17    MONITORING; RIGHT?

02:32PM  18    A.   YES.

02:32PM  19    Q.   AND THIS WAS THE SOP THAT WAS IN PLACE WITHIN THE THERANOS

02:32PM  20    CLIA LAB; RIGHT?

02:32PM  21    A.   IT WAS EFFECTIVE ON JUNE 9TH, 2011.  I DO NOT KNOW IF

02:32PM  22    THERE WAS A SUPERSEDING DOCUMENT THAT WOULD HAVE REPLACED THIS.

02:32PM  23    I WOULD NEED TO GO INTO THE DOCUMENT CONTROL SYSTEM TO SEE

02:32PM  24    THAT.

02:32PM  25    Q.   BUT YOU RECOGNIZE THAT THIS IS PART OF THE DOCUMENT FORMAT

02:32PM 1    AND DOCUMENT CONTROL SYSTEM THAT WAS USED TO TRACK DIFFERENT

02:32PM 2    POLICIES WITHIN THE CLIA LAB AT THERANOS; RIGHT?

02:32PM 3    A.   THIS IS A -- THIS IS A PROCEDURE, SIR.

02:32PM 4    Q.   THIS IS AN SOP?

02:32PM 5    A.   CORRECT, CORRECT.

02:32PM 6    Q.   BUT THIS IS AN SOP, WHICH IS A POLICY OR PROCEDURE WITHIN

02:32PM 7    THE THERANOS LAB; RIGHT?

02:32PM 8    A.   PROCEDURE, CORRECT.

02:32PM 9    Q.   OKAY.  PROCEDURE.  I STAND CORRECTED, DOCTOR.

02:33PM 10        AND IT'S KEPT IN THE FORMAT AS A CONTROL DOCUMENT THAT WAS

02:33PM 11   NECESSARY WITHIN THE LAB; RIGHT?

02:33PM 12   A.   CORRECT.

02:33PM 13           MR. WADE:  I MOVE THE ADMISSION OF 9903.

02:33PM 14           MR. BOSTIC:  NO OBJECTION.

02:33PM 15           THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:33PM 16       (DEFENDANT'S EXHIBIT 9903 WAS RECEIVED IN EVIDENCE.)

02:33PM 17   BY MR. WADE:

02:33PM 18   Q.   SIR, THIS IS, I'M GOING TO GUESS, 120 PAGES THAT RELATES

02:33PM 19   TO THE MONITORING OF TEMPERATURES WITHIN THE REFRIGERATOR AND

02:33PM 20   FREEZER AT THE LAB; RIGHT?

02:33PM 21   A.   I DON'T KNOW HOW MANY PAGES ARE HERE.  THESE PROCEDURES

02:33PM 22   APPEAR TO APPLY TO TEMPERATURE MONITORING, YES.

02:33PM 23   Q.   YOU SEE THE FIRST PAGE IN THE BOTTOM IS 425?

02:33PM 24   A.   YES.

02:33PM 25   Q.   AND YOU SEE THE LAST PAGE IS 558?

02:33PM   1    A.   I'M SORRY?

02:33PM   2    Q.   THE LAST PAGE ON THE BOTTOM SAYS --

02:34PM   3    A.   OH, I SEE.

02:34PM   4    Q.   -- 558.  IF YOU JUST FLIP TO THE BACK.

02:34PM   5         I'M JUST FOCUSSED ON THE VERY LAST PAGE, DR. ROSENDORFF?

02:34PM   6    A.   YES.

02:34PM   7    Q.   AND DO YOU SEE IT SAYS 558 IN THE BOTTOM RIGHT CORNER?

02:34PM   8    A.   YES.

02:34PM   9    Q.   OKAY.  SO THAT'S ABOUT 125, 130 PAGES.

02:34PM  10         DO YOU SEE THAT?

02:34PM  11    A.   THEY'RE NOT ALL PROCEDURES.  THERE ARE TEMPERATURE LOGS IN

02:34PM  12    HERE THAT WOULD BE FILLED OUT BY A LABORATORY STAFF.

02:34PM  13    Q.   I'M GLAD YOU MADE THAT POINT BECAUSE ONE OF THE

02:34PM  14    REQUIREMENTS IN THIS PROCEDURE IS SPECIFIC AND ROUTINE REGULAR

02:34PM  15    MONITORING --

02:34PM  16    A.   CORRECT.

02:34PM  17    Q.   -- OF THIS OPERATION; RIGHT?

02:34PM  18    A.   CORRECT.

02:34PM  19    Q.   AND THE REASON I SHOW THIS IS THAT THIS IS TYPICAL OF MANY

02:35PM  20    OF THE SPECIFIC PROCEDURES WITHIN THE CLIA LAB; RIGHT?

02:35PM  21    A.   YES.

02:35PM  22    Q.   AND YOU HAVE A TEAM OF PEOPLE THAT WERE REQUIRED TO DO ALL

02:35PM  23    OF THESE THINGS?

02:35PM  24    A.   YES.

02:35PM  25    Q.   AND TO DOCUMENT THESE THINGS?

02:35PM  1    A.   YES.

02:35PM  2    Q.   LET'S GO TO 9915.

02:35PM  3    A.   I'M THERE.

02:35PM  4    Q.   AND DO YOU SEE THAT THIS IS A DOCUMENT IN THAT SAME

02:35PM  5    PROCEDURE TEMPLATE?

02:35PM  6    A.   YES.

02:35PM  7    Q.   AND THIS IS FOR TEST RESULT REPORTING --

02:35PM  8    A.   YES.

02:35PM  9    Q.   -- EFFECTIVE 6-13-2011?

02:35PM  10   A.   YES.

02:35PM  11   Q.   AND MAINTAINED IN THE THERANOS CLIA LAB?

02:35PM  12   A.   YES.

02:35PM  13        MR. WADE:  I MOVE FOR THE ADMISSION OF 9915.

02:35PM  14        MR. BOSTIC:  NO OBJECTION.

02:36PM  15        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:36PM  16        (DEFENDANT'S EXHIBIT 9915 WAS RECEIVED IN EVIDENCE.)

02:36PM  17   BY MR. WADE:

02:36PM  18   Q.   THIS WAS A PROCEDURE THAT WAS IMPLEMENTED UNDER DR. GELB?

02:36PM  19   A.   YES.  I CAN MAKE OUT HIS HANDWRITING AS THE APPROVER, YES.

02:36PM  20   Q.   OKAY.  AND IF YOU GO TO THE THIRD PAGE.

02:36PM  21   A.   YES.

02:36PM  22   Q.   THIS SETS FORTH THE PROCEDURE FOR WHEN TESTS CAN BE

02:36PM  23   REPORTED; RIGHT?

02:36PM  24   A.   HOW?  WHEN?  THAT'S A PROCEDURE FOR TEST REPORTING, YES.

02:36PM  25   Q.   RIGHT.  AND ARE THERE SPECIFIC RULES AND REGULATIONS THAT

02:36PM  1   REPORT TO THAT -- RELATE TO THAT?

02:36PM  2   A.   YES, ABSOLUTELY.

02:36PM  3   Q.   AND WHO IS RESPONSIBLE WITHIN THE CLIA LAB FOR TEST

02:36PM  4   REPORTING?

02:36PM  5   A.   ON A ROUTINE BASIS?

02:36PM  6   Q.   LET'S START THERE.

02:36PM  7   A.   THE CLINICAL LABORATORY SCIENTISTS.

02:37PM  8   Q.   THOSE ARE SOMETIMES REFERRED TO AS CLS'S?

02:37PM  9   A.   YEAH, THEY RELEASE THE RESULTS FROM THE LAB INTO THE

02:37PM  10  REPORTING SYSTEM.

02:37PM  11  Q.   AND WE'VE SEEN WITHIN THE DOCUMENTS THAT YOU HAVE BEEN

02:37PM  12  ASKED QUESTIONS ABOUT CLS EMAIL GROUPS; RIGHT?

02:37PM  13  A.   YES.

02:37PM  14  Q.   AND THOSE EMAIL GROUPS ARE DESIGNED TO GO TO THE PEOPLE

02:37PM  15  WHO HAVE THE AUTHORITY TO RELEASE THE TESTS; RIGHT?

02:37PM  16  A.   CORRECT.

02:37PM  17  Q.   AND TO DO THAT YOU HAVE TO BE A CLS OR ABOVE?

02:37PM  18  A.   IN GENERAL.  THERE'S A GOVERNOR, THERE WAS A GOVERNOR'S

02:37PM  19  DECLARATION FOR COVID THAT EXEMPTED WHERE CLS WAS NO LONGER

02:37PM  20  REQUIRED TO RELEASE COVID RESULTS.

02:37PM  21  Q.   BECAUSE OF THE DEMAND FOR THAT TESTING?

02:37PM  22  A.   BECAUSE OF THE EMERGENCY.  BECAUSE OF THE PANDEMIC, YEAH.

02:37PM  23  Q.   OKAY.  BUT AS A GENERAL MATTER, WITH THE EXCEPTION OF

02:37PM  24  COVID RESULTS, THERE WERE NO -- THERE WAS NO COVID-19 TESTING

02:38PM  25  DONE AT THERANOS; RIGHT?

02:38PM  1    A.   NO, NO.

02:38PM  2    Q.   THERE WAS A NOVEL CORONAVIRUS R&D ASSAY, THOUGH; RIGHT?

02:38PM  3    A.   I DO NOT RECALL.

02:38PM  4    Q.   OKAY.  THE -- IN ANY EVENT, WITH RESPECT TO THIS, I

02:38PM  5    BELIEVE YOUR TESTIMONY IS THAT THE CLS'S ARE AUTHORIZED TO

02:38PM  6    RELEASE REPORTS?

02:38PM  7    A.   CORRECT.

02:38PM  8    Q.   AND THEY HAVE SPECIFIC TRAINING THAT GIVES THEM THE

02:38PM  9    ABILITY TO DO THAT; RIGHT?

02:38PM  10   A.   CORRECT.

02:38PM  11   Q.   AND THEY HAVE TO FOLLOW THE SPECIFIC POLICY; RIGHT?

02:38PM  12   A.   CORRECT.

02:38PM  13   Q.   AND ARE THERE SOME OTHER MORE SENIOR PEOPLE WHO COULD DO

02:38PM  14   THAT, TOO?  LIKE I ASSUME YOU COULD RELEASE A RESULT?

02:38PM  15   A.   YES, YES.

02:38PM  16   Q.   OKAY.  IS THERE ANYONE BETWEEN THE CLS AND THE LAB

02:38PM  17   DIRECTOR WHO HAS THE LEGAL AUTHORITY TO RELEASE RESULTS?

02:38PM  18   A.   YOU NEED THE CLS, SO I DON'T RECALL EXACTLY.  I THINK THE

02:38PM  19   TECHNICAL SUPERVISOR HAS TO BE CLS BUT THE GENERAL SUPERVISOR

02:38PM  20   DOES NOT.

02:38PM  21        I'LL HAVE TO REVIEW THE REGULATIONS, BUT YOU NEED A CLS

02:39PM  22   LICENSE TO RELEASE TEST RESULTS, YES.

02:39PM  23   Q.   AND THE CLS LICENSE AND THE GENERAL SUPERVISOR, THAT'S THE

02:39PM  24   MORE SENIOR PERSON; RIGHT?

02:39PM  25   A.   CORRECT.

02:39PM 1    Q.   AND I THINK WE TALKED ABOUT BEFORE, MS. HOLMES WAS NOT

02:39PM 2    QUALIFIED TO HAVE ANY OF THOSE POSITIONS WHERE YOU COULD

02:39PM 3    RELEASE RESULTS; RIGHT?

02:39PM 4    A.   NO, SHE WAS NOT.

02:39PM 5    Q.   WITHIN A HIGH COMPLEXITY LAB; RIGHT?

02:39PM 6    A.   CORRECT.

02:39PM 7    Q.   AND SHE NEVER DID RELEASE RESULTS TO YOUR KNOWLEDGE, DID

02:39PM 8    SHE?

02:39PM 9    A.   NO, NOT TO MY KNOWLEDGE.

02:39PM 10   Q.   SHE NEVER CAME DOWN IN THE LAB AND SAID SEND THOSE OUT;

02:39PM 11   RIGHT?

02:39PM 12   A.   NO.

02:39PM 13   Q.   AND THAT WOULD NOT HAVE BEEN APPROPRIATE, WOULD IT?

02:39PM 14   A.   IT WOULD NOT HAVE BEEN APPROPRIATE, NO.

02:39PM 15   Q.   AND IS IT YOUR BELIEF, SIR, THAT DURING YOUR TIME PERIOD

02:39PM 16   AS LAB DIRECTOR AT THERANOS THAT YOU FOLLOWED THE LEGAL

02:39PM 17   REQUIREMENTS AND POLICIES WITH RESPECT TO TEST REPORTING?

02:39PM 18   A.   YES.

02:39PM 19   Q.   SIR, I MENTIONED A MINUTE AGO LIS.

02:40PM 20        DO YOU RECALL THAT?

02:40PM 21   A.   YES.

02:40PM 22   Q.   AND AT SOME POINT DO YOU RECALL THAT THERE WAS A NEW LIS

02:40PM 23   SYSTEM THAT WAS PUT IN PLACE WITHIN THE THERANOS LAB?

02:40PM 24   A.   YES.   IT WAS CALLED SUPER MARIO, I BELIEVE.

02:40PM 25   Q.   IT WAS A CUSTOM BUILT PRODUCT?

02:40PM 1      A.   CORRECT.

02:40PM 2      Q.   BY SOFTWARE DEVELOPERS?

02:40PM 3      A.   CORRECT.

02:40PM 4      Q.   AND, AGAIN, FOR THE BENEFIT OF THE JURY, YOU WERE SHOWN A

02:40PM 5      LOT OF EMAILS RELATING TO TEST RESULTS; RIGHT?

02:40PM 6      A.   YES.

02:40PM 7      Q.   AND QUESTIONS WERE ASKED BASED UPON SNIPPETS OF

02:40PM 8      INFORMATION THAT WAS INCLUDED WITHIN THE EMAILS; RIGHT?

02:40PM 9      SOMETIMES DATA?  SOMETIMES PATIENT INFORMATION; RIGHT?

02:40PM 10     A.   THE QUESTIONS WERE BASED ON THE EMAIL CONTENT, YES.

02:40PM 11     Q.   RIGHT.  AND THAT VARIED FROM EMAIL TO EMAIL; RIGHT?

02:41PM 12     A.   CORRECT.

02:41PM 13     Q.   AND YOU DIDN'T MAINTAIN THE PATIENT RECORDS IN ALL OF THE

02:41PM 14     TESTING DATA WITHIN EMAIL; RIGHT?

02:41PM 15     A.   IT'S THE, IT'S THE ISSUES THAT ARE ESCALATED THAT ARE

02:41PM 16     RECORDED IN EMAIL AS BUSINESS RECORDS.

02:41PM 17          ALL OF THE LABORATORY RESULTS AND REPORTS BY LAW NEED TO

02:41PM 18     BE MAINTAINED WITHIN THE LABORATORY INFORMATION SYSTEM, AND

02:41PM 19     YOU'RE REQUIRED TO MAINTAIN THE TEST REPORTS AS WELL.

02:41PM 20     Q.   RIGHT.  AND THAT'S A SPECIAL, THAT'S A SPECIAL DATABASE

02:41PM 21     THAT TRACKS ALL OF THE ASPECTS OF TESTING; RIGHT?

02:41PM 22     A.   SO THE LABORATORY INFORMATION SYSTEM RECORDS WHAT HAPPENED

02:41PM 23     WITHIN THE LABORATORY.  THERE ARE OTHER SYSTEMS THAT ARE USED

02:41PM 24     TO STORE THE ACTUAL REPORTS AND TO STORE WHAT ARE CALLED

02:42PM 25     ASSESSIONS, WHICH IS THE ACTUAL ORDER FOR THE TEST THAT IS

02:42PM 1    FILLED OUT BY THE ORDERING CLINICIAN.

02:42PM 2        DOES THAT ANSWER YOUR QUESTION?

02:42PM 3    Q.   IT GIVES ME A FRAMEWORK FOR ANOTHER QUESTION.  I AM A

02:42PM 4    LAWYER.

02:42PM 5    A.   AH.

02:42PM 6    Q.   SO THE LIS TRACKS A LOT OF SPECIFIC DETAILS ABOUT THE TEST

02:42PM 7    THAT WAS PERFORMED AND THE RESULTS THAT WERE -- THAT RESULTED;

02:42PM 8    RIGHT?

02:42PM 9    A.   CORRECT, THE SAMPLE THAT WAS PROCESSED, THE METHOD IT WAS

02:42PM 10   RUN ON, THE TIME THAT IT WAS PROCESSED, THE TIME THAT IT WENT

02:42PM 11   TO EACH PART OF THE ANALYTIC PROCESS, ET CETERA.

02:42PM 12   Q.   AND THE NEW -- NOT THE OLD LAB DAQ SYSTEM, BUT THE NEW

02:42PM 13   SYSTEM THAT WAS PUT IN PLACE, SUPER MARIO, OR WHATEVER IT WAS

02:42PM 14   CALLED, THAT WOULD TRACK EVEN MORE INFORMATION THAN LAB DAQ,

02:43PM 15   D-A-Q; RIGHT?

02:43PM 16   A.   I CAN'T REALLY SPEAK TO THAT.  I DESCRIBED WHAT A GOOD

02:43PM 17   LABORATORY INFORMATION SYSTEM SHOULD DO.  I'M NOT TESTIFYING AS

02:43PM 18   TO WHAT SUPER MARIO WAS CAPABLE OF.

02:43PM 19   Q.   OKAY.  BUT -- THANK YOU FOR CLARIFYING.

02:43PM 20        YOU DID TESTIFY THAT YOU NEED AN LIS TO BE A CLIA

02:43PM 21   COMPLIANT LAB; RIGHT?

02:43PM 22   A.   YES.

02:43PM 23   Q.   AND YOU HAD ONE WHEN YOU WERE AT THERANOS?

02:43PM 24   A.   YES.

02:43PM 25   Q.   AND IT TRACKED DATA ABOUT THE TESTS THAT WERE RUN?

02:43PM 1    A.   YES.

02:43PM 2    Q.   AND ISN'T IT THE CASE THAT SOMETIMES WHEN AN ISSUE AROSE,

02:43PM 3    SOMEONE WOULD GO AND PULL INFORMATION FROM THE LIS TO GIVE YOU

02:43PM 4    MORE DATA TO CONSIDER; RIGHT?

02:43PM 5    A.   YES.

02:43PM 6    Q.   AND THAT TYPE OF DATA COULD INCLUDE THE SPECIFIC ASSAY

02:44PM 7    THAT WAS USED; RIGHT?

02:44PM 8    A.   YES, YES.

02:44PM 9    Q.   AND IT COULD INCLUDE THE MACHINE THAT IT WAS RUN ON?

02:44PM 10   A.   YES.

02:44PM 11   Q.   BOTH THE TYPE OF MACHINE LIKE WAS IT A BIG MACHINE, AN

02:44PM 12   EDISON, OR SOME OTHER MACHINE; RIGHT?

02:44PM 13   A.   YES.

02:44PM 14   Q.   BUT IT COULD ALSO TELL YOU EXACTLY WHICH MACHINE?

02:44PM 15   A.   I CAN'T SPEAK TO -- IT SHOULD.  A GOOD LIS WILL RECORD THE

02:44PM 16   SERIAL NUMBER OF THE INSTRUMENT THAT WAS USED FOR THAT SAMPLE.

02:44PM 17   Q.   AND THE REFERENCE RANGE?

02:44PM 18   A.   YES, THOSE ARE STORED IN LIS, YES.

02:44PM 19   Q.   AND WHAT OTHER TESTING INFORMATION WAS INCLUDED OR WOULD

02:44PM 20   BE INCLUDED IN THE LIS?

02:44PM 21   A.   TIME OF ARRIVAL IN THE LAB OF THE SAMPLE, TIME THAT THE

02:44PM 22   REPORT WAS RELEASED.

02:45PM 23       THE REFERENCE RANGES, THE ACTUAL RESULTS TYPICALLY THERE'S

02:45PM 24   A COMMENT SECTION IN THE LIS THAT COULD BE FILLED OUT BY THE

02:45PM 25   CLS'S.

02:45PM 1    Q.   AND IN CONNECTION WITH YOUR MEETINGS AND IN PREPARATION

02:45PM 2    FOR YOUR TESTIMONY OR YOUR MEETINGS WITH THE GOVERNMENT PRIOR

02:45PM 3    IN THE CASE, DID THEY EVER SHOW YOU ANY LIS DATA RELATING TO

02:45PM 4    ONE OF THE INCIDENTS?

02:45PM 5    A.   NO, THE LIS WAS RENDERED INACCESSIBLE.  THAT'S MY

02:45PM 6    UNDERSTANDING.

02:45PM 7    Q.   OKAY.  YOU DON'T HAVE ANY PERSONAL KNOWLEDGE OF THAT, DO

02:45PM 8    YOU, SIR?

02:45PM 9    A.   NO.  THAT HAPPENED AFTER I LEFT.

02:45PM 10   Q.   OKAY.  SO YOU DON'T HAVE ANY OF THE DETAILED INFORMATION

02:45PM 11   THAT RELATES TO ANY OF THE INCIDENTS THAT YOU'VE TALKED ABOUT;

02:45PM 12   RIGHT?

02:45PM 13   A.   NO.  I DISAGREE.  THERE'S A -- ALL OF THE PERTINENT -- I

02:45PM 14   WOULD ASK FOR ALL OF THE PERTINENT INFORMATION ON A PATIENT

02:45PM 15   QUERY.  FOLKS LIKE MAX FOSQUE WHO RAN THE LIS, I WOULD GATHER

02:46PM 16   ALL OF THE INFORMATION TO DO AN INVESTIGATION IN INSTANCES

02:46PM 17   WHERE THERE WAS A PATIENT COMPLAINT OR A DOCTOR COMPLAINT,

02:46PM 18   ET CETERA.

02:46PM 19   Q.   I DIDN'T MEAN TO SUGGEST OTHERWISE.

02:46PM 20        MY POINT IS ACTUALLY JUST THAT.

02:46PM 21        WHEN SOMETHING WOULD COME UP, YOU WOULD HAVE MAX FOSQUE OR

02:46PM 22   SOMEONE WHO HAD ACCESS TO LIS GATHER ALL -- SCRAPE ALL OF THE

02:46PM 23   DATA OUT OF THERE, GET THE REPORT, HAVE ALL OF THE DETAILS, AND

02:46PM 24   ONLY THEN WOULD YOU BE IN A POSITION TO FULLY ANALYZE THE

02:46PM 25   POSITION; RIGHT?

02:46PM  1    A.   YES, I WAS ALSO ABLE TO LOG INTO THE LIS AND CHECK THINGS

02:46PM  2    ON MY OWN.

02:46PM  3    Q.   AND DID YOU DO THAT?

02:46PM  4    A.   YES, I DID.

02:46PM  5    Q.   AND MS. HOLMES NEVER HAD ACCESS TO LIS; RIGHT?

02:46PM  6    A.   I DO NOT KNOW.

02:46PM  7    Q.   YEAH.  WELL, YOU NEVER, YOU NEVER HAD ANY INTERACTION WITH

02:46PM  8    HER THAT LED YOU TO BELIEVE THAT SHE DID; RIGHT?

02:46PM  9    A.   CORRECT.

02:46PM  10   Q.   THE -- AND YOU GOT THAT INFORMATION ON MANY OCCASIONS WHEN

02:46PM  11   ISSUES WOULD ARISE; RIGHT?

02:46PM  12   A.   YES.

02:46PM  13   Q.   AND IT WOULD NOT JUST GIVE YOU INFORMATION ABOUT THAT

02:46PM  14   SPECIFIC PATIENT, BUT IT WOULD GIVE YOU INFORMATION ABOUT OTHER

02:47PM  15   TESTS, RIGHT, OF THE SAME KIND THAT WERE MAYBE RUN IN THE SAME

02:47PM  16   MONTH, FOR EXAMPLE?

02:47PM  17   A.   YES.  DATABASE QUERIES ARE -- YOU'RE ABLE TO DO DATABASE

02:47PM  18   QUERIES ON THE LIS AND COLLECT INFORMATION IN ANY NUMBER OF

02:47PM  19   WAYS, YEAH.

02:47PM  20   Q.   SO YOU COULD LOOK AT A SPECIFIC TYPE OF ASSAY, PULL ALL OF

02:47PM  21   THE RESULTS FOR A PARTICULAR MONTH AND SEE IF THEY TOLD YOU

02:47PM  22   ANYTHING; RIGHT?

02:47PM  23   A.   CORRECT.

02:47PM  24   Q.   AND YOU COULD PULL OUT THEORETICALLY ALL OF THE EDISON

02:47PM  25   ASSAYS AND LOOK AT THEM IN TOTAL AND SEE IF IT TOLD YOU

02:47PM  1   ANYTHING; RIGHT?

02:47PM  2   A.   YEAH, THESE ARE ALL FEATURES OF AN IDEAL LIS.

02:47PM  3   Q.   YEAH.

02:47PM  4   A.   JUST TO BE PERFECTLY TRUTHFUL, I DON'T REMEMBER WHAT THE

02:47PM  5   FULL CAPABILITIES WERE OF SUPER MARIO.

02:47PM  6   Q.   OKAY.  WELL, DO YOU EVER RECALL BEING CONCERNED ABOUT THE

02:47PM  7   CAPABILITIES?

02:47PM  8   A.   NO.  I MEAN, THE INFORMATION WAS AVAILABLE TO ME, WHETHER

02:47PM  9   IT CAME FROM LIS OR OTHER SOURCES.

02:48PM 10   Q.   OKAY.  LET ME GO TO DOCUMENT 9910.

02:49PM 11   A.   YES, I HAVE IT.

02:49PM 12   Q.   AND DO YOU RECOGNIZE THIS TO BE ONE OF THE POLICIES OR

02:49PM 13   PROCEDURES THAT WAS IMPLEMENTED IN THE THERANOS CLIA LAB?

02:49PM 14   A.   THIS IS A QUALITY ASSISTANCE MANUAL THAT WAS EFFECTIVE IN

02:49PM 15   2011 WRITTEN BY ARNE GELB AND APPROVED BY SPENCER HIRAKI.

02:49PM 16   Q.   AND BASED ON THE FORMAT, YOU UNDERSTOOD THAT THIS WOULD

02:49PM 17   HAVE BEEN A MANUAL THAT WAS IN PLACE AT THE TIME IN THE

02:49PM 18   THERANOS CLIA LAB?

02:49PM 19   A.   I'M SORRY, DURING WHAT TIME PERIOD?

02:49PM 20   Q.   WELL, IT WAS EFFECTIVE AS OF 6-9-2011.

02:49PM 21        DO YOU SEE THAT?

02:49PM 22   A.   YES.

02:49PM 23             MR. WADE:  I WOULD MOVE THE ADMISSION OF

02:49PM 24   EXHIBIT 9910.

02:49PM 25             MR. BOSTIC:  NO OBJECTION.

02:49PM  1          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:49PM  2          (DEFENDANT'S EXHIBIT 9910 WAS RECEIVED IN EVIDENCE.)

02:50PM  3     BY MR. WADE:

02:50PM  4     Q.   AND I BELIEVE YOU TESTIFIED THAT THIS WAS A POLICY THAT

02:50PM  5     WAS PUT IN PLACE IN DR. GELB'S PERIOD; RIGHT?

02:50PM  6     A.   SO ONE THING THAT DOESN'T JIBE HERE IS THAT SPENCER HIRAKI

02:50PM  7     IS LISTED AS THE CO-DIRECTOR, AND HE'S ALSO LISTED AS ONE OF

02:50PM  8     THE SIGNATORIES OF THE MANUAL.  SO YOU WOULD HAVE TO ASK LFS

02:50PM  9     WHO WAS ON THE LICENSE AT THE TIME.  AND IT APPEARS FROM THIS

02:50PM  10    THAT THEY WERE ACTUALLY CO-DIRECTORS.  AND IF YOU SEE UNDER

02:50PM  11    SPENCER'S NAME IT SAYS CO-DIRECTOR.

02:50PM  12    Q.   OKAY.  AND JUST SO WE'RE CLEAR, THIS IS REVISION A; RIGHT?

02:50PM  13    A.   CORRECT.

02:50PM  14    Q.   OKAY.  AND LET'S LOOK AT 9945.

02:51PM  15         AND DO YOU RECOGNIZE THIS TO BE A QUALITY SYSTEMS MANUAL

02:51PM  16    THAT WAS IN PLACE WHEN YOU WERE THE LABORATORY DIRECTOR AT

02:51PM  17    THERANOS?

02:51PM  18    A.   YES.

02:51PM  19          MR. WADE:  MOVE THE ADMISSION OF 9945.

02:51PM  20          MR. BOSTIC:  NO OBJECTION.

02:51PM  21          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:51PM  22          (DEFENDANT'S EXHIBIT 9945 WAS RECEIVED IN EVIDENCE.)

02:51PM  23    BY MR. WADE:

02:51PM  24    Q.   NOW, DO YOU SEE HERE THIS IS EFFECTIVE AS OF 7-28-2014?

02:51PM  25    A.   YES.

ROSENDORFF CROSS BY MR. WADE

02:51PM 1    Q.   AND DO YOU RECALL WE WERE PREVIOUSLY DISCUSSING HOW OVER

02:51PM 2    TIME YOU WERE WORKING TO CONTINUOUSLY IMPROVE THE QUALITY

02:51PM 3    SYSTEMS OPERATION; RIGHT?

02:51PM 4    A.   YES.

02:51PM 5    Q.   AND, IN FACT, UNDER CLIA CONTINUOUS IMPROVEMENT IS SORT OF

02:51PM 6    A CONCEPT THAT IS ENCOURAGED; RIGHT?

02:51PM 7    A.   CORRECT.

02:51PM 8    Q.   AND THERE IS ACTUALLY A SPECIFIC SET OF PROCEDURES WITHIN

02:51PM 9    THE CLIA REGULATIONS THAT TALK ABOUT HOW YOU DEAL WITH

02:52PM 10   PROBLEMS; RIGHT?

02:52PM 11   A.   CAN YOU BE MORE SPECIFIC.

02:52PM 12   Q.   WELL, THERE ARE PROCEDURES THAT TALK ABOUT THINGS YOU GO

02:52PM 13   THROUGH, STEPS YOU GO THROUGH TO TRY TO PREVENT PROBLEMS.

02:52PM 14   THAT'S LIKE A QUALITY SYSTEMS MANUAL.

02:52PM 15       DO YOU RECALL?

02:52PM 16   A.   CORRECT.

02:52PM 17   Q.   AND THERE ARE REQUIREMENTS FOR WHAT YOU SHOULD DO IF A

02:52PM 18   PROBLEM ARISES AND WHAT YOU SHOULD DO AND DOCUMENT AND THE

02:52PM 19   LIKE?

02:52PM 20   A.   CORRECT, CORRECT.

02:52PM 21   Q.   OKAY.  AND ONE OF THE CONCEPTS THAT YOU'RE SUPPOSED TO DO

02:52PM 22   UNDER CLIA REGULATIONS IS TO LEARN FROM YOUR MISTAKES AND TRY

02:52PM 23   TO STRENGTHEN THE POLICY AS A RESULT OF THEM; RIGHT?

02:52PM 24   A.   CLIA DOES NOT DETAIL A PRESCRIBED HOW OUR LAB SHOULD GO

02:52PM 25   ABOUT IMPROVING ITS QUALITY.  IT'S A SET OF REGULATIONS THAT

02:52PM  1    ARE DESIGNED TO ENSURE GOOD LABORATORY PRACTICE AND GOOD

02:52PM  2    PATIENT CARE.

02:52PM  3    Q.   OKAY.  WELL, WE'LL GO INTO THOSE REGULATIONS A BIT MORE

02:53PM  4    TOMORROW, BUT THIS PROCEDURE THAT WAS IN PLACE AT 9945 WAS MADE

02:53PM  5    EFFECTIVE 7-28-2014; RIGHT?

02:53PM  6    A.   CORRECT.

02:53PM  7    Q.   AND THAT WAS REVISION C?

02:53PM  8    A.   YES.

02:53PM  9    Q.   AND THAT WAS PART OF AN EFFORT BY YOU AND THE TEAM THAT

02:53PM  10   YOU WERE WORKING WITH TO TRY TO STRENGTHEN THE QUALITY SYSTEMS

02:53PM  11   WITHIN THE CLIA LAB?

02:53PM  12   A.   YES.

02:53PM  13   Q.   OKAY.  AND IT'S SIGNED BY DR. MASINDE.

02:53PM  14        DO YOU SEE THAT?

02:53PM  15   A.   YES.

02:53PM  16   Q.   AND WHO WAS DR. MASINDE?

02:53PM  17   A.   A TECHNICAL SUPERVISOR.

02:53PM  18   Q.   AND THEN WE TALKED ABOUT MR. GEE; RIGHT?  DO YOU SEE THAT?

02:53PM  19   A.   YES.

02:53PM  20   Q.   AND HE WAS ACTUALLY THE QA/QC MANAGER?

02:53PM  21   A.   YES.

02:53PM  22   Q.   AND HE WAS IN CHARGE OF THAT?

02:53PM  23   A.   CORRECT.

02:53PM  24   Q.   AND REPORTING TO YOU?

02:53PM  25   A.   CORRECT.

02:53PM   1    Q.   AND THEN WE SEE HODA ALAMDAR WHO YOU TALKED ABOUT BEFORE.

02:54PM   2         AND THEN WE SEE LINA CASTRO; RIGHT?

02:54PM   3    A.   YES.

02:54PM   4    Q.   AND SHE'S THE CLS AND SAFETY OFFICER; RIGHT?

02:54PM   5              THE WITNESS:  YOUR HONOR, MAY I HAVE A FEW MINUTES

02:54PM   6    FOR A RESTROOM BREAK?

02:54PM   7              THE COURT:  YES.  SHOULD WE --

02:54PM   8              MR. WADE:  WE'RE AT 3:00 O'CLOCK.

02:54PM   9              THE COURT:  WHY DON'T WE BREAK FOR THE DAY.  WE'LL

02:54PM  10    BREAK FOR THE DAY.  WE'LL TAKE OUR RECESS NOW, LADIES AND

02:54PM  11    GENTLEMEN.

02:54PM  12         WE'LL START AT 9:00 O'CLOCK.  MAY WE GO UNTIL 4:00

02:54PM  13    TOMORROW?  DOES THAT CAUSE INCONVENIENCE FOR OUR JURORS?

02:54PM  14         I SEE NO HANDS.

02:54PM  15         THANK YOU SO MUCH FOR YOUR GENEROSITY.  BEFORE WE BREAK,

02:54PM  16    LADIES AND GENTLEMEN, LET ME REMIND YOU AGAIN, PLEASE DO NOT

02:54PM  17    COMMUNICATE WITH ANYONE IN ANY WAY ABOUT THIS CASE, PLEASE

02:54PM  18    AVOID ANY INFORMATION ABOUT THE CASE YOU MIGHT SEE WHILE

02:54PM  19    BROWSING YOUR SOCIAL MEDIA OR ANY INTERNET ACTIVITY.  AVOID ANY

02:54PM  20    NEWSPAPER ARTICLES AND TELEVISION ADS ABOUT THIS.

02:54PM  21         I'LL ASK YOU TOMORROW WHETHER OR NOT ANY OF THOSE THINGS

02:54PM  22    HAVE HAPPENED.

02:54PM  23         HAVE A GOOD EVENING, AND WE'LL SEE YOU TOMORROW AT 9:00

02:54PM  24    O'CLOCK.

02:54PM  25              THANK YOU.

02:55PM 1          (JURY OUT AT 2:55 P.M.)

02:55PM 2          THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

02:55PM 3  YOU.  THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

02:55PM 4  DAY.  I THINK THE WITNESS IS GONE.  YES.

02:55PM 5      ANYTHING FURTHER BEFORE WE BREAK?

02:55PM 6          MR. BOSTIC:  YOUR HONOR, I BELIEVE THE PARTIES HAD

02:55PM 7  SPOKEN WITH THE COURT ABOUT WHETHER NOW MIGHT BE A GOOD TIME TO

02:55PM 8  DISCUSS THE ADDITIONAL POST-THERANOS TOPICS RELATED TO

02:56PM 9  DR. ROSENDORFF.

02:56PM 10         THE COURT:  ARE WE READY TO TALK ABOUT THAT NOW,

02:56PM 11 MR. WADE?

02:56PM 12         MR. WADE:  WE MAY BE.  THERE MAY BE SOME ISSUES THAT

02:56PM 13 I COULD RAISE.  FRANKLY, I WOULD PREFER TO DO IT AT SIDE-BAR

02:56PM 14 AND CONSIDER WHETHER WE COULD KEEP A PORTION OF THAT SEALED.  I

02:56PM 15 KNOW THAT --

02:56PM 16         THE COURT:  PARDON ME FOR INTERRUPTING YOU.  WHY

02:56PM 17 DON'T WE DO THIS.  WE JUST FINISHED THIS WITNESS'S TESTIMONY.

02:56PM 18 I WAS WONDERING WHETHER WE WERE GOING TO MOVE INTO ANY OF THIS.

02:56PM 19     WHAT I WOULD LIKE YOU TO DO -- AND PARDON ME, I'M NOT

02:56PM 20 COMMENTING ON YOUR ANSWER AT ALL, BUT IT MIGHT BENEFIT YOU TO

02:56PM 21 TALK WITH YOUR TEAM, MR. WADE, ABOUT WHAT YOU'RE GOING TO DO

02:56PM 22 AND HOW YOU'RE GOING TO DO THAT AND, YOU KNOW, IF YOU FEEL THE

02:56PM 23 OPPORTUNITY TO COMMUNICATE WITH THE GOVERNMENT TO ENHANCE OUR

02:56PM 24 CONVERSATION TOMORROW MORNING, THAT WOULD BE HELPFUL.

02:56PM 25         MR. WADE:  I'M HAPPY TO DO THAT, YOUR HONOR.

02:56PM 1        I THINK MY SENSITIVITY IS OBVIOUSLY THE WITNESS IS ON

02:56PM 2    CROSS-EXAMINATION AND THE WITNESS HAS COUNSEL.  YOU MAY HAVE

02:57PM 3    NOTICED THERE WERE A FEW MEMBERS OF THE MEDIA PRESENT AND HIS

02:57PM 4    COUNSEL IS PRESENT AND HAS THE RIGHT TO OBSERVE THIS.

02:57PM 5        I'M NOT INCLINED TO PREVIEW ALL CROSS-EXAMINATION

02:57PM 6    APPROACHES IN ADVANCE.

02:57PM 7        IF THERE'S A DESIRE TO RAISE SPECIFIC ISSUES, I'M HAPPY TO

02:57PM 8    SHARE WITH THE GOVERNMENT AT THIS POINT BECAUSE I HAVE THE

02:57PM 9    WITNESS ON CROSS.

02:57PM 10        IF THERE'S A DESIRE TO GET INTO SPECIFIC DETAIL IN ADVANCE

02:57PM 11    SO THE GOVERNMENT CAN RAISE THEIR ISSUES, WHICH I HAVE NO

02:57PM 12    OBJECTION TO, I WOULD JUST ASK THAT WE DO IT AT SIDE-BAR, WE

02:57PM 13    HAVE THAT SEALED UNTIL HE'S DONE TESTIFYING, AND THEN IT CAN BE

02:57PM 14    UNSEALED.

02:57PM 15            THE COURT:  OH, LET'S SEE.  THE SIDE-BAR

02:57PM 16    CONVERSATION YOU'RE SPEAKING TO?

02:57PM 17            MR. WADE:  JUST ON THE SCOPE AND NATURE OF THE

02:57PM 18    CROSS-EXAMINATION BEFORE THAT OCCURS.

02:57PM 19            THE COURT:  OKAY.  AND THIS IS -- I THINK WHAT WE'RE

02:57PM 20    TALKING ABOUT HERE WE DISCUSSED PREVIOUSLY IS ANY POST-THERANOS

02:57PM 21    EMPLOYMENT WITH THIS WITNESS.

02:58PM 22        MR. BOSTIC.

02:58PM 23            MR. BOSTIC:  THAT'S CORRECT, YOUR HONOR.

02:58PM 24        I BELIEVE THERE ARE TWO CATEGORIES OF INFORMATION WE ARE

02:58PM 25    TALKING ABOUT THAT GOES UNDER THAT UMBRELLA TOPIC.  ONE IN

02:58PM  1       PARTICULAR RELATES TO DOCUMENT PRODUCTION BY THE GOVERNMENT

02:58PM  2       SUBJECT TO A STIPULATED PROTECTIVE ORDER THAT THE COURT SIGNED.

02:58PM  3                THE COURT:  OKAY.

02:58PM  4                MR. WADE:  AND WE HAVE GIVEN NOTICE THAT WE MAY USE

02:58PM  5       THOSE MATERIALS, IN PARTICULAR I -- THERE'S A, THERE'S A --

02:58PM  6                THE COURT:  LET ME.  PARDON ME, AGAIN.  I APOLOGIZE,

02:58PM  7       MR. WADE.

02:58PM  8          IF YOU HAVE, TO THE EXTENT THAT YOU FEEL COMFORT, IF YOU

02:58PM  9       CAN IDENTIFY WHAT THOSE DOCUMENTS ARE AND THEN EMAIL THEM TO

02:58PM  10      MS. KRATZMANN JUST TO SHARE WITH THEM IN ADVANCE SO I HAVE SOME

02:58PM  11      TIME TO LOOK AT IT.

02:58PM  12               MR. WADE:  SURE.

02:58PM  13               THE COURT:  WOULD THAT BE HELPFUL?

02:58PM  14               MR. WADE:  WE WOULD BE HAPPY TO DO THAT.  AGAIN,

02:58PM  15      WE'RE NOT -- WE'RE TRYING TO BE AS TRANSPARENT AS WE CAN BE

02:58PM  16      WITHOUT REVEALING THE INFORMATION.

02:58PM  17          ONE OTHER NOTE, YOUR HONOR, JUST ON THIS WITNESS.

02:58PM  18          I THINK THE WITNESS EXPLAINED THAT HE HAS A CONFLICT AT

02:58PM  19      2:00 O'CLOCK TOMORROW.

02:58PM  20               THE COURT:  RIGHT.

02:58PM  21               MR. WADE:  I THINK THERE WAS SOME UNCERTAINTY.  I

02:58PM  22      WILL NOT BE DONE AT 2:00 O'CLOCK TOMORROW.

02:59PM  23          I THINK WE WILL SEE OCTOBER BEFORE WE SEE ANOTHER WITNESS

02:59PM  24      UNLESS WE TAKE ONE OUT OF ORDER.

02:59PM  25          SO I WANTED TO JUST RAISE THAT AND GET THE COURT'S --

02:59PM   1                THE COURT:  NO.  THANK YOU.  I WANTED TO ASK YOU

02:59PM   2        ABOUT HOW MUCH TIME, WHETHER OR NOT -- I THINK THE PHRASE

02:59PM   3        FRIDAY WAS CLOSER TO THE END THAN THE BEGINNING I THINK.

02:59PM   4                MR. WADE:  MR. BOSTIC HAS TAUGHT ME ABOUT THE

02:59PM   5        DANGERS OF GIVING ESTIMATES.

02:59PM   6            (LAUGHTER.)

02:59PM   7                MR. WADE:  I WOULD EXPECT ALL DAY --

02:59PM   8                THE COURT:  TOMORROW.

02:59PM   9                MR. WADE:  -- TOMORROW.  AND CERTAINLY IF IT'S UNTIL

02:59PM  10        2:00 ALL DAY TOMORROW, AND I'LL HAVE A BETTER SENSE AFTER THAT.

02:59PM  11                THE COURT:  OKAY.

02:59PM  12                MR. WADE:  SOME IS GOING A LITTLE FASTER THAN OTHERS

02:59PM  13        AS THE COURT KNOWS.

02:59PM  14                THE COURT:  SURE.  WELL, WHAT I'VE ASKED THE JURY TO

02:59PM  15        DO IS TO HAVE A 4:00 O'CLOCK DAY TOMORROW.

02:59PM  16            AND IT SOUNDS LIKE WE WOULD BREAK THIS WITNESS'S TESTIMONY

02:59PM  17        AND TRY TO FILL THE GAP WITH ANOTHER WITNESS, MR. BOSTIC?

02:59PM  18        WOULD THAT BE POSSIBLE?

02:59PM  19                MR. BOSTIC:  YOUR HONOR, I'D LIKE TO HAVE A FIRM

02:59PM  20        ANSWER ON THAT NOW.  UNFORTUNATELY, WE STILL NEED TO CHECK WITH

03:00PM  21        OUR OTHER WITNESSES WHO ARE NEXT IN THE LINEUP.

03:00PM  22            I ALSO UNDERSTAND THAT THE DEFENSE IS WILLING TO AGREE TO

03:00PM  23        CERTAIN WITNESSES COMING NEXT IN ORDER BUT NOT OTHERS, SO I

03:00PM  24        THINK THERE MAY BE SOME ADDITIONAL CONVERSATION TO HAVE WITH

03:00PM  25        DEFENSE COUNSEL ON THAT.

03:00PM  1          MR. WADE:  IF I CAN JUST RAISE THAT ISSUE AND MAYBE

03:00PM  2   MAKE A SUGGESTION.  WE'LL MEET AND CONFER AND SEE IF WE CAN

03:00PM  3   WORK THIS OUT.  WE WANT TO BE AS FLEXIBLE AS WE CAN FOR THE

03:00PM  4   WITNESSES.

03:00PM  5          I BELIEVE THE NEXT WITNESS IS THE NEXT LAB DIRECTOR, AND

03:00PM  6   WE WOULD NOT WANT TO START THE EXAMINATION OF THAT LAB DIRECTOR

03:00PM  7   UNTIL WE COMPLETED THIS BECAUSE SOME OF WHAT WE LEARN HERE MAY

03:00PM  8   RELATE TO THAT EXAMINATION.  THAT IS SORT OF THE CONCERN THAT

03:00PM  9   WE WOULD HAVE AT THAT LEVEL.

03:00PM 10          BUT THE MORE PRACTICAL CONCERN IS, YOUR HONOR, I'M

03:00PM 11   EXAMINING BOTH WITNESSES.  IT WOULD BE VERY DIFFICULT FOR ME TO

03:00PM 12   DO THIS EXAMINATION, AND THEN BE PREPARED TO TAKE A SEPARATE

03:00PM 13   WITNESS IN PART BECAUSE I DON'T THINK WE WOULD FINISH.

03:00PM 14          THE COURT:  OH, MR. WADE.  YOU WOEFULLY

03:00PM 15   UNDERESTIMATE YOUR SKILLS, MR. WADE.

03:01PM 16          MR. WADE:  WHAT I WAS GOING TO SUGGEST, I KNOW THE

03:01PM 17   GOVERNMENT HAS SOME OTHER WITNESSES THAT THEY HAVE IDENTIFIED.

03:01PM 18          IF THERE IS CONCERN ABOUT WHETHER THEY CAN GET THAT

03:01PM 19   WITNESS UP AND DOWN, WE CAN MAYBE EVEN, YOU KNOW, BREAK --

03:01PM 20   DR. ROSENDORFF, I UNDERSTAND, LIVES IN SAN FRANCISCO.  MAYBE WE

03:01PM 21   CAN STOP AT THE LUNCH BREAK WITH DR. ROSENDORFF AND THEN MAKE

03:01PM 22   SURE WE CAN GET, YOU KNOW, A FULL WITNESS IN, BUT I JUST AM

03:01PM 23   WANTING TO BE --

03:01PM 24          THE COURT:  WELL, HE SAID HE NEEDS TO FINISH AT

03:01PM 25   2:00.  I DON'T KNOW IF THAT MEANS FINISH HERE OR HE HAS AN

03:01PM   1    APPOINTMENT AT 2:00.  I THINK HE SAID FINISH AT 2:00.  HE HAS

03:01PM   2    AN OBLIGATION.  MAYBE HE'S FACTORED IN HIS TRAVEL TIMING ON

03:01PM   3    THAT.

03:01PM   4        BUT I'M GOING TO HONOR HIS REQUEST, AND WE'LL BREAK WITH

03:01PM   5    HIM TOMORROW AT 2:00.  I HOPE WE CAN CAPTURE THE BALANCE OF

03:01PM   6    THOSE TWO HOURS WITH ANOTHER WITNESS OF SOME SORT.

03:01PM   7        I UNDERSTAND THE RETICENCE TO GO WITH ANOTHER DIRECTOR.

03:01PM   8    YOU'LL HAVE THAT PERSON ON CROSS AS WELL, AND I UNDERSTAND THE

03:02PM   9    ISSUE WITH THAT FROM BOTH PERSPECTIVES.  IT'S BETTER TO HAVE A

03:02PM  10    CHRONOLOGY OF DIRECTORS IF THAT'S HOW IT'S GOING.  I DON'T

03:02PM  11    KNOW.

03:02PM  12        BUT WHY DON'T YOU SEE WHAT YOU CAN DO WITH THE WITNESS.

03:02PM  13        I DON'T KNOW IF THE GOVERNMENT HAS ANOTHER WITNESS THAT WE

03:02PM  14    CAN FIT INTO THAT -- IT'S A TWO HOUR ESTIMATE.

03:02PM  15        BUT, OF COURSE, THEN YOU HAVE TO FACTOR IN

03:02PM  16    CROSS-EXAMINATION, ET CETERA.

03:02PM  17        FRIDAY WE'RE ONLY GOING TO GO UNTIL 2:00 AT THE LATEST, I

03:02PM  18    DON'T KNOW, MAYBE 1:00, SOMETHING LIKE THAT.  SO PLEASE

03:02PM  19    CONSIDER THAT ALSO.

03:02PM  20            MR. WADE:  AND THERE ARE -- THE GOVERNMENT IS, AS WE

03:02PM  21    ALL HAVE DISCUSSED WITH THE COURT, DISCLOSED WITNESSES WHO MAY

03:02PM  22    COME UP THIS WEEK.

03:02PM  23        IF THEY WANT TO RUN POTENTIAL WITNESSES BY US AND IN TERMS

03:02PM  24    OF, YOU KNOW, AN ESTIMATED LENGTH OF CROSS, WE'RE HAPPY TO MEET

03:02PM  25    AND CONFER AND SEE IF WE CAN FIND ONE WE CAN FIT IN THERE.

03:02PM  1                THE COURT:  GREAT.  I APPRECIATE YOUR EFFORTS ON

03:02PM  2       THAT.  I'M NOT ASKING YOU TO REVEAL WHAT YOUR CROSS-EXAMINATION

03:02PM  3       IS, MR. WADE.

03:02PM  4                MR. WADE:  YOU NEVER HAVE, YOUR HONOR.  I APPRECIATE

03:02PM  5       THAT.

03:03PM  6                MR. BOSTIC:  YES, YOUR HONOR.  THE PARTIES ARE HAPPY

03:03PM  7       TO MEET AND CONFER ON THAT.  OF COURSE, OUR PRIORITIES ARE

03:03PM  8       AVOIDING CONFUSION FOR THE JURY, NOT INCONVENIENCING THE COURT,

03:03PM  9       AND MINIMIZING THE INCONVENIENCE ON WITNESSES, BUT WE WILL LOOK

03:03PM 10       INTO WHAT WE CAN DO TO FILL THAT SLOT TOMORROW.

03:03PM 11                THE COURT:  THANK YOU.

03:03PM 12          THIS JURY IS EXPERIENCED WITH TAKING WITNESSES OUT OF

03:03PM 13       ORDER.  I THINK THEY'RE BECOMING MORE ACCLIMATED TO THE COURT

03:03PM 14       PROCESS AND IT'S A SMART JURY SO.

03:03PM 15                MR. BOSTIC:  YOUR HONOR, IF I COULD JUST GO BACK TO

03:03PM 16       THE ISSUE OF DISCLOSURE.  I JUST WANTED TO NOTE FOR THE COURT,

03:03PM 17       THE PROTECTIVE ORDER COVERING THE DOCUMENT PRODUCTION RELATED

03:03PM 18       TO THE UNRELATED INVESTIGATION OF THE COMPANY WHERE

03:03PM 19       DR. ROSENDORFF ALSO WORKED.

03:03PM 20                THE COURT:  RIGHT.

03:03PM 21                MR. BOSTIC:  THAT PROTECTIVE ORDER CONTAINS A

03:03PM 22       PROVISION THAT REQUIRES EITHER PARTY BEFORE USING IT IN OPEN

03:03PM 23       COURT TO PROVIDE THE OTHER PARTY WITH NOTICE OF THE PARTICULAR

03:03PM 24       DOCUMENTS THAT ARE GOING TO BE USED AND TIME FOR THAT FIRST

03:03PM 25       PARTY TO OBJECT.

03:03PM  1       THE ONLY NOTICE THAT WE HAVE RECEIVED THAT I'M AWARE OF

03:03PM  2   FROM THE DEFENSE GIVES US NOTICE OF AN ENTIRE 12,000 PAGE RANGE

03:03PM  3   OF DOCUMENTS THAT THEY MIGHT GO INTO.

03:04PM  4       MY POSITION IS THAT THAT'S NOT IN THE SPIRIT OR THE LETTER

03:04PM  5   OF THE PROTECTIVE ORDER.

03:04PM  6       I'M NOT SURE IF I MISSED SOMETHING ADDITIONALLY FROM THEM

03:04PM  7   WHILE WE'VE BEEN IN THE AFTERNOON SESSION, BUT I WANTED TO

03:04PM  8   RAISE THAT FOR THE COURT IN CASE THAT MIGHT BE A GATING ITEM TO

03:04PM  9   US HAVING A FULL CONVERSATION ABOUT THAT TOPIC.

03:04PM 10          MR. WADE:  I DID NEED THE NIGHT TO REVIEW THE 12,000

03:04PM 11   DOCUMENTS, YOUR HONOR, BUT I BELIEVE THERE ARE A COUPLE OF

03:04PM 12   DOCUMENTS THAT WE HAVE INCLUDED WITHIN -- THE COURT'S

03:04PM 13   INDULGENCE.

03:04PM 14          THE COURT:  CONTAINED ON THAT POST-IT.

03:04PM 15          MR. WADE:  MS. TREFZ HAS PROVIDED ME THE EVER USEFUL

03:04PM 16   GOLDEN TICKET.  I BELIEVE THEY'RE WITHIN THESE, THESE VOLUMES.

03:04PM 17   I'M SURPRISED THE GOVERNMENT HASN'T REVIEWED THEM ALREADY.

03:04PM 18       BUT THE -- I WILL GIVE THAT LIST THAT IDENTIFIES SOME OF

03:04PM 19   THEM, AND THERE MAY BE ONE OR TWO OTHERS.

03:04PM 20       AND IF WE IDENTIFIED THEM, AS SOON AS WE IDENTIFY THE

03:05PM 21   POTENTIAL USE, WE WILL RAISE IT WITH THE GOVERNMENT.

03:05PM 22       I THINK THE -- I FORGET EXACTLY WHAT THE MATERIALS ARE,

03:05PM 23   BUT I DON'T THINK IT WILL BE MUCH OF A SURPRISE TO THE

03:05PM 24   GOVERNMENT, AND WE'RE HAPPY TO MEET AND CONFER WITH THEM ON --

03:05PM 25          THE COURT:  WELL, THAT WOULD BE GREAT.  I APPRECIATE

03:05PM   1      YOUR EFFORTS TO -- IT WOULD MAKE IT A -- MORE EFFICIENT FOR US

03:05PM   2      TO ENGAGE OUR JURY AND GET THE EVIDENCE IN AS NEEDED IF WE CAN.

03:05PM   3           I KNOW YOU MIGHT HAVE SOME DISCUSSIONS ABOUT CERTAIN

03:05PM   4      TOPICS, AND I'M EAGER TO TALK WITH YOU ABOUT THAT.

03:05PM   5           BUT TO THE EXTENT THAT YOU CAN MEET AND CONFER AND

03:05PM   6      IDENTIFY THOSE DOCUMENTS, I'M HAPPY TO HEAR IT'S NOT 12,000

03:05PM   7      PAGES, THEY FIT ON A POST-IT, A SMALL POST-IT, WHICH IS

03:05PM   8      REFRESHING, SO WE WILL SEE WHAT WE CAN COME UP WITH.

03:05PM   9           MR. WADE:  WE WILL DO THAT, YOUR HONOR.  OBVIOUSLY

03:05PM  10      WE HAVE A LITTLE MORE FREEDOM TO HAVE THOSE DISCUSSIONS NOW

03:05PM  11      THAT WE HAVE THE WITNESS ON CROSS.

03:05PM  12           THE COURT:  OKAY.  THANKS.  HAVE A GOOD EVENING.

03:05PM  13      WE'LL SEE YOU TOMORROW.

03:05PM  14           THE CLERK:  COURT IS ADJOURNED.

03:06PM  15           (COURT ADJOURNED AT 3:06 P.M.)

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                       CERTIFICATE OF REPORTERS

4

5

6

7           WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16                      _____
                        IRENE RODRIGUEZ, CSR, CRR
17                      CERTIFICATE NUMBER 8076

18

19                      _____
                        LEE-ANNE SHORTRIDGE, CSR, CRR
20                      CERTIFICATE NUMBER 9595

21                      DATED:  SEPTEMBER 28, 2021

22

23

24

25