# EXHIBIT 13

```
 1

 2                    UNITED STATES DISTRICT COURT

 3                   NORTHERN DISTRICT OF CALIFORNIA

 4                        SAN JOSE DIVISION

 5

     UNITED STATES OF AMERICA,        )  CR-18-00258-EJD
 6                                     )
                    PLAINTIFF,         )  SAN JOSE, CALIFORNIA
 7                                     )
            VS.                        )  VOLUME 18
 8                                     )
     ELIZABETH A. HOLMES,              )  OCTOBER 13, 2021
 9                                     )
                    DEFENDANT.         )  PAGES 3279 - 3537
10   _____  )  PAGES 3292 - 3364 SEALED
                                          PAGES 3534 - 3537 SEALED
11

12

13                TRANSCRIPT OF TRIAL PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
14                UNITED STATES DISTRICT JUDGE

     A P P E A R A N C E S:
15

16   FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                            BY:  JOHN C. BOSTIC
17                               JEFFREY B. SCHENK
                            150 ALMADEN BOULEVARD, SUITE 900
18                          SAN JOSE, CALIFORNIA 95113

19                          BY:  ROBERT S. LEACH
                                 KELLY VOLKAR
20                          1301 CLAY STREET, SUITE 340S
                            OAKLAND, CALIFORNIA 94612

21        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

22   OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                          CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
24                          CERTIFICATE NUMBER 9595

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER
```

1    A P P E A R A N C E S: (CONT'D)

2

3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                              BY:  KEVIN M. DOWNEY
4                                  LANCE A. WADE
                                   KATHERINE TREFZ
5                                  ANDREW LEMENS
                                   J.R. FLEURMONT
6                                  PATRICK LOOBY
                                   RICHARD CLEARY
7                              725 TWELFTH STREET, N.W.
                              WASHINGTON, D.C. 20005
8
                              LAW OFFICE OF JOHN D. CLINE
9                             BY:  JOHN D. CLINE
                              ONE EMBARCADERO CENTER, SUITE 500
10                            SAN FRANCISCO, CALIFORNIA 94111

11
     ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
12                           BY:  ADELAIDA HERNANDEZ

13                           OFFICE OF THE U.S. ATTORNEY
                             BY:  LAKISHA HOLLIMAN, PARALEGAL
14                                MADDI WACHS, PARALEGAL

15                           WILLIAMS & CONNOLLY
                             BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
16
                             TBC
17                           BY:  BRIAN BENNETT, TECHNICIAN

18

19

20

21

22

23

24

25

INDEX OF PROCEEDINGS

GOVERNMENT'S:

**WADE MIQUELON**
DIRECT EXAM BY MR. SCHENK (RES.)          P. 3368
CROSS-EXAM BY MR. DOWNEY                  P. 3413
REDIRECT EXAM BY MR. SCHENK              P. 3509

**ROBERTO AMENTA**
DIRECT EXAM BY MR. BOSTIC                 P. 3521

```
 1                          INDEX OF EXHIBITS

 2
                                       IDENT.      EVIDENCE
 3       GOVERNMENT'S:

 4       372                                        3368
         488                                        3379
 5       503                                        3383
         617                                        3395
 6       971                                        3402
         1254                                       3407
 7       1083                                       3477
         1387                                       3482
 8       4845                                       3527

 9

10
         DEFENDANT'S:
11
         7312                                       3473
12       7383                                       3485
         12510, PAGES 6786 - 6804                   3490
13       13952                                      3502
         7618                                       3504
14       7622                                       3505
         7657                                       3506
15       7676                                       3508

16

17

18

19

20

21

22

23

24

25
```

SAN JOSE, CALIFORNIA                    OCTOBER 14, 2021

P R O C E E D I N G S

(COURT CONVENED AT 8:33 A.M.)

(JURY OUT AT 8:33 A.M.)

THE COURT:  WE'RE BACK ON THE RECORD IN THE HOLMES

MATTER.  ALL COUNSEL ARE PRESENT AND MS. HOLMES IS PRESENT.

WE'RE OUTSIDE OF THE PRESENCE OF THE JURY AND MEETING

BEFORE THEY ARRIVE.

I UNDERSTAND THE DEFENSE WANTED TO RAISE A QUESTION?

MR. DOWNEY:  GOOD MORNING, YOUR HONOR.

THE COURT:  GOOD MORNING.

MR. DOWNEY:  THREE ISSUES THAT JUST CAME UP, TWO OF

WHICH I THINK MR. SCHENK AND I HAVE BEEN ABLE TO DEAL WITH ON

OUR OWN, BUT THEY RELATE TO A WITNESS NOT YET TESTIFYING, BUT

IT WILL BE MR. JHAVERI WHO IS ANOTHER WITNESS FORMERLY EMPLOYED

AT WALGREENS.

THERE ARE TWO QUESTIONS IN CONNECTION WITH HIS TESTIMONY

THAT WE WERE CONCERNED ABOUT BECAUSE STATEMENTS ABOUT THEM

APPEARED IN A 302 THAT WAS PRODUCED YESTERDAY.

ONE IS THAT HE WANTED TO -- IN THE STATEMENT, HE

REFERENCED THERANOS'S DECISION TO VOID TESTS, WHICH AS

YOUR HONOR KNOWS WAS THE SUBJECT OF MOTION IN LIMINE PRACTICE.

THE SUBSTANCE OF HIS STATEMENT WAS THAT WALGREENS MADE A

DECISION TO CLOSE ITS STORES IN RESPONSE TO THAT ACTION BY

THERANOS.

08:34AM 1          MR. SCHENK AND I SPOKE THIS MORNING AND MR. SCHENK ASSURES

08:35AM 2     ME THAT THE ISSUE OF VOIDING WILL NOT BE PART OF THE

08:35AM 3     PRESENTATION, ALTHOUGH THE ISSUE OF THE DECISION TO CLOSE --

08:35AM 4     THE FACT THAT THE STORES WERE CLOSED IS SOMETHING THAT WILL BE

08:35AM 5     PRESENTED, WHICH IS CERTAINLY FINE BY US.

08:35AM 6          THE OTHER ISSUE IS HE WAS PRESENTED DURING THAT INTERVIEW

08:35AM 7     WITH A "WALL STREET JOURNAL" ARTICLE AND ASKED TO CONTRAST THE

08:35AM 8     KNOWLEDGE THAT HE HAD WITH CERTAIN ASSERTIONS IN "THE

08:35AM 9     WALL STREET JOURNAL" ARTICLE.  WE WERE CONCERNED ABOUT THAT

08:35AM 10    METHOD OF PRESENTING EVIDENCE.

08:35AM 11         AGAIN, MR. SCHENK ASSURES ME THAT NOT ONLY WILL THERE NOT

08:35AM 12    BE REFERENCE TO OR INTRODUCTION OF THE ARTICLE, BUT THAT HE'LL

08:35AM 13    SIMPLY BE ASKED ABOUT THE STATE OF HIS KNOWLEDGE AT THE TIME.

08:35AM 14         SO I THINK AS TO THOSE TWO ISSUES THEY HAVE BEEN RESOLVED,

08:35AM 15    BUT I JUST WANT TO MAKE THE COURT AWARE OF THEM IN CASE

08:35AM 16    ANYTHING COMES UP DURING THE TESTIMONY.

08:35AM 17              THE COURT:  OKAY.  LET ME JUST ASK MR. SCHENK IF HE

08:35AM 18    HAS ANY COMMENT ON ANY OF THOSE TWO ISSUES.

08:36AM 19         MR. SCHENK?

08:36AM 20              MR. SCHENK:  THANK YOU, YOUR HONOR.

08:36AM 21         WITH REGARD TO THE VOIDING OF THE TESTS, I DO NOT INTEND

08:36AM 22    TO ASK MR. JHAVERI WHETHER HE HAS KNOWLEDGE OF THAT IN FACT.

08:36AM 23         I THINK THERE'S A SEPARATE ISSUE ABOUT THE ADMISSIBILITY

08:36AM 24    OF VOIDING OF THE TESTS.  WE DON'T HAVE TO ADDRESS THAT WITH

08:36AM 25    MR. JHAVERI.  I DO NOT INTEND TO ASK HIM IF THERANOS VOIDED THE

08:36AM 1     TESTS.

08:36AM 2         I DO INTEND TO ASK HIM WHETHER THE THERANOS BLOOD TESTING

08:36AM 3     SERVICES AT SOME POINT BECAME UNAVAILABLE AT WALGREENS, THEY

08:36AM 4     STOPPED OFFERING BLOOD TESTING AT WALGREENS AND YOU CAN'T GO

08:36AM 5     THERE ANYMORE AND GET THEM.

08:36AM 6         I THINK IT'S MR. JHAVERI'S BELIEF OR KNOWLEDGE THAT PART

08:36AM 7     OF THE REASON WAS BECAUSE TESTS WERE VOIDED.  WE DON'T HAVE TO

08:36AM 8     GET INTO THE REASON, RATHER WHAT I'M INTERESTED IN IS THE FACT

08:36AM 9     THAT THERANOS SERVICES ARE NO LONGER AVAILABLE AT WALGREENS AND

08:36AM 10     THAT THAT HAPPENED WHILE MR. JHAVERI WAS ENGAGED IN THE

08:36AM 11     PROJECT.

08:36AM 12             THE COURT:  YOU HAVE NO OBJECTION TO THAT?

08:36AM 13             MR. DOWNEY:  NO OBJECTION TO THAT.

08:36AM 14         THE ONLY REQUEST WE HAVE IN CONNECTION WITH THAT, WHICH

08:36AM 15     I'M SURE MR. SCHENK WILL COMPLY WITH, IS JUST THAT THE WITNESS

08:37AM 16     BE APPRISED OF OUR AGREEMENT ON THAT SUBJECT.

08:37AM 17             THE COURT:  ALL RIGHT.  ANYTHING ELSE INVOLVING --

08:37AM 18     MR. SCHENK, ANYTHING ELSE YOU WANT TO COMMENT ON?

08:37AM 19             MR. SCHENK:  THE SECOND ISSUE THAT MR. DOWNEY RAISED

08:37AM 20     WAS "THE WALL STREET JOURNAL" ARTICLE.

08:37AM 21         MR. JHAVERI READ IT.  I INTEND TO HAVE HIM TESTIFY THAT

08:37AM 22     GENERALLY IT WAS NEGATIVE, THAT HE DIDN'T READ IT AND THINK

08:37AM 23     THAT THE RELATIONSHIP WITH THERANOS HAD ANYTHING OTHER THAN A

08:37AM 24     NEW OBSTACLE OR HURDLE AND HE NEEDED TO DO SOME INFORMATION

08:37AM 25     GATHERING, SOMETHING LIKE THAT.

08:37AM 1          I'M NOT GOING TO ASK HIM ABOUT THIS LINE OR THAT FACT OR

08:37AM 2     DETAILS IN THE ARTICLE.

08:37AM 3          THE POINT OF IT IS THAT MR. JHAVERI'S ROLE IN THE

08:37AM 4     RELATIONSHIP CHANGED AT THAT POINT.  OTHER PEOPLE AT WALGREENS,

08:37AM 5     LIKE LAWYERS, GOT MORE INVOLVED IN THE RELATIONSHIP AT THAT

08:37AM 6     POINT.

08:37AM 7          SO IT WAS SORT OF A CAUSE OF HIM STEPPING BACK A LITTLE

08:37AM 8     BIT IN SOME OF THE INTERACTIONS IN THE RELATIONSHIP, AND THAT'S

08:37AM 9     THE FACT THAT I INTEND TO ELICIT.

08:37AM 10         BUT I'M NOT GOING TO SHOW HIM THE ARTICLE, I'M NOT GOING

08:38AM 11    TO ASK HIM ABOUT FACTS OR SENTENCES OR LINES IN THE ARTICLE,

08:38AM 12    JUST GENERALLY THAT IT WAS NEGATIVE AND THAT IT CAUSED HIM TO

08:38AM 13    STEP BACK A LITTLE BIT IN THE RELATIONSHIP.

08:38AM 14              MR. DOWNEY:  I THINK THE FACT THAT THERE WAS A

08:38AM 15    NEGATIVE ARTICLE IS NOT SOMETHING THAT WE OBJECT TO, AND,

08:38AM 16    AGAIN, I WOULD JUST REQUEST THAT THE WITNESS BE ADVISED OF THAT

08:38AM 17    LINE.

08:38AM 18              THE COURT:  OKAY.  ALL RIGHT.

08:38AM 19         THANK YOU.  THANK YOU.

08:38AM 20         MR. SCHENK, YOU HAD --

08:38AM 21              MR. DOWNEY:  I HAD ONE OTHER ISSUE.

08:38AM 22              THE COURT:  YES?

08:38AM 23              MR. DOWNEY:  WHICH I DON'T WANT TO DISCUSS IN DETAIL

08:38AM 24    BECAUSE IT RELATES TO OUR UNDER SEAL SESSION YESTERDAY, BUT I

08:38AM 25    WANTED TO MAKE A COMMENT AND REQUEST IN CONNECTION WITH THAT.

08:38AM 1          WITHOUT GOING INTO THE SUBSTANCE OF THAT HEARING, UPON

08:38AM 2    READING THE TRANSCRIPT, I DID HAVE A CONCERN THAT THAT ISSUE BE

08:38AM 3    RESOLVED PROMPTLY IN LIGHT OF SOME OF THE COMMENTS THAT WERE

08:38AM 4    MADE BY THE JURORS WHO WERE AVAILABLE FOR THAT SESSION LAST

08:38AM 5    NIGHT.

08:38AM 6          I DON'T WANT TO ARTICULATE THOSE COMMENTS.  YOUR HONOR MAY

08:39AM 7    BE AWARE OF WHAT I HAVE IN MIND.

08:39AM 8          SO THAT THE JURY CAN BE IN A POSITION TO FULLY FULFILL ITS

08:39AM 9    SERVICE OBLIGATIONS HERE, MY REQUEST WOULD BE THAT WE DEAL WITH

08:39AM 10   THE ISSUES RELATED TO THE UNSEALING OF THE QUESTIONNAIRES,

08:39AM 11   REDACTIONS THERETO, AND ANYTHING ELSE THAT IS PROPHYLACTIC THAT

08:39AM 12   WE NEED TO DEAL WITH AS SOON AS POSSIBLE.

08:39AM 13             THE COURT:  THIS MORNING BEFORE WE START EVIDENCE?

08:39AM 14             MR. DOWNEY:  YES, BEFORE WE START EVIDENCE WOULD BE

08:39AM 15   OUR REQUEST.

08:39AM 16             MR. SCHENK:  YOUR HONOR, I DON'T SHARE THE SAME

08:39AM 17   CONCERN.  I ALSO WAS PRESENT FOR THE HEARING.  I'M HAPPY TO, AT

08:39AM 18   THE RIGHT TIME, PROVIDE ADDITIONAL THOUGHTS ON THAT SUBJECT.

08:39AM 19   BUT I DID NOT LEAVE THE SESSION OR AFTER HAVING NOW SEEN THE

08:39AM 20   TRANSCRIPT WITH THE CONCERNS THAT MR. DOWNEY HAS RAISED.

08:39AM 21          I WILL ALSO NOTE THAT THE COURT'S PLAN IS TO DEAL WITH THE

08:39AM 22   REMAINING JURORS TODAY.  THE COURT JUST DOESN'T INTEND TO TAKE

08:40AM 23   TRIAL TRANSCRIPT TIME TO DO IT.

08:40AM 24          WE HAVE OUT OF TOWN WITNESSES WHO ARE HERE THIS WEEK AND

08:40AM 25   ARE READY TO TESTIFY.

08:40AM 1     IT WOULD BE THE GOVERNMENT'S PREFERENCE TO GET THROUGH THE

08:40AM 2     WITNESSES TODAY AND THEN USE, AS THE COURT HAD PLANNED, OUR

08:40AM 3     POST-TRIAL TIME TO HANDLE THAT.

08:40AM 4          MR. DOWNEY:  WELL, YOUR HONOR, THE ONLY ISSUE I'M

08:40AM 5     FOCUSSED ON IS TO THE EXTENT FOR ANY JUROR, WITHOUT COMMENTING

08:40AM 6     ON ANYTHING, TO THE EXTENT THAT THIS ISSUE HANGS OVER ANY JUROR

08:40AM 7     AND THEY WOULD LIKE TO KNOW HOW IT BE RESOLVED, I WOULD RATHER

08:40AM 8     HAVE THAT ADDRESSED NOW SO THAT WE'RE NOT IN A PERIOD WHERE

08:40AM 9     THERE'S EFFECTIVELY A FULL DAY OF TRIAL FROM THE TIME THEY KNOW

08:40AM 10    ABOUT THE ISSUE UNTIL THE TIME THE ISSUE IS ADDRESSED.

08:40AM 11         THE COURT:  WELL, THAT RAISES THE TOPIC IS ONCE WE

08:40AM 12    COMPLETE THE QUESTIONING OF THE JURORS AND WHAT I WILL DO IS

08:40AM 13    COLLECT THAT INFORMATION AND THEN RESPOND TO THE MOTION.

08:41AM 14         I THINK WHAT YOU'RE ASKING ME TO DO IS TO PUT THIS TRIAL

08:41AM 15    ON HOLD AND RESOLVE THAT ENTIRE MOTION, THAT IS, THE MEDIA

08:41AM 16    COALITION'S MOTION BEFORE WE GO FORWARD.

08:41AM 17         IS THAT WHAT YOU'RE ASKING ME TO DO?

08:41AM 18         MR. DOWNEY:  WELL, WHAT I'M ASKING -- I GUESS

08:41AM 19    EFFECTIVELY WHAT I'M ASKING, BUT WHAT I'M ASKING IS THAT THE

08:41AM 20    COURT IS SURE THE JURY IS SERVING IN A MANNER CONSISTENT WITH

08:41AM 21    THE DEFENDANT'S FIFTH AND SIXTH AMENDMENT RIGHTS, WHICH I KNOW

08:41AM 22    THE COURT IS DEEPLY DEDICATED TO.

08:41AM 23         I THINK SOME OF THE COMMENTS RAISE CONCERNS ABOUT THAT, SO

08:41AM 24    I THINK IT'S AN ISSUE THAT WE NEED TO GET RESOLVED.

08:41AM 25         I CERTAINLY APPRECIATE MR. SCHENK'S COMMENTS ABOUT WITNESS

08:41AM  1    LOGISTICS.  WE'VE TRIED TO WORK WITH HIM ON THAT.

08:41AM  2        BUT I THINK WE HAVE THE BULK OF THE JURORS INTERVIEWED.  I

08:41AM  3    THINK WE OUGHT TO TAKE THE TIME TO RESOLVE WITH THE OTHER

08:41AM  4    JURORS AND MAKE SURE THAT WE DON'T HAVE JURORS WHO ARE

08:41AM  5    REPORTING A REACTION TO THAT, THAT IS AFFECTING THEIR ABILITY

08:42AM  6    TO SERVE.

08:42AM  7        THE COURT:  I THINK WE HAVE SIX REMAINING TO

08:42AM  8    INTERVIEW, AND THE TIMING OF THINGS LAST NIGHT, I THINK IT TOOK

08:42AM  9    US LONGER THAN I THINK ANY OF US ANTICIPATED.  I THINK WE

08:42AM 10    FINISHED AFTER 5:00.

08:42AM 11        AND HAVING -- I THINK WE STOPPED AT 3:00, AND IT TOOK US A

08:42AM 12    COUPLE OF HOURS TO GET THROUGH NINE PEOPLE IF I RECALL

08:42AM 13    CORRECTLY.

08:42AM 14        SO IF WE WERE TO CONTINUE OUR CONVERSATION WITH THE OTHER

08:42AM 15    SIX TODAY, I CAN DO THAT, AND THEN WHAT YOU'RE ASKING TO DO IS

08:42AM 16    TO HAVE COLLOQUY AFTER THAT REGARDING --

08:42AM 17        MR. DOWNEY:  I THINK IF THE AGGREGATION OF THE

08:42AM 18    COMMENTS RAISES THE CONCERNS THAT I SUSPECT THE FIRST NINE DID,

08:42AM 19    THEN I THINK IT IS AN ISSUE, YEAH, I THINK WE SHOULD RESOLVE

08:42AM 20    IT.

08:42AM 21        THE COURT:  WELL, I THINK -- AS YOU ALL KNOW, THE --

08:43AM 22    I ASKED THE QUESTION ABOUT CONTINUED SERVICE, AND I THINK WE

08:43AM 23    GOT AFFIRMATIVE ANSWERS FROM EVERY JUROR, THAT THEY WOULD

08:43AM 24    CONTINUE TO BE FAIR AND IMPARTIAL TO BOTH SIDES IN THE CASE.

08:43AM 25        I WANTED TO KNOW THAT BECAUSE THAT'S THE PRIMARY DIRECTIVE

08:43AM 1    OF A JUROR'S SERVICE, AND THEY ALL INDICATED THAT THEY COULD DO

08:43AM 2    THAT.

08:43AM 3         AND I THINK I KNOW WHAT YOU'RE TALKING ABOUT.  WE KNOW

08:43AM 4    WHAT WE'RE TALKING ABOUT.

08:43AM 5         AND THE THOUGHT OCCURRED TO ME THAT THERE MIGHT BE SOME --

08:43AM 6    I DON'T WANT TO USE THE WORD "EFFICIENCY," I HATE TO USE THAT

08:43AM 7    IN A CRIMINAL CASE, BUT THERE MIGHT BE SOME ADVANTAGE TO

08:43AM 8    RESOLVING AN ISSUE, A JURY ISSUE, EARLIER THAN LATER IT SEEMS

08:43AM 9    TO ME.

08:43AM 10        LET'S DO THIS.  LET'S -- MS. KRATZMANN, ARE ALL OF OUR

08:43AM 11   JURORS PRESENT NOW?

08:43AM 12             THE CLERK:  I HAVE NOT CHECKED YET, YOUR HONOR.

08:43AM 13             THE COURT:  OKAY.  IT'S A QUARTER TO 9:00 AND I TOLD

08:44AM 14   THEM WE ARE STARTING AT 9:00.  AND THIS IS A TERRIFIC JURY AND

08:44AM 15   THEY'VE BEEN EXTENDING THEIR TIME WITHOUT ANY COMPLAINTS.

08:44AM 16        MY SENSE IS THAT I'M TAKING THAT AS THEIR DESIRE TO

08:44AM 17   CONTINUE TO DEVOTE THEIR EFFORTS TO THE TRIAL AND THEY'RE NOT

08:44AM 18   AT ALL DISENGAGED ABOUT STAYING LATER.  I'VE CREEPED THAT TIME

08:44AM 19   BACK FROM 2:00 TO 3:00, AND THEN TODAY I THINK IT WAS 4:00.  IF

08:44AM 20   I TOLD THEM, LET'S GO TO A NORMAL SCHEDULE OF 5:00, I THINK

08:44AM 21   THEY WOULD NOT REVOLT.  I BET THEY WOULD APPRECIATE THAT.

08:44AM 22        ALL RIGHT.  LET'S DO THIS, LET ME -- I THINK WHAT I WOULD

08:44AM 23   LIKE TO DO IS TO FINISH WITH OUR CONVERSATION WITH THE JURORS

08:44AM 24   THIS MORNING AND DO THAT IN A SEALED SESSION, CONTINUE OUR

08:44AM 25   SEALED SESSION.

08:44AM  1          AND WE HAVE SIX JURORS REMAINING TO SPEAK WITH, AND WE'LL

08:44AM  2     TALK WITH THEM, AND LET'S SEE WHERE THAT LAYS.

08:45AM  3          I HOPE WE CAN GET THIS DONE IN PERHAPS AN HOUR.  I THINK

08:45AM  4     WE CAN.  AND THEN WE CAN PRESS ON WITH THE TRIAL AND DO OUR

08:45AM  5     SCHEDULE ACCORDINGLY.

08:45AM  6          MAYBE WE'LL GO UNTIL 5:00 INSTEAD OF ENDING AT 4:00 TODAY.

08:45AM  7          SO, MR. SCHENK, IF YOUR TEAM COULD ADVISE YOUR WITNESSES.

08:45AM  8     I HOPE THIS IS NOT TOO DISRUPTIVE OF THEIR SCHEDULES.  BUT

08:45AM  9     WE'LL TRY TO BE AS EFFICIENT AS WE CAN.

08:45AM  10         MS. KRATZMANN, WHEN AT LEAST THE SIX HAVE ARRIVED, PLEASE

08:45AM  11    LET ME KNOW AND THEN WE'LL SCHEDULE THEIR INTERVIEWS THIS

08:45AM  12    MORNING.  OF COURSE WE'LL DO THAT IN CHAMBERS AGAIN.

08:45AM  13         I ASSUME THE SAME PARTIES WANT TO JOIN.

08:45AM  14              MR. SCHENK:  YES, YOUR HONOR.

08:45AM  15              MR. DOWNEY:  YES, YOUR HONOR.

08:45AM  16              THE COURT:  ALL RIGHT.  THANK YOU.

08:45AM  17              MR. DOWNEY:  THANK YOU.

08:45AM  18         (RECESS FROM 8:45 A.M. UNTIL 9:00 A.M.)

08:45AM  19         (SEALED PROCEEDINGS IN CHAMBERS.)

         20

         21

         22

         23

         24

         25

08:45AM 1     ///

08:45AM 2     ///

11:04AM 3          (PROCEEDINGS IN OPEN COURT.)

11:04AM 4          (COURT CONVENED AT 11:04 A.M.)

11:04AM 5          (JURY IN AT 11:04 A.M.)

11:04AM 6          THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

11:04AM 7     ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT.

11:04AM 8          OUR JURY AND ALTERNATES ARE PRESENT.

11:04AM 9          GOOD MORNING AGAIN, LADIES AND GENTLEMEN.

11:04AM 10         BEFORE WE BEGIN, I DO WANT TO ASK OUR JURY IF OVER THE

11:04AM 11    EVENING WHETHER OR NOT ANY OF YOU HAD COME ACROSS ANY

11:04AM 12    INFORMATION ABOUT THE CASE, IF YOU'VE HAD ANYONE TALK TO YOU

11:04AM 13    ABOUT THE CASE IN ANY WAY, WHETHER YOU'VE LEARNED ANY

11:04AM 14    INFORMATION ABOUT THE CASE FROM ANY MEDIA OR ANY OTHER

11:04AM 15    INSTANCE.

11:04AM 16         IF THAT HAS HAPPENED, WOULD YOU PLEASE RAISE YOUR HAND,

11:05AM 17    PLEASE.

11:05AM 18         I SEE NO HANDS.

11:05AM 19         THANK YOU, LADIES AND GENTLEMEN, FOR YOUR CONTINUED

11:05AM 20    FIDELITY TO THE ADMONITION.

11:05AM 21         I DO WANT TO ASK COUNSEL AND THE JURY A QUESTION.  WE'RE

11:05AM 22    GOING UNTIL 4:00 TODAY, AND I HOPE YOU'VE GOT THAT IN YOUR

11:05AM 23    SCHEDULE.

11:05AM 24         I'VE JUST REALIZED THAT WE HAVE CLEARED OUR CALENDAR

11:05AM 25    TOMORROW.  ON THURSDAYS YOU RECALL THAT I HAVE A CIVIL

11:05AM 1    CALENDAR, BUT WE'VE CLEARED OUR CALENDAR TOMORROW, SO IT WOULD

11:05AM 2    BE POSSIBLE THAT WE COULD HAVE TESTIMONY TOMORROW.

11:05AM 3         WOULD THAT -- IS THAT SOMETHING THAT ANY JUROR IS NOT ABLE

11:05AM 4    TO MAKE?  I KNOW WE'VE TRADITIONALLY HAD THURSDAYS OFF, AND I

11:05AM 5    EXPECT THAT YOU HAVE PLANNED ACCORDINGLY.  BUT IF WE WERE ABLE

11:05AM 6    TO HAVE EVIDENCE TOMORROW, WE WOULD PROBABLY GO UNTIL 3:00

11:05AM 7    TOMORROW, IS THAT SOMETHING THAT IS -- THAT THE JURY WOULD BE

11:05AM 8    ABLE TO DO?

11:06AM 9         RESTRAIN YOUR ENTHUSIASM, PLEASE.

11:06AM 10        YES?

11:06AM 11             JUROR:  I MIGHT HAVE TO MOVE SOME THINGS AROUND, BUT

11:06AM 12   POTENTIALLY I COULD.

11:06AM 13             THE COURT:  OKAY.  LET ME DO THIS, LET ME SAY THIS,

11:06AM 14   WHY DON'T -- MAY I FLOAT THAT IDEA FOR YOU NOW?  DURING OUR

11:06AM 15   BREAK, OUR NEXT BREAK, IF YOU COULD MAKE SOME INQUIRIES, IF YOU

11:06AM 16   NEED TO, ABOUT OTHER ARRANGEMENT TO BE MADE, AND THEN I'LL ASK

11:06AM 17   YOU THAT QUESTION WHEN WE COME BACK, WOULD THAT BE SUFFICIENT?

11:06AM 18             JUROR:  (NODS HEAD UP AND DOWN.)

11:06AM 19             THE COURT:  ALL RIGHT.  LET ME ASK THE LAWYERS, IS

11:06AM 20   THAT SOMETHING THAT YOU CAN DO?

11:06AM 21             MR. SCHENK:  YES.

11:06AM 22             MR. DOWNEY:  THAT'S FINE WITH US, YOUR HONOR.

11:06AM 23             THE COURT:  OKAY.  LET'S TRY TO DO THAT.  AND I'M

11:06AM 24   DOING THIS -- WE'VE LOST SOME COURT TIME FOR SOME OTHER

11:06AM 25   PROCEDURES.  I'M TRYING TO CATCH UP AND SEE IF WE CAN KEEP OUR

11:06AM 1    CASE ON SCHEDULE FOR EVERYONE'S CONVENIENCE, INCLUDING YOURS,

11:06AM 2    LADIES AND GENTLEMEN OF THE JURY.

11:06AM 3        SO I APPRECIATE, DURING OUR BREAK, IF YOU COULD MAKE ANY

11:06AM 4    INQUIRIES ABOUT ADJUSTING THINGS.  SO TOMORROW WE WOULD -- MY

11:06AM 5    ANTICIPATION WOULD BE, IF WE'RE ABLE TO, WE WOULD BEGIN AT 9:00

11:07AM 6    AND THEN END AT 3:00 TOMORROW.  PLEASE REMEMBER THAT WE'RE

11:07AM 7    ENDING AT 1:00 O'CLOCK ON FRIDAY.

11:07AM 8        IF, WHEN YOU CHECK IN WITH YOUR EMPLOYERS OR WHATEVER

11:07AM 9    OTHER OBLIGATIONS THAT YOU HAVE, IF THERE'S AN ALTERATION IN

11:07AM 10    THAT SCHEDULE, I WOULD APPRECIATE KNOWING THAT, TOO.  FOR

11:07AM 11    EXAMPLE, IF STARTING LATER AND ENDING EARLIER IS SOMETHING THAT

11:07AM 12    MAKES IT EASIER, I WOULD WELCOME THAT INFORMATION SO WE COULD

11:07AM 13    ADJUST OUR SCHEDULE.

11:07AM 14        ALL RIGHT.  THANK YOU VERY MUCH.  THANK YOU FOR THAT.

11:07AM 15        MR. SCHENK, YOU HAVE A WITNESS?

11:07AM 16        MR. SCHENK:  YES.  THE UNITED STATES RECALLS

11:07AM 17    WADE MIQUELON.

11:07AM 18        THE COURT:  SIR, IF YOU WOULD TAKE THE STAND AGAIN.

11:08AM 19    THANK YOU.

11:08AM 20        AGAIN, ADJUST THE MICROPHONE AS YOU NEED, AND THE CHAIR,

11:08AM 21    AND THERE'S WATER THERE FOR YOUR REFRESHMENT.  I ASSURE YOU WE

11:08AM 22    CHANGE THAT WATER EVERY DAY, SIR, SO IT'S FRESH.

11:08AM 23        (LAUGHTER.)

11:08AM 24        THE WITNESS:  THANK YOU.

11:08AM 25        THE COURT:  WHEN YOU ARE COMFORTABLE, WOULD YOU

11:08AM   1    PLEASE STATE YOUR NAME AGAIN, PLEASE.

11:08AM   2              THE WITNESS:  MY NAME IS WADE MIQUELON.

11:08AM   3              THE COURT:  THANK YOU.  AND I'LL REMIND YOU, SIR,

11:08AM   4    YOU ARE STILL UNDER OATH.

11:08AM   5              **(GOVERNMENT'S WITNESS, WADE MIQUELON, WAS PREVIOUSLY**

11:08AM   6    **SWORN.)**

11:08AM   7              THE COURT:  COUNSEL.

11:08AM   8              MR. SCHENK:  THANK YOU, YOUR HONOR.

11:08AM   9                     **DIRECT EXAMINATION (RESUMED)**

11:08AM  10    Q.   GOOD MORNING, MR. MIQUELON.

11:08AM  11         DO YOU STILL HAVE THE BINDER OF DOCUMENTS IN FRONT OF YOU?

11:08AM  12    A.   I DO.

11:08AM  13    Q.   IF YOU WOULD OPEN THE BINDER UP TO TAB 372, PLEASE.

11:08AM  14         YOUR HONOR, I BELIEVE THIS IS BEING MOVED IN BASED ON A

11:08AM  15    STIPULATION BETWEEN THE PARTIES.

11:08AM  16              MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.  NO

11:08AM  17    OBJECTION.

11:08AM  18              THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE

11:08AM  19    PRESENTED TO THE JURY.  I'M SORRY.

11:08AM  20         (GOVERNMENT'S EXHIBIT 372 WAS RECEIVED IN EVIDENCE.)

11:08AM  21              MR. SCHENK:  THANK YOU, YOUR HONOR.

11:08AM  22    Q.   MR. MIQUELON, WE'RE LOOKING AT A DOCUMENT THAT IS ENTITLED

11:09AM  23    THERANOS MASTER PURCHASE AGREEMENT.

11:09AM  24         DO YOU SEE THAT?

11:09AM  25    A.   YES.

11:09AM  1    Q.   YESTERDAY AT THE CLOSE OF YOUR TESTIMONY WE DISCUSSED

11:09AM  2    EXHIBIT 300, WHICH WAS AN EMAIL THAT YOU WROTE TO OTHERS AT

11:09AM  3    WALGREENS IN ADVANCE OF A PRESENTATION BY FOLKS FROM THERANOS.

11:09AM  4         DO YOU RECALL THAT?

11:09AM  5    A.   YES.

11:09AM  6    Q.   AND THAT WAS AROUND APRIL OF 2010?

11:09AM  7    A.   CORRECT.

11:09AM  8    Q.   AND NOW WE'RE LOOKING AT THE AGREEMENT DATED IN JULY OF

11:09AM  9    2010.

11:09AM  10        COULD YOU BRIEFLY DESCRIBE FOR THE JURY WHAT WAS HAPPENING

11:09AM  11   IN THE THERANOS-WALGREENS RELATIONSHIP BETWEEN THOSE

11:09AM  12   INTERVENING MONTHS FROM THE APRIL MEETING UNTIL THIS JULY

11:09AM  13   AGREEMENT?

11:09AM  14   A.   IN THOSE EARLY MONTHS THERE WAS, AGAIN, INITIAL DILIGENCE

11:09AM  15   DONE IN TERMS OF UNDERSTANDING THERANOS, THE TECHNOLOGY, AND

11:09AM  16   UNDERSTANDING HOW IT MIGHT FIT IN TERMS OF A PARTNERSHIP WITH

11:09AM  17   WALGREENS.

11:09AM  18   Q.   OKAY.  AND DESCRIBE THE PROCESS OF GETTING TO THE STEP OF

11:09AM  19   PUTTING TOGETHER A MASTER PURCHASE AGREEMENT.

11:10AM  20   A.   THERE WAS A MULTI FUNCTIONAL TEAM THAT WAS FORMED,

11:10AM  21   INCLUDING HEALTH CARE PROFESSIONALS.  THERE WAS A CONSULTING

11:10AM  22   FIRM THAT WAS BROUGHT IN THAT HAD EXPERTISE IN LABS TO LOOK AT

11:10AM  23   THERANOS, AS WELL AS THE COMPETITIVE SET OF OTHER COMPANIES OUT

11:10AM  24   THERE.

11:10AM  25        THERE WAS ALSO A CONSULTING FIRM THAT WAS BROUGHT IN THAT

11:10AM 1    SPECIALIZES IN DEFINING NEW BUSINESS MODELS AND HOW THEY MIGHT

11:10AM 2    WORK.

11:10AM 3    Q.   AND AS CFO, WHAT WAS YOUR ROLE IN THIS?

11:10AM 4    A.   I WOULD SAY AN EXECUTIVE SPONSOR TO HELP SUPPORT THE TEAM

11:10AM 5    TO HELP ENABLE THEM AND PROVIDE RESOURCES FOR THEM TO FORM

11:10AM 6    THEIR CONCLUSIONS.

11:10AM 7    Q.   OKAY.  AND WHEN YOU SAY "TO SUPPORT THEM," WHAT DO YOU

11:10AM 8    MEAN?

11:10AM 9    A.   THE TEAM, THE MULTI FUNCTIONAL TEAM AT WALGREENS THAT WAS

11:10AM 10   WORKING ON THE PROJECT.

11:10AM 11   Q.   OKAY.  NOW LET'S TURN TO THE DOCUMENT.  ON THE FIRST PAGE

11:10AM 12   TOWARDS THE BOTTOM THERE'S A SIGNATURE.

11:10AM 13       DO YOU SEE THAT?

11:10AM 14   A.   YES.

11:10AM 15   Q.   AND WHOSE SIGNATURE IS THAT?

11:10AM 16   A.   THAT'S MINE.

11:10AM 17   Q.   ON THE SECOND PAGE TOWARDS THE BOTTOM THERE'S ALSO A

11:11AM 18   SIGNATURE.

11:11AM 19   A.   YES.

11:11AM 20   Q.   AND WHOSE SIGNATURE IS THAT?

11:11AM 21   A.   IT SAYS MS. HOLMES.

11:11AM 22   Q.   OKAY.  NOW LET'S LOOK AT THE THIRD PAGE.  THE THIRD PAGE

11:11AM 23   IS LABELLED SCHEDULE A, AND UNDER NUMBER 2, I'D LIKE TO ASK YOU

11:11AM 24   A QUESTION.  NUMBER 2 IS PROGRAM OBJECTIVES.

11:11AM 25       DO YOU SEE THAT?

Case 5:18-cr-00258-EJD Document 1727-26 Filed 01/18/24 Page 21 of 184

11:11AM  1    A.   YES.

11:11AM  2    Q.   IT SAYS THAT "THE OBJECTIVES OF THIS PROGRAM INCLUDE" MAKE

11:11AM  3    BLOOD LAB -- I'M SORRY -- "MAKE BLOOD TESTING FASTER, FAR MORE

11:11AM  4    ACCESSIBLE, EFFECTIVE, ACTIONABLE BY INTRODUCING A MORE COST

11:11AM  5    EFFECTIVE, REAL-TIME BLOOD TESTING SERVICE AT WALGREENS STORES

11:11AM  6    AND WALGREENS' OTHER CLINICAL OPERATIONS NATIONWIDE."

11:11AM  7         IS THAT YOUR UNDERSTANDING OF WHAT THE OBJECTIVE WAS?

11:11AM  8    A.   YES.

11:11AM  9    Q.   AND IT DESCRIBES MAKING BLOOD TESTING FASTER AND MORE

11:11AM  10   ACCESSIBLE, EFFECTIVE AND ACTIONABLE, WHAT DID THAT MEAN?

11:12AM  11   A.   THAT WAS THE NOTION OF HAVING THERANOS LAB TESTING AT

11:12AM  12   WALGREENS.

11:12AM  13   Q.   AND WHY WAS THERANOS BLOOD TESTING AT WALGREENS FASTER?

11:12AM  14   A.   AGAIN, AS WE HAVE TALKED A LITTLE BIT YESTERDAY, WHEN YOU

11:12AM  15   LOOK AT THE THERANOS TECHNOLOGY AND THE ABILITY TO ENTER A

11:12AM  16   BLOOD SAMPLE INTO AN EDISON AND GET RESULTS IN, YOU KNOW,

11:12AM  17   15 MINUTES THAT THEN COULD BE MOVED TO THE CLOUD FOR

11:12AM  18   ASSESSMENT, THAT WOULD BE A FASTER PROCESS THAN CONVENTIONAL

11:12AM  19   LAB.

11:12AM  20   Q.   AND AT THIS STAGE OF THE RELATIONSHIP BETWEEN WALGREENS

11:12AM  21   AND THERANOS, WAS YOUR UNDERSTANDING THAT THE EDISON DEVICE

11:12AM  22   WOULD BE USED TO TEST PATIENT'S BLOOD?

11:12AM  23   A.   YES.  BUT THERE WAS A LOT OF BACK AND FORTH OVER THE

11:12AM  24   SUBJECT OF MONTHS IN TERMS OF WHETHER IT WAS BETTER TO HAVE

11:12AM  25   THAT DEVICE IN A STORE OR NOT IN A STORE, AND WHETHER IT SHOULD

11:12AM  1    ONLY BE THE NANOTAINER OR THE BLOOD DRAW THAT WOULD BE IN THE

11:12AM  2    STORE OR WHETHER THE EDISON DEVICE WOULD BE THERE AS WELL.

11:13AM  3    Q.   OKAY.  SO THERE WAS SOME DISCUSSION ABOUT WHERE THE DEVICE

11:13AM  4    WOULD BE LOCATED.  BUT HOW ABOUT ON WHAT DEVICE THE BLOOD WOULD

11:13AM  5    BE TESTED.

11:13AM  6    A.   RIGHT.

11:13AM  7    Q.   WHAT WAS YOUR UNDERSTANDING?

11:13AM  8    A.   MY UNDERSTANDING WAS THAT THE BLOOD WOULD BE TESTED ON THE

11:13AM  9    EDISON DEVICE.

11:13AM  10   Q.   AND WHERE DID YOU GET THAT UNDERSTANDING?

11:13AM  11   A.   FROM MY DISCUSSIONS WITH SUNNY AND ELIZABETH, AND THROUGH

11:13AM  12   OUR DILIGENCE, THAT WAS OUR COMPANY'S UNDERSTANDING.

11:13AM  13   Q.   OKAY.  IF YOU COULD TURN THE PAGE NOW TO PAGE 6.  PAGE 6

11:13AM  14   IS SCHEDULE B.  AND UNDER NUMBER 2, BEST PRICE GUARANTEE.

11:13AM  15        DO YOU SEE THAT?

11:13AM  16   A.   AGAIN, WHICH SECTION?

11:13AM  17   Q.   PAGE 6, SCHEDULE B, AND THEN THE SECOND SECTION, 2.

11:13AM  18   A.   YES.

11:13AM  19   Q.   BEST PRICE GUARANTEE?

11:13AM  20   A.   RIGHT.

11:13AM  21   Q.   ON THE BOTTOM, TOWARDS THE BOTTOM OF THIS PARAGRAPH IT

11:13AM  22   SAYS, FOR PURPOSES OF THIS AGREEMENT AVAILABLE CARTRIDGES

11:14AM  23   INCLUDE FIRST GENERATION CARTRIDGES OF THERANOS SYSTEMS

11:14AM  24   VERSIONS 1, 2, AND 3 AS DEFINED BELOW, AND NOW WE SEE A, B, AND

11:14AM  25   C, VERSION 1, OR V1, VERSION 2 AND VERSION 3.

11:14AM  1          DO YOU SEE THAT?

11:14AM  2     A.   YES.

11:14AM  3     Q.   AND WHAT WAS YOUR UNDERSTANDING ABOUT THE INFORMATION

11:14AM  4     CONVEYED IN THIS SECTION OF THE AGREEMENT?

11:14AM  5     A.   ESSENTIALLY MY UNDERSTANDING OF THIS SECTION WAS TO MAKE

11:14AM  6     SURE THAT BY WORKING WITH THERANOS WE WOULD HAVE SOME FORM OF

11:14AM  7     EXCLUSIVITY, AS WELL AS BEST -- MOST FAVORED NATION PRICING

11:14AM  8     AROUND THE TESTS THAT WERE CURRENTLY AVAILABLE ALSO AROUND THE

11:14AM  9     TESTS THAT WOULD HOPEFULLY BE DEVELOPED IN THE FUTURE.

11:14AM 10     Q.   AND WHY WAS THAT IMPORTANT TO WALGREENS?  WHY WAS FAVORED

11:14AM 11     PRICING IMPORTANT TO WALGREENS?

11:14AM 12     A.   WELL, I THINK IT WAS THE NOTION THAT IF WE WERE GOING TO

11:14AM 13     HAVE A DEEP PARTNERSHIP AND BE INVESTING TOGETHER IN RESOURCES

11:14AM 14     AND TIME AND MONEY, THAT THAT SHOULD GIVE THE COMPANY SOME

11:15AM 15     COMPETITIVE ADVANTAGE VERSUS SOMEONE ELSE WHO HADN'T DONE THAT

11:15AM 16     AND WHO MIGHT CHOOSE TO PARTNER WITH THEM.

11:15AM 17     Q.   UNDER A VERSION 1, OR V1, IT SAYS "ALL ROUTINE LABORATORY

11:15AM 18     TESTS SPECIFIED ON SCHEDULE D."

11:15AM 19          NOW, IF YOU'LL FOLLOW ME TO PAGE 23.

11:15AM 20          DO YOU SEE ON SCHEDULE D, PAGE 23, WHERE IT SAYS "ROUTINE

11:15AM 21     LABORATORY TESTS (VERSION 1); LIST ATTACHED TO END OF

11:15AM 22     AGREEMENT."

11:15AM 23          DO YOU SEE THAT?

11:15AM 24     A.   YES, I SEE THAT.

11:15AM 25     Q.   AND THEN IF WE GO TO PAGE 37, THE END OF THE AGREEMENT, DO

11:15AM  1    YOU SEE THE FIRST PAGE OF EIGHT PAGES OF THERANOS BASE ASSAY

11:16AM  2    LIBRARY?

11:16AM  3    A.   YES.

11:16AM  4    Q.   AND IF WE COULD ON THE SCREEN SCROLL THROUGH THE NEXT

11:16AM  5    EIGHT PAGES TO SHOW THE JURY THE ASSAY LIBRARY BEGINNING ON

11:16AM  6    PAGE 37.

11:16AM  7         MR. MIQUELON, WHAT WAS YOUR UNDERSTANDING OF WHAT THIS

11:16AM  8    WAS, THE BASE ASSAYS LIBRARY?

11:16AM  9    A.   THIS WAS MY UNDERSTANDING OF THE TESTS THAT THEY WOULD BE

11:16AM 10    ABLE TO DO, AS WELL AS SCALE.  AND BY "SCALE" I MEAN DOING ONES

11:16AM 11    ON A BETA MACHINE WOULD BE ONE THING, BUT TO BE ABLE TO DEVELOP

11:16AM 12    CONSISTENT MACHINES, MULTIPLE CARTRIDGES, I.T. INFRASTRUCTURE

11:16AM 13    SYSTEMS AROUND IT WERE PART OF THE PROPOSITION, THIS WOULD BE

11:16AM 14    KIND OF THE, KIND OF THE BASE LEVEL TESTING, IF YOU WILL, THAT

11:16AM 15    WOULD BE READY FOR A LAUNCH AT SOME POINT.

11:16AM 16    Q.   OKAY.  AND NOW IF WE COULD GO BACK JUST BRIEFLY TO

11:16AM 17    EXHIBIT 300.

11:17AM 18         AT THE BOTTOM NUMBER 2 UNDER YOUR LIST OF REASONS, NUMBER

11:17AM 19    2 IS THE REASONS WHY WE'RE SO ENCOURAGED ARE 96 PERCENT OF

11:17AM 20    TESTS DONE AT BIG LABS WILL BE ABLE TO BE DONE ON THESE

11:17AM 21    DEVICES.

11:17AM 22         DID YOU UNDERSTAND THAT THE THERANOS BASE ASSAYS LIBRARY

11:17AM 23    WAS 96 PERCENT OF THE LAB TESTS DONE AT BIG LABS?

11:17AM 24    A.   MY UNDERSTANDING WAS THAT, AGAIN, THE PLATFORM THAT WAS

11:17AM 25    BUILT FOR THAT BASE LEVEL TESTING WOULD BE ABLE TO DO

11:17AM 1    96 PERCENT OF THE TESTING DONE AT LABS THROUGH, AGAIN, THE

11:17AM 2    BLOOD, SALIVA OR THE URINE THROUGH THE IMMUNOASSAY TESTING.

11:17AM 3    Q.   AND DID YOU GET THIS UNDERSTANDING FROM YOUR CONVERSATIONS

11:17AM 4    WITH MS. HOLMES?

11:17AM 5    A.   IT WAS FROM MY CONVERSATION WITH BOTH SUNNY AND ELIZABETH.

11:17AM 6    Q.   AND ALSO FROM THE POWERPOINT SLIDE OR DOCUMENTS THAT THEY

11:17AM 7    SHOWED TO YOU, DID YOU GET THE UNDERSTANDING FROM DOCUMENTS

11:18AM 8    ALSO?

11:18AM 9    A.   THAT WAS MY UNDERSTANDING.

11:18AM 10   Q.   OKAY.  NOW, IF WE COULD GO TO -- BACK TO EXHIBIT 372,

11:18AM 11   PAGE 6.

11:18AM 12       WE TALKED ABOUT THE V1.  NOW I'D LIKE TO MOVE DOWN TO

11:18AM 13   VERSION 2.

11:18AM 14       DO YOU SEE THAT?

11:18AM 15   A.   YES.

11:18AM 16   Q.   NO, I'M SORRY.  ON 372, PAGE 6 AT THE TOP 2B UNDER BEST

11:18AM 17   PRICE GUARANTEE B?

11:18AM 18   A.   YES.

11:18AM 19   Q.   B READS, THE FOLLOWING LABORATORY TESTS INCLUDING, BUT NOT

11:18AM 20   LIMITED TO, INFLUENZA/STREP, PREGNANCY, FERTILITY,

11:18AM 21   PRENATAL/TRIMESTER, AND THEN IT CONTINUES, THAT THEY WILL

11:19AM 22   MEMORIALIZE THE CPT CODES THAT ARE INCLUDED IN VERSION TO AS

11:19AM 23   SUCH CODES BECOME AVAILABLE.

11:19AM 24       WHAT WAS YOUR UNDERSTANDING ABOUT VERSION 2?

11:19AM 25   A.   MY UNDERSTANDING ABOUT VERSION 2 IS THOSE WOULD BE PERHAPS

11:19AM  1    MORE COMPLEX TESTS AND LESS COMMONPLACE THAN THE V1 TESTS, THAT

11:19AM  2    THEY WERE WORKING ON THOSE TO SOME DEGREE TO BRING THEM INTO

11:19AM  3    THE FUTURE.

11:19AM  4    Q.   AND THEN HOW ABOUT VERSION 3?  VERSION 3 TALKS ABOUT

11:19AM  5    PREDICTIVE TESTS.  DID YOU HAVE AN UNDERSTANDING ABOUT THOSE

11:19AM  6    TESTS?

11:19AM  7    A.   AGAIN, AS I ALLUDED TO YESTERDAY, VERSION 3 WAS IN SOME

11:19AM  8    WAYS PREDICTIVE TESTS THAT WERE NEW TO THE WORLD, AND AGAIN,

11:19AM  9    THEY WERE WORKING ON SEVERAL OF THOSE WITHOUT ANY GUARANTEE OR

11:19AM  10   PROMISE THAT THOSE WOULD COME TO FRUITION.  BUT TO THE EXTENT

11:19AM  11   THAT THEY DID, WE WOULD HOPE THAT WE WOULD HAVE PRIORITY ON

11:19AM  12   THOSE AS WELL.

11:19AM  13   Q.   SO IN 2010 WHEN YOU WERE NEGOTIATING AND SIGNING THIS

11:19AM  14   AGREEMENT, DID YOU HAVE AN UNDERSTANDING THAT THERANOS HAD THE

11:19AM  15   ABILITY TO DO SOME TESTS, LIKE THE VERSION 1 TESTS, PRESENTLY,

11:20AM  16   AND THAT THERE WERE OTHER TESTS THAT THEY WERE WORKING ON AND

11:20AM  17   WOULD BECOME AVAILABLE IN THE FUTURE?

11:20AM  18   A.   THAT WAS MY UNDERSTANDING.

11:20AM  19        AND AGAIN, TO THE EXTENT THAT THEY BECAME AVAILABLE, OR

11:20AM  20   NOT, AGAIN, VERSION 3 IS IN SOME WAYS VERY FUTURISTIC STILL,

11:20AM  21   BUT IF THEY WERE TO BECOME AVAILABLE, WE WOULD BE FIRST IN THE

11:20AM  22   QUEUE TO BE ABLE TO VISUALIZE THOSE.

11:20AM  23   Q.   I SEE.  IF YOU WOULD NOW TURN TO PAGE 10 IN THIS EXHIBIT,

11:20AM  24   THERE'S A SECTION CALLED CRITICAL VALUES.

11:20AM  25        UNDER CRITICAL VALUES IT SAYS, IN THE EVENT A RESULT

11:20AM 1     REFLECTS ONE OR MORE VALUES AT SUCH VARIANCE WITH NORMAL AS TO

11:20AM 2     BE POTENTIALLY LIFE-THREATENING, OTHERWISE KNOWN AS A CRITICAL

11:20AM 3     VALUE, THERANOS WOULD BE SOLELY RESPONSIBLE FOR NOTIFYING THE

11:20AM 4     ORDERING PRACTITIONER, THE TECHNICIAN THAT PERFORMED THE TEST,

11:20AM 5     AND TO THE EXTENT REQUIRED BY STATE LAW, ANY OTHER INDIVIDUALS

11:21AM 6     OR ENTITIES OF THE CRITICAL VALUE AND USING COMMERCIALLY

11:21AM 7     REASONABLE EFFORTS TO VERIFY THAT THE ORDERING PRACTITIONER

11:21AM 8     RECEIVED NOTIFICATION OF THE CRITICAL VALUE.

11:21AM 9         DID YOU HAVE AN UNDERSTANDING REGARDING WHOSE OBLIGATION

11:21AM 10    IT WAS TO NOTIFY PHYSICIANS IF A BLOOD TEST RESULTED IN A

11:21AM 11    CRITICAL VALUE?

11:21AM 12    A.   YEAH, I'M NOT A HEALTH CARE PROFESSIONAL, BUT MY

11:21AM 13    UNDERSTANDING WAS THAT THE PATIENT WAS EFFECTIVELY THEIR

11:21AM 14    PATIENT AND SO IT WAS VERY IMPORTANT BECAUSE THEY WOULD HAVE

11:21AM 15    THEIR DATA, AND BECAUSE OF THE STARK LAWS THAT HAS TO BE

11:21AM 16    PROTECTED, THAT IT WOULD BE THEIR RESPONSIBILITY TO DO ANY OF

11:21AM 17    THE FOLLOW-UP WORK AROUND THE DATA OF THEIR PATIENT.

11:21AM 18    Q.   AND DID YOU EXPECT THERANOS TO FOLLOW THROUGH ON THIS?

11:21AM 19    A.   MY ASSUMPTION WOULD BE YES.

11:21AM 20    Q.   IF YOU'LL TURN NOW TO PAGE 24.

11:21AM 21        ON PAGE 24 THERE ARE SOME DEFINITIONS, AND THE ONE I WOULD

11:22AM 22    LIKE TO ASK YOU ABOUT IS NUMBER 10, DEVICE.

11:22AM 23        DEVICE READS, "DEVICE MEANS THERANOS'S READER CAPABLE OF

11:22AM 24    RUNNING CARTRIDGES, EXTRACTING DATA FROM A CARTRIDGE OR OTHER

11:22AM 25    ANALYTICAL DEVICE, TRANSMITTING DATA TO A DATABASE HOSTED BY

11:22AM  1    THERANOS, COMMUNICATING WITH AUTHORIZED PARTIES AND PROVIDING

11:22AM  2    ANALYTICAL INFORMATION."

11:22AM  3         DID YOU UNDERSTAND THAT THE DEVICE THAT THERANOS WOULD BE

11:22AM  4    USING TO TEST BLOOD WAS THE EDISON DEVICE?

11:22AM  5    A.   THAT WAS MY UNDERSTANDING.  I DON'T KNOW AT WHAT TIME IT

11:22AM  6    WAS COINED AS THE EDISON, BUT IT WAS ESSENTIALLY THE SAME

11:22AM  7    DEVICE.

11:22AM  8    Q.   YOU UNDERSTOOD IT WAS A DEVICE MANUFACTURED BY THERANOS?

11:22AM  9    A.   RIGHT.

11:22AM  10   Q.   DID YOU UNDERSTAND THAT THERANOS WOULD BE TESTING

11:22AM  11   PATIENT'S BLOOD ON MODIFIED THIRD PARTY OR OTHER MANUFACTURER'S

11:22AM  12   DEVICE?

11:22AM  13   A.   IT WASN'T MY UNDERSTANDING, NO.

11:22AM  14   Q.   DID YOU UNDERSTAND THAT THERANOS WOULD BE TESTING BLOOD ON

11:22AM  15   UNMODIFIED THIRD PARTY DEVICES, DEVICES MANUFACTURED BY OTHER

11:22AM  16   COMPANIES AND NOT MODIFIED BY THERANOS?

11:23AM  17   A.   AGAIN, MY UNDERSTANDING WAS TO THE EXTENT THAT THEY WERE

11:23AM  18   DOING THAT, THAT WAS PART OF THE CALIBRATION PROCESS TO BE ABLE

11:23AM  19   TO MAKE SURE THAT THERANOS WAS AS ACCURATE AS.

11:23AM  20   Q.   IS THE CONCEPT THAT YOU EXPLAINED TO ME YESTERDAY, THAT

11:23AM  21   THEY MAY HAVE USED, THERANOS MAY HAVE USED THIRD PARTY DEVICES,

11:23AM  22   BUT FOR THE PURPOSE OF CONFIRMING THE ACCURACY OF THEIR DEVICE;

11:23AM  23   IS THAT RIGHT?

11:23AM  24   A.   THAT WAS MY UNDERSTANDING, YES.

11:23AM  25   Q.   IF NOW YOU'LL TURN TO EXHIBIT 488.

| 11:23AM | 1 | DO YOU RECOGNIZE EXHIBIT 488? |

11:23AM   1        DO YOU RECOGNIZE EXHIBIT 488?

11:23AM   2   A.   YES, I DO.

11:23AM   3   Q.   IS THIS AN EMAIL WITHIN WALGREENS, INCLUDING YOU, THAT

11:23AM   4   CONTAINS AS AN ATTACHMENT SOMETHING CALLED PROJECT BETA SLIDES?

11:23AM   5   A.   YES, THAT'S CORRECT.

11:23AM   6   Q.   AND WERE THOSE SLIDES DISCUSSING THE THERANOS PROJECT?

11:23AM   7   A.   YES.

11:24AM   8        MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 488.

11:24AM   9        MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

11:24AM  10        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:24AM  11   (GOVERNMENT'S EXHIBIT 488 WAS RECEIVED IN EVIDENCE.)

11:24AM  12        MR. SCHENK:  THANK YOU.

11:24AM  13   Q.   FIRST LET'S JUST TALK ABOUT THE RECIPIENTS ON THE EMAIL.

11:24AM  14        DO YOU KNOW WHO THIS, GENERALLY SPEAKING, WHO THIS GROUP

11:24AM  15   OF INDIVIDUALS, WHO THIS WAS?

11:24AM  16   A.   YES.

11:24AM  17   Q.   WHO?

11:24AM  18   A.   THE GROUP THAT IT'S TO WOULD INCLUDE MANY OF THE SENIOR

11:24AM  19   LEADERS OF THE COMPANY, AS WELL AS HEALTH CARE EXPERTS IN THE

11:24AM  20   COMPANY, AS WELL AS OTHER LEADERS WHO HAVE BEEN IDENTIFIED TO

11:24AM  21   BE ON THE PROJECT TEAM.

11:24AM  22   Q.   OKAY.  AND WHEN YOU SAY "THE PROJECT TEAM"?

11:24AM  23   A.   THE THERANOS PARTNERSHIP PROJECT TEAM.

11:24AM  24   Q.   OKAY.  THE DATE ON THIS IS -- IT WAS SENT AT THE BEGINNING

11:24AM  25   OF NOVEMBER, BUT FOR A MEETING IT LOOKS LIKE AT THE BEGINNING

11:24AM 1    OF DECEMBER OF 2011.

11:24AM 2         DO YOU SEE THAT?

11:24AM 3    A.   YES.

11:24AM 4    Q.   AND THE LAST DOCUMENT THAT WE WERE LOOKING AT WAS THE

11:24AM 5    AGREEMENT THAT WAS SIGNED IN THE SUMMER OF 2010.

11:24AM 6    A.   YES.

11:24AM 7    Q.   NOW, WE'VE MOVED ABOUT A YEAR AND A HALF LATER TO THE END

11:25AM 8    OF 2011?

11:25AM 9    A.   YES.

11:25AM 10   Q.   I WONDER IF YOU'LL EXPLAIN TO THE JURY WHAT HAPPENED IN

11:25AM 11   THAT YEAR AND A HALF WITH REGARD TO THE THERANOS PROJECT?  WHAT

11:25AM 12   WORK WAS HAPPENING?

11:25AM 13   A.   THERE WAS A LOT MORE TO DO THAN JUST SPECIFIC TO THE

11:25AM 14   TECHNOLOGY.  SO THERE WAS A LOT OF WORK TO DO TO UNDERSTAND,

11:25AM 15   FOR EXAMPLE, THE BUSINESS MODEL.

11:25AM 16        BY BUSINESS MODEL, YOU KNOW, WHERE WOULD THE MACHINES

11:25AM 17   RESIDE IN A WALGREENS ESSENTIALLY?  WHO WOULD OWN THE PATIENT?

11:25AM 18   HOW WOULD MEDICAL BILLING WOULD WORK?  WHAT I.T. AND

11:25AM 19   INFORMATION WOULD BE REQUIRED?  WHAT APPROVALS MIGHT BE

11:25AM 20   REQUIRED?

11:25AM 21        SO JUST A LOT OF OTHER WORK THAT HAD TO BE DONE TO SUPPORT

11:25AM 22   THE TECHNOLOGY.

11:25AM 23   Q.   OKAY.  AND THAT WORK WAS HAPPENING AFTER SIGNING THAT

11:25AM 24   PURCHASE AGREEMENT UP THROUGH THIS TIME WHEN WE'RE LOOKING AT

11:25AM 25   THESE SLIDES?

11:25AM  1    A.   YEAH, THAT WORK HAD CONTINUED ON FOR PROBABLY YEARS AFTER

11:25AM  2    THIS AS WELL.

11:25AM  3    Q.   OKAY.  IF YOU'LL TURN NOW TO THE FIRST PAGE OF THE SLIDES,

11:25AM  4    IT'S PAGE 3.  IT'S CALLED PROJECT BETA.

11:26AM  5         WHAT DOES THAT MEAN?

11:26AM  6    A.   THE PROJECT HAD DIFFERENT CODE NAMES OVER TIME.  BETA WAS

11:26AM  7    ONE CODE NAME, AND I THINK AT SOME POINT IT WAS CALLED PROJECT

11:26AM  8    NORMANDY.  BUT IT WAS DIFFERENT NAMES FOR THE SAME PROJECT,

11:26AM  9    WHICH WAS THE THERANOS PARTNERSHIP.

11:26AM  10   Q.   WAS THAT AN INTERNAL WALGREENS NAME FOR THE PROJECT?

11:26AM  11   A.   CORRECT.  I DON'T KNOW -- I THINK MAYBE THE JOINT NAME WE

11:26AM  12   HAD WAS NORMANDY ULTIMATELY, BUT I'M NOT CERTAIN.

11:26AM  13   Q.   OKAY.  AND NOW IF YOU'LL TURN TO PAGE 8.

11:26AM  14        ON PAGE 8, NUMBER 6 IS WHAT I WANT TO ASK YOU ABOUT.

11:26AM  15        NUMBER 6 SAYS, "THERANOS NATIONAL ROLLOUT WITH WALGREENS

11:26AM  16   (PENDING PILOT OUTCOME)."

11:26AM  17        WHAT DOES THAT MEAN?

11:26AM  18   A.   THIS WAS THE HYPOTHESIS OR THE ILLUSTRATIVE VERSION OF IF

11:26AM  19   WE WERE TO DO A PILOT AND GET CERTAIN SUCCESS METRICS, THEN WE

11:27AM  20   WOULD EXPAND TO THE NEXT LEVEL, AND IF THAT WAS SUCCESSFUL,

11:27AM  21   THEN WE WOULD EXPAND TO THE NEXT LEVEL.

11:27AM  22        SO THIS WAS, AGAIN, KIND OF AN ILLUSTRATIVE TIMELINE OF

11:27AM  23   WHAT SUCCESS COULD LOOK LIKE AT THAT POINT.

11:27AM  24   Q.   WHEN YOU SAY HAVE A PILOT, WHAT DO YOU MEAN BY THAT?

11:27AM  25   A.   SOME LEVEL OF YOU, YOU KNOW, NUMBER OF STORES, YOU KNOW,

11:27AM 1    WHETHER ONE OR A FEW TO BE ABLE TO UNDERSTAND, YOU KNOW, WHAT

11:27AM 2    IS THE PATIENT EXPERIENCE LIKE?  IS IT GOING WELL?  IS MEDICAL

11:27AM 3    BILLING HAPPENING PROPERLY?  ARE HEALTH CARE PLANS ACCEPTING

11:27AM 4    IT?  ARE DOCTORS RECOMMENDING IT?  THOSE KINDS OF THINGS.

11:27AM 5    Q.   AND THEN WOULD WALGREENS EVALUATE THE SUCCESS, SORT OF THE

11:27AM 6    METRICS YOU'VE DESCRIBED, TO DETERMINE WHETHER TO MOVE TO THE

11:27AM 7    NEXT PHASE?

11:27AM 8    A.   YEAH, I WOULD SAY IT WOULD BE A JOINT EVALUATION.  YOU

11:27AM 9    KNOW, BOTH PARTIES WOULD WANT THE KEY METRICS THAT WERE

11:27AM 10   IMPORTANT TO BE SATISFIED.

11:27AM 11   Q.   WAS A NATIONAL ROLLOUT EVER GUARANTEED?

11:27AM 12   A.   NO, NEVER GUARANTEED.  ALWAYS PENDING SUCCESS.

11:27AM 13   Q.   WAS THERE A PILOT AT SOME POINT?

11:27AM 14   A.   THERE WAS A PILOT.

11:27AM 15   Q.   AND WAS THERE ONE OR MORE PEOPLE AT WALGREENS WHOSE JOB IT

11:28AM 16   WAS TO EVALUATE SUCCESS TO DETERMINE WHETHER SOME OF THE

11:28AM 17   METRICS HAD BEEN MET?

11:28AM 18   A.   MULTIPLE PEOPLE.

11:28AM 19   Q.   WAS THAT YOUR JOB OR SOMEBODY ELSE'S?

11:28AM 20   A.   IT WAS NOT MY JOB.  IT WAS THE PROJECT TEAM'S.

11:28AM 21   Q.   OKAY.  NOW WE CAN TURN TO PAGE 5 -- I'M SORRY,

11:28AM 22   EXHIBIT 503.

11:28AM 23        503 LOOKS LIKE AN EMAIL FROM DR. ROSAN TO YOU CONTAINING

11:28AM 24   SOME SLIDES.

11:28AM 25        DO YOU SEE THAT?

11:28AM  1    A.   YES.

11:28AM  2    Q.   AND ARE THE SLIDES, SLIDES THAT WERE PRESENTED TO

11:28AM  3    WALGREENS BY THERANOS?

11:28AM  4    A.   YES.

11:28AM  5              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 503.

11:28AM  6              MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

11:28AM  7              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:28AM  8         (GOVERNMENT'S EXHIBIT 503 WAS RECEIVED IN EVIDENCE.)

11:28AM  9    BY MR. SCHENK:

11:28AM 10    Q.   THE DATE ON THIS ONE IS JANUARY 2012.  SO WE'VE NOW MOVED

11:28AM 11    INTO THE BEGINNING OF THE NEXT YEAR, 2012.

11:28AM 12         THE SUBJECT IS, HERE IS THE SLIDE SHOW THAT WAS PRESENTED

11:28AM 13    TO US BY SUNNY AND ELIZABETH.

11:29AM 14         MR. BALWANI AND MS. HOLMES; IS THAT CORRECT?

11:29AM 15    A.   CORRECT.

11:29AM 16    Q.   AND NOW IF WE CAN TURN TO SOME OF THE SLIDES.  THE

11:29AM 17    FIRST -- LET'S LOOK AT THE FIRST PAGE OF THE SLIDES.  IT'S

11:29AM 18    PAGE 2 OF THE EXHIBIT.

11:29AM 19         IT'S ENTITLED PROJECT NORMANDY BRIEFING.

11:29AM 20         WHAT IS PROJECT NORMANDY?

11:29AM 21    A.   PROJECT NORMANDY IS -- IT'S BASICALLY THE SAME AS PROJECT

11:29AM 22    BETA.  I THINK IT'S WHAT THE NAME MORPHED INTO.

11:29AM 23    Q.   OKAY.  THE RELATIONSHIP BETWEEN WALGREENS AND THERANOS --

11:29AM 24    A.   RIGHT.

11:29AM 25    Q.   -- WAS CALLED PROJECT NORMANDY?

11:29AM 1    A.   RIGHT.

11:29AM 2    Q.   IF WE CAN TURN TO PAGE 3.

11:29AM 3         PAGE 3 IS CALLED WALGREENS THERANOS PARTNERSHIP

11:29AM 4    OBJECTIVES.

11:29AM 5         DO YOU SEE THAT?

11:29AM 6    A.   YES.

11:29AM 7    Q.   AND ABOUT THREE UP FROM IT THE BOTTOM WE SEE, "NEW GROWTH

11:29AM 8    DRIVER FOR EMPLOYER BUSINESS.

11:29AM 9         "LOWEST COST, HIGHEST QUALITY TESTING FROM A FINGERSTICK."

11:29AM 10        WHEN MS. HOLMES AND MR. BALWANI WERE DESCRIBING THE

11:30AM 11   BUSINESS OPPORTUNITY FOR WALGREENS, DID THEY TALK ABOUT COST?

11:30AM 12   A.   WE DID.

11:30AM 13   Q.   AND WHAT DID YOU HEAR?

11:30AM 14   A.   WE TALKED ABOUT THE OPPORTUNITY AT SCALE, AGAIN, TO BE

11:30AM 15   ABLE TO BE BETTER, FASTER, AND CHEAPER THAN A CONVENTIONAL LAB

11:30AM 16   BECAUSE YOU WERE EFFECTIVELY CUTTING OUT A LOT OF WASTE IN

11:30AM 17   TERMS OF REAL ESTATE, SUPPLY CHAIN, HANDOFFS, EXPENSES,

11:30AM 18   CONVENTIONAL MACHINES.

11:30AM 19   Q.   AND IF THERANOS USED CONVENTIONAL MACHINES, FOR EXAMPLE,

11:30AM 20   WOULD YOU LOSE SOME OF THE COST BENEFIT THAT YOU JUST

11:30AM 21   DESCRIBED?

11:30AM 22   A.   YOU WOULD.

11:30AM 23   Q.   AND IF YOU NEEDED TO USE COURIERS, OR HANDOFF AS YOU JUST

11:30AM 24   DESCRIBED, WOULD YOU ALSO LOSE SOME OF THE COST BENEFIT?

11:30AM 25   A.   YOU WOULD LOSE SOME.

11:30AM  1    Q.   IT NEXT SAYS, "HIGHEST QUALITY TESTING FROM A

11:30AM  2    FINGERSTICK."

11:30AM  3         WHAT WAS YOUR UNDERSTANDING OF WHAT THAT REFERRED TO?

11:30AM  4    A.   MY UNDERSTANDING WAS THAT THE TEST RESULTS FOR THE TESTS

11:30AM  5    THAT THEY WERE DOING AND VALIDATING WERE AS GOOD AS, THEY WERE

11:31AM  6    HIGHLY CORRELATED TO A TRADITIONAL LAB.

11:31AM  7         THE QUALITY COMES IN AGAIN BECAUSE, LIKE I SAID BEFORE, A

11:31AM  8    FEW REASONS.  NUMBER ONE IS I WAS TOLD THAT YOU COULD CALIBRATE

11:31AM  9    EVERY MACHINE VERSUS ANOTHER MACHINE SO YOU DON'T HAVE THIS

11:31AM 10    ISSUE OF DIFFERENT CALIBRATIONS FOR DIFFERENT MACHINES FOR

11:31AM 11    DIFFERENT TESTS, AS WELL AS THE FACT THAT SOME TESTS ARE

11:31AM 12    ULTIMATELY REJECTED BY A CONVENTIONAL LAB AND THAT THEIR

11:31AM 13    REJECTION RATE WAS THUS FAR LOWER THAN THAT.

11:31AM 14         AND ALSO JUST IS THE FACT THAT IF YOU'RE ABLE TO, YOU

11:31AM 15    KNOW, GET A TEST DONE AND RESULTS BACK SOONER, THAT'S ALSO

11:31AM 16    BENEFICIAL FOR A PATIENT.

11:31AM 17    Q.   YOU DESCRIBED THE CALIBRATION BETWEEN MACHINES.

11:31AM 18         COULD YOU EXPLAIN THAT TO ME?

11:31AM 19    A.   AGAIN, MY UNDERSTANDING IS THAT THERE'S AN ACCEPTABLE

11:31AM 20    RANGE FOR ANY GIVEN MACHINE FOR WHAT THE TOLERANCE CAN BE, BUT

11:31AM 21    THAT TWO DIFFERENT MACHINES FROM TWO DIFFERENT MANUFACTURERS

11:31AM 22    FOR THE SAME TEST MIGHT HAVE SLIGHTLY DIFFERENT CALIBRATION

11:31AM 23    PARAMETERS.

11:31AM 24         SO IF YOU -- AGAIN, I USE THE EXAMPLE IF YOU GOT A PSA

11:32AM 25    TEST ONE DAY ON ONE MACHINE AND THE RESULTS CAME BACK ON

11:32AM  1    ANOTHER MACHINE, THEY MAY NOT BE EXACTLY APPLES AND APPLES, BUT

11:32AM  2    BECAUSE IF YOU STAYED WITHIN THE THERANOS SYSTEM ON THEIR

11:32AM  3    MACHINES, THAT THOSE MACHINES ESSENTIALLY WOULD BE CALIBRATED

11:32AM  4    VERSUS EACH OTHER AND THEN YOU WOULD BE RELYING UPON THAT DATA

11:32AM  5    AT A HIGHER LEVEL.

11:32AM  6    Q.   AND WHO DID YOU GET THAT UNDERSTANDING FROM?

11:32AM  7    A.   JUST I THINK THROUGH THE DISCUSSIONS WITH ELIZABETH AND

11:32AM  8    SUNNY.

11:32AM  9    Q.   AND IT ALSO SAYS THIS HIGHEST QUALITY TESTING FROM A

11:32AM  10   FINGERSTICK.

11:32AM  11       DID YOU HAVE AN UNDERSTANDING ABOUT HOW THE BLOOD WOULD BE

11:32AM  12   DRAWN?

11:32AM  13   A.   I DID.

11:32AM  14   Q.   AND WHAT WAS YOUR UNDERSTANDING?

11:32AM  15   A.   AGAIN, FROM WHAT I WITNESSED AND EXPERIENCED PERSONALLY IS

11:32AM  16   A FINGERSTICK WOULD GO, WOULD PROBABLY GO INTO WHAT WAS CALLED

11:32AM  17   A NANOTAINER OR A BCD, AND THAT BCD WOULD GO INTO THE THERANOS

11:32AM  18   MACHINE.

11:32AM  19   Q.   YOU SAID WHAT YOU EXPERIENCED PERSONALLY.  WHAT DO YOU

11:32AM  20   MEAN?

11:32AM  21   A.   MYSELF AND A FEW OTHER EXECUTIVES HAD OUR BLOOD TESTED.  I

11:32AM  22   THINK I HAD MY TESTED TWICE.

11:32AM  23   Q.   AND DO YOU RECALL WHERE YOU WERE WHEN THAT HAPPENED?

11:33AM  24   A.   I BELIEVE I WAS ONE TIME -- THE FIRST TIME WAS IN THE

11:33AM  25   PALO ALTO THERANOS OFFICE, AND THE SECOND TIME I THINK I WAS AT

11:33AM 1    THE PILOT IN PHOENIX.

11:33AM 2    Q.   WOULD THAT HAVE BEEN THE MEETING IN 2010 AROUND THE MARCH

11:33AM 3    TIMEFRAME WHEN YOU WENT OUT TO PALO ALTO, OR WAS THAT A

11:33AM 4    DIFFERENT TIME?

11:33AM 5    A.   I DON'T RECALL THE FIRST TIME EXACTLY THE DATE.

11:33AM 6    Q.   WAS THE BLOOD DRAWN FROM YOUR FINGER?

11:33AM 7    A.   YES.

11:33AM 8    Q.   AND WHAT DO YOU RECALL FROM THAT?

11:33AM 9    A.   JUST GETTING MY RESULTS LATER.  AGAIN, IT HAD TO GO, FOR

11:33AM 10   LEGAL REASONS, THROUGH A PHYSICIAN.  SO I THINK THE FIRST TIME

11:33AM 11   DR. ROSAN, WHO WAS A PHYSICIAN, GOT THE RESULTS AND THEN

11:33AM 12   PROVIDED THOSE TO ME.

11:33AM 13   Q.   AND WHEN YOU HAD THE DEMO, DID MS. HOLMES EXPLAIN ANYTHING

11:33AM 14   TO YOU ABOUT THE EXPERIENCE YOUR FINGERSTICK, OR YOUR BLOOD WAS

11:33AM 15   BEING TESTED VIA A FINGERSTICK, BUT IN THE FUTURE WALGREENS

11:33AM 16   PATIENTS MIGHT NOT HAVE THEIR BLOOD TESTED THROUGH A

11:34AM 17   FINGERSTICK?  DO YOU RECALL HER SAYING ANYTHING LIKE THAT?

11:34AM 18   A.   NOT AT THE TIME.

11:34AM 19   Q.   COULD WE NOW TURN TO PAGE 8.

11:34AM 20       PAGE 8, THE SLIDE IS ENTITLED PROJECT NORMANDY:  THE

11:34AM 21   WORLD'S FIRST FINGERSTICK BASED CLIA-CERTIFIED LAB THROUGH

11:34AM 22   RETAIL.

11:34AM 23       AND THE FIRST BULLET SAYS 99.9 PERCENT LESS BLOOD.

11:34AM 24       WHAT WAS YOUR UNDERSTANDING THAT THAT WAS A REFERENCE TO?

11:34AM 25   A.   THAT'S JUST A RELATIVE COMPARISON OF THE AMOUNT OF BLOOD

11:34AM  1    IN A NANOTAINER VERSUS THE AMOUNT OF BLOOD TAKEN THROUGH

11:34AM  2    VENIPUNCTURE.

11:34AM  3    Q.   AND IF THERANOS WAS TESTING PATIENT'S BLOOD WITH A VEIN

11:34AM  4    DRAW, WOULD IT DRAW LESS BLOOD THEN OR ONLY IF IT USED

11:34AM  5    FINGERSTICK?

11:34AM  6    A.   MY UNDERSTANDING -- I NEVER SAW -- IF YOUR QUESTION IS I

11:34AM  7    NEVER SAW THE NANOTAINER DRAW BLOOD FROM A VEIN.  IT WAS ALWAYS

11:34AM  8    FROM A FINGER.

11:34AM  9    Q.   NO, I'M SORRY.

11:34AM  10        THE SLIDE SUGGESTS 99.9 PERCENT LESS BLOOD, AND I'M JUST

11:35AM  11   WONDERING IF THAT IS ONLY TRUE IF YOU RECEIVE A FINGERSTICK AS

11:35AM  12   OPPOSED TO A VEIN DRAW?

11:35AM  13   A.   YES, YES.

11:35AM  14   Q.   THE NEXT BULLET SAYS, "STATE OF THE ART RESULT TURN

11:35AM  15   AROUND:  4-24 HOURS."

11:35AM  16        WHAT DID YOU UNDERSTAND THAT TO MEAN?

11:35AM  17   A.   AGAIN, THAT WAS THE RANGE THAT WE WERE LOOKING AT, AND HOW

11:35AM  18   LONG IT TAKES WAS TO SOME EXTENT WAS DEPENDENT UPON THE

11:35AM  19   BUSINESS MODEL WE RELIED UPON.

11:35AM  20        IF YOU WERE GOING TO HAVE AN EDISON DEVICE IN A WALGREENS,

11:35AM  21   THEORETICALLY YOU COULD GET A RESULT MUCH FASTER THAN IF YOU

11:35AM  22   WERE TAKING NANOTAINERS AND MOVING THEM TO A SITE WHERE YOU HAD

11:35AM  23   MACHINES AT CENTRALLY.

11:35AM  24   Q.   AND WAS FASTER TURN AROUND TIME ATTRACTIVE TO WALGREENS?

11:35AM  25   A.   I THINK IT'S ATTRACTIVE TO PATIENTS AGAIN, JUST BECAUSE IF

11:35AM 1    YOU THINK ABOUT GATEWAY TO HEALTH CARE, LAB IS A LARGE GATEWAY.

11:35AM 2    SO FOR SURE TO WALGREENS.

11:35AM 3        ALSO WE TALKED ABOUT THE POSSIBILITY IN RURAL AREAS IN

11:35AM 4    MARKETS THAT ARE LESS DEVELOPED AND WHERE PEOPLE DON'T HAVE

11:36AM 5    IMMEDIATE ACCESS AND IT CAN LEAD TO VERY PROBLEMATIC HEALTH

11:36AM 6    SITUATIONS.

11:36AM 7    Q.   AND THE THIRD BULLET SAYS "NATION'S LOWEST COST AND

11:36AM 8    HIGHEST QUALITY LABORATORY PROVIDER."

11:36AM 9        DID YOU HAVE AN UNDERSTANDING THAT THERANOS WAS

11:36AM 10   REPRESENTING ITSELF TO BE THE HIGHEST QUALITY LAB?

11:36AM 11   A.   I THINK OUR COMMON UNDERSTANDING WAS THAT IF THE

11:36AM 12   TECHNOLOGY WORKED AS WE WERE TOLD, THAT IT WOULD BE BETTER,

11:36AM 13   FASTER, CHEAPER, AND THAT WE WOULD BE ABLE TO PROVIDE THE BEST

11:36AM 14   AND LOWEST, YOU KNOW, COST NETWORK TOGETHER.

11:36AM 15   Q.   AND WHERE DID THAT GET THAT UNDERSTANDING FROM?

11:36AM 16   A.   I THINK BOTH FROM THE ATTESTATIONS THAT WERE MADE TO US

11:36AM 17   ABOUT THE TECHNOLOGY, AS WELL AS OUR JOINT WORK AS FAR AS

11:36AM 18   UNDERSTANDING THE MARKET SIZE, CURRENT COSTS, THE PAYOR

11:36AM 19   PREFERENCES AND THE LIKE.

11:36AM 20   Q.   THE NEXT PAGE, PAGE 9, THIS DESCRIBES THE PROCESS, THE

11:36AM 21   PROJECT NORMANDY PROCESS.

11:36AM 22       AND UNDER THE PSC COLUMN THERE'S A SECTION CALLED SAMPLE

11:37AM 23   COLLECTION.

11:37AM 24       DO YOU SEE THE SECOND BULLET UNDER SAMPLE COLLECTION?

11:37AM 25   A.   YES.

11:37AM 1    Q.   THE SECOND BULLET READS "TECHNICIAN PRICKS PATIENT'S

11:37AM 2    FINGER."

11:37AM 3         DOES THIS DESCRIPTION, A SAMPLE COLLECTION, DESCRIBE VEIN

11:37AM 4    DRAWS?

11:37AM 5    A.   NO.

11:37AM 6    Q.   UNDER THE SECOND COLUMN, CLIA LAB, IN THE SECOND BULLET IT

11:37AM 7    READS "SAMPLES ACCESSED AND QUEUED FOR ANALYSIS ON THERANOS

11:37AM 8    DEVICES USING THERANOS LDT'S IN THERANOS LAB."

11:37AM 9         DOES THIS COLUMN SUGGEST THAT THE SAMPLES ARE GOING TO BE

11:37AM 10   TESTED ON THIRD PARTY DEVICES?

11:37AM 11   A.   NO.

11:37AM 12   Q.   WOULD YOU TURN TO PAGE 11, PLEASE.

11:37AM 13        PAGE 11 IS ENTITLED FASTER SCALEABILITY AT WAG.

11:38AM 14        UNDER SCALEABILITY, THE FIRST BULLET SAYS, "SMALLER SPACE

11:38AM 15   REQUIREMENTS AT RETAIL."

11:38AM 16        WHAT DID YOU UNDERSTAND THAT TO MEAN?

11:38AM 17   A.   AGAIN, I THINK IT'S THE WHOLE NOTION THAT RATHER THAN

11:38AM 18   HAVE, YOU KNOW, INCREMENTAL ASSETS OF LAB TESTING AND

11:38AM 19   INDUSTRIAL COURTS AND BUILDINGS AND THEN ULTIMATELY EVEN GOING

11:38AM 20   TO CONVENTIONAL LAB WITH VERY LARGE FACILITIES AND MACHINES,

11:38AM 21   THAT IT DOESN'T TAKE A LOT OF INCREMENTAL SPACE TO DO THAT.

11:38AM 22        IN FACT, AT THE TIME WE HAD A LOT OF TAKE CARE CLINICS, SO

11:38AM 23   YOU COULD ARGUE THAT THE INFRASTRUCTURE IS ALREADY BUILT THERE

11:38AM 24   AND THERE'S REALLY NO INCREMENTAL INVESTMENT FROM THAT POINT OF

11:38AM 25   VIEW.

11:38AM 1    Q.  OKAY.  WAS IT ATTRACTIVE TO WALGREENS TO NEED LESS RETAIL

11:38AM 2    SPACE?

11:38AM 3    A.  WELL, I THINK WHAT WAS ATTRACTIVE WAS BEING ABLE TO

11:38AM 4    LEVERAGE THE CURRENT FOOTPRINT OF 8,000 STORES POTENTIALLY

11:38AM 5    WITHOUT ADDING EXTRA, YOU KNOW, RETAIL SPACE.

11:38AM 6    Q.  AND WAS THE ASSUMPTION THAT THE AMOUNT OF SPACE THE DEVICE

11:39AM 7    TOOK UP WAS A FACTOR IN THE AMOUNT OF RETAIL SPACE GENERALLY

11:39AM 8    THAT WAS NEEDED?

11:39AM 9    A.  I MEAN, AT THE END OF THE DAY IT DIDN'T TAKE UP ANY SPACE

11:39AM 10   REALLY.

11:39AM 11       IT'S ALSO THE OTHER NOTIONS IN HERE JUST ABOUT BEING ABLE

11:39AM 12   TO LEVERAGE YOUR CURRENT STAFF, YOUR PHARMACIES, YOUR NURSE

11:39AM 13   PRACTITIONERS, YOUR PHARMACY TECHS.

11:39AM 14   Q.  AND WHEN YOU SAID IT DIDN'T TAKE UP ANY SPACE, WHAT DID

11:39AM 15   YOU MEAN?

11:39AM 16   A.  EFFECTIVELY HOUSING, YOU KNOW, NANOTAINERS IS NOT -- IT

11:39AM 17   DOESN'T TAKE UP A LOT OF SPACE.

11:39AM 18   Q.  I SEE.  OKAY.

11:39AM 19       FURTHER DOWN IN THE SLIDE IT TALKS ABOUT STAGES 1, 2, AND

11:39AM 20   3.  THE THIRD ONE WAS A NATIONAL ROLLOUT.

11:39AM 21       DID YOU DISCUSS THE IDEA OF A NATIONAL ROLLOUT WITH

11:39AM 22   MS. HOLMES AND MR. BALWANI?

11:39AM 23   A.  YES.

11:39AM 24   Q.  AND DID YOU TELL THEM THAT A NATIONAL ROLLOUT WAS

11:39AM 25   GUARANTEED?

11:39AM  1      A.   NO.

11:39AM  2      Q.   AND WHAT WAS NECESSARY BEFORE WALGREENS WOULD GO NATIONAL

11:39AM  3   WITH THERANOS?

11:39AM  4      A.   JUST TO BE SUCCESSFUL AT EVERY PHASE OF EXPANSION, SO

11:39AM  5   STARTING WITH, YOU KNOW, ONE OR A FEW STORES AND MOVING TO

11:40AM  6   MORE, OR A STATE AND MOVING TO MORE.

11:40AM  7           BUT BEING ABLE TO BE SUCCESSFUL IN TERMS OF EFFICACY,

11:40AM  8   SAFETY, BUSINESS MODEL, CLINICAL ACCEPTANCE, INSURANCE COMPANY

11:40AM  9   ACCEPTANCE.

11:40AM  10          I MEAN, THERE ARE A LOT OF DIFFERENT VARIABLES, BUT

11:40AM  11  EFFECTIVELY TESTING FOR EACH OF THOSE TO ENSURE SUCCESS AND, IF

11:40AM  12  NOT, TRYING TO MODIFY AND RECTIFY AND FIX THE BUSINESS MODEL IF

11:40AM  13  POSSIBLE.

11:40AM  14     Q.   OKAY.  WOULD YOU TURN TO PAGE 28?

11:40AM  15          THIS SLIDE IS ENTITLED THERANOS'S FINGERSTICK BASED

11:40AM  16  LABORATORY.

11:40AM  17          THE SECOND BULLET IS, "NO REGULATORY RISK."

11:40AM  18          DO YOU HAVE A RECOLLECTION, WHAT DOES THAT MEAN?

11:40AM  19     A.   THERE WAS, AGAIN, A LOT OF DISCUSSIONS ON WHAT REGULATORY

11:40AM  20  REQUIREMENTS WERE OR WERE NOT BOTH FROM A, YOU KNOW, A CMS

11:41AM  21  STANDPOINT AS WELL AS FDA.  TO SOME EXTENT THIS TECHNOLOGY WAS

11:41AM  22  NEW TO THE WORLD AND SO IT RAISED QUESTIONS THAT MAYBE HADN'T

11:41AM  23  BEEN RAISED BEFORE.

11:41AM  24          SO, FOR EXAMPLE, IF YOU NEED LAB CERTIFICATION, WHERE IS

11:41AM  25  THE LAB?  IF YOU HAD A THERANOS MACHINE IN A WALGREENS STORE,

11:41AM  1    DOES THAT MEAN THAT'S THE LAB?  OR IF THE DATA IS GOING TO

11:41AM  2    PALO ALTO, IS THAT THE LAB?

11:41AM  3        BUT AGAIN, THESE WERE DIFFERENT DISCUSSIONS THAT WERE

11:41AM  4    EVOLVING AND WE WERE TRYING TO REFINE OUR UNDERSTANDING TO

11:41AM  5    UNDERSTAND WHAT WAS REQUIRED AND WHAT WAS NOT.

11:41AM  6    Q.   OKAY.  AND WAS THERANOS SUGGESTING TO YOU THAT THERE WAS

11:41AM  7    NO OR THERE WAS LESS REGULATORY RISK CREATING THIS PARTNERSHIP

11:41AM  8    WITH THERANOS AND WALGREENS?

11:41AM  9    A.   I THINK IN FAIRNESS, THIS WAS A DISCUSSION THAT WENT ON AT

11:41AM 10    LEAST A YEAR OR MORE IN TERMS OF WHAT WAS THEIR UNDERSTANDING.

11:41AM 11    WE WERE SEEKING ADVICE, INCLUDING EXTERNALLY ON THE MATTER.

11:41AM 12        I'M PRETTY SURE THEY WERE SEEKING ADVICE, TOO, AND HAVING

11:41AM 13    SOME CONVERSATIONS.

11:41AM 14        BUT, AGAIN, BECAUSE OF THE NEW TO THE WORLD NATURE OF THIS

11:42AM 15    TECHNOLOGY, IT REQUIRED SOME WORK TO UNDERSTAND.

11:42AM 16    Q.   FROM A REGULATORY PERSPECTIVE?

11:42AM 17    A.   YES.

11:42AM 18    Q.   OKAY.  AT THE BOTTOM OF THE SLIDE WE CAN SEE "LOWEST COST,

11:42AM 19    HIGHEST QUALITY TESTING FROM A FINGERSTICK."

11:42AM 20        AGAIN, WAS THAT SORT OF CONSISTENT WITH YOUR UNDERSTANDING

11:42AM 21    OF WHAT THERANOS WAS OFFERING?

11:42AM 22    A.   YES, THAT WHAT WE BELIEVED IT WAS OFFERING, YES.

11:42AM 23    Q.   IF YOU'LL TURN TO THE NEXT PAGE, 29.

11:42AM 24        IT'S ENTITLED ONE DISRUPTION AT A TIME.  THERE ARE A FEW

11:42AM 25    BULLETS.  THE FIRST ONE IS THE FIRST LAUNCH IN 2012, AND THE

11:42AM  1    SECOND LAUNCH EARLY TO MID-2013, AND THE THIRD LAUNCH 2014 AND

11:42AM  2    AFTER.

11:42AM  3          THE THIRD LAUNCH SAYS "THERANOS MINILABS IN ALL WALGREENS

11:42AM  4    STORES (AS APPROPRIATE)."

11:42AM  5          DID YOU UNDERSTAND THAT THERE WERE STAGES THAT WERE

11:42AM  6    NECESSARY TO SUCCESSFULLY COMPLETE BEFORE THE THERANOS DEVICE

11:42AM  7    WOULD ENTER ALL STORES, ALL WALGREENS STORES?

11:42AM  8    A.   YES.  EVERY STAGE IS ALWAYS CONTINGENT UPON SUCCESS OF THE

11:43AM  9    PRIOR STAGE.

11:43AM 10    Q.   AND WAS THAT COMMUNICATED TO MS. HOLMES?

11:43AM 11    A.   I'M SURE THAT WAS CLEARLY UNDERSTOOD.

11:43AM 12    Q.   AND WHY DO YOU SAY THAT?

11:43AM 13    A.   WELL, FOR ONE BECAUSE WE WOULD DEFINE SUCCESS OBJECTIVES

11:43AM 14    AND TALK ABOUT WHAT HAD TO HAPPENED FOR THE NEXT PHASE.

11:43AM 15          I BELIEVE ALSO AS WE WENT ALONG CONTRACTUALLY, THERE WERE

11:43AM 16    PARAMETERS PUT ON THE CONTRACT BECAUSE WE WERE GOING TO A NEW

11:43AM 17    FRONTIER.

11:43AM 18          BUT, AGAIN, AT THE END OF THE DAY, THAT'S THE REASON THAT

11:43AM 19    YOU PILOT AND YOU EXPAND THE PILOT AND YOU HAVE EXPAND THE

11:43AM 20    PILOT PILOT IS BECAUSE YOU WANT TO BE ABLE TO ENSURE THAT

11:43AM 21    YOU'VE GOT IT RIGHT.

11:43AM 22    Q.   IF YOU'LL NOW TURN TO EXHIBIT 617.

11:43AM 23          YOUR HONOR, I BELIEVE WE'RE OFFERING THIS BASED ON A

11:43AM 24    STIPULATION OF THE PARTIES.

11:43AM 25              MR. DOWNEY:  WE HAVE NO OBJECTION, YOUR HONOR.

11:43AM  1          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:43AM  2          (GOVERNMENT'S EXHIBIT 617 WAS RECEIVED IN EVIDENCE.)

11:44AM  3     BY MR. SCHENK:

11:44AM  4     Q.   EXHIBIT 617 LOOKS TO BE AN AMENDED AND RESTATED THERANOS

11:44AM  5     MASTER SERVICES AGREEMENT.

11:44AM  6          DO YOU SEE THAT?

11:44AM  7     A.   YES.

11:44AM  8     Q.   AND THIS ONE IS DATED IN JUNE OF 2012.  YOU DESCRIBED

11:44AM  9     ONGOING WORK AND NEGOTIATION BETWEEN WALGREENS AND THERANOS.

11:44AM  10         WAS THAT STILL HAPPENING NOW, BRINGING US UP TO MID-2012?

11:44AM  11    A.   YES.

11:44AM  12    Q.   ON THE SECOND PAGE OF THIS DOCUMENT THERE'S A SIGNATURE.

11:44AM  13         DO YOU SEE THAT?

11:44AM  14    A.   YES.

11:44AM  15    Q.   IS THAT SIGNATURE ABOVE MS. HOLMES'S NAME?

11:44AM  16    A.   YES.

11:44AM  17    Q.   AND ON THE THIRD PAGE THERE'S A SIGNATURE.

11:44AM  18         IS THAT YOUR SIGNATURE?

11:44AM  19    A.   YES.

11:44AM  20    Q.   AND NOW LET'S TURN TO THE FOURTH PAGE, SCHEDULE A.

11:45AM  21         ON PAGE 4 THERE'S A PARAGRAPH ENTITLED PHASED DISRUPTION.

11:45AM  22    A.   OKAY.

11:45AM  23    Q.   DO YOU SEE THAT PARAGRAPH?

11:45AM  24    A.   YES.

11:45AM  25    Q.   AND THERE'S A SENTENCE WITHIN IT THAT READS, "WITH THAT IN

11:45AM  1    MIND, AT THE COMMENCEMENT OF THIS AGREEMENT, IT IS THE PARTIES'

11:45AM  2    INTENTION FOR WALGREENS TO ACT AS A PATIENT SERVICE CENTER AND

11:45AM  3    COLLECT BLOOD SAMPLES VIA FINGERSTICK TECHNOLOGY, SMALL SAMPLES

11:45AM  4    OF URINE, SALIVA, FECES OR SWABS WITH LABORATORY TESTING TO BE

11:45AM  5    PERFORMED BY THERANOS IN A CLIA-CERTIFIED OFFSITE LABORATORY."

11:45AM  6         DO YOU SEE THAT?

11:45AM  7              THE COURT:  MR. SCHENK, JUST GIVE ME A MOMENT.

11:45AM  8         (PAUSE IN PROCEEDINGS.)

11:45AM  9              MR. SCHENK:  MS. KRATZMANN, CAN WE SHIFT TO THE

11:45AM  10   ELMO?

11:45AM  11              THE CLERK:  YES, COUNSEL.

11:46AM  12              MR. SCHENK:  THANK YOU.

11:46AM  13              THE COURT:  ALL RIGHT.  THANK YOU, MR. SCHENK.  YOU

11:46AM  14   MAY PROCEED.

11:46AM  15              MR. SCHENK:  THANK YOU.

11:46AM  16   Q.   SO I JUST READ TO YOU A SENTENCE IN THE MIDDLE OF

11:46AM  17   PARAGRAPH 3.

11:46AM  18         DO YOU SEE THAT SENTENCE?

11:46AM  19   A.   YES.

11:46AM  20   Q.   IS THAT ACCURATE?  WAS IT THE PARTIES' INTENTION AND WAS

11:46AM  21   IT YOUR UNDERSTANDING THAT THERANOS WAS GOING TO OFFER THIS

11:46AM  22   BLOOD TESTING SERVICES AND COLLECT BLOOD SAMPLES VIA

11:46AM  23   FINGERSTICK TECHNOLOGY?

11:46AM  24   A.   YES.

11:46AM  25   Q.   AND THIS IS AN AMENDED AGREEMENT.  THE FINGERSTICK ASPECT

11:46AM 1   DID NOT CHANGE FROM THE FIRST TO THE SECOND; IS THAT RIGHT?

11:46AM 2   A.   THAT'S CORRECT.

11:46AM 3   Q.   YOUR UNDERSTANDING WAS STILL THAT THERANOS WAS GOING TO

11:46AM 4   PERFORM BLOOD TESTING ON BLOOD DRAWN FROM THE FINGER?

11:46AM 5   A.   YES.

11:46AM 6   Q.   IF YOU COULD TURN IN YOUR BINDER TO PAGE 6.

11:47AM 7        DO YOU SEE AT THE BOTTOM OF PAGE 6 THERE'S A SECTION THAT

11:47AM 8   BEGINS INNOVATION FEE?

11:47AM 9   A.   YES.

11:47AM 10  Q.   AND THEN THE LANGUAGE ABOUT AN INNOVATION FEE CONTINUES ON

11:47AM 11  THE NEXT PAGE.

11:47AM 12       WHAT WAS THE INNOVATION FEE?

11:47AM 13  A.   THE INNOVATION FEE, TO MY UNDERSTANDING, WAS THAT WE WERE

11:47AM 14  AT THE POINT WHERE WE HAD EVOLVED A BUSINESS MODEL AND WE WERE

11:47AM 15  GETTING READY TO COMMERCIALIZE, AND SO THIS AGREEMENT

11:47AM 16  SUPERSEDED THE PRIOR AGREEMENT FROM THE STANDPOINT THAT IT

11:47AM 17  REFLECTED THE LATEST UNDERSTANDING.

11:47AM 18       THE INNOVATION FEE WAS DERIVED TO SECURE THE PARTNERSHIP

11:48AM 19  IN EXCLUSIVITY, THE PRICING, ET CETERA, AND PROVIDE FUNDS TO

11:48AM 20  THERANOS THAT WOULD HELP ENABLE THEM TO CREATE THE SCALE TO

11:48AM 21  BEGIN EXPANDING THE VALUE PROPOSITION.

11:48AM 22  Q.   MONEY WOULD BE PAID FROM WALGREENS TO THERANOS?

11:48AM 23  A.   THAT'S CORRECT.

11:48AM 24  Q.   AND IT HAS A SCHEDULE HERE, OR MILESTONES THAT SHOULD BE

11:48AM 25  MET BEFORE MONEY IS DISTRIBUTED.

11:48AM 1      DO YOU SEE THAT?

11:48AM 2   A.   YES.

11:48AM 3   Q.   DID WALGREENS END UP MAKING PAYMENTS TO THERANOS?

11:48AM 4   A.   MY UNDERSTANDING IS YES.

11:48AM 5   Q.   AND DO YOU RECALL THE AMOUNT OF MONEY THAT WALGREENS PAID

11:48AM 6   TO THERANOS?

11:48AM 7   A.   I BELIEVE THERE WAS $100 MILLION IN INNOVATION FEE, AND

11:48AM 8   MAYBE A $40 MILLION CONVERTIBLE NOTE.

11:48AM 9   Q.   AND WHAT IS A CONVERTIBLE NOTE?

11:48AM 10  A.   A WAY TO FUND THEM, BUT IT HAS THE -- EFFECTIVELY A LOAN

11:48AM 11  TO THE COMPANY THAT ALSO PROVIDED THE COMPANY WITH THE ABILITY

11:48AM 12  TO CONVERT THAT INTO EQUITY.

11:49AM 13  Q.   SO THE INNOVATION FEE AND THE CONVERTIBLE NOTE ARE

11:49AM 14  DIFFERENT IN THE EQUITY ASPECT?

11:49AM 15  A.   CORRECT.

11:49AM 16  Q.   AND THE INNOVATION FEE DIDN'T GIVE WALGREENS EQUITY, ANY

11:49AM 17  OWNERSHIP OF THERANOS; IS THAT RIGHT?

11:49AM 18  A.   THAT'S CORRECT.

11:49AM 19  Q.   BUT WALGREENS ALSO PURCHASED EQUITY IN THERANOS; IS THAT

11:49AM 20  RIGHT?

11:49AM 21  A.   CORRECT.

11:49AM 22  Q.   WAS WALGREENS THEREFORE AN INVESTOR IN THERANOS IN

11:49AM 23  ADDITION TO BEING A BUSINESS PARTNER?

11:49AM 24  A.   THAT WOULD BE CORRECT.

11:49AM 25  Q.   IF YOU COULD TURN NOW TO PAGE 9.

11:49AM  1          ON PAGE 9 THERE'S ANOTHER SECTION ABOUT CRITICAL VALUES.

11:49AM  2          DO YOU SEE THAT?

11:49AM  3     A.   YES.

11:49AM  4     Q.   AND DID YOU CONTINUE TO UNDERSTAND THAT IF THERANOS TESTED

11:49AM  5     A PATIENT'S BLOOD AND THE VALUE, THE RESULT WAS DETERMINED TO

11:50AM  6     BE CRITICAL, THERE WAS AN OBLIGATION PLACED ON ONE OF THE

11:50AM  7     PARTIES TO ALERT THE RELEVANT PHYSICIAN OR SOMEONE ELSE?

11:50AM  8     A.   THAT WAS MY UNDERSTANDING, AGAIN, BECAUSE IT WAS THEIR

11:50AM  9     PATIENT, THEY HAD THE DATA, THEY HAD THE LAB EXPERTISE, SO THAT

11:50AM  10    WOULD BE THEIR RESPONSIBILITY.

11:50AM  11    Q.   OKAY.  IF YOU COULD NOW TURN TO PAGE 23.

11:50AM  12         ON PAGE 23 WE AGAIN SEE THE TERM "DEVICE" DEFINED.

11:50AM  13         DO YOU SEE THAT?

11:50AM  14    A.   YES.

11:50AM  15    Q.   DID YOU CONTINUE TO UNDERSTAND THAT THE DEVICE THAT

11:50AM  16    THERANOS WOULD USE TO TEST PATIENT'S BLOOD WAS THE THERANOS

11:50AM  17    ANALYZER?

11:50AM  18    A.   YES.

11:50AM  19    Q.   AND DID YOU UNDERSTAND THAT THERANOS WOULD BE MODIFYING

11:51AM  20    THIRD PARTY DEVICES TO TEST PATIENT'S BLOOD BY THIS TIME?  DID

11:51AM  21    YOU HAVE THAT UNDERSTANDING?

11:51AM  22    A.   NO.

11:51AM  23    Q.   HOW ABOUT USING UNMODIFIED THIRD PARTY DEVICES TO TEST

11:51AM  24    PATIENT'S BLOOD?  LEAVING ASIDE THE POINT YOU MADE TO ME ABOUT

11:51AM  25    USING THIRD PARTY DEVICES TO CONFIRM ACCURACY OF THERANOS'S

11:51AM 1    DEVICES, HOW ABOUT PURE USE OF A THIRD PARTY DEVICES TO TEST

11:51AM 2    PATIENT'S BLOOD?

11:51AM 3    A.   I WOULD SAY IF THAT WOULD BE DONE, THAT WOULD BE A VERY

11:51AM 4    SMALL PART OF THE VALUE PROPOSITION.  THERE MIGHT BE ESOTERIC

11:51AM 5    TESTS OR SOMETHING THAT WOULD REQUIRE THAT.  THAT WOULDN'T

11:51AM 6    BE -- YOU KNOW, THAT WOULDN'T SURPRISE ME.

11:51AM 7        BUT, AGAIN, THE VAST MAJORITY OF TESTS WE UNDERSTOOD WOULD

11:51AM 8    BE DONE ON A THERANOS MACHINE.

11:51AM 9    Q.   IF YOU'LL TURN TO PAGE 26.

11:52AM 10       AT THE BOTTOM OF PAGE 26 THERE'S SOME CRITERIA FOR A

11:52AM 11   NATIONAL ROLLOUT.  AND I'M WONDERING IF IN THIS AGREEMENT THE

11:52AM 12   NATIONAL ROLLOUT WAS PROMISED OR GUARANTEED, OR IF INSTEAD

11:52AM 13   CERTAIN CRITERIA HAD TO BE MET BEFORE WALGREENS WOULD GO

11:52AM 14   NATIONAL WITH THE THERANOS TECHNOLOGY?

11:52AM 15   A.   I THINK IT WAS ALWAYS UNDERSTOOD THAT EACH LEVEL OF

11:52AM 16   EXPANSION WOULD HAVE TO BE SUCCESSFUL TO MOVE TO THE NEXT

11:52AM 17   LEVEL.

11:52AM 18   Q.   OKAY.  YOU SAID YOU THINK IT WAS ALWAYS UNDERSTOOD.  WHERE

11:52AM 19   DID YOU GET THAT UNDERSTANDING FROM?

11:52AM 20   A.   I THINK THROUGH ALL OF OUR DIALOGUE AND OUR TEAM DIALOGUE

11:52AM 21   AND OUR PROJECT MANAGER DIALOGUE AND THE MULTI PEOPLE THAT

11:52AM 22   SUPPORTED THAT.

11:52AM 23       SO, AGAIN, UNDERSTANDING A LOT OF THINGS ABOUT THE

11:52AM 24   TESTING, NOT JUST THE TESTING ACCURACY, BUT ALSO THE PATIENT

11:52AM 25   EXPERIENCE, THE ACCEPTANCE OF PAYORS, THE ACCEPTANCE OF

11:52AM  1    CLINICIANS.

11:52AM  2    Q.   DID YOU EVER TELL MS. HOLMES OR MR. BALWANI THAT A

11:52AM  3    NATIONAL ROLLOUT WAS GUARANTEED?

11:53AM  4    A.   NO.

11:53AM  5    Q.   DID YOU EVER HEAR ANYONE ELSE FROM WALGREENS TELL

11:53AM  6    MS. HOLMES OR MR. BALWANI THAT A NATIONAL ROLLOUT WITH

11:53AM  7    WALGREENS WAS GUARANTEED?

11:53AM  8    A.   NO.

11:53AM  9    Q.   WOULD YOU NOW TURN TO PAGE 29.

11:53AM  10       PAGE 29 IS ENTITLED CONVERTIBLE PROMISSORY NOTE.  IS THIS

11:53AM  11   THE PURCHASE OF EQUITY THAT YOU REFERRED TO A MOMENT AGO?

11:53AM  12   A.   IT'S MY RECOLLECTION, YES.

11:53AM  13   Q.   HOW MUCH DID WALGREENS SPEND TO PURCHASE THIS NOTE?

11:53AM  14   A.   HOW MUCH MONEY?

11:53AM  15   Q.   YES.

11:53AM  16   A.   I BELIEVE IT WAS A $40 MILLION NOTE.

11:53AM  17   Q.   I'M SORRY?

11:53AM  18   A.   I BELIEVE IT WAS A $40 MILLION NOTE.

11:53AM  19   Q.   THANK YOU.

11:53AM  20       WOULD YOU NOW TURN TO EXHIBIT 971?

11:54AM  21       DO YOU SEE THAT EXHIBIT?

11:54AM  22   A.   YES.

11:54AM  23   Q.   WHAT IS THIS DOCUMENT?

11:54AM  24   A.   THIS IS JUST AN EMAIL CHAIN FROM ELIZABETH TO ME AND A

11:54AM  25   NOTE FROM MYSELF TO MS. DEBBIE GARZA.

11:54AM  1    Q.   THANK YOU.

11:54AM  2         THE GOVERNMENT OFFERS 971, YOUR HONOR.

11:54AM  3           MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

11:54AM  4           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:54AM  5         (GOVERNMENT'S EXHIBIT 971 WAS RECEIVED IN EVIDENCE.)

11:54AM  6    BY MR. SCHENK:

11:54AM  7    Q.   IF WE CAN START WITH AN EMAIL ON THE BOTTOM, MS. HOLMES'S

11:54AM  8    EMAIL TO MR. MIQUELON IN AUGUST OF 2013.

11:54AM  9         SO MORE TIME NOW HAS PASSED.  THE AMENDED AGREEMENT WAS

11:54AM 10    JUNE OF 2012.  WE'VE NOW MOVED ABOUT A YEAR LATER, AUGUST 2013.

11:55AM 11    MS. HOLMES IS WRITING YOU THIS EMAIL, AND THE SUBJECT IS FINAL

11:55AM 12    ROLLOUT PLAN.

11:55AM 13         DO YOU SEE THAT?

11:55AM 14    A.   YES.

11:55AM 15    Q.   AND IN THE EMAIL SHE WRITES, "WE HAVE CEMENTED WHAT WE

11:55AM 16    BELIEVE TO BE THE MOST EFFECTIVE ROLLOUT STRATEGY FOR REALIZING

11:55AM 17    BROAD NATIONAL SCALE AS FAR AS POSSIBLE."

11:55AM 18         IN THE NEXT PARAGRAPH SHE TALKS ABOUT MAXIMIZING SPEED OF

11:55AM 19    DEPLOYMENT.  "THIS DEPLOYMENT PLAN ACHIEVES NATIONAL

11:55AM 20    DISTRIBUTION OF THERANOS SERVICES AT WALGREENS BY THE END OF

11:55AM 21    2014."

11:55AM 22         DO YOU SEE THAT?

11:55AM 23    A.   YES.

11:55AM 24    Q.   AND IF WE TURN THE PAGE, THERE'S A NUMBERED LIST THAT

11:55AM 25    MS. HOLMES WRITES, THE WORK THAT NEEDS TO BE DONE IN ORDER TO

11:55AM 1    ACHIEVE THAT GOAL.

11:55AM 2        DO YOU SEE THAT LIST?

11:55AM 3    A.   YES.

11:55AM 4    Q.   IN THE LIST THE FIRST PARAGRAPH DISCUSSES TRAINING.  WHO

11:55AM 5    NEEDS TO BE TRAINED?

11:55AM 6    A.   THIS WAS SPEAKING TO THE ABILITY FOR WALGREENS TO MAKE

11:56AM 7    SURE OUR STAFF WAS PROPERLY TRAINED WITH RESPECT TO PATIENTS.

11:56AM 8    Q.   OKAY.  SO TO ACHIEVE THIS NATIONAL ROLLOUT, THE FIRST

11:56AM 9    OBLIGATION, THE FIRST NEED WAS WALGREENS, WALGREENS NEEDED TO

11:56AM 10   TRAIN?

11:56AM 11   A.   RIGHT.

11:56AM 12   Q.   THE SECOND IS TALKING ABOUT SPACE.  WHAT SPACE IS BEING

11:56AM 13   DISCUSSED?

11:56AM 14   A.   WE JUST HAD LOTS OF DISCUSSIONS ABOUT, TO PROVIDE A GREAT

11:56AM 15   PATIENT EXPERIENCE, WHAT WOULD NEED TO BE TRUE IN A WALGREENS

11:56AM 16   STORE?  HOW MUCH PRIVACY WOULD YOU WANT?  WHAT WOULD THE

11:56AM 17   ENVIRONMENT BE LIKE?

11:56AM 18       AND SO THERE WAS A LOT OF DISCUSSION ON HOW WE MIGHT TIER

11:56AM 19   THOSE BASED UPON PATIENT VOLUME.

11:56AM 20   Q.   AND WAS THAT WORK THAT ALSO WALGREENS NEEDED TO DO, THE

11:56AM 21   PHYSICAL SPACE INSIDE OF A WALGREENS STORE?

11:56AM 22   A.   YES.

11:56AM 23   Q.   AND THE THIRD PARAGRAPH TALKS ABOUT PREPURCHASE PAYMENTS

11:56AM 24   FROM WALGREENS SOONER THAN ANTICIPATED.

11:56AM 25       DO YOU SEE THAT?  THAT'S IN THE THIRD LINE?

11:56AM  1    A.   YES.

11:56AM  2    Q.   AND WHAT IS THAT A REFERENCE TO?

11:57AM  3    A.   I BELIEVE THAT'S A REFERENCE TO THE $100 MILLION AND

11:57AM  4    ACCELERATING THAT.

11:57AM  5    Q.   THE INNOVATION FEE?

11:57AM  6    A.   THE INNOVATION FEE.

11:57AM  7    Q.   AND MS. HOLMES WAS SUGGESTING THAT THERANOS NEEDED THAT

11:57AM  8    MONEY SOONER?

11:57AM  9    A.   CORRECT.

11:57AM  10   Q.   AND SO WALGREENS NEEDED TO PAY THE INNOVATION FEE SOONER

11:57AM  11   THAN THE SCHEDULE IN THE AGREEMENT?

11:57AM  12   A.   THAT WAS THE REQUEST.

11:57AM  13   Q.   AND THE FOURTH WAS THE OPERATIONAL STRUCTURE.  WHAT WAS

11:57AM  14   YOUR UNDERSTANDING ABOUT THAT WORK?

11:57AM  15   A.   AGAIN, I DON'T KNOW IF I HAVE A DEEP UNDERSTANDING, BUT I

11:57AM  16   THINK WHAT IT'S REFERRING TO IS, AGAIN, TO MAKE SURE THAT WE

11:57AM  17   HAVE THE PROPER TAKING OF THE SAMPLE, STORAGE OF THE SAMPLE,

11:57AM  18   PROTECTING THE SAMPLE, SHIPPING OF THE SAMPLE TO MAKE SURE THAT

11:57AM  19   THE ENTIRE SUPPLY CHAIN IN THIS BUSINESS MODEL WOULD NOT BE

11:57AM  20   COMPROMISED.

11:57AM  21   Q.   AND THEN FINALLY THE FIFTH AREA THAT NEEDS WORK IS

11:57AM  22   MARKETING.

11:57AM  23        DO YOU SEE THAT?

11:57AM  24   A.   YES.

11:57AM  25   Q.   AND IN THIS LIST THAT MS. HOLMES WROTE IN AUGUST OF 2013

11:58AM 1    OF THE THINGS THAT NEEDED TO BE DONE IN ORDER TO SPEED TOWARDS

11:58AM 2    A NATIONAL ROLLOUT, DID SHE DISCUSS WORK ON THERANOS'S

11:58AM 3    TECHNOLOGY?

11:58AM 4    A.   NO.

11:58AM 5    Q.   DID SHE TALK ABOUT THE FINGERSTICK CAPABILITY OF

11:58AM 6    THERANOS'S TECHNOLOGY?

11:58AM 7    A.   NO.

11:58AM 8    Q.   DID SHE TALK ABOUT THE NEED TO VALIDATE ASSAYS?

11:58AM 9    A.   NO.

11:58AM 10   Q.   DID -- OF THESE FIVE, ARE ANY OF THEM WORK THAT THERANOS

11:58AM 11   ITSELF NEEDS TO DO?

11:58AM 12   A.   NO.

11:58AM 13   Q.   AND THEN IF WE GO BACK TO THE FIRST PAGE AT THE TOP, YOU

11:58AM 14   FORWARDED THIS EMAIL TO SOMEONE NAMED DEBBIE GARZA.

11:58AM 15       DO YOU SEE THAT?

11:58AM 16   A.   YES.

11:58AM 17   Q.   AND WHO IS GARZA?

11:58AM 18   A.   SHE WAS OUR HEAD OF GOVERNMENT RELATIONS.

11:58AM 19   Q.   AND YOU WROTE IN THE SECOND SENTENCE, "I'M NOT WORRIED

11:58AM 20   ABOUT THEM OR LABS... I'M WORRIED ABOUT US."

11:59AM 21       WHAT DID YOU MEAN BY THAT?

11:59AM 22   A.   MY UNDERSTANDING AT THE TIME WAS THAT THE TECHNOLOGY WAS

11:59AM 23   WORKING PERFECTLY AND IT WAS ALL ABOUT RAMPING UP FOR SCALE,

11:59AM 24   AND SO IT WAS, I THINK, A POINT OF FRUSTRATION THAT MAYBE WE

11:59AM 25   WEREN'T DOING OUR PART BECAUSE OF THE ITEMS THAT SHE HAD

11:59AM 1    LISTED, THAT MAYBE WE WEREN'T TRAINING PEOPLE FAST ENOUGH

11:59AM 2    PROPERLY, MAYBE WE WEREN'T GETTING OUR EXPERIENCE RIGHT FAST

11:59AM 3    ENOUGH.

11:59AM 4    Q.   THANK YOU.

11:59AM 5         WOULD YOU NOW TURN TO EXHIBIT 1254.

11:59AM 6         WHAT IS THIS DOCUMENT?

11:59AM 7    A.   I BELIEVE THIS IS AN EMAIL THAT FORWARDS AN ARTICLE ON

11:59AM 8    THERANOS.

11:59AM 9    Q.   FIRST AN EMAIL FROM MR. BALWANI TO FOLKS AT WALGREENS AND

11:59AM 10   THEN FROM MR. -- DR. ROSAN AT WALGREENS TO YOU; IS THAT RIGHT?

11:59AM 11   A.   THAT'S CORRECT.  THAT'S RIGHT.

12:00PM 12            MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1254.

12:00PM 13            MR. DOWNEY:  YOUR HONOR, I DON'T OBJECT TO THE

12:00PM 14   EMAIL, BUT THE ARTICLE CONTAINS A GOOD AMOUNT OF HEARSAY, THE

12:00PM 15   ATTACHMENT.

12:00PM 16            MR. SCHENK:  YOUR HONOR, I'M CERTAINLY NOT OFFERING

12:00PM 17   THE ARTICLE FOR ITS TRUTH.

12:00PM 18            THE COURT:  IT'S BEING OFFERED FOR WHAT PURPOSE?

12:00PM 19            MR. SCHENK:  I'M SORRY?

12:00PM 20            THE COURT:  WHAT PURPOSE?

12:00PM 21            MR. SCHENK:  TO SHOW THE STATE OF MIND OF THE

12:00PM 22   INDIVIDUAL WHO SENT IT.  I THINK IT'S ALSO 801(D)(2)(E).

12:00PM 23            THE COURT:  ALL RIGHT.  I'LL ADMIT THIS.

12:00PM 24       LADIES AND GENTLEMEN, THE ARTICLE THAT YOU'LL SEE IN JUST

12:00PM 25   A MOMENT IS NOT BEING OFFERED FOR THE TRUTH OF THE MATTER

12:00PM  1    ASSERTED IN THE ARTICLE.  IT'S ONLY FOR THE STATE OF MIND OF

12:00PM  2    THE SENDERS, SO IT WILL BE RECEIVED FOR THAT PURPOSE ONLY.

12:00PM  3              MR. SCHENK:  THANK YOU, YOUR HONOR.

12:00PM  4         (GOVERNMENT'S EXHIBIT 1254 WAS RECEIVED IN EVIDENCE.)

12:00PM  5              THE COURT:  IT MAY BE PUBLISHED.

12:00PM  6    BY MR. SCHENK:

12:00PM  7    Q.   MR. MIQUELON, LET'S START FIRST WITH THE EMAIL AT THE

12:00PM  8    BOTTOM.

12:00PM  9         MR. BALWANI SENT AN EMAIL TO DR. ROSAN, SOMEONE NAMED

12:01PM 10    BRAD WASSON.  WHO WAS THAT?

12:01PM 11    A.   THAT WAS THE BROTHER OF THE CEO GREG WASSON, AND HE WAS A

12:01PM 12    HEALTH CARE PHARMACY LEADER WHO WAS ON THE MULTI FUNCTIONAL

12:01PM 13    TEAM AT THAT TIME.

12:01PM 14    Q.   AND ON THE CC LINE, MR. ASHWORTH, WHO WAS THAT?

12:01PM 15    A.   HE WAS ANOTHER HEALTH CARE EXECUTIVE AT WALGREENS AND HE

12:01PM 16    WAS ALSO INVOLVED IN THE PROJECT IN TERMS OF I BELIEVE HELPING

12:01PM 17    TO MAKE SURE THAT WE WERE OPERATIONALIZING IT TO THE BEST

12:01PM 18    STANDARD POSSIBLE.

12:01PM 19    Q.   AND THE ARTICLE WAS SENT ON NOVEMBER 18TH, 2013.

12:01PM 20         DO YOU REMEMBER WHAT WAS HAPPENING SORT OF ROUGHLY AROUND

12:01PM 21    THAT TIME?

12:01PM 22    A.   I BELIEVE THAT WAS SHORTLY AFTER, I DON'T REMEMBER THE

12:01PM 23    EXACT DATE, THAT WE HAD LAUNCHED THE PILOTS IN PHOENIX.

12:01PM 24    Q.   LAUNCHED THE PILOTS WITH THERANOS?

12:01PM 25    A.   CORRECT.

12:01PM  1    Q.   AND THEN JUST ABOVE THIS EMAIL, DR. ROSAN FORWARDED THIS

12:02PM  2    TO YOU; IS THAT RIGHT?

12:02PM  3    A.   CORRECT.

12:02PM  4    Q.   AND IF YOU'LL NOW TURN TO PAGE 2, I WANT TO ASK YOU SOME

12:02PM  5    QUESTIONS ABOUT THE ARTICLE.

12:02PM  6         AND WHAT I'M WONDERING IS IF THE SENTENCES OR STATEMENTS

12:02PM  7    I'M GOING TO BE READING TO YOU, IF THEY'RE CONSISTENT WITH YOUR

12:02PM  8    UNDERSTANDING OF THE THERANOS TECHNOLOGY AT THE TIME, NOVEMBER

12:02PM  9    OF 2013.

12:02PM  10   A.   OKAY.

12:02PM  11   Q.   SO THE ARTICLE BEGINS, "A NUMBER OF STARTUPS ARE SELLING

12:02PM  12   PORTABLE DIAGNOSTIC LABORATORIES THAT REQUIRE JUST A DROP OF

12:02PM  13   THE PATIENT'S BLOOD, MADE POSSIBLE BY ADVANCES IN THE FIELD OF

12:02PM  14   MICROFLUIDICS.  BUT PERHAPS LAB TESTS CAN BE MADE FASTER,

12:02PM  15   EASIER, AND MORE ACCURATE WITH A TURN-OF-THE-LAST CENTURY

12:02PM  16   TECHNOLOGY AUTOMATION."

12:02PM  17        DID YOU HAVE AN UNDERSTANDING THAT THAT WAS THE

12:02PM  18   DESCRIPTION OF THE THERANOS TECHNOLOGY?

12:02PM  19   A.   YES.

12:02PM  20   Q.   AND THE ARTICLE IS PLACED INTO AN EMAIL BY MR. BALWANI; IS

12:02PM  21   THAT RIGHT?

12:02PM  22   A.   YES.

12:02PM  23   Q.   AND ABOVE THE ARTICLE -- OR BELOW THE ARTICLE, DOES

12:02PM  24   MR. BALWANI PUT ANY CAVEATS?  DOES MR. BALWANI SAY, LOOK WHAT

12:03PM  25   THEY'RE WRITING, THE PRESS DOESN'T UNDERSTAND OUR TECHNOLOGY,

12:03PM  1    OR WE NEED TO CORRECT THIS?  OR ARE THERE ANY CAVEATS?

12:03PM  2    A.   NOT THAT I SEE.

12:03PM  3    Q.   THE NEXT PARAGRAPH READS, "THAT'S THE BET THE

12:03PM  4    SILICON VALLEY COMPANY THERANOS IS MAKING AND THE COMPANY

12:03PM  5    RECENTLY SEALED A DEAL WITH WALGREENS'S PHARMACY TO DELIVER

12:03PM  6    ON-SITE LABORATORY SERVICES TO MANY OF ITS STORES."

12:03PM  7         IS THAT CONSISTENT WITH YOUR UNDERSTANDING?

12:03PM  8    A.   THAT'S CONSISTENT.

12:03PM  9    Q.   IN THE NEXT PARAGRAPH IT TALKS ABOUT HENRY FORD AND IT

12:03PM  10   SAYS, "THERANOS'S SELLING POINT IS MUCH SMALLER THAN A MODEL T,

12:03PM  11   A CAPSULE-SIZED LAB VIAL, AND JUST ONE NEEDS TO BE FILLED FOR

12:03PM  12   THE COMPANY TO RUN NEARLY ANY STANDARD LAB TEST."

12:03PM  13        WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:03PM  14   THERANOS TECHNOLOGY CAPABILITIES?

12:03PM  15   A.   YES.

12:03PM  16   Q.   FURTHER DOWN IT SAYS, "HERE HOW IT WORKS:  BLOOD IS DRAWN

12:03PM  17   WITH A FINGERSTICK RATHER THAN A NEEDLE IN THE ARM.  (IT CAN

12:04PM  18   ALSO RUN URINE TESTS WITH JUST A DROP OF THAT.)  THERE ARE NO

12:04PM  19   BOTCHED STICKS - OF COURSE THERE ARE NO PHLEBOTOMISTS, ONLY

12:04PM  20   MACHINES IN THERANOS LABS."

12:04PM  21        IS THAT CONSISTENT WITH THE WAY THE TECHNOLOGY WAS

12:04PM  22   DESCRIBED TO YOU?

12:04PM  23   A.   YES.

12:04PM  24   Q.   THE NEXT PARAGRAPH READS, "THE BAD NEWS FOR WORKERS MAY BE

12:04PM  25   GOOD NEWS FOR ACCURACY BECAUSE HUMAN HANDLING OF SAMPLES

12:04PM  1    ACCOUNTS FOR THE LION'S SHARE OF VARIATION AMONG RESULTS,

12:04PM  2    FOUNDER AND CEO ELIZABETH HOLMES SAID LAST WEEK AT A TECHNOLOGY

12:04PM  3    CONFERENCE IN NEW YORK.  AUTOMATION ELIMINATES SPILLS, TESTS

12:04PM  4    DONE IN ERROR, AND OTHER MISHANDLING OF THE SAMPLE."

12:04PM  5        WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:04PM  6    THERANOS CAPABILITIES?

12:04PM  7    A.   THAT WAS MY UNDERSTANDING, AND ANOTHER REASON WHY THE

12:04PM  8    RESULTS WOULD BE BETTER IS BECAUSE OF THE HANDLING CHAIN FOR

12:04PM  9    CONVENTIONAL LAB.

12:04PM 10    Q.   AND WHAT DO YOU MEAN BY THAT, THE HANDLING CHAIN?

12:04PM 11    A.   AGAIN, IF SOMEONE IS DRAWING A VENIPUNCTURE AND MULTIPLE

12:04PM 12    TEST TUBES, IT MIGHT BE COURIERRED ONCE OR TWICE, IT MIGHT BE

12:05PM 13    SITTING AROUND AWHILE.  THERE ARE JUST MORE THINGS THAT COULD

12:05PM 14    GO WRONG.

12:05PM 15    Q.   OKAY.  NOW, IF YOU'LL TURN TO THE NEXT PAGE, PAGE 3 OF THE

12:05PM 16    EXHIBIT.  THE SECOND PARAGRAPH READS, "THE MACHINES METE OUT

12:05PM 17    BITS OF 'MICRO-SAMPLE' FOR EACH TEST A DOCTOR HAS ORDERED.  IN

12:05PM 18    CONVENTIONAL TESTING, EACH TEST REQUIRED A DEDICATED VIAL,

12:05PM 19    WHICH ADDS DRAMATICALLY TO THE AMOUNT OF BLOOD REQUIRED.

12:05PM 20    THERANOS IS EVEN ABLE TO SAVE SOME OF THE TINY SAMPLE IN CASE

12:05PM 21    THE DOCTOR REQUESTS FURTHER TESTS AFTER SEEING THE INITIAL

12:05PM 22    RESULTS."

12:05PM 23        WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:05PM 24    THERANOS TECHNOLOGY?

12:05PM 25    A.   MY UNDERSTANDING WAS THAT THEORETICALLY IT WAS POSSIBLE.

12:05PM  1    I DON'T KNOW IF THEY WERE DOING IT THEN.

12:05PM  2        BUT IF YOU HAD -- AGAIN, A CARTRIDGE WOULD HAVE TESTS ON

12:05PM  3    IT, YOU COULD MAYBE RUN 13 TESTS, AND THEN IF THE MARKERS CAME

12:05PM  4    UP A CERTAIN WAY AND YOU WANTED TO GO BACK AND RERUN ANOTHER

12:06PM  5    ONE, THAT COULD BE DONE.

12:06PM  6        I DON'T KNOW IF IT COULD BE DONE AT THAT TIME OR IF THAT

12:06PM  7    WAS PART OF THE VISION --

12:06PM  8    Q.   IF -- I'M SORRY.  GO AHEAD.

12:06PM  9    A.   SO I DON'T KNOW IF IT WAS FUTURISTIC OR CURRENT, BUT THAT

12:06PM  10   WAS PART OF THE VISION AT LEAST.

12:06PM  11   Q.   IN YOUR DISCUSSIONS WITH EITHER MS. HOLMES OR MR. BALWANI,

12:06PM  12   THEY DESCRIBED THIS CAPABILITY OR THIS POSSIBILITY?

12:06PM  13   A.   I THINK MORE OF A POSSIBILITY VERSUS A CURRENT CAPABILITY

12:06PM  14   TO BE HONEST.

12:06PM  15   Q.   THE NEXT PARAGRAPH READS, "ALL OF THE DIAGNOSTIC

12:06PM  16   TECHNOLOGY IS INTEGRATED, WHICH INCREASES PRECISION.  EACH

12:06PM  17   MACHINE IN A CONVENTIONAL LAB MAY CALIBRATE DIFFERENTLY, AND

12:06PM  18   THE MIX OF BRANDS AND AGES IN MEANS RESULTS COME WITH AN

12:06PM  19   IMPLIED 'OR SO' AT THE END.  PLOTTING RESULTS OVER TIME IS

12:06PM  20   THEREFORE MOSTLY USELESS."

12:06PM  21       IS THIS THE CONCEPT THAT YOU WERE EXPLAINING TO ME EARLIER

12:06PM  22   ABOUT THE CALIBRATION BETWEEN MACHINES?

12:06PM  23   A.   CORRECT.

12:06PM  24   Q.   SO WAS THIS CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:06PM  25   THERANOS TECHNOLOGY?

12:06PM  1    A.   CORRECT.

12:06PM  2    Q.   WAS THERE A TIME WHEN YOU WERE MEETING WITH MS. HOLMES AND

12:07PM  3    MR. BALWANI THAT THEY SHOWED YOU A THERANOS DEVICE THAT WAS

12:07PM  4    COVERED IN PLASTIC OR IN SOME TYPE OF COVERING?

12:07PM  5    A.   YES.

12:07PM  6    Q.   AND WHEN WAS THAT?

12:07PM  7    A.   I DON'T RECALL IF IT WAS MY FIRST OR SECOND TRIP TO

12:07PM  8    THERANOS, BUT IT WAS PRETTY EARLY ON IN THE CONVERSATIONS.

12:07PM  9    Q.   AND WHAT DO YOU RECALL -- FIRST OF ALL, DO YOU RECALL

12:07PM 10    EITHER MS. HOLMES OR MR. BALWANI DESCRIBING THAT DEVICE TO YOU?

12:07PM 11             MR. DOWNEY:  I WOULD OBJECT TO THE FORM.  I THINK HE

12:07PM 12    COULD ASK INDIVIDUALLY ABOUT THE TWO INDIVIDUALS.  HE'S ASKING

12:07PM 13    A COMPOUND QUESTION EFFECTIVELY THAT I BELIEVE ASKS FOR AN

12:07PM 14    AMBIGUOUS ANSWER.

12:07PM 15             MR. SCHENK:  I CAN CLARIFY.

12:07PM 16             THE COURT:  SURE.  GO AHEAD.

12:07PM 17    BY MR. SCHENK:

12:07PM 18    Q.   DO YOU RECALL MS. HOLMES TALKING TO YOU ABOUT THIS DEVICE

12:07PM 19    THAT WAS COVERED IN SOME MATERIAL?

12:07PM 20    A.   MY RECOLLECTION IS MORE MR. BALWANI DESCRIBING IT AND

12:07PM 21    SHOWING IT TO ME.

12:07PM 22    Q.   OKAY.  AND WHAT DO YOU RECALL MR. BALWANI SAYING?

12:07PM 23    A.   THAT THEY WERE DOING SOME KIND OF WORK FOR THE MILITARY,

12:08PM 24    EARLY WORK UNDER NDA, COULDN'T SAY MUCH, BUT THAT THEY HAD

12:08PM 25    EFFECTIVELY HAD ONE OF THESE HELIVAC I BELIEVE IN AFGHANISTAN.

12:08PM  1      BUT TO BE ABLE TO SEE IN THE FUTURE, IF THERE WAS AN

12:08PM  2  OPPORTUNITY FOR THE MILITARY TO BE ABLE TO DO ACCURATE

12:08PM  3  ON-LOCATION REALTIME DIAGNOSTICS WERE NEEDED.

12:08PM  4  Q.   AND WERE YOU IMPRESSED BY THAT?

12:08PM  5  A.   YES, I WAS IMPRESSED BY THAT.

12:08PM  6  Q.   WHY?

12:08PM  7  A.   AGAIN, I THINK TO BE ABLE TO HAVE, YOU KNOW, THE MILITARY

12:08PM  8  PILOTING A NEW TECHNOLOGY IS -- ESPECIALLY OF THIS SORT IS

12:08PM  9  IMPRESSIVE.

12:08PM 10  Q.   THANK YOU.

12:08PM 11      YOUR HONOR, MAY I HAVE JUST ONE MOMENT?

12:08PM 12          THE COURT:  YES.

12:09PM 13      (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

12:09PM 14          MR. SCHENK:  NO FURTHER QUESTIONS, YOUR HONOR.

12:09PM 15          THE COURT:  CROSS-EXAMINATION?

12:09PM 16          MR. DOWNEY:  YES, YOUR HONOR.

12:09PM 17          THE COURT:  FOLKS, STAND UP AND STRETCH FOR A MOMENT

12:09PM 18  WHILE WE DO THE LINE CHANGE.

12:09PM 19      YOU CAN STRETCH IF YOU WOULD LIKE TO, SIR.  IF YOU WANT TO

12:09PM 20  STAND UP, GO AHEAD AND FEEL FREE.

12:09PM 21          THE WITNESS:  THANK YOU.  I APPRECIATE THAT.

12:10PM 22                      **CROSS-EXAMINATION**

12:10PM 23  BY MR. DOWNEY:

12:10PM 24  Q.   GOOD AFTERNOON, MR. MIQUELON.  MY NAME IS KEVIN DOWNEY AND

12:10PM 25  I REPRESENT MS. HOLMES.

12:10PM 1          I'M GOING TO REMOVE MY MASK SO WE CAN HEAR EACH OTHER MORE

12:10PM 2     CLEARLY.

12:10PM 3          I'D LIKE TO ASK YOU ABOUT WALGREENS IN 2010.

12:10PM 4     A.   UH-HUH.

12:10PM 5     Q.   AS I UNDERSTAND IT, IN THAT TIME PERIOD YOU HAD AROUND

12:11PM 6     8,000 STORES OR SO?

12:11PM 7     A.   ROUGHLY.

12:11PM 8     Q.   AND DID THAT NUMBER CONTINUE TO BE TRUE IN 2014 WHEN YOU

12:11PM 9     LEFT?

12:11PM 10    A.   MORE OR LESS.

12:11PM 11    Q.   OKAY.  AND MOST OF THE BUSINESS OF WALGREENS AT THAT TIME

12:11PM 12    WAS PHARMACY BUSINESS ON ONE SIDE OF THE BUSINESS; CORRECT?

12:11PM 13    A.   THE BUSINESS -- THE PHARMACY WOULD BE BROKEN CONCEPTUALLY

12:11PM 14    INTO TWO PARTS.  THERE WAS WHAT WE CALL THE FRONT END, SO IT

12:11PM 15    WAS THE EVERYDAY KIND OF CONSUMER PRODUCTS THAT EVERYBODY BUYS,

12:11PM 16    AND THEN THE PHARMACY IN THE BACK OF THE STORE.

12:11PM 17    Q.   AND WERE THOSE WALGREENS STORES IN OTHER BUSINESSES AT

12:11PM 18    THAT TIME?

12:11PM 19    A.   WALGREENS WAS IN SOME HEALTH CARE CLINICS, SOME INFUSION

12:11PM 20    AND SPECIALTY TYPE BUSINESSES IN PHARMACY.

12:11PM 21    Q.   AND WOULD THOSE FACILITIES TYPICALLY BE EITHER IN THE

12:11PM 22    STORE OR ADJACENT TO THE STORE?

12:11PM 23    A.   THE HEALTH CARE CLINICS WOULD BE IN THE STORE, BUT THE

12:11PM 24    INFUSION AND OTHER SPECIALTY CLINICS WOULD BE COMPLETELY

12:12PM 25    SEPARATE.

12:12PM  1    Q.   OKAY.  AND TELL US WHETHER IN 2010 WALGREENS WAS LOOKING

12:12PM  2    TO EXPAND ITS OFFERING OF HEALTH SERVICES.

12:12PM  3    A.   I THINK THAT'S BEEN AN EVOLVING STRATEGY OF THE COMPANY

12:12PM  4    FOR -- EVEN BEFORE THAT.

12:12PM  5    Q.   WOULD YOU DESCRIBE WHAT THAT STRATEGY WAS?

12:12PM  6    A.   TO CONTINUE TO MOVE DEEPER INTO HEALTH CARE, TO PROVIDE

12:12PM  7    SERVICES THAT MADE HEALTH CARE MORE ACCESSIBLE TO CUSTOMERS.

12:12PM  8    Q.   SO THAT WOULD INCLUDE THINGS LIKE THE VACCINATION THAT YOU

12:12PM  9    MENTIONED?

12:12PM  10   A.   CORRECT.

12:12PM  11   Q.   AND IT WOULD ALSO INCLUDE NEW BUSINESSES, LIKE POTENTIALLY

12:12PM  12   BLOOD TESTING; CORRECT?

12:12PM  13   A.   YES.

12:12PM  14   Q.   AND IN 2010 WITHIN THE COMPANY, WAS THERE A TEAM LOOKING

12:12PM  15   FOR OPPORTUNITIES IN TERMS OF PROVIDING HEALTH CARE

12:12PM  16   OPPORTUNITIES WITHIN THE STORES?

12:12PM  17   A.   YES.

12:12PM  18   Q.   AND WHO LED THAT TEAM?

12:12PM  19   A.   I BELIEVE IN 2010 IT WAS COLLIN WATTS WHO WAS OUR HEAD OF

12:13PM  20   INNOVATION.

12:13PM  21   Q.   AND WERE YOU INVOLVED IN THOSE EFFORTS?

12:13PM  22   A.   I WAS ONE OF THE SPONSORS TO THAT TEAM.

12:13PM  23   Q.   AND CAN YOU SAY A LITTLE BIT ABOUT WHY OFFERING THESE

12:13PM  24   HEALTH CARE SERVICES WAS GOOD FOR WALGREENS BUSINESS?  DID IT

12:13PM  25   INCREASE THE NUMBER OF CUSTOMERS WHO CAME INTO THE STORE?

12:13PM  1    A.   I THINK PHILOSOPHICALLY ANYTHING THAT IS GOOD FOR

12:13PM  2    WALGREENS, YOU KNOW, CUSTOMERS AS A PATIENT IS GOOD FOR

12:13PM  3    EVERYONE.

12:13PM  4         BUT, AGAIN, THE CONCEPT WAS TO SAY THAT IF YOU COULD MAKE

12:13PM  5    THESE SERVICES MORE ACCESSIBLE TO THE AVERAGE PERSON, THAT THAT

12:13PM  6    WOULD LEAD TO PEOPLE TAKING BETTER CONTROL OF THEIR HEALTH CARE

12:13PM  7    WHICH WOULD LEAD TO BETTER OUTCOMES.

12:13PM  8    Q.   AND DID YOU ALSO BELIEVE THAT JUST AS PART OF THE BUSINESS

12:13PM  9    MODEL IT WOULD BRING MORE CUSTOMERS TO WALGREENS?

12:13PM  10   A.   THAT WOULD BE PART OF IT, BUT THERE ARE MANY ASPECTS OF

12:14PM  11   BENEFITS.

12:14PM  12   Q.   AND WAS THERE ANY ANALYSIS DONE OF THE EFFECT ON

12:14PM  13   NON-HEALTH CARE SERVICE SALES IF THOSE TYPES OF SERVICES WERE

12:14PM  14   PLACED IN A STORE?

12:14PM  15   A.   I DON'T KNOW IF THERE WAS OR NOT, WHETHER THERE WAS AN

12:14PM  16   ANALYSIS AND WHAT WOULD THAT MEAN FOR INCREMENTAL PRESCRIPTIONS

12:14PM  17   OR FOR FRONT-END PURCHASES.

12:14PM  18        PART OF WHAT WAS VERY IMPORTANT, I THINK, WAS JUST

12:14PM  19   BECOMING MORE RELEVANT TO CUSTOMERS AND MORE RELEVANT TO HEALTH

12:14PM  20   PLANS.

12:14PM  21   Q.   OKAY.  SO IN 2010, YOU WERE LOOKING AT A NUMBER OF

12:14PM  22   POTENTIAL PARTNERS IN THAT SPACE; IS THAT RIGHT?

12:14PM  23   A.   WE WERE.

12:14PM  24   Q.   AND FROM THE PERSPECTIVE OF THE POTENTIAL PARTNERS,

12:14PM  25   WALGREENS WAS AN ATTRACTIVE OPTION AS WELL; CORRECT?

12:14PM   1    A.   I WOULD THINK SO.

12:14PM   2    Q.   AND THAT'S IN PART BECAUSE YOU HAD SO MANY STORES AND

12:14PM   3    LOCATIONS?

12:14PM   4    A.   CORRECT.

12:14PM   5    Q.   AND ALSO YOUR STORES TEND TO BE CONVENIENTLY LOCATED?

12:14PM   6    THEY'RE IN PLACES THAT PEOPLE CAN GET TO AND SHOP AND GET THEIR

12:15PM   7    PRESCRIPTIONS; RIGHT?

12:15PM   8    A.   CORRECT.  ALSO I BELIEVE AT THAT TIME THE COMPANY WAS

12:15PM   9    DOING CLOSE TO A THIRD OF ALL PRESCRIPTIONS IN THE COUNTRY, SO

12:15PM  10    YOU COULD ARGUE THAT YOU WOULD ALREADY HAVE A LARGE PATIENT

12:15PM  11    BASE FROM WHICH TO GIVE THEM ADDITIONAL BENEFITS.

12:15PM  12    Q.   AND DID THE COMPANY ALSO HAVE A LOT OF EXPERTISE IN RETAIL

12:15PM  13    AND CONSUMER OFFERINGS?

12:15PM  14    A.   I WOULD SAY YES.

12:15PM  15    Q.   AND WERE YOU LOOKING FOR WAYS TO TAKE THAT EXPERTISE AND

12:15PM  16    PUT IT IN NEW KINDS OF SERVICES?

12:15PM  17    A.   I MIGHT SAY IT DIFFERENTLY.  I THINK WE WERE LOOKING FOR

12:15PM  18    PEOPLE WHO HAD EXPERTISE IN DIFFERENT PARTS OF HEALTH CARE THAT

12:15PM  19    WOULD MARRY NICELY WITH THE CAPABILITIES THAT WE COULD BRING.

12:15PM  20    Q.   OKAY.  LET ME ASK YOU TO LOOK BACK AT EXHIBIT 300, WHICH I

12:15PM  21    THINK MR. SCHENK SHOWED YOU AND WHICH I BELIEVE IS IN EVIDENCE.

12:16PM  22         AND THIS IS AN EMAIL FROM YOU TO GREG WASSON AND OTHERS

12:16PM  23    FORWARDING THE BRIEFING POWERPOINT THAT YOU GOT FROM THERANOS.

12:16PM  24         DO YOU RECALL THAT?

12:16PM  25    A.   YES.

12:16PM 1    Q.   AND IN THE EMAIL THAT YOU SENT TO MR. WASSON, YOU SAY, I

12:16PM 2    THINK YOU OMITTED A WORD, BUT YOU SAY "AS MOST OF YOU KNOW,

12:16PM 3    PROVIDING DIAGNOSTIC SERVICES IN THE STORES, RETAIL CLINICS,

12:16PM 4    WORKSITE HEALTH CENTERS, HOME CARE, ET CETERA, IS IN OUR

12:16PM 5    STRATEGIC DOCUMENT AND HAS BEEN PART OF BOARD DISCUSSIONS."

12:16PM 6         WHAT IS THE -- WHAT WAS THE STRATEGIC DOCUMENT?

12:16PM 7    A.   THE COMPANY HAS, YOU KNOW, A STRATEGIC PLAN AND A PROCESS

12:17PM 8    AROUND EVOLVING THAT AND DEVELOPING THAT.

12:17PM 9         BUT, AGAIN, THAT EXTENSION INTO DEEPER, MORE ACCESSIBLE

12:17PM 10   HEALTH CARE SERVICES WAS A MULTI-YEAR OBJECTIVE.

12:17PM 11   Q.   AND WAS THAT SOMETHING THAT WAS BEING ENCOURAGED BY THE

12:17PM 12   BOARD OF DIRECTORS AS WELL?

12:17PM 13   A.   YES.

12:17PM 14   Q.   AND THAT WAS THE SUBJECT OF DISCUSSION AT BOARD MEETINGS?

12:17PM 15   A.   SOMETIMES.

12:17PM 16   Q.   YOU TALKED ABOUT THE MEETING THAT YOU HAD WITH MR. BALWANI

12:17PM 17   AND MS. HOLMES IN PALO ALTO.

12:17PM 18        DID YOU ALSO MEET WITH OTHER POTENTIAL PARTNERS AT CERTAIN

12:17PM 19   TIMES?

12:17PM 20   A.   WE DID.

12:17PM 21   Q.   WERE YOU PERSONALLY INVOLVED IN THAT?

12:17PM 22   A.   I WAS INVOLVED IN A FEW OF THOSE.

12:17PM 23   Q.   AND WERE THOSE -- WERE ANY OF THOSE RELATED TO PROVIDING

12:17PM 24   BLOOD TESTING SERVICES OR CLINICAL LAB SERVICES?

12:17PM 25   A.   YES.

12:17PM 1    Q.   AND WHICH ENTITY DID YOU PARTICIPATE IN THOSE MEETINGS

12:18PM 2    FOR?

12:18PM 3    A.   I DON'T KNOW IF I COULD REMEMBER THE NAMES.  THERE WAS A

12:18PM 4    GENTLEMAN, A SMALL STARTUP OUT OF RICE UNIVERSITY; THERE WAS A

12:18PM 5    STARTUP OUT OF ISRAEL; WE DID HIRE A CONSULTING FIRM TO LOOK AT

12:18PM 6    THE SPACE AND THEY IDENTIFIED 180 COMPANIES THAT WERE DOING

12:18PM 7    SOMETHING IN THE LAB TECHNOLOGY SPACE TO ASSESS.  BUT WE DIDN'T

12:18PM 8    TALK TO ALL 180, BUT WE HAD THE ANALYSIS DONE.

12:18PM 9    Q.   BUT THIS WAS ENOUGH OF A PRIORITY THAT YOU TOOK ALL OF

12:18PM 10   THOSE STEPS; IS THAT CORRECT?

12:18PM 11   A.   YES.

12:18PM 12   Q.   OKAY.  WHEN YOU FIRST HEARD ABOUT THERANOS, FIRST OF ALL,

12:18PM 13   DID YOU HEAR ABOUT IT INTERNALLY OR EXTERNALLY?

12:18PM 14   A.   INTERNALLY THROUGH DR. ROSAN.

12:18PM 15   Q.   DR. ROSAN IS DR. JAY ROSAN?

12:19PM 16   A.   THAT'S CORRECT.

12:19PM 17   Q.   AND REMIND US WHAT HIS TITLE WAS AT WALGREENS?

12:19PM 18   A.   I DON'T RECALL HIS TITLE, BUT HE WAS EFFECTIVELY THE CHIEF

12:19PM 19   MEDICAL EXPERT, IF YOU WILL, FOR THE INNOVATION TEAM.

12:19PM 20   Q.   AND WHEN YOU SAY "INNOVATION TEAM," WHAT WAS THE

12:19PM 21   INNOVATION TEAM?

12:19PM 22   A.   THE INNOVATION TEAM WAS A TEAM THAT WAS LOOKING TO

12:19PM 23   IDENTIFY NOT ONLY NEW, NEW PROJECTS, JOINT VENTURES AND

12:19PM 24   PARTNERSHIPS IN THE HEALTH CARE SPACE, BUT ALSO ULTIMATELY

12:19PM 25   PEOPLE FROM THAT TEAM WOULD BECOME PART OF THE WORKING TEAM TO

12:19PM   1    HELP COMMERCIALIZE IT.

12:19PM   2    Q.   AND I THINK YOU INDICATED BEFORE THAT YOU WENT TO THE

12:19PM   3    FIRST MEETING AT THERANOS WITH DR. ROSAN?

12:19PM   4    A.   I DID.

12:19PM   5    Q.   AND PRIOR TO THAT MEETING, DO YOU RECALL WHAT HE SAID TO

12:19PM   6    YOU ABOUT THERANOS?

12:19PM   7    A.   MORE OR LESS, BECAUSE WE HAD TALKED TO THESE OTHER

12:19PM   8    COMPANIES AND HE SAID THAT HE HAD HEARD ABOUT A COMPANY CALLED

12:19PM   9    THERANOS, AND FROM WHAT HE HAD HEARD, THIS MAY BE THE MOST

12:20PM  10    EXCITING AND FARTHEST AHEAD COMPANY IN THIS SPACE.

12:20PM  11    Q.   AND HE WANTED YOU TO TAKE THE TIME TO MEET WITH THEM?

12:20PM  12    A.   YES.

12:20PM  13    Q.   AT THE TIME THAT HE MADE THAT REQUEST TO YOU, YOU WERE THE

12:20PM  14    CHIEF FINANCIAL OFFICER OF THE COMPANY; CORRECT?

12:20PM  15    A.   CORRECT.

12:20PM  16    Q.   AND YOU HAD A BROAD PORTFOLIO; CORRECT?

12:20PM  17    A.   CORRECT.

12:20PM  18    Q.   AND YOU HAD SEVERAL HUNDRED PEOPLE REPORTING TO YOU AT

12:20PM  19    THAT TIME?

12:20PM  20    A.   MORE OR LESS, YEAH.

12:20PM  21    Q.   AND YOU WOULD, FROM THAT POINT FORWARD IN 2010 UNTIL THE

12:20PM  22    TIME THAT YOU LEFT WALGREENS IN 2014, HAVE SOME ENGAGEMENT WITH

12:20PM  23    THERANOS; CORRECT?

12:20PM  24    A.   YES.

12:20PM  25    Q.   AND GIVE US A SENSE OF HOW MUCH OF YOUR TIME YOU SPENT

12:20PM  1    DEALING WITH THERANOS DURING THE PERIOD OF 2010 TO 2014?

12:20PM  2    A.   IT WOULD BE HARD TO QUANTIFY THE HOURS.  I WOULD SAY I

12:21PM  3    PROBABLY INTERACTED WITH, YOU KNOW, SUNNY AND ELIZABETH I'M

12:21PM  4    GUESSING MAYBE 10 TO 15 TIMES.

12:21PM  5         I, AGAIN, VISITED THERANOS I DON'T KNOW HOW MANY TIMES,

12:21PM  6    PROBABLY FOUR OR FIVE TIMES.

12:21PM  7         I MADE A LOT OF INTRODUCTIONS TO OTHER PARTNERS THAT I

12:21PM  8    THOUGHT WOULD BE BENEFIT INITIAL TO THE MODEL.

12:21PM  9         BUT I WOULD SAY AROUND THE LAUNCH OF THE PILOT IN 2013 IS

12:21PM  10   WHERE MY INVOLVEMENT DIMINISHED BECAUSE WE HAD A WORKING TEAM

12:21PM  11   THAT WAS TAKING OVER.  SO I WOULD SAY THAT'S PROBABLY WHERE MY

12:21PM  12   TIME BECAME, YOU KNOW, VERY MINUSCULE.

12:21PM  13   Q.   OKAY.  AND WERE THERE OTHERS AT WALGREENS WHO SPENT A

12:21PM  14   SUBSTANTIAL AMOUNT OF THEIR TIME ON THERANOS?

12:21PM  15   A.   THERE WERE PEOPLE WHO WERE FULLY DEDICATED.

12:21PM  16   Q.   AND WOULD THAT INCLUDE DR. ROSAN?

12:21PM  17   A.   I WOULDN'T SAY HE WAS FULLY DEDICATED.  MAYBE HE WAS, IF I

12:21PM  18   HAD TO GUESS, MAYBE A THIRD OF HIS TIME OR SOMETHING.

12:21PM  19   Q.   SO, SO DR. ROSAN WAS INTERACTING A LOT WITH MR. BALWANI

12:22PM  20   AND MS. HOLMES?

12:22PM  21   A.   MORE FREQUENTLY THAN ME FOR SURE.

12:22PM  22   Q.   OKAY.  AND OTHERS AT WALGREENS WERE INTERACTING WITH

12:22PM  23   INDIVIDUALS AT THERANOS; CORRECT?

12:22PM  24   A.   CORRECT.

12:22PM  25   Q.   IS IT FAIR TO SAY THAT GIVEN YOUR SENIOR ROLE, YOU REALLY

12:22PM 1    ENGAGED ONLY ON SIGNIFICANT ISSUES?

12:22PM 2    A.   THAT'S PROBABLY SAFE TO SAY.  I THINK THE ROLE OF A

12:22PM 3    SPONSOR ON THESE TEAMS IS TO ENABLE THE TEAM.

12:22PM 4        AGAIN, I THINK AS I SAID BEFORE, I NEVER PRETENDED TO BE A

12:22PM 5    HEALTH CARE PROFESSIONAL, SO MY JOB IS MORE IN LINE OF HELPING

12:22PM 6    TO COMMERCIALIZE AND MAKING SURE THE TEAM HAS THE RIGHT

12:22PM 7    RESOURCES TO DO THEIR JOB.

12:22PM 8    Q.   OKAY.  AND IN CONNECTION WITH THERANOS, IS IT TRUE THAT

12:22PM 9    YOU TRIED TO MAINTAIN A HIGH LEVEL RELATIONSHIP WITH MS. HOLMES

12:22PM 10   AS THE PROJECT MOVED FORWARD?

12:22PM 11   A.   DEFINITELY.

12:22PM 12   Q.   DO YOU RECALL WHEN YOU FIRST ENGAGED WITH DR. ROSAN ABOUT

12:23PM 13   THERANOS AND HE DESCRIBED IT, DID HE DESCRIBE IT AS BEING THE

12:23PM 14   TECHNOLOGY THAT HE SAW AS THE FURTHEREST ALONG TO BE

12:23PM 15   COMMERCIALIZED?

12:23PM 16   A.   THAT -- I DON'T KNOW THAT HE WAS A LAB EXPERT PER SE

12:23PM 17   EITHER, BUT HIS UNDERSTANDING FROM WHAT HE HAD HEARD THAT THEY

12:23PM 18   WERE FARTHEST ALONG.

12:23PM 19       HE ALSO MET WITH SOME OF THE COMPANIES THAT I HAD MET

12:23PM 20   WITH, BUT I BELIEVE IT MIGHT HAVE BEEN AT HIS DIRECTION THAT WE

12:23PM 21   HIRED A CONSULTING FIRM TO BE ABLE TO GIVE US A BETTER

12:23PM 22   ASSESSMENT OF THE LAB SPACE.

12:23PM 23   Q.   AND THAT CONSULTANT REPORTED TO HIM FOR PURPOSES OF

12:23PM 24   ASSESSING OPPORTUNITIES?

12:23PM 25   A.   I CAN'T SAY THAT FOR CERTAIN.

12:23PM  1     Q.   LET'S TALK A LITTLE BIT ABOUT THE FIRST MEETING THAT YOU

12:24PM  2     TALKED ABOUT DURING YOUR DIRECT EXAMINATION.

12:24PM  3          HOW MUCH INFORMATION DID YOU KNOW ABOUT THERANOS BEFORE

12:24PM  4     YOU SHOWED UP FOR THE MEETING?

12:24PM  5     A.   VERY LITTLE.

12:24PM  6     Q.   OKAY.  BUT DID YOU RECOGNIZE THAT MS. HOLMES WAS A VERY

12:24PM  7     YOUNG ENTREPRENEUR?

12:24PM  8     A.   YES.

12:24PM  9     Q.   SHE WAS IN HER MID-TWENTIES AT THE TIME?

12:24PM  10    A.   YES.

12:24PM  11    Q.   AND I THINK YOU TESTIFIED THAT THE COMPANY WAS SIX AND A

12:24PM  12    HALF, SEVEN YEARS OLD; IS THAT CORRECT?

12:24PM  13    A.   YES.

12:24PM  14    Q.   AND YOU KNEW AT THAT TIME THAT THEY WERE TRYING TO DO A

12:24PM  15    CONSUMER FOCUSSED DEPLOYMENT?

12:24PM  16    A.   I DON'T KNOW IF IT WAS THAT DAY OR NOT -- YOU MEAN WITH

12:24PM  17    RESPECT TO SAFEWAY?  IS THAT THE QUESTION?

12:24PM  18    Q.   THE QUESTION WAS IN GENERAL.  YOU UNDERSTOOD THAT THEY

12:24PM  19    WERE LOOKING FOR A RETAIL PARTNER TO DO A CONSUMER DEPLOYMENT

12:24PM  20    WITH?

12:24PM  21    A.   YES.  WE SHARED THE VISION THAT PART OF THE DISRUPTIVE

12:25PM  22    FORCE WOULD BE BRINGING LABORATORY SERVICES AS CLOSE TO THE

12:25PM  23    CUSTOMER INTO THE COMMUNITY.

12:25PM  24    Q.   AND THIS WAS SOMETHING THAT THEY HAD NOT DONE BEFORE;

12:25PM  25    CORRECT?

12:25PM 1    A.   THAT THERANOS HAD NOT DONE?

12:25PM 2    Q.   RIGHT.

12:25PM 3    A.   AGAIN, I DON'T KNOW WHAT DEGREE THEY WERE IN SAFEWAY, I

12:25PM 4    DON'T HAVE KNOWLEDGE OF THAT.  BUT I DO KNOW THEY WERE DOING

12:25PM 5    SOMETHING WITH SAFEWAY.

12:25PM 6    Q.   THEY WERE HAVING DISCUSSIONS WITH SAFEWAY IN PARALLEL WITH

12:25PM 7    WALGREENS?

12:25PM 8    A.   I'M NOT TOTALLY PRIVY TO IT, BUT I KNEW THERE WERE SOME

12:25PM 9    DISCUSSIONS, BUT I DON'T KNOW THE EXTENT OF IT.

12:25PM 10   Q.   AND AFTER YOU CAME BACK FROM THAT MEETING, YOU SENT AN

12:25PM 11   EMAIL TO THE CEO OF WALGREENS; CORRECT?

12:25PM 12   A.   CORRECT.

12:25PM 13   Q.   I WANT YOU TO LOOK AGAIN AT THAT EMAIL WHICH IS

12:25PM 14   EXHIBIT 278 WHICH MR. SCHENK SHOWED YOU DURING YOUR DIRECT

12:25PM 15   EXAMINATION.

12:26PM 16        AND THIS IS AN EMAIL THAT YOU SENT SHORTLY AFTER THE

12:26PM 17   MEETING; CORRECT?

12:26PM 18   A.   YES.

12:26PM 19   Q.   AND YOU WROTE TO INFORM GREG WASSON, WHO WAS THE CEO AT

12:26PM 20   THE TIME; CORRECT?

12:26PM 21   A.   YEP.

12:26PM 22   Q.   AND YOU SAID, "WORTH A PEEK, BUT PLEASE DON'T FORWARD DUE

12:26PM 23   TO CONFIDENTIAL AGREEMENT."

12:26PM 24   A.   YEP.

12:26PM 25   Q.   "MANY COMPANIES TECHNOLOGIES AND ACCURACY NOW SURPASS THAT

12:26PM 1    OF LABS BUT THE KEY IS WHO GETS FDA APPROVAL FIRST."

12:26PM 2         IS THAT -- DID YOU -- WHERE DID YOU GET THAT KNOWLEDGE?

12:26PM 3    A.   I BELIEVE THAT WAS -- THAT KNOWLEDGE WAS FROM DR. ROSAN

12:26PM 4    WHICH CAME TO BE NOT ONLY FOR FDA DEVICES, BUT ALSO FOR CMS

12:26PM 5    APPROVALS.

12:26PM 6    Q.   AND THEN YOU GO ON AND SAY "AND THEY APPEAR IN THE LEAD."

12:26PM 7    CORRECT?

12:26PM 8    A.   YES.

12:26PM 9    Q.   AND THAT REFERS TO THERANOS?

12:26PM 10   A.   YES, BECAUSE A LOT OF THE COMPANIES THAT WE BENCHMARKED

12:27PM 11   WERE ABLE TO DO, YOU KNOW, ONE TEST WELL, BUT THEY WEREN'T ABLE

12:27PM 12   TO -- YOU KNOW, AGAIN, AS I DESCRIBED, THE PLATFORM TO DO A

12:27PM 13   BROAD ARRAY OF TESTS ON A SINGLE PLATFORM.

12:27PM 14   Q.   SO WHEN YOU SAY THEY COULD DO ONE TEST WELL, THEY MIGHT BE

12:27PM 15   ABLE TO SAY TEST, FOR EXAMPLE, FOR GLUCOSE?

12:27PM 16   A.   RIGHT.

12:27PM 17   Q.   BUT NOT FOR A RANGE OF TESTS; RIGHT?

12:27PM 18   A.   CORRECT.

12:27PM 19   Q.   AND PART OF WHAT ATTRACTED YOU TO WHAT THERANOS WAS DOING

12:27PM 20   WAS THAT THEY WERE DEVELOPING TESTS THAT WOULD DO IT ON A BROAD

12:27PM 21   RANGE OF ASSAYS; CORRECT?

12:27PM 22   A.   YES.

12:27PM 23   Q.   YOU GO ON IN THIS EMAIL TO SAY TO MR. WASSON, "NOTICE THE

12:27PM 24   CORRELATION DATA OF WHAT IS THE TOUGHEST OF ALL TESTS...

12:27PM 25   99 PERCENT."

12:27PM 1        AND I WANT TO ASK YOU TO LOOK AT SLIDE 8 IN THE ATTACHED

12:27PM 2    SLIDES.

12:28PM 3        I BEG YOUR PARDON.  IT'S PAGE 10 AT THE BOTTOM OF THE

12:28PM 4    ATTACHED SLIDE.

12:28PM 5        IS THIS THE CORRELATION DATA THAT YOU WERE REFERRING TO IN

12:28PM 6    YOUR COVER EMAIL?

12:28PM 7    A.   I BELIEVE SO.

12:28PM 8    Q.   AND CAN YOU EXPLAIN, AS YOU UNDERSTOOD IT AT THE TIME,

12:28PM 9    WHAT CORRELATION DATA WAS?

12:28PM 10   A.   IT WAS THERANOS VALIDATING FOR ANY GIVEN TEST HOW ACCURATE

12:28PM 11   A THERANOS MACHINE WAS VERSUS A CONVENTIONAL LAB MACHINE.

12:28PM 12   Q.   SO DOES, DOES -- IS THAT A COMPARISON OF HOW THE TWO TESTS

12:28PM 13   PERFORM RELATIVE TO SOME FORM OF STANDARD MEASUREMENT?

12:28PM 14   A.   THAT WAS MY UNDERSTANDING, YES.

12:28PM 15   Q.   OKAY.  AND YOU -- WHEN YOU REVIEWED THIS SLIDE IN THE

12:28PM 16   POWERPOINT, YOU THOUGHT THAT THIS WAS THE CORRELATION DATA FOR

12:29PM 17   THE TOUGHEST OF ALL TESTS; CORRECT?

12:29PM 18   A.   THAT WAS MY UNDERSTANDING, YES.

12:29PM 19   Q.   AND YOU NOTE THAT THE CORRELATION DATA WAS 99 PERCENT;

12:29PM 20   CORRECT?

12:29PM 21   A.   CORRECT.  AGAIN, I'M NOT A HEALTH CARE PROFESSIONAL, SO

12:29PM 22   THAT WAS MY UNDERSTANDING.  BUT, YES.

12:29PM 23   Q.   AND WHY WAS THE CORRELATION DATA IMPORTANT TO YOU IN

12:29PM 24   EVALUATING THIS ON WALGREENS'S BEHALF?

12:29PM 25   A.   WELL, MY ASSUMPTION WAS THAT IN ORDER TO BE ABLE TO GET

12:29PM 1    THE PROPER APPROVALS AND PROVIDE THE PATIENT ACCURACY, THAT THE

12:29PM 2    BETTER THE CORRELATOR, THE BETTER.

12:29PM 3    Q.   SO YOU RECOGNIZED THE CORRELATION DATA MIGHT BE IMPORTANT

12:29PM 4    FOR PURPOSES OF GETTING FDA APPROVAL, FOR EXAMPLE?

12:29PM 5    A.   OR CMS.  THAT WAS MY UNDERSTANDING.

12:29PM 6    Q.   AND ONE OF THE REGULATORS MIGHT BE INTERESTED IN THAT

12:29PM 7    DATA; CORRECT?

12:29PM 8    A.   CORRECT.

12:29PM 9    Q.   AND IN CONNECTION WITH THIS PRESENTATION, THAT'S THE SLIDE

12:30PM 10   THAT YOU POINTED OUT TO THE CEO WHEN YOU TRANSMITTED IT TO HIM

12:30PM 11   AFTER THE MEETING; CORRECT?

12:30PM 12   A.   IT APPEARS THAT WAY.

12:30PM 13   Q.   NOW, YOU TESTIFIED ABOUT THE THERANOS PLATFORM, AND I WANT

12:30PM 14   TO TAKE A MOMENT JUST TO BREAK THAT DOWN TO MAKE SURE THAT

12:30PM 15   WE'RE USING COMMON TECHNOLOGY, COMMON TERMINOLOGY ABOUT THE

12:30PM 16   TECHNOLOGY.

12:30PM 17        IN THE MEETING WITH MS. HOLMES AND MR. BALWANI, THEY

12:30PM 18   SHOWED YOU A SLIDE WHICH DESCRIBED THE THERANOS SYSTEMS;

12:30PM 19   CORRECT?

12:30PM 20   A.   YES.

12:30PM 21   Q.   AND IS THAT THE PLATFORM THAT YOU HAVE BEEN REFERRING TO

12:30PM 22   IN YOUR TESTIMONY?

12:30PM 23   A.   YES.

12:30PM 24   Q.   AND THAT CONSISTED OF ACTUALLY SEVERAL DIFFERENT

12:30PM 25   TECHNOLOGIES, DIDN'T IT?



12:30PM   1    A.   YES.

12:31PM   2    Q.   AND ONE OF THE TECHNOLOGIES WAS AN ANALYZER; CORRECT?

12:31PM   3    A.   YES.

12:31PM   4    Q.   AND ANOTHER PIECE OF THE TECHNOLOGY WAS THE ASSAY WHICH

12:31PM   5    WAS PLACED IN A CARTRIDGE THAT WOULD BE PUT INTO THE DEVICE FOR

12:31PM   6    PURPOSES OF BEING ANALYZED; CORRECT?

12:31PM   7    A.   THAT'S CORRECT.

12:31PM   8    Q.   AND YOU RECOGNIZED THAT THE ASSAYS WERE, WERE -- EACH OF

12:31PM   9    THEM HAD TO BE DEVELOPED BEFORE THEY WERE CAPABLE OF BEING USED

12:31PM  10    IN CONNECTION WITH A CARTRIDGE; CORRECT?

12:31PM  11    A.   CORRECT.

12:31PM  12    Q.   BUT THERANOS HAD DEVELOPED TO A CERTAIN LEVEL, AT LEAST,

12:31PM  13    SOME OF THOSE ASSAYS UNDER A METHOD; CORRECT?

12:31PM  14    A.   MY UNDERSTANDING WAS YES.

12:31PM  15    Q.   AND THEY BELIEVED THAT USING THAT METHOD, THEY WOULD BE,

12:31PM  16    THEY WOULD BE ABLE TO REPLICATE IT FOR ESSENTIALLY ALL COMMONLY

12:31PM  17    ORDERED ASSAYS; CORRECT?

12:31PM  18    A.   THAT WAS MY UNDERSTANDING, YES.

12:31PM  19    Q.   AND THAT'S WHAT THEY SUGGESTED IN THAT MEETING IN MARCH OF

12:32PM  20    2010; CORRECT?

12:32PM  21    A.   CORRECT.

12:32PM  22    Q.   AND ANOTHER PIECE OF THE TECHNOLOGY WAS THE GOVERNMENT

12:32PM  23    SOFTWARE THAT ASSOCIATED WITH THE SYSTEM; CORRECT?

12:32PM  24    A.   CORRECT.

12:32PM  25    Q.   AND THERE WAS SOFTWARE THAT WAS PART OF THE DEVICE;

12:32PM  1    CORRECT?

12:32PM  2    A.   CORRECT.

12:32PM  3    Q.   AND THERE WAS SOFTWARE THAT WAS PLACED WITHIN SYSTEMS AT

12:32PM  4    THERANOS TO COMMUNICATE WITH THE DEVICES; CORRECT?

12:32PM  5    A.   CORRECT.

12:32PM  6    Q.   AND IT WAS REALLY THAT SOFTWARE THAT OPENED UP A LOT OF

12:32PM  7    THE CAPABILITIES OF THERANOS TECHNOLOGY FOR THE FUTURE;

12:32PM  8    CORRECT?

12:32PM  9    A.   PART OF WHAT DID, YES, CORRECT.

12:32PM 10    Q.   WELL, LET ME ASK YOU TO LOOK WITHIN EXHIBIT 278.

12:33PM 11         THAT'S EXHIBIT 278, SLIDE 11.

12:33PM 12         DO YOU SEE THAT?

12:33PM 13    A.   SLIDE 11 YOU SAID?

12:33PM 14    Q.   IT'S LABELLED THERANOS:  CUSTOMIZED DATA INTEGRATION AND

12:33PM 15    STANDARDIZATION.

12:33PM 16    A.   YES, I SEE THAT.

12:33PM 17    Q.   AND THIS IS ONE MUCH THE SLIDES THAT YOU DISCUSSED IN THAT

12:33PM 18    MARCH OF 2010 MEETING; CORRECT?

12:33PM 19    A.   YES, CORRECT.

12:33PM 20    Q.   AND ONE OF THE CAPACITIES THAT THERANOS WAS INTERESTED IN

12:33PM 21    DEVELOPING WAS PREDICTIVE HEALTH ASSETS; CORRECT?

12:33PM 22    A.   I BELIEVE THAT WAS KIND OF THE END GAME, IF YOU WILL, IN

12:33PM 23    TERMS OF ASPIRATION FOR THEM.

12:33PM 24    Q.   AND EXPLAIN WHAT THAT MEANT AND WHAT THEY DESCRIBED TO YOU

12:33PM 25    THAT THEY WERE TRYING TO DO?

12:33PM   1      A.   A LOT OF DIFFERENT DISCUSSIONS.

12:33PM   2           YOU KNOW, ONE DISCUSSION WOULD BE IF YOU HAD YOUR, YOU

12:33PM   3      KNOW, LIKE A 23 & ME TEST, IT MIGHT SAY THAT YOU HAVE A MARKER

12:34PM   4      FOR A CERTAIN CANCER MAYBE, BUT IT DOESN'T MEAN THAT YOU'RE

12:34PM   5      GOING TO GET IT.  IT JUST MEANS THAT YOU MIGHT.

12:34PM   6           AND, YOU KNOW, PREDICTIVE TESTING WHERE YOU COULD BE

12:34PM   7      LOOKING AT IT, AND SO THAT WAS ONLY USEFUL TO SOME EXTENT.

12:34PM   8           BEING ABLE TO MEASURE BLOOD FREQUENTLY, ACCURATELY, ACROSS

12:34PM   9      A LOT OF DIFFERENT MARKERS MIGHT HELP THAT PERSON INTERVENE THE

12:34PM  10      PROCESS UPSTREAM, AND THAT BECOMES A MUCH HIGHER LEVEL OF

12:34PM  11      CLINICAL OUTCOME THAN JUST HELPING SOMEBODY WHO IS ALREADY

12:34PM  12      SICK.

12:34PM  13      Q.   AND WAS ANOTHER POTENTIAL CAPACITY OF THE TECHNOLOGY THAT

12:34PM  14      THEY WERE INVENTING THE ABILITY TO AGGREGATE DATA TO OBSERVE

12:34PM  15      EITHER TRENDS IN HEALTH IN THE LARGER POPULATION OR OTHER

12:34PM  16      THINGS?

12:34PM  17      A.   I THINK FOR SURE THAT WAS PART OF WHAT THEY WERE WORKING

12:34PM  18      ON.

12:34PM  19      Q.   AND SOME OF IT COULD HAVE PUBLIC HEALTH APPLICATIONS;

12:34PM  20      CORRECT?

12:34PM  21      A.   YES.

12:34PM  22      Q.   AND ALL OF THAT WAS DISCUSSED IN THIS EARLY MEETING;

12:35PM  23      CORRECT?

12:35PM  24      A.   I CAN'T SAY IF ALL OF THAT WAS DISCUSSED ON THE FIRST DAY,

12:35PM  25      BUT OVER TIME WE DISCUSSED A LOT OF THAT.

12:35PM  1    Q.   YOU RECALL AT SOME POINT DURING YOUR 10 OR 15 MEETINGS

12:35PM  2    WITH THEM THOSE DISCUSSIONS?

12:35PM  3    A.   YES.

12:35PM  4         MR. DOWNEY:   YOUR HONOR, IS THIS A GOOD TIME TO

12:35PM  5    BREAK?

12:35PM  6         THE COURT:   I'M NOT CERTAIN.   I THINK WE -- PERHAPS

12:35PM  7    WE SHOULD TAKE ABOUT A 25 MINUTE BREAK.

12:35PM  8         MR. DOWNEY:   OKAY.   I THINK I'M AT A LOGICAL POINT.

12:35PM  9         THE COURT:   OKAY.   LET'S DO THAT.   LADIES AND

12:35PM 10    GENTLEMEN, LET'S TAKE ABOUT A 25 MINUTE BREAK NOW.

12:35PM 11         BEFORE WE DO THAT, I DO WANT TO FOLLOW UP WITH MY

12:35PM 12    CONVERSATION WITH YOU BOTH THIS MORNING AND YESTERDAY, LADIES

12:35PM 13    AND GENTLEMEN.

12:35PM 14         I DO WANT TO TELL YOU ABOUT NEXT STEPS, AND I THINK YOU

12:35PM 15    INQUIRED, SOME OF YOU INQUIRED ABOUT THAT.

12:35PM 16         WHAT I INTEND TO DO -- AND THIS IS IN RELATION TO OUR

12:35PM 17    CONVERSATIONS REGARDING THE QUESTIONNAIRES.

12:35PM 18         WHAT I INTEND TO DO IS I'M GOING TO GET -- I'VE ASKED THE

12:35PM 19    LAWYERS TO PROVIDE ME ANY BRIEFING THAT THEY WISH ON SOME OF

12:36PM 20    THE LEGAL ISSUES, THAT IS, THE LAWYERS IN THE COURTROOM.

12:36PM 21         I'LL RECEIVE THOSE, I'LL TALK TO THE MOVING PARTY, YOU

12:36PM 22    HEARD ME TALK ABOUT THE MOVING PARTY FOR THE MOTION, AND

12:36PM 23    PROVIDE INFORMATION TO HIM.

12:36PM 24         IN ALL LIKELIHOOD, I AM GOING TO SET ANOTHER HEARING FOR

12:36PM 25    THAT MOVING PARTY'S MOTION TO RELEASE THE INFORMATION IN THE

12:36PM    1    QUESTIONNAIRES.

12:36PM    2         JUST GIVEN THE BRIEFING SCHEDULE, WHAT THAT MEANS IS EACH

12:36PM    3    SIDE IS PERMITTED AN OPPORTUNITY TO PRESENT TO ME THEIR LEGAL

12:36PM    4    OPINIONS ABOUT WHAT THE LAW IS ON THIS ISSUE, AND THEY'RE GIVEN

12:36PM    5    CERTAIN TIME, ONCE THEY RECEIVE THE OTHER SIDE'S MOTION, AND I

12:36PM    6    GIVE THEM TIME TO RESPOND, SO WE HAVE A BACK AND FORTH.

12:36PM    7         I THEN SET A HEARING, ANOTHER HEARING.  AND THAT'S WHAT I

12:36PM    8    INTEND TO DO IN REGARDS TO THIS ISSUE.

12:36PM    9         THAT HEARING, I DON'T HAVE A DATE FOR IT YET, BUT I

12:36PM   10    ANTICIPATE THAT HEARING WILL BE ANOTHER FIVE WEEKS AWAY,

12:36PM   11    SOMETHING LIKE THAT, JUST GIVEN THE BRIEFING SCHEDULE.  THAT'S

12:37PM   12    MY SENSE OF IT.  BUT I'LL KEEP YOU INFORMED OF THAT.

12:37PM   13         AND THEN AFTER THE HEARING I'LL HEAR FROM ALL OF THE

12:37PM   14    PARTIES, AND AT THAT POINT THEN I BELIEVE THAT I'LL BE ABLE TO

12:37PM   15    MAKE DECISIONS AS TO THE THINGS THAT WE TALKED ABOUT AND THE

12:37PM   16    THINGS THAT WERE RAISED IN THE MOTION BY THE MOVING PARTY, THE

12:37PM   17    MEDIA COALITION.

12:37PM   18         SO I JUST WANT TO KEEP YOU UP TO DATE ON THAT.  THAT'S THE

12:37PM   19    STATUS OF THINGS NOW.  NOTHING IS GOING TO CHANGE UNTIL I'VE

12:37PM   20    HAD ALL OF THOSE HEARINGS.

12:37PM   21         SO THE MATERIAL REMAINS AS IT CURRENTLY IS, AND THAT WON'T

12:37PM   22    CHANGE UNTIL AFTER I'VE HAD AN OPPORTUNITY TO HEAR FROM

12:37PM   23    EVERYONE.

12:37PM   24         SO THAT'S THE LATEST UPDATE.  THANK YOU VERY MUCH FOR YOUR

12:37PM   25    PATIENCE THIS MORNING.

12:37PM  1      ONE MORE THING.  I THINK I'VE TALKED TO YOU ABOUT TOMORROW

12:37PM  2  BEING -- I'VE BEEN ABLE TO CLEAR THAT FOR OUR PURPOSES.

12:37PM  3      DURING THIS BREAK I'M GOING TO ASK YOU IF YOU COULD,

12:37PM  4  PLEASE, TO CONTACT THE PARTIES THAT YOU NEED TO TO SEE IF YOU

12:37PM  5  CAN MAKE THAT WORK, COME TO COURT TOMORROW AND MAKE IT WORK.

12:38PM  6      IT WOULD BE FROM 9:00 TO 3:00.  I WOULDN'T WANT TO KEEP

12:38PM  7  YOU UNTIL 4:00 TOMORROW, BUT 9:00 TO 3:00 TOMORROW.  IF YOU

12:38PM  8  NEED TO ADJUST THAT, I'LL BE HAPPY TO HEAR THAT INFORMATION

12:38PM  9  WHEN WE COME BACK FROM OUR BREAK IF YOU'RE ABLE TO MAKE IT

12:38PM  10  TOMORROW OR IF WE NEED TO ADJUST THAT SCHEDULE.

12:38PM  11      ALL RIGHT.  LET'S TAKE OUR BREAK.

12:38PM  12      SIR, YOU CAN STAND DOWN.

12:38PM  13          THE CLERK:  COURT IS IN RECESS.

12:38PM  14      (JURY OUT AT 12:38 P.M.)

12:38PM  15          THE COURT:  PLEASE BE SEATED.  THANK YOU.

12:38PM  16      THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

12:38PM  17  BREAK, AND OUR WITNESS HAS LEFT THE COURTROOM.  ALL COUNSEL AND

12:39PM  18  MS. HOLMES ARE PRESENT.

12:39PM  19      ANYTHING FURTHER BEFORE WE BREAK, MR. SCHENK?

12:39PM  20          MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

12:39PM  21          MR. DOWNEY:  NO, YOUR HONOR.  THANK YOU.

12:39PM  22          THE COURT:  SO IF WE ARE ABLE TO CONVENE TOMORROW,

12:39PM  23  HAVE A SESSION TOMORROW, YOU'LL BE ABLE TO HAVE WITNESSES I

12:39PM  24  TAKE IT, MR. SCHENK.

12:39PM  25          MR. SCHENK:  YES.

12:39PM 1          THE COURT:  OKAY.  GREAT.  THANK YOU.

12:39PM 2          THE CLERK:  COURT IS IN RECESS.

12:39PM 3      (LUNCH RECESS TAKEN AT 12:39 P.M.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**AFTERNOON SESSION**

12:39PM    1

01:12PM    2        (JURY IN AT 1:12 P.M.)

01:12PM    3            THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

01:12PM    4        ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

01:12PM    5        MR. DOWNEY, YOU'D LIKE TO CONTINUE WITH YOUR EXAMINATION?

01:12PM    6            MR. DOWNEY:  YES, SIR.  THANK YOU.

01:12PM    7   Q.   MR. MIQUELON, BEFORE THE BREAK WE WERE TALKING ABOUT THE

01:12PM    8   THERANOS SYSTEMS THAT WERE PRESENTED TO YOU IN MARCH OF 2010 IN

01:12PM    9   YOUR VERY FIRST MEETING WITH MS. HOLMES AND MR. BALWANI.

01:12PM   10        I'D LIKE TO JUST ESTABLISH WHAT THE CHRONOLOGY WAS OF YOUR

01:13PM   11   RELATIONSHIP WITH THERANOS, OR I SHOULD SAY WALGREENS'S

01:13PM   12   RELATIONSHIP WITH THERANOS BETWEEN THAT MEETING AND THE TIME

01:13PM   13   THAT YOU LEFT IN AUGUST OF 2014.

01:13PM   14        AM I RIGHT THAT YOUR FIRST MEETING AND INTRODUCTION INTO

01:13PM   15   THERANOS WAS IN THE MEETING OF MARCH OF 2010; CORRECT?

01:13PM   16   A.   CORRECT.

01:13PM   17   Q.   AND COMING OUT OF THAT MEETING, BOTH SIDES MET AND

01:13PM   18   EVALUATED THE POSSIBILITY OF A DEAL FOR A FEW MONTHS; CORRECT?

01:13PM   19   A.   CORRECT.

01:13PM   20   Q.   AND IN JULY OF 2010, THE PARTIES SIGNED THEIR FIRST

01:13PM   21   AGREEMENT; CORRECT?

01:13PM   22   A.   THAT'S CORRECT.

01:13PM   23   Q.   AND THAT AGREEMENT CONTEMPLATED AT THAT TIME THAT THERANOS

01:13PM   24   DEVICES WOULD BE DEPLOYED WITHIN WALGREENS STORES; CORRECT?

01:13PM   25   A.   AT SOME POINT, YES, CORRECT.

01:14PM   1    Q.   AND FROM THAT POINT IN JULY OF 2010 FOR ABOUT A YEAR AND A

01:14PM   2    HALF, THE PARTIES WORKED ON ALL OF THE THINGS THAT WOULD GO

01:14PM   3    INTO HAVING THAT TYPE OF LAUNCH; CORRECT?

01:14PM   4    A.   THAT'S CORRECT.

01:14PM   5    Q.   AND THAT INCLUDED THINGS LIKE INSURANCE REIMBURSEMENT;

01:14PM   6    CORRECT?

01:14PM   7    A.   YES.

01:14PM   8    Q.   BUSINESS MODEL; CORRECT?

01:14PM   9    A.   YES.

01:14PM  10    Q.   AND OTHER ITEMS?

01:14PM  11    A.   YES.

01:14PM  12    Q.   IN EARLY 2012, THOUGH, THE PARTIES STARTED TO DISCUSS A

01:14PM  13    POTENTIAL CHANGE IN THE BUSINESS MODEL; CORRECT?

01:14PM  14    A.   YES.

01:14PM  15    Q.   AND THAT CHANGE WOULD INVOLVE THERANOS DEVICES NOT BEING

01:14PM  16    DEPLOYED IN THERANOS STORES; CORRECT?  IN WALGREENS STORES?

01:14PM  17    A.   CORRECT.

01:14PM  18    Q.   AND THE PARTIES WORKED ON A NEW AGREEMENT TO GOVERN THEIR

01:14PM  19    RELATIONSHIP FOR SEVERAL MONTHS AFTER THOSE DISCUSSIONS IN

01:14PM  20    EARLY 2012; CORRECT?

01:14PM  21    A.   YES.

01:14PM  22    Q.   AND THE PARTIES ENTERED INTO A NEW AGREEMENT AMENDING THE

01:14PM  23    FIRST AGREEMENT IN JUNE OF 2012; CORRECT?

01:15PM  24    A.   YES.

01:15PM  25    Q.   AND FROM THAT POINT FORWARD, THE INTENT WAS NOT THAT

01:15PM  1    THERANOS DEVICES WOULD BE PLACED IN WALGREENS STORES, BUT

01:15PM  2    RATHER THAT THERE WOULD BE CENTRAL LABS IN WHICH THE BLOOD

01:15PM  3    ANALYSIS WOULD BE DONE; CORRECT?

01:15PM  4    A.   MY UNDERSTANDING WAS THAT THERE WOULD BE A CENTRAL

01:15PM  5    LOCATION WHERE THE THERANOS MACHINES WOULD DO THE LAB WORK.

01:15PM  6    Q.   AND THAT WOULD BE A LABORATORY CERTIFIED UNDER CLIA;

01:15PM  7    CORRECT?

01:15PM  8    A.   CORRECT.

01:15PM  9    Q.   AND IT WAS POSSIBLE ALSO THAT THERE WOULD BE MORE THAN ONE

01:15PM  10   LAB?  THERE MIGHT BE REGIONAL LABS WHERE THAT WAS DONE;

01:15PM  11   CORRECT?

01:15PM  12   A.   I THINK THAT WAS PART OF THE DISCUSSIONS, THAT OVER TIME

01:15PM  13   IT MIGHT MAKE SENSE TO HAVE MULTIPLE LABS WITH THERANOS

01:15PM  14   MACHINES, CORRECT.

01:15PM  15   Q.   AND AFTER THAT POINT WHEN THAT AGREEMENT WAS REACHED IN

01:15PM  16   JUNE OF 2012, A LITTLE OVER A YEAR LATER THERANOS STORES -- OR

01:15PM  17   THERANOS SITES WERE LAUNCHED IN WALGREENS STORES ORIGINALLY IN

01:16PM  18   PALO ALTO; CORRECT?

01:16PM  19   A.   I BELIEVE THERE WAS ONE IN PALO ALTO FIRST.

01:16PM  20   Q.   AND THAT HAPPENED AROUND SOMETIME -- I THINK WITH FRIENDS

01:16PM  21   AND FAMILY FIRST IN SEPTEMBER OF 2013; CORRECT?

01:16PM  22   A.   THAT DATE SOUNDS CORRECT.

01:16PM  23   Q.   AND THEN THERE WAS A LAUNCH IN -- A COMMERCIAL LAUNCH IN

01:16PM  24   PALO ALTO AND IN SOME STORES IN ARIZONA IN NOVEMBER OF 2013;

01:16PM  25   CORRECT?

01:16PM  1     A.   THAT'S ABOUT THE RIGHT TIMEFRAME.

01:16PM  2     Q.   NOW, WHEN YOU LOOK AT THE REPRESENTATIONS THAT WERE MADE

01:16PM  3     IN THE ORIGINAL MEETING THAT YOU HAD WITH MS. HOLMES, MANY OF

01:16PM  4     THOSE REPRESENTATIONS WOULD NO LONGER BE RELEVANT TO THE SECOND

01:16PM  5     BUSINESS MODEL; CORRECT?

01:16PM  6     A.   YOU WOULD PROBABLY HAVE TO PARSE THEM ONE BY ONE FOR ME TO

01:16PM  7     SAY THAT.

01:16PM  8     Q.   OKAY.  WELL, LET'S TALK, FOR EXAMPLE, ABOUT

01:16PM  9     REPRESENTATIONS RELATED TO THE SPEED OF PROCESSING THE SAMPLES.

01:16PM  10         DO YOU RECALL TALKING ABOUT THAT ON YOUR DIRECT

01:17PM  11    EXAMINATION?

01:17PM  12    A.   YES.

01:17PM  13    Q.   AND THERE WERE REPRESENTATIONS WHICH INDICATED THAT

01:17PM  14    THERANOS PROJECTED THAT BLOOD TESTS COULD BE PERFORMED IN LESS

01:17PM  15    THAN 30 MINUTES.

01:17PM  16         DO YOU RECALL THAT?

01:17PM  17    A.   YES.

01:17PM  18    Q.   AND THE ASSUMPTION BEHIND THAT WAS THAT THE BUSINESS MODEL

01:17PM  19    WOULD BE THAT THE DEVICES WORK IN THE WALGREENS STORES;

01:17PM  20    CORRECT?

01:17PM  21    A.   THAT WAS THE ORIGINAL -- YES, FOR THAT ASSUMPTION, THAT

01:17PM  22    WAS THE ORIGINAL DESIGN.

01:17PM  23    Q.   BUT THE AGREEMENT THAT THE PARTIES REACHED IN THE SUMMER

01:17PM  24    OF 2012 CHANGED HOW THAT MODEL WOULD WORK; CORRECT?

01:17PM  25    A.   THAT'S CORRECT.

01:17PM 1    Q.   AND THE TESTING WOULD NOT BE IN STORES, BUT IT WOULD BE

01:17PM 2    OFFSITE; CORRECT?

01:17PM 3    A.   THAT'S CORRECT.

01:17PM 4    Q.   AND BOTH PARTIES AGREED TO THAT; CORRECT?

01:17PM 5    A.   CORRECT.

01:17PM 6    Q.   AND THAT WOULD ELIMINATE THE CAPACITY TO TEST WITHIN 15 TO

01:17PM 7    30 MINUTES; CORRECT?

01:17PM 8    A.   THAT'S CORRECT.

01:17PM 9    Q.   AND ALSO THERE WERE DISCUSSIONS IN 2010 THAT CERTAIN COSTS

01:18PM 10   ASSOCIATED WITH BLOOD TESTING WOULD BE ELIMINATED IF THE

01:18PM 11   DEVICES WERE IN THE STORE; CORRECT?

01:18PM 12   A.   CORRECT.

01:18PM 13   Q.   AND THINGS LIKE COURIER SERVICES THAT WOULD HAVE TO TAKE

01:18PM 14   THE BLOOD FROM ONE LOCATION TO ANOTHER, FOR EXAMPLE?

01:18PM 15   A.   THAT'S CORRECT.

01:18PM 16   Q.   AND AN INFRASTRUCTURE TO REFRIGERATE SAMPLES FOR A PERIOD

01:18PM 17   BEFORE THEY WERE TRANSPORTED?

01:18PM 18   A.   THAT'S -- FROM MY UNDERSTANDING, THAT'S CORRECT.

01:18PM 19   Q.   OKAY.  BUT WHEN THE MODEL CHANGED IN THE SUMMER OF 2012,

01:18PM 20   SOME OF THOSE COSTS WOULD HAVE TO BE INCURRED; CORRECT?

01:18PM 21   A.   RIGHT.  AND AGAIN, FROM MY UNDERSTANDING WHAT CHANGED IN

01:18PM 22   THE MODEL IS FORSAKE OF THE PILOT -- A COUPLE OF THINGS.

01:18PM 23       ONE IS THAT, AS WE THOUGHT ABOUT THE APPROVALS IN THIS

01:18PM 24   UNDEFINED, YOU KNOW, WHERE IS THE LAB BY BEING ABLE TO PILOT

01:18PM 25   WITHOUT THE MACHINE IN THE WALGREENS STORE, IT MITIGATED THAT

01:19PM 1    CONCERN UNTIL THAT COULD BE CLARIFIED.

01:19PM 2        SECOND, JUST IN TERMS OF MAKING SURE THAT WE COULD EXECUTE

01:19PM 3    WITH EXCELLENCE, YOU KNOW, THERE IS A LITTLE BIT MORE

01:19PM 4    COMPLEXITY IN ASKING A PHARMACY TO KEEP CARTRIDGES AND TO

01:19PM 5    UNDERSTAND HOW TO USE THOSE PROPERLY.

01:19PM 6        AND SO WE FELT THAT IT WAS A GOOD WAY TO KEEP THE PATIENT

01:19PM 7    LEARNING, WHICH WAS VERY IMPORTANT.

01:19PM 8    Q.   AT THE TIME THAT YOU LEFT WALGREENS IN AUGUST OF 2014,

01:19PM 9    THERE WERE ABOUT 40 THERANOS LOCATIONS OPERATING IN WALGREENS

01:19PM 10   STORES; CORRECT?

01:19PM 11   A.   IT MIGHT HAVE BEEN.  I DON'T KNOW THE EXACT NUMBER.

01:19PM 12   Q.   YOU KNOW THERE WERE SEVERAL DOZEN, WHATEVER THE EXACT

01:19PM 13   NUMBER WAS?

01:19PM 14   A.   RIGHT.

01:19PM 15   Q.   AND YOU KNOW THAT THOSE LOCATIONS WERE IN BOTH ARIZONA AND

01:19PM 16   CALIFORNIA; CORRECT?

01:19PM 17   A.   I THINK THAT'S MY RECOLLECTION.

01:19PM 18   Q.   OKAY.  AND IN THE TERMINOLOGY THAT THE PARTIES USED, THE

01:19PM 19   PHASE OF THE AGREEMENT WHEN THE DEVICES WOULD BE IN A CENTRAL

01:19PM 20   LAB WAS REFERRED TO AS PHASE I; CORRECT?

01:20PM 21   A.   I'D HAVE TO GO BACK TO THE AGREEMENT TO BE SURE ABOUT

01:20PM 22   THAT.

01:20PM 23   Q.   OKAY.  BUT THERE WAS A SECOND PHASE THAT ASSUMED IF THE

01:20PM 24   DEVICES GOT CERTAIN REGULATORY APPROVALS, THAT THE DEVICES

01:20PM 25   MIGHT THEN BE DEPLOYED TO THE WALGREENS STORES AS ORIGINALLY

01:20PM 1    CONTEMPLATED WHEN YOU TALKED TO MS. HOLMES IN MARCH OF 2010?

01:20PM 2    A.   YES.  BUT TO SOME EXTENT THAT WAS JUST BASED UPON THE

01:20PM 3    MATH.  IF YOU HAD A SPECIFIC SITE THAT WAS DOING LOTS OF

01:20PM 4    VOLUME, IT MIGHT MAKE SENSE TO HAVE A MACHINE THERE AND THE

01:20PM 5    CARTRIDGE INVENTORY, VERSUS ANOTHER SITE WHERE YOU MIGHT HAVE

01:20PM 6    VERY LOW VOLUME, THAT MIGHT MAKE SENSE.  BUT I WOULD SAY THE

01:20PM 7    ECONOMICS WOULD HAVE DICTATED THAT.

01:20PM 8    Q.   SO IN CERTAIN CASES THE ECONOMICS MIGHT LEAD THE PARTIES

01:20PM 9    TO THINK THAT IT'S REALLY NOT WORTH DEPLOYING A DEVICE IN A

01:20PM 10   STORE; CORRECT?

01:20PM 11   A.   RIGHT.  I THINK THAT WAS ALWAYS A CONSIDERATION, WHAT IS

01:20PM 12   THE SMARTEST EXECUTION BASED ON WHAT IS ACCEPTABLE.

01:20PM 13   Q.   SO THAT STORE MIGHT STICK WITH THE MODEL WHERE THE SAMPLES

01:20PM 14   WERE PROCESSED WITHIN THE CENTRAL CLIA LAB; IS THAT CORRECT?

01:21PM 15   A.   RIGHT.

01:21PM 16   Q.   BUT WE SAW REFERENCE IN SOME OF THE DOCUMENTS THAT WE LOOK

01:21PM 17   AT TO REGULATORY RISKS.  IS THIS ONE OF THE ISSUES THAT

01:21PM 18   MOTIVATED PEOPLE TO MOVE -- MOTIVATED WALGREENS AND THERANOS TO

01:21PM 19   ELECT TO GO TO THIS MODEL?

01:21PM 20   A.   AGAIN, I THINK EARLY ON THAT WAS PART OF THE

01:21PM 21   CONSIDERATION, AGAIN, BECAUSE OF THIS ISSUE OF WHERE IS THE

01:21PM 22   LAB?  IS IT WHERE THE EDISON IS OR IS IT WHERE THE DATA

01:21PM 23   ULTIMATELY RESIDES IN THE CLOUD?

01:21PM 24       THAT WAS SOMETHING THAT I BELIEVE AT THAT TIME WAS NOT

01:21PM 25   CLEAR YET, AND SO WHAT WAS SEEN AS THE, YOU KNOW, THE MORE

01:21PM  1      PRUDENT CHOICE WAS TO KEEP THE LAB OUTSIDE OF THE STORE.

01:21PM  2           BUT ALSO JUST IN TERMS OF PATIENT EXPERIENCE, MAKING SURE

01:21PM  3      THERE WAS NO RISK OF STORES NOT USING THE RIGHT CARTRIDGE OR

01:21PM  4      UNDERSTANDING HOW TO RUN IT.  WE FELT THAT THAT WAS GOING TO BE

01:21PM  5      A BETTER WAY TO LEARN.

01:21PM  6      Q.   OKAY.  AND I WANT TO GO BACK THROUGH THAT CHRONOLOGY WITH

01:22PM  7      YOU A LITTLE BIT AND FILL IN WHAT HAPPENED AT THE CRITICAL

01:22PM  8      POINTS.

01:22PM  9           BUT IS IT FAIR TO SAY THAT IF YOU WANT TO EVALUATE THE

01:22PM  10     REPRESENTATIONS THAT THE PARTIES WERE MAKING TO EACH OTHER, YOU

01:22PM  11     HAVE TO LOOK AT THE POINT IN TIME WHERE THE PARTIES WERE IN THE

01:22PM  12     COURSE OF THE CHRONOLOGY THAT WE'VE JUST DISCUSSED?

01:22PM  13     A.   I THINK CONTEXT IS IMPORTANT, RIGHT.

01:22PM  14     Q.   ALL RIGHT.  NOW, WE WERE DISCUSSING BEFORE THE BREAK THE

01:22PM  15     ORIGINAL MEETING THAT YOU HAD, AND THEN YOUR TRANSMISSION OF

01:22PM  16     THE THERANOS POWERPOINT TO THE CEO, AND WE DISCUSSED THE

01:22PM  17     TECHNOLOGY.

01:22PM  18          DID -- WERE THERE THEN MEETINGS WITHIN WALGREENS TO

01:22PM  19     CONSIDER WHETHER OR NOT TO PROCEED WITH A DEAL WITH THERANOS?

01:22PM  20     A.   MULTIPLE.

01:22PM  21     Q.   AND WERE THEY AT SENIOR LEVELS?

01:22PM  22     A.   AT EVERY LEVEL FROM LOWER WORKING TEAM TO HIGHER LEVEL ON

01:23PM  23     THE TEAM TO THE HIGHEST LEVEL OF THE COMPANY.

01:23PM  24     Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 300, WHICH WILL BE IN

01:23PM  25     YOUR WHITE BINDER.

01:23PM  1          YOUR HONOR, I BELIEVE 300 IS --

01:23PM  2               THE COURT:  IT'S IN EVIDENCE.

01:23PM  3               MR. DOWNEY:  IT'S IN EVIDENCE, YES.  IT IS IN

01:23PM  4     EVIDENCE.

01:23PM  5     Q.    THE ADDRESSEES FOR THE EMAIL THAT YOU SENT IN LATE APRIL

01:23PM  6     ARE ALL OF THE -- AMONG THE MOST SENIOR EXECUTIVES, INCLUDING

01:23PM  7     THE MOST SENIOR EXECUTIVES IN THE COMPANY; CORRECT?

01:23PM  8     A.    THAT IS CORRECT.

01:23PM  9     Q.    AND DO YOU RECALL THE DISCUSSION THAT FOLLOWED FROM

01:23PM 10     SETTING UP THIS MEETING?

01:24PM 11     A.    I DON'T KNOW IF I RECALL THE DISCUSSION THAT FOLLOWED.  I

01:24PM 12     RECALL HAVING THE MEETING.

01:24PM 13     Q.    AND WAS THERE A DISCUSSION IN THE MEETING ABOUT WHETHER OR

01:24PM 14     NOT TO PURSUE A RELATIONSHIP WITH THERANOS?

01:24PM 15     A.    YES.

01:24PM 16     Q.    OKAY.  AND THEN WHAT WAS THE CONCLUSION OF THAT MEETING?

01:24PM 17     A.    I THINK THE CONCLUSION OF THE MEETING WAS THAT THIS

01:24PM 18     APPEARS TO BE REALLY EXCITING, LET'S KEEP WORKING WITH THEM,

01:24PM 19     LET'S SEE WHERE THIS WILL GO.

01:24PM 20     Q.    AND DID THE COMPANY DECIDE THAT YOU WANTED TO TAKE FURTHER

01:24PM 21     STEPS TO TRY TO EVALUATE WHETHER OR NOT SUCH A RELATIONSHIP

01:24PM 22     WOULD BE GOOD FOR WALGREENS?

01:24PM 23     A.    YES.

01:24PM 24     Q.    AND WERE SOME OF THOSE STEPS TO EVALUATE HOW A BUSINESS

01:24PM 25     MODEL MIGHT WORK?

01:24PM 1       A.   YES.

01:24PM 2       Q.   AND WERE SOME OF THOSE STEPS TO EVALUATE THE FINANCIAL

01:24PM 3   CONDITION OF THERANOS?

01:24PM 4       A.   TO THE EXTENT THAT WE COULD.

01:24PM 5       Q.   OKAY.  WELL, YOU BECAME A BIT FAMILIAR WITH THE INVESTOR

01:24PM 6   BASE OF THERANOS; CORRECT?

01:24PM 7       A.   JUST THROUGH TIDBITS OF CONVERSATION.  BUT WE NEVER GOT,

01:24PM 8   YOU KNOW, TO MY KNOWLEDGE A CAP TABLE, IF YOU WILL, THAT SHOWS

01:25PM 9   SPECIFIC INVESTORS AND INVESTMENTS.

01:25PM 10      Q.   OKAY.  AND DID YOU AT THE TIME ALSO LOOK AT WHETHER OR NOT

01:25PM 11  IT WAS POSSIBLE THAT INSURERS MIGHT REIMBURSE FOR THERANOS

01:25PM 12  SYSTEMS WHICH WOULD BE A KEY TO THE SUCCESS OF THE PROGRAM?

01:25PM 13      A.   WE DID.

01:25PM 14      Q.   AND WHY WAS THAT IMPORTANT TO THE PROGRAM?

01:25PM 15      A.   YOU KNOW, THE VAST MAJORITY OF HEALTH CARE REIMBURSEMENT

01:25PM 16  COMES THROUGH SOME INTERMEDIARY, SO WHETHER IT'S A PRESCRIPTION

01:25PM 17  OR A VACCINE OR A LAB, MAKING SURE THOSE PAYORS ARE WILLING TO

01:25PM 18  PAY FOR IT IS FAIRLY IMPORTANT.

01:25PM 19      Q.   DID YOU ALSO LOOK AT THE PATENTS THAT THERANOS HAD

01:25PM 20  OBTAINED?

01:25PM 21      A.   I DIDN'T PERSONALLY.  I DO KNOW, THOUGH, THAT THERE WAS

01:25PM 22  SOME WORK TO TRY TO UNDERSTAND THE BREADTH OF PATENTS.

01:25PM 23      Q.   OKAY.  AND DO YOU RECALL WHAT THE CONCLUSION OF THAT WORK

01:25PM 24  WAS?

01:25PM 25      A.   AGAIN, I'M NOT A PATENT ATTORNEY EITHER.  MY RECOLLECTION

01:26PM  1    IS THAT THERE WERE, YOU KNOW, DOZENS, IF NOT MORE, PATENTS.

01:26PM  2    Q.   OKAY.  AND DO YOU KNOW WHAT THE CONCLUSION -- DO YOU KNOW

01:26PM  3    WHAT THE CONCLUSION WAS, IF ANY, AS TO THE STRENGTH OF THOSE

01:26PM  4    PATENTS?

01:26PM  5    A.   AGAIN, I'M NOT A PATENT ATTORNEY.  I CAN ONLY SPECULATE.

01:26PM  6    Q.   DID YOU ALSO TRY TO TAKE STEPS -- DID WALGREENS TRY TO

01:26PM  7    TAKE STEPS TO EVALUATE THE TECHNOLOGY AND HOW DEVELOPED IT WAS?

01:26PM  8    A.   AS BEST WE COULD.

01:26PM  9    Q.   OKAY.  WHAT DID YOU DO TO DO THAT?

01:26PM  10   A.   AGAIN, YOU KNOW, ONE OF THE STEPS WE TOOK, AGAIN, WAS TO

01:26PM  11   HIRE A LAB FIRM TO LOOK AT THE SPACE AND TO DO THE BEST VETTING

01:26PM  12   THAT THEY COULD.

01:26PM  13        ANOTHER STEP THAT WE TOOK WAS WE INTRODUCED THERANOS TO

01:26PM  14   JOHNS HOPKINS AND THERE WAS I KNOW SOME DISCUSSION THERE AS

01:26PM  15   WELL.

01:26PM  16   Q.   DID THE LAB FIRM MAKE CONCLUSIONS REGARDING THERANOS?

01:26PM  17   A.   THEY DID.

01:26PM  18   Q.   DID THOSE CONCLUSIONS LEAD YOU TO BELIEVE THAT A

01:27PM  19   PARTNERSHIP WITH THERANOS WOULD BE WORTHWHILE?

01:27PM  20   A.   I BELIEVE A GENERAL CONCLUSION THAT THEY HAD, AND I THINK

01:27PM  21   THAT THEY WERE OPERATING ON, THE DATA THAT THEY WERE VERSUS

01:27PM  22   TAKING A MACHINE APART, IF YOU WILL, THEY THOUGHT THERANOS WAS

01:27PM  23   PROBABLY, OF THE 150 OR 180 COMPANIES IN THIS SPACE, THEY

01:27PM  24   THOUGHT, FOR WHAT WE WERE LOOKING FOR, THAT WAS PROBABLY THE

01:27PM  25   FARTHEST AHEAD.

01:27PM 1      I THINK THE ONE CONCERN THEY VOICED WAS WHETHER THE I.T.

01:27PM 2   SYSTEMS WOULD BE ABLE TO BE, YOU KNOW, READY AND BUILT OUT.

01:27PM 3      BUT THAT WAS MY UNDERSTANDING OF THE CONCLUSION.

01:27PM 4   Q.   AND THE I.T. SYSTEMS RELATED TO THE COORDINATION BETWEEN

01:27PM 5   THE CENTRAL LAB AND THE DEVICES, OR WAS IT OTHER ISSUES?

01:27PM 6   A.   I MEAN, I THINK THE CLOUD FEED WAS PROBABLY NOT WHAT THEY

01:27PM 7   WERE GETTING AT.

01:27PM 8      IT WAS MORE AROUND SYSTEMS FOR REIMBURSEMENT, PERHAPS DATA

01:27PM 9   MANAGEMENT TO DRIVE ALGORITHMS.

01:28PM 10     BUT THE MORE SOPHISTICATED I.T. INFRASTRUCTURE, AS WELL AS

01:28PM 11  A PATIENT CHECK-IN EXPERIENCE, HOW DO YOU MAKE SURE THAT PEOPLE

01:28PM 12  HAVE PRIOR AUTHORIZATION IF THEY'RE RECEIVING SOME

01:28PM 13  REIMBURSEMENT?  HOW DO YOU KEEP PATIENT DATA SAFE THROUGH HIPAA

01:28PM 14  AND ALL OF THE CONCERNS OF PRIVACY?

01:28PM 15     I THINK THAT WAS MORE OF THE POINT.

01:28PM 16  Q.   OKAY.  AND YOU ALSO MENTIONED THAT WALGREENS CONTACTED

01:28PM 17  JOHNS HOPKINS TO UNDERTAKE SOME EVALUATION OF THE TECHNOLOGY;

01:28PM 18  IS THAT RIGHT?

01:28PM 19  A.   THAT'S CORRECT.

01:28PM 20  Q.   AND DID WALGREENS HAVE A RELATIONSHIP WITH JOHNS HOPKINS

01:28PM 21  PRIOR TO THIS?

01:28PM 22  A.   YES.

01:28PM 23  Q.   AND CAN YOU TELL US WHAT THAT WAS?

01:28PM 24  A.   WE HAD BUILT A RELATIONSHIP WITH JOHNS HOPKINS IN THEIR

01:28PM 25  BUSINESS DEVELOPMENT GROUP JUST TO BE ABLE TO COLLABORATE BACK

01:28PM   1    AND FORTH, AND IT WAS MYSELF AND A FEW OTHER GENTLEMEN PUT THAT

01:28PM   2    INTO PLACE.

01:28PM   3         WE WORKED TOGETHER AND BUILT A PHARMACY THERE AND TRIED TO

01:28PM   4    DRIVE, YOU KNOW, CLINICAL OUTCOMES FOR PATIENTS.

01:28PM   5         WE WORKED TO FUND A BRANCATI FUND FOR A GENTLEMAN WHO WAS

01:29PM   6    THERE AND WHO DIED OF LOU GEHRIG'S DISEASE, SO JUST A VARIETY

01:29PM   7    OF FACTORS.

01:29PM   8         AND WITH THERANOS WE ASKED IF THEY WERE WILLING TO MEET

01:29PM   9    WITH ELIZABETH AND SUNNY, AND I THINK THEY HAD THEIR HEAD OF

01:29PM  10    LABS THERE TO GIVE US THEIR UNDERSTANDING AND TAKE ON THE

01:29PM  11    TECHNOLOGY.

01:29PM  12    Q.   AND DID THAT MEETING TAKE PLACE?

01:29PM  13    A.   IT DID TAKE PLACE.

01:29PM  14    Q.   WERE YOU PRESENT FOR THAT MEETING?

01:29PM  15    A.   I WAS NOT.

01:29PM  16    Q.   WAS A WRITTEN REPORT OF THAT MEETING PREPARED?

01:29PM  17    A.   I HAD SEEN A REPORT.

01:29PM  18    Q.   LET ME ASK YOU TO LOOK IN THE GOVERNMENT'S NOTEBOOK AT

01:29PM  19    WHAT IS MARKED AS EXHIBIT 302.

01:29PM  20         IS THIS THE REPORT FROM JOHNS HOPKINS THAT WAS PREPARED

01:29PM  21    FOR WALGREENS IN CONNECTION WITH THE POTENTIAL THERANOS DEAL?

01:29PM  22    A.   THIS IS WHAT I RECALL.

01:29PM  23    Q.   OKAY.  AND DID YOU REVIEW THIS AT THE TIME?

01:29PM  24    A.   I READ THE NOTES AFTER THE MEETING, BUT, AGAIN, I WASN'T

01:30PM  25    AT THE MEETING.

01:30PM   1       Q.   OKAY.  LET ME ASK YOU TO --

01:30PM   2            YOUR HONOR, I MOVE THE ADMISSION OF 302.

01:30PM   3                 MR. SCHENK:  NO OBJECTION.

01:30PM   4                 THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:30PM   5            (GOVERNMENT'S EXHIBIT 302 WAS RECEIVED IN EVIDENCE.)

01:30PM   6       BY MR. DOWNEY:

01:30PM   7       Q.   IF YOU GO TO THE TOP LIST, DO YOU SEE THAT DR. ROSAN WAS

01:30PM   8       AT THIS MEETING; CORRECT?

01:30PM   9       A.   CORRECT.

01:30PM  10       Q.   AND MS. HOLMES AND MR. BALWANI?

01:30PM  11       A.   YES.

01:30PM  12       Q.   AND ARE YOU FAMILIAR WITH ANY OF THE INDIVIDUALS FROM

01:30PM  13       JOHNS HOPKINS?

01:30PM  14       A.   I KNEW DR. BRANCATI BEFORE HE PASSED AWAY, AND THEN I

01:30PM  15       WORKED WITH MARK SHAVER ON A COUPLE OF PROJECTS.

01:30PM  16       Q.   OKAY.  IF YOU GO TO THE VERY BOTTOM BULLET POINT ON THAT

01:30PM  17       VERY FIRST PAGE, DO YOU SEE THAT IT REFLECTS THAT "DR. ROSAN

01:31PM  18       COMMENTED ON WALGREENS' PRELIMINARY STRATEGY TO EXPLORE

01:31PM  19       EXPANDING INTO THE LABORATORY SPACE, EXPANDING ITS HEALTH

01:31PM  20       SERVICES OFFERINGS TO INCLUDE LAB AND PATHOLOGY TESTING WITHIN

01:31PM  21       WALGREENS RETAIL SPACE."

01:31PM  22            DO YOU SEE THAT?

01:31PM  23       A.   I DO.

01:31PM  24       Q.   AND THAT WAS CONSISTENT WITH YOUR UNDERSTANDING OF WHERE

01:31PM  25       THE COMPANY WAS AND WHAT THE COMPANY WAS EVALUATING; CORRECT?

01:31PM 1    A.   GENERALLY, YES.

01:31PM 2    Q.   OKAY.  AND IF YOU LOOK BACK AT THE MEETING OBJECTIVES,

01:31PM 3    THEY'RE LISTED IN THIS DOCUMENT AS THE "HOPKINS TEAM WAS ASKED

01:31PM 4    TO COMMENT ON THE VALIDITY AND USEFULNESS OF THE THERANOS

01:31PM 5    PRODUCT, SPECIFICALLY RELATED TO THE SCIENCE THAT SUPPORTS THE

01:31PM 6    TECHNOLOGY AND THE APPLICATION OF THE TECHNOLOGY IN A WIDE

01:31PM 7    VARIETY OF SETTINGS INCLUDING HOSPITAL, CLINIC, LABORATORY, AND

01:32PM 8    POTENTIALLY WITHIN WALGREENS AS AN ADD ON TO CLINICAL PROGRAMS

01:32PM 9    AND RETAIN PHARMACY BUSINESS THAT CURRENTLY EXISTS."

01:32PM 10        WAS THAT CONSISTENT WITH THE OBJECTIVE AND REASON THAT YOU

01:32PM 11   WANTED TO ASK JOHNS HOPKINS TO EVALUATE THERANOS TECHNOLOGY?

01:32PM 12   A.   YES, EFFECTIVELY THEIR HEAD OF LABS I BELIEVE WAS

01:32PM 13   PARTICIPATING, AND BEING ABLE TO GET THAT LEVEL OF EXPERTISE WE

01:32PM 14   FELT WAS A GOOD PART OF THE DILIGENCE PROCESS.

01:32PM 15   Q.   OKAY.  AND THEN UNDER METHODOLOGY, IF YOU LOOK AT THE

01:32PM 16   FIRST TWO BULLET POINTS, IT INDICATES THAT THE HOPKINS TEAM

01:32PM 17   REVIEWED PROPRIETARY DATA, AND IT GOES ON TO DESCRIBE THAT.

01:32PM 18        AND THEN IT INDICATES THAT THERANOS PRESENTED ADDITIONAL

01:32PM 19   DATA ON, AND BUSINESS VISION, AND THAT IT DEMONSTRATED THE

01:32PM 20   TECHNOLOGY ON SITE.

01:33PM 21        WERE THOSE STEPS THAT YOU UNDERSTOOD HAD BEEN TAKEN WHEN

01:33PM 22   YOU WERE EVALUATING THE DEAL?

01:33PM 23   A.   THAT WAS MY UNDERSTANDING.

01:33PM 24        BUT IT WAS MY UNDERSTANDING THAT HOPKINS NOR THE LAB

01:33PM 25   CONSULTING FIRM EVER HAD AN ACTUAL EDISON TO PLAY WITH, IF YOU

01:33PM  1    WILL.

01:33PM  2    Q.   THEY DIDN'T LEAVE THE TECHNOLOGY THERE?

01:33PM  3    A.   NO.

01:33PM  4    Q.   BUT AT SOME POINT WALGREENS GOT AN EDISON, DIDN'T IT?

01:33PM  5    A.   I DON'T KNOW IF WE HAD IT OR NOT.  I CAN'T SPEAK TO THAT

01:33PM  6    FOR SURE.  YOU KNOW, WE WEREN'T CRACKING IT OPEN, IF YOU WILL,

01:33PM  7    AND TRYING TO DO OUR OWN RESEARCH.

01:33PM  8    Q.   WELL, DO YOU KNOW IF DR. ROSAN AT SOME POINT AFTER THE

01:33PM  9    AGREEMENT ACTUALLY GOT AN EDISON AND HOSTED IT IN HIS OFFICE?

01:33PM  10   A.   I DON'T KNOW.

01:33PM  11        BUT PHILOSOPHICALLY, I SEE THIS AS THE SAME AS DRUG

01:33PM  12   DEVELOPMENT.  YOU KNOW, IF A DRUG GETS APPROVED FROM THE FDA,

01:33PM  13   WE DON'T TELL PFIZER WE WANT TO RERUN A CLINICAL TRIAL.  WE

01:33PM  14   JUST ASSUMED THAT'S THEIR EXPERTISE, RIGHT?

01:33PM  15   Q.   SURE.

01:33PM  16   A.   SO I CAN'T SPEAK FOR WHAT DR. ROSAN HAD OR DID NOT HAVE.

01:33PM  17   Q.   OKAY.  ON THE SECOND PAGE IT INDICATES KEY FINDINGS IN

01:34PM  18   CONNECTION WITH THIS EVALUATION, AND IT SETS FORTH THE

01:34PM  19   CONSENSUS.

01:34PM  20        AND IT SETS FORTH THE CONCLUSION THAT "THE TECHNOLOGY IS

01:34PM  21   NOVEL AND SOUND.  IT CAN ACCURATELY RUN A WIDE RANGE OF ROUTINE

01:34PM  22   AND SPECIAL ASSAYS."

01:34PM  23        IS THAT THE GIST OF WHAT WAS COMMUNICATED TO YOU ABOUT THE

01:34PM  24   RESULTS OF HOPKINS'S EVALUATION?

01:34PM  25   A.   WHAT WAS TOLD TO ME IS BASED UPON THE DATA AND INFORMATION

01:34PM 1    THAT THEY WERE GIVING.  THIS WAS THEIR ASSESSMENT.

01:34PM 2         BUT THAT WITHOUT ACTUALLY, YOU KNOW, HAVING THE TECHNOLOGY

01:34PM 3    TO RUN ITSELF, THEY HAD TO RELY UPON THOSE ATTESTATIONS.

01:34PM 4    Q.  AND ESSENTIALLY THEY TOLD YOU WE'VE DONE AN EVALUATION OF

01:34PM 5    WHAT'S AVAILABLE TO US, BUT WE HAVEN'T BROKEN THE TECHNOLOGY

01:34PM 6    DOWN AND RECREATED IT AND EVALUATED FROM THAT PERSPECTIVE?

01:34PM 7    A.  RIGHT, JUST TO BE FAIR TO THEM, YES.

01:34PM 8    Q.  ALL RIGHT.  IF YOU LOOK AT THE THIRD BULLET POINT, IT

01:34PM 9    LISTS SPECIAL STRENGTHS OF THE TECHNOLOGY.

01:35PM 10        AND IT INDICATES ACCURACY, MINIATURIZATION, FLEXIBILITY,

01:35PM 11   CONNECTIVITY, ADAPTABILITY FOR RESEARCH, AND COST PER STUDY.

01:35PM 12        I THINK YOU WERE ASKED ON YOUR DIRECT EXAMINATION IF

01:35PM 13   ACCURACY WAS IMPORTANT, AND YOU REPLIED THAT IT WAS; CORRECT?

01:35PM 14   A.  CORRECT.

01:35PM 15   Q.  AND POTENTIALLY MINIATURIZATION WAS IMPORTANT TO

01:35PM 16   WALGREENS; CORRECT?

01:35PM 17   A.  PART OF THE VALUE PROPOSITION, AGAIN, AS I UNDERSTAND IT,

01:35PM 18   IS THAT THERANOS WASN'T, THEY WEREN'T REINVENTING HOW LAB GETS

01:35PM 19   DONE.

01:35PM 20        WHAT THEY WERE EFFECTIVELY DOING WAS COMTEMPORIZING IT.

01:35PM 21   SO YOU STILL HAD ANTIGENS, YOU STILL HAD BLOOD, YOU STILL HAD

01:35PM 22   OPTICAL READERS, BUT DOING IT MUCH MORE EFFICIENTLY ON, AGAIN,

01:35PM 23   THAT ANALOGY OF MOVING FROM MAINFRAME TO LAPTOP IN THE LAB

01:35PM 24   SPACE.

01:35PM 25   Q.  OKAY.  AND IF YOU LOOK AT THE FOURTH BULLET POINT, UNDER

01:35PM  1    KEY FINDINGS IT INDICATES, "THE HOPKINS TEAM THOUGHT THAT THE

01:36PM  2    TECHNOLOGY WOULD BE USEFUL IN THE RETAIL CLINIC SETTING, WITH

01:36PM  3    THE PROVISO THAT THE THROUGHPUT FOR AN INDIVIDUAL SAMPLE (30-45

01:36PM  4    MINUTES) WOULD REQUIRE MULTIPLE UNITS PER SITE AND IMPOSE AN

01:36PM  5    UPPER LIMIT FOR GROUP THROUGHPUT."

01:36PM  6         FIRST OF ALL, DO YOU KNOW WHAT THEY'RE REFERRING TO WHEN

01:36PM  7    THEY REFERENCE "GROUP THROUGHPUT"?

01:36PM  8    A.   NOT SPECIFICALLY.  I KNOW MY INTERPRETATION OF THAT.

01:36PM  9    Q.   WHICH WAS WHAT?

01:36PM  10   A.   MY INTERPRETATION OF THE GENERAL OVERALL STATEMENT IS THAT

01:36PM  11   IF YOU LOOK AT THE NUMBER OF PATIENTS YOU MIGHT BE DOING PER

01:36PM  12   DAY AND RECOGNIZE THAT A TEST TAKES 15 OR 20 MINUTES TO DO ON

01:36PM  13   ONE MACHINE, YOUR PATIENT LOAD COULD EXCEED THE CAPABILITY OF

01:36PM  14   ANY SINGLE MACHINE.

01:36PM  15   Q.   SO YOU MIGHT GET A LINE OF SAMPLES WAITING TO BE

01:36PM  16   PROCESSED?

01:36PM  17   A.   CORRECT.

01:36PM  18   Q.   UNDER THE INDICATION -- UNDER THE HEADING ADDITIONAL

01:36PM  19   INFORMATION, IT INDICATES THE FOLLOWING, THAT DR. CLARK -- WHO

01:37PM  20   YOU DON'T KNOW, I ASSUME.

01:37PM  21   A.   I BRIEFLY RECALL DR. CLARK, BUT NOT AS WELL AS I RECALL

01:37PM  22   THE OTHER TWO.

01:37PM  23   Q.   OKAY.  "DR. CLARK INDICATED OVER THE PAST TWO YEARS HE HAS

01:37PM  24   HAD NUMEROUS CONVERSATIONS WITH THERANOS ABOUT UTILIZING THEIR

01:37PM  25   TECHNOLOGY AT JOHNS HOPKINS FOR RESEARCH ACTIVITIES.  THE

01:37PM  1    CONVERSATIONS CONTINUE TO BE FAVORABLE AND BOTH PARTIES WILL

01:37PM  2    CONTINUE TO EXPLORE OPPORTUNITIES FOR COLLABORATION."

01:37PM  3         DO YOU RECALL LEARNING THAT THAT WAS PART OF HOPKINS

01:37PM  4    COMMENTARY AT THE TIME?

01:37PM  5    A.   I RECALL LEARNING THAT, YES.

01:37PM  6    Q.   OKAY.  HOW IMPORTANT WAS THE HOPKINS EVALUATION TO YOU IN

01:37PM  7    YOUR DECISION TO ENTER INTO THE FIRST AGREEMENT WITH THERANOS?

01:37PM  8    A.   I'D SAY JUST A PIECE OF A MOSAIC.  IT'S NOT DEFINITIVE,

01:37PM  9    BUT IT'S ONE OF MANY PIECES THAT FIT TOGETHER.

01:37PM  10   Q.   AND YOU WERE EVALUATING SEVERAL ISSUES; CORRECT?

01:37PM  11   A.   SEVERAL ISSUES?

01:37PM  12   Q.   SEVERAL ISSUES RELATED TO A POTENTIAL DEAL, LIKE BUSINESS

01:37PM  13   MODEL AND SO FORTH?

01:37PM  14   A.   DOES THE TECHNOLOGY WORK?  CAN THE TECHNOLOGY BE SCALED?

01:38PM  15   IS THE BUSINESS MODEL SOUND?  WILL THE ECOSYSTEM OF PAYORS AND

01:38PM  16   PHYSICIANS AND CLINICIANS BE ACCEPTING?  A LOT OF THINGS THAT

01:38PM  17   HAVE TO FIT TOGETHER.

01:38PM  18   Q.   OKAY.  AND SOME OF THAT ANALYSIS WAS DONE BEFORE THE

01:38PM  19   AGREEMENT WAS SIGNED; CORRECT?

01:38PM  20   A.   BEFORE WHICH AGREEMENT?

01:38PM  21   Q.   THE FIRST AGREEMENT BETWEEN WALGREENS AND THERANOS, WHICH

01:38PM  22   WAS IN -- AT THE END OF JULY 2010 I THINK WE'VE ESTABLISHED.

01:38PM  23   A.   SOME.  BUT I WOULD ALSO KIND OF DEFINE DILIGENCE AS SORT

01:38PM  24   OF AN UNFOLDING OVER A COUPLE YEARS, RIGHT.

01:38PM  25        YOU KEEP LEARNING NEW THINGS.  THINGS KEEP CHANGING.  SO

01:38PM 1    DILIGENCE CONTINUES, AND THAT'S ONE REASON THEN WHY YOU HAVE A

01:38PM 2    REVISED AGREEMENT AND THEN AN ADDENDUM TO THAT IS BECAUSE

01:38PM 3    YOU'RE DOING DILIGENCE AND LEARNING THINGS AND YOU'RE TRYING TO

01:38PM 4    BUILD THAT INTO THE BEST THINKING.

01:38PM 5    Q.   OKAY.  NOW, IS IT ALSO THE CASE THAT DURING THE PERIOD OF

01:39PM 6    EVALUATING THE DEAL, WALGREENS LOOKED AT SOME OF THE POTENTIAL

01:39PM 7    REGULATORY ISSUES?

01:39PM 8    A.   WE DID, AND I BELIEVE WE HAD REGULATORY COUNSEL TO HELP

01:39PM 9    WITH THAT ENDEAVOR AS WELL.

01:39PM 10   Q.   IS IT FAIR TO SAY THAT YOUR UNDERSTANDING THAT THOSE

01:39PM 11   ISSUES WERE FAIRLY COMPLEX?

01:39PM 12   A.   THEY'RE CERTAINLY NOT IN MY AREA OF EXPERTISE.

01:39PM 13        BUT, AGAIN, AS I SAID BEFORE, YOU KNOW, ONE AREA OF

01:39PM 14   COMPLEXITY WOULD CERTAINLY BE THIS NOTION OF WHERE IS THE LAB,

01:39PM 15   AND I DON'T THINK THAT THAT HAD BEEN CONTEMPLATED NECESSARILY

01:39PM 16   BEFORE BY REGULATORS.

01:39PM 17   Q.   AND WHEN YOU, WHEN YOU SAY THE ISSUE OF WHERE IS THE LAB,

01:39PM 18   CAN YOU EXPLAIN WHAT THAT MEANS?

01:39PM 19   A.   SURE.  SO YOU HAVE THE EDISON DEVICE WHICH, YOU KNOW,

01:39PM 20   WHICH PROCESSES THE CARTRIDGES AND THE BLOOD INFORMATION; AND

01:39PM 21   THEN THE RESULTS FROM THAT, AFTER THE OPTICAL READER DOES ITS

01:39PM 22   THING, WOULD GO INTO THE CLOUD, WHICH WOULD GO INTO THE

01:39PM 23   PALO ALTO LAB WHERE YOU WOULD HAVE, I ASSUME, PATHOLOGISTS AND

01:40PM 24   DATA AND OTHERS WORKING THERE.

01:40PM 25        SO IF YOU WERE TO PUT AN EDISON, FOR EXAMPLE, IN A

01:40PM 1    WALGREENS, BUT THE INFORMATION IS GOING TO PALO ALTO, IS THE

01:40PM 2    LAB IN WALGREENS?  IS IT IN PALO ALTO?  IS IT IN BOTH?

01:40PM 3         AND THAT WAS THAT ISSUE OF TRYING TO UNDERSTAND THAT.

01:40PM 4    Q.   AND DID YOU UNDERSTAND THAT IF THE LAB WERE CONSIDERED TO

01:40PM 5    BE IN THE STORES, THAT THAT WOULD HAVE SOME REGULATORY

01:40PM 6    CONSEQUENCES?

01:40PM 7    A.   I UNDERSTOOD THAT IT MIGHT.

01:40PM 8    Q.   AND THAT WAS A RESULT OF WHAT THE COMPANY CONTINUED TO

01:40PM 9    LEARN DURING ITS DILIGENCE PROCESS?

01:40PM 10   A.   I THINK -- IF I REMEMBER THE SECOND AGREEMENT, I THINK

01:40PM 11   THERE WAS SOME LANGUAGE AROUND CONTINUING TO DISCUSS WITH

01:40PM 12   REGULATORS, FDA AND OTHERS, THESE CONCEPTS TO GET

01:40PM 13   CLARIFICATION.

01:40PM 14        SO I THINK IT WAS A WORK-IN-PROGRESS ON GETTING THAT

01:40PM 15   CLARIFIED.

01:40PM 16   Q.   OKAY.  AND BEFORE THE FIRST AGREEMENT WAS ENTERED, HOW

01:40PM 17   MANY PEOPLE DO YOU THINK WERE ENGAGED IN ANALYZING THE

01:41PM 18   AGREEMENT AND DILIGENCE RELATED TO IT?

01:41PM 19   A.   BEFORE THE FIRST AGREEMENT?

01:41PM 20   Q.   YES.

01:41PM 21   A.   I MEAN, I SORT OF WOULD BE GUESSING, BUT EIGHT TO TEN AT

01:41PM 22   LEAST INTERNALLY, AND AGAIN, A COUPLE OF DIFFERENT EXTERNAL

01:41PM 23   FIRMS.  SO PROBABLY A DOZEN OR MORE.

01:41PM 24   Q.   OKAY.  BUT ULTIMATELY AT THE END OF JULY 2010, WALGREENS

01:41PM 25   DECIDED TO ENTER INTO AN AGREEMENT WITH THERANOS; CORRECT?

01:41PM 1     A.   YES.

01:41PM 2     Q.   AND AS WE DISCUSSED BEFORE, WHEN THAT AGREEMENT WAS

01:41PM 3     SIGNED, THE PRESUMPTION WAS THAT THE PARTIES WOULD TRY TO PUT

01:41PM 4     THE DEVICES IN THE STORES; CORRECT?

01:41PM 5     A.   I THINK THE PRESUMPTION WAS THAT WE WERE ON A PATH OF

01:41PM 6     WORKING TOGETHER TO FIGURE OUT HOW TO COMMERCIALIZE IT

01:41PM 7     TOGETHER.

01:41PM 8     Q.   OKAY.  LET ME ASK YOU TO PULL BACK UP EXHIBIT 372, WHICH

01:41PM 9     IS THE AGREEMENT THAT WAS SIGNED AT THE END OF JULY.

01:42PM 10        I'LL ASK YOU TO LOOK AT -- AND WE'LL PUT IT ON THE SCREEN

01:42PM 11    AS WELL -- AT PAGE 2.

01:42PM 12        THIS IS ALREADY IN EVIDENCE, YOUR HONOR.

01:42PM 13        PAGE 2 OF THE AGREEMENT, WHICH HAS THE NUMBER 8 IN THE

01:42PM 14    BOTTOM RIGHT-HAND CORNER.

01:42PM 15    A.   OKAY.

01:42PM 16    Q.   AND IT'S ON THE SCREEN.

01:42PM 17        THIS STATES THE BACKGROUND THAT HAS LED TO THE AGREEMENT;

01:42PM 18    CORRECT?

01:42PM 19    A.   IT'S PART OF THE BACKGROUND.  IT'S THE FIRST TWO

01:42PM 20    PARAGRAPHS OF THE BACKGROUND SECTION.

01:42PM 21    Q.   OKAY.  AND THE FIRST PARAGRAPH SAYS, "THERANOS HAS

01:43PM 22    DEVELOPED, AND IS DEVELOPING, GENERATIONS OF MINI-LAB DEVICES

01:43PM 23    THAT CAN RUN ANY BLOOD TEST IN REAL-TIME FOR LESS THAN THE

01:43PM 24    TRADITIONAL COST OF CENTRAL LAB TESTS."

01:43PM 25        DO YOU SEE THAT?

01:43PM  1     A.   YES.

01:43PM  2     Q.   AND DID YOU COME TO UNDERSTAND, AS A RESULT OF THE

01:43PM  3     DISCUSSIONS YOU WERE PART OF, THAT THERANOS HAD ALREADY

01:43PM  4     DEVELOPED SOME GENERATIONS OF A MINILAB?

01:43PM  5     A.   YES.

01:43PM  6     Q.   AND THAT THEY WERE WORKING TO DEVELOP MORE GENERATIONS OF

01:43PM  7     MINILABS?

01:43PM  8     A.   YES.

01:43PM  9     Q.   AND THAT THOSE GENERATIONS HAD DIFFERENT CAPACITIES?

01:43PM  10    A.   TECHNOLOGY IS ALWAYS AN EVOLUTION.

01:43PM  11    Q.   IF YOU LOOK AT PAGE 8 OF THE AGREEMENT, WHICH HAS THE

01:43PM  12    BATES 12 IN THE BOTTOM RIGHT-HAND CORNER.  THIS DESCRIBES --

01:43PM  13    I'LL GIVE YOU A MINUTE TO GET THERE.

01:43PM  14         I'M INTERESTED IN THE PARAGRAPH THAT IS NUMBERED 6, WHICH

01:44PM  15    IS CAPTIONED CARTRIDGE PRE-PURCHASE COMMITMENTS.

01:44PM  16         DO YOU SEE THAT?

01:44PM  17    A.   UH-HUH, YES.

01:44PM  18    Q.   I WANT TO GO TO THE PARAGRAPH THAT DESCRIBES HOW THE

01:44PM  19    ECONOMICS OF THE DEAL WILL WORK, AND THAT'S THE PARAGRAPH THAT

01:44PM  20    BEGINS "THE FIRST 30 MILLION."

01:44PM  21         DO YOU SEE THAT?

01:44PM  22    A.   YES.

01:44PM  23    Q.   AND IT INDICATES THAT "THE FIRST 30 MILLION PRE-PURCHASE

01:44PM  24    PAYMENT WILL BE INVOICED AT THE EFFECTIVE DATE OF THIS

01:44PM  25    AGREEMENT."

01:44PM  1          CORRECT?

01:44PM  2     A.   THAT'S WHAT IT SAYS.

01:44PM  3     Q.   AND THEN IT SAYS "THE SECOND 20 MILLION PAYMENT WILL BE

01:44PM  4     INVOICED AFTER THERANOS OBTAINS ANY AND ALL OFFICIAL, WRITTEN

01:44PM  5     FDA APPROVALS, CLIA-WAIVED STATUS AND ANY OTHER FEDERAL

01:45PM  6     REGULATORY APPROVALS NECESSARY IN ORDER FOR WALGREENS TO

01:45PM  7     COMMENCE UTILIZING THE THERANOS SYSTEM AND CARTRIDGES TO

01:45PM  8     PERFORM TESTS," AND IT GOES ON AND DESCRIBES THE PROGRAM

01:45PM  9     FURTHER.

01:45PM 10          DO YOU RECALL THAT BEING A TERM OF THE AGREEMENT?

01:45PM 11     A.   LOOSELY.  IT'S BEEN 11 YEARS.  I DON'T RECALL IT.

01:45PM 12     Q.   OKAY.  BUT YOU RECALL THAT PRIOR TO THE AGREEMENT THEY HAD

01:45PM 13     NOT OBTAINED THOSE APPROVALS; CORRECT?

01:45PM 14     A.   CORRECT.

01:45PM 15     Q.   AND WITH RESPECT TO CLIA CERTIFICATION, THAT WAS AN

01:45PM 16     APPROVAL THAT THEY OBTAINED, BUT AFTER THE ORIGINAL AGREEMENT;

01:45PM 17     CORRECT?

01:45PM 18     A.   THAT'S CORRECT.  ORIGINALLY THERE WAS DISCUSSION ON CLIA

01:45PM 19     WAIVED VERSUS CLIA APPROVAL, AND ULTIMATELY I BELIEVE THE

01:45PM 20     COMPANY SAID IT HAD TO BE CLIA-APPROVED TO BE ABLE TO MOVE

01:45PM 21     FORWARD.

01:45PM 22     Q.   AND THE LAST SENTENCE READS, "IF THERANOS FAILS TO OBTAIN

01:45PM 23     APPROVALS BY DECEMBER 31ST, 2010, SUCH FAILURE SHALL ENTITLE

01:45PM 24     WALGREENS TO TERMINATE THIS AGREEMENT."

01:46PM 25          SO THAT GAVE THERANOS -- WALGREENS A RIGHT TO VOID THE

01:46PM 1    AGREEMENT IF THERE WAS NOT -- IF THERANOS WAS UNSUCCESSFUL IN

01:46PM 2    OBTAINING THE REGULATORY APPROVALS THAT IT NEEDED; CORRECT?

01:46PM 3    A.   CORRECT.

01:46PM 4    Q.   LET ME ASK YOU TO LOOK NOW AT BATES 22 WITHIN THE

01:46PM 5    AGREEMENT, PAGE 16.

01:46PM 6        I'M SORRY, BATES 22.  IT WILL BE PAGE 18 OF THE AGREEMENT.

01:46PM 7    YEAH.

01:46PM 8        I'M LOOKING AT THE PARAGRAPH THAT IS LABELED 23(B),

01:47PM 9    TERMINATION DUE TO UNSATISFACTORY PILOT.

01:47PM 10       DO YOU SEE THAT?

01:47PM 11   A.   YES.

01:47PM 12   Q.   AND THIS SETS FORTH TERMS UNDER WHICH THE PARTIES MIGHT

01:47PM 13   HAVE THE RIGHT TO TERMINATE IT AFTER AN UNSATISFACTORY PILOT;

01:47PM 14   CORRECT?

01:47PM 15   A.   THAT'S WHAT IT APPEARS TO SAY, YES.

01:47PM 16   Q.   AND THE PILOT PROGRAM IS WHAT YOU DESCRIBED ON YOUR DIRECT

01:47PM 17   EXAMINATION, A ROLLOUT TO A SMALL NUMBER OF STORES TO TEST HOW

01:47PM 18   THE PROGRAM WORKED; CORRECT?

01:47PM 19   A.   CORRECT.

01:47PM 20   Q.   AND BOTH PARTIES HAD THE RIGHT UNDER THE AGREEMENT TO

01:47PM 21   TERMINATE THE RELATIONSHIP IF THEY WERE NOT SATISFIED WITH THE

01:47PM 22   PILOT PROGRAM; CORRECT?

01:47PM 23   A.   I'D HAVE TO READ IT TO BE DEFINITIVE, BUT IF THAT'S WHAT

01:47PM 24   IT SAYS.

01:47PM 25   Q.   WELL, DO YOU RECALL THAT THAT WAS THE NATURE OF THE

01:47PM  1    ARRANGEMENT?

01:47PM  2    A.   AGAIN, IT'S BEEN 11 YEARS, SO WITHOUT GETTING INTO THE

01:47PM  3    SPECIFICS AND REREADING IT.

01:47PM  4    Q.   YEAH, SURE.

01:47PM  5         DO YOU RECALL HAVING A, A CONCERN IN NEGOTIATING THE

01:47PM  6    AGREEMENT OR ENTERING INTO THE AGREEMENT THAT YOU WANTED TO

01:48PM  7    PROTECT WALGREENS IN THE EVENT THAT THINGS DID NOT WORK OUT?

01:48PM  8    A.   I THINK ALL PARTIES DO, ALL AGREEMENTS HAVE THAT MINDSET.

01:48PM  9    Q.   OKAY.  AND SO THAT WAS PART OF HOW YOU WERE THINKING ABOUT

01:48PM 10    DEALING WITH THIS SITUATION; CORRECT?

01:48PM 11    A.   SURE.

01:48PM 12    Q.   AND THAT RELATED TO SOME OF THESE PROVISIONS THAT WOULD

01:48PM 13    ALLOW YOU TO TERMINATE THE AGREEMENT UNDER CERTAIN SCENARIOS;

01:48PM 14    RIGHT?

01:48PM 15    A.   YOU COULD SAY THAT.

01:48PM 16    Q.   OKAY.  I'D LIKE TO ASK YOU NOW TO LOOK AT PAGE 10.

01:49PM 17    ACTUALLY, I WANT TO FLIP TO PAGE 11.

01:49PM 18         AND DO YOU SEE IN THE PARAGRAPH 10(A) THAT THERE'S A

01:49PM 19    LICENSE GRANT TO WALGREENS?

01:49PM 20    A.   YES.

01:49PM 21    Q.   AND WITHOUT REQUIRING US TO READ IT, CAN YOU JUST TAKE A

01:49PM 22    MOMENT TO READ IT AND THEN EXPLAIN WHAT THIS TERM DID.

01:49PM 23         (PAUSE IN PROCEEDINGS.)

01:49PM 24              THE WITNESS:  AGAIN, IT APPEARS THAT IT'S GIVING

01:49PM 25    WALGREENS THE RIGHT TO USE THE THERANOS SOFTWARE.

01:50PM  1    BY MR. DOWNEY:

01:50PM  2    Q.   AND YOU HAD A LICENSE TO DO THAT UNDER THE AGREEMENT?

01:50PM  3    A.   YES, IT APPEARS AS I READ IT.

01:50PM  4    Q.   OKAY.  WAS THAT IMPORTANT TO OBTAIN A LICENSE TO BE ABLE

01:50PM  5    TO USE THE DATA SO THAT WALGREENS MIGHT UTILIZE DATA FOR ITS

01:50PM  6    OWN PURPOSES DISTINCT FROM WHAT THERANOS WAS DOING?

01:50PM  7    A.   I THINK ANY TIME TWO COMPANIES THAT ARE NOT RELATED SHARE

01:50PM  8    INFORMATION AND DATA, THERE'S TYPICALLY SOME TYPE OF AGREEMENT

01:50PM  9    THAT GOVERNS HOW IT'S USED SO IT'S NOT MISUSED.

01:50PM  10   Q.   OKAY.  AND, YOU KNOW, THE PARTIES HAD BEEN NEGOTIATING FOR

01:50PM  11   ABOUT THREE MONTHS, I GUESS, PRIOR TO THE TIME THAT THE

01:50PM  12   AGREEMENT WAS SIGNED.

01:50PM  13        DO YOU RECALL THAT WHEN THE PARTIES SIGNED THE AGREEMENT,

01:50PM  14   THEY INCLUDED A CLAUSE CALLED AN INTEGRATION CLAUSE?

01:50PM  15   A.   I DON'T RECALL THAT.

01:50PM  16   Q.   OKAY.  DO YOU KNOW WHAT AN INTEGRATION CLAUSE IS?

01:50PM  17   A.   NOT SPECIFICALLY.

01:50PM  18   Q.   OKAY.  COULD I ASK YOU TO LOOK AT BATES NUMBER 17.

01:51PM  19        I'M SORRY.  IT'S BATES 23, PAGE 17.

01:51PM  20   A.   OKAY.

01:51PM  21   Q.   AND I WANT TO DIRECT YOUR ATTENTION TO G, THE ENTIRE

01:51PM  22   AGREEMENT.

01:51PM  23        AND DO YOU SEE THAT THIS IS A TERM WHICH PROVIDES "THE

01:51PM  24   TERMS AND CONDITIONS CONTAINED IN THIS AGREEMENT, INCLUDING ALL

01:51PM  25   SCHEDULES, CONSTITUTE THE ENTIRE AGREEMENT BETWEEN THE PARTIES

01:51PM  1    AND SUPERSEDE ALL PREVIOUS AGREEMENTS AND UNDERSTANDINGS,

01:51PM  2    WHETHER ORAL OR WRITTEN, BETWEEN THE PARTIES HERETO WITH

01:51PM  3    RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND NO

01:51PM  4    AGREEMENT OR UNDERSTANDING VARYING OR EXTENDING THE SAME SHALL

01:51PM  5    BE BINDING UPON EITHER PARTY UNLESS IN A WRITTEN DOCUMENT."

01:52PM  6        DO YOU SEE THAT?

01:52PM  7    A.   YES.

01:52PM  8    Q.   AND ARE PROVISIONS LIKE THIS FAIRLY STANDARD IN COMMERCIAL

01:52PM  9    ARRANGEMENTS BETWEEN SOPHISTICATED PARTIES?

01:52PM 10    A.   I'M NOT AN ATTORNEY, BUT IT STANDS TO REASON THAT IF YOU

01:52PM 11    WANT TO MAKE SURE AN AGREEMENT STANDS BY ITSELF VERSUS THE

01:52PM 12    HISTORY OF DIFFERENT AGREEMENTS, THAT MAKES SENSE.

01:52PM 13    Q.   OKAY.  SO AT THIS POINT AFTER THE EXECUTION OF THE

01:52PM 14    AGREEMENT, THIS IS JULY 2010, AND I THINK YOU MENTIONED A

01:52PM 15    SERIES OF STEPS THAT WOULD HAVE TO BE TAKEN TO SEE HOW THE

01:52PM 16    ARRANGEMENT WOULD WORK.  IF I MIGHT USE AN ABBREVIATION, IT'S

01:52PM 17    POST-AGREEMENT DUE DILIGENCE.

01:52PM 18        IS THAT A FAIR TERM?

01:52PM 19    A.   I WOULD ARGUE EVERY STEP OF THE WAY, RIGHT?

01:52PM 20        SO EVEN WHEN YOU GET TO PILOT AND EXPANSION, YOU'RE STILL

01:52PM 21    DOING DUE DILIGENCE ON IS THE BUSINESS MODEL EXPANDABLE AND

01:52PM 22    DOES IT WORK?

01:52PM 23    Q.   AND THAT'S TO EVALUATE WHETHER THIS IS AN ARRANGEMENT THAT

01:52PM 24    YOU WANT TO REMAIN A PARTY TO; CORRECT?

01:52PM 25    A.   RIGHT, AND IF BOTH PARTIES FIND IT VIABLE.

01:53PM  1    Q.   OKAY.  AND AFTER THE AGREEMENT WAS SIGNED, DID WORK WITHIN

01:53PM  2    WALGREENS HAVE TO BE TRANSFERRED FROM THE INNOVATIONS TEAM TO

01:53PM  3    AN OPERATIONS TEAM TO TRY TO BUILD THE PROGRAM UP?

01:53PM  4    A.   WE HAD AN OPERATIONS EXECUTION TEAM, WHATEVER YOU WOULD

01:53PM  5    CALL IT, THAT WE BUILT UP.  WE BROUGHT IN AN EXECUTIVE WHO HAD

01:53PM  6    LAB EXPERIENCE TO BE ON THAT TEAM, AND WE BROUGHT AN EMPLOYEE

01:53PM  7    WHO HAD LAB EXPERIENCE IN THE COMPANY OVER ON THAT TEAM, AND WE

01:53PM  8    BROUGHT A VARIETY OF DIFFERENT TALENTS TO BE ON THAT WORKING

01:53PM  9    TEAM.

01:53PM  10   Q.   OKAY.  SO THERE WAS A LOT THAT WENT INTO THAT OPERATIONS

01:53PM  11   TEAM?

01:53PM  12   A.   THERE WAS A LOT.

01:53PM  13   Q.   AND AMONG THAT IS MARKETING AND BRANDING; CORRECT?

01:53PM  14   A.   FOR THE MOST PART MARKETING AND BRANDING WAS REALLY A

01:53PM  15   THERANOS ACTIVITY.

01:53PM  16   Q.   OKAY.  AND WITH INSURERS AND PAYORS -- YOU RECALL THAT WE

01:54PM  17   TALKED ABOUT THAT BEFORE?

01:54PM  18   A.   YES.

01:54PM  19   Q.   AND IT WAS IMPORTANT TO WORK OUT THE RELATIONSHIPS BETWEEN

01:54PM  20   THERANOS AND THOSE INSURERS AND PAYORS; CORRECT?

01:54PM  21   A.   CORRECT.

01:54PM  22   Q.   AND WAS SOMEONE AT WALGREENS ASSISTING WITH THAT?

01:54PM  23   A.   I BELIEVE THERE WAS WORK DONE ON BOTH SIDES, BOTH THROUGH

01:54PM  24   OUR CONTACTS AND THROUGH THEIR WORK.

01:54PM  25   Q.   OKAY.  AND WAS THERE WORK TO INTEGRATE THE I.T. SYSTEMS OF

01:54PM 1    THERANOS AND WALGREENS?

01:54PM 2    A.   I DON'T KNOW TO WHAT EXTENT INTEGRATE, BUT THERE WAS A LOT

01:54PM 3    OF WORK ON THERANOS'S END TO SUPPORT THE SYSTEM.

01:54PM 4    Q.   AND WITHIN THE BUSINESS MODEL, WAS THERE ALSO AN EFFORT TO

01:54PM 5    TRY TO FIGURE OUT HOW THE CUSTOMER SERVICE COMPONENTS OF THE

01:54PM 6    PROGRAM WOULD WORK?

01:54PM 7    A.   YES.

01:54PM 8    Q.   AND SOME OF THAT RELATED TO WHO WOULD EMPLOY WHO, FOR

01:54PM 9    EXAMPLE?

01:54PM 10   A.   RIGHT, OR JUST IF A POTENTIAL PATIENT WALKS THROUGH THE

01:54PM 11   DOOR WITH A LAB PRESCRIPTION, DO THEY KNOW WHERE TO GO?  ARE

01:54PM 12   THEY GREETED?  ARE THEY RECEIVED?  YOU KNOW, ALL OF THAT FROM

01:54PM 13   HOW A PATIENT PERCEIVES THE EXPERIENCE.

01:54PM 14   Q.   OKAY.  SO ALL OF THOSE ISSUES AND OTHER ISSUES WERE ISSUES

01:55PM 15   ON WHICH THE COMPANIES CONTINUED TO WORK FOR THE REST OF 2010

01:55PM 16   AND 2011; CORRECT?

01:55PM 17   A.   AND I'D ARGUE 2012 AND INTO '13 AS WELL.

01:55PM 18   Q.   BUT AT THE BEGINNING OF 2012, DO YOU RECALL THE

01:55PM 19   DISCUSSIONS BEGAN ABOUT THE MODEL EVOLVING WHERE THE DEVICES

01:55PM 20   WOULD NO LONGER BE PART OF THE -- NO LONGER BE PLACED IN THE

01:55PM 21   STORES BUT WOULD INSTEAD GO IN A CENTRAL LAB?

01:55PM 22   A.   I REMEMBER LOTS OF DISCUSSIONS.  I DON'T REMEMBER IF IT

01:55PM 23   WAS IN 2012.  BUT IT SEEMS TO HAVE MANIFESTED ITSELF INTO A

01:55PM 24   LATER AGREEMENT.

01:55PM 25   Q.   OKAY.  WELL, LET ME JUST ASK YOU TO LOOK AT EXHIBIT 503,

01:55PM 1    THIS IS ALREADY IN EVIDENCE, BUT JUST TO HELP YOU ORIENT

01:55PM 2    YOURSELF RELATIVE TO THE CHRONOLOGY.

01:55PM 3         THIS IS THE POWERPOINT PRESENTATION THAT YOU LOOKED AT ON

01:56PM 4    YOUR DIRECT EXAMINATION, AND I'D JUST DIRECT YOUR ATTENTION

01:56PM 5    FIRST TO -- THIS WAS SENT TO YOU BY DR. ROSAN; CORRECT?

01:56PM 6    A.   THAT'S CORRECT.

01:56PM 7    Q.   AND THIS WAS SOMETHING THAT HE HAD RECEIVED FROM THERANOS;

01:56PM 8    CORRECT?

01:56PM 9    A.   THAT'S WHAT IT APPEARS TO BE.

01:56PM 10   Q.   AND IF YOU GO TO PAGE -- ON THE EXHIBIT NUMBER PAGE 9,

01:56PM 11   WHICH IS THE CENTER NUMBER AT THE BOTTOM.

01:56PM 12        THIS IS A DEMONSTRATIVE THAT BASICALLY SHOWS HOW THE MODEL

01:56PM 13   THAT IS GOING TO BE ADOPTED WOULD WORK; CORRECT?

01:57PM 14   A.   THAT'S CORRECT.

01:57PM 15   Q.   OKAY.  AND TO JUST TAKE THE TOP PORTION OF THE

01:57PM 16   DEMONSTRATIVE, YOU SEE THAT THE FIRST ITEM -- WELL, IT'S

01:57PM 17   LABELED PROJECT NORMANDY PROCESS.

01:57PM 18        DO YOU SEE THAT?

01:57PM 19   A.   YES.

01:57PM 20   Q.   AND PROJECT NORMANDY WAS JUST A REFERENCE TO THE LAUNCH

01:57PM 21   UNDER A MODEL WHERE THE DEVICES WERE NO LONGER IN THE STORES;

01:57PM 22   CORRECT?

01:57PM 23   A.   I DON'T KNOW WHAT THE BASIS WAS FOR CHANGING THE NAME, BUT

01:57PM 24   WHAT BECAME BETA BECAME NORMANDY.  I DON'T KNOW WHY, BUT --

01:57PM 25   Q.   OKAY.  AND ON THE ARROWS ACROSS THERE'S A REFERENCE TO PSC

01:57PM   1    ON THE LEFT-HAND SIDE.

01:57PM   2         DO YOU SEE THAT?

01:57PM   3    A.   CORRECT.

01:57PM   4    Q.   AND IS THAT A REFERENCE TO PATIENT SERVICE CENTER?

01:57PM   5    A.   IT MIGHT BE.  I DON'T RECALL.

01:57PM   6    Q.   OKAY.  AND THEN IT HAS AN ARROW POINTING TOWARDS A CLIA

01:57PM   7    LAB; CORRECT?

01:57PM   8    A.   CORRECT.

01:57PM   9    Q.   AND THEN FROM THE CLIA LAB, THERE'S AN ARROW WITH RESULTS

01:58PM   10   REPORTING; CORRECT?

01:58PM   11   A.   CORRECT.

01:58PM   12   Q.   AND THIS IS SETTING FORTH THE MODEL WHERE TESTING IS DONE

01:58PM   13   IN THE STORE, PATIENT SERVICE CENTER, IT'S TRANSMITTED TO THE

01:58PM   14   CLIA LAB, AND THEN RESULTS ARE REPORTED BACK; CORRECT?

01:58PM   15   A.   THAT'S MY INTERPRETATION.

01:58PM   16   Q.   OKAY.  AND UNDERNEATH EACH OF THESE ITEMS THERE'S A

01:58PM   17   DESCRIPTION OF DIFFERENT ELEMENTS OF THE PROCESS AS YOU MOVE

01:58PM   18   THROUGH TRANSMITTING THE SAMPLE; CORRECT?

01:58PM   19   A.   EFFECTIVELY WHAT HAS TO HAPPEN.

01:58PM   20   Q.   RIGHT.  SO YOU SEE AT THE BOTTOM, FOR EXAMPLE, THAT IT

01:58PM   21   SETS FORTH SHIPPING AND IT INDICATES THAT THE VESSEL IS SHIPPED

01:58PM   22   TO THE THERANOS LAB, AND THAT'S A REFERENCE TO THE BLOOD

01:58PM   23   SAMPLE; CORRECT?

01:58PM   24   A.   YES.

01:58PM   25   Q.   OKAY.  AND THEN I THINK WE TALKED BEFORE ABOUT, YOU KNOW,

01:58PM  1    SOME OF THE NEW FEATURES OF THE AGREEMENT, LIKE REFRIGERATION,

01:58PM  2    AND THAT'S REFERENCED UNDER CLIA LAB; CORRECT?

01:58PM  3    A.   THAT'S CORRECT.

01:58PM  4    Q.   AND THIS WAS ALL PART OF THE DISCUSSION WHEN THE PARTIES

01:59PM  5    BEGAN LOOKING AT A POTENTIAL PROCESS WHERE YOU WOULD SWITCH

01:59PM  6    FROM DEVICES IN THE STORES TO A CENTRAL LAB; CORRECT?

01:59PM  7    A.   YES.

01:59PM  8    Q.   AND THIS STRATEGY WAS DISCUSSED OVER A LONG PERIOD OF

01:59PM  9    TIME; RIGHT?

01:59PM 10    A.   YES.

01:59PM 11    Q.   BUT ULTIMATELY THERE WAS AN AGREEMENT, AND THAT WAS THE

01:59PM 12    AGREEMENT THAT WAS ENTERED INTO LATER IN 2012; CORRECT?

01:59PM 13    A.   YES.

01:59PM 14    Q.   MAY I ASK YOU, AT THIS POINT, HAD YOU BECOME SKEPTICAL OF

01:59PM 15    THE BUSINESS MODEL WHERE DEVICES WOULD BE DEPLOYED IN THE

01:59PM 16    STORES?

01:59PM 17    A.   NO.

01:59PM 18    Q.   OKAY.  WHEN DID YOU START TO EVALUATE THE ECONOMICS ALONG

01:59PM 19    THE LINES OF WHAT YOU DESCRIBED EARLIER?

01:59PM 20    A.   THE ECONOMICS OF HAVING THE DEVICE IN THE LAB?

01:59PM 21    Q.   RIGHT.  RECALL THAT YOU MENTIONED EARLIER THAT FOR SOME

01:59PM 22    STORES IT MIGHT NOT MAKE SENSE TO HAVE A DEVICE?

01:59PM 23    A.   RIGHT.

01:59PM 24    Q.   EVEN IF IT WAS LAWFUL AND OTHERWISE DESIRABLE?

02:00PM 25    A.   RIGHT.

02:00PM 1    Q.   WHEN DID YOU START THINKING ABOUT THAT?

02:00PM 2    A.   PRETTY EARLY IN THE RELATIONSHIP.  I DON'T KNOW EXACTLY

02:00PM 3    WHEN, BUT I THINK I HAD COME TO A CONCLUSION THAT ULTIMATELY

02:00PM 4    YOU MAY HAVE VERY FEW IN STORES BECAUSE IT MIGHT BE MUCH MORE

02:00PM 5    EFFICIENT TO HAVE A SECOND CLIA LAB IN NEW YORK, FOR EXAMPLE,

02:00PM 6    THAT SERVICES 100 STORES THAN HAVING 100 DIFFERENT MACHINES

02:00PM 7    WITH INVENTORY.

02:00PM 8        SO I THINK IN MY MIND PROBABLY -- IT WOULD PROBABLY MORPH

02:00PM 9    OVER TIME TO HAVING MULTIPLE LABS IN DIFFERENT MSA MARKETS, BUT

02:00PM 10   NOT ONE IN EVERY STORE.

02:00PM 11   Q.   AND WHEN YOU SAY MSA, WHAT DOES THAT MEAN?

02:00PM 12   A.   YOU KNOW, LIKE A METROPOLITAN AREA, NEW YORK, OR CHICAGO,

02:00PM 13   OR, YOU KNOW, AGAIN, WHERE YOU HAVE MAYBE ONE LAB SERVICING

02:00PM 14   100, 200, 300 STORES AROUND IT.

02:00PM 15       SO YOU CAN DO VERY EFFICIENT DAILY DELIVERIES AND HAVE

02:00PM 16   TESTS RUN EFFICIENTLY WITH PEOPLE THAT ARE CONSTANTLY PICKING

02:00PM 17   THE RIGHT CARTRIDGE.

02:00PM 18       BUT THAT'S WHERE I THOUGHT THE ECONOMICS WOULD PROBABLY GO

02:01PM 19   OVER TIME TO BE THE BEST FOR BOTH PARTIES.

02:01PM 20   Q.   OKAY.  AND IF YOU LOOK AT EXHIBIT 617 IN YOUR WHITE

02:01PM 21   NOTEBOOK, I JUST WANT TO ASK YOU IF THIS IS THE AGREEMENT WHICH

02:01PM 22   CHANGED THE WAY IN WHICH THE PARTIES WERE PLANNING TO OPERATE.

02:01PM 23   A.   I WOULD SAY THAT THIS, TO MY UNDERSTANDING, WOULD BE BASED

02:01PM 24   ON EVERYTHING THAT HAPPENED IN THE PRIOR, YOU KNOW, TWO YEARS,

02:01PM 25   EVERYTHING THAT WE LEARNED, THIS NOW MEMORIALIZES A NEW

02:01PM   1    AGREEMENT FOR BOTH PARTIES BASED UPON ALL OF THOSE LEARNINGS.

02:01PM   2    Q.   AND IF YOU LOOK AT PAGE 4 OF THE EXHIBIT, IT SETS FORTH A

02:01PM   3    SCHEDULE, WHICH IS THE PROGRAM OVERVIEW.

02:01PM   4         DO YOU SEE THAT?

02:01PM   5    A.   I DO.

02:02PM   6    Q.   AND IF YOU WOULD GO TO THE THIRD SENTENCE -- THE THIRD

02:02PM   7    PARAGRAPH LABELLED PHASED DISRUPTION.

02:02PM   8         AND IF YOU LOOK AT THE THIRD SENTENCE, IT SAYS,

02:02PM   9    "NOTWITHSTANDING THE PREVIOUS, THE PARTIES ACKNOWLEDGE THE

02:02PM  10    MUTUAL DESIRE TO BRING THERANOS'S TECHNOLOGY TO MARKET AS

02:02PM  11    QUICKLY AS IS REASONABLY POSSIBLE.  WITH THAT IN MIND, AT THE

02:02PM  12    COMMENCEMENT OF THIS AGREEMENT, IT IS THE PARTIES' INTENTION

02:02PM  13    FOR WALGREENS TO ACT AS A PATIENT SERVICE CENTER AND COLLECT

02:02PM  14    BLOOD SAMPLES VIA FINGERSTICK TECHNOLOGY, SMALL SAMPLES OF

02:02PM  15    URINE, SALIVA, FECES, OR SWABS, WITH LABORATORY TESTING TO BE

02:02PM  16    PERFORMED BY THERANOS AT A CLIA CERTIFIED OFFSITE LABORATORY."

02:02PM  17         CORRECT?

02:02PM  18    A.   CORRECT.

02:02PM  19    Q.   AND SO FROM THE DATE OF THIS AGREEMENT FORWARD, THE

02:02PM  20    UNDERSTANDING WAS THAT THIS IS HOW THE PROGRAM WITH WALGREENS

02:03PM  21    AND THERANOS WOULD WORK, AT LEAST UNTIL WALGREENS GOT CERTAIN

02:03PM  22    REGULATORY APPROVAL -- AT LEAST UNTIL THERANOS GOT CERTAIN

02:03PM  23    REGULATORY APPROVALS?

02:03PM  24    A.   CORRECT.

02:03PM  25    Q.   AND I THINK FROM THIS PROGRAM FORWARD IN THE MIDDLE OF

02:03PM 1    2012, YOU WERE WORKING TOWARDS THE LAUNCH THAT ULTIMATELY

02:03PM 2    HAPPENED IN THE LATTER PART OF 2013; CORRECT?

02:03PM 3    A.   CORRECT.

02:03PM 4    Q.   NOW, AT THE TIME OF THE ORIGINAL AGREEMENT, THE

02:03PM 5    CONTEMPLATION WAS THAT ULTIMATELY THE PARTIES WOULD WORK

02:03PM 6    TOWARDS A NATIONAL ROLLOUT OF THERANOS TECHNOLOGY; CORRECT?

02:04PM 7    A.   YES, WITH THE PREREQUISITE BEING EVERYTHING WORKING AS

02:04PM 8    PLANNED.

02:04PM 9    Q.   BUT THAT WAS AN OBJECTIVE OF THE AGREEMENT; CORRECT?

02:04PM 10   A.   YES.

02:04PM 11   Q.   AND WHEN THIS -- WHEN THE 2012 AGREEMENT WAS SIGNED, IT

02:04PM 12   REFERENCED EXPECTATIONS AS TO HOW THE ROLLOUT WOULD WORK;

02:04PM 13   CORRECT?

02:04PM 14   A.   THAT'S CORRECT.

02:04PM 15   Q.   AND LET ME JUST DRAW THAT UP IN EXHIBIT 617, AND THAT'S AT

02:04PM 16   SCHEDULE F, WHICH IS BATES 53.

02:04PM 17        AND IF YOU LOOK UNDER NUMBER 2, THAT SETS FORTH WHAT THE

02:04PM 18   PROGRAM OBJECTIVES WERE; CORRECT?

02:05PM 19   A.   CORRECT.

02:05PM 20   Q.   AND IF YOU LOOK UNDER A, IT DESCRIBES HOW THE TESTING WILL

02:05PM 21   WORK, ET CETERA, AND IT SAYS, "IT WILL INTRODUCE A MORE

02:05PM 22   COST-EFFECTIVE, BLOOD TESTING SERVICE AT WALGREENS STORES AND

02:05PM 23   WALGREENS'S OTHER CLINICAL OPERATIONS NATIONWIDE (WHICH, BY

02:05PM 24   EXAMPLE, INCLUDE BUT ARE NOT LIMITED TO)," AND IT DESCRIBES

02:05PM 25   INFUSION CENTERS AND OTHER CLINICS; CORRECT?

02:05PM   1      A.   CORRECT.

02:05PM   2      Q.   AND FROM THAT AGREEMENT, FROM THAT TIME UNTIL THE TIME

02:05PM   3   SHORTLY BEFORE THE LAUNCH, THE PARTIES CONTINUED TO DISCUSS A

02:05PM   4   POTENTIAL SCHEDULE FOR A NATIONWIDE ROLLOUT; CORRECT?

02:05PM   5      A.   CORRECT.

02:05PM   6      Q.   AND THERE WERE DIFFERENT IDEAS AT VARIOUS TIMES AS TO HOW

02:05PM   7   THAT ROLLOUT MIGHT WORK; CORRECT?

02:06PM   8      A.   CORRECT.

02:06PM   9      Q.   AND IF YOU LOOK AT -- IN YOUR BLACK BINDER NOW AT

02:06PM  10   EXHIBIT 7312.

02:06PM  11      A.   IS THAT BINDER 2 OR BINDER 1?

02:06PM  12      Q.   IT'S THE BINDER THAT SHOULD HAVE --

02:06PM  13      A.   BINDER 2 I THINK.

02:06PM  14      Q.   YEAH.

02:06PM  15           THIS IS AN EMAIL FROM MS. HOLMES TO YOU; CORRECT?

02:06PM  16      A.   YES.

02:06PM  17      Q.   AND SHE ATTACHED TO THIS A POWERPOINT THAT SETS FORTH A

02:07PM  18   PROPOSED ROLLOUT PLAN; CORRECT?

02:07PM  19      A.   CORRECT.

02:07PM  20      Q.   AND YOU LOOKED AT THIS ON YOUR DIRECT EXAMINATION;

02:07PM  21   CORRECT?

02:07PM  22      A.   CORRECT.

02:07PM  23           MR. DOWNEY:  YOUR HONOR, I THINK I'VE USED A

02:07PM  24   DIFFERENT EXHIBIT NUMBER FOR AN EXHIBIT ALREADY MENTIONED, BUT

02:07PM  25   I THINK SINCE THE WITNESS IS OPEN TO THERE, WITH THE

02:07PM  1    STIPULATION OF THE GOVERNMENT, I'LL AGREE TO MODIFY THAT NUMBER

02:07PM  2    LATER.

02:07PM  3              THE COURT:  ALL RIGHT.  MR. SCHENK?  I THINK --

02:07PM  4    YOU'D LIKE TO INTRODUCE THIS NOW OR HAVE THIS WITNESS --

02:07PM  5              MR. DOWNEY:  I THINK IT'S ACTUALLY ALREADY IN

02:07PM  6    EVIDENCE.

02:07PM  7              THE COURT:  OKAY.  DO WE KNOW THE NUMBER?

02:07PM  8         LET'S ALLOW YOU TO GO FORWARD WITH THIS.  WE'LL GET THE

02:07PM  9    NUMBER IN A SECOND.

02:07PM  10   BY MR. DOWNEY:

02:07PM  11   Q.   WELL, IN AN ABUNDANCE OF CAUTION, LET ME SAY, IS THIS AN

02:07PM  12   EMAIL COMMUNICATION FROM MS. HOLMES TO YOU IN AUGUST OF 2013?

02:07PM  13   A.   YES.

02:07PM  14   Q.   AND SHE ATTACHED HERE A POWERPOINT THAT SETS FORTH A

02:07PM  15   WALGREENS DEPLOYMENT PLAN?

02:08PM  16   A.   A PROPOSAL.

02:08PM  17   Q.   AND THIS WAS HER PROPOSAL AS TO HOW A ROLLOUT OF THERANOS

02:08PM  18   MIGHT WORK IN STORES ACROSS THE COUNTRY; CORRECT?

02:08PM  19   A.   CORRECT.

02:08PM  20   Q.   AND SHE WAS SENDING THIS TO YOU FOR YOUR COMMENT AND

02:08PM  21   REACTION AND FEEDBACK; CORRECT?

02:08PM  22   A.   I THINK YOU'D HAVE TO ASK HER, BUT AT LEAST FOR MY

02:08PM  23   INFORMATION.

02:08PM  24   Q.   OKAY.  WELL, THAT'S WHAT YOU UNDERSTOOD.  THIS WAS A

02:08PM  25   DOCUMENT PROPOSING HOW IT MIGHT WORK; CORRECT?

02:08PM   1    A.   RIGHT.

02:08PM   2    Q.   AND IF YOU LOOK AT THE SECOND PARAGRAPH OF THE EMAIL, SHE

02:08PM   3    SAYS, "WE HAVE CEMENTED WHAT WE BELIEVE TO BE THE MOST

02:08PM   4    EFFECTIVE ROLLOUT STRATEGY FOR REALIZING BROAD NATIONAL SCALE

02:08PM   5    AS FAST AS POSSIBLE."

02:08PM   6         THE COURT:   LET ME STOP YOU THERE.   I DON'T THINK

02:08PM   7    THIS IS IN EVIDENCE YET.   I DON'T BELIEVE IT IS.

02:08PM   8         MR. DOWNEY:   OKAY.   WELL, YOUR HONOR, I MOVE THE

02:08PM   9    ADMISSION OF 7312.

02:08PM  10         MR. SCHENK:   NO OBJECTION.   I BELIEVE 971 --

02:08PM  11         THE COURT:   971?

02:08PM  12         MR. SCHENK:   971.

02:08PM  13         MR. DOWNEY:   IN THE EVENT THERE IS SOME DEVIATION,

02:08PM  14    I'LL USE 7312 FOR NOW.

02:09PM  15         THE COURT:   7312.   UNDERSTOOD.   SO IT'S ADMITTED,

02:09PM  16    AND IT MAY BE PUBLISHED.

02:09PM  17         (DEFENDANT'S EXHIBIT 7312 WAS RECEIVED IN EVIDENCE.)

02:09PM  18    BY MR. DOWNEY:

02:09PM  19    Q.   SO IN THAT SECOND PARAGRAPH SHE TALKS ABOUT EFFECTIVELY A

02:09PM  20    ROLLOUT STRATEGY FOR A BROAD NATIONAL ROLLOUT; CORRECT?

02:09PM  21    A.   YES.

02:09PM  22    Q.   AND IF YOU LOOK AT THE DATE OF THIS, THIS IS AUGUST 7TH,

02:09PM  23    2013; CORRECT?

02:09PM  24    A.   CORRECT.

02:09PM  25    Q.   AND THAT IS ABOUT A MONTH BEFORE THERANOS AND WALGREENS

02:09PM 1    WOULD ANNOUNCE THEIR PARTNERSHIP PUBLICLY --

02:09PM 2              THE COURT:  JUST A MOMENT.  I DON'T THINK IT'S ON

02:09PM 3    OUR SCREEN.

02:09PM 4              MR. DOWNEY:  OH, I BEG YOUR PARDON.

02:09PM 5              THE CLERK:  LET ME DO A RESET.  ONE MOMENT.

02:09PM 6              THE COURT:  WE'RE GOING TO RESET THE SYSTEM SO IT

02:09PM 7    WILL HOPEFULLY CATCH UP.

02:10PM 8          (PAUSE IN PROCEEDINGS.)

02:10PM 9              JUROR:  JUST ONE.

02:10PM 10             THE COURT:  I THINK ALL OF THE MONITORS ARE UP, SO

02:10PM 11   SORRY FOR THE SCOREBOARD BREAKDOWN.

02:10PM 12   BY MR. DOWNEY:

02:10PM 13   Q.   SORRY.  WE WERE DISCUSSING AN EMAIL OF A NATIONAL ROLLOUT

02:11PM 14   PLAN FROM MS. HOLMES TO YOU IN AUGUST OF 2013.

02:11PM 15        AND JUST TO MAKE SURE THAT WE'RE ORIENTED TO THE SCHEDULE,

02:11PM 16   THIS IS ABOUT A YEAR BEFORE YOU LEAVE WALGREENS; CORRECT?

02:11PM 17   A.   CORRECT.

02:11PM 18   Q.   AND IT'S SHORTLY BEFORE THE CONSUMER LAUNCH OF THERANOS;

02:11PM 19   CORRECT?

02:11PM 20   A.   CORRECT.

02:11PM 21   Q.   AND MS. HOLMES WAS PROPOSING THAT THERE BE A SCHEDULE AS

02:11PM 22   SET FORTH IN THE ATTACHED POWERPOINT TO THIS; CORRECT?

02:11PM 23   A.   CORRECT.

02:11PM 24   Q.   AND IN THE SECOND PARAGRAPH OF THE COVER EMAIL, SHE SAYS,

02:11PM 25   "WE HAVE CEMENTED WHAT WE BELIEVE TO BE THE MOST EFFECTIVE

02:11PM 1    ROLLOUT STRATEGY FOR REALIZING BROAD NATIONAL SCALE AS FAST AS

02:11PM 2    POSSIBLE."

02:11PM 3        DO YOU SEE THAT?

02:11PM 4    A.   YES.

02:11PM 5    Q.   AND YOU LOOKED AT THIS DURING YOUR DIRECT EXAMINATION, BUT

02:11PM 6    IF YOU GO TO THE FIFTH PARAGRAPH, SHE SETS FORTH THAT THERE IS

02:12PM 7    A SIGNIFICANT AMOUNT OF WORK THAT THE WALGREENS TEAM WILL HAVE

02:12PM 8    TO DO, INCLUDING ESTABLISHING A MORE ROBUST FORMAL TECHNICIAN

02:12PM 9    TRAINING PROGRAM AND PREPARING SPACE IN NEW YORK CITY, ET

02:12PM 10   CETERA; CORRECT?

02:12PM 11   A.   CORRECT.

02:12PM 12   Q.   AND SO THIS EMAIL WAS ONE IN WHICH SHE WAS RAISING WHAT

02:12PM 13   THERANOS WAS ASKING WALGREENS TO DO; CORRECT?

02:12PM 14   A.   CORRECT.

02:12PM 15   Q.   OKAY.  AND HER PROPOSAL IS SET FORTH IN THE ATTACHMENT, SO

02:12PM 16   IF YOU GO TO THE PAGE OF THE POWERPOINT THAT HAS A 2 AT THE

02:13PM 17   BOTTOM LABELLED EXECUTIVE SUMMARY.

02:13PM 18       DO YOU HAVE THAT?

02:13PM 19   A.   YES.

02:13PM 20   Q.   AND SHE SETS FORTH A PLAN UNDER WHICH THERANOS WOULD OPEN

02:13PM 21   ON A SMALL SCALE CERTAIN LOCATIONS IN ARIZONA IN THE NEAR

02:13PM 22   FUTURE; CORRECT?

02:13PM 23   A.   YES.

02:13PM 24   Q.   AND THEN SHE PROPOSED THAT IN THE FOURTH QUARTER

02:13PM 25   THERANOS'S PRESENCE BE EXPANDED IN PHOENIX AND NEW YORK;

02:13PM   1      CORRECT?

02:13PM   2      A.   CORRECT.

02:13PM   3      Q.   AND THEN SHE PROPOSED THAT THROUGHOUT 2014 THERANOS AND

02:13PM   4      WALGREENS WOULD EXECUTE A NATIONAL ROLLOUT STRATEGY; CORRECT?

02:13PM   5      A.   CORRECT.

02:13PM   6      Q.   AND IF YOU LOOK AT THE PAGES THAT FOLLOW AND JUST SCROLL

02:14PM   7      THROUGH THEM, YOU SEE THAT SHE WAS PROPOSING THE LOCATIONS IN

02:14PM   8      THE DARKER COLOR AS TO WHAT -- WHICH STATES WOULD LAUNCH IN

02:14PM   9      WHICH QUARTER; CORRECT?

02:14PM   10     A.   CORRECT.

02:14PM   11     Q.   AND SHE PROPOSED THAT BY THE END OF THE YEAR THAT THERANOS

02:14PM   12     BE IN ABOUT 60 -- 6,250 WALGREENS STORES AT THE END OF THE YEAR

02:14PM   13     2014; CORRECT?

02:14PM   14     A.   CORRECT.

02:14PM   15     Q.   AND YOU RESPONDED TO THIS EMAIL AFTER RECEIVING IT

02:14PM   16     INTERNALLY IN EXHIBIT 971, AND MR. SCHENK SHOWED YOU THAT ON

02:15PM   17     YOUR DIRECT EXAMINATION; CORRECT?

02:15PM   18     A.   CORRECT.

02:15PM   19     Q.   AND YOU'RE HAVING A DIALOGUE INTERNALLY AT WALGREENS HERE;

02:15PM   20     CORRECT?

02:15PM   21     A.   CORRECT.

02:15PM   22     Q.   AND YOU DISCUSSED WITH MR. SCHENK THE LAST SENTENCE WHERE

02:15PM   23     YOU SAY "I'M NOT WORRIED ABOUT THEM OR LABS... I'M WORRIED

02:15PM   24     ABOUT US," WITH A FROWN.

02:15PM   25          I JUST WANT TO ASK YOU, WHAT DOES "LABS" REFER TO THERE?

02:15PM  1    A.   I THINK I'M NOT WORRIED ABOUT THEM OR THE EFFICACY OF

02:15PM  2    THEIR LAB EQUIPMENT.

02:15PM  3    Q.   BUT YOU'RE WORRIED ABOUT WALGREENS; CORRECT?

02:15PM  4    A.   RIGHT, BECAUSE SHE'S OUTLINED AT LEAST FOUR AREAS WHERE I

02:15PM  5    THINK IT'S IMPLICIT THAT SHE'S SAYING THAT WE'RE NOT DOING OUR

02:15PM  6    PART.

02:15PM  7    Q.   OKAY.  LET ME ASK YOU TO LOOK NOW AT EXHIBIT 1083, AND MY

02:16PM  8    QUESTION WILL BE WHETHER THIS IS A RESPONSE TO YOUR PROPOSAL?

02:16PM  9    A.   WHICH BOOK IS IT IN?

02:16PM  10   Q.   I THINK IT SHOULD BE 2.

02:16PM  11        THE CLERK:  IS THAT 1083, COUNSEL?

02:16PM  12        MR. DOWNEY:  YES.  THIS IS A NEW EXHIBIT.

02:16PM  13        THE CLERK:  DO YOU MEAN 10,000 --

02:16PM  14        MR. DOWNEY:  NO 1-0-8-3.  1083.

02:16PM  15   Q.   AND IS THIS AN EMAIL FROM YOU TO MS. HOLMES SETTING FORTH

02:16PM  16   A PROPOSAL ABOUT THE THERANOS-WALGREENS RELATIONSHIP?

02:16PM  17   A.   THIS IS.

02:16PM  18   Q.   OKAY.  AND IF YOU LOOK ON THE COVER --

02:17PM  19        WELL, YOUR HONOR, I MOVE THE ADMISSION OF EXHIBIT 1083.

02:17PM  20        MR. SCHENK:  NO OBJECTION.

02:17PM  21        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:17PM  22        (GOVERNMENT'S EXHIBIT 1083 WAS RECEIVED IN EVIDENCE.)

02:17PM  23   BY MR. DOWNEY:

02:17PM  24   Q.   LOOK AT THE COVER EMAIL.  YOU INDICATE TO MS. HOLMES THAT,

02:17PM  25   "ATTACHED IS THE CONCEPTUAL FRAMEWORK I SHARED LAST NIGHT.

02:17PM 1     TAKE A LOOK AND LET ME KNOW YOUR IDEAS OF HOW YOU MIGHT MODIFY,

02:17PM 2     ET CETERA."

02:17PM 3          AND THIS APPARENTLY FOLLOWED A CONVERSATION THAT YOU HAD

02:17PM 4     WITH MS. HOLMES?

02:17PM 5     A.   CORRECT.

02:17PM 6     Q.   AND AMONG THE ISSUES THAT YOU WERE DISCUSSING WAS THE

02:17PM 7     TIMELINE FOR ROLLING OUT THERANOS IN WALGREENS STORES; CORRECT?

02:17PM 8     A.   RIGHT.  THE CRUX OF THIS DISCUSSION WAS ACTUALLY THERANOS

02:17PM 9     WAS WANTING US TO CREATE A VERY HIGH-LEVEL PATIENT EXPERIENCE

02:18PM 10    IN ALL OF OUR PHARMACIES AKIN TO WHAT EVERY SAFEWAY HAD DONE,

02:18PM 11    AND WE HAD DONE SOME THINKING AND SOME WORK TO SAY, YOU KNOW,

02:18PM 12    IT'S NOT REALLY PRACTICAL, IT WOULD BE VERY EXPENSIVE, BUT

02:18PM 13    PERHAPS A TIERING SYSTEM OF WHAT WE THINK WOULD BE THE MOST,

02:18PM 14    THE HEAVIEST USE STORES VERSUS THE LIGHTEST AND MAYBE WE COULD

02:18PM 15    ALIGN IN TERMS OF REALLY BUILDING THE EXPERIENCE TO SUIT THE

02:18PM 16    SPECIFIC STORE ENVIRONMENT.

02:18PM 17    Q.   OKAY.  SO YOU -- THERANOS THOUGHT SOME STORES WERE MORE

02:18PM 18    DESIRABLE TO BE LOCATED IN THAN OTHERS?

02:18PM 19    A.   WELL, I THINK THAT WAS AT LEAST OUR PROPOSAL IS THAT WE

02:18PM 20    REALLY SHOULDN'T DO A ONE-SIZE-FITS-ALL.  SOME STORES WE COULD

02:18PM 21    USE THE CLINIC AND SOME WE MIGHT BUILD OUT A SPACE, BUT OTHERS

02:18PM 22    PERHAPS JUST A SCREEN WOULD BE GOOD ENOUGH.

02:18PM 23    Q.   OKAY.  AND SO YOU, YOU RANKED CERTAIN STORES AND INDICATED

02:19PM 24    THAT BY COLOR; CORRECT?

02:19PM 25    A.   I BELIEVE IT WAS -- I DON'T KNOW IF IT WAS A GOLD, SILVER,

02:19PM   1    BRONZE SYSTEM OR SOME KIND OF A THREE-TIER SYSTEM I RECALL.

02:19PM   2    Q.   OKAY.  IN GOLD STORES YOU MIGHT HAVE A FULLER FACILITY?

02:19PM   3    A.   THE BEST OF THE BEST EXPERIENCE THAT WE COULD PROVIDE.

02:19PM   4    Q.   AND IN THE SILVER YOU MIGHT HAVE A PRIVATE BATHROOM, BUT

02:19PM   5    IT WOULD NOT BE AS NICE AS THE GOLD; CORRECT?

02:19PM   6    A.   CORRECT.

02:19PM   7    Q.   AND THEN THE BRONZE WOULD BE THE STORES WITH JUST THE

02:19PM   8    SCREENS?

02:19PM   9    A.   THAT'S MY RECOLLECTION.

02:19PM   10   Q.   AND YOU WERE MAKING A PROPOSAL HERE AS TO HOW MANY STORES

02:19PM   11   WOULD BE WITHIN EACH TIER; CORRECT?

02:19PM   12   A.   YES.

02:19PM   13   Q.   AND YOU WERE PROPOSING HOW THOSE LOCATIONS MIGHT BE ROLLED

02:19PM   14   OUT; CORRECT?

02:19PM   15   A.   CORRECT.

02:19PM   16   Q.   AND IN THE PARAGRAPH LABELED 1, YOU SET FORTH THE SCALE

02:19PM   17   TIMELINE AND VOLUME AND SPACE COMMITMENTS THAT YOU WERE

02:20PM   18   PROPOSING; CORRECT?

02:20PM   19   A.   CORRECT.  EVERYTHING PREDICATED ON THE TECHNOLOGY WORKING

02:20PM   20   AND THE PILOTS BEING SUCCESSFUL.

02:20PM   21   Q.   OKAY.  AND SO YOU PROPOSED THAT AFTER COMPLETION OF THE

02:20PM   22   PILOT, WALGREENS WAS WILLING TO COMMIT TO DEVELOPING SERVICES,

02:20PM   23   LAB SERVICES AT 1500 LOCATIONS WITHIN THE FIRST YEAR; CORRECT?

02:20PM   24   A.   ASSUMING IT WAS SUCCESSFUL, YES.

02:20PM   25   Q.   AND THAT WAS MORE THAN SHE HAD PROPOSED; CORRECT?

02:20PM 1      A.   I'D HAVE TO GO BACK AND CHECK HER NOTES.

02:20PM 2      Q.   OKAY.  BUT IN THE SECOND YEAR, YOU WOULD ROLL OUT AN

02:20PM 3      ADDITIONAL 1500 LOCATIONS; CORRECT?

02:20PM 4      A.   THAT'S WHAT IT SAYS HERE.

02:20PM 5      Q.   OKAY.  AND YOU JUST SET FORTH BELOW THE ALLOCATION OF

02:20PM 6      THOSE AMONGST THE GOLD, SILVER, AND BRONZE RANKING; CORRECT?

02:21PM 7      A.   CORRECT.

02:21PM 8      Q.   AND IF YOU GO TO THE NEXT PAGE OF THE EXHIBIT, YOU SET

02:21PM 9      FORTH AN INNOVATION FEE PAYMENT SCHEDULE.

02:21PM 10          WHAT WAS THE INNOVATION FEE A REFERENCE TO?

02:21PM 11     A.   AGAIN, THIS WAS THIS HUNDRED MILLION DOLLARS WHICH WE

02:21PM 12     TALKED ABOUT EARLIER WHICH WERE PAYMENTS TO BE STAGED THAT

02:21PM 13     EFFECTIVELY THERANOS WOULD BE ABLE TO USE MORE OR LESS AS

02:21PM 14     WORKING CAPITAL TO INVEST IN THE SCALEUP, AND THEN I BELIEVE

02:21PM 15     BASED UPON WHAT DEGREE OF VOLUME OVER TIME THOSE FEES TO SOME

02:21PM 16     DEGREE WOULD BE PAID BACK OR NOT.

02:21PM 17     Q.   OKAY.  AND THIS SETS FORTH A PROPOSAL AS TO THOSE PAYMENTS

02:21PM 18     OCCURRING OVER THE REST OF THE CALENDAR YEAR 2013; CORRECT?

02:21PM 19     A.   CORRECT.  AND AGAIN, AS I RECALL, ELIZABETH WAS ASKING IF

02:21PM 20     WE COULD AGAIN EXPEDITE THESE PAYMENTS IN ORDER TO HELP THEIR

02:21PM 21     ABILITY TO SCALE THE CARTRIDGES AND THE INFRASTRUCTURE.

02:22PM 22     Q.   AND WAS IT ALSO AN ELEMENT OF THIS AGREEMENT THAT YOU WERE

02:22PM 23     PROPOSING THAT YOU WOULD ASSIST THERANOS WITH LAUNCHING

02:22PM 24     INTERNATIONALLY AND OPENING STORES ABROAD?

02:22PM 25     A.   I BELIEVE THERE WAS A LOOSE AGREEMENT TO MAYBE DO

02:22PM   1    SOMETHING WITH ALLIANCE BOOTS, BUT IT WAS, I BELIEVE IT WAS --

02:22PM   2    WELL, HERE'S THE COMMENT TO ASSIST THEM, BUT IT WASN'T

02:22PM   3    DEFINITIVE.

02:22PM   4        ALLIANCE BOOTS WAS INDEPENDENT AT THE TIME, SO THERE WAS

02:22PM   5    NO WAY THAT WE COULD, YOU KNOW, GUARANTEE OR MANDATE, BUT WE

02:22PM   6    COULD MAKE INTRODUCTIONS.

02:22PM   7    Q.   AND ALL OF THESE -- SO, IN OTHER WORDS, WALGREENS HAD AN

02:22PM   8    AFFILIATION WITH ALLIANCE BOOTS AND YOU WERE GOING TO USE THAT

02:22PM   9    RELATIONSHIP TO ENCOURAGE THE OPENING OF STORES OVERSEAS; IS

02:22PM   10   THAT RIGHT?

02:22PM   11   A.   RIGHT.  WE HAD A MINORITY INVESTMENT STAKE.

02:22PM   12   Q.   OKAY.  AND THE DOCUMENTS THAT WE JUST LOOKED AT, THEY'RE

02:23PM   13   BASICALLY PART OF THE NEGOTIATION BETWEEN THERANOS AND

02:23PM   14   WALGREENS AS TO HOW A ROLLOUT WOULD WORK; CORRECT?

02:23PM   15   A.   CORRECT.

02:23PM   16       I THINK IT'S SAFE TO SAY WHEN YOU'RE DOING SOMETHING NEW

02:23PM   17   TO THE WORLD, THINGS CHANGE, AND IT NEEDS TO KEEP BEING

02:23PM   18   REFLECTED THAT IT'S THE BEST AGREEMENT FOR BOTH PARTIES.

02:23PM   19   Q.   AND YOU CONTINUED TO NEGOTIATE THAT AGREEMENT THROUGHOUT

02:23PM   20   THE REMAINDER OF 2013; CORRECT?

02:23PM   21   A.   I DON'T RECALL.  I BELIEVE THERE WAS AN ADDENDUM THAT

02:23PM   22   REFLECTED WHAT YOU'VE SHOWN ME, BUT I DON'T RECALL IF THERE WAS

02:23PM   23   ANOTHER AGREEMENT OR NOT.

02:23PM   24   Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 1387, WHICH WOULD

02:23PM   25   BE IN NUMBER 2, THE DEFENSE BINDER.

02:24PM  1          I BEG YOUR PARDON.  IT'S ACTUALLY IN YOUR WHITE BINDER.

02:24PM  2                 THE COURT:  1387?

02:24PM  3                 MR. DOWNEY:  1387.

02:24PM  4                 THE COURT:  THERE IS SUCH A DOCUMENT IN THE BLACK

02:24PM  5     BINDER.

02:24PM  6                 MR. DOWNEY:  YOU HAVE A BETTER BLACK BINDER THAN I

02:24PM  7     DO.

02:24PM  8     Q.  MY QUESTION TO YOU SIMPLY, MR. MIQUELON, IS, IS THIS THE

02:24PM  9     AGREEMENT THAT WAS ENTERED INTO BETWEEN THERANOS AND WALGREENS

02:24PM  10    THAT WAS DESIGNED TO ADDRESS THERANOS'S ROLLOUT IN WALGREENS

02:25PM  11    STORES?

02:25PM  12    A.  I BELIEVE SO.

02:25PM  13    Q.  AND IF YOU LOOK AT PAGE 2 OF THAT EXHIBIT, THE FIRST

02:25PM  14    PARAGRAPH IS NATIONAL, NUMBER 1 SAID NATIONAL ROLLOUT, NEW

02:25PM  15    MARKET ENTRY, AND IT INDICATES THE PARTIES SHALL WORK TOGETHER

02:25PM  16    TO DEVELOP A FORECAST --

02:25PM  17                 MR. SCHENK:  YOUR HONOR, BEFORE WE READ THE

02:25PM  18    DOCUMENT, LET'S MOVE IT INTO EVIDENCE.  NO OBJECTION.

02:25PM  19                 MR. DOWNEY:  I BEG YOUR PARDON.

02:25PM  20        YES, I DO MOVE IT INTO EVIDENCE.

02:25PM  21                 THE COURT:  IT'S IN EVIDENCE AND IT MAY BE

02:25PM  22    PUBLISHED.

02:25PM  23                 MR. DOWNEY:  I MISTAKENLY THOUGHT HE HAD SHOWN THE

02:25PM  24    WITNESS THE DOCUMENT.

02:25PM  25          (GOVERNMENT'S EXHIBIT 1387 WAS RECEIVED IN EVIDENCE.)

BY MR. DOWNEY:

Q.   IF YOU LOOK AT THE FIRST PARAGRAPH, IT SAYS, "THE PARTIES

SHALL WORK TOGETHER TO DEVELOP A FORECAST THAT DETAILS THE

ANTICIPATED ROLLOUT DATES FOR THERANOS SERVICES IN INDIVIDUAL

U.S. STATES/TERRITORIES," ET CETERA.

     AND THEN THE SECOND SENTENCE SAYS, "THE PARTIES ARE

COMMITTED TO TAKING ALL STEPS REASONABLY NECESSARY TO ENSURE A

SUCCESSFUL NATIONAL ROLLOUT OF THE THERANOS SERVICES, AND AGREE

THAT A QUALITY STORE AND PATIENT EXPERIENCE IS AN IMPORTANT

COMPONENT OF THIS SUCCESS AS PATIENT ADOPTION AND ACCEPTANCE OF

THERANOS'S LABORATORY SERVICES WILL BE HIGHLY IMPACTED BY THE

PATIENT EXPERIENCE."

     SO THAT'S WHAT THIS AGREEMENT RELATED TO, AT LEAST

CREATING A PROCESS UNDER WHICH THAT ROLLOUT WOULD BE -- WOULD

TAKE PLACE?

A.   CORRECT.

Q.   AND THEN IF YOU LOOK BACK AT THE FIRST PAGE OF

EXHIBIT 1387, THE SECOND PARAGRAPH SAYS, "IT IS THE INTENTION

OF THE PARTIES TO DEVELOP A MUTUALLY BENEFICIAL STRATEGIC

RELATIONSHIP THAT FACILITATES THE SUCCESSFUL DEPLOYMENT OF

THERANOS NATIONALLY, ESTABLISHES WALGREENS AS THE NATIONAL

PARTNER FOR LABORATORY SERVICES THAT THERANOS IS ABLE TO

PROVIDE AND THERANOS AS WALGREENS NATIONAL PARTNER FOR SUCH

THERANOS SERVICES AND PROTECTS THE LONG-TERM STRATEGIC AND

COMPETITIVE POSITIONING OF THERANOS AND WALGREENS WITH RESPECT

02:27PM  1    TO COMPETITIVE TECHNOLOGIES AND SERVICES."

02:27PM  2         DO YOU SEE THAT?

02:27PM  3    A.   YES.

02:27PM  4    Q.   SO THAT IS THE INTENT WITH WHICH THE PARTIES WERE ENTERING

02:27PM  5    INTO THIS AGREEMENT; CORRECT?

02:27PM  6         BUT THERANOS WOULD HAVE TO BE ABLE TO SCALE ITS SERVICES;

02:27PM  7    CORRECT?

02:27PM  8    A.   YES.

02:27PM  9    Q.   AND IT HAD NOT YET DONE THAT; CORRECT?

02:27PM 10    A.   AT THAT POINT IN TIME?

02:27PM 11    Q.   YES.

02:27PM 12    A.   I MEAN, IT HAD SCALED TO WHAT WAS BEING PILOTED.

02:27PM 13    Q.   IT HAD SCALED TO THE PILOT PROJECT?

02:27PM 14    A.   RIGHT.

02:27PM 15    Q.   BUT IT HAD NOT YET SCALED TO BEYOND THAT; CORRECT?

02:27PM 16    A.   NO.  BUT THAT'S PART OF WHAT THIS ACCELERATED FUNDING WAS

02:28PM 17    FOR WAS TO HELP WITH THAT.

02:28PM 18    Q.   THAT'S RIGHT.  SO PART OF THE MONEY -- PART OF THE

02:28PM 19    AGREEMENT WAS THE EXCHANGE OF MONEY THAT YOU DESCRIBED;

02:28PM 20    CORRECT?

02:28PM 21    A.   CORRECT.

02:28PM 22    Q.   AND THAT WAS FOR PURPOSES OF ALLOWING THERANOS TO BUILD UP

02:28PM 23    TOWARDS THIS NATIONAL ROLLOUT; CORRECT?

02:28PM 24    A.   CORRECT.

02:28PM 25    Q.   I'D LIKE TO ASK YOU TO LOOK AT, IN THE DEFENSE BINDER,

02:28PM  1    EXHIBIT 7383.

02:28PM  2         THIS IS A -- IS THIS AN EMAIL FROM AMONGST EXECUTIVES AND

02:28PM  3    EMPLOYEES AT WALGREENS?

02:28PM  4    A.   IT'S AN EMAIL FROM MARK VAINISI.

02:29PM  5    Q.   AND YOU SEE THAT THE RECIPIENTS APPEAR TO ALL BE WALGREENS

02:29PM  6    PERSONNEL?

02:29PM  7    A.   YES.

02:29PM  8    Q.   AND THAT YOU WERE COPIED ON THIS EMAIL?

02:29PM  9    A.   YES.

02:29PM  10        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

02:29PM  11   EXHIBIT 7383.

02:29PM  12        MR. SCHENK:  NO OBJECTION.

02:29PM  13        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:29PM  14        (DEFENDANT'S EXHIBIT 7383 WAS RECEIVED IN EVIDENCE.)

02:29PM  15   BY MR. DOWNEY:

02:29PM  16   Q.   WHO IS MARK VAINISI, THE SENDER OF THIS EMAIL?

02:29PM  17   A.   MARK WAS THE HEAD OF MERGERS AND ACQUISITIONS AND HE WAS,

02:29PM  18   I WOULD SAY, THE QUARTERBACK OF MOST OF THE AGREEMENTS BETWEEN

02:29PM  19   THERANOS AND WALGREENS.

02:29PM  20   Q.   AND IN THIS EMAIL, IS HE SUMMARIZING THE TERMS OF THE

02:29PM  21   AGREEMENT THAT HAD JUST BEEN REACHED BETWEEN THERANOS AND

02:29PM  22   WALGREENS?

02:29PM  23   A.   YES.

02:29PM  24   Q.   AND IF YOU LOOK UNDER HIS DESCRIPTION OF KEY TERMS, HE

02:30PM  25   DESCRIBES THE RESTATEMENT OF INTENT; CORRECT?

02:30PM   1    A.   CORRECT.

02:30PM   2    Q.   AND THAT'S CONSISTENT WITH WHAT WE JUST READ IN THE

02:30PM   3    AGREEMENT; CORRECT?

02:30PM   4    A.   CORRECT.

02:30PM   5    Q.   AND HE SETS FORTH THE TERMS UNDER WHICH THERE WILL BE AN

02:30PM   6    ACCELERATED PAYMENT; CORRECT?

02:30PM   7    A.   CORRECT.

02:30PM   8    Q.   AND HE ALSO REFERENCES ENHANCED EXCLUSIVITY.

02:30PM   9         WHAT IS THAT A REFERENCE TO?

02:30PM  10    A.   WELL, AS I READ THE NOTES, HE'S JUST TALKING ABOUT MAKING

02:30PM  11    SURE THAT CERTAIN COMPETITORS ARE NOT GOING TO BE ABLE TO HAVE

02:30PM  12    THE SAME RIGHTS THAT WALGREENS WOULD HAVE.

02:30PM  13    Q.   IN EXCHANGE FOR ENTERING THE AGREEMENT, WALGREENS WOULD

02:30PM  14    OBTAIN A CERTAIN PERIOD UNDER WHICH COMPETITORS COULD NOT USE

02:30PM  15    THERANOS'S TECHNOLOGY OR SERVICES; CORRECT?

02:30PM  16    A.   I BELIEVE THAT'S PROBABLY PART OF THE TRADEOFF FROM

02:30PM  17    ACCELERATING PAYMENTS IS MAKING SURE THAT WE GET BETTER

02:30PM  18    DEFINITION OF EXCLUSIVITY.

02:30PM  19    Q.   OKAY.  AND THEN IF YOU SEE AT THE BOTTOM OF THE FIRST PAGE

02:31PM  20    OF HIS EMAIL, HE REFERENCES ROLLOUT PLANS AND HE SAYS, "BOTH

02:31PM  21    SIDES AGREED TO WORK IN GOOD FAITH TO DEVELOP A NEW MARKET

02:31PM  22    ENTRY PLAN."

02:31PM  23         DO YOU SEE THAT?

02:31PM  24    A.   YES.

02:31PM  25    Q.   AND DID BOTH PARTIES THEN BEGIN TO WORK ON THAT IN EARLY

02:31PM  1      2014 IF YOU KNOW?

02:31PM  2      A.   WORK ON IT OR WORK IN GOOD FAITH?  IT'S SOME --

02:31PM  3      Q.   WELL, WERE THERE EXCHANGES BETWEEN THE PARTIES AS TO HOW A

02:31PM  4      ROLLOUT PLAN MIGHT WORK?

02:31PM  5      A.   I CAN'T SAY DEFINITIVELY SO.  I DON'T RECALL.

02:31PM  6      Q.   OKAY.  IT WAS NOT SOMETHING THAT YOU PERSONALLY WERE

02:31PM  7      INVOLVED IN?

02:31PM  8      A.   NOT IN THAT GRANULARITY AT THAT TIME, NO.

02:31PM  9      Q.   OKAY.  BUT LET ME ASK YOU TO REORIENT US FOR TIME

02:31PM  10     PURPOSES.  THIS AGREEMENT IS SIGNED AND THERANOS IS ALREADY IN

02:31PM  11     CERTAIN WALGREENS STORES; CORRECT?

02:31PM  12     A.   PRIMARILY THE PHOENIX MARKET.

02:31PM  13     Q.   OKAY.  AND THAT, THAT PARTNERSHIP HAS BEEN ANNOUNCED

02:31PM  14     PUBLICLY; CORRECT?

02:31PM  15     A.   CORRECT.

02:32PM  16     Q.   AND THE PARTIES EACH HAD MADE PUBLIC STATEMENTS ABOUT THE

02:32PM  17     PARTNERSHIP CHARACTERIZING IT; CORRECT?

02:32PM  18     A.   CORRECT.

02:32PM  19     Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 1113.

02:32PM  20          DO YOU SEE THIS DOCUMENT AND DO YOU RECOGNIZE IT AS A

02:32PM  21     JOINT ANNOUNCEMENT BY THERANOS AND WALGREENS IN SEPTEMBER OF

02:32PM  22     2013?

02:32PM  23     A.   YES.

02:32PM  24     Q.   AND IF YOU LOOK AT THE SECOND PAGE OF THIS EXHIBIT, PAGE 2

02:32PM  25     IN THE LAST PARAGRAPH WHERE -- ABOVE WHERE IT SAYS ABOUT

02:33PM   1    THERANOS, THIS JOINT ANNOUNCEMENT SAID, "AS THE NATION'S

02:33PM   2    LARGEST RETAIL PHARMACY CHAIN WITH MORE THAN 8100 NEIGHBORHOOD

02:33PM   3    PHARMACIES, WALGREENS HAS THE INFRASTRUCTURE TO HELP BRING

02:33PM   4    THERANOS TO CONSUMERS NATIONWIDE."

02:33PM   5         AND THAT'S A STATEMENT THAT WALGREENS SIGNED OFF ON

02:33PM   6    JOINTLY MAKING?

02:33PM   7    A.   SURE.

02:33PM   8    Q.   OKAY.  AND THEN THERE WAS ANOTHER JOINT ANNOUNCEMENT A

02:33PM   9    COUPLE MONTHS LATER IN 2013.

02:33PM  10         LET ME ASK YOU TO LOOK AT EXHIBIT 4036.  I'LL ASK YOU IF

02:33PM  11    THAT IS ANOTHER JOINT ANNOUNCEMENT WHEN YOU HAVE A CHANCE TO

02:33PM  12    TAKE A LOOK AT IT.

02:33PM  13    A.   YES.

02:33PM  14    Q.   AND IF YOU LOOK AT THE FIRST PARAGRAPH.

02:34PM  15         YOUR HONOR, I MOVE THE ADMISSION OF 4036.

02:34PM  16              MR. SCHENK:  YOUR HONOR, FOUNDATION.

02:34PM  17    BY MR. DOWNEY:

02:34PM  18    Q.   WELL, DO YOU RECOGNIZE THIS AS A JOINT ANNOUNCEMENT

02:34PM  19    BETWEEN THERANOS AND WALGREENS ISSUED WHEN YOU WERE THE CFO OF

02:34PM  20    WALGREENS?

02:34PM  21    A.   YES.

02:34PM  22              MR. DOWNEY:  I MOVE THE ADMISSION OF 4036.

02:34PM  23              MR. SCHENK:  YOUR HONOR, IT LOOKS LIKE A DRAFT TO

02:34PM  24    ME.

02:34PM  25              THE WITNESS:  IT'S MISSING A QUOTE I CAN SEE, SO IT

02:34PM  1    MIGHT BE A DRAFT.

02:34PM  2            MR. DOWNEY:  OH, YOU'RE RIGHT.  LET ME SEE IF I CAN,

02:34PM  3    IF I CAN CORRECT THAT.  I DON'T KNOW -- LET ME SEE IF I CAN GET

02:34PM  4    YOU THAT EXHIBIT.  BUT LET'S MOVE FORWARD FROM HERE.

02:34PM  5    Q.  NOW, THE THERANOS -- AFTER THE THERANOS PARTNERSHIP WAS

02:34PM  6    ANNOUNCED --

02:34PM  7            THE COURT:  YOU'RE GOING TO PASS THIS?

02:34PM  8            MR. DOWNEY:  I'LL PASS THIS EXHIBIT AND COME BACK.

02:34PM  9            THE COURT:  ALL RIGHT.

02:34PM 10    BY MR. DOWNEY:

02:34PM 11    Q.  AFTER THE PUBLIC ANNOUNCEMENT OF THE PARTNERSHIP, DID YOU,

02:35PM 12    DID YOU HAVE DISCUSSIONS -- WELL, STRIKE THAT.

02:35PM 13            CAN YOU EXPLAIN TO US WHAT AN EARNINGS CALL IS?

02:35PM 14    A.  AN EARNINGS CALL IS A QUARTERLY CALL FOR PUBLIC COMPANIES

02:35PM 15    WHICH BASICALLY DISCUSSES THE PUBLISHED FINANCIAL RESULTS FOR

02:35PM 16    THE QUARTER.

02:35PM 17    Q.  AND IS THAT A CALL DURING -- IN WHICH YOU PERSONALLY

02:35PM 18    PARTICIPATED?

02:35PM 19    A.  ALL CFO'S AND CEO'S PARTICIPATE.

02:35PM 20    Q.  AND DURING THOSE CALLS, DO ANALYSTS WHO FOLLOW THE COMPANY

02:35PM 21    FOR PURPOSES OF PREPARING ADVICE AND SO FORTH, DO THEY

02:35PM 22    PARTICIPATE IN THOSE CALLS?

02:35PM 23    A.  THEY PARTICIPATE, THEY LISTEN, AND THEN THEY'RE ALLOWED TO

02:35PM 24    ASK QUESTIONS AS WELL.

02:35PM 25    Q.  OKAY.  DO YOU REMEMBER PARTICIPATING IN A DECEMBER 2013

02:36PM  1    EARNINGS CALL WHERE THE SUBJECT OF THERANOS CAME UP?

02:36PM  2    A.   NOT SPECIFICALLY.

02:36PM  3    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 12510.  AND I'M

02:36PM  4    NOT REALLY INTERESTED IN THE BREAKDOWN OF THE CALL THAT IS

02:36PM  5    CONTAINED IN THE EMAIL.  I'M REALLY JUST INTERESTED IN THE

02:36PM  6    ATTACHMENT TO THE EMAIL, AND I WOULD JUST ASK IF YOU RECOGNIZE

02:36PM  7    THIS AS A TRANSCRIPT OF AN EARNINGS CALL WITH WALGREENS SENIOR

02:36PM  8    MANAGEMENT IN DECEMBER OF 2013?

02:36PM  9    A.   IT'S WHAT A TRANSCRIPT LOOKS LIKE, SO --

02:37PM  10   Q.   OKAY.

02:37PM  11        YOUR HONOR, I MOVE THE ADMISSION OF 12510, ALTHOUGH I

02:37PM  12   REALLY ONLY NEED THE ATTACHMENT.  I DON'T NEED THE EMAIL

02:37PM  13   DISCUSSION.

02:37PM  14             THE COURT:  WHAT PAGES THEN WOULD YOU SEEK TO

02:37PM  15   INTRODUCE?

02:37PM  16             MR. DOWNEY:  I THINK THE PAGES WHERE THE BATES LABEL

02:37PM  17   IN THE BOTTOM RIGHT-HAND CORNER IS 6786 THROUGH 6804.

02:37PM  18             THE COURT:  MR. SCHENK?

02:37PM  19             MR. SCHENK:  NO OBJECTION.

02:37PM  20             THE COURT:  THOSE PAGES ARE ADMITTED AS THIS EXHIBIT

02:37PM  21   NUMBER AND THEY MAY BE PUBLISHED.

02:37PM  22        (DEFENDANT'S EXHIBIT 12510, BATES PAGES 6786 THROUGH 6804,

02:37PM  23   WAS RECEIVED IN EVIDENCE.)

02:37PM  24   BY MR. DOWNEY:

02:37PM  25   Q.   AND THESE CALLS ARE AN OPPORTUNITY FOR ANALYSTS TO ASK

02:37PM  1    QUESTIONS ABOUT THE PERFORMANCE OF THE COMPANY; CORRECT?

02:37PM  2    A.   CORRECT.

02:37PM  3    Q.   AND EXPECTATIONS THAT THE COMPANY HAS AS TO WHAT ITS

02:38PM  4    PERFORMANCE IN THE FUTURE MIGHT BE?

02:38PM  5    A.   TO THE EXTENT THAT THE COMPANY PROVIDES THAT GUIDANCE,

02:38PM  6    CORRECT.

02:38PM  7    Q.   IN SOME INSTANCES THE COMPANIES DECLINE TO PROVIDE

02:38PM  8    GUIDANCE; CORRECT?

02:38PM  9    A.   CORRECT.

02:38PM  10   Q.   AND THESE ARE CALLS FOR WHICH YOU PREPARE?

02:38PM  11   A.   YES, DOZENS OF PEOPLE PREPARE.

02:38PM  12   Q.   AND THEY'RE IMPORTANT CALLS BECAUSE THEY CAN INFLUENCE THE

02:38PM  13   VALUE OF WALGREENS STOCK; CORRECT?

02:38PM  14   A.   THEY'RE IMPORTANT FOR LOTS OF REASONS.

02:38PM  15   Q.   OKAY.  NOT JUST THE REASON THAT I NOTED, BUT THEY'RE

02:38PM  16   IMPORTANT CALLS?

02:38PM  17   A.   IMPORTANT CALLS.

02:38PM  18   Q.   OKAY.  LET ME ASK YOU TO LOOK IN THE EXHIBIT THAT I'M

02:38PM  19   SHOWING YOU, 12510, AT THE PAGE THAT -- WHERE THE BATES

02:38PM  20   LABELLED NUMBER IS 6778.  I'LL PUT THAT UP ON YOUR SCREEN IF

02:38PM  21   THAT MAKES IT EASIER FOR YOU.

02:39PM  22       I THINK WE HAVE IT UP ON THE FIRST PAGE JUST TO

02:39PM  23   FAMILIARIZE YOU WITH THE PARTICIPANTS IN THE CALL.  AND DO YOU

02:39PM  24   SEE THAT THERE ARE SEVERAL --

02:39PM  25       WOULD YOU JUST GO BACK TO THAT?

02:39PM 1        DO YOU SEE AT THE TOP THIS LIST OF PARTICIPANTS IN THE

02:39PM 2    EARNINGS CALL AND DO YOU SEE THAT -- WELL, DO YOU SEE THAT, THE

02:39PM 3    PARTICIPANTS ON TOP OF THE EARNINGS CALL TRANSCRIPT?

02:39PM 4    A.   YES.

02:39PM 5    Q.   AND DO YOU SEE AT THE TOP THERE'S A GROUP OF CORPORATE

02:39PM 6    PARTICIPANTS FROM WALGREENS?

02:39PM 7    A.   YES.

02:39PM 8    Q.   AND THAT INCLUDES YOURSELF; CORRECT?

02:39PM 9    A.   YES.

02:39PM 10   Q.   AND THEN UNDER THAT THERE'S A LIST OF OTHER PARTICIPANTS;

02:39PM 11   CORRECT?

02:39PM 12   A.   YES.

02:39PM 13   Q.   AND THOSE ARE ANALYSTS WHO FOLLOW WALGREENS'S PERFORMANCE;

02:39PM 14   CORRECT?

02:39PM 15   A.   YES.

02:39PM 16   Q.   AND LET ME ASK YOU TO LOOK NOW AT THE NEXT PAGE.

02:40PM 17        AT THE BEGINNING OF THE CALL THERE IS A DISCUSSION BY

02:40PM 18   MR. WASSON, WHO WAS THE CHIEF EXECUTIVE OFFICER.

02:40PM 19        DO YOU SEE THAT?

02:40PM 20   A.   YES.

02:40PM 21   Q.   AND IF YOU GO DOWN TO THE SECOND PARAGRAPH, HE NOTES THAT

02:40PM 22   HE'S GOING TO GET INTO SOME HIGHLIGHTS OF THE COMPANY.

02:40PM 23        DO YOU SEE THAT?

02:40PM 24   A.   YES.

02:40PM 25   Q.   AND IF YOU GO FURTHER DOWN ON THAT PAGE, IF YOU BRING UP

02:40PM 1    THE SECOND HALF, DO YOU SEE THE DISCUSSION OF WALGREENS AND

02:40PM 2    THERANOS THERE?

02:40PM 3    A.   YES.

02:40PM 4    Q.   AND YOU SEE THAT HE REFERENCED THAT -- IT SAYS THAT

02:40PM 5    "WALGREENS AND THERANOS ALSO TOOK THE NEXT STEP IN OUR PLANNED

02:40PM 6    NATIONAL ROLLOUT OF GROUND BREAKING NEW LAB SERVICES WITH THE

02:40PM 7    OPENING OF THERANOS WELLNESS CENTERS IN TWO STORES IN PHOENIX."

02:41PM 8       DO YOU SEE THAT?

02:41PM 9    A.   YES.

02:41PM 10   Q.   AND AS OF THIS DATE, DECEMBER 20TH OF 2013, THERE WAS

02:41PM 11   STILL A PROJECTION THAT THERE WOULD BE A NATIONAL ROLLOUT;

02:41PM 12   CORRECT?

02:41PM 13   A.   I THINK THERE'S A PROJECTION -- EVERYTHING IS PREDICATED

02:41PM 14   ON EACH STEP BEING SUCCESSFUL, SO ASSUMING THE PILOT IS

02:41PM 15   SUCCESSFUL, YOU'LL MOVE TO THE NEXT STEP.

02:41PM 16   Q.   AND THAT'S BEEN TRUE SINCE THE BEGINNING OF THE AGREEMENT;

02:41PM 17   RIGHT?

02:41PM 18   A.   THAT'S ALWAYS IMPLICIT.

02:41PM 19   Q.   RIGHT.  IF YOU GO TO PAGE 9 OF THE TRANSCRIPT, BOTTOM

02:41PM 20   RIGHT-HAND CORNER, I WANT TO FOCUS ON AN EXCHANGE BETWEEN YOU

02:41PM 21   AND AN ANALYST, MARK MILLER.

02:41PM 22      IT'S AT THE BOTTOM OF THAT PAGE IF YOU HAVE IT.

02:42PM 23      DO YOU SEE THE DISCUSSION OF THERANOS IN THE LAST FEW

02:42PM 24   SENTENCES THERE?

02:42PM 25   A.   YES.

02:42PM 1    Q.   AND THIS IS AN EXCHANGE BETWEEN YOU AND AN ANALYST FROM

02:42PM 2    WILLIAM BLAIR & COMPANY; CORRECT?

02:42PM 3    A.   YES.

02:42PM 4    Q.   AND HE WAS ASKING A QUESTION ABOUT WHAT THE BUSINESS

02:42PM 5    EXPANSION PLANS AND NEW INITIATIVES OF THE COMPANY WERE;

02:42PM 6    CORRECT?

02:42PM 7    A.   YES.

02:42PM 8    Q.   AND YOU REPLIED IN PART SAYING, "ALSO, THINGS LIKE

02:43PM 9    THERANOS, WHICH WE BELIEVE HAS VERY MEANINGFUL POTENTIAL.

02:43PM 10   WE'RE VERY EXCITED ABOUT.  IN VARIOUS GEOGRAPHIES, WE'VE GOT A

02:43PM 11   STRONG FOOTPRINT, BUT WE'VE GOT OPPORTUNITIES TO DO EVEN MORE

02:43PM 12   BREADTH OF SERVICES IN THOSE MARKETS AND GET DEEPER AND BROADER

02:43PM 13   AND WORKING WITH OUR PARTNERS, ALLIANCE BOOTS, WE'RE DOING

02:43PM 14   EXACTLY THAT."

02:43PM 15        SO THAT WAS A DESCRIPTION OF YOUR THINKING ABOUT THERANOS

02:43PM 16   AS OF THIS DATE; CORRECT?

02:43PM 17   A.   I'M NOT SURE I BELIEVED THAT "IN VARIOUS GEOGRAPHIES"

02:43PM 18   MIGHT BE IN REFERENCE TO ALLIANCE BOOTS.

02:43PM 19   Q.   OKAY.  THAT MIGHT BE RELATED TO INTERNATIONAL?

02:43PM 20   A.   YES.  I THINK WHAT WE WERE EXCITED ABOUT IS THE END OF MY

02:43PM 21   THOUGHTS ON THERANOS.

02:43PM 22   Q.   OKAY.  BUT, BUT YOU REFERENCED YOU THOUGHT THE COMPANY HAD

02:43PM 23   VERY MEANINGFUL POTENTIAL; CORRECT?

02:43PM 24   A.   YES.

02:43PM 25   Q.   ALL RIGHT.  LET ME ASK YOU TO LOOK NOW AT PAGE 12 OF THAT

02:43PM  1    TRANSCRIPT, AND I'M LOOKING AT THE -- DO YOU SEE WHERE, ABOUT A

02:44PM  2    THIRD OF THE WAY DOWN THE PAGE, IT SAYS, "OKAY.  AND THEN,"

02:44PM  3    NEXT TO RICKY GOLDWASSER?

02:44PM  4    A.   YES.

02:44PM  5    Q.   AND MR. GOLDWASSER WAS ANOTHER ANALYST; CORRECT?

02:44PM  6    A.   I BELIEVE IT WAS A SHE.

02:44PM  7    Q.   EXCUSE ME.  MS. GOLDWASSER WAS ANOTHER ANALYST?

02:44PM  8    A.   YES.

02:44PM  9    Q.   AND SHE SAYS TO YOU, "AND THEN, I KNOW YOU'VE TALKED VERY

02:44PM 10    POSITIVELY ABOUT THERANOS.  CAN YOU SHARE WITH US KIND OF LIKE

02:44PM 11    YOUR EXPERIENCE, I THINK, THE TECHNOLOGY HAS BEEN IN YOUR

02:44PM 12    PHARMACIES FOR A COUPLE OF MONTHS NOW.  WHAT ARE YOU SEEING IN

02:44PM 13    THE MARKETPLACE?"

02:44PM 14        SHE ASKED YOU THAT QUESTION; CORRECT?

02:44PM 15    A.   CORRECT.

02:44PM 16    Q.   AND YOU RESPONDED, "YEAH, I MEAN, WE'RE VERY, VERY

02:45PM 17    POSITIVE ON THERANOS.  I MEAN, IT'S REALLY A -- ONE OF THE

02:45PM 18    DISRUPTIVE PLAYS, IT'S A BETTER PATIENT EXPERIENCE WITH A PRICK

02:45PM 19    OF BLOOD.  IT'S THE HIGHEST STANDARD OF QUALITY IN LAB WITH

02:45PM 20    COSTS, HALF OF THE COST OF MEDICARE.  AND THE PATIENT FEEDBACK

02:45PM 21    WE'RE GETTING IS VERY GOOD, BUT IT'S REALLY A BETTER, FASTER,

02:45PM 22    CHEAPER, MORE CONVENIENTLY PLAY.  AND WE'RE GOING TO -- AS WE

02:45PM 23    EXPAND HERE, WE'LL KEEP LEARNING AND PERFECTING THE PATIENT

02:45PM 24    EXPERIENCE WHICH IS REALLY THE CASE -- THE KEY THING.  BUT

02:45PM 25    WE'RE VERY, VERY POSITIVE."

02:45PM  1          AND THEN YOU GO ON TO DESCRIBE THAT THIS IS ANOTHER

02:45PM  2   EXAMPLE OF HOW A COMMUNITY PHARMACY CAN PROVIDE BROADER HEALTH

02:45PM  3   CARE.

02:45PM  4          DO YOU SEE THAT?

02:45PM  5   A.   YES.

02:45PM  6   Q.   AND THAT'S WHAT YOUR THINKING WAS ABOUT THERANOS AS OF

02:45PM  7   THAT TIME; CORRECT?

02:45PM  8   A.   THAT'S HOW I FELT AS OF THE TIME, YES.

02:46PM  9   Q.   OKAY.  I WANT TO ASK YOU ABOUT YOUR INTERACTIONS WITH A

02:46PM 10   WALGREENS SHAREHOLDER RELATED TO THERANOS, AND I WANT TO PUT

02:46PM 11   YOUR MIND IN THE TIMEFRAME OF ABOUT EARLY 2014.  SO THIS WOULD

02:46PM 12   BE --

02:46PM 13          THE COURT:  MR. DOWNEY, BEFORE YOU GO THERE, LET ME

02:46PM 14   ASK YOU, WE HAD SOME CONVERSATION ABOUT TAKING A WITNESS OUT OF

02:46PM 15   ORDER.

02:46PM 16          IS THAT SOMETHING WE SHOULD CONSIDER DOING?

02:46PM 17          MR. DOWNEY:  IT'S FINE WITH ME IF -- I DON'T THINK I

02:46PM 18   HAVE JUST TEN MINUTES.  I THINK I HAVE A LITTLE MORE THAN THAT.

02:46PM 19          SO I THINK IF THE WITNESS IS HERE AND THAT'S THE

02:46PM 20   GOVERNMENT'S PREFERENCE, IT'S FINE WITH ME.

02:46PM 21          THE COURT:  LET'S, LET'S CHECK ON THAT.

02:47PM 22          LET ME TURN TO THE JURY.  MAYBE WE SHOULD TAKE A TEN

02:47PM 23   MINUTE BREAK HERE AND THEN COME BACK.

02:47PM 24          MR. SCHENK, WHAT ARE YOUR THOUGHTS ON A WITNESS OUT OF

02:47PM 25   ORDER?

02:47PM 1          MR. SCHENK:  I'VE TALKED TO THE TEAM.  I DO NOT

02:47PM 2     THINK IT'S NECESSARY.  BUT THE TEN MINUTE BREAK MIGHT BE

02:47PM 3     HELPFUL FOR US TO CONFER.

02:47PM 4          THE COURT:  OKAY.  LET'S DO THAT.  LET'S TAKE

02:47PM 5     12 MINUTES.  I'LL BE GENEROUS.  LET'S TAKE 12 MINUTES.

02:47PM 6          YOU CAN STAND DOWN, SIR.  THANK YOU.

02:47PM 7          (LAUGHTER.)

02:48PM 8          (JURY OUT AT 2:48 P.M.)

02:48PM 9          THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:48PM 10         THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT AND OUR

02:48PM 11    LAST WITNESS HAS LEFT THE COURTROOM NOW.

02:48PM 12         WE'LL TAKE OUR BREAK, AND THEN DO YOU WANT TO JUST CHECK

02:48PM 13    AND SEE, MR. SCHENK, WHETHER OR NOT THAT'S SOMETHING THAT YOU

02:48PM 14    WOULD LIKE TO GO FORWARD WITH?

02:48PM 15         MR. SCHENK:  YES.  CAN I ASK IF THE COURT HAS HEARD

02:48PM 16    FEEDBACK FROM THE JURY ABOUT TOMORROW?  IT MIGHT HELP IN OUR

02:48PM 17    CONVERSATION.

02:48PM 18         THE COURT:  OH.  I MEANT TO ASK THEM THAT BEFORE THE

02:48PM 19    BREAK.  I'LL GET THAT WHEN THEY COME BACK, BUT WE'LL JUST HAVE

02:48PM 20    TO DO IT THAT WAY WHEN THEY COME BACK AND WE'LL SEE.

02:48PM 21         MR. DOWNEY:  YOUR HONOR, WE'LL KEEP MS. KRATZMANN

02:48PM 22    APPRISED.

02:48PM 23         A SLIGHT CONCERN THAT WE MIGHT BE JUST A LITTLE OVER

02:48PM 24    10 MINUTES, MAYBE MORE LIKE 15, BUT WE'LL STAY IN TOUCH WITH

02:48PM 25    MS. KRATZMANN.

02:48PM   1            THE COURT:  OKAY.  ON YOUR -- AS TO THIS OTHER

02:48PM   2    WITNESS?

02:48PM   3            MR. DOWNEY:  NO, JUST A COMFORT BREAK.

02:48PM   4            THE COURT:  OH, OKAY.  WELL, LET'S GO 15.  I DON'T

02:48PM   5    THINK THAT THE JURY WILL OBJECT.

02:48PM   6        ALL RIGHT.  THANK YOU.

02:48PM   7            THE CLERK:  COURT IS IN RECESS.

02:49PM   8            THE COURT:  TAKE 20 IF WE NEED 20.

02:49PM   9        (RECESS FROM 2:49 P.M. UNTIL 3:11 P.M.)

03:11PM  10        (JURY IN AT 3:11 P.M.)

03:12PM  11            THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

03:12PM  12    SEATED.

03:12PM  13        WE'RE BACK ON THE RECORD.  OUR JURY IS PRESENT AND ALL

03:12PM  14    PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

03:12PM  15        LADIES AND GENTLEMEN, BEFORE WE START AGAIN, CAN I ASK THE

03:12PM  16    JURY, DURING THE BREAK, WERE YOU ABLE TO DISCERN WHETHER YOU

03:12PM  17    ARE ABLE TO COME TOMORROW, THURSDAY, FOR A SESSION?

03:13PM  18        LET ME ASK FOR A SHOW OF HANDS.  IS THERE ANYONE WHO

03:13PM  19    CANNOT DO THAT?

03:13PM  20        OH MY GOODNESS, WHAT A WONDERFUL JURY.

03:13PM  21        I SEE NO HANDS.

03:13PM  22        IS THERE ANY -- DO WE NEED TO MAKE AN ADJUSTMENT OF THE

03:13PM  23    SCHEDULE AT ALL?  THE PROPOSED SCHEDULE TOMORROW WOULD BE 9:00

03:13PM  24    UNTIL 3:00.  DO WE NEED TO ADJUST THE SCHEDULE FOR ANYONE OTHER

03:13PM  25    THAN THAT 9:00 TO 3:00?

03:13PM 1        I SEE NO HANDS.

03:13PM 2        OKAY.  THANK YOU VERY MUCH.  THANK YOU.

03:13PM 3        LET ME ASK THE QUESTION THEN OF MR. SCHENK.  SHOULD WE

03:13PM 4   TAKE A WITNESS OUT OF ORDER?

03:13PM 5             MR. SCHENK:  NO, THAT IS NOT NECESSARY.  THANK YOU.

03:13PM 6             THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

03:13PM 7        MR. DOWNEY.

03:13PM 8   BY MR. DOWNEY:

03:13PM 9   Q.   MR. MIQUELON, I WANT TO ASK YOU ABOUT AN INVESTOR IN

03:13PM 10  WALGREENS CALLED PARTNER FUND MANAGEMENT.  IS THAT AN INVESTOR

03:13PM 11  THAT YOU'RE FAMILIAR WITH?

03:13PM 12  A.   IT DOESN'T RING A BELL.

03:13PM 13  Q.   THEY SOMETIMES GO BY THE ACRONYM PFM.

03:14PM 14  A.   I'M SORRY.

03:14PM 15  Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 13952.  DO YOU

03:14PM 16  RECOGNIZE THIS AS AN EMAIL EXCHANGE BETWEEN YOU AND

03:14PM 17  ASHISH KOHLI AT WALGREENS IN 2014?

03:14PM 18  A.   I DO.

03:14PM 19             MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:14PM 20  13952.

03:14PM 21             MR. SCHENK:  YOUR HONOR, I BELIEVE THIS IS BEYOND

03:14PM 22  THE SCOPE.

03:14PM 23             MR. DOWNEY:  YOUR HONOR, I THINK THIS RELATES TO THE

03:14PM 24  QUESTION OF WHICH WE'VE BEEN --

03:14PM 25             THE COURT:  WHY DON'T YOU LAY A FOUNDATION FOR THIS

03:15PM  1    IF YOU CAN, AND THEN WE'LL SEE.

03:15PM  2         MR. DOWNEY:  OKAY.

03:15PM  3    Q.  I'LL DIRECT YOUR ATTENTION TO THE BOTTOM.  IS THE NAME

03:15PM  4    VIVEK KHANNA KNOWN TO YOU?

03:15PM  5    A.  I DON'T REMEMBER THAT.

03:15PM  6    Q.  OKAY.  AND IS IT THE CASE THAT IF YOU WERE GOING TO CHANGE

03:15PM  7    ANY ASPECTS OF YOUR RELATIONSHIP WITH THERANOS, YOU WOULD WANT

03:15PM  8    TO ANNOUNCE IT TO ALL INVESTORS AT THE SAME TIME?

03:15PM  9    A.  THAT'S THE POLICY.  ANYTHING THAT WOULD BE MATERIAL AND OF

03:15PM  10   IMPORTANCE SHOULD BE GIVEN TO EVERYONE EQUALLY.

03:15PM  11   Q.  OKAY.  AND AS OF MARCH 2014, WERE YOU SOMETIMES ASKED FOR

03:15PM  12   COMMENT ON HOW THE THERANOS PROJECT WAS GOING?

03:15PM  13   A.  I DON'T RECALL, BUT PROBABLY --

03:15PM  14   Q.  OKAY.

03:15PM  15   A.  -- AT SOME POINT.

03:15PM  16        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:15PM  17   13952.  THIS RELATES TO THE QUESTIONING ON DIRECT ABOUT TIMING

03:15PM  18   OF THE ROLLOUT, ET CETERA, AND THIS IS COMMENTARY ON IT.

03:16PM  19        MR. SCHENK:  SAME OBJECTION.

03:16PM  20        THE COURT:  YOU KNOW, I THINK YOU CAN USE THIS TO

03:16PM  21   REFRESH HIS RECOLLECTION AS TO WHETHER OR NOT HE DID SOMETHING,

03:16PM  22   BUT THE DOCUMENT ITSELF I DON'T THINK NEEDS TO BE -- FOR THE

03:16PM  23   INFORMATION THAT YOU WANT TO GET IT IN, I THINK YOU CAN SEE IF

03:16PM  24   YOU CAN REFRESH HIS RECOLLECTION OF THAT.

03:16PM  25        MR. DOWNEY:  WELL, LET ME ASK HIM.

03:16PM  1              THE COURT:  SURE.

03:16PM  2      BY MR. DOWNEY:

03:16PM  3      Q.   DO YOU RECALL THIS EMAIL EXCHANGE IN MARCH OF 2014?

03:16PM  4      A.   NO.

03:16PM  5              MR. DOWNEY:  OKAY.  YOUR HONOR, I HATE TO HAVE HIM

03:16PM  6      BACK FOR ONE QUESTION.

03:16PM  7              THE COURT:  WELL, I -- THE QUESTION I WAS

03:16PM  8      SUGGESTING -- AND AGAIN, I DON'T MEAN TO TELL YOU HOW TO ASK

03:16PM  9      QUESTIONS -- BUT IF HIS MEMORY OF THIS CAN BE REFRESHED -- HE

03:16PM 10      DOESN'T REMEMBER THIS, BUT IF THIS REFRESHES HIS RECOLLECTION

03:16PM 11      ABOUT SOMETHING THAT HE DID, THAT MIGHT SUFFICE FOR YOUR

03:16PM 12      PURPOSE I THINK.

03:16PM 13              MR. DOWNEY:  LET'S TRY IT THAT WAY.

03:16PM 14      Q.   HAVE YOU HAD THE OPPORTUNITY TO REVIEW EXHIBIT 13952?

03:17PM 15      A.   YES.

03:17PM 16      Q.   DOES THAT REFRESH YOUR RECOLLECTION THAT YOU WERE ASKED A

03:17PM 17      QUESTION BY ASHISH KOHLI IN MARCH OF 2014 ABOUT THERANOS?

03:17PM 18      A.   NO, BUT I WOULD GET HUNDREDS OF EMAILS A DAY, SO --

03:17PM 19      Q.   OKAY.

03:17PM 20          YOUR HONOR, I THINK I NEED TO MOVE ITS ADMISSION.

03:17PM 21              THE COURT:  I UNDERSTAND WHY YOU WANT TO MOVE IT IN.

03:17PM 22      THE QUESTION THAT MR. SCHENK SUGGESTS IS IT'S NOT APPROPRIATE

03:17PM 23      BECAUSE IT'S BEYOND THE SCOPE.

03:17PM 24          I'LL ALLOW IT TO COME IN, AND SO I'LL OVERRULE THE

03:17PM 25      OBJECTION.  IT'S ADMITTED, AND IT CAN BE PUBLISHED.

03:17PM  1                  (DEFENDANT'S EXHIBIT 13952 WAS RECEIVED IN EVIDENCE.)

03:17PM  2                     THE COURT:  IS SOMETHING WRONG WITH OUR SCREENS?

03:18PM  3                     THE CLERK:  I DID A TEST ON THE BREAK.  LET ME TRY

03:18PM  4      IT AGAIN.

03:18PM  5                     THE COURT: JUST A MOMENT.  I'M SORRY.

03:18PM  6                  (PAUSE IN PROCEEDINGS.)

03:18PM  7                     THE CLERK:  NO?

03:18PM  8                     THE COURT:  NOT MINE OR IRENE'S.

03:18PM  9                     THE CLERK:  HOW ABOUT IF WE TURN OFF THE MONITOR?

03:19PM 10                     THE COURT:  THIS BUTTON HERE (INDICATING)?

03:19PM 11      THAT WORKED FOR ME.

03:19PM 12      I AM JUST GOING TO POUR WATER.

03:19PM 13      ALL RIGHT.  I THINK WE'RE READY.

03:19PM 14                     MR. DOWNEY:  OKAY.

03:19PM 15      Q.   WHO WAS ASHISH KOHLI?

03:19PM 16      A.   HE WAS THE DIRECTOR OF INVESTOR RELATIONS, SO THE SECOND

03:19PM 17      HIGHEST PERSON IN INVESTOR RELATIONS.

03:19PM 18      Q.   OKAY.  SO HE WOULD SOMETIMES FIELD QUESTIONS FROM

03:19PM 19      INVESTORS, OR POTENTIAL INVESTORS?

03:19PM 20      A.   YES.

03:19PM 21      Q.   OKAY.  DOES THIS APPEAR TO BE AN EXCHANGE THAT YOU HAD

03:19PM 22      WITH MR. KOHLI IN MARCH OF 2014?

03:19PM 23      A.   YES.

03:19PM 24      Q.   AND DO YOU SEE AT THE BOTTOM MR. KOHLI WAS ASKED A

03:19PM 25      QUESTION, "I CANNOT HELP NOTICE NO MENTION OF THERANOS IN THE

03:19PM  1      PRESS RELEASE OR IN THE PREPARED COMMENTS.  IS THERE A CHANGE

03:19PM  2      IN UPTAKE OR ROLLOUT SCHEDULE?"

03:20PM  3           DO YOU SEE THAT?

03:20PM  4      A.   YES.

03:20PM  5      Q.   AND THEN HE ASKED, "HOW WOULD YOU LIKE ME TO RESPOND?"

03:20PM  6           AND YOU RESPONDED, "PROJECT IS GOING WELL.  WHEN WE HAVE A

03:20PM  7      NEW MILESTONE TO SHARE WE WILL SHARE IT."

03:20PM  8           SIGNED WADE?

03:20PM  9      A.   YES.

03:20PM  10     Q.   OKAY.  DO YOU KNOW AN INVESTOR NAMED BRIAN GROSSMAN?

03:20PM  11     A.   I DON'T RECALL.

03:20PM  12     Q.   DO YOU RECALL HAVING ANY CONVERSATIONS WITH MR. GROSSMAN

03:20PM  13     ABOUT THERANOS?

03:20PM  14     A.   NOT SPECIFICALLY.

03:20PM  15     Q.   LET ME SHOW YOU A DOCUMENT FOR PURPOSES OF SEEING IF IT

03:20PM  16     REFRESHES YOUR RECOLLECTION.

03:20PM  17     A.   OKAY.

03:20PM  18     Q.   IT'S EXHIBIT 4170.

03:21PM  19          AND THERE'S A FAIRLY LONG DISCUSSION HERE, BUT I'M ONLY

03:21PM  20     INTERESTED AND WOULD DRAW YOUR ATTENTION TO THE SECOND TO THE

03:21PM  21     LAST PARAGRAPH DOWN THE SECOND PAGE WHICH STARTS THERANOS.

03:21PM  22     THAT PARAGRAPH AND THE FOLLOWING TWO PARAGRAPHS.

03:21PM  23     A.   YES.

03:21PM  24     Q.   DOES THAT REFRESH YOUR RECOLLECTION OF HAVING A

03:21PM  25     CONVERSATION WITH MR. GROSSMAN IN THE SUMMER OF 2014?

03:21PM   1       A.   IT DOES NOT.

03:21PM   2       Q.   OKAY.  YOU LEFT FOR REASONS UNRELATED TO THERANOS IN THE

03:21PM   3   LATE SUMMER OF 2014; CORRECT?

03:21PM   4       A.   CORRECT.

03:21PM   5       Q.   AND AFTER THAT TIME DID YOU STAY IN TOUCH WITH MS. HOLMES

03:21PM   6   AND OTHERS AT THERANOS?

03:21PM   7       A.   MS. HOLMES.

03:21PM   8       Q.   OKAY.  LET ME ASK YOU TO LOOK IN YOUR NOTEBOOK AT

03:22PM   9   EXHIBIT 7168?

03:22PM  10       A.   YEP.

03:22PM  11       Q.   IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES IN

03:22PM  12   OCTOBER OF 2015?

03:22PM  13       A.   YES, IT IS.

03:22PM  14            MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 7618.

03:22PM  15            THE COURT:  7618?

03:22PM  16            MR. DOWNEY:  7618.

03:22PM  17            THE CLERK:  OR 7168?

03:22PM  18            THE COURT:  TELL US THE NUMBER AGAIN, PLEASE.

03:22PM  19            MR. DOWNEY:  7618.

03:22PM  20            MR. SCHENK:  NO OBJECTION.

03:22PM  21            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:22PM  22        (DEFENDANT'S EXHIBIT 7618 WAS RECEIVED IN EVIDENCE.)

03:22PM  23   BY MR. DOWNEY:

03:22PM  24       Q.   OKAY.  AND THIS IS AN EMAIL EXCHANGE BETWEEN YOU AND

03:23PM  25   MS. HOLMES.  AND I REALLY WANT TO JUST FOCUS ON THE BOTTOM

03:23PM  1    EXCHANGE.

03:23PM  2         DO YOU RECALL AT SOME POINT DURING THE FALL OF 2015 THERE

03:23PM  3    WAS A LOT OF CRITICISM OF MS. HOLMES AND THERANOS?

03:23PM  4    A.   I DO.

03:23PM  5    Q.   AND IS THIS AN EMAIL THAT YOU SENT IN THIS TIMEFRAME TO

03:23PM  6    MS. HOLMES?

03:23PM  7    A.   YES.

03:23PM  8    Q.   LET ME ASK YOU NOW TO LOOK AT EXHIBIT 7622.

03:23PM  9    A.   YEP.

03:23PM  10   Q.   IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES IN

03:23PM  11   DECEMBER OF 2015?

03:23PM  12   A.   YEP.

03:23PM  13        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:24PM  14   7622.

03:24PM  15        MR. SCHENK:  NO OBJECTION.

03:24PM  16        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:24PM  17   (DEFENDANT'S EXHIBIT 7622 WAS RECEIVED IN EVIDENCE.)

03:24PM  18   BY MR. DOWNEY:

03:24PM  19   Q.   AND I WANT TO FOCUS YOUR ATTENTION FIRST ON THE DATE.

03:24PM  20        DO YOU SEE THAT THIS IS DECEMBER 1ST, 2015?

03:24PM  21   A.   YES.

03:24PM  22   Q.   AND THIS IS A YEAR AND A QUARTER OR SO AFTER YOU LEFT

03:24PM  23   WALGREENS?

03:24PM  24   A.   YES.

03:24PM  25   Q.   AND IN THE FIRST PARAGRAPH YOU MENTION COMING BACK WITH

03:24PM 1   MORE DETAILED THOUGHTS ON HOW WE COULD DO SOMETHING REALLY GAME

03:24PM 2   CHANGING AS TALKED.

03:24PM 3   A.   YEP.

03:24PM 4   Q.   AND DO YOU RECALL WHAT THAT RELATES TO?

03:24PM 5   A.   I BELIEVE IT WAS SOME WORK THAT I WAS DOING IN THE MIDDLE

03:24PM 6   EAST WITH SOME OF THE SOVEREIGN FUNDS AND OTHER FUNDS IN

03:24PM 7   ABU DHABI AND OTHER AREAS WHERE I THOUGHT THERE WOULD BE A LOT

03:24PM 8   OF INTEREST IN WHAT THERANOS HAD TO OFFER.

03:24PM 9   Q.   OKAY.  AND WAS THAT FOR PURPOSES OF OFFERING THE SERVICE

03:25PM 10  OR WHAT PURPOSE WAS THAT FOR?

03:25PM 11  A.   JUST THE TECHNOLOGY.  AGAIN, WHEN I LEFT WALGREENS IN

03:25PM 12  AUGUST I WAS STILL VERY, YOU KNOW, POSITIVE ON THE TECHNOLOGY.

03:25PM 13       OBVIOUSLY LATER ON, YOU KNOW, THINGS WERE WRITTEN, BUT I

03:25PM 14  STILL VERY MUCH BELIEVED IN ELIZABETH AND WHAT SHE WAS UP TO,

03:25PM 15  AND I REALLY WANTED HER TO HAVE A CHANCE TO BE ABLE TO LEVERAGE

03:25PM 16  THAT FOR GOOD.

03:25PM 17  Q.   OKAY.  ALL RIGHT.  LET ME ASK YOU TO LOOK AT EXHIBIT 7657

03:25PM 18  AND JUST ASK YOU BRIEFLY TO CONFIRM WHETHER THIS IS AN EMAIL

03:25PM 19  EXCHANGE BETWEEN YOU AND MS. HOLMES IN MARCH OF 2016?

03:25PM 20  A.   IT IS.

03:25PM 21            MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:26PM 22  7657.

03:26PM 23            MR. SCHENK:  NO OBJECTION.

03:26PM 24            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:26PM 25       (DEFENDANT'S EXHIBIT 7657 WAS RECEIVED IN EVIDENCE.)

BY MR. DOWNEY:

Q.   AND DO YOU SEE IN THE ADDRESS LINE THAT THIS IS AN EMAIL

FROM YOU TO MS. HOLMES COPYING SOME OTHER PARTIES?

A.   YES.

Q.   AND IN THE SECOND PARAGRAPH HERE YOU REFERENCE GCC BEING A

FABULOUS ENVIRONMENT FOR THERANOS.

     WHAT IS GCC?

A.   IT'S THE MIDDLE EAST, THE GREATER AREA THAT INCLUDES

SEVERAL COUNTRIES.

Q.   OKAY.  AND IS THAT A -- WHAT WERE YOU DISCUSSING HERE WHEN

YOU SUGGESTED GCC WOULD BE A FABULOUS ENVIRONMENT FOR THERANOS?

A.   WELL CAPITALIZED IN TERMS OF FUNDS, ACTUALLY EMBRACING

TECHNOLOGY IN MANY WAYS, IN HEALTH CARE IN PARTICULAR, AND I

FELT IT WOULD BE A GREAT OPPORTUNITY FOR HER TO SEE WHAT WAS

POSSIBLE THERE.

Q.   OKAY.  AND DID YOU CONTINUE THEREAFTER TO HAVE EMAIL

EXCHANGES WITH MS. HOLMES ABOUT PERSONAL MATTERS AND

PROFESSIONAL OPPORTUNITIES?

A.   I DON'T KNOW AFTER THIS IF I DID OR NOT, BUT --

Q.   WELL, LET ME SHOW YOU ONE MORE EMAIL.

A.   OKAY.

Q.   EXHIBIT 7676.

     IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES IN

AUGUST OF 2016?

A.   IT IS.

03:27PM  1    Q.   OKAY.

03:27PM  2         YOUR HONOR, I MOVE THE ADMISSION OF EXHIBIT 7676.

03:27PM  3              MR. SCHENK:  NO OBJECTION.

03:27PM  4              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:27PM  5         (DEFENDANT'S EXHIBIT 7676 WAS RECEIVED IN EVIDENCE.)

03:27PM  6    BY MR. DOWNEY:

03:27PM  7    Q.   IF WE CAN LOOK AT THE EMAIL ON THE BOTTOM.  YOU SAY TO

03:27PM  8    MS. HOLMES, "NICE JOB WITH DR. GUPTA."

03:27PM  9         WHAT WAS THAT A REFERENCE TO?

03:27PM 10    A.   HONESTLY, I CAN'T REMEMBER.

03:27PM 11    Q.   YOU SAY, "I HOPE YOU ARE WELL.  DON'T STOP WORKING TO HELP

03:28PM 12    THE WORLD."

03:28PM 13         MS. HOLMES'S RESPONSE TO YOU, "YOU KNOW HOW MUCH THAT

03:28PM 14    MEANS TO ME.  HOPE ALL IS WONDERFUL WITH YOU."

03:28PM 15         AND DO YOU RECALL ANY CONTACT WITH MS. HOLMES AFTER THIS

03:28PM 16    EMAIL EXCHANGE?

03:28PM 17    A.   I DON'T RECALL THE LAST TIME, BUT I DEFINITELY CARED ABOUT

03:28PM 18    HER VERY MUCH AND WANTED HER TO BE SUCCESSFUL.

03:28PM 19    Q.   OKAY.

03:28PM 20         YOUR HONOR, I THINK I'M DONE WITH CROSS-EXAMINATION, BUT

03:28PM 21    LET ME HAVE JUST ONE MOMENT.

03:28PM 22              THE COURT:  SURE.

03:28PM 23         (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:29PM 24    BY MR. DOWNEY:

03:29PM 25    Q.   THANK YOU, MR. MIQUELON.

03:29PM   1        THAT'S ALL I HAVE FOR CROSS-EXAMINATION.

03:29PM   2              THE COURT:  ALL RIGHT.  ANY REDIRECT?  MR. SCHENK?

03:29PM   3              MR. SCHENK:  YES.

03:29PM   4                        **REDIRECT EXAMINATION**

03:29PM   5    BY MR. SCHENK:

03:29PM   6    Q.   GOOD AFTERNOON AGAIN, MR. MIQUELON.

03:29PM   7    A.   GOOD AFTERNOON.

03:29PM   8    Q.   I'D LIKE TO COVER SOME OF THE TOPICS THAT YOU DISCUSSED

03:29PM   9    WITH MR. DOWNEY, AND THE FIRST PLACE I'D LIKE TO START IS WITH

03:29PM  10    THE PHASED ROLLOUT.

03:29PM  11        MR. DOWNEY ASKED YOU SOME QUESTIONS ABOUT PHASE I AND

03:29PM  12    PHASE II.

03:29PM  13        DO YOU RECALL THOSE QUESTIONS?

03:29PM  14    A.   BRIEFLY.

03:29PM  15    Q.   GENERALLY AT LEAST.

03:29PM  16    A.   GENERALLY, YEAH.

03:29PM  17    Q.   THE REASON FOR THE DIFFERENT PHASES, I THINK YOU TESTIFIED

03:29PM  18    TO, WAS SOME REGULATORY CONCERNS, OR REGULATORY ISSUES THAT HAD

03:30PM  19    BEEN IDENTIFIED AND THE QUESTION IS WHAT IS THE LAB?  AM I

03:30PM  20    RIGHT ABOUT THAT?

03:30PM  21    A.   CORRECT.  THAT IS ONE OF THE QUESTIONS WHICH, AGAIN, WHAT

03:30PM  22    IS THE LAB AND WHERE IS THE LAB, IF YOU HAVE AN EDISON DEVICE

03:30PM  23    THAT FEEDS TO THE CLOUD THAT FEEDS INTO A LABORATORY OF

03:30PM  24    ANALYTICS.

03:30PM  25        AGAIN, THAT IS SOMETHING THAT I THINK HAD NEVER BEEN

03:30PM  1    CONTEMPLATED BY REGULATORS.

03:30PM  2    Q.   SO THE DECISION WAS MADE TO ROLL OUT IN PHASES TO HAVE THE

03:30PM  3    EDISON DEVICE AT A CENTRAL LAB INITIALLY AND THEN EVENTUALLY AS

03:30PM  4    I THINK YOU SAID DEPENDING ON THE ECONOMICS OF IT PUTTING THE

03:30PM  5    DEVICE IN STORES?

03:30PM  6    A.   AND I THINK IT WAS PRACTICAL IF YOU WERE GOING TO HAVE,

03:30PM  7    LET'S JUST MAKE IT FIVE LAB TESTS A DAY IN A GIVEN WALGREENS,

03:30PM  8    IT DOESN'T MAKE A LOT OF SENSE TO HAVE EQUIPMENT AND

03:30PM  9    INFRASTRUCTURE THERE.

03:30PM 10    Q.   I SEE.  WHEN YOU WERE DISCUSSING THIS PHASED APPROACH WITH

03:30PM 11    MS. HOLMES, DID SHE EVER TELL YOU ONE REASON WE COULDN'T PUT

03:31PM 12    THE DEVICE IN THE STORES WAS BECAUSE THEY DIDN'T DO THEIR BLOOD

03:31PM 13    TESTING FULLY ON THE DEVICE, THAT IT WASN'T ACTUALLY REGULATORY

03:31PM 14    BUT RATHER IT WAS A DEVICE ISSUE?  DID YOU EVER TALK ABOUT

03:31PM 15    THAT?

03:31PM 16    A.   I NEVER HEARD THAT.

03:31PM 17    Q.   IF WE COULD BRING UP GOVERNMENT'S EXHIBIT 302.

03:31PM 18        DO YOU REMEMBER THAT YOU TALKED TO MR. DOWNEY ABOUT THE

03:31PM 19    JOHNS HOPKINS DOCUMENT?

03:31PM 20        DO YOU RECALL THAT LINE OF QUESTIONING?

03:31PM 21    A.   I DO.

03:31PM 22    Q.   YOU WEREN'T AT -- YOU DIDN'T GO TO BALTIMORE FOR THE

03:31PM 23    MEETING; IS THAT RIGHT?

03:31PM 24    A.   I DID NOT.

03:31PM 25    Q.   DO YOU KNOW HOW LONG THE DEVICE WAS WITH THE FOLKS AT

03:31PM  1    HOPKINS?

03:31PM  2    A.   I HAVE NO IDEA.

03:31PM  3    Q.   DO YOU KNOW HOW LONG THE MEETING LASTED?

03:31PM  4    A.   I HAVE NO IDEA.

03:31PM  5    Q.   DO YOU KNOW WHO PREPARED THE DATA THAT JOHNS HOPKINS

03:31PM  6    LOOKED AT?

03:31PM  7    A.   I HAVE NO IDEA.

03:31PM  8    Q.   IF YOU COULD TURN TO THE SECOND PAGE OF THIS DOCUMENT.  AT

03:32PM  9    THE VERY BOTTOM THERE'S A SECTION CALLED DISCLAIMER.

03:32PM 10         DO YOU SEE THAT?

03:32PM 11    A.   YES.

03:32PM 12    Q.   DID YOU READ THAT WITH MR. DOWNEY DO YOU RECALL?

03:32PM 13    A.   ASK THE QUESTION AGAIN, I'M SORRY.

03:32PM 14    Q.   WHEN YOU WERE BEING ASKED QUESTIONS ABOUT THIS ON

03:32PM 15    CROSS-EXAMINATION --

03:32PM 16    A.   RIGHT.

03:32PM 17    Q.   -- DID YOU READ THIS OUT LOUD?

03:32PM 18    A.   NO.

03:32PM 19    Q.   LET'S TAKE A LOOK AT IT NOW.

03:32PM 20         IT SAYS, "THIS INFORMATION IS BEING PROVIDED SOLELY FOR

03:32PM 21    THE BENEFIT OF WALGREENS AND SHALL BE USED BY WALGREENS FOR ITS

03:32PM 22    INTERNAL PURPOSES ONLY.  IN ADDITION, THE MATERIALS PROVIDED IN

03:32PM 23    NO WAY SIGNIFY AN ENDORSEMENT BY JOHNS HOPKINS MEDICINE TO ANY

03:32PM 24    PRODUCT OR SERVICE."

03:32PM 25         DID YOU GIVE MS. HOLMES PERMISSION TO SHARE THIS DOCUMENT

03:32PM   1    WITH INVESTORS?

03:32PM   2    A.   I DIDN'T PERSONALLY, NO.

03:32PM   3    Q.   DO YOU KNOW WHETHER ANYBODY AT WALGREENS GAVE THERANOS OR

03:32PM   4    MS. HOLMES THAT PERMISSION?

03:32PM   5    A.   I DON'T KNOW.

03:32PM   6    Q.   MR. DOWNEY ASKED YOU SOME QUESTIONS ABOUT WHAT HE WAS

03:33PM   7    CALLING AN INTEGRATION CLAUSE.

03:33PM   8         DO YOU REMEMBER THAT?

03:33PM   9    A.   YES.

03:33PM   10   Q.   ALL OF THE AGREEMENTS OF THE PARTIES ARE CONTAINED IN THIS

03:33PM   11   DOCUMENT; IS THAT RIGHT?

03:33PM   12   A.   THAT'S MY UNDERSTANDING.

03:33PM   13   Q.   WAS YOUR UNDERSTANDING THAT WHEN YOU INTERACTED WITH

03:33PM   14   MS. HOLMES OR MR. BALWANI THAT EVEN IF THERE WAS AN INTEGRATION

03:33PM   15   CLAUSE, THEY STILL HAD TO BE TRUTHFUL TO YOU?

03:33PM   16   A.   THAT WOULD BE MY ASSUMPTION, YES.

03:33PM   17   Q.   IF WE COULD NOW BRING UP EXHIBIT 617, AND I THINK IT'S ON

03:33PM   18   PAGE 4.

03:33PM   19        UNDER PROGRAM OBJECTIVES (A), MR. DOWNEY ASKED YOU A

03:33PM   20   QUESTION ABOUT THIS.

03:33PM   21        DO YOU RECALL UNDER (A) I THINK HE ASKED YOU ABOUT THE

03:34PM   22   NATIONWIDE ROLLOUT.

03:34PM   23        DO YOU SEE IN THE THIRD LINE OF (A) THE WORD NATIONWIDE?

03:34PM   24   A.   YES.

03:34PM   25   Q.   AND IF YOU GO A LITTLE FURTHER UP IN (A), STILL WITHIN (A)

03:34PM  1    IT SAYS, "MAKING TESTING LESS INVASIVE, FASTER, AND FAR MORE

03:34PM  2    ACCESSIBLE, EFFECTIVE, AND ACTIONABLE BY INTRODUCING A FAR MORE

03:34PM  3    COST-EFFECTIVE, BLOOD TESTING SERVICE AT WALGREENS STORES AND

03:34PM  4    WALGREENS'S OTHER CLINICAL OPERATIONS NATIONWIDE."

03:34PM  5        DID YOU UNDERSTAND THAT IN ORDER TO ACHIEVE THE NATIONWIDE

03:34PM  6    OBJECTIVE THAT TESTING WOULD HAVE TO BE LESS INVASIVE?

03:34PM  7    A.   YES.  I MEAN, MY UNDERSTANDING WAS, YOU KNOW, THE VAST

03:34PM  8    MAJORITY OF TESTS WOULD BE ON A FINGER PRICK.

03:34PM  9    Q.   LESS INVASIVE IS A REFERENCE TO?

03:34PM  10   A.   I THINK IT'S TALKING FINGERSTICK VERSUS A VENIPUNCTURE.

03:34PM  11   Q.   FINGERSTICK VERSUS A VEIN DRAW?

03:35PM  12   A.   THAT'S HOW I INTERPRET IT.

03:35PM  13            MR. SCHENK:  IF WE CAN NOW SWITCH TO THE ELMO,

03:35PM  14   MS. KRATZMANN?

03:35PM  15            THE CLERK:  YES, COUNSEL.

03:35PM  16            MR. SCHENK:  THANK YOU.

03:35PM  17            THE CLERK:  THIS IS ADMITTED?

03:35PM  18            MR. SCHENK:  YES.

03:35PM  19   Q.   MR. MIQUELON, I'M SHOWING YOU EXHIBIT 7312.  THIS WAS

03:35PM  20   ADMITTED DURING CROSS-EXAMINATION, SOME SLIDES THAT MS. HOLMES

03:35PM  21   SENT TO YOU.

03:35PM  22        DO YOU RECALL THAT?

03:35PM  23   A.   I RECALL BEING SHOWN IT.

03:35PM  24   Q.   SO I'M SHOWING YOU THE FIRST PAGE OF THE EXHIBIT.  THIS

03:36PM  25   WAS THE EMAIL THAT MS. HOLMES SENT TO YOU IN AUGUST OF 2013

03:36PM 1    ATTACHING THESE SLIDES.  THE EMAIL HAD THAT NUMBERED LIST?

03:36PM 2    A.  YES, I RECALL.

03:36PM 3    Q.  AND IN THE EXECUTIVE SUMMARY THE FIRST BULLET SAYS THAT

03:36PM 4    "THERANOS WILL OPEN ITS FIRST PATIENT SERVICE CENTER IN

03:36PM 5    DOWNTOWN PALO ALTO RIGHT AFTER LABOR DAY OF 2013."

03:36PM 6        LABOR DAY IS NOT IN NOVEMBER, RIGHT, IT'S IN SEPTEMBER?

03:36PM 7    A.  RIGHT.

03:36PM 8    Q.  AND IS IT YOUR UNDERSTANDING THAT THERANOS WAS GOING TO

03:36PM 9    OPEN ITS FIRST PATIENT SERVICE CENTER IN SEPTEMBER OF 2013?

03:36PM 10   A.  THAT SOUNDS ABOUT RIGHT.

03:36PM 11   Q.  AND THAT'S ALSO WHAT THE DOCUMENT SAYS; IS THAT RIGHT?

03:36PM 12   A.  YES.

03:36PM 13   Q.  MR. DOWNEY ASKED YOU SOME QUESTIONS ABOUT THE EARNINGS

03:36PM 14   CALL, AND IN THE EARNINGS CALL TRANSCRIPT YOU WERE VERY, VERY

03:36PM 15   EXCITED OR INTERESTED IN THE PROSPECTS OF THERANOS?

03:36PM 16   A.  YES.

03:36PM 17   Q.  WAS YOUR EXCITEMENT BASED ON WHAT YOU LEARNED ABOUT

03:37PM 18   THERANOS, BASED ON REPRESENTATIONS THAT MS. HOLMES AND

03:37PM 19   MR. BALWANI HAD MADE TO YOU?

03:37PM 20   A.  YES.

03:37PM 21   Q.  AND DID THAT INCLUDE THAT THE TECHNOLOGY WORKED?

03:37PM 22   A.  YES.

03:37PM 23   Q.  DID THAT INCLUDE THAT THE TESTS, THE BLOOD TESTS WERE DONE

03:37PM 24   VIA FINGERSTICK?

03:37PM 25   A.  AT LEAST THE VAST MAJORITY WOULD BE.

03:37PM   1    Q.   AND IF THOSE THINGS HAD NOT BEEN TRUE, WOULD YOU HAVE BEEN

03:37PM   2    AS EXCITED?

03:37PM   3    A.   I WOULD HAVE SERIOUS CONCERNS THAT THEY WEREN'T TRUE.

03:37PM   4    Q.   YOU WOULD HAVE --

03:37PM   5    A.   I WOULD HAVE SERIOUS CONCERNS.

03:37PM   6    Q.   WHY?

03:37PM   7    A.   WELL, IT WOULD GO TO THE HEART OF A FEW THINGS.  IT WOULD

03:37PM   8    GO TO THE HEART OF THE VALUE PROPOSITION, CAN YOU DO IT BETTER,

03:37PM   9    FASTER, CHEAPER, OR ONLY ONE OR ONLY TWO OF THE ABOVE?

03:37PM  10        IT WOULD ALSO PROBABLY GO TO THE HEART OF JUST CREDIBILITY

03:37PM  11    IN TERMS OF WHAT HAD BEEN REPRESENTED TO ME.

03:37PM  12    Q.   AND WHOSE CREDIBILITY?  WHAT DO YOU MEAN?

03:37PM  13    A.   THERANOS'S CREDIBILITY.

03:37PM  14    Q.   AND WOULD THAT INCLUDE MS. HOLMES?

03:37PM  15    A.   ANYONE WHO WOULD MAKE THOSE ATTESTATIONS IT WOULD INCLUDE.

03:38PM  16    Q.   AND WHO MAKE THOSE REPRESENTATIONS TO YOU?

03:38PM  17    A.   OVER TIME SUNNY AND ELIZABETH GAVE US ATTESTATIONS THAT

03:38PM  18    THE TECHNOLOGY WORKED AND NEEDED TO BE SCALED AND SO THAT'S

03:38PM  19    WHAT I BELIEVED.

03:38PM  20    Q.   WHEN MS. HOLMES WOULD MAKE A REPRESENTATION TO YOU, WERE

03:38PM  21    THERE OCCASIONS WHEN MR. BALWANI WAS PRESENT?

03:38PM  22    A.   MOST OF THE TIME WHEN I WAS WITH WALGREENS MY

03:38PM  23    CONVERSATIONS WERE WITH BOTH OF THEM TYPICALLY.

03:38PM  24    Q.   AND THEY WERE BOTH PRESENT YOU SAY?

03:38PM  25    A.   TYPICALLY, YES.

03:38PM 1    Q.   AND WAS THERE EVER AN OCCASION WHEN MS. HOLMES SAID

03:38PM 2    SOMETHING TO YOU AND MR. BALWANI SAID, WAIT, THAT'S NOT TRUE, I

03:38PM 3    NEED TO CORRECT THAT?

03:38PM 4         DO YOU RECALL THAT EVER HAPPENING?

03:38PM 5    A.   NOT THAT I RECALL.

03:38PM 6    Q.   HOW ABOUT THE REVERSE?  WAS THERE EVER A TIME THAT

03:38PM 7    MR. BALWANI SAID SOMETHING TO YOU AND MS. HOLMES SAID, WAIT, I

03:38PM 8    NEED TO CORRECT THAT, THAT'S NOT TRUE?

03:38PM 9    A.   I DON'T RECALL THAT.

03:38PM 10   Q.   MR. DOWNEY SHOWED YOU SEVERAL EMAILS THAT YOU SENT TO

03:38PM 11   MS. HOLMES IN THE 2015 AND 2016 TIMEFRAME, SUPPORTIVE EMAILS?

03:39PM 12   A.   RIGHT.

03:39PM 13   Q.   AND I THINK YOU SAID THAT YOU HAD POSITIVE FEELINGS ABOUT

03:39PM 14   MS. HOLMES AND ABOUT THERANOS AT THE TIME?

03:39PM 15   A.   CORRECT.  WHEN I LEFT THE COMPANY I STILL FELT VERY GOOD

03:39PM 16   ABOUT THE COMPANY, AND AGAIN, OBVIOUSLY THERE WAS -- LATER ON

03:39PM 17   THERE WERE, YOU KNOW, THERE'S BAD PRESS, ET CETERA, BUT

03:39PM 18   HONESTLY, I DON'T PAY MUCH ATTENTION TO IT, RIGHT?  SO MY LAST

03:39PM 19   EXPERIENCE WHEN I LEFT THE COMPANY WAS FAVORABLE.

03:39PM 20   Q.   AND YOU SAID THAT THERE WAS BAD PRESS, BUT YOU STILL HAD A

03:39PM 21   FAVORABLE IMPRESSION OF THERANOS?

03:39PM 22   A.   YEAH.

03:39PM 23   Q.   AND WHERE DID YOU GET THAT FAVORABLE IMPRESSION FROM?

03:39PM 24   A.   I THINK I DIDN'T WANT TO BELIEVE THERE WERE THINGS THAT I

03:39PM 25   BELIEVED WEREN'T TRUE IN TERMS OF TECHNOLOGY BEING ABLE TO WORK

03:39PM  1    THEY WAY THAT IT WAS REPRESENTED TO US.

03:39PM  2    Q.   YOU STILL WANTED TO BELIEVE THAT THE TECHNOLOGY WORKED?

03:39PM  3    A.   YES.  I MEAN, I -- YES.

03:39PM  4    Q.   WAS THERE A POINT IN TIME AFTER -- I THINK THE MOST RECENT

03:39PM  5    EMAIL THAT MR. DOWNEY SHOWED YOU WAS IN AUGUST OF 2016?

03:39PM  6    A.   YEAH.

03:39PM  7    Q.   AND WAS THERE A PERIOD OF TIME AFTER THAT WHERE YOUR

03:40PM  8    OPINION CHANGED AND YOU NO LONGER HAD A FAVORABLE IMPRESSION?

03:40PM  9    A.   I WOULD JUST SAY THIS, I WOULD SAY THAT I DON'T HAVE ALL

03:40PM  10   OF THE FACTS.  I ONLY KNOW WHAT WAS REPRESENTED TO ME SO I CAN

03:40PM  11   ONLY REALLY SPEAK TO WHAT I WAS TOLD.

03:40PM  12        THAT'S ALL I KNOW REALLY.

03:40PM  13   Q.   AND IN THE 2015 TO 2016 TIMEFRAME WHEN YOU WERE SENDING

03:40PM  14   THESE EMAILS, THESE SUPPORTIVE EMAILS TO MS. HOLMES --

03:40PM  15   A.   YEAH.

03:40PM  16   Q.   -- DID YOU KNOW WHAT MS. HOLMES HAD TOLD HER INVESTORS?

03:40PM  17   A.   NO.

03:40PM  18   Q.   WHEN YOU WERE SENDING THESE SUPPORTIVE EMAILS TO

03:40PM  19   MS. HOLMES, WERE YOU DOING THAT BASED ON YOUR INTERACTIONS WITH

03:40PM  20   HER, THAT'S WHERE YOU --

03:40PM  21   A.   YES.

03:40PM  22   Q.   -- GOT THE INFORMATION?

03:40PM  23   A.   YES.

03:40PM  24   Q.   AND WAS THERE A TIME WHILE YOU STILL WORKED AT WALGREENS

03:40PM  25   BUT TOWARDS THE END WHEN YOU HAD A PHONE CALL WITH MS. HOLMES?

03:40PM  1    A.   MAYBE.  PROBABLY.  WE HAD, YOU KNOW, MULTIPLE PHONE CALLS

03:41PM  2    OVER THE COURSE OF OUR FRIENDSHIP.

03:41PM  3    Q.   AND WAS THERE ONES WHEN YOU DISCUSSED VENOUS DRAWS IN

03:41PM  4    WALGREENS STORES?

03:41PM  5    A.   THERE WAS.

03:41PM  6    Q.   AND WHAT DO YOU RECALL ABOUT THAT?

03:41PM  7    A.   WHAT I RECALL IS THAT IN THE EARLY PILOTS WE, I THINK,

03:41PM  8    INITIALLY THOUGHT 90 PERCENT OF A TEST WOULD BE DONE VIA A

03:41PM  9    FINGERSTICK, BUT IT ENDED UP BEING VERY LOW FOR A WHILE, ALMOST

03:41PM  10   CLOSE TO ZERO, AND JUST HAVING A CONVERSATION TO UNDERSTAND WHY

03:41PM  11   VENOUS PUNCTURE WAS THE PREDOMINANT METHOD VERSUS FINGERSTICKS.

03:41PM  12   Q.   AND DID MS. HOLMES GIVE YOU SOME REASONS?

03:41PM  13   A.   SHE DID.  SHE EXPRESSED THERE WAS A COUPLE REASONS.  ONE

03:41PM  14   IS THE DIFFICULTY OF GETTING CLINICIANS TO DO THE KIND OF

03:41PM  15   MASSAGE, THE FINGER MASSAGE PROPERLY TO GET THE PROPER BLOOD

03:41PM  16   SAMPLE.

03:41PM  17        SHE ALSO EXPRESSED THAT THERE WAS A POSSIBILITY THAT SOME

03:42PM  18   OF THE MORE OBSCURED TESTS WERE BEING ORDERED AT A MAGNITUDE

03:42PM  19   FAR HIGHER THAN THEY SHOULD HAVE BEEN SO PERHAPS CLINICIANS OR

03:42PM  20   LAB PREPARERS MIGHT BE TRYING TO TEST THE WATERS TO SEE WHAT

03:42PM  21   WAS POSSIBLE.  SO WE TALKED ABOUT THAT A BIT.  AND LIKE THE

03:42PM  22   TEAM HAD TALKED TO ME ABOUT IT AS WELL.  SHE GAVE ME SOME

03:42PM  23   PERSPECTIVE ON WHAT WE MIGHT LOOK TO IN TERMS OF HOW THAT MIGHT

03:42PM  24   RAMP OVER TIME.

03:42PM  25   Q.   SO WHEN YOU WERE ASKING MS. HOLMES ABOUT THE AMOUNT OF

| | | |
|---|---|---|
| 03:42PM | 1 | VEIN DRAWS THAT WERE HAPPENING, DID SHE TELL YOU ANYTHING ABOUT |
| 03:42PM | 2 | TECHNOLOGICAL LIMITATIONS OF THE THERANOS DEVICE? |
| 03:42PM | 3 | A.   NOT THAT I RECALL. |
| 03:42PM | 4 | Q.   AND WAS IT THAT KIND OF PHONE CALL THAT YOU WERE THINKING |
| 03:42PM | 5 | ABOUT IN 2015 AND 2016 WHEN YOU WERE SENDING THESE SUPPORTIVE |
| 03:42PM | 6 | EMAILS TO MS. HOLMES?  WERE YOU THINKING THAT THE THINGS THAT |
| 03:42PM | 7 | SHE TOLD YOU ON THE PHONE CALL WE JUST DISCUSSED WERE TRUE? |
| 03:42PM | 8 | A.   YES. |
| 03:42PM | 9 | Q.   THANK YOU. |
| 03:42PM | 10 | NO FURTHER QUESTIONS, YOUR HONOR. |
| 03:42PM | 11 | MR. DOWNEY:  NOTHING FROM US, YOUR HONOR. |
| 03:42PM | 12 | THE COURT:  MAY THIS WITNESS BE EXCUSED? |
| 03:42PM | 13 | MR. SCHENK:  YES, YOUR HONOR. |
| 03:43PM | 14 | THE COURT:  MR. DOWNEY? |
| 03:43PM | 15 | MR. DOWNEY:  YES. |
| 03:43PM | 16 | THE COURT:  THANK YOU, SIR.  YOU'RE EXCUSED.  YOU |
| 03:43PM | 17 | CAN STAND DOWN. |
| 03:43PM | 18 | THE WITNESS:  THANK YOU, YOUR HONOR. |
| 03:43PM | 19 | THE COURT:  THANK YOU VERY MUCH.  JUST LEAVE ALL OF |
| 03:43PM | 20 | THOSE BINDERS THERE.  THANK YOU. |
| 03:43PM | 21 | DOES THE GOVERNMENT HAVE A WITNESS YOU WISH TO CALL THIS |
| 03:43PM | 22 | AFTERNOON? |
| 03:43PM | 23 | MR. BOSTIC:  WE HAVE A WITNESS READY, YOUR HONOR, |
| 03:43PM | 24 | AND WE CAN MOVE FORWARD TODAY.  WE WON'T FINISH THE WITNESS |
| 03:43PM | 25 | BEFORE 4:00 P.M., OR WE CAN START WITH THIS WITNESS TOMORROW. |

| | | |
|---|---|---|
| 03:43PM | 1 | THE COURT: WHY DON'T WE AT LEAST INTRODUCE THE |
| 03:43PM | 2 | WITNESS TO THE PROCEEDINGS. |
| 03:43PM | 3 | MS. KRATZMANN NEEDS A COUPLE OF MINUTES, BUT LET'S DO |
| 03:43PM | 4 | THAT. |
| 03:43PM | 5 | MR. BOSTIC: YES, YOUR HONOR. THE GOVERNMENT CALLS |
| 03:43PM | 6 | ROBERT AMENTA. |
| 03:44PM | 7 | (PAUSE IN PROCEEDINGS.) |
| 03:44PM | 8 | THE COURT: THANK YOU, MR. WADE. THANK YOU. |
| 03:44PM | 9 | THE CLERK: THANK YOU. |
| 03:44PM | 10 | THE COURT: SIR, IF YOU COULD JUST STAND THERE FOR |
| 03:44PM | 11 | JUST A MOMENT. AND IF YOU COULD FACE OUR COURTROOM DEPUTY |
| 03:44PM | 12 | WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU. |
| 03:44PM | 13 | **(GOVERNMENT'S WITNESS, ROBERTO AMENTA, WAS SWORN.)** |
| 03:44PM | 14 | THE WITNESS: YES. |
| 03:44PM | 15 | THE COURT: LET ME INVITE YOU TO HAVE A SEAT HERE, |
| 03:44PM | 16 | SIR, AND MAKE YOURSELF COMFORTABLE. |
| 03:44PM | 17 | THE WITNESS: THANK YOU. |
| 03:44PM | 18 | THE COURT: YOU'RE WELCOME. |
| 03:44PM | 19 | FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED. |
| 03:44PM | 20 | I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE. |
| 03:44PM | 21 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 03:45PM | 22 | AND THEN SPELL IT, PLEASE. |
| 03:45PM | 23 | THE WITNESS: SURE. IT'S ROBERTO. LAST NAME IS |
| 03:45PM | 24 | AMENTA, A-M-E-N-T-A. |
| 03:45PM | 25 | THE COURT: THANK YOU. MR. BOSTIC. |

03:45PM  1          MR. BOSTIC:  THANK YOU, YOUR HONOR.

03:45PM  2                       **DIRECT EXAMINATION**

03:45PM  3     BY MR. BOSTIC:

03:45PM  4     Q.   GOOD AFTERNOON, MR. AMENTA.

03:45PM  5     A.   GOOD AFTERNOON.

03:45PM  6     Q.   MR. AMENTA, IF YOU'RE FULLY VACCINATED AND COMFORTABLE

03:45PM  7     DOING SO, YOU'RE WELCOME TO TESTIFY WITHOUT A MASK.

03:45PM  8     A.   I AM.

03:45PM  9     Q.   CAN YOU START BY TELLING US WHERE YOU'RE CURRENTLY

03:45PM 10     EMPLOYED, PLEASE?

03:45PM 11     A.   I'M EMPLOYED AT THE FEDERAL RESERVE BANK OF NEW YORK.

03:45PM 12     Q.   AND WHAT IS YOUR CURRENT JOB TITLE AT THE FEDERAL RESERVE

03:45PM 13     BANK OF NEW YORK?

03:45PM 14     A.   I'M THE DEPUTY CHIEF INVESTIGATOR.

03:45PM 15     Q.   I WANT TO CIRCLE BACK TO YOUR JOB RESPONSIBILITIES THERE,

03:45PM 16     BUT FIRST CAN YOU SUMMARIZE FOR US AT A HIGH LEVEL YOUR

03:45PM 17     EDUCATIONAL BACKGROUND AND YOUR WORK HISTORY BEFORE YOU JOINED

03:45PM 18     THE FEDERAL RESERVE BANK?

03:45PM 19     A.   SURE.  I'M A GRADUATE OF ST. FRANCIS COLLEGE IN BROOKLYN

03:45PM 20     WITH A BACHELOR'S OF SCIENCE.

03:45PM 21          AND MY EMPLOYMENT PRE THE FEDERAL RESERVE WAS AT A LAW

03:46PM 22     FIRM CALLED CULLEN AND DYKMAN.

03:46PM 23     Q.   AND WHAT WAS YOUR POSITION AT THAT LAW FIRM?

03:46PM 24     A.   PARALEGAL.

03:46PM 25     Q.   WHEN DID YOU START WORKING AT THE FEDERAL RESERVE BANK OF

03:46PM  1    NEW YORK?

03:46PM  2    A.   IN NOVEMBER OF 1993.

03:46PM  3    Q.   AND HAVE YOU BEEN EMPLOYED THERE EVER SINCE?

03:46PM  4    A.   I HAVE.

03:46PM  5    Q.   AND YOU SAID YOUR CURRENT JOB TITLE?  ONE MORE TIME.

03:46PM  6    A.   DEPUTY CHIEF INVESTIGATOR.

03:46PM  7    Q.   AND HAS THAT BEEN YOUR JOB TITLE THERE THE ENTIRE TIME OR

03:46PM  8    HAS IT CHANGED?

03:46PM  9    A.   NO.  SO IN NOVEMBER OF 1993 I STARTED AS A PARALEGAL, ROSE

03:46PM 10    THROUGH THE RANKS, BECAME AN INVESTIGATOR IN 2001, ROSE THROUGH

03:46PM 11    THE INVESTIGATOR RANKS AND INTO 2019 WAS NAMED DEPUTY CHIEF

03:46PM 12    INVESTIGATOR.

03:46PM 13    Q.   AND WHAT IS THE FEDERAL RESERVE BANK?

03:46PM 14    A.   SURE.  SO THE FEDERAL RESERVE BANK IS REGIONAL BANKS, SO

03:46PM 15    THERE ARE 12 FEDERAL RESERVE BANKS, WHICH NEW YORK IS ONE OF

03:46PM 16    THEM, ALONG WITH THE BOARD OF GOVERNORS MAKE UP THE FEDERAL

03:47PM 17    RESERVE SYSTEM WHICH IS THE CENTRAL BANK FOR THE UNITED STATES.

03:47PM 18    Q.   AND HOW DOES THE FEDERAL RESERVE BANK COMPARE TO BANKS

03:47PM 19    THAT CITIZENS LIKE YOU OR I MIGHT HAVE ACCOUNTS AT?

03:47PM 20    A.   SURE.  SO I THINK MOST FOLKS ASSOCIATE THE FEDERAL RESERVE

03:47PM 21    WITH MONETARY POLICY, SO FORMULATING AND IMPLEMENTING MONETARY

03:47PM 22    POLICY, BUT IT'S ALSO A BANK SUPERVISOR FOR FINANCIAL

03:47PM 23    INSTITUTIONS, AND IT ALSO PROVIDES BANKING SERVICES TO THE

03:47PM 24    FINANCIAL INDUSTRY, TO FINANCIAL INSTITUTIONS.

03:47PM 25         SO IT WON'T HAVE ACCOUNTS FOR INDIVIDUALS.  IT HAS

03:47PM 1    ACCOUNTS FOR BANKS.

03:47PM 2    Q.   SO IT'S A BANK FOR BANKS?

03:47PM 3    A.   THAT'S RIGHT.

03:47PM 4    Q.   HOW ABOUT YOUR SPECIFIC JOB RESPONSIBILITIES THERE, CAN

03:47PM 5    YOU SUMMARIZE THOSE FOR US?

03:47PM 6    A.   SURE.  SO THE INVESTIGATIONS GROUP IS WITHIN A GROUP IN

03:47PM 7    LEGAL CALLED THE FINANCIAL INTELLIGENCE AND INVESTIGATIONS

03:47PM 8    UNIT.  YOU KNOW, THE PRIMARY RESPONSIBILITY IS TO MAKE SURE

03:47PM 9    THAT WE WORK ON CASES WITH FINANCIAL INSTITUTION ISSUES AND

03:48PM 10   BANKER ISSUES, SO INSTITUTION AFFILIATED PARTIES AT FINANCIAL

03:48PM 11   INSTITUTIONS.

03:48PM 12        WE'RE ALSO THE FACE OF THE FED WITH REGARDS TO FRAUD THAT

03:48PM 13   MENTION THE FEDERAL RESERVE NAME AND THAT OF ITS EMPLOYEES, AND

03:48PM 14   WE'RE ALSO THE GROUP RESPONSIBLE FOR SUBPOENA COMPLIANCE WITH

03:48PM 15   REGARDS TO FEDWIRE FUNDS TRANSFER.

03:48PM 16   Q.   AND YOU MENTIONED FEDWIRE FUNDS TRANSFER.

03:48PM 17        WHAT IS FEDWIRE?

03:48PM 18   A.   FEDWIRE IS A FINANCIAL PRODUCT THAT THE FEDERAL RESERVE

03:48PM 19   PUTS OUT TO THE BANKING INDUSTRY.

03:48PM 20   Q.   AND WHAT IS IT USED FOR AND HOW DOES IT WORK?

03:48PM 21   A.   SURE.  SO IT'S AN ELECTRONIC COMMUNICATION IN WHICH THE

03:48PM 22   FINANCIAL INSTITUTIONS THAT ARE CUSTOMERS AT THE FED CAN SEND

03:48PM 23   PAYMENTS FOR THEMSELVES OR FOR THEIR CUSTOMERS TO MAKE A

03:48PM 24   PAYMENT.

03:48PM 25   Q.   SO IT'S A WAY OF MOVING MONEY FROM ONE ACCOUNT TO ANOTHER?

03:48PM 1    A.   IT'S AN ELECTRONIC WAY OF MOVING MONEY, CORRECT.

03:48PM 2    Q.   IF AN INDIVIDUAL OR A COMPANY WANT TO ENTER INTO A

03:48PM 3    TRANSACTION AND THEY RECEIVE, LET'S SAY, WIRE INSTRUCTIONS TO

03:49PM 4    SEND MONEY SOMEWHERE, IS FEDWIRE A VEHICLE OR A TOOL TO

03:49PM 5    ACCOMPLISH THAT TRANSFER?

03:49PM 6    A.   THROUGH THEIR BANKS.  SO, YES, THROUGH THEIR BANKS.

03:49PM 7    Q.   IS FEDWIRE COMMONLY USED -- OR LET ME ASK, DO YOU KNOW

03:49PM 8    WHAT THE APPROXIMATE DAILY VOLUME IS FOR FEDWIRE TRANSFERS?

03:49PM 9    A.   I DO.  IT'S ABOUT 500- TO 600,000 TRANSACTIONS A DAY AND

03:49PM 10   THE VOLUME IS $3 TRILLION A DAY.

03:49PM 11   Q.   CAN YOU WALK US THROUGH THE STEPS IN A FEDWIRE TRANSFER?

03:49PM 12   AND LET'S TALK ABOUT THE TIME PERIOD IN 2013 AND 2014.

03:49PM 13        ARE YOU AWARE OF HOW FEDWIRE WORKED DURING THAT TIME

03:49PM 14   PERIOD?

03:49PM 15   A.   I AM.  SO A FINANCIAL INSTITUTION WILL SEND A

03:49PM 16   COMMUNICATION TO THE FEDERAL RESERVE AND IN THAT TIME PERIOD

03:49PM 17   THE COMMUNICATION WOULD HAVE BEEN RECEIVED BY THE DALLAS FED IN

03:49PM 18   THE STATE OF TEXAS.

03:49PM 19        THE DALLAS FED WILL THEN SEND THAT COMMUNICATION TO THE

03:50PM 20   FEDERAL RESERVE BANK OF NEW YORK'S NEW JERSEY PROCESSING

03:50PM 21   FACILITY.

03:50PM 22        AND THEN THAT FACILITY WILL THEN DEBIT AND CREDIT AND SEND

03:50PM 23   THE ADVICE OVER TO THE FINANCIAL INSTITUTIONS.

03:50PM 24   Q.   YOU'RE DESCRIBING COMMUNICATIONS BETWEEN BANKS AND FEDWIRE

03:50PM 25   FACILITIES ON THE ONE HAND?

03:50PM  1    A.   CORRECT.  SO THE FEDERAL RESERVE COMMUNICATES IN THAT TIME

03:50PM  2    PERIOD BETWEEN DALLAS FED AND THE FEDERAL RESERVE BANK IN

03:50PM  3    NEW YORK, BUT THEIR FACILITY IS IN TEXAS AND NEW JERSEY.

03:50PM  4         THE ORIGINATING BANK WILL SEND THE INSTRUCTIONS TO THE

03:50PM  5    FEDERAL RESERVE BANK OF DALLAS IN TEXAS FIRST.

03:50PM  6    Q.   AND THEN THE COMMUNICATION BETWEEN THE TEXAS FACILITY AND

03:50PM  7    THE NEW JERSEY FACILITY, WHAT IS THE NATURE OF THAT

03:50PM  8    COMMUNICATION?  ARE WE TALKING ABOUT A STAFF MEMBER PICKING UP

03:50PM  9    A PHONE AND CALLING THE OTHER FACILITY?

03:50PM  10   A.   NO, NO.  SO IT'S A COMPUTER COMMUNICATION BETWEEN SERVERS.

03:51PM  11   Q.   AND IS THAT SOMETHING THAT HAPPENS AUTOMATICALLY AS PART

03:51PM  12   OF EVERY TRANSFER DURING THAT TIME PERIOD?

03:51PM  13   A.   YEAH.  SO ANY TRANSFER -- THE DATE IS ANY TRANSFER AFTER

03:51PM  14   APRIL 27 OF '09 GOES THROUGH TWO PROCESSING FACILITIES.

03:51PM  15   Q.   DURING 2013 AND 2014 WOULD IT HAVE BEEN POSSIBLE FOR A

03:51PM  16   FEDWIRE TRANSFER TO OCCUR WITHOUT THAT ELECTRONIC COMMUNICATION

03:51PM  17   HAPPENING ACROSS STATE LINES?

03:51PM  18   A.   NO.

03:51PM  19   Q.   HOW ABOUT -- WELL, LET ME START.

03:51PM  20        YOU MENTIONED THAT THE FIRST COMMUNICATION WOULD BE TO THE

03:51PM  21   TEXAS FEDWIRE FACILITY; IS THAT CORRECT?

03:51PM  22   A.   IN THAT TIME PERIOD, YES.

03:51PM  23   Q.   WHAT IF A WIRE TRANSFER IS BEING SENT, LET'S SAY, FROM A

03:51PM  24   BANK IN TEXAS, TO ANOTHER BANK IN TEXAS, WOULD THAT PROCESS

03:51PM  25   GOING THROUGH FEDWIRE STILL REQUIRE AN INTERSTATE WIRE

03:51PM  1    COMMUNICATION?

03:51PM  2    A.   YES.  SO IT WILL ENTER THROUGH THE DALLAS FED TEXAS, AND

03:51PM  3    THEN IT WILL GO THROUGH THE FEDERAL BANK OF NEW YORK'S NEW

03:52PM  4    JERSEY FACILITY.

03:52PM  5    Q.   YOU MENTIONED THE VOLUME OF WIRE TRANSFERS HANDLED BY THE

03:52PM  6    FEDWIRE SYSTEM; CORRECT?

03:52PM  7    A.   YES.

03:52PM  8    Q.   ARE RECORDS OF THOSE TRANSFERS CREATED AND MAINTAINED BY

03:52PM  9    FEDWIRE?

03:52PM  10   A.   THEY ARE.

03:52PM  11   Q.   CAN YOU DESCRIBE HOW THOSE RECORDS ARE CREATED?

03:52PM  12   A.   THEY ARE CREATED CONTEMPORANEOUSLY AS A BUSINESS RECORD AT

03:52PM  13   THE FEDERAL RESERVE BANK OF NEW YORK.

03:52PM  14   Q.   ARE THEY CREATED MANUALLY OR AUTOMATICALLY?

03:52PM  15   A.   AUTOMATICALLY.

03:52PM  16   Q.   AND HOW ABOUT PRESERVATION, ARE THOSE RECORDS OF THE FUNDS

03:52PM  17   TRANSFERRED MAINTAINED WITHIN FEDWIRE?

03:52PM  18   A.   THEY ARE.

03:52PM  19   Q.   AND IS FEDWIRE IN CONTROL OF THAT RECORD SYSTEM?

03:52PM  20   A.   YES.

03:52PM  21   Q.   AND FOR HOW LONG ARE THOSE RECORDS RETAINED?

03:52PM  22   A.   IT'S FOR SEVEN YEARS.

03:52PM  23   Q.   DID YOU -- ACTUALLY LET ME ASK, DID FEDWIRE RECEIVE A

03:53PM  24   SUBPOENA FOR RECORDS IN CONNECTION WITH THIS CASE?

03:53PM  25   A.   IT DID.

03:53PM   1              MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

03:53PM   2              THE COURT:  YES.

03:53PM   3              MR. BOSTIC:  (HANDING.)

03:53PM   4              THE COURT:  DO YOU HAVE THIS?

03:53PM   5              MR. BOSTIC:  THE DEFENSE HAS THIS, YOUR HONOR.

03:53PM   6              MS. TREFZ:  YES.

03:53PM   7              MR. BOSTIC:  (HANDING.)

03:53PM   8              THE WITNESS:  THANK YOU.

03:53PM   9    BY MR. BOSTIC:

03:53PM  10    Q.   MR. AMENTA, DO YOU HAVE IN FRONT OF YOU A DOCUMENT MARKED

03:53PM  11    EXHIBIT 4845 AT THE BOTTOM?

03:53PM  12    A.   YES.

03:53PM  13    Q.   HAVE YOU REVIEWED THIS RECORD BEFORE?

03:53PM  14    A.   I HAVE.

03:53PM  15    Q.   AND SPECIFICALLY ARE YOU LOOKING AT PAGES 18 THROUGH 23 OF

03:53PM  16    EXHIBIT 4845?

03:53PM  17    A.   CORRECT.

03:53PM  18    Q.   DO YOU RECOGNIZE THIS DOCUMENT AS PART OF THE RECORDS THAT

03:53PM  19    FEDWIRE PRODUCED IN RESPONSE TO THAT SUBPOENA?

03:53PM  20    A.   YES.

03:53PM  21              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

03:53PM  22    ADMIT EXHIBIT 4845.

03:53PM  23              MS. TREFZ:  NO OBJECTION.

03:53PM  24              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:53PM  25         (GOVERNMENT'S EXHIBIT 4845 WAS RECEIVED IN EVIDENCE.)

03:54PM 1    BY MR. BOSTIC:

03:54PM 2    Q.   MR. AMENTA, ARE YOU LOOKING NOW ON THE SCREEN AT

03:54PM 3    EXHIBIT 4845?

03:54PM 4    A.   YES.

03:54PM 5    Q.   CAN YOU DESCRIBE FOR US WHAT EXHIBIT 4845 CONTAINS, WHAT

03:54PM 6    IT REFLECTS?

03:54PM 7    A.   SO IT'S DEFINITELY A FEDWIRE BECAUSE IT HAS IMADS AND

03:54PM 8    OMADS, I-M-A-D AND O-M-A-D, INPUT MESSAGE ACCOUNTABILITY DATA

03:54PM 9    AND OMADS.

03:54PM 10              JUROR:  YOUR HONOR --

03:54PM 11              THE WITNESS:  I AM SORRY.  IS THAT BETTER?

03:54PM 12              THE COURT:  OH, THE SCREENS ARE OUT AGAIN.  SORRY.

03:54PM 13        IS IT JUST ONE SCREEN?  IT'S THAT CORNER.

03:54PM 14              THE CLERK:  I'M GOING TO SHUT DOWN AND START OVER

03:54PM 15    AGAIN.

03:54PM 16        (PAUSE IN PROCEEDINGS.)

03:55PM 17              THE CLERK:  NOPE?  NOW NONE OF THEM?

03:55PM 18        (LAUGHTER.)

03:56PM 19              THE COURT:  NOT IN THE CORNER.

03:56PM 20        ARE THE JUROR SCREENS ON?

03:56PM 21        (PAUSE IN PROCEEDINGS.)

03:56PM 22              THE COURT:  WELL, MAYBE THIS IS A GOOD TIME TO TAKE

03:56PM 23    OUR EVENING BREAK AND ALLOW US TO POUR SOME WATER IN THESE

03:56PM 24    DEVICES.

03:56PM 25        (LAUGHTER.)

03:56PM 1        THE COURT:  SORRY.  WE'RE GOING TO INTERRUPT YOUR

03:56PM 2    TESTIMONY THIS AFTERNOON, SIR.

03:56PM 3        LET'S TAKE OUR MORNING BREAK NOW, AND WE'LL RESUME

03:56PM 4    TOMORROW AT 9:00 A.M., 9:00 A.M.

03:56PM 5        LADIES AND GENTLEMEN, LET ME ONCE AGAIN GIVE YOU THE

03:56PM 6    ADMONISHMENT.  PLEASE DO NOT DO ANY INVESTIGATION ABOUT

03:56PM 7    ANYTHING INVOLVING THIS CASE, DO NOT READ ANYTHING, DO NOT

03:56PM 8    LISTEN TO OR WATCH ANYTHING THAT DEALS WITH THIS CASE.

03:56PM 9        IF THAT DOES HAPPEN, I'M GOING TO ASK YOU TO PLEASE TURN

03:56PM 10   AWAY, CLOSE THE BOOK, WHATEVER YOU ARE READING, AND I'LL ASK

03:57PM 11   YOU TOMORROW MORNING WHETHER ANY OF THOSE THINGS HAVE HAPPENED.

03:57PM 12       THANK YOU FOR YOUR CONTINUED VIGILANCE, AND I APPRECIATE

03:57PM 13   THAT.

03:57PM 14       THANK YOU FOR YOUR AVAILABILITY TOMORROW.  WE'LL SEE YOU

03:57PM 15   TOMORROW MORNING AT 9:00 A.M., 9:00 A.M.  THANK YOU.

03:57PM 16       YOU CAN STAND DOWN, SIR.  THANK YOU.

03:57PM 17       (JURY OUT AT 3:57 P.M.)

03:57PM 18       THE COURT:  PLEASE BE SEATED.  THANK YOU.

03:57PM 19       THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

03:57PM 20   DAY.  THEY'LL RESUME TOMORROW AT 9:00 A.M., AND THE WITNESS HAS

03:58PM 21   NOW LEFT THE COURTROOM.

03:58PM 22       ALL COUNSEL AND MS. HOLMES IS PRESENT.

03:58PM 23       MR. BOSTIC, DO YOU THINK THAT THIS WITNESS IS -- THE

03:58PM 24   TOTALITY OF THE DIRECT IS WHAT LENGTH?  I'M SORRY.

03:58PM 25       MR. BOSTIC:  I WOULD SAY APPROXIMATELY ANOTHER

03:58PM 1     15 MINUTES OR SO.

03:58PM 2               THE COURT:  OKAY.

03:58PM 3               MS. TREFZ:  I GUESS IT'S ABOUT TWO MINUTES.

03:58PM 4               THE COURT:  OKAY.  THANK YOU.

03:58PM 5          THEN WE'LL HAVE THEN THE FULL DAY FOR ANOTHER WITNESS THAT

03:58PM 6     WILL BE READY TO PROCEED, MR. SCHENK?

03:58PM 7               MR. SCHENK:  YES, YES, YOUR HONOR.

03:58PM 8               THE COURT:  GREAT.  OKAY.

03:58PM 9          AND DO WE ANTICIPATE THAT WITNESS WILL TAKE THE BALANCE OF

03:58PM 10    THE DAY?

03:58PM 11              MR. SCHENK:  CAN I HAVE JUST ONE MOMENT?

03:58PM 12              THE COURT:  OF COURSE.

03:58PM 13         (DISCUSSION AMONGST COUNSEL OFF THE RECORD.)

03:59PM 14         (PAUSE IN PROCEEDINGS.)

03:59PM 15              MR. SCHENK:  YOUR HONOR, OUR NEXT WITNESS AFTER

03:59PM 16    FEDWIRE IS MR. JHAVERI WHO ALSO WORKED AT WALGREENS.  I EXPECT

03:59PM 17    THAT THE DIRECT WILL BE ABOUT 90 MINUTES OR SO.

03:59PM 18         MR. DOWNEY AND I WERE TALKING ABOUT WHETHER THAT WOULD

03:59PM 19    REQUIRE ANOTHER GOVERNMENT WITNESS FOR THE BALANCE OF THE DAY

03:59PM 20    AFTER CROSS-EXAMINATION, AND IT SOUNDS LIKE IT PROBABLY WILL.

03:59PM 21              MR. DOWNEY:  I THINK SO, YOUR HONOR.  I THINK JUST

03:59PM 22    TO BE CERTAIN AND TAKE ADVANTAGE OF THE FACT THAT WE'RE HERE, I

03:59PM 23    DON'T KNOW -- I THINK THAT WOULD ANTICIPATE SORT OF A

03:59PM 24    THREE-HOUR CROSS WHICH WOULD TAKE THE REST OF THE DAY OR MAYBE,

03:59PM 25    MORE, WHICH I DON'T THINK WILL BE NECESSARY.

|   |   |
|---|---|
| 03:59PM | 1 |
| 03:59PM | 2 |
| 04:00PM | 3 |

THE COURT:  SO YOU THINK WE'LL HAVE -- WE'LL FINISH WITH WITNESS JHAVERI TOMORROW AND THEN HAVE A LITTLE BIT OF TIME LEFT AT THE END OF THE DAY?

MR. SCHENK:  YES.

THE COURT:  AND THEN WILL YOU HAVE A WITNESS ON CALL IN THE ON-DECK CIRCLE?

MR. SCHENK:  I WILL SPEND THIS EVENING FINDING THAT PERSON.  WE WILL MAKE SURE THAT -- WE WILL AT LEAST DO WHATEVER WE CAN TO IDENTIFY THAT PERSON.

THE COURT:  OKAY.

MR. SCHENK:  AND WE'LL LET THE COURT KNOW IF WE WERE UNSUCCESSFUL AND MR. JHAVERI WILL BE THE DAY.

THE COURT:  OKAY.  AND THEN WE'LL HAVE FRIDAY MIDMORNING UNTIL 1:00 O'CLOCK.

MR. SCHENK:  YES.

THE COURT:  AND YOU'LL EXPLAIN TO MR. BOSTIC THE ON-DECK CIRCLE CONCEPT.

(LAUGHTER.)

MR. DOWNEY:  LET ME KNOW.

THE COURT:  I DO --

MR. DOWNEY:  YOUR HONOR, I JUST WANTED TO REMIND YOU OF THE WHAT I'LL TERM "THE KRATZMANN ADMONITION," I DON'T THINK THAT WAS DELIVERED YET.  SO IT MIGHT BE TOMORROW.

THE COURT:  AND TO THAT POINT, LET ME SAY I'D LIKE TO SEE ON THE ISSUE THAT WE TALKED ABOUT THIS MORNING AND THE

04:00PM 1    QUESTIONNAIRE, MS. KRATZMANN IS GOING TO INVITE COUNSEL BACK IN

04:01PM 2    WITH ME ON THAT ISSUE, TOO, AND THAT AGAIN WILL BE A SEALED

04:01PM 3    TRANSCRIPT.  IT'S A CONTINUATION OF OUR DISCUSSION.

04:01PM 4             MR. DOWNEY:  OKAY.  WILL THAT BE AT 9:00 TOMORROW?

04:01PM 5             THE COURT:  IT WILL BE IN FIVE MINUTES.

04:01PM 6             MR. DOWNEY:  FIVE MINUTES.

04:01PM 7             MR. SCHENK:  ONE LAST THING.  I THINK WE HAVE A

04:01PM 8    COURT APPEARANCE TOMORROW AFTERNOON AT 1:30 BEFORE

04:01PM 9    MAGISTRATE COUSINS.

04:01PM 10            THE COURT:  OH.  SO WE SHOULD PROBABLY FINISH, TO

04:01PM 11   GIVE YOU TIME FOR THAT?  WHAT DO YOU SUGGEST?

04:01PM 12            MR. CLINE:  YOUR HONOR, I'M HANDLING THAT FOR

04:01PM 13   MS. HOLMES.

04:01PM 14            THE COURT:  OKAY.  MR. CLINE.  THANK YOU.

04:01PM 15            MR. CLINE:  I'M HAPPY TO STEP OUT AND GO DO IT WHILE

04:01PM 16   YOU CONTINUE.

04:01PM 17        I DON'T KNOW IF THE GOVERNMENT IS IN A SIMILAR POSITION.

04:01PM 18            THE COURT:  WELL, I WAS GOING TO SAY WE CAN END AT

04:01PM 19   1:00 IF THAT'S HELPFUL.

04:01PM 20            MR. SCHENK:  MS. VOLKAR IS GOING TO HANDLE THE

04:01PM 21   ARGUMENTS FOR THE GOVERNMENT AT THAT HEARING.  SO IF THE COURT

04:01PM 22   IS STILL GOING ON SHE COULD DO LIKEWISE AND STEP OUT AND HANDLE

04:01PM 23   THAT MATTER FOR JUDGE COUSINS.

04:01PM 24        BUT WE ALSO -- I KNOW THAT THE PROSECUTORS ARE ALL

04:01PM 25   PLANNING TO ATTEND THAT HEARING.  SO WE'LL DEFER TO THE COURT.

04:02PM 1      IF WE STILL HAVE A WITNESS ON, MAYBE WE SHOULD KEEP THE

04:02PM 2  TRIAL GOING, BUT WE WILL DO WHATEVER THE COURT PREFERS.

04:02PM 3           THE COURT:  OKAY.

04:02PM 4           MR. CLINE:  THE HEARING, BY THE WAY, IS BY ZOOM.  SO

04:02PM 5  I'M GOING TO GO BACK TO MY HOTEL ROOM TO DO THE HEARING RATHER

04:02PM 6  THAN DOWNSTAIRS.

04:02PM 7           THE COURT:  AND DO YOU HAVE A ROOM HERE TO DO THAT

04:02PM 8  ZOOM HEARING?

04:02PM 9           MR. SCHENK:  YES, WE CAN DO THAT FROM THE

04:02PM 10 COURTHOUSE.

04:02PM 11          THE COURT:  OKAY.  WELL, LET'S SEE IF WE CAN FINISH

04:02PM 12 THINGS FRIDAY AT 1:00.

04:02PM 13          MR. CLINE:  IT'S TOMORROW, YOUR HONOR.  IT'S

04:02PM 14 TOMORROW.

04:02PM 15          THE COURT:  OH, I BEG YOUR PARDON.  OH, WELL, WE'LL

04:02PM 16 KEEP OUR FINGERS CROSSED.  LET'S SEE WHAT WE CAN DO.  OKAY.

04:02PM 17 THANK YOU.

04:02PM 18          THE CLERK:  COURT ADJOURNED OTHERWISE EXCEPT FOR THE

04:02PM 19 SEALED HEARING.

04:02PM 20      (COURT ADJOURNED AT 4:02 P.M.)

        21      (SEALED PROCEEDINGS IN CHAMBERS.)

        22

        23

        24

        25

```
 1
 2
 3                        CERTIFICATE OF REPORTERS
 4
 5
 6
 7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10   HEREBY CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15
16         _____
           IRENE RODRIGUEZ, CSR, CRR
17         CERTIFICATE NUMBER 8076
18
19         _____
           LEE-ANNE SHORTRIDGE, CSR, CRR
20         CERTIFICATE NUMBER 9595
21         DATED:  OCTOBER 13, 2021
22
23
24
25
```