# EXHIBIT 15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


UNITED STATES OF AMERICA,          )   CR-18-00258-EJD
                                   )
                PLAINTIFF,         )   SAN JOSE, CALIFORNIA
                                   )
        VS.                        )   VOLUME 13
                                   )
ELIZABETH A. HOLMES,               )   SEPTEMBER 29, 2021
                                   )
                DEFENDANT.         )   PAGES 2107 - 2381
_____   )


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074
                       LEE-ANNE SHORTRIDGE, CSR, CRR
                       CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S: (CONT'D)

 2

 3      FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                 BY:  KEVIN M. DOWNEY
 4                                    LANCE A. WADE
                                      KATHERINE TREFZ
 5                                    ANDREW LEMENS
                                      PATRICK LOOBY
 6                                    RICHARD CLEARY
                                 725 TWELFTH STREET, N.W.
 7                               WASHINGTON, D.C. 20005

 8                               LAW OFFICE OF JOHN D. CLINE
                                 BY:  JOHN D. CLINE
 9                               ONE EMBARCADERO CENTER, SUITE 500
                                 SAN FRANCISCO, CALIFORNIA 94111
10

11      ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                                 BY:  ADELAIDA HERNANDEZ
12
                                 OFFICE OF THE U.S. ATTORNEY
13                               BY:  LAKISHA HOLLIMAN, PARALEGAL
                                      MADDI WACHS, PARALEGAL
14
                                 WILLIAMS & CONNOLLY
15                               BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

16                               TBC
                                 BY:  BRIAN BENNETT, TECHNICIAN
17

18

19

20

21

22

23

24

25
```

1

                        INDEX OF PROCEEDINGS

2

        GOVERNMENT'S:

3

4       **ADAM ROSENDORFF**
        CROSS-EXAM BY MR. WADE (RES.)            P. 2113

5

6       **VICTORIA SUNG**
        DIRECT EXAM BY MR. LEACH                 P. 2294

7       CROSS-EXAM BY MR. CLINE                  P. 2340

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          INDEX OF EXHIBITS

 2
                                       IDENT.      EVIDENCE
 3       GOVERNMENT'S:

 4       1240                                      2152
         1430                                      2168
 5       5039                                      2302
         5414                                      2311
 6       3849                                      2314
         541                                       2318
 7       5416                                      2318
         3893                                      2336
 8       5049                                      2355

 9
         DEFENDANT'S:
10
         12479                                     2141
11       10281                                     2174
         9387                                      2210
12       13809                                     2230
         10451                                     2262
13       10029                                     2268
         13905                                     2270
14       13895                                     2342
         13896                                     2344
15       13897                                     2346
         13898                                     2349
16       13899                                     2350
         13900                                     2351
17       13901                                     2353
         13907                                     2357
18       13902                                     2360

19

20

21

22

23

24

25
```

```
 1          SAN JOSE, CALIFORNIA                    SEPTEMBER 29, 2021

 2                        P R O C E E D I N G S

 3          (COURT CONVENED AT 9:03 A.M.)

 4          (JURY IN AT 9:03 A.M.)

 5               THE COURT:  THANK YOU.  PLEASE BE SEATED.

 6          WE'RE BACK ON THE RECORD IN UNITED STATES VERSUS HOLMES.

 7     ALL COUNSEL IS PRESENT.  MS. HOLMES IS PRESENT.

 8          OUR JURY AND ALTERNATES ARE PRESENT.

 9          GOOD MORNING, LADIES AND GENTLEMEN.  BEFORE WE BEGIN, LET

10     ME ASK OUR JURORS WHETHER OR NOT, IN THE RECESS WHETHER OR NOT

11     THEY HAD OCCASION TO EITHER SEE, WATCH, DISCUSS ANYTHING WITH

12     ANYONE ABOUT ANYTHING TO DO WITH THIS CASE.

13          IF SO, COULD YOU PLEASE RAISE YOUR HAND SO WE CAN TALK

14     ABOUT THAT?

15          I SEE NO HANDS.

16          GREAT.  THANK YOU VERY MUCH.

17          LET'S SEE.  DO WE HAVE THE WITNESS HERE?

18          I THINK HE'S BEING SUMMONED.

19          DR. ROSENDORFF, GOOD MORNING.

20               THE WITNESS:  GOOD MORNING.

21               THE COURT:  IF YOU COULD RESUME THE STAND AND MAKE

22     YOURSELF COMFORTABLE AGAIN.

23               THE WITNESS:  YES.

24               THE COURT:  WHEN YOU ARE COMFORTABLE, I WOULD JUST

25     ASK YOU TO STATE YOUR NAME AGAIN, AND I REMIND YOU THAT YOU'RE
```

Timestamps (left margin): 08:21AM (line 2); 09:03AM (lines 3–18); 09:04AM (lines 20–25).

| 09:04AM | 1 | STILL UNDER OATH. |

09:04AM 1    STILL UNDER OATH.

09:04AM 2              THE WITNESS:  YES.

09:04AM 3        **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS RESWORN.)**

09:04AM 4              THE WITNESS:  MY NAME IS ADAM ROSENDORFF.

09:04AM 5              THE COURT:  THANK YOU.

09:04AM 6         MR. WADE, DO YOU HAVE ADDITIONAL QUESTIONS?

09:04AM 7              MR. WADE:  I DO, YOUR HONOR.

09:04AM 8              THE COURT:  LET'S PROCEED.

09:04AM 9         LADIES AND GENTLEMEN, WE'LL TAKE A BREAK I THINK A LITTLE

09:04AM 10   AFTER 11:00, BEFORE 11:30 IF THAT'S CONVENIENT, AND I THINK

09:04AM 11   WE'RE GOING TO GO UNTIL 4:00 O'CLOCK TODAY.  YOU HAVE AN

09:04AM 12   ENGAGEMENT.

09:04AM 13             THE WITNESS:  YES, CHILDCARE.

09:04AM 14             THE COURT:  RIGHT.  I'VE TALKED WITH COUNSEL AND, OF

09:04AM 15   COURSE, WE'RE GOING TO ALLOW THAT TO HAPPEN SO YOU CAN TAKE

09:04AM 16   CARE OF YOUR NEEDS AND THEN WE'LL ADJUST ACCORDINGLY.

09:04AM 17             THE WITNESS:  THANK YOU.  I APPRECIATE THAT.

09:04AM 18             MR. WADE:  AND I'LL TRY TO KEEP AN EYE ON THE TIME,

09:05AM 19   I HOPE, FOR THE BREAK.  IF YOU SEE ME LOOKING AT MY WATCH, IT'S

09:05AM 20   NOT BECAUSE I'M BOARD BEING HERE.

09:05AM 21             THE COURT:  ALL RIGHT.  THANK YOU.

09:05AM 22   ///

09:05AM 23   ///

09:05AM 24   ///

09:05AM 25             **CROSS-EXAMINATION (RESUMED)**

09:05AM  1    BY MR. WADE:

09:05AM  2    Q.   GOOD MORNING, DR. ROSENDORFF.

09:05AM  3    A.   GOOD MORNING.

09:05AM  4    Q.   I'D LIKE TO COME BACK AND ASK YOU SOME QUESTIONS RELATING

09:05AM  5    TO SOME MATTERS THAT YOU DISCUSSED ON DIRECT EXAMINATION.

09:05AM  6    OKAY?

09:05AM  7    A.   SURE.

09:05AM  8    Q.   I'D LIKE TO START WITH THE 2013 AUDIT BY THE CALIFORNIA

09:05AM  9    DEPARTMENT OF HEALTH.

09:05AM 10        DO YOU RECALL GIVING SOME GENERAL TESTIMONY WITH RESPECT

09:05AM 11    TO THAT?

09:05AM 12    A.   YES.

09:05AM 13    Q.   AND BEING A CERTIFIED LABORATORY SUBJECTS THE LABORATORY

09:05AM 14    TO AUDITS BY REGULATORS LIKE THE CDPH AND THE CMS ON A REGULAR

09:05AM 15    BASIS; IS THAT RIGHT?

09:05AM 16    A.   CORRECT.

09:05AM 17    Q.   AND I THINK YOU DISCUSSED THAT DECEMBER 13TH AUDIT

09:05AM 18    YESTERDAY.

09:05AM 19    A.   YES.

09:05AM 20    Q.   THAT WAS THE FIRST AUDIT IN THE TIME PERIOD THAT YOU WERE

09:05AM 21    THE LAB DIRECTOR AT THERANOS?

09:05AM 22    A.   CORRECT.

09:05AM 23    Q.   AND THE GOVERNMENT --

09:06AM 24    A.   WELL, IT WAS BY NEW YORK STATE.  I WASN'T THE LAB DIRECTOR

09:06AM 25    AT THE TIME, BUT I WAS EMPLOYED BY THE COMPANY.

09:06AM 1   Q.   OKAY.  SO IN ADDITION TO THE AUDITS THAT ARE DONE BY CMS,

09:06AM 2   WHICH IS THE FEDERAL REGULATOR, THERE ARE SOMETIMES AUDITS THAT

09:06AM 3   ARE DONE BY STATES FOR THEIR OWN ACCREDITATION PURPOSES; RIGHT?

09:06AM 4   A.   NEW YORK STATE.

09:06AM 5   Q.   AND NEW YORK STATE DOES ITS OWN AUDIT WHERE IT COMES IN

09:06AM 6   AND LOOKS AT THE LAB AND MAKES SURE THAT IT'S CERTIFIED IN A

09:06AM 7   MANNER THAT COMPLIES WITH ITS REQUIREMENTS UNDER NEW YORK STATE

09:06AM 8   LAW; IS THAT RIGHT?

09:06AM 9   A.   CORRECT.

09:06AM 10  Q.   AND IN THIS INSTANCE, THERE WAS ALSO AN AUDIT THAT WAS

09:06AM 11  DONE BY THE CALIFORNIA DEPARTMENT OF HEALTH; RIGHT?

09:06AM 12  A.   CORRECT.

09:06AM 13  Q.   AND THAT WAS IN DECEMBER OF 2013?

09:06AM 14  A.   I BELIEVE SO.  I DON'T KNOW FOR SURE.  AT THE END OF 2013.

09:06AM 15  Q.   AND WE'LL GO THROUGH SOME DOCUMENTS ON THAT AND THAT MIGHT

09:06AM 16  HELP REFRESH YOUR RECOLLECTION AS TO THE TIME.

09:06AM 17       BUT YOU RECALL GENERALLY IN THAT TIME PERIOD THERE WAS AN

09:07AM 18  AUDIT BY CDPH?

09:07AM 19  A.   MORE ACCURATELY, IT'S LABORATORY FIELD SERVICES, WHICH IS

09:07AM 20  A DIVISION OF CDPH.

09:07AM 21  Q.   OKAY.

09:07AM 22  A.   THEY'RE NOT CALLED AUDITS, THEY'RE CALLED INSPECTIONS.

09:07AM 23  AND LABORATORY FIELD SERVICES SUBMITS THE RESULTS OF THOSE

09:07AM 24  INSPECTIONS TO THE CENTERS FOR MEDICARE AND MEDICARE SERVICES.

09:07AM 25  Q.   OKAY.  THANK YOU FOR THE CLARIFICATION, DOCTOR.

09:07AM   1              SO THE STATE REGULATOR IN CALIFORNIA WORKS IN CONJUNCTION

09:07AM   2     WITH THE FEDERAL REGULATOR; CORRECT?

09:07AM   3     A.   CORRECT.

09:07AM   4     Q.   BUT THE STATE REGULATOR IS LOOKING AT YOUR COMPLIANCE WITH

09:07AM   5     THOSE FEDERAL CLIA REGULATIONS WE TALKED ABOUT YESTERDAY;

09:07AM   6     RIGHT?

09:07AM   7     A.   CORRECT.

09:07AM   8     Q.   OKAY.  AND YOU RECALL IN YOUR TESTIMONY YESTERDAY THE

09:07AM   9     GOVERNMENT ASKED YOU QUESTIONS IN PARTICULAR ABOUT A COUPLE OF

09:07AM  10     EMAILS THAT RELATED TO COMMUNICATIONS WITHIN THE COMPANY IN

09:07AM  11     ADVANCE OF THOSE AUDITS.

09:07AM  12              DO YOU RECALL THAT?

09:07AM  13     A.   YES.

09:07AM  14     Q.   OKAY.  AND ONE EMAIL THAT YOU SENT WAS ABOUT THE

09:08AM  15     PREPARATIONS FOR THE AUDIT.

09:08AM  16              DO YOU RECALL THAT?

09:08AM  17     A.   YES.

09:08AM  18     Q.   AND YOU WERE TAKING A LEAD ORGANIZING ROLE IN THAT; IS

09:08AM  19     THAT RIGHT?

09:08AM  20     A.   YES.

09:08AM  21     Q.   AND THERE WAS ANOTHER ONE ABOUT THE PATH THAT AUDITORS

09:08AM  22     WERE GOING TO WALK, THEY WERE GOING TO TAKE WALKING THROUGH THE

09:08AM  23     BUILDING; RIGHT?

09:08AM  24     A.   THAT EMAIL WAS FROM ELIZABETH.

09:08AM  25     Q.   RIGHT.  YOU RECALL THAT?

09:08AM 1    A.   YES.

09:08AM 2    Q.   BUT I BELIEVE YOU WERE ON THE EMAIL; RIGHT?

09:08AM 3    A.   CORRECT.

09:08AM 4    Q.   AND IT WAS FROM MS. HOLMES?

09:08AM 5    A.   CORRECT.

09:08AM 6    Q.   OKAY.  AND DO YOU RECALL BEING ASKED QUESTIONS ABOUT THAT?

09:08AM 7    A.   DURING MY PRIOR TESTIMONY?

09:08AM 8    Q.   YES.

09:08AM 9    A.   YES.

09:08AM 10   Q.   OKAY.  AND I'D LIKE TO JUST BACK UP AND ASK SOME BROADER

09:08AM 11   QUESTIONS TO SET THE FRAME OF THIS AUDIT IN TOTAL, AND THEN

09:08AM 12   WALK THROUGH SOME OF -- SOME MORE FACTS RELATING TO THAT AUDIT.

09:08AM 13        OKAY?

09:08AM 14   A.   YES.

09:08AM 15   Q.   OKAY.  WE DISCUSSED YESTERDAY HOW WHEN A LAB APPLIES FOR A

09:09AM 16   CLIA LICENSE THEY HAVE AN INITIAL INSPECTION.

09:09AM 17        DO YOU RECALL THAT?

09:09AM 18   A.   YES.

09:09AM 19   Q.   AND THAT HAD ALREADY BEEN DONE PRIOR TO THIS 2013

09:09AM 20   INSPECTION; RIGHT?

09:09AM 21   A.   IT WOULD HAVE HAD TO HAVE BEEN DONE, OTHERWISE THE LAB

09:09AM 22   WOULD NOT BE PERMITTED TO REPORT RESULTS.

09:09AM 23   Q.   RIGHT.

09:09AM 24   A.   IT WAS PRIOR TO WHEN I JOINED THE COMPANY.

09:09AM 25   Q.   YOU WOULDN'T BE ABLE TO HAVE A JOB WHERE YOU'RE ON A CLIA

09:09AM 1   CERTIFICATE IF THERE HADN'T BEEN THAT INSPECTION; RIGHT?

09:09AM 2   A.   CORRECT.

09:09AM 3   Q.   OKAY.  AND AFTER THAT YOU SAID THEY'RE ALLOWED TO START

09:09AM 4   PROCESSING SAMPLES, BUT THERE ARE ALSO ONGOING INSPECTION

09:09AM 5   REQUIREMENTS FROM THE REGULATORS?

09:09AM 6   A.   CORRECT.

09:09AM 7   Q.   OKAY.  AND SHORTLY AFTER THAT, THEY CAME IN TO CONDUCT

09:09AM 8   THIS 2013 INSPECTION WHICH WAS A ROUTINE INSPECTION THAT IS

09:09AM 9   DONE EVERY TWO YEARS; RIGHT?

09:09AM 10  A.   CORRECT.

09:09AM 11  Q.   AND SO DO YOU RECALL THAT THE INITIAL CERTIFICATION OF THE

09:09AM 12  THERANOS LAB WAS IN ABOUT SOMETIME IN 2011?

09:10AM 13  A.   I HAVE NO IDEA WHEN THE INITIAL CERTIFICATION WAS.

09:10AM 14  Q.   BUT YOU DO KNOW THAT THESE INSPECTIONS TAKE PLACE EVERY

09:10AM 15  TWO YEARS; RIGHT?

09:10AM 16  A.   YES, SIR.

09:10AM 17  Q.   SO IS IT REASONABLE TO ASSUME THAT THE LAST INSPECTION

09:10AM 18  PROBABLE WOULD HAVE BEEN ABOUT TWO YEARS BEFORE THE ONE YOU

09:10AM 19  DEALT WITH IN LATE 2013?

09:10AM 20  A.   THAT'S AN EXTRAPOLATION.  THAT'S A CONCLUSION THAT YOU

09:10AM 21  MIGHT WANT TO DRAW.  I DON'T KNOW HOW MUCH TIME NEEDS TO ELAPSE

09:10AM 22  BETWEEN THE INITIAL INSPECTION AND THE FOLLOW-UP INSPECTION.

09:10AM 23       I KNOW THAT THE ROUTINE INSPECTIONS ARE EVERY TWO YEARS.

09:10AM 24  Q.   OKAY.  AND YOU KNOW THAT ONE OF THOSE INSPECTIONS OCCURRED

09:10AM 25  IN LATE 2013?

| 09:10AM | 1  | A.   CORRECT. |
| 09:10AM | 2  | Q.   THAT WAS A ROUTINE SURVEY? |
| 09:10AM | 3  | A.   CORRECT. |
| 09:10AM | 4  | Q.   OKAY.  AND THIS WAS -- JUST TO REMIND US OF THE TIMELINE, |
| 09:10AM | 5  | THIS WAS SHORTLY AFTER THE COMMERCIAL LAUNCH IN NOVEMBER OF |
| 09:11AM | 6  | 2013 THAT WE DISCUSSED YESTERDAY; RIGHT? |
| 09:11AM | 7  | A.   CAN YOU CLARIFY WHAT YOU MEAN BY "COMMERCIAL"? |
| 09:11AM | 8  | Q.   SURE.  YOU RECALL THE COMMUNICATION THAT I SHOWED YOU WITH |
| 09:11AM | 9  | MR. BALWANI IN EARLY NOVEMBER OF 2013 WHERE HE SAID YOU WERE |
| 09:11AM | 10 | READY TO OPEN TO THE PUBLIC. |
| 09:11AM | 11 | DO YOU RECALL THAT EMAIL YESTERDAY? |
| 09:11AM | 12 | A.   YES. |
| 09:11AM | 13 | Q.   OKAY.  THAT'S WHAT I'M TALKING ABOUT WHEN I SAY -- WHY |
| 09:11AM | 14 | DON'T WE DESCRIBE IT AS THE PUBLIC LAUNCH, OKAY?  WOULD THAT BE |
| 09:11AM | 15 | HELPFUL? |
| 09:11AM | 16 | A.   SURE. |
| 09:11AM | 17 | Q.   SO THE PUBLIC LAUNCH, YOU RECALL THAT HAPPENING IN EARLY |
| 09:11AM | 18 | NOVEMBER OF 2013; RIGHT? |
| 09:11AM | 19 | A.   YES. |
| 09:11AM | 20 | Q.   AND THIS INSPECTION HAPPENED A SHORT TIME AFTER THAT |
| 09:11AM | 21 | LAUNCH; RIGHT? |
| 09:11AM | 22 | A.   CORRECT. |
| 09:11AM | 23 | Q.   OKAY.  AND IT HAPPENED A COUPLE OF MONTHS AFTER THAT SOFT |
| 09:11AM | 24 | LAUNCH FOR FRIENDS AND FAMILY THAT WE TALKED ABOUT YESTERDAY; |
| 09:11AM | 25 | RIGHT? |

09:11AM   1     A.   CORRECT.

09:11AM   2     Q.   OKAY.  AND THESE ARE REGULARLY SCHEDULED EVENTS; RIGHT?

09:12AM   3     A.   CORRECT.

09:12AM   4     Q.   AND THERANOS KNEW IN ADVANCE THAT THE INSPECTOR WAS GOING

09:12AM   5     TO ARRIVE?

09:12AM   6     A.   YES.

09:12AM   7     Q.   AND IT'S PRETTY ROUTINE IN ADVANCE OF SUCH A SURVEY FOR A

09:12AM   8     LAB TO PREPARE AND MAKE SURE IT'S READY FOR THE SURVEY; RIGHT?

09:12AM   9     A.   CORRECT.

09:12AM  10     Q.   AND THAT HAPPENS ON THE ROUTINE BASIS FOR THESE SURVEYS AS

09:12AM  11     PART OF STANDARD PRACTICE?

09:12AM  12     A.   CORRECT.

09:12AM  13     Q.   OKAY.  AND THERANOS DID PREPARE?

09:12AM  14     A.   WE DID.  WE DID.

09:12AM  15          WE ALSO HAD A CONSULTANT.  HIS NAME WAS JERRY HURST.  WE

09:12AM  16     WANTED HIM TO COME IN TO DO A PREINSPECTION TO ASSESS OUR

09:12AM  17     READINESS.  HE WASN'T AVAILABLE.

09:12AM  18     Q.   BUT YOU HAD HIM AS A RESOURCE --

09:12AM  19     A.   YES.

09:12AM  20     Q.   -- IN THAT TIME PERIOD; CORRECT?

09:12AM  21     A.   YES.

09:12AM  22     Q.   AND THAT WAS MR. JERRY HURST OR DR. JERRY HURST?

09:12AM  23     A.   I DO NOT KNOW HIS EDUCATION.

09:13AM  24     Q.   OKAY.  BUT YOU UNDERSTOOD AT THE TIME THAT HE WAS A VERY

09:13AM  25     EXPERIENCED LAB PERSON; RIGHT?

09:13AM  1    A.   YES.

09:13AM  2    Q.   AND HE WAS, HE WAS ON A RETAINER OR SOME SORT OF AN

09:13AM  3    AGREEMENT --

09:13AM  4    A.   YES.

09:13AM  5    Q.   -- THAT AGREEMENT WAS WITH THE COMPANY FOR HIM TO PROVIDE

09:13AM  6    ADVISORY SERVICES TO THE COMPANY ON AN AS-NEEDED BASIS; RIGHT?

09:13AM  7    A.   YES.  HE HAD BEEN AN INSPECTOR BEFORE.

09:13AM  8    Q.   HE HAD ACTUALLY BEEN, I BELIEVE, A CDPH INSPECTOR; RIGHT?

09:13AM  9    A.   YES, YES.

09:13AM 10    Q.   AND SO HE WAS VERY FAMILIAR WITH THE TYPES OF ISSUES THAT

09:13AM 11    CDPH WOULD LOOK AT; RIGHT?

09:13AM 12    A.   INDEED.

09:13AM 13    Q.   AND HE KNEW THE PROCEDURES AND POLICIES THAT WOULD NEED TO

09:13AM 14    BE IN PLACE IN ORDER TO SATISFY THE REGULATORS; RIGHT?

09:13AM 15    A.   YES, YES.

09:13AM 16    Q.   AND HE WAS SOMEWHAT OF AN EXPERT ON THOSE ISSUES, WAS HE

09:13AM 17    NOT?

09:13AM 18    A.   THAT'S A VERY SUBJECTIVE ASSESSMENT.  ARE YOU ASKING FOR

09:13AM 19    MY OPINION OR --

09:13AM 20    Q.   WELL, LET ME ASK YOU THIS:  HE WAS EXPERIENCED ON THOSE

09:14AM 21    MATTERS; RIGHT?

09:14AM 22    A.   YES.

09:14AM 23    Q.   AND HE WAS EXPERIENCED AS A CDPH INSPECTOR?

09:14AM 24    A.   YES.

09:14AM 25    Q.   AND HE WAS KNOWLEDGEABLE ABOUT THOSE PRACTICES AND

09:14AM    1      PROCEDURES THAT WOULD BE CONSIDERED IN THOSE INSPECTIONS.

09:14AM    2      RIGHT?

09:14AM    3      A.   YES, HE WAS FAMILIAR WITH THEM.

09:14AM    4      Q.   OKAY.  AND I BELIEVE YOU TESTIFIED A MINUTE AGO THAT IN

09:14AM    5      CONNECTION WITH THAT INSPECTION YOU QUARTERBACKED, IF YOU WILL,

09:14AM    6      THE PREPARATION WORK?

09:14AM    7      A.   I OUTLINED IN AN EMAIL MY EXPECTATIONS FOR WHAT NEEDED TO

09:14AM    8      HAPPEN IN TERMS OF TRAINING AND DOCUMENTATION IN ADVANCE OF THE

09:14AM    9      INSPECTION.

09:14AM   10      Q.   OKAY.  AND LET'S LOOK AT, LET'S LOOK AT THAT EMAIL THAT I

09:14AM   11      THINK YOU'RE REFERRING TO, WHICH IS IN EVIDENCE.  WE CAN PUT IT

09:14AM   12      UP ON THE SCREEN.  IT'S EXHIBIT 4044.

09:14AM   13      A.   I'M JUST -- IS IT OKAY IF I JUST LOOK AT IT ON THE SCREEN,

09:14AM   14      OR DO YOU WANT ME TO TURN TO IT IN MY BINDER?

09:15AM   15      Q.   THAT'S FINE.  I JUST WANT YOU TO KNOW IF YOU EVER HAVE ANY

09:15AM   16      QUESTION AND WANT TO LOOK AT THE ENTIRE DOCUMENT, WE HAVE THEM

09:15AM   17      UP THERE AND WE'LL BE PREPARED TO GIVE YOU THAT OPPORTUNITY.

09:15AM   18      OKAY?

09:15AM   19      A.   YEAH.

09:15AM   20      Q.   SO WE'LL PUT UP EXHIBIT 4044.  I THINK YOU -- IT'S ON YOUR

09:15AM   21      SCREEN.

09:15AM   22           DO YOU SEE IT?

09:15AM   23      A.   YES.

09:15AM   24      Q.   AND I BELIEVE YOU TESTIFIED A LITTLE BIT ABOUT THIS

09:15AM   25      YESTERDAY; IS THAT RIGHT?



09:15AM 1     A.   CORRECT.

09:15AM 2     Q.   OKAY.  AND I WANT TO JUST WALK THROUGH IT IN SLIGHTLY MORE

09:15AM 3     DETAIL.

09:15AM 4          YOU TALKED ABOUT ALL OF THE MATERIALS THAT NEED TO BE

09:15AM 5     ORGANIZED AND PROVIDED IN ORDER TO BE READY FOR THAT INSPECTION

09:15AM 6     AND TO BE COMPLIANT UNDER CLIA; RIGHT?

09:15AM 7     A.   YES, YES.

09:15AM 8     Q.   AND YOU TALKED ABOUT TRAINING DOCUMENTS; RIGHT?

09:15AM 9     A.   YES, YES.

09:15AM 10    Q.   AND YOU TALKED ABOUT DIPLOMAS AND EDUCATIONAL

09:15AM 11    QUALIFICATION DOCUMENTS FOR THE STAFF?

09:15AM 12    A.   YES.

09:15AM 13    Q.   AND THAT WAS BECAUSE, I THINK WE TALKED ABOUT YESTERDAY,

09:15AM 14    IT'S YOUR RESPONSIBILITY TO CERTIFY THAT PEOPLE ARE QUALIFIED

09:16AM 15    TO PERFORM CERTAIN FUNCTIONS WITHIN THE LAB; RIGHT?

09:16AM 16    A.   YES, YES.

09:16AM 17    Q.   AND ONE OF THE WAYS YOU DO THAT IS SOMETIMES YOU GET THE

09:16AM 18    RESUMES AND THINGS AND YOU ACTUALLY DOCUMENT THEIR

09:16AM 19    QUALIFICATIONS; RIGHT?

09:16AM 20    A.   CORRECT.  YOU HAVE TO MAKE SURE THAT THEIR EDUCATION AND

09:16AM 21    TRAINING MEETS THE CLIA REQUIREMENTS FOR EACH POSITION.

09:16AM 22    Q.   AND YOU DID THAT; RIGHT?

09:16AM 23    A.   YES.

09:16AM 24    Q.   AND YOU WANTED THAT ORGANIZED SO IT COULD BE REVIEWED BY

09:16AM 25    THE INSPECTOR; CORRECT?

09:16AM  1    A.   CORRECT.

09:16AM  2    Q.   AND YOU ALSO WANTED THAT ORG CHART; RIGHT?

09:16AM  3    A.   CORRECT.

09:16AM  4    Q.   AND THERE WERE ALSO SOME SOP'S THAT YOU WANTED THE COMPANY

09:16AM  5    TO PREPARE; RIGHT?

09:16AM  6    A.   CORRECT.

09:16AM  7    Q.   OKAY.  DO YOU SEE THAT YOU WANTED THE SOP FOR INTERNAL

09:16AM  8    PROFICIENCY TESTING OF LDT'S TO BE READY FOR THAT INSPECTION;

09:16AM  9    RIGHT?

09:16AM 10    A.   YES.

09:16AM 11    Q.   AND YOU WANTED -- IF WE GO TO THE NEXT SET OF MATERIALS,

09:16AM 12    YOU WANTED THE ONGOING QC ANALYSIS IN THE LEVEY-JENNINGS CHART

09:17AM 13    FOR LDT'S AVAILABLE; RIGHT?

09:17AM 14    A.   YES.

09:17AM 15    Q.   AND THAT'S THIS DAILY QC PROCEDURE THAT WE'VE TALKED ABOUT

09:17AM 16    A BIT; RIGHT?

09:17AM 17    A.   JUST TO EXPLAIN TO THE JURY, LEVEY-JENNINGS IS A WAY OF

09:17AM 18    LOOKING AT HOW QC PERFORMANCE OVER A MONTH OR AN EXTENDED

09:17AM 19    PERIOD OF TIME.

09:17AM 20    Q.   AND I DON'T KNOW THAT WE HAVE SEEN LEVEY-JENNINGS CHARTS

09:17AM 21    IN ANY OF THE CHARTS THAT HAVE BEEN SHOWN, BUT IN ANY MATTER,

09:17AM 22    THAT PULLS DATA FROM A PRETTY LENGTHY PERIOD OF TIME RELATED TO

09:17AM 23    QC; RIGHT?

09:17AM 24    A.   CORRECT.

09:17AM 25    Q.   AND AS PART OF THE REVIEW OF THE QC, YOU LOOK AT TRENDS

09:17AM 1    OVER A LONG PERIOD OF TIME AND HOW THE QC PERFORMED; IS THAT

09:17AM 2    RIGHT?

09:17AM 3    A.   CORRECT.

09:17AM 4    Q.   AND THOSE LEVEY-JENNINGS CHARTS ARE THE COMPILATION OF

09:17AM 5    THAT QUALITY CONTROL DATA?

09:17AM 6    A.   CORRECT.

09:17AM 7    Q.   AND THERE'S BEEN SOME DISCUSSION WITHIN THIS CASE ABOUT

09:17AM 8    WESTGARD RULES.

09:17AM 9    A.   CORRECT, CORRECT.

09:18AM 10   Q.   YOU'RE FAMILIAR WITH THOSE?

09:18AM 11   A.   CORRECT.

09:18AM 12   Q.   AND WE'LL TALK ABOUT IT MORE IN A BIT.  BUT AS A GENERAL

09:18AM 13   MATTER, THOSE ARE RULES THAT YOU KIND OF APPLIED TO THOSE

09:18AM 14   LEVEY-JENNINGS CHARTS; RIGHT?

09:18AM 15   A.   CORRECT.

09:18AM 16   Q.   AND THAT'S TO MAKE SURE THAT THE PERFORMANCE OVER THE LONG

09:18AM 17   TERM OF QUALITY CONTROL, IT MEETS CLIA STANDARDS; RIGHT?

09:18AM 18   A.   CLIA DOES NOT OUTLINE OR PRESCRIBE HOW ONE SHOULD LOOK AT

09:18AM 19   LEVEY-JENNINGS PLOTS, INTERPRET THEM, OR IMPLEMENT RULES.  THEY

09:18AM 20   SAY THAT CALIBRATION AND CONTROL PROCEDURES NEED TO BE IN

09:18AM 21   PLACE.

09:18AM 22   Q.   RIGHT.  THEY DON'T PROVIDE THE SPECIFICITY?

09:18AM 23   A.   THEY DON'T TELL YOU HOW TO DO IT.

09:18AM 24   Q.   IT'S UP TO THE LAB DIRECTOR TO FIGURE OUT THE BEST WAY TO

09:18AM 25   IMPLEMENT THAT; RIGHT?

09:18AM  1    A.   CORRECT.

09:18AM  2    Q.   AND WORKING WITH THE QUALITY MANAGER?

09:18AM  3    A.   CORRECT.

09:18AM  4    Q.   OKAY.  AND A COMMON WAY THAT THAT'S DONE WITHIN THE

09:18AM  5    INDUSTRY IS TO APPLY WESTGARD RULES TO LEVEY-JENNINGS CHARTS;

09:18AM  6    CORRECT?

09:18AM  7    A.   CORRECT.

09:18AM  8    Q.   AND YOU DID THAT AT THERANOS?

09:18AM  9    A.   YES.

09:18AM  10   Q.   AND SPECIFICALLY, YOU WANTED THEM TO GATHER THE

09:19AM  11   LEVEY-JENNINGS CHARTS FOR THE LDT'S?

09:19AM  12   A.   WELL, I JUST WANT TO CLARIFY.  SO I CALLED THE MEETING

09:19AM  13   WITH ELIZABETH AND OTHER TO DISCUSS HOW WE WOULD ASSESS QC

09:19AM  14   PERFORMANCE OVER TIME.  WE DID NOT HAVE AN SOP REGARDING WHAT

09:19AM  15   QC TO DISQUALIFY ON THE BASIS OF VIOLATION OF A WESTGARD RULE.

09:19AM  16   IF THAT ANSWERS YOUR QUESTION.

09:19AM  17        YOU SAID, YOU DID THAT, YOU LOOKED AT WESTGARD.

09:19AM  18        BUT JUST TO BE CLEAR, WE DID NOT HAVE A PROCEDURE IN PLACE

09:19AM  19   WHERE WE WOULD DISQUALIFY A QC DATA POINT ON THE WESTGARD

09:19AM  20   RULES.

09:19AM  21   Q.   AND WE'LL TALK ABOUT THE QC POLICIES IN MORE DETAIL IN A

09:19AM  22   BIT, BUT JUST SO WE'RE CLEAR ON THIS POINT, THE ADAPTION AND

09:19AM  23   IMPLEMENTATION OF THE QC POLICY WAS YOUR JOB; RIGHT, SIR?

09:19AM  24   A.   CORRECT.

09:19AM  25   Q.   OKAY.  LET'S KEEP GOING DOWN THIS LIST.

09:19AM  1      A.   I MEAN, YOU KEEP SAYING IT'S MY JOB, IT'S MY JOB.

09:19AM  2           BUT I WAS PART OF A LARGE COMPANY WITH DELEGATED ROLES AND

09:20AM  3      COMPLICATED OPERATIONS AND A LOT OF TRUST I PUT INTO OTHER

09:20AM  4      INDIVIDUALS TO EXECUTE ON THESE.

09:20AM  5           SO I'M NOT SURE, YOU KNOW, WHEN YOU SAY IT WAS YOUR JOB,

09:20AM  6      IT WAS YOUR JOB.

09:20AM  7           YES, I DID MY JOB, RIGHT, BUT I ALSO DEPENDED ON A LOT OF

09:20AM  8      PEOPLE AROUND ME.

09:20AM  9      Q.   YOU DID DEPEND ON A LOT OF QUALIFIED PEOPLE AROUND YOU;

09:20AM 10      RIGHT?

09:20AM 11      A.   YES.

09:20AM 12      Q.   AND UNDER THE CLIA REGULATIONS, YOU'RE ACTUALLY PERMITTED

09:20AM 13      TO RELY ON THOSE QUALIFIED PEOPLE, AREN'T YOU?

09:20AM 14      A.   CORRECT.

09:20AM 15      Q.   IF THEY MEET THE REQUIREMENTS SET FORTH IN THE REGULATIONS

09:20AM 16      FOR THEIR POSITIONS; RIGHT?

09:20AM 17      A.   BUT IT'S NOT JUST THEM.  ON AN OPERATIONAL LEVEL YOU HAVE

09:20AM 18      PROJECT MANAGERS, CUSTOMER SERVICE REPS, SOFTWARE PEOPLE, UPPER

09:20AM 19      MANAGEMENT, ALL CONTRIBUTING TO THE QUALITY OF THE SERVICES

09:20AM 20      PROVIDED BY THE LABORATORY.

09:20AM 21           I ALONE FULFILLED MY DUTIES AS LAB DIRECTOR, BUT IT'S JUST

09:21AM 22      NOT REASONABLE TO EXPECT THAT I COULD HAVE GUARANTEED THE

09:21AM 23      QUALITY OF SERVICES COMING OUT OF THE LAB.

09:21AM 24      Q.   WELL, SIR, I THINK YESTERDAY WE WENT THROUGH THE

09:21AM 25      REGULATIONS; RIGHT?  DO YOU RECALL THAT, 7603?

09:21AM   1    A.   YES.  YES.

09:21AM   2    Q.   OKAY.  AND UNDER THOSE REGULATIONS, YOU'RE PERMITTED TO

09:21AM   3    DELEGATE CERTAIN RESPONSIBILITIES WITHIN THE ORGANIZATION;

09:21AM   4    RIGHT?

09:21AM   5    A.   CORRECT.

09:21AM   6    Q.   OKAY.  BUT UNDER THOSE REGULATIONS, ULTIMATELY YOU'RE

09:21AM   7    RESPONSIBLE IF THOSE JOBS ARE NOT DONE PROPERLY; CORRECT?

09:21AM   8    A.   YES.  BUT THERE ARE A NUMBER OF OTHER INDIVIDUALS --

09:21AM   9              MR. WADE:  I DON'T HAVE A QUESTION PENDING,

09:21AM  10    YOUR HONOR.

09:21AM  11              THE COURT:  YOU CAN ASK ONE.

09:21AM  12              MR. WADE:  OKAY.  GOOD.

09:21AM  13    Q.   I'D LIKE TO CONTINUE DOWN THIS CHART.

09:21AM  14         THE QUESTION THAT I WAS ASKING WAS, ON NOVEMBER 26TH OF

09:21AM  15    2013, YOU SPECIFICALLY ASKED THAT THE ONGOING QC ANALYSIS IN

09:21AM  16    THE LEVEY-JENNINGS CHARTS FOR LDT'S, WHICH IS THE DAILY QC

09:22AM  17    PROCEDURE, BE COMPILED AND READY FOR THE INSPECTORS; RIGHT?

09:22AM  18    A.   YES.

09:22AM  19    Q.   OKAY.  AND YOU SPECIFICALLY ASKED THAT THE CALIBRATION

09:22AM  20    VERIFICATION PLAN FOR THE LDT'S BE PREPARED AND QUALIFIED AND

09:22AM  21    READY FOR THE INSPECTORS; RIGHT?

09:22AM  22    A.   YES.

09:22AM  23    Q.   OKAY.  AND YOU SPECIFICALLY ASKED THAT THE PROCEDURE FOR

09:22AM  24    RETESTING OF CRITICAL VALUES BE THERE.

09:22AM  25         DO YOU SEE THAT?

09:22AM  1      A.   YES.

09:22AM  2      Q.   AND THEN IF WE GO DOWN TO WEDNESDAY --

09:22AM  3      A.   I JUST WANT TO --

09:22AM  4      Q.   THERE'S NO QUESTION PENDING, SIR.

09:22AM  5           IF WE GO DOWN TO WEDNESDAY, THE SOP FOR THERANOS LIS -- DO

09:22AM  6      YOU SEE THAT THERE?

09:22AM  7      A.   YES.

09:22AM  8      Q.   OKAY.  AND THESE DOCUMENTS ARE -- THIS DOCUMENT HERE, YOU

09:22AM  9      HAVE DIFFERENT DATES ON THIS BECAUSE YOU'RE KIND OF MAPPING OUT

09:23AM 10      DUE DATES SO PEOPLE CAN GET THIS DONE AND READY AND YOU CAN

09:23AM 11      HAVE IT REVIEWED AND READY FOR THE INSPECTORS; RIGHT?

09:23AM 12      A.   YES.

09:23AM 13      Q.   OKAY.  THE SOP FOR THERANOS LIS, THAT WAS THE LIS THAT WE

09:23AM 14      TALKED ABOUT YESTERDAY; CORRECT?

09:23AM 15      A.   CORRECT.

09:23AM 16      Q.   AND YOU SEE THERE'S AN SOP FOR SUPER MARIO.

09:23AM 17           DO YOU SEE THAT REFERENCE?

09:23AM 18      A.   YES.

09:23AM 19      Q.   AND WE TALKED A LITTLE BIT ABOUT SUPER MARIO YESTERDAY.

09:23AM 20           DO YOU RECALL?

09:23AM 21      A.   YES.

09:23AM 22      Q.   AND IT'S A GREAT NAME, ISN'T IT?

09:23AM 23      A.   NO COMMENT.

09:23AM 24      Q.   OKAY.  DO YOU SEE THERE'S A SEPARATION BETWEEN THE LIS AND

09:23AM 25      SUPER MARIO.  DO YOU SEE THEY'RE IDENTIFIED AS TWO SEPARATE

09:23AM 1    THINGS?  DO YOU SEE THAT?

09:23AM 2    A.   YES.  SO THERE'S AMBIGUITY HERE BECAUSE THERE WAS AN LIS

09:23AM 3    FOR THE FDA APPROVED COMMERCIAL INSTRUMENTS CALLED LAB DAQ, AND

09:23AM 4    THERE WAS AN LIS FOR THE THERANOS METHODS CALLED SUPER MARIO.

09:24AM 5    Q.   ACTUALLY, DOES THIS REFRESH YOUR RECOLLECTION IN ANY WAY,

09:24AM 6    SIR, THAT -- ACTUALLY, LET ME STRIKE THAT.

09:24AM 7         DO YOU SEE THE NAME ANAM NEXT TO THAT?

09:24AM 8    A.   YES, SIR.

09:24AM 9    Q.   AND DOWN WHO ANAM WAS?

09:24AM 10   A.   ANAM KHAN, A CUSTOMER SERVICE REPRESENTATIVE.

09:24AM 11   Q.   RIGHT.  SHE DEALT WITH CUSTOMER SERVICE ISSUES THAT CAME

09:24AM 12   UP FROM MEDICAL PRACTICES; RIGHT?

09:24AM 13   A.   CORRECT.

09:24AM 14   Q.   AND DOES LOOKING AT THIS REFRESH YOUR RECOLLECTION THAT

09:24AM 15   SUPER MARIO WAS ACTUALLY THE CUSTOMER SERVICE DATABASE SYSTEM

09:24AM 16   THAT DOCUMENTED CUSTOMER SERVICE CALLS WITHIN THE COMPANY?

09:24AM 17   A.   NO.  I BELIEVE WE USED SALES FORCE FOR THAT FOR CUSTOMER

09:24AM 18   SERVICE RELATIONS.

09:24AM 19        THERE WAS, THERE WAS AN INTERFACE AVAILABLE TO THE

09:24AM 20   COLLECTION SITES THAT WOULD TELL THEM WHAT KINDS OF TUBES TO

09:24AM 21   PULL GIVEN THE ORDERS THAT WERE COMING IN.

09:25AM 22        IN OTHER WORDS, IF YOU NEEDED A COMPLETE METABOLIC PANEL,

09:25AM 23   IT WOULD BE A RED TOP; IF YOU NEEDED A CBC, IT WOULD BE A

09:25AM 24   LITHIUM HEPARIN TUBE.

09:25AM 25   Q.   OKAY.  LET ME ASK THIS, AND MAYBE IT WAS SALES FORCE, BUT

09:25AM  1    DO YOU RECALL THAT THERE WAS A COMPUTER SYSTEM THAT DOCUMENTED

09:25AM  2    THOSE INCOMING INQUIRIES; RIGHT?

09:25AM  3    A.    YES.

09:25AM  4    Q.    AND ANAM WAS THE PERSON RESPONSIBLE FOR THAT?

09:25AM  5    A.    YES.

09:25AM  6    Q.    AND THERE WAS ACTUALLY AN SOP SET WITHIN THE CLIA LAB THAT

09:25AM  7    RELATED TO THAT; RIGHT?

09:25AM  8    A.    I DO NOT RECALL.

09:25AM  9    Q.    OKAY.  DO YOU RECALL WHAT SOP YOU WERE ASKING OR WHAT

09:25AM 10    PROCEDURE -- YEAH, I'M SORRY, WHAT SOP YOU WERE ASKING ANAM TO

09:25AM 11    PREPARE IN ADVANCE OF THIS NOVEMBER 2013 AUDIT?  DO YOU RECALL?

09:26AM 12    A.    THE INTENT WAS FOR AN SOP FOR HOW ONE ENTERS DATA INTO THE

09:26AM 13    THERANOS LIS AND HOW THAT -- ESSENTIALLY MANUAL FOR HOW THAT

09:26AM 14    SOFTWARE WORKS.

09:26AM 15        I -- READING THE EMAIL NOW, I DO NOT BELIEVE THAT IT'S

09:26AM 16    EXPLICIT OR DETAILED ENOUGH TO HAVE GIVEN, YOU KNOW, CLEAR

09:26AM 17    INSTRUCTIONS TO HER.

09:26AM 18    Q.    DO YOU REGRET THAT, SIR?

09:26AM 19    A.    NO.  I, YOU KNOW, I PUT TOGETHER A LIST AS BEST AS I COULD

09:26AM 20    WITHIN THE TIME CONSTRAINTS AT THE TIME.

09:26AM 21    Q.    AND YOU WERE GOING TO REVIEW WHATEVER THEY PREPARED

09:26AM 22    ANYWAY; RIGHT?

09:26AM 23    A.    YES.

09:26AM 24    Q.    OKAY.  AND DO YOU SEE THERE'S AN SOP WITH RESPECT TO

09:26AM 25    REDRAWS THERE.

09:26AM  1          DO YOU SEE THAT?

09:26AM  2     A.   YES.

09:26AM  3     Q.   OKAY.  AND FINALLY, ON THIS PAGE DO YOU SEE THERE'S A

09:26AM  4     REFERENCE TO A MOCK AUDIT BY JERRY HURST?

09:27AM  5     A.   CORRECT.

09:27AM  6     Q.   AND DO YOU RECALL WHETHER OR NOT THAT HAD OCCURRED?

09:27AM  7     A.   IT DID NOT.

09:27AM  8     Q.   OKAY.  AND THAT WAS DUE TO A SCHEDULING ISSUE?

09:27AM  9     A.   HE WAS UNAVAILABLE.

09:27AM 10     Q.   OKAY.

09:27AM 11     A.   YEAH.

09:27AM 12     Q.   AND IF WE GO TO THE NEXT PAGE, YOU SEE THERE AT THE BOTTOM

09:27AM 13     IT SAYS, "MYSELF AND SUPERVISORS MINIMALLY PRESENT TO HANDLE

09:27AM 14     INSPECTION STARTING AT 10:30."

09:27AM 15     A.   CORRECT.

09:27AM 16     Q.   AND JUST MINIMAL PRESENCE IS WHAT YOU THOUGHT WAS MOST

09:27AM 17     PERTINENT FOR THE INSPECTION?

09:27AM 18     A.   NO.  I WAS DESCRIBING THE MINIMUM NUMBER OF PEOPLE THAT I

09:27AM 19     WOULD EXPECT TO ATTEND THE INSPECTION.  I WAS NOT SAYING THE

09:27AM 20     NUMBERS OF PEOPLE SHOULD BE KEPT TO A MINIMUM.

09:27AM 21     Q.   OH, OKAY.  WELL, THANK YOU FOR YOUR CLARIFICATION ON THAT,

09:27AM 22     DOCTOR.

09:28AM 23          AND ONE OF THE REASONS THAT -- LET ME JUST MAKE SURE I WAS

09:28AM 24     CLEAR.  THE LDT'S THAT ARE REFERENCED WITHIN THAT, DO YOU SEE

09:28AM 25     THAT DOCUMENT?

09:28AM 1      IF WE CAN GO UP TO THE FIRST PAGE AND CAPTURE THE MIDDLE

09:28AM 2  OF THE DOCUMENT.

09:28AM 3      WHERE LDT'S ARE REFERENCED, THOSE ARE THE THERANOS SMALL

09:28AM 4  SAMPLE ASSAYS; CORRECT?

09:28AM 5  A.   CORRECT.

09:28AM 6  Q.   AND INCLUDING THE EDISON DEVICES; RIGHT?

09:28AM 7  A.   CORRECT.

09:28AM 8  Q.   AND YOU WANTED TO MAKE SURE THAT EVERYTHING WAS

09:28AM 9  APPROPRIATELY PREPARED FOR THE INSPECTION ON THOSE ITEMS;

09:28AM 10 RIGHT?

09:28AM 11 A.   YES.

09:28AM 12 Q.   OKAY.  AND ONE OF THE REASONS THAT YOU NEEDED TO BE

09:28AM 13 PREPARED WAS BECAUSE WHEN AN INSPECTOR COMES IN, THEY MAY ASK

09:28AM 14 FOR THE DOCUMENTATION?

09:28AM 15 A.   CORRECT.

09:28AM 16 Q.   THEY DON'T TELL YOU IN ADVANCE EXACTLY WHAT DOCUMENTS OR

09:28AM 17 INFORMATION THAT THEY'RE GOING TO LOOK FOR?

09:29AM 18 A.   CPA DOES, BUT NOT CLIA.

09:29AM 19 Q.   AND THIS WAS A CLIA AUDIT; CORRECT?

09:29AM 20 A.   CORRECT.

09:29AM 21 Q.   AND SO THE AUDITORS THAT WERE COMING IN, IN THIS CASE FROM

09:29AM 22 THE CALIFORNIA DEPARTMENT OF HEALTH, COULD ASK FOR ANYTHING?

09:29AM 23 A.   CORRECT.  CORRECT.

09:29AM 24 Q.   OKAY.  AND YOU NEED TO BE READY IN CASE THE INSPECTORS ASK

09:29AM 25 FOR THE INFORMATION; RIGHT?

09:29AM 1    A.   YES.

09:29AM 2    Q.   AND THEY GET TO, THEY GET TO PREPARE WHATEVER QUESTIONS

09:29AM 3    AND THEY GET TO PREPARE A LIST OF QUESTIONS AND INFORMATION

09:29AM 4    THAT THEY WANT FROM THE LAB; RIGHT?

09:29AM 5    A.   THEY'RE ENTITLED TO ASK WHATEVER QUESTIONS THEY SEE FIT AT

09:29AM 6    THE TIME.

09:29AM 7    Q.   AND YOU'RE OBLIGATED TO GIVE THEM WHATEVER THEY ASK FOR;

09:29AM 8    RIGHT?

09:29AM 9    A.   CORRECT.

09:29AM 10   Q.   AND DID YOU DO THAT?

09:29AM 11   A.   CORRECT.

09:29AM 12   Q.   AND AS A GENERAL MATTER, THEY COME IN AND YOU FEEL LIKE

09:29AM 13   YOU'RE READY AND THEN YOU WAIT UNTIL THEY ASK QUESTIONS AND

09:29AM 14   THEN YOU GIVE THEM WHATEVER THEY ASK FOR; RIGHT?

09:30AM 15   A.   JUST ANSWER THE QUESTION.

09:30AM 16   Q.   JUST ANSWER THE QUESTION; RIGHT?

09:30AM 17   A.   YES.

09:30AM 18   Q.   THAT'S THE STANDARD APPROACH.  YOU WAIT FOR THEIR INQUIRY

09:30AM 19   AND THEN YOU PROVIDE THE INFORMATION AND RESPONSE?

09:30AM 20   A.   CORRECT.

09:30AM 21   Q.   AND YOU DON'T GIVE THEM A GUIDED TOUR OF THE WHOLE

09:30AM 22   FACILITY; RIGHT?

09:30AM 23   A.   NO.

09:30AM 24   Q.   AND YOU DON'T BRING THEM INTO THE R&D DEPARTMENT?

09:30AM 25   A.   WELL, IN OTHER LABORATORIES WE HAVE HAD CAP INSPECTION

09:30AM 1    WHERE WE HAVE SHOWN CAP THE FACILITY.

09:30AM 2    Q.   AND I'M JUST TALKING ABOUT HERE.  YOU'VE TALKED ABOUT YOUR

09:30AM 3    GENERAL PROCEDURE, WHICH IS THEY ASK A QUESTION, YOU WAIT, AND

09:30AM 4    YOU GIVE THEM A RESPONSE?

09:30AM 5    A.   YES.

09:30AM 6    Q.   AND YOU DID THAT, SIR?

09:30AM 7    A.   YES.

09:30AM 8    Q.   AND YOU DIDN'T HIDE ANY INFORMATION FROM THESE INSPECTORS

09:30AM 9    IN 2013 AT THERANOS, DID YOU?

09:30AM 10   A.   NO.

09:30AM 11   Q.   AND THAT WOULD BE A BIG PROBLEM IF YOU DID THAT; RIGHT?

09:31AM 12   A.   YES.

09:31AM 13   Q.   AND YOU NEVER WOULD DO THAT; RIGHT?

09:31AM 14   A.   I WOULD NEVER DO THAT, YES.

09:31AM 15   Q.   I BELIEVE YOU TESTIFIED YESTERDAY THAT THE INSPECTOR WHO

09:31AM 16   CAME IN ASKED TO SEE CERTAIN DOCUMENTS RELATING TO THERANOS'S

09:31AM 17   LDT'S; RIGHT?

09:31AM 18   A.   CORRECT.

09:31AM 19   Q.   THOSE ARE THE EDISON TESTS OR THE SMALL SAMPLE ASSAY

09:31AM 20   TESTS; RIGHT?

09:31AM 21   A.   WHAT DO YOU MEAN BY "SMALL SAMPLE ASSAY TESTS"?

09:31AM 22   Q.   WELL, LET ME -- LET ME STRIKE THAT.

09:31AM 23       THESE ARE THE TESTS THAT THERANOS DEVELOPED THAT WERE

09:31AM 24   RUNNING IN THE LAB; RIGHT?

09:31AM 25   A.   CORRECT.

09:31AM  1      Q.   AND THEY WERE NOT -- THEY WERE RUN ON A SMALLER SAMPLE AS

09:31AM  2      A GENERAL MATTER; RIGHT?

09:31AM  3      A.   CORRECT.

09:31AM  4      Q.   AND SOME OF THEM WERE RUN ON A MODIFIED COMMERCIAL DEVICES

09:31AM  5      THAT APPLIED SOME THERANOS MODIFICATIONS AND TECHNOLOGY; RIGHT?

09:31AM  6      A.   YES.

09:31AM  7      Q.   AND SOME OF THEM WERE RUN ON THE EDISON?

09:32AM  8      A.   YES.

09:32AM  9      Q.   RIGHT.

09:32AM  10          AND THOSE ARE THE LDT'S?

09:32AM  11     A.   NONE OF THEM WERE RUN ON THE INSTRUMENTS THAT -- WELL,

09:32AM  12     WITH THE EXCEPTION OF EDISON, THE REST WERE NOT RUN ON THERANOS

09:32AM  13     DEVELOPED INSTRUMENTS.

09:32AM  14     Q.   UNDERSTOOD.  THERE WERE SOME ASSAYS THAT WERE RUNNING ON

09:32AM  15     THERANOS DEVELOPED EDISONS; RIGHT?

09:32AM  16     A.   CORRECT.

09:32AM  17     Q.   AND THEN THERE WERE SOME ASSAYS THAT WERE RUNNING ON

09:32AM  18     COMMERCIAL DEVICES WHERE THERANOS HAD MODIFIED SOME OF THE

09:32AM  19     SOFTWARE AND HARDWARE TECHNOLOGY TO RUN ITS ASSAYS; RIGHT?

09:32AM  20     A.   CORRECT.

09:32AM  21     Q.   AND WHEN -- AND THOSE WERE RUN ON SMALL SAMPLES; RIGHT?

09:32AM  22     A.   CORRECT.

09:32AM  23     Q.   AND SO WHEN WE'RE TALKING ABOUT LDT'S GENERALLY, IT'S ONE

09:32AM  24     OF THOSE TWO CATEGORIES; RIGHT?

09:32AM  25     A.   CORRECT.

09:32AM   1          THERE'S ALSO THE COMPLETE BLOOD COUNT WHERE THEY USED FLOW

09:32AM   2     CYTOMETRY FOR SOME BIZARRE REASON TO DO COMPLETE BLOOD COUNTS.

09:32AM   3          AND THEN THERE WAS A PT INR METHOD THAT WAS IN DEVELOPMENT

09:33AM   4     THAT WAS ALSO LDT.

09:33AM   5     Q.   AND SO THERE WERE TWO LDT'S IN ADDITION --

09:33AM   6     A.   THAT I CAN RECALL, YEAH.

09:33AM   7     Q.   OKAY.  AND WHEN YOU TESTIFIED YESTERDAY THAT THE INSPECTOR

09:33AM   8     ASKED TO SEE CERTAIN DOCUMENTS RELATING TO THE THERANOS LDT'S,

09:33AM   9     IT WAS ONE OF THOSE LDT'S?

09:33AM  10     A.   YES.  I BELIEVE WE SHOWED THE INSPECTOR THE VALIDATION

09:33AM  11     REPORTS FOR THE SMALL SAMPLES AS YOU CALL THEM THAT WERE RUN ON

09:33AM  12     THE ADVIA'S AND THE EDISON LDT'S.

09:33AM  13     Q.   ON BOTH?

09:33AM  14     A.   YEAH.

09:33AM  15     Q.   YOU SHOWED THEM BOTH VALIDATION REPORTS; RIGHT?

09:33AM  16     A.   YES.

09:33AM  17     Q.   ONE FOR EDISONS?

09:33AM  18     A.   YES.

09:33AM  19     Q.   AND ONE FOR THE MODIFIED LDT'S; RIGHT?

09:33AM  20     A.   YES.

09:33AM  21     Q.   AND SO THEY WERE AWARE THAT YOU WERE USING THAT HARDWARE

09:33AM  22     WITHIN THE LAB; RIGHT?

09:33AM  23     A.   YES.

09:33AM  24     Q.   AND DO YOU HAPPEN TO RECALL WHICH PARTICULAR VALIDATION

09:33AM  25     REPORTS YOU SHOWED THEM?

09:33AM 1    A.   I DO NOT RECALL WHICH ANALYTES WE SHOWED THEM.

09:33AM 2    Q.   OKAY.  BUT ONE OF EACH?

09:33AM 3    A.   CORRECT.

09:33AM 4    Q.   AND SO YOU TESTIFIED YESTERDAY THAT THERE WERE SOME

09:34AM 5    COMMUNICATIONS WITHIN THE COMPANY AROUND ACCESS TO THE NORMANDY

09:34AM 6    LAB.

09:34AM 7         DO YOU RECALL THAT?

09:34AM 8    A.   YES.

09:34AM 9    Q.   OKAY.  AND THE PORTION OF THE -- THAT'S THE PORTION OF THE

09:34AM 10   CLIA LAB THAT WAS DOWNSTAIRS?

09:34AM 11   A.   CORRECT.

09:34AM 12   Q.   OKAY.  AND THE QUESTION IS RELATED TO WHETHER YOU WOULD

09:34AM 13   AFFIRMATIVELY LEAVE THE INSPECTORS DOWNSTAIRS THERE; RIGHT?

09:34AM 14   A.   NO.  THERE WAS AN EMAIL FROM ELIZABETH SAYING HAS THE PATH

09:34AM 15   BEEN CEMENTED?

09:34AM 16        AND SHE REFERENCED THE NEW YORK STATE INSPECTION.

09:34AM 17        AND THERE WAS VERBAL INSTRUCTION FROM SUNNY BALWANI THAT

09:34AM 18   NOBODY WAS TO ENTER OR LEAVE THE NORMANDY LAB DURING THE PERIOD

09:35AM 19   OF THE INSPECTION.

09:35AM 20   Q.   AND NO ONE ENTERING AND LEAVING AND GOING IN AND OUT OF

09:35AM 21   THE NORMANDY LAB RELATED TO STAFF, NOT THE INSPECTOR; CORRECT?

09:35AM 22   BECAUSE IF THEY ASKED TO SEE IT, YOU WOULD SHOW IT TO THEM;

09:35AM 23   RIGHT?

09:35AM 24   A.   I WOULD BE OBLIGED AND WOULD BE REQUIRED TO SHOW IT TO

09:35AM 25   THEM.

```
09:35AM   1     Q.   AND THEY WERE JUST ASKING THAT OTHER EMPLOYEES NOT BE

09:35AM   2     RUNNING IN AND OUT OF THERE DURING THE INSPECTION; RIGHT?

09:35AM   3          IS THAT YOUR RECOLLECTION?

09:35AM   4     A.   CORRECT.  CORRECT.

09:35AM   5     Q.   OKAY.  WELL, I'M GOING TO ASK SOME MORE SPECIFIC QUESTIONS

09:35AM   6     OF THAT.

09:35AM   7          WHY DON'T WE TAKE A LOOK AT 4047, WHICH IS IN EVIDENCE.

09:35AM   8     WE'LL PUT IT UP ON THE SCREEN.

09:35AM   9          THIS IS THE EMAIL THAT YOU WERE REFERRING TO FROM

09:35AM  10     YESTERDAY?

09:35AM  11     A.   CORRECT.

09:35AM  12     Q.   AND IT SAYS BELOW -- LET'S HIGHLIGHT THAT QUESTION FROM

09:36AM  13     MS. HOLMES.

09:36AM  14          DO YOU SEE THAT THERE?

09:36AM  15          IT SAYS, "LET ME KNOW IF THE PATH FOR WALKING THE AUDITORS

09:36AM  16     IN AND DOWNSTAIRS HAS BEEN CEMENTED SO WE CAN AVOID AREAS THAT

09:36AM  17     CANNOT BE ACCESSED, AND WHAT THAT PATH IS."

09:36AM  18          RIGHT?

09:36AM  19     A.   YES.

09:36AM  20     Q.   SHE'S NOT SAYING DON'T GO THERE; RIGHT?

09:36AM  21     A.   SHE IS ASKING TO KNOW WHAT AREAS ARE GOING TO BE SHOWN TO

09:36AM  22     THE INSPECTORS.

09:36AM  23     Q.   WELL, SHE'S, SHE'S ACTUALLY ASKING WHAT THE PATH IS FOR

09:36AM  24     WALKING THE AUDITORS IN AND DOWNSTAIRS; RIGHT?

09:36AM  25     A.   I THINK YOU'RE SORT OF BEING SEMANTIC.  YOU'RE SORT OF
```

09:36AM 1     SPLITTING HAIRS RIGHT NOW.

09:36AM 2         BUT THAT'S THE WAY THAT I READ THE EMAIL.  SHE WANTED TO

09:36AM 3     KNOW WHAT AREAS WOULD BE SHOWN TO INSPECTORS AND WHAT AREAS

09:36AM 4     WOULD NOT BE.

09:36AM 5     Q.   OKAY.  WELL, LET'S --

09:36AM 6     A.   THAT'S HOW I READ THE EMAIL.

09:36AM 7     Q.   I UNDERSTAND.  I UNDERSTAND.  I APPRECIATE THAT EMAIL.

09:36AM 8         LET'S LOOK AT THE TOP.  THERE'S ANOTHER EMAIL.

09:37AM 9         DO YOU SEE THAT?

09:37AM 10    A.   YES.

09:37AM 11    Q.   IT SAYS, "(KERRY, PLEASE DELINEATE THIS BASED ON WHAT WE

09:37AM 12    DID WITH THE NEW YORK INSPECTOR RECENTLY AND SEND THAT OUT)."

09:37AM 13        DO YOU RECALL THAT?

09:37AM 14    A.   YES.

09:37AM 15    Q.   AND THE GOVERNMENT SHOWED YOU THIS EMAIL YESTERDAY; RIGHT?

09:37AM 16    A.   YES, THEY DID.

09:37AM 17    Q.   AND DID THE GOVERNMENT SHOW YOU MS. JOHNSON'S RESPONSE

09:37AM 18    YESTERDAY?

09:37AM 19    A.   NO, I DON'T BELIEVE I'VE SEEN A RESPONSE FROM MS. JOHNSON.

09:37AM 20    Q.   LET'S TAKE A LOOK AT IT.

09:37AM 21        IF YOU LOOK AT EXHIBIT 12749, WHICH SHOULD BE IN YOUR

09:37AM 22    BINDER 2 UP THERE.

09:37AM 23             MS. TREFZ:  12749.

09:38AM 24             MR. WADE:  12749.

09:38AM 25             THE WITNESS:  I SEE AN EMAIL HERE FROM KERRY.

BY MR. WADE:

Q.   OKAY.  JUST TAKE A MINUTE AND FAMILIARIZE YOURSELF WITH

THAT EMAIL.

     AND THIS IS AN EMAIL THAT YOU'RE ON?

A.   YES.

Q.   AND IT RELATES TO THESE ISSUES?

A.   CORRECT.

     MR. WADE:  I WOULD MOVE FOR THE ADMISSION OF

EXHIBIT 12749.

     MR. BOSTIC:  I APOLOGIZE, YOUR HONOR.  I'M STILL

LOOKING FOR A COPY OF THAT EMAIL.  I DON'T THINK I HAVE IT.

     MR. WADE:  WE'LL GIVE COUNSEL A MINUTE.

     (PAUSE IN PROCEEDINGS.)

     MR. WADE:  IT MAY BE 12479.  I'M LOOKING AT AN

EMAIL --

Q.   IS THE DATE OF YOUR EMAIL AT THE TOP 12-4-2013?

A.   NO, SIR.  11-27-2013.

Q.   I MUST HAVE TRANSPOSED MY TYPING.

     CAN WE LOOK AT 12479?

A.   THAT'S WHAT I'M LOOKING AT.

Q.   OH, YOU'RE LOOKING AT 12479.

     DOES COUNSEL HAVE THAT?

     MR. BOSTIC:  I DO NOW.

     THE COURT:  12479 IS ADMITTED, AND IT MAY BE

PUBLISHED.

09:39AM  1          (DEFENDANT'S EXHIBIT 12479 WAS RECEIVED IN EVIDENCE.)

09:39AM  2     BY MR. WADE:

09:39AM  3     Q.   OKAY.  AND IF WE CAN GO DOWN TO THE BOTTOM ACTUALLY AND

09:39AM  4     LOOK AT THOSE BOTTOM EMAILS.

09:39AM  5          NOW, THIS IS A FAMILIAR EMAIL TO YOU; RIGHT?  THIS IS THE

09:39AM  6     ONE THAT THE GOVERNMENT SHOWED YOU YESTERDAY?

09:39AM  7     A.   YES, YES.

09:39AM  8     Q.   AND THIS IS THE EMAIL WHERE MS. HOLMES SAYS "LET ME KNOW

09:39AM  9     IF THE PATH FOR WALKING THE AUDITORS IN AND DOWNSTAIRS HAS BEEN

09:40AM 10     CEMENTED SO WE CAN AVOID THE AREAS THAT CANNOT BE ACCESSED, AND

09:40AM 11     WHAT THE PATH IS."

09:40AM 12          DO YOU SEE THAT?

09:40AM 13     A.   YES, I DO.

09:40AM 14     Q.   AND THEN THE RESPONSE IS -- RELATES TO THE NEW YORK --

09:40AM 15     USING THE PATH OF THE NEW YORK INSPECTOR; RIGHT?

09:40AM 16     A.   CORRECT.

09:40AM 17     Q.   OKAY.  LET'S LOOK AT -- LET'S GO UP THE CHAIN.

09:40AM 18          AND THIS IS MS. JOHNSON'S RESPONSE.

09:40AM 19          DO YOU SEE THAT?

09:40AM 20     A.   YES, YES.

09:40AM 21     Q.   AND LET'S LOOK AT IT.

09:40AM 22          IT SAYS "NO PROBLEM.

09:40AM 23          "THE PATH FOR THE NEW YORK INSPECTION WAS FROM THE

09:40AM 24     CONFERENCE ROOM NEAR THE FRONT LOBBY DIRECTLY TO THE LAB GOING

09:40AM 25     PAST HR.  ALL OF THE BULLETIN BOARDS FROM THE LOBBY TO HR WERE

09:40AM  1    COVERED WITH PAPER SO THE INSPECTORS COULD NOT VIEW ANY OF THE

09:40AM  2    DRAWINGS OR ITEMS ON THE BOARD.  DAVID DO ASSISTED WITH PLACING

09:40AM  3    THE PAPER ON THE WHITE BOARDS."

09:40AM  4        DO YOU SEE THAT?

09:40AM  5    A.   I DO.

09:40AM  6    Q.   PUTTING THE PAPER ON THE WHITE BOARDS WAS TO COVER

09:41AM  7    POTENTIAL TRADE SECRETS; RIGHT?

09:41AM  8    A.   NO.  MY OPINION -- I DON'T KNOW.

09:41AM  9    Q.   I'M ASKING FOR YOUR RECOLLECTION AS OPPOSED TO YOUR

09:41AM 10    OPINION.  DO YOU HAVE A RECOLLECTION?

09:41AM 11    A.   I DO NOT RECALL THAT THE ISSUE WAS TRADE SECRETS.  WE

09:41AM 12    WOULD NOT HAVE PINNED UP TRADE SECRETS ON A BULLETIN BOARD.  I

09:41AM 13    MEAN, WHO WOULD DO THAT?

09:41AM 14    Q.   OKAY.  BUT -- I UNDERSTAND YOU'RE OFFERED YOUR OPINION ON

09:41AM 15    THAT.

09:41AM 16        DO YOU RECALL THE BULLETIN BOARDS IN THIS -- ON THIS PATH?

09:41AM 17    A.   YES.

09:41AM 18    Q.   AND DO YOU RECALL WHAT DEPARTMENT THEY WERE IN?

09:41AM 19    A.   WHAT DEPARTMENT?

09:41AM 20    Q.   YEAH.  YOU SEE THE PATH THAT'S OUTLINED IN THIS?

09:41AM 21    A.   YES.

09:41AM 22    Q.   AND YOU WORKED IN THAT BUILDING?

09:41AM 23    A.   CORRECT.

09:41AM 24    Q.   IN WHAT DEPARTMENT WERE THOSE WHITE BOARDS?

09:41AM 25    A.   I CAN TELL YOU WHERE THEY WERE SITUATED.  THEY WERE

09:41AM  1    SITUATED ON A WALL AND BEHIND THE WALL WAS A CORRIDOR AND

09:41AM  2    BEHIND THE CORRIDOR WAS THE JURASSIC PARK LABORATORY.

09:42AM  3    Q.   OKAY.  SO IT'S THE JURASSIC PARK LABORATORY?

09:42AM  4    A.   CORRECT.

09:42AM  5    Q.   AND DO YOU RECALL WHO USED THE WHITE BOARDS?

09:42AM  6    A.   THE INTENTION OF THE WHITE BOARDS WAS TO SHOW LICENSING OR

09:42AM  7    PERSONNEL.  SO OUR CLIA LICENSE WE PINNED UP THERE, OUR CLS

09:42AM  8    LICENSES WE PINNED UP THERE, THE NEW YORK LICENSES, OTHER STATE

09:42AM  9    LICENSES.

09:42AM  10   Q.   OKAY.  YOU DON'T THINK IT WAS ANYTHING CONFIDENTIAL?

09:42AM  11   A.   I DO NOT.

09:42AM  12   Q.   OKAY.  SO ANYONE COULD HAVE LOOKED AT THE MATERIAL IN YOUR

09:42AM  13   MIND?

09:42AM  14   A.   COULD YOU CLARIFY THE QUESTION?

09:42AM  15   Q.   WELL, YOU WOULDN'T HAVE HAD A PROBLEM SHOWING THAT TO

09:42AM  16   ANYONE COMING IN?

09:42AM  17   A.   NO.

09:42AM  18   Q.   OKAY.  LET'S FOCUS ON THE SECOND PARAGRAPH.  OKAY, SIR?

09:42AM  19   A.   YEAH.

09:42AM  20   Q.   LET'S BLOW THAT UP IF WE CAN.

09:42AM  21        IT SAYS, "I WOULD SUGGEST THAT THE PATH TO THE NORMANDY

09:42AM  22   LAB BE THE STAIRS BY THE BACK DOOR AND WALK THROUGH THE

09:43AM  23   SHIPPING AREA OR USE THE ELEVATOR IF ANYONE HAS PHYSICAL

09:43AM  24   PROBLEMS PREVENTING THEM FROM USING THE STAIRS."

09:43AM  25        DO YOU SEE THAT?

| 09:43AM | 1 | A. YES. |
| 09:43AM | 2 | Q. SHE'S TALKING ABOUT THE ACTUAL PATH THAT YOU WOULD TAKE TO |
| 09:43AM | 3 | THE NORMANDY LAB? |
| 09:43AM | 4 | A. SHE'S SUGGESTING A PATH TO THE NORMANDY LAB. |
| 09:43AM | 5 | Q. IN RESPONSE TO MS. HOLMES'S INQUIRY; RIGHT? |
| 09:43AM | 6 | A. YES. |
| 09:43AM | 7 | Q. AND YOU WERE SHOWN THIS DOCUMENT BY THE GOVERNMENT IN YOUR |
| 09:43AM | 8 | PREPARATION, WERE YOU NOT? |
| 09:43AM | 9 | A. I DO NOT RECALL. |
| 09:43AM | 10 | Q. OKAY. IF YOU CAN LOOK IN YOUR YELLOW BINDER AT TX 11 -- |
| 09:43AM | 11 | A. WHICH VOLUME, SIR? |
| 09:43AM | 12 | Q. VOLUME 2 -- |
| 09:43AM | 13 | A. UH-HUH. |
| 09:43AM | 14 | Q. -- EXHIBIT 11424 -- |
| 09:43AM | 15 | A. OKAY. |
| 09:43AM | 16 | Q. -- PAGE 10? |
| 09:44AM | 17 | A. OKAY. |
| 09:44AM | 18 | Q. AND IF YOU COULD LOOK AT THE LARGE PARAGRAPH IN THE MIDDLE |
| 09:44AM | 19 | AND JUST READ IT TO YOURSELF AND TELL ME WHEN YOU'RE DONE. |
| 09:44AM | 20 | (PAUSE IN PROCEEDINGS.) |
| 09:44AM | 21 | THE WITNESS: OKAY. I'VE READ IT. |
| 09:45AM | 22 | BY MR. WADE: |
| 09:45AM | 23 | Q. AND FOR THE RECORD, THIS IS -- I'M SHOWING YOU A |
| 09:45AM | 24 | MEMORANDUM OF INTERVIEW THAT RELATES TO YOUR AUGUST 30TH |
| 09:45AM | 25 | INTERVIEW A COUPLE WEEKS AGO; RIGHT? |

09:45AM  1    A.   YES.

09:45AM  2    Q.   OKAY.  AND HAVE YOU READ THAT?

09:45AM  3    A.   YES.

09:45AM  4    Q.   OKAY.  DOES READING THAT REFRESH YOUR RECOLLECTION THAT

09:45AM  5    THE GOVERNMENT SHOWED YOU THIS DOCUMENT IN THAT INTERVIEW?

09:45AM  6    A.   NOT THE DOCUMENT FROM KERRY.  THE OTHER TWO, YES.  I DON'T

09:45AM  7    SEE MENTION OF THE DOCUMENT FROM KERRY, THE EMAIL FROM KERRY.

09:45AM  8    Q.   LET'S BLOW UP THE BATES NUMBER IN THE BOTTOM CORNER,

09:45AM  9    PLEASE.

09:45AM 10        YOU THINK YOU WERE JUST SHOWN THE DOCUMENT FROM KERRY AND

09:45AM 11    NOT THIS DOCUMENT?

09:46AM 12    A.   NO.  I THINK I WAS JUST SHOWN THE DOCUMENT FROM MS. HOLMES

09:46AM 13    ABOUT DELINEATION OF THE PATH, AND THEN THE OTHER EMAIL FROM

09:46AM 14    MS. HOLMES THAT SAYS KERRY, PLEASE DELINEATE.

09:46AM 15        I DON'T RECALL THAT I SAW KERRY'S RESPONSE DURING THAT

09:46AM 16    GOVERNMENT SESSION.

09:46AM 17    Q.   THE GOVERNMENT NEVER SHOWED YOU THAT RESPONSE?

09:46AM 18    A.   I DON'T RECALL SEEING IT.

09:46AM 19    Q.   OKAY.  WELL, DOES THIS -- DO THESE DOCUMENTS REFRESH YOUR

09:46AM 20    RECOLLECTION THAT YOU BELIEVE THAT MS. HOLMES WAS OPEN TO

09:46AM 21    SHOWING THE AUDITORS THE DOWNSTAIRS LAB?

09:46AM 22    A.   YES, THAT IS WHAT I TOLD THE GOVERNMENT DURING THIS

09:46AM 23    INTERVIEW.

09:47AM 24    Q.   AND PART OF THE REASON, SIR, WHY THERE NEEDED TO BE SOME

09:47AM 25    DISCUSSION ABOUT THESE LABS WAS BECAUSE THE THERANOS LAB WAS

09:47AM 1     SPLIT INTO TWO DIFFERENT PHYSICAL LOCATIONS; RIGHT?

09:47AM 2     A.   CORRECT.

09:47AM 3     Q.   AND --

09:47AM 4     A.   SAME BUILDING.

09:47AM 5     Q.   IN THE SAME BUILDING, BUT ONE WAS IN THE BASEMENT;

09:47AM 6     CORRECT?

09:47AM 7     A.   RIGHT.

09:47AM 8     Q.   OKAY.  AND YOU BELIEVED, SIR, THAT THE R&D SECTION SHOULD

09:47AM 9     HAVE BEEN AVOIDED DURING THAT, DURING THAT INTERVIEW; RIGHT?

09:47AM 10    OR DURING THAT INSPECTION; CORRECT?

09:47AM 11    A.   THE INSPECTORS WOULD NOT HAVE ASKED TO SEE AN R&D AREA.

09:48AM 12    IT'S NOT USED FOR PROCESSING PATIENT SAMPLES.  THERE'S NO

09:48AM 13    REASON WHY THEY WOULD NEED TO SEE IT, YEAH.

09:48AM 14    Q.   BUT YOU BELIEVED IT SHOULD HAVE BEEN AVOIDED; RIGHT?

09:48AM 15    A.   IF THE INSPECTORS HAD SPECIFICALLY ASKED TO SEE IT, I

09:48AM 16    WOULD HAVE SHOWN IT TO THEM.

09:48AM 17    Q.   FAIR ENOUGH.  BECAUSE YOU WERE ALWAYS TRANSPARENT WITH THE

09:48AM 18    INSPECTORS; CORRECT?

09:48AM 19    A.   RIGHT.

09:48AM 20    Q.   BUT DO YOU RECALL TELLING THE GOVERNMENT IN THAT SAME

09:48AM 21    INTERVIEW THAT YOU THOUGHT IT WAS REASONABLE TO AVOID THE R&D

09:48AM 22    LAB UNLESS THEY REQUESTED IT?

09:48AM 23    A.   CORRECT.

09:48AM 24    Q.   AND DURING THAT INSPECTION, THOSE INSPECTORS WERE SHOWN

09:48AM 25    WHATEVER THEY WANTED TO SEE?

09:48AM   1    A.   CORRECT.

09:48AM   2    Q.   AND THEY DIDN'T ASK TO SEE THE LABORATORY THAT INCLUDED

09:48AM   3    THE LDT'S; RIGHT?

09:48AM   4    A.   NO, NOT EXPLICITLY, NO.

09:48AM   5    Q.   AND IF THEY HAD, YOU WOULD HAVE SHOWN IT TO THEM?

09:49AM   6    A.   YES, YES.

09:49AM   7    Q.   YOU ACTUALLY -- YOU TOLD THE INSPECTORS ABOUT THE

09:49AM   8    DOWNSTAIRS LAB; RIGHT?

09:49AM   9    A.   I DID NOT.

09:49AM  10    Q.   DO YOU RECALL GIVING TESTIMONY PREVIOUSLY THAT YOU TOLD

09:49AM  11    THE INSPECTORS OF THE DOWNSTAIRS LAB?

09:49AM  12    A.   I DON'T RECALL.

09:49AM  13    Q.   LET'S TAKE A LOOK AT EXHIBIT 11001, WHICH IS IN YOUR

09:49AM  14    YELLOW BINDER, VOLUME 1.

09:50AM  15    A.   OKAY.

09:50AM  16    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

09:50AM  17    A.   YES.

09:50AM  18    Q.   OKAY.  IF YOU COULD LOOK AT PAGE 47, LINES -- I'M SORRY,

09:50AM  19    PAGE 41, LINES 17 TO 21.

09:50AM  20         PAGE 41, LINES 17 TO 21.  READ IT TO YOURSELF, PLEASE.

09:50AM  21    A.   I READ IT.

09:50AM  22    Q.   AND DOES THAT REFRESH YOUR RECOLLECTION, SIR, THAT YOU

09:50AM  23    TOLD THE INSPECTORS ABOUT THE DOWNSTAIRS LAB?

09:50AM  24    A.   NO.  I MEAN, I STATE IN THIS INTERVIEW WE TOLD HER, AND

09:50AM  25    THEN I HESITATE, AND I SAY WE MUST HAVE TOLD HER.

| | | |
|---|---|---|
| 09:50AM | 1 | I WAS -- THIS WAS MORE IN THE VEIN OF SPECULATION. |
| 09:50AM | 2 | I DO RECALL SPECIFICALLY DURING THE AUDITS I SENT AN EMAIL |
| 09:50AM | 3 | TO DANIEL YOUNG SAYING, BASICALLY SHOULD WE TELL THE INSPECTORS |
| 09:50AM | 4 | ABOUT THE DOWNSTAIRS LAB? |
| 09:50AM | 5 | AND DANIEL YOUNG SAID NOT UNLESS SHE EXPLICITLY ASKS ABOUT |
| 09:51AM | 6 | IT. |
| 09:51AM | 7 | YOU KNOW, I'M SAYING WE MUST HAVE TOLD HER. THAT'S A, I |
| 09:51AM | 8 | GUESS YOU WOULD CALL IT AN INFERENCE OR A LOGICAL CONCLUSION, |
| 09:51AM | 9 | NOT REALLY A RECOLLECTION. YEAH. |
| 09:51AM | 10 | Q. YOU WERE INFERRING FROM THE CIRCUMSTANCES RELATING TO YOUR |
| 09:51AM | 11 | INTERACTIONS WITH THE INSPECTOR THAT YOU MUST HAVE SHOWN HER OR |
| 09:51AM | 12 | TOLD HER ABOUT THE DOWNSTAIRS LAB? |
| 09:51AM | 13 | A. I DO -- I DON'T REMEMBER WHAT THE BASIS OF MY INFERENCE |
| 09:51AM | 14 | WAS DURING THIS TESTIMONY WITH COLMAN. |
| 09:51AM | 15 | Q. BUT YOU CERTAINLY DIDN'T HIDE THE DOWNSTAIRS LAB FROM |
| 09:51AM | 16 | THEM; RIGHT? |
| 09:51AM | 17 | A. AGAIN, IF THEY HAD ASKED TO SEE ABOUT THE DOWNSTAIRS LAB, |
| 09:51AM | 18 | IF THEY HAD ASKED TO SEE WHERE THESE LDT'S WERE PERFORMED, I |
| 09:52AM | 19 | WOULD HAVE BEEN OBLIGED TO SHOW THE DOWNSTAIRS LAB TO THEM. |
| 09:52AM | 20 | Q. I JUST WANT TO MAKE SURE THE RECORD IS CLEAR. IS IT YOUR |
| 09:52AM | 21 | TESTIMONY THAT YOU ACTIVELY CONCEALED THAT LABORATORY FROM |
| 09:52AM | 22 | THEM? |
| 09:52AM | 23 | A. NO, NO. |
| 09:52AM | 24 | Q. OKAY. YOU DIDN'T HIDE IT FROM THEM; RIGHT? |
| 09:52AM | 25 | A. NO. |

09:52AM 1    Q.   AND DURING THIS SURVEY THERE WERE A FEW DEFICIENCIES AND

09:52AM 2    AREAS OF IMPROVEMENT THAT WERE NOTED BY THE INSPECTOR; RIGHT?

09:52AM 3    A.   YES.

09:52AM 4    Q.   AND THEY WERE RELATIVELY MINOR ISSUES?

09:52AM 5    A.   YES.

09:52AM 6    Q.   OKAY.  AND IS THAT IN PART BECAUSE YOU HAD DONE ALL OF

09:52AM 7    THAT PREPARATION WORK IN ADVANCE?

09:52AM 8    A.   IN PART, YES.

09:52AM 9    Q.   OKAY.  DO YOU RECALL THAT NEVERTHELESS MS. HOLMES AND

09:52AM 10   MR. BALWANI WERE UPSET THAT THERE WERE ANY DEFICIENCIES?

09:52AM 11   A.   YES.

09:52AM 12   Q.   AND THEY WANTED TO DO BETTER; RIGHT?

09:52AM 13   A.   THEY WANTED NO DEFICIENCIES ON THE REPORT.

09:53AM 14   Q.   AND I ASSUME YOU WOULD HAVE WANTED NO DEFICIENCIES ON THE

09:53AM 15   REPORT; RIGHT?

09:53AM 16   A.   WELL, THAT'S IDEAL, YES.

09:53AM 17   Q.   BUT IT'S NOT COMMON, IS IT?

09:53AM 18   A.   IT HAPPENS.

09:53AM 19   Q.   USUALLY THEY FIND SOME DEFICIENCIES THAT THEY DOCUMENT IN

09:53AM 20   THE REPORT; RIGHT?

09:53AM 21   A.   YES.

09:53AM 22   Q.   AND THESE WERE, IN YOUR MIND, RELATIVELY MINOR

09:53AM 23   DEFICIENCIES?

09:53AM 24   A.   YES.

09:53AM 25   Q.   AND YOU ADDRESSED THEM QUICKLY?

09:53AM   1    A.   YES.

09:53AM   2    Q.   AND YOU MOVED ON WITH A CLEAN BILL OF HEALTH; RIGHT?

09:53AM   3    A.   YES.

09:53AM   4    Q.   OKAY.

09:54AM   5         (PAUSE IN PROCEEDINGS.)

09:54AM   6    BY MR. WADE:

09:54AM   7    Q.   I'M GOING TO SWITCH TOPICS HERE, DR. ROSENDORFF.

09:54AM   8         IF WE CAN START BY PULLING UP EXHIBIT 12464, WHICH IS IN

09:54AM   9    EVIDENCE, AND WE DISCUSSED YESTERDAY JUST TO KIND OF REORIENT

09:54AM  10    YOU TO WHERE WE ARE.

09:54AM  11         THIS IS THE NOVEMBER 8TH, 2013 EMAIL FROM YOU TO

09:55AM  12    MR. BALWANI.

09:55AM  13         DO YOU SEE THAT?

09:55AM  14    A.   YES.

09:55AM  15    Q.   AND IF WE CAN GO TO THE BOTTOM OF THAT EMAIL, DOWN ON THE

09:55AM  16    BOTTOM, MR. BALWANI'S EMAIL.

09:55AM  17         AND DO YOU RECALL THIS WAS THE EMAIL IN WHICH MR. BALWANI

09:55AM  18    MADE INQUIRIES OF YOU IN ADVANCE OF THE PUBLIC LAUNCH OF

09:55AM  19    OPERATIONS AT WALGREENS?

09:55AM  20    A.   I RECALL READING THIS EMAIL YESTERDAY.

09:55AM  21    Q.   OKAY.  AND LET ME GO TO THE SECOND PAGE AGAIN JUST SO I

09:55AM  22    CAN REFRESH YOU ON THE TOPICS THAT WE WANT TO DISCUSS.

09:55AM  23         OKAY.  AND YOU RECALL HERE MR. BALWANI ASKING YOU IF

09:55AM  24    THERE'S ANYTHING YOU NEEDED OR ANYTHING THAT NEEDED TO BE

09:55AM  25    ADDRESSED IN ADVANCE OF THAT LAUNCH AT WALGREENS.

09:55AM   1              DO YOU RECALL THAT?

09:55AM   2     A.   YES.

09:55AM   3     Q.   OKAY.  DO YOU RECALL THAT YOU DID SOME WORK IN CONNECTION

09:56AM   4     WITH THAT TO MAKE SURE THAT THE LAB WAS IN SHAPE IN ADVANCE OF

09:56AM   5     THAT PUBLIC LAUNCH; RIGHT?

09:56AM   6     A.   YES.

09:56AM   7     Q.   OKAY.  AND YOU HAD RAISED SOME ISSUES UP THE CHAIN OF THIS

09:56AM   8     EMAIL THAT YOU WANTED TO ADDRESS.

09:56AM   9              DO YOU RECALL THAT?

09:56AM  10              I DON'T HAVE ANY SPECIFIC QUESTIONS.  DO YOU RECALL

09:56AM  11     GENERALLY THAT YOU RAISED SOME ISSUES THAT YOU WANTED TO

09:56AM  12     ADDRESS BEFORE THE OPENING?

09:56AM  13     A.   THIS IS A NOVEMBER EMAIL THAT WE'RE LOOKING AT?

09:56AM  14     Q.   YEAH.  WE CAN --

09:56AM  15     A.   LET'S STEP BACK.

09:56AM  16     Q.   LET'S PULL THE EMAIL UP, THE DATE UP.  LET'S PULL THE TOP.

09:56AM  17              DO YOU SEE THIS WAS NOVEMBER 8TH, 2013?

09:56AM  18     A.   OKAY.  AND WHAT IS MY RESPONSE TO THIS EMAIL?

09:56AM  19     Q.   YOUR RESPONSE IS RIGHT THERE ABOUT HOW YOU'RE EXCITED.

09:56AM  20     A.   OH, I SEE.  I SEE.  YEAH.

09:57AM  21     Q.   AND YOU RAISE SOME ISSUES THAT YOU WANTED TO ADDRESS IN

09:57AM  22     RESPONSE TO HIS INQUIRY; RIGHT?

09:57AM  23     A.   YES.

09:57AM  24     Q.   AND THIS IS ON FRIDAY, NOVEMBER 8TH.

09:57AM  25              DO YOU SEE THAT?

| 09:57AM | 1 | A.   YES. |

09:57AM  1    A.   YES.

09:57AM  2    Q.   AND I'D LIKE TO GO TO EXHIBIT 1240.

09:57AM  3         MR. WADE:  THE COURT'S INDULGENCE.

09:57AM  4       (PAUSE IN PROCEEDINGS.)

09:58AM  5         MR. WADE:  MAY I APPROACH, YOUR HONOR?

09:58AM  6         THE COURT:  YES.

09:58AM  7    BY MR. WADE:

09:58AM  8    Q.   DO YOU HAVE 1240 IN FRONT OF YOU?

09:58AM  9    A.   YES.

09:58AM  10   Q.   AND IF YOU CALL YOUR ATTENTION TO THE BOTTOM OF THE EMAIL

09:58AM  11   CHAIN, DO YOU SEE THAT THIS IS AN EMAIL BETWEEN YOU AND

09:58AM  12   MR. BALWANI?

09:58AM  13   A.   YES.

09:58AM  14   Q.   REGARDING LAB COMPLIANCE?

09:58AM  15   A.   YES.

09:58AM  16        MR. WADE:  I MOVE THE ADMISSION OF 1240.

09:59AM  17        MR. BOSTIC:  NO OBJECTION.  IT'S ADMITTED, AND IT

09:59AM  18   MAY BE PUBLISHED.

09:59AM  19      (GOVERNMENT'S EXHIBIT 1240 WAS RECEIVED IN EVIDENCE.)

09:59AM  20   BY MR. WADE:

09:59AM  21   Q.   IF WE CAN START ON THE BOTTOM EMAIL AND WORK OUR WAY UP

09:59AM  22   HERE?

09:59AM  23   A.   YES.

09:59AM  24   Q.   OKAY.  DO YOU SEE -- NOW, THIS IS AN EMAIL THAT IS ON

09:59AM  25   SUNDAY, NOVEMBER 10TH, 2013.

09:59AM 1        DO YOU SEE THAT?

09:59AM 2    A.   YES.

09:59AM 3    Q.   AND THIS IS JUST SHORTLY AFTER MR. BALWANI SENT YOU THAT

09:59AM 4    EMAIL SAYING, IS THERE ANYTHING THAT WE NEED?

09:59AM 5        DO YOU RECALL THAT?

09:59AM 6    A.   YES.

09:59AM 7    Q.   AND IT LOOKS LIKE YOU WENT TO WORK TO MAKE SURE THAT

09:59AM 8    EVERYTHING WAS IN SHAPE; RIGHT?

09:59AM 9    A.   YES.

09:59AM 10   Q.   AND IT LOOKS LIKE YOU WERE WORKING OVER THE WEEKEND;

09:59AM 11   RIGHT?

09:59AM 12   A.   YES.

09:59AM 13   Q.   BECAUSE THIS EMAIL WAS SENT ON A SUNDAY?

09:59AM 14   A.   I WAS VERY -- I WAS THINKING VERY HARD ABOUT COMPLIANCE

09:59AM 15   AND QUALITY ISSUES OVER THE WEEKEND, YEAH.

09:59AM 16   Q.   RIGHT.  BECAUSE IF YOU WERE GOING TO OPEN UP TO THE

09:59AM 17   GENERAL PUBLIC, YOU WANTED TO MAKE DOUBLY SURE THAT EVERYTHING

09:59AM 18   WAS IN SHAPE ON COMPLIANCE; RIGHT?

09:59AM 19   A.   CORRECT.  CORRECT.

09:59AM 20   Q.   AND IN GOING THROUGH THOSE ISSUES, YOU IDENTIFIED, YOU

10:00AM 21   IDENTIFIED SOME ITEMS THAT YOU WANTED TO FLAG FOR MR. BALWANI;

10:00AM 22   CORRECT?

10:00AM 23   A.   YES.

10:00AM 24   Q.   AND SPECIFICALLY YOU MENTIONED COMPLIANCE WITH FEDERAL LAW

10:00AM 25   CFR 493.1253.

10:00AM   1          DO YOU SEE THAT?

10:00AM   2     A.   YES.

10:00AM   3     Q.   THAT'S IN THE SUBJECT MATTER OF THE EMAIL THERE.

10:00AM   4          DO YOU SEE THAT?

10:00AM   5     A.   YES.

10:00AM   6     Q.   AND THAT'S ONE OF THOSE REGULATIONS THAT IS WITHIN

10:00AM   7     EXHIBIT 7603 THAT WE WERE TALKING ABOUT YESTERDAY; RIGHT?

10:00AM   8     A.   YES.

10:00AM   9     Q.   AND SO YOU WERE GOING THROUGH AND MAKING SURE THAT

10:00AM  10     EVERYTHING WAS TICKED AND TIED; RIGHT?

10:00AM  11     A.   YES.

10:00AM  12     Q.   AND SO WHEN YOU DID THAT, YOU IDENTIFIED AN ISSUE IN

10:00AM  13     CONNECTION WITH THE ESTABLISHMENT AND VERIFICATION OF

10:00AM  14     PERFORMANCE SPECIFICATIONS; RIGHT?

10:00AM  15     A.   YES.

10:00AM  16     Q.   AS YOU WERE WORKING YOUR WAY THROUGH -- AND IF WE CAN BLOW

10:01AM  17     UP THE LOWER PART OF THE EMAIL BEFORE -- BELOW THAT FROM

10:01AM  18     493.1253 DOWN TO THE BOTTOM.

10:01AM  19          AND AS YOU WERE DOING YOUR WORK, YOU WERE GOING THROUGH

10:01AM  20     THESE ITEMS RELATING TO ACCURACY AND PRECISION AND THE

10:01AM  21     REPORTABLE RANGE AND THE LIKE; RIGHT?

10:01AM  22     A.   CORRECT.

10:01AM  23     Q.   TO MAKE SURE YOU WERE IN COMPLIANCE?

10:01AM  24     A.   CORRECT.

10:01AM  25     Q.   AND THERE WAS AN ITEM DOWN THERE AT THE BOTTOM, DO YOU SEE

10:01AM   1    THAT, RELATING TO THE REPORTABLE RANGE OF TEST RESULTS FOR THE

10:01AM   2    TEST SYSTEM?

10:01AM   3    A.   YES.

10:01AM   4    Q.   AND YOU HIGHLIGHTED, YOU HIGHLIGHTED FOR MR. BALWANI THAT

10:01AM   5    YOU HAD A CONCERN ABOUT THAT; RIGHT?

10:01AM   6    A.   YES.

10:01AM   7    Q.   AND LET'S GO TO THE NEXT PAGE OF THAT EMAIL AND JUST BLOW

10:01AM   8    UP THE WHOLE EMAIL.

10:01AM   9         OKAY.  AND YOU SAY, "MY CONCLUSIONS AND INTERPRETATIONS OF

10:02AM  10    THE ABOVE," AND YOU IDENTIFY TWO ITEMS RELATING TO THE

10:02AM  11    REGULATIONS THAT YOU THOUGHT NEEDED TO BE APPLIED?

10:02AM  12    A.   CORRECT.

10:02AM  13    Q.   CORRECTED; CORRECT?

10:02AM  14    A.   CORRECT.

10:02AM  15    Q.   OKAY.  AND YOU SENT THAT TO YOUR BOSS?

10:02AM  16    A.   CORRECT.

10:02AM  17    Q.   MR. BALWANI.

10:02AM  18         AND, AGAIN, THIS IS TWO DAYS AFTER HE MADE THAT INQUIRY OF

10:02AM  19    YOU; RIGHT?

10:02AM  20    A.   YES.

10:02AM  21    Q.   OKAY.  AND IF WE CAN GO UP THE CHAIN TO THE NEXT EMAIL.

10:02AM  22    YOU ADDED ONE ADDITIONAL COMMENT THERE.  YOU SAID, "SUNNY.

10:02AM  23         "SORRY I ALSO FORGOT TO MENTION, THAT SPECIFICITY STUDIES

10:02AM  24    ARE MISSING FOR A NUMBER OF GC ANALYTES."

10:02AM  25         DO YOU SEE THAT?

10:02AM 1    A.   YES.

10:02AM 2    Q.   AND LET'S GO UP THE CHAIN AND, ON THE BOTTOM PAGE THERE,

10:03AM 3    LET'S LOOK AT THE NEXT COUPLE OF EMAILS.  WE'LL WORK UP FROM

10:03AM 4    THE BOTTOM.

10:03AM 5         DO YOU SEE MR. BALWANI ASKS, "WHAT GC ASSAYS?"

10:03AM 6         DO YOU SEE THAT?

10:03AM 7    A.   CORRECT.

10:03AM 8    Q.   AND THEN YOU IDENTIFY THAT YOU'RE GOING THROUGH THEM NOW?

10:03AM 9    A.   YES.

10:03AM 10   Q.   AND, AGAIN, THIS IS SUNDAY AFTERNOON?

10:03AM 11   A.   YES.

10:03AM 12   Q.   AND YOU ARE WORKING HARD.

10:03AM 13   A.   I'M TRYING TO GET THE LAB TO COME INTO COMPLIANCE.

10:03AM 14   Q.   RIGHT.  AND YOU'RE RAISING THE ISSUES AND MAKING SURE THAT

10:03AM 15   PEOPLE KNOW THAT THEY NEED TO BE ADDRESSED; RIGHT?

10:03AM 16   A.   YES.

10:03AM 17   Q.   THAT'S YOUR JOB?

10:03AM 18   A.   YES.

10:03AM 19   Q.   OKAY.  AND YOU RAISE THE SPECIFIC ITEMS THAT ARE MENTIONED

10:03AM 20   THERE; RIGHT?

10:03AM 21   A.   CORRECT.

10:03AM 22   Q.   OKAY.  AND LET'S LOOK AT MR. BALWANI'S RESPONSE.

10:03AM 23        OKAY.  SO HE RESPONDS, "MY COMMENTS BELOW."

10:03AM 24        HE CONSULTED WITH THE OTHER TEAM LEADS IN THE OFFICE TODAY

10:04AM 25   ON THIS, SO THIS IS AUTHORITATIVE.

10:04AM 1     AND HE IDENTIFIES -- HE PROVIDES YOU INFORMATION THAT HE

10:04AM 2  THINKS IS A RESPONSE TO THE INQUIRY THAT YOU MADE OF HIM;

10:04AM 3  RIGHT?

10:04AM 4  A.   YES.

10:04AM 5  Q.   AND IF YOU LOOK AT THE TWO PARAGRAPHS AT THE BOTTOM --

10:04AM 6  ACTUALLY, IF WE CAN ZOOM OUT AND THEN JUST BLOW THOSE TWO

10:04AM 7  PARAGRAPHS UP.

10:04AM 8     HE TALKS ABOUT THE GC PROCEDURES AND HOW EVERYONE IS

10:04AM 9  FOLLOWING THIS PROCESS RELIGIOUSLY.  IF IT'S NOT IN THE SOP'S,

10:04AM 10  THEN I WILL MAKE SURE THIS GETS THERE TOMORROW.

10:04AM 11     DO YOU SEE THAT?

10:04AM 12  A.   YES.

10:04AM 13  Q.   AND REGARDING THE EDISON, THE QC PROCEDURES WERE WORKED

10:04AM 14  OUT AND COMMUNICATED TO THE CLIA TEAM.

10:04AM 15     HE SAYS, I'M STILL WORKING WITH THE ELISA TEAM TO

10:04AM 16  ESTABLISH THE ACCEPTABLE QC FOR THE EDISONS.

10:04AM 17     DO YOU SEE THAT?

10:04AM 18  A.   YES.

10:04AM 19  Q.   AND THEN HE TALKS ABOUT THE NEXT STEP WAS TO DOCUMENT

10:05AM 20  THESE PROCEDURES IN SOP'S IN CLIA APPROVED AND RELEASED

10:05AM 21  PROTOCOLS, TRAIN THE STAFF, AND HAVE THEM IMPLEMENT THESE

10:05AM 22  PROCEDURES; RIGHT?

10:05AM 23  A.   YES.

10:05AM 24  Q.   AND HE NOTES THAT HE TALKED TO KERRY ABOUT THAT A COUPLE

10:05AM 25  WEEKS AGO; RIGHT?

10:05AM  1    A.    YES.

10:05AM  2    Q.    OKAY.  SO HE'S SUGGESTING LET'S GET TO IT; RIGHT?

10:05AM  3    A.    YES, YES.

10:05AM  4    Q.    LET'S WORK UP THE CHAIN.

10:05AM  5          AND THEN WE HAVE TO GO A COUPLE PAGES UP BECAUSE THERE'S A

10:05AM  6    LONG LIST.

10:05AM  7          OKAY.  LET'S START THERE.

10:05AM  8          AND YOU SAY, "HI SUNNY.  THANKS FOR YOUR COMMENTS."

10:05AM  9          DO YOU SEE THAT?

10:05AM  10   A.    YES.

10:05AM  11   Q.    AND THEN YOU SAY, "IN TERMS OF SPECIFICITY, THE FOLLOWING

10:05AM  12   HAVE NOT BEEN DONE."

10:05AM  13         THIS WAS IN RESPONSE TO HIS INQUIRY ON THE GENERAL

10:05AM  14   CHEMISTRY ASSAYS THAT NEEDED MORE SPECIFICITY INFORMATION;

10:05AM  15   RIGHT?

10:05AM  16   A.    YES.

10:05AM  17   Q.    AND YOU RAISED THE SPECIFICITY ISSUE; RIGHT?

10:05AM  18   A.    YES.

10:05AM  19   Q.    AND THEN HE ASKED YOU WHICH ASSAYS?

10:06AM  20   A.    YES.

10:06AM  21   Q.    AND THIS IS THE RESPONSE; RIGHT?

10:06AM  22         AND YOU IDENTIFY A LIST OF THEM THAT NEED A RESPONSE;

10:06AM  23   RIGHT?

10:06AM  24   A.    I CAN ELABORATE ON THAT IF NEED BE.

10:06AM  25   Q.    AT AN APPROPRIATE POINT MAYBE.  BUT I JUST WANT TO MAKE

10:06AM 1    SURE THAT I GET MY QUESTIONS OUT THERE.

10:06AM 2    A.   SURE.  I'M JUST READING EMAILS THAT YOU'RE SHOWING ME AND

10:06AM 3    I'M SAYING YES, I'M READING THIS EMAIL AND THAT'S WHAT IS GOING

10:06AM 4    ON HERE.

10:06AM 5    Q.   AND I'M JUST TRYING TO MAKE SURE THAT I UNDERSTAND THAT

10:06AM 6    I'M READING THIS EMAIL RIGHT.  YOU WROTE THE EMAIL.  YOU SENT

10:06AM 7    THESE COMMENTS TO MR. BALWANI; RIGHT?

10:06AM 8    A.   I SEE.

10:06AM 9    Q.   AND THEN YOU IDENTIFIED A LIST OF THE ISSUES; CORRECT?

10:06AM 10   A.   YES.

10:06AM 11   Q.   AND IF WE GO ON -- IF WE ZOOM OUT AND GO TO THE NEXT PAGE,

10:06AM 12   THE NEXT PAGE GOING BACKWARD.

10:06AM 13        YOU PROVIDE THE WHOLE LIST; RIGHT?

10:06AM 14   A.   YES.

10:06AM 15   Q.   OKAY.  AND YOU SEND THAT TO HIM ON SUNDAY AFTERNOON?

10:07AM 16   A.   YES.

10:07AM 17   Q.   OKAY.  AND IF WE GO UP THE CHAIN TO THE NEXT EMAIL,

10:07AM 18   MR. BALWANI SAYS, "ADAM.  AS YOU KNOW, WE TAKE THESE ISSUES

10:07AM 19   WITH SERIOUSNESS.  WHY DIDN'T YOU RAISE THESE BEFORE TO ME WHEN

10:07AM 20   I WAS ASKING FOR ANY ISSUES FOR MONTHS?  IT WAS ONLY A MONTH

10:07AM 21   PLUS AGO WHEN YOU SIGNED OFF ON THESE ASSAYS.  SAME THING

10:07AM 22   AROUND ULOQ.  THIS IS WHY WE MEET EVERY WEEK AND I HAVE

10:07AM 23   PROACTIVELY SEEKING OUT ANY CONCERNS FOR EVERY MEMBER

10:07AM 24   THROUGHOUT THE COMPANY."

10:07AM 25        DO YOU SEE WHAT HE WROTE THERE?

10:07AM 1    A.  YES, I SEE WHAT HE WROTE.

10:07AM 2    Q.  AND THEN HE SAYS HE WILL CIRCLE BACK WITH OTHER TEAM

10:07AM 3    MEMBERS AND GET THEIR RESPONSES.

10:07AM 4        DO YOU SEE THAT?

10:07AM 5    A.  YES.

10:07AM 6    Q.  AND SO HE WAS FRUSTRATED IN THAT EMAIL; RIGHT?

10:07AM 7    A.  YOU'RE DRAWING THAT INFERENCE.

10:07AM 8    Q.  WOULD YOU DRAW THAT INFERENCE FROM THAT EMAIL, OR DO YOU

10:07AM 9    THINK HE WAS NOT FRUSTRATED?

10:08AM 10   A.  HE'S ASKING ME WHY I DIDN'T RAISE THESE ISSUES BEFORE.

10:08AM 11   Q.  OKAY.  AND YOU RESPONDED, DIDN'T YOU?  LET'S LOOK AT YOUR

10:08AM 12   RESPONSE.

10:08AM 13       YOU APOLOGIZE FOR THE LATE FEEDBACK REGARDING READINESS;

10:08AM 14   RIGHT?

10:08AM 15   A.  YES.

10:08AM 16   Q.  YOU HAD BEEN WORKING HARD; RIGHT?

10:08AM 17   A.  YES, YES.

10:08AM 18   Q.  BUT IT WASN'T GOING TO STOP YOU FROM RAISING AN ISSUE EVEN

10:08AM 19   IF YOU SAW IT AT THE LAST MINUTE; RIGHT?

10:08AM 20   A.  YES.

10:08AM 21   Q.  AND THAT'S WHAT YOU'RE DOING IN THIS EMAIL?

10:08AM 22   A.  CORRECT.

10:08AM 23   Q.  AND YOU NOTE THAT IT TAKES YOU A LITTLE TIME TO SEE THE

10:08AM 24   WHOLE PICTURE; RIGHT?

10:08AM 25   A.  CORRECT.

10:08AM  1      Q.   THESE LABS ARE COMPLICATED?

10:08AM  2      A.   VERY COMPLICATED.

10:08AM  3      Q.   SOMETIMES THEY'RE HARD TO UNDERSTAND THE INFORMATION AND

10:08AM  4      THE -- ALL OF THE DOCUMENTS UNTIL YOU'VE HAD A LITTLE TIME TO

10:08AM  5      DIGEST THEM; RIGHT?

10:08AM  6      A.   WELL, YOU HAVE TO SQUARE UP THE REGULATIONS WITH THE

10:08AM  7      STUDIES THAT HAVE BEEN DONE AND MAKE SURE THEY MATCH UP WITH

10:08AM  8      EACH OTHER, YEAH.

10:08AM  9      Q.   RIGHT.

10:09AM 10      A.   THAT TAKES TIME.

10:09AM 11      Q.   THAT TAKES TIME.  YOU WOULD TAKE THIS STUDY AND COMPARE IT

10:09AM 12      TO THOSE REGULATIONS IN EXHIBIT 7603, AND YOU MAKE SURE THAT

10:09AM 13      EVERYTHING IS COMPLIANT; RIGHT?

10:09AM 14      A.   YES.

10:09AM 15      Q.   AND YOU HAD TO DO THAT; RIGHT?

10:09AM 16      A.   YES.

10:09AM 17      Q.   BECAUSE THAT WAS YOUR RESPONSIBILITY; RIGHT?

10:09AM 18      A.   YES.

10:09AM 19      Q.   YOU WERE SIGNING YOUR NAME ON THAT DOCUMENT?

10:09AM 20      A.   YES.

10:09AM 21      Q.   OKAY.  AND SO EVEN THOUGH IT TOOK A LITTLE BIT OF TIME,

10:09AM 22      YOU WANTED TO DO IT; RIGHT?

10:09AM 23      A.   YES.

10:09AM 24      Q.   OKAY.  AND THAT'S WHAT YOU'RE DOING HERE; CORRECT?

10:09AM 25      A.   YES.

10:09AM   1    Q.   AND THEN YOU EXPLAIN THAT THE SPECIFICITY STUDIES WERE

10:09AM   2    ADDED TO SOME OF THE VALIDATION REPORTS AFTER YOUR SIGNATURE

10:09AM   3    AND SO YOU JUST WANTED TO GO THROUGH THEM AGAIN; RIGHT?

10:09AM   4    A.   THEY SHOULD HAVE BEEN RECORDED AS REVISIONS TO THE

10:09AM   5    VALIDATION WITH THE DATE THAT THE REVISION WAS MADE.

10:09AM   6         THEY SHOULD HAVE BEEN DONE IDEALLY BEFORE, YOU KNOW,

10:09AM   7    BEFORE PROCESSING PATIENT SPECIMENS.  I DON'T KNOW WHEN --

10:10AM   8    YEAH.

10:10AM   9         SO WHEN WAS THE WIDER LAUNCH?  NOVEMBER 11TH YOU SAID?

10:10AM  10    Q.   WELL, IT WAS AFTER THIS DATE BECAUSE HE SENT YOU THE EMAIL

10:10AM  11    ON FRIDAY; RIGHT?

10:10AM  12    A.   YEAH.

10:10AM  13    Q.   AND THIS WAS ON SUNDAY; CORRECT?

10:10AM  14    A.   I JUST WANT TO ADD THAT THE THERANOS TECHNOLOGY DID NOT

10:10AM  15    ALLOW FOR THE DETECTION OF INTERFERING SUBSTANCES.  SO EVEN IF

10:10AM  16    WE HAD DONE THE STUDY AS REQUIRED BY LAW, THE TECHNOLOGY ITSELF

10:10AM  17    WOULD NOT HAVE ALLOWED FOR THE DETECTION OF THOSE INTERFERING

10:10AM  18    SUBSTANCES.

10:10AM  19    Q.   OKAY.  WHAT I'M WANTING TO FOCUS ON IS SPECIFICALLY THIS

10:10AM  20    EMAIL, WHICH IS YOU'RE LOOKING AT THOSE VALIDATION STUDIES;

10:10AM  21    RIGHT?

10:10AM  22    A.   YES.

10:10AM  23    Q.   AND YOU'RE LOOKING AT THOSE REGULATIONS; RIGHT?

10:10AM  24    A.   YES.

10:10AM  25    Q.   AND YOU'RE WANTING TO MAKE SURE THAT THEY ARE, THEY ARE

10:10AM  1   COMPLIANT; CORRECT?

10:10AM  2   A.   YES.

10:10AM  3   Q.   AND IF THERE'S A CONCERN, YOU WANT TO TRY TO ADDRESS IT,

10:10AM  4   AND THAT'S WHAT YOU'RE DOING RIGHT HERE; RIGHT?

10:10AM  5   A.   YES, YES.

10:10AM  6   Q.   OKAY.  AND YOU MENTIONED THAT YOU THOUGHT IT WAS DIFFICULT

10:10AM  7   TO GET SOME ANSWERS FROM DANIEL'S TEAM ON A TIMELY BASIS?

10:11AM  8   A.   YES.

10:11AM  9   Q.   AND THAT WAS ONE OF THE REASONS FOR THE DELAY; RIGHT?

10:11AM  10  A.   YES.

10:11AM  11  Q.   BUT YOU WENT IN ON SUNDAY, AND YOU WORKED TO GET IT DONE?

10:11AM  12  A.   YES.

10:11AM  13  Q.   OKAY.  LET'S WORK UP THE CHAIN.  LET'S GO TO MR. BALWANI'S

10:11AM  14  RESPONSE AT THE BOTTOM.

10:11AM  15       DO YOU SEE THAT?

10:11AM  16  A.   YES.

10:11AM  17  Q.   OKAY.  AND IT SAYS, "IF THE SPECIFICITY STUDIES ARE NOT

10:11AM  18  REQUIRED (AND HENCE WERE TO BE DONE AS REVISIONS) THEN THAT'S

10:11AM  19  WHEN WE SHOULD DO AND NOT HAVE THEM HOLD BACK WHAT WE ARE

10:11AM  20  DOING."

10:11AM  21       DO YOU SEE THAT?

10:11AM  22  A.   YES, I SEE THAT.

10:11AM  23  Q.   I THINK THERE'S A LITTLE GRAMMATICAL ISSUE THERE, BUT HE'S

10:11AM  24  ESSENTIALLY SAYING IF THEY'RE NOT REQUIRED, LET'S JUST GO AHEAD

10:11AM  25  AND KIND OF CLEAN IT UP LATER?

| | | |
|---|---|---|
| 10:11AM | 1 | A.   BUT THEY ARE REQUIRED. |
| 10:11AM | 2 | Q.   WELL, LET'S LOOK AT YOUR RESPONSE. |
| 10:11AM | 3 | YOU ACTUALLY SAY JUST THAT, DON'T YOU? |
| 10:11AM | 4 | A.   YES. |
| 10:11AM | 5 | Q.   AND YOU SAY THEY ARE REQUIRED.  THEY'RE VERY IMPORTANT IN |
| 10:12AM | 6 | FACT YOU NOTE; RIGHT? |
| 10:12AM | 7 | A.   YES. |
| 10:12AM | 8 | Q.   BECAUSE YOU HAD READ THOSE REGULATIONS? |
| 10:12AM | 9 | A.   YES. |
| 10:12AM | 10 | Q.   OKAY.  AND YOU ACTUALLY NOTE THAT THERE IN THE SECOND LINE |
| 10:12AM | 11 | THERE, "IT IS ESSENTIAL TO PROVE THAT IT DOESN'T INTERFERE WITH |
| 10:12AM | 12 | THE MODIFIED ASSAY."  RIGHT? |
| 10:12AM | 13 | A.   YES. |
| 10:12AM | 14 | Q.   AND YOU DEEMED IT AS ESSENTIAL? |
| 10:12AM | 15 | A.   YES. |
| 10:12AM | 16 | Q.   AND THAT'S WHY YOU'RE RAISING IT? |
| 10:12AM | 17 | A.   YES. |
| 10:12AM | 18 | Q.   AND THAT'S WHY YOU'RE NOT LETTING HIM GO FORWARD -- |
| 10:12AM | 19 | A.   CORRECT. |
| 10:12AM | 20 | Q.   -- BECAUSE IT'S YOUR JOB; RIGHT? |
| 10:12AM | 21 | A.   I HAD MANY, MANY BATTLES WITH SUNNY ABOUT WHAT WAS NEEDED |
| 10:12AM | 22 | VERSUS WHAT HE WAS PREPARED TO ALLOW IN TERMS OF THE R&D GROUP |
| 10:12AM | 23 | ACTUALLY DOING THE WORK. |
| 10:12AM | 24 | Q.   RIGHT.  BUT FUNDAMENTALLY, IT'S NOT MR. BALWANI WHO IS |
| 10:12AM | 25 | PUTTING HIS NAME, HIS SIGNATURE ON THOSE DOCUMENTS; RIGHT? |

10:12AM  1    A.  NO.  THAT'S WHY I -- THAT'S WHY I -- THAT'S WHY I HAD

10:12AM  2    BATTLES WITH HIM.

10:12AM  3    Q.  AND THAT'S WHY YOU RAISED THE ISSUE HERE; RIGHT?

10:12AM  4    A.  YES, YES.

10:12AM  5    Q.  OKAY.  LET'S GO UP THE CHAIN.  LET'S LOOK AT MR. BALWANI'S

10:13AM  6    RESPONSE.

10:13AM  7         OKAY.  HE SAYS HE SPOKE WITH THE TEAMS TODAY, AND THEY ARE

10:13AM  8    ALL GOING TO PUT LONG HOURS IN AND DO WHATEVER IT TAKES TO GET

10:13AM  9    THIS DONE TOMORROW.

10:13AM 10         DO YOU SEE THAT?

10:13AM 11    A.  YES.

10:13AM 12    Q.  AND HE SAYS, "WE ALREADY HAVE ALL OF THE DATA, THEY WILL

10:13AM 13    COMPLETE THE REPORTS."

10:13AM 14         DO YOU SEE THAT?

10:13AM 15    A.  YES.

10:13AM 16    Q.  AND HE SAYS, "PLEASE SPEND TIME ON THIS AND HIGHLIGHT IF

10:13AM 17    THERE IS ANYTHING MISSING."

10:13AM 18         DO YOU SEE THAT?

10:13AM 19    A.  YES.

10:13AM 20    Q.  "WE DON'T WANT TO GO THRU THIS AGAIN."

10:13AM 21         DO YOU SEE THAT?

10:13AM 22    A.  YES.

10:13AM 23    Q.  AND HE IS SAYING KEEP DOING YOUR WORK AND RAISE IT AS

10:13AM 24    QUICKLY AS YOU CAN; RIGHT?  HE WAS COMPLAINING A LITTLE ABOUT

10:13AM 25    THE TIMING MAYBE?

10:13AM  1     A.   YES.

10:13AM  2     Q.   AND LET'S LOOK AT YOUR RESPONSE.

10:13AM  3          YOU SAY, "WILL DO."

10:13AM  4          RIGHT?

10:13AM  5     A.   YES.

10:13AM  6     Q.   OKAY.  AND IF WE JUST GO TO THE TOP EMAIL, THIS IS YOUR

10:13AM  7     EFFORTS TO RAISE THIS ISSUE AND ENSURE COMPLIANCE AND THE

10:13AM  8     FOLLOWUP THAT WAS NEEDED WAS COMMUNICATED TO MS. HOLMES;

10:14AM  9     CORRECT?

10:14AM  10    A.   YES.

10:14AM  11    Q.   THE -- WE TALKED YESTERDAY ABOUT HOW THERANOS HAD A

10:14AM  12    DETAILED QC PLAN; RIGHT?

10:14AM  13         DO YOU RECALL THAT?

10:14AM  14    A.   WE REVIEWED THE QUALITY MANAGEMENT SYSTEMS MANUAL.

10:14AM  15    Q.   CORRECT.

10:14AM  16         AND DO YOU RECALL THAT THERE WERE ALSO SOME PROCEDURES

10:14AM  17    THAT RELATED SPECIFICALLY -- WELL, LET ME STRIKE THAT.

10:14AM  18         AND THAT GENERALLY SET FORTH THE WHOLE -- THE QUALITY

10:14AM  19    SYSTEMS PROGRAM FOR THE WHOLE COMPANY; RIGHT?

10:14AM  20    A.   FOR THE LABORATORY SPECIFICALLY.

10:14AM  21    Q.   FAIR POINT.  IT DIDN'T COVER THE ACCOUNTING FUNCTION OF

10:14AM  22    THE COMPANY?

10:14AM  23    A.   RIGHT.

10:14AM  24    Q.   OR THE PARKING REGULATIONS.  IT FOCUSSED ON THE LAB;

10:15AM  25    RIGHT?

10:15AM  1    A.   CORRECT.

10:15AM  2    Q.   AND THAT WAS AN OVERARCHING QUALITY ASSURANCE SYSTEM THAT

10:15AM  3    WAS DESIGNED TO MAKE SURE THAT THE LAB WAS COMPLIANT WITH

10:15AM  4    FEDERAL CLIA REGULATIONS.

10:15AM  5         DO YOU RECALL THAT?

10:15AM  6    A.   CORRECT.

10:15AM  7    Q.   AND WE LOOKED AT THAT POLICY YESTERDAY THAT YOU SIGNED;

10:15AM  8    RIGHT?

10:15AM  9    A.   YES, WE DID.

10:15AM  10   Q.   AND I BELIEVE IT WAS DEVELOPED BY --

10:15AM  11   A.   TINA NOYES ORIGINALLY, AND THEN I THINK SIGNED BY DR. GELB

10:15AM  12   AND THEN REVISED SOME YEARS LATER.

10:15AM  13   Q.   SOME YEARS LATER BY DR. MASINDE.

10:15AM  14        DO YOU RECALL THAT?

10:15AM  15   A.   YES.

10:15AM  16   Q.   AND SIGNED BY MR. LANGLY GEE?

10:15AM  17   A.   YES.

10:15AM  18   Q.   AND BY HODA ALAMDAR?

10:15AM  19   A.   YES.

10:15AM  20   Q.   AND LINA CASTRO?

10:15AM  21   A.   YES.

10:15AM  22   Q.   AND YOU?

10:15AM  23   A.   YES.

10:15AM  24   Q.   ALL RIGHT.  LET ME SHOW YOU EXHIBIT 1430, WHICH SHOULD BE

10:16AM  25   CHRONOLOGICALLY IN YOUR BINDER.

| | | |
|---|---|---|
| 10:16AM | 1 | FOR THE COURT, IT WAS IN THE RED WELD THAT WAS HANDED UP. |
| 10:16AM | 2 | A.   THE YELLOW BINDER? |
| 10:16AM | 3 | Q.   NO, NO.   THE BLACK -- I THINK IT'S BLACK, VOLUME 1.   THE |
| 10:16AM | 4 | EXHIBITS, VOLUME 1. |
| 10:16AM | 5 | A.   IT'S PATENTS. |
| 10:16AM | 6 | I DO NOT HAVE 1401. |
| 10:16AM | 7 | Q.   1430.   THERE'S A LOT OF NUMBERS FLYING AROUND HERE.   DO |
| 10:17AM | 8 | YOU HAVE A 1430? |
| 10:17AM | 9 | A.   YES. |
| 10:17AM | 10 | Q.   AND DO YOU RECOGNIZE THAT AS AN EMAIL FROM YOU TO THE CLIA |
| 10:17AM | 11 | LAB GROUP? |
| 10:17AM | 12 | A.   YES. |
| 10:17AM | 13 | Q.   JANUARY 16TH, 2014? |
| 10:17AM | 14 | A.   YES. |
| 10:17AM | 15 | MR. WADE:  I WOULD MOVE THE ADMISSION OF 1430, |
| 10:17AM | 16 | YOUR HONOR. |
| 10:17AM | 17 | MR. BOSTIC:  NO OBJECTION. |
| 10:17AM | 18 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:17AM | 19 | (GOVERNMENT'S EXHIBIT 1430 WAS RECEIVED IN EVIDENCE.) |
| 10:17AM | 20 | BY MR. WADE: |
| 10:17AM | 21 | Q.   THIS IS AN EMAIL THAT YOU SENT ON JANUARY 16TH, 2014, TO |
| 10:17AM | 22 | THE CLIA LAB GROUP. |
| 10:17AM | 23 | DO YOU SEE THAT? |
| 10:17AM | 24 | A.   YES. |
| 10:17AM | 25 | Q.   AND YOU NOTED IT WAS A HIGH PRIORITY; RIGHT? |

10:17AM   1       A.   YES.

10:17AM   2       Q.   YOU THOUGHT THIS WAS IMPORTANT?

10:17AM   3       A.   YES.

10:17AM   4       Q.   OKAY.  AND THIS IS THE -- THIS INCLUDES AN ATTACHMENT OF A

10:17AM   5       QUALITY CONTROL POLICY; RIGHT?

10:17AM   6       A.   YES.

10:18AM   7       Q.   AND I TAKE IT, GIVEN THAT YOU WERE COMMUNICATING THIS OUT

10:18AM   8       AS A HIGH IMPORTANCE TO THE CLIA TEAM, YOU -- WAS THIS YOUR

10:18AM   9       INSTRUCTION TO THE CLIA TEAM THAT YOU WANTED THIS FOLLOWED?

10:18AM  10       A.   YES.

10:18AM  11       Q.   OKAY.  AND I TAKE IT THEN IT WAS YOUR EXPECTATION IT WOULD

10:18AM  12       BE FOLLOWED; RIGHT?

10:18AM  13       A.   YES.

10:18AM  14       Q.   OKAY.  LET'S GO TO THE ATTACHMENT.

10:18AM  15            AND THIS ONE ISN'T SIGNED YET BECAUSE IT LOOKS LIKE MAYBE

10:18AM  16       YOU HAD JUST CREATED IT; RIGHT?

10:18AM  17       A.   YES.

10:18AM  18       Q.   AND, IN FACT, THE EMAIL IS -- ACTUALLY, LET ME JUST BACK

10:18AM  19       UP QUICKLY TO THE EMAIL.

10:18AM  20            SOMETIMES THE TOP EMAILS IN THESE CHAINS WE HAVE LEARNED

10:18AM  21       ARE IN GREENWICH MEANTIME OR UTC?

10:18AM  22       A.   OH, I SEE.

10:18AM  23       Q.   I TAKE IT YOU WERE NOT WORKING AT 2:00 A.M. PROBABLY ON A

10:19AM  24       QC POLICY, WERE YOU?

10:19AM  25       A.   IT'S POSSIBLE.

10:19AM  1    Q.   OKAY.  YOU WERE WORKING HARD?

10:19AM  2    A.   YES, I WAS.

10:19AM  3    Q.   OFTENTIMES THESE ARE SIX OR SEVEN HOURS EARLIER, IF THAT

10:19AM  4    SEEMS RIGHT, AND IF SO, THAT WOULD PLACE THE TRANSMITTAL OF THE

10:19AM  5    EMAIL AS JANUARY 15TH, DO YOU SEE, BECAUSE IT WOULD BRING IT IN

10:19AM  6    THE PRIOR DAY?

10:19AM  7    A.   YES.

10:19AM  8    Q.   AND IF YOU TURN TO THE, IF THE TURN TO THE SOP, I THINK

10:19AM  9    YOU SEE THE EFFECTIVE DATE IS JANUARY 15TH, 2014.

10:19AM 10         DO YOU SEE THAT?

10:19AM 11    A.   YES.

10:19AM 12    Q.   AND SO IT LOOKS LIKE THIS HAD JUST BEEN FINALIZED AND

10:19AM 13    TRANSMITTED OUT TO THE GROUP; RIGHT?

10:19AM 14    A.   YES.

10:19AM 15    Q.   AND THESE WERE THE PROCEDURES THAT YOU WANTED THEM TO

10:19AM 16    FOLLOW?

10:19AM 17    A.   YES.

10:19AM 18    Q.   AND THAT'S ON -- IF WE GO TO THE NEXT PAGE, THIS INCLUDES

10:19AM 19    UP AT THE TOP THE DAILY QC?

10:19AM 20    A.   YES.

10:19AM 21    Q.   DO YOU SEE THAT?

10:19AM 22    A.   YES.

10:19AM 23    Q.   AND IT JUST SETS FORTH THE POLICY THAT YOU WANTED

10:19AM 24    FOLLOWED?

10:19AM 25    A.   YES.

| | | |
|---|---|---|
| 10:19AM | 1 | Q. AND IF YOU GO DOWN TO THE BOTTOM. AND IF WE CAN BLOW THAT |
| 10:20AM | 2 | UP. |
| 10:20AM | 3 | THAT'S THE CONTINUOUS QC; RIGHT? |
| 10:20AM | 4 | A. THESE ARE THE WESTGARD RULES. |
| 10:20AM | 5 | Q. THIS IS WHAT WE WERE TALKING ABOUT BEFORE; RIGHT? |
| 10:20AM | 6 | A. YEP. |
| 10:20AM | 7 | Q. OKAY. SO THIS IS WHERE YOU LOOKED AT THOSE LEVEY-JENNINGS |
| 10:20AM | 8 | CHARTS OF QUALITY CONTROL DATA; RIGHT? |
| 10:20AM | 9 | A. YES. |
| 10:20AM | 10 | Q. AND YOU LOOK AT IT OVER A LONG PERIOD OF TIME? |
| 10:20AM | 11 | A. YES. |
| 10:20AM | 12 | Q. AND YOU ASSESS SOME RULES AS TO WHETHER OR NOT THE ASSAY |
| 10:20AM | 13 | IS COMPLIANT? |
| 10:20AM | 14 | A. WHETHER THE QC IS PASSING. |
| 10:20AM | 15 | Q. RIGHT. |
| 10:20AM | 16 | A. YEAH. |
| 10:20AM | 17 | Q. BECAUSE THERE COULD BE CIRCUMSTANCES WHERE QC PASSES ON A |
| 10:20AM | 18 | DAILY BASIS UNDER THE DAILY RULE; RIGHT? |
| 10:20AM | 19 | A. YES. |
| 10:20AM | 20 | Q. BUT IF YOU LOOK AT ITS PERFORMANCE CONSISTENTLY OVER TIME, |
| 10:20AM | 21 | THAT THE CONSISTENT TREND OVER TIME WOULD SUGGEST AN ISSUE THAT |
| 10:20AM | 22 | SHOULD BE ADDRESSED; RIGHT? |
| 10:20AM | 23 | A. YES, YOU ARE RIGHT. |
| 10:20AM | 24 | Q. AND THAT'S WHAT THE CONTINUOUS QC IS FOR; RIGHT? |
| 10:21AM | 25 | A. YES. |

10:21AM  1    Q.   AND THAT'S WHY YOU WANTED THE FOLKS WITHIN THE COMPANY TO

10:21AM  2    FOLLOW THAT CONTINUOUS QUALITY CONTROL?

10:21AM  3    A.   CORRECT.

10:21AM  4    Q.   AND IF THERE WAS AN ISSUE WITH EITHER THE DAILY CONTROL OR

10:21AM  5    THE CONTINUOUS CONTROL, YOU WERE TO CEASE USING THE ASSAY,

10:21AM  6    CORRECT, UNTIL THAT ISSUE WAS ADDRESSED?

10:21AM  7    A.   YOU COULDN'T RUN THAT ASSAY FOR THAT INSTRUMENT UNTIL THAT

10:21AM  8    ISSUE WAS ADDRESSED.

10:21AM  9    Q.   RIGHT.  UNTIL YOU WERE BACK IN COMPLIANCE WITH THE POLICY;

10:21AM  10   RIGHT?

10:21AM  11   A.   CORRECT.

10:21AM  12   Q.   AND IF WE GO TO THE NEXT PAGE, THIS SETS FORTH A VERY

10:21AM  13   SPECIFIC POLICY WITH RESPECT TO THE EDISON QC; RIGHT?

10:21AM  14   A.   YES.

10:21AM  15   Q.   AND YOU IDENTIFY THAT SPECIFICALLY AND SEPARATELY WITHIN

10:21AM  16   THIS DOCUMENT?

10:21AM  17   A.   YES.

10:21AM  18   Q.   CORRECT?

10:21AM  19   A.   YES.

10:21AM  20   Q.   OKAY.  AND YOU EXPECTED THAT THAT WOULD BE FOLLOWED?

10:21AM  21   A.   YES, I EXPECTED IT TO BE FOLLOWED.

10:22AM  22   Q.   AND IT WAS CLEAR PROCESS; RIGHT?

10:22AM  23   A.   YES.

10:22AM  24   Q.   OKAY.  AND I JUST WANT TO BE VERY, VERY CLEAR, BECAUSE I

10:22AM  25   KNOW THIS IS OLD HAT TO YOU, BUT FOR SOME OF US IT IS NOT, QC

10:22AM  1    SAMPLES ARE NOT PATIENT SAMPLES; RIGHT?

10:22AM  2    A.   CORRECT.

10:22AM  3    Q.   SO IF A QC TEST IS RUN AND IT FAILS, THAT DOESN'T MEAN

10:22AM  4    SOMETHING BAD HAPPENED TO A PATIENT; RIGHT?  THAT DOESN'T MEAN

10:22AM  5    THAT THAT PATIENT'S BLOOD TEST WAS SCREWED UP?

10:22AM  6    A.   NO, NO.  YOU RUN THE QC BEFORE YOU RUN THE PATIENT

10:22AM  7    SAMPLES.

10:22AM  8    Q.   RIGHT.  AND YOU ONLY RUN A PATIENT SAMPLE IF THE

10:22AM  9    INSTRUMENT PASSES QUALITY CONTROL?

10:22AM  10   A.   CORRECT.

10:22AM  11   Q.   OKAY.  AND ON A DAY-TO-DAY BASIS IT WAS LANGLY GEE WHO WAS

10:22AM  12   RESPONSIBLE FOR THE DAY-TO-DAY QUALITY MANAGEMENT; RIGHT?

10:23AM  13   A.   YES.

10:23AM  14   Q.   AND MR. GEE, WAS HE SOMEONE YOU HIRED, OR DID YOU INHERIT

10:23AM  15   HIM WITHIN THE LAB?

10:23AM  16   A.   WE HIRED HIM.

10:23AM  17   Q.   LET'S LOOK AT EXHIBIT 10281, WHICH SHOULD BE IN THE BACK

10:23AM  18   OF VOLUME 1 OF YOUR BLACK EXHIBITS BINDER.

10:23AM  19        AND, AGAIN, IT'S 10281.

10:23AM  20   A.   I'VE GOT IT.

10:23AM  21   Q.   AND DO YOU RECOGNIZE THAT TO BE THE RESUME OF MR. GEE?

10:23AM  22   A.   YES.

10:23AM  23        MR. WADE:  AND MOVE THE ADMISSION OF EXHIBIT 10281,

10:24AM  24   ALTHOUGH I WOULD ASK THAT ANY IDENTIFICATION INFORMATION BE

10:24AM  25   REDACTED FROM IT BEFORE WE PUBLISH.

10:24AM  1              MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

10:24AM  2              THE COURT:  IT'S ADMITTED, BUT THE PERSONAL

10:24AM  3     INFORMATION AT THE TOP WILL BE REDACTED.

10:24AM  4          (DEFENDANT'S EXHIBIT 10281 WAS RECEIVED IN EVIDENCE.)

10:24AM  5     BY MR. WADE:

10:24AM  6     Q.   AND YOU RECOGNIZE THIS TO BE MR. GEE'S CURRICULUM VITAE?

10:24AM  7     A.   DO I RECOGNIZE IT NOW?

10:24AM  8     Q.   YOU RECOGNIZE THAT THIS WAS HIS RESUME; RIGHT?

10:24AM  9     A.   YEAH, IT APPEARS TO BE HIS RESUME.

10:24AM 10     Q.   AND YOU HIRED HIM?

10:24AM 11     A.   YES.

10:24AM 12     Q.   AND ONE OF THE REASONS --

10:24AM 13     A.   I WANT TO CLARIFY.  I INTERVIEWED HIM.  I DID NOT MAKE THE

10:24AM 14     HIRING DECISIONS FOR THE LABORATORY AT THERANOS.

10:24AM 15     Q.   AND DID MR. BALWANI MAKE THOSE DECISIONS?

10:24AM 16     A.   AND MS. HOLMES, YES.

10:24AM 17     Q.   OKAY.

10:24AM 18     A.   NOBODY WOULD BE HIRED UNLESS THEY APPROVED IT, AND IN MOST

10:25AM 19     INSTANCES THEY WOULD ACTUALLY INTERVIEW THOSE INDIVIDUALS,

10:25AM 20     YEAH.

10:25AM 21     Q.   AND, IN FACT, MS. HOLMES INTERVIEWED ALMOST EVERY

10:25AM 22     INDIVIDUAL THAT WAS HIRED; ISN'T THAT RIGHT?

10:25AM 23     A.   I BELIEVE SO.

10:25AM 24     Q.   OKAY.  AND IN THAT PROCESS, IF YOU RECALL, SIR, THE PEOPLE

10:25AM 25     WHO HAD SORT OF DAY-TO-DAY RESPONSIBILITY WOULD TYPICALLY

| | | |
|---|---|---|
| 10:25AM | 1 | INTERVIEW THE PERSON FIRST; RIGHT? |
| 10:25AM | 2 | DO YOU RECALL THAT? |
| 10:25AM | 3 | A.   IT WAS USUALLY ME. |
| 10:25AM | 4 | Q.   YEAH. |
| 10:25AM | 5 | A.   AND THEN IF I GAVE A THUMBS UP, IT WOULD GO TO SUNNY AND |
| 10:25AM | 6 | ELIZABETH, YEAH. |
| 10:25AM | 7 | Q.   AND DO YOU RECALL SOMETIMES WHEN DR. PANDORI WAS AROUND HE |
| 10:25AM | 8 | WOULD DO THOSE INTERVIEWS WITH YOU, TOO? |
| 10:25AM | 9 | A.   YES, YES. |
| 10:25AM | 10 | Q.   AND LIKE YOU SAID, YOU GIVE THEM A THUMBS UP OR A THUMBS |
| 10:25AM | 11 | DOWN AND MAKE THAT RECOMMENDATION AND PASS IT ON TO SUNNY AND |
| 10:25AM | 12 | ELIZABETH? |
| 10:25AM | 13 | A.   CORRECT. |
| 10:25AM | 14 | Q.   AND THEN THEY WOULD INTERVIEW THEM WITH THE BENEFIT OF |
| 10:25AM | 15 | YOUR RECOMMENDATION? |
| 10:25AM | 16 | A.   CORRECT. |
| 10:25AM | 17 | Q.   OKAY.  AND SO I TAKE IT YOU RECOMMENDED TO HIRE MR. GEE? |
| 10:25AM | 18 | A.   YES. |
| 10:25AM | 19 | Q.   AND THEY AGREED WITH YOUR RECOMMENDATION IN THIS CASE? |
| 10:26AM | 20 | A.   YES. |
| 10:26AM | 21 | Q.   AND WAS PART OF THE REASON THAT YOU HIRED MR. GEE WAS |
| 10:26AM | 22 | BECAUSE HE WAS AN EXPERIENCED QUALITY SYSTEMS MANAGER? |
| 10:26AM | 23 | A.   YES. |
| 10:26AM | 24 | Q.   AND HE HAD ACTUALLY DONE WORK AND MAINTAINED A QUALITY |
| 10:26AM | 25 | SYSTEMS PROGRAM UNDER CLIA AND NEW YORK REGULATIONS PREVIOUSLY; |

10:26AM  1    RIGHT?

10:26AM  2    A.   YES.

10:26AM  3    Q.   AND HE HAD ACTUALLY HELD POSITIONS OF THAT NATURE AT A

10:26AM  4    COUPLE OF DIFFERENT COMPANIES; RIGHT?

10:26AM  5    A.   IT APPEARS FROM HIS RESUME AND READING IT NOW THAT HIS

10:26AM  6    EXPERIENCE IN QUALITY MANAGEMENT WAS AT TETHYS BIOSCIENCES FROM

10:27AM  7    2012.

10:27AM  8        PREVIOUSLY HE WAS AT BIO-RAD WHERE HE WAS INVOLVED IN

10:27AM  9    REAGENTS AND QUALITY CONTROL.

10:27AM  10   Q.   OKAY.  AND WE'VE HEARD A LOT OF TALK ABOUT REAGENTS IN

10:27AM  11   THIS CASE.  THAT'S SOMETHING THAT IS ROUTINELY USED WITHIN THE

10:27AM  12   LABORATORY; CORRECT?

10:27AM  13   A.   CORRECT.

10:27AM  14   Q.   AND HE DID SOME WORK, QUALITY WORK IN CONNECTION WITH

10:27AM  15   THAT?

10:27AM  16   A.   CORRECT.

10:27AM  17   Q.   AND THEN HE DID THE CLIA AND NEW YORK REGULATORY WORK IN

10:27AM  18   CONNECTION WITH HIS TIME AT TETHYS BIOSCIENCE?

10:27AM  19   A.   CORRECT.

10:27AM  20   Q.   AND YOU THOUGHT HE WAS WELL QUALIFIED FOR THAT POSITION?

10:27AM  21   A.   YES.

10:27AM  22   Q.   NOW, YOU TESTIFIED ON DIRECT EXAMINATION ABOUT SOME

10:27AM  23   QUALITY -- SOME CONCERNS THAT YOU HAD ABOUT QUALITY CONTROL.

10:27AM  24       DO YOU RECALL THAT?

10:27AM  25   A.   YES, YES.

10:27AM 1    Q.   OKAY.  AND ULTIMATELY IT'S YOUR JOB TO HAVE THOSE

10:27AM 2    CONCERNS; RIGHT?

10:27AM 3    A.   YES.

10:27AM 4    Q.   AND THAT'S WHY YOU'RE, YOU'RE PAID THE BIG BUCKS; RIGHT?

10:28AM 5    A.   NOT AS BIG BUCKS AS YOU GET PAID.

10:28AM 6        (LAUGHTER.)

10:28AM 7    BY MR. WADE:

10:28AM 8    Q.   WELL, LET'S FOCUS ON THE RELEVANT EVIDENCE, AND I HATE TO

10:28AM 9    ASK SUCH A PERSONAL QUESTION --

10:28AM 10   A.   YEAH.

10:28AM 11   Q.   -- BUT IT IS SOMEWHAT RELEVANT TO THE CASE JUST GIVEN SOME

10:28AM 12   OF THE ISSUES.

10:28AM 13       DO YOU RECALL HOW MUCH YOU WERE COMPENSATED FOR YOUR WORK

10:28AM 14   AT THERANOS?

10:28AM 15   A.   IT'S IN MY OFFER LETTER.  I BELIEVE IT WAS $220,000 PER

10:28AM 16   YEAR.

10:28AM 17   Q.   DO YOU RECALL MAYBE IT WAS $240,000 PER YEAR?

10:28AM 18   A.   IT MAY HAVE BEEN.

10:28AM 19   Q.   IT WAS A SUBSTANTIAL RAISE OVER WHAT YOU HAD BEEN PAID

10:28AM 20   OVER AT UPMC?

10:28AM 21   A.   CORRECT.

10:28AM 22   Q.   AND DID YOU CONSIDER THAT TO BE GENEROUS COMPENSATION?

10:28AM 23   A.   IT WAS IN LINE WITH, WITH SIMILAR POSITIONS AT SIMILAR

10:28AM 24   COMPANIES IN THE BAY AREA.

10:28AM 25   Q.   OKAY.  AND DO YOU KNOW THAT YOU WERE ONE OF THE HIGHEST

10:28AM   1    COMPENSATED PEOPLE IN THE COMPANY?  WERE YOU AWARE OF THAT?

10:28AM   2    A.   I WAS NOT.

10:28AM   3    Q.   OKAY.  AND SO, AGAIN, IT'S YOUR, YOUR -- WE'VE TALKED

10:29AM   4    ABOUT THE IMPORTANCE OF YOUR JOB AND ALL OF THE

10:29AM   5    RESPONSIBILITIES THAT YOU HOLD, AND YOU FELT LIKE YOU WERE

10:29AM   6    COMPENSATED FAIRLY FOR THAT?

10:29AM   7    A.   YES.

10:29AM   8    Q.   OKAY.  AND --

10:29AM   9    A.   IN RETROSPECT, GIVEN THE QUALITY ISSUES AND THE RISKS,

10:29AM  10    PROFESSIONAL RISKS AND PROBLEMS AT THERANOS, I THINK THAT I

10:29AM  11    SHOULD HAVE BEEN PAID MUCH, MUCH MORE.

10:29AM  12        AND IN VIEW OF THE LEGAL EXPENSES THAT I'VE HAD TO GO

10:29AM  13    THROUGH IN THE LAST SEVEN OR EIGHT YEARS.

10:29AM  14             MR. WADE:  I WOULD MOVE TO STRIKE, YOUR HONOR.

10:29AM  15             THE COURT:  THE LAST PORTION WILL BE STRICKEN AS

10:29AM  16    NONRESPONSIVE.

10:29AM  17    BY MR. WADE:

10:29AM  18    Q.   NOW, MANY OF THE CONCERNS THAT THE GOVERNMENT DISCUSSED

10:29AM  19    WITH YOU WERE CONCERNS THAT HAD HAPPENED IN THE FIRST HALF OF

10:29AM  20    2014.

10:29AM  21        DO YOU RECALL THAT?

10:30AM  22        IF YOU'RE UNCERTAIN, I CAN HELP REFRESH YOUR RECOLLECTION

10:30AM  23    A BIT.

10:30AM  24    A.   SURE.

10:30AM  25    Q.   DO YOU RECALL THERE WERE SOME EMAILS IN MARCH OF 2014

10:30AM   1    ABOUT QUALITY CONTROL?

10:30AM   2    A.   YES.

10:30AM   3    Q.   DO YOU RECALL THAT?

10:30AM   4    A.   YES.

10:30AM   5    Q.   WITHIN ONE OF THE EMAILS THERE WERE SOME, THERE WERE SOME

10:30AM   6    STATS THAT WERE SHOWN TO YOU ABOUT THE QUALITY CONTROL

10:30AM   7    PERFORMANCE?

10:30AM   8    A.   YES.

10:30AM   9    Q.   OKAY.  AND, AGAIN, QUALITY CONTROL WAS SOMETHING THAT YOU

10:30AM  10    WERE ATTENTIVE TO IN YOUR JOB?

10:30AM  11    A.   YES.

10:30AM  12    Q.   OKAY.  AND WHEN YOU WERE LOOKING AT THOSE ISSUES, YOU

10:30AM  13    WEREN'T ALWAYS SURE WHAT THE ROOT CAUSE OF THE ISSUE WAS;

10:30AM  14    RIGHT?

10:30AM  15    A.   I NARROWED -- NO, I COULDN'T NOT -- I DIDN'T HAVE DATA TO

10:30AM  16    PINPOINT THE ROOT CAUSE.

10:30AM  17    Q.   RIGHT.  IT WASN'T CLEAR WHAT IT WAS?

10:30AM  18    A.   ALL THAT I KNEW WAS THAT THE INSTRUMENT WAS NOT PERFORMING

10:30AM  19    ANYWHERE CLOSE TO THE PERFORMANCE THAT WE SAW IN THE VALIDATION

10:30AM  20    STUDIES.

10:30AM  21    Q.   UNDERSTOOD.

10:30AM  22         AND SO WHAT YOU WERE DOING WHEN YOU WERE DOING QUALITY

10:30AM  23    CONTROL WAS TESTING THE PERFORMANCE AND QUALITY CONTROL BACK TO

10:31AM  24    THE VALIDATION STUDY; RIGHT?

10:31AM  25    A.   YES.

10:31AM   1    Q.   OKAY.  I DIDN'T SEE THAT REFERENCED SPECIFICALLY IN THAT

10:31AM   2    POLICY, BUT MAYBE AS A LAB DIRECTOR THAT WOULD BE SOMETHING

10:31AM   3    THAT YOU WOULD LOOK AT?

10:31AM   4    A.   YES.

10:31AM   5    Q.   OKAY.  AS PART OF YOUR OVERALL COMPLIANCE

10:31AM   6    RESPONSIBILITIES?

10:31AM   7    A.   YES.

10:31AM   8    Q.   THAT'S A PRETTY SOPHISTICATED ANALYSIS, ISN'T IT?

10:31AM   9    A.   WELL, I, I WAS OBLIGED TO MAKE AN ASSESSMENT OF WHETHER

10:31AM  10    THE INSTRUMENTS WERE PERFORMING ACCORDING TO THE PASSING

10:31AM  11    CRITERIA AND SPECIFICATIONS THAT WERE DEMONSTRATED IN THE

10:31AM  12    VALIDATION REPORT.

10:31AM  13         IF THAT WAS NOT THE CASE, THEN THAT WOULD POINT TO A

10:31AM  14    SERIOUS PROBLEM.

10:31AM  15    Q.   RIGHT.  AND IF IT POINTED TO A SERIOUS PROBLEM OF A

10:31AM  16    SUFFICIENT NATURE, YOU WOULD PULL THE ASSAY, WOULDN'T YOU?

10:31AM  17    A.   YES.

10:31AM  18    Q.   YES.  THAT WAS YOUR OBLIGATION TO PULL THAT ASSAY IF IT

10:31AM  19    RAISED TO A CERTAIN LEVEL THAT YOU DIDN'T THINK IT COULD

10:31AM  20    PROVIDE SAFE AND RELIABLE RESULTS TO PATIENTS; RIGHT?

10:32AM  21    A.   YES.

10:32AM  22    Q.   AND YOU DID THAT SOMETIMES ON A --

10:32AM  23    A.   IN CERTAIN INSTANCES, YES.

10:32AM  24    Q.   AND THAT WAS SOMETHING THAT YOU WERE MONITORING REGULARLY?

10:32AM  25    A.   YES.

10:32AM 1    Q.   AND YOU HAD THE SOPHISTICATION AND EXPERIENCE TO DO THAT?

10:32AM 2    A.   YES.

10:32AM 3    Q.   AND YOU HAD ACCESS TO ALL OF THE DATA TO DO THAT; RIGHT?

10:32AM 4    A.   YES.

10:32AM 5    Q.   AND IF IT WASN'T IN FRONT OF YOU IN AN EMAIL, YOU COULD GO

10:32AM 6    AND ASK MR. GEE OR ONE OF THE OTHER PEOPLE WHO WORKED FOR YOU

10:32AM 7    TO PULL WHATEVER INFORMATION YOU NEEDED TO DO THAT ANALYSIS;

10:32AM 8    RIGHT?

10:32AM 9    A.   YES.

10:32AM 10   Q.   AND AT TIMES YOU DID; RIGHT?

10:32AM 11   A.   YES.

10:32AM 12   Q.   YEAH.  AND THERE WERE TIMES WHERE YOU THOUGHT MAYBE SOME

10:32AM 13   OF THE ISSUES RELATED TO REAGENTS; RIGHT?

10:32AM 14   A.   YES.

10:32AM 15   Q.   AND WHETHER THERE WERE CONCERNS ABOUT EITHER THE QUALITY

10:32AM 16   AGE OR SOME PERFORMANCE CHARACTERISTIC OF THE REAGENT; RIGHT?

10:32AM 17   A.   YES.

10:32AM 18   Q.   AND IN THOSE CASES, SOMETIMES WOULD THE PEOPLE WITHIN THE

10:32AM 19   LAB REPLACE THE REAGENTS AND SEE IF OTHER REAGENTS PERFORMED

10:33AM 20   DIFFERENTLY?

10:33AM 21   A.   YES.  I BELIEVE THERE'S SOME EMAILS FROM ERIKA CHEUNG TO

10:33AM 22   THE EFFECT THAT SHE REPLACED THE MANUALLY FILLED CARTRIDGES

10:33AM 23   WITH CAPSYS CARTRIDGES TO SEE IF THAT IMPROVED THE QC

10:33AM 24   PERFORMANCE.

10:33AM 25             MR. WADE:  OKAY.  I JUST HEARD SOMETHING HAPPEN WITH

| 10:33AM | 1 | THE MIKE.  IS EVERYTHING OKAY?  I WOULD JUST INQUIRE OF THE |
| 10:33AM | 2 | COURT. |
| 10:33AM | 3 | OKAY.  IS IT OKAY? |
| 10:33AM | 4 | SHOULD WE TAKE JUST A MINUTE, YOUR HONOR? |
| 10:33AM | 5 | THE CLERK:  LET ME JUST RESET THE SYSTEM.  HOLD ON. |
| 10:33AM | 6 | THE COURT:  THANK YOU. |
| 10:33AM | 7 | THE CLERK:  IT WILL JUST TAKE A MOMENT. |
| 10:33AM | 8 | LET'S TRY IT AGAIN. |
| 10:33AM | 9 | (PAUSE IN PROCEEDINGS.) |
| 10:33AM | 10 | BY MR. WADE: |
| 10:33AM | 11 | Q.  OKAY.  AND YOU CAN HEAR ME OKAY, SIR? |
| 10:33AM | 12 | A.  YES. |
| 10:33AM | 13 | Q.  OKAY.  I THINK WE SOLVED IT THERE. |
| 10:34AM | 14 | LET ME JUST STEP BACK BROADLY AND TALK ABOUT POTENTIAL |
| 10:34AM | 15 | SOURCES OF ERROR WITHIN THE LAB. |
| 10:34AM | 16 | OKAY? |
| 10:34AM | 17 | A.  OKAY. |
| 10:34AM | 18 | Q.  AND THERE ARE -- DO YOU RECALL THAT THERE ARE SOME BUCKETS |
| 10:34AM | 19 | THAT ARE PREANALYTIC, ANALYTIC, AND POST-ANALYTIC ERRORS? |
| 10:34AM | 20 | A.  CORRECT. |
| 10:34AM | 21 | Q.  AND PREANALYTIC ERRORS ARE ESSENTIALLY MISTAKES OR |
| 10:34AM | 22 | PROBLEMS THAT HAPPEN BEFORE THE TEST IS ACTUALLY ENTERED INTO A |
| 10:34AM | 23 | MACHINE; RIGHT? |
| 10:34AM | 24 | A.  CORRECT. |
| 10:34AM | 25 | Q.  AND THEN AN ANALYTIC ERROR IS THE ERROR THAT HAPPENS WHEN |

10:34AM  1    THE TEST IS RUNNING WITHIN THE MACHINE?

10:34AM  2    A.   ANALYTIC APPLIES TO THE STEPS THAT ARE CONDUCTED WITHIN

10:35AM  3    THE LABORATORY AND IT COULD INCLUDE PREPROCESSING OR

10:35AM  4    PREPARATION OF THE SAMPLES BEFORE THEY GO INTO A MACHINE.

10:35AM  5    Q.   OKAY.  AND THEN POST-ANALYTIC IS WHAT HAPPENS AFTERWARDS;

10:35AM  6    RIGHT?

10:35AM  7    A.   CORRECT.

10:35AM  8    Q.   OKAY.  AND CAN YOU JUST IDENTIFY FOR THE BENEFIT OF THE

10:35AM  9    JURY, GIVE US A SENSE OF, YOU KNOW, WHAT ARE THE PREANALYTIC

10:35AM  10   ERRORS THAT CAN HAPPEN WITHIN A LAB?

10:35AM  11   A.   I CAN TELL YOU ABOUT THE ERRORS THAT HAPPENED AT THERANOS.

10:35AM  12   Q.   I'M JUST WONDERING AND ASKING GENERALLY SO WE CAN GET A

10:35AM  13   SENSE OF THE RANGE OF THE PREANALYTIC ERRORS, OKAY?

10:35AM  14   A.   PROBLEMS WITH SPECIMEN COLLECTION AND THE INTEGRITY OF THE

10:35AM  15   SAMPLE BEFORE IT ARRIVES IN THE LAB, SUCH AS HEMOLYSIS;

10:35AM  16   INTERFERING SUBSTANCES THAT WAS REFERRED TO AS A SPECIFICITY IN

10:35AM  17   THE LAST EMAIL; LIPEMIA IN A SAMPLE; IMPROPER TEMPERATURE

10:35AM  18   EXCURSIONS DURING TRANSPORTATION; SHAKING OF THE SAMPLE;

10:36AM  19   VIBRATION; DAMAGE TO THE SAMPLE; ET CETERA.

10:36AM  20   Q.   AND IF YOU HAVE A LONG LIST, YOU CAN PROBABLY COME UP WITH

10:36AM  21   FIVE OR TEN MORE DO YOU THINK?

10:36AM  22   A.   YEAH.

10:36AM  23   Q.   IT'S BASICALLY IN THAT EARLY PROCESS?

10:36AM  24   A.   IT COULD BE A SPECIMEN MIXUP, SO SWITCHING -- IDENTIFIERS

10:36AM  25   BEING SWITCHED.

10:36AM  1    Q.   AND IT COULD BE A HUMAN ERROR RELATING TO DOCUMENTING

10:36AM  2    SOMETHING WITH RESPECT TO THE LAB ORDER; RIGHT?

10:36AM  3    A.   CORRECT.

10:36AM  4    Q.   IT COULD BE HOW IT'S ENTERED INTO A COMPUTER?

10:36AM  5    A.   CORRECT.

10:36AM  6    Q.   ANYTHING?  THERE'S A WHOLE HOST OF ISSUES WITHIN THAT

10:36AM  7    PREANALYTIC BUCKET; RIGHT?

10:36AM  8    A.   CORRECT.

10:36AM  9    Q.   AND SOMETIMES IT'S HARD TO FIGURE OUT WHAT THE ERROR MIGHT

10:36AM  10   BE; RIGHT?

10:36AM  11   A.   SOMETIMES.

10:36AM  12   Q.   AND THAT'S WHY IF THERE'S A PROBLEM THAT COMES UP, YOU'LL

10:36AM  13   TRY TO GET ALL OF THE DATA THAT YOU CAN RELATING TO A

10:36AM  14   PARTICULAR PATIENT FROM THE LIS SO THAT YOU HAVE THE FULL

10:37AM  15   PICTURE; RIGHT?

10:37AM  16   A.   YES.

10:37AM  17   Q.   OKAY.  AND THEN WHAT IS THE ANALYTIC CATEGORY OF ERRORS?

10:37AM  18   CAN YOU GIVE US A SENSE OF GENERALLY WITHIN THE LAB, WHAT ARE

10:37AM  19   THE AREAS IN WHICH THERE COULD BE ANALYTIC ERRORS?

10:37AM  20   A.   A FLAW IN THE INSTRUMENTATION, IN THE DESIGN OR

10:37AM  21   PERFORMANCE OF THE INSTRUMENTATION; A FAULT IN THE REAGENT, A

10:37AM  22   FLAW IN THE REAGENT ITSELF; POTENTIALLY CONTAMINATION OF THE

10:37AM  23   SAMPLE WITHIN THE LABORATORY, PARTICULARLY FOR MOLECULAR TESTS;

10:37AM  24   CROSS-CONTAMINATION OF ONE SAMPLE TO ANOTHER; SPILLOVER; A

10:37AM  25   TEST -- A LAB TECH NOT FOLLOWING THE OPERATING PROCEDURE AND

10:37AM  1   ADDING THE WRONG REAGENTS; INSTRUMENT ERRORS; SOFTWARE ERRORS;

10:38AM  2   PIPETTING ERRORS; SKIPPED WELLS; IMPROPER CENTRIFUGATION.  THE

10:38AM  3   LIST GOES ON AND ON.

10:38AM  4   Q.   THE TEMPERATURE OF THE LAB COULD BE BAD?

10:38AM  5   A.   CORRECT.  THE TEMPERATURE AND HUMIDITY HAS TO BE

10:38AM  6   MONITORED.

10:38AM  7   Q.   THE POWER COULD GO OUT?  THERE ARE ALL SORTS OF ISSUES

10:38AM  8   WITHIN THAT PHASE WHERE SOMETHING COULD GO WRONG; RIGHT?

10:38AM  9   A.   CORRECT.

10:38AM  10  Q.   AND IN THE POST-ANALYTIC PHASE, WHAT ARE THE ERRORS THAT

10:38AM  11  CAN HAPPEN IN THE POST-ANALYTIC PHASE?

10:38AM  12  A.   AN ERROR IN THE DATA TRANSMISSION BETWEEN THE LABORATORY

10:38AM  13  RESULTS AND THE ACTUAL REPORT NOT MATCHING UP.

10:38AM  14      AGAIN, YOU CAN HAVE PATIENT IDENTIFIERS BEING SWAPPED OR

10:38AM  15  SOME KIND OF CLERICAL ERROR WHEN THE CLS ENTERS THE DATA INTO

10:38AM  16  THE SYSTEM AND IT DOESN'T COME OUT RIGHT IN THE REPORT;

10:39AM  17  SOFTWARE GLITCHES THAT PREVENT THE REPORT GETTING TO THE

10:39AM  18  INFORMATION; THE WRONG REFERENCE RANGE BEING APPLIED TO A TEST.

10:39AM  19  Q.   AND THESE ARE COMPUTERIZED; RIGHT?

10:39AM  20  A.   YES.

10:39AM  21  Q.   AND SO THERE COULD BE SOME COATING ERROR OR SOME SOFTWARE

10:39AM  22  MALFUNCTION?

10:39AM  23  A.   YES.

10:39AM  24  Q.   AND IT COULD BE AS SIMPLE AS SOME SORT OF TRANSCRIPTION

10:39AM  25  ERROR; RIGHT?

| 10:39AM | 1 | A.   YES. |

10:39AM 1    A.   YES.

10:39AM 2    Q.   AND WE HAVE SEEN SOME OF MY ERRORS WITH RESPECT TO SOME OF

10:39AM 3    THE NUMBERS IN THIS CASE, HAVEN'T WE?

10:39AM 4    A.   YES.

10:39AM 5    Q.   AND THOSE SECOND TWO CATEGORIES, THOSE ARE CATEGORIES THAT

10:39AM 6    SIMILARLY SOMETIMES YOU WOULD GO AND YOU WOULD GET WHATEVER YOU

10:39AM 7    COULD OUT OF THE LAB INFORMATION SYSTEM IN ORDER TO ASSESS THE

10:39AM 8    PROBLEM; CORRECT?

10:39AM 9    A.   YES.

10:39AM 10   Q.   AND WHEN YOU'RE DOING -- BACK TO THE QC FUNCTION.

10:39AM 11        WHEN THE QC FUNCTION IS BEING PERFORMED BY MR. GEE AND

10:40AM 12   HE'S CREATING DATA THAT IS PRESENTED TO YOU, FOR THE MOST PART

10:40AM 13   YOU'RE LOOKING AT THAT IN THE FIRST INSTANCE ON AN

10:40AM 14   ASSAY-BY-ASSAY BASIS; RIGHT?

10:40AM 15   A.   CORRECT.

10:40AM 16   Q.   AND WE'VE TALKED ABOUT THE WIDE RANGE OF DIFFERENT

10:40AM 17   INSTRUMENTS THAT WERE RUNNING WITHIN THE THERANOS LAB; RIGHT?

10:40AM 18   A.   YES.

10:40AM 19   Q.   AND YOU WOULD LOOK AT QC ON EACH AND EVERY ONE OF THOSE

10:40AM 20   MACHINES; RIGHT?

10:40AM 21   A.   YES.

10:40AM 22   Q.   AND IT'S A BIG JOB?

10:40AM 23   A.   YES.

10:40AM 24   Q.   A LOT OF RESPONSIBILITY FOR MR. GEE; CORRECT?

10:40AM 25   A.   WELL, IT'S A RESPONSIBILITY OF THE CLS'S AND LAB TECHS TO

10:40AM 1    MAKE SURE THE QC PASSES FOR EACH RUN.  DR. GEE DOESN'T HAVE TO

10:40AM 2    LOOK AT THAT ON A --

10:40AM 3    Q.   RIGHT.  MR. GEE CAN'T GO TO EACH AND EVERY MACHINE AND

10:40AM 4    PERFORM THOSE DAILY QC TESTS; RIGHT?

10:40AM 5    A.   NO.

10:40AM 6    Q.   AND IT'S A TEAM EFFORT TO GET THAT DATA AND TO FEED IT TO

10:40AM 7    MR. GEE; RIGHT?

10:40AM 8    A.   YES.

10:40AM 9    Q.   AND HE THEN DOES AN ANALYSIS OF IT; RIGHT?

10:41AM 10   A.   YES.

10:41AM 11   Q.   AND THEN YOU DO AN ANALYSIS OF IT?

10:41AM 12   A.   YES.

10:41AM 13   Q.   AND IN LOOKING AT THOSE CONCERNS THAT YOU DISCUSSED WITH

10:41AM 14   THE GOVERNMENT ON DIRECT, YOU NEVER INSTRUCTED THE CLIA TEAM AT

10:41AM 15   ANY POINT TO JUST STOP USING THE EDISON DEVICE ALTOGETHER, DID

10:41AM 16   YOU?

10:41AM 17   A.   I DID NOT.  I DID FOR HCG, AND THERE MAY HAVE BEEN ANOTHER

10:41AM 18   TEST THAT WE WERE DISCUSSING WHERE I SAID PLEASE DISCONTINUE ON

10:41AM 19   THE EDISON.

10:41AM 20   Q.   RIGHT.  AND SPECIFICALLY I THINK I SEE THAT AS THE RESULT

10:41AM 21   OF SOME OF YOUR WORK WITHIN THE LAB, YOU IDENTIFIED ISSUES

10:41AM 22   WHERE YOU HALTED ANY REPORTING OF RESULTS; RIGHT?

10:41AM 23   A.   YES.

10:41AM 24   Q.   AND THAT WAS CONSISTENT WITH YOUR REGULATORY

10:41AM 25   RESPONSIBILITY TO MAKE SURE THAT PATIENTS GOT ACCURATE AND

10:41AM 1    RELIABLE RESULTS; RIGHT?

10:41AM 2    A.   YES.

10:41AM 3    Q.   BUT YOU NEVER HALTED THE USE OF THE EDISON SYSTEM

10:41AM 4    ALTOGETHER; CORRECT?

10:42AM 5    A.   NO, NO.

10:42AM 6    Q.   IN FACT, THROUGHOUT YOUR TIME AT THERANOS, THE COMPANY

10:42AM 7    CONTINUED TO VALIDATE TESTS THROUGHOUT THE TIME PERIOD;

10:42AM 8    CORRECT?

10:42AM 9    A.   CORRECT.

10:42AM 10   Q.   OKAY.  I HAVE IN FRONT OF YOU A BINDER OF ASSAY VALIDATION

10:42AM 11   REPORTS.

10:42AM 12       DO YOU SEE THAT BINDER?

10:42AM 13       IT'S A SEPARATE BINDER OF JUST ASSAY VALIDATION REPORTS.

10:43AM 14   A.   YES, I HAVE IT.

10:43AM 15   Q.   AND I WILL REPRESENT TWO THINGS TO YOU, ONE OF WHICH

10:43AM 16   MAY -- HOPEFULLY BOTH OF WHICH ARE COMFORTING.  THESE ARE ALL

10:43AM 17   DOCUMENTS AND VALIDATION REPORTS THAT YOU SIGNED WHILE YOU WERE

10:43AM 18   A LAB DIRECTOR.

10:43AM 19   A.   OKAY.

10:43AM 20   Q.   AND I'M NOT GOING TO GO THROUGH ALL OF THEM.  OKAY?

10:43AM 21       BUT I DO WANT TO GO THROUGH A COUPLE.

10:43AM 22       AND BY STIPULATION WITH THE GOVERNMENT, YOUR HONOR, WE

10:43AM 23   HAVE MOVED THE ADMISSION OF ALL OF THESE VIA WRITTEN DOCUMENT,

10:43AM 24   WHICH I'VE TENDERED TO THE COURT REPORTER JUST SO WE DON'T HAVE

10:43AM 25   TO READ THROUGH ALL OF THE NUMBERS HERE ON THE RECORD IF

10:43AM  1    THAT'S -- IF IT'S OKAY WITH THE COURT TO PROCEED IN THAT

10:44AM  2    MANNER.

10:44AM  3                  THE CLERK:  DO YOU HAVE AN EXTRA COPY, COUNSEL?

10:44AM  4                  MR. WADE:  (HANDING.)

10:44AM  5                  THE COURT:  ALL RIGHT.  THANK YOU.

10:44AM  6         AND YOU'RE GOING TO COVER THESE IN YOUR EXAMINATION?

10:44AM  7                  MR. WADE:  I'M GOING TO COVER CERTAIN OF THEM IN THE

10:44AM  8    EXAMINATION, AND I'LL IDENTIFY THE NUMBERS.

10:44AM  9         THE OTHERS WE WOULD LIKE IN EVIDENCE BECAUSE WE MAY USE

10:44AM  10   THEM FOR OTHER PURPOSES AND DR. ROSENDORFF SIGNED ALL OF THEM.

10:44AM  11                 THE COURT:  AND THE -- I'M JUST TRYING TO DISCERN

10:44AM  12   WHETHER I NEED TO READ ALL OF THESE NUMBERS TO THE JURY NOW.

10:44AM  13        ARE YOU GOING TO TALK ABOUT ALL OF THESE?

10:44AM  14                 MR. WADE:  AS I GO THROUGH THEM, I CAN IDENTIFY THEM

10:44AM  15   AS A DOCUMENT THAT IS IN ADMISSION BY STIPULATION IF THAT'S

10:44AM  16   OKAY.

10:44AM  17                 THE COURT:  WHY DON'T YOU DO THAT.

10:44AM  18        LADIES AND GENTLEMEN, YOU'RE GOING TO HEAR TESTIMONY ABOUT

10:44AM  19   SOME EXHIBITS.  I DO HAVE A DOCUMENT FROM COUNSEL INDICATING

10:44AM  20   THAT THEY HAVE STIPULATED, THEY HAVE STIPULATED TO THE

10:44AM  21   ADMISSION OF THESE EXHIBITS.

10:45AM  22        PLEASE RECALL IN MY PRELIMINARY INSTRUCTIONS I TOLD YOU

10:45AM  23   WHEN THE PARTIES STIPULATE TO SOMETHING, THAT MEANS THAT THEY

10:45AM  24   HAVE REACHED AGREEMENT THAT IT MAY BE INTRODUCED INTO EVIDENCE

10:45AM  25   AND THAT YOU MAY CONSIDER THAT IN YOUR DELIBERATIONS.

10:45AM  1          THERE ARE PERHAPS 30, 40 NUMBERS HERE.  I'M NOT GOING TO

10:45AM  2     READ THEM ALL TO YOU NOW, BUT COUNSEL HAVE INDICATED THAT THIS

10:45AM  3     PART OF THE EXAMINATION WILL TOUCH ON THESE.  YOU'LL HAVE THE

10:45AM  4     STIPULATION AND IT WILL BE PART OF THE EVIDENCE TO REFER TO

10:45AM  5     SHOULD YOU WISH TO IDENTIFY A SPECIFIC DOCUMENT.

10:45AM  6          AS YOU GO THROUGH, COUNSEL, JUST IDENTIFY, PLEASE, THE

10:45AM  7     DOCUMENTS THAT ARE GOING TO BE ADMITTED PURSUANT TO THE

10:45AM  8     STIPULATION.

10:45AM  9          I THINK THAT WOULD CLEAR THE RECORD.  THANK YOU.

10:45AM 10               MR. WADE:  GREAT.  THANK YOU, YOUR HONOR.

10:45AM 11          AND THANK YOU TO THE GOVERNMENT FOR THE STIPULATION.

10:46AM 12     Q.   I'D LIKE TO FIRST DRAW YOUR ATTENTION TO EXHIBIT 9368,

10:46AM 13     WHICH IS AMONG THE STIPULATED EXHIBITS.  IT'S TOWARDS THE BACK.

10:46AM 14     THEY SHOULD BE NUMERICAL IN ORDER.

10:46AM 15     A.   YES.

10:46AM 16     Q.   OKAY.  AND THIS IS THE VALIDATION REPORT THAT WE'VE BEEN

10:46AM 17     TALKING ABOUT SO MUCH HERE; RIGHT?

10:46AM 18     A.   I'M NOT SURE WHAT YOU MEAN.

10:46AM 19     Q.   OKAY.  YOU RECALL THAT YOU TESTIFIED ABOUT VALIDATION

10:46AM 20     REPORTS FOR THE CLIA LAB PREVIOUSLY?

10:46AM 21     A.   YES.

10:46AM 22     Q.   AND THIS IS AN EXAMPLE OF ONE; RIGHT?

10:46AM 23     A.   YES.

10:46AM 24     Q.   AND THIS IS FOR THE TSH ELISA ASSAY.

10:46AM 25          DO YOU SEE THAT?

10:46AM   1      A.   YES.

10:46AM   2      Q.   AND IT'S ON THE EDISON -- IT'S ON THE EDISON THERANOS

10:46AM   3      SYSTEM; RIGHT?

10:46AM   4      A.   YES.

10:46AM   5      Q.   AND THAT'S -- AND THIS IS ONE OF THE EARLIER EDISON

10:47AM   6      ASSAYS; CORRECT?

10:47AM   7      A.   YES.

10:47AM   8      Q.   AND DO YOU SEE YOUR SIGNATURE THERE?  THE DATE IS

10:47AM   9      9-30-2013?

10:47AM  10      A.   YES.

10:47AM  11      Q.   AND SO THIS WOULD HAVE BEEN VALIDATED FOR THE PURPOSES OF

10:47AM  12      THE CLIA LABORATORY AS OF THAT DATE?

10:47AM  13      A.   YES.

10:47AM  14      Q.   AND COULD THEN BE USED CONSISTENT WITH AN APPROPRIATE SOP

10:47AM  15      IN THE CLIA LAB?

10:47AM  16      A.   YES.

10:47AM  17      Q.   FOR PATIENT USE?

10:47AM  18      A.   YES.

10:47AM  19      Q.   AND BY -- DO YOU SEE THAT THERE ARE SEVERAL PEOPLE WHO

10:47AM  20      AFFIX THEIR SIGNATURE TO THESE DOCUMENTS?

10:47AM  21      A.   YES.

10:47AM  22      Q.   AND THOSE ARE OTHER PEOPLE WHO WORKED ON THE DEVELOPMENT

10:47AM  23      OF THESE REPORTS?

10:47AM  24      A.   YES.

10:47AM  25      Q.   OTHER SCIENTISTS AND THE LIKE?

10:47AM  1    A.   CORRECT.

10:47AM  2    Q.   BUT ULTIMATELY YOU'RE THE APPROVER OF THESE POLICIES?

10:47AM  3    A.   I'M -- I APPROVED THE REPORT, YES.

10:48AM  4    Q.   AND --

10:48AM  5    A.   IT'S NOT A POLICY DOCUMENT.

10:48AM  6    Q.   IT'S A DOCUMENT THAT VALIDATES THE TEST AS APPROPRIATE FOR

10:48AM  7    PATIENT USE?

10:48AM  8    A.   CORRECT.

10:48AM  9    Q.   OKAY.  AND IS IT FAIR TO DESCRIBE THIS AS THE TICKET FOR

10:48AM  10   ADMISSION INTO THE CLIA LAB?

10:48AM  11   A.   YES.

10:48AM  12   Q.   OKAY.  WITHOUT ONE OF THESE DOCUMENTS, THERE IS NOT A --

10:48AM  13   A.   IT'S A REQUIRED, IT'S A REQUIRED ELEMENT FOR -- TO BEGIN

10:48AM  14   LAB TESTING.

10:48AM  15        AS I HAVE TESTIFIED BEFORE, THERE ARE A NUMBER OF OTHER

10:48AM  16   ELEMENTS, SUCH AS TRAINING, INSTRUMENT MAINTENANCE, ET CETERA.

10:48AM  17   CHECKING ON THOSE WOULD BE DELEGATED TO THE SUPERVISORS.

10:48AM  18   Q.   OKAY.

10:48AM  19   A.   IN OTHER WORDS, IF THEY SAW A PROBLEM IN ANY OF THOSE

10:48AM  20   AREAS, THEN THERE WOULD NOT BE TESTING.

10:48AM  21   Q.   OKAY.  UNDERSTOOD.

10:48AM  22        BUT THE POINT I JUST WANT TO MAKE SURE OF, AND I THINK

10:48AM  23   WE'RE IN AGREEMENT HERE, IS THAT IF YOU DON'T HAVE ONE OF THESE

10:48AM  24   DOCUMENTS, YOU CANNOT OFFER THE ASSAY WITHIN THE CLIA LAB;

10:48AM  25   CORRECT?

10:48AM   1      A.   CORRECT.

10:48AM   2      Q.   AND IF THEY DON'T HAVE YOUR SIGNATURE ON THE DOCUMENT WHEN

10:49AM   3   YOU'RE THE LAB DIRECTOR, THAT ASSAY CANNOT GO INTO THE CLIA

10:49AM   4   LAB; CORRECT?

10:49AM   5      A.   CORRECT.

10:49AM   6      Q.   AND THIS PARTICULAR ONE CAME IN SEPTEMBER, LATE SEPTEMBER

10:49AM   7   OF 2013; RIGHT?

10:49AM   8      A.   YES.

10:49AM   9      Q.   OKAY.  LET'S WALK THROUGH JUST ONE OF THESE IN A LITTLE

10:49AM  10   MORE DETAIL SO WE CAN MAKE SURE THAT WE UNDERSTAND THIS.

10:49AM  11           IF YOU CAN GO TO PAGE 5 OF THE DOCUMENT, AND IF WE CAN GO

10:49AM  12   UP TO THE ASSAY SPECIFICATIONS.

10:49AM  13           THIS GIVES SORT OF THE OVERVIEW OF THE ASSAY AND AN

10:49AM  14   OVERVIEW OF THE PROCESS OF VALIDATION.

10:49AM  15           IS THAT FAIR?

10:49AM  16      A.   IT'S CLINICAL BACKGROUND, AND THAT'S 1.1; NUMBER 1.2 IS

10:50AM  17   THE ASSAY SPECIFICATIONS THAT HAVE BEEN DEMONSTRATED; AND 1.3

10:50AM  18   IS THE COMPARATOR OR REFERENCE ASSAY THAT WAS USED TO VALIDATE

10:50AM  19   THIS TEST.

10:50AM  20      Q.   AND DO YOU UNDERSTAND -- I THINK YOU TESTIFIED YESTERDAY,

10:50AM  21   A LOT OF THE UNDERLYING DATA WORK HAD BEEN PERFORMED IN A

10:50AM  22   RESEARCH AND DEVELOPMENT FUNCTION?

10:50AM  23      A.   YES.

10:50AM  24      Q.   AND THEN IT WAS BROUGHT INTO THE CLIA LAB AND TESTED BY

10:50AM  25   YOU AND YOUR COLLEAGUES?

10:50AM 1    A.   YES.

10:50AM 2    Q.   OKAY.  DO YOU SEE AT THE BOTTOM WHERE IT SAYS REGULATION

10:50AM 3    AND GUIDANCE?

10:50AM 4    A.   YES.

10:50AM 5    Q.   OKAY.  AND DO YOU SEE IT SAYS, "THE

10:50AM 6    QUALIFICATION/VALIDATION OF THE ELISA ASSAYS ON THE THERANOS

10:50AM 7    DEVICE WILL BE IN ACCORDANCE WITH 493.1253."

10:50AM 8        DO YOU SEE THAT?

10:50AM 9    A.   YES.

10:50AM 10   Q.   AND THAT'S ACTUALLY, THAT'S THE SAME PROVISION THAT YOU

10:51AM 11   HAD, YOU HAD CUT AND PASTED INTO THAT EMAIL TO MR. BALWANI;

10:51AM 12   RIGHT?

10:51AM 13   A.   YES.

10:51AM 14   Q.   AND YOU HAD SAID THAT THERE WAS ONE ELEMENT OF THAT THAT

10:51AM 15   HADN'T BEEN MET AND THAT YOU WANTED TO HAVE MET?

10:51AM 16   A.   YES.

10:51AM 17   Q.   OKAY.  BUT THOSE, THOSE ARE SORT OF THE REGULATORY

10:51AM 18   REQUIREMENTS BEFORE YOU CAN, YOU CAN OFFER AN ASSAY WITHIN THE

10:51AM 19   CLIA LAB?

10:51AM 20   A.   YES.

10:51AM 21   Q.   AND YOU NEEDED TO ENSURE THAT IT MET THAT REQUIREMENT;

10:51AM 22   RIGHT?

10:51AM 23   A.   YES.

10:51AM 24   Q.   OKAY.  AND YOU DID ENSURE THAT; RIGHT?

10:51AM 25   A.   YES.

| | | |
|---|---|---|
| 10:51AM | 1 | Q.   AND IF WE CAN MOVE FORWARD IN THE DOCUMENT TO PAGE 8. |
| 10:52AM | 2 | DO YOU SEE THE DATA ON THE BOTTOM?  AND THIS IS PART OF |
| 10:52AM | 3 | THE CALIBRATION WORK THAT WAS DONE? |
| 10:52AM | 4 | A.   NO. |
| 10:52AM | 5 | Q.   WELL, LET ME BACK UP TO PAGE 6 TO MAKE SURE THAT I'M |
| 10:52AM | 6 | GUIDING YOU CORRECTLY. |
| 10:52AM | 7 | DO YOU SEE SECTION 2 IS CALIBRATION? |
| 10:52AM | 8 | A.   YES. |
| 10:52AM | 9 | Q.   AND CALIBRATION OF THE INSTRUMENT WAS SOMETHING THAT WAS |
| 10:52AM | 10 | NECESSARY IN ORDER FOR IT TO GET VALIDATED; CORRECT? |
| 10:52AM | 11 | A.   YES. |
| 10:52AM | 12 | Q.   AND IT IS SOMETHING THAT NEEDED TO BE DOCUMENTED WITHIN |
| 10:52AM | 13 | THIS REPORT; RIGHT? |
| 10:52AM | 14 | A.   YES. |
| 10:52AM | 15 | Q.   OKAY.  AND THEN ALL OF THAT DETAILED DATA IS LAID FORTH |
| 10:52AM | 16 | WITHIN THAT REPORT ITSELF; CORRECT? |
| 10:52AM | 17 | A.   YES. |
| 10:52AM | 18 | Q.   AND LET'S GO FORWARD TO PAGE 8. |
| 10:53AM | 19 | THERE ARE A NUMBER OF TABLES THAT SUMMARIZE THAT |
| 10:53AM | 20 | CALIBRATION DATA; RIGHT? |
| 10:53AM | 21 | A.   YES. |
| 10:53AM | 22 | Q.   AND WHAT DOES THAT TABLE ON THE BOTTOM OF PAGE 8 DO? |
| 10:53AM | 23 | A.   SO IT'S TAKING THE DATA FOR EACH CALIBRATOR AND IT'S |
| 10:53AM | 24 | TRANSLATING INTO AN ACTUAL ANALYTE CONCENTRATION. |
| 10:53AM | 25 | AND THE NOMINAL CONCENTRATION IS HOW MUCH IS IN THAT, EACH |

10:53AM  1     CALIBRATOR, AND THE THERANOS CONCENTRATION IS HOW MUCH IS BEING

10:53AM  2     REPORTED OUT BY THE INSTRUMENT.

10:53AM  3     Q.   OKAY.  AND THAT IS SOMETHING THAT IS ASSESSED BEFORE IT

10:53AM  4     CAN BE USED; RIGHT?

10:53AM  5     A.   YES.

10:53AM  6     Q.   OKAY.  AND IF YOU LOOK AT THE NEXT SEVERAL PAGES,

10:53AM  7     THERE'S -- I BELIEVE THERE'S MORE CALIBRATION DATA; CORRECT?

10:54AM  8     A.   YES.

10:54AM  9     Q.   OKAY.  LET'S GO TO PAGE 15.

10:54AM  10        AND DO YOU SEE PAGE 15, SECTION 4 OF EXHIBIT 9368

10:54AM  11    REFERENCES THE REFERENCE RANGE?

10:54AM  12    A.   YES.

10:54AM  13    Q.   AND A REFERENCE RANGE NEEDS TO BE CREATED UNDER THE

10:54AM  14    REGULATORY STANDARDS; CORRECT?

10:54AM  15    A.   CORRECT.

10:54AM  16    Q.   AND THAT REQUIRES, THAT REQUIRES DATA ANALYSIS RELATING TO

10:54AM  17    SOME OF THE RESULTS THAT HAVE BEEN OBTAINED; CORRECT?

10:54AM  18    A.   YES.

10:54AM  19    Q.   OKAY.  AND THAT'S WHAT IS DOCUMENTED WITHIN THIS REPORT;

10:54AM  20    RIGHT?

10:54AM  21    A.   YEAH.  THIS IS A VERIFICATION OF THE REFERENCE RANGE USING

10:54AM  22    20 FINGERSTICK SAMPLES FROM NORMAL DONORS.

10:54AM  23    Q.   OKAY.  AND LET'S GO TO PAGE 17.

10:55AM  24        DO YOU SEE ON THE BOTTOM THERE THERE'S A REFERENCE TO

10:55AM  25    PRECISION?

10:55AM  1    A.   YES.

10:55AM  2    Q.   AND PRECISION IS SOMETIMES A PROXY FOR RELIABILITY; IS

10:55AM  3    THAT RIGHT?

10:55AM  4    A.   RELIABILITY IS NOT DEFINED IN ANY REGULATORY OR GUIDANCE

10:55AM  5    DOCUMENT.

10:55AM  6    Q.   OKAY.  IT'S, IT'S A MATTER THAT IS LEFT TO THE JUDGMENT OF

10:55AM  7    THE LABORATORY DIRECTOR?

10:55AM  8    A.   SO THERE'S SOMETHING CALLED ALLOWABLE ERROR FOR AN ASSAY.

10:55AM  9    Q.   TOTAL ALLOWABLE ERROR?

10:55AM  10   A.   TOTAL ALLOWABLE ERROR, YEAH.

10:55AM  11   Q.   AND SOMETIMES REFERRED TO AS TAE?

10:55AM  12   A.   CORRECT.

10:55AM  13   Q.   AND YOU SOMETIMES LOOK AT THAT; RIGHT?

10:55AM  14   A.   YES.

10:55AM  15   Q.   AND YOU ALSO LOOK AT PRECISION DATA I THINK WE HAVE SEEN

10:55AM  16   IN SOME OF THE EMAILS; RIGHT?

10:55AM  17   A.   PRECISION IS REPRODUCIBILITY.

10:55AM  18   Q.   AND IT'S CONSISTENCY DATA ESSENTIALLY; RIGHT?

10:55AM  19   A.   YES.

10:55AM  20   Q.   THE FREQUENCY WITH WHICH THE TESTING CAN TEST THE SAME

10:56AM  21   SAMPLE AND GET THE SAME NUMBER EVERY TIME?

10:56AM  22   A.   YES, YES.

10:56AM  23   Q.   SO, LIKE, FOR EXAMPLE --

10:56AM  24   A.   IT'S NEVER GOING TO GET THE SAME NUMBER BECAUSE THERE'S

10:56AM  25   INHERENT VARIABILITY IN THE PROCESS.  BUT YOU'LL GET VALUES

10:56AM  1    IDEALLY THAT ARE CLOSE TO EACH OTHER.

10:56AM  2    Q.   RIGHT.

10:56AM  3    A.   HOW CLOSE THEY ARE IS PREDEFINED BY THE LABORATORY, HOW

10:56AM  4    CLOSE THEY NEED TO BE.

10:56AM  5    Q.   AND YOU SAY IT'S NEVER GOING TO HIT THE SAME NUMBER

10:56AM  6    BECAUSE IT'S THE SAME BLOOD; RIGHT?

10:56AM  7    A.   CORRECT.

10:56AM  8    Q.   AND IT TYPICALLY HAS THE SAME AMOUNT OF AN ANALYTE WITHIN

10:56AM  9    IT; RIGHT?

10:56AM  10   A.   RIGHT.

10:56AM  11   Q.   AND BECAUSE OF INSTRUMENTATION AND OTHER FACTORS, THERE'S

10:56AM  12   WHAT YOU DESCRIBED AS VARIABILITY; RIGHT?

10:56AM  13   A.   RIGHT.  BUT YOU ALSO HAVE TO BEAR IN MIND THAT IT'S NOT

10:56AM  14   NECESSARILY -- IF THE ANALYTE IS AT VERY LOW ABUNDANCE, THE

10:56AM  15   FIRST TIME YOU TAKE AN ALIQUOT YOU MIGHT GET TEN MOLECULES, AND

10:57AM  16   THE NEXT TIME YOU TAKE AN ALIQUOT YOU MIGHT GET EIGHT

10:57AM  17   MOLECULES.

10:57AM  18   Q.   AND ALL OF THAT CAN AFFECT THE RESULT AS QUANTIFIED BY THE

10:57AM  19   TEST; RIGHT?

10:57AM  20   A.   YES, YES.

10:57AM  21   Q.   AND SO -- BUT THE IDEA OF PRECISION IS TO TEST THE

10:57AM  22   FREQUENCY WITH WHICH, IF YOU PERFORM THE SAME PROCEDURE, YOU

10:57AM  23   CAN GET THE SAME NUMBER; RIGHT?  THAT'S THE GOAL?

10:57AM  24   A.   IT'S NOT THE SAME NUMBER.  I'VE ALREADY EXPLAINED THAT TO

10:57AM  25   YOU.

10:57AM 1    Q.   OKAY.

10:57AM 2    A.   THE NUMBERS ARE SUFFICIENTLY CLOSE TO EACH OTHER AS

10:57AM 3    DEFINED BY A STANDARD DEVIATION.

10:57AM 4    Q.   OKAY.

10:57AM 5    A.   RELATIVE TO THE MEAN OF THOSE NUMBERS.  AND THAT GIVES YOU

10:57AM 6    A CV PERCENTAGE, AND THAT HAS TO MEET PREDEFINED LABORATORY

10:57AM 7    CRITERIA.

10:57AM 8    Q.   OKAY.  LET ME SEE IF I CAN LIKEN THE CONCEPT TO A

10:57AM 9    DAY-TO-DAY EXPERIENCE.

10:57AM 10        IF THERE WAS A SCALE AND I WERE TO GET UP ON THE SCALE AT

10:57AM 11   THE SAME TIME, THAT SCALE MIGHT SAY 145 POUNDS; RIGHT?

10:58AM 12        THE NEXT TIME IT MIGHT SAY 145.3.

10:58AM 13        THE NEXT TIME IT MIGHT SAY 144.7; RIGHT?

10:58AM 14        IT WOULD DEPEND UPON THE PRECISION OF THE SCALE.  RIGHT?

10:58AM 15   A.   CORRECT.

10:58AM 16   Q.   AND THAT VARIABILITY FROM RESULT TO RESULT IS JUST SORT OF

10:58AM 17   THE NATURE OF THE INSTRUMENTATION?

10:58AM 18   A.   THAT'S ONE FACTOR, YES.

10:58AM 19   Q.   RIGHT.  AND IT'S HARD TO KNOW WITH CERTAINTY THE SORT OF

10:58AM 20   TRUE MEASURE OF THE ACTUAL ANALYTE WITHIN BLOOD; RIGHT?

10:58AM 21   A.   WELL, THIS GETS INTO A COMPLICATED DISCUSSION THAT IS

10:58AM 22   PROBABLY NOT APPROPRIATE FOR RIGHT NOW, YEAH.

10:58AM 23        IT GETS INTO THE DISCUSSION OF NUTROLOGY, WHAT A TRUE

10:58AM 24   VALUE IS, BIOLOGICAL TRUE VALUE, THE GOLD STANDARD, ET CETERA.

10:58AM 25   Q.   AND THE GOLD STANDARDS ARE SORT OF AN ESTABLISHED ASSAY

10:59AM  1    AGAINST WHICH ASSAYS ARE FREQUENTLY MEASURED; RIGHT?

10:59AM  2    A.   CORRECT.

10:59AM  3    Q.   AND THAT'S PART OF A VALIDATION PROCESS; RIGHT?

10:59AM  4    A.   CORRECT.

10:59AM  5    Q.   AND LET'S GO BACK TO THE DOCUMENT AND LOOK AT PAGE 20.

10:59AM  6    THIS IS SECTION 5 OF THE REPORT.

10:59AM  7         DOCTOR, I DON'T WANT TO WALK THROUGH ALL THESE REPORTS,

10:59AM  8    BUT AS A GENERAL MATTER, THESE ARE KIND OF SIMILAR DOCUMENTS;

10:59AM  9    RIGHT?  THEY LOOK AT THE SAME ELEMENTS; IS THAT RIGHT?

10:59AM 10    A.   YES.

10:59AM 11    Q.   AND THIS SETS FORTH ACCURACY.

10:59AM 12         DO YOU SEE THAT?

10:59AM 13    A.   YES.

10:59AM 14    Q.   AND WHAT IS DONE TO ASSESS THE ACCURACY OF THE ASSAY

10:59AM 15    BEFORE IT'S PUT WITHIN THE CLIA LAB?

10:59AM 16    A.   A NUMBER OF SAMPLES, PATIENT SAMPLES, ARE COLLECTED.  FOR

11:00AM 17    THE ACCURACY SECTION, THIS WOULD BE VENOUS BLOOD.  THEY'RE

11:00AM 18    UNIQUE PATIENT SAMPLES.  IN THIS CASE THERE WERE 103 COLLECTED,

11:00AM 19    AND SOME WERE BELOW THE REFERENCE RANGE AND SOME OF THEM WERE

11:00AM 20    ABOVE THE REFERENCE RANGE SO THAT YOU MAKE SURE YOU'RE

11:00AM 21    CAPTURING BOTH THE NORMAL AND PATHOLOGICAL STATES.  THOSE

11:00AM 22    SAMPLES WOULD BE RUN ON A THERANOS METHOD AND A PREDICATE

11:00AM 23    METHOD, IN THIS CASE THE IMMULITE.

11:00AM 24    Q.   OKAY.

11:00AM 25    A.   AND THEN YOU COMPARE THOSE DATA AND IDEALLY YOU PLOT THEM

11:00AM 1    AGAINST EACH OTHER AND THERE SHOULD BE A LINEAR ONE-TO-ONE

11:00AM 2    RELATIONSHIP BETWEEN THOSE NUMBERS.

11:00AM 3    Q.   OKAY.  AND THERE OFTEN IS NOT A LINEAR ONE-TO-ONE RATIO,

11:00AM 4    BUT IT NEEDS TO BE WITHIN A CERTAIN RANGE OF ONE-TO-ONE; RIGHT?

11:00AM 5    A.   CORRECT.

11:00AM 6    Q.   AND LET ME SEE IF I CAN UNPACK THAT A LITTLE BIT JUST FOR

11:00AM 7    CLARIFICATION FOR NONSCIENTISTS LIKE ME.  OKAY?

11:01AM 8    A.   UH-HUH.

11:01AM 9    Q.   IS THE IMMULITE COMPARATOR IN THAT, IS THAT THE GOLD

11:01AM 10   STANDARD AGAINST WHICH YOU'RE MEASURING THE PERFORMANCE?

11:01AM 11   A.   IN THIS CASE, YES.

11:01AM 12   Q.   SO THE GOLD STANDARD IS AN EXISTING COMMERCIAL MACHINE;

11:01AM 13   RIGHT?

11:01AM 14   A.   CORRECT.

11:01AM 15   Q.   AND THAT'S APPROVED BY THE FDA; CORRECT?

11:01AM 16   A.   CORRECT.

11:01AM 17   Q.   AND YOU LOOK AT THAT RESULT, AND THEN YOU TAKE THE SAME

11:01AM 18   BLOOD AND YOU RUN IT ON THE THERANOS MACHINE?

11:01AM 19   A.   CORRECT.

11:01AM 20   Q.   OKAY.  AND THEN YOU COMPARE THE RESULTS OF ONE TO THE

11:01AM 21   OTHER; RIGHT?

11:01AM 22   A.   CORRECT.

11:01AM 23   Q.   AND WHAT YOU SAID IS THAT YOU DON'T WANT TO JUST HAVE

11:01AM 24   NORMAL RESULTS TO COMPARE, LIKE THE AVERAGE?

11:01AM 25   A.   RIGHT.

11:01AM 1    Q.   YOU WANT TO MAKE SURE IF SOMEONE HAS, FOR EXAMPLE, AN

11:01AM 2    ELEVATED VITAMIN D LEVEL, THAT IT TESTS THE SAME ON BOTH

11:01AM 3    MACHINES; RIGHT?

11:01AM 4    A.   YES, YES.

11:01AM 5    Q.   OKAY.  AND SIMILARLY, IF THEY HAVE A LOW VITAMIN D

11:01AM 6    LEVEL --

11:01AM 7    A.   YES.

11:01AM 8    Q.   -- THAT THEY TEST THE SAME ON BOTH MACHINES; IS THAT

11:02AM 9    CORRECT?

11:02AM 10   A.   YES, YES.

11:02AM 11   Q.   AND WHEN YOU'RE ASSESSING THE ACCURACY OF A TEST, THAT'S

11:02AM 12   WHAT YOU'RE DOING, YOU'RE COMPARING THERANOS'S PERFORMANCE

11:02AM 13   AGAINST A WELL ESTABLISHED FDA APPROVED MACHINE; RIGHT?

11:02AM 14   A.   YES.

11:02AM 15   Q.   OKAY.  AND IT'S ONLY WHEN THAT GETS WITHIN AN ALLOWABLE

11:02AM 16   RELATIONSHIP THAT IT'S DEEMED SUFFICIENTLY ACCURATE TO BE

11:02AM 17   OFFERED IN A LAB; RIGHT?

11:02AM 18   A.   YES.  THERE'S A, THERE'S A BIAS -- THERE'S A TOTAL

11:02AM 19   ALLOWABLE ERROR THAT IS THE SUM OF THE PRECISION IN THE BIAS

11:02AM 20   THAT CANNOT BE EXCEEDED.

11:02AM 21       SO YOU REALLY LOOK AT THE PERCENT DIFFERENCE IN THE

11:02AM 22   PREDICATE AND THERANOS METHODS, THAT'S YOUR BIAS, AND THEN YOU

11:02AM 23   LOOK AT YOUR CV'S, THAT'S YOUR PRECISION, AND YOU ADD THOSE

11:02AM 24   TOGETHER, AND THEY HAVE TO BE WITHIN THE TOTAL ALLOWABLE ERROR,

11:02AM 25   YEAH.

11:02AM 1    Q.   AND THE BIAS IS THE AMOUNT OF WHICH ONE RESULT IS OFF FROM

11:03AM 2    THE GOLD STANDARD; RIGHT?

11:03AM 3    A.   ON AVERAGE.

11:03AM 4    Q.   ON AVERAGE?

11:03AM 5    A.   YES.

11:03AM 6    Q.   AND SO IF THE GOLD STANDARD IS THE BULL'S EYE IN THE

11:03AM 7    TARGET, IT'S THE AMOUNT THAT THE ARROW HITS JUST OUTSIDE OF

11:03AM 8    THAT TARGET; RIGHT?  IT'S A MEASUREMENT AKIN TO SOMETHING LIKE

11:03AM 9    THAT?

11:03AM 10   A.   YES.

11:03AM 11   Q.   OKAY. AND IF THE ARROW HITS, YOU KNOW, WAY OFF THE TARGET

11:03AM 12   THREE TIMES, YOU PROBABLY HAVE A PROBLEM AND IT'S NOT GOING TO

11:03AM 13   BE SUFFICIENTLY ACCURATE; RIGHT?

11:03AM 14   A.   WELL, YOU'RE LOOKING AT AVERAGE BIAS, SO --

11:03AM 15   Q.   SO YOU COMPUTE THOSE ITEMS WITHIN THE TOTAL RANGE?  THE

11:03AM 16   TOTALITY OF THE GROUP OF TESTS HAS TO BE SUFFICIENTLY CLOSE TO

11:03AM 17   THAT BULL'S EYE --

11:03AM 18   A.   YES.

11:03AM 19   Q.   -- TO BE CONSIDERED ACCURATE FOR PATIENT USE; RIGHT?

11:03AM 20   A.   EACH -- SO IF YOU LOOK AT TABLE 12, YOU KNOW, EACH --

11:03AM 21   THERE'S A --

11:04AM 22   Q.   COULD WE PULL UP TABLE 12 FOR THE JURY, PLEASE.  THAT'S ON

11:04AM 23   PAGE 21.

11:04AM 24        SHOULD WE BLOW UP THE TOP, DOCTOR?

11:04AM 25   A.   YES.

11:04AM 1    Q.   OKAY.  LET'S BLOW UP THE TOP.

11:04AM 2    A.   YOU SEE THAT THE THERANOS RESULTS ARE FAIRLY CLOSE TO THE

11:04AM 3    IMMULITE RESULTS.

11:04AM 4         THE IMMULITE RESULTS ARE SHOWING AS REPORTED VALUE, AND

11:04AM 5    THE RECOVERIES FOR THE MOST PART ARE CLOSE TO 100 PERCENT WITH

11:04AM 6    A FEW EXCEPTIONS, RIGHT?

11:04AM 7         TSH 09, THE RECOVERY IS ONLY 54 PERCENT, AND FOR TSH 17,

11:04AM 8    THE RECOVERY IS 200 PERCENT.

11:04AM 9         ALL OF THAT GETS AVERAGED OUT IN A BIAS CALCULATION.

11:05AM 10   Q.   AND THAT'S WHY YOU HAVE A UNIVERSE OF DATA AND YOU -- IN

11:05AM 11   AGGREGATE, THEY HAVE TO HIT THE TARGET OR BE SUFFICIENTLY CLOSE

11:05AM 12   TO THE TARGET; CORRECT?

11:05AM 13   A.   CORRECT.

11:05AM 14   Q.   AND IT'S ONLY WHEN THAT HAPPENS AND IT'S DEEMED

11:05AM 15   SUFFICIENTLY ACCURATE THAT IT CAN GO INTO THE LAB; RIGHT?

11:05AM 16   A.   YES.

11:05AM 17   Q.   LET'S GO TO PAGE 25 AND BLOW UP FIGURE 8.

11:05AM 18        OKAY.  DO YOU SEE, DO YOU SEE THIS CHART?

11:05AM 19   A.   YES.

11:05AM 20   Q.   OKAY.  AND IS THIS THE MEASUREMENT OF ACCURACY THAT THE --

11:06AM 21   THE QUANTIFICATION OF THE MEASUREMENT OF ACCURACY THAT YOU WERE

11:06AM 22   TALKING ABOUT?

11:06AM 23   A.   NO.  THIS IS A PLOT.  ON THE X AXIS YOU HAVE THE PREDICATE

11:06AM 24   RESULTS, AND ON THE Y AXIS YOU HAVE THE THERANOS RESULTS.

11:06AM 25        EACH DATA POINT IS -- SO THE RESULT -- THOSE TWO VALUES

| 11:06AM | 1 | GENERATED THE POINT THAT YOU'RE SEEING ON THE GRAPH, AND THEN |
| 11:06AM | 2 | WHAT IS CALLED A LINEAR REGRESSION IS PERFORMED WHICH GENERATES |
| 11:06AM | 3 | A FORMULA THAT RELATES THE ONE RESULT TO THE OTHER, AND THAT'S |
| 11:06AM | 4 | Y EQUALS 0.9748X, AND THEN AN R SQUARED VALUE, WHICH IS |
| 11:06AM | 5 | STATISTICAL ESTIMATES OF THE CORRELATION, HOW WELL CORRELATED |
| 11:06AM | 6 | THOSE RESULTS ARE TO EACH OTHER. |
| 11:06AM | 7 | Q.   AND THAT R SQUARED THERE -- |
| 11:06AM | 8 | A.   YES. |
| 11:06AM | 9 | Q.   -- WHICH IS .9205. |
| 11:07AM | 10 |      DO YOU SEE THAT? |
| 11:07AM | 11 | A.   YES. |
| 11:07AM | 12 | Q.   AND YOU SAID PERFECT IS 1.0; CORRECT? |
| 11:07AM | 13 | A.   CORRECT. |
| 11:07AM | 14 | Q.   AND THERE'S RARELY PERFECT; RIGHT? |
| 11:07AM | 15 | A.   CORRECT. |
| 11:07AM | 16 | Q.   AND IT'S A QUESTION OF WHETHER THAT NUMBER IS CLOSE ENOUGH |
| 11:07AM | 17 | TO 1; IS THAT RIGHT? |
| 11:07AM | 18 | A.   CORRECT, CORRECT. |
| 11:07AM | 19 | Q.   AND IN THIS CASE IT WAS? |
| 11:07AM | 20 | A.   CORRECT.  I'D LIKE TO POINT OUT SOMETHING. |
| 11:07AM | 21 |      I'LL SHUT UP BECAUSE I'M NOT BEING ASKED A QUESTION. |
| 11:07AM | 22 | Q.   WE'LL KEEP GOING.  WE'RE GOING TO TAKE A BREAK HERE IN A |
| 11:07AM | 23 | SECOND. |
| 11:07AM | 24 |      IF WE GO TO 8 -- I'M SORRY, PAGE 36, SECTION 8.  THIS |
| 11:07AM | 25 | IS -- THERE'S A DETAILED SECTION HERE OF DATA RELATING TO |

| 11:07AM | 1 | ANTICOAGULANT COMPARISON; RIGHT? |
| 11:08AM | 2 | DO YOU SEE THAT? |
| 11:08AM | 3 | A.   JUST GIVE ME A MOMENT TO READ IT, PLEASE. |
| 11:08AM | 4 | (PAUSE IN PROCEEDINGS.) |
| 11:08AM | 5 | THE WITNESS:  OKAY. |
| 11:08AM | 6 | BY MR. WADE: |
| 11:08AM | 7 | Q.   AND THIS IS ONE OF THE REQUIREMENTS.  YOU NEED TO MAKE THE |
| 11:08AM | 8 | ASSESSMENT BEFORE THE ASSAY CAN BE VALIDATED? |
| 11:08AM | 9 | A.   YES. |
| 11:08AM | 10 | Q.   OKAY.  THAT'S THE ONLY QUESTION THAT I HAVE ON THAT. |
| 11:08AM | 11 | IF WE CAN GO TO 42 AND LOOK AT SECTION 9. |
| 11:08AM | 12 | I THINK WE TALKED A LITTLE BIT EARLIER ABOUT SENSITIVITY. |
| 11:09AM | 13 | DO YOU RECALL THAT? |
| 11:09AM | 14 | A.   YES. |
| 11:09AM | 15 | Q.   THAT WAS AN ISSUE THAT YOU RAISED? |
| 11:09AM | 16 | A.   YES. |
| 11:09AM | 17 | Q.   AND YOU WANTED TO MAKE SURE THAT SENSITIVITY WAS PROPERLY |
| 11:09AM | 18 | DOCUMENTED; RIGHT? |
| 11:09AM | 19 | A.   VALIDATED AND DOCUMENTED, YES. |
| 11:09AM | 20 | Q.   OKAY.  AND THIS IS THE SECTION OF THE REPORT THAT DOES |
| 11:09AM | 21 | THAT; RIGHT? |
| 11:09AM | 22 | A.   YES. |
| 11:09AM | 23 | Q.   OKAY.  AND THE PAGES THAT FOLLOW HAVE THE DETAILED DATA |
| 11:09AM | 24 | RELATING TO THAT? |
| 11:09AM | 25 | A.   YES. |

11:09AM 1    Q.   OKAY.  AND LET'S GO TO PAGE 46.

11:09AM 2         SECTION 10 IS INTERFERENCE; IS THAT RIGHT?

11:09AM 3    A.   YES.

11:09AM 4    Q.   OKAY.  AND EXPLAIN TO US WHAT IS DONE TO ASSESS

11:09AM 5    INTERFERENCES IN CONNECTION WITH THE VALIDATION OF AN ASSAY

11:09AM 6    GENERALLY.

11:09AM 7    A.   COMMERCIALLY AVAILABLE INTERFERING SUBSTANCES.  IN THIS

11:09AM 8    CASE HEMOGLOBIN, BILIRUBIN, AND TRIGLYCERIDES WERE ADDED TO

11:10AM 9    BLOOD AND YOU COMPARE THE VALUES YOU GET WITH THE INTERFERING

11:10AM 10   SUBSTANCES ADDED -- YOU COMPARE THE VALUES YOU GET FOR SAMPLES

11:10AM 11   WITHOUT THE INTERFERING SUBSTANCES TO VALUES THAT YOU GET WITH

11:10AM 12   THE INTERFERING SUBSTANCES AND YOU DETERMINE WHAT -- HOW MUCH

11:10AM 13   INTERFERENCE IS THERE.

11:10AM 14   Q.   AND THAT'S TO ENSURE THAT THOSE INTERFERING SUBSTANCES

11:10AM 15   DON'T GET IN THE WAY OF AN ACCURATE RESULT?

11:10AM 16   A.   CORRECT.

11:10AM 17   Q.   OKAY.  SO YOU BASICALLY ADD IN ELEMENTS TO SEE IF IT

11:10AM 18   TRICKS THE TEST TO GIVING A BAD RESULT?

11:10AM 19   A.   CORRECT.

11:10AM 20   Q.   OKAY.  BECAUSE SOME OF THOSE ELEMENTS THAT YOU ADD INTO

11:11AM 21   THE SAMPLE ACTUALLY DO EXIST IN OTHER PEOPLE'S BLOOD; RIGHT?

11:11AM 22   A.   ALL OF THESE DO.

11:11AM 23   Q.   ALL OF THEM DO?

11:11AM 24   A.   YEAH.

11:11AM 25   Q.   SO YOU WANT TO MAKE SURE WHEN THE TEST GOES OUT IN THE

11:11AM  1     FIELD AND THERE ARE DIFFERENT INTERFERING SUBSTANCES, THAT

11:11AM  2     YOU'RE STILL ABLE TO GET AN ACCURATE RESULT?

11:11AM  3     A.   YES.

11:11AM  4     Q.   OKAY.  AND IF I COULD, JUST FINALLY ON THIS DOCUMENT,

11:11AM  5     BRING YOU TO THE LAST PAGE, WHICH IS PAGE 51.

11:11AM  6          AND DO YOU SEE THIS DOCUMENT REFERENCES THE MANY DIFFERENT

11:11AM  7     MATERIALS THAT HAVE GONE INTO THE WORK AND ANALYSIS RELATING TO

11:11AM  8     THIS ASSAY.

11:11AM  9          DO YOU SEE THAT?

11:11AM  10    A.   YES.

11:11AM  11    Q.   AND MANY OF THESE ARE SPECIFICALLY CITED WITHIN THE

11:11AM  12    REPORT?

11:11AM  13    A.   YES.

11:11AM  14    Q.   AND DIFFERENT SCIENTISTS OVER TIME REFER TO THESE AS

11:11AM  15    STANDARDS AND INFORMATION TO CONSIDER?

11:12AM  16    A.   YES.

11:12AM  17    Q.   AND I TAKE IT, GENERALLY SPEAKING, IF I WERE TO PRINT OUT

11:12AM  18    ALL OF THESE MATERIALS, I WOULD PROBABLY HAVE TO HAND YOU

11:12AM  19    ANOTHER ONE OF THESE BINDERS; IS THAT RIGHT?

11:12AM  20    A.   YEAH.  PLEASE DON'T.

11:12AM  21    Q.   OKAY.

11:12AM  22         WITH THAT, YOUR HONOR, MAY WE TAKE A BREAK?

11:12AM  23             THE COURT:  LET'S DO THAT.  WHY DON'T WE TAKE

11:12AM  24    45 MINUTES, AND WE'LL COME BACK AT NOON.

11:12AM  25         WE'LL GO THEN, LADIES AND GENTLEMEN, UNTIL 2:00 AND TAKE A

11:12AM  1      BREAK, AND THEN WE'LL FINISH AT 4:00.

11:12AM  2          HAVE A GOOD LUNCH.

11:12AM  3          (LUNCH RECESS AT 11:12 A.M.)

12:02PM  1          **AFTERNOON SESSION**

12:02PM  2          (JURY IN AT 12:02 P.M.)

12:02PM  3               THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

12:02PM  4     THE JURY AND ALTERNATES ARE PRESENT.

12:02PM  5          COUNSEL AND MS. HOLMES IS PRESENT.

12:03PM  6          OUR WITNESS IS ON THE STAND.

12:03PM  7          YOU'D LIKE TO CONTINUE WITH YOUR EXAMINATION?

12:03PM  8               MR. WADE:  I WOULD, YOUR HONOR.  THANK YOU.

12:03PM  9     Q.  DR. ROSENDORFF, I BELIEVE BEFORE THE BREAK WE WERE TALKING

12:03PM  10    ABOUT VALIDATION REPORTS.

12:03PM  11         DO YOU RECALL THAT?

12:03PM  12    A.  YES.

12:03PM  13    Q.  AND I'D LIKE TO GO TO OUR NEXT VALIDATION REPORT, AND IT'S

12:03PM  14    WITHIN THAT BOOK, 9387.

12:03PM  15    A.  OKAY.  I HAVE IT.

12:03PM  16               MR. WADE:  IT'S IN EVIDENCE PER STIPULATION.  IF WE

12:03PM  17    CAN PUBLISH IT.

12:03PM  18         (DEFENDANT'S EXHIBIT 9387 WAS RECEIVED IN EVIDENCE.)

12:03PM  19    BY MR. WADE:

12:03PM  20    Q.  AND CAN YOU IDENTIFY THE ASSAY FOR WHICH THIS WAS A

12:03PM  21    VALIDATION REPORT AND THE DEVICE ON WHICH IT WAS VALIDATED?

12:03PM  22    A.  THE ASSAY IS TPSA, WHICH IS TOTAL PROSTATE SPECIFIC

12:04PM  23    ANTIGEN FOR THE EDISON 3.X SYSTEM.

12:04PM  24    Q.  AND THIS WAS AN EDISON ASSAY; CORRECT?

12:04PM  25    A.  CORRECT.

12:04PM 1    Q.   AND YOU SIGNED THIS VALIDATION REPORT ON SEPTEMBER 30TH,

12:04PM 2    2013?

12:04PM 3    A.   YES, I DID.

12:04PM 4    Q.   AND YOU BELIEVED THIS ASSAY TO APPROPRIATELY QUALIFY FOR

12:04PM 5    VALIDATION UNDER THE RULES AND REGULATIONS WE'VE BEEN

12:04PM 6    PREVIOUSLY REVIEWING IN CONNECTION WITH THAT?

12:04PM 7    A.   YES, AND THE ASSAY MET THOSE REQUIREMENTS.

12:04PM 8    Q.   OKAY.

12:04PM 9    A.   THE VALIDATION, I'M SORRY.

12:04PM 10   Q.   AND THREE OF YOUR COLLEAGUES ALSO SIGNED OFF ON THAT AS

12:04PM 11   WELL?

12:04PM 12   A.   YES.

12:04PM 13   Q.   IF WE COULD GO TO THE NEXT VALIDATION REPORT, WHICH IS

12:04PM 14   9412.

12:05PM 15        THIS IS IN EVIDENCE PER STIPULATION, AND WE'RE PUBLISHING

12:05PM 16   IT.

12:05PM 17        THIS IS THE VITAMIN D ASSAY VALIDATION REPORT ON THE

12:05PM 18   EDISON 3 SERIES DEVICE; IS THAT RIGHT?

12:05PM 19   A.   CORRECT.

12:05PM 20   Q.   AND THIS, TOO, IS SIGNED ON SEPTEMBER 30TH, 2013?

12:05PM 21   A.   YES.

12:05PM 22   Q.   AND IT'S ALSO SIGNED BY THREE OF YOUR COLLEAGUES?

12:05PM 23   A.   YES.

12:05PM 24   Q.   AND IS IT SIGNED BECAUSE YOU BELIEVED AT THE TIME THIS WAS

12:05PM 25   PRESENTED TO YOU THAT IT QUALIFIED, ACCORDING TO ALL OF THE

12:05PM  1     REQUIREMENTS NECESSARY TO OFFER A TEST IN THE CLIA LAB?

12:05PM  2     A.   YES, THAT WAS MY BELIEF.

12:05PM  3     Q.   IF WE CAN GO TO THE NEXT VALIDATION REPORT, WHICH IS 9381,

12:05PM  4     WHICH IS ALSO IN EVIDENCE PER STIPULATION.  WE'RE PUBLISHING

12:06PM  5     THAT.

12:06PM  6          THIS IS THE TOTAL T4 ELISA ASSAY VALIDATION REPORT ON THE

12:06PM  7     EDISON 3.5 THERANOS SYSTEM; IS THAT RIGHT?

12:06PM  8     A.   CORRECT.

12:06PM  9     Q.   AND IT IS EFFECTIVE JANUARY 10TH, 2014; IS THAT CORRECT?

12:06PM 10     A.   CORRECT.

12:06PM 11     Q.   AND AS WITH THE PRIOR REPORTS, YOU SIGNED --

12:06PM 12     A.   POINT OF CLARIFICATION.  I SIGNED IT ON THE 14TH.  I'M NOT

12:06PM 13     SURE WHY THE EFFECTIVE DATE IS PRIOR TO THAT.

12:06PM 14     Q.   IS IT POSSIBLE THAT IT HAD BEEN REVIEWED OR SOMETHING

12:06PM 15     PREVIOUSLY?

12:06PM 16     A.   I DON'T RECALL.

12:06PM 17     Q.   OKAY.  WELL, YOU SIGNED IT ON THE 14TH; IS THAT CORRECT?

12:06PM 18     A.   CORRECT.

12:06PM 19     Q.   AND AS OF AT LEAST JANUARY 14TH, 2014, DID YOU BELIEVE IT

12:06PM 20     TO BE -- DID YOU BELIEVE THAT THIS VALIDATION REPORT MET ALL OF

12:06PM 21     THE APPROPRIATE REQUIREMENTS?

12:06PM 22     A.   YES, I DID.

12:06PM 23     Q.   AND DID YOU BELIEVE THEN IT WAS APPROPRIATE TO OFFER THIS

12:06PM 24     ASSAY WITHIN THE CLIA LAB?

12:06PM 25     A.   YES.

12:06PM   1     Q.   OKAY.  IF WE CAN GO TO THE NEXT VALIDATION REPORT, WHICH

12:07PM   2     IS 9382, WHICH IS ALSO IN EVIDENCE BY STIPULATION.

12:07PM   3          WE'RE LOOKING AT THE TOTAL TESTOSTERONE ELISA ASSAY

12:07PM   4     VALIDATION REPORT ON THE EDISON 3.5 THERANOS SYSTEM; CORRECT?

12:07PM   5     A.   CORRECT.

12:07PM   6     Q.   AND THIS SAYS THAT YOU SIGNED THAT DOCUMENT ON

12:07PM   7     JANUARY 15TH, 2014; IS THAT CORRECT?

12:07PM   8     A.   CORRECT.

12:07PM   9     Q.   AND IN SIGNING THAT DOCUMENT, YOU'RE RECOGNIZING THAT THAT

12:07PM   10    ASSAY WAS APPROPRIATE TO BE OFFERED WITHIN THE CLIA LAB?

12:07PM   11    A.   CORRECT.

12:07PM   12    Q.   AND THAT IT MET ALL OF THE APPROPRIATE LEGAL REQUIREMENTS;

12:07PM   13    CORRECT?

12:07PM   14    A.   YES.

12:07PM   15    Q.   IF WE CAN GO NEXT TO 9384.  SINCE THERE'S A BIG WORD IN

12:08PM   16    THIS ONE I'M GOING TO HAVE YOU PRONOUNCE IT.

12:08PM   17         CAN YOU TELL US THIS ASSAY?

12:08PM   18    A.   SURE.  TOTAL TRIIODOTHYRONINE ASSAY.

12:08PM   19    Q.   AND DOES THAT HAVE A SHORT -- IS THAT REFERRED TO AS

12:08PM   20    SOMETHING BY AN ABBREVIATED NAME?

12:08PM   21    A.   T3.

12:08PM   22    Q.   T3.  THIS IS THE T3 ELISA ASSAY VALIDATION REPORT ON THE

12:08PM   23    EDISON 3 SERIES THERANOS SYSTEM?

12:08PM   24    A.   CORRECT.

12:08PM   25    Q.   AND YOU SIGNED THIS DOCUMENT ON JANUARY 20 -- I'M SORRY,

| 12:08PM | 1 | JANUARY 15TH, 2014? |
| 12:09PM | 2 | A.   YES. |
| 12:09PM | 3 | Q.   AND YOUR COLLEAGUES SIGNED THIS AS WELL? |
| 12:09PM | 4 | A.   YES. |
| 12:09PM | 5 | Q.   AND IN SIGNING THIS, YOU WERE CERTIFYING THAT THIS ASSAY |
| 12:09PM | 6 | WAS APPROPRIATE FOR USE ON PATIENTS WITHIN THE CLIA LAB? |
| 12:09PM | 7 | A.   YES. |
| 12:09PM | 8 | Q.   AND THAT IT MET ALL OF THE APPROPRIATE REQUIREMENTS? |
| 12:09PM | 9 | A.   YES. |
| 12:09PM | 10 | Q.   I'LL MOVE TO THE NEXT REPORT, WHICH IS 9196. |
| 12:09PM | 11 | THIS IS THE HCG ELISA ASSAY VALIDATION REPORT ON THE |
| 12:09PM | 12 | EDISON 3.5 THERANOS SYSTEM? |
| 12:09PM | 13 | A.   IF YOU'LL ALLOW ME A FEW MOMENTS.  9186? |
| 12:09PM | 14 | Q.   OH, MY APOLOGIES, DOCTOR. |
| 12:09PM | 15 | A.   NO PROBLEM. |
| 12:09PM | 16 | Q.   9196, WHICH IS EVIDENCE PER STIPULATION. |
| 12:10PM | 17 | A.   OKAY. |
| 12:10PM | 18 | Q.   DO YOU HAVE THAT IN FRONT OF YOU, DOCTOR? |
| 12:10PM | 19 | A.   YES. |
| 12:10PM | 20 | Q.   OKAY.  THIS IS THE HCG ELISA ASSAY VALIDATION REPORT ON |
| 12:10PM | 21 | THE EDISON 3.5 THERANOS SYSTEM? |
| 12:10PM | 22 | A.   YES. |
| 12:10PM | 23 | Q.   AND IT'S SIGNED BY YOU ON MARCH 19TH, 2014; CORRECT? |
| 12:10PM | 24 | A.   CORRECT. |
| 12:10PM | 25 | Q.   AND IT'S SIGNED BY THREE OF YOUR COLLEAGUES AS WELL? |

12:10PM  1    A.  CORRECT.

12:10PM  2    Q.  AND YOU SIGNED THAT BECAUSE YOU THOUGHT IT WAS APPROPRIATE

12:10PM  3    TO OFFER THIS ASSAY ON THE EDISON DEVICE IN THE CLIA LAB;

12:10PM  4    CORRECT?

12:10PM  5    A.  AT THE TIME, YES.

12:10PM  6    Q.  AND THAT IT MET ALL OF THE REQUIREMENTS TO BE OFFERED IN

12:10PM  7    THE CLIA LAB ON MARCH 19TH, 2014; CORRECT?

12:10PM  8    A.  YES.

12:10PM  9    Q.  IF I CAN GO TO EXHIBIT 9409, WHICH IS IN EVIDENCE PER

12:11PM 10    STIPULATION.

12:11PM 11        DO YOU HAVE THAT IN FRONT OF YOU, DOCTOR?

12:11PM 12    A.  YES.

12:11PM 13    Q.  AND THIS IS THE VITAMIN B12 ELISA ASSAY VALIDATION REPORT?

12:11PM 14    A.  CORRECT, YES.

12:11PM 15    Q.  ON THE EDISON 3.5 THERANOS SYSTEM?

12:11PM 16    A.  YES.

12:11PM 17    Q.  AND YOU SIGNED THIS DOCUMENT ON AUGUST 5TH, 2014?

12:11PM 18    A.  CORRECT.

12:11PM 19    Q.  AND IT WAS SIGNED BY NINE OF YOUR COLLEAGUES AS WELL?

12:11PM 20    A.  CORRECT.

12:11PM 21    Q.  AND IN SIGNING THIS, YOU WERE RECOGNIZING THAT THIS ASSAY

12:11PM 22    WAS -- HAD MET ALL OF THE REQUIREMENTS UNDER CLIA?

12:11PM 23    A.  CORRECT.

12:11PM 24    Q.  AND THAT IT WAS APPROPRIATE TO BE OFFERED IN USE WITH

12:11PM 25    PATIENTS IN THE CLIA LAB?

12:11PM   1    A.   YES.

12:11PM   2    Q.   OKAY.  IF WE CAN GO TO 9323, WHICH IS IN EVIDENCE PER

12:12PM   3    STIPULATION.

12:12PM   4    A.   I HAVE IT.

12:12PM   5    Q.   AND THIS IS THE PROLACTIN ELISA ASSAY VALIDATION REPORT ON

12:12PM   6    THE EDISON 3.5 THERANOS SYSTEM; IS THAT CORRECT?

12:12PM   7    A.   CORRECT.

12:12PM   8    Q.   AND YOU SIGNED THIS DOCUMENT SEPTEMBER 9TH, 2014?

12:12PM   9    A.   CORRECT.

12:12PM  10    Q.   AND IT WAS SIGNED BY FIVE OF YOUR COLLEAGUES; CORRECT?

12:12PM  11    A.   CORRECT.

12:12PM  12    Q.   AND YOU SIGNED THIS BECAUSE YOU BELIEVED THAT IT MET ALL

12:12PM  13    OF THE LEGAL REQUIREMENTS AND WAS APPROPRIATE TO BE OFFERED AND

12:12PM  14    USED WITH PATIENTS IN THE CLIA LAB; IS THAT CORRECT?

12:12PM  15    A.   CORRECT.

12:13PM  16    Q.   IF WE CAN GO TO 9158, WHICH IS IN EVIDENCE PER

12:13PM  17    STIPULATION.

12:13PM  18    A.   I HAVE IT.

12:13PM  19    Q.   YOU HAVE THAT IN FRONT OF YOU?

12:13PM  20    A.   YES.

12:13PM  21    Q.   AND THIS IS THE ESTRADIOL ELISA ASSAY VALIDATION REPORT ON

12:13PM  22    THE EDISON 3.5 THERANOS SYSTEM; CORRECT?

12:13PM  23    A.   CORRECT.

12:13PM  24    Q.   AND YOU SIGNED THIS DOCUMENT ON SEPTEMBER 18TH, 2014;

12:13PM  25    CORRECT?

12:13PM   1     A.   CORRECT.

12:13PM   2     Q.   AND IT WAS SIGNED BY FIVE OF YOUR COLLEAGUES AS WELL;

12:13PM   3     CORRECT?

12:13PM   4     A.   FOUR.

12:13PM   5     Q.   MY APOLOGIES, FOUR OF YOUR COLLEAGUES?

12:13PM   6     A.   CORRECT.

12:13PM   7     Q.   AND YOU SIGNED THIS BECAUSE YOU THOUGHT IT WAS APPROPRIATE

12:13PM   8     TO OFFER THIS WITH PATIENTS IN THE CLIA LAB?

12:13PM   9     A.   YES.

12:13PM   10    Q.   AND YOU FELT THAT THIS MET ALL OF THE REQUIREMENTS SET

12:14PM   11    FORTH IN FEDERAL LAW; IS THAT RIGHT?

12:14PM   12    A.   YES.

12:14PM   13    Q.   OKAY.  I'D LIKE TO PUT UP BEFORE YOU, DR. ROSENDORFF, A

12:14PM   14    DEMONSTRATIVE THAT HAS BEEN OFFERED TO THE COURT AND I

12:14PM   15    UNDERSTAND THE GOVERNMENT HAS STIPULATED TO?

12:14PM   16         MR. BOSTIC:  CORRECT, YOUR HONOR.

12:14PM   17         THE COURT:  THAT CAN BE PUBLISHED NOW.

12:14PM   18    BY MR. WADE:

12:14PM   19    Q.   SIR, WHAT I'VE DONE IS TAKEN A CALENDAR AND RUN THE

12:14PM   20    CALENDAR FROM SEPTEMBER OF 2013 TO SEPTEMBER OF 2014.

12:14PM   21         DO YOU SEE THAT?

12:14PM   22    A.   I SEE THAT.

12:14PM   23    Q.   AND I HAVE HIGHLIGHTED THE DATE ON WHICH YOU SIGNED ASSAY

12:14PM   24    VALIDATION REPORTS FOR THE EDISON ASSAY.

12:15PM   25         DO YOU SEE THAT?

12:15PM  1    A.   OKAY.

12:15PM  2    Q.   AND IF AT ANY POINT WHEN WE TALK ABOUT THIS DEMONSTRATIVE

12:15PM  3    IF YOU WANT TO LOOK BACK AT THOSE VALIDATION REPORTS, YOU JUST

12:15PM  4    LET ME KNOW AND WE'LL GO BACK TO THEM.

12:15PM  5         OKAY?

12:15PM  6    A.   SURE.

12:15PM  7    Q.   AND MY QUESTION FOR YOU AT THIS POINT, SIR, IS -- BEFORE I

12:15PM  8    TURNED TO THE CALENDAR, YOU WOULD NOT HAVE KEPT SIGNING THE

12:15PM  9    VALIDATION REPORTS FOR A 3.5 ASSAY IF YOU THOUGHT THE ASSAY WAS

12:15PM  10   INHERENTLY UNRELIABLE, WOULD YOU?

12:15PM  11   A.   I WOULD NOT.

12:15PM  12   Q.   AND I'D LIKE TO LOOK -- I BELIEVE YOU HAVE A WHITE BINDER

12:15PM  13   STILL IN FRONT OF YOU THAT IS THE GOVERNMENT BINDER.

12:15PM  14   A.   THE WITNESS BINDER?

12:15PM  15   Q.   YES.

12:16PM  16   A.   YES.

12:16PM  17   Q.   YEAH.  DO YOU STILL HAVE THE GOVERNMENT WITNESS BINDER

12:16PM  18   STILL IN FRONT OF YOU?

12:16PM  19   A.   YES, YES.

12:16PM  20   Q.   AND I'D LIKE TO DRAW YOUR ATTENTION TO EXHIBIT 1548.  IT

12:16PM  21   IS IN EVIDENCE, BUT LET'S NOT PUBLISH IT QUITE YET.

12:16PM  22   A.   1548?

12:16PM  23   Q.   YEAH.  DO YOU SEE 1548?

12:16PM  24   A.   YES.

12:16PM  25   Q.   AND DO YOU RECALL THIS IS A DOCUMENT THAT YOU WERE SHOWN

| | | |
|---|---|---|
| 12:16PM | 1 | THAT RELATES TO THAT EXPERIMENT THAT WAS DONE ON PROFICIENCY |
| 12:16PM | 2 | TESTING MATERIAL WITH -- ON THE EDISON DEVICE? |
| 12:16PM | 3 | DO YOU RECALL THAT? |
| 12:16PM | 4 | A.   YES. |
| 12:16PM | 5 | Q.   AND THIS DOCUMENT IS DATED FEBRUARY 2ND, 2014; CORRECT? |
| 12:17PM | 6 | A.   FEBRUARY 20TH, 2014. |
| 12:17PM | 7 | Q.   I'M SORRY.  FEBRUARY -- ANOTHER ONE OF THOSE TRANSCRIPTION |
| 12:17PM | 8 | ERRORS THAT ARE BETWEEN THE PAGE AND THE HEAD THAT WE TALKED |
| 12:17PM | 9 | ABOUT EARLIER; RIGHT? |
| 12:17PM | 10 | A.   UH-HUH. |
| 12:17PM | 11 | Q.   AND FEBRUARY 20TH, 2014; CORRECT? |
| 12:17PM | 12 | A.   CORRECT. |
| 12:17PM | 13 | Q.   I'M GOING TO PUT THE DOCUMENT UP, BUT I JUST WANT TO LOOK |
| 12:17PM | 14 | AT IT ON THE CALENDAR HERE. |
| 12:17PM | 15 | MADAM DEPUTY, CAN I MARK ON THE SCREEN ON THIS? |
| 12:17PM | 16 | THE CLERK:  YOU SHOULD BE ABLE TO, COUNSEL. |
| 12:17PM | 17 | MR. WADE:  I CAN'T, BUT WITH THE COURT'S INDULGENCE. |
| 12:17PM | 18 | (PAUSE IN PROCEEDINGS.) |
| 12:18PM | 19 | BY MR. WADE: |
| 12:18PM | 20 | Q.   SINCE I DON'T HAVE THE ABILITY TO WRITE ON THE SCREEN, LET |
| 12:18PM | 21 | ME JUST NOTE THAT BASED ON YOUR EDUCATION AND TRAINING, YOU |
| 12:18PM | 22 | RECOGNIZE THAT FEBRUARY 20TH, 2014 FALLS SOMEWHERE BETWEEN |
| 12:18PM | 23 | THOSE TWO VALIDATION REPORTS ON THE 14TH AND 15TH AND THE |
| 12:18PM | 24 | VALIDATION REPORT ON MARCH 19TH? |
| 12:18PM | 25 | DO YOU SEE THAT? |

12:18PM   1      A.   YES.

12:18PM   2      Q.   IF WE COULD PUBLISH 1548.  AND IF WE CAN JUST GO QUICKLY

12:18PM   3      TO THE SPREADSHEET.

12:18PM   4           LET'S LOOK AT THE DATE JUST SO THAT THE JURY CAN SEE THE

12:18PM   5      DATE.

12:18PM   6           THAT'S FEBRUARY 20TH, 2014.

12:18PM   7           DO YOU SEE THAT?

12:18PM   8      A.   YES.

12:18PM   9      Q.   AND IF WE CAN GO TO THE ATTACHED SPREADSHEET FOR THIS

12:18PM  10      EXHIBIT.

12:19PM  11           DO YOU RECALL BEING SHOWN THIS EXHIBIT?

12:19PM  12      A.   YES.

12:19PM  13      Q.   AND THIS IS DATA THAT YOU WERE MADE AWARE OF IN CONNECTION

12:19PM  14      WITH THIS EXPERIMENT THAT WAS DONE WITHIN THE LAB ON PRECISION

12:19PM  15      TESTING MATERIAL?

12:19PM  16      A.   PROFICIENCY TESTING MATERIAL, YES.

12:19PM  17      Q.   DO YOU RECALL THAT?

12:19PM  18      A.   YES.

12:19PM  19      Q.   AND IF WE CAN GO BACK TO THE DEMONSTRATIVE.

12:19PM  20           THERE WAS NOTHING THAT AROSE AS A RESULT OF THE DATA IN

12:19PM  21      THIS DOCUMENT THAT GAVE YOU SUFFICIENT CONCERN TO STOP YOU FROM

12:19PM  22      SIGNING THAT VALIDATION REPORT ON MARCH 19TH; CORRECT?

12:19PM  23      A.   CORRECT.

12:19PM  24      Q.   WE CAN GO TO THE EXHIBIT IN THE GOVERNMENT'S BINDER 1432.

12:20PM  25      A.   CAN YOU JUST REMIND ME WHEN THIS PROFICIENCY TESTING

12:20PM   1    EXERCISE WAS PERFORMED FOR FEBRUARY 20TH?  I BELIEVE SO.

12:20PM   2    FEBRUARY 19TH.

12:20PM   3    Q.   THERE ISN'T A QUESTION PENDING, SIR.

12:20PM   4            THE COURT:  WELL, WILL THAT CLARIFY YOUR PREVIOUS

12:20PM   5    ANSWER?

12:20PM   6            THE WITNESS:  YES.

12:20PM   7            MR. WADE:  OKAY.

12:20PM   8            THE COURT:  WHY DON'T YOU ASK --

12:20PM   9    BY MR. WADE:

12:20PM  10    Q.   I'VE NEVER BEEN ASKED A QUESTION ON EXAMINATION, BUT LET'S

12:20PM  11    START IT NOW.

12:20PM  12            THE COURT:  YOU HAVEN'T BEEN PRACTICING LONG ENOUGH.

12:20PM  13        (LAUGHTER.)

12:20PM  14            THE COURT:  SIR, DO YOU NEED TO GIVE SOME

12:20PM  15    CLARIFICATION TO YOUR PREVIOUS ANSWER?

12:21PM  16            THE WITNESS:  YES.  YES.

12:21PM  17            THE COURT:  OKAY.  WHAT IS IT YOU WOULD LIKE --

12:21PM  18            THE WITNESS:  SO IT APPEARS ON MARCH 19TH I SIGNED A

12:21PM  19    VALIDATION REPORT FOR AN EDISON INSTRUMENT.

12:21PM  20        MY QUESTION IS ABOUT THE TIMING OF THAT RELATIVE TO THE

12:21PM  21    PROFICIENCY TESTING EXERCISE THAT WAS PERFORMED.  WAS IT THE

12:21PM  22    SAME DAY OR --

12:21PM  23    BY MR. WADE:

12:21PM  24    Q.   WOULD YOU LIKE TO LOOK BACK AT THAT EXHIBIT WE WERE JUST

12:21PM  25    DISCUSSING?

12:21PM  1    A.   YES.

12:21PM  2    Q.   OR ARE YOU TALKING ABOUT SOME OTHER FACT THAT IS IN YOUR

12:21PM  3    HEAD?  SOME OTHER EVENT?

12:21PM  4    A.   NO.  IT JUST RELATES TO A PREVIOUS QUESTION.

12:21PM  5    Q.   OKAY.  LET'S GO BACK TO THAT DOCUMENT, WHICH WAS -- LET'S

12:21PM  6    SEE IF WE CAN CLARIFY THIS.

12:21PM  7         THIS WAS EXHIBIT 1548.

12:21PM  8    A.   YES.

12:21PM  9    Q.   DO YOU SEE THAT?

12:21PM  10   A.   YES.

12:21PM  11   Q.   AND WE'LL TALK ABOUT PROFICIENCY TESTING IN A BIT, BUT DO

12:21PM  12   YOU RECALL THAT THERE WERE, AFTER THIS TIME PERIOD, THERE WERE

12:21PM  13   A SERIES OF EXPERIMENTS THAT WERE DONE ON THE EDISON DEVICE TO

12:22PM  14   TEST THE ACCURACY ON MARCH 14TH?

12:22PM  15        DO YOU RECALL THAT?

12:22PM  16   A.   NO.

12:22PM  17   Q.   THAT'S NOT WHAT YOU'RE REFERRING TO?

12:22PM  18   A.   NO.

12:22PM  19   Q.   OKAY.  WE'LL TALK ABOUT THAT MORE LATER.

12:22PM  20        THIS PARTICULAR DOCUMENT IS FEBRUARY 20TH, 2014.

12:22PM  21        DO YOU SEE THAT?

12:22PM  22   A.   YES.

12:22PM  23   Q.   OKAY.  DOES THAT REFRESH YOUR RECOLLECTION?

12:22PM  24   A.   YES.

12:22PM  25   Q.   OKAY.  AND IF WE GO BACK TO THE DEMONSTRATIVE.

12:22PM 1          FEBRUARY 20TH IS BEFORE YOU SIGNED THAT NEXT VALIDATION

12:22PM 2    REPORT ON MARCH 19TH; CORRECT?

12:22PM 3    A.   UNDERSTOOD.

12:22PM 4    Q.   OKAY.  CAN WE GO TO EXHIBIT 1432.

12:22PM 5          DO YOU SEE THIS IS A DOCUMENT DATED JANUARY 16TH, 2014?

12:22PM 6          DO YOU SEE THAT?

12:22PM 7    A.   YES.

12:22PM 8    Q.   AND DO YOU RECALL BEING SHOWN THIS BY THE GOVERNMENT?

12:23PM 9    A.   YES.

12:23PM 10   Q.   AND IF YOU GO TO THE THIRD PAGE -- I'M SORRY, LET'S GO TO

12:23PM 11   THE FIFTH PAGE.  I APOLOGIZE AGAIN.  LET'S GO TO THE LAST

12:23PM 12   PAGE, 7, AND WE'LL WORK OUR WAY BACK QUICKLY.

12:23PM 13         DO YOU RECALL WHEN YOU LOOKED AT THIS, THIS WAS QUALITY

12:23PM 14   CONTROL DATA RELATING TO THE EDISON DEVICE?

12:23PM 15   A.   CORRECT.

12:23PM 16   Q.   OKAY.  AND DO YOU SEE ACTUALLY ON PAGE 7 -- AND YOU WERE

12:23PM 17   ASKED ABOUT THIS ON DIRECT EXAMINATION; RIGHT?

12:23PM 18   A.   CORRECT.

12:23PM 19   Q.   OKAY.  DO YOU SEE ON PAGE 7 THERE'S A REFERENCE TO

12:23PM 20   HEPATITIS C VIRUS?

12:23PM 21   A.   YES.

12:23PM 22   Q.   THE HEPATITIS C VIRUS ASSAY WAS NEVER ACTUALLY OFFERED ON

12:23PM 23   THE EDISON DEVICE; CORRECT?

12:23PM 24   A.   NO.  I BELIEVE WE DID RUN IT FOR A PATIENT.  YES, WE DID.

12:23PM 25   Q.   YOU THINK YOU RAN IT ON ONE PATIENT?

12:23PM   1      A.   YES.

12:23PM   2      Q.   AND DID YOU VALIDATE IT FOR THAT PURPOSE?

12:23PM   3      A.   YES.

12:23PM   4      Q.   OKAY.  I HAVEN'T SEEN A VALIDATION REPORT FOR THAT, BUT

12:23PM   5      YOU THINK ON ONE OCCASION YOU VALIDATED IT FOR ONE PATIENT?

12:23PM   6      A.   YES.

12:23PM   7      Q.   APART FROM THAT ONE PATIENT, DO YOU RECALL EVER RUNNING

12:24PM   8      IT?

12:24PM   9      A.   NO.

12:24PM  10      Q.   OKAY.  WHEN YOU VALIDATED IT FOR THAT ONE PATIENT, WERE

12:24PM  11      YOU COMFORTABLE THAT IT WAS SAFE, ACCURATE, AND RELIABLE FOR

12:24PM  12      USE?

12:24PM  13      A.   YES.  I WAS CALLED ON THE WEEKEND TO QUICKLY GO THROUGH

12:24PM  14      THE VALIDATION.

12:24PM  15      Q.   WAS THAT SOME SORT OF AN EMERGENCY PROTOCOL?

12:24PM  16      A.   YES.

12:24PM  17      Q.   AND YOU WERE COMFORTABLE THAT THE ASSAY MET ALL OF THE

12:24PM  18      REQUIREMENTS AT THAT TIME?

12:24PM  19      A.   YES.

12:24PM  20      Q.   OKAY.  GENERALLY THIS DOCUMENT REFERS TO QC DATA FOR

12:24PM  21      VARIOUS EDISON ASSAYS; RIGHT?

12:24PM  22      A.   YES.

12:24PM  23      Q.   AND, IN FACT, IF WE GO TO PAGE 6 OF THE EXHIBIT, AT THE

12:24PM  24      BOTTOM YOU SEE THE EMAILS AND IT SAYS QC FOR EDISON ASSAYS;

12:24PM  25      RIGHT?

12:24PM 1      A.  YES.

12:24PM 2      Q.  AND THERE'S A NUMBER OF CHARTS.  IF WE GO TO PAGE 5,

12:24PM 3      RIGHT?

12:24PM 4          DO YOU SEE THIS?

12:24PM 5      A.  YES.

12:24PM 6      Q.  AND THIS WAS THE DATA THAT YOU WERE SHOWN WHICH WAS THIS

12:24PM 7      SNAPSHOT IN TIME RIGHT HERE.

12:24PM 8          DO YOU RECALL THAT?

12:24PM 9      A.  YES.

12:24PM 10     Q.  AND AS YOU WORK YOUR WAY FORWARD, PAGE 4, THERE'S MORE

12:25PM 11     DATA; RIGHT?  AND YOU'RE DOING MORE ANALYSIS?

12:25PM 12     A.  YES.

12:25PM 13     Q.  AND YOU OFFER -- DO YOU RECALL OFFERING TESTIMONY ABOUT

12:25PM 14     THIS DOCUMENT ON DIRECT EXAMINATION?

12:25PM 15     A.  YES.

12:25PM 16     Q.  AND THIS BEING A SOURCE OF CONCERN?

12:25PM 17     A.  YES.

12:25PM 18     Q.  AND IF WE CAN GO BACK TO THE DEMONSTRATIVE.

12:25PM 19         NOW, THE CONCERNS WEREN'T SUFFICIENTLY SIGNIFICANT THAT IT

12:25PM 20     PROMPTED YOU TO STOP OFFERING THE VALIDATION REPORTS; CORRECT?

12:25PM 21     A.  CORRECT.

12:25PM 22     Q.  AND THE CONCERNS WEREN'T PARTICULARLY SIGNIFICANT THAT YOU

12:25PM 23     PULLED THESE ASSAYS FROM USE WITHIN THE CLIA LAB?

12:25PM 24     A.  SO WHEN I SIGNED THE VALIDATION REPORT, I DON'T KNOW WHAT

12:25PM 25     THE QC IS GOING TO LOOK LIKE BECAUSE IT HASN'T BEEN RUN YET.

12:25PM  1    Q.   NO, I UNDERSTAND THAT.

12:25PM  2         BUT WHAT I'M SAYING IS THAT YOU HAD SOME QC DATA WITH

12:25PM  3    RESPECT TO ASSAYS THAT WERE PREVIOUSLY IN OPERATION; RIGHT?

12:26PM  4    A.   OTHER ASSAYS, YES.

12:26PM  5    Q.   YEAH, ON THAT DEVICE; RIGHT?

12:26PM  6    A.   YES, YES.

12:26PM  7    Q.   AND THERE WAS NOTHING ABOUT THAT QC DATA THAT GAVE YOU

12:26PM  8    CONCERN THAT PROMPTED YOU TO NOT SIGN THAT ASSAY VALIDATION

12:26PM  9    REPORT ON MARCH 19TH; CORRECT?

12:26PM  10   A.   A DIFFERENT ASSAY.

12:26PM  11   Q.   A DIFFERENT ASSAY; RIGHT?

12:26PM  12   A.   YES.

12:26PM  13   Q.   AND THERE WAS NOTHING ABOUT THE EDISON DEVICE THAT

12:26PM  14   PROMPTED YOU NOT TO SIGN THAT VALIDATION REPORT; RIGHT?

12:26PM  15   A.   CORRECT.

12:26PM  16   Q.   OKAY.  LET'S GO TO 1772 AND LOOK AT THE HEADER ON THE TOP.

12:26PM  17   BLOW UP THE HEADER.

12:26PM  18        DO YOU SEE THIS IS AN EMAIL FROM JUNE 12TH, 2014?

12:26PM  19   A.   YES.

12:26PM  20   Q.   AND DO YOU SEE THAT?  AND LET'S GO TO THE SECOND PAGE.

12:27PM  21        DO YOU RECALL THAT THIS IS SOME QC DATA THAT YOU WERE

12:27PM  22   SHOWN ON DIRECT EXAMINATION?

12:27PM  23   A.   YES.

12:27PM  24   Q.   AND DO YOU RECALL TALKING ABOUT CONCERNS RELATING TO THIS?

12:27PM  25   A.   YES.

12:27PM 1      Q.   COULD WE GO TO THE DEMONSTRATIVE.

12:27PM 2           THERE WAS NOTHING ABOUT THESE CONCERNS OF JUNE OF 2014

12:27PM 3      THAT PREVENTED YOU FROM SIGNING ASSAY VALIDATION REPORTS FOR

12:27PM 4      THE EDISON IN AUGUST AND SEPTEMBER; CORRECT?

12:27PM 5      A.   CORRECT.

12:27PM 6      Q.   I'M DONE WITH THIS DEMONSTRATIVE.

12:28PM 7           IS IT FAIR TO SAY, SIR, THAT QUALITY CONTROL FAILURES

12:28PM 8      HAPPEN SOMETIMES WITHIN CLIA LABS; RIGHT?

12:28PM 9      A.   YES.

12:28PM 10     Q.   AND I BELIEVE YOU MENTIONED TO THE GOVERNMENT IN ONE OF

12:28PM 11     YOUR INTERVIEWS THAT AT UPMC, IN YOUR EXPERIENCE, THERE WAS A

12:28PM 12     PREDICATE DEVICE THAT WAS 10 PERCENT OR LOWER; RIGHT?

12:28PM 13     A.   YES.

12:28PM 14     Q.   AND I THINK WE'VE ESTABLISHED YOU HAD A WHOLE TEAM WHO WAS

12:28PM 15     SET UP TO REVIEW AND TRACK THIS; RIGHT?

12:28PM 16     A.   I'M SORRY.  COULD YOU REPEAT THE QUESTION?

12:28PM 17     Q.   SURE.  YOU HAD MR. GEE WHO WAS SIGNED UP AND RESPONSIBLE

12:28PM 18     FOR THIS; RIGHT?

12:28PM 19     A.   YES.

12:28PM 20     Q.   AND THEN I THINK YOU TESTIFIED THAT THE PEOPLE WHO

12:28PM 21     OPERATED THE MACHINES NEEDED TO KNOW HOW TO PERFORM QC AS WELL

12:28PM 22     AND GET THAT DATA TO MR. GEE; RIGHT?

12:28PM 23     A.   YES.

12:29PM 24     Q.   AND THEN HE WOULD HAVE TO COMPILE THAT DATA AND PROVIDE IT

12:29PM 25     TO YOU AND OTHERS; RIGHT?

12:29PM   1      A.   YES.

12:29PM   2      Q.   AND YOU HAD REGULAR MEETINGS WITH MR. GEE TO MONITOR THIS;

12:29PM   3      CORRECT?

12:29PM   4      A.   YES.

12:29PM   5      Q.   I'D LIKE TO -- I'D LIKE YOU TO LOOK AT EXHIBIT 13809.

12:29PM   6           DO YOU HAVE THAT IN FRONT OF YOU?

12:29PM   7      A.   NOT YET.

12:29PM   8      Q.   OKAY.  I'LL GIVE YOU A MINUTE, DOCTOR.

12:29PM   9      A.   13809.  WHAT ARE WE REFERRING TO?  ARE WE DONE WITH THE

12:29PM  10      GOVERNMENT BINDER?

12:29PM  11      Q.   YEAH.  MY APOLOGIES.  WE'RE BACK TO THE BLACK BINDER,

12:30PM  12      VOLUME 2 IN YOUR LIBRARY.

12:30PM  13      A.   13809?

12:30PM  14      Q.   CORRECT.

12:30PM  15      A.   OKAY.

12:30PM  16      Q.   DO YOU HAVE THAT DOCUMENT IN FRONT OF YOU?

12:30PM  17      A.   YES.

12:30PM  18      Q.   AND THIS IS A QUALITY SYSTEMS PRESENTATION THAT WAS

12:30PM  19      PREPARED BY LANGLY GEE.

12:30PM  20           DO YOU RECALL?

12:30PM  21      A.   I'M READING IT NOW.

12:30PM  22           I DON'T RECALL THE PRESENTATION.

12:30PM  23      Q.   YEAH.  YOU WERE CALLED -- YOU HAD REGULAR QUALITY SYSTEMS

12:30PM  24      MEETINGS WITHIN THE LAB FUNCTION?

12:30PM  25      A.   I MET WITH LANGLY ONCE A MONTH.

12:31PM  1    Q.   AND THAT YOU WOULD DIRECT HIM TO PREPARE SUMMARY DATA AND

12:31PM  2    INFORMATION?

12:31PM  3    A.   YES.

12:31PM  4    Q.   WITH RESPECT TO THAT?

12:31PM  5    A.   YES.

12:31PM  6    Q.   DO YOU RECALL THAT?

12:31PM  7    A.   YES.

12:31PM  8    Q.   AND THAT WAS PART OF YOUR ENSURING THAT YOU WERE

12:31PM  9    DISPATCHING YOUR RESPONSIBILITIES AS LAB DIRECTOR; RIGHT?

12:31PM  10   A.   YES.

12:31PM  11   Q.   AND ONE OF THE WAYS HE DISPATCHED HIS RESPONSIBILITIES WAS

12:31PM  12   TO COMPILE THAT INFORMATION AND TO PROVIDE IT TO YOU AND

12:31PM  13   PRESENT IT TO YOU; RIGHT?

12:31PM  14   A.   CORRECT.

12:31PM  15   Q.   TAKE A MINUTE AND LOOK AT THIS DOCUMENT.

12:31PM  16        MY QUESTION FOR YOU, THIS IS ONE OF THOSE PRESENTATIONS

12:31PM  17   WHERE HE DID THAT; CORRECT?

12:31PM  18   A.   THIS IS A QUALITY SYSTEMS PRESENTATION THAT WAS PRESENTED

12:31PM  19   TO THE CLS GROUP AND PERHAPS OTHERS, AND IT'S DIFFERENT FROM

12:31PM  20   THE MONTHLY QC MEETINGS I HAD WITH LANGLY.

12:31PM  21   Q.   OKAY.  SO THIS IS A BROADLY PRESENTED WITHIN THE COMPANY?

12:32PM  22   A.   YES.

12:32PM  23            MR. WADE:  MOVE TO ADMIT EXHIBIT 13809.

12:32PM  24            MR. BOSTIC:  NO OBJECTION.

12:32PM  25            THE COURT:  IT'S ADMITTED AND MAY BE PRESENTED.

12:32PM  1              (DEFENDANT'S EXHIBIT 13809 WAS RECEIVED IN EVIDENCE.)

12:32PM  2     BY MR. WADE:

12:32PM  3     Q.   AND GIVE US A SENSE WHO MIGHT BE IN THE ROOM FOR THIS

12:32PM  4     PRESENTATION.

12:32PM  5     A.   I DO NOT RECALL.

12:32PM  6     Q.   AND WERE THESE QUARTERLY MEETINGS?

12:32PM  7     A.   WELL, THIS ONE SAYS Q1/Q2.  SO IT LOOKS LIKE THERE ARE TWO

12:32PM  8     QUARTERS WRAPPED UP IN THIS REVIEW.  THEY'RE SUPPOSED TO BE

12:32PM  9     QUARTERLY.

12:32PM 10     Q.   AND THAT'S WHAT YOU REQUESTED?

12:32PM 11     A.   YES.

12:32PM 12     Q.   ACTUALLY, I THINK IT LOOKS KIND OF LIKE Q3 IN THERE

12:32PM 13     BECAUSE YOU WERE IN Q3 BY THIS POINT; RIGHT?

12:32PM 14     A.   CORRECT.

12:32PM 15     Q.   RIGHT.  JULY IS WITHIN THE THIRD QUARTER?

12:32PM 16     A.   CORRECT, CORRECT.

12:32PM 17     Q.   AND IF WE CAN GO TO PAGE 2.

12:32PM 18          THIS IS AN AGENDA.  AND WAS THIS A MEETING WHERE MR. GEE

12:33PM 19     WAS PRESENTING?

12:33PM 20     A.   YES.

12:33PM 21     Q.   AND HE WOULD PRESENT A SLIDE DECK AND WALK PEOPLE THROUGH

12:33PM 22     THIS DATA?

12:33PM 23     A.   YES.

12:33PM 24     Q.   AND LET'S WALK THROUGH SOME OF THIS.  THE THIRD PAGE IS

12:33PM 25     THE MISSION AND CORE STATEMENT.

12:33PM  1        AND DO YOU SEE ON THE BOTTOM THE CORE VALUES THERE?

12:33PM  2   A.   YES.

12:33PM  3   Q.   AND WAS THIS SOMETHING THAT YOU DIRECTED AS THE LAB

12:33PM  4   DIRECTOR?  WAS THIS PART OF YOUR GOALS AND ASPIRATIONS FOR THE

12:33PM  5   ORGANIZATION?

12:33PM  6   A.   I SUPPORTED THE STATED VALUE, OR THE STATED GOAL.  I

12:33PM  7   DIDN'T WRITE THE STATEMENT.

12:33PM  8   Q.   OKAY.  IF WE CAN GO TO THE NEXT PAGE.

12:33PM  9        IN THIS SLIDE, THIS WALKS THROUGH THE THERANOS LABORATORY

12:33PM  10  LICENSES?

12:33PM  11  A.   YES.

12:33PM  12  Q.   AND DOES THIS ACCURATELY, TO THE BEST OF YOUR

12:33PM  13  RECOLLECTION, REFLECT THE STATE OF THE LICENSES OF THE CLIA LAB

12:33PM  14  AT THAT TIME?

12:33PM  15  A.   I HONESTLY RELIED ON LANGLY TO KEEP TRACK OF THE LICENSES

12:34PM  16  AND I DON'T RECALL THE TIMELINE AS I SIT HERE TODAY.

12:34PM  17  Q.   AND DO YOU HAVE ANY REASON TO QUESTION THE ACCURACY OF THE

12:34PM  18  INFORMATION THAT WAS PRESENTED?

12:34PM  19  A.   NO.

12:34PM  20  Q.   OKAY.  LET'S GO TO THE NEXT PAGE.

12:34PM  21        THIS, THIS SLIDE SETS FORTH THE SAMPLE COUNTS AND IT

12:34PM  22  COMPARES IT TO WHAT THE FORECAST WAS.

12:34PM  23        DO YOU SEE THAT?

12:34PM  24  A.   YES.

12:34PM  25  Q.   AND SO ONE OF THE THINGS -- AND WE TALKED ABOUT HOW THERE

| | | |
|---|---|---|
| 12:34PM | 1 | WAS AN INCREASE IN VOLUME OVER TIME; RIGHT? |
| 12:34PM | 2 | A.   CORRECT. |
| 12:34PM | 3 | Q.   AND ONE OF THE THINGS YOU WERE WORKING TO DO IS SORT OF |
| 12:34PM | 4 | RAMP UP THE OPERATIONS; RIGHT? |
| 12:34PM | 5 | A.   YES. |
| 12:34PM | 6 | Q.   AND THERE WAS PROJECTED GROWTH? |
| 12:34PM | 7 | A.   YES. |
| 12:34PM | 8 | Q.   AND YOU WERE SORT OF SEEING HOW YOU WERE DOING WITH THE |
| 12:34PM | 9 | PROJECTED GROWTH? |
| 12:34PM | 10 | A.   YES. |
| 12:34PM | 11 | Q.   AND SO IN Q4 OF 2013, THIS WOULD BE THE SAMPLE VOLUME WAS |
| 12:35PM | 12 | 254 SAMPLES? |
| 12:35PM | 13 | A.   CORRECT. |
| 12:35PM | 14 | Q.   AND THAT'S MAYBE NOT SURPRISING BECAUSE THE -- I THINK WE |
| 12:35PM | 15 | SAID THAT THE GENERAL PUBLIC LAUNCH WAS EARLY NOVEMBER. |
| 12:35PM | 16 | DO YOU RECALL THAT? |
| 12:35PM | 17 | A.   CORRECT. |
| 12:35PM | 18 | Q.   OKAY.  AND YOU SEE Q1 IT ACTUALLY GOES UP A LITTLE BIT. |
| 12:35PM | 19 | IT GOES UP TO 663; IS THAT RIGHT? |
| 12:35PM | 20 | A.   YES. |
| 12:35PM | 21 | Q.   AND THAT'S THE TOTAL SAMPLE VOLUME FOR ALL ASSAYS WITHIN |
| 12:35PM | 22 | THE CLIA LAB? |
| 12:35PM | 23 | A.   IT LOOKS LIKE THAT.  I DON'T THINK THEY'RE BREAKING IT OUT |
| 12:35PM | 24 | WITH VACUTAINERS AND CTN'S. |
| 12:35PM | 25 | Q.   OKAY.  LET'S GO ON AND SEE WHAT OTHER DATA WE SEE. |

12:35PM  1          THIS IS THE WALGREENS/THERANOS SAMPLES BY STORE.

12:35PM  2          DO YOU SEE THAT?

12:35PM  3     A.   YES.

12:35PM  4     Q.   AND IF WE LOOK IN THE LEFT-HAND COLUMN, DO YOU SEE THAT IT

12:35PM  5     SAYS THERE WERE 10 SAMPLES IN OCTOBER OF 2013?

12:35PM  6     A.   YES.

12:35PM  7     Q.   AND THEN IT RAMPS UP A LITTLE BIT IN NOVEMBER; RIGHT?

12:36PM  8     A.   YES.

12:36PM  9     Q.   AND AT THAT POINT THERE ARE THREE DIFFERENT LOCATIONS IN

12:36PM  10    NOVEMBER.

12:36PM  11         DO YOU SEE THAT?

12:36PM  12    A.   YES.

12:36PM  13    Q.   AND THEN IT, IT GOES UP A LITTLE BIT MORE IN DECEMBER;

12:36PM  14    RIGHT?

12:36PM  15    A.   YES.

12:36PM  16    Q.   AND THERE'S A FOURTH LOCATION ADDED, IT LOOKS LIKE, BUT

12:36PM  17    MAYBE ONLY ONE SAMPLE WAS DONE THERE FOR A WHILE.  IT LOOKS

12:36PM  18    LIKE MAYBE THAT WAS A SOFT LAUNCH OR SOMETHING.

12:36PM  19    A.   1601 WAS THE ACTUAL THERANOS BUILDING, YEAH.

12:36PM  20    Q.   AND SO YOU BEGAN TRACKING THE SAMPLES THAT WERE BEING RUN

12:36PM  21    WITHIN THE BUILDING?

12:36PM  22    A.   NO, BUT THAT'S ACTUALLY A SAMPLE THAT WAS COLLECTED IN THE

12:36PM  23    BUILDING.

12:36PM  24    Q.   OH, OKAY.  THAT WAS COLLECTED IN THE BUILDING?

12:36PM  25    A.   YEAH.

12:36PM  1    Q.   OKAY.  AND THEN WE SEE SORT OF THE BREAKOUT THERE BY

12:36PM  2    STORE; RIGHT?

12:36PM  3    A.   CORRECT.

12:36PM  4    Q.   THE NEXT PAGE SHOWS AVERAGE PATIENT WAITING TIME.

12:37PM  5         DO YOU SEE THAT?

12:37PM  6    A.   YES.

12:37PM  7    Q.   AND THAT'S IN HOURS I THINK.  AND THAT WAS DATA THAT WAS

12:37PM  8    BEING TRACKED BY THE COMPANY AS WELL; RIGHT?

12:37PM  9    A.   CORRECT.

12:37PM  10   Q.   BECAUSE THAT WOULD AFFECT THE DIFFERENT PROCEDURES YOU

12:37PM  11   MIGHT HAVE TO HAVE IN PLACE DEPENDING ON HOW FREQUENTLY THE

12:37PM  12   CUSTOMERS WERE COMING THROUGH; RIGHT?

12:37PM  13   A.   I DON'T UNDERSTAND YOUR COMMENT.

12:37PM  14   Q.   OKAY.  WELL, LET'S SAY THAT IT SPIKED UP TO THAT THEY WERE

12:37PM  15   WAITING FOR OVER AN HOUR OR SOMETHING.  YOU MIGHT HAVE TO PUT

12:37PM  16   MORE RESOURCES IN A LOCATION; RIGHT?

12:37PM  17   A.   YES.

12:37PM  18   Q.   LET'S GO TO A NEXT LINE.

12:37PM  19   A.   BUT THOSE KIND OF OPERATIONAL DECISIONS WERE NOT MINE TO

12:37PM  20   MAKE.

12:37PM  21   Q.   I UNDERSTAND.  YOU'RE JUST BEING PRESENTED WITH DATA TO

12:37PM  22   GIVE YOU A PICTURE OF WHAT IS HAPPENING; RIGHT?

12:37PM  23   A.   CORRECT.

12:37PM  24   Q.   AND, AND YOU SEE THIS SLIDE, WHICH IS BATES LABEL ENDING

12:38PM  25   515.  IT SAYS REDRAWS BY STORE LOCATION.

12:38PM  1          DO YOU SEE THAT?

12:38PM  2     A.   YES.

12:38PM  3     Q.   AND THE NUMBERS HERE -- THIS IS THE BEST COPY I HAD, SO I

12:38PM  4     APOLOGIZE FOR THE QUALITY OF THE COPY, BUT YOU SEE THE -- YOU

12:38PM  5     CAN SEE ON THE SIDE THAT IT SHOWS HOW MANY THERE ARE, YOU KNOW,

12:38PM  6     IN THAT LEFT-HAND COLUMN?

12:38PM  7     A.   YES.

12:38PM  8     Q.   AND ACCORDING TO MY COUNT WITH MY MICROSCOPE, I COUNTED

12:38PM  9     ABOUT 26 TOTAL REDRAWS IN THE FIRST QUARTER.

12:38PM 10          DOES THAT SEEM AT LEAST ABOUT RIGHT?

12:38PM 11     A.   SO ARE YOU ASKING ME IF THIS DATA IS ACCURATE?

12:38PM 12     Q.   NO.  I'M ASKING YOU IF THAT'S WHAT IT DEPICTS?

12:38PM 13     A.   YES, THAT'S WHAT IT DEPICTS.

12:38PM 14     Q.   IN TERMS OF THE REDRAWS THAT MR. GEE TRACKED AS PART OF

12:39PM 15     HIS QUALITY ASSURANCE PROGRAM?

12:39PM 16     A.   YES, THAT'S WHAT THIS DEPICTS.

12:39PM 17     Q.   OKAY.  AND I THINK WE SAW THERE WERE 663 SAMPLES IN

12:39PM 18     QUARTER 1.

12:39PM 19     A.   CORRECT.

12:39PM 20     Q.   AND IF WE CAN GO TO THE NEXT SLIDE, THIS TRACKS OUT VERY

12:39PM 21     SPECIFICALLY THE REASONS FOR THE REDRAWS.

12:39PM 22          DO YOU SEE THIS?

12:39PM 23     A.   YES.

12:39PM 24     Q.   AND THIS IS NOW IN JUNE OF 2014; RIGHT?

12:39PM 25     A.   YES.

12:39PM 1    Q.   AND THE VOLUME WAS GOING UP A LITTLE BIT; CORRECT?

12:39PM 2    A.   YES.

12:39PM 3    Q.   AND SO ONE OF THE THINGS THAT YOU WANT TO DO AS PART OF

12:39PM 4    YOUR QUALITY ASSURANCE PROGRAM IS THAT YOU WANTED TO TRACK THE

12:39PM 5    REASONS THAT THERE ARE REDRAWS SO YOU CAN MAKE IMPROVEMENTS AND

12:39PM 6    TRY TO AVOID THOSE IN THE FUTURE; RIGHT?

12:39PM 7    A.   YES.

12:39PM 8    Q.   OKAY.  IF WE CAN GO TO THE NEXT ONE.

12:39PM 9         WE'VE TALKED A LITTLE BIT ABOUT TRAINING, AND I THINK

12:40PM 10   YOU'VE EMPHASIZED HOW IMPORTANT IT IS TO HAVE TRAINING; RIGHT?

12:40PM 11   A.   CORRECT.

12:40PM 12   Q.   AND THIS IS JUST -- THIS DEPICTS THE TRAINING THAT WAS

12:40PM 13   PERFORMED BY VARIOUS PERSONNEL WITHIN THE CLIA LAB; IS THAT

12:40PM 14   RIGHT?

12:40PM 15   A.   CORRECT.

12:40PM 16   Q.   AND THAT WAS ONE OF MR. GEE'S RESPONSIBILITIES TO TRACK

12:40PM 17   THAT?

12:40PM 18   A.   YES.

12:40PM 19   Q.   OKAY.

12:40PM 20   A.   THIS DEPICTS THE TRAINING AS OF Q1 THE WAY I READ THIS.

12:40PM 21   Q.   RIGHT.

12:40PM 22   A.   THIS SAYS Q1 IN PARENTHESIS, YEAH.

12:40PM 23   Q.   FAIR POINT.  IT SAYS CLIA TRAINING, AND IN PARENTHESIS IT

12:40PM 24   SAYS Q1?

12:40PM 25   A.   CORRECT.

12:40PM  1    Q.   AND SO IT'S FAIR TO ASSUME IT IS Q1?

12:40PM  2    A.   YES.

12:40PM  3    Q.   AND IS IT FAIR TO SAY THAT TRAINING WAS ONGOING?

12:40PM  4    A.   YES.

12:40PM  5    Q.   AND PARTICULARLY AS NEW PERSONNEL CAME IN?

12:40PM  6    A.   WELL, IF THERE IS A NEW METHOD BEING IMPLEMENTED IN THE

12:40PM  7    LAB, YOU NEED TO HAVE TRAINING ON THAT METHOD.

12:40PM  8         IF IT WAS NEW PERSONNEL, THEY WERE GOING TO NEED TO BE

12:40PM  9    TRAINED ON ALL OF THE METHODS.

12:40PM  10   Q.   I UNDERSTAND.  AND THAT'S PART OF THE REASON THAT YOU HAVE

12:40PM  11   THE DIFFERENT PROTOCOLS; RIGHT?

12:41PM  12   A.   YES, THAT'S TRAINING DOCUMENTS, CORRECT.

12:41PM  13   Q.   LET'S GO TO THE NEXT PAGE.

12:41PM  14        AND THIS DOCUMENT TALKS ABOUT PROCESS IMPROVEMENTS; RIGHT?

12:41PM  15   A.   YES.

12:41PM  16   Q.   BECAUSE THERE WERE GOALS TO CONTINUOUSLY IMPROVE; RIGHT?

12:41PM  17   A.   YES.

12:41PM  18   Q.   AND DO YOU SEE UP TOP THERE IT SAYS THE IMPROVEMENTS TO

12:41PM  19   THE LIS; RIGHT?

12:41PM  20   A.   YES.

12:41PM  21   Q.   AND THAT'S THE DATABASE SYSTEM THAT TRACKS ALL OF THE

12:41PM  22   IMPORTANT DATA WITHIN THE LAB?

12:41PM  23   A.   YES.

12:41PM  24   Q.   AND GIVES YOU ALL OF THOSE DETAILS THAT WE WERE TALKING

12:41PM  25   ABOUT BEFORE?

| 12:41PM | 1 | A.   YES. |
| 12:41PM | 2 | Q.   OKAY.  AND IT NOTES INCREASED STAFF BY 12 EMPLOYEES. |
| 12:41PM | 3 | DO YOU RECALL THAT? |
| 12:41PM | 4 | A.   I DO NOT RECALL THAT WE INCREASED STAFF BY 12 EMPLOYEES IN |
| 12:41PM | 5 | Q1/Q2. |
| 12:41PM | 6 | Q.   WELL, WE HAVE SOME ORG CHARTS A LITTLE LATER IN THE |
| 12:41PM | 7 | PRESENTATION AND WE'LL GET THROUGH THOSE AS WE WALK THROUGH AND |
| 12:41PM | 8 | MAYBE IT WILL REFRESH YOUR RECOLLECTION.  OKAY? |
| 12:41PM | 9 | A.   YES. |
| 12:41PM | 10 | Q.   AND DO YOU SEE WHERE IT SAYS EDISON LEVEY-JENNINGS CHARTS |
| 12:41PM | 11 | CREATED BY KARTHIK? |
| 12:42PM | 12 | A.   YEAH. |
| 12:42PM | 13 | Q.   AND KARTHIK WAS A STATISTICIAN THAT WORKED UNDER |
| 12:42PM | 14 | DR. YOUNG? |
| 12:42PM | 15 | A.   UM, KARTHIK -- YOU KNOW, KARTHIK WAS A SMART GUY.  I DO |
| 12:42PM | 16 | NOT KNOW HIS JOB DESCRIPTION WITHIN THE COMPANY. |
| 12:42PM | 17 | Q.   WAS HE A GUY WHO CRUNCHED A LOT OF NUMBERS? |
| 12:42PM | 18 | A.   I DON'T RECALL. |
| 12:42PM | 19 | Q.   OKAY.  BUT YOU SEE THERE THERE'S AN INDICATION THAT HE'S |
| 12:42PM | 20 | THE ONE WHO CREATED LEVEY-JENNINGS CHARTS; RIGHT? |
| 12:42PM | 21 | A.   YES. |
| 12:42PM | 22 | Q.   AND THOSE ARE THE QC CHARTS THAT WE TALKED ABOUT THAT YOU |
| 12:42PM | 23 | REVIEWED THE WESTGARD RULES UNDER; RIGHT? |
| 12:42PM | 24 | A.   I REVIEWED WITH LANGLY GEE ONCE A MONTH THE AVERAGE |
| 12:42PM | 25 | FAILURE RATES ON THE EDISON MACHINES THAT WERE IN OPERATION.  I |

12:42PM   1    WROTE AN SOP INSTRUCTING THE LAB REGARDING WESTGARD RULES AND

12:42PM   2    LEVEY-JENNINGS PLOTS.

12:43PM   3         I DID NOT REVIEW THE -- I DON'T RECALL THAT I REVIEWED THE

12:43PM   4    LEVEY-JENNINGS DATA WITH LANGLY EVERY MONTH.

12:43PM   5    Q.   OKAY.  BUT YOU WOULD HAVE EXPECTED THAT MR. GEE WOULD DO

12:43PM   6    THAT ON A REGULAR BASIS?

12:43PM   7    A.   YES.

12:43PM   8    Q.   AND YOU WOULD HAVE RELIED UPON HIM FOR THAT?

12:43PM   9    A.   YES.

12:43PM  10    Q.   AND IF HE HAD AN ISSUE, HE WOULD RAISE IT WITH YOU?

12:43PM  11    A.   YES.

12:43PM  12    Q.   OKAY.  AND DO YOU SEE THERE AT THE END IT SAYS TRANSFERRED

12:43PM  13    FOUR ASSAYS TO NORMANDY.

12:43PM  14         DO YOU SEE THAT?

12:43PM  15    A.   YES.

12:43PM  16    Q.   AND FOR A TOTAL OF EIGHT AT THIS TIME; RIGHT?

12:43PM  17    A.   YES.

12:43PM  18    Q.   LET'S GO TO THE NEXT SLIDE.

12:43PM  19         OKAY.  AND HERE IS A COMPILATION OF QUALITY CONTROL DATA.

12:43PM  20         DO YOU SEE THAT?

12:43PM  21    A.   YES.

12:43PM  22    Q.   AND IT'S BROKEN OUT BY SOME DIFFERENT METHODS; RIGHT?

12:43PM  23    A.   YES.  I SEE PREDICATE AND THERANOS METHODS.

12:43PM  24    Q.   OKAY.  LET'S FOCUS ON THE -- IF WE CAN BLOW UP KIND OF THE

12:43PM  25    LEFT COLUMN.

12:44PM  1        THIS IS TOTAL; RIGHT?

12:44PM  2    A.   YES.

12:44PM  3    Q.   AND SO THIS IS ALL ENCOMPASSING IF YOU LOOK AT ALL THE

12:44PM  4    TESTS OFFERED AND ALL OF THE CONTROLS ANALYZED, RIGHT,

12:44PM  5    INCLUDING THE PREDICATE METHODS?

12:44PM  6    A.   YES.

12:44PM  7    Q.   AND THE FAILURE RATE THERE, BASED ON ALL OF THE CONTROLS,

12:44PM  8    IS .14 PERCENT.

12:44PM  9        DO YOU SEE THAT?

12:44PM  10   A.   IT LOOKS LIKE THESE ARE ALL OF THE TESTS BEING BUNDLED

12:44PM  11   INTO ONE.

12:44PM  12   Q.   ALL TESTS?

12:44PM  13   A.   YEAH.

12:44PM  14   Q.   AND SO ALL OF THE QUALITY CONTROL TESTS?

12:44PM  15   A.   YES.

12:44PM  16   Q.   OKAY.  LET'S GO BACK OUT.

12:44PM  17        MAYBE WE CAN SET THE TABLE.

12:44PM  18        SO IN THE LEFT COLUMN IT LOOKS LIKE YOU HAVE ALL TESTS,

12:44PM  19   AND THEN IN THE MIDDLE IT'S JUST PREDICATE TESTS; CORRECT?

12:44PM  20   A.   CORRECT.

12:44PM  21   Q.   AND BY PREDICATE WE MEAN THOSE BIG MACHINES AND VENOUS

12:44PM  22   DRAWS; RIGHT?

12:44PM  23   A.   CORRECT.

12:45PM  24   Q.   FDA APPROVED MACHINES?

12:45PM  25   A.   YES.

12:45PM   1    Q.   AND IN THE RIGHT-HAND COLUMN, THAT'S FOCUSSED ON THERANOS;

12:45PM   2    RIGHT?

12:45PM   3    A.   YES.

12:45PM   4    Q.   AND AT THIS TIME THERE WERE 52 ASSAYS BEING PERFORMED;

12:45PM   5    RIGHT?

12:45PM   6    A.   YES.

12:45PM   7    Q.   AND THAT WAS A COMBINATION, WE'VE TALKED ABOUT THIS AGAIN,

12:45PM   8    BUT THAT WAS A COMBINATION OF THE EDISON ASSAYS AND THE ASSAYS

12:45PM   9    THAT WERE BEING RUN ON THE, ON THE SIEMENS DEVICE WITH MODIFIED

12:45PM  10    TECHNOLOGY; CORRECT?

12:45PM  11    A.   THE QC ON THE SIEMENS DEVICE, IT WAS THE SAME QC FOR BOTH

12:45PM  12    PREDICATE AND THERANOS.

12:45PM  13    Q.   OKAY.  SO SAME QC?

12:45PM  14    A.   CORRECT.

12:45PM  15    Q.   OKAY.  AND THESE NUMBERS, THEY'RE COMBINING THOSE

12:45PM  16    TOGETHER; CORRECT?

12:45PM  17    A.   CORRECT.

12:45PM  18    Q.   AND THE TOTAL FAILURE THERE FOR ALL OF THOSE COMBINED IS

12:45PM  19    2.9 PERCENT; RIGHT?

12:45PM  20    A.   YES.

12:45PM  21    Q.   OKAY.  AND IF, IF WE LOOK UP AT THE TOP -- I'M SORRY, IN

12:46PM  22    THE MIDDLE, DO YOU SEE THE Q1 PREDICATE?

12:46PM  23    A.   YES.

12:46PM  24    Q.   AND THAT SAYS 132 ASSAYS PERFORMED?

12:46PM  25    A.   YES.

12:46PM   1    Q.   AND 8458 CONTROLS ANALYZED?

12:46PM   2    A.   THAT'S A LOT OF CONTROLS GIVEN THERE ARE ONLY 132 ASSAYS

12:46PM   3    RUN.  THAT'S A LOT OF CONTROLS.  I DON'T KNOW WHY SO MANY

12:46PM   4    CONTROLS WERE RUN.

12:46PM   5    Q.   IT WAS MR. GEE'S DATA; RIGHT?

12:46PM   6    A.   YEAH.

12:46PM   7    Q.   AND IT HAS A FAILURE RATE OF .75 PERCENT.

12:46PM   8         DO YOU SEE THAT?

12:46PM   9    A.   I'M READING THAT.

12:46PM  10    Q.   AND IF YOU GO TO THE NEXT SLIDE -- AND THIS ONE IS A

12:46PM  11    LITTLE HARD TO MAKE OUT WITH THE QUALITY OF THE COPY -- BUT

12:47PM  12    THIS BREAKS OUT THE ELISA FAILED QUALITY CONTROL.

12:47PM  13         DO YOU SEE THAT?

12:47PM  14    A.   YES.

12:47PM  15    Q.   AND THESE WOULD HAVE BEEN THE EDISON ASSAYS.

12:47PM  16    A.   CORRECT.

12:47PM  17    Q.   AND WHAT HE'S DOING HERE IS HE'S COMPILING ALL OF THE

12:47PM  18    FAILURES THAT HAPPEN ON AN ASSAY-BY-ASSAY BASIS OVER TIME;

12:47PM  19    CORRECT?

12:47PM  20    A.   IN Q1.

12:47PM  21    Q.   IN Q1.  ON THIS SLIDE IT'S FOR Q1; CORRECT?

12:47PM  22    A.   CORRECT.

12:47PM  23    Q.   AND IT'S SEVEN ASSAYS AT THIS TIME?

12:47PM  24    A.   YES.

12:47PM  25    Q.   OKAY.  SO IT HAS THE TOTAL IN THE BAR GRAPH AND THEN IT

12:47PM 1    HAS UP AT THE TOP, IT'S HARD TO SEE IN THE COLOR, BUT IT'S --

12:47PM 2    WELL, YOU CAN ACTUALLY SEE IT A LITTLE BETTER ON THE SCREEN --

12:47PM 3    FAILED HIGH AND FAILED LOW.

12:47PM 4        DO YOU SEE THAT?

12:47PM 5    A.   YES.

12:47PM 6    Q.   AND THIS WOULD HAVE BEEN THE COMPILED DATA.  WE TALKED

12:48PM 7    ABOUT HOW WE WOULD COMPILE SOME DATA OVER TIME?

12:48PM 8    A.   YES.

12:48PM 9    Q.   AND YOU WOULD LOOK AT IT.

12:48PM 10       THIS WAS THE COMPILED DATA?

12:48PM 11   A.   THIS IS NOT THE DATA THAT LANGLY WOULD BE PRESENTING TO ME

12:48PM 12   DURING OUR MONTHLY MEETINGS.

12:48PM 13   Q.   OKAY.  YOU WOULD HAVE OTHER DATA FOR THAT?

12:48PM 14   A.   YES.

12:48PM 15   Q.   AND WOULD THAT MAYBE INCLUDE SOMETIMES LEVEY-JENNINGS

12:48PM 16   CHARTS, TOO?

12:48PM 17   A.   NO.

12:48PM 18   Q.   AND JUST MAYBE MORE SUMMARY DATA?

12:48PM 19   A.   IT WOULD BE THE ASSAYS AND THE PERCENT FAILURE RATES FOR

12:48PM 20   THE ASSAYS.

12:48PM 21   Q.   OKAY.

12:48PM 22   A.   THAT WAS BASICALLY IT.  THAT'S WHAT I RECALL AT LEAST.

12:48PM 23   Q.   AND SO THE MATH WOULD BE PERFORMED ESSENTIALLY.  YOU WOULD

12:48PM 24   HAVE --

12:48PM 25   A.   YES.

12:48PM   1    Q.   IT WOULDN'T BE DEPICTED THIS WAY?

12:48PM   2    A.   NO, IT WOULD NOT.

12:48PM   3    Q.   BUT FOR THIS PARTICULAR PRESENTATION, HE DEPICTS IT THIS

12:48PM   4    WAY SO YOU CAN SEE IT?

12:48PM   5    A.   YES.

12:48PM   6    Q.   AND THERE WAS NOTHING ABOUT THIS DATA PRESENTATION THAT

12:48PM   7    PROMPTED YOU TO TAKE DOWN ANY OF THE EDISON ELISA ASSAYS?

12:48PM   8    A.   NO.

12:48PM   9    Q.   OKAY.  LET'S GO TO THE NEXT PAGE.

12:48PM  10         HERE'S A -- THIS IS Q3 EDISON QUALITY CONTROL; RIGHT?

12:49PM  11    A.   SOMETHING IS NOT SQUARING OUT BECAUSE WHEN I LOOK AT THE

12:49PM  12    PERCENT CONTROL FAILURES IN THE TABLE THAT I REVIEWED WITH THE

12:49PM  13    GOVERNMENT AND I LOOK AT THESE BAR GRAPHS, THEY APPEAR TO BE

12:49PM  14    SHOWING -- THEY'RE VERY DIFFERENT.  THE PERCENTAGE GIVES YOU

12:49PM  15    FAILURE RATES THAT APPEAR TO BE MUCH LOWER IN THESE BAR CHARTS

12:49PM  16    THAN IN THE TABLE THAT I REVIEWED WITH THE GOVERNMENT

12:49PM  17    YESTERDAY.

12:49PM  18    Q.   WELL, AS WITH ANY DATA, IT MAY DEPEND UPON THE POINT AT

12:49PM  19    WHICH YOU LOOK AT THE DATA; RIGHT?  IS THAT FAIR WITH DATA?

12:49PM  20    A.   YES, I JUST REVIEWED ONE MONTH.

12:49PM  21    Q.   AND SO WHEN YOU'RE -- DO YOU RECALL WHEN WE WERE LOOKING

12:49PM  22    AT THE VALIDATION REPORT, WE WERE LOOKING AT THE RESULTS AND

12:49PM  23    THERE WAS ONE THAT WAS HIGH, AND THERE WAS ONE THAT WAS LOW,

12:49PM  24    AND THERE WERE ONES THAT WERE KIND OF IN BETWEEN THE AVERAGE

12:49PM  25    AMOUNT, AND THAT'S WHAT IT GETS TO; RIGHT?

12:49PM  1    A.   YES.

12:49PM  2    Q.   AND AT DIFFERENT POINTS IN TIME THERE COULD BE DIFFERENT

12:50PM  3    FAILURE RATES; RIGHT?

12:50PM  4    A.   YES.

12:50PM  5    Q.   AND THAT WOULD BE FOR A VARIETY OF REASONS.  FOR EXAMPLE,

12:50PM  6    THIS IS IN Q3; RIGHT?

12:50PM  7    A.   YES.

12:50PM  8    Q.   AND AT THAT POINT THE LAB HAD BEEN UP AND RUNNING FOR A

12:50PM  9    WHILE; RIGHT?

12:50PM  10   A.   YES.

12:50PM  11   Q.   AND MAYBE PEOPLE WERE TRAINED BETTER; RIGHT?

12:50PM  12   A.   IT'S POSSIBLE.

12:50PM  13   Q.   MAYBE THERE WERE SOME ISSUES WITH REAGENTS, THOSE HAVE

12:50PM  14   BEEN IRONED OUT; RIGHT?

12:50PM  15   A.   YES.

12:50PM  16   Q.   BECAUSE YOU WERE ALWAYS TRYING TO CONTINUOUSLY IMPROVE;

12:50PM  17   RIGHT?

12:50PM  18   A.   CORRECT.

12:50PM  19   Q.   AND SO IT'S POSSIBLE THAT -- WOULDN'T YOU EXPECT, AS THE

12:50PM  20   LAB MATURED, THAT THE Q3 -- THAT THE FAILURE RATE WOULD GET

12:50PM  21   BETTER OR --

12:50PM  22   A.   WELL, FROM MY MEETINGS WITH LANGLY, IT APPEARED THAT THE

12:50PM  23   QC FAILURE RATES REMAINED HIGH OVER A PERIOD OF MANY MONTHS.

12:50PM  24   Q.   OKAY.

12:50PM  25   A.   AND THAT'S WHY THIS DATA IS SURPRISING TO ME.

| 12:50PM | 1 | Q.   AND HE'S THE ONE WHO IS PRESENTING THE DATA; CORRECT? |
|---------|---|---|

12:50PM   1    Q.   AND HE'S THE ONE WHO IS PRESENTING THE DATA; CORRECT?

12:50PM   2    A.   YES.

12:50PM   3    Q.   AND HE'S THE ONE WHO IS RESPONSIBLE FOR THE DATA; CORRECT?

12:51PM   4    A.   CORRECT.

12:51PM   5    Q.   AND LET'S GO TO THE NEXT SLIDE.

12:51PM   6         AND YOU SEE, YOU SEE THE OCCURRENCE HERE.

12:51PM   7         JUST A MINUTE AGO WE WERE ACTUALLY TALKING ABOUT

12:51PM   8    PREANALYTIC, ANALYTIC, AND POST-ANALYTIC; RIGHT?

12:51PM   9    A.   YES.

12:51PM   10   Q.   AND HERE YOU'RE TRACKING THE DIFFERENT KINDS OF ERRORS IN

12:51PM   11   THAT WAY; RIGHT?

12:51PM   12   A.   RIGHT.

12:51PM   13   Q.   AND THIS IS FOR QUARTER 1?

12:51PM   14   A.   CORRECT.

12:51PM   15   Q.   AND THERE WERE 660 TESTS, DO YOU RECALL, IN QUARTER 1?  I

12:51PM   16   THINK IT WAS ONE OF THE FIRST COUPLE OF SLIDES.

12:51PM   17   A.   663.

12:51PM   18   Q.   YES.  AND HERE THERE ARE IT LOOKS LIKE MAYBE ABOUT 11

12:51PM   19   ISSUES?

12:51PM   20   A.   CORRECT.

12:51PM   21   Q.   AND LET'S GO TO THE NEXT PAGE.  THESE OCCURRENCES ARE

12:52PM   22   QUARTER 2 AND QUARTER 3.

12:52PM   23        DO YOU SEE THAT?

12:52PM   24   A.   YES.

12:52PM   25   Q.   AND HERE AGAIN THEY'RE TRACKING PRE-ANALYTIC, ANALYTIC,

12:52PM  1    AND POST-ANALYTIC FOR EACH QUARTER; RIGHT?

12:52PM  2    A.   YES.

12:52PM  3    Q.   AND IT LOOKS LIKE IT'S UNDER --

12:52PM  4    A.   IT'S FOR Q3.  WHAT I SEE IS Q2 AND Q3, AND WHAT I SEE IS

12:52PM  5    PREANALYTIC, ANALYTIC, AND POST-ANALYTIC FOR THOSE THREE

12:52PM  6    QUARTERS.

12:52PM  7         ARE YOU WITH ME?

12:52PM  8    Q.   I AM WITH YOU.

12:52PM  9    A.   OKAY.

12:52PM  10   Q.   AND WE DON'T HAVE SAMPLE VOLUME IN THIS DECK FOR THAT, BUT

12:52PM  11   YOU RECALL GENERALLY THAT THE SAMPLE VOLUME IN QUARTER 2 AND

12:52PM  12   QUARTER 3 WAS GOING UP?

12:52PM  13   A.   CORRECT.

12:53PM  14   Q.   OKAY.  LET'S GO TO THE NEXT SLIDE.

12:53PM  15        AND THEY EVEN BREAK OUT -- MR. GEE BREAKS OUT HERE SOME OF

12:53PM  16   THE DIFFERENT TYPES OF OCCURRENCES; RIGHT?

12:53PM  17   A.   FOR Q2, CORRECT.

12:53PM  18   Q.   AND THIS ONE IS FOR Q2?

12:53PM  19   A.   YEAH.

12:53PM  20   Q.   AND DO YOU SEE HERE FOR Q2 ACTUALLY, DO YOU SEE THERE ARE

12:53PM  21   BACK ORDERS ON HCG?

12:53PM  22   A.   YES.

12:53PM  23   Q.   AND WE TALKED ABOUT THAT YESTERDAY; RIGHT?  THAT WAS ONE

12:53PM  24   OF THOSE OCCURRENCES; RIGHT?

12:53PM  25   A.   WE DISCUSSED BACK ORDERS FOR HCG?

12:53PM 1    Q.  WELL, WE DISCUSSED -- WE CAN DISCUSS IT WHEN WE NEXT GET

12:53PM 2    TOGETHER, OKAY?

12:53PM 3         DO YOU RECALL DISCUSSING HCG?

12:53PM 4    A.  WITH YOU, YEAH.

12:53PM 5    Q.  OKAY.  AND YOU SEE THE ISSUE OF THE EDISON HCG IS

12:53PM 6    IDENTIFIED THERE?

12:53PM 7    A.  YES.

12:53PM 8    Q.  AS IT SHOULD BE; RIGHT?  THAT WAS AN OCCURRENCE THAT

12:54PM 9    HAPPENED AND IT'S TRACKED?

12:54PM 10   A.  YES.

12:54PM 11   Q.  OKAY.  LET'S GO -- I THINK THERE ARE LESS THAN 15 TOTAL

12:54PM 12   IDENTIFIED HERE; RIGHT?

12:54PM 13   A.  TWELVE.

12:54PM 14   Q.  TWELVE.  AND ONE RELATES TO THE EDISON DEVICE?

12:54PM 15   A.  YES.

12:54PM 16   Q.  LET'S GO TO THE NEXT PAGE.

12:54PM 17        THIS SETS FORTH THE SPECIFICITY THERE WITH RESPECT TO THE

12:54PM 18   DIFFERENT THINGS.

12:54PM 19        AND YOU SEE THERE ARE SOME ISSUES IDENTIFIED WITH A COUPLE

12:54PM 20   OF THE ASSAYS ON THE EDISON DEVICE THAT HAVE COME ONLINE?

12:54PM 21   A.  YES.

12:54PM 22   Q.  AND THAT'S TRACKED AND THAT'S ADDRESSED; RIGHT?

12:54PM 23   A.  SO THERE'S MENTION OF ISSUES IN Q3 FOR ANALYTIC FOR

12:55PM 24   EDISON SHBG, VITAMIN B12, ESTRADIOL, PROLACTIN.

12:55PM 25        IDEALLY WHAT SHOULD HAPPEN IS THAT YOU HAVE A WHAT IS

12:55PM 1      CALLED QUALITY EXCEPTION REPORT THAT DESCRIBES THE DATE OF THE

12:55PM 2      INCIDENT, THE OPERATORS INVOLVED, WHAT EXACTLY OCCURRED, IF IT

12:55PM 3      HAD AN IMPACT ON THE PATIENT RESULTS, AND THEN YOU DO A ROOT

12:55PM 4      CAUSE ANALYSIS, AND THEN YOU COME UP WITH CORRECTIVE AND

12:55PM 5      PREVENTATIVE ACTIONS.

12:55PM 6      Q.   RIGHT.  THAT'S PART OF YOUR QUALITY SYSTEMS MANUAL THAT WE

12:55PM 7      LOOKED AT EARLIER?

12:55PM 8      A.   I THINK SO, YES.

12:55PM 9      Q.   AND THAT'S PART OF A STANDARD QUALITY PROTOCOL THAT YOU

12:55PM 10     WERE INVOLVED IN OVERSEEING WITHIN THE CLIA LAB; RIGHT?

12:56PM 11     A.   YES.

12:56PM 12     Q.   AND THAT WOULD HAVE BEEN MR. GEE'S RESPONSIBILITY?

12:56PM 13     A.   YES.

12:56PM 14     Q.   AND DO YOU KNOW WHETHER HE DID IT?  DO YOU RECALL?

12:56PM 15     A.   I RECALL VERY POOR INCIDENT MANAGEMENT REPORTING AT

12:56PM 16     THERANOS.

12:56PM 17     Q.   WELL, HE HAS THESE ITEMS LISTED HERE.  DO YOU KNOW WHETHER

12:56PM 18     HE WROTE REPORTS ON THOSE?

12:56PM 19     A.   NO, HE DID NOT.  I DO NOT RECALL.

12:56PM 20     Q.   YOU DON'T RECALL?

12:56PM 21     A.   YEAH.

12:56PM 22     Q.   OKAY.  OKAY.  WELL, LET'S GO TO THE NEXT PAGE, AND THIS

12:56PM 23     ONE MENTIONS COMPLAINTS.

12:56PM 24          DO YOU SEE THAT?

12:56PM 25     A.   YES.

12:56PM   1   Q.   AND THESE ARE PHYSICIAN COMPLAINTS OR PATIENT COMPLAINTS;

12:56PM   2   RIGHT?  BOTH?

12:56PM   3   A.   IT'S DIFFICULT TO SEE WITH THE DIFFERENT SHADING WHAT IS

12:56PM   4   WHAT.

12:56PM   5   Q.   YEAH.  I THINK IF YOU LOOK ON THE BOTTOM YOU SEE THERE ARE

12:56PM   6   TWO DIFFERENT COLORS FOR EACH OF THE COMPLAINTS.  ONE IS FOR

12:56PM   7   PATIENT AND ONE IS FOR PHYSICIAN.

12:56PM   8       DO YOU SEE THAT?

12:56PM   9   A.   YES.

12:56PM  10   Q.   AND THEY IDENTIFY TWO FOR EACH?

12:56PM  11   A.   YES.

12:56PM  12   Q.   AND THAT'S FOR THE 660-SOMETHING TEST VOLUME?

12:57PM  13   A.   YES.

12:57PM  14   Q.   AND LET'S GO TO THE NEXT PAGE.  THIS IS QUARTER 3, AND

12:57PM  15   THIS COMBINES -- THIS SHOWS 10 COMPLAINTS IN QUARTER 3?

12:57PM  16   A.   YES.

12:57PM  17   Q.   DO YOU SEE THAT?

12:57PM  18   A.   YES.

12:57PM  19   Q.   AND I THINK WE DON'T KNOW WHAT THE VOLUME WAS, BUT I THINK

12:57PM  20   YOU TESTIFIED IT WAS GOING UP?

12:57PM  21   A.   CORRECT.

12:57PM  22   Q.   AND IF YOU GO TO THE NEXT PAGE, THOSE COMPLAINTS, RIGHT,

12:57PM  23   IT SPECIFIES THE COMPLAINTS THAT WERE RECEIVED?

12:57PM  24   A.   YES.

12:57PM  25   Q.   AND IT'S FAIR TO SAY THERE'S KIND OF A BASKET OF DIFFERENT

12:57PM  1    ITEMS THAT COME UP WITH RESPECT TO COMPLAINTS; RIGHT?

12:57PM  2    A.   YES.

12:57PM  3    Q.   LIKE, FOR EXAMPLE, THE FIRST ONE IN Q3 SAYS, NO ONE

12:58PM  4    ANSWERED PHONE ON SUNDAY AND COULD NOT LEAVE A VOICEMAIL;

12:58PM  5    RIGHT?

12:58PM  6    A.   YES.

12:58PM  7    Q.   AND SOME OF -- ONE OF THEM DOWN THERE, THERE IS ONE THAT

12:58PM  8    SAYS TESTOSTERONE RESULT WAS WRONG; RIGHT?

12:58PM  9    A.   YES.

12:58PM  10   Q.   AND THAT'S TRACKED SO THAT YOU CAN IMPROVE IT; CORRECT?

12:58PM  11   A.   YES.  WELL, THERE'S NO DESCRIPTION OF THE EVENTS.  I DON'T

12:58PM  12   RECALL THAT EVENT HAVING BEEN WRITTEN UP AS A QUALITY

12:58PM  13   EXCEPTION, SO IT'S REALLY DIFFICULT TO -- YOU KNOW, ABSENT

12:58PM  14   THOSE THINGS, IT'S REALLY DIFFICULT TO CORRECT THAT ISSUE.

12:58PM  15   Q.   OKAY.  I UNDERSTAND.

12:58PM  16        LET'S GO TO -- WELL, I BELIEVE YOU SAID THAT THIS ISN'T

12:58PM  17   THE DOCUMENTATION OF THOSE ITEMS; RIGHT?  THAT WOULD BE -- THIS

12:58PM  18   IS A PRESENTATION THAT --

12:58PM  19   A.   RIGHT, IT'S A SUMMARY.  IT'S A SUMMARY.  YEAH.

12:58PM  20   Q.   AND THAT INFORMATION WOULD BE DOCUMENTED IN OTHER

12:58PM  21   DOCUMENTS IN THE LAB BY MR. GEE; CORRECT?

12:58PM  22   A.   IT SHOULD HAVE BEEN.

12:58PM  23   Q.   IT SHOULD HAVE BEEN.  OKAY.

12:58PM  24        LET'S GO TO -- LET'S JUMP A COUPLE SLIDES FORWARD TO BATES

12:59PM  25   RANGE ENDING IN 531.

12:59PM  1          DO YOU SEE THIS IS PROFICIENCY TESTING?

12:59PM  2     A.  YES.

12:59PM  3     Q.  AND THIS IS FOR QUARTER 1 AND QUARTER 2?

12:59PM  4     A.  YES.

12:59PM  5     Q.  AND THIS IS FOR THE PREDICATE DEVICES; CORRECT?

12:59PM  6     A.  WELL, SINCE THERE IS NO PROFICIENCY TESTING CONDUCTED ON

12:59PM  7     THE THERANOS DEVICES, YES, IT WAS ON THE PREDICATE DEVICES.

12:59PM  8     Q.  WHY DON'T WE COME BACK TO THE PROFICIENCY TESTING ITEM?

12:59PM  9     A.  SURE.

12:59PM 10     Q.  BUT YOU SEE THAT THERE IS PROFICIENCY TESTING REFERENCED

12:59PM 11     HERE; CORRECT?

12:59PM 12     A.  YES.

12:59PM 13     Q.  AND THAT IS IN QUARTER 1 AND QUARTER 2?

12:59PM 14     A.  YES.

12:59PM 15     Q.  OKAY.  LET'S, LET'S JUMP TO BATES ENDING 534.

01:00PM 16          DO YOU SEE THIS IS AN ORG CHART AT THE END OF 3-31-2014?

01:00PM 17     A.  CORRECT.

01:00PM 18     Q.  AND DO YOU SEE THAT?

01:00PM 19          AND THIS IDENTIFIED THE TEAM OF PEOPLE WHO ARE WORKING

01:00PM 20     WITH YOU IN THE LAB; RIGHT?

01:00PM 21     A.  CORRECT.

01:00PM 22     Q.  AND I WON'T COUNT THEM HERE.  WE HAVE THEM IN EVIDENCE.

01:00PM 23          BUT I JUST NOTE THAT THE NEXT SLIDE IS GOING TO SHOW THAT

01:00PM 24     ORG CHART AS OF 6-30-2014, AND I THINK WHEN YOU LOOK AT THE

01:00PM 25     BOTTOM YOU'LL SEE SOME ADDITIONAL PEOPLE.

01:00PM 1    A.   YES.

01:00PM 2    Q.   AND YOU'LL RECALL THAT THERE WAS SOME STAFFING UP THAT

01:00PM 3    NEEDED TO BE DONE IF THE VOLUME WAS GOING UP?

01:00PM 4    A.   YES.

01:00PM 5    Q.   AND THAT WAS DONE UNDER YOUR DIRECTION?

01:00PM 6    A.   THAT WOULD BE SUNNY DETERMINING BASED ON THE SAMPLE

01:00PM 7    VOLUMES.

01:00PM 8    Q.   AND HE WAS -- HE HAD THE MANAGEMENT SUPERVISION OF THE LAB

01:01PM 9    AND HE WOULD AUTHORIZE YOU TO HIRE SOMEONE NEW?

01:01PM 10   A.   YES.

01:01PM 11   Q.   AND THEN YOU WOULD GO THROUGH THAT PROCESS THAT YOU

01:01PM 12   PREVIOUSLY TESTIFIED ABOUT?

01:01PM 13   A.   YES.

01:01PM 14   Q.   OKAY.  AND IF WE GO TO THE 6-30-2014 SLIDE.

01:01PM 15        I'M SORRY.  GO TO THE NEXT SLIDE, WHICH IS ALSO DATED

01:01PM 16   6-30-2014.

01:01PM 17        THIS IDENTIFIED EVEN THE PHLEBOTOMISTS WHO ARE OUT IN THE

01:01PM 18   FIELD WORKING FOR THERANOS TAKING SAMPLES; RIGHT?

01:01PM 19   A.   CORRECT.  I -- IT APPEARS THAT THIS CHART IS SPECIFIC TO

01:01PM 20   THE PHLEBOTOMIST.

01:01PM 21   Q.   YEAH.

01:01PM 22   A.   YEAH.

01:01PM 23   Q.   IS IT FAIR TO SAY THAT YOU DIDN'T SPEND A LOT OF TIME

01:01PM 24   DIRECTLY SUPERVISING THE PHLEBOTOMISTS?

01:01PM 25   A.   I DID NOT SUPERVISE THE PHLEBOTOMISTS, YEAH.

01:01PM  1   Q.   OKAY.  SO THEY HAVE IT FLOWING FROM YOU, BUT THEY WERE

01:01PM  2   KIND OF SEPARATE TEAMS?

01:01PM  3   A.   CORRECT.

01:01PM  4   Q.   AND I BELIEVE THE NEXT SLIDE --

01:02PM  5   A.   I MEAN, THEY WERE ALL IN -- MOST OF THEM WERE IN ARIZONA.

01:02PM  6   I WAS IN CALIFORNIA, SO --

01:02PM  7   Q.   UNDERSTOOD.  AND IF I COULD JUST LASTLY BRING YOUR

01:02PM  8   ATTENTION TO BATES RANGE ENDING IN 542.  HERE HE IS TRACKING

01:02PM  9   AMENDED AND CORRECTED REPORTS?

01:02PM 10   A.   YES.

01:02PM 11   Q.   AND HE NOTES TWO IN Q4?

01:02PM 12   A.   YES.

01:02PM 13   Q.   AND NONE IN QUARTER 1?

01:02PM 14   A.   CORRECT.

01:02PM 15   Q.   AND THAT WAS -- THAT WOULD HAVE BEEN -- THE TEST REPORTING

01:02PM 16   WAS PART OF -- I THINK YESTERDAY WE LOOKED AT THE PROCEDURE FOR

01:02PM 17   TEST REPORTING?

01:02PM 18   A.   YES.

01:02PM 19   Q.   OKAY.  I DON'T HAVE ANYTHING FURTHER ON THAT DOCUMENT.

01:03PM 20        YOU MENTIONED A COUPLE OF TIMES PRECISION TESTING.

01:03PM 21        DO YOU RECALL THAT?

01:03PM 22   A.   YES.

01:03PM 23   Q.   AND I WANT TO COME BACK TO THAT A LITTLE BIT.

01:03PM 24        PRECISION TESTING IS SOMETHING THAT WOULD HAVE FALLEN

01:03PM 25   UNDER THE LDT'S RESPONSIBILITIES ULTIMATELY; CORRECT?

01:03PM  1      A.   YES.

01:03PM  2      Q.   AND MR. GEE WORKED ON THAT AS WELL?

01:03PM  3      A.   NO.  MR. GEE WORKED ON QUALITY CONTROL AND QUALITY

01:03PM  4      ASSURANCE.  PRECISION IS PERFORMED AS PART OF THE INITIAL

01:03PM  5      VALIDATION OF A TEST THAT IS REPEAT MEASUREMENTS ON A SINGLE

01:04PM  6      SAMPLE WITHIN DAYS AND BETWEEN DAYS.

01:04PM  7      Q.   AND I MAY HAVE USED -- OR I MAY HAVE MISSPOKEN A MINUTE

01:04PM  8      AGO.  I WAS SHIFTING TO PROFICIENCY TESTING --

01:04PM  9      A.   AH, OKAY.

01:04PM 10      Q.   -- AS OPPOSED TO PRECISION TESTING.

01:04PM 11      A.   YES.

01:04PM 12      Q.   OKAY.  PROFICIENCY TESTING, DO YOU RECALL YOU TESTIFIED

01:04PM 13      ABOUT THAT ON DIRECT EXAMINATION?

01:04PM 14      A.   YES.

01:04PM 15      Q.   AND THAT'S COME UP A COUPLE OF TIMES DURING THE COURSE OF

01:04PM 16      YOUR TESTIMONY UNDER MY EXAMINATION?

01:04PM 17      A.   YES.

01:04PM 18      Q.   AND PROFICIENCY TESTING ULTIMATELY IS THE RESPONSIBILITY

01:04PM 19      OF THE LAB DIRECTOR; CORRECT?

01:04PM 20      A.   ULTIMATELY, YES.

01:04PM 21      Q.   BUT THAT IS A RESPONSIBILITY THAT MR. GEE WORKED ON;

01:04PM 22      CORRECT?

01:04PM 23      A.   NO.  I BELIEVE HODA ALAMDAR, THE TECHNICAL SUPERVISOR, WAS

01:04PM 24      HANDLING PROFICIENCY.

01:04PM 25      Q.   AND SHE -- HODA WAS -- WAS SHE KIND OF THE NUMBER 2 WITHIN

01:05PM 1    THE LAB?  IS THAT FAIR?

01:05PM 2    A.   WELL, FOR A PERIOD DR. PANDORI WOULD HAVE BEEN THE CO-LAB

01:05PM 3    DIRECTOR AND HE WOULD HAVE BEEN NUMBER 2 IN THE LAB.

01:05PM 4    Q.   OKAY?

01:05PM 5    A.   AND THEN WE HAD GODFREY MASINDE, HE WAS A G.S., GENERAL

01:05PM 6    SUPERVISOR, AND THEN HODA WAS THE TECHNICAL SUPERVISOR.

01:05PM 7    Q.   AND THEY, THEY -- WHO WAS IT THAT WORKED ON PROFICIENCY

01:05PM 8    TESTING?

01:05PM 9    A.   HODA.

01:05PM 10   Q.   HODA.  ON DIRECT EXAMINATION THE GOVERNMENT ASKED YOU

01:05PM 11   ABOUT THAT, AND THEY ASKED IF THERE WAS EVER PROFICIENCY

01:05PM 12   TESTING AT THERANOS, AND YOU TESTIFIED THAT THERE WERE NO

01:05PM 13   FORMAL PROFICIENCY TESTING PROCESSES.

01:06PM 14       DO YOU RECALL THAT?

01:06PM 15   A.   THERE WAS NO FORMAL PROFICIENCY TESTING PROCESSES THAT

01:06PM 16   WERE IMPLEMENTED FOR THE THERANOS TESTS.

01:06PM 17   Q.   BUT THAT'S NOT WHAT YOU TESTIFIED TO.

01:06PM 18       DO YOU RECALL, SIR, THAT YOU WERE ASKED, "AND WAS THERE A

01:06PM 19   PROFICIENCY TESTING PROCESS IN PLACE AT THERANOS WHEN YOU WERE

01:06PM 20   AT THE COMPANY?"

01:06PM 21       AND YOU ANSWERED, "NO, THERE WAS NO FORMAL PROFICIENCY

01:06PM 22   TESTING PROCESS."

01:06PM 23       DO YOU RECALL THAT?

01:06PM 24   A.   YES.

01:06PM 25   Q.   AND WAS THAT TESTIMONY ACCURATE?

01:06PM    1    A.   WELL, THE GOVERNMENT DIDN'T SPECIFY WHETHER THEY WERE

01:06PM    2    TALKING ABOUT THE THERANOS TESTS OR THE PREDICATE TESTS.

01:06PM    3    Q.   AND YOU DIDN'T SPECIFY IN YOUR ANSWER EITHER, DID YOU?

01:06PM    4    A.   NO.

01:06PM    5    Q.   SO THAT -- SO LET ME ASK THE QUESTION AGAIN.  OKAY?

01:06PM    6         AND JUST SO WE'RE CLEAR, AT THE VERY END OF YOUR

01:06PM    7    TESTIMONY, DO YOU RECALL THAT MR. BOSTIC CAME BACK TO ASK A

01:06PM    8    COUPLE OF FOLLOW-UP QUESTIONS?

01:06PM    9    A.   YES.

01:06PM   10    Q.   AND WHEN HE CAME BACK, YOU WERE ASKED, PRIOR TO SEPTEMBER

01:07PM   11    OF 2013 BEFORE THE COMMERCIAL LAUNCH, ARE YOU AWARE OF ANY

01:07PM   12    PROFICIENCY TESTING HAPPENING AT THERANOS?

01:07PM   13         AND YOU SAID NO.

01:07PM   14         ARE EITHER OF THOSE --

01:07PM   15    A.   SO THAT'S NOT CORRECT.  THERE WAS PROFICIENCY TESTING FOR

01:07PM   16    THE PREDICATE METHODS.

01:07PM   17    Q.   OKAY.  BOTH OF THOSE QUESTIONS WERE INACCURATE; CORRECT?

01:07PM   18    BOTH OF THOSE ANSWERS WERE INACCURATE?

01:07PM   19    A.   ABOUT WHETHER THERE WAS PROFICIENCY TESTING IN PLACE?

01:07PM   20    Q.   YES.

01:07PM   21    A.   THERE WAS PROFICIENCY TESTING FOR THE PREDICATE

01:07PM   22    INSTRUMENTS.

01:07PM   23    Q.   AND SO YOUR QUESTIONS WERE INACCURATE?

01:07PM   24    A.   YES.

01:07PM   25    Q.   OKAY.  SO LET'S WORK TO CLARIFY THIS.

01:07PM   1    A.   OKAY.

01:07PM   2    Q.   BECAUSE THERE WAS, SO THE RECORD IS PERFECTLY CLEAR, A

01:07PM   3    PROFICIENCY TESTING PROGRAM IN PLACE FOR TESTS THAT THERANOS

01:08PM   4    WAS RUNNING IN THE CLIA LAB ON COMMERCIAL DEVICES?

01:08PM   5    A.   CORRECT.

01:08PM   6         I KNOW THAT PROFICIENCY TESTING WAS BEING RUN ON THE

01:08PM   7    PREDICATE INSTRUMENTS AND BEING REPORTED.

01:08PM   8         I DO NOT SPECIFICALLY RECALL AN SOP RELATING TO

01:08PM   9    PROFICIENCY TESTING.

01:08PM   10        WE MAY HAVE REVIEWED THAT DOCUMENT OR IT MAY HAVE BEEN

01:08PM   11   PART OF THE QUALITY SYSTEMS MANUAL THAT WE REVIEWED.

01:08PM   12   Q.   WELL, IF THERE WASN'T A PROFICIENCY TESTING PROGRAM, THAT

01:08PM   13   WOULD BE A PROBLEM; RIGHT?

01:08PM   14   A.   A POLICY, AN SOP, YES, THAT WOULD BE A PROBLEM.

01:08PM   15   Q.   DO YOU RECALL THAT BEING THE CASE?

01:08PM   16   A.   I DO NOT RECALL.

01:08PM   17   Q.   OKAY.

01:08PM   18   A.   THAT MAY BE PART OF THE MISUNDERSTANDING, YOU KNOW, IN THE

01:08PM   19   GOVERNMENT'S QUESTION IN TERMS OF A FORMAL PROCEDURE BEING IN

01:08PM   20   PLACE.

01:08PM   21        I CAN TESTIFY THAT WE WERE RUNNING PROFICIENCY SAMPLES ON

01:09PM   22   THE PREDICATE METHOD, YES.

01:09PM   23        DOES THAT CLEAR IT UP OR --

01:09PM   24   Q.   WELL, LET'S KEEP GOING AND SEE IF WE CAN CLEAR IT UP SOME

01:09PM   25   MORE.

01:09PM  1    A.   UH-HUH.

01:09PM  2    Q.   DO YOU RECALL YESTERDAY THAT WE TALKED ABOUT SOME OF YOUR

01:09PM  3    INTERVIEWS WITH THE GOVERNMENT; RIGHT?

01:09PM  4    A.   YES.

01:09PM  5    Q.   AND I THINK YOUR FIRST INTERVIEW WAS IN JULY OF 2016.

01:09PM  6         DO YOU RECALL THAT?

01:09PM  7    A.   I RECALL MY FIRST INTERVIEW WITH THE GOVERNMENT WAS WITH

01:09PM  8    THE S.E.C.  I DO NOT RECALL THE DATE.

01:09PM  9    Q.   AND IN ADDITION TO THE S.E.C., MR. LEACH WAS PRESENT.

01:09PM  10        DO YOU RECALL THAT?

01:09PM  11   A.   CORRECT.

01:09PM  12   Q.   AND THERE WERE A COUPLE OF FBI AGENTS PRESENT?

01:09PM  13   A.   CORRECT.

01:09PM  14   Q.   IT LOOKED LIKE THERE WAS A WHOLE ROOM FULL OF PEOPLE;

01:09PM  15   RIGHT?

01:09PM  16   A.   YES, THERE WERE MANY PEOPLE THERE.

01:09PM  17   Q.   AND YOU WERE ASKED ABOUT THERANOS PROFICIENCY TESTING.

01:10PM  18        DO YOU RECALL?

01:10PM  19   A.   I DO NOT RECALL THAT.

01:10PM  20   Q.   AND DO YOU RECALL TELLING THE GOVERNMENT IN THAT MEETING

01:10PM  21   THAT EDISON MACHINES DID PRODUCE GOOD RESULTS FROM THE AAP?

01:10PM  22   A.   I DO NOT RECALL THAT, NO.

01:10PM  23   Q.   AND DO YOU RECALL TELLING THEM THAT THERANOS PROPRIETARY

01:10PM  24   MACHINES USED A PROCESS CALLED ALTERNATIVE EFFICIENCY --

01:10PM  25   ALTERNATIVE ASSESSMENT PROFICIENCY?

01:10PM   1    A.   I DO NOT RECALL.

01:10PM   2    Q.   AND AAP MEASURES ACCURACY; RIGHT?

01:10PM   3    A.   CORRECT.

01:10PM   4    Q.   OKAY.  AND THE AAP WAS THE POLICY THAT WAS SET FORTH TO BE

01:10PM   5    USED ON THE THERANOS DEVICES; CORRECT?

01:10PM   6    A.   CORRECT.

01:11PM   7    Q.   WHY DON'T YOU TURN IN YOUR YELLOW BINDER TO STATEMENT

01:11PM   8    11003.

01:11PM   9         DO YOU SEE THAT IN FRONT OF YOU?  IT'S A DOCUMENT DATED

01:11PM  10    JULY 22ND, 2016?

01:11PM  11    A.   YES.

01:11PM  12    Q.   OKAY.  I'D LIKE TO CALL YOUR ATTENTION TO THE LAST

01:11PM  13    PARAGRAPH AT THE BOTTOM OF THE THIRD PAGE.

01:11PM  14    A.   YES.

01:11PM  15    Q.   AND I'D LIKE YOU TO JUST READ THAT TO YOURSELF AND LET ME

01:11PM  16    KNOW WHEN YOU'RE DONE.

01:12PM  17         (PAUSE IN PROCEEDINGS.)

01:12PM  18            THE WITNESS:  YES, I READ IT.

01:12PM  19    BY MR. WADE:

01:12PM  20    Q.   AND, SIR, DOES IT REFRESH YOUR RECOLLECTION THAT YOU TOLD

01:12PM  21    THE GOVERNMENT THAT THE EDISON MACHINES DID PRODUCE GOOD

01:12PM  22    RESULTS FROM THE AAP?

01:12PM  23    A.   THERE WAS A PROCESS CALLED IQP THAT WAS IMPLEMENTED IN A

01:12PM  24    HAPHAZARD FASHION THAT SEEMED TO PRODUCE GOOD RESULTS.

01:12PM  25         THERE WAS NO FORMAL AAP PROCEDURE THAT DESCRIBED THE STEPS

01:12PM 1    TO BE DONE AND THE ACCEPTANCE CRITERIA THAT WAS SIGNED OFF BY

01:12PM 2    ME IN A DOCUMENT CONTROL SYSTEM.

01:12PM 3    Q.   OKAY.  LET ME, LET ME JUST -- THANK YOU FOR YOUR

01:12PM 4    EXPLANATION.  LET ME TRY THE QUESTION ONE MORE TIME.

01:12PM 5         DOES READING THAT PARAGRAPH REFRESH YOUR RECOLLECTION THAT

01:12PM 6    YOU TOLD THE GOVERNMENT THAT EDISON MACHINES DID PRODUCE GOOD

01:13PM 7    RESULTS FROM THE AAP?

01:13PM 8    A.   I DON'T RECALL HAVING MADE THAT STATEMENT TO THE

01:13PM 9    GOVERNMENT.  I AM ASSUMING THE RECORD IS CORRECT.

01:13PM 10   Q.   IF I CAN TURN YOU AWAY FROM THE YELLOW BINDER, WE'RE GOING

01:13PM 11   TO GO BACK TO THE BLACK BINDER.

01:13PM 12        THE COURT:  WHILE YOU GET THAT, FOLKS, WOULD YOU

01:13PM 13   STAND UP FOR 30 SECONDS IF YOU WOULD LIKE TO STRETCH YOUR LEGS

01:13PM 14   FOR JUST A MOMENT.

01:13PM 15        (STRETCHING.)

01:14PM 16   BY MR. WADE:

01:14PM 17   Q.   AND WHILE THEY'RE STRETCHING, DOCTOR, I'M GOING TO ASK YOU

01:14PM 18   TO GO TO 10451 IN THE BLACK BINDER, WHICH I BELIEVE MIGHT BE

01:14PM 19   ONE OF THE EARLIER EXHIBITS IN BINDER 2.

01:14PM 20   A.   I'VE GOT IT.

01:14PM 21   Q.   AND THIS IS AN EMAIL CHAIN WITHIN A GROUP OF PEOPLE AT

01:14PM 22   THERANOS THAT INCLUDES YOU AND RELATES TO SOME PROFICIENCY

01:15PM 23   TESTING; IS THAT CORRECT?

01:15PM 24   A.   THE EMAIL IS FROM LANGLY GEE TO A NUMBER OF RECIPIENTS.  I

01:15PM 25   AM ONE OF THEM.

01:15PM  1              MR. WADE:  OKAY.  MOVE THE ADMISSION OF 10451.

01:15PM  2              MR. BOSTIC:  YOUR HONOR, I APOLOGIZE.  I'M STILL

01:15PM  3     LOOKING FOR THIS ONE.

01:15PM  4              THE COURT:  10451.

01:15PM  5              MR. WADE:  10451, YOUR HONOR.  I BELIEVE IT'S THE

01:15PM  6     FIRST DOCUMENT IN THE SECOND BINDER.

01:15PM  7              MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

01:15PM  8              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:15PM  9          (DEFENDANT'S EXHIBIT 10451 WAS RECEIVED IN EVIDENCE.)

01:15PM 10     BY MR. WADE:

01:15PM 11     Q.   OKAY.  AND THIS IS AN EMAIL CHAIN, AS YOU NOTED, WITH

01:15PM 12     LANGLY GEE, YOURSELF, AND A NUMBER OF OTHER PEOPLE AT THERANOS.

01:16PM 13          DO YOU SEE DAN EDLIN THERE?

01:16PM 14     A.   YES.

01:16PM 15     Q.   AND BRAD ARINGTON?

01:16PM 16     A.   YES.

01:16PM 17     Q.   AND DR. PANDORI?

01:16PM 18     A.   YES.

01:16PM 19     Q.   OKAY.  I'D LIKE TO START AT THE BACK OF THE EMAIL.

01:16PM 20          DO YOU SEE THAT EMAIL?

01:16PM 21     A.   YES.

01:16PM 22     Q.   AND IN THIS EMAIL, MR. EDLIN IS ASKING FOR AN UPDATE ON

01:16PM 23     PROFICIENCY TESTING; CORRECT?

01:16PM 24     A.   YES.

01:16PM 25     Q.   AND HE NOTES THAT, "EAH HAS ASKED FOR THIS AS PART OF A

01:17PM 1    PRESENTATION SHE IS COMPILING FOR TOMORROW."

01:17PM 2        DO YOU SEE THAT?

01:17PM 3    A.   YES.

01:17PM 4    Q.   AND YOU RESPONDED, IF WE CAN GO UP THE CHAIN.  DO YOU SEE

01:17PM 5    THAT THIS IS YOUR RESPONSE?  YOUR RESPONSE IS ACTUALLY ON THE

01:17PM 6    NEXT PAGE, BUT DO YOU SEE THAT THIS IS YOUR RESPONSE?

01:17PM 7    A.   YES.

01:17PM 8    Q.   AND IT SAYS, "WE ARE CONTINUALLY DOING PROFICIENCY

01:17PM 9    TESTING.  LANGLY OR BRAD CAN FILL YOU IN ON THE STATE BY STATE

01:17PM 10   APPLICATIONS/STATUS."

01:17PM 11       CORRECT?

01:17PM 12   A.   YES, WE DID PROFICIENCY TESTING ON THE PREDICATE

01:17PM 13   INSTRUMENTS.

01:17PM 14   Q.   RIGHT.  YOU'RE DOING PROFICIENCY TESTING ON THE PREDICATE

01:17PM 15   INSTRUMENTS, AND YOU'RE DIRECTING MR. EDLIN TO EITHER LANGLY OR

01:17PM 16   BRAD; CORRECT?

01:17PM 17   A.   CORRECT.

01:17PM 18   Q.   AND BRAD ARINGTON WAS A REGULATORY LAWYER WHO WORKED

01:18PM 19   WITHIN THE COMPANY; RIGHT?

01:18PM 20   A.   HE WAS GENERAL COUNSEL AT THE TIME I BELIEVE.

01:18PM 21   Q.   OKAY.  AND HE FREQUENTLY WAS DEALING WITH DIFFERENT

01:18PM 22   REGULATORY ISSUES RELATING TO CLIA; CORRECT?

01:18PM 23   A.   YES, YES.

01:18PM 24   Q.   OKAY.  AND THEN IF WE GO UP THE CHAIN THERE'S SOME

01:18PM 25   ADDITIONAL DISCUSSION, BUT IF I CAN DRAW YOUR ATTENTION TO THE

01:18PM   1      MAY 8TH EMAIL AT 6:39.

01:18PM   2           DO YOU SEE THAT?

01:18PM   3      A.   YES.

01:18PM   4      Q.   THIS SAYS, THIS SAYS -- THIS SETS FORTH THE SURVEYS

01:18PM   5      PERFORMED AND SCORES AND UPDATE TO THE LICENSES.

01:18PM   6           DO YOU SEE THAT?

01:18PM   7      A.   YES.

01:18PM   8      Q.   AND IT SETS FORTH A NUMBER OF RESULTS FROM PROFICIENCY

01:18PM   9      TESTING BELOW?

01:18PM  10      A.   YES.

01:18PM  11      Q.   AND THEY'RE ALL 100 PERCENT; CORRECT?

01:18PM  12      A.   YES.

01:18PM  13      Q.   AND SPECIFICALLY DO YOU SEE WHERE IT SAYS CAP HIV?

01:19PM  14      A.   YES.

01:19PM  15      Q.   AND THAT'S 10 PERCENT?

01:19PM  16      A.   YES.

01:19PM  17      Q.   OKAY.  LET'S GO --

01:19PM  18      A.   AND WHEN WE RAN HIV ON AN ABBOTT INSTRUMENT, IT WAS AN FDA

01:19PM  19      APPROVED INSTRUMENT.

01:19PM  20      Q.   CORRECT.  AND IT WAS A TWO-PART TEST; CORRECT?

01:19PM  21      A.   I DON'T RECALL.

01:19PM  22      Q.   DO YOU RECALL THE PROTOCOL THAT YOU USED FOR HIV?

01:19PM  23      A.   IT WAS MOLECULAR TEST.

01:19PM  24      Q.   LET ME GO -- I DON'T HAVE ANYTHING ELSE IN THIS DOCUMENT.

01:19PM  25           ACTUALLY, I WANT TO LOOK AT THE -- LET ME LOOK AT THE

01:19PM  1   ATTACHMENT TO THE DOCUMENT.

01:20PM  2       NOW, IF WE JUST LOOK AT THE TOP FIRST.  THIS IS ADDRESSED

01:20PM  3   TO YOU; RIGHT?

01:20PM  4   A.   YES.

01:20PM  5   Q.   BECAUSE YOU WERE THE LAB DIRECTOR?

01:20PM  6   A.   YES.

01:20PM  7   Q.   AND THIS IS DOCUMENTATION OF THE PROFICIENCY TESTING

01:20PM  8   RESULTS; CORRECT?

01:20PM  9   A.   YES.

01:20PM  10  Q.   AND IF WE ZOOM BACK OUT, THIS SETS FORTH THE DIFFERENT

01:20PM  11  RESULTS.

01:20PM  12      DO YOU SEE THAT?

01:20PM  13  A.   YES.

01:20PM  14  Q.   AND IF WE CAN HIGHLIGHT THE GREY COLUMN ON THE RIGHT.

01:20PM  15      DO YOU SEE IT SAYS ACCEPTABLE THERE?

01:20PM  16  A.   YES.

01:20PM  17  Q.   AND IT SAYS ACCEPTABLE, IF WE GO BACK, ON ALL OF THE TESTS

01:20PM  18  ON THE FIRST PAGE; CORRECT?

01:20PM  19  A.   WE WERE NOT PERFORMING BACTERIAL IDENTIFICATION OR

01:20PM  20  SUSCEPTIBILITY AT THERANOS USING THESE TECHNIQUES.

01:20PM  21      THESE -- I DON'T RECALL WHY THIS PROFICIENCY WAS DONE, BUT

01:21PM  22  WE WEREN'T DOING GRAM STAINS OR CULTURE BACTERIA OR ANYTHING

01:21PM  23  LIKE THAT.

01:21PM  24  Q.   DO YOU THINK THESE TESTS WERE SENT TO THE WRONG LAB?

01:21PM  25  A.   NO.

01:21PM  1     Q.   DO YOU THINK THEY WERE RUN AT THERANOS?

01:21PM  2     A.   THEY WERE RUN AT THERANOS.

01:21PM  3     Q.   OKAY.  AND ALL OF THEM WERE ACCEPTABLE; CORRECT?

01:21PM  4     A.   YES.

01:21PM  5     Q.   AND DO YOU THINK THAT THAT'S AN INDICATION OF GOOD LAB

01:21PM  6     PRACTICES THAT, WHETHER YOU'RE RUNNING THEM REGULARLY OR NOT,

01:21PM  7     PEOPLE WERE EXECUTING WELL WHEN THEY WERE PERFORMING THE TESTS?

01:21PM  8     A.   MY UNDERSTANDING -- MY RECOLLECTION IS THAT CHI NGUYEN WAS

01:21PM  9     IN CHARGE OF MICROBIOLOGY AND THE COMPANY WAS CONSIDERING DOING

01:21PM  10    TRADITIONAL CULTURE GRAM STAIN, AND IN PREPARATION FOR THAT

01:22PM  11    THEY WERE RUNNING PROFICIENCY.

01:22PM  12    Q.   SO WE TALKED ABOUT BEFORE WHEN YOU VALIDATE ASSAYS, YOU

01:22PM  13    NEED TO MEASURE THEM AGAINST A GOLD STANDARD; RIGHT?

01:22PM  14    A.   CORRECT.

01:22PM  15    Q.   AND SO IN ORDER TO HAVE A GOLD STANDARD THAT YOU CAN

01:22PM  16    MEASURE A NEW ASSAY YOU'RE DEVELOPING AGAINST, YOU NEED TO, YOU

01:22PM  17    NEED TO PUT THAT GOLD STANDARD ASSAY UP WITHIN YOUR LAB; RIGHT?

01:22PM  18    A.   CORRECT.

01:22PM  19    Q.   AND MAKE SURE THAT IT PERFORMS WELL?

01:22PM  20    A.   CORRECT.

01:22PM  21    Q.   AND SO DO YOU THINK IT'S POSSIBLE THAT THESE WERE PUT UP

01:22PM  22    INTO THE LAB SO THAT THEY COULD SERVE AS THE GOLD STANDARD FOR

01:22PM  23    ASSAYS THAT WERE UNDER DEVELOPMENT?

01:22PM  24    A.   IT'S POSSIBLE.

01:22PM  25    Q.   OKAY.  LET'S GO TO 10029, WHICH SHOULD BE IN YOUR BINDER 1

01:23PM 1      TOWARDS THE BACK.

01:23PM 2      A.   I DON'T HAVE IT.

01:23PM 3      Q.   IN BINDER 1.  EXHIBIT BINDER 1, TOWARDS THE BACK OF THE

01:23PM 4      EXHIBIT, 10029.

01:23PM 5      A.   I DO NOT HAVE IT.  I GO FROM 9412 TO 12531.

01:23PM 6      Q.   WE'LL GET ANOTHER COPY IN JUST ONE SEC WITH THE COURT'S

01:23PM 7      INDULGENCE.

01:24PM 8               THE CLERK:  COUNSEL (HANDING.)

01:24PM 9               THE WITNESS:  THANK YOU.

01:24PM 10     BY MR. WADE:

01:24PM 11     Q.   SIR, DO YOU HAVE 10029 IN FRONT OF YOU?

01:24PM 12     A.   YES.

01:24PM 13     Q.   AND DO YOU SEE THE DOCUMENT IS ADDRESSED TO YOU?

01:24PM 14     A.   YES.

01:24PM 15     Q.   AND WHAT IS THIS DOCUMENT?

01:24PM 16     A.   IT'S A PROFICIENCY TESTING EVENT THAT OCCURRED IN 2014.

01:24PM 17     I'M LOOKING AT GENERAL CHEMISTRIES AND WHEN -- I'M SORRY.

01:25PM 18     Q.   GO AHEAD.

01:25PM 19     A.   AND THESE WERE PERFORMED -- I'M SORRY.  THESE ARE

01:25PM 20     IMMUNOASSAYS, OKAY, PERFORMED AT THERANOS USING THE FDA

01:25PM 21     APPROVED IMMULITE INSTRUMENT, AND THIS DOCUMENT SHOWED THE

01:25PM 22     RESULT THAT THERANOS OBTAINED AND THE EXPECTED RESULTS FOR EACH

01:25PM 23     PROFICIENCY SAMPLE FOR EACH ANALYTE.

01:25PM 24               MR. WADE:  I MOVE THE ADMISSION OF 10029.

01:25PM 25               MR. BOSTIC:  NO OBJECTION.

01:25PM 1          THE COURT:  IT'S ADMITTED AND MAY BE PUBLISHED.

01:25PM 2          (DEFENDANT'S EXHIBIT 10029 WAS RECEIVED IN EVIDENCE.)

01:25PM 3    BY MR. WADE:

01:25PM 4    Q.  YOU GAVE A PRETTY COMPREHENSIVE ANSWER, SO WE CAN PROBABLY

01:25PM 5    MOVE THROUGH THIS QUICKLY.  THIS WAS A PROFICIENCY TESTING

01:25PM 6    DOCUMENT FOR THE GENERAL CHEMISTRY ASSAYS?

01:25PM 7    A.  IMMUNOASSAY.

01:25PM 8    Q.  I'M SORRY, IMMUNOASSAYS.

01:25PM 9          LET'S LOOK JUST IN THE UPPER LEFT-HAND CORNER.

01:26PM 10         DO YOU SEE THAT?

01:26PM 11   A.  YES.

01:26PM 12   Q.  AND THIS SAYS IT'S THE THIRD EVENT?

01:26PM 13   A.  YES.

01:26PM 14   Q.  WHAT DOES THAT MEAN?

01:26PM 15   A.  UM, TYPICALLY THERE'S THREE CHALLENGES SENT TO A LAB EACH

01:26PM 16   YEAR.  THIS WOULD BE THE THIRD OF THOSE THREE CHALLENGES.

01:26PM 17   Q.  OKAY.  AND IF WE CAN GO BACK TO THE DOCUMENT AND HIGHLIGHT

01:26PM 18   THE COLUMN ALL OF THE WAY TO THE LEFT ALL OF THE WAY DOWN.

01:26PM 19         THESE ARE THE ASSAYS THAT WERE TESTED FOR PROFICIENCY

01:26PM 20   TESTING; CORRECT?

01:26PM 21   A.  YES, AND IT'S ALSO CONTINUED ON THE REVERSE PAGE.

01:26PM 22   Q.  AND IT'S CONTINUED ON THE REVERSE PAGE.  LET'S LOOK AT

01:26PM 23   THOSE.

01:26PM 24         AND ALL OF THESE TESTS PASSED PROFICIENCY TESTING;

01:26PM 25   CORRECT?

01:26PM 1    A.   YES, WITH THE EXCEPTION OF BETA-2 MICROGLOBULIN, WHICH WAS

01:27PM 2    NOT GRADED.

01:27PM 3    Q.   RIGHT.  SO ALL OF THE TESTS THAT WERE GRADED PASSED;

01:27PM 4    RIGHT?

01:27PM 5    A.   YES.

01:27PM 6    Q.   CERTIFYING THAT THEY WERE ACCURATE; CORRECT?

01:27PM 7    A.   AGAIN, THESE ARE ON THE IMMULITE INSTRUMENT, YES.

01:27PM 8    Q.   AND THEY'RE ON THE IMMULITE INSTRUMENT; CORRECT?

01:27PM 9    A.   YES.

01:27PM 10   Q.   AND THEY'RE CERTIFYING THAT THESE TESTS ARE ACCURATE;

01:27PM 11   RIGHT?

01:27PM 12   A.   CORRECT.

01:27PM 13   Q.   OKAY.

01:27PM 14   A.   SO ACTUALLY, SOME OF THESE APPEAR TO HAVE BEEN RUN ON THE

01:27PM 15   ADVIA.  IF YOU LOOK AT PREALBUMIN, IT LOOKS LIKE THAT WAS RUN

01:27PM 16   ON THE ADVIA, ON TRANSFER IT WAS RUN ON THE ADVIA.

01:27PM 17   Q.   OKAY.  SO THE TESTS WERE RUN EITHER ON THE ADVIA OR THE

01:28PM 18   IMMULITE, BUT THEY ALL PASSED CERTIFYING THEIR ACCURACY;

01:28PM 19   CORRECT?

01:28PM 20   A.   AND THEN THE MICROALBUMIN WAS RUN ON THE DCA VANTAGE.

01:28PM 21   Q.   AND I JUST WANT TO CONFIRM BECAUSE THERE WAS SOME

01:28PM 22   QUESTIONS THAT YOU HAD ABOUT WHETHER THERE WAS A PROFICIENCY

01:28PM 23   TESTING POLICY IN PLACE IN SEPTEMBER OF 2013, OKAY?  SO I WANT

01:28PM 24   TO CLARIFY THAT.

01:28PM 25        IF WE CAN LOOK AT EXHIBIT 13905.

01:29PM   1        AND I BELIEVE 13905 WILL BE TOWARDS THE BACK OF YOUR

01:29PM   2    SECOND VOLUME.

01:29PM   3        AND FOR THE COURT, IT'S IN THE RED WELD.

01:29PM   4    A.   I HAVE 13905.

01:29PM   5    Q.   OKAY.  AND THIS IS AN EMAIL BETWEEN SYLVIA CHANG AND

01:29PM   6    MR. BALWANI RELATING TO PROFICIENCY TESTING DETAILS; RIGHT?

01:29PM   7    A.   YES.

01:29PM   8             MR. WADE:  MOVE THE ADMISSION OF 13905.

01:29PM   9             MR. BOSTIC:  NO OBJECTION.

01:29PM  10             THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:29PM  11        (DEFENDANT'S EXHIBIT 13905 WAS RECEIVED IN EVIDENCE.)

01:29PM  12    BY MR. WADE:

01:29PM  13    Q.   JUST SO WE RECALL THE TESTIMONY AT THE END OF YOUR DIRECT

01:29PM  14    WHETHER THERE WAS A PROFICIENCY TESTING PROGRAM IN PLACE AT

01:29PM  15    THERANOS IN SEPTEMBER OF 2013, YOU BELIEVE THAT WAS MISTAKEN

01:29PM  16    TESTIMONY; CORRECT?

01:29PM  17    A.   MY RECOLLECTION IS THAT WE WERE PERFORMING PROFICIENCY

01:30PM  18    TESTING USING THE API CAP AND NEW YORK STATE SAMPLES.

01:30PM  19    Q.   OKAY.

01:30PM  20    A.   YEAH.

01:30PM  21    Q.   AND LET'S LOOK AT THIS EMAIL.  THIS IS AN EMAIL TO

01:30PM  22    MR. BALWANI; CORRECT?

01:30PM  23    A.   YES.

01:30PM  24    Q.   AND IT'S FROM SYLVIA CHANG.  WHO IS SYLVIA CHANG?

01:30PM  25    A.   I DO NOT REMEMBER.

01:30PM   1    Q.   SHE WAS AN EMPLOYEE THAT DIDN'T WORK LONG OR SOMETHING?

01:30PM   2         OKAY.  AND THIS IS IN JULY OF 2013; RIGHT?

01:30PM   3    A.   YES.

01:30PM   4    Q.   AND THIS IS BEFORE THE SOFT LAUNCH?

01:30PM   5    A.   YES.

01:30PM   6    Q.   AND IT'S BEFORE THE PUBLIC LAUNCH?

01:30PM   7    A.   CORRECT.

01:30PM   8    Q.   AND SHE'S FOLLOWING UP ON INFORMATION THAT MR. BALWANI

01:30PM   9    REQUESTED WITH RESPECT TO THE SCHEDULING AND SUBMISSION OF

01:30PM  10    PROFICIENCY SAMPLES; RIGHT?

01:30PM  11    A.   YES.

01:30PM  12    Q.   AND IF -- AND SHE SETS FORTH, IS IT FAIR TO SAY, IN

01:31PM  13    RELATIVELY SORT OF DETAILED OUTLINE OF THE PROCESS AND WHAT

01:31PM  14    WOULD BE INVOLVED IN IMPLEMENTING THAT?

01:31PM  15    A.   YES.

01:31PM  16    Q.   OKAY.  AND IF WE GO TO THE BOTTOM, YOU SEE THERE IT SAYS,

01:31PM  17    "ADAM/KERRY/HODA - PLEASE ADD TO THE LIST IF I HAVE MISSED

01:31PM  18    ANYTHING."

01:31PM  19         DO YOU SEE THAT?

01:31PM  20    A.   YES.

01:31PM  21    Q.   AND DO YOU RECALL WHETHER YOU ADDED ANYTHING TO THE LIST

01:31PM  22    OR DO YOU THINK SHE COVERED IT SUFFICIENTLY?

01:31PM  23    A.   I DO NOT RECALL.

01:31PM  24    Q.   NOW, LET'S TALK A LITTLE BIT ABOUT AAP.

01:32PM  25         DO YOU RECALL THAT THERE WAS AN AAP POLICY THAT WAS PUT IN

01:33PM  1    PLACE AT THERANOS?

01:33PM  2    A.   I'M SORRY.  I WROTE AN SOP AND THEN IT WAS OVERWRITTEN

01:33PM  3    ESSENTIALLY BY GODFREY, SO I CAN TESTIFY THAT THE AAP WAS NEVER

01:33PM  4    IMPLEMENTED FOR THE THERANOS TEST.

01:33PM  5    Q.   I UNDERSTAND THAT'S YOUR TESTIMONY.

01:33PM  6         MY QUESTION IS, WAS THERE AN AAP POLICY THAT WAS PUT IN

01:33PM  7    PLACE AT THERANOS?

01:33PM  8    A.   I BELIEVE THERE WAS AN SOP THAT WAS WRITTEN, RIGHT, AND

01:33PM  9    APPROVED BY ME.

01:33PM  10   Q.   AND DO YOU RECALL WHEN YOU CREATED THAT SOP?

01:34PM  11   A.   I DO -- I THINK IT WAS SOMETIME IN 2014.

01:34PM  12   Q.   2014?

01:34PM  13   A.   YES.

01:34PM  14   Q.   OKAY.  I THINK YOU TESTIFIED ON DIRECT THAT YOU HAD

01:34PM  15   DISCUSSED A NEED FOR AAP TESTING WITH DR. YOUNG; IS THAT

01:34PM  16   CORRECT?

01:34PM  17   A.   CORRECT.

01:34PM  18   Q.   AND THERE WAS A NEED TO PUT A POLICY IN PLACE THAT WOULD

01:34PM  19   ADDRESS THE EDISON DEVICES; CORRECT?

01:34PM  20   A.   CORRECT.

01:34PM  21   Q.   AND THAT WAS BECAUSE THERE WAS A BELIEF WITHIN THE COMPANY

01:34PM  22   AT THAT TIME THAT THEY WOULD NEED A DIFFERENT PROCEDURE FROM

01:35PM  23   TRADITIONAL PROFICIENCY TESTING?

01:35PM  24   A.   CORRECT.

01:35PM  25   Q.   AND LET ME SHOW YOU WHAT IS MARKED AS DOCUMENT 1580.

01:35PM 1    A.   WHICH BINDER ARE WE IN?

01:35PM 2    Q.   IT'S IN EVIDENCE.  I BELIEVE THIS IS ONE OF THE DOCUMENTS

01:35PM 3    THAT THE GOVERN SHOWED YOU YESTERDAY, SO IT'S PROBABLY WITHIN

01:35PM 4    THE WHITE BINDER.

01:35PM 5    A.   OKAY.

01:35PM 6    Q.   OKAY.  DO YOU RECALL BEING SHOWN THIS DOCUMENT YESTERDAY?

01:35PM 7    A.   YES.

01:35PM 8    Q.   AND DO YOU RECALL THAT THIS IS THE DOCUMENT WHERE

01:36PM 9    MS. HOLMES SUGGESTED THAT REGULATORY COUNSEL SHOULD BE, SHOULD

01:36PM 10   BE CONSULTED ON THE PRECISION TESTING POLICY AND YOU WERE

01:36PM 11   OFFENDED BY THAT; RIGHT?

01:36PM 12   A.   PROFICIENCY TESTING NOT PRECISION TESTING.

01:36PM 13   Q.   OKAY.  SO LET ME TRY AGAIN AND CLARIFY.  I APOLOGIZE.

01:36PM 14       YOU RECALL THAT THIS WAS A DOCUMENT THAT RELATED TO

01:36PM 15   PROFICIENCY TESTING.  MS. HOLMES SUGGESTED THAT YOU --

01:36PM 16   A.   THIS EMAIL RELATED TO PROFICIENCY TESTING.

01:36PM 17   Q.   OKAY.  AND YOU RECALL BEING ASKED ABOUT THIS AND

01:36PM 18   MS. HOLMES'S COMMENTS IN PARTICULAR?

01:36PM 19   A.   YES.

01:36PM 20   Q.   OKAY.  LET'S START AT THE BACK OF THE EMAIL.  OKAY.

01:37PM 21       HERE -- AND JUST SO WE'RE CLEAR, YOU GAVE TESTIMONY

01:37PM 22   YESTERDAY THAT THERE WAS NO -- I THINK YOU SAID THERE WAS NO

01:37PM 23   PROFICIENCY TESTING POLICY AT THERANOS.

01:37PM 24   A.   I DIDN'T, I DIDN'T -- I DON'T RECALL EXACTLY WHAT MY

01:37PM 25   TESTIMONY WAS.

01:37PM 1        I SAW THAT SYLVIA REFERENCED AN ATTACHED POLICY IN THE

01:37PM 2   EMAIL THAT WE REVIEWED A WHILE AGO.

01:37PM 3        I DO NOT RECALL SEEING A POLICY OR A PROCEDURE IN PLACE

01:37PM 4   FOR PROFICIENCY TESTING.

01:37PM 5   Q.   OKAY.  AND YOU RECALL THAT THERE WAS ACTUALLY SPECIFICALLY

01:37PM 6   AN AAP POLICY THAT WAS PUT IN PLACE?

01:37PM 7   A.   AGAIN, I WROTE ONE AND SIGNED IT.  IT WAS REWRITTEN BY

01:38PM 8   GODFREY, AND IT WAS NEVER IMPLEMENTED.

01:38PM 9   Q.   AND WHOSE RESPONSIBILITY IS IT TO IMPLEMENT THE AAP POLICY

01:38PM 10  UNDER CLIA LAW?

01:38PM 11  A.   IT'S DELEGATED TO THE TECHNICAL SUPERVISOR.  IT'S

01:38PM 12  ULTIMATELY THE LAB DIRECTOR'S RESPONSIBILITY.

01:38PM 13       HOWEVER, IT REQUIRES A LARGE CONCERTED EFFORT BY THE

01:38PM 14  ENTIRE OPERATIONS TEAM, RESOURCES, SUPPORT BY MANAGEMENT.

01:38PM 15  GIVEN THE NUMBER AND COMPLEXITY OF LDT'S THAT WE WERE DOING, IT

01:38PM 16  WAS NOT SOMETHING THAT I COULD HAVE ACHIEVED ON MY OWN.

01:38PM 17            MR. WADE:  YOUR HONOR, I WOULD MOVE TO STRIKE

01:38PM 18  EVERYTHING AFTER LABORATORY DIRECTOR.

01:39PM 19       (PAUSE IN PROCEEDINGS.)

01:39PM 20            THE COURT:  ALL RIGHT.  THANK YOU.  I'LL STRIKE

01:39PM 21  EVERYTHING AFTER THE WORDS "DIRECTOR'S RESPONSIBILITY."

01:39PM 22       RESPONSIBILITY WILL BE STRICKEN, LADIES AND GENTLEMEN, AS

01:39PM 23  NONRESPONSIVE TO THE QUESTION.

01:39PM 24  BY MR. WADE:

01:39PM 25  Q.   LET'S TURN BACK TO THE DOCUMENT.  DO YOU SEE THIS IS A

01:39PM  1    NOVEMBER 26TH, 2013 EMAIL FROM DANIEL YOUNG TO YOU COPYING

01:39PM  2    MS. HOLMES AND MR. BALWANI?

01:39PM  3    A.    YES.

01:39PM  4    Q.    AND IT SAYS AT THE TOP, "HERE ARE MY SUGGESTIONS THAT I

01:39PM  5    DISCUSSED WITH ADAM."

01:39PM  6    A.    YES.

01:39PM  7    Q.    DO YOU SEE THAT?

01:39PM  8    A.    YES.

01:39PM  9    Q.    AND HE TALKS IN DETAIL ABOUT -- HE SAYS THERE ARE 91 TESTS

01:40PM 10    THAT CLIA REGULATED AND REQUIRES PROFICIENCY TESTING?

01:40PM 11    A.    YES.

01:40PM 12    Q.    DO YOU SEE THAT?

01:40PM 13          AND THEN HE -- IN THE SECOND PARAGRAPH HE TALKS ABOUT --

01:40PM 14    HE SAYS, "FOR OUR LDT'S, ALL OF WHICH ARE CLIA REGULATED AT THE

01:40PM 15    MOMENT, WE NEED SOP'S FOR PT."

01:40PM 16          RIGHT?

01:40PM 17    A.    YES.

01:40PM 18    Q.    AND HE TALKS ABOUT THE PROCESS FOR THAT; RIGHT?

01:40PM 19    A.    HE PROPOSES DIFFERENT METHODS OF ALTERNATIVE PT.

01:40PM 20    Q.    RIGHT.  IF WE GO DOWN BELOW, HE MAKES A PROPOSAL TO YOU

01:40PM 21    FOR WHAT HE THINKS SHOULD BE CONSIDERED TO TEST THE ACCURACY OF

01:40PM 22    THE EDISON DEVICES; RIGHT?

01:40PM 23    A.    CORRECT.

01:40PM 24    Q.    AND HE'S --

01:41PM 25    A.    SO HE'S -- JUST TO CLARIFY, HE'S NOT SPECIFICALLY TALKING

01:41PM 1    ABOUT THE EDISONS HERE.  THE SUBJECT OF THE EMAIL IS

01:41PM 2    PROFICIENCY TESTING FOR LDT'S.  THAT WOULD ENCOMPASS ALL OF THE

01:41PM 3    LDT'S USED AT THERANOS.

01:41PM 4    Q.   HE'S TALKING ABOUT ALL OF THE LDT'S?

01:41PM 5    A.   CORRECT.

01:41PM 6    Q.   OKAY.  AND DOWN IN THE BOTTOM PART OF THAT EMAIL, RIGHT,

01:41PM 7    HE SAYS -- HE SETS FORTH SOME OF THE DETAILS TO INCLUDE THAT;

01:41PM 8    RIGHT?

01:41PM 9    A.   YES.

01:41PM 10   Q.   DO YOU SEE THAT?

01:41PM 11        AND INCLUDING THAT AAP SHOULD BE DONE TWICE PER YEAR;

01:41PM 12   RIGHT?

01:41PM 13   A.   YES.

01:41PM 14   Q.   AND THAT'S, THAT'S THE REQUIREMENT UNDER CLIA; CORRECT?

01:41PM 15   A.   I BELIEVE SO, YES.

01:41PM 16   Q.   AND YOU HAVE TO DO PROFICIENCY TESTING OR ALTERNATIVE

01:41PM 17   TESTING ON YOUR PRIMARY METHOD FOR A PARTICULAR ASSAY; CORRECT?

01:41PM 18   A.   CORRECT.

01:41PM 19   Q.   YOU HAVE TO DO IT EVERY SIX MONTHS FROM THE POINT AT WHICH

01:41PM 20   THAT BECOMES YOUR PRIMARY METHOD; CORRECT?

01:41PM 21   A.   YES.

01:41PM 22   Q.   OKAY.  THE -- AND HE PROPOSES THE CONTENTS OF THE SOP FOR

01:42PM 23   THAT ALTERNATIVE ASSESSMENT PROTOCOL; RIGHT?

01:42PM 24   A.   YES.

01:42PM 25   Q.   OKAY.  AND IF WE GO UP ONE EMAIL, IT STARTS ON THE BOTTOM

01:42PM 1     OF THE NEXT PAGE.  DO YOU SEE THAT?  THIS IS FROM YOU LATER

01:42PM 2     THAT SAME DAY, NOVEMBER 26TH, 2013?

01:42PM 3     A.   YES.

01:42PM 4     Q.   OKAY.  AND JUST SO WE CAN UNDERSTAND, THIS 2013,

01:42PM 5     NOVEMBER 26TH, THIS IS JUST AFTER THE PUBLIC LAUNCH OF

01:42PM 6     THERANOS; RIGHT?

01:42PM 7     A.   YES.

01:42PM 8     Q.   AND IF THAT WAS THE DATE OF THE PUBLIC LAUNCH, YOU

01:42PM 9     WOULDN'T NEED TO DO AAP FOR PROBABLY FIVE OR SIX MONTHS; RIGHT?

01:42PM 10    A.   YEAH.  SO THE CLIA REGULATIONS SAY THAT PROFICIENCY

01:43PM 11    TESTING SHOULD BE DONE AT SOME FREQUENCY.  I DON'T RECALL

01:43PM 12    EXACTLY WHAT THE REGS SAY.

01:43PM 13         I DON'T KNOW IF IT'S FROM THE TIME THAT A METHOD BECOMES

01:43PM 14    YOUR PRIMARY METHOD, BUT THEY DO SAY THAT IT SHOULD BE

01:43PM 15    PERFORMED ON THE PRIMARY METHOD.

01:43PM 16    Q.   RIGHT, ON THE PRIMARY METHOD, AT SOME INTERVALS.

01:43PM 17         BUT IT'S NOT LIKE QUALITY CONTROL WHERE YOU DO IT EVERY

01:43PM 18    DAY; RIGHT?

01:43PM 19    A.   CORRECT.

01:43PM 20    Q.   AND THIS IS ONCE -- TWICE OR THREE TIMES A YEAR; RIGHT?

01:43PM 21    A.   CORRECT.

01:43PM 22    Q.   AND YOU SAY -- IF WE CAN GO TO THE SUBSTANCE OF YOUR

01:43PM 23    EMAIL.  YOU SAY, "I'LL WRITE UP THE SOP AND INCORPORATE WHAT WE

01:43PM 24    HAVE DISCUSSED."

01:43PM 25         RIGHT?

01:43PM 1      A.   CORRECT.

01:43PM 2      Q.   AND I DIDN'T HIGHLIGHT IT IN THE EMAIL BELOW, BUT IN THE

01:43PM 3      EMAIL BELOW, WHAT DR. YOUNG, HE NOTED THAT THERE WERE -- YOU

01:43PM 4      AND HE HAD A DISCUSSION; RIGHT?  THAT'S HOW HE STARTED THE

01:43PM 5      EMAIL?

01:43PM 6      A.   YES.

01:43PM 7      Q.   AND SO HE'S WORKING WITH YOU TO DEVELOP THIS; CORRECT?

01:43PM 8      A.   YES.

01:43PM 9      Q.   AND THEN IF WE CAN GO UP A COUPLE OF EMAILS TO

01:44PM 10     MR. PANDORI'S EMAIL AT 5:20 P.M.

01:44PM 11          DO YOU SEE THAT?

01:44PM 12     A.   YES.

01:44PM 13     Q.   AND HE SAYS -- MR. GEE SAYS TO -- I'M SORRY.

01:44PM 14          MR. PANDORI SAYS TO MR. GEE, "PLEASE SHARE WITH DANIEL THE

01:44PM 15     COMPARISON OF PREDICATE AND EDISON FOR THE PT SPECIMENS WE

01:44PM 16     TESTED."

01:44PM 17          DO YOU SEE THAT?

01:44PM 18     A.   YES, YES.

01:44PM 19     Q.   AND DOES THAT INDICATE THAT THERE WAS SOME AT LEAST

01:44PM 20     EXPERIMENTAL PRECISION TESTING THAT WAS GOING ON DURING THIS

01:44PM 21     TIME PERIOD?

01:44PM 22     A.   AGAIN, PROFICIENCY, NOT PRECISION.  YOU SAID PRECISION.  I

01:44PM 23     THINK YOU MEANT PROFICIENCY.

01:44PM 24     Q.   I DID.

01:44PM 25     A.   YEAH.  THERE WAS LEFTOVER PT SPECIMENS FROM A VARIETY OF

01:44PM  1      SOURCES.

01:44PM  2          THEY WERE RUN ON SOME EDISON INSTRUMENTS AND COMPARED TO

01:45PM  3      THE RESULTS FROM THE IMMULITE.

01:45PM  4      Q.   OKAY.  AND AS WE WORK UP THE CHAIN, IF WE GO TO THE

01:45PM  5      8:25 P.M., THERE'S DISCUSSION WITH MR. BALWANI ABOUT THIS;

01:45PM  6      RIGHT?

01:45PM  7      A.   YES.

01:45PM  8      Q.   AND HE SAYS HE WOULD LIKE TO SEE THESE RESULTS THAT WERE

01:45PM  9      RUN; RIGHT?

01:45PM 10      A.   YES.

01:45PM 11      Q.   ON THE EDISONS?

01:45PM 12      A.   YES.

01:45PM 13      Q.   BECAUSE IT LOOKS LIKE THERE WAS SOME PROFICIENCY TESTING

01:45PM 14      THAT WAS DONE ON THE EDISONS; RIGHT?

01:45PM 15      A.   YES.

01:45PM 16      Q.   OKAY.  LET'S GO UP ONE CHAIN.

01:45PM 17      A.   I -- NEVER MIND.

01:45PM 18      Q.   DO YOU SEE IT GO UP ONE CHAIN?  DO YOU SEE THAT?

01:45PM 19      A.   YES.

01:45PM 20      Q.   AND IT SAYS, "WE ALSO NEED INFORMATION ABOUT THE PT

01:45PM 21      SAMPLES, SUCH AS WHAT THE MATRIXES WERE."

01:46PM 22          RIGHT?

01:46PM 23      A.   YES.

01:46PM 24      Q.   AND HE WANTS TO GET THIS INFORMATION; RIGHT?

01:46PM 25      A.   YES.

01:46PM   1    Q.   OKAY.  AND THEN IF WE JUMP UP TO FEBRUARY 24TH -- AND I

01:46PM   2    SHOULD MAKE CLEAR.  I DON'T KNOW IF YOU CAUGHT WHAT HAPPENED.

01:46PM   3    I DON'T WANT TO IN ANY WAY MISLEAD YOU.

01:46PM   4         THERE WAS AN EMAIL THAT WAS FORWARDED FROM 2013 WHERE YOU

01:46PM   5    AND DANIEL WERE DISCUSSING THE POLICY; RIGHT?

01:46PM   6    A.   CORRECT.

01:46PM   7    Q.   DO YOU SEE THAT?

01:46PM   8    A.   YES.

01:46PM   9    Q.   AND THAT'S BEING FORWARDED IN FEBRUARY OF 2013.

01:46PM  10         DO YOU SEE THAT?  THERE'S A SWITCH IN YEARS THERE

01:46PM  11    BECAUSE -- AND DO YOU SEE DANIEL'S EMAIL, IF WE CAN GO TO THE

01:46PM  12    BOTTOM OF PAGE 4.

01:47PM  13         DO YOU SEE THAT?

01:47PM  14    A.   I SEE THAT.

01:47PM  15    Q.   AND THAT'S 2013.  AND THEN THE NEXT EMAIL ABOVE THAT

01:47PM  16    DANIEL FORWARDS TO MR. PANDORI IN FEBRUARY OF 2014?

01:47PM  17    A.   I SEE IT.  I SEE IT.

01:47PM  18    Q.   OKAY.  IS THAT HELPFUL TO YOUR UNDERSTANDING OF WHAT

01:47PM  19    HAPPENED?

01:47PM  20    A.   YES.  HE WANTED TO GET MARK PANDORI IN THE LOOP ABOUT WHAT

01:47PM  21    THE THOUGHTS WERE REGARDING ALTERNATIVE ASSESSMENT OF

01:47PM  22    PROFICIENCY.

01:47PM  23    Q.   AND THAT ALL RELATES TO THE DATA IN MS. CHEUNG'S EMAIL

01:47PM  24    THAT WE LOOKED AT; RIGHT?

01:47PM  25    A.   YES.

01:47PM    1    Q.   AND THAT DATA THAT WAS DERIVING FROM RUNNING PROFICIENCY

01:47PM    2    TESTING SAMPLES, TRADITIONAL PROFICIENCY TESTING SAMPLES ON AN

01:47PM    3    EDISON; RIGHT?

01:47PM    4    A.   CORRECT.

01:47PM    5    Q.   WHICH WAS NOT CONSISTENT WITH THE POLICY THAT YOU AND

01:48PM    6    DR. YOUNG HAD DEVELOPED BACK IN 2013; CORRECT?

01:48PM    7    A.   CORRECT.

01:48PM    8    Q.   OKAY.  AND THE REASON THIS IS BEING REFORWARDED BY YOU IS

01:48PM    9    TO REMIND EVERYBODY ABOUT THE POLICY --

01:48PM   10    A.   THAT WAS REFORWARDED BY DANIEL.

01:48PM   11    Q.   LET'S GO BACK OR DOWN ONE EMAIL.  RIGHT.  SO THIS IS SENT

01:48PM   12    FROM YOU TO DANIEL AND TO MS. HOLMES AND MR. BALWANI IN

01:48PM   13    NOVEMBER OF 2013; RIGHT?

01:48PM   14    A.   YES.

01:48PM   15    Q.   AND SO THE EXPECTATION BEING THAT THIS WAS -- THE POLICY

01:48PM   16    THAT WE HAD JUST DISCUSSED WAS GOING TO BE THE POLICY THAT

01:48PM   17    WOULD BE APPLIED; CORRECT?

01:48PM   18         YOU FORWARDED THIS TO THE SENIOR MANAGEMENT OF THE

01:48PM   19    COMPANY?

01:48PM   20    A.   SO WHAT I FORWARDED TO ELIZABETH AND SUNNY IN

01:49PM   21    NOVEMBER 26TH, 2013 WAS A STATEMENT, DANIEL, THANKS, I'LL WRITE

01:49PM   22    UP THE SOP AND INCORPORATE WHAT WE HAVE DISCUSSED.

01:49PM   23    Q.   RIGHT.  RIGHT.  I'M SORRY FOR THE CONFUSION,

01:49PM   24    DR. ROSENDORFF.

01:49PM   25    A.   THAT'S IT.

01:49PM  1    Q.   LET'S GO BACK TO THAT FIRST EMAIL.  OKAY.

01:49PM  2         THIS LAYS OUT THE AAP POLICY THAT YOU WERE GOING TO APPLY

01:49PM  3    TO ASSESS THE ACCURACY OF THE EDISON DEVICES; RIGHT?

01:49PM  4    A.   IT'S A PROPOSAL BY DANIEL, YES.

01:49PM  5    Q.   IT'S A PROPOSAL BY DANIEL.  AND THEN YOU SAY YOU'RE GOING

01:49PM  6    TO WRITE IT UP AS AN SOP; RIGHT?

01:49PM  7    A.   CORRECT.

01:49PM  8    Q.   AND THEN YOU FORWARD, IN 2013, THE FACT THAT YOU'RE GOING

01:49PM  9    TO WRITE IT UP AS AN SOP TO MR. YOUNG AND TO MS. HOLMES AND

01:49PM  10   MR. BALWANI; CORRECT?

01:49PM  11   A.   YES, YES.

01:49PM  12   Q.   OKAY.  AND DR. YOUNG FORWARDS THAT TO MR. PANDORI, WHO WAS

01:49PM  13   INVOLVED WITH MS. CHEUNG IN THAT USE OF THE PROFICIENCY TESTING

01:50PM  14   MATERIAL ON THE EDISON; RIGHT?

01:50PM  15   A.   YES.

01:50PM  16   Q.   AND DR. PANDORI WAS NOT AT THE COMPANY BACK WHEN YOU AND

01:50PM  17   DR. YOUNG CREATED THAT POLICY?

01:50PM  18   A.   HE WAS NOT.

01:50PM  19   Q.   SO DR. YOUNG WAS FORWARDING THAT TO HIM; CORRECT?

01:50PM  20   A.   CORRECT.

01:50PM  21   Q.   AND THEN MR. PANDORI, GOING BACK UP THE EMAIL NOW THAT

01:50PM  22   WE'RE ON THE SAME PAGE, MR. PANDORI SAYS, "PLEASE SHARE WITH

01:50PM  23   DANIEL YOUNG THE COMPARISON OF PREDICATE AND EDISON FOR THE PT

01:50PM  24   SPECIMENS WE TESTED."

01:50PM  25        RIGHT?

01:50PM   1      A.   YES.

01:50PM   2      Q.   AND UNDER THE AAP POLICY FOR EDISONS, PT SPECIMENS WERE

01:50PM   3      NOT SUPPOSED TO BE TESTED?

01:50PM   4      A.   CORRECT.

01:50PM   5      Q.   OKAY.  AND LET'S GO UP THE CHAIN FURTHER.

01:51PM   6           LET'S SKIP TO MR. BALWANI'S EMAIL ON FEBRUARY 24, 2014.

01:51PM   7      THIS WAS AROUND THE TIME THAT MS. CHEUNG WAS SENDING THAT DATA

01:51PM   8      AROUND; RIGHT?

01:51PM   9      A.   YES.

01:51PM  10      Q.   AND THIS SAYS HERE, "WHERE AND WHO PULLED THE RESULTS?"

01:51PM  11           MR. BALWANI WANTED TO SEE THE DATA; RIGHT?

01:51PM  12      A.   CORRECT.

01:51PM  13      Q.   OKAY.  LET'S GO TO THE NEXT EMAIL.

01:51PM  14           AND DR. YOUNG SAYS WE ALSO NEED INFORMATION ABOUT THE PT

01:51PM  15      SAMPLES SUCH AS THE MATRIX AND OTHER MATERIALS.

01:51PM  16           RIGHT?  DO YOU SEE THAT?

01:51PM  17      A.   YES.

01:51PM  18      Q.   AND HE THEN SAYS, "THESE PT SAMPLES ARE USUALLY FORMULATED

01:51PM  19      WITH CERTAIN TEST SYSTEMS IN MIND."

01:51PM  20           RIGHT?

01:51PM  21      A.   YES.

01:51PM  22      Q.   AND HE THEN SAYS, "THIS IS ONE OF THE REASONS I AM NOT

01:52PM  23      COMFORTABLE USING THEM WITHOUT A PEER GROUP."

01:52PM  24           RIGHT?

01:52PM  25      A.   YES.

01:52PM 1    Q.   AND THAT'S BECAUSE WE HAD TALKED ABOUT SOME OF THOSE

01:52PM 2    INTERFERENCES AND THINGS; RIGHT?  DO YOU RECALL THAT TESTIMONY

01:52PM 3    A LITTLE BIT AGO?  HOW SOMETIMES TESTS RESPOND TO OTHER

01:52PM 4    ELEMENTS IN THE MATERIAL?

01:52PM 5    A.   YES.

01:52PM 6    Q.   AND IT'S SOMETIMES REFERRED TO AS A MATRIXES; IS THAT

01:52PM 7    RIGHT?

01:52PM 8    A.   NO.  WE DISCUSSED ICTERUS, LIPEMIA AND HEMOLYSIS AS PART

01:52PM 9    OF THE SPECIFICITY DISCUSSION WITH MR. BALWANI.  THOSE

01:52PM 10   SUBSTANCES CAN INTERFERE WITH DETECTION OF ANALYTES.

01:52PM 11        WHAT DANIEL IS TALKING ABOUT HERE IS WHAT IS THE MATRIX,

01:53PM 12   IN OTHER WORDS, IS THE MATRIX MADE UP TO RESEMBLE SERUM?  IS IT

01:53PM 13   BEING MADE UP TO RESEMBLE CAPILLARY BLOOD?  WHAT IS IN THE PT

01:53PM 14   MATERIAL ITSELF?

01:53PM 15   Q.   BECAUSE THE PT MATERIAL THAT IS TESTED ON THE EDISON MAY

01:53PM 16   NOT BE AN APPLES-TO-APPLES COMPARISON, RIGHT?  IT MAY NOT BE A

01:53PM 17   PEERED TEST?

01:53PM 18   A.   I MEAN, I CAN EXPLAIN MY THINKING ABOUT THAT YOU IF WOULD

01:53PM 19   LIKE.

01:53PM 20   Q.   WELL, LET'S GO UP THE EMAIL AND FOCUS ON WHAT HAPPENED AT

01:53PM 21   THE TIME.  LET'S GO UP TO THE FEBRUARY 24TH EMAIL FROM

01:53PM 22   DR. YOUNG.

01:53PM 23        I'M SORRY, ONE EMAIL UP.  IT'S BURIED WITHIN -- IT SAYS,

01:54PM 24   "ON FEBRUARY 24TH, 2014."

01:54PM 25        NOW, THIS IS AN EMAIL -- ACTUALLY, I'M SORRY.  THIS IS AN

01:54PM   1    EMAIL FROM MR. BALWANI; CORRECT?

01:54PM   2    A.   YES, HE'S -- IT APPEARS THAT HE'S QUOTING DANIEL HERE.

01:54PM   3    Q.   AND HE'S QUOTING AN EMAIL FROM DANIEL?

01:54PM   4    A.   YEAH.

01:54PM   5    Q.   AND IT SAYS, "TO ADD MORE DETAILS ABOUT MY CONCERNS."

01:54PM   6         AND JUST SO WE'RE CLEAR, YOU AND DANIEL HAD WORKED

01:54PM   7    TOGETHER ON DEVELOPING THE AAP TEST; CORRECT?

01:54PM   8    A.   ME AND DANIEL HAD DISCUSSED IT.  I WROTE OUT AN SOP THAT

01:54PM   9    WAS OVERWRITTEN BY THE G.S.  THE AAP WAS NEVER IMPLEMENTED.

01:54PM  10    Q.   I UNDERSTAND YOUR ANSWER IN THAT REGARD.

01:54PM  11         MY QUESTION WAS, YOU AND DANIEL WORKED TOGETHER TO DEVELOP

01:54PM  12    THAT PROCEDURE; CORRECT?

01:54PM  13    A.   CORRECT.

01:54PM  14    Q.   CORRECT.  AND HERE DANIEL IS QUOTED AS SAYING, "TO ADD

01:55PM  15    MORE DETAILS ABOUT MY CONCERNS RELATING TO USING PT SAMPLES

01:55PM  16    WITHOUT EXTENSIVE STUDY WITH OUR LDT'S AND WITHOUT A PEER

01:55PM  17    GROUP, I WANTED TO HIGHLIGHT WHY THE PEER GROUP METHODS WERE

01:55PM  18    ESTABLISHED FOR PT AND OTHER CHALLENGES RELATING TO MATRIX

01:55PM  19    EFFECTS."

01:55PM  20         DO YOU SEE THAT?

01:55PM  21    A.   YES.

01:55PM  22    Q.   AND HE THEN SAYS, "THESE FACTORS ARE WHY I HAD RECOMMENDED

01:55PM  23    LAST YEAR THE APPROACH THAT WE SINCE CAPTURED IN OUR CLIA SOP'S

01:55PM  24    LAST YEAR."

01:55PM  25         DO YOU SEE THAT?

01:55PM 1     A.   YES.

01:55PM 2     Q.   "NAMELY, RUNNING PT ON FDA-CLEARED PREDICATES."

01:55PM 3          THAT MEANS A BIG DEVICE IN THE LAB, ONE OF THE BIG

01:55PM 4     MACHINES?

01:55PM 5     A.   A DCA VANTAGE IS FDA APPROVED.  IT'S PRETTY SMALL.

01:55PM 6          IF YOU COULD BE MORE SPECIFIC, THAT WOULD BE HELPFUL TO

01:55PM 7     ME.

01:55PM 8     Q.   IT WAS ONE OF THE GOLD STANDARD PREDICATES; RIGHT?

01:55PM 9     A.   THE FDA APPROVED SIEMENS INSTRUMENT, YES.

01:56PM 10    Q.   YES.  AND YOU WANTED TO COMPARE YOUR SAMPLES AGAINST THAT?

01:56PM 11    A.   YES.

01:56PM 12    Q.   YEAH.  AND RUNNING INTERNAL ALTERNATIVE ASSESSMENT

01:56PM 13    PROGRAMS -- THAT'S AAP; RIGHT?

01:56PM 14    A.   YES.

01:56PM 15    Q.   NAMELY, USING THE ACTUAL PATIENT SAMPLES; RIGHT?

01:56PM 16    A.   YES.

01:56PM 17    Q.   "TO ENSURE THAT OUR LDT'S, ELISA, CYTO, AND GC, ARE

01:56PM 18    ACCURATE WITH RESPECT TO THESE PREDICATES."

01:56PM 19         DO YOU SEE THAT?

01:56PM 20    A.   YES.

01:56PM 21    Q.   AND THAT'S HIS STATED GOAL?

01:56PM 22    A.   YES.

01:56PM 23    Q.   AND THAT WAS IN THE SOP THAT YOU DRAFTED; RIGHT?

01:56PM 24    A.   YES.

01:56PM 25    Q.   "NOTE THAT CAP IS DEVELOPING SOME UNMODIFIED SAMPLES FOR

01:56PM 1    PT BUT THIS IS STILL IN DEVELOPMENT (SOMETHING WE SHOULD

01:56PM 2    FURTHER ENGAGE CAP ON)."

01:56PM 3        RIGHT?

01:56PM 4    A.   I READ THAT.

01:56PM 5    Q.   AND DO YOU SEE THAT?

01:56PM 6    A.   UH-HUH.

01:56PM 7    Q.   AND THEN HE QUOTES FROM SOME RESEARCH HE HAD DONE.

01:56PM 8        DO YOU SEE THAT?

01:56PM 9    A.   YES.

01:56PM 10   Q.   AND THEN THE LAST SENTENCE DOWN AT THE BOTTOM, HE SAYS,

01:57PM 11   "THE PROPOSED INTERNAL AAP APPROACH WAS DEVISED TO OVERCOME

01:57PM 12   THESE LIMITATIONS OF OUR LDT'S.  LOOKING FORWARD TO DISCUSSING

01:57PM 13   THESE MATTERS."

01:57PM 14       RIGHT?

01:57PM 15   A.   YES.

01:57PM 16   Q.   THAT'S WHAT HE SAID.

01:57PM 17       BECAUSE THE POLICY THAT YOU -- THERE WERE CONCERNS

01:57PM 18   RECOGNIZED ABOUT HOW MATRIX COULD AFFECT THE RESULT AND YOU

01:57PM 19   TOGETHER DEVELOPED A POLICY THAT WAS DESIGNED TO ADJUST FOR

01:57PM 20   THAT; RIGHT?

01:57PM 21   A.   IN MY DISCUSSIONS WITH DANIEL, WE NEVER DISCUSSED MATRIX

01:57PM 22   EFFECTS.

01:57PM 23   Q.   OKAY.

01:57PM 24   A.   AND THESE ARE COMING UP IN FEBRUARY OF 2014, THESE

01:57PM 25   CONCERNS, YEAH.

01:57PM 1   Q.   BUT YOU, YOU AGREED THAT THE AAP WAS THE APPROPRIATE

01:57PM 2   METHOD?

01:57PM 3   A.   YES, YES.

01:57PM 4   Q.   OKAY.  AND THAT'S WHAT SHOULD BE USED WHEN YOU'RE TESTING

01:57PM 5   THOSE SAMPLES?

01:57PM 6   A.   YES.

01:57PM 7   Q.   OKAY.  AND THE, THE PT SPECIMENS THAT WERE USED IN THAT

01:57PM 8   EXPERIMENT THAT MS. CHEUNG SENT YOU DATA ON WERE NOT SUPPOSED

01:58PM 9   TO BE USED UNDER THE POLICY; RIGHT?

01:58PM 10  A.   CORRECT.  THAT WAS A -- THAT WAS A SPOT-CHECK, QC

01:58PM 11  EXERCISE.  THAT WAS NOT CAPTURED IN A PROCEDURE.

01:58PM 12  Q.   RIGHT.  BUT MY QUESTION IS THAT THE AAP PROTOCOL THAT YOU

01:58PM 13  SET UP UNDER THAT, YOU WERE NOT SUPPOSED TO USE THAT

01:58PM 14  MATERIAL --

01:58PM 15  A.   CORRECT, CORRECT.

01:58PM 16  Q.   -- TO ASSESS THE ACCURACY OF THERANOS'S EDISON DEVICES?

01:58PM 17  A.   CORRECT.

01:58PM 18  Q.   OKAY.  LET'S -- NOW, WHEN YOU WERE SHOWN THIS BY THE

01:58PM 19  GOVERNMENT, THEY DIDN'T SHOW YOU THAT PIECE, DID THEY?

01:58PM 20  A.   WHICH PIECE?

01:58PM 21  Q.   THE PIECE FROM DR. YOUNG.

01:58PM 22  A.   NO, THEY DIDN'T.

01:58PM 23  Q.   NO, THEY DIDN'T.

01:58PM 24       AND THEN IF YOU LOOK ABOVE THAT, IT SAYS, "CC'ING

01:58PM 25  ELIZABETH ON THIS AS WE WENT THRU THIS DISCUSSION OVER A YEAR

01:58PM 1    AGO ALSO."

01:58PM 2        DO YOU SEE THAT?

01:58PM 3    A.   YES.

01:58PM 4    Q.   AND DO YOU REMEMBER ABOUT A YEAR AGO WAS WHEN YOU HAD

01:59PM 5    FORWARDED WHAT YOU WERE GOING TO DO TO HER AS DISCUSSED WITH

01:59PM 6    DR. YOUNG; RIGHT?

01:59PM 7    A.   YES, YES.  THERE WAS AN EMAIL THAT PROBABLY SAID OKAY, I

01:59PM 8    WILL DO.

01:59PM 9    Q.   YEAH.  WHERE YOU SAID YOU WERE GOING TO PREPARE THE SOP

01:59PM 10   FOR AAP AS DISCUSSED; RIGHT?

01:59PM 11   A.   CORRECT.

01:59PM 12   Q.   AND THAT APPROACH HAD BEEN VETTED INTERNALLY; CORRECT?

01:59PM 13   A.   I'M NOT SURE WHAT YOU MEAN.

01:59PM 14   Q.   WELL, YOU DISCUSSED IT WITH DR. YOUNG?

01:59PM 15   A.   RIGHT.

01:59PM 16   Q.   AND YOU FORWARDED IT TO YOUR DIRECT REPORT, MR. BALWANI;

01:59PM 17   CORRECT?

01:59PM 18   A.   SO JUST TO BE PERFECTLY CLEAR --

01:59PM 19   Q.   MY QUESTION -- THE QUESTION PENDING IS WHETHER YOU

01:59PM 20   FORWARDED IT TO MR. BALWANI.  THAT'S THE QUESTION.

01:59PM 21   A.   I SAID, OKAY, WILL DO.  THAT WAS THE MESSAGE FORWARDED TO

01:59PM 22   MR. BALWANI.

01:59PM 23       IT WAS NOT, IT WAS -- IT DID NOT INCLUDE DANIEL'S

02:00PM 24   PROPOSAL.  THAT WHAT I CAN SEE FROM THE DOCUMENTS.  SO --

02:00PM 25   Q.   LET'S GO BACK TO MAKE SURE THAT WE'RE VERY CLEAR ON THIS.

02:00PM 1      OKAY?

02:00PM 2      A.   YES.

02:00PM 3      Q.   THIS IS AN IMPORTANT ISSUE.

02:00PM 4           LET'S GO BACK TO PAGE 4.  LET'S FOCUS ON THE BOTTOM EMAIL.

02:00PM 5      A.   YEP.

02:00PM 6      Q.   OKAY.  LET'S LOOK AT THAT.

02:00PM 7           THAT'S A FORWARD FROM YOU TO DR. YOUNG, MS. HOLMES,

02:00PM 8      MR. BALWANI ON NOVEMBER 26TH, 2013; CORRECT?

02:00PM 9      A.   CORRECT.

02:00PM 10     Q.   IT'S THE FORWARD OF AN EMAIL THAT IS BELOW; CORRECT?

02:00PM 11     A.   NO.  THE EMAIL BELOW IS A NEW EMAIL.

02:00PM 12     Q.   WELL, LET'S LOOK AT -- LET'S NOW GO TO THE EMAIL BELOW.

02:00PM 13     LET'S LOOK, LET'S LOOK AT THAT WHOLE PAGE.  OKAY?

02:01PM 14          THAT'S WHAT IS BEING FORWARDED TO THOSE PEOPLE IN 2013;

02:01PM 15     CORRECT?  THAT EMAIL THREAD THAT INCLUDED YOUR EMAIL TO DANIEL,

02:01PM 16     YOUR RESPONSE TO DANIEL, WHICH IS SET FORTH DIRECTLY BELOW YOUR

02:01PM 17     EMAIL THERE?

02:01PM 18     A.   SO THE WAY I SEE THIS IS THAT THE ONLY THING THAT I

02:01PM 19     FORWARDED TO ELIZABETH AND SUNNY WAS THE STATEMENT, "DANIEL,

02:01PM 20     THANKS, I'LL WRITE UP THE SOP AND INCORPORATE WHAT WE HAVE

02:01PM 21     DISCUSSED."

02:01PM 22          I'M LOOKING AT THE NEXT ITEM AS A SEPARATE EMAIL.

02:01PM 23     Q.   AS NOT ENCAPSULATING EVERYTHING THAT'S BEFORE; RIGHT?  YOU

02:01PM 24     JUST SAID, THANKS, I'LL WRITE UP THE SOP WITHOUT INCLUDING THAT

02:01PM 25     CONTENT?  THAT'S YOUR TESTIMONY?

02:01PM  1    A.   THAT'S HOW I READ -- THAT'S HOW I INTERPRET THIS DOCUMENT

02:01PM  2    TODAY, YES.

02:01PM  3    Q.   OKAY.  YOU'RE FAMILIAR WITH EMAIL THREADS?

02:01PM  4    A.   YES.

02:01PM  5    Q.   OKAY.  WELL, LET'S GO BACK UP THE CHAIN.  YOU HAD CC'D

02:02PM  6    MS. HOLMES.

02:02PM  7         MS. HOLMES HAD BEEN CC'D.

02:02PM  8         DO YOU RECALL THAT ON THE TOP OF PAGE 2?

02:02PM  9    A.   THE TOP OF PAGE 2.  THE BOTTOM OF PAGE 1 IS FROM

02:02PM  10   SUNNY BALWANI TO DANIEL AND MYSELF AND LANGLY, ET CETERA, AND

02:02PM  11   ELIZABETH.

02:02PM  12   Q.   RIGHT.  AND HE SAYS, "CC'ING ELIZABETH ON THIS AS WE WENT

02:02PM  13   THRU THESE DISCUSSIONS OVER A YEAR AGO."

02:02PM  14   A.   YES.

02:02PM  15   Q.   DO YOU THINK THE DISCUSSIONS YOU WERE GOING THROUGH OVER A

02:02PM  16   YEAR AGO WAS YOUR FORWARD ON THE SOP, OR DO YOU THINK IT WAS

02:02PM  17   THE SUBSTANCE OF THE ISSUE?

02:02PM  18   A.   I'M NOT FOLLOWING.  I'M SORRY.

02:02PM  19   Q.   OKAY.  LET'S KEEP GOING.

02:03PM  20        MS. HOLMES THEN RESPONDS WITH RESPECT TO THAT ENTIRE

02:03PM  21   DISCUSSION; CORRECT?

02:03PM  22   A.   YES.

02:03PM  23   Q.   OKAY.  AND THAT ENTIRE DISCUSSION RELATED TO THE

02:03PM  24   PERFORMANCE OF PROFICIENCY TESTING ON EDISON DEVICES THAT WAS

02:03PM  25   NOT CONSISTENT WITH THE AAP POLICY THAT YOU DRAFTED INTO THE

02:03PM  1    SOP?

02:03PM  2    A.    CORRECT.

02:03PM  3    Q.    OKAY.  AND THAT WAS THE DATA THAT WAS INCLUDED IN

02:03PM  4    MS. CHEUNG'S EMAIL THAT THE GOVERNMENT SHOWED YOU ON DIRECT

02:03PM  5    TESTIMONY?

02:03PM  6    A.    YES.

02:03PM  7              THE COURT:  MR. WADE, DO YOU --

02:03PM  8              MR. WADE:  IS IT 2:00?  YEAH, NOW IS PROBABLY A GOOD

02:03PM  9    TIME TO BREAK.  I DON'T WANT TO HOLD THE DOCTOR UP.  I KNOW HE

02:03PM  10   HAS AN IMPORTANT --

02:03PM  11             THE COURT:  SO LET'S TAKE OUR AFTERNOON RECESS,

02:04PM  12   LADIES AND GENTLEMEN.  LET'S TAKE 20 MINUTES, 20 MINUTES.  WILL

02:04PM  13   THAT DO?

02:04PM  14        AND WE MAY HAVE A BREAK IN OUR WITNESSES.  THE DOCTOR MAY

02:04PM  15   NEED TO -- I THINK HE HAS AN APPOINTMENT.

02:04PM  16        SO, DOCTOR, WE'LL EXCUSE YOU FOR THE REST OF THE DAY, AND

02:04PM  17   WE'LL SEE YOU AGAIN FRIDAY MORNING, PLEASE, AT 9:00 O'CLOCK.

02:04PM  18             THE WITNESS:  OKAY.  VERY GOOD.

02:04PM  19             THE COURT:  THANK YOU.

02:04PM  20        COUNSEL, IF YOU COULD REMAIN FOR JUST A MOMENT.

02:04PM  21        (JURY OUT AT 2:04 P.M.)

02:04PM  22             THE COURT:  ALL RIGHT.  THANK YOU.

02:05PM  23        THE RECORD SHOULD REFLECT OUR JURY AND ALTERNATES HAVE

02:05PM  24   LEFT THE COURTROOM FOR A BREAK.

02:05PM  25        ALL COUNSEL AND MS. HOLMES IS PRESENT.

02:05PM  1              WE'RE GOING TO COME BACK IN 20 MINUTES.

02:05PM  2              WILL WE HAVE A WITNESS THEN, MR. LEACH?

02:05PM  3                   MR. LEACH:  WE WILL, YOUR HONOR, YES.

02:05PM  4                   THE COURT:  GREAT.  OKAY.  THANK YOU.  WE'LL BE IN

02:05PM  5      RECESS THEN.

02:05PM  6                   THE CLERK:  COURT IS IN RECESS.

02:05PM  7              (RECESS FROM 2:05 P.M. UNTIL 2:28 P.M.)

02:28PM  8              (JURY IN AT 2:28 P.M.)

02:28PM  9                   THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

02:28PM 10      OUR JURY AND ALTERNATES ARE PRESENT.  ALL COUNSEL ARE PRESENT

02:28PM 11      AND MS. HOLMES IS PRESENT.

02:28PM 12              AS I SAID, LADIES AND GENTLEMEN, WE'RE GOING TO TAKE A

02:28PM 13      BREAK WITH DR. ROSENDORFF'S TESTIMONY AND WE'LL RESUME WITH HIM

02:28PM 14      ON FRIDAY MORNING.

02:28PM 15              BUT IN THE ALTERNATIVE, YOU HAVE A WITNESS TO CALL,

02:28PM 16      MR. LEACH?

02:28PM 17                   MR. LEACH:  WE DO, YOUR HONOR.

02:28PM 18              THE UNITED STATES CALLS DR. VICTORIA SUNG.

02:28PM 19                   THE COURT:  ALL RIGHT.  THANK YOU.

02:29PM 20              GOOD AFTERNOON.  IF YOU WOULD PLEASE COME FORWARD AND FACE

02:29PM 21      OUR COURTROOM DEPUTY HERE.  IF YOU WOULD RAISE YOUR RIGHT HAND,

02:29PM 22      SHE HAS A QUESTION FOR YOU.

02:29PM 23              **(GOVERNMENT'S WITNESS, VICTORIA SUNG, WAS SWORN.)**

02:29PM 24                   THE WITNESS:  YES.

02:29PM 25                   THE CLERK:  GO AHEAD AND TAKE THE STAND.

02:29PM  1            THE COURT:  PLEASE HAVE A SEAT HERE AND MAKE

02:29PM  2    YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THAT CHAIR AND

02:29PM  3    MICROPHONE.  I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE

02:29PM  4    MICROPHONE.

02:29PM  5            WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

02:29PM  6    AND THEN SPELL IT, PLEASE.

02:29PM  7            THE WITNESS:  VICTORIA SUNG.  V-I-C-T-O-R-I-A,

02:29PM  8    S-U-N-G.

02:29PM  9            THE COURT:  THANK YOU.  COUNSEL.

02:29PM  10            MR. LEACH:  THANK YOU, YOUR HONOR.

02:29PM  11                        **DIRECT EXAMINATION**

02:29PM  12    BY MR. LEACH:

02:29PM  13    Q.  DR. SUNG, I UNDERSTAND YOU HAVE A CLEAR MASK THAT YOU

02:29PM  14    WOULD BE MORE COMFORTABLE WEARING IN COURT; IS THAT CORRECT?

02:29PM  15    A.  YES.

02:29PM  16            MR. LEACH:  AND WITH THE COURT'S PERMISSION, CAN SHE

02:29PM  17    WEAR THAT MASK?

02:29PM  18            THE COURT:  YES, OF COURSE.

02:29PM  19            ANY OBJECTION, COUNSEL?

02:30PM  20            CAN YOU STATE YOUR NAME SO WE CAN ENSURE OUR COURT

02:30PM  21    REPORTER CAN HEAR YOU APPROPRIATELY.

02:30PM  22            THE WITNESS:  IT'S VICTORIA SUNG.

02:30PM  23            THE COURT:  MAYBE A LITTLE CLOSER TO THE MICROPHONE

02:30PM  24    WOULD BE HELPFUL.

02:30PM  25            THE WITNESS:  VICTORIA SUNG.

02:30PM 1                    THE COURT:  THANK YOU.

02:30PM 2          COUNSEL.

02:30PM 3    BY MR. LEACH:

02:30PM 4    Q.   GOOD AFTERNOON, DR. SUNG.  WOULD YOU PLEASE DESCRIBE FOR

02:30PM 5    US YOUR EDUCATIONAL AND PROFESSIONAL BACKGROUND?

02:30PM 6    A.   YEAH.  SO I HAVE AN UNDERGRADUATE DEGREE FROM

02:30PM 7    U.C. BERKELEY AND PH.D. FROM GEORGETOWN UNIVERSITY.

02:30PM 8    Q.   AND WHEN DID YOU OBTAIN YOUR PH.D. FROM GEORGETOWN

02:30PM 9    UNIVERSITY?

02:30PM 10   A.   IN 1998.

02:30PM 11   Q.   AND WHAT HAVE YOU DONE PROFESSIONALLY SINCE OBTAINING YOUR

02:30PM 12   PH.D. FROM GEORGETOWN?

02:30PM 13   A.   SO I HAVE WORKED -- I DID A SHORT POSTDOCTORAL FELLOWSHIP

02:30PM 14   IN STANFORD.

02:30PM 15          AND THEN I MOVED ON TO INDUSTRY, AND I'VE WORKED AT A

02:30PM 16   NUMBER OF DIFFERENT COMPANIES SINCE THEN.  ABOUT FIVE YEARS AT

02:31PM 17   SUGEN, WHICH WAS ACQUIRED BY PHARMACIA AND PFIZER, AND FOUR

02:31PM 18   YEARS AT CHIRON, WHICH WAS ACQUIRED BY NOVARTIS.

02:31PM 19                    THE COURT:  DR. SUNG, I'M SORRY TO ASK YOU.  CAN YOU

02:31PM 20   MOVE A LITTLE CLOSER.  THE ACOUSTICS HERE ARE CHALLENGING.

02:31PM 21          THANK YOU.

02:31PM 22   BY MR. LEACH:

02:31PM 23   Q.   IF YOU COULD PULL THE MICROPHONE A LITTLE BIT CLOSER SO WE

02:31PM 24   CAN ALL HEAR YOU THROUGH THE MASK.

02:31PM 25   A.   YES.

02:31PM   1    Q.   AND FOR THE COURT REPORTER, WHO IS TRANSCRIBING

02:31PM   2    EVERYTHING, SO WHEN WE USE NEW COMPANIES, I'LL COMMIT TO GO AS

02:31PM   3    SLOWLY AS I CAN, AND IF YOU CAN DO THE SAME, THAT WOULD BE

02:31PM   4    GREAT.

02:31PM   5         SO YOU WORK FOR A COMPANY CALLED SUGEN?

02:31PM   6    A.   YES.

02:31PM   7    Q.   AND WHAT WAS SUGEN?

02:31PM   8    A.   SO SUGEN WAS A SMALL BIOTECH COMPANY IN SOUTH

02:31PM   9    SAN FRANCISCO, AND I WAS THERE UNTIL ABOUT 19 -- NO, ABOUT

02:31PM  10    2003.

02:31PM  11    Q.   AND I HEARD YOU MENTION CHIRON.  WHAT IS CHIRON?

02:31PM  12    A.   CHIRON IS ANOTHER BIOTECH COMPANY IN EMERYVILLE.  IT WAS

02:31PM  13    ACQUIRED BY NOVARTIS, AND I WAS THERE UNTIL ABOUT 2007.

02:32PM  14    Q.   AND WHAT DID YOU DO AFTER CHIRON?

02:32PM  15    A.   THEN I MOVED TO CELGENE WHERE I WAS IN THE SOUTH

02:32PM  16    SAN FRANCISCO -- OR SORRY, THE SAN FRANCISCO MISSION BAY

02:32PM  17    OFFICE, AND I WAS THERE FOR ABOUT TEN YEARS, JUST OVER TEN

02:32PM  18    YEARS.

02:32PM  19    Q.   AND SO YOU JOINED CELGENE AT SOME POINT IN 2007, 2008?

02:32PM  20    A.   YEAH.  IT WAS ACTUALLY PHARMION, WHICH WAS ACQUIRED BY

02:32PM  21    CELGENE.

02:32PM  22    Q.   AND THEN YOU REMAINED WITH CELGENE UNTIL SOMETIME IN 2017,

02:32PM  23    2018?

02:32PM  24    A.   CORRECT.

02:32PM  25    Q.   AND SO WHAT DID YOU DO AFTER THAT?

02:32PM 1    A.   SO THEN I JOINED ARCH ONCOLOGY, A STARTUP BIOTECH FIRM

02:32PM 2    WHICH IS IN BRISBANE, CALIFORNIA, AND I WAS THERE FOR JUST OVER

02:32PM 3    THREE YEARS.

02:32PM 4    Q.   OKAY.  AND WHAT ARE YOU DOING TODAY?

02:32PM 5    A.   AND SO I JUST STARTED THREE MONTHS AGO AT A NEW COMPANY

02:32PM 6    CALLED ADITUM BIO IN OAKLAND, CALIFORNIA.

02:32PM 7    Q.   GREAT.  I WOULD LIKE TO FOCUS ON THE TIME PERIOD, IF WE

02:33PM 8    COULD, WHILE YOU WERE AT CELGENE.

02:33PM 9         DO YOU HAVE THAT TIME PERIOD IN MIND?

02:33PM 10   A.   UH-HUH.

02:33PM 11   Q.   AND WHAT IS CELGENE?

02:33PM 12   A.   CELGENE AT THE TIME IS A -- WAS A BIO PHARMA COMPANY.

02:33PM 13   IT'S NOW BEEN ACQUIRED BY BRISTOL MYERS SQUIBB.

02:33PM 14   Q.   AND WHEN YOU SAY A BIO PHARMA COMPANY, WHAT DO YOU MEAN?

02:33PM 15   A.   A COMPANY THAT DEVELOPS DRUGS FOR VARIOUS INDICATIONS.

02:33PM 16   Q.   AND DID YOU WORK WITHIN A PARTICULAR GROUP WITHIN CELGENE?

02:33PM 17   A.   I DID.

02:33PM 18   Q.   AND WHAT GROUP WAS THAT?

02:33PM 19   A.   IT WAS CALLED TRANSLATIONAL DEVELOPMENT.

02:33PM 20   Q.   AND WHAT IS TRANSLATIONAL DEVELOPMENT?

02:33PM 21   A.   SO TRANSLATIONAL DEVELOPMENT IS -- IT'S AN ITERATIVE

02:33PM 22   PROCESS WHICH INVOLVES DEVELOPING RESEARCH TO THE POINT OF

02:33PM 23   BRINGING IT TO CLINICAL TRIALS, UNDERSTANDING THE MECHANISM OF

02:33PM 24   DRUGS, AND THEN TAKING DATA FROM THE CLINICAL TRIALS, FROM THE

02:33PM 25   PATIENTS, AND MAKING SURE THAT YOUR DRUG WORKS LIKE IT'S

02:33PM  1    SUPPOSED TO.

02:33PM  2        AND IF IT DOESN'T, TRYING TO UNDERSTAND WHY AND WHY

02:33PM  3    CERTAIN PATIENTS MIGHT RESPOND AND WHY OTHERS DON'T.

02:33PM  4    Q.   WHAT WERE YOUR RESPONSIBILITIES WITHIN TRANSLATIONAL

02:34PM  5    DEVELOPMENT WITHIN CELGENE?

02:34PM  6    A.   SO I HAD A DUAL RESPONSIBILITY.  ONE WAS TO HEAD A LAB

02:34PM  7    GROUP DOING RESEARCH IN THE PROGRAMS THAT I PARTICIPATED IN;

02:34PM  8    AND THEN THE OTHER WAS TO ACTUALLY SIT ON DEVELOPMENT TEAMS,

02:34PM  9    CLINICAL DEVELOPMENT TEAMS AND WORK ON DRUGS THAT WERE IN LATER

02:34PM 10    STAGE DEVELOPMENT AND BEING EVALUATED IN PATIENTS.

02:34PM 11    Q.   AND USING A PARTICULAR EXAMPLE IN MIND, CAN YOU GIVE US A

02:34PM 12    SENSE OF HOW YOU WOULD WORK WITH CLINICAL DEVELOPMENT TEAMS AND

02:34PM 13    WHAT YOU WOULD DO WITHIN THAT CONTEXT?

02:34PM 14    A.   YES.  SO I WAS THE SORT OF RESIDENT SCIENTIST I GUESS.  SO

02:34PM 15    I HAD A VIEW IN ON HOW THE DRUG WAS DEVELOPED FROM THE START,

02:34PM 16    FROM THE SELECTION OF THE DRUG AND THE TESTING OF THE DRUG

02:34PM 17    BEFORE PATIENT TRIALS.

02:34PM 18        AND THEN I WOULD SIT ON THE TEAMS AND HELP TO ANSWER

02:34PM 19    CERTAIN QUESTIONS ABOUT HOW THE DRUG MIGHT WORK IN THE

02:35PM 20    PATIENTS.

02:35PM 21        AND SO WE WOULD OPERATIONALLY, YOU KNOW, GATHER SAMPLES

02:35PM 22    FROM PATIENTS WHILE THEY WERE TAKING THE DRUG AND THEN TRY TO

02:35PM 23    UNDERSTAND LEVELS OF CIRCULATING PROTEINS IN THEIR BLOOD TO

02:35PM 24    MAKE SURE THAT THEY WERE, YOU KNOW, GOING IN THE RIGHT

02:35PM 25    DIRECTION, FOR EXAMPLE, WHILE THEY WERE ON THE DRUG.

02:35PM  1    Q.   SO, FOR EXAMPLE, YOU WOULD LOOK AT PARTICULAR PROTEINS

02:35PM  2    AFTER A DRUG WAS GIVEN TO A PATIENT TO SEE HOW THE BODY AND THE

02:35PM  3    BLOOD IS REACTING?

02:35PM  4    A.   YES.

02:35PM  5    Q.   I WANT TO DRAW YOUR ATTENTION TO THE TIME PERIOD 2009.

02:35PM  6         AT OR AROUND THAT TIME, WAS CELGENE DEVELOPING A DRUG

02:35PM  7    KNOWN AS ACE-011?

02:35PM  8    A.   YES.

02:35PM  9    Q.   WHAT IS ACE-011?

02:35PM  10   A.   ACE-011 IS A LARGE MOLECULAR BIOLOGIC DRUG.  IT IS AN

02:35PM  11   ACTIVIN RECEPTOR, A-C-T-I-V-I-N, TO AN INHIBITOR BASICALLY,

02:36PM  12   YEAH.

02:36PM  13   Q.   AND DOES ACE-011 GO BY SOME OTHER NAME?

02:36PM  14   A.   YES.  IT HAD A NAME SOTATERCEPT, S-O-T-A-T-E-R-C-E-P-T.

02:36PM  15   Q.   AND WHAT WAS CELGENE IN THIS 2009 TIME PERIOD HOPING THAT

02:36PM  16   ACE-011, OR SOTATERCEPT, WOULD DO?

02:36PM  17   A.   IT WAS BEING DEVELOPED FOR A NUMBER OF DIFFERENT

02:36PM  18   INDICATIONS.  WE HAD IN LICENSED IT FROM A COMPANY IN

02:36PM  19   CAMBRIDGE, MASSACHUSETTS, AND IT WAS BEING LOOKED AT FOR

02:36PM  20   TREATMENT OF ANEMIA IN ASSOCIATION WITH KIDNEY DISEASE AND

02:36PM  21   OTHER DISEASES WHERE ANEMIA IS FOUND.

02:36PM  22   Q.   SO IT WAS A DRUG THAT YOU HOPED WOULD TREAT ANEMIA?

02:36PM  23   A.   YES.

02:36PM  24   Q.   AND BONE LOSS?

02:36PM  25   A.   YEAH, ORIGINALLY, YES, BONE LOSS.

02:36PM 1    Q.   AND IN THIS 2009 TIME PERIOD, WHERE IN THE STAGES OF

02:36PM 2    DEVELOPMENT WAS CELGENE WITH ACE-011, OR SOTATERCEPT?

02:37PM 3    A.   IT WAS JUST POST PHASE I.

02:37PM 4    Q.   AND DOES PHASE I HAVE A PARTICULAR SIGNIFICANCE TO FOLKS

02:37PM 5    IN THE BIOTECH WORLD?

02:37PM 6    A.   SO IT'S THE FIRST IN MAN, THE FIRST TIME A DRUG IS

02:37PM 7    EVALUATED IN A PATIENT FOR SAFETY PRIMARILY.

02:37PM 8    Q.   IN OR AROUND 2009, WAS CELGENE PREPARING TO PERFORM

02:37PM 9    CLINICAL TRIALS TO EVALUATE ACE-011 WITH PATIENTS?

02:37PM 10   A.   YES.

02:37PM 11   Q.   OKAY.  AND WHAT ESSENTIALLY WAS THE HOPE OF THAT STUDY OR

02:37PM 12   THAT TRIAL?

02:37PM 13   A.   THERE WERE MULTIPLE TRIALS, BUT THERE WAS ONE TRIAL

02:37PM 14   BEING -- WHERE THE DRUG WAS BEING EVALUATED WITH PATIENTS WITH

02:37PM 15   CHRONIC KIDNEY DISEASE, AND THE HOPE WAS THAT IT WOULD PREVENT

02:37PM 16   ANEMIA IN THESE PATIENTS.  AND THERE WERE OTHER TRIALS ONGOING

02:37PM 17   AS WELL, AND CHEMOTHERAPY INDUCED ANEMIA.

02:37PM 18   Q.   AND WITHIN THE TRANSLATIONAL MEDICINE GROUP OF CELGENE,

02:37PM 19   WHAT WAS YOUR ROLE VIS-A-VIS THIS CLINICAL TRIAL?

02:38PM 20   A.   SO MY ROLE WAS TO SUGGEST CERTAIN END POINTS OR PROTEINS

02:38PM 21   IN THE BLOOD TO MEASURE THAT MIGHT HAVE SOME BEARING ON WHETHER

02:38PM 22   OR NOT THE DRUG WAS WORKING AS IT SHOULD BE.

02:38PM 23   Q.   WHEN YOU SAY "END POINTS," WHAT DO YOU MEAN?

02:38PM 24   A.   PROTEINS IN THE BLOOD IN CIRCULATION.

02:38PM 25   Q.   AND CAN YOU GIVE US SOME EXAMPLES?

02:38PM 1      A.   SO SOMETHING LIKE A HORMONE, YOU COULD MEASURE SOMETHING

02:38PM 2      LIKE ESTROGEN OR ANDROGENS.  IT COULD BE A NUMBER OF OTHER

02:38PM 3      ANALYTES, THINGS LIKE SODIUM LEVELS, SUGAR, ANYTHING LIKE THAT

02:38PM 4      YOU WOULD GET IN A BLOOD TESTS WHEN YOU GO TO THE DOCTOR.

02:38PM 5      Q.   AT OR AROUND THIS TIME, DID CELGENE ENTER INTO AN

02:38PM 6      AGREEMENT WITH A COMPANY CALLED THERANOS TO PROVIDE SERVICES TO

02:38PM 7      CELGENE RELATING TO THIS TRIAL?

02:38PM 8      A.   YES.

02:38PM 9      Q.   AT A HIGH LEVEL, WHAT WAS YOUR UNDERSTANDING OF WHAT

02:38PM 10     THERANOS WAS DOING?

02:38PM 11     A.   SO MY UNDERSTANDING WAS THAT THERANOS WAS DEVELOPING A

02:39PM 12     PLATFORM TO ANALYZE THESE END POINTS THAT WE JUST MENTIONED,

02:39PM 13     AND THAT THEY COULD DO IT WITH A VERY SMALL VOLUME OF BLOOD IN

02:39PM 14     A VERY EFFICIENT WAY, AND THIS WOULD BE A HUGE ADVANTAGE FOR

02:39PM 15     PATIENTS AND FOR HEALTH CARE PROVIDERS, RESEARCHERS, FOR

02:39PM 16     EVERYONE.

02:39PM 17     Q.   AND HOW DID THAT CORRELATE TO THE CLINICAL TRIAL THAT

02:39PM 18     CELGENE WAS PERFORMING?

02:39PM 19     A.   SO THE END POINTS THAT I MENTIONED THAT WE WERE LOOKING AT

02:39PM 20     IN THE CLINICAL TRIAL INVOLVED DRAWING BLOOD FROM PATIENTS.  SO

02:39PM 21     USUALLY THESE ASSAYS REQUIRE A CERTAIN VOLUME OF BLOOD AND SO,

02:39PM 22     YOU KNOW, IT MIGHT BE LARGER THAN SOMETHING THAT THERANOS'S

02:39PM 23     ASSAY REQUIRED.

02:39PM 24          SO, AGAIN, IT WAS -- THE PURPOSE OF THESE, THE ASSAYS, WAS

02:39PM 25     TO MEASURE AN END POINT IN THE BLOOD.

02:39PM   1    Q.   OKAY.  AND WAS THERANOS ALONE IN DOING THIS OR DID YOU

02:39PM   2    HAVE OTHER BLOOD TESTING COMPANIES INVOLVED?

02:39PM   3    A.   YEAH, THERE ARE MANY OTHER BLOOD TESTING COMPANIES, AND

02:40PM   4    THERE ARE VARIOUS ASSAYS OR TESTS FOR THE SAME END POINTS THAT

02:40PM   5    ARE OFFERED AROUND THE WORLD.

02:40PM   6    Q.   OKAY.  AND DID YOU WORK CLOSELY WITH FOLKS FROM THERANOS

02:40PM   7    IN CONNECTION WITH THIS PROJECT?

02:40PM   8    A.   I DID.

02:40PM   9    Q.   AND LET ME DRAW YOUR ATTENTION -- YOU SHOULD HAVE A WHITE

02:40PM  10    BINDER UP IN FRONT OF YOU.  IF I COULD ASK YOU TO TURN, PLEASE,

02:40PM  11    TO TAB 5039, WHICH I OFFER INTO EVIDENCE.

02:40PM  12         I UNDERSTAND THERE'S NO OBJECTION.

02:40PM  13              MR. CLINE:  NO OBJECTION.

02:40PM  14              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:40PM  15         (GOVERNMENT'S EXHIBIT 5039 WAS RECEIVED IN EVIDENCE.)

02:40PM  16    BY MR. LEACH:

02:40PM  17    Q.   DR. SUNG, IF WE CAN DRAW YOUR ATTENTION TO -- FIRST OF

02:40PM  18    ALL, HAVE YOU HAD A CHANCE TO REVIEW THIS DOCUMENT BEFORE?

02:40PM  19    A.   RIGHT NOW?

02:40PM  20    Q.   PRIOR TO YOUR TESTIMONY, DO YOU THINK YOU'VE SEEN THIS

02:40PM  21    DOCUMENT?

02:40PM  22    A.   YES.

02:40PM  23    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 5, THE FIRST EMAIL IN

02:41PM  24    THE STRING.

02:41PM  25         IF WE CAN HIGHLIGHT THE SUBSTANCE OF THE EMAIL AT THE

02:41PM  1    BOTTOM.  PERFECT.

02:41PM  2         DO YOU SEE THE EMAIL FROM GARY -- FROM YOU TO GARY FRENZEL

02:41PM  3    AND SUREKHA GANGADKHEDKAR -- LET ME START AGAIN.

02:41PM  4         DO YOU SEE THE EMAIL FROM YOU TO GARY FRENZEL AND

02:41PM  5    SUREKHA GANGADKHEDKAR ON OR ABOUT NOVEMBER 9TH, 2009?

02:41PM  6    A.   YES.

02:41PM  7    Q.   OKAY.  AND THE SUBJECT IS CELGENE CLINICAL TRIAL.

02:41PM  8         DO YOU SEE THAT?

02:41PM  9    A.   YES.

02:41PM  10   Q.   AND IS THAT A REFERENCE TO THE CLINICAL TRIAL FOR ACE-011?

02:41PM  11   A.   YES.

02:41PM  12   Q.   OKAY.  YOU WROTE, "HI GARY AND SUREKHA, IT WAS VERY NICE

02:41PM  13   TO MEET YOU LAST FRIDAY AND I'M SORRY I HAD TO CUT SHORT MY

02:41PM  14   VISIT.  AS WE DISCUSSED, I WILL TRY TO COME UP WITH A TIME SLOT

02:41PM  15   IN THE NEXT COUPLE OF WEEKS WHEN THE THREE OF US, ALONG WITH

02:41PM  16   LEA AUKERMAN AND SHARIANNE LOUIE CAN MEET AND DISCUSS BIOMARKER

02:41PM  17   ASSAYS FOR THE ACE-011 CKD TRIAL."

02:41PM  18        DO YOU SEE THAT LANGUAGE?

02:41PM  19   A.   UM-HUM.

02:42PM  20   Q.   FIRST OF ALL, THIS SUGGESTS YOU WENT OUT TO VISIT THERANOS

02:42PM  21   AROUND THIS TIME PERIOD.  DID YOU DO THAT?

02:42PM  22   A.   YES.

02:42PM  23   Q.   TELL ME ABOUT YOUR TRIP TO THERANOS.

02:42PM  24   A.   IT WAS JUST A BRIEF INTRODUCTORY TRIP, I THINK, TO MEET

02:42PM  25   SOME OF THE STAFF, AND ALSO TO UNDERSTAND A LITTLE BIT MORE

02:42PM 1    ABOUT THE PROGRAM, I MEAN, THE PROGRAM THAT THEY WERE GOING TO

02:42PM 2    HELP US WORK ON AND THEIR ASSAY SYSTEM.

02:42PM 3    Q.   OKAY.  DID YOU MEET MS. HOLMES ON THIS OCCASION?

02:42PM 4    A.   I THINK SO, YES.

02:42PM 5    Q.   AND DID YOU SEE A THERANOS DEVICE?

02:42PM 6    A.   WE DID.

02:42PM 7    Q.   AND WHAT DID YOU OBSERVE?

02:42PM 8    A.   IT WAS A SMALL, VERY EFFICIENT LOOKING BOX WITH, YOU KNOW,

02:42PM 9    A CARTRIDGE THAT COULD GO IN THE FRONT A LITTLE BIT LIKE AN

02:42PM 10   OVEN OR A SMALL LIKE TOASTER OVEN.

02:42PM 11   Q.   AND WAS THIS INTERESTING TO YOU?

02:42PM 12   A.   YES, IT WAS.

02:42PM 13   Q.   HOW SO?

02:42PM 14   A.   I THOUGHT THE IDEA THAT YOU COULD USE SOMETHING SO

02:42PM 15   EFFICIENT AND SMALL ON SITE AT A LAB OR IN A CLINIC TO TEST FOR

02:43PM 16   THESE BLOOD END POINTS WAS A GREAT IDEA AND VERY EFFICIENT AND

02:43PM 17   FAST AND EASY, REQUIRING VERY LITTLE BLOOD FROM THE PATIENT.

02:43PM 18   SO, YES, I WAS INTERESTED.

02:43PM 19   Q.   WAS THE SIZE OF THE DEVICE, THE PORTABILITY OF THE DEVICE

02:43PM 20   SOMETHING THAT WAS ATTRACTIVE TO YOU FOR USE IN CLINICAL

02:43PM 21   TRIALS?

02:43PM 22   A.   YES.

02:43PM 23   Q.   AND YOU WRITE ABOUT A MEETING TO DISCUSS BIOMARKER ASSAYS

02:43PM 24   FOR THE ACE-011 CKD TRIAL.

02:43PM 25        DO YOU SEE THAT LANGUAGE?

02:43PM  1    A.    YES.

02:43PM  2    Q.    AND WHAT IS A BIOMARKER ASSAY?

02:43PM  3    A.    I GUESS A BIOMARKER ASSAY IS BASICALLY A TEST THAT

02:43PM  4    MEASURES ACTIVITY IN A PERSON IN RESPONSE TO, IN THIS CASE, THE

02:43PM  5    ACE-011 DRUG.

02:43PM  6    Q.    AND CAN YOU GIVE US AN EXAMPLE OF WHAT ONE OF THOSE MIGHT

02:43PM  7    BE?

02:43PM  8    A.    SO, FOR EXAMPLE, IF YOU USE THIS DRUG, IT BLOCKS ACTIVIN

02:44PM  9    RECEPTOR SIGNALLING, AND THIS SIGNALLING IS INVOLVED IN RELEASE

02:44PM  10   OF FOLLICLE STIMULATING HORMONES FROM THE PITUITARY GLAND IN

02:44PM  11   THE BRAIN.

02:44PM  12        AND SO THIS DRUG, IF IT'S GIVEN TO A PATIENT, WOULD

02:44PM  13   INHIBIT RELEASE, AND SO THEREFORE, YOU SHOULD SEE SOME SORT OF

02:44PM  14   DROP OR DECREASE IN FOLLICLE STIMULATING HORMONE IN THESE

02:44PM  15   PATIENTS.

02:44PM  16   Q.    OKAY.  YOU THEN WROTE, "IN THE MEANTIME, I WILL TRY TO GET

02:44PM  17   SOME CLARITY AND PRIORITIZATION REGARDING THE LIST OF

02:44PM  18   BIOMARKERS.  HOPEFULLY, WE CAN THEN COME TOGETHER AND IMPLEMENT

02:44PM  19   REALISTIC TIMELINES WHICH ALLOW YOU TO FULLY VALIDATE THE

02:44PM  20   ASSAYS."

02:44PM  21        WHAT WERE YOU GETTING AT THERE?

02:44PM  22   A.    SO I THINK THE FIRST CONVERSATION WE HAD WAS SIMPLY

02:44PM  23   INTRODUCTORY, AND THE SECOND ONE THAT WE WERE PLANNING TO HAVE

02:44PM  24   WAS MORE SPECIFIC TO THE PROGRAM, AND WE WANTED TO COME UP WITH

02:44PM  25   A LIST OF ASSAYS THAT THERANOS COULD WORK ON TO USE IN THEIR

02:45PM 1    PLATFORM AND THAT WE COULD INCLUDE IN OUR TRIAL.

02:45PM 2    Q.   YOU THEN WROTE IN THAT LAST SENTENCE IN THAT FIRST

02:45PM 3    PARAGRAPH, "I THINK I MENTIONED THAT FP/FV WILL LIKELY BE

02:45PM 4    JUNE 2010."

02:45PM 5         WHAT IS FP/FV?

02:45PM 6    A.   FIRST PATIENT, FIRST VISIT.

02:45PM 7    Q.   SO THAT WOULD BE THE FIRST PATIENT TO VISIT?

02:45PM 8    A.   IN THAT TRIAL.

02:45PM 9    Q.   IN CELGENE'S CLINICAL TRIAL?

02:45PM 10   A.   UH-HUH.

02:45PM 11   Q.   LET'S MOVE FORWARD IN THE CHAIN, AND I DRAW YOUR ATTENTION

02:45PM 12   TO PAGE 3.

02:45PM 13        DO YOU SEE THERE'S ANOTHER EMAIL DOWN AT THE BOTTOM FROM

02:45PM 14   YOU TO MS. GANGADKHEDKAR AND MR. FRENZEL?

02:45PM 15   A.   YES.

02:45PM 16   Q.   AND DO YOU APPEAR TO HAVE PASTED PORTIONS AN EMAIL FROM

02:45PM 17   ELIZABETH HOLMES TO RANDALL STEPHENS AND VICTOR SLOAN?

02:46PM 18   A.   YES.

02:46PM 19   Q.   AND LET'S FOCUS ON THE FIRST PART OF YOUR EMAIL HERE.  YOU

02:46PM 20   WROTE, "HI SUREKHA AND GARY, JUST WANTED TO TOUCH BASE WITH YOU

02:46PM 21   AGAIN REGARDING THE ONGOING ASSAY DEVELOPMENT THAT THERANOS IS

02:46PM 22   WORKING ON FOR THE ACE-011 PROJECT."

02:46PM 23        DO YOU SEE THAT LANGUAGE?

02:46PM 24   A.   UH-HUH.

02:46PM 25   Q.   AND IF WE CAN ZOOM OUT, MS. HOLLIMAN, AND LOOK AT THE

02:46PM 1      BOTTOM PORTION.

02:46PM 2          AND TO FACILITATE THIS LIST OF BIOMARKERS -- AS PART OF

02:46PM 3      THIS DISCUSSION OF THE LIST OF ASSAYS, DR. SUNG, DID YOU PASTE

02:46PM 4      PORTIONS OF AN EMAIL FROM MS. HOLMES TO OTHERS -- TO FOLKS AT

02:46PM 5      CELGENE ON NOVEMBER 12TH, 2009?

02:46PM 6      A.   YES.

02:46PM 7      Q.   OKAY.  THERE ARE TWO NAMES HERE, RANDALL STEPHENS AND

02:47PM 8      VICTOR SLOAN?  WHO ARE THEY?

02:47PM 9      A.   RANDALL STEVENS WAS THE HEAD OF THE IMMUNOLOGY AND

02:47PM 10     INFLAMMATION GROUP AT CELGENE, AND VICTOR SLOAN AT THE TIME WAS

02:47PM 11     THE PRIMARY PHYSICIAN WORKING ON THIS ACE-011 TRIAL, ALSO IN

02:47PM 12     THAT SAME GROUP.  HE'S A NEPHROLOGIST.

02:47PM 13     Q.   DOWN AT THE BOTTOM, MS. HOLMES APPEARS TO BE WRITING,

02:47PM 14     "RANDALL, PER OUR CONVERSATION, I HAVE INCLUDED THE LIST OF

02:47PM 15     ANALYTES EXCERPTED FROM THE PROTOCOLS DISCUSSED IN OUR

02:47PM 16     MEETINGS."

02:47PM 17         IF WE CAN CONTINUE TO THE NEXT PAGE, MS. HOLLIMAN.

02:47PM 18         YOU SEE THERE'S A LONG LIST OF ANTIBODY ASSAYS.

02:47PM 19         WHAT ARE THESE, DR. SUNG?

02:47PM 20     A.   SO THESE ARE ALL EXAMPLES OF END POINTS THAT WE WOULD BE

02:47PM 21     INTERESTED IN MEASURING IN OUR PATIENTS.

02:47PM 22     Q.   AND THE FIRST ONE IS HGB.  DO YOU SEE THAT?

02:48PM 23     A.   YES.

02:48PM 24     Q.   AND IS THAT HEMOGLOBIN?

02:48PM 25     A.   YES.

02:48PM  1     Q.   FURTHER DOWN THERE'S VIT D, IS THAT VITAMIN D?

02:48PM  2     A.   YES.

02:48PM  3     Q.   AND THEN DOWN TOWARDS THE BOTTOM THERE'S ESTRADIOL, FSH,

02:48PM  4     AND LH.  DO YOU SEE THAT?

02:48PM  5     A.   UM-HUM.

02:48PM  6     Q.   WHAT ARE THOSE?

02:48PM  7     A.   SO FSH IS FOLLICLE STIMULATING HORMONE; LH IS LUTEINIZING

02:48PM  8     HORMONE; AND ESTRADIOL IS A FORM OF ESTROGEN BASICALLY.

02:48PM  9     THEY'RE ALL HORMONES.

02:48PM  10    Q.   AND THOSE ARE HORMONES THAT YOU WANTED TO MEASURE TO SEE

02:48PM  11    HOW THEY WERE REACTING TO THE DRUG ACE-011?

02:48PM  12    A.   CORRECT.

02:48PM  13    Q.   OKAY.  LET'S GO TO PAGE 2, PLEASE, IF WE COULD.  IF WE CAN

02:48PM  14    FOCUS ON THE EMAIL AT THE BOTTOM WITH THE SUBSTANCE.

02:48PM  15         PERFECT, MS. HOLLIMAN.

02:49PM  16         IT LOOKS LIKE YOU HAVE A NUMBER OF QUESTIONS FOR THE FOLKS

02:49PM  17    AT THERANOS, DR. SUNG.  "1, WHAT BONE BIOMARKERS, IF ANY, DO

02:49PM  18    YOU ALREADY HAVE AVAILABLE?"

02:49PM  19         DO YOU SEE THAT?

02:49PM  20    A.   UH-HUH.

02:49PM  21    Q.   WHY WERE YOU ASKING THAT?

02:49PM  22    A.   I WAS JUST INTERESTED TO SEE IF WE HAD TO DEVELOP, YOU

02:49PM  23    KNOW, ALL OF THESE FROM SCRATCH OR SOME OF THEM FROM SCRATCH OR

02:49PM  24    IF THERE ONES ALREADY DEVELOPED THAT WE COULD USE IN OUR TRIAL.

02:49PM  25    Q.   OKAY.  AND IN QUESTION 3 YOU WRITE, "HOW MANY ASSAYS PER

02:49PM  1    CARTRIDGE AND DOES THE THERANOS SYSTEM REQUIRE A CONTROL

02:49PM  2    CHANNEL FOR EACH ASSAY?"

02:49PM  3         DO YOU SEE THAT LANGUAGE?

02:49PM  4    A.   UH-HUH.

02:49PM  5    Q.   AND WHAT WERE YOU GETTING AT?

02:49PM  6              THE COURT:  IS THAT YES?

02:49PM  7              THE WITNESS:  YES.

02:49PM  8              MR. LEACH:  THANK YOU, YOUR HONOR.

02:49PM  9    Q.   AND WHAT DID YOU MEAN, "ASSAYS PER CARTRIDGE"?

02:49PM  10   A.   HOW MANY END POINTS OR ANALYTES COULD BE TESTED PER

02:49PM  11   CARTRIDGE.

02:49PM  12   Q.   LET ME NEXT DRAW YOUR ATTENTION TO PAGE 1 IF WE COULD.  IF

02:50PM  13   WE COULD FOCUS ON THE DECEMBER 2009 EMAIL DOWN AT THE BOTTOM.

02:50PM  14        DR. SUNG, DO YOU SEE WHERE YOU WROTE, "I INCLUDE A LIST OF

02:50PM  15   BIOMARKERS ARRANGED ACCORDING TO PRIORITY."

02:50PM  16        DO YOU SEE THAT?

02:50PM  17   A.   YES.

02:50PM  18   Q.   AND DID YOU ENDEAVOR TO TAKE THE LIST THAT MS. HOLMES AND

02:50PM  19   OTHERS FROM THERANOS HAD PROVIDED YOU AND PUT THEM INTO

02:50PM  20   PRIORITIES FOR CELGENE'S EVALUATION?

02:50PM  21   A.   SO THE LIST WAS ACTUALLY ORIGINATED FROM US, FROM CELGENE,

02:50PM  22   AND SO, YES, I DID PUT THOSE IN SOME SORT OF ORDER TO

02:50PM  23   PRIORITIZE THEM.

02:50PM  24   Q.   AND THEN IF WE CAN ZOOM OUT, PLEASE, AND GO TO THE TOP.

02:50PM  25        YOU APPEAR TO WRITE HERE, DR. SUNG, "IS IT POSSIBLE FOR

02:50PM 1      THERANOS TO FIND OUT MORE ABOUT THE ASSAYS USED AT ICON?"

02:51PM 2           AND THEN YOU INCLUDE A WEB ADDRESS.

02:51PM 3           "THEY HAVE VALIDATED PRETTY MUCH ALL OF THE ASSAYS ON OUR

02:51PM 4      LIST AND ARE CURRENTLY ONE OF OUR PREFERRED VENDORS."

02:51PM 5           WHAT DID YOU MEAN BY THAT?  WHAT WERE YOU GETTING AT?

02:51PM 6      A.   SO ICON IS A COMPANY THAT RUNS SOME OF THESE SAME TESTS IN

02:51PM 7      A TRADITIONAL MANNER, AND SO THE IDEA WAS TO HOPEFULLY RUN THE

02:51PM 8      TESTS AT THERANOS AND THEN RUN THEM ALSO AT ICON, AND THESE ARE

02:51PM 9      VALIDATED ASSAYS, AND THEN WE WOULD COMPARE THE RESULTS TO SEE

02:51PM 10     IF THEY'RE IN ALIGNMENT.

02:51PM 11     Q.   AND WHY DID YOU WANT TO COMPARE THE THERANOS ASSAYS

02:51PM 12     AGAINST A GOLD STANDARD?

02:51PM 13     A.   SO IT'S A VERY ROUTINE THING THAT WE DO WHEN WE'RE TESTING

02:51PM 14     NEW ASSAYS BECAUSE WE JUST WANT TO MAKE SURE THAT IT PERFORMS

02:51PM 15     UP TO STANDARDS BEFORE USING IT.

02:51PM 16     Q.   OKAY.  AND IN THAT LAST SENTENCE YOU WROTE, "IN MY MIND,

02:51PM 17     THIS IS ONE WAY TO CONVINCE OUR COMPANY AND PROJECT TEAMS THAT

02:51PM 18     THE THERANOS PLATFORM IS THE WAY TO GO."

02:52PM 19          WHAT DID YOU MEAN BY THAT?

02:52PM 20     A.   SO WHEN WE ORIGINALLY STARTED WORKING WITH THERANOS, MY

02:52PM 21     UNDERSTANDING WAS THAT THERE WAS AN AGREEMENT THAT WE WOULD

02:52PM 22     TEST THE PLATFORM AND POTENTIALLY -- YOU KNOW, AT LEAST IN THIS

02:52PM 23     ONE TRIAL, AND IF IT WAS SUCCESSFUL, THAT WE WOULD IMPLEMENT IT

02:52PM 24     FOR OTHER TRIALS AS WELL.

02:52PM 25          SO THAT'S WHAT THIS SENTENCE REFERRED TO.

02:52PM 1    Q.   OKAY.  THANK YOU.

02:52PM 2         I'D LIKE TO NOW DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED

02:52PM 3    AS EXHIBIT 5414.

02:52PM 4         AND I MOVE THIS INTO EVIDENCE, YOUR HONOR.  I UNDERSTAND

02:52PM 5    THERE'S A STIPULATION.

02:52PM 6              MR. CLINE:  NO OBJECTION.

02:52PM 7              THE COURT:  IT'S ADMITTED, AND MAY BE PUBLISHED.

02:52PM 8         (GOVERNMENT'S EXHIBIT 5414 WAS RECEIVED IN EVIDENCE.)

02:52PM 9    BY MR. LEACH:

02:52PM 10   Q.   DR. SUNG, DO YOU SEE AT THE TOP YOUR NAME IN THE TO LINE

02:52PM 11   FROM SOMEONE NAMED CAROLYN BALKENHOL?

02:53PM 12   A.   YES.

02:53PM 13   Q.   AND IF WE COULD START ON PAGE 3, MS. HOLLIMAN.

02:53PM 14        AND IF WE CAN ZOOM IN ON THE SUBSTANCE OF THE EMAIL AT THE

02:53PM 15   TOP.

02:53PM 16        IS THIS ANOTHER EMAIL BETWEEN YOU AND THE FOLKS AT

02:53PM 17   THERANOS ABOUT DEVELOPING ASSAYS FOR POTENTIAL EVALUATION IN

02:53PM 18   THIS CLINICAL TRIAL?

02:53PM 19   A.   YES.

02:53PM 20   Q.   YOU WRITE IN THE SUBJECT LINE HERE, "CELGENE CLINICAL

02:53PM 21   TRIAL - PD MARKER DEVELOPMENT.

02:53PM 22        DO YOU SEE THAT?

02:53PM 23   A.   YES.

02:53PM 24   Q.   AND WHAT DID YOU MEAN BY PD MARKER DEVELOPMENT?

02:53PM 25   A.   PD STANDS FOR PHARMACODYNAMIC.  IT'S JUST -- IT'S ANOTHER

02:53PM  1    WAY TO SAY A BIOMARKER BASICALLY, A TEST TO MEASURE HOW THE

02:53PM  2    DRUG IS WORKING.

02:53PM  3    Q.    AND DO YOU DISTINGUISH A PD MARKER FROM A PK MARKER?

02:53PM  4    A.    YES.  SO THE PK --

02:53PM  5    Q.    LET'S GO SLOWLY WITH PK.

02:54PM  6    A.    PK STANDS FOR PHARMACOKINETIC, AND THAT'S WHEN YOU TALK

02:54PM  7    ABOUT A PHARMACOKINETIC OR A BIO ANALYTICAL ASSAY, THIS IS USED

02:54PM  8    TO MEASURE DRUG LEVELS IN A PATIENT AFTER YOU DOSE A PATIENT

02:54PM  9    WITH THE DRUG.

02:54PM  10   Q.    AND WAS THERANOS ALSO DEVELOPING AN ASSAY TO MEASURE PK

02:54PM  11   BIOMARKER IN THIS CLINICAL TRIAL?

02:54PM  12   A.    YES.

02:54PM  13   Q.    SO ESSENTIALLY THE DRUG CONCENTRATION?

02:54PM  14   A.    THE DRUG -- YEAH, EXACTLY.

02:54PM  15   Q.    IN THE EMAIL YOU WROTE, "HI GARY, SUREKHA, AND ELIZABETH,

02:54PM  16   HOPE YOU ARE DOING WELL.  WE HAVE FINALLY AWARDED A CONTRACT TO

02:54PM  17   ACM, WHO WILL BE OUR CENTRAL LAB FOR THE RENAL STUDY."

02:54PM  18        DO YOU SEE THAT LANGUAGE?

02:54PM  19   A.    YES.

02:54PM  20   Q.    AND WHO IS ACM?

02:54PM  21   A.    IT'S ANOTHER COMPANY LIKE ICON.  IT'S A CENTRAL LAB AND

02:54PM  22   THEY RUN THE ASSAYS THAT MEASURE THE END POINTS IN THE

02:54PM  23   PATIENTS.

02:54PM  24   Q.    AND THEY'RE THE GOLD STANDARD?

02:55PM  25   A.    THEY WERE OUR GOLD STANDARD AT THE TIME, YEAH, ONE OF

02:55PM 1    THEM.

02:55PM 2    Q.    AND A COMPANY YOU HAD USED IN THE PAST?

02:55PM 3    A.    YES.

02:55PM 4    Q.    AND WERE COMFORTABLE AND SATISFIED WITH THEIR ASSAYS?

02:55PM 5    A.    YES.

02:55PM 6    Q.    OKAY.  AND THERE'S REFERENCE TO A RENAL STUDY.  IS THAT

02:55PM 7    THE ACE-011 TRIAL?

02:55PM 8    A.    YES.

02:55PM 9    Q.    THAT'S ANOTHER NAME FOR THE CLINICAL TRIAL THAT WE'VE BEEN

02:55PM 10   TALKING ABOUT.

02:55PM 11         AND YOU THEN WROTE, "I THINK ANOTHER FACE-TO-FACE MEETING

02:55PM 12   WILL BE THE BEST WAY TO KICK OFF THIS PROCESS SO WOULD YOU

02:55PM 13   PLEASE SEND ME A FEW DATES THAT WILL WORK FOR THE THREE OF YOU

02:55PM 14   AND ANYONE ELSE WHO MIGHT BE RELEVANT TO THIS PROCESS?"

02:55PM 15         DO YOU SEE THAT LANGUAGE?

02:55PM 16   A.    YES.

02:55PM 17   Q.    AND IS THE REMAINDER OF THIS EMAIL YOU SCHEDULING A TRIP

02:55PM 18   OUT TO THERANOS IN APRIL OF 2010?

02:55PM 19   A.    YES.

02:55PM 20   Q.    OKAY.  AND DESCRIBE FOR US WHAT HAPPENED ON THIS TRIP OUT

02:55PM 21   TO THERANOS IN APRIL OF 2010.

02:55PM 22   A.    SO IT WAS A LONG TIME AGO, SO I DON'T REMEMBER DETAILS.

02:56PM 23         BUT I DO REMEMBER WE VISITED THE COMPANY AND THERE WERE A

02:56PM 24   FEW OF US FROM CELGENE AND A FEW ON THE THERANOS SIDE, AND WE

02:56PM 25   JUST SAT DOWN AND TALKED A LITTLE BIT AGAIN ABOUT THE PLATFORM.

02:56PM 1      THERE WERE SOME NEW FOLKS FROM CELGENE THAT JOINED US THAT

02:56PM 2   DID NOT JOIN US ON THE FIRST TRIP.

02:56PM 3      IT WAS, AGAIN, PRETTY HIGH LEVEL INTRODUCTORY, YEAH.

02:56PM 4   Q.   AND WAS MS. HOLMES THERE FOR THIS?

02:56PM 5   A.   I BELIEVE SO, YES.

02:56PM 6   Q.   LET ME DRAW YOUR ATTENTION NOW TO EXHIBIT 3849 IN YOUR

02:56PM 7   BINDER.

02:56PM 8      I OFFER 3849 INTO EVIDENCE PURSUANT TO STIPULATION.

02:56PM 9           MR. CLINE:  NO OBJECTION.

02:56PM 10          THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

02:56PM 11     (GOVERNMENT'S EXHIBIT 3849 WAS RECEIVED IN EVIDENCE.)

02:56PM 12          MR. LEACH:  I THINK THAT'S 3489 AND I'M LOOKING FOR

02:57PM 13  3849, MS. HOLLIMAN.

02:57PM 14     WONDERFUL.  THANK YOU.  IF WE CAN ZOOM IN ON THE TOP HALF

02:57PM 15  OF THE EMAIL.  KEEP GOING DOWN TO THE BOTTOM.  OR THE WHOLE

02:57PM 16  EMAIL.  THANK YOU.  PERFECT.

02:57PM 17  Q.   DO YOU SEE YOUR NAME IN THE FROM LINE, DR. SUNG?

02:57PM 18  A.   YES.

02:57PM 19  Q.   AND IS THIS TO ELIZABETH HOLMES?

02:57PM 20  A.   YES.

02:57PM 21  Q.   AND THE SUBJECT IS ACE-011 PROGRAM.

02:57PM 22     DO YOU SEE THAT?

02:57PM 23  A.   YES.

02:57PM 24  Q.   AND THAT'S A REFERENCE TO THE CLINICAL TRIAL WE'VE BEEN

02:57PM 25  TALKING ABOUT?

02:57PM 1   A.   CORRECT.

02:57PM 2   Q.   I WANT TO DRAW YOUR ATTENTION TO THE SECOND PARAGRAPH

02:57PM 3   WHERE YOU WROTE, "AS LEA AND I MENTIONED DURING OUR LAST VISIT

02:57PM 4   TO PALO ALTO, WE UNFORTUNATELY DO NOT HAVE ANYONE IN OUR GROUP

02:57PM 5   WITH BIO ASSAY DEVELOPMENT/VALIDATION EXPERIENCE, SO HAD

02:57PM 6   PLANNED TO HIRE A CONSULTANT TO HELP US UNDERSTAND THE FINER

02:57PM 7   POINTS OF WHAT YOUR TEAM IS WORKING HARD TO ACHIEVE."

02:58PM 8        DO YOU SEE THAT LANGUAGE?

02:58PM 9   A.   YES.

02:58PM 10  Q.   AND THEN YOU WROTE, "ORIGINALLY OUR PLAN WAS TO WORK WITH

02:58PM 11  RON BOWSHER ON THE PD ASSAYS SINCE HE IS ALREADY ASSISTING

02:58PM 12  PETER BRYAN WITH THE ACE-011 PK ASSAY DEVELOPMENT PROCESS."

02:58PM 13       LET ME ASK SOME QUESTIONS ABOUT THAT SENTENCE.

02:58PM 14       WHO IS PETER BRYAN?

02:58PM 15  A.   PETER BRYAN WAS A SCIENTIST IN THE PK OR BIO ANALYTICAL

02:58PM 16  GROUP AT CELGENE.

02:58PM 17  Q.   SO YOU'RE FOCUSSED ON PD BIOMARKERS AND HE'S ON THE PK

02:58PM 18  SIDE; IS THAT FAIR?

02:58PM 19  A.   CORRECT.

02:58PM 20  Q.   AND WHO IS RON BOWSHER?

02:58PM 21  A.   SO RON BOWSHER IS A CONSULTANT THAT CELGENE HAD HIRED TO

02:58PM 22  HELP OUT WITH ASSAY DEVELOPMENT AND WAS WORKING WITH PETER ON

02:58PM 23  THE PK ASSAY FOR ACE-011.

02:58PM 24  Q.   AND WHAT WERE YOU ASKING OF MS. HOLMES IN THIS EMAIL?

02:58PM 25  A.   SO I AM NOT AN ASSAY DEVELOPMENT EXPERT, AND WE DIDN'T

02:58PM  1    HAVE ANYONE IN THAT CAPACITY TO WORK WITH ME, AND SO AS WE

02:59PM  2    OFTEN DO IN COMPANIES, WE TRY TO FIND SOMEONE THAT CAN PROVIDE

02:59PM  3    THAT EXPERTISE.  AND SO THE HOPE WAS THAT RON, AS AN ASSAY

02:59PM  4    DEVELOPMENT EXPERT, COULD HELP US AND CONSULT WITH US ON THE

02:59PM  5    DEVELOPMENT OF THESE ASSAYS AT THERANOS.

02:59PM  6    Q.   AND DID YOU END UP GETTING AUTHORITY TO WORK WITH

02:59PM  7    DR. BOWSHER ON THIS?

02:59PM  8    A.   I DON'T REMEMBER.

02:59PM  9    Q.   OKAY.  LET ME FOCUS ON THE BOTTOM PORTION OF THIS EMAIL.

02:59PM  10        YOU WROTE, "WE WOULD LIKE THE CONSULTANTS TO HAVE ACCESS

02:59PM  11   TO DATA GENERATED FROM OUR PATIENT SAMPLES SO THAT WE CAN

02:59PM  12   COMPLETE THE VALIDATION PROCESS."

02:59PM  13        DO YOU SEE THAT?

02:59PM  14   A.   UH-HUH.

02:59PM  15   Q.   AND THEN "THIS IS ONE OF THE GOALS OF THE RENAL CLINICAL

02:59PM  16   TRIAL AND ALSO THE REASON WE WILL BE COORDINATING THE THERANOS

02:59PM  17   SAMPLING SCHEDULE TO COINCIDE WITH THE ACM SAMPLING SCHEDULE."

02:59PM  18        WHAT DID YOU MEAN BY THAT?

02:59PM  19   A.   SO THIS GOES BACK TO THE COMPARING SORT OF THE TEST ASSAY

02:59PM  20   TO WHAT WE WERE CONSIDERING THE STANDARD, AND SO WE WANTED TO

03:00PM  21   MAKE SURE THAT THE SAMPLES THAT WERE COLLECTED FROM OUR

03:00PM  22   PATIENTS WOULD BE THE SAME SAMPLES THAT WOULD BE ASSAYED ON THE

03:00PM  23   ONE HAND BY ACM AND ON THE OTHER USING THE THERANOS PLATFORM.

03:00PM  24   Q.   OKAY.  YOU CONTINUE IN THAT PARAGRAPH, "THE WORK THAT WE

03:00PM  25   PUT INTO VALIDATING YOUR TECHNOLOGY IN THIS EXPLORATORY STUDY

03:00PM  1    WILL DIRECTLY INFLUENCE WHETHER WE CONTINUE TO IMPLEMENT THE

03:00PM  2    THERANOS TECHNOLOGY IN FUTURE TRIALS.  THE TEAM WILL BE LOOKING

03:00PM  3    TO TRANSLATIONAL DEVELOPMENT TO ENDORSE THE TECHNOLOGY AND IT

03:00PM  4    IS MY HOPE THAT WE WILL BE ABLE TO DO SO WHOLEHEARTEDLY."

03:00PM  5         DO YOU SEE THAT LANGUAGE?

03:00PM  6    A.   YES.

03:00PM  7    Q.   AND TRANSLATIONAL DEVELOPMENT, THAT'S YOUR GROUP; CORRECT?

03:00PM  8    A.   YES.

03:00PM  9    Q.   AND DID YOU EVER VALIDATE THERANOS'S TECHNOLOGY?

03:00PM  10   A.   NO.

03:00PM  11   Q.   OKAY.  AND DID TRANSLATIONAL DEVELOPMENT EVER ENDORSE THE

03:00PM  12   TECHNOLOGY AS IT WAS YOUR HOPE TO DO?

03:00PM  13   A.   NO.

03:00PM  14   Q.   WHY NOT?

03:00PM  15   A.   ULTIMATELY WE TRIED TO DEVELOP A NUMBER OF ASSAYS WITH

03:01PM  16   THERANOS AND WE, AS HAD PLANNED, DID THE STANDARD, THE

03:01PM  17   COMPARISON TO THE STANDARD TESTS, AND THERE WAS SOME OVERLAP,

03:01PM  18   BUT WE FELT THAT THE RESULTS DIDN'T MATCH UP OR COORDINATE OR

03:01PM  19   ALIGN AS CLOSELY AS WE WOULD LIKE.  AND SO, AT LEAST FOR THIS

03:01PM  20   TRIAL, WE MADE THE DECISION NOT TO MOVE FORWARD.

03:01PM  21   Q.   WHEN YOU SAY, "THE RESULTS DID NOT MATCH UP OR CORRELATE

03:01PM  22   AS MUCH AS YOU WOULD LIKE," WHAT DO YOU MEAN BY THAT?

03:01PM  23   A.   SO IN SOME CASES THE ASSAYS DID NOT MEASURE A WIDE ENOUGH

03:01PM  24   RANGE OF THE ANALYTE IN THE BLOOD, AND IN SOME CASES THE

03:01PM  25   NUMBERS WERE JUST DIFFERENT FROM THE STANDARD ASSAY.  IN SOME

03:01PM  1    CASES THEY WERE CLOSE AND THEY WERE THE SAME, BUT IT WAS A MIX.

03:01PM  2        AND SO WHAT WE WERE LOOKING FOR IS REALLY FAIRLY CLOSE, IF

03:01PM  3    NOT COMPLETELY THE SAME AS THE STANDARD ASSAYS SO THAT WE CAN

03:01PM  4    MOVE FORWARD WITH THIS NEW TECHNOLOGY.

03:02PM  5    Q.   AND AT THE END OF THE DAY YOU DIDN'T SEE THAT WITH

03:02PM  6    THERANOS?

03:02PM  7    A.   NO.

03:02PM  8    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO WHAT WE HAVE MARKED

03:02PM  9    AT EXHIBIT 541.

03:02PM 10        I OFFER EXHIBIT 541 INTO EVIDENCE PURSUANT TO STIPULATION,

03:02PM 11    YOUR HONOR.

03:02PM 12            MR. CLINE:  NO OBJECTION.

03:02PM 13            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:02PM 14        (GOVERNMENT'S EXHIBIT 541 WAS RECEIVED IN EVIDENCE.)

03:03PM 15            MR. LEACH:  DR. SUNG, WHILE WE'RE WAITING FOR

03:03PM 16    EXHIBIT 541 TO COME UP, I WOULD ALSO DRAW YOUR ATTENTION TO

03:03PM 17    EXHIBIT 5416, WHICH I ALSO OFFER INTO EVIDENCE PURSUANT TO

03:03PM 18    STIPULATION.

03:03PM 19            MR. CLINE:  NO OBJECTION.

03:03PM 20            THE COURT:  IT'S ADMITTED, AND THAT MAY BE

03:03PM 21    PUBLISHED.

03:03PM 22        (GOVERNMENT'S EXHIBIT 5416 WAS RECEIVED IN EVIDENCE.)

03:04PM 23            MR. LEACH:  MS. HOLLIMAN, I CAN USE THE ELMO IF

03:04PM 24    WE'RE NOT ABLE TO PULL THIS UP.

03:04PM 25        (PAUSE IN PROCEEDINGS.)

03:04PM   1              MR. LEACH:  IT'S NOT COMING UP ON MY SCREEN.  THERE

03:04PM   2    WE GO.

03:04PM   3              THANK YOU, MS. KRATZMANN.

03:05PM   4              (PAUSE IN PROCEEDINGS.)

03:05PM   5    BY MR. LEACH:

03:05PM   6    Q.   DO YOU SEE THAT ON THE SCREEN, DR. SUNG?

03:05PM   7    A.   YES.

03:05PM   8    Q.   AND IS THIS AN EMAIL FROM YOU TO ELIZABETH HOLMES,

03:05PM   9    DANIEL EDLIN, DANIEL YOUNG, AND RONB@2BS-STATS.COM?

03:05PM   10   A.   YES.

03:05PM   11   Q.   AND IS THAT RON B., IS THAT RON BOWSHER?

03:05PM   12   A.   YES.

03:05PM   13   Q.   AND DANIEL EDLIN, WHO DID YOU UNDERSTAND HIM TO BE?

03:05PM   14   A.   I DON'T REMEMBER HIS EXACT TITLE, BUT HE WAS SOMETHING

03:05PM   15   LIKE A PROGRAM OR PROJECT MANAGER I BELIEVE THAT I WAS WORKING

03:05PM   16   WITH AT THERANOS.

03:05PM   17   Q.   OKAY.  AND IN THE CC LINE THERE'S NIANHANG CHEN.  WHO IS

03:05PM   18   DR. CHEN?

03:05PM   19   A.   SO DR. CHEN WAS A PHARMACOKINETICIST, AND SO SHE WORKED

03:06PM   20   WITH PETER BRYAN IN THAT SAME GROUP TO MODEL HOW THE DRUG WOULD

03:06PM   21   BEHAVE IN THE HUMAN, IN THE PATIENTS.

03:06PM   22   Q.   THAT'S ON THE PK SIDE, MEASURING THE CONCENTRATION OF THE

03:06PM   23   DRUG?

03:06PM   24   A.   EXACTLY.

03:06PM   25   Q.   IN THE TRIAL?

03:06PM  1          AND I -- THE SUBJECT OF THIS IS FOR OUR DISCUSSION THIS

03:06PM  2   MORNING.

03:06PM  3          DO YOU SEE THAT?

03:06PM  4   A.   YES.

03:06PM  5   Q.   AND DO YOU SEE TWO ATTACHMENTS, EVALUATION OF THERANOS PK

03:06PM  6   ASSAY METHOD AND SUMMARY OF PD RESULTS?

03:06PM  7   A.   YES.

03:06PM  8   Q.   AND BEFORE I GET TO THOSE ATTACHMENTS, WE ALSO MARKED

03:06PM  9   EXHIBIT 5416.

03:06PM  10         IS THAT AN EMAIL FROM MS. HOLMES ACKNOWLEDGING RECEIPT OF

03:06PM  11  THIS?

03:06PM  12  A.   YES.

03:06PM  13            MR. LEACH:  MS. KRATZMANN, I UNDERSTAND WE'RE BACK

03:06PM  14  RUNNING ON THE ELECTRONIC COPY.  IF WE CAN SWITCH BACK TO THAT.

03:07PM  15         (PAUSE IN PROCEEDINGS.)

03:07PM  16  BY MR. LEACH:

03:07PM  17  Q.   ARE YOU ABLE TO SEE THAT ON THE SCREEN NOW, DR. SUNG?

03:07PM  18  A.   YES.

03:07PM  19  Q.   AND DID YOU DRAFT THE POWERPOINT SUMMARY OF PD RESULTS IN

03:07PM  20  THIS EMAIL?

03:07PM  21  A.   I DID.

03:07PM  22  Q.   AND DID DR. CHEN AND HER TEAM DRAFT THE POWERPOINT

03:07PM  23  EVALUATION OF THERANOS PK ASSAY METHOD?

03:07PM  24  A.   YES.

03:07PM  25  Q.   AND IN OR AROUND THIS MARCH 2012 TIME PERIOD, DID YOU HAVE

03:07PM 1    A DISCUSSION WITH FOLKS AT THERANOS ABOUT THE SUBSTANCE OF THE

03:07PM 2    POWERPOINTS?

03:07PM 3    A.   YES.

03:07PM 4    Q.   AND DO THE POWERPOINTS REFLECT CELGENE'S CONCLUSIONS ABOUT

03:07PM 5    THE PERFORMANCE OF THERANOS'S PK ASSAYS AND THE PD ASSAYS?

03:08PM 6    A.   YES.

03:08PM 7    Q.   OKAY.  AND LET ME DRAW YOUR ATTENTION TO PAGE 4.

03:08PM 8        DO YOU SEE WHERE IT SAYS EVALUATION OF THERANOS PK ASSAY

03:08PM 9    METHOD FROM THE CLINICAL PK PERSPECTIVE?

03:08PM 10   A.   YES.

03:08PM 11   Q.   AND IS THIS THE POWERPOINT THAT DR. CHEN PREPARED?

03:08PM 12   A.   YES.

03:08PM 13   Q.   AND YOU WERE THERE WHEN THE MESSAGES IN THIS POWERPOINT

03:08PM 14   WERE DELIVERED TO THERANOS?

03:08PM 15   A.   YES.

03:08PM 16   Q.   OKAY.  AND A PK ASSAY, AGAIN, WHAT DOES THE PK ASSAY

03:08PM 17   METHOD REFER TO?

03:08PM 18   A.   IT'S THE PHARMACOKINETIC ASSAY OR BIO ANALYTICAL ASSAY

03:08PM 19   THAT MEASURES THE AMOUNT OF DRUG CIRCULATING.

03:08PM 20   Q.   LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE, PAGE 5.

03:08PM 21       DO YOU SEE AT THE TOP WHERE IT SAYS, RUN A PK SAMPLE WITH

03:09PM 22   THERANOS SYSTEM?

03:09PM 23   A.   YES.

03:09PM 24   Q.   AND WHAT IS DEPICTED HERE?

03:09PM 25   A.   SO I THINK THIS WAS MEANT TO DEPICT THE STEPS THAT ONE

03:09PM 1    WOULD TAKE TO USE THE THERANOS PLATFORM FROM COLLECTING,

03:09PM 2    PREPARING THE INSTRUMENT TO COLLECTING THE BLOOD AND HOW YOU

03:09PM 3    WOULD TEST THE BLOOD IN THE INSTRUMENT.

03:09PM 4    Q.   AND SO THIS IS A DESCRIPTION OF HOW THE THERANOS DEVICE

03:09PM 5    WAS USED IN THE CELGENE TRIAL?

03:09PM 6    A.   MORE OR LESS, YES.

03:09PM 7    Q.   OKAY.  PLEASE LOOK AT PAGE 3.  I'M SORRY, PAGE 6 OF THE

03:09PM 8    EXHIBIT, PAGE 3 OF THE POWERPOINT.  NEXT PAGE BASICALLY.

03:09PM 9         THIS SLIDE SAYS RUN A PK SAMPLE WITH QPS SYSTEM.

03:09PM 10        DO YOU SEE THAT?

03:09PM 11   A.   YES.

03:09PM 12   Q.   AND WHAT IS THE QPS SYSTEM?

03:09PM 13   A.   SO THE QPS IS ANOTHER COMPANY THAT WAS RUNNING OUR SORT OF

03:09PM 14   STANDARD PK ASSAYS FOR THE TRIAL.

03:10PM 15   Q.   AND WHAT DOES THIS FLOW CHART CONVEY?

03:10PM 16   A.   THE SAME STEPS AS THE PRIOR, SO THE STEPS ONE WOULD TAKE

03:10PM 17   TO MEASURE THE END POINTS IN BLOOD USING THIS SYSTEM, THE QPS

03:10PM 18   ASSAY.

03:10PM 19   Q.   OKAY.  IF WE LOOK AT THE BOX ON THE LEFT, IT SAYS, DRAW

03:10PM 20   2 ML BLOOD; ALLOW TO CLOT AT RT.

03:10PM 21        IS THAT ROOM TEMPERATURE?

03:10PM 22   A.   YES.

03:10PM 23   Q.   FOR ONE TO TWO HOURS?

03:10PM 24   A.   UH-HUH.

03:10PM 25   Q.   AND THEN WE CONTINUE WITH THE PROCESS.  WITHIN TWO HOURS

| | | |
|---|---|---|
| 03:10PM | 1 | OF COLLECTION, CENTRIFUGE BLOOD? |
| 03:10PM | 2 | A.   YES. |
| 03:10PM | 3 | Q.   AND IS THAT A PROCESS THAT YOU HAD TO EMPLOY WITH THE QPS |
| 03:10PM | 4 | SYSTEM? |
| 03:10PM | 5 | A.   YES. |
| 03:10PM | 6 | Q.   AND LET'S LOOK AT THE NEXT PAGE, PAGE 7 OF THE EXHIBIT. |
| 03:10PM | 7 | THIS SAYS COMPARISON OF PK ASSAYS:  THERANOS VERSUS QPS. |
| 03:10PM | 8 | DO YOU SEE THAT LANGUAGE? |
| 03:11PM | 9 | A.   UH-HUH. |
| 03:11PM | 10 | Q.   AND WHAT IS CONVEYED HERE? |
| 03:11PM | 11 | A.   SO I THINK NIANHANG CHEN MEANT TO SHOW THE GROUP A |
| 03:11PM | 12 | COMPARISON OF THE RESULTS, OR, I'M SORRY, THE SORT OF NECESSARY |
| 03:11PM | 13 | PROCEDURE FOR THE THERANOS ASSAY VERSUS THE QPS ASSAY.  SO ALL |
| 03:11PM | 14 | OF THESE THINGS IN THE FIRST COLUMN ARE THE DIFFERENT PARTS OF |
| 03:11PM | 15 | RUNNING THE ASSAY, AND SO THEY'RE ALL INVOLVED IN GETTING A |
| 03:11PM | 16 | RESULT FROM THE ASSAY, AND THERE ARE ADVANTAGES AND |
| 03:11PM | 17 | DISADVANTAGES OF BOTH, BUT YOU CAN SEE THEM COMPARED SORT OF |
| 03:11PM | 18 | HEAD TO HEAD HERE IN THIS TABLE. |
| 03:11PM | 19 | Q.   THE FIRST ROW SAYS MATRIX, AND THEN THERE'S A COLUMN FOR |
| 03:11PM | 20 | THERANOS AND QPS, AND ONE SAYS WHOLE BLOOD AND SERUM. |
| 03:11PM | 21 | WHAT DOES THAT MEAN? |
| 03:11PM | 22 | A.   SO THE MATRIX IS THE SAMPLE THAT IS COLLECTED, SO WHETHER |
| 03:11PM | 23 | IT'S BLOOD OR URINE, FOR EXAMPLE, AND IN THIS CASE IT'S BLOOD. |
| 03:12PM | 24 | SO FOR THE THERANOS SYSTEM, IT WAS VERY NICE BECAUSE THEY |
| 03:12PM | 25 | COULD ASSAY WHOLE BLOOD WITHOUT PREPPING THE SAMPLE. |

03:12PM  1      BUT FOR THE QPS SYSTEM, YOU HAD TO SPIN OUT THE SERUM FROM

03:12PM  2  THE WHOLE BLOOD BEFORE YOU COULD RUN THE TEST.

03:12PM  3  Q.   AND THE NEXT ROW SAYS COLLECTED BLOOD VOLUME.

03:12PM  4      WHAT IS CONVEYED THERE?

03:12PM  5  A.   SO THAT'S THE AMOUNT OF BLOOD THAT IS NECESSARY FOR THE

03:12PM  6  ASSAY, AND YOU CAN SEE THERE THAT THERANOS REQUIRED A VERY,

03:12PM  7  VERY SMALL AMOUNT COMPARED TO THE QPS WHICH REQUIRED 2 ML.

03:12PM  8  Q.   THE NEXT LINE SAYS, "CALIBRATIONS RANGE," AND IN THE

03:12PM  9  THERANOS BOX IT SAYS, "40 TO 4000 NG/MILLILITER

03:12PM 10  (INSUFFICIENT!)."

03:12PM 11      WHAT DOES THAT MEAN?

03:12PM 12  A.   THAT WASN'T MY SLIDE, SO I CAN'T REALLY SPEAK TO THAT.

03:12PM 13  Q.   WHAT IS THE CALIBRATION RANGE GENERALLY?

03:13PM 14  A.   SO THAT'S GENERALLY THE RANGE OF THE ASSAY, SO THE AMOUNT

03:13PM 15  OF ANALYTE OR WHAT YOU'RE TRYING TO DETECT IN THE ASSAY.

03:13PM 16  Q.   AND THEN THERE'S A LINE, DILUTION OF SAMPLES AND ABILITY

03:13PM 17  TO REASSAY.  CAN YOU HELP US UNDERSTAND WHAT IS IN THOSE TWO

03:13PM 18  ROWS?

03:13PM 19  A.   SO THE DILUTION OF SAMPLES, SOMETIMES THE ASSAY IS

03:13PM 20  DEVELOPED SUCH THAT THE SAMPLES REQUIRE DILUTION IN ORDER TO

03:13PM 21  RUN THEM, SOMETIMES NOT, AND THE ABILITY TO REASSAY IS JUST IF

03:13PM 22  YOU HAVE SAMPLE LEFT OVER, FOR EXAMPLE, IF SOMETHING GOES WRONG

03:13PM 23  IN THAT FIRST RUN, YOU CAN TAKE THE LEFT OVER SAMPLE AND JUST

03:13PM 24  RUN THE ASSAY AGAIN.

03:13PM 25  Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE,

03:13PM  1    PAGE 8.

03:13PM  2         UP AT THE TOP IT SAYS COMPARISON OF PK DATA:  THERANOS

03:13PM  3    VERSUS QPS.

03:13PM  4         DO YOU SEE THAT LANGUAGE?

03:13PM  5    A.   YES.

03:13PM  6    Q.   AND IN PARENTHESIS IT SAYS (REN-001 PART 1).  WHAT DOES

03:14PM  7    THAT MEAN?

03:14PM  8    A.   SO REN-001 WAS THE NAME OF THE RENAL OR KIDNEY TRIAL THAT

03:14PM  9    WE WERE RUNNING, AND IT WAS RUN IN TWO PARTS AND THIS WAS

03:14PM 10    PART 1.

03:14PM 11    Q.   AND IN THE FIRST ROW THERE'S A COMPARISON OF THERANOS AND

03:14PM 12    QPS WITH THE HEADING SAMPLES WITHOUT RESULTS.

03:14PM 13         DO YOU SEE THAT?

03:14PM 14    A.   YES.

03:14PM 15    Q.   AND WHAT DOES THAT MEAN?

03:14PM 16    A.   I THINK IT MEANS THAT THERE A WERE CERTAIN SUBSET OF

03:14PM 17    SAMPLES THAT DIDN'T GIVE USEABLE RESULTS FROM BOTH THERANOS AND

03:14PM 18    QPS.

03:14PM 19    Q.   AND DOES THIS INDICATE THAT 14.1 PERCENT OF THE THERANOS

03:14PM 20    SAMPLES CAME BACK WITHOUT RESULTS?

03:14PM 21    A.   YES, OR RESULTS THAT WERE UNDETECTABLE OR NOT.

03:14PM 22    Q.   AND THAT'S COMPARED TO LESS THAN 2 PERCENT FOR QPS?

03:14PM 23    A.   CORRECT.

03:14PM 24    Q.   AND HOW ABOUT WITH SERUM CONCENTRATION?  WHAT IS CONVEYED

03:15PM 25    IN THAT ROW?

03:15PM 1     A.   SERUM -- YEAH, I CAN'T SPEAK TO THAT DIRECTLY.  I THINK IT

03:15PM 2     WAS SOMETHING THAT DR. CHEN AGAIN WAS LOOKING AT IN TERMS OF

03:15PM 3     THE STARTING POINT OF THE MATRIX USING SERUM TO MEASURE THE END

03:15PM 4     POINTS.

03:15PM 5          SO THERE NEEDED TO BE SOME SORT OF CONVERSION WHILE USING

03:15PM 6     THE THERANOS SYSTEM, WHEREAS FOR THE QPS IT LOOKS LIKE THERE

03:15PM 7     WAS NO MANIPULATION OF DATA NEEDED, IT WAS JUST A DIRECT

03:15PM 8     MEASUREMENT OF THE SERUM CONCENTRATION OF THE DRUG.

03:15PM 9     Q.   AND THE NEXT ROW WAS CONCENTRATION VARIABILITY.  WHAT IS

03:15PM 10    CONCENTRATION VARIABILITY?

03:15PM 11    A.   SO THAT'S THE DRUG CONCENTRATION I THINK IN THE SLIDE IS

03:15PM 12    WHAT SHE'S REFERRING TO, AND IT'S SORT OF THE VARIATION, THE

03:15PM 13    VARIABILITY OF THE DRUG DETECTED IN THE BLOOD IN THE SAMPLES

03:15PM 14    WHILE MEASURING THE THERANOS PLATFORM VERSUS QPS.

03:15PM 15    Q.   AND IS HIGH VARIABILITY GOOD OR BAD OR INDIFFERENT?

03:15PM 16    A.   BAD.

03:15PM 17    Q.   AND SO YOU WANT TO HAVE LOWER --

03:16PM 18    A.   SO, YEAH, YOU WANT A LOWER.

03:16PM 19    Q.   AND LET'S LOOK AT PAGE 9, PLEASE.

03:16PM 20         DO YOU SEE WHERE IT SAYS INDIVIDUAL CONCENTRATION

03:16PM 21    PROFILES, THERANOS WHOLE BLOOD VERSUS QPS SERUM?

03:16PM 22    A.   YES.

03:16PM 23    Q.   AND AT A HIGH LEVEL, WHAT IS DEPICTED ON THIS SLIDE?

03:16PM 24    A.   SO THESE GRAPHS ARE INDIVIDUAL PATIENT GRAPHS, AND EACH OF

03:16PM 25    THEM DEPICTS THE RELATIONSHIP BETWEEN THE DAY AFTER THE PATIENT

03:16PM   1   RECEIVES THE DRUG AND THE AMOUNT OF DRUG THAT IS CIRCULATING IN

03:16PM   2   THE BLOOD.

03:16PM   3   Q.   AND THE BLUE LINE IS FOR QPS AND THE RED LINE IS FOR

03:16PM   4   THERANOS IN THESE VARIOUS GRAPHS?

03:16PM   5   A.   YES.

03:16PM   6   Q.   AND DOWN AT THE BOTTOM THERE ARE TWO BULLETS.  THE SECOND

03:16PM   7   ONE SAYS, "THERANOS WHOLE BLOOD DATA SHOWED MORE FLUCTUATIONS."

03:17PM   8        IN THIS CONTEXT, ARE FLUCTUATIONS DESIRABLE OR

03:17PM   9   UNDESIRABLE?

03:17PM  10   A.   THEY'RE UNDESIRABLE.

03:17PM  11   Q.   PLEASE LOOK AT THE NEXT PAGE.

03:17PM  12        DO YOU SEE AT THE TOP WHERE IT SAYS CONVERSION OF THERANOS

03:17PM  13   WHOLE BLOOD CONCENTRATIONS TO SERUM CONCENTRATIONS?

03:17PM  14   A.   UH-HUH.

03:17PM  15   Q.   AND AT A HIGH LEVEL, WHAT IS CONVEYED HERE?

03:17PM  16   A.   SO THIS BASICALLY REFERS TO THE PRIOR SLIDE, THE

03:17PM  17   CONVERSION FACTOR I THINK THAT WAS NECESSARY TO COMPARE THE

03:17PM  18   TWO.  AND SO THE RED SOLID LINE IN THE MIDDLE IS SORT OF WHERE

03:17PM  19   YOU FOCUSSED YOUR ATTENTION, AND ALL OF THE BLUE DOTS ARE

03:17PM  20   DEVIATIONS FROM THAT QPS SORT OF STANDARD.

03:17PM  21        SO THE FURTHER AWAY FROM THAT SOLID RED LINE AND THE ZERO

03:18PM  22   THERE WOULD HAVE BEEN MORE DEVIATION OR VARIATION THERE IS.

03:18PM  23   Q.   SO YOU WANT TO HAVE BLUE DOTS WITHIN THE RED LINES HERE.

03:18PM  24   IS THAT WHAT I'M HEARING?

03:18PM  25   A.   IDEALLY WITHIN THE TWO DOTTED, YES, THE 25 PERCENT RANGE.

03:18PM  1    Q.   AND THE BULLET DOWN AT THE BOTTOM SAYS "67 PERCENT SAMPLES

03:18PM  2    HAD GREATER THAN 25 PERCENT DIFFERENCE IN SERUM CONCENTRATION

03:18PM  3    BETWEEN THERANOS AND QPS METHOD."

03:18PM  4         DO YOU SEE THAT?

03:18PM  5    A.   YES.

03:18PM  6    Q.   AND WAS THAT GOOD NEWS OR BAD NEWS OR SOMETHING ELSE FOR

03:18PM  7    THERANOS?

03:18PM  8    A.   WELL, IT'S NOT GOOD NEWS.  IT BASICALLY JUST SHOWS THAT

03:18PM  9    THE ASSAY DID NOT PERFORM AS WELL AS WE HAD HOPED.

03:18PM  10   Q.   LET'S LOOK AT THE NEXT PAGE, PLEASE, PAGE 11.

03:18PM  11        I'M SORRY, PAGE 12, MS. HOLLIMAN.  PERFECT.

03:19PM  12        THIS SLIDE -- AT THE TOP IT SAYS MEAN (PLUS, MINUS SD)

03:19PM  13   CONCENTRATION PROFILES THERANOS VERSUS QPS.

03:19PM  14        DO YOU SEE THAT, DR. SUNG?

03:19PM  15   A.   YES.

03:19PM  16   Q.   AND WHAT IS PLUS MINUS SD IN THIS CONTEXT?

03:19PM  17   A.   STANDARD DEVIATION, SO THE VARIATION OR DEVIATION FROM AN

03:19PM  18   AVERAGE, FOR EXAMPLE, A MEAN CONCENTRATION.

03:19PM  19   Q.   OKAY.  AND IN THE GRAPH, WHAT IS BEING DEPICTED HERE IN

03:19PM  20   THE GRAPH WITH THE RED LINES AND THE GREEN LINES AND THE BLUE

03:19PM  21   LINES?

03:19PM  22   A.   SO THIS IS AN AVERAGE OF THE SAME SORT OF DATA WE'VE

03:19PM  23   LOOKED AT.  SO THE DAYS FOLLOWING DOSING COMPARED TO THE AMOUNT

03:19PM  24   OF DRUG THAT IS CIRCULATING IN THE PATIENT, AND THIS IS

03:19PM  25   MEASURED BY EITHER THE QPS SYSTEM USING SERUM OR THERANOS USING

03:20PM 1    EITHER BLOOD OR SERUM AS THE STARTING POINT.

03:20PM 2    Q.   AND THEN IN THE BULLET DOWN AT THE BOTTOM IT SAYS, "MEAN

03:20PM 3    CONCENTRATION PROFILES WERE NOT CONSISTENT BETWEEN THERANOS AND

03:20PM 4    QPS.

03:20PM 5        "CONCENTRATION VARIABILITY WAS HIGHER WITH THERANOS THAN

03:20PM 6    THE QPS METHOD."

03:20PM 7        IS CONCENTRATION VARIABILITY DESIRE OR UNDESIRABLE IN THIS

03:20PM 8    CONTEXT?

03:20PM 9    A.   UNDESIRABLE.

03:20PM 10   Q.   AND THE MEAN CONCENTRATION PROFILES NOT BEING CONSISTENT

03:20PM 11   BETWEEN THERANOS AND QPS, WHAT DID THAT MEAN?

03:20PM 12   A.   SO WE WERE COMPARING, AGAIN, SORT OF A TEST ASSAY TO THE

03:20PM 13   STANDARD AND HOPING TO FIND ALIGNMENT, AND SO EVEN THOUGH THE

03:20PM 14   PATTERN IS SIMILAR, THEY DID NOT OVERLAP WITH EACH OTHER, WHICH

03:20PM 15   MEANS THAT THE THERANOS PLATFORM WAS NOT YIELDING THE SAME

03:20PM 16   RESULTS AS THE STANDARD ASSAY.

03:20PM 17   Q.   AND WAS THAT WHAT CELGENE WAS HOPING TO SEE?

03:20PM 18   A.   NO.

03:21PM 19   Q.   LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE, PAGE 13.

03:21PM 20       DO YOU SEE WHERE IT SAYS INDIVIDUAL SERUM PK PARAMETERS

03:21PM 21   THERANOS VERSUS QPS?

03:21PM 22   A.   YES.

03:21PM 23   Q.   AND WHAT IS DEPICTED HERE?

03:21PM 24   A.   SO, AGAIN, I THINK THESE ARE -- EACH LITTLE NUMBER ON THE

03:21PM 25   X AXIS IS A SEPARATE PATIENT, AND SO THESE GRAPHS ARE SHOWING

03:21PM   1    DIFFERENT PK PARAMETERS.  SO THE FIRST, FOR EXAMPLE, IS THE

03:21PM   2    MAXIMUM CONCENTRATION OF DRUG REACHED AT THIS TIME IN THE

03:21PM   3    PATIENTS.

03:21PM   4        SO THESE ARE ALL MEASURES THAT ALLOW YOU TO CHARACTERIZE

03:21PM   5    THE DRUG DISPOSITION IN THE PATIENT.

03:21PM   6    Q.   IN THE BULLET IT SAYS, "GREATER THAN 40 PERCENT DIFFERENCE

03:21PM   7    IN THE VALUE BETWEEN TWO METHODS OCCURRED IN AT LEAST 2

03:21PM   8    SUBJECTS (33 PERCENT OF SUBJECTS ARE HIGHER) FOR EACH

03:21PM   9    PARAMETER."

03:21PM  10        WAS THAT GOOD NEWS OR BAD NEWS OR INDIFFERENT FOR

03:22PM  11    THERANOS?

03:22PM  12    A.   IT'S NOT -- AGAIN, IT'S NOT GOOD NEWS BECAUSE WE'RE HOPING

03:22PM  13    FOR MUCH SMALLER PERCENTAGE VARIATION.

03:22PM  14    Q.   LET ME DRAW YOUR ATTENTION TO THE LAST SLIDE, PLEASE, OF

03:22PM  15    THIS POWERPOINT, PAGE 14.

03:22PM  16        DO YOU SEE WHERE IT SAYS VARIABILITY IN SERUM PK

03:22PM  17    PARAMETERS THERANOS VERSUS QPS?

03:22PM  18    A.   YES.

03:22PM  19    Q.   AND WHAT IS DEPICTED HERE?

03:22PM  20    A.   SO THIS IS LOOKING AT THESE PARAMETERS THAT I JUST SAW IN

03:22PM  21    THE PRIOR SLIDES.  SO THE PK PARAMETERS, THEY'RE LISTED ON THE

03:22PM  22    BOTTOM, AND YOU'RE LOOKING AT THE COEFFICIENT OF VARIATION.  SO

03:22PM  23    IT'S KIND OF THE FREQUENCY OR THE SPREAD OF VARIABILITY AND,

03:22PM  24    AGAIN, COMPARING THE PLATFORM AT THERANOS USING BLOOD AND SERUM

03:22PM  25    AS THE STARTING POINT, AND THEN ALSO USING SERUM IN THE QPS

03:22PM 1    SYSTEM.

03:22PM 2    Q.   AND THERE'S A BULLET "HIGHER PK PARAMETER VARIABILITY WITH

03:23PM 3    THERANOS THAN THE QPS METHOD."

03:23PM 4        HERE VARIABILITY IS NOT DESIRABLE?

03:23PM 5    A.   NOT DESIRABLE.

03:23PM 6    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO THE POWERPOINT THAT

03:23PM 7    YOU PREPARED -- WELL, BEFORE I GET TO THE NEXT POWERPOINT.

03:23PM 8        THE OVERALL MESSAGE THAT DR. CHEN CONVEYED IN THIS

03:23PM 9    MEETING, WAS IT NEGATIVE?  WAS IT POSITIVE?  WHAT WAS -- WHAT

03:23PM 10   DID SHE COMMUNICATE?

03:23PM 11   A.   FROM THE BEST I CAN RECOLLECT, SHE COMMUNICATED THAT THE

03:23PM 12   THERANOS PLATFORM WAS NOT UP TO STANDARD FOR MEASURING THE PK

03:23PM 13   OR THE DRUG AMOUNTS IN THE BLOOD OF THESE PATIENTS.

03:23PM 14   Q.   LET'S LOOK AT YOUR POWERPOINT, THE ONE YOU PREPARED, AND

03:23PM 15   IF WE CAN GO TO THE NEXT PAGE, PAGE 15, DR. SUNG.

03:23PM 16       DO YOU SEE THE TITLE ACE-011 REN-001, PART 1?

03:23PM 17   A.   YES.

03:23PM 18   Q.   AND PD END POINTS:  FSH, LH, AND ESTRADIOL?

03:24PM 19   A.   YES.

03:24PM 20   Q.   AND WHAT DID YOU MEAN BY THAT?

03:24PM 21   A.   SO WE CHOSE THREE OF THOSE END POINTS TO LOOK AT HERE IN

03:24PM 22   THIS SLIDE DECK AND THOSE ARE LISTED HERE, FSH, LH, AND

03:24PM 23   ESTRADIOL.

03:24PM 24       SO THE PURPOSE OF THIS DECK WAS TO COMPARE, SIMILAR WITH

03:24PM 25   WHAT WE JUST TALKED ABOUT, THE THERANOS PLATFORM VERSUS THE

```
03:24PM   1    STANDARD ASSAY PLATFORM.

03:24PM   2    Q.   OKAY.  IS END POINT ANOTHER WORD FOR ASSAY?

03:24PM   3    A.   ASSAYS MEASURE END POINTS.

03:24PM   4    Q.   OKAY.  THANK YOU.

03:24PM   5    A.   UH-HUH.

03:24PM   6    Q.   AND LET'S LOOK AT PAGE 16 OF THE EXHIBIT, THE NEXT PAGE.

03:24PM   7    YOU HAVE A SLIDE ENTITLED REFERENCE VALUES.

03:24PM   8        PLEASE EXPLAIN WHAT YOU'RE COMMUNICATING HERE TO THE FOLKS

03:24PM   9    AT THERANOS.

03:24PM  10    A.   SO THIS WAS JUST THE NORMAL, HEALTHY INDIVIDUAL RANGE OF

03:24PM  11    THESE END POINTS THAT YOU WOULD FIND IN MEN AND IN WOMEN,

03:25PM  12    ESTRADIOL, FSH, AND LH.  SO IT'S TO GIVE YOU KIND OF AN IDEA OF

03:25PM  13    WHAT A NORMAL, HEALTHY PERSON MIGHT COME IN AS.

03:25PM  14    Q.   AND THEN BENEATH THAT YOU WROTE, ACM ASSAY RANGE.

03:25PM  15        WE NEED TO SPEAK ONE AT A TIME, SO I'LL FINISH MY

03:25PM  16    QUESTION.

03:25PM  17        ACM WAS THE GOLD STANDARD THAT CELGENE HAD HIRED?

03:25PM  18    A.   YES.

03:25PM  19    Q.   AND WHAT IS CONVEYED ON THIS BOTTOM PART, ACM ASSAY RANGE,

03:25PM  20    THERANOS ASSAY RANGE?

03:25PM  21    A.   SO THE ASSAY RANGE DESCRIBES THE CONCENTRATION, THE LOW

03:25PM  22    AND THE HIGH END OF CONCENTRATION OF THESE VARIOUS END POINTS

03:25PM  23    THAT CAN BE MEASURED USING THE RESPECTIVE ASSAYS.

03:25PM  24    Q.   OKAY.  LET'S LOOK AT THE NEXT PAGE, PAGE 17.

03:25PM  25        DO YOU SEE AT THE TOP WHERE IT SAYS PATIENT 21003?
```

03:26PM 1   A.   YES.

03:26PM 2   Q.   AND WHAT DOES THAT REFER TO?

03:26PM 3   A.   THAT WAS ONE OF THE PATIENTS IN OUR RENAL-001 TRIAL.

03:26PM 4   Q.   AND THIS PATIENT WAS A 60-YEAR OLD FEMALE?

03:26PM 5   A.   YES.

03:26PM 6   Q.   AND DO YOU -- IN THE LEFT COLUMN THERE'S ESTRADIOL, FSH,

03:26PM 7   LH WITH SOME ROWS FOR D 1, D 15, D 29.

03:26PM 8        WHAT DOES THAT REPRESENT?

03:26PM 9   A.   THOSE REPRESENT THE DAY THAT THE MEASUREMENT WAS TAKEN.

03:26PM 10  Q.   AND SO D 29 WOULD BE 29 DAYS OUT FROM THE --

03:26PM 11  A.   FROM THE START OF THE TRIAL, YEAH.

03:26PM 12  Q.   AND ARE THE ACM RESULTS FOR THESE THREE ASSAYS CONVEYED IN

03:26PM 13  THE MIDDLE ROW?

03:26PM 14  A.   YES.

03:26PM 15  Q.   AND SO FOR ESTRADIOL FOR PATIENT 21003 ON DAY 1, THE ACM

03:26PM 16  MEASUREMENT WAS 10?

03:26PM 17  A.   YES.

03:26PM 18  Q.   AND WHAT WAS THE THERANOS MEASUREMENT FOR THAT DATE?

03:26PM 19  A.   IT WAS OUT OF RANGE, SO THERE WAS NO VALUE THAT WAS GIVEN.

03:27PM 20  Q.   AND WHAT DOES THAT MEAN?

03:27PM 21  A.   THAT THE ASSAY WASN'T ABLE TO MEASURE THE CONCENTRATION IN

03:27PM 22  THAT SAMPLE.

03:27PM 23  Q.   AND FOR DAY 15, THIS PATIENT MEASURED 10 FOR ACM.  AM I

03:27PM 24  READING THAT CORRECTLY?

03:27PM 25  A.   YES.

03:27PM  1    Q.   AND THE THERANOS RESULT, AGAIN, WAS OUT OF RANGE?

03:27PM  2    A.   YES.

03:27PM  3    Q.   AND ON DAY 113, THE ACM RESULT AGAIN WAS 10, AND WHAT WAS

03:27PM  4    THE THERANOS RESULT?

03:27PM  5    A.   46.7.

03:27PM  6    Q.   AND WHAT WERE YOU INTENDING TO CONVEY TO THERANOS BY

03:27PM  7    CORRELATING THE ACM AND THE THERANOS RESULTS ON THIS SLIDE?

03:27PM  8    A.   SO THE IDEA WAS BASICALLY JUST TO SHOW THE SIMILARITIES

03:27PM  9    AND DIFFERENCES BETWEEN THE TWO ASSAYS IN TERMS OF THE RESULTS.

03:27PM  10   Q.   AND WHAT -- WERE YOU SEEING MORE SIMILARITIES OR MORE

03:27PM  11   DIFFERENCES?

03:27PM  12   A.   SO IN THIS CASE THERE WERE MORE DIFFERENCES THAN

03:27PM  13   SIMILARITIES.

03:27PM  14   Q.   OKAY.  FURTHER DOWN FOR THE ASSAY FSH, THERE'S A COUPLE OF

03:28PM  15   N/A'S IN THE THERANOS COLUMN FOR D 29 AND D 113.

03:28PM  16        DO YOU SEE THAT?

03:28PM  17   A.   YES.

03:28PM  18   Q.   AND WHAT DOES THE N/A REPRESENT?

03:28PM  19   A.   SO I DON'T REMEMBER EXACTLY, BUT USUALLY IF I USE THAT, IT

03:28PM  20   PROBABLY MEANT THAT THERE WAS NOT A SAMPLE AVAILABLE, THAT

03:28PM  21   SOMETHING HAPPENED WITH THE SAMPLE, EITHER IT WASN'T COLLECTED

03:28PM  22   PROPERLY OR IT WASN'T VIABLE, SOMETHING LIKE THAT.

03:28PM  23   Q.   OKAY.  LET'S GO TO THE NEXT PAGE, PLEASE.  PAGE 18 OF THE

03:28PM  24   EXHIBIT.

03:28PM  25        DO YOU SEE WHERE IT SAYS PATIENT 21005 AT THE TOP?

03:28PM 1    A.   YES.

03:28PM 2    Q.   AND DID YOU INCLUDE THE RESULTS FOR ALL OF THE PATIENTS IN

03:28PM 3    THIS POWERPOINT?

03:28PM 4    A.   I DON'T RECALL.  PROBABLY WHATEVER WE HAD AVAILABLE AT THE

03:28PM 5    TIME.

03:28PM 6    Q.   OKAY.

03:28PM 7    A.   YEAH.

03:28PM 8    Q.   AND HOW DID YOU SELECT WHO WENT INTO THE POWERPOINT?  I

03:28PM 9    GUESS WHY WERE YOU SELECTING THE PARTICULAR PATIENTS?

03:29PM 10   A.   I THINK IT WAS UP TO THAT TIME POINT, WHATEVER IT WAS,

03:29PM 11   THAT WE DECIDED WE WOULD ASSESS AND COMPARE THE ASSAYS, IT WAS

03:29PM 12   WHO WAS ENROLLED IN THE TRIAL AT THE TIME AND WE HAD SAMPLES

03:29PM 13   COLLECTED FROM THEM AND RESULTS.

03:29PM 14        IT WAS KIND OF A ROLLING ENROLLMENT, AND AS TIME GOES,

03:29PM 15   MORE PATIENTS ARE ENROLLED, SOME DROP OUT.  SO AT THIS

03:29PM 16   PARTICULAR TIME, THESE WERE THE PATIENTS FOR WHOM WE HAD

03:29PM 17   SAMPLES AVAILABLE.

03:29PM 18   Q.   OKAY.  AND ON THIS SLIDE I WANT TO DRAW YOUR ATTENTION

03:29PM 19   AGAIN TO THE -- DRAW YOUR ATTENTION THIS TIME TO THE LH ASSAY.

03:29PM 20        FOR D 1, DAY 1, WHAT WAS THE RESULT FOR ACM?

03:29PM 21   A.   2.9.

03:29PM 22   Q.   AND WHAT WAS THE RESULT FOR THERANOS?

03:29PM 23   A.   OUT OF RANGE.

03:29PM 24   Q.   AND WAS THE THERANOS RESULT ALSO OUT OF RANGE FOR D 15 AND

03:29PM 25   D 29?

03:29PM  1    A.   YES.

03:29PM  2    Q.   OKAY.  AND WHAT WERE YOU TRYING TO CONVEY TO THERANOS WITH

03:29PM  3    THIS SLIDE FOR PATIENT 21005?

03:30PM  4    A.   THE SAME THING.  JUST THAT THERE WASN'T GOOD ALIGNMENT

03:30PM  5    BETWEEN THE LH IN THIS CASE RESULTS FROM THEIR PLATFORM

03:30PM  6    COMPARED TO THE ACM ASSAY.

03:30PM  7    Q.   OKAY.  LET'S LOOK AT THE NEXT SLIDE, PLEASE, PAGE 19.

03:30PM  8         IS THIS A SLIDE FOR PATIENT 31008?

03:30PM  9    A.   YES.

03:30PM 10    Q.   AND IS THIS ALSO INTENDED TO DEMONSTRATE THE LACK OF

03:30PM 11    ALIGNMENT BETWEEN THE ACM AND THE THERANOS ASSAYS?

03:30PM 12    A.   YES.

03:30PM 13    Q.   OKAY.  AND DOES THE REMAINDER -- DO PAGES 20 THROUGH 23

03:30PM 14    CONCLUDE -- INCLUDE ADDITIONAL DATA WITH RESPECT TO ADDITIONAL

03:30PM 15    PATIENTS DESIGNED TO SHOW THE LACK OF ALIGNMENT BETWEEN THE

03:30PM 16    ASSAYS?

03:30PM 17    A.   YES.

03:30PM 18    Q.   LET ME -- WE CAN PUT THAT DOCUMENT ASIDE, DR. SUNG.

03:31PM 19         I WANT TO DRAW YOUR ATTENTION, PLEASE, TO WHAT WE HAVE

03:31PM 20    MARKED AS EXHIBIT 3893.

03:31PM 21         I MOVE THE ADMISSION OF 3893.

03:31PM 22            MR. CLINE:  NO OBJECTION.

03:31PM 23            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:31PM 24         (GOVERNMENT'S EXHIBIT 3893 WAS RECEIVED IN EVIDENCE.)

03:31PM 25    BY MR. LEACH:

03:31PM  1    Q.   DR. SUNG, I'D LIKE TO DRAW YOUR ATTENTION TO THE MIDDLE

03:31PM  2    PORTION OF THE PAGE, THE EMAIL AT 12:16 P.M.  THERE WE GO.

03:31PM  3         DO YOU SEE THE EMAIL FROM YOU TO DANIEL EDLIN?

03:31PM  4    A.   YES.

03:31PM  5    Q.   AND DO YOU SEE YOU'VE COPIED MS. HOLMES AND DANIEL YOUNG?

03:31PM  6    A.   YES.

03:31PM  7    Q.   AND AS A GENERAL MATTER, WHY DID YOU COPY MS. HOLMES ON

03:31PM  8    EMAILS?

03:31PM  9    A.   I THINK FROM THE START OF THE PROJECT WE JUST THOUGHT IT

03:31PM 10    WOULD BE GREAT TO KEEP HER IN THE LOOP AND AWARE OF ONGOING

03:32PM 11    ACTIVITIES, RESULTS, THINGS LIKE THAT.

03:32PM 12    Q.   OKAY.  YOU WROTE IN THIS EMAIL, "THANK YOU FOR YOUR EMAIL

03:32PM 13    AND IDEAS.  AT LAST WEEK'S PROJECT TEAM MEETING, WE HAD DECIDED

03:32PM 14    TO SIMPLY WAIT UNTIL YOUR NEXT-GEN MACHINES ARE READY AND THEN

03:32PM 15    DEPLOY THEM TO THE THREE CLINICAL SITES WHICH HAVE PRIOR

03:32PM 16    EXPERIENCE."

03:32PM 17         DO YOU SEE THAT?

03:32PM 18    A.   YES.

03:32PM 19    Q.   AND WHAT WERE YOU CONVEYING TO THERANOS HERE?

03:32PM 20    A.   THAT AT THIS POINT WE AS A TEAM INTERNALLY HAD DECIDED TO

03:32PM 21    HALT FURTHER DEPLOYMENT OF THEIR MACHINES TO THE CLINICAL SITES

03:32PM 22    AND FURTHER TESTING USING THEIR PLATFORM.

03:32PM 23    Q.   WHY HAD CELGENE DECIDED TO HALT DOING THAT?

03:32PM 24    A.   SO INTERNALLY WE DISCUSSED THE ADVANTAGES AND

03:32PM 25    DISADVANTAGES OF THE THERANOS PLATFORM VERSUS THE STANDARD

03:32PM  1    TRADITIONAL TESTS, AND I THINK WE HAD DECIDED THAT WE WOULD

03:32PM  2    RATHER STICK WITH, YOU KNOW, THE LESS VARIABILITY IN THE

03:33PM  3    RESULTS AND STICK WITH THE SORT OF STANDARD ASSAYS AND TESTS

03:33PM  4    RATHER THAN TO GO WITH SOMETHING NEW AT THERANOS.

03:33PM  5    Q.   AND STICK WITH THE GOLD STANDARD?

03:33PM  6    A.   STICK WITH THE STANDARD, YEP.

03:33PM  7    Q.   OKAY.  AFTER THE DATE OF THIS EMAIL, APRIL 3RD, 2012, DID

03:33PM  8    YOU DO ANY FURTHER WORK WITH THERANOS?

03:33PM  9    A.   NO, I DIDN'T.

03:33PM 10    Q.   WAS THERE EVER ANY FOLLOWUP ABOUT YOUR NEXT GENERATION OR

03:33PM 11    THERANOS'S NEXT GENERATION MACHINE?

03:33PM 12    A.   NOT WITH ME, NO.

03:33PM 13    Q.   DID ANYONE FROM THERANOS COME BACK TO YOU AND PRESENT

03:33PM 14    ADDITIONAL INFORMATION THAT CHANGED YOUR CONCLUSION NOT TO GO

03:33PM 15    FORWARD WITH THEM?

03:33PM 16    A.   SO THE CONCLUSION WAS NOT CHANGED.  I DON'T RECALL EXACTLY

03:33PM 17    IF THERE WERE FOLLOW-UP CORRESPONDENCES.

03:33PM 18    Q.   OKAY.  DID YOU EVER TELL ANYONE AT THERANOS THAT CELGENE

03:33PM 19    HAD COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY?

03:33PM 20    A.   NO.

03:33PM 21    Q.   WOULD YOU AGREE WITH THE STATEMENT THAT CELGENE HAD

03:33PM 22    COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY?

03:34PM 23    A.   NO.

03:34PM 24    Q.   WHY NOT?

03:34PM 25    A.   SO THE FULL VALIDATION WOULD REQUIRE A LOT MORE WORK THAN

03:34PM 1    WE DID, BUT I THINK IT WOULD START WITH BETTER ALIGNMENT OF THE

03:34PM 2    RESULTS FROM THE THERANOS PLATFORM VERSUS THE STANDARD ASSAYS,

03:34PM 3    AND THEN WE WOULD GO FROM THERE TO DO FURTHER WORK IN ORDER TO

03:34PM 4    DEMONSTRATE THAT THE TWO PLATFORMS ARE COMPARABLE, AND THEN THE

03:34PM 5    ADVANTAGES FROM THE THERANOS PLATFORM WOULD THEN COME INTO PLAY

03:34PM 6    WITH LESS BLOOD DRAWN AND SO FORTH.

03:34PM 7         BUT WE NEVER GOT THERE.

03:34PM 8    Q.   I'D LIKE TO DRAW YOUR ATTENTION, PLEASE, TO WHAT IS IN

03:34PM 9    EVIDENCE AS EXHIBIT 7753.

03:34PM 10        DR. SUNG, DO YOU SEE AN EXCEL SPREADSHEET ON THE SCREEN?

03:35PM 11   A.   YEAH, I DO.

03:35PM 12   Q.   AND DO YOU SEE THERE'S A NUMBER OF PHARMACEUTICAL

03:35PM 13   COMPANIES LISTED IN THE LEFT COLUMN, COLUMN A?

03:35PM 14   A.   YES.

03:35PM 15   Q.   OKAY.  DO YOU SEE THE NAME CELGENE IN ROW 7?

03:35PM 16   A.   YES.

03:35PM 17   Q.   AND DO YOU SEE, AS YOU GO ACROSS IN THE ROWS, THERE ARE

03:35PM 18   PARTICULAR YEARS AND MONTHS, 2007, 2008, CONTINUING FORWARD IN

03:35PM 19   TIME?

03:35PM 20   A.   YES.

03:35PM 21   Q.   OKAY.  AND IF WE CAN GO TO THE RIGHT ALL OF THE WAY TO THE

03:35PM 22   GRAND TOTAL COLUMN IN W, MS. HOLLIMAN.

03:35PM 23        DO YOU SEE THE $5 MILLION NUMBER ASSOCIATED WITH CELGENE?

03:35PM 24   A.   YES.

03:35PM 25   Q.   OKAY.  AT THE TIME YOU WERE DOING YOUR WORK, DID YOU HAVE

03:35PM  1    ANY IDEA THAT CELGENE WAS THERANOS'S BIGGEST PHARMACEUTICAL

03:35PM  2    PARTNER?

03:35PM  3    A.   NO.

03:35PM  4    Q.   OKAY.  AND ARE YOU AWARE OF ANY WORK BETWEEN CELGENE AND

03:36PM  5    THERANOS AFTER APRIL OF 2012 AND THE EMAIL THAT WE SAW ABOUT

03:36PM  6    THE NEXT GENERATION MACHINES?

03:36PM  7    A.   NO, I WAS NOT.

03:36PM  8         MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

03:36PM  9         THE COURT:  YES.

03:36PM  10        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:36PM  11        MR. LEACH:  NO FURTHER QUESTIONS, YOUR HONOR.

03:36PM  12   THANK YOU, DR. SUNG.

03:36PM  13        THE COURT:  CROSS-EXAMINATION?

03:36PM  14        MR. CLINE:  YES.  THANK YOU, YOUR HONOR.

03:36PM  15                   **CROSS-EXAMINATION**

03:36PM  16   BY MR. CLINE:

03:36PM  17   Q.   DR. SUNG, GOOD AFTERNOON.  I REPRESENT ELIZABETH HOLMES.

03:37PM  18        MAY I APPROACH, YOUR HONOR?

03:37PM  19        THE COURT:  YES.

03:37PM  20   BY MR. CLINE:

03:37PM  21   Q.   I'M GOING TO HAND YOU A BINDER THAT LOOKS BIG, BUT WE'RE

03:37PM  22   GOING TO GO THROUGH IT QUICKLY.  OKAY?

03:37PM  23   A.   YES.

03:37PM  24        THE CLERK:  COUNSEL, COULD YOU JUST STATE YOUR NAME

03:37PM  25   FOR THE RECORD, PLEASE.

03:37PM  1          MR. CLINE:  YES.  MY NAME IS JOHN CLINE.

03:37PM  2     Q.   THE PROJECT THAT YOU WORKED ON WITH THERANOS WHILE YOU

03:37PM  3     WERE AT CELGENE WAS THE ACE-011 PROJECT; CORRECT?

03:37PM  4     A.   CORRECT.

03:37PM  5     Q.   AND YOU BEGAN INTERACTING WITH THERANOS ON THAT PROJECT IN

03:37PM  6     NOVEMBER OF 2009; RIGHT?

03:37PM  7     A.   AROUND THAT TIME, YES.

03:37PM  8     Q.   ALL RIGHT.  AND WERE YOU AWARE AT THAT POINT THAT CELGENE

03:37PM  9     AND THERANOS HAD HAD A CONTRACTUAL RELATIONSHIP FOR OVER A YEAR

03:37PM 10     AT THAT POINT?

03:37PM 11     A.   NO.

03:37PM 12     Q.   DID YOU BECOME AWARE OF THAT AT SOME POINT?

03:37PM 13     A.   SOMEONE DID TELL ME, YES.

03:37PM 14     Q.   OKAY.  SO YOU CAME TO UNDERSTAND THAT THERE WAS A --

03:37PM 15     A.   THERE WAS SOME RELATIONSHIP, YES.

03:38PM 16     Q.   ALL RIGHT.  AND IT PREEXISTED THE ACE-011 PROJECT; RIGHT?

03:38PM 17     A.   I'M NOT SURE EXACTLY WHEN.  I MEAN, I WAS ONLY WORKING ON

03:38PM 18     THAT PROJECT, SO I WAS TOLD ABOUT THE RELATIONSHIP WHEN WE

03:38PM 19     STARTED WORKING WITH THERANOS, NOT BEFORE.

03:38PM 20     Q.   ALL RIGHT.  AND I THINK IN -- WE DON'T NEED TO PULL UP THE

03:38PM 21     EXHIBIT, BUT YOU BEGAN YOUR EFFORTS WITH THERANOS WITH A VISIT

03:38PM 22     TO THERANOS; CORRECT?

03:38PM 23     A.   CORRECT.

03:38PM 24     Q.   AND YOU'RE BASED IN SAN FRANCISCO OR NEARBY, SO IT WASN'T

03:38PM 25     TOO FAR OF A TRIP FOR YOU?

03:38PM  1    A.   NO.

03:38PM  2    Q.   AND YOU MET AT THERANOS WITH GARY FRENZEL.

03:38PM  3         DO YOU REMEMBER THAT NAME?

03:38PM  4    A.   I REMEMBER THE NAME, YES.  IT'S HARD TO REMEMBER THE ROLES

03:38PM  5    AND THE FACES, BUT YEP.

03:38PM  6    Q.   I UNDERSTAND.  IT WAS A LONG TIME AGO.

03:38PM  7         AND YOU MET DR. SUREKHA GANGADKHEDKAR?

03:38PM  8    A.   YES, I BELIEVE SO.

03:38PM  9    Q.   AND YOU INTERACTED WITH HER FOR QUITE SOME TIME?

03:38PM  10   A.   REGULARLY, YEAH, DURING THE TIME WE WERE WORKING WITH

03:38PM  11   THERANOS.  SHE WAS, I BELIEVE, A SCIENTIST, SO MAYBE LIKE MY

03:39PM  12   COUNTERPART ON THE THERANOS TEAM.

03:39PM  13   Q.   LET ME -- I JUST WANT TO MOVE QUICKLY THROUGH THE

03:39PM  14   CHRONOLOGY HERE.

03:39PM  15        TAKE A LOOK IN YOUR BINDER, THE ONE THAT I JUST HANDED

03:39PM  16   YOU, AT EXHIBIT 13985.

03:40PM  17        DO YOU HAVE 13895 UP THERE?

03:40PM  18   A.   I DO.

03:40PM  19   Q.   AND YOU HAVE AN EMAIL TO GARY FRENZEL AND

03:40PM  20   SUREKHA GANGADKHEDKAR?

03:40PM  21   A.   YES.

03:40PM  22             MR. CLINE:  AND I OFFER EXHIBIT 13895.

03:40PM  23             THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

03:40PM  24        (DEFENDANT'S EXHIBIT 13895 WAS RECEIVED IN EVIDENCE.)

03:40PM  25   BY MR. CLINE:

03:40PM  1    Q.   IF WE CAN JUST PULL UP THAT TOP EMAIL.  ESSENTIALLY WHAT

03:40PM  2    YOU ARE DOING IS UPDATING MR. FRENZEL AND DR. GANGADKHEDKAR ON

03:40PM  3    WHAT WAS GOING ON; RIGHT?

03:40PM  4    A.   YES.

03:40PM  5    Q.   AND IN THE FIRST LINE YOU SAY, "HI GARY, JUST WANTED TO

03:40PM  6    LET YOU KNOW THAT WE ARE STILL HAVING INTERNAL DISCUSSIONS AS

03:40PM  7    TO HOW WE'D LIKE TO PROCEED WITH ASSAY VALIDATION FOR THE

03:40PM  8    ACE-011 TRIAL."

03:40PM  9         RIGHT?

03:40PM 10    A.   YES.

03:40PM 11    Q.   AND YOU WERE HAVING DISCUSSIONS, AS ANY BIG COMPANY DOES,

03:40PM 12    ABOUT HOW YOU WERE GOING TO HANDLE THINGS PROCEDURALLY;

03:40PM 13    CORRECT?

03:40PM 14    A.   CORRECT.

03:40PM 15    Q.   AND AT THE BOTTOM OF THAT PARAGRAPH YOU SAY, "OUR

03:41PM 16    TRANSLATIONAL DEVELOPMENT GROUP (INCLUDING ME) DOESN'T REALLY

03:41PM 17    HAVE A BACKGROUND IN ASSAY VALIDATION/DEVELOPMENT, SO WE MIGHT

03:41PM 18    ALSO BE WORKING WITH AN EXTERNAL CONSULTANT TO GUIDE US."

03:41PM 19         RIGHT?

03:41PM 20    A.   YES.

03:41PM 21    Q.   AND, IN FACT, YOU DID BRING ON AN EXTERNAL CONSULTANT;

03:41PM 22    RIGHT?

03:41PM 23    A.   YES, WE DID.

03:41PM 24    Q.   NOW WE'RE GOING TO MOVE FORWARD.

03:41PM 25         IF YOU WOULD PULL UP EXHIBIT 13896.  DON'T PULL IT UP YET.

03:41PM  1          TURN TO 13896.

03:41PM  2          THIS IS AN EMAIL FROM A MS. BALKENHOL AT THERANOS TO YOU

03:41PM  3   DATED MAY 3RD, 2010; RIGHT?

03:41PM  4   A.   YES.

03:41PM  5               MR. CLINE:  I OFFER 13896.

03:41PM  6               MR. LEACH:  NO OBJECTION.

03:41PM  7               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:41PM  8        (DEFENDANT'S EXHIBIT 13896 WAS RECEIVED IN EVIDENCE.)

03:41PM  9   BY MR. CLINE:

03:41PM 10   Q.   AND THE SUBJECT LINE IS AGENDA FOR MAY 7 FACE TO FACE.

03:42PM 11          DO YOU SEE THAT?

03:42PM 12   A.   YES.

03:42PM 13   Q.   AND IF YOU TURN THE PAGE, YOU ACTUALLY HAVE THE AGENDA;

03:42PM 14   RIGHT?

03:42PM 15   A.   YES.

03:42PM 16   Q.   AND YOU TESTIFIED ON DIRECT ABOUT A MEETING THAT HAPPENED

03:42PM 17   FACE TO FACE IN THIS PART OF 2010.

03:42PM 18          DO YOU RECALL THAT?

03:42PM 19   A.   YES.

03:42PM 20   Q.   THIS WAS THAT MEETING; RIGHT?

03:42PM 21   A.   SO I DON'T KNOW IF IT WAS THAT MEETING.  I'M JUST LOOKING

03:42PM 22   AT THE ATTENDEES.

03:42PM 23          SO, YES, I THINK THAT WAS THE MEETING.  SORRY.  I WAS

03:42PM 24   LOOKING AT THE CELGENE SIDE.  I DON'T BELIEVE THAT EVERYONE

03:42PM 25   THERE ON THE CELGENE SIDE -- SO YES, IT SAYS BY PHONE.  RIGHT.

03:42PM  1    Q.   SO THIS WAS A MEETING IN MAY OF 2010 TO TRY TO MOVE THE

03:42PM  2    ACE-011 ASSAY VALIDATION PROJECT FORWARD; CORRECT?

03:42PM  3    A.   YES.

03:42PM  4    Q.   VARIOUS PEOPLE WERE THERE FROM THERANOS, AND VARIOUS

03:42PM  5    PEOPLE FROM CELGENE, AND SOME PEOPLE WERE ON THE PHONE; RIGHT?

03:42PM  6    A.   YES.

03:42PM  7    Q.   AND IT LOOKS LIKE YOU WERE PRESENT IN PERSON; RIGHT?

03:43PM  8    A.   I WAS.

03:43PM  9    Q.   AND ON THE THERANOS SIDE, MR. BALWANI, MR. FRENZEL,

03:43PM  10   DR. GANGADKHEDKAR, MS. HOLMES, DR. YOUNG; RIGHT?

03:43PM  11   A.   YES.

03:43PM  12   Q.   AND DANIEL YOUNG WAS A PH.D. WHO YOU DEALT WITH ON THIS

03:43PM  13   PROJECT; CORRECT?

03:43PM  14   A.   CORRECT.

03:43PM  15   Q.   ONE OF THE ITEMS -- IF WE GO TO THE NEXT PAGE OF THIS

03:43PM  16   DOCUMENT, ONE OF THE ITEMS THAT YOU DISCUSSED DURING THIS

03:43PM  17   MEETING, AND I'M ABOUT TWO-THIRDS OF THE WAY DOWN THIS PAGE,

03:43PM  18   WAS ASSAY VALIDATION PLAN/DEVELOPMENT TIMELINE?

03:43PM  19   A.   UH-HUH.

03:43PM  20   Q.   I'M SORRY, I NEED YOU TO SAY YES OR NO.

03:43PM  21   A.   OH, YES.

03:43PM  22   Q.   AND THAT WAS REALLY THE MAIN TOPIC OF THE MEETING WAS HOW

03:43PM  23   TO GET THE ASSAY VALIDATION PLAN MOVING; RIGHT?

03:43PM  24   A.   OH, YES.

03:43PM  25   Q.   AND IF YOU WOULD GO TO EXHIBIT 13897 IN YOUR BINDER,

03:44PM  1    PLEASE.

03:44PM  2        THIS IS AN EXCHANGE OF EMAILS BETWEEN YOU AND

03:44PM  3    DR. GANGADKHEDKAR.

03:44PM  4        DO YOU SEE THAT?

03:44PM  5    A.   UH-HUH, YES, I DO.

03:44PM  6             MR. CLINE:  I MOVE 13897 IN.

03:44PM  7             MR. LEACH:  NO OBJECTION.

03:44PM  8             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:44PM  9        (DEFENDANT'S EXHIBIT 13897 WAS RECEIVED IN EVIDENCE.)

03:44PM  10   BY MR. CLINE:

03:44PM  11   Q.   IF YOU LOOK AT THE BOTTOM OF THE FIRST PAGE OF THIS

03:44PM  12   EXHIBIT, THIS IS A MAY 7TH, 2010 EMAIL FROM YOU TO

03:44PM  13   GARY FRENZEL, DR. GANGADKHEDKAR, AND DR. YOUNG; RIGHT?

03:44PM  14   A.   YES.

03:44PM  15   Q.   AND COPY ELIZABETH HOLMES?

03:44PM  16   A.   YES.

03:44PM  17   Q.   AND IT LOOKS LIKE YOU WENT HOME FROM THIS MEETING AND

03:44PM  18   WROTE THIS TO KIND OF MEMORIALIZE WHAT HAPPENED; RIGHT?

03:44PM  19   A.   YES.

03:44PM  20   Q.   AND YOU SAY, "THANK YOU FOR ALL OF YOUR TIME THIS MORNING;

03:44PM  21   WE FELT THAT OUR MEETING WAS VERY PRODUCTIVE AND INFORMATIVE."

03:44PM  22        RIGHT?

03:44PM  23   A.   YES.

03:44PM  24   Q.   AND THAT'S HOW YOU FELT; RIGHT?

03:44PM  25   A.   YES.

03:44PM   1    Q.   AND DR. GANGADKHEDKAR RESPONDS TO YOU, COPYING

03:45PM   2    MR. FRENZEL, NOT COPYING MS. HOLMES, AND SAYS ESSENTIALLY THAT

03:45PM   3    SHE, TOO, THOUGHT THE MEETING WAS PRODUCTIVE; RIGHT?

03:45PM   4    A.   YES.

03:45PM   5    Q.   AND SHE ATTACHED A PRESENTATION THAT WAS MADE AT THE

03:45PM   6    MEETING; RIGHT?

03:45PM   7    A.   CORRECT.

03:45PM   8    Q.   AND THIS IS DATED -- IF YOU'LL TURN TO THE FIRST PAGE OF

03:45PM   9    THE EXHIBIT -- OR THE SECOND PAGE OF THE EXHIBIT.

03:45PM  10         WE HAVE A LENGTHY, IT LOOKS LIKE A POWERPOINT, CELGENE

03:45PM  11    POWERPOINT ASSAY DEVELOPMENT UPDATE; RIGHT?

03:45PM  12    A.   YES.

03:45PM  13    Q.   DATED MAY 7TH, 2010, WHICH WAS THE DATE OF THE MEETING;

03:45PM  14    RIGHT?

03:45PM  15    A.   YES.

03:45PM  16    Q.   AND IF YOU TURN A COUPLE OF PAGES FURTHER, THERE'S A

03:45PM  17    PAGE -- THAT'S THE ONE -- THAT SAYS ASSAY DEVELOPMENT PROCESS.

03:45PM  18         DO YOU SEE THAT?

03:45PM  19    A.   YES.

03:45PM  20    Q.   AND THEN THERE'S A LONG LIST OF THINGS THAT NEED TO HAPPEN

03:45PM  21    TO DEVELOP AN ASSAY; RIGHT?

03:45PM  22    A.   CORRECT.

03:45PM  23    Q.   AND IT WAS A COMPLICATED PROCESS; RIGHT?

03:45PM  24    A.   YES.

03:45PM  25    Q.   AND GOING BACK TO AN EARLIER EMAIL THAT WE TALKED ABOUT,

03:46PM 1    YOU ARE A SCIENTIST AND PH.D. BUT YOU'RE NOT AN SPECIALIST IN

03:46PM 2    ASSAY DEVELOPMENT?

03:46PM 3        IS THAT FAIR?

03:46PM 4    A.   THAT'S CORRECT.

03:46PM 5    Q.   AND YOU HAD THE CONSULTANT THAT YOU BROUGHT IN; RIGHT?

03:46PM 6    A.   CORRECT.

03:46PM 7    Q.   AND ON THE PK SIDE, YOU HAD DR. BRYAN, PETER BRYAN?

03:46PM 8    A.   YES.

03:46PM 9    Q.   AND ALSO DR. --

03:46PM 10   A.   CHEN.

03:46PM 11   Q.   -- CHEN, WHO WAS THE ONE WHO DID THE POWERPOINT WE TALKED

03:46PM 12   ABOUT?

03:46PM 13   A.   YES.

03:46PM 14   Q.   AND DID YOU WORK CLOSELY WITH DR. BRYAN AND DR. CHEN AS

03:46PM 15   YOU MOVED THIS PROJECT FORWARD?

03:46PM 16   A.   SO WE DID MOVE THE PROJECT FORWARD TOGETHER.  IT WAS TWO

03:46PM 17   PIECES OF A PUZZLE, AND SO THEY WERE GEOGRAPHICALLY SEPARATE

03:46PM 18   FROM WHERE I WORKED, AND SO WE HAD WEEKLY MEETINGS WITH THE

03:46PM 19   TEAM TO UPDATE EACH OTHER.  BUT IT WASN'T A CLOSE RELATIONSHIP.

03:46PM 20   BUT, YOU KNOW, WE MOVED FORWARD TOGETHER ON THIS PIECE.

03:46PM 21   Q.   OKAY.  LET'S GO TO 13898.  WE HAVE FURTHER EMAILS

03:47PM 22   INVOLVING YOU, DR. GANGADKHEDKAR, AND OTHERS; CORRECT?

03:47PM 23   A.   CORRECT.

03:47PM 24          MR. CLINE:  AND I OFFER 13898.

03:47PM 25          MR. LEACH:  NO OBJECTION.

UNITED STATES COURT REPORTERS

03:47PM  1          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:47PM  2          (DEFENDANT'S EXHIBIT 13898 WAS RECEIVED IN EVIDENCE.)

03:47PM  3     BY MR. CLINE:

03:47PM  4     Q.  AND THE TOP EMAIL ON PAGE 1 IS FROM DR. GANGADKHEDKAR TO

03:47PM  5     YOU AND OTHERS AND SHE SAYS, "HI VICKI, ATTACHED IS THE

03:47PM  6     PROGESTERONE REPORT."

03:47PM  7          RIGHT?

03:47PM  8     A.  YES.

03:47PM  9     Q.  AND THIS WAS THE FIRST OF A SERIES OF ASSAY VALIDATION

03:47PM  10    REPORTS THAT YOU RECEIVED FROM THERANOS; CORRECT?

03:47PM  11    A.  CORRECT.

03:47PM  12    Q.  AND THEN IF YOU FLIP OVER A COUPLE OF PAGES, SEVERAL

03:47PM  13    PAGES, YOU FIND THE ATTACHMENT AND IT SAYS ASSAY DEVELOPMENT

03:47PM  14    REPORT; RIGHT?

03:47PM  15    A.  YES.

03:48PM  16    Q.  AND THIS WAS SENT IN RESPONSE TO, GOING BACK TO PAGE 1 OF

03:48PM  17    THE EXHIBIT, AN EMAIL FROM YOU TO DR. GANGADKHEDKAR AND OTHERS

03:48PM  18    WHERE YOU SAY, "ONE MORE REQUEST; FOR THE PD ASSAYS THAT WE ARE

03:48PM  19    INCLUDING IN PART 1, WE HAVE NOT SEEN ANY ASSAY DEVELOPMENT

03:48PM  20    DOCUMENTATION/VALIDATION REPORTS."

03:48PM  21         RIGHT?

03:48PM  22    A.  YES.

03:48PM  23    Q.  AND SO DR. GANGADKHEDKAR IS RESPONDING TO THAT AND SENDING

03:48PM  24    YOU THE FIRST OF SEVERAL; RIGHT?

03:48PM  25    A.  CORRECT.

03:48PM  1    Q.   AND LET'S GO TO 13900.  13899.

03:48PM  2    A.   13899?

03:48PM  3    Q.   13899.

03:49PM  4    A.   I HAVE 898 AND 999.

03:49PM  5    Q.   13899?  NOT THERE?

03:49PM  6    A.   UNLESS THESE ARE OUT OF ORDER.

03:49PM  7           MR. CLINE:  MAY I APPROACH?

03:49PM  8           THE COURT:  YES.

03:49PM  9    BY MR. CLINE:

03:49PM 10    Q.   PLEASE FORGIVE THE HIGHLIGHTING.  I'M JUST GOING TO HAND

03:49PM 11    YOU THE DOCUMENT TO SAVE A LITTLE TIME (HANDING).

03:49PM 12    A.   OKAY.  THANK YOU.

03:49PM 13    Q.   WHAT IS THAT DOCUMENT, SINCE I DON'T HAVE IT IN FRONT OF

03:49PM 14    ME?

03:49PM 15    A.   IT'S AN EMAIL FROM KAPIL GADKAR TO ME.

03:49PM 16    Q.   AND DR. GADKAR WAS ANOTHER DOCTOR AT THERANOS THAT YOU

03:49PM 17    DEALT WITH; CORRECT?

03:49PM 18    A.   CORRECT.

03:49PM 19           MR. CLINE:  I OFFER 13899.

03:49PM 20           MR. LEACH:  NO OBJECTION.

03:49PM 21           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:49PM 22      (DEFENDANT'S EXHIBIT 13899 WAS RECEIVED IN EVIDENCE.)

03:49PM 23    BY MR. CLINE:

03:49PM 24    Q.   DR. GADKAR IS TELLING YOU THAT VALIDATION REPORTS ARE

03:49PM 25    FORTHCOMING; RIGHT?

03:49PM  1    A.   YES.

03:49PM  2    Q.   MAY I TAKE THAT BACK FROM YOU?

03:50PM  3         MAY I APPROACH?

03:50PM  4              THE COURT:  YES.

03:50PM  5    BY MR. CLINE:

03:50PM  6    Q.   LET ME TAKE THAT BACK FROM YOU.

03:50PM  7         LET'S GO TO 13900.

03:50PM  8         DO YOU HAVE THAT?

03:50PM  9    A.   YES.

03:50PM  10   Q.   AND THIS IS ANOTHER EMAIL FROM DR. GADKAR TO YOU AND MANY

03:50PM  11   OTHERS; CORRECT?

03:50PM  12   A.   UH-HUH, YES.

03:50PM  13              MR. CLINE:  I OFFER 13900.

03:50PM  14              MR. LEACH:  NO OBJECTION.

03:50PM  15              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:50PM  16         (DEFENDANT'S EXHIBIT 13900 WAS RECEIVED IN EVIDENCE.)

03:50PM  17   BY MR. CLINE:

03:50PM  18   Q.   NOW, THIS IS A JULY 26TH, 2010 EMAIL; CORRECT?

03:50PM  19   A.   YES.

03:50PM  20   Q.   AND THE SUBJECT IS VALIDATION REPORTS FOR 3 PD MARKERS.

03:50PM  21        DO YOU SEE THAT?

03:50PM  22   A.   YES.

03:50PM  23   Q.   AND THE THREE MARKERS ARE LH, FSH, AND ESTRADIOL; RIGHT?

03:50PM  24   A.   CORRECT.

03:50PM  25   Q.   AND TELL US AGAIN WHAT LH IS.

03:50PM   1    A.   LUTEINIZING HORMONE.

03:50PM   2    Q.   AND FSH?

03:50PM   3    A.   FOLLICLE STIMULATING HORMONE.

03:50PM   4    Q.   AND THE BODY OF THE EMAIL SAYS, "HELLO ALL, ATTACHED PLZ

03:51PM   5    FIND THE ASSAY VALIDATION REPORTS FOR THE 3 PD MARKERS OF LH,

03:51PM   6    FSH, AND ESTRADIOL."

03:51PM   7         RIGHT?

03:51PM   8    A.   CORRECT.

03:51PM   9    Q.   AND, IN FACT, WE DON'T HAVE TO GO THROUGH THEM, BUT IF YOU

03:51PM  10    LOOK AT THE ATTACHMENTS TO THIS, THE VALIDATION REPORTS ARE

03:51PM  11    ATTACHED; CORRECT?

03:51PM  12    A.   CORRECT.

03:51PM  13    Q.   AND WHEN THESE VALIDATION REPORTS WERE RECEIVED AT

03:51PM  14    CELGENE, WHAT DID YOU DO WITH THEM?  DID YOU REVIEW THEM

03:51PM  15    YOURSELF?  DID YOU PASS THEM ON TO DR. BRYAN?  WHAT HAPPENED

03:51PM  16    WITH THEM?

03:51PM  17    A.   YEP.  SO I MAY HAVE LOOKED AT THEM MYSELF.  BUT, AGAIN,

03:51PM  18    NOT BEING AN EXPERT IN THIS AREA, I'M PRETTY SURE THAT THEY

03:51PM  19    WERE PASSED ALONG TO SOMEONE WHO REVIEWS THESE SORTS OF

03:51PM  20    DOCUMENTS FOR THEIR INPUT.

03:51PM  21    Q.   ALL RIGHT.  SO YOU WOULD PASS THEM ALONG TO SOMEONE WHOSE

03:51PM  22    JOB IT WAS TO REVIEW DOCUMENTS LIKE THIS FOR --

03:51PM  23    A.   WHO HAS EXPERTISE IN ASSAY DEVELOPMENT, YES.

03:51PM  24    Q.   AND THE PURPOSE OF PASSING THEM ALONG WAS TO HAVE THEM

03:51PM  25    REVIEWED; RIGHT?

03:52PM   1    A.   YES.

03:52PM   2    Q.   ALL RIGHT.  YOU PROBABLY WILL NOT BE ABLE TO ANSWER THIS

03:52PM   3    QUESTION MANY YEARS LATER, BUT DO YOU RECALL WHO AT CELGENE WAS

03:52PM   4    RESPONSIBLE FOR THE SCIENTIFIC REVIEW OF THESE ASSAY VALIDATION

03:52PM   5    REPORTS THAT YOU WERE RECEIVING?

03:52PM   6    A.   YEAH.  I MEAN, THE -- RON BOWSHER WAS THE CONSULTANT WHO

03:52PM   7    WE TRIED TO ENGAGE TO HELP US OUT, SO IT'S POSSIBLE HE REVIEWED

03:52PM   8    THEM.  BUT OTHER THAN HIM, I CAN'T RECALL.

03:52PM   9    Q.   NO PROBLEM.

03:52PM  10         LET'S GO TO 13901.  THE SECOND EMAIL DOWN IS ONE FROM YOU

03:52PM  11    TO DR. GANGADKHEDKAR; CORRECT?

03:52PM  12    A.   YES.

03:52PM  13              MR. CLINE:  I OFFER 13901.

03:53PM  14              MR. LEACH:  NO OBJECTION.

03:53PM  15              THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

03:53PM  16         (DEFENDANT'S EXHIBIT 13901 WAS RECEIVED IN EVIDENCE.)

03:53PM  17    BY MR. CLINE:

03:53PM  18    Q.   AND ESSENTIALLY YOU'RE THANKING DR. GADKAR FOR SHARING THE

03:53PM  19    VALIDATION REPORTS WITH YOU; RIGHT?

03:53PM  20    A.   YES.

03:53PM  21    Q.   THE ONES WE JUST LOOKED AT?

03:53PM  22    A.   YES.

03:53PM  23    Q.   OR WE WERE TALKING ABOUT; RIGHT?

03:53PM  24    A.   YES.

03:53PM  25    Q.   AND HE'S THANKING YOU FOR YOUR PATIENCE WHILE THERANOS

| | | |
|---|---|---|
| 03:53PM | 1 | FINALIZED THOSE REPORTS; RIGHT? |
| 03:53PM | 2 | A.   RIGHT. |
| 03:53PM | 3 | Q.   AND LET'S GO TO 421.  ACTUALLY, EXHIBIT 421 IS NOT THE ONE |
| 03:54PM | 4 | I WANT YOU TO LOOK AT. |
| 03:54PM | 5 | LET ME ASK YOU THIS:  DO YOU RECALL IN MARCH 2011 THERE |
| 03:54PM | 6 | WAS A MEETING TO SORT OF REVIEW THE PROGRESS OF THE VALIDATION |
| 03:54PM | 7 | PROCESS? |
| 03:54PM | 8 | A.   YES.  ON OUR END, YES, THERE WAS. |
| 03:54PM | 9 | Q.   AND A MEETING WITH THERANOS? |
| 03:54PM | 10 | A.   YES, AND THEN A MEETING WITH THERANOS, UH-HUH. |
| 03:54PM | 11 | Q.   ALL RIGHT.  AND ONE OF THE THINGS THAT HAPPENED -- DO YOU |
| 03:54PM | 12 | REMEMBER WHERE THAT MEETING WAS HELD? |
| 03:54PM | 13 | A.   I THINK IT WAS BY PHONE.  I DON'T THINK IT WAS IN PERSON, |
| 03:54PM | 14 | AT LEAST I DON'T REMEMBER BEING -- MAKING ANOTHER TRIP. |
| 03:54PM | 15 | Q.   ALL RIGHT.  SO THERANOS PEOPLE ON THE PHONE AND CELGENE |
| 03:54PM | 16 | PEOPLE ON THE PHONE? |
| 03:54PM | 17 | A.   CELGENE PEOPLE ON THE PHONE. |
| 03:54PM | 18 | Q.   WAS YOUR CONSULTANT ON THE PHONE?  DO YOU RECALL? |
| 03:54PM | 19 | A.   I DON'T RECALL.  I DON'T THINK SO.  WE DIDN'T NORMALLY DO |
| 03:54PM | 20 | THAT. |
| 03:54PM | 21 | Q.   AND ONE OF THE THINGS THAT WAS AGREED AT THAT MEETING WAS |
| 03:54PM | 22 | THAT THERANOS WOULD PROVIDE A REPORT ON PART 1 OF THE ACE-011 |
| 03:54PM | 23 | PROJECT; CORRECT? |
| 03:54PM | 24 | A.   CORRECT. |
| 03:54PM | 25 | Q.   AND CELGENE WAS GOING TO PROVIDE A FORMAT FOR THAT REPORT; |

03:54PM 1    CORRECT?

03:54PM 2    A.   SORRY, A --

03:54PM 3    Q.   I'M SORRY, YOU WERE ADJUSTING YOUR MASK THERE.

03:54PM 4         DO YOU RECALL THAT CELGENE WAS GOING TO PROVIDE THERANOS

03:55PM 5    WITH THE FORMAT FOR THE REPORT?

03:55PM 6    A.   I DON'T REMEMBER THAT.  I DON'T REMEMBER ANYTHING ABOUT

03:55PM 7    THE FORMAT.  BUT I THINK WE WERE EXPECTING SOME SORT OF

03:55PM 8    SUMMARY.

03:55PM 9    Q.   YOU WERE EXPECTING A REPORT FROM --

03:55PM 10   A.   YES, SOME SORT OF REPORT, YEAH, SUMMARIZING WHAT HAS BEEN

03:55PM 11   DONE.

03:55PM 12   Q.   ALL RIGHT.  ALL RIGHT.

03:55PM 13        LET'S GO TO EXHIBIT 5049.

03:55PM 14        YOU'RE NOT ON THIS EMAIL; CORRECT?

03:55PM 15   A.   CORRECT.

03:55PM 16   Q.   AND THIS IS AN EMAIL FROM DR. GADKAR TO DR. BRYAN?

03:55PM 17   A.   YES.

03:55PM 18   Q.   AND EVEN THOUGH YOU'RE NOT ON IT, I'M GOING TO OFFER IT

03:55PM 19   INTO EVIDENCE.

03:55PM 20        MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:55PM 21        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:55PM 22     (GOVERNMENT'S EXHIBIT 5049 WAS RECEIVED IN EVIDENCE.)

03:56PM 23   BY MR. CLINE:

03:56PM 24   Q.   SO IT'S AN EMAIL FROM DR. GADKAR TO DR. BRYAN, AND THE

03:56PM 25   SUBJECT IS FINAL REPORT FOR ACE-011 PK.

03:56PM  1          DO YOU SEE THAT?

03:56PM  2     A.   YES.

03:56PM  3     Q.   AND DR. GADKAR SAYS TO DR. BRYAN, "ATTACHED IS THE FINAL

03:56PM  4     REPORT AFTER THE FINAL INTERNAL QA AND AUDIT.  I HAVE ATTACHED

03:56PM  5     THE VALIDATION PROTOCOL AND THE SIGNED AMENDMENTS IN THE

03:56PM  6     APPENDIX.  LET ME KNOW WHAT THE NEXT STEPS ARE."

03:56PM  7          RIGHT?

03:56PM  8     A.   YES.

03:56PM  9     Q.   AND WE'RE GOING TO LOOK AT OR HAVE AN EXHIBIT WITH THE

03:56PM 10     REPORT HERE IN A SECOND, AND THE REPORT IS NOT ATTACHED TO THE

03:56PM 11     EXHIBIT.

03:56PM 12          BUT DO YOU RECALL RECEIVING THE FINAL PK REPORT AROUND

03:56PM 13     THIS TIME?

03:56PM 14     A.   NO, BUT I WOULD NOT HAVE BEEN THE ONE TO RECEIVE IT.  IT

03:56PM 15     WAS THE OTHER TEAM IN THE PETER BRYAN AND NIANHANG CHEN TEAM

03:56PM 16     THAT WOULD HAVE RECEIVED THAT.

03:56PM 17     Q.   WOULD YOU HAVE SEEN IT AT ALL?

03:57PM 18     A.   I DON'T KNOW THAT I WOULD -- NO, NOT IN THAT CASE.

03:57PM 19     Q.   ALL RIGHT.  SO LET'S GO TO EXHIBIT 9002, WHICH IS IN

03:57PM 20     EVIDENCE.

03:57PM 21          THIS IS THE REPORT THAT WAS ATTACHED TO THAT EMAIL FROM

03:57PM 22     DR. GADKAR TO DR. BRYAN.

03:57PM 23          LOOKING AT IT NOW, DOES THIS RING A BELL FOR YOU?  HAVE

03:57PM 24     YOU SEEN THIS BEFORE?

03:57PM 25     A.   YOU KNOW, IT'S TOO LONG AGO.  I'VE SEEN SO MANY VALIDATION

03:57PM  1    REPORTS, I CAN'T SAY I'VE SEEN THIS SPECIFIC ONE.  IT MAY HAVE

03:57PM  2    BEEN CIRCULATED.  BUT AGAIN, THIS WAS NOT MY -- THIS WAS

03:57PM  3    SOMETHING THAT PETER BRYAN AND DR. CHEN WERE DEALING WITH THAT

03:57PM  4    SIDE OF IT, I PROBABLY WOULD NOT HAVE BEEN ASKED NECESSARILY

03:57PM  5    FOR ANY FEEDBACK.

03:57PM  6    Q.  ALL RIGHT.  SORRY.  I INTERRUPTED YOU.

03:57PM  7         JUST TO BE CLEAR, WHEN YOU SAY THAT SIDE OF IT, THEY WERE

03:57PM  8    DEALING WITH THE PK SIDE AND YOU WERE DEALING WITH THE PD?

03:57PM  9    A.  CORRECT.

03:57PM  10   Q.  OKAY.  SO LET'S GO TO EXHIBIT 13907.

03:58PM  11        NOW, THIS AGAIN, TO BE CLEAR, IS AN EMAIL THAT YOU'RE NOT

03:58PM  12   ON.  IT INVOLVES DR. GADKAR AND THEN SOME PEOPLE WITHIN

03:58PM  13   CELGENE.

03:58PM  14        DO YOU SEE THAT?

03:58PM  15   A.  YES.

03:58PM  16        MR. CLINE:  ALL RIGHT.  EVEN THOUGH YOU'RE NOT ON

03:58PM  17   IT, I'M GOING TO OFFER IT 13907.

03:58PM  18        MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:58PM  19        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:58PM  20        (DEFENDANT'S EXHIBIT 13907 WAS RECEIVED IN EVIDENCE.)

03:58PM  21   BY MR. CLINE:

03:58PM  22   Q.  ALL RIGHT.  SO LET'S, LET'S START AT THE BOTTOM OF PAGE 1

03:58PM  23   AND CARRY OVER TO THE TOP OF PAGE 2.  IT'S AN EMAIL FROM

03:58PM  24   PETER BRYAN TO, IT LOOKS LIKE A GROUP CALLED NONCLINICAL

03:58PM  25   REPORTS.

03:58PM  1        DO YOU SEE THAT?

03:58PM  2   A.   HOLD ON.

03:59PM  3        OH, YES, I SEE IT NOW.

03:59PM  4   Q.   YOU SEE THAT?

03:59PM  5   A.   YES.

03:59PM  6   Q.   AND ESSENTIALLY, THIS IS THE CONTINUATION OF THE CHAIN

03:59PM  7   FROM THE EMAIL THAT WE JUST LOOKED AT WHERE DR. GADKAR WAS

03:59PM  8   CONVEYING THE REPORT TO DR. BRYAN; RIGHT?

03:59PM  9   A.   RIGHT.

03:59PM 10   Q.   AND WHAT DR. BRYAN IS DOING IS SENDING IT ON TO THE

03:59PM 11   DOCUMENTATION PEOPLE AT CELGENE; RIGHT?

03:59PM 12   A.   I ASSUME SO, YES.

03:59PM 13   Q.   AND HE SAYS, "SHIRLEY AND NATALIE, I HAVE COMPLETED THE

03:59PM 14   SCIENTIFIC REVIEW FOR ACE-011-DM PK-001.  I HAVE BEEN DEALING

03:59PM 15   DIRECTLY WITH KAPIL, ALTHOUGH SUREKHA," THAT'S

03:59PM 16   DR. GANGADKHEDKAR, "IS THE PI.

03:59PM 17        "PETER."

03:59PM 18        DO YOU SEE THAT?

03:59PM 19   A.   UH-HUH, YES.

03:59PM 20   Q.   AND IS THIS CONSISTENT WITH YOUR MEMORY THAT IT WAS

03:59PM 21   DR. BRYAN WHO WAS RESPONSIBLE FOR THE SCIENTIFIC REVIEW OF THIS

03:59PM 22   FINAL ASSAY VALIDATION REPORT?

04:00PM 23   A.   SO I DON'T KNOW IF HE WAS THE FINAL REVIEWER, BUT HE WOULD

04:00PM 24   HAVE BEEN A REVIEWER, YES, OF THIS REPORT.

04:00PM 25   Q.   SO WHEN YOU SEE HIM SAYING HERE "I HAVE COMPLETED THE

04:00PM 1    SCIENTIFIC REVIEW," THAT'S NO SURPRISE TO YOU; RIGHT?

04:00PM 2    A.  NO.

04:00PM 3    Q.  AND THEN IF YOU FLIP OVER TO PAGE 1, MS. GAGLIARDO FROM

04:00PM 4    CELGENE IS SENDING AN EMAIL TO DR. GADKAR ASKING HIM TO SUBMIT

04:00PM 5    A REPORT THAT IS CONSISTENT WITH THE FDA ELECTRONIC SUBMISSION

04:00PM 6    GUIDELINES; RIGHT?

04:00PM 7    A.  RIGHT.

04:00PM 8    Q.  AND HE THINKS HE'S DONE SO, BUT HE'S NOT SURE; RIGHT?

04:00PM 9    A.  RIGHT.

04:00PM 10   Q.  OKAY.

04:00PM 11       YOUR HONOR, I PROBABLY HAVE GOT ANOTHER TEN MINUTES.

04:01PM 12           THE COURT:  LET ME CHECK WITH THE GOVERNMENT TO SEE

04:01PM 13   WHAT THEIR REDIRECT MIGHT BE.

04:01PM 14           MR. LEACH:  VERY MINIMAL AT THIS POINT, YOUR HONOR.

04:01PM 15           THE COURT:  IF I WERE TO ASK THIS JURY TO STAY UNTIL

04:01PM 16   4:30, WOULD WE BE FINISHED WITH THIS WITNESS?

04:01PM 17           MR. LEACH:  CERTAINLY, YOUR HONOR.

04:01PM 18           MR. CLINE:  ABSOLUTELY.

04:01PM 19           THE COURT:  LADIES AND GENTLEMEN, IF WE STAYED

04:01PM 20   ANOTHER 25 MINUTES, WOULD THAT OFFEND ANYONE?

04:01PM 21       I SEE NO HANDS.  THANK YOU.

04:01PM 22       CONTINUE, MR. CLINE.

04:01PM 23           MR. CLINE:  I WILL TALK QUICKLY.

04:01PM 24   Q.  ALL RIGHT.  LET'S GO TO 13902.

04:01PM 25       THIS IS AN EMAIL FROM DR. GADKAR TO YOU COPIED TO

04:02PM   1    DR. YOUNG; RIGHT?

04:02PM   2    A.   YES.

04:02PM   3              MR. CLINE:  I OFFER 13902.

04:02PM   4              MR. LEACH:  NO OBJECTION.

04:02PM   5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

04:02PM   6         (DEFENDANT'S EXHIBIT 13902 WAS RECEIVED IN EVIDENCE.)

04:02PM   7    BY MR. CLINE:

04:02PM   8    Q.   DR. GADKAR IS SENDING YOU AN ASSAY VALIDATION REPORT FOR

04:02PM   9    IGF-1; RIGHT?

04:02PM  10    A.   YES.

04:02PM  11    Q.   AND IF YOU LOOK, THE REPORT IS ATTACHED?

04:02PM  12    A.   YES.

04:02PM  13    Q.   ALL RIGHT.  THE REPORTS THAT YOU'RE RECEIVING FROM

04:02PM  14    DR. GADKAR ARE THESE PD ASSAY VALIDATION REPORTS?

04:02PM  15    A.   YES.

04:02PM  16    Q.   AND WERE THERE OTHER ASSAY VALIDATION REPORTS GOING TO THE

04:02PM  17    PK SIDE TO YOUR KNOWLEDGE OTHER THAN THE ONES THAT WE HAVE

04:02PM  18    ALREADY SEEN?

04:02PM  19    A.   SO THERE WOULD HAVE BEEN ONE SINGLE VALIDATION REPORT FOR

04:02PM  20    THAT.  THERE'S JUST ONE PK ASSAY.

04:02PM  21    Q.   AND THAT'S THE ONE WE SAW?

04:02PM  22    A.   AND THAT'S THE ONE WE SAW.

04:02PM  23    Q.   ALL RIGHT.  VERY GOOD.

04:03PM  24         ALL RIGHT.  WE SPENT SOME TIME ON YOUR DIRECT GOING

04:03PM  25    THROUGH THE POWERPOINT THAT DR. CHEN PREPARED; IS THAT RIGHT?

04:03PM  1     A.   YES.

04:03PM  2     Q.   AND THEN THERE'S ANOTHER POWERPOINT I GUESS THAT YOU

04:03PM  3     PREPARED; IS THAT RIGHT?

04:03PM  4     A.   YES.

04:03PM  5     Q.   AND DR. YOUNG WAS INVOLVED -- WAS THAT A PHONE CALL OR A

04:03PM  6     FACE-TO-FACE MEETING?  DO YOU REMEMBER?

04:03PM  7     A.   I DON'T THINK THERE WERE ANY MORE FACE TO FACE MEETINGS

04:03PM  8     AFTER THE INITIAL COUPLE THAT WE HAD IN THE 2009ISH, 2010

04:03PM  9     RANGE, YEAH.

04:03PM  10    Q.   ALL RIGHT.  AND SO THIS HAPPENED -- THE DISCUSSION OF

04:03PM  11    THOSE POWER POINTS WAS MARCH 5TH, 2012; CORRECT?

04:03PM  12    A.   CORRECT.

04:03PM  13    Q.   AND YOU THINK THAT HAPPENED BY PHONE?

04:03PM  14    A.   I THINK IT HAPPENED BY PHONE, YEP.

04:03PM  15    Q.   ALL RIGHT.  DO YOU REMEMBER DR. YOUNG BEING ON THAT PHONE

04:03PM  16    CALL?

04:03PM  17    A.   I DON'T REMEMBER EXACTLY WHO WAS ON THAT PHONE CALL, BUT I

04:03PM  18    ASSUME HE WAS BECAUSE HE HAD BEEN INVOLVED THE ENTIRE TIME.

04:03PM  19    Q.   OKAY.  SO LET'S GO TO EXHIBIT 3893, WHICH I THINK IS IN

04:04PM  20    EVIDENCE.  IT MAY NOT BE IN THAT BINDER.  IT WILL BE UP ON THE

04:04PM  21    SCREEN, THOUGH, BECAUSE IT'S IN EVIDENCE.

04:04PM  22         DO YOU SEE IT UP THERE?

04:04PM  23    A.   YES.

04:04PM  24    Q.   AND DO YOU REMEMBER YOU WERE ASKED SOME QUESTIONS ABOUT

04:04PM  25    THAT ON YOUR DIRECT EXAMINATION; RIGHT?

04:04PM 1    A.   YES.

04:04PM 2    Q.   I WANT TO GO TO THE THIRD PAGE OF THAT EXHIBIT AND

04:04PM 3    ACTUALLY STARTING ON THE VERY BOTTOM OF THE SECOND PAGE AND

04:04PM 4    GOING TO THE THIRD PAGE, DO YOU SEE THERE'S AN EMAIL FROM

04:05PM 5    DR. YOUNG TO YOU AND DR. CHEN, AND HE COPIED MS. HOLMES AND

04:05PM 6    MR. EDLIN.

04:05PM 7         DO YOU RECOGNIZE THAT AS AN EMAIL FROM YOUR CONSULTANT ON

04:05PM 8    ASSAYS?

04:05PM 9    A.   YES.

04:05PM 10   Q.   ALL RIGHT.  AND I DON'T WANT TO GO THROUGH THIS WHOLE

04:05PM 11   EMAIL, BUT IN ESSENCE WHAT DR. YOUNG IS DOING IS RESPONDING TO

04:05PM 12   THE CONCERNS THAT YOU HAD EXPRESSED ON BOTH THE PK SIDE AND THE

04:05PM 13   PD SIDE IN THAT MARCH 5TH CALL; IS THAT RIGHT?

04:05PM 14   A.   CORRECT.

04:05PM 15   Q.   AND HE GOES THROUGH IN SOME DETAIL AND DISCUSSES YOUR

04:05PM 16   CONCERNS; RIGHT?

04:05PM 17   A.   CORRECT.

04:05PM 18   Q.   AND HE PUSHES BACK TO SOME EXTENT ON THOSE CONCERNS;

04:05PM 19   RIGHT?

04:05PM 20   A.   UH-HUH, YES.

04:05PM 21   Q.   AND THEN IF YOU GO -- LET'S GO TO PAGE 2 AS WE GO SORT OF

04:05PM 22   BACKWARDS IN THIS EMAIL CHAIN.

04:05PM 23        IF YOU LOOK AT MARCH 23RD, 2012 EMAIL, THIS IS FROM YOU TO

04:05PM 24   DR. YOUNG AND DR. CHEN, COPIED TO MS. HOLMES AND MR. EDLIN.

04:05PM 25        DO YOU SEE THAT?

04:05PM   1    A.   YES.

04:05PM   2    Q.   AND YOU SAY, "DANIEL, THANK YOU VERY MUCH FOR YOUR EMAIL

04:06PM   3    AND FOLLOW-UP TO OUR DISCUSSION OF THE PK AND PD RESULTS; WE

04:06PM   4    APPRECIATE THE TIME THAT YOU HAVE TAKEN TO REVIEW THESE DATA

04:06PM   5    AND WILL LET YOU KNOW IF WE HAVE ANY FURTHER QUESTIONS AFTER

04:06PM   6    REVIEWING THAT DATA AGAIN."

04:06PM   7         CORRECT?

04:06PM   8    A.   CORRECT.

04:06PM   9    Q.   YOU DID NOT -- NEITHER YOU NOR DR. CHEN, TO YOUR

04:06PM  10    KNOWLEDGE, EVER GAVE A SUBSTANTIVE RESPONSE TO DR. YOUNG'S

04:06PM  11    RESPONSE TO YOUR CONCERNS; CORRECT?

04:06PM  12    A.   CORRECT.

04:06PM  13    Q.   THERE'S NO EMAIL THAT GOES POINT BY POINT TO HIS RESPONSE

04:06PM  14    AND SAYS YOU'RE RIGHT ABOUT THIS, YOU'RE WRONG ABOUT THAT;

04:06PM  15    RIGHT?

04:06PM  16    A.   I DON'T RECALL EVER REPLYING TO THAT EMAIL, BUT, AGAIN,

04:06PM  17    IT'S A LONG TIME AGO.

04:06PM  18    Q.   SURE.  AND YOU DON'T RECALL ANOTHER PHONE CALL WHERE YOU

04:06PM  19    JUST WENT THROUGH WITH DR. YOUNG AND POINT BY POINT DISCUSSED

04:06PM  20    HIS RESPONSE TO YOUR CONCERNS; RIGHT?

04:06PM  21    A.   NO.

04:07PM  22    Q.   YOU CAN PUT THAT BINDER ASIDE.

04:07PM  23         IF WE CAN GO TO 7753.

04:07PM  24         CLOSE IT UP AND PUT IT ASIDE.

04:07PM  25    A.   OKAY.

04:07PM 1    Q.   AND FIRST I'D LIKE TO GO TO THE PAGE -- THANK YOU VERY

04:07PM 2    MUCH.

04:07PM 3         I'D LIKE TO GO TO THE PAGE THAT HAS AT THE BOTTOM, IN THE

04:07PM 4    BOTTOM RIGHT HAND CORNER, THER-0905724.

04:07PM 5         YOUR HONOR, MAY I APPROACH THE WITNESS AND HAND HER A

04:07PM 6    PAPER COPY?

04:07PM 7              THE COURT:   YES.

04:07PM 8              MR. CLINE:   (HANDING.)

04:07PM 9    Q.   THIS MIGHT BE A LITTLE BIT EASIER FOR YOU IF YOU HAPPEN TO

04:08PM 10   NEED IT.  FEEL FREE TO EITHER USE THE SCREEN OR THE PAPER

04:08PM 11   DOCUMENT.

04:08PM 12   A.   THANK YOU.

04:08PM 13   Q.   NOW, DO YOU HAVE THAT PAGE?  FEEL FREE TO TAKE YOUR TIME

04:08PM 14   AND FIND IT IN THE DOCUMENT.

04:08PM 15   A.   YES.

04:08PM 16   Q.   DO YOU HAVE IT?

04:08PM 17   A.   YES, THE MASTER SERVICE PROVIDER AGREEMENT, YES.

04:08PM 18   Q.   AND THIS IS A CONTRACT BETWEEN CELGENE AND THERANOS;

04:08PM 19   CORRECT?

04:08PM 20   A.   CORRECT.

04:08PM 21   Q.   DATED JUNE 27TH, 2008?

04:08PM 22   A.   YES.

04:08PM 23   Q.   DID YOU EVER REVIEW THIS CONTRACT?

04:08PM 24   A.   NO.

04:08PM 25   Q.   DO YOU THINK BEFORE TODAY YOU HAVE EVER EVEN SEEN THIS

04:08PM 1    CONTRACT?

04:08PM 2    A.   I MAY HAVE SEEN IT, BUT NOT -- I WAS NOT PART OF THE

04:08PM 3    REVIEW AND I WASN'T AWARE OF THIS UNTIL AFTER IT WAS EXECUTED.

04:08PM 4    Q.   OKAY.  SO LET'S NOW MOVE FORWARD TO THE PAGE MARKED

04:08PM 5    THER-0905771, AND IT'S TOWARDS THE END OF THE PAGES THAT I'VE

04:09PM 6    GIVEN YOU.

04:09PM 7    A.   OKAY.

04:09PM 8    Q.   ARE YOU THERE?

04:09PM 9    A.   YES.

04:09PM 10   Q.   AND THIS IS A STATEMENT OF WORK?

04:09PM 11   A.   YES.

04:09PM 12   Q.   AND YOU'RE FAMILIAR WITH STATEMENTS OF WORK FROM YOUR TIME

04:09PM 13   AT CELGENE; RIGHT?

04:09PM 14   A.   CORRECT.

04:09PM 15   Q.   ESSENTIALLY IT DESCRIBES A PARTICULAR SET OF TASKS THAT

04:09PM 16   ARE GOING TO BE PERFORMED BY ONE COMPANY AND IN CONJUNCTION

04:09PM 17   WITH ANOTHER COMPANY; CORRECT?

04:09PM 18   A.   CORRECT.

04:09PM 19   Q.   AND THIS IS THE STATEMENT OF WORK FOR THE ACE-011 PROJECT

04:09PM 20   THAT WE'VE BEEN TALKING ABOUT; RIGHT?

04:09PM 21   A.   YES.

04:09PM 22   Q.   AND YOU WERE FAMILIAR WITH THIS AT THE TIME; RIGHT?

04:09PM 23   A.   WITH THE PROJECT, YES.

04:09PM 24   Q.   I'M SORRY?

04:09PM 25   A.   WITH THE PROJECT, YES.

04:09PM 1    Q.   OKAY.  BUT YOU WERE FAMILIAR WITH THE PROJECT.

04:09PM 2         YOU ALSO SAW THIS STATEMENT OF WORK AT THE TIME THAT YOU

04:09PM 3    WERE WORKING ON THE PROJECT WITH THERANOS; RIGHT?

04:09PM 4    A.   SO THIS STATEMENT OF WORK WAS PUT INTO PLACE, I BELIEVE,

04:09PM 5    AFTER WE GOT INVOLVED AND WERE STARTING TO THINK ABOUT HOW WE

04:10PM 6    WERE GOING TO COLLABORATE WITH THERANOS.

04:10PM 7    Q.   SURE.  MY QUESTION, AND YOU MAY NOT HAVE A CLEAR

04:10PM 8    RECOLLECTION OF THIS, BUT AT THE TIME THAT YOU WERE WORKING

04:10PM 9    WITH THERANOS, SO STARTING IN 2009, WERE YOU FAMILIAR WITH THIS

04:10PM 10   STATEMENT OF WORK?

04:10PM 11   A.   SO THIS IS NOT IN MY SORT OF REALM AND I DIDN'T REALLY

04:10PM 12   TAKE CARE OF THESE THINGS FROM -- YOU KNOW, AS A SCIENTIST THEY

04:10PM 13   CAME TO ME AND I WOULD BE CONSULTED SOMETIMES AND SAY, YOU

04:10PM 14   KNOW, ARE THESE OBJECTIVES -- YOU KNOW, LOOK AT THIS LITTLE

04:10PM 15   SECTION.  DO THESE OBJECTIVES MATCH WITH WHAT YOU WOULD SAY, DO

04:10PM 16   YOU AGREE WITH THEM?

04:10PM 17        THAT'S PRETTY MUCH THE EXTENT OF MY INVOLVEMENT IN

04:10PM 18   THESE -- IN THE PAPERWORK, YEAH.

04:10PM 19   Q.   ALL RIGHT.  LET'S GO TO THE LAST PAGE OF THIS DOCUMENT.

04:10PM 20   IT'S -- THE BATES NUMBER IS 905774.

04:10PM 21        DO YOU SEE THAT?

04:10PM 22   A.   YES.

04:10PM 23   Q.   AND THIS IS THE SIGNATURE PAGE FOR THE STATEMENT OF WORK;

04:10PM 24   RIGHT?

04:10PM 25   A.   YES.

04:10PM  1    Q.   AND YOU SEE MS. HOLMES'S SIGNATURE, 18 NOVEMBER 2009;

04:11PM  2    RIGHT?

04:11PM  3    A.   YES.

04:11PM  4    Q.   AND THEN THERE'S A RICK MORRISSEY WHO IS SIGNING IT FOR

04:11PM  5    CELGENE; RIGHT?

04:11PM  6    A.   YES.

04:11PM  7    Q.   AND WHO IS MR. MORRISSEY?

04:11PM  8    A.   I BELIEVE MR. MORRISSEY AT THE TIME HEADED UP THE LARGER

04:11PM  9    GROUP THAT THE PK GROUP REPORTED IN THROUGH.  SO

04:11PM  10   DRS. PETER BRYAN AND NIANHANG CHEN WOULD HAVE REPORTED THROUGH

04:11PM  11   RICK.

04:11PM  12       AND THIS IS -- I THINK, THE SOW WAS FOR THE PK ASSAY

04:11PM  13   POTENTIALLY, NOT FOR THE PD ASSAYS THAT I WAS INVOLVED IN, JUST

04:11PM  14   TO MAKE THAT CONTRAST.

04:11PM  15   Q.   OKAY.  AND IF YOU LOOK AT -- GOING BACK TO THE FIRST PAGE

04:11PM  16   OF THE STATEMENT OF WORK, 905771, DOWN AT THE BOTTOM THERE'S A

04:11PM  17   HEADING PROJECT PARAMETERS.

04:11PM  18       DO YOU SEE THAT?

04:11PM  19   A.   YES.

04:12PM  20   Q.   AND ESSENTIALLY IT DESCRIBES WHAT THERANOS IS SUPPOSED TO

04:12PM  21   DO UNDER THE STATEMENT OF WORK; RIGHT?

04:12PM  22   A.   CORRECT.

04:12PM  23   Q.   AND DOES THAT ALIGN WITH THE, AT LEAST THE PK PART OF THE

04:12PM  24   ACE-011 PROJECT THAT WE'VE BEEN TALKING ABOUT?

04:12PM  25   A.   IT DOES.

04:12PM 1    Q.   AND THEN IF YOU GO -- TURN OVER TO PAGE 2 NOW OF THIS

04:12PM 2    STATEMENT OF WORK, 905772.

04:12PM 3         AND ABOUT A LITTLE BELOW THE MIDLINE YOU SEE A HEADING

04:12PM 4    PROGRAM COST AND PAYMENT SCHEDULE.

04:12PM 5         DO YOU SEE THAT?

04:12PM 6    A.   YES.

04:12PM 7    Q.   AND IT LOOKS LIKE THERANOS IS GOING TO GET PAID $500,000

04:12PM 8    FOR REALTIME PK ASSAY.

04:12PM 9         DO YOU SEE THAT?

04:12PM 10   A.   YES.

04:12PM 11   Q.   AND A LITTLE BIT BELOW THAT YOU SEE THERE'S SUCCESS

04:12PM 12   MILESTONES.

04:12PM 13        DO YOU SEE THAT?

04:12PM 14   A.   YES.

04:12PM 15   Q.   AND ESSENTIALLY THIS IS HOW THE 500,000 IS GOING TO GET

04:13PM 16   PAID; RIGHT?

04:13PM 17   A.   YES.

04:13PM 18   Q.   AND THIS IS A CUSTOMER WAY OF PAYING THINGS; CORRECT?

04:13PM 19   A.   YES.

04:13PM 20   Q.   YOU ACHIEVE A -- SORRY ABOUT THAT.

04:13PM 21        IF YOU ACHIEVE A SUCCESS MILESTONE, YOU GET PAID; AND IF

04:13PM 22   YOU DON'T ACHIEVE IT, YOU DON'T GET PAID; RIGHT?

04:13PM 23   A.   THAT'S CORRECT.

04:13PM 24   Q.   ALL RIGHT.  AND SO THE FIRST OF THESE SUCCESS MILESTONES

04:13PM 25   IS STATEMENT OF WORK EXECUTION; RIGHT?

04:13PM 1      A.   YES.

04:13PM 2      Q.   AND THAT'S BASICALLY SIGNING THIS DOCUMENT WE'RE LOOKING

04:13PM 3      AT RIGHT NOW; RIGHT?

04:13PM 4      A.   CORRECT.

04:13PM 5      Q.   AND THAT'S A PAYMENT OF $250,000?

04:13PM 6      A.   CORRECT.

04:13PM 7      Q.   AND THEN THE NEXT SUCCESS MILESTONE IS PK ASSAY VALIDATION

04:13PM 8      COMPLETION; RIGHT?

04:13PM 9      A.   RIGHT.

04:13PM 10     Q.   AND THE PAYMENT FOR THAT SUCCESS MILESTONE, ACHIEVING THAT

04:13PM 11     SUCCESS MILESTONE IS $200,000; RIGHT?

04:13PM 12     A.   CORRECT.

04:13PM 13     Q.   AND THEN THE FINAL SUCCESS MILESTONE IS ACCEPTANCE OF

04:13PM 14     FINAL STUDY REPORT FOR PK ASSAY DEVELOPMENT; RIGHT?

04:13PM 15     A.   CORRECT.

04:13PM 16     Q.   AND THE PAYMENT FOR ACHIEVING THAT SUCCESS MILESTONE IS

04:14PM 17     $50,000; RIGHT?

04:14PM 18     A.   RIGHT.

04:14PM 19     Q.   AND THAT FINAL STUDY REPORT FOR PK ASSAY DEVELOPMENT IS

04:14PM 20     THE REPORT THAT WE LOOKED AT EARLIER, RIGHT, THAT DR. BRYAN WAS

04:14PM 21     SCIENTIFICALLY --

04:14PM 22     A.   WAS REVIEWING, YES.

04:14PM 23     Q.   AND, IN FACT, ALL OF THESE SUCCESS MILESTONES WERE

04:14PM 24     ACHIEVED AND ALL OF THESE PAYMENTS WERE MADE; CORRECT?

04:14PM 25     A.   OH, I DON'T KNOW IF THEY WERE MADE.

04:14PM 1    Q.   YOU DON'T KNOW IF THE PAYMENTS WERE MADE?

04:14PM 2    A.   YEAH, I DON'T KNOW.  I ASSUME THEY WERE MADE IF THEY WERE

04:14PM 3    ACCEPTED.

04:14PM 4    Q.   ALL RIGHT.  WHO WITHIN CELGENE WAS RESPONSIBLE FOR

04:14PM 5    DETERMINING IF THERANOS HAD ACHIEVED THE SUCCESS MILESTONES AND

04:14PM 6    SO DESERVED TO BE PAID?

04:14PM 7    A.   SO IT WOULD START WITH THE SCIENTISTS.  SO PETER BRYAN AND

04:14PM 8    NIANHANG CHEN, AND RICK MORRISSEY OVERSEEING THEM WOULD MAKE

04:14PM 9    THAT CALL.

04:14PM 10   Q.   AND IF THEY DETERMINED THAT THE SUCCESS MILESTONE HAD BEEN

04:14PM 11   ACHIEVED, THEN THE FINANCE PEOPLE --

04:14PM 12   A.   THEN THE FINANCE PEOPLE WOULD PAY.

04:15PM 13   Q.   WOULD PAY THE MONEY?

04:15PM 14   A.   CORRECT.

04:15PM 15   Q.   AND SO IF THE MONEY WAS PAID, IT'S FAIR TO CONCLUDE THAT

04:15PM 16   THE SCIENTISTS HAD DECIDED THAT THE SUCCESS MILESTONE HAD BEEN

04:15PM 17   ACHIEVED; RIGHT?

04:15PM 18   A.   THAT'S CORRECT.

04:15PM 19   Q.   ALL RIGHT.

04:15PM 20        THAT'S ALL OF MY QUESTIONS.  THANK YOU.

04:15PM 21           MR. LEACH:  NO REDIRECT, YOUR HONOR.  THANK YOU.

04:15PM 22           THE COURT:  MAY THIS WITNESS BE EXCUSED?

04:15PM 23           MR. CLINE:  YES.

04:15PM 24           MR. LEACH:  YES, YOUR HONOR.

04:15PM 25           THE COURT:  YOU'RE EXCUSED.  THANK YOU FOR COMING

04:15PM 1    IN, DOCTOR.

04:15PM 2        WE'LL TAKE OUR BREAK NOW.  WE'LL BE BACK IN SESSION FRIDAY

04:15PM 3    MORNING, FRIDAY MORNING, LADIES AND GENTLEMEN.

04:15PM 4        AS I INDICATED, COUNSEL, I'D LIKE TO BREAK AT 1:00 P.M. ON

04:16PM 5    FRIDAY IF THAT'S CONDUCIVE TO YOUR SCHEDULES.

04:16PM 6        LADIES AND GENTLEMEN, WE'LL BREAK FRIDAY AT 1:00 P.M.

04:16PM 7        BEFORE I RELEASE YOU, AGAIN LET ME REMIND YOU, IT'S

04:16PM 8    IMPORTANT THAT YOU PLEASE AVOID AS BEST YOU CAN AND PLEASE DO

04:16PM 9    NOT DO ANY INVESTIGATION, ANY RESEARCH, DO NOT LISTEN TO ANY

04:16PM 10   REPORTS ABOUT ANYTHING TO DO ABOUT THIS CASE OR DO ANY RESEARCH

04:16PM 11   ABOUT ANYTHING WITH THIS CASE OR ANYONE INVOLVED IN IT.

04:16PM 12       I'LL ASK YOU TOMORROW -- OR EXCUSE ME -- FRIDAY MORNING

04:16PM 13   WHETHER OR NOT THAT HAS OCCURRED INADVERTENTLY OR IN ANY OTHER

04:16PM 14   MANNER.

04:16PM 15       SO HAVE A GOOD EVENING.  WE'LL SEE YOU FRIDAY MORNING.

04:16PM 16   THANK YOU.  WE'LL START AT 9:00 A.M.  WE'LL START AT 9:00.

04:17PM 17       (JURY OUT AT 4:17 P.M.)

04:17PM 18           THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

04:17PM 19   YOU.

04:17PM 20       THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

04:17PM 21   DAY.  ALL COUNSEL AND MS. HOLMES ARE PRESENT.

04:17PM 22       ANYTHING FURTHER BEFORE WE BREAK?

04:17PM 23           MR. BOSTIC:  VERY BRIEFLY, YOUR HONOR.  TWO ISSUES

04:17PM 24   THAT THE GOVERNMENT WANTED TO FLAG FOR THE COURT BOTH STEMMING

04:17PM 25   FROM THE ONGOING CROSS-EXAMINATION OF DR. ROSENDORFF.

04:17PM  1          FIRST, YESTERDAY THE DEFENSE ASKED DR. ROSENDORFF SOME

04:17PM  2     QUESTIONS ABOUT THE THERANOS LABORATORY INFORMATION SYSTEM.

04:17PM  3          THOSE QUESTIONS INVOLVED NOT ONLY THE CONTENT OF THAT

04:17PM  4     DATABASE BUT ALSO DELVED INTO WHAT DR. ROSENDORFF WAS SHOWN AND

04:17PM  5     SPECIFICALLY THE GOVERNMENT'S DECISION OR THE DEFENSE MIGHT

04:18PM  6     CHARACTERIZE IT AS FAILURE TO SHOW DR. ROSENDORFF ANY EVIDENCE

04:18PM  7     FROM THAT LABORATORY INFORMATION SYSTEM.

04:18PM  8          AS THE COURT KNOWS, THE LIS WAS THE SUBJECT OF PRETRIAL

04:18PM  9     LITIGATION.  IN THE COURT'S MOTION IN LIMINE ORDER, THE COURT

04:18PM 10     BARRED THE GOVERNMENT FROM INTRODUCING EVIDENCE THAT, IN FACT,

04:18PM 11     THERANOS WAS RESPONSIBLE FOR THE DESTRUCTION OF THE LABORATORY

04:18PM 12     INFORMATION SYSTEM.  THAT ORDER, THOUGH, CONTEMPLATED THE

04:18PM 13     POSSIBILITY THAT THE DEFENSE MIGHT OPEN THE DOOR TO THAT

04:18PM 14     EVIDENCE BASED ON THE EVIDENCE AND QUESTIONS AT TRIAL.

04:18PM 15          IT'S THE GOVERNMENT'S POSITION THAT YESTERDAY THE DEFENSE

04:18PM 16     OPENED THE DOOR AND THAT THE GOVERNMENT SHOULD HAVE THE

04:18PM 17     OPPORTUNITY AT THIS POINT TO ANSWER THAT CHALLENGE AND EXPLAIN

04:18PM 18     TO THE JURY EXACTLY WHAT HAPPENED THROUGH INTRODUCING THAT

04:18PM 19     EVIDENCE.

04:18PM 20          WE'RE NOT ASKING THE COURT FOR A RULING AT THIS TIME.  BUT

04:18PM 21     I WANTED TO PUT THE COURT AND THE DEFENSE ON NOTICE THAT WE MAY

04:18PM 22     ASK FOR THE COURT'S GUIDANCE ON THAT IN THE FUTURE.

04:18PM 23          THE COURT:  ALL RIGHT.  THANK YOU.

04:19PM 24          AND THIS WOULD NOT BE INQUIRED FROM DR. ROSENDORFF.  THIS

04:19PM 25     WOULD BE FROM OTHER EVIDENCE OR WITNESSES THAT YOU WOULD INTEND

04:19PM 1   TO CALL?

04:19PM 2           MR. BOSTIC:  THAT'S CORRECT, YOUR HONOR.

04:19PM 3           THE COURT:  I SEE.

04:19PM 4       ANY COMMENT, MR. WADE?

04:19PM 5           MR. WADE:  I THINK I MADE A PERTINENT INQUIRY OF THE

04:19PM 6   WITNESS BASED ON THE WITNESS'S TESTIMONY THAT LIS WAS

04:19PM 7   INFORMATION THAT HE ACCESSED ROUTINELY IN CONNECTION WITH

04:19PM 8   INVESTIGATING MATTERS THAT COME UP, AND I ASKED WHETHER HE WAS

04:19PM 9   SHOWN ANY OF THAT INFORMATION IN CONNECTION WITH NUMEROUS

04:19PM 10  INCIDENTS, SPECIFIC INCIDENTS THAT HE WAS ASKED ABOUT ON DIRECT

04:19PM 11  EXAMINATION.

04:19PM 12      HIS ANSWER WAS NO.  I DON'T THINK THAT OPENS THE DOOR.  I

04:19PM 13  DON'T THINK THAT GIVES THE GOVERNMENT TO SAY WHY, TO EXPLAIN

04:19PM 14  WHY IT DIDN'T GATHER THAT EVIDENCE IN A TIMELY WAY.

04:19PM 15          THE COURT:  I THINK WHAT WE'LL ALL DO IS LET'S LOOK

04:19PM 16  AT THE TRANSCRIPT --

04:19PM 17          MR. WADE:  SURE.

04:19PM 18          THE COURT:  -- AND READ WHAT THE TRANSCRIPT SAYS.

04:20PM 19      I DO RECALL A LINE OF QUESTIONING WHERE YOU LAID A

04:20PM 20  FOUNDATION TO THE LIS AND YOU -- I THINK THE WITNESS TESTIFIED

04:20PM 21  IN RESPONSE TO YOUR QUESTIONS ABOUT WHAT INFORMATION WAS PUT

04:20PM 22  THERE, WHY, AND HOW IT WAS RETRIEVED.  I RECALL A COLLOQUY

04:20PM 23  ABOUT THAT.

04:20PM 24          MR. WADE:  RIGHT.

04:20PM 25          THE COURT:  BUT LET'S LOOK AT THE TRANSCRIPT.  THANK

04:20PM 1    YOU FOR THE HEADS UP AND WE'LL, WE'LL -- WE'RE NOT GOING TO

04:20PM 2    DISCUSS IT THIS AFTERNOON, BUT I THINK WE'LL DO A LITTLE BIT OF

04:20PM 3    INDEPENDENT RESEARCH AND WE'LL TOUCH ON THIS AGAIN.

04:20PM 4        I DON'T KNOW WHEN YOU, MR. BOSTIC, HAD THOUGHTS ABOUT

04:20PM 5    ENGAGING THAT.

04:20PM 6            MR. BOSTIC:  I'M NOT SURE EITHER, YOUR HONOR.  IT'S

04:20PM 7    SOMETHING THAT WE NEED TO THINK SOME MORE ABOUT HOW IT WILL FIT

04:20PM 8    INTO THE REST OF THE TRIAL PRESENTATION.

04:20PM 9            THE COURT:  SURE.

04:20PM 10           MR. BOSTIC:  BUT I WANTED TO RAISE IT IN THE

04:20PM 11   INTEREST OF HAVING THE COURT AND THE PARTIES THINK ABOUT IT.

04:20PM 12           THE COURT:  GREAT.

04:20PM 13           MR. WADE:  WE APPRECIATE THE DISCLOSURE, YOUR HONOR,

04:20PM 14   BECAUSE I THINK IT MIGHT INVOLVE ANOTHER SIX OR EIGHT

04:20PM 15   WITNESSES.  SO I THINK IT WOULD BE GOOD TO, YOU KNOW, TO

04:20PM 16   CONSIDER IT WITH THE TRANSCRIPT AND TO GET SOME ASSESSMENT AS

04:21PM 17   TO WHETHER THAT'S A LIVE ISSUE.

04:21PM 18           THE COURT:  OKAY.  GREAT.

04:21PM 19       ANYTHING ELSE THEN?

04:21PM 20           MR. BOSTIC:  YES, YOUR HONOR.  JUST ONE MORE ISSUE.

04:21PM 21       THE DEFENSE HAS INFORMED US THAT THE CROSS-EXAMINATION OF

04:21PM 22   DR. ROSENDORFF IS LIKELY TO OCCUPY THE ENTIRE DAY OF TOMORROW.

04:21PM 23       WE HAVE NOTICED THAT BASED ON THE LENGTH OF THE

04:21PM 24   EXAMINATION AND THE SUBSTANCE THAT IT'S FREQUENTLY GONE INTO

04:21PM 25   AREAS THAT ARE BEYOND THE SCOPE OF THE DIRECT.

04:21PM 1    WE HAVEN'T OBJECTED, BUT OUR VIEW IS THAT WE ARE NOW

04:21PM 2    LOOKING AT EVIDENCE THAT IS PART OF THE DEFENSE'S

04:21PM 3    CASE-IN-CHIEF.

04:21PM 4        I'M NOT SURE OF THE DEFENSE'S POSITION ON THAT, BUT IF THE

04:21PM 5    COURT AGREES, IT MIGHT HAVE IMPLICATIONS FOR JURY INSTRUCTIONS

04:21PM 6    AND THE LIKE.

04:21PM 7            MR. WADE:  THE GOVERNMENT OFFERED A BROAD INDICTMENT

04:21PM 8    OF THE LABORATORY PRACTICES AT THERANOS AND ESSENTIALLY PUT THE

04:21PM 9    RESPONSIBILITY FOR THAT AT THE FEET OF MY CLIENT AND OTHERS.

04:21PM 10       I THINK IT'S VERY APPROPRIATE.  AND IT HAS PUT AT ISSUE

04:21PM 11   THE ACCURACY AND RELIABILITY OF THE TESTS WHICH THEY ASKED THIS

04:22PM 12   WITNESS TO OPINE ON ON NUMEROUS OCCASIONS.

04:22PM 13       I'VE BEEN EXPLORING THOSE ISSUES WHICH WERE RAISED ON

04:22PM 14   DIRECT.  I UNDERSTAND THAT IT'S A LENGTHY EXAMINATION AND WILL

04:22PM 15   CONTINUE TO BE A LENGTHY EXAMINATION, AND THAT'S IN PART

04:22PM 16   BECAUSE OF THE LIMITED AND SELECTIVE NATURE BY WHICH THE

04:22PM 17   GOVERNMENT CONDUCTED ITS EXAMINATION.

04:22PM 18       IT REQUIRES A FAIR AMOUNT OF UNPACKING SO THAT THE JURY

04:22PM 19   HAS THE APPROPRIATE CONTEXT TO UNDERSTAND THE INFORMATION THAT

04:22PM 20   IS IN FRONT OF IT.

04:22PM 21           AND WITHOUT THAT --

04:22PM 22           THE COURT:  DOES UNPACKING MEAN BEYOND THE SCOPE OF

04:22PM 23   DIRECT?

04:22PM 24           MR. WADE:  NO.  BECAUSE THE WITNESS WHO IS LEGALLY

04:22PM 25   RESPONSIBLE FOR THE LAB CAN'T GET UP AND SAY, FOR EXAMPLE, THAT

04:22PM 1    THE QUALITY CONTROL RESULTS ARE CONCERNING AND DEEPLY TROUBLING

04:22PM 2    TO HIM WITHOUT UNDERSTANDING THE CONTACT.

04:22PM 3        IT'S APPROPRIATE CROSS-EXAMINATION TO UNDERSTAND THE

04:22PM 4    CONTEXT IN WHICH HE'S MAKING THOSE STATEMENTS SO THAT THE JURY

04:23PM 5    IS NOT MISLED BY THE EXAMINATION OF THE GOVERNMENT.

04:23PM 6        THAT'S WHAT I'M DOING ON CROSS-EXAMINATION.

04:23PM 7            THE COURT:  THERE ARE TIMES WHEN THE WITNESS HAS

04:23PM 8    TRIED TO OFFER HIS ADDITIONAL THOUGHTS TO CLARIFY AN ANSWER,

04:23PM 9    AND I KNOW YOU'VE ASKED THE COURT TO STRIKE CERTAIN THINGS AND

04:23PM 10   I HAVE.

04:23PM 11       BUT IT MAY BE THAT -- AND I DON'T KNOW WHAT THE

04:23PM 12   GOVERNMENT'S POSITION IS.  THEY MIGHT, IF THEY DECIDE TO

04:23PM 13   REDIRECT, THEY MIGHT GO INTO THAT ISSUE.

04:23PM 14       IT'S, IT'S -- SOMETIMES A JUDGE IS PUT IN A POSITION WHERE

04:23PM 15   SHE HAS TO LOOK AND SAY, WELL, THE WITNESS WANTS TO EXPLAIN HER

04:23PM 16   ANSWER AND THE ATTORNEY ASKS A QUESTION, AND IT SEEMS LIKE IT'S

04:23PM 17   ONLY FAIR TO ALLOW A WITNESS TO EXPLAIN THE ANSWER, AS YOU SAY,

04:23PM 18   TO ALLOW THE JURY TO GET THE FULL CONTEXT OF THINGS.

04:23PM 19       THIS IS SOME THAT IT'S A CHALLENGE FOR THE JUDGES TO TRY

04:23PM 20   TO DECIDE, WELL, IS THAT REALLY AN EXPLANATION OR IS THAT

04:24PM 21   SOMETHING ELSE?

04:24PM 22       SO -- AND I DON'T KNOW, I'M NOT BEING -- I'M NOT MAKING

04:24PM 23   ANY OBSERVATION ABOUT YOUR EXAMINATION AT ALL, BUT SOMETIMES A

04:24PM 24   WITNESS FEELS COMPELLED AND SAYS I SHOULD HAVE SAID THIS, I

04:24PM 25   SHOULD HAVE SAID THIS OR THIS IS SOMETHING THAT I MEAN TO

04:24PM   1    ANSWER SUCH THAT YOU CAN BETTER UNDERSTAND THE CONTEXT OF MY

04:24PM   2    RESPONSE.

04:24PM   3              MR. WADE:  I CERTAINLY UNDERSTAND THAT AND THAT

04:24PM   4    UNDOUBTEDLY GOES OR RELATES DIRECTLY TO THE LENGTH OF THE

04:24PM   5    CROSS-EXAMINATION TO THE EXTENT SOME OF THOSE ANSWERS ARE

04:24PM   6    OFFERED.

04:24PM   7         THERE ARE TIMES WHERE I HAVE CONSIDERED IT TO BE SOMEWHAT

04:24PM   8    RELATED AND I'VE LET IT GO.

04:24PM   9         THERE ARE TIMES WHERE I CONSIDER IT TO BE EFFECTIVELY THE

04:24PM  10    WITNESS'S DEFENSIVE IS CONDUCT OR THE EXPLANATION OF THE ITEM

04:24PM  11    THAT IS PUT IN FRONT OF HIM THAT IS NOT THE ITEM PUT IN FRONT

04:24PM  12    OF HIM, WHICH REALLY ISN'T DIRECTLY RELATED.

04:24PM  13         AND IF THE GOVERNMENT WANTS TO GO BACK INTO THAT AND HAVE

04:24PM  14    THE WITNESS PROVIDE MORE CONTEXT, OF COURSE THEY'RE WELCOME TO

04:25PM  15    DO THAT ON REDIRECT, AND I'LL REPRESENT THAT I WON'T MAKE A

04:25PM  16    SCOPE OBJECTION WITH RESPECT TO THAT.

04:25PM  17              THE COURT:  SURE.

04:25PM  18              MR. WADE:  AND WE'LL LET THE GOVERNMENT DO WHAT IT

04:25PM  19    NEEDS TO DO TO PRESENT ITS CASE.

04:25PM  20              THE COURT:  I POINT THAT OUT.  I THINK WE ALL

04:25PM  21    UNDERSTAND THE CHALLENGES OF THAT.

04:25PM  22         BUT I THINK THAT -- I RECALL THIS AFTERNOON THE WITNESS

04:25PM  23    STARTED TO SAY SOMETHING AND THEN HE SAID, WELL, NEVER MIND, HE

04:25PM  24    THREW HIS HANDS UP.  I THINK HE'S HEARD THE COURT SAY STRIKE

04:25PM  25    FOR NONRESPONSIVE AND PERHAPS HE'S UNDERSTANDING THAT CONCEPT.

2378

04:25PM  1      MR. WADE:  MAYBE WE'RE GETTING THERE, YOUR HONOR.

04:25PM  2   AND AGAIN, IT'S A BALANCE.

04:25PM  3      THE COURT:  IT IS.  IT IS.

04:25PM  4      MR. WADE:  I WOULD NOTE THAT -- AND I'M NOT

04:25PM  5   SURPRISED BY THIS.  THERE'S NO IN ANY WAY NEGATIVE JUDGMENT.

04:25PM  6   OF COURSE, MR. BOSTIC THOUGHT WE WERE GOING TO HAVE A TWO AND A

04:25PM  7   HALF HOUR DIRECT EXAMINATION.  I THINK WE WERE ALL OF ONE DAY

04:25PM  8   AND ALMOST HALF OF THE NEXT DAY.  I'M NOT -- I DON'T THINK I'M

04:25PM  9   YET PAST THAT AND YET WE'VE HAD SOME -- WE'VE LIMITED THE

04:26PM  10   EXAMINATION TODAY AND WE STOPPED AT 2:00 O'CLOCK AND SO --

04:26PM  11      THE COURT:  AND SO CAN I ASK YOU "THE MR. BOSTIC

04:26PM  12   QUESTION" ARE YOU CLOSER TO THE BEGINNING OR CLOSER TO THE END?

04:26PM  13      MR. WADE:  I WOULD SUGGEST I'M AT LEAST AT HALFTIME,

04:26PM  14   YOUR HONOR.

04:26PM  15      YOU KNOW, SOMETIMES THE SECOND HALF IS THE MORE EXCITING

04:26PM  16   HALF.

04:26PM  17      (LAUGHTER.)

04:26PM  18      MR. WADE:  SO WE'RE GOING TO KEEP GOING.

04:26PM  19      I'LL HAVE A BETTER ESTIMATE.  AS I TOLD MR. BOSTIC, WE

04:26PM  20   HAVE DISCUSSED MEETING AND CONFERRING WITH RESPECT TO THIS

04:26PM  21   TOMORROW AND WITH RESPECT TO SOME OF THE RELATED ISSUES.

04:26PM  22      THE COURT:  WELL, WE DON'T HAVE A GAME CLOCK ON, DO

04:26PM  23   WE?

04:26PM  24      MR. WADE:  WELL, THERE'S ALWAYS A GAME CLOCK BECAUSE

04:26PM  25   WE RESPECT THE COURT'S TIME AND WE KNOW --

04:26PM 1          THE COURT:  WELL, I SAY THAT AND I'M SUGGESTING THAT

04:26PM 2   THERE IS NO TIME LIMIT IN A CRIMINAL CASE.  YOU KNOW THAT.  AND

04:26PM 3   THE COURT IS NOT IN ANY WAY GOING TO SUGGEST THAT YOU HAVE TIME

04:26PM 4   LIMITS ON THE PREPARATION.  I'M NOT GOING TO INVOLVE IT AT ALL,

04:27PM 5   IMPEDE YOUR CLIENT'S SIXTH AMENDMENT RIGHT TO A FAIR TRIAL AND

04:27PM 6   TO PUT ON THE DEFENSE THAT SHE FEELS IS APPROPRIATE.  I'M NOT

04:27PM 7   SUGGESTING THAT AT ALL.

04:27PM 8          MR. WADE:  YOU NEVER HAVE, YOUR HONOR.

04:27PM 9          THE COURT:  BUT I DO WANT TO -- I'M MINDFUL OF OUR

04:27PM 10  TIME ESTIMATE AND TRYING TO MANAGE THAT AS BEST WE CAN.

04:27PM 11      THIS JURY HAS BEEN VERY GOOD ABOUT ME EXTENDING, TO

04:27PM 12  CONTINUE WITH THE SPORTS DISCUSSION, EXTENDING THE GOAL LINES

04:27PM 13  ON OUR TIME.  SO THEY'VE BEEN VERY GOOD ABOUT THAT.  AND WE'LL

04:27PM 14  PROBABLY HAVE TO CONTINUE TO DO THAT.

04:27PM 15          MR. BOSTIC:  YOUR HONOR, JUST TWO BRIEF POINTS IN

04:27PM 16  RESPONSE.

04:27PM 17      FIRST OF ALL, SO I DID TELL DEFENSE COUNSEL THAT I

04:27PM 18  ESTIMATED MY DIRECT WAS GOING TO BE 2.5 HOURS-PLUS.  THE PLUS

04:27PM 19  ENDED UP DOING A LOT OF WORK IN THAT.

04:27PM 20      (LAUGHTER.)

04:27PM 21          MR. BOSTIC:  BUT JUST FOR THE RECORD, I'M ACTUALLY

04:27PM 22  NOT QUITE THAT BAD AS ESTIMATING.

04:27PM 23      MORE IMPORTANTLY, ON THE SCOPE OF THE CROSS, THERE'S NO

04:27PM 24  DOUBT THAT THE ACCURACY OF THERANOS'S TESTS ARE AT ISSUE IN

04:27PM 25  THIS CASE.  I'M NOT TRYING TO PREVENT THE DEFENSE FROM

04:28PM 1    ANSWERING THOSE POINTS.

04:28PM 2        BUT THAT DOESN'T SWALLOW THE RULE ABOUT THE SCOPE OF

04:28PM 3    DIRECT AND THE CORRELATION TO THE SCOPE OF CROSS.

04:28PM 4        DURING THE CROSS-EXAMINATION, FOR EXAMPLE, THE LENGTHY

04:28PM 5    DISCUSSION OF VALIDATION REPORTS, THEIR CONTENT, THE VALIDATION

04:28PM 6    PROCESS, THAT DOES NOT BEAR A CLOSE NEXUS TO THE SUBSTANCE OF

04:28PM 7    THE DIRECT IS THE GOVERNMENT'S POSITION.

04:28PM 8        WHEN WE GET INTO THOSE AREAS, OUR VIEW IS THAT WE'RE

04:28PM 9    ENTERING THE DEFENSE CASE-IN-CHIEF TERRITORY, AND THAT'S

04:28PM 10   PROBABLY WHY WE'RE RAISING THE ISSUE NOW.

04:28PM 11           THE COURT:  OKAY.

04:28PM 12           MR. WADE:  WITH ALL DUE RESPECT, WE COULDN'T AGREE

04:28PM 13   MORE STRONGLY GIVEN THE SCOPE OF THE GOVERNMENT'S DIRECT

04:28PM 14   EXAMINATION.  THEY PUT AT ISSUE ALL OF THESE ASSAYS AND THE

04:28PM 15   TESTS PERFORMED ON THE EDISON DEVICES THROUGH DR. ROSENDORFF.

04:28PM 16   HE MADE BROAD STATEMENTS, BROAD INDICTMENT, FRANKLY, OF HIS OWN

04:28PM 17   WORK AT TIMES.

04:28PM 18       WE HAVE TO UNPACK THAT, AND THAT'S NOT EASY BECAUSE THE

04:28PM 19   LAB IS COMPLICATED.

04:28PM 20       AND I DON'T THINK IT'S LIMITED TO CROSS-EXAMINING HIM ON

04:29PM 21   THE EMAIL.  THEY WENT THROUGH A LOT OF DIFFERENT ASSAYS, THEY

04:29PM 22   WENT THROUGH A LOT OF GENERAL PRACTICES, AND I THINK IT'S

04:29PM 23   NECESSARY FOR THE JURY TO BE ABLE TO UNDERSTAND THE CONTEXT IN

04:29PM 24   WHICH THAT IS OFFERED, OTHERWISE, OTHERWISE THE EVIDENCE THAT

04:29PM 25   WAS OFFERED BY THE GOVERNMENT IS VERY MISLEADING.

04:29PM 1        THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR THE

04:29PM 2    DISCUSSION.

04:29PM 3        WELL, IT SOUNDS LIKE WE WILL HAVE DR. ROSENDORFF BACK ON

04:29PM 4    TUESDAY NEXT AND HE'LL FINISH, OF COURSE, FRIDAY, BUT WE WON'T

04:29PM 5    FINISH WITH HIS EXAMINATION FRIDAY WITH THAT LIMITED TIME.  AND

04:29PM 6    IT SOUNDS LIKE HE MIGHT BE HERE FOR THE ENTIRETY OF TUESDAY.

04:29PM 7        IS THAT A FAIR ASSESSMENT DO YOU THINK?

04:29PM 8        MR. WADE:  I'LL HAVE A BETTER SENSE OF THAT.  AND

04:29PM 9    I'M INFERRING FROM MR. BOSTIC THAT HE MAY HAVE SOME REDIRECT.

04:29PM 10   SO WE'LL MEET AND CONFER, AND WE'LL KEEP THE COURT APPRISED ON

04:29PM 11   FRIDAY AT THE END OF THE DAY AS TO WHERE WE STAND.

04:29PM 12       THE COURT:  OKAY.  THAT'S GREAT.

04:29PM 13       AND THEN YOU'RE ADJUSTING, MR. BOSTIC, YOUR TEAM IS

04:30PM 14   ADJUSTING YOUR WITNESS SCHEDULES ACCORDINGLY?

04:30PM 15       ON EITHER SIDE IF THERE ARE ANY -- YOU'LL LET ME KNOW IF

04:30PM 16   YOU HAVE ANY WITNESS ISSUES AND THEN WE CAN CALENDAR

04:30PM 17   ACCORDINGLY.

04:30PM 18       MR. BOSTIC:  WE WILL, THANK YOU.

04:30PM 19       THE COURT:  AND THAT'S ON BOTH SIDES.

04:30PM 20       MR. WADE:  AND WE WERE GLAD WE WERE ABLE TO SNEAK

04:30PM 21   ONE IN AND MAKE THE BEST OF THE TIME TODAY.

04:30PM 22       THE COURT:  GREAT.  THANKS.  HAVE A GOOD EVENING,

04:30PM 23   AND WE'LL SEE YOU ON FRIDAY.  THANK YOU.

04:30PM 24       THE CLERK:  COURT IS ADJOURNED.

04:30PM 25       (COURT ADJOURNED AT 4:30 P.M.)

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16  _____
    IRENE RODRIGUEZ, CSR, CRR
    CERTIFICATE NUMBER 8076

17

18

19  _____
    LEE-ANNE SHORTRIDGE, CSR, CRR
    CERTIFICATE NUMBER 9595

20

21       DATED:  SEPTEMBER 29, 2021

22

23

24

25