# EXHIBIT 23

# EXHIBIT F

**PROPOSED PRETRIAL SCHEDULE**

| Date | Event |
|---|---|
| Monday, September 16, 2019 | The Government previously agreed to complete its Rule 16(a) disclosures (except expert disclosures) by this date. The Government confirmed for the defense that it believes it complied with this production deadline. The defense believes the government has not satisfied its disclosure obligations. The Government shall remain obligated to produce any Rule 16(a) material it subsequently discovers. |
| Monday, December 16, 2019 | All pretrial motions pursuant to Rule 12(b)(3)(A)-(D) are to be filed. |
| Monday, January 13, 2020 | Responses to Rule 12(b)(3)(A)-(D) motions due. |
| Monday, January 27, 2020 | Replies in support of Rule 12(b)(3)(A)-(D) motions due. |
| Monday, February 3, 2020 | The Government shall complete its disclosure of *Jencks* materials. The Government shall remain obligated to produce any *Jencks* materials it subsequently discovers. |
| Monday, February 10, 2020 | Hearing on Rule 12(b)(3)(A)-(D) motions. |
| Friday, March 6, 2020 | The Government shall serve a summary under Rule 16 for each expert witness that it intends to call at trial in its case-in-chief. |
| Friday, March 6, 2020 | The Government shall provide notice of any evidence of other crimes, wrongs or acts which the Government intends to offer under Federal Rule of Evidence 404(b). |
| Wednesday, April 29, 2020 | Each defendant shall serve a summary pursuant to Rule 16 for each expert witness that defendant intends to call at trial in the defendant's case-in-chief. |
| Friday, May 1, 2020 | Each defendant shall complete the defendant's Rule 16 disclosures other than expert disclosures. |
| Friday, May 1, 2020 | The Government shall serve witness and exhibit lists for its case-in-chief.<br><br>The Government shall identify any statement the Government intends to offer under Federal Rule of Evidence 801(d)(2)(E). |

| | |
|---|---|
| Wednesday, May 13, 2020 | The Government shall serve a summary pursuant to Rule 16 for each expert witness that it intends to call at trial in rebuttal to expert testimony offered by any defendant. |
| Friday, May 15, 2020 | Each defendant shall serve witness and exhibit lists for the defendant's case-in-chief. |
| Friday, May 22, 2020 | Motions *in limine* and motions relating to experts due. |
| Friday, May 22, 2020 | Proposed jury instructions, juror questionnaire, and voir dire questions due. |
| Monday, June 8, 2020 | Responses to motions *in limine* and motions relating to experts due. |
| Monday, June 8, 2020 | The parties shall file a pretrial conference statement addressing the matters set forth in Local Rule 17.1-1. The Government shall advise the Court that it has produced all *Brady* and *Giglio* information in its possession and will continue to produce any the government subsequently discovers. |
| Monday, June 22, 2020 | Replies in support of motions *in limine* and motions relating to experts due. |
| Thursday, July 9, 2020 | Pretrial Conference |
| Tuesday, July 28, 2020 | Jury Selection |
| Tuesday, August 4, 2020 | First Day of Trial |