# EXHIBIT 28

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
Western Division of Survey and Certification
San Francisco Regional Office
90 7th Street, Suite 5-300 (5W)
San Francisco, CA  94103-6707



Refer to: WDSC-GKY

**IMPORTANT NOTICE – PLEASE READ CAREFULLY**

January 25, 2016

Sunil Dhawan, M.D., Director                    CLIA Number: 05D2025714
Theranos, Inc.
7333 Gateway Boulevard
Newark, CA  94560

RE:  CONDITION LEVEL DEFICIENCIES – IMMEDIATE JEOPARDY

Dear Dr. Dhawan:

In order for a laboratory to perform testing under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), Public Law 100-578, it must comply with all CLIA requirements. These requirements are found in section 353 of the Public Health Service Act (42 U.S.C. 263a) and 42 Code of Federal Regulations, Part 493 (42 CFR 493). Federal regulations require onsite surveys to determine whether or not a laboratory is in compliance with the applicable regulations. Compliance with these regulations is a condition of certification for the CLIA program.

The Centers for Medicare & Medicaid Services (CMS) conducted a CLIA recertification and complaint survey of the laboratory.  The onsite survey was completed on November 20, 2015. However, the survey concluded with the receipt of critical information received from the laboratory on December 23, 2015.  As a result of the survey, it was determined that your facility is not in compliance with all of the Conditions required for certification in the CLIA program.  In addition, based on the Condition-level requirement at 42 C.F.R. § 493.1215, Hematology, it was determined that the deficient practices of the laboratory pose immediate jeopardy to patient health and safety.  (Immediate jeopardy is defined by the CLIA regulations as a situation in which immediate corrective action is necessary because the laboratory's non-compliance with one or more Condition-level requirements has already caused, is causing, or is likely to cause, at any time, serious injury or harm, or death, to individuals served by the laboratory or to the health and safety of the general public.)  Specifically, the following Conditions were not met:

| | | |
|---|---|---|
| D5024: 42 C.F.R. § 493.1215 | Condition: Hematology; | |
| D5400: 42 C.F.R. § 493.1250 | Condition: Analytic systems; | |
| D6076: 42 C.F.R. § 493.1441 | Condition: Laboratories performing high complexity testing; laboratory director; | |
| D6108: 42 C.F.R. § 493.1447 | Condition: Laboratories performing high complexity testing; technical supervisor; and, | |

1

FOIA Confidential Treatment Requested by Theranos                    TS-0917883

D6168: 42 C.F.R. § 493.1487    Condition: Laboratories performing high complexity testing; testing personnel.

In addition, other standards were also found to be not met. Enclosed is Form CMS-2567, Statement of Deficiencies, listing all the deficiencies found during the survey.

When a laboratory's deficiencies pose immediate jeopardy, CMS requires the laboratory to take immediate action to remove the jeopardy and come into Condition-level compliance. Laboratories that do not meet the Condition-level requirements of CLIA may not be certified to perform laboratory testing under the CLIA program.

The laboratory has 10 CALENDAR DAYS from the date of receipt of this notice to provide CMS' Central Office and San Francisco Regional Office with a credible allegation of compliance and acceptable evidence of correction documenting that the immediate jeopardy has been removed and that action has been taken to correct all of the Condition-level deficiencies in question.

Please document the laboratory's allegation of compliance using the enclosed Form CMS-2567, Statement of Deficiencies, in the columns labeled "Provider Plan of Correction" and "Completion Date" located on the right side of the form, keying your responses to the deficiencies on the left. The laboratory director must sign, date and return the completed Form CMS-2567 documented with a credible allegation of compliance WITHIN 10 CALENDAR DAYS from the date of receipt of this notice. You must also submit documented evidence that verifies that the corrections were made. (Your allegation of compliance will be included in the public record of the inspection.)

For your information, a credible allegation of compliance is a statement or documentation that is:

1) Made by a representative of a laboratory with a history of having maintained a commitment to compliance and taking corrective action when required;

2) Realistic in terms of the possibility of the corrective action being accomplished between the date of the survey and the date of the allegation; and

3) Indicates resolution of the problems.

In addition, acceptable evidence of correction must include:

1) Documentation showing what corrective action(s) have been taken for patients found to have been affected by the deficient practice;

2) How the laboratory has identified other patients having the potential to be affected by the same deficient practice and what corrective action(s) has been taken;

3) What measure has been put into place or what systemic changes have been made to ensure that the deficient practice does not recur; and

2

4) How the corrective action(s) are being monitored to ensure the deficient practice does not recur.

If the laboratory submits a credible allegation of compliance and acceptable evidence of correction that the laboratory has removed jeopardy and come into Condition-level compliance, and we are able to verify compliance with all CLIA requirements through a follow-up survey, sanctions will not be imposed. If the laboratory does not submit a credible allegation of compliance and acceptable evidence of correction, we will not conduct a follow-up survey.

If jeopardy is not removed and the laboratory does not come into Condition-level compliance, CMS will take sanction action(s) against the laboratory's CLIA certificate. If necessary, we will advise the laboratory in writing of the sanction(s) to be imposed and/or enforcement action(s) that will be taken. These sanctions may include alternative sanctions (Civil Money Penalty of up to $10,000 per day of non-compliance pursuant to 42 C.F.R. §493.1834, Directed Plan of Correction pursuant to 42 C.F.R. § 493.1832, and/or State Onsite Monitoring pursuant to 42 C.F.R. § 493.1836) and principal sanctions (suspension, limitation and/or revocation of the laboratory's CLIA certificate and cancellation of the laboratory's approval for Medicare payments pursuant to 42 C.F.R. § 493.1814).

Please note that the routine survey takes an overview of the laboratory through random sampling. By its nature, the routine survey may not find every violation that the laboratory may have committed. It remains the responsibility of the laboratory and its director to ensure that the laboratory is at all times following all CLIA requirements, to identify any problems in the laboratory and take corrective action specific to the problems, and to institute appropriate quality assurance measures to ensure that the deficient practices do not recur.

In addition to the routine CLIA certification surveys, announced or unannounced investigations/ surveys may be conducted by CMS or CMS' agents at any time to address complaints or other non-compliance issues. These investigations/surveys may well identify violations that may not have surfaced during a routine survey using random sampling, but for which the laboratory and its director will still be held responsible.

**Instructions for Submitting the Laboratory's Response**

All responses as well as any future correspondence pertaining to this survey should be sent to:

Karen Fuller, Manager
State Oversight and CLIA Branch
Division of Survey and Certification
Centers for Medicare & Medicaid Services
90 7th Street, Suite 5-300 (5W)
San Francisco, CA 94103-6707

A copy of any response the laboratory makes to CMS' San Francisco Regional Office must also be sent to CMS' Central Office at the following address:

3

Division of Laboratory Services
Survey and Certification Group (SCG)
Center for Clinical Standards and Quality (CCSQ)
Centers for Medicare & Medicaid Services
7500 Security Blvd – Mail Stop C2-21-16
Baltimore, MD 21244
Attention: Sarah Bennett

If you have questions regarding this letter, please contact Gary Yamamoto of my staff at (415) 744-3738.

Sincerely,

*Karen Fuller*

Karen Fuller, Manager
State Oversight and CLIA Branch
Division of Survey and Certification

Enclosure:     Form CMS-2567, Statement of Deficiencies

cc:            California Department of Public Health, Laboratory Field Services

               CMS, Central Office

4

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE<br>7333 GATEWAY BLVD<br>NEWARK, CA  94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | 493.1256(f)(g) CONTROL PROCEDURES<br><br>(f) Results of control materials must meet the laboratory's and, as applicable, the manufacturer's test system criteria for acceptability before reporting patient test results.<br><br>(g) The laboratory must document all control procedures performed.<br>This STANDARD  is not met as evidenced by:<br>1.  Based on review of the prothrombin time/international normalized ratio (PT/INR) procedure, quality control (QC) records, patient results and interview with the general supervisor, the laboratory failed to ensure that the QC for PT/INR was acceptable prior to reporting patient results from April 2015 through September 2015. Findings include:<br><br>a.  CL SOP-10001 Revision A, "Measuring Prothrombin Time-Innovin (PT on the Siemens BCS XP Instrument" stated on page 6, section 8.6 that if control values are outside of the determined range, the controls, reagents and instrument performance should be checked and that identification and correction of the problem shoud be documented prior to reporting patient results.<br><br>b.  QC records for Citrol 3 (Lot number 548425) were reviewed from 4/1/15 through 9/23/15.<br><br>c.  The general supervisor stated that QC was acceptable if the values were +/- 2 SD from the | D5481 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page  36 of 121

FOIA Confidential Treatment Requested by Theranos                                                        TS-0917922

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE<br><br>7333 GATEWAY BLVD<br>NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | Continued From page 36<br>mean.<br><br>d. On 9/7/15, Citrol 3 was run seven times without obtaining an acceptable QC value.<br><br>e. On 9/8/15, Citrol 3 was run twelve times without obtaining an acceptable QC value.<br><br>f. On 25 of 32 days, Citrol 3 was not rerun when the QC value was greater than - 2 SD.<br><br>g. On 5/15/15, 8/13/15, 8/21/15 and 9/10/15, Citrol 3 was run twice. All QC results were unacceptable.<br><br>h. The Rule Check report revealed that 13 of 13 QC values in April 2015, 2 of 17 in May 2015, 7 of 7 in June 2015, 13 of 13 in July 2015, 16 of 16 in August, and 24 of 24 during September 1-16, 2015 showed rule violation messages related to Citrol 3.<br><br>i. 81 patients were reported from 4/1/15 through 9/16/15.<br><br>2. Based on review of the quality control (QC) procedure, QC records, and raw data from patient test runs and interview with the general supervisor, the laboratory failed to ensure that the QC was acceptable for the Theranos Proprietary System (TPS) prior to reporting patient test results: Findings include:<br><br>a. CL SOP-15026 Revision A, "Edison 3.5 Theranos System Daily QC Procedures", stated the following in section 10.1.1: "...For any single Edison instrument, reject QC if either level is greater than 2 SD or if either level falls on the same side of the mean for 10 consecutive days." | D5481 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 37 of 121

FOIA Confidential Treatment Requested by Theranos          TS-0917923

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **05D2025714** | A. BUILDING _____ B. WING _____ | | **11/20/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **THERANOS INC** | **7333 GATEWAY BLVD** **NEWARK, CA 94560** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | Continued From page 37 | D5481 | | |
| | b.   Section 11.1.1 of  CL SOP-15026 Revision A further stated that "Daily QC automatically expires 24 hours after use." | | | |
| | c.   The general supervisor stated that when the QC was unacceptable, the TPS device locked out patient testing for 24 hours or until the QC was acceptable and if the QC was unacceptable another device would be used for testing. | | | |
| | d.   QC records for Sex Hormone Binding Globulin (SHBG) showed that on Device E001025 QC Level 2's (QC2) 24 hour expiration was on 8/14/14 at 18:54 and was not run again until 8/15/14 at 00:05.  Patient data showed that patient Accession #94389 was run on 8/14/14 at 19:09. | | | |
| | e.   QC records for SHBG showed that on Device E001025 QC Level 1's (QC1) 24 hour expiration was on 8/20/14 at 17:43 and was not run again until 8/21/14 at 17:50. Patient data showed that patient Accession #95403 was run on 8/20/14 at 19:08. | | | |
| | f.   QC records for SHBG showed that on Device E001036 QC1 was not run again until 11/1/14 at 22:15.  Patient data showed that patient Accession #112807 was run on 11/1/14 at 00:02. | | | |
| | g.   QC records for Vitamin B12 (VB12) showed that on Device E000027 QC1 was run on 8/16/14 at 06:16 and failed. QC1 was next run 8/17/14 at 09:10 and passed.  QC2 was not run on 8/15/14 or 8/16/14. Patient data showed that patient Accession #94598 was run on 8/16/14 at 00:48. | | | |
| | h.   QC records for VB12 showed that on Device | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page  38 of 121

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE<br>7333 GATEWAY BLVD<br>NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | Continued From page 38<br>E000027 QC1 was run on 8/16/14 at 06:16 and failed. QC1 was next run 8/17/14 at 09:10 and passed. QC2 was not run on 8/15/14 or 8/16/14. Patient data showed that patient Accession #94598 was run on 8/16/14 at 00:48.<br><br>i. QC records for VB12 showed that on Device E000027 QC2 24 hour expiration was on 8/19/14 at 08:00 and was not run again until 8/20/14 at 21:05. Patient data showed that 3 patients (Accession #s 95411, 95462, 95543) were run on 8/20/14 between 12:33 and 17:52.<br><br>j. QC records for VB12 showed that on Device E000027 QC2 24 hour expiration was on 8/22/14 at 17:38 and was not run again until 8/23/14 at 21:05. Patient data showed that 2 patients (Accession #s 95984, 96106) were run on 8/22/14 at 18:56 and 21:21.<br><br>k. QC records for VB12 showed that on Device E000027 QC1's 24 hour expiration was on 8/24/14 at 16:43 and was not run again until 8/25/14 at 07:59. QC2 24 hour expiration was on 8/24/14 at 21:05 and was not run again until 8/25/14 at 12:23. Patient data showed that 3 patients (Accession #s 96327, 96250, 96371) were run on 8/24/14 between 17:15 and 21:36.<br><br>l. QC records for VB12 showed that on Device E000037 QC1 had a "10x warning" message in the QC Pass/Fail Status column on 2/25/15 at 20:29 and again on 2/26/15 at 20:22. QC2 had a "10x warning" message in the QC Pass/Fail Status column on 2/25/15 at 22:11 and again on 2/26/15 at 22:04. QC1 passed on 2/27/15 at 22:54 and QC2 was run and passed on 2/28/15 at 00:27. Patient data showed that 7 patients (Accession #s 146275, 146391, 146651, 146852, | D5481 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID: W34211        Facility ID: CA22046272        If continuation sheet Page 39 of 121

FOIA Confidential Treatment Requested by Theranos        TS-0917925

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>**11/20/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>**THERANOS INC** | STREET ADDRESS, CITY, STATE, ZIP CODE<br><br>**7333 GATEWAY BLVD**<br>**NEWARK, CA 94560** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | Continued From page 39<br>147149, 146596, 146898) were run between 2/26/15 and 2/27/15 during the time the laboratory had a 10x warning.<br><br>m.   QC records for VB12 showed that on Device E001000 QC1's 24 hour expiration was on 1/25/15 at 21:58 and was not run again until 1/28/15 at 2140. QC2 24 hour expiration was on 1/26/15 at 02:22 and was not run again until 1/28/15 at 23:19. Patient data showed that 5 patients (Accession #s 136351, 136139, 136386, 136897, 135548) were run between 1/27/15 at 1359 and 1/28/15 at 11:50.<br><br>n.   QC records for Vitamin D, 25-OH (VitD) showed that on Device E001059 QC1's 24 hour expiration was on 7/6/14 at 14:11 and was not run again until 7/7/15 at 08:04. Patient data showed that Accession #88699 was run on 7/6/14 at 14:31.<br><br>o.   Levey-Jennings charts revealed that SHBG Device E000026 QC1 had 13 consecutive days and QC2 had 15 consecutive days that the results were at least 2 standard deviations (SDs) below the mean from 9/30/14 through 10/29/14.<br><br>p.   Levey-Jennings charts revealed that SHBG Device E001007 QC1 had 19 consecutive days that the results were at least 2 SDs below the mean from 3/31/15 through 4/29/15.<br><br>q.   Levey-Jennings charts revealed that VitD Device E001059 QC1 had 15 consecutive days that the results were at least 2 SDs above the mean from 6/30/15 through 7/25/14.<br><br>r.   Levey-Jennings charts revealed that Total T3 (TT3) Device E000195 QC1 had 11 consecutive | D5481 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page  40 of 121

FOIA Confidential Treatment Requested by Theranos

TS-0917926

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  05D2025714 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE  7333 GATEWAY BLVD  NEWARK, CA  94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5481 | Continued From page 40  days that the results were at least 2 SDs above the mean from 1/3/15 through 1/29/15.  s.   Levey-Jennings charts revealed that TT3 Device E001032 QC1 had 113 consecutive days and QC2 had 12 consecutive days that the results were at least 2 SDs above the mean from 7/9/14 through 7/25/14.  t.   Levey-Jennings charts revealed that VB12 Device E000187 QC1 had 14 consecutive days and QC2 had 12 consecutive days that the results were at least 2 SDs above the mean from 2/10/14 through 2/27/14. | D5481 | | |
| D5775  400B | 493.1281(a)(c) COMPARISON OF TEST RESULTS  (a) If a laboratory performs the same test using different methodologies or instruments, or performs the same test at multiple testing sites, the laboratory must have a system that twice a year evaluates and defines the relationship between test results using the different methodologies, instruments, or testing sites.  (c) The laboratory must document all test result comparison activities.  This STANDARD  is not met as evidenced by: | D5775 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID: W34211        Facility ID: CA22046272        If continuation sheet Page  41 of 121

FOIA Confidential Treatment Requested by Theranos        TS-0917927

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 7333 GATEWAY BLVD NEWARK, CA 94560 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5775 | Continued From page 41 | D5775 | | |
| | 2. Based on review of documentation, the laboratory failed to have a system that twice a year evaluated and defined the relationship between the Theranos Proprietary System (TPS) to a predicate instrument. Findings include:' | | | |
| | a. Undated documentation provided by the laboratory revealed a comparison study between the Theranos Proprietary System (TPS) (i.e., Edison) and a predicate device (Immulite, Centaur, or Liaison) for Sex Hormone Binding Globulin (SHBG), Total T3 (TT3), Vitamin D (VitD) and Vitamin B12 (VB12). | | | |
| | b. The method comparison documentation showed that the following devices (i.e., readers) E000026, E001025 and E001036 were used for SHBG comparison testing. SHBG testing occurred from 7/28/14 through 6/25/15. | | | |
| | c. Quality control (QC) monthly reports revealed that seven devices were used for SHBG from February 2015 through June 2015 but only three devices were included in the comparison study. | | | |
| | d. QC and patient result documentation for SHBG also revealed that devices E000040, E001007 and E001035 were used for patient | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 42 of 121

FOIA Confidential Treatment Requested by Theranos                    TS-0917928

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 05D2025714 | A. BUILDING _____  B. WING _____ | 11/20/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 7333 GATEWAY BLVD  NEWARK, CA 94560 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5775 | Continued From page 42  testing and were not included in the comparison study.  e.  The method comparison documentation showed that the following devices E000162, E000187, E00195, E001011, E001032, and E001049 were used for TT3 testing.  TT3 testing occurred from 2/2/14 through 2/4/15.  f.  The method comparison documentation showed that the following devices E000053, E000072, E00101, E0001157, E001007, E001043, and E001059 were used for VitD testing.  VitD testing occurred from 11/6/13 through 3/10/15.  g.  Quality control (QC) monthly reports revealed that twelve devices were used for VitD in February 2015 and eighteen devices were used from March 2015 through April 2015 but only seven devices were included in the comparison study.  h.  QC and patient result documentation for VitD also revealed that device E001059 was used for patient testing and was not included in the comparison study.  i.  The method comparison documentation showed that the following devices E000053, E000072, E00101, E0001157, E001007, E001043, and E001059 were used for VB12 testing.  VB12 testing occurred from 8/12/14 through 3/6/15.  j.  Quality control (QC) monthly reports revealed that twelve devices were used for VB12 in October 2014 and February 2015 through April 2015 but only eleven devices were included in the | D5775 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID: W34211        Facility ID: CA22046272        If continuation sheet Page 43 of 121

FOIA Confidential Treatment Requested by Theranos        TS-0917929

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED 11/20/2015 |
|---|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 7333 GATEWAY BLVD NEWARK, CA 94560 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5775 | Continued From page 43 comparison study. | D5775 | | |

FOIA Confidential Treatment Requested by Theranos

TS-0917930

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE<br>7333 GATEWAY BLVD<br>NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | 493.1289(a)(c) ANALYTIC SYSTEMS QUALITY ASSESSMENT<br><br>(a) The laboratory must establish and follow written policies and procedures for an ongoing mechanism to monitor, assess, and when indicated, correct problems identified in the analytic systems specified in | D5791 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 47 of 121

FOIA Confidential Treatment Requested by Theranos
TS-0917933

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE 7333 GATEWAY BLVD NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 47 §§493.1251 through 493.1283. (c) The laboratory must document all analytic systems assessment activities. This STANDARD is not met as evidenced by: | D5791 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 48 of 121

FOIA Confidential Treatment Requested by Theranos          TS-0917934

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE<br>7333 GATEWAY BLVD<br>NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | | D5791 | | |
| | 2.   Based on review of Quality Control (QC) data and Monthly QC Reports, the laboratory failed to have a quality assessment (QA) procedure to identify and correct problem with the QC values for the Theranos Proprietary System (TPS) when precision did not meet the laboratory's requirement for precision.  Findings include:<br><br>a.   CL PLN-14003 Revision A, "Master Validation Plan for Routine Chemistry Assays on Theranos | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 49 of 121

FOIA Confidential Treatment Requested by Theranos

TS-0917935

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  05D2025714 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE  7333 GATEWAY BLVD  NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 49  Devices" in section 13.4.5 requires the %CV of replicates to be not more than 15% (20% at the lower and upper limits of detection).  b.   QC results were reviewed from June 2014 through November 2014 and January through February 2015 for Vitamin B12 (VB12), Vitamin D (VitD), and Sex Hormone Binding Globuin (SHBG) which were used for patient testing on the TPS devices.  c.   VB12 QC Level 1 and Level 3 (QC1 and QC3) on Device E000110 revealed the following %CV (coefficient of variation): 34.3% and 48.5%, respectively, from 1/5/15 through 1/30/15.  d.   VB12 QC1 and QC3 on Device E001085 revealed the following %CVs: 52.5% and 35.2%, respectively, from 1/5/15 through 1/30/15.  e.   VB12 QC1 and QC3 on Device E001102 revealed the following %CVs: 39.0% and 20.0%, respectively, from 2/10/15 through 2/27/15.  f.   VB12 QC1 and QC3 on Device E001000 revealed the following %CVs: 34.7% and 39.9%, respectively, from 1/2/15 through 1/31/15.  g.   VB12 QC1 and QC3 on Device E001102 revealed the following %CVs: 39.0% and 20.0%, respectively, from 2/10/15 through 2/27/15.  h.   VitD QC Level 1 and Level 2 (QC1 and QC2) on Device E000053 revealed the following %CVs: 63.8% and 26.4%, respectively, from 8/21/14 through 8/30/14.  i.   VitD QC1 and QC2 on Device E001059 revealed the following %CVs: 18.7% and 18.7%, | D5791 | | |

FOIA Confidential Treatment Requested by Theranos          TS-0917936

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>11/20/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE<br><br>7333 GATEWAY BLVD<br>NEWARK, CA 94560 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 50<br>respectively, from 6/29/14 through 7/24/14.<br><br>j. VitD QC1 and QC2 on Device E001043 revealed the following %CVs: 25.2% and 31.9%, respectively, from 6/29/14 through 7/25/14.<br><br>k. SHBG QC1 on Device E001026 revealed the following %CV: 18.9% from 9/30/14 through 11/5/14.<br><br>l. SHBG QC1 on Device E001025 revealed the following %CV: 21.2% from 7/31/14 through 8/28/14.<br><br>3. Based on review of Quality Assessment (QA) documentation and QA procedures, the laboratory failed to have a quality assessment (QA) procedure established to identify and correct problems with the Quality Control (QC) program for the Theranos Proprietary System (TPS). Findings include:<br><br>a. Monthly QC reports were reviewed for July 2014, October 2014, and February through June 2015.<br><br>b. All reports were signed by the laboratory director (LD) on 9/19/15, except the March 2015 report was signed by the LD on 11/19/15.<br><br>c. The total percentage of QC values greater than 2 standard deviations (SDs) was reviewed by the surveyor.<br><br>d. The July 2014 report indicated in the summary that 2179 controls had been run on the "Edison**" devices; however, the specific report on the "Edison**" device showed that only 1618 were run on all tests and all devices. | D5791 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 51 of 121

FOIA Confidential Treatment Requested by Theranos

TS-0917937

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

| DEPARTMENT OF HEALTH AND HUMAN SERVICES CENTERS FOR MEDICARE & MEDICAID SERVICES | | | | |
|---|---|---|---|---|
| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED 11/20/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 7333 GATEWAY BLVD NEWARK, CA 94560 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 51 | D5791 | | |
| | e.   In July 2014, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: Testosterone (TST) (28%), Total T4 (TT4) (21%), VitD (28%).  Overall 16% of QC samples on all tests on all devices had values greater than 2 SDs. | | | |
| | f.   In October 2014, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD:  Estradiol (EST) (33%), Free T4 (FT4) (19%), Prolactin (PRLN) (47%), SHBG (45%), Thyroid Stimulating Hormone (TSH) (26%), TST (45%), Total T3 (TT3) (32%), TT4 (28%), VitD (19%), VB12 (46%).  Overall 29% of QC samples on all tests on all devices had values greater than 2 SDs. | | | |
| | g.   In February 2015, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD:  FT4 (26%), SHBG (87%), TT3 (33%), VitD (24%), VB12 (20%).  Overall 24% of QC samples on all tests on all devices had values greater than 2 SDs. | | | |
| | h.   In March 2015, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD:  SHBG (42%), TSH (20%). Overall 20% of QC samples on all tests on all devices had values greater than 2 SDs. | | | |
| | i.   In April 2015, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: SHBG (16%), total Prostate Specific Antigen | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page 52 of 121

FOIA Confidential Treatment Requested by Theranos          TS-0917938

Trial Exh. 4621 Page 0056

PRINTED: 01/25/2016
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | | A. BUILDING _____ | |
| | | B. WING _____ | 11/20/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 7333 GATEWAY BLVD NEWARK, CA 94560 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 52 (tPSA) (22%), VB12 (60%). Overall 21% of QC samples on all tests on all devices had values greater than 2 SDs. | D5791 | | |
| | j.   In May 2015, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: SHBG (34%), tPSA (22%).  Overall 26% of QC samples on all tests on all devices had values greater than 2 SDs. | | | |
| | k.   In June 2015, the data revealed the following tests showed percentage of QC samples with more than 15% of values greater than 2 SD: SHBG (23%). Overall 14% of QC samples on all tests on all devices had values greater than 2 SDs. | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: W34211          Facility ID: CA22046272          If continuation sheet Page  53 of 121

FOIA Confidential Treatment Requested by Theranos                                                            TS-0917939