<u>**FILED UNDER SEAL**</u>

# EXHIBIT 42