# EXHIBIT 44

Theranos Confidential

**Projected Statement of Income**

| | Period Ending | 12/31/2014 | 12/31/2015 | |
|---|---|---:|---:|---|
| **Revenue (US COMMERCIAL ONLY)** | | | | |
| Lab Services from US Retail Pharmacies | | $ 42,000,000 | $ 470,000,000 | 47% |
| Lab Services Revenue from Physicians Offices | | $ 11,000,000 | $ ~~161,000,000~~ 160,000 | |
| Lab Services Revenue from Hospitals | | $ 47,000,000 | $ 290,000,000 | |
| OnSite Services Revenue from Hospitals | | $ - | $ 11,000,000 10,000 | |
| ? — Pharmaceuticals Services | | $ 40,000,000 | $ ~~62,000,000~~ 60,000 | |
| ? — DOD | | TBD | TBD | |
| **Total Revenue** | | $ 140,000,000 | $ (990,000,000) | |
| Cost of Revenue: | | | | |
| Retail Pharmacy | | $ (16,000,000) | $ (188,000,000) | −208K/location |
| Physicians Office (courier) | | $ (4,000,000) | $ (64,000,000) | |
| Hospital (courier) | | $ (14,000,000) | $ (87,000,000) | |
| Hospital (onsite) | | $ - | $ (3,000,000) | |
| Pharmaceutical Services | | $ (5,000,000) | $ (12,000,000) | |
| DOD | | TBD | TBD | |
| **Total Cost of Revenue** | | $ (39,000,000) | $ (354,000,000) | |
| **Gross Profit** | 72% | $ 101,000,000 | $ 636,000,000 | 64.2% |
| **Operating Expenses** | | | | |
| Research & Development (including software apps & support) | | $ (57,000,000) | $ (127,000,000) | 12.8% |
| CLIA Lab Operations Fixed overhead (validation, software, facilities,..) | | $ (10,000,000) | $ (76,000,000) | |
| Data Center | | $ (3,000,000) | $ (25,000,000) | |
| Sales, Marketing & Branding | | $ (11,000,000) | $ (76,000,000) | |
| G&A | | $ (21,000,000) | $ (95,000,000) | |
| **Total Operating Expenses** | | $ (102,000,000) | $ (399,000,000) | 40.3% |
| **EBITDA** | | $ (1,000,000) | $ 237,000,000 | 23.9% |
| **Depreciation & Taxes** | | | | |
| Depreciation of Capital Assets | | $ (2,000,000) | $ (7,000,000) | |
| Taxes | | $ - | TBD | |
| **Net Income** | | $ (3,000,000) | $ 230,000,000 | |

Handwritten annotations: "900 locations"; "Order of magnitude? How many tests thru how many sites?"

Theranos Confidential

Trial Exh. 1853 Page 0001
US-REPORTS-0017479
RDV012671
PETERSON EXHIBIT NO. 12  3.4.19  A. Wright
Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-15, Page 2 of 3

Theranos Confidential

**THERANOS, INC. AND SUBSIDIARY**
Period ended July 14, 2014

|  | July 14, 2014 $'000 |
|---|---:|
| **Current assets** |  |
| Cash & investment | $ 162,713 |
| Accounts Receivable | 25,000 |
| Inventory | 5,853 |
| Other current assets | 2,950 |
| **Total current assets** | 196,516 |
|  |  |
| Note Receiable | 26,969 |
| Plant & Equipment | 21,534 |
|  |  |
| **Total Assets** | $ 245,019 |
|  |  |
| **Current liabilities** |  |
| Accounts Payable | $ 4,627 |
| Other current liabilities | 4,188 |
| **Total current liabilities** | 8,815 |
|  |  |
| Deferred revenue & customers' deposits | 168,808 |
| Repurchaseable shares | 11,460 |
| Other long term liabilities | 4,183 |
| **Total liablities** | 193,266 |
|  |  |
| Common stock | 25,823 |
| Preferred stock | 331,717 |
| Accumulated deficit | (305,787) |
| **Total stockholder' equity** | 51,753 |
|  |  |
| **Total liabilities and stockholders' equity** | $ 245,019 |

*Handwritten annotations: "NO DEBT"; "Wh..? Pharma?"*

Theranos Confidential