# EXHIBIT 48

# Exhibit A

RECEIVED
AUG 16 2017
SEC San Francisco

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:           )
                            ) File No. SF-04030-A
THERANOS, INC.              )

WITNESS:  Ramesh "Sunny" Balwani
PAGES:    1 through 394
PLACE:    Securities and Exchange Commission
          44 Montgomery Street
          Suite 2800
          San Francisco, CA
DATE:     Wednesday, August 9, 2017

The above-entitled matter came on for hearing, pursuant to notice, at 9:03 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                    SBCOLMAN002480_Jigsaw

[REDACTED]

4  Q  And so you -- you mentioned that over time,
5  sort of your responsibilities grew. Can you -- can you
6  briefly explain how that --
7  A  Yeah.
8  Q  -- what got added to your portfolio?
9  A  Sure. So after I was doing this project, we
10 started also spending -- I started spending more time
11 on the hardware side to understand the supply chain,
12 you know. Because the machine had a CPU and a
13 motherboard, I wanted to see what are the decisions
14 being made there. By "machine," I mean the TSPU, sorry,
15 3.0.
16          So I spent a lot of time on hardware and
17 learned how the hardware works, the supply chain for
18 the hardware, supply chain for the reagents. I learned
19 that there are many, many chemistries for which there's
20 just one supplier, some guy in Ireland who found a way
21 to grow some antibodies using his sheep. Seriously.
22 And -- and then you need to secure the supply chain.
23 Right?
24          So I spent -- I learned that part of the
25 business. And then 2010 March, February time frame, I

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY          SBCOLMAN002525_Jigsaw

Page 47

1  was also spending time on the road, me and Elizabeth
2  Holmes, meeting with the retail pharmacy businesses,
3  and as that evolved, I took the leadership role there
4  in negotiations and contracts. So -- and then after
5  that -- I mean, I can -- there was a lot of other
6  things that happened after that.
7      Q    Sure. I guess by "retail pharmacies," do you
8  mean Walgreens --
9      A    Walgreens.
10     Q    -- primarily?
11     A    Yes.
12     Q    What about the Safeway?
13     A    Yes. Yeah. Same thing on Safeway. I
14 spent -- I, you know, spent time with Safeway. Even
15 though initially, I would say, the first year, year and
16 a half, Elizabeth spent a lot more time on Safeway
17 because she had developed a close relationship with
18 Steve Burd, the CEO of Safeway at that time. He was
19 obsessed with this project, with Theranos' project,
20 building a lab inside Safeway.
21          His reason was that Safeway one day is going
22 to be a healthcare company, not a grocery. Because he
23 saw that giant in Seattle, Amazon, entering this space,
24 so he said, "We've got to be in the healthcare
25 business." And he was very clear that Safeway wants to

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                SBCOLMAN002526_Jigsaw

Page 48

1  be a healthcare company, and a diagnostics lab testing
2  has to be a key part of that.
3           So she spent a lot of time on Safeway
4  initially, but ultimately, I took that over also.
5      Q   Do you -- I mean, I guess -- so would you say
6  you took over responsibility for the Safeway
7  relationship more so after Mr. Burd left --
8      A   Yeah.
9      Q   -- Safeway?
10     A   Yes. Pretty much right after that.
11     Q   And Walgreens, was it sort of similar, both
12 you and Ms. Holmes were involved in the start and then
13 you took more of a lead after --
14     A   Yes, it was similar. However, in Walgreens'
15 case, I was deep into Walgreens from the start. So
16 unlike Safeway where she was spending more time at
17 Safeway, with Walgreens, I was spending at least as
18 much time as her on Walgreens from the start.

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                    SBCOLMAN002527_Jigsaw

2  Q    What were your responsibilities with respect
3  to the company's financials when you -- early on in
4  that president and COO role?
5  A    At that time we had a controller in the
6  company. Her name was Danise Yam. So she was in
7  charge of all the financials. Initially, I didn't
8  spend any time on financials. There was too much to do
9  and there's not much finance -- finances. I had loaned
10 the -- the money to the company, so I knew about the
11 finances.
12       So I didn't spend too much time there. Even
13 over time, I would -- I used to get updates from Yam
14 about what's the cash position? I mean, that's kind of
15 where my eyes were, how much cash we had. But I didn't
16 spend much time in financials until then.
17       Around 2010 when we started engaging with the
18 retail pharmacies, Safeway and Walgreens, I started
19 building a financial model with the help initially from
20 Safeway and Walgreens that I owned and -- until I left
21 the company.
22 Q    By saying you owned, you mean you were the
23 person responsible for the company's financial
24 projections as you just described?
25 A    Financial model.

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                SBCOLMAN002529_Jigsaw

Page 51

1  Q  Financial model.
2  A  Yes.
3  Q  And I -- what was the distinction in your --
4  in your mind?
5  A  Well, I can tell you what I thought about the
6  financial model. It was a planning tool that I was
7  using to see the potential of the business. And also,
8  it was -- it was basically a spreadsheet, Excel
9  spreadsheet literally, and that included a lot of the
10 learnings that I was doing from -- about the industry.
11 You know, how many patients typically come at Quest
12 Diagnostics. That's another lab company in the field.
13 Or LabCorp, what's going to be the R&D burn expenses,
14 and how many patients you can get in a ceratin
15 location, how many sites you can have.
16            So as those assumptions came in, I would just
17 put all those data into this model and see how it
18 changes the model over time. So I was using this as a
19 planning tool, and some of the tabs in the model would
20 spit out as the end result of, you know, changing any
21 assumptions in the model.
22 Q  When you started with the company in that
23 sort of early, you know, say, 2010 to 2012 time period,
24 did you share financial documents with the board at all
25 or --

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                    SBCOLMAN002530_Jigsaw

Page 52

1   A   I mean, I -- I think 2010 to '12, we would
2   show the balance sheet and -- but it was part of the
3   model. So I would often show the model to the board
4   pretty much almost every board meeting just to show
5   them how it is evolving.  And so that was always almost
6   every part of a board meeting.  So I would say yes.

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY          SBCOLMAN002531_Jigsaw

Page 97

2     BY MR. KOLHATKAR:
3     Q    So you mentioned, I guess, the -- the -- sort
4  of the -- the throughput issue.  Did -- did you
5  supervise Theranos's CLIA lab?
6     A    Well, there are lab directors.  There are
7  legal requirements on the word "supervision."  So the
8  lab directors are responsible for all the medical
9  decision stuff.  So I cannot make any medical decisions
10 in the CLIA lab.  However, all labs report ultimately
11 to business, so -- not all, but most, I should say.
12 Independent labs for sure.
13          And so there's recruiting to be done in the
14 lab, decisions to be made on how to negotiate contract
15 with the vendors, scheduling employees because overtime
16 is a big issue in the lab.  Because of how the machines
17 work, you have to design the employee schedules around
18 machines.
19          So all of that came to me -- reported to me,
20 but there were other people managing it, but they did
21 report under me.

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY          SBCOLMAN002576_Jigsaw

Page 226

13   Q   Did you ever discuss the null protocol with
14 Ms. Holmes?
15   A   No. This is a deep software concept. And I
16 don't think most in the company besides the programmers
17 or the people who are working on it would refer to it
18 as null protocol. Everybody --
19   Q   But --
20   A   Sorry.
21   Q   Please.
22   A   Everybody else would probably call it the
23 demo app or "I'm not going to run the test. I will
24 only demo the app device," something more user
25 friendly.

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY          SBCOLMAN002705_Jigsaw