# EXHIBIT 49

# Exhibit B

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:       )
                        ) File No. SF-04030-A
THERANOS, INC.          ) Amended: 9/7/2017

WITNESS: Ramesh "Sunny" Balwani
PAGES:   395 through 768
PLACE:   Securities and Exchange Commission
         44 Montgomery Street
         Suite 2800
         San Francisco, CA
DATE:    Thursday, August 10, 2017

The above-entitled matter came on for hearing, pursuant to notice, at 9:05 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

COPY

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY          SBCOLMAN002874_Jigsaw

Page 493

2          BY MS. CHAN:
3      Q   Who was working with you on the financial
4   model?
5      A   Well, the model actually had a long history.
6   I created the first version of that working with, I
7   believe, Safeway first and then Walgreens separately.
8   And then as we started evaluating the business --
9   because obviously in 2010, we didn't know much about
10  the business, the lab testing and -- and other details.
11             So Mr. Steve Burd at Safeway actually spent a
12  lot of time educating us on the lab industry, and then
13  so did Walgreens. When we had met both of the
14  companies, they knew a lot about the lab industry.
15  They clearly was -- were looking at it.
16             And Walgreens actually had told us during
17  those early modeling exercises that they had spoken
18  with dozens of companies. They also had partnered with
19  LabCorp at one point. So they had been interested in
20  this market. So they had a lot of data. So the early
21  models came from my work with Walgreens and Safeway.
22             Around 2010, I started -- and 2011, I started
23  doing my own research to educate myself on the
24  industry. Some of assumptions in the model, as you
25  probably noticed, came from the CDC's website. For

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                                      SBCOLMAN002972_Jigsaw

1   example, how many EMR visits in the U.S. and how many
2   ICU beds. So I got that data from there.
3           And -- and over time, it was raw data coming
4   from the field as I learned, you know, how much -- how
5   much dollars per requisition we were making from the
6   field. So as I -- over time, I think it was more input
7   from a lot of people. As the information came into me,
8   I would, you know, update the model and keep it
9   updated.
10      Q   So you mentioned that either maybe you or
11  somebody else that was working on it would put
12  "projections" on the top. So I was just wondering who
13  at Theranos was working on the model with you.
14      A   Well, Danise Yam had provided me -- she used
15  to provide me balance sheets because balance sheets,
16  she just drew out from the QAD system. So there were
17  some headers that she had provided me, and I had copied
18  and pasted those headers across all three -- or two
19  other tabs at some point.
20          And then, like I said, I had given that model
21  to the consultants at BDT, and they made a bunch of
22  changes to clean the model up. Formatting. I had a
23  lot of typos. I also had a lot of acronyms, like
24  Normandy and other things in the model. I remember in
25  one meeting, I had a word called "killer software

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                    SBCOLMAN002973_Jigsaw

Page 495

```
 1   engineers." And the board -- some people in the board
 2   thought I really meant killer software, like in killer
 3   software.  And "killer software" means really good
 4   software engineers.
 5          So I had to -- these guys came and cleaned up
 6   a lot of the model.  So they changed the headers and
 7   changed other things in the model.
 8     Q    Was there anyone else from Theranos who was
 9   working on the model while you were working on it?
10     A    I don't think so.
11     Q    Did --
12     A    Like -- sorry.  Nobody with direct access to
13   the model.  I don't think anybody else modified it.
14          BY MR. KOLHATKAR:
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY          SBCOLMAN002974_Jigsaw

Page 554

```
 1   that -- let me rephrase that.
 2            To your knowledge, Elizabeth Holmes
 3   understood that you maintained a financial model for
 4   the company; right?
 5       A    Correct.
 6       Q    And that -- that model was based on certain
 7   assumptions based on -- in terms of the business and
 8   its R&D; is that fair?
 9       A    And a bunch of other inputs.  But, yes,
10   that's fair.
11       Q    And she was generally familiar with the kinds
12   of inputs that went into the financial model?
13       A    She may have been at some point, but I was
14   revving the model and adding so many assumptions that
15   she may not be familiar with all of them or even most
16   of them.  So I -- I wouldn't necessarily make that --
17   that blanket statement.
18            BY MS. CHAN:
19       Q    Did she ever edit the model?
20       A    To the best of my knowledge, no.  And there
21   was one time I actually had a couple of questions for
22   her, and I had put a model with her name on it so she
23   could edit, but I don't think she ever did because I
24   continued with my assumptions and I never even looked
25   at that model.  So my -- I think my answer is:  No.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                SBCOLMAN003033_Jigsaw