# EXHIBIT 54

...ssage

| | |
|---|---|
| **From:** | Sunny Balwani [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SBALWANI] |
| **Sent:** | 1/17/2014 5:20:12 AM |
| **To:** | Brian Grossman [Brian@pfmlp.com] |
| **Subject:** | RE: |

***** Confidential ******

Brian.

Attached please find a pdf which is a very confidential slide deck of discussions we had. It also includes a very detailed section on Data which Alex had requested, including the Nucleic Acid Amplification assays. This slide deck does not include any reference to Safeway.

Please note you will need the following credentials to open this file:

Userid: pfmlp

Password: TheranosConfidential2014!

I am also attaching scanned copies of the NDAs you had requested.

We will mail you the projections/financial model shortly.

Let me know if you have any questions on any of this.

P.S.

• At the conference, the Intermountain Health Systems announced the strategic partnership with Theranos. As you may already know, IMH is one of the largest hospital networks in the US and, more importantly, one of the most respected organizations and key thought leaders. Intermountain additionally participated as an equity investor in Theranos in the recent 2013 close.

• I don't know if any of your team members got to attend the conference but if not, the following is a recap of Walgreens announcement/comments on Theranos by their CEO and CFO.

Greg (CEO) ~ In our history book this will be a crawl, walk, run. We have launched in one store in Palo Alto where Theranos is located and are beginning a roll out in Phoenix. Once we've done that successfully you will see a more rapid national roll out. They have incredible, incredible technology. We are not going to comment on guidance in terms of revenue. Once we have rolled out in other states we will be able to talk more about it.

THPFM0003870572

PFM-DEPO-00013722

Trial Exh. 4077 Page 0001

Wade (CFO) ~ Responding to a question around how the economics work with Theranos. It's sort of a fee for service where we provide some of the process around getting that finger stick but they are the lab and Theranos closes the loop, they handle getting that information back to medical professional and payers.

They discussed their 2016 financial targets, for which their calculated CAGRs show them lagging to reach, but highlighted alliance boots and Theranos as things that may help them catch up so they are not changing guidance on that 2016 target.

During the main presentation Greg Wasson commented on the influence of lab testing on overall healthcare spend while he was on the Theranos slide.

**From:** Brian Grossman [mailto:Brian@pfmlp.com]
**Sent:** Friday, January 10, 2014 11:16 PM
**To:** Sunny Balwani
**Subject:**

Sunny

Thanks again for the time you spent with our team walking us through the Theranos story. It's amazing to see what you and Elizabeth and the rest of the Theranos team have accomplished over the last 10 years. We will likely need a few days to process everything we learned today. One thing that would be especially helpful to our due diligence process is having access to the financial model we reviewed with you today.

Regards,

Brian

Confidential

THPFM0003870573

PFM-DEPO-00013723

# theranos

This presentation and its contents are Theranos proprietary and confidential.

Confidential

Trial Exh. 4077 Page 0003

PFM-DEPO-00013724

THPFM0003870574-001

THPFM0003870574-002

theranos



goodbye, big bad needle.

Theranos Confidential

Confidential

Trial Exh. 4077 Page 0005

PFM-DEPO-00013726



Theranos Confidential

**theran•s**

Confidential

THPFM0003870574-003

THPFM0003870574-004

theranos



Theranos Confidential

Confidential

Trial Exh. 4077 Page 0007

PFM-DEPO-00013728

# the lab test, reinvented.



**same tests.
smaller sample.**

Theranos Confidential

**theran●s**

Confidential

THPFM0003870574-005

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 9 of 270

Trial Exh. 4077 Page 0008

PFM-DEPO-0001372

# Press

**THE WALL STREET JOURNAL**

THE WEEKEND INTERVIEW | Updated September 8, 2013, 11:34 p.m. ET

## Elizabeth Holmes: The Breakthrough of Instant Diagnosis

*A Stanford dropout is bidding to make tests more accurate, less painful—and at a fraction of the current price.*

By JOSEPH RAGO

*Palo Alto, Calif.*

"The reality within our health-care system today is that when someone you care about gets really sick, by the time you find that out it's most often too late to do anything about it. It's heartbreaking. Because in those moments, there's nothing you wouldn't do to change it, and too often you're helpless," says Elizabeth Holmes. "We're finding cancer when you have a tumor, or heart disease by virtue of the fact that you're having a heart attack."

She wants to change that.

Ms. Holmes, a 29-year-old chemical and electrical engineer and entrepreneur, dropped out of Stanford as an undergraduate after founding a life sciences company called Theranos in 2003. Her inventions, which she is discussing in detail here for the first time, could upend the industry of laboratory testing and might change the way we detect and treat disease.

Ten years ago, Ms. Holmes was working out of the basement of a group college house, a world away from her current headquarters at a rambling industrial building in a research park just off campus. The company's real estate was one of the few Theranos facts known to Silicon Valley, but one suggestive of the closely held business's potential: The space was once home to Facebook, and before that Hewlett-Packard.

The secret that hundreds of employees are now refining involves devices that automate and miniaturize more than 1,000 laboratory tests, from routine blood work to advanced genetic analyses. Theranos's processes are faster, cheaper and more accurate than the conventional methods and require only microscopic blood volumes, not vial after vial of the stuff. The experience will be revelatory to anyone familiar with current practices, which often seem like medicine by Bram Stoker.



A Theranos technician first increases blood flow to your hand by applying a wrap similar to one of those skiing pocket warmers, then uses a fingerstick to draw a few droplets of blood from the capillaries at the end of your hand. The blood wicks into a tube in a cartridge that Ms. Holmes calls a "nanotainer," which holds microliters of a sample, or about the amount of a raindrop. The nanotainer is then run through the analyzers in a Theranos laboratory. Results are usually sent back to a physician, but a full blood work-up—metabolic and immune markers, cell count, etc.—was in my inbox by the time I walked out the door. (Phew: all clear.)

It's the kind of modern, painless service that consumers rarely receive in U.S. health care, though Ms. Holmes makes the point the other way around: "We're here in Silicon Valley inside the consumer technology world . . . and what we think we're building is the first consumer health-care technology company. Patients are empowered by having better access to their own health information, and then by owning their own data."

And a Theranos clinic may be coming soon to a pharmacy near you. On Monday the company is launching a partnership with Walgreens for in-store sample-collection centers, with the first one in Palo Alto and expanding throughout California and beyond. Ms. Holmes's long-term goal is to provide Theranos services "within five miles of virtually every American home."

Diagnosis is one of those corners of the health markets that is more irrational the closer you look. Tests account for between 3% and 4.9% of health spending, but

Theranos Confidential



THPFM0003870574-006

# Press

## THE WALL STREET JOURNAL.

U.S. EDITION ▾ Monday, September 9, 2013 As of 9:05 AM EDT

The Wall Street Journal news department was not involved in the creation of this content.

**PRESS RELEASE** | September 9, 2013, 9:05 a.m. ET

## Theranos Selects Walgreens as a Long-Term Partner Through Which to Offer Its New Clinical Laboratory Service

With first location launching this month in Silicon Valley, consumers can now complete any clinician-directed lab test with as little as a few drops of blood and results available in a matter of hours

PALO ALTO, Calif. & DEERFIELD, Ill.--(BUSINESS WIRE)--September 09, 2013--

Theranos, Inc. and Walgreens (NYSE: WAG) (Nasdaq: WAG) today announced a long-term partnership to bring access to Theranos' new lab testing service through Walgreens pharmacies nationwide. As the service becomes available through Theranos Wellness Centers inside Walgreens stores, consumers will be able to access less invasive and more affordable clinician-directed lab testing, from a blood sample as small as a few drops, or 1/1,000 the size of a typical blood draw. The samples are either taken from a tiny finger stick or a micro-sample taken from traditional methods, eliminating the need for larger needles and numerous vials of blood required for most diagnostic lab testing.

Theranos and Walgreens are taking the first step in making this service available to consumers with the first Theranos Wellness Center location opening this month at Walgreens drugstore at 300 University Ave. in Palo Alto, Calif., in the heart of Silicon Valley. The companies plan to offer the service at Walgreens locations nationwide.

For the first time, Theranos is introducing CLIA-certified laboratory services with the ability to run its tests on micro-samples. Theranos' proprietary laboratory infrastructure minimizes human error through extensive automation to produce high quality results. Test results are available to physicians in a matter of hours, enabling fast diagnoses to help informed treatment choices. Theranos tests are low cost -- always 50 percent of Medicare reimbursement rates or less -- and are reimbursed by major insurance carriers, Medicare, and Medicaid. Developed to be accessible to everyone, Theranos tests cost the same amount for everyone, regardless of insurance plan or whether they are uninsured.

"For the past 10 years, Theranos has worked relentlessly to reach a point at which we could help make actionable information accessible to physicians and patients at the time it matters most. Clinicians can now see their patients having received lab results from fresh samples in a matter of hours," said Elizabeth Holmes, Chairman,

Theranos Confidential

**theran⊙s**

Confidential

Trial Exh. 4077 Page 0010

# Media

- Selective interviews and conferences

- Reporters

- Not disclosing:
  - Device
  - Work with hospitals and/or the DoD
  - Future innovations or expansion plans

Theranos Confidential

**theranos**

PFM-DEPO-00013731

THPFM0003870574-008

# Theranos Wellness Centers



Theranos Confidential

Confidential

Trial Exh. 4077 Page 0011

PFM-DEPO-00013732

THPFM0003870574-009

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 13 of 270

Trial Exh. 4077 Page 0012

PFM-DEPO-00013733

# Accessibility and Patient Compliance

## Theranos Wellness Centers



Theranos is introducing groundbreaking new spaces that transform the way patients and clinicians think about lab tests.

Theranos Wellness Centers are designed to make the patient experience as easy and comfortable as possible.

By giving people an easier way to get their lab testing done, they are more likely to be compliant with clinician lab orders.

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-010

# Theranos Wellness Centers

theran○s

THPFM0003870574-011





Theranos Confidential

Confidential

theran⊕s

THPFM0003870574-012

# Theranos Wellness Centers





Theranos Confidential

Confidential

PFM-DEPO-00013735

# Theranos Wellness Centers





Theranos Confidential

theran⊙s

Trial Exh. 4077 Page 0015

PFM-DEPO-00013736

Confidential

THPFM0003870574-013

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 16 of 270

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 17 of 270

Trial Exh. 4077 Page 0016

# Theranos Patient Service Centers

**Walgreens** & other retail pharmacies

**Theranos' Footprint at retail:**

Theranos patient service centers are located within a smaller radius from the patient than currently available

Theranos has more patient service centers than any lab provider in CA

**Accessibility and convenience are offered at an unprecedented value**

| | 1 mile | 3 miles | 5 miles |
|---|---|---|---|
| **theranos** | > 95% | | |
| Quest Diagnostics | 7% | 35% | 56% |
| LabCorp | 9% | 45% | 69% |

**theranos**

PFM-DEPO-0001373737

Confidential

THPFM0003870574-014

Trial Exh. 4077 Page 0017

PFM-DEPO-0001373738

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 18 of 270

# Same Tests,  A Whole New Approach

The actionable information you need,
1/1,000 the size of a typical blood draw.



No big needles.     Just a tiny drop.     A friendlier draw.     Our nanotainer™

Theranos runs any test available in central laboratories, and processes all sample types.

All tests match existing reimbursement codes.

Theranos provides the highest level of oversight, automation, and standardization in our pre-
and post-analytic processes, ensuring the highest levels of accuracy and precision.

Theranos Confidential

**theran⊙s**

Trial Exh. 4077 Page 0018

PFM-DEPO-00013739

# Specialized for Every Specialty

Theranos is a new standard in lab testing that can help every practice. And we offer even more specialized tools for patients with specific needs.







**Oncology**

With Theranos, patients can test at the necessary frequency with less trauma. Our micro-sample size lowers the risk of anemia and other secondary effects of large-volume draws.

**Pediatrics**

When you're caring for the littlest patients, even a simple blood draw can be the biggest obstacle. But since we only require tiny drops, our tests are less traumatic, giving you more smiles and fewer tears.

**Geriatrics**

With Theranos, you can process samples from patients with collapsed veins without the discomfort they go through now. No more searching for veins. No more painful draws from the knuckle or back of the hand.

Theranos Confidential



Trial Exh. 4077 Page 0019

PFM-DEPO-0001374D

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 20 of 270

# Faster results.  Faster answers.



Theranos' micro-sample analysis is performed at amazing speeds, so we can report results faster than previously possible – in less than 4 hours.

Data reported in high quality and in real-time becomes actionable information for improved decision making.

Theranos Confidential

**theran⊙s**

Trial Exh. 4077 Page 0020

PFM-DEPO-00013741

# Better Data from Fresher Samples

Theranos rapidly processes
samples from our distributed
PSC locations, allowing for
analysis of key markers before
their analyte decay rates affect
result integrity.

Certain analytes decay rapidly in
blood/serum, having half-lives of
less than 12 hours. CRP for
example has a half life of 7 hours.



Theranos Confidential

theran⊙s

Confidential

THPFM0003870574-018

Trial Exh. 4077 Page 0021

PFM-DEPO-0001 3742

# A New Standard in Quality

The highest levels of accuracy.



By systematically controlling and standardizing our processes, Theranos offers tests with the highest levels of accuracy.

Theranos automates pre- and post-analytic processes, drastically minimizing human processing – the cause of the majority of lab test errors.

Theranos Confidential

**theranos**

Confidential

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 23 of 270

Trial Exh. 4077 Page 0022

PFM-DEPO-0001374 3

# A New Standard in Quality

## More precise trending.



By making it easier to precisely measure your body's information at the needed frequencies, we can help clinicians see small changes in test results as they emerge over time.

Theranos Systems are designed to help monitor chronic disease states, providing accuracy and precision over time through the standardization of our systems.

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-020

Trial Exh. 4077 Page 0023

# A Better Way to See Results



Results are conveniently accessed through theranos.md, our secure digital hub that organizes all your results, or accessed through traditional methods.

Results are reported in easy-to-read graphs, allowing for better visualization of test data in a new, informative way.

Theranos Confidential

**theran⊙s**

PFM-DEPO-00013744

Confidential

Trial Exh. 4077 Page 0024

PFM-DEPO-0001374 5

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 25 of 270

# Cost Savings

The full range of tests.  A fraction of the costs.



THERANOS RATES ARE ALWAYS

**50%** OR LESS

THAN MEDICARE-COVERED RATES

Theranos is committed to making lab testing more accessible to everyone.  That means pricing our tests dramatically lower than currently available options.

We can bill all major insurance carriers as well as Medicare and Medicaid.

Uninsured patients are offered the same discounted prices.

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-022

Trial Exh. 4077 Page 0025

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 26 of 270

# Comprehensive Testing Across Methodologies

## Auto-Reflex Testing



When clinicians order tests with Theranos, they can specify follow-on tests to run automatically on the same sample if certain tests are out of range.

This saves patients another trip to the lab, avoids prophylactic decision-making and unnecessary prescriptions, and helps clinicians properly diagnose conditions sooner than they would be able to with conventional processes.

Theranos Confidential

**theranos**

PFM-DEPO-0001374 6

THPFM0003870574-023

THPFM0003870574-024

theranos



Theranos Confidential

Confidential

Trial Exh. 4077 Page 0027

PFM-DEPO-0001013748

# Seamless Integration with Physician Practices



**Send samples to us.**

You can send us samples using your smallest vacutainers. Just sign up and we'll help you register and arrange courier/delivery options. Get started here.



**Send patients to us.**

Or download our lab order form and send your patients to our convenient Theranos Wellness Centers. Sign up today and we'll get you set up.

Choose between sending your patients to our convenient Theranos Wellness Centers, or drawing samples in your office or facility.

Theranos accepts all paper lab order forms in addition to offering our own form.

Theranos Confidential



Trial Exh. 4077 Page 0028

PFM-DEPO-0001 3749

# An Entirely New Lab Experience

## Everything, right at your fingertips.



From lab orders, to processing, to results, every aspect of lab testing is connected through our secure network.

Clinicians are delivered data quickly and accurately, at the time when it's needed.

Theranos Confidential

**theranos**

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 30 of 270

Trial Exh. 4077 Page 0029

# An Entirely New Lab Experience

## Theranos Information Systems

Theranos Information Systems facilitate real-time eligibility, authorization, authentication, information transmission, and billing.

All data is transmitted to physicians through a secure customized portal, secure fax, and/or integration with EMR/LIS systems.



Theranos Confidential

**theran⊙s**

PFM-DEPO-00013750

# Real Estate & Growth

Current:

- 1601 California Ave, Palo Alto, CA: 135,000 square feet *through 11/31/14
- 7333 Gateway Blvd, Newark, CA: ~219,000 square feet and ~60,000 square feet
- 1001 East Meadow Circle, Palo Alto, CA: 25,000 square feet
- Tempe, Arizona
- Scottsdale, Arizona

Under Construction:

- 1701 Page Mill Road, Palo Alto, CA: ~120,000 square feet

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0030

PFM-DEPO-00013751

Confidential

THPFM0003870574-028

# Theranos Facilities: Phoenix, AZ



theranos

Theranos Confidential

THPFM0003870574-029

Confidential

# Theranos Facilities: Palo Alto, CA



theran●s

Theranos Confidential

THPFM0003870574-030

Confidential

# Commercial

Key Deployments:
- Medicare/Medicaid
- Retail
- Emergency Rooms/Hospitals & Provider Offices
- International Healthcare Infrastructure
- Infectious Disease and Population Threats
- DoD
- Pharma

Building market share
- Post-launch threats/Marketing/PR
- Rapid Scale & Infrastructure Investments

Theranos Confidential

**theran⬤s**

Trial Exh. 4077 Page 0033

PFM-DEPO-00013754

Confidential

THPFM0003870574-031

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 35 of 270

Trial Exh. 4077 Page 0034

PFM-DEPO-00013755

# Theranos Infrastructure

National retail footprint and health plan partnerships throughout the United States for an unprecedented infrastructure which exceeds that of any commercial laboratory in today's market

Medicaid partnerships with states across the country regarding the exceptional impact on healthcare delivery and cost reduction

Medicare partnership at the federal level focusing on improvements in delivery of services and Medicare cost reduction

Theranos Confidential

theran❍s

Confidential

THPFM0003870574-032

# Theranos infrastructure at Walgreens



Theranos Confidential

theran⚬s

Trial Exh. 4077 Page 0035

PFM-DEPO-00013756

Confidential

THPFM0003870574-033

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 37 of 270

Trial Exh. 4077 Page 0036

PFM-DEPO-0001 3757

 1,445 PSCs



Theranos Confidential

theran○s

Trial Exh. 4077 Page 0037

PFM-DEPO-00013758

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 38 of 270

# LabCorp 1,593 PSCs



Theranos Confidential

theranos

Confidential

THPFM0003870574-035

Trial Exh. 4077 Page 0038



PFM-DEPO-00013759

Confidential

THPFM0003870574-036

Trial Exh. 4077 Page 0039

PFM-DEPO-00013760

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 40 of 270

one tiny drop
will change the world

Welcome to the blood test, reinvented. Ask your physician or visit theranos.com.          **theran•s**



Theranos Confidential

**theran•s**

Confidential

THPFM0003870574-037

**entrance poster**



Theranos Confidential

theran⊙s

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 41 of 270

Trial Exh. 4077 Page 0040

PFM-DEPO-00013761

Confidential

THPFM0003870574-038

## a-frame / front door sign



Theranos Confidential

theran●s

Trial Exh. 4077 Page 0041

PFM-DEPO-00013762

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 42 of 270

Confidential

THPFM0003870574-039

# dangler



Theranos Confidential

theran⬤s

Confidential

THPFM0003870574-040

Trial Exh. 4077 Page 0043

PFM-DEPO-00013764

**shelf blade #1**



goodbye,
big bad
needle.

Say hello to the revolution
in lab testing.

Only a tiny sample from a
fingertip and nothing else.

All your tests, easy
and painlessly.

located near
the pharmacy.

theran●s

Theranos Confidential



THPFM0003870574-041

Trial Exh. 4077 Page 0044

PFM-DEPO-00013765

**shelf blade #2**



finally,
a blood
test that
asks less
of you.

All it takes is one
tiny sample.

No more painful needles.
Or searching for veins.

The nation's only
small sample
certified laboratories.

located near
the pharmacy.

theran⦿s

Theranos Confidential

**theran⦿s**

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 46 of 270

shelf blade #3



the only
thing you
should
feel is
better.

All your tests, painlessly.

Fast, accurate results from
one tiny sample.

More convenient locations,
more convenient hours.

located near
the pharmacy.

theran●s

Theranos Confidential

theran●s

Trial Exh. 4077 Page 0045

PFM-DEPO-00013766

THPFM0003870574-043



Theranos Confidential

theranos

THPFM0003870574-044

Confidential

# Convenient Results 24x7

**Theranos patient service centers are open 24 hours per day, 7 days per week**

- 3x more operating hours per week than any national lab provider
- Painless patient experience any time of day
- Significant economic impact in reduction of physician office visits
- Better compliance yields better care



Theranos Confidential

Confidential

Trial Exh. 4077 Page 0047

PFM-DEPO-00013768

THPFM0003870574-045

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 49 of 270

Trial Exh. 4077 Page 0048

PFM-DEPO-0001376 9

# Transforming Clinical Care

| Check-In | Prep & Perform Finger Stick | Collect Biometrics | Close-Out |

## Lab Today



## Theranos



Finger-stick tests **reduce volumes of blood** draws **by 99%**

Major impact on **patient experience**: pediatrics, geriatrics, oncology, etc.

**theranos**

Theranos Confidential

Confidential

THPFM0003870574-046

# Transforming the Patient Experience






Theranos Confidential

theran•s

Confidential

Trial Exh. 4077 Page 0049

PFM-DEPO-00013770

THPFM0003870574-047

# The New Provider Experience

**BEFORE**

**AFTER**





theranos

Theranos Confidential

THPFM0003870574-048

Confidential

Trial Exh. 4077 Page 0051

PFM-DEPO-00013772

# New Possibilities in Lab

## Routine, Specialty and Esoteric Testing

- All 1000+ currently run tests/CPT codes are available through Theranos

- Theranos runs any test available in central laboratories

- Theranos can process any sample type

- All tests match existing reimbursement codes

- With CLIA certification, Theranos is a nationally accredited provider

## Higher Quality Data

- Variability among traditional labs prevents insight into:
  - Early disease onset, progression, and regression

- **The unprecedented lack of variation with Theranos yields:**
  - Higher integrity data and longitudinal trending
  - Earlier insight into the onset/progression of disease
  - Reduction in unnecessary secondary procedures from results which currently show up as false positive results

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0052

PFM-DEPO-00013773

# Provider Impact

- Improved quality of care through real-time access to results and real-time, automated reflex testing without the need for additional labs
    - Better integrity data through fresh, automated sample analysis to eliminate sample degradation issues and human lab errors
- Rapid turn-around prevents prophylactic treatments
- Decision support, visualization and analysis tools around individual biochemical profiles and traditional CDS guidelines support better diagnoses and early detection of diseases
    - High integrity longitudinal data allows for trend characterization over time
- Reduced physicians' office overhead expenses and new sources of income for test interpretation
- Minimal/no set up or training time required

Theranos Confidential

**therans**

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 54 of 270

Trial Exh. 4077 Page 0053

PFM-DEPO-00013774

# Initial Deployments

**Pediatrics:** reduced parent and patient anxiety for blood collection as only small simple finger stick samples are required to run all blood tests

**Geriatrics:** often difficultly in finding access to rolling veins and sensitivity to frequent venipunctures; Theranos blood collection solves this problem

**Emergency Room:** quickly diagnose and triage patient conditions, providing for better decision making and improved patient flow through the ER

**ICU:** ability to accurately and quickly diagnose severely ill patients for better care

**Remote Access:** Theranos solves for need to access lab services in remote locations where services are often not obtained

**Ease of Transportation:** Theranos has solved for existing blood sample transportation issues (small samples, collection containers, etc.)

Theranos Confidential



# Building the Future of Health Care

Network becomes hub for early detection and treatment of critical ailments to prevent the complications that lead to extraordinary healthcare costs and, ultimately, fatalities.

Bring cutting edge, individualized, and preventative healthcare into provider offices without the need for complex infrastructure.

Enable fast, efficient and scalable health services at the point of care.

Minimize the impact of critical diseases by enabling earlier detection and intervention.

Theranos Confidential

**theranos**

Confidential

Trial Exh. 4077 Page 0054

PFM-DEPO-00013775

THPFM0003870574-052

Trial Exh. 4077 Page 0055

PFM-DEPO-00013776

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 56 of 270



cost as percentage of
Medicare benefit

others:



**400%**

theranos: 50%

Theranos Confidential

theran●s

Confidential

THPFM0003870574-053

Trial Exh. 4077 Page 0056

PFM-DEPO-00013777

# Cost Savings: CA Medicaid/Medicare

Estimated <u>Direct out-of-pocket Lab Cost Savings</u> for
**California Medicaid (Medi-Cal)**



10-year aggregate savings of
**$21.9 billion**

Estimated <u>Direct out-of-pocket Lab Cost Savings</u> for
**California Medicare**





10-year aggregate savings of
**$9.3 billion**

Source: CMS.gov, KFF.org and Theranos estimates

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-054

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 58 of 270

Trial Exh. 4077 Page 0057

PFM-DEPO-00013778

# Cost Savings: NY Medicaid/Medicare



Estimated <u>Direct out-of-pocket Lab Cost Savings</u> for
**New York Medicaid**



10-year aggregate savings of
**$22.3 billion**



Estimated <u>Direct out-of-pocket Lab Cost Savings</u> for
**New York Medicare**



10-year aggregate savings of
**$6.3 billion**

Source: CMS.gov, KFF.org and Theranos estimates

Theranos Confidential

Confidential

THPFM0003870574-055

Trial Exh. 4077 Page 0058

PFM-DEPO-0001377S

# Cost Savings: National Medicare

**Estimated <u>Direct out-of-pocket Lab Cost Savings</u> for National Medicare**



10-year aggregate savings of
**$86.5 billion**

**Estimated Outpatient Office Visit Cost Savings for National Medicare**



10-year aggregate savings of
**$343.7 billion**

Source: CMS.gov, KFF.org and Theranos estimates

Theranos Confidential



Trial Exh. 4077 Page 0059

PFM-DEPO-00013780

# Cost Savings: National Medicaid

### Estimated <u>Direct out-of-pocket Lab Cost Savings</u> for **National Medicaid**



### 10-year aggregate savings of **$76.4 billion**

### Estimated Outpatient Office Visit Cost Savings for **National Medicaid**



### 10-year aggregate savings of **$263.1 billion**

Source: CMS.gov, KFF.org and Theranos estimates

Theranos Confidential

**theran⊙s**

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 61 of 270

Trial Exh. 4077 Page 0060

PFM-DEPO-00013781

# Theranos is certified as a High Complexity CLIA Laboratory

| | |
|---|---|
| **Waived** | Simple, accurate tests without routine oversight |
| **Moderate** | Most tests fall in this category; automated testing where the lab must meet standards and surveyed biennially |
| **PPM** | Provider performed microscopy; the lab must meet quality standards; no routine oversight |
| **High Complexity** | Requires the highest level of training, technique and result interpretation; most stringent standards; labs are surveyed routinely and randomly |

Theranos Confidential



Confidential

THPFM0003870574-058

# The Theranos Lab

Patient Service Centers allow for convenient patient access to laboratory collection sites, far exceeding current independent laboratory footprints.

Theranos oversees training and certification of all individuals collecting samples at each Patient Service Center under CLIA.

Samples are stored in proprietary nanotainers™ and tied to unique patient IDs via proprietary barcoding.

Lab samples are shipped or picked-up at Patient Service Centers and processed at a Theranos CLIA-Certified Laboratory.

Results are available through the Theranos Web Portal and Electronic Information interchange within seconds after processing.

Theranos Confidential

**theranos**

Confidential

Trial Exh. 4077 Page 0062

PFM-DEPO-00013783

# Theranos' CLIA Quality Standards

**Personnel Qualifications & Responsibilities**
Lab director has overall responsibility; supervision of required positions

**Quality Control (QC)**
Mechanism to ensure all testing procedures meet highest standards

**Specimen Integrity and Record Keeping**
Documentation of all test data; patient identification, confidentiality, test referrals, etc.

**Proficiency Testing (PT)**
Testing for accuracy and control comparisons; biennial audits of testing accuracy

**Quality Assessment (QA)**
Ongoing assessments; comprehensive system to monitor performance and ensure quality results

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0063

PFM-DEPO-00013784

# CLIA Surveys & Audits

Biennial

Performed by CMS trained State Agency Medical Technicians or approved accrediting organizations with equivalent standards

Outcome-oriented with QA focus

Data indicates improved lab performance over time

**Theranos maintains CLIA accreditation as a high complexity lab and has passed all audits without a single deficiency to maintain this status**

Theranos Confidential



Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 65 of 270

Trial Exh. 4077 Page 0064

PFM-DEPO-00013785

# Validation of Theranos

Theranos has been comprehensively validated over the course of the last seven years by ten of the fifteen largest pharmaceutical companies, with hundreds of thousands of assays processed.

After running clinical trials with Theranos instead of the central laboratory, GlaxoSmithKline's Lab Director concluded that **"Theranos' lab infrastructure eliminates the need for a lab."**

Theranos' lab infrastructure is validated under   and  guidelines.

_Excerpts from Johns Hopkins due diligence and technology validation:_
- "The technology is novel and sound. It can accurately run a wide range of routine and special assays."
- **"No major weaknesses were identified."**



Theranos Confidential

**theranos**

Confidential

THPFM0003870574-062

Trial Exh. 4077 Page 0065

PFM-DEPO-00013786

# "Theranos' Improvement in the Probability of Success in PoC from 15% to 80% Results in eNPV of ~$202 million for Late Market Anemia Drug Entrant" – McKinsey Report



**Risk adjusted margin contribution**

@15% POS NPV = -$90 M at P2a

@80% POS NPV = +$112 M at P2a

R&D investment, risk adjusted

LOE

Tail revenue margin contribution

- Discounting cash flows to beginning of P2 results in expected **NPV difference of ~$202 million** by increasing probability of success

- Return on R&D investment for successful launched compound with the profile indicated would have **increased from -3.6% to +13% (an increase in return of ~10 percentage points)**

**Assumptions**
Peak year sales: $500 millions
WACC: 8%
Contribution margin: 0%, 50%, 70%, 60%
R&D capitalization rate: 9.5%
Revenue profile: Biologic

P2 survival increase from: 15% to 80%
P3 survival: 57%
Reg survival: 84%
P2 cycle time: 3.1 yrs
P3 cycle time: 2.8 yrs
Reg cycle time: 1 yr

SOURCE: PharmaProjects; DiMasi et al. 2002 Journal of Health Economics; McKinsey analysis
WACC = weighted average cost of capital, LOE = loss of exclusivity ; POS = prob. of success

Theranos Confidential

**theran⊙s**

Confidential

THPFM0003870574-063

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 67 of 270

Trial Exh. 4077 Page 0066

PFM-DEPO-00013787

# Products

Device
- minilab and 4s for automated processing

Cartridge
- Automated consumables for 75+ assays simultaneously across all sample types (blood, urine, tissue, etc.)

Blood Collection Devices
- Automated sample collection for micro sample volumes (blood, urine, tissue, etc.) customized for pediatrics, phlebotomy, and full range of collection procedures

Assays
- Chemistries, 800+ test menu, and TPS library

Software
- Analytics: device and testing
- Decision Support & Services: Retail Pharmacy System, Provider System, Payor System, Consumer System

Theranos Confidential



Confidential

THPFM0003870574-064

# Overview: Theranos Systems

## Theranos Systems



Theranos Analyzers                    Cartridges                    Mobile Applications

## Theranos Systems: Backend Analytical Infrastructure



Data Analysis Infrastructure          Algorithms          Software Applications: Decision Support

Theranos Confidential



Confidential

Trial Exh. 4077 Page 0067

PFM-DEPO-00013788

Trial Exh. 4077 Page 0068

PFM-DEPO-00013789

# **Theranos Information Systems**

Theranos Information Systems facilitate real-time eligibility, authorization, authentication, information transmission, and billing

All data is transmitted to physicians through a secure customized portal, secure fax, and/or integration with EMR/LIS systems

Individual patient lab data can be automatically integrated into the decision support system for front and back-end decision support

Data visualization tools and front and back-end decision support applications support actionable interpretation of results

Algorithms will facilitate adoption of evidence-based guidelines for optimal frequency of testing and elimination of false positive interpretation of results

Providers and partners will have a customized portal for real-time access to data, analyses, and clinical decision support based on dynamic, individual patient data

Theranos Confidential

**theran☺s**

Confidential

THPFM0003870574-066

Trial Exh. 4077 Page 0069

PFM-DEPO-00013790

# Excerpts from Theranos' Test Menu

*105 tests shown, another 20+ pages show all available tests with Theranos

### Bacteria
Streptococcus pneumoniae (penic R(24%),S)
Mycoplasma pneumoniae
Chlamydia pneumoniae
Bordetella pertussis
Haemophilus influenzae (ampic R,S)
Moraxella catarrhalis
Staphylococcus aureus (MR (30%), RS)
Streptococcus pyogenes (A)
Streptococcus agalactiae (B)
Pseudomonas spp (aeruginosa)
Haemophilus parainfluenzae
Enterobacteriaceae spp
Legionella spp
gram-negative bacteria
Escherichia coli

### Viral
H5N1, H1N1
H3N2, Infl. B
Rhino Virus
Adenovirus
RSV
parainfluenza virus (1,2,3,4)
Coronaviruses
human metapneumovirus (HMPV)

### Complete Blood Count w Diff
White blood cell count
Red blood cell count
Hemoglobin
Hematocrit
Mean corpuscular volume
Mean corpuscular hemoglobin
Mean corpuscular hemoglobin concentration
Platelet count
Mean platelet volume

### Renal Panel
Albumin
BUN
Calcium
CO2
Chloride
Glucose
Phosphorous
Potassium
Sodium
Creatinine
eGFR

### Thyroid Panel
TSH
T-3
T-4

### Liver Panel
ALT
Alkaline Phosphatase
AST
Ferritin
GGT
Iron
Lactate Dehydrogenase
Microalbumin
Total Protein
Albumin
Globulin
Bilirubin Direct
Bilirubin Total

### Complete Metabolic Panel
HGB A1c
Glucose
Calcium
Albumin
Total Protein
Sodium
Potassium
CO2
Chloride
BUN
Creatinine
ALP
ALT
AST
Bilirubin
Magnesium
Ipecac
Lsd,
Lsd-25,
Lysergide,
Nalbuphine
Nubain(R)
Rohipnolâ®
Stadolâ®
Ethyl Glucuronide,

### Cardiovascular Panel
Creatinine
Kinase
Troponin-I
Troponin-t
CRP- High-Sensitivity & LS
Homocysteine

### Lipid Profile & Glucose Panel
Cholesterol
HDL
LDL
LDL/HDL Ratio
Triglycerides
VLDL

### STDs & Drugs of Abuse
Chylmd Trach, Dna, Amp Probe
N.Gonorrhoeae, Dna, Amp Prob
Hpv, Dna, Amp Probe
Acid
Butorphanol
D-Lysergicacid Diethylamide,
Dolophine,
Flunitrazepam
Hairstat
Heroin,

Theranos Confidential

**theranos**

THPFM0003870574-067

Trial Exh. 4077 Page 0070

PFM-DEPO-00013791

# TNAA Panels & Pathogens

## Upper Respiratory with Hospital Acquired Infections Tests

| | | |
|---|---|---|
| H5N1 flu | Coronavirus 229E | Penicillin-resistant S. pneumo |
| H7N9 flu - HA gene | Coronavirus HKU1 | Streptococcus pneumoniae |
| H7N9 flu - NA gene | Coronavirus NL63 | Acinetobacter baumannii |
| Influenza A - MP | Coronavirus OC43 | Burkholderia cepacia |
| Influenza B - MP | Measles | Klebsiella pneumoniae |
| Influenza H1N1 novel (2009) - HA | Mumps | KPC resistance gene |
| Influenza H1N1 seasonal - HA | Rhinovirus | Moraxella catarrhalis |
| Influenza H3N2 - HA | Rubella | MRSA |
| Bocavirus | Streptococcus pyogenes (strep A) | Mycobacterium tuberculosis |
| Coronavirus MERS | Bordetella parapertussis | Serratia marcescens |
| Metapneumovirus A | Bordetella pertussis | Staphylococcus aureus |
| Metapneumovirus B | Bordetella holmesii | Staphylococcus aureus (Vancomycin-resistant) VRSA |
| Parainfluenza 1 | Chlamydophila pneumoniae | Clostridium difficile |
| Parainfluenza 2 | Enterobacter aerogenes | Norovirus |
| Parainfluenza 3 | Enterobacter cloacae | Candida albicans |
| Parainfluenza 4 | H. influenzae blaROB | |
| RSV | H. influenzae blaTEM | |
| Adenovirus B | Haemophilus influenzae | |
| Adenovirus C | Haemophilus parainfluenzae | |
| Adenovirus E | Legionella pneumophila | |
| | Mycoplasma pneumoniae | |

Theranos Confidential



Confidential

# TNAA Panels & Pathogens

## Infectious Disease Blood Tests

Dengue Virus 1
Dengue Virus 2
Dengue Virus 3
Dengue Virus 4
Pan Plasmodium
Trypanosoma cruzi
West Nile Virus 1
West Nile Virus 2
Candida albicans
Varicella-zoster

Theranos Confidential

**theran⊙s**

Confidential

Trial Exh. 4077 Page 0071

PFM-DEPO-00013792

THPFM0003870574-069

# TNAA Panels & Pathogens

## STD Blood Tests

HIV-1 Group M
HIV-1 Group O
HIV-2 Group A
HIV-2 Group B
Hepatitis A
Hepatitis B
Hepatitis C
HepDelta
Epstein-Barr Virus

Theranos Confidential

theran●s

Confidential

Trial Exh. 4077 Page 0072

PFM-DEPO-00013793

THPFM0003870574-070

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 74 of 270

Trial Exh. 4077 Page 0073

PFM-DEPO-00013794

# TNAA Panels & Pathogens

## STD (non-blood) Tests

Chlamydia trachomatis
HPV
HSV1/HSV2
Neisseria gonorrhoeae
Streptococcus agalactae (strep B)
Treponema pallidum
Trichomonas vaginalis

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-071

Trial Exh. 4077 Page 0074

PFM-DEPO-00013795

# TNAA Panels & Pathogens

## Hospital Acquired Infections Blood Tests

Clostridium sordellii
Pseudomonas aeruginosa
Vancomycin-resistant Enterococci
(VRE)
Hepatitis A
Hepatitis B
Hepatitis C
Hepatitis Delta
Candida albicans

Theranos Confidential

**theranos**

# TNAA Panels & Pathogens

## Hospital Acquired Infections Respiratory Tests

Acinetobacter baumannii
Burkholderia cepacia
Klebsiella pneumoniae
KPC resistance gene
Moraxella catarrhalis
MRSA
MTB
Serratia marcescens
Staphylococcus aureus
Staphylococcus aureus (Vancomycin-resistant) VRSA
Clostridium difficile
Norovirus
Mycobacterium abscessus
Candida albicans

Theranos Confidential

theranos

Trial Exh. 4077 Page 0075

PFM-DEPO-00013796

Confidential

THPFM0003870574-073

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 77 of 270

Trial Exh. 4077 Page 0076

PFM-DEPO-00013797

# Theranos Proprietary Tests

1. **Routine, Specialty, & Esoteric Tests**
2. **Wellness Tests**
   - Proteomic tests characterize the onset, progression, and regression of obesity and diabetes
   - These tests can be offered on a routine basis to measure progress and the success of different behavior changes
3. **Diagnostic & Predictive Women's and Men's Health Tests**
   - Include the following proprietary tests, amongst others:

   <u>Chronic Disease</u>
   - Thyroid
   - Heart disease progression & risk of heart attacks
   - Breast & ovarian cancer early detection and onset
   - Prostate & colorectal cancer early detection onset

   <u>Infectious Disease</u>
   - Influenza (H1N1 2009 swine, non-swine flu, H3N2 (global flu), H5N1)
   - Viral versus bacterial infection through a comprehensive panel of the most common pathogens
   - HIV & other STDs

   <u>Fertility & Pregnancy</u>
   - Better characterization of optimal time for conception, efficacy of fertility treatments, and how best to optimize them (e.g. during IVF or hormone therapy)
   - Earlier & more accurate detection of pregnancy than currently possible
   - Early detection of preeclampsia

Theranos Confidential





Theranos Confidential

Trial Exh. 4077 Page 0077

PFM-DEPO-00013798



Theranos Confidential

Trial Exh. 4077 Page 0078

PFM-DEPO-00013799

Confidential

THPFM0003870574-076

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 80 of 270

Trial Exh. 4077 Page 0079

Theranos Confidential

theranos

PFM-DEPO-00013800

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 81 of 270

Trial Exh. 4077 Page 0080

PFM-DEPO-00013801





Theranos Confidential



Trial Exh. 4077 Page 0081

PFM-DEPO-00013802

Theranos Confidential

theranos

Confidential

THPFM0003870574-079





Theranos Confidential

Trial Exh. 4077 Page 0082

PFM-DEPO-00013803





Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 84 of 270

Trial Exh. 4077 Page 0083

Theranos Confidential

theranos

Confidential

THPFM0003870574-081

PFM-DEPO-00013804











theranos

THPFM0003870574-082

Theranos Confidential

Confidential

Trial Exh. 4077 Page 0085

PFM-DEPO-00013806

# Predictive Insight: Disease Progression

Robust studies have shown that more frequent sampling on a low variability
platform allows characterization of trends that cannot be seen when patients come
into the clinic for blood draws less frequently and run in traditional labs.

**Variability in M30 and M65 Pre-dose Levels**
**(5-7 day gap between 2 pre-dose samples)**

**Time series: chemo-sensitive**
**solid tumor and M30 M65 trends**





Theranos Confidential

theranos

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 87 of 270

Trial Exh. 4077 Page 0086

PFM-DEPO-00013807

# Use of Time Series Multiplexed Measurements

## Example: Monitoring an AML patient for sepsis



Theranos Confidential

theranos

THPFM0003870574-084

# Patient Relapse



Theranos Confidential

theran<span>o</span>s

Trial Exh. 4077 Page 0087

PFM-DEPO-00013808

Confidential

THPFM0003870574-085

Trial Exh. 4077 Page 0088

# Production

- Scale
  - Line replication
  - CAPEX investments
  - Lead times

Theranos Confidential

**theran⊙s**

PFM-DEPO-00013809

Confidential

THPFM0003870574-086

# Intellectual Property

Patents & Trademarks

- Patent Portfolio

- Defense/Litigation

Theranos Confidential

**theranos**

Confidential

Trial Exh. 4077 Page 0089

PFM-DEPO-00013810

THPFM0003870574-087

Trial Exh. 4077 Page 0090

PFM-DEPO-00013811

# Overview of Current Laboratory Market

- Little or no investment in R&D

- Fixed operational overhead and infrastructure built around old technologies wipe out margins in current business models

- Current test prices driven by:
    - 70% operational overhead from collecting, shipping and handling samples
    - Cost structure reflects the old paradigm of collecting enough samples to distribute the cost
    - Real estate costs

- Test panels originated from cost and machine structures of labs but don't reflect don't ideal information for actionable decision making

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-088

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 92 of 270

Trial Exh. 4077 Page 0091

PFM-DEPO-00013812

# Overview of Current Laboratory Market (cont'd)

- Decades old business processes - and technology investments around those business processes - with very little motivation to innovate, has created a duopoly of businesses burdened with infrastructure costs and little/no R&D

- Manual handling of samples at every step of the process yields significant quality and usability issues with current lab results

- Select contracts between labs and insurance companies have set precedent for higher costs for "pull through" patients

- Healthcare reform, increasing healthcare costs, and the changing market dynamics make this industry ripe for innovation

Theranos Confidential

**theranos**

# Theranos Systems at Retail

- Existing lab testing in the US alone is a $90 billion market and growing

- On average, every American runs blood tests >3 times a year.

- A single reference laboratory, which only controls 14% of the general retail lab testing market, processes more than 151 million test requisitions.

- Healthcare reform, increasing healthcare costs, and the changing market dynamics make this industry ripe for innovation

  - Little to no innovation in the laboratory market in the last four decades

- Replacing old infrastructure with new

  - Infectious and chronic diseases

Theranos Confidential

theran●s

Trial Exh. 4077 Page 0092

PFM-DEPO-00013813

Confidential

THPFM0003870574-090

# Key Laboratory Considerations

**Labs have significant influence over patient/clinical outcomes...**

95% of physicians clinical pathway decision making are determined by lab results

**... but old infrastructure and old technologies prohibit higher quality and lower cost testing ...**

Centralized Lab infrastructure makes it difficult to provide services and information in a distributed way

High variability in lab results prevents "actionable" decision making in real time

**... Theranos' lab infrastructure is designed to yield significant improvements in care and fully loaded cost savings ...**

Reduce secondary visits and unnecessary treatments through earlier detection and intervention

Reduce ER inefficiencies by providing rapid results every time

Reduce bed time per patient

Better service and higher throughput

**Modest improvement in current approach can significantly impact cost & outcomes**

Theranos Confidential

**theran⊙s**

Trial Exh. 4077 Page 0093

PFM-DEPO-00013814

Confidential

THPFM0003870574-091

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 95 of 270

# Lab Testing & US Health Care Spend

2010 US Health Care Spend: $2.6 Trillion





Trial Exh. 4077 Page 0094

PFM-DEPO-0001381 5

Theranos Confidential

Trial Exh. 4077 Page 0095

# Theranos: Cost Savings

- Theranos' initial price points are 50% below Medicare reimbursement amounts for all currently run tests/CPT codes

- Theranos Systems in physician offices stamp out leakage problems/out-of-network testing at the root of the problem

- Real-time testing and reflex testing during office visits enable better physician decision making and reduced visits by eliminating test result delays

- Real-time data in ER & hospitals reduces hospital bed stays and costs

- The unprecedented lack of variation from system to system yields higher integrity data and longitudinal trending, enabling earlier insight into the onset/progression of disease and reducing unnecessary secondary procedures from results which currently show up as false positive results

- Earlier insight into disease progression and earlier intervention will reduce ER/hospital visits

Theranos Confidential

**theranos**

PFM-DEPO-00013816

# Transforming the Clinical Lab



| today | theranos | |
|-------|----------|--|
| **Quality** <br>(coefficient of variation) | | The <10% CV yielded in Theranos' analysis results from elimination of pre-analytic errors, and provides for precise and actionable information that was previously inaccessible |
| ± 30% | < 10% | |
| **Cost & Savings** | | Theranos offers significant immediately realizable and fully loaded cost savings |
| $$$$ | $ | |
| **Time** | | Theranos has quicker test run times and communicates results within 20 – 60 minutes |
| | results within 20-60 minutes | |

Theranos Confidential

theran⊙s

Confidential

Trial Exh. 4077 Page 0096

PFM-DEPO-0001 3817

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 97 of 270

# Making Quality Health Care More Affordable and Accessible

- Significant reductions in the cost of the care by
  - Reducing blood testing costs
  - Reducing the number of visits to hospitals
  - Enabling earlier, more accurate, medically appropriate and preventative screening to catch diseases earlier
  - Improved outcomes through individualized treatment and lifestyle improvement tools that build consumer loyalty

- A better care infrastructure for providers

- A new national health care infrastructure through cutting edge technology systems
  - Innovations in biotechnology, information technology, and machine learning
  - Quantitative measures of disease progression, efficacy and safety of interventions, compliance, and the earliest onset of serious ailments and complications

- Significant environmental impact through reduction in $CO_2$ emissions associated with central laboratory infrastructure and shipping reductions
  - A single laboratory company's planes, vans, and trucks travel the distance of earth to the moon and back daily

Theranos Confidential

**theranos**

Confidential

Trial Exh. 4077 Page 0097

PFM-DEPO-00013818

THPFM0003870574-095

Trial Exh. 4077 Page 0098

PFM-DEPO-00013819

# Theranos Benefits

Theranos technology provides the opportunity for hospitals to significantly reduce costs of lab services

Theranos' platform can be made accessible to employed and affiliated hospital physicians

Theranos can provide testing services for all send-out tests while reducing the cost of testing services for the hospital

Collection of small blood samples improves patient experience and reduces hospital labor costs

Improvements in lab infrastructure create a significant differentiator for hospitals by providing greatly improved patient experience
(notably pediatrics, geriatrics and oncology)

Theranos Confidential



# clinical data

Theranos Confidential

**theran⊙s**

Trial Exh. 4077 Page 0099

PFM-DEPO-00013820

Confidential

THPFM0003870574-097

theranos

THPFM0003870574-098

# immunochemistry

Theranos Confidential

Confidential

PFM-DEPO-00013821

Trial Exh. 4077 Page 0101

PFM-DEPO-00013822

## ANA Antibody

| Sample ID | Theranos Ab Index | Immco Diagnostics ANA value | USBIOL Ab Index | Innova Ab Index | IBL Ab Index | ProMeddx Nephelometry ratio |
|---|---|---|---|---|---|---|
| A1 | 0.77 | 39.1 | 0.53 | 12.2 | 0.82 | 1:160 |
| A2 | 0.73 | 23.6 | 0.73 | 10.4 | 0.49 | 1:320 |
| A3 | 1.78 | 36.6 | 0.90 | 31.2 | 0.76 | 1:320 |
| A4 | 2.36 | 34.3 | 1.07 | 21.5 | 0.72 | 1:160 |
| A5 | 0.62 | 12.8 | 0.52 | 13.3 | 0.27 | 1:160 |
| A6 | 1.14 | 39.9 | 1.26 | 13.3 | 0.83 | 1:160 |
| A7 | 1.64 | 27.0 | 0.58 | 8.4 | 0.56 | 1:320 |
| A8 | 1.89 | 22.5 | 0.69 | 8.4 | 0.47 | 1:320 |
| A9 | 2.18 | 143.8 | 2.41 | 39.1 | 3.00 | 1:1280 |
| A10 | 6.14 | 32.8 | 2.13 | 21.2 | 0.69 | 1:1280 |
| A11 | 1.68 | 74.1 | 2.50 | 74.5 | 1.55 | 1:1280 |
| A12 | 19.53 | 157.3 | 2.78 | 106.2 | 3.29 | 1:1280 |
| A13 | 1.51 | 32.8 | 2.75 | 20.5 | 0.69 | 1:160 |
| A14 | 3.16 | 31.8 | 1.85 | 19.2 | 0.66 | 1:160 |
| A15 | 1.92 | 24.4 | 1.01 | 13.8 | 0.51 | 1:320 |
| A16 | 1.85 | 58.5 | 5.36 | 39.4 | 1.22 | 1:1280 |
| A17 | 5.57 | 153.8 | 3.81 | 99.8 | 3.21 | 1:1280 |
| A18 | 1.45 | 33.4 | 1.03 | 25.1 | 0.70 | 1:640 |
| A19 | 7.98 | 99.6 | 2.83 | 81.5 | 2.08 | 1:640 |
| A20 | 1.87 | 51.4 | 0.86 | 21.3 | 1.07 | 1:640 |
| A21 | 1.06 | 50.0 | 0.83 | 11.9 | 1.01 | 1:640 |
| A22 | 1.38 | 31.7 | 1.16 | 23.2 | 0.66 | 1:640 |
| A23 | 0.95 | 53.8 | 1.00 | 14.0 | 1.12 | 1:320 |
| A24 | 1.57 | 38.1 | 1.41 | 13.7 | 0.80 | 1:1280 |
| A25 | 1.66 | 55.6 | 2.55 | 17.8 | 1.16 | 1:640 |

| Sample ID | Theranos Ab Index | Immco Diagnostics ANA value | USBIOL Ab Index | Innova Ab Index | IBL Ab Index | ProMeddx Nephelometry ratio |
|---|---|---|---|---|---|---|
| A26 | 0.87 | 43.2 | | | 0.90 | 1:640 |
| A27 | 1.69 | 28.2 | | | 0.59 | 1:640 |
| A28 | 1.85 | 37.9 | | | 0.79 | 1:640 |
| A29 | 0.92 | 23.4 | | | 0.49 | 1:160 |
| A30 | 3.19 | 87.4 | | | 1.83 | 1:160 |
| A32 | 1.68 | 48.9 | | | 1.02 | 1:160 |
| A33 | 1.23 | 45.3 | | | 0.95 | 1:1280 |
| A34 | 2.10 | 50.0 | | | 1.04 | 1:1280 |
| A35 | 0.85 | 31.0 | | | 0.65 | 1:320 |
| A36 | 0.54 | 40.0 | | | 0.84 | 1:160 |

Results reported as:
Negative (green), Equivocal (Yellow), or
Positive (Red) on the basis of Antibody
index for each assay.
Immco kit is an FDA approved ELISA

| |
|---|
| Ab Index > 1.1 |
| Ab Index > 0.9, < 1.1 |
| Ab Index < 0.9 |

theranos

Confidential

THPFM0003870574-099

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 103 of 270

# Anti - RNP

| Sample ID | Human Test Samples | | | ANTIBODY INDEX | | | |
|---|---|---|---|---|---|---|---|
| | Matrix | Species | Strain | Theranos | INOVA | Corgenix | IBL |
| CLN1 | Serum | Normal | N/A | 0.01 | 4 | 3.28 | 0.19 |
| CLN2 | Serum | Normal | N/A | 0.01 | 4 | 1.64 | 0.08 |
| CLN3 | Serum | Normal | N/A | 0.01 | 6 | 3.31 | 0.27 |
| CLN4 | Serum | Normal | N/A | 0.01 | 5 | 2.77 | 0.08 |
| CLN5 | Serum | Normal | N/A | 0.01 | 4 | 2.89 | 0.06 |
| CLN6 | Serum | Normal | N/A | 0.01 | 7 | 2.58 | 0.16 |
| CLN7 | Serum | Normal | N/A | 0.01 | 6 | 3.33 | 0.19 |
| CLN8 | Serum | Normal | N/A | 0.01 | 5 | 5.67 | 0.19 |
| CLN9 | Serum | Normal | N/A | 0.01 | 4 | 1.69 | 0.12 |
| CLN10 | Serum | Normal | N/A | 0.01 | 5 | 3.32 | 0.12 |
| SL04 | Serum | Autoimmune | Lupus | 0.07 | 38 | 76.86 | 3.08 |
| SL07 | Serum | Autoimmune | Lupus | 3.46 | 150 | 226.67 | 8.08 |
| SL08 | Serum | Autoimmune | Lupus | 0.03 | 52 | 35.77 | 2.26 |
| SL09 | Serum | Autoimmune | Lupus | 3.10 | 148 | 227.45 | 8.19 |
| CSLE2 | Serum | Autoimmune | Lupus | 0.02 | 98 | 18.02 | 0.03 |
| CSLE4 | Serum | Autoimmune | Lupus | 3.32 | 142 | 155.73 | 4.57 |
| CSLE5 | Serum | Autoimmune | Lupus | 0.45 | 90 | 17.69 | 0.44 |
| CSLE7 | Serum | Autoimmune | Lupus | 3.21 | 146 | 124.13 | 3.17 |
| CSLE8 | Serum | Autoimmune | Lupus | 0.39 | 126 | 106.37 | 1.38 |
| CSLE10 | Serum | Autoimmune | Lupus | 0.96 | 142 | 88.19 | 2.24 |
| CSLE11 | Serum | Autoimmune | Lupus | 1.15 | 140 | 154.59 | 4.58 |
| CSLE13 | Serum | Autoimmune | Lupus | 0.02 | 88 | 5.56 | 0.24 |
| CSLE14 | Serum | Autoimmune | Lupus | 0.13 | 33 | 63.84 | 1.61 |
| CSLE15 | Serum | Autoimmune | Lupus | 2.85 | 147 | 164.33 | 2.10 |
| SCL02 | Serum | Autoimmune | Scleroderma | 0.14 | 32 | 3.73 | 0.11 |
| SCL05 | Serum | Autoimmune | Scleroderma | 0.05 | 13 | 23.55 | 0.91 |
| SCL07 | Serum | Autoimmune | Scleroderma | 0.15 | 71 | N/A | 0.67 |
| SCL11 | Serum | Autoimmune | Scleroderma | 0.12 | 35 | 59.46 | 1.81 |
| SCL14 | Serum | Autoimmune | Scleroderma | 6.02 | 145 | 163.45 | 2.47 |
| SCL35 | Serum | Autoimmune | Scleroderma | 0.01 | N/A | 21.16 | N/A |

Results reported as: Negative (green), Equivocal (Yellow), or Positive (Red) on the basis of Antibody index for each assay.

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0102

PFM-DEPO-00013823

Confidential

THPFM0003870574-100

# Anti - Sm

| Samples | Inter-Cartridge Mean | CV% | Theranos Ab Index | IMMCO Result (EU/mL) |
|---|---|---|---|---|
| SL4 | 9842 | 15 | 1.07 | 14 |
| SL7 | 17081 | 11 | 1.85 | 30 |
| SL9 | 9210 | 8 | 1.00 | 26 |
| Sjog7 | 5095 | 16 | 0.55 | 12 |
| Sjog9 | 3153 | 2 | 0.34 | 26 |
| Sjog10 | 3250 | 3 | 0.35 | 18 |
| Scleroderma 1 | 5774 | 18 | 0.6 | 13 |
| Scleroderma 2 | 4931 | 41 | 0.5 | 8 |
| Scleroderma 3 | 7841 | 16 | 0.9 | 6 |
| Scleroderma 4 | 6169 | 4 | 0.7 | 5 |
| Scleroderma 5 | 18168 | 22 | 2.0 | 22 |
| Scleroderma 6 | 5064 | 62 | 0.5 | 7 |
| Scleroderma 7 | 7702 | 9 | 0.8 | 17 |
| Scleroderma 8 | 8490 | 4 | 0.9 | 7 |
| Scleroderma 9 | 5156 | 19 | 0.6 | 7 |
| Scleroderma 10 | 8903 | 3 | 1.0 | 7 |
| Scleroderma 11 | 19170 | 10 | 2.1 | 24 |
| Scleroderma 14 | 22220 2 | 6 | 24.1 | 29 |

Results reported as: Negative (green), Equivocal (Yellow), or Positive (Red) on the basis of Antibody index for each assay.

theran⊙s

Theranos Confidential

Confidential

THPFM0003870574-101

# Anti - SSB

| Samples | Inter-Cartridge | | Theranos | INOVA ELISA | IBL International |
|---|---|---|---|---|---|
| | Mean | CV% | Ab Index | | |
| A7 | 7599 | 19 | 0.74 | 2.8 | 0.44 |
| A13 | 4448 | 27 | 0.44 | 3.0 | 0.59 |
| A14 | 5730 | 17 | 0.56 | 4.8 | 0.37 |
| A15 | 5730 | 20 | 0.56 | 2.7 | 0.32 |
| A17 | 7288 | 17 | 0.71 | 2.7 | 0.55 |
| pooled Ana positives | 5751 | 4 | 0.56 | 2.7 | 0.55 |
| Sj01 | 565 | 3 | 0.06 | 2.8 | 0.24 |
| Sj02 | 806 | 6 | 0.08 | 3.0 | 0.16 |
| Sj03 | 120175 | 12 | 11.77 | 62.2 | 2.62 |
| Sj04 | 626 | 17 | 0.06 | 2.8 | 0.17 |
| Sj05 | 204698 | 16 | 20.06 | 96.2 | 4.67 |
| Sj06 | 2398 | 15 | 0.23 | 2.8 | 0.20 |
| Sj07 | 8161 | 12 | 0.80 | 10.9 | 0.24 |
| Sj08 | 4873 | 2 | 0.48 | 17.6 | 0.24 |
| Sj09 | 26981 | 24 | 2.64 | 36.3 | 0.26 |
| Sj10 | 2500 | 6 | 0.24 | 15.1 | 0.53 |

Results reported as: Negative (green), Equivocal (Yellow), or Positive (Red) on the basis of Antibody index for each assay.

**theranos**

Theranos Confidential



## Acid Phosphatase – Serum & Plasma

$y = 0.4754x + 0.273$
$R^2 = .93$

Theranos Acid Phosphatase Activity (U/L)

Pointe Scientific Acid Phosphatase Activity (U/L)

• Serum and Li-Heparin Plasma Samples

Theranos Confidential

theranos

Trial Exh. 4077 Page 0105

PFM-DEPO-00013826

Confidential

THPFM0003870574-103

Trial Exh. 4077 Page 0106

PFM-DEPO-00013827

## Ascorbic Acid in Plasma



$y = 1.08282x$
$R^2 = .9412$

Theranos, Ascorbic Acid, uM

Caymen Chemical, Ascorbic Acid, uM

theran⊚s

Theranos Confidential

Confidential

THPFM0003870574-104

# Trypanosoma cruzi (Chagas) antibody



**Chagas Clinicals**

If S/Co Positive ≥ 1

Theranos Confidential

theran⊙s

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 108 of 270

Trial Exh. 4077 Page 0107

PFM-DEPO-00013828

Confidential

THPFM0003870574-105

Trial Exh. 4077 Page 0108

PFM-DEPO-00013829

# CRP Test Correlation to Reference Methods Over 10,000-fold Range



y = 1.179x - 0.3746, N = 104
$R^2 = .99$

Log[Theranos Plasma CRP], ug/ml

Log[R&D Plasma CRP], ug/ml

Theranos Confidential

theran●s

Confidential

THPFM0003870574-106

## Cotinine (Serum)



**Theranos vs. CLIA (N=63)**

$y = 0.981x + 8.6339$
$R^2 = 0.91$

Result from Theranos [Cotinine] ng/mL

Result from CLIA lab [Cotinine] ng/mL

Theranos Confidential

theran⊕s

Trial Exh. 4077 Page 0109

PFM-DEPO-00013830

Confidential

THPFM0003870574-107

# Cotinine (Urine)

Trial Exh. 4077 Page 0110

| Theranos Result ng/mL | FDA approved | |
|---|---|---|
| | Cot 1 Cotinine Rapid test | NicChek I Rapid test |
| OORH | Pos | LowPos |
| OORH | Pos | LowPos |
| OORL | Neg | Neg |
| OORH | Pos | LowPos |
| 765 | Pos | LowPos |
| OORH | Pos | LowPos |
| OORH | Pos | LowPos |
| OORL | Neg | Neg |
| 894 | Pos | LowPos |
| 1793 | Pos | LowPos |
| OORL | Neg | Neg |
| 178 | Pos | LowPos |
| 347 | Pos | LowPos |
| OORH | Pos | High pos |
| OORH | Pos | High pos |
| OORH | Pos | High pos |
| OORH | Pos | High pos |
| OORL | Neg | Neg |
| OORH | Pos | High pos |
| OORH | Pos | High pos |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

**theranos**

Theranos Confidential

PFM-DEPO-0001383

Confidential

THPFM0003870574-108

# CMV IgG

| | Theranos cutoff | | | |
|---|---|---|---|---|
| | 5*stdev | 10*stdev | Trinity (C of A) | DiaSorin (CLIA) |
| Zepto MT Panel #1 | 0.51 | 0.31 | 0.3 | <<0.20 |
| Zepto MT Panel #2 | 39.02 | 23.99 | 2.4 | 3.1 |
| Zepto MT Panel #3 | 56.76 | 34.89 | 2.7 | 6.1 |
| Zepto MT Panel #4 | 45.48 | 27.95 | 2.4 | 3.3 |
| Zepto MT Panel #5 | 17.69 | 10.87 | 2.8 | 8.4 |
| Zepto MT Panel #6 | 45.25 | 27.82 | 2.8 | 5.9 |
| Zepto MT Panel #7 | 65.68 | 40.37 | 2.8 | >>10.0 |
| Zepto MT Panel #8 | 62.07 | 38.16 | 2.8 | >>10.0 |
| Zepto MT Panel #9 | 63.62 | 39.11 | 2.8 | >>10.0 |
| Zepto MT Panel #10 | 27.03 | 16.62 | 2.8 | 4.8 |
| Zepto MT Panel #11 | 0.74 | 0.45 | 0.2 | <<0.20 |
| Zepto MT Panel #12 | 29.42 | 18.09 | 3.2 | 6.8 |
| Zepto MT Panel #13 | 10.27 | 6.31 | 1.9 | 3.8 |
| Zepto MT Panel #14 | 86.07 | 52.91 | 2.8 | >>10.0 |
| Zepto MT Panel #15 | 30.47 | 18.73 | 2.8 | 6.1 |
| Zepto MT Panel #16 | 0.73 | 0.45 | 0.3 | <<0.20 |
| Zepto MT Panel #17 | 1.18 | 0.72 | 0.1 | <<0.20 |
| Zepto MT Panel #18 | 76.77 | 47.19 | 2.7 | 7.8 |
| Zepto MT Panel #19 | 1.12 | 0.69 | 0.2 | <<0.20 |
| Zepto MT Panel #20 | 9.82 | 6.04 | 1.9 | 4.4 |
| Zepto MT Panel #21 | 1.28 | 0.78 | 0.1 | <<0.20 |
| Zepto MT Panel #22 | 33.62 | 20.67 | 3.3 | >>10.0 |
| Zepto MT Panel #23 | 11.86 | 7.29 | 2.1 | 2.5 |
| Zepto MT Panel #24 | 16.62 | 10.22 | 2.1 | 1.8 |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

**theranos**

Theranos Confidential

PFM-DEPO-00013832

# Theranos cTNI Assay: Clinical Sample Correlation to Individual Commercial Methods



**Li-Hep Plasma samples correlation: Theranos to Beckman Access (N=29)**

$y = 0.9417x + 0.1875$
$R^2 = 0.8692$

Beckman Access results (ng/ml)
Theranos results (ng/ml)

**Li-Hep Plasma samples correlation: Theranos to Vista Dimension (N=27)**

$y = 0.9144x + 0.5995$
$R^2 = 0.7989$

Vista Dimension results (ng/ml)
Theranos results (ng/ml)

**cTNI Clinical Correlation: Theranos to Siemens Immulite (Total 103 samples tested , N=79 in plot with CLIA value >0.2ng/ml)**

$y = 0.4446x - 0.0693$
$R^2 = 0.9138$

Siemens Immulite results (ng/ml)
Theranos results (ng/ml)

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-110

Trial Exh. 4077 Page 0113

PFM-DEPO-0001383834

# Dengue IgG – Clinical correlation

| Result | Calbiotech | Genway | InBios | THERANOS |
|---|---|---|---|---|
| | Qualitative interpretation: | | ISR | ISR |
| Negative | <0.9 | <0.9 | < and = to 1.65 | < and = to 1.65 |
| Equivocal | 0.9 - 1.1 | 0.9 - 1.1 | 1.65 -2.84 | 1.65 -2.84 |
| Positive | >1.1 | >1.1 | > and = to 2.84 | > and = to 2.84 |

**NORMALS**

| Sample | Calbiotech Results | Genway Results | (FDA approved) InBios RA/NCA Ratio | THERANOS RA/NCA Ratio |
|---|---|---|---|---|
| Nor01 | 0.180 | 0.183 | 1.279 | 2.257 |
| Nor02 | 0.135 | 0.142 | 1.127 | 0.786 |
| Nor03 | 0.057 | 0.071 | 1.027 | 0.770 |
| Nor04 | 0.047 | 0.062 | 0.949 | 0.465 |
| Nor05 | 0.048 | 0.048 | 1.060 | 0.319 |
| Nor06 | 0.049 | 0.047 | 0.956 | 0.787 |
| Nor07 | 0.128 | 0.129 | 0.934 | 0.763 |
| Nor08 | 0.142 | 0.147 | 0.874 | 0.401 |
| Nor09 | 0.039 | 0.038 | 1.304 | 0.353 |
| Nor10 | 0.126 | 0.144 | 0.940 | 0.407 |
| Nor11 | 0.032 | 0.034 | 1.030 | 0.506 |
| Nor12 | 0.301 | 0.377 | 0.848 | 0.278 |
| Nor13 | 0.048 | 0.046 | 1.033 | 0.256 |
| Nor14 | 0.067 | 0.072 | 0.864 | 0.256 |
| Nor15 | 0.161 | 0.159 | 0.899 | 0.321 |
| Nor16 | 0.332 | 0.457 | 0.862 | 0.320 |
| Nor17 | 0.116 | 0.173 | 1.253 | 0.336 |
| Nor18 | 0.334 | 0.416 | 0.883 | 0.494 |
| Nor19 | 0.048 | 0.047 | 0.881 | 0.285 |
| Nor20 | 0.113 | 0.126 | 1.018 | 0.698 |

Theranos Confidential

**theranos**

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 115 of 270

PFM-DEPO-00013835

## Dengue IgG – Clinical correlation (contd.)

| RF/Hama | | | (FDA approved) | |
|---|---|---|---|---|
| | **Calbiotech** | **Genway** | **InBios** | **THERANOS** |
| **Sample** | Results | Results | RA/NCA Ratio | RA/NCA Ratio |
| Rf (#1) | 0.17 | 0.16 | 1.33 | 1.26 |
| Rf (#2) | 0.14 | 0.14 | 1.08 | 1.71 |
| Rf (#3) | 0.13 | 0.15 | 1.23 | 1.92 |
| Rf (#4) | 0.17 | 0.05 | 0.94 | 2.23 |
| Rf (#5) | 0.13 | 0.05 | 1.33 | 0.83 |
| Rf (#6) | 0.05 | 0.18 | 0.83 | 0.81 |
| Hama (#1) | 0.14 | 0.14 | 0.78 | 0.73 |
| Hama (#2) | 0.14 | 0.16 | 0.84 | 1.12 |
| Hama (#3) | 0.04 | 0.16 | 1.12 | 0.88 |
| Hama (#4) | 0.13 | 0.15 | 1.01 | 0.67 |
| Hama (#5) | 0.03 | 0.04 | 1.02 | 1.46 |
| Hama (#6) | 0.28 | 0.37 | 0.94 | 1.50 |

Results reported as: Negative (green), Equivocal (Yellow), Positive (Red),  on the basis of Antibody index for each assay.

Theranos Confidential



THPFM0003870574-112

Trial Exh. 4077 Page 0115

PFM-DEPO-00013836

# Dengue IgG – Clinical correlation (contd.)

| Sample | Country of Origin | Seracare Panel | Calbiotech Dengue Virus IgG ELISA | EUROIMMUN Anti-Dengue Virus ELISA (IgG) | Focus Dengue Virus IgG DxSelect | Panbio Dengue IgG Capture ELISA | SD Dengue IgG Capture ELISA | THERANOS |
|---|---|---|---|---|---|---|---|---|
| | | | Results | Results | Results | Results | Results | RA/NCA Ratio |
| Clinical (#1) | Colombia | PVD201-01 | 1.5 | 4.9 | 6.2 | 2.4 | >8.9 | 80.7 |
| Clinical (#2) | Honduras | PVD201-02 | 1.8 | 5.3 | 5.7 | 1.2 | 1.6 | 81.5 |
| Clinical (#3) | Honduras | PVD201-03 | 2.2 | 4.8 | 7.1 | 1.3 | 1.1 | 91.0 |
| Clinical (#4) | Honduras | PVD201-04 | 1.7 | 2.0 | 3.6 | 0.5 | 0.5 | 40.4 |
| Clinical (#5) | Honduras | PVD201-05 | 2.1 | 5.1 | 7.0 | 4.1 | 1.9 | 110.4 |
| Clinical (#6) | Honduras | PVD201-06 | 2.3 | 4.4 | 6.3 | 4.5 | 3.4 | 86.4 |
| Clinical (#7) | Colombia | PVD201-07 | 1.3 | 4.7 | 7.0 | 7.0 | 8.8 | 117.3 |
| Clinical (#8) | Honduras | PVD201-08 | 2.3 | 4.3 | 6.5 | 2.6 | 1.2 | 40.5 |
| Clinical (#9) | Honduras | PVD201-09 | 2.1 | 4.4 | 5.7 | 0.7 | 2.1 | 35.5 |
| Clinical (#10) | Ecuador | PVD201-10 | 1.3 | 3.8 | 2.2 | 0.4 | 2.5 | 42.2 |
| Clinical (#11) | Honduras | PVD201-11 | 2.1 | 4.2 | 4.8 | 0.5 | 1 | 84.1 |
| Clinical (#12) | Honduras | PVD201-12 | 2.1 | 3.0 | 5.3 | 0.9 | 0.7 | 49.3 |
| Clinical (#13) | Honduras | PVD201-13 | 2.0 | 4.7 | 5.8 | 1.3 | 2.1 | 151.4 |
| Clinical (#14) | USA | PVD201-14 | 0.4 | 0.1 | 0.0 | 0.0 | 0.1 | 0.5 |
| Clinical (#15) | Honduras | PVD201-15 | 2.4 | 3.7 | 5.2 | 1.3 | 0.8 | 82.4 |
| Clinical (#16) | Ecuador | PVD201-16 | 1.4 | 4.1 | 2.5 | 0.7 | 2.4 | 53.9 |
| Clinical (#17) | Colombia | PVD201-17 | 1.5 | 5.2 | 5.9 | 2.3 | >8.9 | 116.7 |
| Clinical (#18) | Honduras | PVD201-18 | 1.9 | 3.1 | 5.4 | 2.3 | 0.7 | 58.4 |
| Clinical (#19) | Honduras | PVD201-19 | 2.2 | 3.8 | 5.8 | 0.6 | 0.5 | 51.1 |
| Clinical (#20) | Ecuador | PVD201-20 | 1.2 | 4.4 | 2.2 | 0.7 | 3 | 57.0 |
| Clinical (#21) | Ecuador | PVD201-21 | 1.7 | 5.4 | 6.8 | 4.3 | >8.9 | 45.5 |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

Theranos Confidential Positive samples from Seracare

theran⊙s

Trial Exh. 4077 Page 0116

PFM-DEPO-00013837

# Dengue IgG – Clinical correlation (contd.)

| Sample # | Calbiotech EIA | Euroimmune EIA | Focus EIA | Panbiotech EIA | Panbiotech Indirect EIA | Standard Diagnostics EIA | THERANOS |
|---|---|---|---|---|---|---|---|
| 9253423 | 1.663 | 5.614 | 6.938 | 4.654 | 3.947 | 8.929 | 152.6 |
| 9253421 | 1.204 | 4.541 | 2.28 | 0.886 | 3.174 | 3.036 | 89.5 |
| 9253422 | 1.265 | 4.106 | 2.333 | 0.516 | 0.007 | 2.506 | 41.0 |
| 9253425 | 1.372 | 4.211 | 2.484 | 0.977 | 3.209 | 2.423 | 77.0 |
| 9254165 | 1.337 | 5.211 | 7.071 | 7.487 | 3.947 | 8.771 | 84.9 |
| 9254166 | 1.463 | 4.988 | 6.298 | 2.922 | 3.947 | 8.929 | 109.8 |
| 9254167 | 1.49 | 5.496 | 6.036 | 2.775 | 3.947 | 8.929 | 101.5 |
| 9240601 | 2.609 | 4.992 | 6.547 | 2.355 | | | 73.3 |
| 9242868 | | | | | 2.703 | | 22.9 |
| 9254539 | | | | | 3.525 | | 80.2 |
| 9254540 | | | | | 3.716 | | 90.6 |
| 9254542 | | | | | 3.947 | | 119.6 |
| 9254543 | | | | | 3.947 | | 132.2 |
| 9256502 | 2.201 | | | | | | 98.0 |
| 9256614 | 3.626 | | | | | | 110.1 |

Results reported as: Negative (green) or Positive (Red) on the basis of Antibody index for each assay.

Theranos Confidential



# Dengue IgM Clinical correlation

| SeraCare DENV Sample | Theranos | Focus DxSelect | InBios DENV | Panbio |
|---|---|---|---|---|
| PVD201-01 | POS | POS | EQUIVOCAL | POS |
| PVD201-02 | NEG | NEG | NEG | NEG |
| PVD201-03 | NEG | NEG | NEG | EQUIVOCAL |
| PVD201-04 | NEG | NEG | NEG | NEG |
| PVD201-05 | NEG | NEG | NEG | NEG |
| PVD201-06 | NEG | NEG | NEG | NEG |
| PVD201-07 | POS | POS | POS | POS |
| PVD201-08 | NEG | NEG | NEG | EQUIVOCAL |
| PVD201-09 | NEG | NEG | NEG | NEG |
| PVD201-10 | POS | POS | EQUIVOCAL | POS |
| PVD201-11 | NEG | NEG | NEG | NEG |
| PVD201-12 | NEG | NEG | NEG | NEG |
| PVD201-13 | NEG | NEG | NEG | NEG |
| PVD201-14 | NEG | NEG | NEG | NEG |
| PVD201-15 | NEG | NEG | NEG | NEG |
| PVD201-16 | EQUIVOCAL | NEG | NEG | POS |
| PVD201-17 | POS | POS | EQUIVOCAL | POS |
| PVD201-18 | NEG | NEG | NEG | NEG |
| PVD201-19 | NEG | NEG | NEG | NEG |
| PVD201-20 | POS | POS | EQUIVOCAL | POS |
| PVD201-21 | POS | POS | EQUIVOCAL | POS |

| RESULTS | Theranos | Focus DxSelect | InBios DENV | Panbio |
|---|---|---|---|---|
| | <0.90 Negative | <1.00 Negative | <1.65 Negative | <0.9 Negative |
| | ≤1.10 - ≥0.90 Equivocal | | 1.65-2.84 Equivocal | 0.9 - 1.1 Equivocal |
| | >1.10 Positive | >1.00 Positive | >2.84 Positive | >1.1 Positive |



Theranos Confidential

PFM-DEPO-0001 3838

Confidential

THPFM0003870574-115

# ENA – Jo-1 antibody

| Sample | Innova Units | Immco Result (EU/mL) | IBL Int. Ratio | Theranos Ab Index |
|--------|--------------|----------------------|----------------|-------------------|
| 1 | 0 | 6 | 0.1 | 0.5 |
| 2 | 1 | 7 | 0.1 | 0.7 |
| 3 | 32 | 126 | 4.4 | 5.7 |
| 4 | 127 | 177 | 6.6 | 18.1 |
| 5 | 111 | 169 | 6.6 | 9.5 |
| 6 | 5 | 8 | 0.1 | 0.7 |
| 7 | 19 | 4 | 0.1 | 0.0 |
| 8 | 3 | 10 | 0.4 | 0.5 |
| 9 | 8 | 13 | 0.3 | 0.7 |
| 10 | 1 | 14 | 0.2 | 0.7 |
| 11 | 2 | 12 | 0.3 | 0.0 |
| 12 | 1 | 7 | 0.1 | 0.0 |
| 13 | 0 | 5 | 0.1 | 0.0 |
| 14 | 1 | 3 | 0.1 | 0.0 |
| 15 | 1 | 20 | 0.2 | 0.3 |
| 16 | 0 | 8 | 0.1 | 0.0 |
| 17 | 165 | 175 | 6.2 | 16.6 |
| 18 | 1 | 8 | 0.2 | 0.0 |
| 19 | 50 | 138 | 4.4 | 8.1 |
| 20 | 9 | 10 | 0.2 | 0.0 |
| 21 | 107 | 175 | 5.3 | 8.9 |
| 22 | 8 | 8 | 0.1 | 0.0 |
| 23 | 3 | 10 | 0.4 | 0.0 |
| 24 | 5 | 14 | 0.3 | 0.5 |
| 25 | 23 | 2 | 0.1 | 0.4 |
| 26 | 107 | 201 | 7.9 | 2.5 |
| 27 | 69 | 158 | 6.5 | 2.3 |
| 28 | 110 | 203 | 8.1 | 2.6 |
| 29 | 108 | 208 | 8.2 | 2.7 |
| 30 | 109 | 201 | 8.2 | 3.0 |

| | |
|---|---|
| Ab index >1.1 | Positive |
| Ab index >0.9<1.1 | Equivocal |
| Ab index < 0.9 | Negative |

theran⦵s

Theranos Confidential

PFM-DEPO-00013839

Confidential

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 120 of 270

# Epstein Barr Virus-Early Antigen (EBV-EA) IgG

| Sample ID | Theranos Index | Liaison Result | Sample ID | Theranos Index | Liaison Result |
|---|---|---|---|---|---|
| PE19 | 1.00 | Negative | M16 | 15.13 | Positive |
| B3 | 2.07 | Negative | M17 | 4.75 | Positive |
| M1 | 1.18 | Positive | M18 | 0.68 | Positive |
| M2 | 5.43 | Positive | M19 | 0.56 | Negative |
| M3 | 1.30 | Positive | M20 | 0.70 | Negative |
| M4 | 3.70 | Positive | M21 | 2.07 | Positive |
| M5 | 0.44 | Negative | C12 | 16.97 | Positive |
| M6 | 3.27 | Positive | C13 | 16.44 | Positive |
| M7 | 0.50 | Negative | C14 | 6.98 | Positive |
| M8 | 1.19 | Positive | C15 | 25.11 | Positive |
| M9 | 0.37 | Positive | C16 | 24.31 | Positive |
| M10 | 9.81 | Positive | C17 | 6.94 | Positive |
| M11 | 33.26 | Positive | C18 | 23.52 | Positive |
| M12 | 19.73 | Positive | C19 | 17.07 | Positive |
| M13 | 23.50 | Positive | C20 | 6.07 | Positive |
| M14 | 30.30 | Positive | C22 | 29.08 | Positive |
| M15 | 0.71 | Negative | | | |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

Theranos Confidential



Trial Exh. 4077 Page 0119

PFM-DEPO-00013840

THPFM0003870574-117

Trial Exh. 4077 Page 0120

PFM-DEPO-00013841

# Ferritin



$y = 0.9196x - 11.496$

$R^2 = .90$

[Ferritin] on Theranos Assay, ng/ml

[Ferritin] on  Alpco  ELISa Kit, ng/ml

Theranos Confidential

**theran⊙s**

Trial Exh. 4077 Page 0121

PFM-DEPO-00013842

## Follicle stimulating Hormone (FSH)



Theranos Confidential

theran⬤s

Confidential

THPFM0003870574-119

# Anti-HAV IgM

| Sample | Theranos S/CO | Theranos Result | Siemens Advia Centaur S/CO | Siemens Advia Centaur Result | Abbott Architect S/CO | Abbott Architect Result | DiaSorin-ETI-HA-IGMK Plus S/CO | DiaSorin-ETI-HA-IGMK Plus Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.4 | Negative | 0.3 | Negative | 0.8 | Negative | 0.1 | Negative |
| 2 | 0.3 | Negative | 0.2 | Negative | 0.4 | Negative | 0.1 | Negative |
| 3 | 0.3 | Negative | 0.2 | Negative | 0.5 | Negative | 0.0 | Negative |
| 4 | 0.2 | Negative | 0.2 | Negative | 0.3 | Negative | 0.1 | Negative |
| 5 | 6.7 | Positive | >7.0 | Positive | 2.8 | Positive | 6.1 | Positive |
| 6 | 4.5 | Positive | 4.1 | Positive | 1.1 | Positive | 3.8 | Positive |
| 7 | 4.4 | Positive | 4.0 | Positive | 1 | Positive | 3.5 | Positive |
| 8 | 0.4 | Negative | 0.3 | Negative | 0.7 | Negative | 0.1 | Negative |
| 9 | 0.2 | Negative | 0.2 | Negative | 0.4 | Negative | 0.1 | Negative |
| 10 | 0.3 | Negative | 0.4 | Negative | 0.4 | Negative | 0.1 | Negative |
| 11 | 8.0 | Positive | >7.0 | Positive | 3.6 | Positive | 6.5 | Positive |
| 12 | 0.2 | Negative | 0.2 | Negative | 0.4 | Negative | 0.0 | Negative |
| 13 | 0.8 | Negative | 0.3 | Negative | 0.7 | Negative | 0.1 | Negative |
| 14 | 2.6 | Positive | 2.5 | Positive | 0.6 | Negative | 1.3 | Positive |
| 15 | 5.8 | Positive | 5.9 | Positive | 1.5 | Positive | 5.2 | Positive |
| 16 | 0.5 | Negative | 0.4 | Negative | 0.4 | Negative | 0.1 | Negative |
| 17 | 9.6 | Positive | 6.5 | Positive | 2.1 | Positive | 5.3 | Positive |
| 18 | 0.2 | Negative | 0.2 | Negative | 0.5 | Negative | 0.0 | Negative |
| 19 | 6.8 | Positive | 3.4 | Positive | 1.7 | Positive | 3.0 | Positive |
| 20 | 1.8 | Positive | 0.2 | Negative | 0.6 | Negative | 0.1 | Negative |
| 21 | 0.5 | Negative | 0.3 | Negative | 0.4 | Negative | 0.1 | Negative |

Theranos Confidential

theranos

Trial Exh. 4077 Page 0122

PFM-DEPO-00013843

Confidential

THPFM0003870574-120

Trial Exh. 4077 Page 0123

PFM-DEPO-00013844

# HbA1c



### 40 DDL Samples, Theranos vs DDL Reported

y = 0.98x
$R^2 = 0.91$

DDL: Diabetes Diagnostic Lab – NGSP standardization program

Theranos Confidential

theran⊙s

Trial Exh. 4077 Page 0124

PFM-DEPO-00013845

# Anti-HBc IgM

| Seracare anti-HBc IgM Mixed Titer Performance Panel | Theranos Anti-HBc IgM (R > 2) | DPC Immulite Anti-HBc IgM (R >10 u/mL) | Abbott Architect anti-HBc IgM (R >1) | Diasorin ETI-CORE_IgMK (R>1) |
|---|---|---|---|---|
| | S/Co | PEI U/mL | S/Co | S/Co |
| **Seracare 1** | **0.2** | **<2.0** | **0.0** | **0.1** |
| Seracare 2 | 9.8 | >100 | 12.9 | 10.9 |
| Seracare 3 | 12.3 | >100 | 22.6 | 11.9 |
| Seracare 4 | 4.0 | 15.2 | 0.9 | 2.0 |
| Seracare 5 | 11.1 | >100 | 6.0 | 9.2 |
| Seracare 6 | 7.9 | 88.2 | 1.8 | 3.6 |
| Seracare 7 | 12.3 | >100 | 20.3 | 12.5 |
| Seracare 8 | 8.3 | 98.7 | 2.1 | 3.9 |
| Seracare 9 | 12.2 | >100 | 19.0 | 11.8 |
| Seracare 10 | 8.8 | >100 | 3.2 | 5.9 |
| Seracare 11 | 10.1 | >100 | 6.6 | 11.3 |
| **Seracare 12** | **1.8** | **8.8** | **0.1** | **0.6** |
| Seracare 13 | 6.7 | >100 | 2.8 | 6.2 |
| Seracare 14 | 11.8 | >100 | 18.2 | 11.8 |
| Seracare 15 | 13.0 | >100 | 6.7 | 10.9 |
| Seracare 16 | 9.1 | >100 | 4.6 | 6.1 |
| **Seracare 17** | **1.4** | **7.7** | **0.3** | **0.9** |
| Seracare 18 | 4.8 | 37.9 | 1.5 | 2.6 |
| Seracare 19 | 12.1 | >100 | 24.6 | 12.7 |
| Seracare 20 | 6.5 | 57.7 | 1.4 | 0.7 |
| Seracare 21 | 6.7 | 59.6 | 1.7 | 3.3 |
| Seracare 22 | 5.6 | 32.0 | 1.2 | 2.0 |
| Seracare 23 | 6.8 | 22.4 | 1.7 | 2.1 |
| Seracare 24 | 13.8 | >100 | 17.2 | 12.9 |
| Seracare 25 | 11.8 | >100 | 8.0 | 7.0 |

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0125

## Anti-HBs antibody

Anti-HBc/HBs Mixed Titer Performance Panel

| Member ID# | Theranos mIU/mL | Abbott Anti-HBs Architect mIU/mL |
|---|---|---|
| PHG203-01 | 1.00 | 13.0 |
| PHG203-04 | 1138 | >1000.0 |
| PHG203-05 | 592.36 | >1000.0 |
| PHG203-06 | 1.25 | 2.8 |
| PHG203-07 | 1025.47 | 687.5 |
| PHG203-08 | 4.65 | 20.0 |
| PHG203-09 | 2.48 | 51.0 |
| PHG203-10 | 121.53 | 175.0 |
| PHG203-11 | 1.66 | 0.4 |
| PHG203-12 | 0.20 | 0.2 |
| PHG203-13 | 2.16 | 0.6 |
| PHG203-14 | 0.42 | 0.7 |

Theranos Confidential

theranos

PFM-DEPO-00013846

THPFM0003870574-123

# D-Amphetamine

| Sample # | AMP reported Conc. (ng/ml) | Target value | Qualitative determination cut-off 500ng/ml | Qualitative determination cut-off 1000ng/ml |
|---|---|---|---|---|
| Bio Rad C2LO (468) | 375 | 25% lower than cut-off 500ng/ml | NEG | NEG |
| Bio Rad C3LO (469) | 625 | 25% higher than cut-off 500ng/ml | POS | NEG |
| Bio Rad S1LO (466) | 750 | 25% lower than cut-off 1000ng/ml | POS | NEG |
| Bio Rad S2LO (467) | 1250 | 25% higher than cut-off 1000ng/ml | POS | POS |
| Bio Rad S1 (461) | 750 | 25% lower than cut-off 1000ng/ml | POS | NEG |
| Bio Rad S2 (462) | 1250 | 25% higher than cut-off 1000ng/ml | POS | POS |
| Bio Rad S3 (463) | 2000 | 2-fold higher than cut-off 100ng/ml | POS | POS |
| Bio Rad Neg (460) | | negative control | NEG | NEG |

Theranos Confidential

theran⊙s

Trial Exh. 4077 Page 0126

PFM-DEPO-0001384 7

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 128 of 270

Trial Exh. 4077 Page 0127

PFM-DEPO-00013848

# Ethyl glucuronide

| Sample ID | Alcohol Consumption in Past 4 Days? | Total Drinks in 4 Days | Time Since last consumption (H) | Conc, ug/mL | |
|---|---|---|---|---|---|
| | | | | Mean Conc | CV % |
| 2 | No | | | 0.1 | 8.8 |
| 3 | No | | | 0.1 | 29.0 |
| 4 | Yes | 1 | 48 | 0.1 | 5.9 |
| 7 | No | | | 0.1 | 6.8 |
| 8 | Yes | 6 | 14 | 0.2 | 12.0 |
| 9 | No | | | 0.1 | 11.3 |
| 10 | Yes | 4 | 17 | 20.7 | 24.2 |
| 11 | Yes | 30 | 12 | 1.3 | 17.8 |
| 12 | Yes | 4 | 15 | 2.3 | 26.4 |
| 13 | Yes | 4 | 20 | 0.2 | 6.3 |
| 14 | Yes | 25 | 20 | 4.7 | 51.9 |
| 15 | No | | | 0.1 | 7.6 |
| 19 | No | | | OORL | |
| 20 | No | | | OORL | |
| 21 | No | | | OORL | |
| 23 | No | | | OORL | |
| 25 | Yes | 2 | 42 | OORL | |
| 26 | Yes | 2 | 45 | OORL | |
| 30 | Yes | 1 | 40 | 0.1 | 10.6 |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-125

# Helicobacter pylori IgG

| Sample | Mean RLU | CV (%) | INOVA Units | BQ Units | IBL U/mL | 10^STDEV Theranos Ab Index |
|---|---|---|---|---|---|---|
| CI01 | 16629 | 8 | 32.5 | 0.97 | 1.59 | 2.3 |
| CI02 | 106785 | 17 | 128.4 | 3.02 | 2.39 | 14.7 |
| CI03 | 121471 | 8 | 43.9 | 0.91 | 1.98 | 16.7 |
| CI04 | 106361 | 15 | 44.0 | 0.91 | 1.86 | 14.6 |
| CI05 | 58291 | 28 | 61.9 | 1.94 | 2.15 | 8.0 |
| CI06 | 109997 | 9 | 30.5 | 1.08 | 1.96 | 15.1 |
| CI07 | 239170 | 5 | 143.3 | 3.09 | 2.58 | 32.9 |
| CI08 | 8852 | 5 | 43.2 | 1.26 | 1.33 | 1.2 |
| CI09 | 273996 | 8 | 80.8 | 2.16 | 2.49 | 37.7 |
| CI10 | 65144 | 9 | 16.6 | 0.73 | 1.29 | 9.0 |
| CI11 | 31908 | 8 | 33.4 | 1.19 | 1.64 | 4.4 |
| CI12 | 347859 | 14 | 144.4 | 3.13 | 2.62 | 47.8 |
| CI13 | 90265 | 23 | 40.7 | 0.84 | 1.93 | 12.4 |
| CI14 | 398081 | 18 | 145.2 | 3.11 | 2.64 | 54.7 |
| CI15 | 168405 | 5 | 130.8 | 3.07 | 2.50 | 22.5 |
| CI16 | 177040 | 20 | 38.1 | 0.73 | 2.19 | 24.3 |
| CI17 | 149028 | 2 | 45.6 | 0.88 | 2.00 | 20.5 |

| Sample | Mean RLU | CV (%) | INOVA Units | BQ Units | IBL U/mL | 10^STDEV Theranos Ab Index |
|---|---|---|---|---|---|---|
| CI18 | 451786 | 14 | 145.6 | 3.23 | 2.64 | 62.1 |
| CI19 | 35238 | 42 | 122.8 | 2.86 | 2.11 | 4.8 |
| CI20 | 52668 | 22 | 121.7 | 2.91 | 2.25 | 8.6 |
| CI21 | 28213 | 12 | 83.2 | 1.96 | 1.57 | 3.9 |
| CI22 | 97315 | 23 | 112.1 | 2.61 | 2.13 | 13.4 |
| CI23 | 129146 | 3 | 69.9 | 2.33 | 2.40 | -17.8 |
| CI24 | 112093 | 3 | 42.6 | 0.82 | 1.93 | 15.4 |
| CI25 | 354396 | 7 | 140.9 | 3.12 | 2.66 | 50.1 |
| CI26 | 82713 | 15 | 42.7 | 0.76 | 1.85 | 11.4 |
| CI27 | 34283 | 26 | 64.5 | 2.05 | 1.89 | 4.7 |
| CI28 | 148340 | 22 | 99.3 | 2.41 | 2.23 | 20.4 |
| CI29 | 84895 | 12 | 88.4 | 2.43 | 2.29 | 11.7 |
| CI30 | 7816 | 15 | 27.7 | 0.77 | 1.00 | 1.1 |
| CI31 | 93622 | 14 | 88.5 | 1.87 | 2.07 | 12.9 |
| CI32 | 107219 | 17 | 65.3 | 2.00 | 2.41 | 14.7 |
| CI33 | 136232 | 11 | 41.6 | 0.69 | 2.00 | 18.7 |
| CI34 | 245687 | 15 | 65.9 | 2.13 | 2.50 | 33.8 |

Results reported as: Negative (green), Equivocal (Yellow), or Positive (Red) on the basis of Antibody index for each assay.

Theranos Confidential

theranos

Confidential

THPFM0003870574-126

Trial Exh. 4077 Page 0129

PFM-DEPO-00013850

# Hepatitis B Surface Antigen (HbSAg)

| Sample | Theranos Result | ORTHO HBsAg ELISA Testsystem 3 | DADE BEHRING Enzygnost HBsAg 5.0 | Abbott Murex HBsAg Ver. 3 | SORIN ETI-MAK 4 | Result | Theranos [S/Co] | CLIA Lab [S/Co] |
|---|---|---|---|---|---|---|---|---|
| 11000-1 | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | 0.874 | 0.580 |
| 11000-2 | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | 0.872 | 0.747 |
| 11000-3 | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | Non-reactive | 0.719 | 0.747 |
| 11000-4 | Non-reactive | Non-reactive | Non-reactive | Reactive | Non-reactive | Non-reactive | 0.847 | 0.680 |
| 11000-5 | Non-reactive | Non-reactive | Non-reactive | Reactive | Non-reactive | Non-reactive | 0.747 | 0.663 |
| 11000-6 | Non-reactive | Non-reactive | Non-reactive | Reactive | Non-reactive | Non-reactive | 0.739 | 0.753 |
| 11000-7 | Non-reactive | Reactive | Reactive | Reactive | Reactive | Non-reactive | 0.799 | 0.911 |
| 11000-8 | Reactive | Reactive | Reactive | Reactive | Reactive | Reactive | 1.216 | 1.070 |
| 11000-9 | Reactive | Reactive | Reactive | Reactive | Reactive | Reactive | 2.967 | 3.300 |

theran⬤s

Confidential

THPFM0003870574-127

# Heterophile antibody

| Sample ID | Theranos Ab | Osom Mono | Status Mono |
|-----------|-------------|-----------|-------------|
| 1 | NEG | NEG | NEG |
| 2 | NEG | NEG | NEG |
| 3 | NEG | NEG | NEG |
| 4 | NEG | NEG | NEG |
| 5 | NEG | NEG | NEG |
| 6 | NEG | NEG | NEG |
| 7 | NEG | NEG | NEG |
| 8 | NEG | NEG | NEG |
| 9 | NEG | NEG | NEG |
| 10 | NEG | NEG | NEG |
| 11 | NEG | NEG | NEG |
| 12 | NEG | NEG | NEG |
| 13 | NEG | NEG | NEG |
| 14 | NEG | NEG | NEG |
| 15 | NEG | NEG | NEG |
| 16 | NEG | NEG | NEG |
| 17 | NEG | NEG | NEG |
| 18 | NEG | NEG | NEG |
| 19 | NEG | NEG | NEG |
| 20 | NEG | NEG | NEG |
| 21 | NEG | NEG | NEG |
| 22 | NEG | NEG | NEG |
| 23 | NEG | NEG | NEG |
| 24 | NEG | NEG | NEG |
| 25 | NEG | NEG | NEG |
| 26 | NEG | NEG | NEG |
| 27 | NEG | NEG | NEG |
| 28 | NEG | NEG | NEG |
| 29 | NEG | NEG | NEG |

| Sample ID | Theranos Ab | Osom Mono | Status Mono |
|-----------|-------------|-----------|-------------|
| 30 | NEG | NEG | NEG |
| 31 | NEG | NEG | NEG |
| 32 | NEG | NEG | NEG |
| 33 | NEG | NEG | NEG |
| 34 | NEG | NEG | NEG |
| 35 | NEG | NEG | NEG |
| 36 | NEG | NEG | NEG |
| 37 | NEG | NEG | NEG |
| 38 | NEG | NEG | NEG |
| 39 | BOR | NEG | NEG |
| 40 | NEG | POS | NEG |
| 41 | POS | POS | POS |
| 42 | POS | POS | POS |
| 43 | POS | POS | POS |
| 44 | POS | POS | POS |
| 45 | POS | POS | POS |
| 46 | POS | POS | POS |
| 47 | POS | POS | POS |
| 48 | POS | POS | POS |
| 49 | POS | POS | POS |
| 50 | POS | POS | POS |
| 51 | POS | POS | POS |
| 52 | POS | POS | POS |
| 53 | POS | POS | POS |
| 54 | POS | POS | POS |
| 55 | POS | POS | POS |
| 56 | POS | POS | POS |
| 57 | POS | POS | POS |
| 58 | POS | POS | POS |

Theranos Confidential

theranos

PFM-DEPO-00013851

Confidential

THPFM0003870574-128

Trial Exh. 4077 Page 0131

PFM-DEPO-00013852

# Human chorionic gonadotropin (hCG)



$$y = 1.0012x - 1148.3$$
$$R^2 = 0.974$$

Theranos Confidential

**theranos**

THPFM0003870574-129

# Human IgD

## Clinical samples Siemens vs Theranos result



Theranos Confidential



Trial Exh. 4077 Page 0132

PFM-DEPO-00013853

## Anti-HSV1 IgG

| Liaison HSV2 Result | Sample ID | Liaison Result | EuroImmun Result | Theranos HSV1 Result |
|---|---|---|---|---|
| Negative | BR101 | Positive | Positive | Positive |
| Negative | BR103 | Positive | Positive | Positive |
| Negative | BR104 | Positive | Positive | Positive |
| Negative | BR105 | Positive | Positive | Positive |
| Negative | BR106 | Positive | Positive | Positive |
| Negative | BR107 | Positive | Positive | Positive |
| Negative | BR109 | Positive | Positive | Positive |
| Negative | BR111 | Positive | Positive | Positive |
| Negative | BR112 | Positive | Positive | Positive |
| Negative | BR114 | Positive | Positive | Positive |
| Negative | BR115 | Positive | Positive | Positive |
| Negative | BR116 | Positive | Positive | Positive |
| Negative | BR117 | Positive | Positive | Positive |
| Negative | SC01 | Positive | Positive | Positive |
| Negative | SC02 | Positive | Positive | Positive |
| Negative | SC07 | Positive | Positive | Positive |
| Negative | SC10 | Positive | Positive | Positive |
| Negative | SC16 | Positive | Positive | Positive |
| Negative | SC17 | Positive | Positive | Positive |
| Negative | SC18 | Positive | Positive | Positive |
| Negative | Z01 | Positive | Positive | Positive |

| Liaison HSV2 Result | Sample ID | Liaison Result | EuroImmun Result | Theranos HSV1 Result |
|---|---|---|---|---|
| Negative | Z06 | Positive | Positive | Positive |
| Negative | Z11 | Positive | Positive | Positive |
| Negative | Z13 | Positive | Positive | Positive |
| Negative | Z14 | Positive | Positive | Positive |
| Negative | Z20 | Positive | Positive | Positive |
| Negative | Z26 | Positive | Positive | Positive |
| Negative | Z27 | Positive | Positive | Positive |
| Negative | Z28 | Positive | Positive | Positive |
| Negative | Z29 | Positive | Positive | Positive |
| Negative | Z30 | Positive | Positive | Positive |
| Negative | Z31 | Positive | Positive | Positive |
| Negative | Z32 | Positive | Positive | Positive |
| Negative | Z34 | Positive | Positive | Positive |
| Negative | Z35 | Positive | Positive | Positive |
| Negative | Z36 | Positive | Positive | Positive |
| Negative | MT01 | Positive | Positive | Positive |
| Negative | MT21 | Positive | Positive | Positive |
| Positive | BR108 | Positive | Positive | Positive |
| Positive | BR118 | Positive | Positive | Negative |
| Positive | BR201 | Positive | Positive | Positive |
| Positive | BR206 | Positive | Positive | Positive |

Theranos Confidential



PFM-DEPO-00013854

Confidential

THPFM0003870574-131

# Anti-HSV2

| Liaison HSV1 Result | Sample ID | Liaison HSV2 Result | EuroImmun HSV2 Result | Theranos HSV2 Result |
|---|---|---|---|---|
| Negative | BR113 | Positive | Positive | 23.34 |
| Negative | BR202 | Positive | Positive | 29.79 |
| Negative | BR203 | Positive | Positive | 7.94 |
| Negative | BR204 | Positive | Positive | 2.63 |
| Negative | BR207 | Positive | Positive | 15.77 |
| Negative | BR208 | Positive | Positive | 24.24 |
| Negative | BR209 | Positive | Positive | 14.48 |
| Negative | BR211 | Positive | Positive | 24.93 |
| Negative | BR213 | Equivocal | Negative | 0.74 |
| Negative | BR215 | Positive | Positive | 13.33 |
| Negative | Z16 | Positive | Equivocal | 5.14 |
| Negative | Z21 | Positive | Positive | 9.96 |
| Negative | Z22 | Positive | Equivocal | 5.22 |
| Negative | Z23 | Positive | Equivocal | 3.63 |
| Negative | F03 | Positive | Positive | 13.34 |
| Negative | SC03 | Positive | Positive | 10.56 |
| Negative | SC04 | Positive | Positive | 36.49 |
| Negative | SC05 | Positive | Positive | 14.44 |
| Negative | SC11 | Positive | Positive | 13.15 |
| Negative | SC15 | Positive | Positive | 4.80 |
| Negative | MT02 | Positive | Positive | 18.50 |
| Negative | MT06 | Positive | Equivocal | 2.82 |
| Negative | MT07 | Positive | Equivocal | 0.78 |
| Negative | MT08 | Positive | Positive | 23.58 |
| Negative | MT13 | Positive | Positive | 17.13 |
| Negative | MT16 | Positive | Positive | 3.51 |
| Negative | MT17 | Positive | Positive | 22.53 |
| Negative | MT24 | Positive | Equivocal | 3.33 |
| Positive | BR108 | Positive | Positive | 17.76 |
| Positive | BR110 | Positive | Positive | 10.53 |
| Positive | BR118 | Positive | Positive | 21.22 |
| Positive | BR201 | Positive | Positive | 14.83 |
| Positive | BR206 | Positive | Positive | 18.70 |
| Positive | BR210 | Positive | Positive | 8.29 |
| Positive | BR212 | Positive | Positive | 17.80 |
| Positive | BR214 | Positive | Positive | 8.72 |

Theranos Confidential

theran○s

PFM-DEPO-00013855

Trial Exh. 4077 Page 0135

PFM-DEPO-00013856

# Influenza A – Qualitative EIA

| TYPE | SAMPLE ID | Theranos | | REMEL (FDA) |
| | | Ab index | Result | Result |
|---|---|---|---|---|
| NORMAL CLINICALS | 1 | 0.02 | NEG | NEG |
| | 6 | 0.02 | NEG | NEG |
| | 7 | 0.02 | NEG | NEG |
| | 8 | 0.02 | NEG | NEG |
| | 10 | 0.02 | NEG | NEG |
| | 11 | 0.01 | NEG | NEG |
| | 12 | 0.02 | NEG | NEG |
| | 13 | 0.01 | NEG | NEG |
| | 15 | 0.02 | NEG | NEG |
| | 16 | 0.04 | NEG | NEG |
| | 17 | 0.02 | NEG | NEG |
| | 18 | 0.02 | NEG | NEG |
| | 2 | 0.32 | NEG | NEG |
| | 3 | 0.23 | NEG | NEG |
| | 4 | 0.20 | NEG | NEG |
| | 9 | 0.05 | NEG | NEG |
| | 14 | 0.29 | NEG | NEG |
| | 19 | 0.95 | NEG | NEG |
| REMEL | Positive control swab | 2.66 | POS | POS |
| Zeptometric QC panel | Flu A POS | 1.27 | POS | POS |
| Flu A | Brisbane/10/07 | 2.58 | POS | POS |
| Flu A | Solomon Islands/03/2006 | 3.25 | POS | POS |
| Flu A | New Caledonia/20/99 | 2.57 | POS | POS |
| Flu A | Brisbane/59/07 | 5.16 | POS | POS |
| NIBSC STANDARDS FLU B | Panama 45/90 | 0.06 | NEG | |
| | Influenza Antigen B-Johannesburg | 0.06 | NEG | |
| | Influenza Antigen B-Guangdong | 0.08 | NEG | |
| | Influenza Antigen B/Yamanashi/166/98. | 0.11 | NEG | |
| | Influenza Antigen B/Malaysia/2506/2004 | 0.02 | NEG | |
| | Influenza Antigen B/Harbin/7/94 | 0.06 | NEG | |
| | B/Florida 4/2006 | 0.04 | NEG | |
| NIBSC STANDARDS FLU A | Influenza Antigen A/California /7/2009-H1N1 | 6.88 | POS | |
| | Influenza Antigen A/HongKong/1073/99 (H9N2) | 8.56 | POS | |
| | Influenza Antigen A/Cambodia/R0408090/2007 (H5N1) | 6.02 | POS | |
| | Influenza Antigen A/mallard/England/727/2006 (H2N3) | 5.70 | POS | |
| | Influenza Antigen A/New York/107/2003 (H7N2) (NIBRG-109) | 7.26 | POS | |
| | Influenza Antigen A/New York/55/2004 (H3N2) (NYMC X-157) | 6.54 | POS | |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

theran●s

Theranos Confidential

# Influenza B – Qualitative EIA

| TYPE | SAMPLE ID | Theranos | | REMEL (FDA) |
| | | Ab Index | Result | Result |
|---|---|---|---|---|
| NORMAL CLINICALS | 1 | 0.02 | NEG | NEG |
| | 6 | 0.03 | NEG | NEG |
| | 7 | 0.02 | NEG | NEG |
| | 8 | 0.02 | NEG | NEG |
| | 10 | 0.04 | NEG | NEG |
| | 11 | 0.02 | NEG | NEG |
| | 12 | 0.03 | NEG | NEG |
| | 13 | 0.01 | NEG | NEG |
| | 15 | 0.02 | NEG | NEG |
| | 16 | 0.06 | NEG | NEG |
| | 17 | 0.02 | NEG | NEG |
| | 18 | 0.03 | NEG | NEG |
| | 2 | 0.11 | NEG | NEG |
| | 3 | 0.03 | NEG | NEG |
| | 4 | 0.04 | NEG | NEG |
| | 9 | 0.05 | NEG | NEG |
| | 14 | 0.36 | NEG | NEG |
| | 19 | 0.79 | NEG | NEG |
| REMEL | FDA Pos B Swab | 10.76 | POS | POS |
| Zeptometric QC panel | Flu A POS | 0.02 | NEG | NEG |
| Flu A | Brisbane/10/07 | 0.03 | NEG | NEG |
| Flu A | Solomon Islands/03/2006 | 0.01 | NEG | NEG |
| Flu A | New Caledonia/20/99 | 0.02 | NEG | NEG |
| Flu A | Brisbane/59/07 | 0.03 | NEG | NEG |
| NIBSC STANDARDS FLU B | Panama 45/90 | 14.38 | POS | POS |
| | Influenza Antigen B-Johannesburg | 2.58 | POS | POS |
| | Influenza Antigen B-Guangdong | 21.26 | POS | POS |
| | Influenza Antigen B/Yamanashi/166/98. | 6.05 | POS | POS |
| | Influenza Antigen B/Malaysia/2506/2004 | 7.53 | POS | POS |
| | Influenza Antigen B/Harbin/7/94 | 18.21 | POS | POS |
| | B/Florida 4/2006 | 19.27 | POS | POS |
| NIBSC STANDARDS FLU A | Influenza Antigen A/California/7/2009-H1N1 | 0.36 | NEG | NEG |
| | Influenza Antigen A/HongKong/1073/99 (H9N2) | 0.50 | NEG | NEG |
| | Influenza Antigen A/Cambodia/R0405050/2007 (H5N1) | 0.61 | NEG | NEG |
| | Influenza Antigen A/mallard/England/727/2006 (H3N3) | 0.50 | NEG | NEG |
| | Influenza Antigen A/New York/107/2003 (H7N2) (NIBRG-109) | 0.39 | NEG | NEG |
| | Influenza Antigen A/New York/55/2004 (H3N2) (NYMC X-157) | 0.12 | NEG | NEG |
| Zeptometric Panel Flu B | Lee/40 | 11.31 | POS | POS |
| Flu B | Florida/02/2006 | 2.57 | POS | POS |
| Flu B | Brisbane/33/2008 | 12.36 | POS | POS |
| Flu B | Bahrain/43/90 | 5.93 | POS | POS |
| Flu B | Panama/45/90 | 4.64 | POS | POS |

Theranos Confidential

theran⊘s

Trial Exh. 4077 Page 0137

PFM-DEPO-00013858

## Immunoglobuline (IgE)



$y = 1.1864x - 69.551$

$R^2 = 0.947$

Theranos, ng/mL (y-axis)

Alpco kit, ng/mL (x-axis)

Theranos Confidential

theran⊙s

Confidential

# Anti-Jo-1

| Sample | Innova Units | Immco Result (EU/mL) | IBL Int. Ratio | 10*STDEV Theranos Ab Index |
|---|---|---|---|---|
| CI01 | 0 | 6 | 0.1 | 0.6 |
| CI02 | 1 | 7 | 0.1 | 0.7 |
| CI03 | 32 | 126 | 4.4 | 5.7 |
| CI04 | 127 | 177 | 6.6 | 18.1 |
| CI05 | 111 | 169 | 6.6 | 9.6 |
| CI06 | 5 | 8 | 0.1 | 0.7 |
| CI07 | 19 | 4 | 0.1 | 0.0 |
| CI08 | 3 | 10 | 0.4 | 0.6 |
| CI09 | 8 | 13 | 0.3 | 0.7 |
| CI10 | 1 | 14 | 0.2 | 0.7 |
| CI11 | 2 | 12 | 0.3 | 0.0 |
| CI12 | 1 | 7 | 0.1 | 0.0 |
| CI13 | 0 | 5 | 0.1 | 0.0 |
| CI14 | 1 | 3 | 0.1 | 0.0 |
| CI15 | 1 | 20 | 0.2 | 0.3 |
| CI16 | 0 | 8 | 0.1 | 0.0 |
| CI17 | 165 | 175 | 6.2 | 16.6 |
| CI18 | 1 | 8 | 0.2 | 0.0 |
| CI19 | 50 | 138 | 4.4 | 8.1 |
| CI20 | 9 | 10 | 0.2 | 0.0 |
| CI21 | 107 | 175 | 6.3 | 8.9 |
| CI22 | 8 | 8 | 0.1 | 0.0 |
| CI23 | 3 | 10 | 0.4 | 0.0 |
| CI24 | 5 | 14 | 0.3 | 0.5 |
| CI25 | 23 | 2 | 0.1 | 0.4 |
| CI35 | 107 | 201 | 7.9 | 2.5 |
| CI36 | 69 | 158 | 6.5 | 2.3 |
| CI37 | 110 | 203 | 8.1 | 2.6 |
| CI38 | 108 | 208 | 8.2 | 2.7 |
| CI39 | 109 | 201 | 8.2 | 3.0 |

Results reported as Negative (green) or Positive (Red) on the basis of Antibody index.

theranos

Theranos Confidential

## Luteinizing Hormone (LH)

Trial Exh. 4077 Page 0139

PFM-DEPO-00013860



$y = 1.08x + 3.5268$
$R^2 = 0.914$

Theranos System, [LH] mIU/mL in sample

BioQuant ELISA, [LH] mIU/mL in sample

Theranos Confidential

theran☉s

Confidential

THPFM0003870574-137

Trial Exh. 4077 Page 0140

PFM-DEPO-00013861

# Lyme disease Antibody

| Sample | US Biological Ab Index | Immunetics Ab Index | Theranos Ab Index |
|---|---|---|---|
| 10915791 | 3.49 | 4.43 | 2.35 |
| 10919479 | 0.54 | 0.25 | 0.32 |
| 10919480 | 1.17 | 0.43 | 0.53 |
| 10919776 | 3.96 | 4.71 | 1.57 |
| 10919778 | 1.66 | 2.09 | 1.13 |
| 10919847 | 5.15 | 9.18 | 113.95 |
| 10919848 | 0.58 | 0.26 | 0.24 |
| 10919849 | 0.61 | 0.22 | 0.21 |
| 10919906 | 2.06 | 0.58 | 0.33 |
| 10919907 | 2.72 | 8.36 | 24.21 |
| 10919908 | 3.79 | 9.06 | 14.76 |
| 10919970 | 3.59 | 0.23 | 1.01 |
| 10919972 | 3.33 | 4.71 | 5.45 |
| 10919973 | 2.14 | 7.00 | 5.01 |
| 10920987 | 4.33 | 9.10 | 36.45 |
| 10921154 | 1.17 | 0.24 | 0.86 |
| 10921214 | 0.89 | 0.33 | 0.25 |
| 10921215 | 2.31 | 0.55 | 0.50 |
| 10921305 | 2.03 | 2.81 | 1.26 |
| 10921353 | 0.83 | 0.29 | 0.38 |
| 10924272 | 4.29 | 4.96 | 4.53 |
| 10924273 | 0.83 | 0.20 | 0.26 |
| 10924274 | 3.21 | 0.20 | 0.45 |
| 10924275 | 0.47 | 0.14 | 0.14 |
| 10924276 | 1.81 | 2.65 | 1.71 |
| 10924347 | 3.54 | 7.24 | 6.07 |
| 10924348 | 0.76 | 0.17 | 0.24 |
| 10924351 | 3.38 | 6.55 | 6.40 |
| 10924352 | 4.07 | 7.74 | 17.42 |
| 10924353 | 1.84 | 2.12 | 1.21 |

Results reported as:
Negative (green),
Equivocal (Yellow),
or Positive (Red) on
the basis of Antibody
index for each assay.

theran●s

Theranos Confidential

Confidential

THPFM0003870574-138

# Measles IgG

Trial Exh. 4077 Page 0141

PFM-DEPO-00013862

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 142 of 270



# Measles IgM

Trial Exh. 4077 Page 0142

PFM-DEPO-00013863

| Samples | Theranos Ab Index | Theranos Result | GSD Measles Measles IgM Kit |
|---|---|---|---|
| 1 | 0.48 | NEG | NEG |
| 2 | 0.34 | NEG | NEG |
| 3 | 0.32 | NEG | NEG |
| 4 | 0.37 | NEG | NEG |
| 5 | 0.37 | NEG | NEG |
| 6 | 0.40 | NEG | NEG |
| 7 | 0.31 | NEG | NEG |
| 8 | 0.44 | NEG | NEG |
| 9 | 0.42 | NEG | NEG |
| 10 | 0.44 | NEG | NEG |
| 11 | 0.32 | NEG | NEG |
| 12 | 0.32 | NEG | NEG |
| 13 | 0.33 | NEG | NEG |
| 14 | 0.31 | NEG | NEG |
| 15 | 0.35 | NEG | NEG |
| 16 | 0.33 | NEG | NEG |
| 17 | 0.32 | NEG | NEG |
| 18 | 0.38 | NEG | NEG |
| 19 | 0.43 | NEG | NEG |
| 20 | 0.32 | NEG | NEG |
| 21 | 0.33 | NEG | NEG |
| 22 | 0.24 | NEG | NEG |
| 23 | 0.30 | NEG | NEG |
| 24 | 0.31 | NEG | NEG |
| 25 | 0.29 | NEG | NEG |
| 26 | 0.30 | NEG | NEG |
| 27 | 0.33 | NEG | NEG |
| 28 | 0.31 | NEG | NEG |
| 29 | 0.33 | NEG | NEG |
| 30 | 0.20 | NEG | NEG |
| 33 | 0.29 | NEG | NEG |
| 34 | 0.27 | NEG | NEG |
| 35 | 0.38 | NEG | NEG |
| 36 | 0.33 | NEG | NEG |
| 42 | 22.77 | POS | POS |

Theranos Confidential

theran⬤s

# Methadone

| Sample ID (Urine) | CLIA Advia Results ng/ml | Theranos Result Mean ng/mL | | % Recovery |
|---|---|---|---|---|
| U1 | 1286 | OORH | Positive | OORH |
| U2 | 913 | OORH | Positive | OORH |
| U3 | 700 | 898 | Positive | 128 |
| U4 | 671 | 762 | Positive | 114 |
| U5 | 551 | 575 | Positive | 104 |
| U6 | 386 | 416 | Positive | 108 |
| U7 | 289 | 248 | Negative | 86 |
| U8 | 271 | 284 | Negative | 105 |
| U9 | 217 | 216 | Negative | 100 |
| U10 | 199 | 236 | Negative | 119 |
| U11 | 685 | 727 | Positive | 106 |
| U12 | 587 | 577 | Positive | 98 |
| U13 | 446 | 471 | Positive | 105 |
| U14 | 454 | 370 | Positive | 81 |
| U15 | 406 | 372 | Positive | 92 |
| U16 | 334 | 321 | Positive | 96 |
| U17 | 184 | 196 | Negative | 107 |
| U18 | 157 | 170 | Negative | 108 |
| U19 | 151 | 163 | Negative | 108 |
| U20 | 130 | 91 | Negative | 70 |
| U21 | | 749 | Positive | 75 |
| U22 | | 355 | Positive | 118 |

| Sample ID | Nominal [Methadone] ng/ml | Inter-Cartridge RLU Mean | CV% | Inter-Cartridge Conc. ng/ml Mean | CV% | % Recovery | Theranos Result |
|---|---|---|---|---|---|---|---|
| P1 | 1200 | 6684 | 7.9 | 1048 | 13.8 | 87 | Positive |
| P2 | 950 | 8297 | 11.0 | 742 | 15.2 | 78 | Positive |
| P3 | 700 | 10397 | 8.4 | 534 | 10.0 | 76 | Positive |
| P4 | 550 | 12294 | 6.8 | 433 | 8.1 | 79 | Positive |
| P5 | 375 | 17688 | 5.4 | 295 | 5.3 | 79 | Positive |
| P6 | 225 | 27217 | 10.2 | 198 | 10.2 | 88 | Positive |
| P7 | 155 | 41133 | 31.4 | 140 | 26.4 | 90 | Positive |
| P8 | 65 | 88034 | 13.4 | 61 | 15.7 | 93 | Positive |
| P9 | 40 | 100276 | 2.5 | 50 | 3.6 | 124 | Positive |
| P10 | 15 | 172327 | 16.8 | | | OORL | Negative |

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0144

PFM-DEPO-00013865

# Opiates

| Sample [Urine] | [ng/mL] | Theranos [ng/mL] | Interpretation | CLIA [ng/mL] | Interpretation |
|---|---|---|---|---|---|
| Heroin | 200 | 158 | NEG | 150 | NEG |
| | 650 | 693 | POS | 535 | POS |
| | 32 | 35 | NEG | 40 | NEG |
| | 17 | 12 | NEG | NA | NA |
| | 5 | 5 | NEG | NA | NA |
| 6-Acetylmorphine | 20 | 26 | NEG | 24 | NEG |
| | 45 | 46 | NEG | 55 | NEG |
| | 677 | 625 | POS | 563 | POS |
| | 10 | 8 | NEG | NA | NA |
| | 301 | 335 | POS | 256 | NEG |
| Codeine | 75 | 84 | NEG | 94 | NEG |
| | 10 | 8 | NEG | NA | NA |
| | 15 | 13 | NEG | 33 | NEG |
| | 505 | 538 | POS | 1547 | POS |
| | 29 | 34 | NEG | 25 | NEG |
| Biorad C2 (low opiate) | 225 | 261 | NEG | 727 | POS |
| Biorad C3 (low opiate) | 375 | 487 | POS | 1426 | POS |
| Biorad C1 | 120 | 143 | NEG | 271 | NEG |
| Biorad C2 | 1500 | 1129 | POS | NA | NA |
| Biorad C3 | 2500 | 1538 | POS | NA | NA |
| Biorad C4 | 4000 | 1821 | POS | NA | NA |
| Biorad N (negative) | 75 | 1 | NEG | NA | NA |
| Sunnylab | opiate | 3040 | POS | NA | NA |
| Biorad QN | 50 | 3 | NEG | NA | NA |
| Biorad QP | 2904 | 694 | POS | 3404 | POS |
| Biorad S15 | 1500 | 454 | POS | 1259 | POS |
| Biorad S25 | 2500 | 615 | POS | 2273 | POS |
| Biorad S1E (low opiate) | 225 | 81 | NEG | 216 | NEG |

Theranos Confidential

theranos

## Parvovirus IgG

| | Inter Cartridges | | Theranos | Commerical Kit | | Inter Cartridges | | Theranos | Commerical Kit |
|---|---|---|---|---|---|---|---|---|---|
| Sample # | Ave RLU | %CV | Ab Index 10X | Ab Index | Sample # | Ave RLU | %CV | Ab Index 10X | Ab Index |
| 1 | 31383 | 12 | 13.672 | Positive | 16 | 42529 | 21 | 18.528 | Positive |
| 2 | 43388 | 14 | 18.902 | Positive | 17 | 75966 | 16 | 33.095 | Positive |
| 3 | 26851 | 19 | 11.698 | Positive | 18 | 97569 | 13 | 42.506 | Positive |
| 4 | 7779 | 91 | 5.415 | Positive | 19 | 16431 | 16 | 7.158 | Positive |
| 5 | 56796 | 24 | 24.743 | Positive | 20 | 14844 | 25 | 6.467 | Positive |
| 6 | 51658 | 19 | 22.505 | Positive | 21 | 8411 | 18 | 3.664 | Positive |
| 7 | 88529 | 15 | 38.568 | Positive | 22 | 9534 | 10 | 4.154 | Positive |
| 8 | 31634 | 21 | 13.781 | Positive | 23 | 2920 | 24 | 1.272 | Positive |
| 9 | 22517 | 17 | 9.810 | Positive | 24 | 5005 | 20 | 2.180 | Positive |
| 10 | 15221 | 26 | 6.631 | Positive | 25 | 3755 | 13 | 1.636 | Positive |
| 11 | 53161 | 21 | 23.160 | Positive | 26 | 11917 | 21 | 5.192 | Positive |
| 12 | 19963 | 25 | 8.697 | Positive | 27 | 5569 | 12 | 2.426 | Positive |
| 13 | 75069 | 13 | 32.695 | Positive | 28 | 13348 | 18 | 5.815 | Positive |
| 14 | 52442 | 20 | 22.847 | Positive | 29 | 15502 | 18 | 6.753 | Positive |
| 15 | 108177 | 6 | 47.128 | Positive | 30 | 17819 | 17 | 7.763 | Positive |

Theranos Confidential

**theran⊚s**

PFM-DEPO-00013866

THPFM0003870574-143

Trial Exh. 4077 Page 0146

PFM-DEPO-00013867

## Progesterone



y = 0.93x + 0.14
R² = 0.96

Theranos Confidential

theran●s

Confidential

THPFM0003870574-144

# Prolactin



Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0147

PFM-DEPO-00013868

THPFM0003870574-145

Trial Exh. 4077 Page 0148

PFM-DEPO-00013869

## Total PSA



$y = 1.2595x - 4.6242$
$R^2 = 0.9403$

Theranos Confidential



Confidential

THPFM0003870574-146

Trial Exh. 4077 Page 0149

PFM-DEPO-00013870

# RF IgG antibody

| Set Type | Sample# | Theranos S/Co | DRG Mean Conc (U/ml) | Alpco Mean Conc (U/ml) |
|---|---|---|---|---|
| ProMedDx | 1 | 13.5 | 993 | 2143 |
| | 2 | 12.1 | 464 | 169 |
| | 3 | 20.2 | 208 | 121 |
| | 6 | 18.7 | 624 | 81 |
| | 9 | 10.8 | 366 | 70 |
| | 10 | 48.3 | 27 | 73 |
| | 11 | 22.1 | 357 | 987 |
| | 12 | 8.2 | 284 | 160 |
| | 13 | 12.8 | 85 | 94 |
| | 14 | 8.9 | 407 | 72 |
| | 15 | 3.9 | 505 | 217 |
| | 16 | 6.0 | 550 | 115 |
| | 17 | 2.3 | 61 | 221 |
| | 18 | 11.7 | 902 | 90 |
| | 23 | 1.7 | 118 | 129 |
| | 26 | 1.2 | 311 | 102 |
| | 31 | 16.7 | 540 | 120 |
| | 33 | 7.9 | 121 | 145 |
| | 37 | 4.6 | 128 | 97 |
| | 39 | 1.7 | 125 | 312 |
| Bioreclamation (Normal Sera) | M11 | 0.1 | 19 | 69 |
| | M12 | 0.1 | 12 | 29 |
| | M13 | 0.1 | 15 | 57 |
| | M14 | 0.1 | 16 | 31 |
| | M15 | 0.1 | 8 | 30 |
| | F11 | 0.1 | 15 | 52 |
| | F12 | 0.1 | 10 | 24 |
| | F13 | 0.1 | 16 | 51 |
| | F14 | 0.1 | 17 | 54 |
| | F15 | 0.1 | 10 | 24 |
| Set 2 | 1 | 0.1 | 6 | 33 |
| | 2 | 0.1 | 5 | 28 |
| | 3 | 0.1 | 5 | 26 |
| | 5 | 0.1 | 6 | 36 |
| | 8 | 0.1 | 8 | 36 |
| | 10 | 0.1 | 5 | 24 |
| | 21 | 0.1 | 3 | 23 |
| | 22 | 0.8 | 5 | 45 |
| | 29 | 0.1 | 5 | 35 |

Theranos Confidential

**theranos**

# RF IgM antibody

| Set Type | Sample ID | ALPCO Mean Conc(IU/mL) | INOVA Mean Conc(IU/mL) | DRG Mean Conc(IU/mL) | Theranos Mean Conc (IU/mL) |
|---|---|---|---|---|---|
| Positive | 19 | 166 | 573 | 347 | 190 |
| | 27 | 741 | 2191 | 815 | 1397 |
| | 38 | 159 | 291 | 25 | 1885 |
| | 40 | 22 | 20 | 25 | OORL |
| | 41 | 602 | 766 | 1187 | 1063 |
| | 42 | 858 | 1210 | 839 | 1577 |
| | 43 | 232 | 381 | 778 | 354 |
| | 44 | 78 | 187 | 19 | 891 |
| | 45 | 597 | 993 | 5603 | 1941 |
| | 46 | 484 | 988 | 1217 | 987 |
| | 47 | 273 | 914 | 2110 | 708 |
| | 48 | 316 | 914 | 722 | 744 |
| | 49 | 1048 | 2982 | 942 | 1652 |
| | 50 | 580 | 1071 | 97 | 1266 |
| | 51 | 258 | 632 | 221 | 545 |
| | 52 | 277 | 314 | 1728 | 645 |
| | 53 | 912 | 1423 | 980 | 1304 |
| | 54 | 179 | 128 | OORL | 835 |
| | 55 | 171 | 277 | 135 | 365 |
| | 56 | 93 | 116 | 100 | 125 |
| | 57 | 101 | 1805 | 956 | NES |
| | 58 | 552 | 948 | 348 | 1448 |
| | 59 | 413 | 783 | 863 | 900 |
| | 60 | 508 | 1561 | 328 | 1159 |

| Set Type | Sample ID | ALPCO Mean Conc(IU/mL) | INOVA Mean Conc(IU/mL) | DRG Mean Conc(IU/mL) | Theranos Mean Conc (IU/mL) |
|---|---|---|---|---|---|
| Negative | B1 | 0.9 | 0.6 | 4.0 | OORL |
| | B2 | 0.9 | 0.2 | OORL | OORL |
| | B3 | 1.5 | 1.9 | OORL | OORL |
| | B4 | 2.0 | 1.1 | 7.0 | OORL |
| | B5 | 1.2 | 1.0 | 3.2 | OORL |
| | B6 | 1.0 | 0.6 | OORL | OORL |
| | B7 | 0.7 | 0.2 | OORL | OORL |
| | B8 | 0.7 | 0.3 | OORL | OORL |
| | B9 | 8.0 | 9.3 | 13.3 | OORL |
| | B10 | 1.6 | 0.9 | 7.2 | OORL |
| | B11 | 1.4 | 1.1 | OORL | OORL |
| | B12 | 3.4 | 2.9 | 0.6 | OORL |

theranos

Theranos Confidential

PFM-DEPO-00013871

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 152 of 270

Trial Exh. 4077 Page 0151

PFM-DEPO-00013872

## Rubella Antibody



$y = 0.9552x - 5.6611$
$R^2 = 0.9863$

Theranos Confidential

theran⊕s

Confidential

Trial Exh. 4077 Page 0152

PFM-DEPO-0001 3873

# Rubella IgM

| Samples | Theranos Ab Index | Theranos Result | Siemens Immulite 2000 |
|---|---|---|---|
| 1 | 0.12 | NEG | NEG |
| 2 | 0.13 | NEG | NEG |
| 3 | 0.10 | NEG | NEG |
| 4 | 0.29 | NEG | NEG |
| 5 | 0.54 | NEG | NEG |
| 6 | 0.26 | NEG | NEG |
| 7 | 0.19 | NEG | NEG |
| 8 | 0.22 | NEG | NEG |
| 9 | 0.12 | NEG | NEG |
| 10 | 0.13 | NEG | NEG |
| 11 | 0.07 | NEG | NEG |
| 12 | 0.06 | NEG | NEG |
| 13 | 0.06 | NEG | NEG |
| 14 | 0.15 | NEG | NEG |
| 15 | 0.07 | NEG | NEG |
| 16 | 0.29 | NEG | NEG |
| 17 | 0.09 | NEG | NEG |
| 18 | 0.18 | NEG | NEG |
| 19 | 0.10 | NEG | NEG |
| 20 | 0.09 | NEG | NEG |

| Samples | Theranos Ab Index | Theranos Result | Siemens Immulite 2000 |
|---|---|---|---|
| 21 | 0.87 | NEG | NEG |
| 22 | 0.08 | NEG | NEG |
| 23 | 0.23 | NEG | NEG |
| 24 | 0.09 | NEG | NEG |
| 25 | 0.10 | NEG | NEG |
| 26 | 0.11 | NEG | NEG |
| 27 | 0.13 | NEG | NEG |
| 28 | 0.07 | NEG | NEG |
| 29 | 0.25 | NEG | NEG |
| 30 | 0.09 | NEG | NEG |
| 31 | 0.32 | NEG | POS |
| 32 | 2.95 | POS | POS |
| 33 | 3.36 | POS | POS |
| 34 | 2.11 | POS | POS |
| 35 | 3.70 | POS | POS |
| 36 | 3.91 | POS | POS |
| 37 | 6.06 | POS | POS |
| 38 | 1.59 | POS | POS |
| 39 | 3.56 | POS | POS |
| 40 | 7.48 | POS | POS |

Theranos Confidential

**theranos**

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 154 of 270

Trial Exh. 4077 Page 0153

PFM-DEPO-00013874

# Anti-Scl 70 antibody

| Sample ID | Human Test Samples | | | ANTIBODY INDEX | | | |
|---|---|---|---|---|---|---|---|
| | Matrix | Species | Strain | Theranos | INOVA | IMMCO | IBL |
| CLN1 | Serum | Normal | NA | 0.04 | 4 | 5 | 0.15 |
| CLN2 | Serum | Normal | NA | 0.04 | 4 | 2 | 0.07 |
| CLN3 | Serum | Normal | NA | 0.06 | 4 | 6 | 0.16 |
| CLN4 | Serum | Normal | NA | 0.09 | 4 | 2 | 0.13 |
| CLN5 | Serum | Normal | NA | 0.07 | 5 | 3 | 0.10 |
| CLN6 | Serum | Normal | NA | 0.06 | 3 | 4 | 0.16 |
| CLN7 | Serum | Normal | NA | 0.05 | 4 | 7 | 0.3 |
| CLN8 | Serum | Normal | NA | 0.11 | 5 | 5 | 0.15 |
| CLN9 | Serum | Normal | NA | 0.06 | 3 | 14 | 0.08 |
| CLN10 | Serum | Normal | NA | 0.05 | 3 | 6 | 0.12 |
| CLN11 | Serum | Normal | NA | 0.59 | 9 | 33 | 0.29 |
| CLN12 | Serum | Normal | NA | 0.04 | 5 | 5 | 0.22 |
| CLN13 | Serum | Normal | NA | 0.05 | 4 | 2 | 0.18 |
| CLN14 | Serum | Normal | NA | 0.04 | 11 | 174 | 3.06 |
| CLS1 | Serum | Autoimmune | Scleroderma | 7.35 | 9 | 186 | 0.33 |
| CLS2 | Serum | Autoimmune | Scleroderma | 0.72 | 19 | 70 | 0.73 |
| CLS9 | Serum | Autoimmune | Scleroderma | 1.60 | 100 | 213 | 3.76 |
| SS10 | Serum | Autoimmune | Sjogren | 1.02 | 5 | 91 | 0.19 |
| SCL06 | Serum | Autoimmune | Scleroderma | 0.95 | 23 | 83 | 1.78 |
| SCL16 | Serum | Autoimmune | Scleroderma | 6.35 | 3 | 194 | 3.07 |
| SCL25 | Serum | Autoimmune | Scleroderma | 3.59 | 141 | 267 | 5.25 |
| SCL29 | Serum | Autoimmune | Scleroderma | 3.04 | 124 | 257 | 2.66 |
| SCL38 | Serum | Autoimmune | Scleroderma | 0.24 | 1 | 69 | 0.10 |
| SCL39 | Serum | Autoimmune | Scleroderma | 3.33 | 146 | 293 | 5.58 |
| SCL40 | Serum | Autoimmune | Scleroderma | 4.50 | 139 | 280 | 5.78 |

Samples are considered to be positive, borderline, or negative for Scl-70 antibodies if their Ab Indices are found to be greater than 1.1, between 0.9 and 1.1, or less than 0.9, respectively.



Theranos Confidential

Confidential

THPFM0003870574-151

Trial Exh. 4077 Page 0154

PFM-DEPO-0001387S

## Anti-SSA antibody

| Sample | Innova Units | Immco Result (EU/mL) | IBL Int. Ratio | Theranos Ab Index |
|--------|--------------|----------------------|----------------|--------------------|
| ScI01 | 42.1 | 53 | 0.28 | 5.0 |
| SCL02 | 3.9 | 4 | 0.38 | 0.6 |
| ScL03 | 8.5 | 9 | 0.16 | 0.6 |
| ScL04 | 17.8 | 10 | 0.42 | 0.4 |
| ScL05 | 3.8 | 3 | 0.44 | 0.3 |
| ScL06 | 3.7 | 2 | 0.24 | 0.5 |
| ScL07 | 4.5 | 2 | 0.23 | 0.3 |
| ScL08 | 3.7 | 2 | 0.22 | 0.4 |
| ScL09 | 5.1 | 5 | 0.33 | 0.3 |
| ScL10 | 17.1 | 8 | 0.29 | 1.1 |
| SL01 | 102.9 | 78 | 5.51 | 212.8 |
| SL02 | 4.7 | 5 | 0.30 | 0.5 |
| SL03 | 3.8 | 3 | 0.23 | 0.4 |
| SL04 | 70.8 | 66 | 5.50 | 2.5 |
| SL05 | 3.6 | 2 | 0.58 | 0.3 |
| SL06 | 59.5 | 49 | 5.29 | 0.9 |
| SL07 | 4.5 | 7 | 0.24 | 0.6 |
| SL08 | 86.1 | 69 | 5.32 | 1.7 |
| SL09 | 3.6 | 11 | 0.67 | 0.6 |
| SL10 | 3.7 | 3 | 0.19 | 0.4 |
| Sjo01 | 108.6 | 57 | 5.87 | 33.2 |
| Sjo02 | 3.5 | 3 | 0.23 | 0.3 |
| Sjo03 | 125.6 | 74 | 6.22 | 373.3 |
| Sjo04 | 24.2 | 57 | 2.45 | 14.7 |
| Sjo05 | 96.9 | 78 | 5.61 | 203.2 |

The following criteria was applied to categorize the result as positive (red), negative (green) or borderline (yellow).

| |
|---|
| Ab Index > 1.1 |
| Ab Index > 0.9, < 1.1 |
| Ab Index < 0.9 |

Theranos Confidential



THPFM0003870574-152

# Sex Hormone Binding Globulin (SHBG)



**Clinical Correlation:**
**Theranos vs Siemens Immulite 2000**

$y = 1.0481x$
$R^2 = 0.9604$

Trial Exh. 4077 Page 0155

PFM-DEPO-00013876

Theranos Confidential

## Total Testosterone



Theranos Confidential

Trial Exh. 4077 Page 0156

PFM-DEPO-0001387

Confidential

THPFM0003870574-154

## Anti-Thyroglobulin Antibody (IgG)

Trial Exh. 4077 Page 0157



**Clinical Correlation to Reported Siemens Immulite Results, 18 In-Range Samples**

$y = 1.3478x$

$R^2 = 0.9634$

Theranos, IU/mL

Siemens Immulite 2000, IU/mL

Theranos Confidential

theran●s

PFM-DEPO-00013878

Trial Exh. 4077 Page 0158

PFM-DEPO-00013879

## Thyroglobulin (antigen)





Theranos Confidential

**theranos**

## Thyroid stimulating hormone (TSH)



Theranos Confidential

PFM-DEPO-00013880

Confidential

THPFM0003870574-157

## Thyroid peroxidase Antibody (TPO)



**Clinical Correlation**

$y = 1.1652x - 56.203$
$R^2 = 0.9775$

Theranos Confidential

theran⊕s

PFM-DEPO-00013881

Confidential

THPFM0003870574-158

Trial Exh. 4077 Page 0161

## Total Thyroxine (TT4)



$y = 0.9081x$
$R^2 = 0.9129$

Theranos Confidential

theran⬤s

PFM-DEPO-00013882

Trial Exh. 4077 Page 0162

PFM-DEPO-00013883

## Total Triiodothyronine (TT3)



$y = 0.8868x$
$R^2 = 0.9185$

Theranos (ng/ml) — vertical axis
CalBioKit (ng/ml) — horizontal axis

Theranos Confidential

theranos

## T3 Uptake



**Correlation Theranos to US Biologicals Kit, FTI, 28 Clinical Samples and 6 Control Sera**

$y = 1.03x$

$R^2 = 0.99$

The T Uptake % is used to compute the Free Thyroxine Index (FTI) from the Total T4

Theranos Confidential



Trial Exh. 4077 Page 0163

PFM-DEPO-00013884

Confidential

THPFM0003870574-161

# Transferrin

| Sample # | Sample ID | SIEMENS_ADVIA | Signal (RLU) Inter-Cartridge | | [TRF, back-calculated], mg/dL Inter-Cartridge | | % Diff from Target SIEMENS_ADVIA |
|---|---|---|---|---|---|---|---|
| | | mg/dL | Mean | %CV | Mean | %CV | mg/dL |
| 1 | AD08 | 293 | 85703 | 21 | 279 | 18 | -4.9 |
| 2 | AD10 | 239 | 58676 | 14 | 205 | 11 | -14.0 |
| 3 | AD18 | 312 | 88990 | 19 | 287 | 16 | -7.9 |
| 4 | P7 | 201 | 37947 | 20 | 148 | 15 | -26.5 |
| 5 | P11 | 414 | 114683 | 11 | 358 | 10 | -13.6 |
| 6 | P12 | 333 | 93325 | 25 | 299 | 21 | -10.1 |
| 7 | L3 | 215 | 46044 | 20 | 171 | 15 | -20.7 |
| 8 | L4 | 290 | 64780 | 36 | 222 | 28 | -23.6 |
| 9 | 6-BRH539339 | 259 | 60136 | 7 | 210 | 6 | -19.1 |
| 10 | 10-BRH539334 | 314 | 86289 | 8 | 280 | 6 | -10.8 |
| 11 | P1 | 283 | 71893 | 9 | 241 | 7 | -14.8 |
| 12 | P3 | 232 | 56759 | 32 | 212 | 21 | -8.6 |
| 13 | BRH460987 | 345 | 100216 | 21 | 318 | 18 | -7.8 |
| 14 | BRH460980 | 269 | 56909 | 24 | 200 | 18 | -25.5 |
| 15 | PD6 | 248 | 52493 | 27 | 188 | 21 | -24.1 |
| 16 | PD7 | 115 | 21820 | 28 | 99 | 20 | -14.2 |
| 17 | PD8 | 276 | 82295 | 21 | 269 | 18 | -2.4 |
| 18 | PD9 | 229 | 49823 | 24 | 163 | 30 | -28.8 |
| 19 | PD10 | 147 | 26214 | 25 | 113 | 17 | -23.3 |
| N/A | IRMM | 236 | 54947 | 15 | 195 | 12 | -17.2 |
| 20 | AD03 | 312 | 64128 | 27 | 234 | 17 | -25.1 |
| 21 | AD05 | 247 | 49099 | 33 | 187 | 23 | -24.3 |
| 22 | AD07 | 320 | 77237 | 26 | 256 | 21 | -20.1 |
| 23 | AD11 | 208 | 40937 | 35 | 156 | 26 | -25.1 |
| 24 | 7-BRH539338 | 299 | 62332 | 41 | 215 | 32 | -28.1 |
| 25 | 8-BRH539336 | 300 | 39212 | 20 | 151 | 15 | -49.5 |
| 26 | 9-BRH539340 | 239 | 72963 | 16 | 244 | 13 | 2.1 |
| 27 | PD11 | 284 | 42540 | 39 | 160 | 29 | -43.6 |

Table header top span: Theranos TRF System 3.0

PFM-DEPO-00013885

Theranos Confidential

theranos

Trial Exh. 4077 Page 0165

PFM-DEPO-00013886

## Varicella Zoster virus - IgG



$y = 1.1714x$

$R^2 = 0.9204$

Theranos Confidential

theran⊙s

Confidential

THPFM0003870574-163

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 167 of 270

Trial Exh. 4077 Page 0166

PFM-DEPO-00013887

# Vitamin B12



**B12 Assay: Clinical Sample Correlation**

$y = 0.8299x + 17.645$
$R^2 = 0.96$

Theranos B12 Result, pg/mL

Siemens B12 result, pg/ml

theran⬡s

Theranos Confidential

Confidential

THPFM0003870574-164

## VZV – IgG Precision

### Inter-Analyzer Precision, Concentration (IU/mL)

| Analyzer | Tip 1 | Tip 2 | Intra-Cartridge | | | Inter-Cartridge | |
| | | | Mean | CV % | % Recovery | Mean | CV % |
|---|---|---|---|---|---|---|---|
| 1 | 0.26 | 0.27 | 0.26 | 4.1 | 86 | 0.31 | 7.2 |
| 2 | 0.34 | 0.35 | 0.35 | 1.1 | 113 | | |
| 3 | 0.30 | 0.36 | 0.33 | 11.4 | 108 | | |
| 4 | 0.26 | 0.28 | 0.27 | 4.8 | 89 | | |
| 5 | 0.30 | 0.31 | 0.30 | 2.1 | 99 | | |
| 6 | 0.28 | 0.27 | 0.28 | 3.6 | 90 | | |
| 7 | 0.29 | 0.31 | 0.30 | 2.7 | 98 | | |
| 8 | 0.32 | 0.32 | 0.32 | 0.3 | 104 | | |
| 9 | 0.30 | 0.28 | 0.29 | 6.1 | 95 | | |
| 10 | 0.32 | 0.33 | 0.32 | 1.0 | 106 | | |
| 11 | 0.28 | 0.27 | 0.27 | 0.8 | 89 | | |
| 12 | 0.30 | 0.32 | 0.31 | 4.4 | 100 | | |
| 13 | 0.29 | 0.32 | 0.31 | 7.5 | 100 | | |
| 14 | 0.35 | 0.32 | 0.34 | 4.8 | 109 | | |
| 15 | 0.35 | 0.33 | 0.34 | 4.0 | 111 | | |
| 16 | 0.31 | 0.31 | 0.31 | 1.2 | 101 | | |
| 17 | 0.29 | 0.33 | 0.31 | 8.8 | 100 | | |
| 18 | 0.31 | 0.25 | 0.28 | 16.8 | 91 | | |
| 19 | 0.32 | 0.29 | 0.30 | 6.3 | 99 | | |
| 20 | 0.29 | 0.31 | 0.30 | 5.9 | 98 | | |
| 21 | 0.30 | 0.32 | 0.31 | 4.3 | 100 | | |
| 22 | 0.33 | 0.31 | 0.32 | 4.7 | 104 | | |
| 23 | 0.33 | 0.32 | 0.32 | 1.9 | 105 | | |
| 24 | 0.33 | 0.31 | 0.32 | 5.0 | 103 | | |

Theranos Confidential

theran⦾s

Confidential

THPFM0003870574-165

Trial Exh. 4077 Page 0168

PFM-DEPO-00013889

# VZV – IgG Precision

Precision and Accuracy for 3 Days/Lots, Concentration (IU/mL)
N = 3 cartridges per point

| [VZV IgG] IU/mL | Day/Lot 1 | | | Day/Lot 2 | | | Day/Lot 3 | | | Inter-Lot | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean Conc. | CV % | % Rec. | Mean Conc. | CV % | % Rec. | Mean Conc. | CV % | % Rec. | Mean Conc. | CV % | % Rec. |
| 11.00 | 9.97 | 22.3 | 91 | 11.40 | 9.5 | 104 | 9.83 | 33.6 | 89 | 10.47 | 18.9 | 95 |
| 5.50 | 4.65 | 2.4 | 85 | 6.65 | 13.6 | 121 | 6.09 | 15.9 | 111 | 5.94 | 18.5 | 108 |
| 2.75 | 2.33 | 15.3 | 85 | 3.07 | 7.3 | 112 | 2.65 | 8.1 | 96 | 2.68 | 14.9 | 98 |
| 1.38 | 1.27 | 13.5 | 92 | 1.46 | 10.6 | 106 | 1.46 | 12.3 | 107 | 1.40 | 12.6 | 101 |
| 0.69 | 0.65 | 11.1 | 94 | 0.75 | 6.7 | 109 | 0.71 | 6.9 | 104 | 0.70 | 9.6 | 102 |
| 0.34 | 0.32 | 7.8 | 93 | 0.34 | 13.7 | 98 | 0.35 | 4.0 | 103 | 0.34 | 9.2 | 98 |
| 0.17 | 0.17 | 9.2 | 99 | 0.18 | 9.7 | 105 | 0.17 | 1.9 | 98 | 0.17 | 7.5 | 101 |
| 0 | OORL | - | - | OORL | - | - | OORL | - | - | OORL | - | - |
| Positive Control | 4.25 | 8.6 | - | 3.70 | 11.7 | - | 4.25 | 9.3 | | 4.05 | 11.0 | - |
| Negative Control | OORL | - | - | OORL | - | - | OORL | - | - | OORL | - | - |

Theranos Confidential



Confidential

THPFM0003870574-166

# West Nile IgM

| Samples | Recombinant WNV Ag | | NCA | | Theranos | | Focus | | Panbio | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mean | CV | Mean | CV | S/co | Result | S/o | Result | S/o | Result |
| PWN 901-1.5 Member 1 | 2391 | 13 | 297 | 25 | 0.23 | Negative | 0.00 | Negative | 0.20 | Negative |
| PWN 901-1.5 Member 2 | 2481 | 23 | 319 | 4 | 0.24 | Negative | 0.00 | Negative | 0.20 | Negative |
| PWN 901-1.5 Member 3 | 2380 | 21 | 417 | 14 | 0.22 | Negative | 0.00 | Negative | 0.20 | Negative |
| PWN 901-1.5 Member 4 | 3144 | 9 | 398 | 22 | 0.30 | Negative | 0.10 | Negative | 0.20 | Negative |
| PWN 901-1.5 Member 5 | 165647 | 20 | 303 | 9 | 18.34 | Positive | 4.10 | Positive | 2.00 | Positive |

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-167

Trial Exh. 4077 Page 0169

PFM-DEPO-00013890

Trial Exh. 4077 Page 0170

PFM-DEPO-00013891

## Human IgM



**clinical and control correlation
( 40 samples + 8 controls)**

$y = 1.0304x - 0.0533$
$R^2 = 0.9529$

Theranos IgM results (mg/ml)

SIEMENS IgM results (mg/ml)

Theranos Confidential



Confidential

THPFM0003870574-168

## PCP : Calibration Verification



**Correlation to GC-MS Result, Urine Controls**

$y = 1.0243x$

$R^2 = 0.9853$

Y-axis: Theranos [PCP] , ng/mL

X-axis: [PCP] by GC-MS, ng/mL

Theranos Confidential

**theran●s**

Trial Exh. 4077 Page 0171

PFM-DEPO-00013892

Confidential

THPFM0003870574-169

# general chemistry

Theranos Confidential

theran•s

Confidential

Trial Exh. 4077 Page 0172

PFM-DEPO-00013893

THPFM0003870574-170

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 174 of 270

## Routine Test Validations Demonstrate High Correlation Coefficients Across Clinical Range

Theranos Confidential

S

Trial Exh. 4077 Page 0173

PFM-DEPO-00013894



## Acetaminophen in Plasma (Lithium Heparin)



Theranos Confidential

theran●s

Trial Exh. 4077 Page 0174

PFM-DEPO-00013895

Confidential

THPFM0003870574-172

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 176 of 270

Trial Exh. 4077 Page 0175

PFM-DEPO-00013896

## Activate Partial Thromboplastin Time (aPTT) Plasma spiked with Heparin



Theranos
results



Commercially available
POC device results

Theranos Confidential



Trial Exh. 4077 Page 0176

## PT results – Clinical samples of patients on Coumadin



Theranos Confidential

theran⚬s

PFM-DEPO-00013897

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 178 of 270

Trial Exh. 4077 Page 0177

# Alanine Transaminase (ALT)

## Clinical Correlation
## (N= 13  Samples)



$y = 0.90x + 6.11$

$R^2 = 0.97$

Theranos Confidential

theran⊙s

PFM-DEPO-00013898

Trial Exh. 4077 Page 0178

PFM-DEPO-00013899

## Albumin



**Clinical Correlation**
(N = 44 Samples)

$y = 0.92x + 0.60$
$R^2 = 0.94$

Theranos Assay , Albumin (g/dL)

Bioassay Assay, Albumin (g/dL)

Theranos Confidential

**theranos**

# Aldolase (Serum/Plasma)



### Clinical Correlation for Theranos Aldolase Assay vs Caldon Biotech Aldolase Assay: All 15 Samples

$y = 1.07x - 0.32$
$R^2 = 0.92$

Theranos Calculated Aldolase (U/L) vs Caldon BioTech Kit Calculated Aldolase (U/L)

theranos

Theranos Confidential

Confidential

Trial Exh. 4077 Page 0179

PFM-DEPO-00013900

THPFM0003870574-177

## Alkaline Phosphatase (ALP)



**Comparison of Theranos vs QuantiChrom Kit for ALP Clinical Samples: 36 Total (Lithium Heparin Plasma and Serum Samples)**

$y = 1.01x - 1.73$
$R^2 = 0.94$

X-axis: QuantiChrom Kit Calculated ALP (IU/L)

Y-axis: Theranos Calculated ALP (IU/L)

Theranos Confidential

**theran⊙s**

Trial Exh. 4077 Page 0180

PFM-DEPO-00013901

Confidential

THPFM0003870574-178

Trial Exh. 4077 Page 0181

## Alpha Amylase (Plasma)



### Correlation Theranos Result to CLIA Results
### (Clinical Samples & Controls)

$y = 1.06x + 1.24$
$R^2 = 0.99$

■ Theranos to CLIA
— Linear (Theranos to CLIA)

Theranos MTP Result, [Amylase], U/L

CLIA Results, [Amylase], U/L

Theranos Confidential



PFM-DEPO-00013902

Confidential

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 183 of 270

Trial Exh. 4077 Page 0182

PFM-DEPO-00013903

## Ammonia (Plasma)



$y = 1.4762x + 10.204$
$R^2 = 0.983$

Theranos NH4+ (ug/dl)

CLIA NH4+ (ug/dl)

Theranos Confidential

theran●s

Confidential

THPFM0003870574-180



# Aspartate Aminotransferase

**Theranos AST Assay vs BioQuant UV Vis for 19 Clinical Samples**

$y = 0.91x - 11.33$
$R^2 = 0.98$

Theranos Confidential



Trial Exh. 4077 Page 0183

PFM-DEPO-00013904

Confidential

THPFM0003870574-181

# Direct Bilirubin (Plasma)



## Clinical Sample Correlation

y = 0.8136x - 0.004
R² = 0.977

[Direct Bilirubin] (mg/dL), Theranos

[Direct Bilirubin] (mg/dL), TECO Diagnostics

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0184

PFM-DEPO-00013905

Confidential

THPFM0003870574-182

## Total Bilirubin (Plasma)



**Clinical Sample Correlation**

$y = 0.9644x - 0.0546$
$R^2 = 0.99$

Theranos Confidential

theran⦿s

PFM-DEPO-00013906

Confidential

THPFM0003870574-183

## Bilirubin (Urine)



**Clinical Correlation between Theranos Urinary Bilirubin Assay and Teco Diagnostics: 25 Samples**

$y = 1.0998x + 0.021$

$R^2 = 0.973$

Theranos Confidential

theran⊙s

Trial Exh. 4077 Page 0186

PFM-DEPO-00013907

Confidential

THPFM0003870574-184

Trial Exh. 4077 Page 0187

PFM-DEPO-00013908

# Blood Typing: - ABO & RhD

| Blood Type | Test Results | | Blood Type | Test Results | |
|---|---|---|---|---|---|
| | Reference | Theranos | | Reference | Theranos |
| EDTA | O + | O + | EDTA | AB - | AB - |
| EDTA | O + | O + | EDTA | A - | A - |
| EDTA | B + | B + | EDTA | O - | O - |
| EDTA | O + | O + | Heparin/FS | AB + | AB + |
| EDTA | A + | A + | Heparin/FS | A - | A - |
| EDTA | A + | A + | Heparin/FS | B + | B + |
| EDTA | O - | O - | Heparin/FS | B + | B + |
| EDTA | AB + | AB + | Heparin/FS | O - | O - |
| EDTA | O + | O + | Heparin/FS | A + | A + |
| EDTA | A + | A + | Heparin/FS | AB - | AB - |
| EDTA | A + | A + | Heparin/FS | O + | O + |
| EDTA | O + | O + | Heparin/FS | B + | B + |

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-185

## Blood Urea Nitrogen (BUN)



BUN: Clinical Correlation

$y = 0.9088x + 1.9632$
$R^2 = 0.91$

[Urea], mM_Theranos (y-axis)

[Urea], mM_Bio-Quant (x-axis)

Theranos Confidential

theranos

Trial Exh. 4077 Page 0188

PFM-DEPO-00013909

Confidential

# Calcium



Theranos Confidential

**theran⊕s**

Trial Exh. 4077 Page 0189

PFM-DEPO-00013910

Confidential

THPFM0003870574-187

# Carbon Dioxide

N = 16 samples



Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0190

PFM-DEPO-00013911

Confidential

THPFM0003870574-188

Trial Exh. 4077 Page 0191

PFM-DEPO-00013912

## Total Cholesterol



**Total Cholesterol Clinical Correlation**

$y = 1.0962x - 26.489$

$R^2 = 0.97$

Theranos (mg/dL) vs TECO (mg/dL)

Theranos Confidential



Confidential

THPFM0003870574-189

## Urine Based Assays – Creatinine, Chloride



Theranos Confidential

theran⬤s

Confidential

THPFM0003870574-190

# Chloride

N = 41 clinical and spiked samples



**Correlation Theranos Result to Reference 1 (Bioassay) Result for Chloride Assay (41 samples Total)**

$y = 1.00x - 1.40$
$R^2 = 0.94$

Theranos Result (mM)

Reference 1 (Bioassay) Results (mM)

Theranos Confidential

theranos

Trial Exh. 4077 Page 0193

PFM-DEPO-00013914

THPFM0003870574-191

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 195 of 270

Trial Exh. 4077 Page 0194

PFM-DEPO-00013915

## Creatine Kinase



Theranos Confidential

theran●s

THPFM0003870574-192

## Creatinine (Plasma)



$y = 1.019x + 0.4123$

$R^2 = 0.9925$

Theranos Confidential

theran⊙s

PFM-DEPO-00013916

Confidential

THPFM0003870574-193

## eGFR



Trial Exh. 4077 Page 0196

PFM-DEPO-00013917

# Formate (Plasma)



**Clinical Correlation for Theranos Formate Assay vs. BioVision Formate Kit: 19 Samples**

y = 1.09x
R² = 1.00

Theranos Confidential



PFM-DEPO-00013918

Confidential

THPFM0003870574-195

Trial Exh. 4077 Page 0198

PFM-DEPO-00013919

## General Chemistries

### GGT



Clinical Correlation between Theranos GGT Assay and BioQuant Soluble Reagent GGT Kit: 17 Samples

$y = 0.85x + 0.02$
$R^2 = 0.98$

### Ethanol



Clinical Correlation between Theranos Ethanol Assay and Promeddx: 25 Samples

$y = 0.9509x - 12.966$
$R^2 = 0.91$

Theranos Confidential

theranos

Confidential

THPFM0003870574-196

# General Chemistries



### Hemoglobin ( Whole Blood )

y = -0.169 * x + 1.018
R² = 0.97

### Glucose ( Plasma )

y = 15.085 * x + 0.94
R² = 0.991

### LDL-Cholesterol ( Plasma )

y = 0.016 * x + 1.04
R² = 0.927

### Carbon Dioxide ( Plasma )

y = -0.571 * x + 1.034
R² = 0.920

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0199

PFM-DEPO-00013920

# Glucose



**Correlation Theranos Result to Cayman Result**

N = 13 clinical samples

y = 0.94x + 15.06

R² = 0.99

Theranos Result mg/dL

Cayman Result mg/dL

Theranos Confidential

theran●s

Trial Exh. 4077 Page 0200

PFM-DEPO-00013921

Confidential

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 201 of 270

THPFM0003870574-198

Trial Exh. 4077 Page 0201

PFM-DEPO-00013922

# Hemoglobin

N = 36 clinical samples



**Clinical Correlation: Teco versus Theranos**
**(Whole Blood Samples)**

y = 1.01x
**R² = 0.97**

Theranos Result (g/dL) vs Teco Result (g/dL)

Theranos Confidential

theran●s

Confidential

THPFM0003870574-199

## Heparin anti-factor Xa



**Heparin anti-factor Xa Clinical Correlation**

$y = 1.0064x + 0.1089$
$R^2 = 0.9261$

Combined Sodium Citrate and EDTA Plasma

N= 31 samples

theran●s

Theranos Confidential

Confidential

THPFM0003870574-200

# Intact Parathyroid Hormone (iPTH)



Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0203

PFM-DEPO-00013924

Confidential

## Iron (Serum)



**Serum Iron Clinical Correlation**

$y = 0.9554x + 9.1601$
$R^2 = 0.954$

Theranos (ug/dL) vs Bioassay (ug/dL)

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0204

PFM-DEPO-00013925

Confidential

THPFM0003870574-202

Trial Exh. 4077 Page 0205

PFM-DEPO-00013926

## Total Iron Binding Capacity (TIBC)



N = 16 samples

**Clinical correlation**

y = 1x + 0.0004
R² = 0.95

Theranos Confidential

**theranos**

Confidential

THPFM0003870574-203

## Hexosaminidase Total & A in Plasma



$y = 0.7417 + 1.3641$

$R^2 = 0.9347$

Theranos Confidential

theran●s

Trial Exh. 4077 Page 0206

PFM-DEPO-00013927

# Lactate Dehydrogenase (LDH)



Trial Exh. 4077 Page 0207

PFM-DEPO-00013928

Theranos Confidential

theranos

Confidential

THPFM0003870574-205

# Direct LDL-Cholesterol



$y = 1.0402x + 0.0156$, N = 20 clinical samples
$R^2 = 0.9276$

Theranos Confidential

theran⊙s

Trial Exh. 4077 Page 0208

PFM-DEPO-00013929

Confidential

# Lipase



## Clinical Correlation

$y = 0.9278x + 18.798$
$R^2 = 0.9767$

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0209

PFM-DEPO-00013930

THPFM0003870574-207

Trial Exh. 4077 Page 0210

PFM-DEPO-00013931

## Phosphate



**Correlation of Theranos Result
to Bioassay Kit Results**

$y = 1.37x - 1.52$

$R^2 = 0.92$

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0211

PFM-DEPO-00013932

## Potassium



y = 1.0241x - 0.6611, N = 15 clinical samples
$R^2 = 0.925$

Theranos (mM) — vertical axis

Ion Selective Electrode, CLIA (mM) — horizontal axis

Theranos Confidential

theran⊙s

Confidential

THPFM0003870574-209

## Pyruvate (Plasma)



### Clinical correlation

$y = 1x + 0.62$, N = 15 samples
$R^2 = 0.95$

Theranos Confidential

## Sodium (Urine)



**Sodium Urine Clinical Correlation
(N=60 Samples)**

$y = 1.0037x - 1.448$
$R^2 = 0.978$

Theranos Confidential



Trial Exh. 4077 Page 0213

PFM-DEPO-00013934

THPFM0003870574-211

# Sulfate (Urine)



**Clinical Sample Correlation**

$y = 0.9532x + 1.8956$

$R^2 = 0.9706$

Theranos [Sulfate] mM

BioAssay Systems [Sulfate] mM

Theranos Confidential



PFM-DEPO-00013935

Confidential

THPFM0003870574-212

# Streptozyme Assay Summary

|  | Theranos | |  |
|---|---|---|---|
|  | **Negative** | **Positive** |  |
| **Reference Negative** | 17 | 1* | **94% Specificity** |
| **Reference Positive** | 0 | 20 | **100% Sensitivity** |

Theranos Confidential

**theran⊙s**

Trial Exh. 4077 Page 0215

PFM-DEPO-00013936

Confidential

THPFM0003870574-213

## Triglycerides (Plasma)



**Clinical Sample Correlation,
TECO vs Theranos**

y = 0.8999x + 25.968
R² = 0.978

Theranos Confidential

theran●s

Confidential

THPFM0003870574-214

# Uric Acid

Trial Exh. 4077 Page 0217



### Clinical Correlation for Theranos Uric Acid Assay and QuantiChrom Uric Acid Assay

$y = 0.98x + 0.37$

$R^2 = 0.99$

Theranos Calculated Uric Acid (mg/dL) — vertical axis: 3.00, 5.00, 7.00, 9.00, 11.00, 13.00, 15.00, 17.00, 19.00, 21.00

QuantiChrom Calculatd Uric Acid (mg/dL) — horizontal axis: 3.00, 8.00, 13.00, 18.00, 23.00

Theranos Confidential

**theranos**

PFM-DEPO-00013938

Confidential

THPFM0003870574-215

Trial Exh. 4077 Page 0218

PFM-DEPO-00013939

## VLDL-Cholesterol



**Clinical correlation**

y = 0.99x - 2.3

R² = 0.99

N = 25 samples

**Predicate TriG mg/dl**

Theranos TriG mg/dl

Theranos Confidential

theranos

## Zinc (Plasma/Serum)



Zinc Clinical Correlation for Theranos Assay and BioAssay Zinc Kit: 19 Serum and Lithium Heparin Plasma Samples

$y = 0.97x + 1.65$

$R^2 = 0.96$

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0219

PFM-DEPO-00013940

Confidential

THPFM0003870574-217

# Zinc Protoporphyrin



### Zinc Protoporphyrin Clinical Correlation

Theranos [ZPP] (μmol ZPP/mol Heme)

$y = 0.92x + 5.9$

$R^2 = 0.95$

N= 20 samples

Hematofluorometer [ZPP] (μmol ZPP/mol Heme)

Theranos Confidential

theranos

Trial Exh. 4077 Page 0220

PFM-DEPO-00013941

Confidential

THPFM0003870574-218

THPFM0003870574-219

theranos

cytometry

Confidential

PFM-DEPO-00013942

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 223 of 270

Trial Exh. 4077 Page 0222

PFM-DEPO-00013943

## Total WBC, RBC and Platelet Counts: correlation between Theranos platform and hematology analyzer



$y = 0.97x - 0.07$
$R^2 = 0.95$

WBCs, K/µl, Theranos

WBCs, K/µl, Reference Analyzer



$y = 1.01x + 0.10$
$R^2 = 0.93$

RBCs, M/µl, Theranos

RBCs, M/µl, Reference Analyzer



$y = 0.95x + 21.87$
$R^2 = 0.93$

Platelets, K/µl, Theranos

Platelets, K/µl, Reference Analyzer

Theranos Confidential

**theran⊙s**

Confidential

THPFM0003870574-220

Trial Exh. 4077 Page 0223

PFM-DEPO-00013944

## Correlation of WBC-differential assay between Theranos platform and reference hematology analyzer

*All numbers are WBC cell type proportions expressed as percentages of total WBC*



*Neutrophils*
$y = 1.25x - 12.94$
$R^2 = 0.97$

*Monocytes*
$y = 0.95x + 0.10$
$R^2 = 0.95$

*Lymphocytes*
$y = 1.21x - 7.53$
$R^2 = 0.95$

Theranos Confidential

theran○s

Confidential

THPFM0003870574-221

Trial Exh. 4077 Page 0224

# Epithelial Cells – Urine Microscopy

## Epithelial Cells



| Theranos \ REF | none | rare | few | mod | many |
|---|---|---|---|---|---|
| none | 2 | 0 | 0 | 0 | 0 |
| rare | 10 | 8 | 0 | 0 | 0 |
| few | 1 | 1 | 2 | 0 | 0 |
| mod | 0 | 2 | 0 | 0 | 0 |
| many | 1 | 0 | 0 | 0 | 0 |

Theranos Confidential

theran●s

PFM-DEPO-00013945

THPFM0003870574-222

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 226 of 270

Trial Exh. 4077 Page 0225

PFM-DEPO-00013946

## WBC – Urine Microscopy

### WBCs

| REF / Theranos | none | rare | occ | few | mod | many |
|---|---|---|---|---|---|---|
| none | 2 | 2 | 0 | 0 | 0 | 0 |
| rare | 1 | 13 | 1 | 0 | 0 | 0 |
| occ | 0 | 3 | 0 | 0 | 0 | 0 |
| few | 0 | 2 | 0 | 0 | 0 | 0 |
| mod | 0 | 1 | 0 | 0 | 0 | 0 |
| many | 0 | 0 | 0 | 0 | 0 | 2 |

Theranos Confidential

theran⊙s

Confidential

THPFM0003870574-223

# RBC – Urine Microscopy

RBCs

| REF Theranos | none | rare | occ | few | mod | many |
|---|---|---|---|---|---|---|
| none | 1 | 0 | 0 | 1 | 0 | 0 |
| rare | 4 | 6 | 1 | 1 | 0 | 0 |
| occ | 0 | 4 | 1 | 0 | 0 | 0 |
| few | 0 | 3 | 2 | 0 | 0 | 0 |
| mod | 0 | 0 | 0 | 0 | 0 | 0 |
| many | 0 | 1 | 1 | 0 | 1 | 0 |

Theranos Confidential

theran●s

Confidential

PFM-DEPO-0001394 7

THPFM0003870574-224

# nucleic acid amplification

theranos

THPFM0003870574-225

Confidential

Trial Exh. 4077 Page 0228

PFM-DEPO-00013949

# TNAA assay performance summary

### Detection time (mins)



10 c/ul
LOD

100 c/ul
LOD

Theranos Confidential

**TNAA assays: Detection time (mins)** at 100 c/ul





| | Assay | Detection time |
|---|---|---|
| STD | HIV-2 GroupA | 27.59 |
| | Treponema pallidum | 21.41 |
| | HSV | 22 |
| | StrepB | 19.52 |
| Respiratory | Adenovirus E | 27 |
| | Adenovirus C | 13.86 |
| | Adenovirus B | 12.59 |
| | Bordetella pertussis | 14.7 |
| | MTB | 24.14 |
| | MRSA | 21.16 |
| | Staph. aureus | 13.79 |
| | StrepA | 17.2 |
| Ctrl | Human RNaseP | 21.87 |
| Flu | H5N1 | 31.06 |
| | H7N9 flu - NA gene | 12.78 |
| | H7N9 flu - HA gene | 15.01 |
| | Influenza H1N1 novel | 17.97 |
| | Influenza H1N1 seasonal | 13.33 |
| | Influenza H3N2 | 16.55 |
| | Influenza B | 14.79 |
| | Influenza A | 26.28 |

226

**theran⊙s**

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 230 of 270

Trial Exh. 4077 Page 0229

PFM-DEPO-00013950

## Influenza Assays

 Influenza A virus – H1N1 Seasonal

 H7N9 Flu

 Influenza A virus – H1N1 Novel

 H5N1 Flu

 Influenza A virus – H3N2

 Influenza B virus

Influenza A – Matrix Protein

Theranos Confidential

theran●s

Confidential

THPFM0003870574-227

# Influenza A virus – H1N1 Seasonal

theranos

Trial Exh. 4077 Page 0230

PFM-DEPO-00013951

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 231 of 270

# Influenza A Virus – H1N1 Novel

Copies/ul RNA, NTC-No template control

theranos

Trial Exh. 4077 Page 0231
PFM-DEPO-00013952
Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 232 of 270

# Influenza A virus – H3N2

theranos

Theranos Confidential

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 233 of 270

Trial Exh. 4077 Page 0232

PFM-DEPO-00013953

# Influenza B virus

Theranos Confidential

theranos

Trial Exh. 4077 Page 0233

PFM-DEPO-00013954

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 234 of 270

Trial Exh. 4077 Page 0234

PFM-DEPO-00013955

# H7N9 Flu





H7N9 influenza - NA gene



H7N9 influenza - HA gene



H7N9 - HA gene Cross Reactivity Test



Amplification



Cross-Reactivity T164A - H7N9 flu - NA Gene

theranos

Theranos Confidential

Trial Exh. 4077 Page 0235

PFM-DEPO-00013956

# H5N1 Flu









Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0236

PFM-DEPO-0001395 7

# Influenza A – Matrix Protein





Theranos Confidential





theranos

Trial Exh. 4077 Page 0237

PFM-DEPO-00013958

# Theranos Influenza Panel – Clinical Samples



| | FluB | H1S | H3S | H1Nov | Summary | Time | | BioFire | TNAA | Success Rate vs. BioFire |
|---|---|---|---|---|---|---|---|---|---|---|
| Sample1 | - | - | - | - | Neg | | FluA H1N1 Pandemic | Negative | Negative | + |
| Sample2 | - | - | - | - | Neg | | FluA H1N1 Pandemic | Negative | Negative | + |
| Sample3 | + | - | - | - | H1S | 7.53 | FluA H1N1 Pandemic | Positive | Positive | + |
| Sample4 | + | - | - | - | H1S | 7.31 | FluA H1N1 Pandemic | Positive | Positive | + |
| Sample5 | + | - | - | - | H1S | 9.94 | FluA H1N1 Seasonal | Positive | Positive | + |
| Sample6 | + | - | - | - | H1S | 9.6 | FluA H1N1 Seasonal | Positive | Positive | + |
| Sample7 | + | - | - | - | H1S | 8.23 | FluA H1N1 Seasonal | Positive | Positive | + |
| Sample8 | - | - | - | - | Neg | | FluA H1N1 Pandemic | Negative | Negative | + |
| Sample9 | - | - | - | - | Neg | | FluA H1N1 Pandemic | Negative | Negative | + |
| Sample10 | - | - | - | - | Neg | | FluA H1N1 Pandemic | Negative | Negative | + |
| Sample11 | - | - | - | - | Neg | | FluA H1N1 Seasonal | Negative | Negative | + |
| Sample12 | - | - | - | - | Neg | | FluA H1N1 Seasonal | Negative | Negative | + |
| Sample13 | - | - | - | - | Neg | | FluA H1N1 Seasonal | Negative | Negative | + |
| Sample14 | - | - | - | - | Neg | | FluA H1N1 Seasonal | Negative | Negative | + |
| Sample15 | - | - | - | - | Neg | | FluA H1N1 (novel) | Negative | Negative | + |
| Sample16 | - | - | - | - | Neg | | FluA H1N1 (novel) | Negative | Negative | + |
| Sample17 | - | - | - | - | Neg | | FluH3N2 | Negative | Negative | + |
| Sample18 | - | - | - | - | Neg | | FluH3N2 | Negative | Negative | + |
| Sample19 | - | - | - | - | Neg | | FluH3N2 | Negative | Negative | + |
| Sample20 | - | - | - | - | Neg | | FluH3N2 | Negative | Negative | + |
| Sample21 | - | - | - | - | Neg | | FluB | Negative | Negative | + |
| Sample22 | - | - | - | - | Neg | | FluB | Negative | Negative | + |
| Sample23 | - | - | - | - | Neg | | FluB | Negative | Negative | + |
| Sample24 | - | - | - | - | Neg | | FluB | Negative | Negative | + |
| Sample25 | + | - | - | - | FluB | 11.79 | FluB | Positive | Positive | + |
| Sample26 | + | - | - | - | FluB | 10.24 | FluB | Positive | Positive | + |
| Sample27 | + | - | - | - | FluB | 14.71 | FluB | Positive | Positive | + |
| Sample28 | - | - | - | - | Neg | | FluB | Negative | Negative | + |

100%

Theranos Confidential

theranos

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 239 of 270

Trial Exh. 4077 Page 0238

PFM-DEPO-00013959

## Respiratory Panel

 Mycobacterium tuberculosis

 Staphylococcus aureus

 *Streptococcus* Group A

 Methicillin Resistant *Staphylococcus aureus -* MRSA

 *Bordetella pertussis*

 *Adenovirus B*

 *Adenovirus C*

 *Adenovirus E*

Theranos Confidential

**theran⬤s**

Trial Exh. 4077 Page 0239

# Mycobacterium tuberculosis









Theranos Confidential

**theran⊙s**

PFM-DEPO-00013960

# Staphylococcus aureus 

**Detection of *Staphylococcus aureus***



Copies/ul DNA, NTC-No template control





**theran⊙s**

Theranos Confidential

PFM-DEPO-00013961

THPFM0003870574-238

# Streptococcus Group A







Theranos Confidential

theran●s

PFM-DEPO-00013962

Trial Exh. 4077 Page 0242

PFM-DEPO-00013963

# Methicillin Resistant Staphylococcus aureus - MRSA









Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0243

PFM-DEPO-00013964

# Bordetella pertussis





Detection of *Bordetella pertussis*



Cross-Reactivity of *Bordetella pertussis* Assay



Theranos Confidential

**theranos**

# Adenovirus B 

**Detection of Adenovirus B**



**Amplification**



**Inclusivity of Adenovirus B Assay**



**Cross-Reactivity of Adenovirus B Assay**



Theranos Confidential

**theranos**

# Adenovirus C





Limit of Detection of Adenovirus C
- Inflection Time (min): 10^3, 10^2, 10, NTC
- Final DNA copy/ul



Amplification



Cross Reactivity of Adenovirus C Assay
- Adenovirus 4 10^3
- Candida albicans 10^3
- Klebsiella pneumoniae 10^3
- Escherichia coli 10^5
- 5ng human genomic DNA*
- Bordetella pertussis 10^5
- A/WS/33 (H1N1) 10^5
- B/Hubei-Wujiagang/158/2009 10^5
- Pseudomonas aeruginosa 10^4
- Staphylococcus aureus MSSA...
- Streptococcus pyogenes 10^4
- Adeno C 100
- NTC

Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0245

PFM-DEPO-00013966

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 246 of 270

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 247 of 270

Trial Exh. 4077 Page 0246

PFM-DEPO-00013967

# Adenovirus E







Theranos Confidential



theranos

Confidential

THPFM0003870574-244

THPFM0003870574-245

**theranos**

## STD Panel

Group B *Streptococcus*

*HSV*

*Treponema pallidum*





Theranos Confidential

Confidential

# Group B Streptococcus







Group B Strep - Cross Reactivity Test

Theranos Confidential



Confidential

THPFM0003870574-246

Trial Exh. 4077 Page 0249

PFM-DEPO-00013970

# HSV









**theranos**

Theranos Confidential

# Treponema pallidum









Theranos Confidential

**theranos**

PFM-DEPO-00013971

Trial Exh. 4077 Page 0251

# Effect of Interference substances on TNAA assays

Theranos Confidential

**theran⊚s**

PFM-DEPO-00013972

Confidential

THPFM0003870574-249

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 253 of 270

Trial Exh. 4077 Page 0252

PFM-DEPO-00013973

# Testing Potential Interfering Substances

Theranos Confidential

## H1N1 Assay

Potential carry over substances through sample prep does not inhibit the assays.

theranos



THPFM000387 0574-251

Theranos Confidential

Confidential

PFM-DEPO-00013974

Trial Exh. 4077 Page 0253

Trial Exh. 4077 Page 0254

PFM-DEPO-0001397S

# NAA detection (E. Coli O157)



# Dengue Virus (RNA extracts)



| | | Dengue Assay Results | | |
|---|---|---|---|---|
| | | Dengue 1 | Dengue 2 | Dengue 3 |
| Sample | Dengue 1 | Positive 100% (24/24) | Negative 100% (16/16) | Negative 100% (16/16) |
| | Dengue 2 | Negative 100% (16/16) | Positive 100% (24/24) | Negative 100% (16/16) |
| | Dengue 3 | Negative 100% (16/16) | Negative 100% (16/16) | Positive 100% (24/24) |

theran⊙s

Theranos Confidential

Trial Exh. 4077 Page 0255

PFM-DEPO-00013976

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 256 of 270

THPFM0003870574-253

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 257 of 270

Trial Exh. 4077 Page 0256

PFM-DEPO-0001397

# Theranos Dengue Assays Testing with RNA Targets

Theranos primers were verified to perform well against intended pathogen
Dengue targets with no cross reactivity.
Theranos Dengue assays detect Dengue 1, 2, 3 and 4 with good specificity.

**Dengue Amplification/Cross Reactivity Table at 10K copies/uL**

| Dengue | Assay 1 | Assay 2 | Assay 3 | Assay 4 |
|---|---|---|---|---|
| Sample 1 | Yes | No | No | No |
| Sample 2 | No | Yes | No | No |
| Sample 3 | No | No | Yes | No |
| Sample 4 | No | No | No | Yes |

Theranos Confidential

theran⊙s

Confidential

THPFM0003870574-254

Trial Exh. 4077 Page 0257

PFM-DEPO-00013978

## Hepatitis B Virus (3 assays with DNA targets)

**100 copies/uL target T137A1 DNA amplified by P137A1 multiplexed with P137B1 & C1 (mean: 24.8±1.2 min)**
**LoD is 100 copies/µl with a mean inflection time of 32.8±1.4 minutes.**




**100 copies/uL target T137B1 DNA amplified by P137B1 multiplexed with P137A1 & C1 (mean: 22.0±1.0 min)**



**100 copies/uL target T137C1 DNA amplified by P137C1 multiplexed with P137A1 & B1 (mean: 32.8±1.4 min)**



theran⊚s

Theranos Confidential

Confidential

THPFM0003870574-255

Trial Exh. 4077 Page 0258

PFM-DEPO-0001397
9

# Human immunodeficiency virus  (3 assays with RNA targets)

**1,000 copies/uL target T140A1 RNA amplified by P140A1 primer set (mean: 29.8±1.2 min).**



**10,000 copies/uL target T140B1 RNA amplified by P140B1 primer set (mean: 27.5±0.7 min).**



**1,000 copies/uL target T140A1 RNA amplified by P140A1 primer set (mean: 27.3±0.7 min).**



Theranos Confidential

**theran●s**

Trial Exh. 4077 Page 0259

PFM-DEPO-00013980

# Adenovirus (8 assays with DNA targets)

## <u>LoD is 12 copies/µl with a mean inflection time of 43.1±1.4 minutes.</u>

(7) 100 copies/µl target T119E1-001 amplified by P119E1-002 multiplexed with P117B1-001 (mean: 25.0±0.8 min).



(8) 100 copies/µl target T119E2-001 amplified by P119E1-002 multiplexed with P117B1-001 (mean: 25.4±0.7 min)..



Theranos Confidential

theranos

PFM-DEPO-00013981

# Bocavirus  (Assay with DNA target)



**LoD is 7 copies/µl with a mean inflection time of 30.2±1.7 minutes.**

**100 copies/ul target T126A1-001 amplified by primer set P126Ard-001 (mean: 25.4±0.4 min).**



Theranos Confidential

**theran⬤s**

Confidential

THPFM0003870574-258

Trial Exh. 4077 Page 0261

PFM-DEPO-00013982

# Parainfluenzavirus  (7 assays with RNA target)

## LoD is 2 copies/µl with a mean inflection time of 42.8±3.0 minutes.

(6) 100 copies/µl target T108A1 RNA amplified by P108A1 multiplexed with P103A1, P104B1, P105B1 & P107A1 (mean: 21.8±0.4 min).



(7) 100 copies/µl target T108B1 RNA amplified by P108A1 multiplexed with P103A1, P104B1, P105B1 & P107A1 (mean: 28.8±0.6 min).



Theranos Confidential

**theran●s**

Trial Exh. 4077 Page 0262

PFM-DEPO-00013983

# Rhinovirus (14 assays with RNA target)



**(A) 100 copies/µl target T125B1 RNA amplified by P125B1-001 (mean: 21.3±0.2min).**



**(B) 100 copies/µl target T125D1 RNA amplified by P125D1-001 (mean: 21.3±0.8min).**

| POS | POS | POS | POS | POS | POS |
|-----|-----|-----|-----|-----|-----|



**(C) 100 copies/µl target T125E1 RNA amplified by P125E3-001 (mean: 17.1±0.6min).**

| POS | POS | POS | POS | POS | POS | POS |
|-----|-----|-----|-----|-----|-----|-----|



Theranos Confidential

**theranos**

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 264 of 270

Trial Exh. 4077 Page 0263

PFM-DEPO-00013984

# Streptococcus pneumoniae  (Assay with DNA target)



**LoD is 100 copies/µl with a mean inflection time of 19.8±1.1 minutes.**

**100 copies/ul target SPS1 DNA amplified by StrPset1 primer set (mean: 18.0±1.0min)**



Theranos Confidential

**theran⊙s**

Confidential

THPFM0003870574-261

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 265 of 270

Trial Exh. 4077 Page 0264

PFM-DEPO-00013985

## Penicillin-resistant Streptococcus pneumoniae (Assay with DNA target)



**LoD is 10 copies/µl with a mean inflection time of 41.6±9.4 minutes.**

**100 copies/ul target T120A1 DNA amplified by P120B1 primer set (mean: 28.5±0.4min)**



Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0265

PFM-DEPO-00013986

# Bordetella parapertussis  (Assay with DNA target)



**LoD is 10 copies/µl with a mean inflection time of 25.5±2.9 minutes.**

**100 copies/ul target T123B1 DNA amplified by P123C1 primer set (mean: 21.5±1.5min).**



Theranos Confidential

**theranos**

Trial Exh. 4077 Page 0266

PFM-DEPO-00013987

# Enterobacter aerogenes  (Assay with DNA target)



**<u>LoD is 100 copies/µl with a mean inflection time of 27.5±2.1 minutes.</u>**

**100 copies/uL target T150B1 DNA amplified by P150B2 primer set (mean: 27.5±2.1 min).**



Theranos Confidential

**theran⊙s**

Confidential

THPFM0003870574-264

Case: 22-10312, 04/25/2023, ID: 12702997, DktEntry: 37-25, Page 268 of 270

Trial Exh. 4077 Page 0267

PFM-DEPO-00013988

# Escherichia coli  (3 assays with DNA target)



**<u>LoD is 100 copies/μl with a mean inflection time of 35.0±7.9 minutes.</u>**

**100 copies/ul target T136A1 amplified by P136A1 multiplexed with P136B2 & C1 (mean: 22.3±2.4 min).**



**100 copies/ul target T136B1 amplified by P136B2 multiplexed with P136A1 & C1 (mean: 18.4±1.1 min).**



Theranos Confidential



Trial Exh. 4077 Page 0268

PFM-DEPO-00013989

## Moraxella catarrhalis  (2 assays with DNA target)



**LoD is 10 copies/µl with a mean inflection time of 29.9±1.9 minutes.**

**100 copies/uL target  T131B1 DNA amplified by P131B1 primer set (mean: 26.6±0.9 min).**



Theranos Confidential

**theran⊙s**

Confidential

THPFM0003870574-266

# Mycoplasma pneumoniae  (Assay with DNA target)



### LoD is 5 copies/µl with a mean inflection time of 35.2±0.5 minutes.

**100 copies/uL target MPS1 DNA amplified by MyPset1 primer set (mean: 25.8±3.1 min).**



Theranos Confidential

**theranos**

Confidential

Trial Exh. 4077 Page 0269

PFM-DEPO-00013990

THPFM0003870574-267