# EXHIBIT 57

1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2

3  THOMAS S. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  JEFFREY B. SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)

5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)

6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113

8       Telephone: (408) 535-5061
        Fax: (408) 535-5066

9       Email:  robert.leach@usdoj.gov

10  Attorneys for United States of America

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,              )  Case No. 18-CR-00258 EJD
                                           )
15          Plaintiff,                     )  UNITED STATES' SUPPLEMENTAL BRIEF
                                           )  REGARDING RESTITUTION
16      v.                                 )
                                           )  Date:  March 17, 2023
17  ELIZABETH HOLMES,                      )  Time:  10:00 a.m.
                                           )  Court: Hon. Edward J. Davila
18          Defendant.                     )
                                           )
19  _____)

20

21

22

23

24

25

26

27

28

The Court has scheduled a restitution hearing in this matter for March 17, 2023, at 10 a.m.  ECF No. 1709.  On January 30, 2023, the government filed a Supplemental Brief Regarding Restitution in the *Balwani* matter.  ECF No. 1726.  The arguments in that brief apply equally to Defendant Elizabeth Holmes.  The government incorporates them by reference and respectfully requests that the Court order restitution against Defendant Holmes as set forth in ECF No. 1726 and the government's prior sentencing memoranda.

DATED:  February 3, 2023

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney


_/s/ Robert S. Leach_
JEFFREY B. SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys