

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*　　　　　　　　　*(415) 436-7200*
*450 Golden Gate Ave., Box 36055*　　　　　*Fax: (415) 436-7234*
*San Francisco, CA 94102-3495*

May 5, 2023

Molly Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

    Re:   *United States v. Elizabeth Holmes*, No. 22-10312
           *United States v. Ramesh Balwani*, No. 22-10338

To the Clerk of Court:

    In the above-captioned cases, the United States has filed several items listing Ismail J. Ramsey, United States Attorney for the Northern District of California, as an attorney for the United States in the signature blocks and cover pages. *See* Dkts. 35, 40, No. 22-10312 (filed April 25 & 26, 2023); Dkt. 11, No. 22-10338 (filed March 27, 2023). Mr. Ramsey's name was on these filings as an administrative default. He had no role in the preparation of these filings, and he has not made an appearance on either of the dockets as an attorney in these matters. Going forward, Stephanie M. Hinds will be listed on all filings in these matters as Attorney for the United States, acting under authority conferred by 28 U.S.C. § 515.

//

//

//

//

Respectfully,

STEPHANIE M. HINDS
Attorney for the United States,
Acting Under Authority Conferred By
28 U.S.C. § 515

*/s/ Matthew M. Yelovich*
MATTHEW M. YELOVICH
Chief, Appellate Section, Criminal Division

KELLY I. VOLKAR
Assistant United States Attorney

cc: Attorneys for Elizabeth Holmes
John D. Cline
Kevin M. Downey
Amy Mason Saharia
Katherine A. Trefz
Lance A. Wade

Attorneys for Ramesh Balwani
Aaron Brecher
Stephen A. Cazares
Jeffrey B. Coopersmith
Mark Davies
James Anglin Flynn
Amari L. Hammonds
Sachi Schuricht
Amy Walsh

Attorneys for Amicus Curiae
Brian Taylor Goldman