UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ELIZABETH A. HOLMES, <br><br> Defendant-Appellant. | No. 22-10312 <br><br> D.C. No. 5:18-cr-00258-EJD-1 <br> Northern District of California, <br> San Jose <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's opposed motion (Docket Entry No. 27) for permission to file an opening brief that exceeds by 3,024 words the 14,000-word limit set forth in 9th Cir. R. 32-1(a), is granted. This case involves an extraordinarily lengthy record and a 46-day trial, and counsel has shown diligence in streamlining the brief.

Appellant's motions (Docket Entry No. 29, 38, & 46) to seal are granted, subject to reconsideration by the merits panel. See 9th Cir. R. 27-13.

The Clerk will file publicly the redacted opening brief (Docket Entry No. 31), Volumes 1-55 of the excerpts of record (Docket Entry No. 22), the redacted motion for release pending appeal and accompanying exhibits (Docket Entry Nos. 36 & 37), and the redacted reply in support of the motion for release pending appeal and accompanying exhibits (Docket Entry No. 45). The Clerk will file under seal the motions to seal themselves (Docket Entry Nos. 29-1, 38-1 & 46-1),

the unredacted opening brief (Docket Entry No. 29-2), the sealed index to the excerpts of record (Docket Entry 29-3), Volumes 56 and 57 of the excerpts of record (Docket Entry Nos. 29-4 & 29-5), appellant's unredacted motion for release pending appeal (Docket Entry No. 38-2), Exhibits 37 and 42 to appellant's motion for release pending appeal (Docket Entry Nos. 38-3 & 38-4), and appellant's unredacted reply in support of the motion for release pending appeal (Docket Entry No. 46-2).

Within 21 days of this order, appellant is directed to submit for public filing redacted versions of the motions to seal and the sealed index to the excerpts of record. Appellant may redact only language that reveals non-public information.

Appellee's answering brief is due June 2, 2023. The optional reply brief is due within 21 days after service of the answering brief.

Appellant's motion to transmit an exhibit (Docket Entry No. 28) will be addressed after the completion of briefing. *See* 9th Cir. R. 27-14. Appellant's motion for release pending appeal will be decided by separate order.