UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>ELIZABETH A. HOLMES,<br><br>      Defendant - Appellant. | No. 22-10312<br><br>D.C. No. 5:18-cr-00258-EJD-1<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

The redacted opening brief submitted on April 17, 2023 by Elizabeth A. Holmes is filed. No paper copies of the redacted brief are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT