**No. 22-10312**

# In the United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

ELIZABETH A. HOLMES,
*Defendant-Appellant.*

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(NO. 5:18-CR-258)
(THE HONORABLE EDWARD J. DAVILA, J.)*

**MOTION TO FILE UNDER SEAL**

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Avenue S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

Pursuant to Ninth Circuit Rule 27-13(e), Defendant-Appellant Elizabeth A. Holmes hereby moves to file under seal an unredacted version of her Opening Brief, the Index Volume and Volumes 56 and 57 of the Sealed Excerpts of Record, and this Motion. The unredacted brief and excerpts-of-record volumes are appended to this Motion. The documents submitted, and bases, for filing under seal are as follows:

1. <u>Unredacted Opening Brief of Appellant Elizabeth A. Holmes</u>:
   - The brief contains references to and direct quotations from the following sealed and/or confidential documents: (1) ██████████████ (2) ██████████████, Dkt. No. 1078-3; (3) Order Denying Motion to Suppress, Dkt. No. 886. The first of these documents is being filed under seal with the presentence report and related materials. The remaining two documents are included in Excerpts of Record Volume 56, and sealable for the reasons set forth below. A redacted version of the brief is being filed publicly.

2. <u>Sealed Excerpts of Record Index Volume</u>:
   - The Index Volume for Volumes 56 and 57 of the Excerpts of Record identifies the sealed and confidential documents listed below.

3. <u>Motion to File Under Seal</u>
   - This Motion to File Under Seal identifies the sealed and confidential documents listed below and describes the basis for filing them under seal.

4. <u>Statement of Reasons (Dkt. No. 1717)</u>:
   - This document was filed under seal in the district court and remains under seal. It is a confidential record of the court pursuant to N.D. Cal. Local Crim. R. 32-6(b)(3).

5. ██████████████████████████████████████ (Dkt. No. 1078-4):
   - This exhibit was filed under seal and remains under seal. It contains nonpublic personal information. Further, because ████████████████████████████████████████████████████████████████, it qualifies as "Separate Investigation Materials" deemed confidential under the district court's Fifth Supplemental Protective Order Regarding Materials From Separate Investigation. Dkt. No. 879.

6. ████████████████████████████████████████████████ (Dkt. No. 1078-3):
   - This exhibit was filed under seal and remains under seal. It contains nonpublic personal information and personal health information, which is subject to protections against disclosure. *See, e.g.*, Health Insurance Portability and Accountability Act ("HIPAA"), 42 U.S.C. § 1320d-6; Cal. Const. Art. 1, § 1 (privacy as an inalienable right); Confidentiality of Medical Information Act ("CMIA"), Cal. Civ. Code §§ 56.10-56.16; *San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL 89931, at *1 n.1 (N.D. Cal. Jan. 10, 2011) (noting medical records are deemed confidential under the Health Insurance Portability and Accountability Act and *sua sponte* sealing filings in order to "protect the Patient's confidential medical information"). Further, because ████████████████████████████████████████████████████████████, it qualifies as "Separate Investigation Materials" deemed confidential under the district court's Fifth Supplemental Protective Order Regarding Materials From Separate Investigation. Dkt. No. 879.

7. Declaration of Lance A. Wade in Support of Administrative Motion for Leave to File Exhibits Under Seal (Dkt. No. 1078-1):
   - This declaration was filed (and remains) under seal with the abovementioned exhibits, ████████████████████████████ Dkt. No. 1078-4, and ████████████████████████████████████████, Dkt. No. 1078-3. It refers to the bases for filing those exhibits under seal.

2

8. <u>Order Denying Motion to Suppress (Dkt. No. 886)</u>:
   - This order was filed under seal and remains under seal. It contains quotations from a grand jury transcript, an attorney proffer, and interviews that are not public and may be the subject of a confidential grand jury investigation. *See* Fed. R. Crim. P. 6(e).

9. <u>Order Granting in Part and Denying in Part Defendant Balwani's Motion to Sever; Finding Moot Holmes's Motion to Sever</u>:
   - This order was filed under seal and remains under seal. The order addresses Ms. Holmes' private medical information. *See, e.g.*, HIPAA, 42 U.S.C. § 1320d-6; Cal. Const. Art. 1, § 1; CMIA, Cal. Civ. Code §§ 56.10-56.16; *see also Ramon Reg'l Med. Ctr.*, 2011 WL 89931, at *1 n.1.

10. <u>Trial Transcript, sealed pages 9409-9417 (Jan. 3, 2022)</u>:
    - This transcript reflects proceedings occurring under seal, which were filed under seal, and which remain under seal. The transcript reflects communications between the Court and counsel concerning safety and security practices in the Courthouse.

11. <u>Trial Transcript, sealed pages 9368-9383 (Dec. 28, 2021)</u>:
    - This transcript reflects proceedings occurring under seal, which were filed under seal, and which remain under seal. The transcript reflects communications between the Court and counsel concerning safety and security practices in the Courthouse.

12. <u>Trial Transcript, sealed pages 7292-7368 (Nov. 22, 2021)</u>:
    - This transcript reflects proceedings occurring under seal, which were filed under seal, and which remain under seal. The transcript reflects communications between jurors and the Court concerning potential redactions of juror questionnaires, the potential release of those questionnaires, and sensitive, personal information contained in those questionnaires (or implicated by the content of those questionnaires).

13. <u>Transcript of Sealed Proceedings Held in Chambers, pages 3534-3537 (Oct. 13, 2021)</u>:

- This transcript reflects proceedings occurring under seal, which were filed under seal, and which remain under seal. The transcript reflects communications between the Court and counsel concerning a communication from a juror as to the potential redaction of that juror's questionnaire, as well as a safety and security issues relating to the courthouse, jury, and trial.

14. <u>Transcript of Sealed Proceedings Held in Chambers, pages 3292-3364 (Oct. 13, 2021)</u>:
    - This transcript reflects proceedings occurring under seal, which were filed under seal, and which remain under seal. The transcript reflects communications between jurors and the Court concerning potential redactions of juror questionnaires, the potential release of those questionnaires, and sensitive, personal information contained in those questionnaires (or implicated by the content of those questionnaires).

15. <u>Transcript of Sealed Proceedings Held in Chambers, pages 3202-3278 (Oct. 12, 2021)</u>:
    - This transcript reflects proceedings occurring under seal, which were filed under seal, and which remain under seal. The transcript reflects communications between jurors and the Court concerning potential redactions of juror questionnaires, the potential release of those questionnaires, and sensitive, personal information contained in those questionnaires (or implicated by the content of those questionnaires).

Dated: April 17, 2023

Respectfully submitted,

/s/ Amy Mason Saharia
KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP

*680 Maine Ave. S.W.*
*Washington, D.C. 20024*
*(202) 434-5000*
*asaharia@wc.com*

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
*600 Stewart Street*
*Suite 400*
*Seattle, WA 98101*
*(360) 320-6435*

*Counsel for Defendant-Appellant*

5