**REDACTED**

No. 22-10312

# In the United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

ELIZABETH A. HOLMES,
*Defendant-Appellant.*

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(NO. 5:18-CR-258)
(THE HONORABLE EDWARD J. DAVILA, J.)*

**MOTION TO FILE UNDER SEAL**

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Avenue S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

Pursuant to Ninth Circuit Rule 27-13(e), Defendant-Appellant Elizabeth A. Holmes hereby moves to file under seal an unredacted version of her Motion for Release Pending Appeal, Exhibits 37 & 42 thereto, and this Motion. The unredacted Motion for Release Pending Appeal and exhibits are appended to this Motion. The documents submitted, and bases, for filing under seal are as follows:

1. <u>Unredacted Motion for Release Pending Appeal</u>:
   - The motion contains references to and direct quotations from the following sealed and confidential documents: (1) Exhibit 42, ███████████████████████████████, Dkt. No. 1078-4; and (2) Exhibit 37, ███████████████████████████████, Dkt. No. 1078-3. Both documents are sealable for the reasons set forth below. A redacted version of the motion is being filed publicly.

2. <u>Motion to File Under Seal</u>
   - This Motion to File Under Seal identifies the sealed and confidential documents listed below and describes the basis for filing them under seal.

3. <u>Exhibit 42, ███████████████████████████ (Dkt. No. 1078-4)</u>:
   - This document was filed under seal in the district court and remains under seal. It contains nonpublic personal information. Further, because ███████████████████████████████████████████████, it qualifies as "Separate Investigation Materials" deemed confidential under the district court's Fifth Supplemental Protective Order Regarding Materials From Separate Investigation. Dkt. No. 879.

1

4. <u>Exhibit 37, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮</u> (Dkt. No. 1078-3):

   - This document was filed under seal in the district court and remains under seal. It contains nonpublic personal information and personal health information, which is subject to protections against disclosure. *See, e.g.*, Health Insurance Portability and Accountability Act ("HIPAA"), 42 U.S.C. § 1320d-6; Cal. Const. Art. 1, § 1 (privacy as an inalienable right); Confidentiality of Medical Information Act ("CMIA"), Cal. Civ. Code §§ 56.10-56.16; *San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL 89931, at *1 n.1 (N.D. Cal. Jan. 10, 2011) (noting medical records are deemed confidential under the Health Insurance Portability and Accountability Act and *sua sponte* sealing filings in order to "protect the Patient's confidential medical information"). Further, because ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ it qualifies as "Separate Investigation Materials" deemed confidential under the district court's Fifth Supplemental Protective Order Regarding Materials From Separate Investigation. Dkt. No. 879.

Dated: April 25, 2023

Respectfully submitted,

/s/ Amy Mason Saharia
KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 20024
  (202) 434-5000
  asaharia@wc.com

JOHN D. CLINE

2

3

LAW OFFICE OF JOHN D. CLINE
*600 Stewart Street*
*Suite 400*
*Seattle, WA 98101*
*(360) 320-6435*

*Counsel for Defendant-Appellant*
