**<u>REDACTED</u>**

**No. 22-10312**

# In the United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

ELIZABETH A. HOLMES,
*Defendant-Appellant.*

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(NO. 5:18-CR-258)
(THE HONORABLE EDWARD J. DAVILA, J.)*

**MOTION TO FILE UNDER SEAL**

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Avenue S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

Pursuant to Ninth Circuit Rule 27-13(e), Defendant-Appellant Elizabeth A. Holmes hereby moves to file under seal an unredacted version of her Reply in Support of Motion for Release Pending Appeal ("Reply") and this Motion. The unredacted Reply is appended to this Motion. The documents submitted, and bases, for filing under seal are as follows:

1. <u>Unredacted Reply in Support of Motion for Release Pending Appeal</u>:
   - The Reply contains a direct quotation from Exhibit 37 to Ms. Holmes' Motion for Release Pending Appeal—████████████████████████████████████████████ Dkt. No. 1078-3. That exhibit is sealable for the reasons set forth in Ms. Holmes' pending motion to file under seal, ECF-38. Namely, the document is confidential under the district court's Fifth Supplemental Protective Order Regarding Materials From Separate Investigation, Dkt. No. 879, and it includes non-public personal information. A redacted version of the Reply is being filed publicly.

2. <u>Motion to File Under Seal</u>
   - This Motion to File Under Seal identifies the sealed and confidential exhibit referenced above and describes the basis for filing it under seal.

Dated: May 12, 2023

Respectfully submitted,

/s/ *Amy Mason Saharia*
KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP

1

*680 Maine Ave. S.W.*
*Washington, D.C. 20024*
*(202) 434-5000*
*asaharia@wc.com*

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
*600 Stewart Street*
*Suite 400*
*Seattle, WA 98101*
*(360) 320-6435*

*Counsel for Defendant-Appellant*