**REDACTED**

No. 22-10312

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-00258
Hon. Edward J. Davila

**EXCERPTS OF RECORD
SEALED INDEX VOLUME**

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA 98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 20024
  (202) 434-5000
  asaharia@wc.com

## TABLE OF CONTENTS
## SEALED VOLUME LVI OF LVII

Ms. Holmes' Statement of Reasons [1717] (Jan. 11, 2023) .................. ER-16042

Ex. 6 to Wade Declaration: Copy of Defense Ex. 13930: ███████████████████████ [1078-4] (Oct. 11, 2021) ... ER-16046

Ex. 3 to Wade Declaration: ███████████████████ ███████████████████ [1078-3] (Oct. 11, 2021) .............. ER-16049

Declaration of Lance A. Wade in Support of Administrative Motion for Leave to File Exhibits Under Seal [1078-1] (Oct. 11, 2021) ................................................................................ ER-16139

Order Denying Motion to Suppress [886] (Aug. 3, 2021) .................... ER-16141

Order Granting in Part and Denying in Part Defendant Balwani's Motion to Sever; Finding Moot Holmes' Motion to Sever (Mar. 30, 2020) ................................................................................ ER-16159

Trial Transcript, sealed pages 9409-9417 (Jan. 3, 2022) ...................... ER-16175

Trial Transcript, sealed pages 9368-9383 (Dec. 28, 2021) ................... ER-16232

Trial Transcript, sealed pages 7292-7368 (Nov. 22, 2021) ................... ER-16250

## SEALED VOLUME LVII OF LVII

Transcript of Sealed Proceedings Held in Chambers, pages 3534-3537 (Oct. 13, 2021) ........................................................ ER-16333

Transcript of Sealed Proceedings Held in Chambers, pages 3292-3364 (Oct. 13, 2021) ........................................................ ER-16338

Transcript of Sealed Proceedings Held in Chambers, pages 3203-3278 (Oct. 12, 2021) ........................................................ ER-16411