UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff - Appellee,<br><br>    v.<br><br>ELIZABETH A. HOLMES,<br><br>            Defendant - Appellant. | No. 22-10312<br><br>D.C. No. 5:18-cr-00258-EJD-1<br>U.S. District Court for Northern<br>California, San Jose<br><br>**ORDER** |

The redacted index volume of the sealed excerpts of record submitted on June 5, 2023 by Elizabeth A. Holmes are filed. No paper copies of the redacted index volume are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT