|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | JUN 28 2023 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| UNITED STATES OF AMERICA, | No. 22-10312 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 5:18-cr-00258-EJD-1<br>Northern District of California, |
| v. | San Jose |
| ELIZABETH A. HOLMES, | ORDER |
| Defendant-Appellant. | |

The government's unopposed motion (Docket Entry No. 62) for an extension of time to file the answering brief is granted.

The answering brief is due August 17, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA107