No. 22-10312

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

  Plaintiff-Appellee,

      v.

ELIZABETH HOLMES,

  Defendant-Appellant.

---

**SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NO. 18-CR-00258-EJD-1

---

**THOMAS A. COLTHURST**
Attorney for the United States
Acting Under Authority Conferred By
28 U.S.C. § 515

**MATTHEW M. YELOVICH**
Chief, Appellate Section, Criminal Division

**KELLY I. VOLKAR**
Assistant United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7185
**Attorneys for Plaintiff-Appellee**

August 17, 2023        **UNITED STATES OF AMERICA**

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 1 OF 4** | |
| 1586-2 | November 11, 2021 Letter from Defense Counsel Lance Wade to the Government (9/21/2022) | SER-2 |
| 1405 | United States' Opposition to Defendant's Motion to Allow Cross-Examination Regarding Dr. Adam Rosendorff's Post-Theranos Employment (4/18/2022) | SER-4 |
| 1405-1 | Declaration of Kelly I. Volkar (4/18/2022) | SER-12 |
| 1405-2 | Exhibit 1: November 10, 2021 letter from California Department of Public Health | SER-14 |
| 1405-3 | Exhibit 2: February 28, 2022 letter from Centers for Medicare & Medicaid Services | SER-17 |
| 1401-3 (Exhibit 5) | March 18, 2021 Press Release by the United States Attorney's Office for the Northern District of California (4/12/2022) | SER-20 |
| 1395-2 | Transcript of Audio Recording Between Roger Parloff and Elizabeth Holmes (4/8/2022) | SER-26 |
| 1395-3 | Transcript of *Mad Money* Recording with Elizabeth Holmes (4/8/2022) | SER-73 |
| 1395-4 | Transcript of *Today Show* Recording with Elizabeth Holmes (4/8/2022) | SER-85 |
| 1183-6 | Memorandum of Interview with Sarah Bennett on December 11, 2020 (12/6/2021) | SER-92 |
| 1166-1 | Text Messages Regarding Balwani's Motive (11/28/2021) | SER-101 |
| 898-3 | January 25, 2016 Letter to Director Sunil Dhawan from Centers for Medicare & Medicaid Services (8/6/2021) | SER-110 |
| 887 | Order Denying Motion to Suppress (8/4/2021) | SER-236 |

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 2 OF 4** | |
| 1324 | Final Admitted Trial Exhibit List (1/3/2022) | SER-255 |
| Admitted Trial Exhibits: (below are exhibit numbers) | | |
| **Exhibit No.** | **Descriptions (from CR No. 1324)** | |
| 0291 | Email from Elizabeth Holmes to Alex Jung, Jay Rosan and Sunny Balwani, Subject: Follow up from Walgreens with attachments | SER-298 |
| 0972 | Email from Daniel Young to Surekha Gangakhedkar, Elizabeth Holmes, Sharada Sivaraman Subject: missing data from 3.5 runs | SER-353 |
| 1020 | Email from Daniel Edlin to Elizabeth Holmes, Subject: FW: updates | SER-354 |
| 1090 | Email from Jeffrey Blickman to Elizabeth Holmes, Subject: Readback | SER-356 |
| 1102 | Email from Theranos to shareholders re: Theranos | SER-360 |
| 1106 | Article - *The Wall Street Journal* - Elizabeth Holmes: The Breakthrough of Instant Diagnosis - Joseph Rago | SER-362 |
| 1287 | Email from Suraj Saksena to Elizabeth Holmes, Daniel Young, Nishit Doshi, Sunny Balwani, Sharada Sivaraman, Ran Hu, Samartha Anekal, Subject: Both QC Controls for Vitamin D didn't pass | SER-366 |
| 1295 | Email from Sunny Balwani to Adam Rosendorff, Daniel Young, Hoda Alamdar, Kerry Elenitoba-Johnson, Subject: Normandy lab | SER-369 |

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 2 OF 4 (Cont'd)** | |
| **Exhibit No.** | **Descriptions (from CR No. 1324)** | |
| 1404 | Email from Sunny Balwani to Brian Grossman, Chris James, Elizabeth Holmes, Subject: Due Diligence Questions | SER-370 |
| 1491 | Email from Mark Pandori to Max Fosque, Subject: End of shift Log 1/28 2pm | SER-374 |
| 1660 | Email from Tyler Shultz to Elizabeth Holmes, Subject: Follow up to previous discussion | SER-377 |
| 1770 | Email from Theranos to shareholders, re: Theranos | SER-383 |
| 1953 | Email from Christian Holmes to Elizabeth Holmes; Subject: Customer Issue-Sikorski (PA) | SER-385 |
| 2223 | Email from Elizabeth Holmes to Sunny Balwani, re: Negative Report on Theranos from UBS | SER-388 |
| 2228 | Email from Sunny to Elizabeth Holmes re Redraw request 11-21-14 | SER-394 |
| 3231 | Email from Nicholas Haase to Rose Edmonds et al., Subject: GC Assay | SER-396 |
| 3959 | Email from Surekha Gangakhedkar to Elizabeth Holmes | SER-398 |
| 3965 | Email from Jeffrey Blickman to Elizabeth Holmes re .COM PDF + Jim Fox's comments | SER-399 |
| 3981 | Email from Christian Holmes to Jeffrey Blickman and Daniel Edlin re Theranos website comments | SER-421 |
| 4124 | Email from S. Balwani to E. Holmes re Dr. Kwatra / Dr. Stamps | SER-426 |

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 2 OF 4 (Cont'd)** | |
| **Exhibit No.** | **Descriptions (from CR No. 1324)** | |
| 4173 | Letter from E. Holmes to D. Mosley | SER-429 |
| 4189 | Email from S. Balwani to E. Holmes re Voided CO2 Results | SER-432 |
| 4196 | Email from Elizabeth Holmes to General James Mattis | SER-433 |
| 4292 | Email from N. Doshi to S. Balwani, D. Young, et al, cc E. Holmes, re Critical ISEs | SER-434 |
| 4330 | Email from Elizabeth Holmes to Sunny Balwani re Ebola | SER-436 |
| 4845 | Fedwire Funds Messages | SER-439 |
| | **VOLUME 3 OF 4** | |
| 4858 | Theranos Slide deck | SER-446 |
| | **VOLUME 4 OF 4** | |
| 5387D | Text/ Skype messages between Holmes and Balwani | SER-634 |
| 5645 | S. Balwani Draft Response Email to T. Shultz | SER-758 |
| 5663 | S. Balwani Email to E. Holmes re Thoughts and Goals | SER-773 |
| | | |

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 4 OF 4 (Cont'd)** | |
| **Exhibit No.** | **Descriptions (from CR No. 1324)** | |
| 7312 | E. Holmes Email to W. Miquelon and S. Balwani re Final National Roll Out Plan (with native attachment) | SER-774 |
| 10290 | Kingshuk Das Resume | SER-784 |
| 13719 | D. Yam Email to S. Balwani and E. Holmes re deferred revenue balance | SER-792 |
| 0159 | Email re: Follow up to our meeting w/ attachments - From Gary Frenzel to Ian Gibbons & Stefan Hristu | SER-794 |