No. 22-10312

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

ELIZABETH HOLMES,

Defendant-Appellant.

_____

**SUPPLEMENTAL EXCERPTS OF RECORD**
**VOLUME 2 OF 4**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NO. 18-CR-00258-EJD-1
_____

**THOMAS A. COLTHURST**
Attorney for the United States
Acting Under Authority Conferred By
28 U.S.C. § 515

**MATTHEW M. YELOVICH**
Chief, Appellate Section, Criminal Division

**KELLY I. VOLKAR**
Assistant United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7185
**Attorneys for Plaintiff-Appellee**
**UNITED STATES OF AMERICA**

United States v. Elizabeth Holmes, No. CR-18-00258-EJD (N. D. Cal.)
**ADMITTED TRIAL EXHIBITS**

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 112 | 9/17/2021 | Surekha Gangakhedkar | 6/11/2008 | Email from Susan DiGiaimo to Elizabeth Holmes, Surekha Gangakhedkar, Ian Gibbons, Gary Frenzel, Subject: Theranos Evaluation | THER-2632558 | THER-2632560 |
| 143 | 10/22/2021 | Shane Weber | 10/11/2008 | Email from E. Holmes to A. Power/C. Lipset, cc Thibonnier, re Follow up to our meeting with attachments | THER-2605305 | THER-2605331 |
| 159 | 10/22/2021 | Shane Weber | 11/10/2008 | Email re: Follow up to our meeting w/ attachments - From Gary Frenzel To Ian Gibbons & Stefan Hristu | THER-2608636 | THER-2608744 |
| 162 | 10/22/2021 | Shane Weber | 11/13/2008 | Email from G. Frenzel to S. Weber re Final Report | THER-5593789 | THER-5593817 |
| 167 | 10/22/2021 | Shane Weber | 12/31/2008 | Diagnostics Review of Theranos' Technology and Final Recommendations by Shane Weber | PFE0000043 | PFE0000043 |
| 174 | 10/22/2021 | Shane Weber | 1/30/2009 | Email re: Theranos wrap up - From Shane Weber To Aidan Power, Craig Lipset & Hakan Sakul | PFE0000050 | PFE0000050 |
| 188 | 11/2/2021 | Constance Cullen | 3/6/2009 | Email from Elizabeth Holmes to Constance Cullen re: Follow up to our call | THER-2580346 | THER-2580348 |
| 192 | 11/2/2021 | Constance Cullen | 3/30/2009 | Email re: Copy: Schering-Plough folks here - Draft agenda attached - From Carolyn Balkenhol To Elizabeth Holmes, Marc Thibonnier, Seth Michelson, Tim Kemp, Stefan Hristu, Gary Frenzel, Ian Gibbons, Daniel Young & Kelley Harrison | THER-2581026 | THER-2581027 |
| 195 | 11/22/2021 | Elizabeth Holmes | 4/8/2009 | Email re: Astrazeneca, Marsden collaboration day, From Glen Clack To Michael Lamone & Huw Bowen | AZ000018522 | AZ000018522 |
| 200 | 11/2/2021 | Constance Cullen | 4/29/2009 | Schering Plough Services Agreement | TS-0002704 | TS-0002723 |
| 201 | 11/2/2021 | Constance Cullen | 4/29/2009 | Email from D. Yam to C. Balkenhol re Need an invoice for Schering-Plough | THER-4474551 | THER-4474553 |
| 223 | 11/2/2021 | Constance Cullen | 6/16/2009 | Email from Gary Frenzel to Stefan Hristu & Elizabeth Holmes re: Assay Development | THER-2580386 | THER-2580386 |
| 256 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 1/22/2010 | Email from D. Yam to E. Holmes re For Tina, attaching Monthly Financial statement Dec 2009_USCIS.xls | THPFM0000690035 | THPFM0000690039 |
| 259 | 11/2/2021 | Constance Cullen | 1/26/2010 | Email from Gary Frenzel to Danise Yam re Validation Report with attachment | THER-2636640 | THER-2636661 |
| 262 | 11/2/2021 | Constance Cullen | 1/26/2010 | Email from Gary Frenzel to Danise Yam re Validation Report | THER-4475303 | THER-4475303 |
| 278 | 10/12/2021 | Wade Miquelon | 3/23/2010 | Email from Wade Miquelon to Greg Wasson and Kermit Crawford re FW: Follow up to our meeting today | SEC-USAO-EPROD-000328335 (WAG-TH-00006784) | SEC-USAO-EPROD-000328373 (WAG-TH-00006822) |

SER-255

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 2 of 191

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 281 | 10/12/2021 | Steve Burd | 3/31/2010 | Letter from Steven Burd to Elizabeth Holmes regarding Theranos and Safeway | SEC-USAO-000016615 (SWYSEC_000000084) | SEC-USAO-000016616 (SWYSEC_000000085) |
| 291 | 10/12/2021 | Wade Miquelon | 4/14/2010 | Email from Elizabeth Holmes to Alex Jung, Jay Rosan and Sunny Balwani, Subject: Follow up from Walgreens with attachments | TS-0906360 | TS-0906414 |
| 300 | 10/12/2021 | Wade Miquelon | 4/26/2010 | Email from Wade Miquelon to Greg Wasson; Sona Chawla, Kermit Crawford, Elena Kraus, Kim Feil, Bryan Pugh, Erich Reutzel, Jay Rosan, Tim Theriault, Mark Wagner, Brad Wasson, Colin Watts, Dan Doyle, Alex Jung, Mark Vainisi, awaldeck re Theranos Briefing | SEC-USAO-EPROD-000328378 (WAG-TH-00006827) | SEC-USAO-EPROD-000328379 (WAG-TH-00006828) |
| 302 | 10/13/2021 | Wade Miquelon | 4/27/2010 | Johns Hopkins Medicine - Summary of Hopkins/Walgreens/Theranos Meeting | US-REPORTS-0000611 (JH_SEC_0000085) | US-REPORTS-0000612 (JH_SEC_0000086) |
| 332 | 10/12/2021 | Steve Burd | 5/14/2010 | Email from Elizabeth Holmes to jsimons and Steve Burd, Subject: Follow up to our call | SEC-USAO-EPROD-000016617 (SWYSEC_000000086) | SEC-USAO-EPROD-000016617 (SWYSEC_000000086) |
| 336 | 10/6/2021 | Steve Burd | 5/19/2010 | Theranos- Safeway Board Meeting Materials | SEC-USAO-EPROD-000122138 (SWYSEC_000000358) | SEC-USAO-EPROD-000122156 (SWYSEC_000000376) |
| 370 | 10/6/2021 | Steve Burd | 7/30/2010 | Email from Elizabeth Holmes to Steve Burd and Robert Edwards, Subject: Theranos Financial Projections, with attachment Theranos Pro forma Statements | SEC-USAO-EPROD-000016667 (SWYSEC_000000136) | SEC-USAO-EPROD-000016668 (SWYSEC_000000137) |
| 372 | 10/13/2021 | Wade Miquelon | 7/30/2010 | Theranos Master Purchase Agreement | WAG-TH-00000006 | WAG-TH-00000048 |
| 375 | 10/12/2021 | Steve Burd | 8/22/2012 | Email from Elizabeth Holmes to Steve Burd re No Subject-5164.EL with attached Safeway - Theranos Update | SEC-USAO-EPROD-000122331 (SWYSEC_000000551) | SEC-USAO-EPROD-000122350 (SWYSEC_000000570) |
| 378 | 10/6/2021 | Steve Burd | 8/24/2010 | Theranos- Safeway Board Meeting Materials | PFM-DEPO-00017746 | PFM-DEPO-00017755 |
| 387 | 10/6/2021 | Steve Burd | 9/20/2010 | Theranos Master Purchase Agreement | SEC-USAO-EPROD-000016526 (SWYSEC_000000001) | SEC-USAO-EPROD-000016613 (SWYSEC_000000082) |
| 392 | 10/1/2021 | Adam Rosendorff | 10/1/2010 | IMMULITE 2000 Systems IMMULITE 2500 System Immunoassay System Operator's Guide | SMS0017235 | SMS0017688 |
| 423 | 10/6/2021 | Steve Burd | 3/15/2011 | Email from Elizabeth Holmes to Steve Burd re Presentation for tomorow with attached Theranos at Safeway, Executive Briefing | SWYSEC_000000727 | SWYSEC_000000736 |
| 431 | 9/14/2021 | So Han Spivey (a.ka. Danise Yam) | 5/16/2011 | Email from D. Yam to KPMG re Pfizer rev rec with attachments | THER-4479220 | THER-4479246 |
| 487 | 9/21/2021 | Surekha Gangakhedkar | 10/31/2011 | Email From Andrea Cuppoletti To Daniel Young, Arnold Gelb, Nicholas Menchel, and Sani Hadziahmetovic, Subject: RE: LDT "Validation" Under CLIA with attachment | THPFM0000063141 | THPFM0000063186 |

SER-256

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 488 | 10/13/2021 | Wade Miquelon | 11/3/2011 | Email From Colin Watts, To Colin Watts, Wade Miquelon, Kermit Crawford, Robert Zimmerman, Mark Vainisi, Daniel Doyle, Erich Reutzel, Kimberly Romanski, Mitchell Corwin, Jay Rosan, John Cantlin, Jeffrey Kang, Subject: Beta Executive Review with attachment | SEC-USAO-EPROD-000063195 (WAG-TH-00000153) | SEC-USAO-EPROD-000063220 (WAG-TH-00000178) |
| 495 | 10/6/2021 | Steve Burd | 12/30/2011 | Theranos, Inc. Convertible Promissory Note | SEC-USAO-EPROD-000016590 (SWYSEC_000000061) | SEC-USAO-EPROD-000016601 (SWYSEC_000000072) |
| 496 | 10/6/2021 | Steve Burd | 12/30/2011 | Theranos, Inc. Convertible Promissory Note | SEC-USAO-EPROD-000016603 (SWYSEC_000000073) | SEC-USAO-EPROD-0000166123 (SWYSEC_000000082) |
| 503 | 10/13/2021 | Wade Miquelon | 1/18/2012 | Email From Jay Rosan to Wade Miquelon, Gregory Kunstman, Daniel Doyle, Kimbely Romanski, Heather Zimmerman, Subject: Here is the slide show that was presented to us by Sunny and Elizabeth with attachment | SEC-USAO-EPROD-000063226 (WAG-TH-00000184) | SEC-USAO-EPROD-000063255 (WAG-TH-00000213) |
| 504 | 10/19/2021 | Daniel Edlin | 1/19/2012 | Email from Daniel Edlin to Stephen Cook, Subject: RE: Lab Set (UNCLASSIFIED) with attachment | TS-0324734 | TS-0324739 |
| 528 | 10/19/2021 | Daniel Edlin | 2/23/2012 | Email from Elizabeth Holmes to Daniel Young, Daniel Edlin, Surekha Gangakhedkar, Subject: Celgene Assays | THPFM0001781864 | THPFM0001781872 |
| 541 | 9/29/2021 | Victoria Sung | 3/5/2012 | Email from Victoria Sung to Elizabeth Holmes, Daniel Edlin, Daniel Young, ronb@, Subject: For our discussion this morning with attachments | THPFM0005487626 | THPFM0005487628 |
| 551 | 10/19/2021 | Daniel Edlin | 3/8/2012 | Email from Daniel Edlin to Kevin Chung, Subject: RE: JCIDS (UNCLASSIFIED), attached: DoD Briefing 03 08 2012 | TS-0325082 | TS-0325161 |
| 578 | 9/8/2021 | So Han Spivey (a.k.a. Danise Yam) | 4/5/2012 | Email from D. Yam to KPMG re 2010 Updated Post-close entries schedule with attachment | THER-4481663 | THER-4481664 |
| 588 | 10/19/2021 | Daniel Edlin | 4/24/2012 | Email from Elizabeth Holmes to Erin Edgar, Subject: RE: Theranos Update to Gen Mattis | TS-0328135 | TS-0328135 |
| 615 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 6/4/2012 | Email from D. Yam to E. Holmes with attachment Financial Statement Analysis Template-Theranos.pdf; FS 123111.pdf | THPFM0000691796 | THPFM0000691800 |
| 617 | 10/13/2021 | Wade Miquelon | 6/5/2012 | Amended and Restated Theranos Master Services Agreement | SEC-USAO-EPROD-000063143 (WAG-TH-00000050) | SEC-USAO-EPROD-000063143 (WAG-TH-00000086) |
| 663 | 11/10/2021 | Alan Eisenman | 8/22/2012 | Email from Nancy Minning to Melissa Findley, re: June quarterly update | SEC-LucasDL-E-0000270 | SEC-LucasDL-E-0000275 |
| 670 | 10/12/2021 | Steve Burd | 9/12/2021 | Email from Elizabeth Holmes to Steve Burd, Subject: On Campus Facility Performance | SWYSEC_000000212 | SWYSEC_000000213 |
| 684 | 10/12/2021 | Steve Burd | 9/25/2012 | Email From Elizabeth Holmes To Steve Burd, Subject: Theranos Updates | SWYSEC_000000225 | SWYSEC_000000226 |
| 693 | 10/12/2021 | Steve Burd | 10/25/2012 | Email from Elizabeth Holmes to Steve Burd, Subject: Six Store Launch Schedule | SEC-USAO-EPROD-000016776 (SWYSEC_000000245) | SEC-USAO-EPROD-000016776 (SWYSEC_000000245) |

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 4 of 191

SER-257

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 699 | 10/12/2021 | Steve Burd | 11/9/2012 | Email from Elizabeth Holmes to Steve Burd, Subject: Six Store Launch | SEC-USAO-EPROD-000016779 (SWYSEC_000000248) | SEC-USAO-EPROD-000016779 (SWYSEC_000000248) |
| 701 | 10/12/2021 | Steve Burd | 11/12/2012 | Email From Elizabeth Holmes To Steve Burd, Subject: Becoming Discouraged | SEC-USAO-EPROD-000016783 (SWYSEC_000000252) | SEC-USAO-EPROD-000016783 (SWYSEC_000000252) |
| 713 | 11/10/2021 | Alan Eisenman | 11/27/2012 | Email from Nancy Minning to Alan Eisenman re: Business Update | SEC-LucasDL-E-0000288 | SEC-LucasDL-E-0000292 |
| 715 | 10/12/2021 | Steve Burd | 12/10/2012 | Email from Elizabeth Holmes to Steve Burd, Subject: Process Discussion/Patient Experience | SEC-USAO-EPROD-000016790 (SWYSEC_000000259) | SEC-USAO-EPROD-000016791 (SWYSEC_000000260) |
| 718 | 10/6/2021 | Steve Burd | 12/18/2012 | Email From Elizabeth Holmes To Steve Burd, Subject: Phone Call To Discuss Schedule | SEC-USAO-EPROD-000016792 (SWYSEC_000000261) | SEC-USAO-EPROD-000016792 (SWYSEC_000000261) |
| 770 | 10/12/2021 | Steve Burd | 1/20/2013 | Email from Elizabeth Holmes to Steve Burd | SEC-USAO-EPROD-000016810 (SWYSEC_000000279) | SEC-USAO-EPROD-000016812 (SWYSEC_000000281) |
| 792 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 2/12/2013 | Email re: Stanford - (please ignore previous email) - From Danise Yam To Elizabeth Holmes & Sunny Balwani with attachments | TS-0029276 | TS-0029279 |
| 813 | 10/12/2021 | Steve Burd | 3/19/2013 | Email From Bob Gordon To Elizabeth Holmes, Subject: Theranos - Invoice for Inventory Pre-Purchase | SEC-USAO-EPROD-000122116 (SWYSEC_000000336) | SEC-USAO-EPROD-000122116 (SWYSEC_000000336) |
| 820 | 10/12/2021 | Steve Burd | 3/22/2013 | Email from Elizabeth Holmes to Steve Burd, Subject: Trigger Point for the $25 million | SEC-USAO-EPROD-000122203 (SWYSEC_000000423) | SEC-USAO-EPROD-000122203 (SWYSEC_000000423) |
| 853 | 9/17/2021 | Surekha Gangakhedkar | 5/1/2013 | Email from Surekha Gangakhedkar To Chinmay Pangarkar, Elizabeth Holmes, Daniel Young, Paul Patel, Samantha Anekal and Michael Chen re system build 4/30 CBC results and report | THPFM0000068864 | THPFM0000068866 |
| 860 | 10/19/2021 | Daniel Edlin | 6/1/2013 | Email from Daniel Edlin to Elizabeth Holmes, Sunny Balwani, Daniel Young & Christian Holmes, re: Demo report coordination with attachment | THPFM0000028223 | THPFM0000028237 |
| 871 | 10/19/2021 | Daniel Edlin | 6/11/2013 | Email from S. Balwani to E. Holmes re demo next Tuesday (6/11) @ noon | TS-0902539 | TS-0902540 |
| 905 | 10/19/2021 | Daniel Edlin | 7/12/2013 | Email From Daniel Edlin To Daniel Young, Subject: Demo Results for 7/11 | THPFM0000068395 | THPFM0000068401 |
| 939 | 9/24/2021 | Adam Rosendorff | 8/3/2013 | Email From Adam Rosendorff To Daniel Young, Elizabeth Holmes, Sunny Balwani | THPFM0000273433 | THPFM0000273434 |
| 949 | 10/22/2021 | Bryan Tolbert | 8/5/2013 | Email from Ana L. Quintana to Bryan Tolbert, re: Black Diamond Ventures XII, LLC / Theranos Shareholder Letter | USAO-SEC-0001772 | USAO-SEC-0001775 |
| 957 | 10/19/2021 | Daniel Edlin | 8/13/2013 | Email from Sharada Sivaraman to Jeffrey Blickman, Subject: RE: demo workflow | THPFM0000191037 | THPFM0000191041 |
| 959 | 10/15/2021 | Daniel Edlin | 8/13/2013 | Email from Samantha Anekal to Daniel Edlin, Daniel Young, Michael Craig, Chinmay Pangarkar, Nishit Doshi, Subject: Demo on 8/13 - 4s and minilab | THPFM0001390019 | THPFM0001390020 |

SER-258

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 966 | 10/19/2021 | Daniel Edlin | 8/14/2013 | Email from Daniel Young to Christian Holmes, Daniel Edlin, Elizabeth Holmes, Sunny Balwani, Jeffrey Blickman,  Subject: demo results 8_13_2013 with attachments | THPFM0000270257 | THPFM0000270270 |
| 971 | 10/13/2021 | Wade Miquelon | 8/15/2013 | Email from Wade Miquelon to Debbie Garza re Final National Roll Out Plan | SEC-USAO-EPROD-000063657 (WAG-TH-00000615) | SEC-USAO-EPROD-000063659 (WAG-TH-00000617) |
| 972 | 9/17/2021 | Surekha Gangakhedkar | 8/30/2013 | Email from Daniel Young to Surekha Gangakhedkar, Elizabeth Holmes, Sharada Sivaraman Subject: missing data from 3.5 runs | SEC-USAO-EPROD-000095519 (SEC-DOJ-E-0000013) | SEC-USAO-EPROD-000095519 (SEC-DOJ-E-0000013) |
| 1014 | 10/19/2021 | Daniel Edlin | 8/22/2013 | Email from Sunny Balwani to Elizabeth Holmes, Subject: FW: *Important Demo this Thursday, 8/22** - PLEASE REPLY | THPFM0002698493 | THPFM0002698498 |
| 1019 | 9/17/2021 | Surekha Gangakhedkar | 8/22/2013 | Email from Surekha Gangakhedkar to ELISA, et al. Subject: Validation plans with attachment | THPFM0005295690 | THPFM0005295692 |
| 1020 | 9/17/2021 | Surekha Gangakhedkar | 8/22/2013 | Email from Daniel Edlin to Elizabeth Holmes, Subject: FW: updates | TS-0297862 | TS-0297863 |
| 1027 | 10/19/2021 | Daniel Edlin | 8/23/2013 | Email from Daniel Edlin to Elizabeth Holmes, Subject: FW: THERANOS Limited Objective Experiment (LOE) | TS-0297864 | TS-0297869 |
| 1031 | 9/21/2021 | Surekha Gangakhedkar | 8/24/2013 | Email From Surekha Gangakhedkar To Daniel Young, Adam Rosendorff, Elizabeth Holmes, Subject: Assay documents for review with attachments | THER-2060224 | THER-2060243 |
| 1049 | 9/24/2021 | Adam Rosendorff | 8/29/2013 | Email From Sunny Balwani To Elizabeth Holmes, Subject: Concerns about the launch | THPFM0003106027 | THPFM0003106029 |
| 1083 | 10/13/2021 | Wade Miquelon | 9/5/2013 | Email from Wade Miquelon to Elizabeth Holmes re Partner framework | SEC-USAO-EPROD-000063719 (WAG-TH-00000677) | SEC-USAO-EPROD-000063722 (WAG-TH-00000680) |
| 1090 | 10/19/2021 | Daniel Edlin | 9/6/2013 | Email From Jeffrey Blickman To Elizabeth Holmes, Subject: Readback | THPFM0000806157 | THPFM0000806160 |
| 1095 | 11/23/2021 | Elizabeth Holmes | 9/6/2013 | Email from E. Holmes to Sally Hojvat and Peyton Hobson re FDA Informational Meeting Request with attachment | THPFM0000853528 | THPFM0000853531 |
| 1102 | 11/4/2021 | Chris Lucas | 9/7/2013 | Email from Theranos to shareholders re: Theranos | TS-0036627 | TS-0036628 |
| 1106 | 9/22/2021 | James Mattis | 9/8/2013 | Article - The Wall Street Journal - Elizabeth Holmes: The Breakthrough of Instant Diagnosis - Joseph Rago | MEDIA-000191 | MEDIA-000194 |
| 1109 | 9/17/2021 | Surekha Gangakhedkar | 9/9/2013 | Email from Mona Ramamurthy to Elizabeth Holmes and Sunny Balwani, Subject: Summary Document with attached Assay Development Strategy for Immunoassays | THPFM0003650233 | THPFM0003650238 |
| 1113 | 10/6/2021 | Adam Rosendorff | 9/9/2013 | Press release: Theranos Selects Walgreens as a Long-Term Partner Through Which to Offer Its New Clinical Laboratory Service | THPFM0001815817 | THPFM0001815820 |

SER-259

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 6 of 191

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 1157 | 9/24/2021 | Adam Rosendorff | 9/23/2013 | Email from Daniel Edlin to Paul Patel et al., Subject: Demo tomorrow morning ~ 10AM | THPFM0001361307 | THPFM0001361309 |
| 1172 | 9/22/2021; 11/23/2021 | James Mattis; Elizabeth Holmes | 10/8/2013 | Theranos, Meeting of the Board of Directors, October 8th, 2013 | TS-0023403 | TS-0023718 |
| 1176 | 9/15/2021 | Erika Cheung | 10/15/2013 | Email from Sunny Balwani to Sharada Sivaraman, Ran Hu and Suraj Saksena, Subject: teams | TS-0044857 | TS-0044857 |
| 1177 | 11/23/2021 | Elizabeth Holmes | 10/16/2013 | Email from E. Holmes to Sally Hojvat and Peyton Hobson attaching Theranos Workflow Diagrams FDA | THPFM0000154268 | THPFM0000154272 |
| 1214 | 9/24/2021 | Adam Rosendorff | 11/5/2013 | Email from Daniel Young to Sunny Balwani, Subject: Advia in normandy | THPFM0001550137 | THPFM0001550139 |
| 1227 | 9/15/2021 | Erika Cheung | 11/7/2013 | Email From Uyen Do To Erika Cheung, Subject: New Daily Demo Schedule | THPFM0001474818 | THPFM0001474823 |
| 1240 | 9/29/2021 | Adam Rosendorff | 11/11/2013 | Email From Sunny Balwani To Elizabeth Holmes, Subject: Compliance with Federal Law CFR 493.1253 | THPFM0000500903 | THPFM0000500908 |
| 1248 | 9/28/2021 | Adam Rosendorff | 11/15/2013 | Email From Daniel Young To Sunny Balwani, Elizabeth Holmes, Subject: Assay validation | THPFM0000057351 | THPFM0000057351 |
| 1254 | 10/13/2021 | Wade Miquelon | 11/18/2013 | Email From Greg Wasson To Wade Miquelon, Subject: Theranos post from Singularity Hub | WG002257 | WG002259 |
| 1287 | 9/14/2021 | Erika Cheung | 11/30/2013 | Email from Suraj Saksena to Elizabeth Holmes, Daniel Young, Nishit Doshi, Sunny Balwani, Sharada Sivaraman, Ran Hu, Samartha Anekal, Subject: Both QC Controls for Vitamin D didn't pass | THER-0256531 | THER-0256533 |
| 1288 | 9/17/2021 | Erika Cheung | 11/30/2013 | Email from Elizabeth Holmes to Daniel Young, Subject: Both QC Controls for Vitamin D didn't pass | THER-0256537 | THER-0256539 |
| 1295 | 10/6/2021 | Adam Rosendorff | 12/3/2013 | Email From Sunny Balwani To Adam Rosendorff, Daniel Young, Hoda Alamdar, Kerry Elenitoba-Johnson, Subject: Normandy lab | ROSEN-0000067 | ROSEN-0000067 |
| 1323 | 9/15/2021 | Erika Cheung | 12/11/2013 | Email from Erika Cheung to Ran Hu, Subject: QCs failing with updated Range | THPFM0000170861 | THPFM0000170862 |
| 1334 | 11/10/2021 | Alan Eisenman | 12/17/2013 | Email from Theranos to Alan Eisenman, re: Theranos stockholder consents for your signature by this Wednesday 12/18/13 with attachments | THPFM0000849725 | THPFM0000849815 |
| 1346 | 10/22/2021 | Bryan Tolbert | 12/18/2013 | Email from Ana Quintana to Ana Quintana and Christopher Lucas, Subject: IMPORTANT: BDV XII, LLC | Theranos - Investor Update Call by CEO, Elizabeth Holmes 12/20/13 | SEC-0000184 | SEC-0000185 |
| 1348 | 10/22/2021 | Bryan Tolbert | 12/20/2013 | Audio recording of Elizabeth Holmes (Clips 1-7 and Clip F) | SEC-0000060 | SEC-0000060 |
| 1349 | 10/22/2021 | Bryan Tolbert | 12/20/2013 | Audio recording of Elizabeth Holmes (Clip 1 and Clip A) | SEC-0000061 | SEC-0000061 |

SER-260

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 1360 | 11/16/2021 | Brian Grossman | 12/23/2013 | Email from C. James to E. Holmes, cc S. Balwani, B. Grossman | PFM-GJ-00002695 | PFM-GJ-00002695 |
| 1362 | 11/15/2021 | Alan Eisenman | 12/24/2013 | Email from Alan Eisenman to Sunny Balwani, re: Theranos stockholder consents for your signature by this Wednesday 12/18/13 | THPFM0001773118 | THPFM0001773125 |
| 1370 | 11/15/2021 | Alan Eisenman | 12/29/2013 | Email from S. Balwani to A. Eisenman re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13 | THPFM0001331695 | THPFM0001331700 |
| 1371 | 11/10/2021 | Alan Eisenman | 12/29/2013 | Email from Sunny Balwani to Alan Eisenman, re: Theranos stockholder consents for your signature by this Wednesday 12/18/13 | US-REPORTS-0008754 | US-REPORTS-0008761 |
| 1387 | 10/13/2021 | Wade Miquelon | 12/31/2013 | Letter from Walgreens to Elizabeth Holmes, Re: Amended and Restated Theranos Master Services Agreement | SEC-USAO-EPROD-000063145 (WAG-TH-00000099) | SEC-USAO-EPROD-000063145 (WAG-TH-00000104) |
| 1396 | 11/16/2021 | So Han Spivey (a.k.a. Danise Yam) | 1/4/2014 | Email from Danise Yam to Sunny Balwani, Subject: Balance Sheet as of 1/8/14 with attachments | THPFM0001203098 | THPFM0001203100 |
| 1404 | 11/16/2021 | Brian Grossman | 1/7/2014 | Email from Sunny Balwani To Brian Grossman, Chris James, Elizabeth Holmes, Subject: Due Diligence Questions | TS-0001761 | TS-0001764 |
| 1422 | 11/16/2021 | Brian Grossman | 1/14/2014 | Email from S. Balwani to B. Grossman | PFM-GJ-00000129 | PFM-GJ-00000130 |
| 1430 | 9/29/2021 | Adam Rosendorff | 1/16/2014 | Email From Adam Rosendorff To CLIA Lab, Subject: CL QIO-00020 Quality Control Guidelines with attachment | THPFM0001361886 | THPFM0001361889 |
| 1431 | 9/15/2021 | Erika Cheung | 1/16/2014 | Email From Adam Rosendorff To Sharada Siviarman and Erika Cheung, Subject: QC for EDISONS | THPFM0003891645 | THPFM0003891652 |
| 1432 | 9/24/2021 | Adam Rosendorff | 1/16/2014 | Email From Adam Rosendorff To Sharada Sivaraman, Subject; QC for EDISONS | THPFM0004225477 | THPFM0004225484 |
| 1434 | 11/16/2021 | Brian Grossman | 1/17/2014 | Email from Sunny Balwani to Brian Grossman | THPFM0003870572 | THPFM0003870579 |
| 1443 | 11/16/2021 | Brian Grossman | 1/20/2014 | Email from Sunny Balwani to Brian Grossman | PFM-GJ-00000171 | PFM-GJ-00000174 |
| 1454 | 11/17/2021 | Brian Grossman | 1/22/2014 | Email from Sunny Balwani to Brian Grossman | PFM-GJ-00000186 | PFM-GJ-00000188 |
| 1477 | 11/17/2021 | Brian Grossman | 1/27/2014 | Email from B. Grossman to S. Balwani re Questions for Call on Financial Model | PFM-GJ-00000291 | PFM-GJ-00000293 |
| 1482 | 11/16/2021 | Brian Grossman | 1/28/2014 | Email from S. Balwani re B. Grossman re Open Items for PFM Investment | PFM-GJ-00000332 | PFM-GJ-00000335 |
| 1491 | 9/24/2021 | Adam Rosendorff | 1/29/2014 | Email From Mark Pandori To Max Fosque, Subject: End of shift Log 1/28 2pm | THPFM0002147554 | THPFM0002147556 |
| 1505 | 11/16/2021 | Brian Grossman | 2/3/2014 | Theranos, Inc. Series C-2 Preferred Stock Purchase Agreement | PFM-GJ-00003372 | PFM-GJ-00003395 |
| 1506 | 11/16/2021 | Brian Grossman | 2/3/2014 | Master Signature Page | PFM-GJ-00003325 | PFM-GJ-00003325 |

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 8 of 191

SER-261

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 1512 | 9/15/2021 | Erika Cheung | 2/5/2014 | Email from Erika Cheung to Adam Rosendorff, Subject: SOPs for EDISON Total T4, Total T3, Testosterone, FSH | THPFM0000001120 | THPFM0000001122 |
| 1525 | 9/24/2021 | Adam Rosendorff | 2/11/2014 | Email From Mark Pandori To Adam Rosendorff, Subject QC for TSH Failed After Re-run | THPFM0002147453 | THPFM0002147456 |
| 1541 | 10/5/2021 | Adam Rosendorff | 2/19/2014 | Email From Daniel Young To Adam Rosendorff, Sunny Balwani, Mark Pandori, Subject: Low HDLs | THPFM0000283860 | THPFM0000283863 |
| 1543 | 9/24/2021 | Adam Rosendorff | 2/19/2014 | Email From Adam Rosendorff To Sunny Balwani, Daniel Young, Mark Pandori, Subject: Low HDLs-UPDATE | THPFM0001407078 | THPFM0001407082 |
| 1548 | 9/15/2021 | Erika Cheung | 2/20/2014 | Email from Erika Cheung to Tyler Shultz, Subject: Proficiency spreadsheet with attachment | THPFM0004809448 | THPFM0004809449 |
| 1555 | 9/24/2021 | Adam Rosendorff | 2/21/2014 | Email From Adam Rosendorff To Sunny Balwani, Daniel Young, Elizabeth Holmes, Subject: HDL values | THPFM0001407063 | THPFM0001407067 |
| 1556 | 10/5/2021 | Adam Rosendorff | 2/21/2014 | Email From Sunny Balwani To Elizabeth Holmes, Daniel Young, Paul Patel, Subject: Emailing: PA01458_PA01420 with attachment | THPFM0001702831 | THPFM0001702834 |
| 1557 | 9/15/2021 | Erika Cheung | 2/22/2014 | Email from Mark Pandori to Erika Cheung - Subject: Task Assignments with attachment | THPFM0001799207 | THPFM0001799208 |
| 1559 | 10/5/2021 | Adam Rosendorff | 2/22/2014 | Email From Daniel Young To Mark Pandori, Sunny Balwani, Adam Rosendorff, Paul Patel, Subject Morning HDL Study Tecan Dilution Results | THPFM0000001202 | THPFM0000001204 |
| 1562 | 10/5/2021 | Adam Rosendorff | 2/23/2014 | Email From Adam Rosendorff To Mark Pandori, Subject: Morning HDL Study Tecan Dilution Results | THPFM0002147134 | THPFM0002147139 |
| 1580 | 9/28/2021 | Adam Rosendorff | 2/25/2014 | Email From Sunny Balwani To Adam Rosendorff, Subject: proficiency testing for LDTs | TS-0231163 | TS-0231168 |
| 1587 | 9/15/2021 | Erika Cheung | 2/26/2014 | Email from Sharada Sivaraman to Andrew Kim et al. Subject: 3.5 Readers | THPFM0001365352 | THPFM0001365354 |
| 1589 | 10/1/2021 | Adam Rosendorff | 2/26/2014 | Email From Erika Cheung To Jamie Liu, Subject: New QC measure for Edisons | THPFM0000170875 | THPFM0000170876 |
| 1617 | 9/15/2021 | Erika Cheung | 3/12/2014 | Email from Erika Cheung to Vishnu Reddy, Samartha Anekal, Alphonso Nguyen, Jared Oleary, et al. Subject: Documented Cases of Reader 3.5 Errors with attachment | THPFM0001494625 | THPFM0001494626 |
| 1633 | 9/15/2021 | Erika Cheung | 3/28/2014 | Email From Langly Gee To Erika Cheung, Mark Pandori, Adam Rosendorff, Aurelie Souppe, Jamie Liu, Romina Riener, Subject: Failed QC | THPFM0001362138 | THPFM0001362139 |
| 1647A | 11/18/2021 | Roger Parloff | 4/7/2014 | Clip of Audio File (mp3) - Elizabeth Holmes - 04/07/14 | PARLOFF-0000184 | PARLOFF-0000184 |
| 1657A | 11/18/2021 | Roger Parloff | 4/10/2014 | Clip of Audio File (mp3) - Elizabeth Holmes - 04/10/14 | PARLOFF-0000189 | PARLOFF-0000189 |

**SER-262**

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 1660 | 9/15/2021 | Erika Cheung | 4/11/2014 | Email from Tyler Shultz to Elizabeth Holmes, Subject: Follow up to previous discussion | THPFM0000797369 | THPFM0000797374 |
| 1667 | 11/29/2021 | Elizabeth Holmes | 4/12/2014 | D. Young Email to S. Balwani and E. Holmes re Follow up to previous discussion | TS-0773306 | TS-0773312 |
| 1673 | 10/14/2021 | Nimesh Jhaveri | 4/15/2014 | Email from Nimesh Jhaveri to Kermit Crawford and others, Subject: Diagnostic Testing - Live in 10 stores in Phoenix!! | THPFM0000797107 | THPFM0000797108 |
| 1675 | 11/30/2021 | Elizabeth Holmes | 4/15/2014 | Email From Tyler Shultz To Sunny Balwani, Elizabeth Holmes, Daniel Young, Subject: Follow up to previous discussion | TS-0009481 | TS-0009491 |
| 1711 | 10/14/2021 | Nimesh Jhaveri | 5/6/2014 | Email from P. Haworth to N. Jhaveri et al re Diagnostic Testing Executive Steering Committee Slide Deck with attachment | WAG-SEC--000693 (WAG-TH-00048207) | WAG-SEC--000709 (WAG-TH-00048222) |
| 1717 | 9/24/2021 | Adam Rosendorff | 5/10/2014 | Email From Elizabeth Holmes to Daniel Young, Sunny Balwani, Subject: ISE output | THPFM0000101698 | THPFM0000101701 |
| 1719A | 11/18/2021 | Roger Parloff | 5/12/2014 | Clip of Audio File (mp3) - Elizabeth Holmes - 05/12/14 | PARLOFF-0000191 | PARLOFF-0000191 |
| 1724 | 9/28/2021 | Adam Rosendorff | 5/13/2014 | A. Rosendorff email to C. Pangarkar, bcc A. Rosendorff, re PT testing for Edisons | THPFM0001580129 | THPFM0001580129 |
| 1752 | 11/18/2021 | Roger Parloff | 6/1/2014 | Email From Elizabeth Holmes To Daniel Edlin, Subject: Roger Parloff aggregated action items with attachment | THPFM0001374363 | THPFM0001374390 |
| 1753 | 10/19/2021 | Daniel Edlin | 6/1/2014 | Email from Elizabeth Holmes to Daniel Edlin, re: Roger Parloff - aggregated action items with attachment | THPFM0001374391 | THPFM0001374422 |
| 1755 | 10/14/2021 | Nimesh Jhaveri | 6/3/2014 | Email from Patty Haworth to Tracy Masson with attachment, Subject: 5/28 Walgreens-Theranos Partnership Meeting Minutes & Action Items | THPFM0001575748 | THPFM0001575760 |
| 1770 | 11/4/2021 | Chris Lucas | 6/12/2014 | Email from Theranos to shareholders, re: Theranos | THER-2052816 | THER-2052817 |
| 1772 | 9/24/2021 | Adam Rosendorff | 6/12/2014 | Email From Sunny Balwani To Elizabeth Holmes, Daniel Young, Samartha Anekal, Subject: Edison backlogs | THPFM0001150894 | THPFM0001150897 |
| 1776 | 9/22/2021 | James Mattis | 6/12/2014 | Fortune article titled "This CEO's out for blood" by Roger Parloff | US-REPORTS-0006982 | US-REPORTS-0007003 |
| 1828 | 9/24/2021 | Adam Rosendorff | 6/28/2014 | Email From Sunny Balwani To Elizabeth Holmes, Subject: Patient results since 5/24 for potassium | THPFM0000833021 | THPFM0000833022 |
| 1853 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 7/14/2014 | Theranos Projected Statement of Income | RDV012671 | RDV012672 |
| 1884 | 10/14/2021 | Nimesh Jhaveri | 8/11/2014 | Email from Patty Haworth to Mahesh Raju with attachments, Subject: REVISED 8/6 Walgreens-Theranos Partnership Meeting Minutes & Slide Deck | THPFM0001173385 | THPFM0001173400 |

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 10 of 191

SER-263

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 1896 | 10/14/2021 | Nimesh Jhaveri | 8/15/2014 | Email from N. Jhaveri to S. Balwani and C. Kozlowski re Thoughts and Goals | SEC-USAO-EPROD-001692374 (THPFM0001309489) | SEC-USAO-EPROD-001692374 (THPFM0001309489) |
| 1901 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 8/18/2014 | Email from D. Yam to M. Kucharski re Theranos - 2013 Tax Return PBC with attachment | THPFM0002344693 | THPFM0002344705 |
| 1906 | 10/14/2021 | Nimesh Jhaveri | 8/21/2014 | Appointment from Nimesh Jhaveri to Sunny Balwani, Subject: Copy: Theranos / Wag Partnership Meeting | PFM-DEPO-00019239 | PFM-DEPO-00019239 |
| 1909 | 10/14/2021 | Nimesh Jhaveri | 8/21/2014 | Email from Nimesh Jhaveri to Sunny Balwani re Topics for Discussion | SEC-USAO-EPROD-001533326 (THPFM0001150441) | SEC-USAO-EPROD-001533326 (THPFM0001150441) |
| 1940 | 10/19/2021 | Daniel Edlin | 9/16/2014 | Email from Daniel Edlin to Elizabeth Holmes and Jeffrey Blickman | THPFM0000590151 | THPFM0000590152 |
| 1944 | 10/26/2021 | Lisa Peterson | 9/18/2014 | Email from J. Tubergen to DeVos family members re Adobe Reader user sent you a file with attachment | RDV004726 | RDV004735 |
| 1953 | 9/24/2021 | Adam Rosendorff | 9/23/2014 | Email From Christian Holmes To Elizabeth Holmes; Subject: Customer Issue-Sikorski (PA) | THPFM0000861075 | THPFM0000861077 |
| 1992 | 11/2/2021 | Lisa Peterson | 9/30/2014 | Email from L. Peterson to R. Damstra | SEC-USAO2-EPROD-000059219 (RDV008807) | SEC-USAO2-EPROD-000059219 (RDV008807) |
| 2009 | 9/24/2021 | Adam Rosendorff | 10/1/2014 | A. Rosendorff email to A. Rosendorff re Physician Call Needed Before 4pm | SEC-USAO-EPROD-000674317 (THPFM0000291427) | SEC-USAO-EPROD-000674319 (THPFM0000291429) |
| 2015 | 10/26/2021 | Lisa Peterson | 10/3/2014 | Theranos conference call notes | RDV010082 | RDV010083 |
| 2044 | 9/21/2021 | Audra Zachman | 10/2/2014 | Patient Lab Results, re: B.G. | US-REPORTS-0011798 (LINNERSON-001083) | US-REPORTS-0011799 (LINNERSON-001085) |
| 2065 | 12/7/2021 | Elizabeth Holmes | 10/10/2014 | Email from Christian Holmes to Sunny Balwani, Elizabeth Holmes RE: BDT visitors to wag Saturday | TS-0830981 | TS-0830982 |
| 2073 | 10/26/2021 | Lisa Peterson | 10/12/2014 | Email from L. Peterson to J. Tubergen re Theranos memo with attached Theranos Summary Oct 3 2014.doc | RDV006297 | RDV006300 |
| 2083 | 9/21/2021 | Audra Zachman | 10/4/2014 | Email from Leslie Neville to Audra Zachman re: Checking Back | US-REPORTS-0010830 (LINNERSON-001214) | US-REPORTS-0010830 (LINNERSON-001214) |
| 2097 | 10/26/2021 | Lisa Peterson | 10/20/2014 | Email from Q. Mac to L. Peterson re touching base | RDV004362 | RDV004362 |
| 2098 | 10/26/2021 | Lisa Peterson | 10/20/2014 | Email from L. Peterson to P. LaCombe re Thank You | RDV005495 | RDV005499 |
| 2099 | 10/1/2021 | Adam Rosendorff | 10/20/2014 | Email from Adam Rosendorff to Adam Rosendorff, Subject: Changes in primary methods and CMS reporting | THPFM0002162916 | THPFM0002162917 |
| 2107 | 10/26/2021 | Lisa Peterson | 10/21/2014 | Email from Sunny Balwani to Jerry Tubergen, Subject: Thank You with attachments | TS-0001469 | TS-0001549 |
| 2110 | 11/3/2021 | Daniel Mosley | 10/21/2014 | Email From Daniel Mosley To Elizabeth Holmes, Subject: Meeting Last Friday | TS-0409524 | TS-0409524 |

SER-264

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 2139 | 10/26/2021 | Lisa Peterson | 10/28/2014 | Email from L. Peterson to S. Balwani re RDV Investment | THPFM0001169541 | THPFM0001169542 |
| 2149 | 9/28/2021 | Adam Rosendorff | 10/29/2014 | Email From: Adam Rosendorff to Adam Rosendorff; Subject: fingerstick vs venous | THER-0301212 | THER-0301214 |
| 2166 | 10/26/2021 | Lisa Peterson | 10/31/2014 | RDV Approval Document - New Equity Investment Direct Investment: Theranos, Inc. | RDV004718 | RDV004723 |
| 2170 | 10/26/2021 | Lisa Peterson | 10/31/2014 | Email from J. Tubergen to S. Balwani re Executed Document with attachment | THPFM0000884684 | THPFM0000884685 |
| 2172 | 11/2/2021 | Daniel Mosley | 10/31/2014 | Letter to Daniel Mosley From Elizabeth Holmes | TS-0409469 | TS-0409469 |
| 2188 | 9/24/2021 | Adam Rosendorff | 11/5/2014 | Email From Sunny Balwani To Adam Rosendorff, Subject: Theranos tests | THPFM0000002944 | THPFM0000002945 |
| 2206 | 9/24/2021 | Adam Rosendorff | 11/15/2014 | Email From Adam Rosendorff to Christian Holmes, Subject: Lab results inquiry | THPFM0000003989 | THPFM0000003991 |
| 2214 | 10/14/2021 | Nimesh Jhaveri | 11/18/2014 | Email from P. Haworth to C. Lynn et al. re 11/18 Walgreens/Theranos Partnership Meeting Agenda & Slide Deck with attachment | SEC-TX-000002812 (WAG-TH-00056926) | SEC-TX-000002848 (WAG-TH-00056960) |
| 2216 | 11/10/2021 | Alan Eisenman | 11/19/2014 | Email from Sunny Balwani to Alan Eisenman, re: Negative report on Theranos from UBS | THER-0303151 | THER-0303157 |
| 2219 | 10/14/2021 | Sunil Dhawan | 11/19/2014 | Email from Sunny Balwani to Sunil Dhawan, Subject: Lab Director | US-REPORTS-0008349 (CTRLDHAWAN-00007480) | US-REPORTS-0008352 (CTRLDHAWAN-00007480) |
| 2223 | 11/10/2021 | Alan Eisenman | 11/20/2014 | Email from Elizabeth Holmes to Sunny Balwani, re: Negative Report on Theranos from UBS | THPFM0001214239 | THPFM0001214244 |
| 2228 | 9/28/2021 | Adam Rosendorff | 11/21/2014 | Email from Sunny to Elizabeth Holmes re Redraw request 11-21-14 | TS-1078326 | TS-1078327 |
| 2248 | 10/14/2021 | Sunil Dhawan | 11/25/2014 | Email from Scott Marmer to Sunil Dhawan, Subject: Theranos - Dr. Dhawan Consulting Agreement and attached agreement | US-REPORTS-0008353 (CTRLDHAWAN-00007663) | US-REPORTS-0008359 (CTRLDHAWAN-00007664) |
| 2275 | 10/14/2021 | Nimesh Jhaveri | 12/8/2014 | Email from Nimesh Jhaveri to Sunny Balwani re Contract and Other Topics | WAG-TH-DOJ-00018305 | WAG-TH-DOJ-00018306 |
| 2327 | 10/19/2021 | Daniel Edlin | 1/7/2015 | Email from Rupert Murdoch to Elizabeth Holmes | TS-0001432 | TS-0001432 |
| 2394 | 10/14/2021 | Nimesh Jhaveri | 2/17/2015 | Email from P. Haworth to N. Jhaveri et al re 2/17/15 Walgreens/Theranos Partnership Meeting slide deck with attachment | THPFM0000459667 | THPFM0000459689 |
| 2468 | 11/10/2021 | Alan Eisenman | 4/13/2015 | Email from Sunny Balwani to Alan Eisenman, Subject: PLEASE RESPOND!!! | TS-0450630 | TS-0450633 |
| 2548 | 10/14/2021 | Sunil Dhawan | 10/20/2015 | Email from Sunny Balwani to Sunil Dhawan | CTRL-DHAWAN-00010955 | CTRL-DHAWAN-00010955 |
| 2553 | 10/14/2021 | Sunil Dhawan | 6/12/2015 | Letter From Theranos to CA Department of Public Health | THER-2179627 | THER-2179640 |
| 2567 | 9/15/2021 | Erika Cheung | 6/26/2015 | Letter to Erika Cheung from David Boies | PFM-DEPO-00005078 (Cheung-002) | PFM-DEPO-00005079 (Cheung-003) |

Case: 22-10312   08/17/2023, ID: 12776512, DktEntry: 66-3, Page 12 of 191

SER-265

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 2611 | 9/22/2021 | James Mattis | 7/14/2015 | Theranos, Meeting of the Board of Directors, 7.14.15 | THPFM0005415799 | THPFM0005415809 |
| 2623 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 7/16/2015 | Email from D. Yam to E. Holmes and S. Balwani re 409A | THPFM0005204399 | THPFM0005204403 |
| 2663 | 10/14/2021 | Sunil Dhawan | 8/4/2015 | Email from Langly Gee to Sunil Dhawan, Subject: Hello | US-REPORTS-0008360 (CTRLDHAWAN-00009513) | US-REPORTS-0008360 (CTRLDHAWAN-00009513) |
| 2760 | 10/14/2021 | Sunil Dhawan | 9/10/2015 | Email from Sunil Dhawan to Sunny Balwani, Subject: update | US-REPORTS-0008371 (CTRLDHAWAN-00009764) | US-REPORTS-0008372 (CTRLDHAWAN-00009764) |
| 2772 | 10/14/2021 | Sunil Dhawan | 9/15/2015 | E-mail from Sunil Dhawan to Sunny Balwani re thanks for the time | US-REPORTS-0008373 (CTRLDHAWAN-00009861) | US-REPORTS-0008373 (CTRLDHAWAN-00009861) |
| 2791 | 10/14/2021 | Sunil Dhawan | 9/21/2015 | Email from Mona Ramamurthy to Sunil Dhawan, Subject: Welcome to Theranos, Dr. Dhawan! Attached Offer Letter and Agreement | US-REPORTS-0008374 | US-REPORTS-0008406 |
| 2851 | 10/26/2021 | Lisa Peterson | 10/15/2015 | Video - CNBC Mad Money Could a Blood Battle Be Boiling? Cramer Sits Down With The CEO of Theranos to Get The Answers | MEDIA-000423 | MEDIA-000423 |
| 2932 | 9/22/2021 | James Mattis | 10/29/2015 | Email from Bill Frist to Sunny Balwani, et al., Subject: Integrity of lab data | SEC-USAO-EPROD-000368015 (ROUGHEAD_THERANOS_0003774) | SEC-USAO-EPROD-000368021 (ROUGHEAD_THERANOS_0003780) |
| 2972 | 10/14/2021 | Sunil Dhawan | 11/9/2015 | Email from Daniel Young to Sunil Dhawan, Subject: Lab QC review | US-REPORTS-0008417 (CTRLDHAWAN-00011145) | US-REPORTS-0008417 (CTRLDHAWAN-00011145) |
| 3041 | 10/14/2021 | Sunil Dhawan | 12/7/2015 | Theranos Standard Operating Procedure CL SOP-12005 Reporting of Critical Values | THPFM0000082472 | THPFM0000082485 |
| 3070 | 10/19/2021 | Daniel Edlin | 12/27/2015 | Email from Daniel Edlin to Brooke Buchanan, Subject: Messaging for VIP guest | THPFM0000344512 | THPFM0000344514 |
| 3152 | 10/26/2021 | Lisa Peterson | 4/18/2016 | Video - NBC Today Show: Billionaire CEO Under Fire | MEDIA-000442 | MEDIA-000442 |
| 3217 | 10/14/2021 | Sunil Dhawan | 7/9/2016 | Email from Heather King to Sunil Dhawan, Subject: CMS Notice of Imposition of Sanctions | US-REPORTS-0008426 (CTRLDHAWAN- 00013211) | US-REPORTS-0008426 (CTRLDHAWAN- 00013211) |
| 3231 | 9/24/2021 | Adam Rosendorff | 8/31/2013 | Email From Nicholas Haase To Rose Edmonds et al., Subject: GC Assay | THPFM0000000500 | THPFM0000000501 |
| 3233 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 9/4/2016 | 2015 Tax Returns | SEC-TX-000002604 | SEC-TX-000002719 |
| 3241 | 11/22/2021 | Elizabeth Holmes | 10/24/2011 | Email from Stanley Belkowski to Elizabeth Holmes, Daniel Young, Christian Holmes, Subject: Theranos in a presentation | THER-2051161 | THER-2051165 |
| 3305 | 9/21/2021 | Audra Zachman | 10/6/2014 | Lab Result Report, re: B.G. | US-REPORTS-0010829 (LINNERSON-001094) | US-REPORTS-0010829 (LINNERSON-001094) |
| 3387 | 11/2/2021 | Daniel Mosley | | Binder prepared by Cravath entitled Mosley Family Holdings LLC Production | MFH00000001 | MFH00000492 |
| 3404 | 11/18/2021 | Roger Parloff | | Theranos PowerPoint Presentation | PARLOFF-0000130 | PARLOFF-0000172 |

SER-266

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 3477 | 10/1/2021 | Adam Rosendorff | 3/20/2014 | Email from Mark Pandori to Sunny Balwani, Langly Gee, Adam Rosendorff, Daniel Young, Hoda Alamdar, Suraj Saksena, Sharada Sivaraman, Subject: Week 2 Vitamin D results | THER-2319519 | THER-2319520 |
| 3526 | 10/1/2021 | Adam Rosendorff | 3/14/2014 | Email From Sunny Balwani to Suraj Saksensa; Subject: Internal Vitamin D PT | THPFM0000798373 | THPFM0000798373 |
| 3527 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 12/23/2014 | Email from D. Yam to E. Holmes re 409A | THPFM0000889870 | THPFM0000889871 |
| 3530 | 10/22/2021 | Bryan Tolbert | 7/1/2010 | Theranos, Inc. AMENDED AND RESTATED SERIES C-1 PREFERRED STOCK PURCHASE AGREEMENT Initial Closing Date: July 1, 2010 | THPFM0001058386 | THPFM0001058430 |
| 3533 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 2/16/2014 | Email from D. Yam to E. Holmes re 409a prep | THPFM0001462346 | THPFM0001462347 |
| 3696 | 10/20/2021 | Daniel Edlin | | Theranos Slide deck | SEC-USAO2-EPROD-000036343 (MFH00000253) | SEC-USAO2-EPROD-000036395 (MFH00000305) |
| 3741A | 9/14/2021 | Erika Cheung | | Theranos - Test Menu & Prices | US-REPORTS-0015286 | US-REPORTS-0015292 |
| 3755 | 10/14/2021 | Nimesh Jhaveri | | Walgreens Program Charter | WAG-AZ-LITIG-002293 (WG095220) | WAG-AZ-LITIG-002317 (WG095244) |
| 3790 | 10/22/2021 | Bryan Tolbert | 10/27/2006 | Email from B. Tolbert to C. Hall re Theranos notes with attachment | USAO-SEC-0001755 | USAO-SEC-0001757 |
| 3844 | 11/2/2021 | Daniel Mosley | 4/27/2010 | Summary of Hopkins/Walgreens/Theranos Meeting | MFH00001261 | MFH00001262 |
| 3849 | 9/29/2021 | Victoria Sung | 7/20/2010 | Email from Victoria Sung to Elizabeth Holmes re: ACE-011 Program | CEL-0005468 | CEL-0005468 |
| 3893 | 9/29/2021 | Victoria Sung | 4/3/2012 | Email from Daniel Edlin to Victoria Sung re: For our discussion this morning | US-REPORTS-0025890 | US-REPORTS-0025894 |
| 3940 | 10/22/2021 | Bryan Tolbert | 7/29/2013 | Email from C. Lucas to B. Tolbert re Theranos New Board Members | SEC-0000168 | SEC-0000168 |
| 3958 | 9/17/2021 | Surekha Gangakhedkar | 8/30/2013 | Email from Surekha Gangakhedkar to Elizabeth Holmes re missing data from 3.5 runs | THPFM0001766841 | THPFM0001766842 |
| 3959 | 9/17/2021 | Surekha Gangakhedkar | 8/31/2013 | Email from Surekha Gangakhedkar to Elizabeth Holmes | THPRM0005301735 | THPRM0005301735 |
| 3961 | 9/21/2021 | Surekha Gangakhedkar | 9/3/2013 | Email from Surekha Gangakhedkar to Sharada Sivaraman re Upgraded Devices | THPFM0004299073 | THPFM0004299074 |
| 3962 | 9/21/2021 | Surekha Gangakhedkar | 9/2/2013 | S. Gangakhedkar Email to S. Balwani and E. Holmes re Upgraded Devices | THPFM0001604976 | THPFM0001604981 |
| 3964 | 9/17/2021 | Surekha Gangakhedkar | 9/3/2013 | Email from Surekha Gangakhedkar to ELISA re Shifts and schedules | THPFM0004299056 | THPFM0004299061 |
| 3965 | 10/19/2021 | Daniel Edlin | 9/4/2013 | Email from Jeffrey Blickman to Elizabeth Holmes re .COM PDF + Jim Fox's comments | THPFM0003105986 | THPFM0003106007 |

SER-267

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 3966 | 9/21/2021 | Surekha Gangakhedkar | 9/4/2013 | E-mail from Surekha Gangakhedkar to Daniel Young, Sharada Sivaraman cc'ing Elizabeth Holmes re Immunoassay on Advia | THPFM0001604968 | THPFM0001604969 |
| 3967 | 9/17/2021 | Surekha Gangakhedkar | 9/4/2013 | Email from Surekha Gangakhedkar to MFG re assays for launch | THPFM0001616123 | THPFM0001616127 |
| 3968 | 9/17/2021 | Surekha Gangakhedkar | 9/4/2013 | Email from Surekha Gangakhedkar to Sani Hadziahmetovic re Edison 3.0s | THPFM0001616121 | THPFM0001616122 |
| 3970 | 11/30/2021 | Elizabeth Holmes | 9/5/2013 | Email from Elizabeth Holmes to Sunny Balwani re .COM PDF | THPFM0002658006 | THPFM0002658007 |
| 3981 | 10/19/2021 | Daniel Edlin | 9/6/2013 | Email from Christian Holmes to Jeffrey Blickman and Daniel Edlin re Theranos website comments | THPFM0002795585 | THPFM0002795589 |
| 4005 | 11/23/2021 | Elizabeth Holmes | 10/8/2013 | Theranos Minutes of a Meeting of the Board of Directors | THPFM0002246553 | THPFM0002246675 |
| 4014 | 9/24/2021 | Adam Rosendorff | 10/22/2013 | Email from Daniel Young to Elizabeth Holmes re CLIA updates | TS-1105331 | TS-1105333 |
| 4030 | 10/22/2021 | Bryan Tolbert | 11/8/2013 | Email from Y. Ibarra to A. Quintana re BDV Annual Meeting Confidential Presentation Deck Offering with attachment | USAO-SEC-0001760 | USAO-SEC-0001770 |
| 4036 | 11/16/2021 | Brian Grossman | 11/13/2013 | Press Release: Theranos and Walgreens Bring Groundbreaking Diagnostic Lab Testing to the Phoenix Metropolitan Area | SEC-USAO-EPROD-000065812 | SEC-USAO-EPROD-000065815 |
| 4044 | 9/28/2021 | Adam Rosendorff | 11/26/2013 | Email from Adam Rosendorff and Elizabeth Holmes | TS-0906564 | TS-0906565 |
| 4047 | 9/28/2021 | Adam Rosendorff | 11/27/2013 | Email from Elizabeth Holmes to Daniel Young | THPFM0005761722 | THPFM0005761722 |
| 4052 | 11/16/2021 | Brian Grossman | 12/9/2013 | Email from Vivek Khanna to Brian Grossman re Theranos | USAO-SEC-0002487 | USAO-SEC-0002487 |
| 4077 | 11/16/2021 | Brian Grossman | 1/17/2014 | Email from S. Balwani to B. Grossman with attachment | PFM-DEPO-00013722 | PFM-DEPO-00013990 |
| 4088 | 11/17/2021 | Brian Grossman | 1/28/2014 | Email from Brian Grossman to Adam Clammer | USAO-SEC-0002491 | USAO-SEC-0002493 |
| 4089 | 11/17/2021 | Brian Grossman | 1/28/2014 | Email from Aleksandr Rabodzey to Brian Grossman and Vivek Khanna re Theranos Technical and Regulatory Assessment | USAO-SEC-0002494 | USAO-SEC-0002496 |
| 4090 | 11/17/2021 | Brian Grossman | 1/28/2014 | Email from Aleksandr Rabodzey to Brian Grossman and Vivek Khanna re Open Items for PFM Investment | USAO-SEC-0002497 | USAO-SEC-0002501 |
| 4093 | 11/17/2021 | Brian Grossman | 1/29/2014 | Spreadsheet of Theranos Revenue Model | PFM-SEC v. Balwani-0050787 | PFM-SEC v. Balwani-0050787 |
| 4116 | 9/24/2021 | Adam Rosendorff | 3/31/2014 | Email from S. Balwani to D. Young et al., cc E. Holmes, re CO2 (Bicarbonate) issue | TS-1077754 | TS-1077755 |
| 4124 | 9/24/2021 | Adam Rosendorff | 4/17/2014 | Email from S. Balwani to E. Holmes re Dr. Kwatra / Dr. Stamps | TS-1077814 | TS-1077816 |
| 4127 | 9/24/2021 | Adam Rosendorff | 4/25/2014 | Email from E. Holmes to S. Balwani re Dr. Kwatra/Dr. Stamps | TS-1077839 | TS-1077841 |

SER-268

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 4145 | 9/24/2021 | Adam Rosendorff | 5/30/2024 | Email from E. Holmes to S. Balwani re OORL results? | THPFM0003866605 | THPFM0003866607 |
| 4146 | 9/28/2021 | Adam Rosendorff | 5/30/2014 | Email from D. Young to E. Holmes and C. Holmes re Redraw | THPFM0001402159 | THPFM0001402161 |
| 4147 | 9/24/2021 | Adam Rosendorff | 5/31/2014 | Email from S. Balwani to E. Holmes re hCG testing | THPFM0001558414 | THPFM0001558414 |
| 4163 | 11/2/2021 | Daniel Mosley | 7/22/2014 | Email from D. Mosley to E. Holmes | THPFM0000888198 | THPFM0000888198 |
| 4173 | 11/2/2021 | Daniel Mosley | 8/18/2014 | Letter from E. Holmes to D. Mosley | TS-0004160 | TS-0004162 |
| 4176 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 8/18/2014 | Native Excel file titled TB 123113.xlsx | THPFM0002344704 | THPFM0002344704 |
| 4181 | 9/28/2021 | Adam Rosendorff | 8/25/2014 | Email from Sunny Balwani to Elizabeth Holmes; Subject: bot experience | TS-1150122 | TS-1150128 |
| 4182 | 9/28/2021 | Adam Rosendorff | 8/25/2014 | Email from Daniel Young to Sunny Balwani; Subject: bot experience | THPFM0000057384 | THPFM0000057388 |
| 4189 | 9/24/2021 | Adam Rosendorff | 8/27/2014 | Email from S. Balwani to E. Holmes re Voided CO2 Results | TS-1078095 | TS-1078095 |
| 4196 | 9/22/2021 | James Mattis | 9/14/2014 | Email from Elizabeth Holmes to General James Mattis | SEC-USAO-EPROD-000130080 (TS-0043320) | SEC-USAO-EPROD-000130080 (TS-0043320) |
| 4197 | 10/26/2021 | Lisa Peterson | 9/2/2014 | Letter from D. Mosley to H. Kissinger | Dynasty004983 | Dynasty004991 |
| 4202 | 11/2/2021 | Daniel Mosley | 9/12/2014 | Email from E. Holmes to D. Mosley | MOS00000731 | MOS00000732 |
| 4221 | 11/2/2021 | Daniel Mosley | 9/28/2014 | Email from E. Holmes to D. Mosley | MOS00000736 | MOS00000737 |
| 4222 | 9/24/2021 | Adam Rosendorff | 9/29/2014 | Email from Sunny Balwani to Elizabeth Holmes RE: Customer Issue- GM | THPFM0000288920 | THPFM0000288923 |
| 4228 | 9/24/2021 | Adam Rosendorff | 9/30/2014 | Email from S. Balwani to E. Holmes re Customer Issue - GM | SEC-USAO-EPROD-001215559 | SEC-USAO-EPROD-001215563 |
| 4237 | 10/19/2021 | Daniel Edlin | 10/3/2014 | Email from Chinmay Pangarkar to Maximillian Fosque; Subject: Physician and Patient Call Needed- HCG Results | SEC-USAO-EPROD-004138573 (THPFM0003755688) | SEC-USAO-EPROD-004138577 (THPFM0003755692) |
| 4242 | 9/21/2021 | Audra Zachman | 10/4/2014 | Theranos Test Results - Patient B.G. | TS-1078206 | TS-1078206 |
| 4284 | 11/2/2021 | Daniel Mosley | 10/23/2014 | Email from E. Holmes to D. Mosley re Meeting last Friday | MOS00000743 | MOS00000744 |
| 4286 | 11/2/2021 | Daniel Mosley | 10/24/2014 | Email from S. Balwani to D. Mosley re investment docs with attachments | MOS00000787 | MOS00001019 |
| 4292 | 9/24/2021 | Adam Rosendorff | 10/27/2014 | Email from N. Doshi to S. Balwani, D. Young, et al, cc E. Holmes, re Critical ISEs | TS-1076741 | TS-1076742 |
| 4298 | 9/24/2021 | Adam Rosendorff | 10/28/2014 | Email from S. Balwani to E. Holmes re Critical ISEs | THPFM0000277330 | THPFM0000277334 |

SER-269

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 4303 | 11/2/2021 | Daniel Mosley | 10/30/2014 | Email from D. Mosley to E. Holmes and S. Balwani re Master Signature Page with attachments | MOS00000746 | MOS00000748 |
| 4314 | 9/28/2021 | Adam Rosendorff | 11/15/2014 | Email from Christian Holmes to Elizabeth Holmes; Subject: Escalated Call - 111240 | TS-1124314 | TS-1124318 |
| 4316 | 10/6/2021 | Adam Rosendorff | 11/7/2014 | Email from A. Rosendorff re Normandy Lab | SEC-ArendsenH-E-0000015 | SEC-ArendsenH-E-0000016 |
| 4323 | 9/28/2021 | Adam Rosendorff | 11/14/2014 | Email from Christian Holmes to Maximillian Fosque; Subject: Escalated Call 111240 | THPFM0003759624 | THPFM0003759627 |
| 4330 | 9/28/2021 | Adam Rosendorff | 11/20/2014 | Email from Elizabeth Holmes to Sunny Balwani re Ebola | TS-0903725 | TS-0903727 |
| 4366 | 10/19/2021 | Daniel Edlin | 1/7/2015 | Email from Tina Lin to Dan Edlin re Test list is confirmed with attachment | THPFM0000110428 | THPFM0000110432 |
| 4415 | 11/18/2021 | Mark Burnes | 6/15/2015 | Email from Sunny Balwani to Elizabeth Holmes re Rerun and Call Back Request | THPFM0005221060 | THPFM0005221068 |
| 4528 | 10/15/2021 | Sunil Dhawan | 9/22/2015 | PowerPoint: Theranos CLIA Laboratory Overview | THPFM0000024319 | THPFM0000024319 |
| 4533 | 10/15/2021 | Sunil Dhawan | 9/23/2015 | Theranos Letter to CMS | US-REPORTS-0023789 | US-REPORTS-0023789 |
| 4553 | 9/22/2021 | James Mattis | 10/17/2015 | Email from Elizabeth Holmes; Subject: Statement from Theranos, 10/16/15 | PFM-DEPO-00011002 | PFM-DEPO-00011005 |
| 4621 | 11/9/2021 | Kingshuk Das | 1/25/2016 | CMS Letter to Theranos re Condition Level Deficiencies - Immediate Jeopardy and CMS Statement of Deficiency | TS-0917883; TS-0917922; TS-0917933 | TS-0917886; TS-0917930; TS-0917939 |
| 4836 | 9/24/2021 | Adam Rosendorff | 10/31/2013 | Email From: Samartha Anekal; To: Sunny Balwani; Daniel Young; Elizabeth Holmes; Subject: hCG precision | THPFM0001463733 | THPFM0001463739 |
| 4840 | 9/24/2021 | Adam Rosendorff | 6/13/2014 | Email From Christian Holmes; To: Elizabeth Holmes, Subject: RE: Patient results | THPFM00000273265 | THPFM00000273267 |
| 4845 | 10/13/2021 | Robert Amenta | 6/22/2020 | Fedwire Funds Messages | FBI-GJ-RECEIPTS-000483 | FBI-GJ-RECEIPTS-000505 |
| 4858 | 10/26/2021 | Lisa Peterson | | Theranos Slide deck | RDV012673 | RDV012859 |
| 4859 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | | Theranos Projected Statement of Income | RDV012671 | RDV012671 |
| 4869 | 10/19/2021 | Daniel Edlin | | Theranos Slide deck | SEC-USAO2-EPROD-000022744 (KRM_SEC 00000197) | SEC-USAO2-EPROD-000022802 (KRM_SEC 00000255) |
| 4871 | 10/22/2021 | Bryan Tolbert | | Management Biographies and financial information for Theranos | SEC-HBD-E-00000289 | SEC-HBD-E-00000299 |
| 4938 | 11/18/2021 | Mark Burnes | | M.E. Test Results | US-FDA-0040593 | US-FDA-0040600 |
| 4943 | 11/9/2021 | Kingshuk Das | | CMS Patient Impact Assessment - Theranos | CMS2-164332; CMS2-164340 | CMS2-164332; CMS2-164340 |

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 5016 | 11/4/2021 | Chris Lucas | 1/30/2016 | Email from Nicole Harper to Chris Lucas re Theranos Series B Financing - Update | SEC-USAO-EPROD-000098843 | SEC-USAO-EPROD-000098843 |
| 5039 | 9/29/2021 | Victoria Sung | 1/5/2010 | Email from Victoria Sung to Gary Frenzel; Subject: PD marker development priority list | US-REPORTS-0025762 | US-REPORTS-0025767 |
| 5049 | 9/29/2021 | Victoria Sung | 4/27/2011 | Email from Kapil Gadkar to Peter Bryan; Subject: FINAL REPORT for ACE_011 PK | US-REPORTS-0025773 | US-REPORTS-0025773 |
| 5077 | 9/17/2021 | Surekha Gangakhedkar | 3/6/2013 | Email from Tina Noyes to Surekha Gangakhedkar; Subject: New Project | PFM-DEPO-00008825 | PFM-DEPO-00008826 |
| 5084 | 9/17/2021 | Surekha Gangakhedkar | 5/6/2013 | Email From Surekha Gangakhedkar; To: Tina Noyes; Subject: ELISA data for today | THPFM0000253456 | THPFM0000253458 |
| 5085 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 5/25/2013 | Email from D. Yam to E. Holmes re 409a | THPFM0003871813 | THPFM0003871813 |
| 5089 | 9/17/2021 | Surekha Gangakhedkar | 7/8/2013 | Email From Esther Chan; To: Ling Wang; Subject: TSH and PSA calibrators | THPFM0001545415 | THPFM0001545417 |
| 5090 | 12/7/2021 | Elizabeth Holmes | 7/11/2013 | Email from Daniel Young to Elizabeth Holmes et al. re Ready for demo | TS-1097896 | TS-1097896 |
| 5095 | 11/4/2021 | Chris Lucas | 7/30/2013 | Email from Theranos to Shareholders re Theranos | THER-2601298 | THER-2601298 |
| 5096 | 9/17/2021 | Surekha Gangakhedkar | 8/6/2013 | Email From Sharada Sivaraman; To: Karen Shaw; Subject: Protocols with low sample volume | THPFM0000254600 | THPFM0000254600 |
| 5100 | 9/17/2021 | Surekha Gangakhedkar | 8/15/2013 | Email From Sharada Sivaraman; To: Surekha Gangakhedkar; Subject: 3.5 data from last night's runs: new laser cut parts, revised protocol and no label cartirdes | TS-1135782 | TS-1135785 |
| 5106 | 9/17/2021 | Surekha Gangakhedkar | 8/22/2013 | Email From Sharada Sivaraman; To: Daniel Young, Elizabeth Holmes; Subject: 3.0 cartridge failure report for ACE-011 with attachment | THER-4718700 | THER-4718701 |
| 5126 | 12/7/2021 | Elizabeth Holmes | 10/22/2013 | Email from D. Young to E. Holmes and S. Balwani re CLIA Updates | THPFM0001463775 | THPFM0001463777 |
| 5127 | 12/7/2021 | Elizabeth Holmes | 10/22/2013 | Email from D. Young to E. Holmes re Tests in CLIA lab with attachment | THPFM0002410261 | THPFM0002410264 |
| 5141 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 12/8/2013 | Email from D. Yam to V. Hintz, cc E. Holmes, re 409A Valuation Report with attachment | THPFM0003104510 | THPFM0003104579 |
| 5143 | 11/4/2021 | Chris Lucas | 12/17/2013 | Email from Theranos to A. Quintana, C. Lucas re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13 with attachments | THPFM0000849634 | THPFM0000849636 |
| 5144 | 11/4/2021 | Chris Lucas | 12/19/2013 | Leona Garriott Email to Elizabeth Holmes re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13 with attachment | THPFM0000801682 | THPFM0000801687 |
| 5172 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 8/15/2014 | Theranos Cash Balance native spreadsheet | SEC-USAO2-EPROD-000204407 | SEC-USAO2-EPROD-000204407 |

SER-271

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 5190 | 9/14/2021 | So Han Spivey (a.ka. Danise Yam) | 12/31/2014 | Email from D. Yam to E. Holmes & S. Balwani re 409A report with attachment | THPFM0002104422 | THPFM0002104518 |
| 5206 | 9/14/2021 | So Han Spivey (a.ka. Danise Yam) | 4/7/2015 | Email from D. Yam to E. Holmes & S. Balwani re Theranos: 409A valuation analysis - March 25, 2015 valuation date with attachments | TS-1078549 | TS-1078647 |
| 5219 | 9/14/2021 | So Han Spivey (a.ka. Danise Yam) | 8/29/2015 | Email from D. Yam to KPMG re Question Log 8/28/15 with attachments | THPFM0000402344 | THPFM0000402354 |
| 5254 | 11/30/2021 | Elizabeth Holmes | 1/28/2016 | Email from Brooke Buchanan to Elizabeth Holmes | THPFM0000318491 | THPFM0000318491 |
| 5338 | 9/17/2021 | Surekha Gangakhedkar | 8/4/2013 | Email from Sharada Sivaraman to Daniel Young re Plan for ELISA LDT validation with attachment | THPFM0003795749 | THPFM0003795769 |
| 5387A | 9/28/2021 | Adam Rosendorff | | Text/ Skype messages between Holmes and Balwani | PRH_0000073 & PRH_0000095 | PRH_0000073 & PRH_0000095 |
| 5387B | 9/22/2021 | Justin Offen | | Text/ Skype messages between Holmes and Balwani | PRH_0000031 | PRH_0000342 (select pages within bates range) |
| 5387C | 10/14/2021 | Nimesh Jhaveri | | Text/ Skype messages between Holmes and Balwani | PRH_0000001 | PRH_0000449 (select pages within bates range) |
| 5387D | 9/22/2021 10/20/2021 | Justin Offen | | Text/ Skype messages between Holmes and Balwani | PRH_0000008 | PRH_0000439 (select pages within bates range) |
| 5387E | 11/29/2021 | Elizabeth Holmes | | Text/ Skype messages between Holmes and Balwani | PRH_0000001 | PRH_0000449 (select pages within bates range) |
| 5387F | 11/29/2021 | Elizabeth Holmes | | Text/ Skype messages between Holmes and Balwani | PRH_0000001 | PRH_0000449 (select pages within bates range) |
| 5387G | 11/30/2021 | Elizabeth Holmes | | Text/ Skype messages between Holmes and Balwani | PRH_0000001 | PRH_0000449 (select pages within bates range) |
| 5388 | 9/14/2021 | Erika Cheung | | Photo: Edison Device | US-REPORTS-0035936 | US-REPORTS-0035936 |
| 5389 | 9/14/2021 | Erika Cheung | | Photo: Siemens Advia 1800 Device | US-REPORTS-0035935 | US-REPORTS-0035935 |
| 5397 | 9/24/2021 | Adam Rosendorff | 11/4/2014 | Email From Adam Rosendorff; To: Adam Rosendorff; Subject: Redraw Request | THPFM0005008054 | THPFM0005008054 |
| 5404 | 9/22/2021 | James Mattis | 11/20/2011 | Email From Elizabeth Holmes; To: General Mattis; Subject: Note for General Mattis in follow up to last night's dinner at George Schultz's house | THPFM0000416467 | THPFM0000416472 |
| 5407 | 9/22/2021 | James Mattis | 9/8/2013 | Email From: Elizabeth Hollmes; To: Jim Mattis; Subject: Theranos | THPFM0000853469 | THPFM0000853470 |
| 5408 | 9/22/2021 | James Mattis | 8/1/2015 | Email To Board Members and Elizabeth Holmes; From Heather King; Subject: Press Inquiries | SEC-FRISTW-E-0000064 | SEC-FRISTW-E-0000064 |
| 5409 | 9/22/2021 | James Mattis | 3/27/2013 | Email From Elizabeth Holmes; To: James Mattis | THPFM00005856642 | THPFM00005856643 |
| 5410 | 9/21/2021 | Audra Zachman | 9/30/2014 | Lab Result Report: B.G. | LINNERSON-000382 | LINNERSON-000382 |
| 5411 | 9/21/2021 | Audra Zachman | 10/10/2014 | Lab Result Report: B.G. | LINNERSON-000378 | LINNERSON-000378 |
| 5412 | 9/21/2021 | Audra Zachman | 4/9/2018 | A. Zachman Email to S. Linnerson re Theranos - following up 1 | LINNERSON-001006 | LINNERSON-001006 |

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 19 of 191

SER-272

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 5413 | 10/19/2021 | Daniel Edlin | 7/29/2014 | Email From Christian Holmes To: Max Fosque; Subject: Patient requesting physician call regarding lab results | THPFM0000019670 | THPFM0000019673 |
| 5414 | 9/29/2021 | Victoria Sung | 4/1/2010 | C. Balkenhol Email to V. Sung re Celgene Clinical Trial - PD marker development | N/A | N/A |
| 5416 | 9/29/2021 | Victoria Sung | 3/5/2012 | E. Holmes Email to V. Sung et al. re For our discussion this morning | N/A | N/A |
| 5417 | 10/6/2021 | Adam Rosendorff | 7/19/2014 | S. Balwani Email to N. Menchel and E. Holmes re Physician questioning results | THPFM0000289042 | THPFM0000289046 |
| 5418 | 10/5/2021 | Adam Rosendorff | 6/5/2014 | Email from S. Balwani to E. Holmes re hCG testing | TS-0902821 | TS-0902822 |
| 5419 | 10/5/2021 | Adam Rosendorff | 6/5/2014 | Email from S. Balwani to C. Pangarkar and D. Young re hCG testing | THPFM0000277962 | THPFM0000277963 |
| 5420 | 10/5/2021 | Adam Rosendorff | 6/13/2014 | C. Holmes Email to D. Young re hcg deals in lab | THPFM0000019522 | THPFM0000019523 |
| 5421 | 10/5/2021 | Adam Rosendorff | 6/25/2014 | L. Gee Email to S. Balwani and A. Rosendorff re Instrument bring up | THPFM0001887710 | THPFM0001887710 |
| 5422 | 10/5/2021 | Adam Rosendorff | 6/28/2014 | L. Gee Email to S. Balwani and A. Rosendorff re Instrument bring up | THPFM0002135888 | THPFM0002135888 |
| 5426 | 10/6/2021 | Steve Burd | 8/18/2011 | Email from B. Gordon to E. Holmes, S. Burd and L. Donald re Theranos - Equity Purchase Procedure with attachment | SWYSEC_000001630 | SWYSEC_000001632 |
| 5428 | 10/14/2021 | Robert Amenta | 8/3/2015 | Fedwire Funds Message | FEDWIRE-000003 | FEDWIRE-000003 |
| 5432 | 10/26/2021 | Lisa Peterson | 9/26/2014 | Email From Jerry Tubergen; To: Elizabeth Holmes; Subject: Confidential Disclosure Agreement | TS-0001715 | TS-0001715 |
| 5435 | 10/19/2021 | Daniel Edlin | 10/14/2014 | Email From Elizabeth Holmes; To: Daniel Edlin; RE: AFRICOM: Temperature Data, Correlation Slides, Theranos Overview Information Previously Sent | THPFM0000842906 | THPFM0000842910 |
| 5438 | 10/19/2021 | Daniel Edlin | 8/30/2013 | Email From Daniel Edlin; To: Elizabeth Holmes; Subject: Analyte Decay Graph for .COM - Feedback needed tonight | THPFM0000068108 | THPFM0000068109 |
| 5441 | 11/16/2021 | Brian Grossman | 1/29/2014 | Email From Brian Grossman to Adam Clammer with attachment | PFM-DEPO-00011495 | PFM-DEPO-00011546 |
| 5444 | 11/4/2021 | Chris Lucas | 12/28/2013 | Email To: Christopher B. Lucas; From: Elizabeth Holmes; Subject: BDV Investment | THPFM0001457571 | THPFM0001457573 |
| 5446 | 11/4/2021 | Chris Lucas | 12/20/2013 | Email From Chistopher Lucas; To: Elizabeth Holmes; Subject: Liquidation Preference Question | THPFM0004723626 | THPFM0004723628 |
| 5447 | 11/4/2021 | Chris Lucas | 12/31/2013 | Email From Theranos To: Danise Yam; Subject: Theranos Stockholder - Black Diamond Ventures' Participation in Series C-1 Stock Financing with attachment | THPFM0000848968 | THPFM0000848977 |

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 20 of 191

SER-273

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 5448 | 11/4/2021 | Chris Lucas | 1/21/2014 | Email From Theranos; To: Ana; Subject: Theranos Stockholder - Black Diamond Ventures' Participation in Series C-2 Stock Financing with attachment | THPFM0000848373 | THPFM0000848449 |
| 5454 | 11/16/2021 | So Han Spivey (a.k.a. Danise Yam) | 7/25/2015 | D. Yam Email to E. Holmes and S. Balwani re Horizon Media with attachment | TS-0780690 | TS-0780694 |
| 5473A | 11/18/2021 | Roger Parloff | 5/12/2014 | Excerpt: Parloff Audio: 5/12/14-002 (07:50-10:07) | | |
| 5473B2 | 11/18/2021 | Roger Parloff | 5/12/2014 | Excerpt Parloff Audio: 4/10/2014 (05:54- 07:41) | | |
| 5473C | 11/18/2021 | Roger Parloff | 5/12/2014 | Excerpt:Parloff Audio: 5/12/14-002 (01:08:02-01:10:06) | | |
| 5473D2 | 11/18/2021 | Roger Parloff | 5/12/2014 | Excerpt: Parloff Audio: 5/12/14-002 (01:19:45-01:20:25) | | |
| 5474AB2 | 11/18/2021 | Roger Parloff | 5/21/2014 | Excerpt: Parloff Audio: 5/12/14-002 (07:50-10:07); (16:34-17:35) | | |
| 5475A | 11/18/2021 | Roger Parloff | 4/8/2014 | Excerpt Parloff Audio: 4/8/14-003 1:34:34-1:36:53) | | |
| 5477A | 11/18/2021 | Roger Parloff | 2/2/2015 | Excerpt Parloff Audio: 2/2/15-(005 0:04-0:47) | | |
| 5478A2 | 11/18/2021 | Roger Parloff | 4/7/2014 | Excerpt Parloff Audio: 4/7/14-002 (46:40-49:17) | | |
| 5480A | 11/18/2021 | Roger Parloff | 4/10/2014 | Excerpt Parloff Audio: 4/10/2014 (05:54- 07:41) | | |
| 5481A | 11/18/2021 | Roger Parloff | 7/1/2015 | Excerpt Parloff Audio: 7/1/2015-0002 (30:50-34:05) | | |
| 5481B | 11/18/2021 | Roger Parloff | 7/1/2015 | Excerpt Parloff Audio: 7/1/2015-0002 (36:05-36:34) | | |
| 5481C | 11/18/2021 | Roger Parloff | 7/1/2015 | Excerpt Parloff Audio: 7/1/2015-0002 (37:27-40:15) | | |
| 5481D | 11/18/2021 | Roger Parloff | 7/1/2015 | Excerpt Parloff Audio: 7/1/2015-0002 | | |
| 5483 | 11/17/2021 | Erin Tompkins | 5/11/2015 | E.T. Lab Results | ET-000001 | ET-000003 |
| 5484 | 11/17/2021 | Erin Tompkins | 8/10/2021 | E.T. Lab Results | ET-000004 | ET-000004 |
| 5485 | 11/18/2021 | Roger Parloff | 4/4/2014 | Email From Elizabeth Holmes; To: Roger Parloff; Subject: Followup | THER-0270035 | THER-0270036 |
| 5486 | 11/18/2021 | Roger Parloff | 6/1/2014 | Email From Elizabeth Holmes To: Roger Parloff | THPFM0004785193 | THPFM0004785195 |
| 5487 | 11/18/2021 | Roger Parloff | 5/28/2014 | Email From Elizabeth Holmes; To: Roger Parloff; Subject: Theranos - clinical background (1 of 3) | THPFM0001372115 | THPFM0001372118 |
| 5488 | 11/18/2021 | Roger Parloff | 6/6/2014 | Email From Roger Parloff; To: Elizabeth Holmes; Subject: Additional Follow Up Items | THER-0280556 | THER-0280561 |

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 5512 | 11/30/2021 | Elizabeth Holmes | | Photo of S. Balwani and E. Holmes house | EH_TRIAL-000001 | EH_TRIAL-000002 |
| 5536 | 12/7/2021 | Elizabeth Holmes | 6/28/2013 | S. Balwani Email to E. Holmes re Safeway/Theranos - Meeting 6-26-13 with attachment | TS-0902628 | TS-0902633 |
| 5537 | 11/30/2021 | Elizabeth Holmes | 6/1/2014 | E. Holmes Email to D. Edlin re Roger Parloff - aggregated action items (with attachment) | THPFM0001374363 | THPFM0001374390 |
| 5538 | 11/30/2021 | Elizabeth Holmes | 6/1/2014 | E. Holmes Email to D. Edlin re Roger Parloff - aggregated action items (with attachment) | THPFM0001374391 | THPFM0001374422 |
| 5541 | 11/30/2021 | Elizabeth Holmes | 5/21/2013 | S. Balwani Email to E. Holmes and C. Holmes re chiat day | THPFM0000809225 | THPFM0000809226 |
| 5609 | 12/7/2021 | Elizabeth Holmes | 7/11/2013 | Native PPT Attachment to TX 5623: Theranos - Alliance Boots Presentaiton | N/A | N/A |
| 5611 | 12/7/2021 | Elizabeth Holmes | 7/9/2013 | W. Westrick Email to D. Young | THPFM0000068447 | THPFM0000068448 |
| 5623 | 12/7/2021 | Elizabeth Holmes | 7/11/2013 | C. Holmes Email to E. Holmes and S. Balwani re Deck for Boots meeting tomorrow (native ppt attachment is TX 5609) | THPFM0000264928 | THPFM0000264928 |
| 5635 | 12/7/2021 | Elizabeth Holmes | 11/11/2015 | L. Durkin Email to E. Holmes and P. Williams re Charter Estimate - Naples | THPFM0000817342 | THPFM0000817343 |
| 5645 | 11/30/2021 | Elizabeth Holmes | | S. Balwani Draft Response Email to T. Shultz | THPFM0002089534 | THPFM0002089548 |
| 5646 | 11/30/2021 | Elizabeth Holmes | 9/26/2013 | S. Balwani Email to E. Holmes | THPFM0000805260 | THPFM0000805260 |
| 5652 | 11/30/2021 | Elizabeth Holmes | 7/22/2013 | Operating Agreement of HMFR LLC | SEC-EMAIL-0455 | SEC-EMAIL-0458 |
| 5663 | 11/30/2021 | Elizabeth Holmes | 8/15/2014 | S. Balwani Email to E. Holmes re Thoughts and Goals | THER-AZ-03870743 | THER-AZ-03870743 |
| 5704 | 11/30/2021 | Elizabeth Holmes | 9/8/2015 | E. Holmes Email to R. Murdoch | THPFM0003110281 | THPFM0003110281 |
| 5727 | 12/7/2021 | Elizabeth Holmes | 6/12/2014 | Theranos Email to Shareholders re Theranos | THPFM0000669238 | THPFM0000669242 |
| 5728 | 12/7/2021 | Elizabeth Holmes | | Exemplary Reports From Pharmaceutical Partners | KRM_SEC 00000295 | KRM_SEC 00000348 |
| 5730 | 12/7/2021 | Elizabeth Holmes | 10/24/2014 | B. Foege Email to E. Holmes re Thank you & follow up | FOEGE_THERANOS_0001298 | FOEGE_THERANOS_0001299 |
| 5731 | 12/7/2021 | Elizabeth Holmes | 10/7/2014 | E. Holmes Email to B. Foege | FOEGE_THERANOS_0002181 | FOEGE_THERANOS_0002181 |
| 5733 | 12/7/2021 | Elizabeth Holmes | 9/29/2014 | E. Holmes Email to G. Roughead re Theranos Call | ROUGHEAD_THERANOS_0001422 | ROUGHEAD_THERANOS_0001424 |
| 7051 | 11/19/2021 | Elizabeth Holmes | 9/11/2003 | US Prov. App. 60/501,847 | HOLMES0018289 | HOLMES0018319 |
| 7079 | 11/2/2021 | Constance Cullen | 4/15/2009 | E. Holmes Email to J. McLeod and C. Cullen re Follow up (with attachments) | HOLMES000350 | HOLMES000364 |
| 7087 | 11/22/2021 | Elizabeth Holmes | 10/27/2009 | E. Holmes Email to C. Robertson re Meeting | HOLMES0015426 | HOLMES0015426 |

SER-275

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 7091 | 9/14/2021 | So Han Spivey (a.ka. Danise Yam) | 12/10/2009 | M. Thibonnier Email to C. Balkenhol et al. re ABA RESCUE Trial (UNCLASSIFIED) (with attachment) | THER-2548270 | THER-2548302 |
| 7096 | 11/22/2021 | Elizabeth Holmes | 1/20/2010 | I. Gibbons Email to E. Holmes, S. Balwani, and C. Balkenhol re New technology to expand our system capability | HOLMES0015318 | HOLMES0015318 |
| 7098 | 11/22/2021 | Elizabeth Holmes | 2/18/2010 | I. Gibbons Email to S. Balwani, E. Holmes, and G. Frenzel re System 4.0 PPT (with attachment) | HOLMES0015024 | HOLMES0015135 |
| 7100 | 11/23/2021 | Elizabeth Holmes | 2/22/2010 | I. Gibbons Email to E. Holmes, S. Balwani, and G. Frenzel re System 4.0 PPT (with native attachment) | HOLMES0015021 | HOLMES0015023 |
| 7104 | 10/12/2021 | Steve Burd | 4/22/2010 | B. Wolfsen Email to E. Holmes et al. re Request to Share Information with Outside Counsel | HOLMES000159 | HOLMES000161 |
| 7109 | 11/23/2021 | Elizabeth Holmes | 6/1/2010 | E. Holmes Email to I. Gibbons et al. re Assay integrity (with native attachment) | THER-6175380 | THER-6175381 |
| 7117 | 11/23/2021 | Elizabeth Holmes | 7/20/2010 | E. Holmes Email to G. Kunstman et al. re Update MPA (with attachment) | TS-0926172 | TS-0926206 |
| 7120 | 11/23/2021 | Elizabeth Holmes | 8/2/2010 | E. Holmes Email to D. Young re test lists | TS-0974509 | TS-0974509 |
| 7129 | 11/29/2021 | Elizabeth Holmes | 9/6/2010 | R. Van Den Hooff Email to S. Balwani et al. re Kickoff - Demo | HOLMES0015166 | HOLMES0015166 |
| 7137 | 11/23/2021 | Elizabeth Holmes | 11/2/2010 | D. Young Email to E. Holmes and S. Balwani re test list for WAG (with attachment) | TS-0975012 | TS-0975017 |
| 7161 | 11/22/2021 | Elizabeth Holmes | 3/11/2011 | T. Nugent Email to E. Holmes re heres the actual abstract and citation so you don't have to dig around, I highlighted the statement in yellow. Its from 2006 so its not that old | HOLMES0015269 | HOLMES0015269 |
| 7174 | 11/23/2021 | Elizabeth Holmes | 5/24/2011 | S. Burd Email to E. Holmes re Mini-Lab Design (with attachments) | HOLMES000415 | HOLMES000417 |
| 7190 | 10/12/2021 | Steve Burd | 7/13/2011 | S. Burd Email to R. Jurgens and E. Holmes re Meeting of July 11 | HOLMES0015180 | HOLMES0015180 |
| 7196 | 10/12/2021 | Steve Burd | 7/28/2011 | E. Holmes Email to S. Balwani re Plan Launch | TS-0937167 | TS-0937168 |
| 7202 | 9/21/2021 | Surekha Gangakhedkar | 8/23/2011 | S. Gangakhedkar Email to E. Holmes re Assays (with native attachment) | THER-4688760 | THER-4688762 |
| 7215 | 9/21/2021 | Surekha Gangakhedkar | 11/14/2011 | S. Gangakhedkar Email to A. Dinh et al. re Agenda for ELISA meeting: 11/15/2011 @ 3 PM - Fibonacci | HOLMES0015471 | HOLMES0015471 |
| 7216 | 9/21/2021 | Surekha Gangakhedkar | 11/17/2011 | E. Holmes Email to S. Gangakhedkar and D. Young re DoD meeting tomorrow. | HOLMES0015356 | HOLMES0015357 |
| 7217 | 10/20/2021 | Daniel Edlin | 11/17/2011 | E. Holmes Email to C. Pangarkar et al. re DoD meeting tomorrow | TS-0376477 | TS-0376478 |
| 7222 | 11/23/2021 | Elizabeth Holmes | 1/3/2012 | D. Young Email to E. Holmes et al. re Colorimetry assays time breakdowns (with native attachment) | HOLMES0015260 | HOLMES0015261 |

SER-276

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 23 of 191

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 7228 | 11/29/2021 | Elizabeth Holmes | 1/26/2012 | A. Gelb Email to E. Holmes, S. Balwani and D. Young re CMS-2567 Examiner's Report (with attachment) | THPFM0000292334 | THPFM0000292335 |
| 7230 | 11/23/2021 | Elizabeth Holmes | 2/16/2012 | D. Young Email to E. Holmes and S. Balwani re Follow up on data for CMS (with native attachment) | THER-4213850 | THER-4213852 |
| 7239 | 11/23/2021 | Elizabeth Holmes | 6/21/2012 | C. Pangarkar Email to E. Holmes, D. Young, and D. Edlin re Cytometry assay development reports | HOLMES0015020 | HOLMES0015020 |
| 7243 | 10/20/2021 | Daniel Edlin | 8/1/2012 | E. Holmes Email to D. Young and D. Edlin re Minilab | HOLMES0015232 | HOLMES0015232 |
| 7244 | 10/20/2021 | Daniel Edlin | 8/2/2012 | T. Nugent Email to S. Balwani et al. re Mens' health cartridge demo on 7.16 in Chicago | HOLMES0015136 | HOLMES0015137 |
| 7250 | 11/23/2021 | Elizabeth Holmes | 9/12/2012 | E. Holmes Email S. Burd re Poor Lab Service | HOLMES0015175 | HOLMES0015176 |
| 7264 | 11/23/2021 | Elizabeth Holmes | 10/23/2012 | E. Holmes Email to D. Young and S. Anekal | HOLMES0015363 | HOLMES0015363 |
| 7272 | 11/23/2021 | Elizabeth Holmes | 1/21/2013 | T. Kemp Email to S. Balwani et al. re Possible minilab culsters in 3200 (with PDF and native attachment) | THPFM0003799709 | THPFM0003799712 |
| 7282 | 11/29/2021 | Elizabeth Holmes | 4/4/2013 | S. Balwani Email to C. Nguyen, E. Holmes, et al. re Congratulations | HOLMES0015172 | HOLMES0015172 |
| 7286 | 11/23/2021 | Elizabeth Holmes | 4/21/2013 | D. Young Email to S. Balwani and E. Holmes re assays for FDA filing | HOLMES0015156 | HOLMES0015157 |
| 7297 | 9/21/2021 | Surekha Gangakhedkar | 6/28/2013 | S. Gangakhedkar Email to E. Holmes re ELISA update (with native attachment) | THPFM0003704501 | THPFM0003704502 |
| 7312 | 10/13/2021 | Wade Miquelon | 8/7/2013 | E. Holmes Email to W. Miquelon and S. Balwani re Final National Roll Out Plan (with native attachment) | TS-0766856 | TS-0766858 |
| 7314 | 11/23/2021 | Elizabeth Holmes | 8/19/2013 | D. Young Email to E. Holmes and S. Balwani re test launch list (with native attachment) | THPFM0003799101 | THPFM0003799103 |
| 7315 | 11/23/2021 | Elizabeth Holmes | 8/20/2013 | P. Patel Email to E. Holmes et al. re Assay status as of Aug 20th.xlsx (with native attachment) | HOLMES0015138 | HOLMES0015139 |
| 7338 | 9/28/2021 | Adam Rosendorff | 10/21/2013 | M. Fosque Email to D. Young and N. Menchel re Clia testing (with native  attachment) | THPFM0004129904 | THPFM0004129906 |
| 7353 | 11/16/2021 | Brian Grossman | 11/1/2013 | V. Khanna Email to B. Grossman and A. Rabodzey | PFM-DEPO-00013610 | PFM-DEPO-00013610 |
| 7354 | 11/16/2021 | Brian Grossman | 11/1/2013 | C. James Email to B. Grossman | PFM-SEC v. Balwani-0042349 | PFM-SEC v. Balwani-0042349 |
| 7358 | 11/16/2021 | Brian Grossman | 11/18/2013 | B. Grossman Email to V. Khanna and A. Rabodzey re Is this something we should work up on the private side? | PFM-SEC v. Balwani-0011041 | PFM-SEC v. Balwani-0011041 |
| 7363 | 11/29/2021 | Elizabeth Holmes | 11/28/2013 | S. Saksena Email to E. Holmes, S. Balwani, et al. re ELISA preparation for CLIA Audit Status | HOLMES0015152 | HOLMES0015153 |

SER-277

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 24 of 191

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 7365 | 10/20/2021 | Daniel Edlin | 11/28/2013 | J. Blickman Email to E. Holmes et al. re .COM Backlog (11/27) | THPFM0004201874 | THPFM0004201876 |
| 7366 | 11/4/2021 | Chris Lucas | 12/29/13 | A. Quintana Email re *IMPORTANT UPDATE_PLEASE REVIEW*BDV XII-B, LLC \| Theranos Series C-1 Stock Financing+Disclosures/Acknowledgement Documents (with attachments) | BD000002 | BD000069 |
| 7368 | 11/29/2021 | Elizabeth Holmes | 12/4/2013 | D. Young Email to E. Holmes and S. Balwani re  CLIA Laboratory Audit 12_3_2013.docx (with attachment) | THPFM0003794427 | THPFM0003794430 |
| 7376 | 11/16/2021 | Brian Grossman | 12/20/2013 | V. Khanna Email to B. Grossman and A. Rabodzey re theranos-comments on WAG call | THER-AZ-06152861 | THER-AZ-06152861 |
| 7378 | 11/16/2021 | Brian Grossman | 12/24/2013 | A. Rabodzey Email to V. Khanna and B. Grossman re Theranos | PFM-SEC-00002156 | PFM-SEC-00002156 |
| 7380 | 11/23/2021 | Elizabeth Holmes | 12/27/2013 | S. Hojvat Email to E. Holmes et al. re December PreSub from Theranos (with attachment) | TS-0536100 | TS-0536276 |
| 7383 | 10/13/2021 | Wade Miquelon | 1/1/2014 | M. Vainisi Email to G. Wasson et al. re Theranos | WAG-AZ-LITIG-001015 | WAG-AZ-LITIG-001016 |
| 7390 | 11/16/2021 | Brian Grossman | 1/10/2014 | B. Grossman Email to A. Rabodzey | PFM-SEC v. Balwani-0029632 | PFM-SEC v. Balwani-0029632 |
| 7391 | 11/17/2021 | Brian Grossman | 1/12/2014 | V. Khanna Email to B. Grossman et al. re Theranos | PFM-SEC v. Balwani-0026211 | PFM-SEC v. Balwani-0026212 |
| 7398 | 11/17/2021 | Brian Grossman | 1/18/2014 | D. Brady Email to B. Grossman re Company | PFM-SEC v. Balwani-0008692 | PFM-SEC v. Balwani-0008692 |
| 7399 | 11/17/2021 | Brian Grossman | 1/21/2014 | A. Rabodzey Email to B. Grossman et al. re Theranos | HOLMES0018229 | HOLMES0018229 |
| 7400 | 11/17/2021 | Brian Grossman | 1/23/2014 | S. Smith Email to V. Khanna re AR/VK: Dr. Anand Akerkar, PhD [Laboratory Developed Tests] | PFM-SEC v. Balwani-0022612 | PFM-SEC v. Balwani-0022612 |
| 7403 | 11/17/2021 | Brian Grossman | 1/24/2014 | A. Rabodzey Email to B. Grossman and V. Khanna re Theranos (with attachments) | PFM-SEC v. Balwani-0007652 | PFM-SEC v. Balwani-0007763 |
| 7411 | 11/17/2021 | Brian Grossman | 1/30/2014 | A. Rabodzey Email to K. Summe et al. re Final version of the Theranos presentation attached (with attachment) | | |
| 7421 | 11/29/2021 | Elizabeth Holmes | 2/26/2014 | D. Young Email to E. Holmes and S. Balwani re syphilis validation | THPFM0000798749 | THPFM0000798752 |
| 7434 | 11/29/2021 | Elizabeth Holmes | 4/12/2014 | E. Holmes Email to S. Balwani and D. Young re Follow up to previous discussion | THPFM0000847005 | THPFM0000847010 |
| 7439 | 12/7/2021 | Elizabeth Holmes | 4/14/2014 | D. Young Email to S. Balwani and E. Holmes re new draft of my response…. (with attachment) | THPFM0003794762 | THPFM0003794778 |
| 7440 | 10/1/2021 | Adam Rosendorff | 4/17/2014 | M. Pandori Email to S. Balwani and A. Rosendorff re slides pt, aap (with native attachment) | THPFM0001788298 | THPFM0001788299 |
| 7454 | 10/14/2021 | Nimesh Jhaveri | 6/13/2014 | N. Jhaveri Email to E. Holmes re Fortune Cover | THPFM0000793143 | THPFM0000793144 |

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 25 of 191

SER-278

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 7462 | 10/1/2021 | Adam Rosendorff | 7/19/2014 | S. Balwani Email to A. Rosendorff re Physician questioning results | THPFM0002135584 | THPFM0002135588 |
| 7469 | 11/29/2021 | Elizabeth Holmes | 8/14/2014 | J. Rosan Email to S. Balwani and E. Holmes re Demo schedule underway, just did labs at Theranos in Palo Alto | THPFM0000790642 | THPFM0000790642 |
| 7471 | 10/14/2021 | Nimesh Jhaveri | 9/6/2014 | N. Jhaveri Email to E. Holmes re Disruptive Women to Watch | THPFM0000884807 | THPFM0000884810 |
| 7476 | 12/8/2021 | Elizabeth Holmes | 10/1/2014 | J. Blickman Email to S. Balwani, E. Holmes, et al. re Experience Survey Results (Sept) (with attachment) | THPFM0000815770 | THPFM0000815781 |
| 7482 | 10/1/2021 | Adam Rosendorff | 10/9/2014 | S. Balwani Email to A. Rosendorff and E. Holmes re Please call Dr. Palmer | THPFM0000288403 | THPFM0000288405 |
| 7490 | 10/5/2021 | Adam Rosendorff | 10/27/2014 | S. Balwani Email to A. Rosendorff and E. Holmes re Critical ISEs | THPFM0002133315 | THPFM0002133316 |
| 7494 | 10/1/2021 | Adam Rosendorff | 10/29/2014 | A. Rosendorff Email to A. Rosendorff re IQP/AAP Decisions and Plan Forward (with attachment) | THER-4024596 | THER-4024599 |
| 7514 | 11/29/2021 | Elizabeth Holmes | 2/8/2015 | E. Scheer Email to E. Holmes re Amazing Special Needs Visit (with attachment) | THPFM0000787169 | THPFM0000787171 |
| 7517 | 11/29/2021 | Elizabeth Holmes | 2/13/2015 | iPhone Extraction Report - Notes | HOLMES000127 | HOLMES000128 |
| 7534 | 11/29/2021 | Elizabeth Holmes | 4/5/2015 | iPhone Extraction Report - Notes | HOLMES000131 | HOLMES000133 |
| 7586A | 12/8/2021 | Elizabeth Holmes | 8/23/2015 | R. Karpel Email to E. Holmes and D. Edlin re Updated Guest Quotes & Phlebotomist Anecdotes \| Access | THPFM0003868899 | THPFM0003868899 |
| 7603 | 9/28/2021 | Adam Rosendorff | 10/1/2015 | 42 CFR § 493 ("Laboratory Requirements") | HOLMES000700 | HOLMES000822 |
| 7603A | 9/21/2021 | Surekha Gangakhedkar | 10/1/2015 | 42 CFR § 493.1253 ("Laboratory Requirements") | HOLMES000770 | HOLMES000771 |
| 7618 | 10/13/2021 | Wade Miquelon | 11/7/2015 | W. Miquelon Email to E. Holmes re Personal | HOLMES0015343 | HOLMES0015343 |
| 7622 | 10/13/2021 | Wade Miquelon | 12/1/2015 | W. Miquelon Email to E. Holmes re Thoughts | HOLMES0015342 | HOLMES0015342 |
| 7623 | 11/29/2021 | Elizabeth Holmes | 12/1/2015 | T. Masson Email to R. Karpel and D. Hunt re Very positive guest experience?? | THPFM0001060828 | THPFM0001060829 |
| 7653 | 9/22/2021 | James Mattis | 3/1/2016 | E. Holmes Email to D. Boies et al. re Friday meeting (with attachment) | HAK00002444 | HAK00002447 |
| 7657 | 10/13/2021 | Wade Miquelon | 3/21/2016 | W. Miquelon Email to E. Holmes, W. Wilson, and L. Deitz re Theranos and GCC (with attachments) | THPFM0000428854 | THPFM0000428861 |
| 7673A | 11/29/2021 | Elizabeth Holmes | 8/1/2016 | E. Holmes Presentation - Theranos Science & Technology: The Miniaturization of Laboratory Testing | N/A | N/A |
| 7676 | 10/13/2021 | Wade Miquelon | 8/4/2016 | E. Holmes Email to W. Miquelon re You! | HOLMES0015380 | HOLMES0015380 |
| 7680 | 11/29/2021 | Elizabeth Holmes | 9/9/2016 | C. Robertson Email to S. Anekal, E. Holmes, et al. re TAB | HOLMES0015442 | HOLMES0015443 |
| 7687 | 10/20/2021 | Daniel Edlin | 12/13/2016 | E. Holmes Email to D. Edlin, et al. re TAB | HOLMES0015472 | HOLMES0015473 |

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 26 of 191

SER-279

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 7694 | 10/20/2021 | Daniel Edlin | 2017 | Chung et al., High-volume hemofiltration in adult burn patients with septic shock and acute kidney injury: a multicenter randomized controlled trial, Critical Care 21:289 (2017) | HOLMES000921 | HOLMES000928 |
| 7695 | 11/29/2021 | Elizabeth Holmes | 2017 | Huynh et al., Spectral Analysis Methods Based on Background Subtraction and Curvature Calculation Used in the Detection or Quantification of Hemolysis and Icterus in Blood-derived Clinical Samples, Cureus 9(12) (2017) | HOLMES002096 | HOLMES002122 |
| 7717 | 11/29/2021 | Elizabeth Holmes | 12/20/2017 | Lynch, Evaluation of a miniaturized clinical laboratory system for lipid analysis (UCSF Manuscript sbmission to Clinical Biochemistry) | HOLMES002411 | HOLMES002429 |
| 7718 | 11/29/2021 | Elizabeth Holmes | 2018 | Wesley et al., Expression and characterization of the soluble form of recombinant mature HSV-2 glycoprotein G for use in anti-HSV-2 IgG serodiagnostic immunoassay, J. Virological Methods, 252:65-69 (2018) | HOLMES002148 | HOLMES002152 |
| 7719 | 11/29/2021 | Elizabeth Holmes | 2018 | Nourse, et al. *Engineering of a miniaturized, robotic clinical laboratory*, Bioengineering & Translational Medicine, 3:58-70 (2018) | HOLMES0018276 | HOLMES0018288 |
| 7731 | 11/29/2021 | Elizabeth Holmes | | E. Holmes Handwritten Notes | HOLMES002063 | HOLMES002063 |
| 7734 | 11/29/2021 | Elizabeth Holmes | | S. Balwani Handwritten Notes | HOLMES000075 | HOLMES000077 |
| 7742 | 11/22/2021 | Elizabeth Holmes | 2/24/2009 | S. Hristu Email to E. Holmes and C. Balkenhol re Theranos studies completed to date (with native attachment) | THER-AZ-06111616 | THER-AZ-06111618 |
| 7746 | 11/10/2021 | Kingshuk Das | | Photo: Theranos Device | ONEILL-000019440 | ONEILL-000019440 |
| 7747 | 10/19/2021 | Daniel Edlin | | Photo: Theranos Device | ONEILL-000019431 | ONEILL-000019431 |
| 7751 | 11/23/2021 | Elizabeth Holmes | 10/22/2013 | Theranos Presentation: Overview of Sample Processing Workflow, Prepared for FDA:  Phase I and Phase II of Theranos Business Operations | FDA-PO-5AG-0055698 | FDA-PO-5AG-006698 |
| 7753 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 11/3/2016 | D. Yam Email to J. Gellman, D. Taylor, M. Mugmon re Pharmaceutical payments for milestones --Privilged & Confidential (with PDF and native attachments) | THER-0905721 | THER-0905913 |
| 7755 | 11/23/2021 | Elizabeth Holmes | 9/12/2011 | TBWA / CHIAT / DAY Presentation: Changing The World - Scope, Team & Remuneration Recommendation | HOLMES0018321 | HOLMES0018345 |
| 7761 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 7/15/2014 | D. Yam Email to S. Balwani re BS @ 063014 (with native attachment) | THPFM0004213796 | THPFM0004213797 |
| 9000 | 10/11/2021 | By Stipulation | 6/2013 | A1AT Development Report | THPFM0005688357 | THPFM0005688388 |
| 9002 | 9/21/2021 | Surekha Gangakhedkar | 1/10/2011 | ACE-011 Development Report | THPFM0005688139 | THPFM0005688210 |

SER-280

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 9003 | 10/11/2021 | By Stipulation | 2012 | Acetaminophen Development Report | THPFM0005694637 | THPFM0005694650 |
| 9004 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Acetaminophen Validation Report, CL-RPT-14067 | THPFM0005703984 | THPFM0005703996 |
| 9007 | 9/29/2021 | Adam Rosendorff | 4/7/2014 | Activated Partial Thromboplastin Time (aPTT) Validation Report, CL-RPT-14069 | THPFM0005704245 | THPFM0005704260 |
| 9011 | 10/11/2021 | By Stipulation | 9/26/2012 | AFP Development Report | THPFM0005688328 | THPFM0005688346 |
| 9013 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | Alanine Aminotrasferase (ALT) Validation Report, CL-RPT-14042 | THPFM0005702107 | THPFM0005702122 |
| 9016 | 9/29/2021 | Adam Rosendorff | 9/25/2013 | Albumin Validation Report, CL-RPT-14055 | THPFM0005702123 | THPFM0005702135 |
| 9019 | 10/11/2021 | By Stipulation | | Aldolase Development Report | THPFM0005696099 | THPFM0005696110 |
| 9020 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | Alkaline Phosphatase (ALP) Validation Report, CL-RPT-14036 | THPFM0005702162 | THPFM0005702175 |
| 9026 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Alpha-1 Acid Glycoprotein Validation Report, CL-RPT-145016 | THPFM0005703997 | THPFM0005704008 |
| 9029 | 10/11/2021 | By Stipulation | | Ammonia Development Report | THPFM0005694778 | THPFM0005694784 |
| 9030 | 10/11/2021 | By Stipulation | 2/2013 | Amphetamine Development Report | THPFM0005688427 | THPFM0005688482 |
| 9031 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Amylase Validation Report, CL-RPT-14061 | THPFM0005702176 | THPFM0005702191 |
| 9034 | 10/11/2021 | By Stipulation | 2/10/2012 | ANA Development Report | THPFM0005688805 | THPFM0005688822 |
| 9035 | 10/11/2021 | By Stipulation | 3/11/2013 | Anti-CMV Development Report | THPFM0005689486 | THPFM0005689512 |
| 9036 | 10/11/2021 | By Stipulation | 6/27/2012 | Anti-HAV Development Report | THPFM0005688536 | THPFM0005688560 |
| 9037 | 10/11/2021 | By Stipulation | 6/27/2012 | Anti-HAV IgM Ab Development Report | THPFM0005689532 | THPFM0005689556 |
| 9038 | 10/11/2021 | By Stipulation | 4/12/2012 | Anti-HBc Development Report | THPFM0005688607 | THPFM0005688622 |
| 9039 | 10/11/2021 | By Stipulation | 4/12/2012 | Anti-HBs Development Report | THPFM0005688655 | THPFM0005688671 |
| 9040 | 10/11/2021 | By Stipulation | 9/21/2012 | Anti-RNP Development Report | THPFM0005688851 | THPFM0005688874 |
| 9041 | 10/11/2021 | By Stipulation | 2012 | Anti-Scl70 Development Report | THPFM0005688880 | THPFM0005688891 |
| 9042 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Anti-Streptolysin O (ASO) Validation Report, CL-RPT-145002 | THPFM0005704009 | THPFM0005704020 |
| 9045 | 10/11/2021 | By Stipulation | 3/9/2012 | Anti-Thyroglobulin Ab Development Report | THPFM0005688892 | THPFM0005688924 |
| 9046 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Apolipoprotein A1 (ApoA1) Validation Report, CL-RPT-145000 | THPFM0005704021 | THPFM0005704034 |
| 9048 | 9/29/2021 | Adam Rosendorff | 1/21/2014 | Apolipoprotein B (ApoB) Validation Report, CL-RPT-145001 | THPFM0005704035 | THPFM0005704047 |
| 9052 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | Aspartate Transaminase (AST) Validation Report, CL-RPT-14051 | THPFM0005702192 | THPFM0005702206 |
| 9056 | 10/11/2021 | By Stipulation | 7/2/1905 | BAP Development Report | THPFM0004689025 | THPFM0005689051 |
| 9057 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Beta-2 Microgloblin Validation Report, CL-RPT-145003 | THPFM0005704048 | THPFM0005704061 |
| 9075 | 10/11/2021 | By Stipulation | 6/11/2013 | BNP Development Report | THPFM0005688944 | THPFM0005688981 |
| 9082 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | C02 (Bicarbonate) Validation Report, CL-RPT-14049 | THPFM0005702220 | THPFM0005702234 |
| 9086 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | Calcium Validation Report, CL-RPT-14037 | THPFM0005702250 | THPFM0005702264 |
| 9092 | 10/11/2021 | By Stipulation | 2/6/2012 | Cardiac Tropinin T Development Report | THPFM0005689152 | THPFM0005689209 |
| 9098 | 9/29/2021 | Adam Rosendorff | 9/26/2013 | Chloride Validation Report, CL-RPT-14044 (signed 11/7/2013) | THPFM0005704415 | THPFM0005704427 |

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 28 of 191

SER-281

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 9099 | 9/29/2021 | Adam Rosendorff | 9/26/2013 | Chloride Validation Report, CL-RPT-14044 (signed 3/24/2014) | THPFM0005704401 | THPFM0005704414 |
| 9102 | 9/29/2021 | Adam Rosendorff | 9/25/2013 | Cholesterol Validation Report, CL-RPT-14040 | THPFM0005704566 | THPFM0005704578 |
| 9105 | 9/29/2021 | Adam Rosendorff | 11/15/2013 | Cholinesterase Validation Report, CL-RPT-14069 | THPFM0005704062 | THPFM0005704077 |
| 9108 | 10/11/2021 | By Stipulation | 11/18/2011 | CK-MB Development Report | THPFM0005689444 | THPFM0005689468 |
| 9110 | 9/21/2021 | Surekha Gangakhedkar | | CNTO 5825 Development Report | THPFM0005689236 | THPFM0005689262 |
| 9111 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Complement C3 Validation Report, CL-RPT-145004 | THPFM0005704078 | THPFM0005704088 |
| 9113 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Complement C4 Validation Report, CL-RPT-145005 | THPFM0005704089 | THPFM0005704101 |
| 9119 | 10/11/2021 | By Stipulation | 12/3/2012 | Cotinine - Serum Development Report | THPFM0005689358 | THPFM0005689392 |
| 9120 | 10/11/2021 | By Stipulation | 12/3/2012 | Cotinine - Urine Development Report | THPFM0005689421 | THPFM0005689432 |
| 9121 | 10/11/2021 | By Stipulation | 6/21/2012 | Creatine Kinase (CK) Development Report | THPFM0005407399 | THPFM0005407411 |
| 9123 | 9/29/2021 | Adam Rosendorff | 9/25/2013 | Creatinine Kinase Validation Report, CL-RPT-14046 | THPFM0005702279 | THPFM0005702292 |
| 9126 | 9/29/2021 | Adam Rosendorff | 9/25/2013 | Creatinine Validation Report, CL-RPT-14048 | THPFM0005702293 | THPFM0005702308 |
| 9128 | 10/11/2021 | By Stipulation | 2/28/2008 | CRP Development Report | THPFM0005689052 | THPFM0005689059 |
| 9129 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Cystatin C Validation Report, CL-RPT-145006 | THPFM0005704102 | THPFM0005704112 |
| 9131 | 10/11/2021 | By Stipulation | 11/5/2012 | Dengue Virus IgM Development Report | THPFM0005689571 | THPFM0005689586 |
| 9136 | 10/11/2021 | By Stipulation | 6/2013 | DHEAS Development Report | THPFM0005689598 | THPFM0005689645 |
| 9137 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | Direct Bilirubin Validation Report, CL-RPT-14053 | THPFM0005704113 | THPFM0005704126 |
| 9140 | 10/11/2021 | By Stipulation | | EBV-EA Development Report | THPFM0005689712 | THPFM0005689730 |
| 9141 | 10/11/2021 | By Stipulation | 4/10/2012 | EBV-IgG Development Report | THPFM0005690039 | THPFM0005690061 |
| 9142 | 10/11/2021 | By Stipulation | 09/2012 | ENA - JO-1 Development Report | THPFM0005689743 | THPFM0005689757 |
| 9143 | 10/11/2021 | By Stipulation | 5/18/2012 | ENA - SSA Development Report | THPFM0005689862 | THPFM0005689878 |
| 9144 | 10/11/2021 | By Stipulation | 3/11/2013 | ENA - SSB Development Report | THPFM0005689891 | THPFM0005689913 |
| 9145 | 10/11/2021 | By Stipulation | 3/23/2008 | ENA-78 Development Report | THPFM0005689807 | THPFM0005689822 |
| 9146 | 10/11/2021 | By Stipulation | 6/21/2012 | ENA-SM Development Report | THPFM0005689835 | THPFM0005689849 |
| 9152 | 10/11/2021 | By Stipulation | | Eotaxin Development Report | THPFM0005689976 | THPFM0005689998 |
| 9155 | 9/29/2021 | Adam Rosendorff | 12/19/2013 | Erythrocyte Sedimentation Rate (ESR) Validation Report, CL-RPT-15012 | THPFM0000343101 | THPFM0000343107 |
| 9157 | 10/11/2021 | By Stipulation | 8/20/2010 | Estradiol Development Report | THPFM0005690107 | THPFM0005690131 |
| 9158 | 9/29/2021 | Adam Rosendorff | 8/29/2014 | Estradiol Validation Report, CL-RPT-131221 | THPFM0005699330 | THPFM0005699368 |
| 9160 | 10/11/2021 | By Stipulation | 2/28/2012 | Estriol Development Report | THPFM0005690283 | THPFM0005690326 |
| 9162 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Ethanol Validation Report, CL-RPT-14062 | THPFM0005704127 | THPFM0005704141 |
| 9164 | 10/11/2021 | By Stipulation | 11/6/2012 | Ethyl Glucuronide (EtG) Development Report | THER-3877131 | THER-3877152 |
| 9166 | 9/29/2021 | Adam Rosendorff | 10/23/2013 | Ferritin (FRT) Validation Report, CL-RPT-14038 | THPFM0005704293 | THPFM0005704306 |
| 9167 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Ferritin (FRT) Validation Report, CL-RPT-145007 | THPFM0005704280 | THPFM0005704292 |
| 9169 | 10/11/2021 | By Stipulation | 2/11/2012 | Ferritin Development Report | THPFM0005690351 | THPFM0005690372 |
| 9170 | 10/11/2021 | By Stipulation | 3/2013 | Folate Development Report | THPFM0005690385 | THPFM0005690438 |
| 9174 | 10/11/2021 | By Stipulation | 1/2/2012 | Free Testosterone Development Report | THPFM0005692625 | THPFM0005692647 |
| 9175 | 10/11/2021 | By Stipulation | 7/22/2010 | FSH Development Report | THPFM0005690627 | THPFM0005690643 |
| 9176 | 10/11/2021 | By Stipulation | 4/15/2011 | FT3 Development Report | THPFM0005694174 | THPFM0005694212 |
| 9177 | 10/11/2021 | By Stipulation | 7/5/2011 | FT4 Development Report | THPFM0005693116 | THPFM0005693155 |
| 9193 | 10/11/2021 | By Stipulation | 10/3/2012 | HBsAg - Original Development Report | THPFM0005690823 | THPFM0005690847 |
| 9194 | 10/11/2021 | By Stipulation | 5/22/2010 | hCG - Serum Development Report | THPFM0005691070 | THPFM0005691102 |
| 9195 | 10/11/2021 | By Stipulation | 9/28/2012 | hCG - Urine Development Report | THPFM0005691139 | THPFM0005691156 |

SER-282

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 29 of 191

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 9196 | 9/29/2021 | Adam Rosendorff | 3/19/2014 | hCG Validation Report, CL-RPT-13095 | CMS2-001392 | CMS2-001446 |
| 9201 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | HDL Validation Report, CL-RPT-14052 | THPFM0005702352 | THPFM0005702366 |
| 9204 | 10/11/2021 | By Stipulation | 12/2012 | Helicobacter Pylori IgG Development Report | THPFM0005690869 | THPFM0005690886 |
| 9205 | 10/11/2021 | By Stipulation | 11/30/2010 | Hemoglobin Development Report | THPFM0005695474 | THPFM0005695493 |
| 9208 | 10/11/2021 | By Stipulation | | Hepatitis C Development Report | THPFM0005690912 | THPFM0005690924 |
| 9209 | 10/11/2021 | By Stipulation | 12/9/2011 | Hepatitis C Feasibility Report | THPFM0005690925 | THPFM0005690944 |
| 9211 | 10/11/2021 | By Stipulation | 8/29/2012 | Heterophile Development Report | THPFM0005690946 | THPFM0005690965 |
| 9216 | 10/11/2021 | By Stipulation | | HIV-1 Antibody Development Report | THER-2722724 | THER-2722732 |
| 9219 | 10/11/2021 | By Stipulation | | HIV-1 p24 Development Report | THER-2722715 | THER-2722723 |
| 9221 | 10/11/2021 | By Stipulation | | HIV-2 Assay Development Report | THER-3095995 | THER-3096004 |
| 9227 | 10/11/2021 | By Stipulation | 4/17/2013 | HSV-1 IgG Development Report | THPFM0005688725 | THPFM0005688745 |
| 9229 | 10/11/2021 | By Stipulation | 2/4/2013 | HSV-2 IgG Development Report | THPFM0005688779 | THPFM0005688801 |
| 9233 | 10/11/2021 | By Stipulation | 2/2013 | Human IgD Development Report | THPFM0005691161 | THPFM0005691197 |
| 9234 | 10/11/2021 | By Stipulation | 11/2012 | Human IgG Development Report | THPFM0005691287 | THPFM0005691325 |
| 9235 | 10/11/2021 | By Stipulation | 2/2013 | Human IgM Development Report | THPFM0005691228 | THPFM0005691266 |
| 9236 | 10/11/2021 | By Stipulation | 4/14/2010 | IFNg Development Report | THPFM0005691385 | THPFM0005691387 |
| 9237 | 10/11/2021 | By Stipulation | | Il-10 Feasibility Report | THPFM0005691436 | THPFM0005691483 |
| 9238 | 10/11/2021 | By Stipulation | | IL-12 Feasibility Report | THPFM0005691485 | THPFM0005691509 |
| 9239 | 10/11/2021 | By Stipulation | | IL-8 Feasibility Report | THPFM0005691518 | THPFM0005691560 |
| 9240 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Immunoglobulin A (IgA) Validation Report, CL-RPT-145010 | THPFM0005704142 | THPFM0005704152 |
| 9242 | 10/11/2021 | By Stipulation | 5/1/2013 | Immunoglobulin E Development Report | THPFM0005691585 | THPFM0005691602 |
| 9243 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Immunoglobulin G (IgG) Validation Report, CL-RPT-145011 | THPFM0005704153 | THPFM0005704164 |
| 9245 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Immunoglobulin M (IgM) Validation Report, CL-RPT-145012 | THPFM0005704165 | THPFM0005704177 |
| 9247 | 10/11/2021 | By Stipulation | 11/28/2012 | Influenza A Development Report | THPFM0005691613 | THPFM0005691621 |
| 9250 | 10/11/2021 | By Stipulation | 11/28/2012 | Influenza B Development Report | THPFM0005691655 | THPFM0005691668 |
| 9252 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Inorganic Phosphorus Validation Report, CL-RPT-14057 | THPFM0005704217 | THPFM0005704213 |
| 9260 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Lactate Dehydrogenase (LDH) Validation Report, CL-RPT-14068 | THPFM0005704178 | THPFM0005704192 |
| 9264 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Lactate Validation Report, CL-RPT-14071 | THPFM0005702381 | THPFM0005702396 |
| 9268 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | LDL Validation Report, CL-RPT-14043 | THPFM0005704458 | THPFM0005704471 |
| 9276 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Lipase Validation Report, CL-RPT-14058 | THPFM0005704202 | THPFM0005704216 |
| 9279 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Lithium Validation Report, CL-RPT-14064 | THPFM0005704320 | THPFM0005704332 |
| 9281 | 10/11/2021 | By Stipulation | 11/29/2011 | Luteinizing Hormone Development Report | THPFM0005691703 | THPFM0005691732 |
| 9282 | 10/11/2021 | By Stipulation | 9/12/2011 | Lyme Ab Development Report | THPFM0005691836 | THPFM0005691871 |
| 9284 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Magnesium Validation Report, CL-RPT-14060 | THPFM0005704333 | THPFM0005704347 |
| 9287 | 10/11/2021 | By Stipulation | 7/2/2012 | Marijuana (THC) Assay Development Report | THER-2951191 | THER-2951226 |
| 9289 | 10/11/2021 | By Stipulation | 2/21/2013 | Methadone Development Report | THER-2945390 | THER-2945421 |
| 9298 | 10/11/2021 | By Stipulation | 5/2/2013 | Opiate Development Report | THPFM0005444350 | THPFM0005444379 |
| 9305 | 10/11/2021 | By Stipulation | 9/18/2012 | Parathyroid Hormon (PTH) Development Report | THER-6309801 | THER-6309844 |
| 9306 | 10/11/2021 | By Stipulation | 2/12/2013 | Parvovirus Human IgG Feasibility Report | THPFM0005445024 | THPFM0005445050 |
| 9308 | 10/11/2021 | By Stipulation | 11/20/2012 | Phencyclidine (PCP) Development Report | THER-2681456 | THER-2681484 |
| 9315 | 9/29/2021 | Adam Rosendorff | 9/26/2013 | Potassium Validation Report, CL-RPT-14039 | THPFM0005704472 | THPFM0005704485 |
| 9318 | 10/11/2021 | By Stipulation | | Prealbumin Assay Development Report | THER-3877292 | THER-3877309 |

SER-283

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 9319 | 9/29/2021 | Adam Rosendorff | 1/17/2014 | Pre-Albumin Validation Report, CL-RPT-145013 | THPFM0005704232 | THPFM0005704244 |
| 9321 | 10/11/2021 | By Stipulation | | Progesterone Development Report | THPFM0005691877 | THPFM0005691889 |
| 9322 | 10/11/2021 | By Stipulation | 7/28/2011 | Prolactin Development Report | THPFM0005691958 | THPFM0005691981 |
| 9323 | 9/29/2021 | Adam Rosendorff | 9/9/2014 | Prolactin Validation Report, CL-RPT-131222 | THPFM0005699417 | THPFM0005699464 |
| 9326 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | Protein Validation Report, CL-RPT-14038 | THPFM0005704609 | THPFM0005704623 |
| 9332 | 10/11/2021 | By Stipulation | | RANTES Development Report | THPFM0005692056 | THPFM0005692074 |
| 9334 | 10/11/2021 | By Stipulation | 4/2012 | RF IgA & IgG Development Report | THPFM0005692115 | THPFM0005692149 |
| 9335 | 10/11/2021 | By Stipulation | 9/24/2012 | RF IgM Development Report | THPFM0005692197 | THPFM0005692221 |
| 9339 | 10/11/2021 | By Stipulation | 2/25/2011 | Rubella IgG Development Report | THPFM0005692259 | THPFM0005692283 |
| 9340 | 10/11/2021 | By Stipulation | 10/15/2012 | Rubella IgM Development Report | THPFM0005692309 | THPFM0005692339 |
| 9341 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Salicylate Validation Report, CL-RPT-14065 | THPFM0005704348 | THPFM0005704361 |
| 9346 | 10/11/2021 | By Stipulation | | SHBG - Original Development Report | THPFM0005692382 | THPFM0005692398 |
| 9352 | 9/29/2021 | Adam Rosendorff | 9/26/2013 | Sodium Validation Report, CL-RPT-14045 | THPFM0005704510 | THPFM0005704524 |
| 9357 | 10/11/2021 | By Stipulation | 10/18/2011 | Strep A Development Report | THPFM0005692460 | THPFM0005692486 |
| 9361 | 10/11/2021 | By Stipulation | 10/10/2011 | Syphillis Development Report | THPFM0005692509 | THPFM0005692533 |
| 9362 | 10/11/2021 | By Stipulation | 9/6/2011 | T Uptake Development Report | THPFM0005692841 | THPFM0005692871 |
| 9363 | 10/11/2021 | By Stipulation | 9/26/2012 | T. Cruzi Development Report | THPFM0005692548 | THPFM0005692561 |
| 9364 | 10/11/2021 | By Stipulation | 4/1/2009 | TARC Development Report | THPFM0005692570 | THPFM0005692589 |
| 9365 | 10/11/2021 | By Stipulation | 11/10/2011 | Testosterone Development Report | THPFM0005692665 | THPFM0005692706 |
| 9367 | 10/11/2021 | By Stipulation | | Thyroglobulin Development Report | THPFM0005692825 | THPFM0005692840 |
| 9368 | 9/15/2021 | Erika Cheung | 9/30/2013 | Thyroid Stimulating Hormone (TSH) Validation Report | THPFM0005699598 | THPFM0005699648 |
| 9371 | 10/11/2021 | By Stipulation | 12/10/2008 | TNFa (Tumor Necrosis Factor) Development Validation Report | THPFM0005693375 | THPFM0005693375 |
| 9372 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | Total Bilirubin Validation Report, CL-RPT-14054 | THPFM0005704539 | THPFM0005704553 |
| 9375 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Total Iron Binding Capacity (TIBC) Validation Report, CL-RPT-14070 | THPFM0005704362 | THPFM0005704380 |
| 9378 | 9/29/2021 | Adam Rosendorff | 10/15/2013 | Total Iron Validation Report, CL-RPT-14059 | THPFM0005704579 | THPFM0005704594 |
| 9379 | 10/11/2021 | By Stipulation | | Total PSA Development Report | THPFM0005692042 | THPFM0005692055 |
| 9381 | 9/29/2021 | Adam Rosendorff | 1/10/2014 | Total T4 (Thyroxine) Validation Report, CL-RPT-131119 | THPFM0005699465 | THPFM0005699504 |
| 9382 | 9/29/2021 | Adam Rosendorff | 1/14/2014 | Total Testosterone Validation Report, CL-RPT-131200 | THPFM0005699505 | THPFM0005699553 |
| 9384 | 9/29/2021 | Adam Rosendorff | 1/10/2014 | Total Triiodothyronine Validation Report, CL-RPT-131220 | CMS2-001347 | CMS2-001391 |
| 9386 | 10/11/2021 | By Stipulation | 5/14/2012 | TPO Development Report | THPFM0005692892 | THPFM0005692913 |
| 9387 | 9/15/2021 | Erika Cheung | 9/30/2013 | tPSA (Total Prostate Specific Antigen) Validation Report | THPFM0005699554 | THPFM0005699597 |
| 9389 | 10/11/2021 | By Stipulation | 12/5/2012 | Transferrin (TRF) Development Report | THPFM0005693391 | THPFM0005693421 |
| 9393 | 9/29/2021 | Adam Rosendorff | 9/24/2013 | Triglycerides Validation Report, CL-RPT-14047 | THPFM0005704637 | THPFM0005704649 |
| 9397 | 9/21/2021 | Surekha Gangakhedkar | 4/4/2011 | TSH Development Report | THPFM0005692942 | THPFM0005692990 |
| 9398 | 10/11/2021 | By Stipulation | | TT3  Development Report | THPFM0005694241 | THPFM0005694261 |
| 9399 | 10/11/2021 | By Stipulation | | TT4 Development Report | THPFM0005693353 | THPFM0005693373 |
| 9406 | 10/11/2021 | By Stipulation | | Valproic Acid Development Report | THPFM0005694263 | THPFM0005694284 |

SER-284

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 9407 | 10/11/2021 | By Stipulation | 9/12/2012 | Vancomycin Development Report | THPFM0005694286 | THPFM0005694310 |
| 9408 | 10/11/2021 | By Stipulation | 1/2/2013 | Vitamin B12 Development Report | THPFM0005694397 | THPFM0005694429 |
| 9409 | 9/29/2021 | Adam Rosendorff | 8/5/2014 | Vitamin B12 Validation Report, CL-RPT-131220 | CMS-001520 | CMS-001564 |
| 9412 | 9/15/2021 | Erika Cheung | 9/30/2013 | Vitamin D Validation Report | CMS2-001303 | CMS2-001346 |
| 9414 | 10/11/2021 | By Stipulation | 3/23/2011 | VZV IGG Development Report | THPFM0005694334 | THPFM0005694358 |
| 9415 | 10/11/2021 | By Stipulation | 9/17/2012 | West Nile Development Report | THPFM0005694466 | THPFM0005694480 |
| 9501 | 11/19/2021 | Elizabeth Holmes | 11/6/2007 | USP 7,291,497 | HOLMES006783 | HOLMES006813 |
| 9645 | 9/17/2021 | Erika Cheung | 8/27/2019 | USP 10,391,497 | HOLMES004524 | HOLMES004556 |
| 9649 | 11/23/2021 | Elizabeth Holmes | 9/24/2019 | USP 10,422,806 | HOLMES004682 | HOLMES004745 |
| 9790 | 10/19/2021 | Daniel Edlin | | Photo: Theranos Device | HOLMES001002 | HOLMES001002 |
| 9903 | 9/28/2021 | Adam Rosendorff | 6/9/2011 | Signed CL SOP07001 Refrigerator and Freezer Temperature Monitoring, Rev. A | CMS2-000425 | CMS2-000558 |
| 9907 | 10/5/2021 | Adam Rosendorff | 6/9/2011 | Complaint Investigation and Communication (CL SOP-13002 Rev. A) | THPFM0005663064 | THPFM0005663069 |
| 9909 | 9/17/2021 | Erika Cheung | 6/9/2011 | Corrective and Preventative Action (CL QOP-00008 Rev. A) | THPFM0005663097 | THPFM0005663104 |
| 9910 | 9/28/2021 | Adam Rosendorff | 6/9/2011 | Quality Systems Manual (CL QSM-00001 Rev. A) | THPFM0005663112 | THPFM0005663145 |
| 9915 | 9/28/2021 | Adam Rosendorff | 6/13/2011 | Test Result Reporting (CL SOP-12001 Rev. B) | THPFM0005663054 | THPFM0005663059 |
| 9921 | 9/21/2021 | Surekha Gangakhedkar | 11/4/2011 | Signed CL PLN-14002 Master Validation Plan for ELISA Assays on Theranos Devices, Rev. A | CMS2-154079 | CMS2-154095 |
| 9925 | 9/15/2021 | Erika Cheung | 10/23/2013 | Signed CL SOP-19002 Total 25-OH Vitamin D on Edison 3.5 Theranos System, Rev A | THER-AZ-04013785 | THER-AZ-04013805 |
| 9939 | 10/1/2021 | Adam Rosendorff | 11/26/2013 | Signed CL SOP-00020 Proficiency testing for Theranos Lab-Developed Tests: Edison 3.5 | CMS2-001565 | CMS2-001572 |
| 9941 | 10/15/2021 | Sunil Dhawan | 1/1/2014 | Signed CL SOP-00020 Proficiency testing for Theranos Lab-Developed Tests (Immunoassays), Rev. B | CMS2-001573 | CMS2-001605 |
| 9945 | 9/28/2021 | Adam Rosendorff | 7/28/2014 | Quality Systems Manual (CL QSM-00001 Rev. C) | THPFM0000976541 | THPFM0000976556 |
| 9962 | 10/15/2021 | Sunil Dhawan | 8/25/2015 | Quality Systems Manual (CL QSM-00001 Rev. D) | THPFM0001340805 | THPFM0001340839 |
| 10010 | 10/15/2021 | Sunil Dhawan | 4/23/2016 | Signed CL QOP-00013 Quaility Control, Rev. F | CMS2-001965 | CMS2-001980 |
| 10029 | 9/29/2021 | Adam Rosendorff | 10/13/2014 | Proficiency Testing Reports (American Proficiency Institute) | THPFM0000684650 | THPFM0000684651 |
| 10272 | 9/28/2021 | Adam Rosendorff | 2/9/2013 | Adam Rosendorff Resume | HOLMES000169 | HOLMES000172 |
| 10281 | 9/29/2021 | Adam Rosendorff | 12/20/2013 | Langly Gee Resume | THER-4600039 | THER-4600042 |
| 10290 | 11/10/2021 | Kingshuk Das | 8/12/2015 | Kingshuk Das Resume | THPFM0004521472 | THPFM0004521479 |
| 10312 | 11/19/2021 | Fabrizio Bonanni | 5/5/2016 | Fabrizio Bonanni Resume | HOLMES000383 | HOLMES000387 |
| 10444 | 10/20/2021 | Daniel Edlin | 4/28/2012 | D. Edlin Email to M. Givens re lab visit next week | THER-2549158 | THER-2549159 |

SER-285

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 10446 | 10/20/2021 | Daniel Edlin | 7/28/2012 | D. Edlin Email to M. Givens re SOCAFRICA update | THPFM0000692119 | THPFM0000692120 |
| 10451 | 9/29/2021 | Adam Rosendorff | 5/9/2014 | L. Gee Email to D. Edlin et al. re Updated PT / Audit Renewals since 3/18 (with attachments) | THPFM0004507889 | THPFM0004507921 |
| 10457 | 10/20/2021 | Daniel Edlin | 12/3/2012 | D. Edlin Email to E. Holmes re Approved IRB Protocol for Theranos LOE (with attachments) | THPFM0000144536 | THPFM0000144565 |
| 10462 | 10/19/2021 | Daniel Edlin | 11/9/2012 | E. Coates Email to D. Caruso et al re ABA RESCUE-4th PI meeting new scheduled date/time/location (UNCLASSIFIED) | TS-0329633 | TS-0329635 |
| 10464 | 10/20/2021 | Daniel Edlin | 6/8/2013 | D. Edlin Email to E. Holmes, S. Balwani, and C. Holmes re Updated Presentation Deck Template (with attachment) | THPFM0001473499 | THPFM0001473500 |
| 10466 | 10/20/2021 | Daniel Edlin | 10/14/2012 | D. Edlin Email to S. Gangakhedkar, D. Young, C. Holmes, M. Fosque, S. Balwani, and E. Holmes (with attachment) | THER-2491510 | THER-2491511 |
| 10467 | 10/20/2021 | Daniel Edlin | 9/2/2013 | D. Young Email to J. Blickman and D. Edlin re 3 info-graphic questions for our website | THER-2690829 | THER-2690834 |
| 10468 | 10/20/2021 | Daniel Edlin | 8/30/2013 | E. Holmes Email to D. Young et al. re Analyte Decay Graph for .COM - Feedback needed tonight | HOLMES0018355 | HOLMES0018356 |
| 10469 | 10/20/2021 | Daniel Edlin | 8/30/2013 | D. Edlin Email to E. Holmes, C. Holmes, and J. Blickman re Analyte Decay Graph for .COM - Feedback needed tonight (with attachments) | HOLMES0018357 | HOLMES0018363 |
| 10472 | 10/20/2021 | Daniel Edlin | 2/27/2013 | D. Edlin Email to J. Sommer et al. re ship date update | HOLMES0018369 | HOLMES0018371 |
| 10479 | 9/17/2021 | Erika Cheung | 11/20/2013 | S. Sivaraman Email to D. Crandall et al re Normandy Lab updates | THPFM0003893444 | THPFM0003893445 |
| 10480 | 9/17/2021 | Erika Cheung | 11/27/2013 | J. O'Leary Email to A. Ayer et al re 3.5 Reader Quality Control Test | THER-2980088 | THER-2980088 |
| 10491 | 9/21/2021 | Surekha Gangakhedkar | 6/8/2012 | S. Gangakhedkar Email to J. Chan and E. Holmes re No ELISA Timelines Mtg Tomorrow (with native attachment) | THER-2547644 | THER-2547645 |
| 10492 | 9/21/2021 | Surekha Gangakhedkar | 9/28/2005 | E. Holmes Email to S. Gangakhedkar and H. Li re Great News | HOLMES0018395 | HOLMES0018395 |
| 10493 | 9/21/2021 | Surekha Gangakhedkar | 2/27/2006 | E. Holmes Email to S. Gangakhedkar and I. Gibbons re C-reative Protein Clinical serum correlation | HOLMES0018396 | HOLMES0018396 |
| 10496 | 9/21/2021 | Surekha Gangakhedkar | 1/6/2011 | E. Holmes Email to S. Gangakhedkar re ELISA plans | HOLMES0018398 | HOLMES0018398 |
| 10497 | 9/21/2021 | Surekha Gangakhedkar | 3/23/2011 | S. Gangakhedkar Email to E. Holmes re Assay Timelines (with native attachment) | HOLMES0018399 | HOLMES0018401 |
| 10500 | 9/21/2021 | Surekha Gangakhedkar | 4/17/2011 | K. Gadkar Email to P. Bryan et al. re FINAL REPORT for ACE_011 PK (with attachment) | CEL-0002395 | CEL-0002472 |
| 10503 | 9/21/2021 | Surekha Gangakhedkar | 8/25/2013 | S. Balwani Email to E. Holmes re Immunoassay plan (with attachment) | THPFM0003871278 | THPFM0003871293 |
| 10504 | 10/11/2021 | By Stipulation | | Vitamin D Assay Development Report | THPFM0005687394 | THPFM0005687410 |

SER-286

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 10506 | 9/22/2021 | James Mattis | 10/18/2015 | J. Mattis Email to R. Bechtel, E. Holmes, and D. Boies re Statement from Theranos, 10/16/15 [*EXTERNAL*] | TRPB00008258 | TRPB00008263 |
| 10507 | 9/22/2021 | James Mattis | 7/22/2013 | J. Mattis Email to E. Holmes re Safe Harbor Ltr (with attachment) | TS-0318243 | TS-0318248 |
| 10509 | 9/22/2021 | James Mattis | 7/16/2014 | E. Holmes Email to J. Mattis re Newark Visit | TS-0042924 | TS-0042925 |
| 10510 | 9/22/2021 | James Mattis | 2/12/2015 | E. Holmes Email to J. Mattis re Thoughts on tomorrow / BOD Committee | THPFM0000839964 | THPFM0000839965 |
| 10512 | 9/22/2021 | James Mattis | 3/1/2016 | J. Mattis Email to E. Holmes et al. re Theranos Scientific Meeting 2/28 | THPFM0004700531 | THPFM0004700533 |
| 10516 | 9/22/2021 | James Mattis | 10/8/2013 | Intellectual Property Portfolio Status Report for Meeting of the Board of Directors | THPFM0005414009 | THPFM0005414062 |
| 10520 | 9/22/2021 | James Mattis | 2/1/2014 | Exhibits A & B of General Mattis' Stock Option Agreement | THER-4727733 | THER-4727738 |
| 10521 | 9/21/2021 | Surekha Gangakhedkar | 8/23/2013 | D. Young Outlook Appointment to S. Gangakhedkar et al. re ELISA validation plans on Advia | THPFM0001739776 | THPFM0001739776 |
| 10522 | 9/21/2021 | Surekha Gangakhedkar | 8/28/2013 | D. Young Outlook Appointment to S. Gangakhedkar et al. re Review ELISA validation studies | HOLMES0018412 | HOLMES0018412 |
| 10523 | 9/22/2021 | James Mattis | 11/2/2015 | J. Mattis Email to E. Holmes re For our shareholders | THER-6471299 | THER-6471303 |
| 10524 | 9/22/2021 | James Mattis | 12/16/2016 | James Mattis Theranos Board of Directors Resignation Letter | HOLMES0018413 | HOLMES0018413 |
| 10525 | 10/15/2021 | Sunil Dhawan | 11/21/2014 | Siemens MVP Summary ADVIA 2400 (S/N CA 1275000100010) / serum Barbiturate (sBRB) | SAWYER-000474 | SAWYER-000478 |
| 10526 | 10/15/2021 | Sunil Dhawan | 3/18/2015 | CL SOP-17008 Roche LightCycle Simplified Protocal, Rev. A | SAWYER-000102 | SAWYER-000113 |
| 10527 | 10/15/2021 | Sunil Dhawan | 8/9/2015 | S. Dhawan Email to L. Gee, D. Young re Hello | CTRL-DHAWAN-00009518 | CTRL-DHAWAN-00009518 |
| 10528 | 10/15/2021 | Sunil Dhawan | 9/9/2015 | S. Balwani Email to S. Dhawan re update | CTRL-DHAWAN-00009730 | CTRL-DHAWAN-00009730 |
| 10529 | 10/15/2021 | Sunil Dhawan | 8/11/2015 | L. Gee Email to S. Dhawan re Hello (with attachments) | CTRL-DHAWAN-00009522 | CTRL-DHAWAN-00009526 |
| 10531 | 10/14/2021 | Sunil Dhawan |  | Various Theranos Standard Operating Procedures | SAWYER-000644 | SAWYER-000789 |
| 10532 | 10/20/2021 | Daniel Edlin | 8/12/2013 | J. Blickman Email to C. Holmes re Vit. D range/CV + PSA confirmation | THPFM0004872636 | THPFM0004872637 |
| 10537 | 10/12/2021 | Steve Burd | 4/18/2012 | E. Holmes Email to S. Balwani re Compromising The Theranos Brand | TS-0923778 | TS-0923778 |
| 10539 | 11/23/2021 | Elizabeth Holmes | 5/11/2010 | S. Balwani Email to B. Wolfsen, K. Shachmut, and E. Holmes re Updated Projections for Blackhawk network (with PDF and native attachments) | TS-0938947 | TS-0938949 |
| 10554 | 10/20/2021 | Daniel Edlin | 8/20/2013 | C. Holmes Email to L. Fogelman et al. re Theranos Stats/Sources for Joe Rago Interview | TS-1117709 | TS-1117710 |
| 10555 | 10/20/2021 | Daniel Edlin | 2/20/2013 | A. Reyes Email to C. Holmes et a. re Tomorrow 2/20 (with attachment) | THPFM0001300953 | THPFM0001300991 |

SER-287

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 34 of 191

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 10558 | 10/20/2021 | Daniel Edlin | 9/5/2013 | C. Holmes Email to M. Yagi re Brochure feedback | TBWAChiatDay_0000202 | TBWAChiatDay_0000203 |
| 10561 | 10/22/2021 | Shane Weber | 2/21/2009 | G. Frenzel Email to E. Holmes re Fertility assays | HOLMES0018505 | HOLMES0018505 |
| 10562 | 10/15/2021 | Sunil Dhawan | 12/18/2014 | B. Arington Letter to CA Dept. of Public Health with attached Director's Attestation and Notification of Laboratory Change (Sawyer) | CDPH-000345 | CDPH-000347 |
| 10563 | 11/10/2021 | Kingshuk Das | 12/14/2015 | B. Arington Letter to CA Dept. of Public Health with attached Director's Attestation and Notification of Laboratory Change (Helfend) | CDPH-000294 | CDPH-000296 |
| 10566 | 10/15/2021 | Sunil Dhawan | 12/3/2014 | B. Arington Letter to CA Dept. of Public Health re addition of Laboratory Director (Dhawan) | CDPH-000354 | CDPH-000360 |
| 10567 | 10/15/2021 | Sunil Dhawan | 12/17/2014 | A. Rosendorff Letter to CA Dept. of Public Health re Resignation | CDPH-000341 | CDPH-000343 |
| 10568 | 10/12/2021 | Steve Burd | 10/5/2021 | Bloomberg Law Website: Company Performance (SWY US Equity: Historical Values) | HOLMES0018506 | HOLMES0018530 |
| 10569 | 10/12/2021 | Steve Burd | 10/5/2021 | Bloomberg Law Website: Company Performance (SWY US Equity: Performance Details) | HOLMES0018531 | HOLMES0018531 |
| 10570 | 11/2/2021 | Constance Cullen | 11/12/2008 | E. Holmes Email to C. Cullen, C. Balkenhol, G. Frenzel re Follow up to our call (with attachments) | HOLMES0018533 | HOLMES0018590 |
| 10571 | 11/2/2021 | Constance Cullen | 12/13/2008 | C. Balkenhol Email to C. Cullen, G. Frenzel, E. Holmes re Follow up to our call (with attachments) | HOLMES0018591 | HOLMES0018596 |
| 10572 | 11/2/2021 | Constance Cullen | 5/4/2009 | Agenda of Meeting at Theranos Headquarters between Theranos and Schering-Plough | THPFM0005462927 | THPFM0005462927 |
| 10573 | 11/2/2021 | Constance Cullen | 12/9/2009 | G. Frenzel Email to c. Cullen re Validation Report (with attachment) | THER-5595494 | THER-5595514 |
| 10574 | 11/2/2021 | Constance Cullen | 3/12/2010 | E. Holmes Email to C. Cullen re Follow up | HOLMES0018597 | HOLMES0018598 |
| 10577 | 10/15/2021 | Sunil Dhawan | 9/5/2015 | Theranos Laboratory Supervisor/Technical Supervisor Job Description | WAG-TH-DOJ-00028910 | WAG-TH-DOJ-00028916 |
| 10578 | 10/15/2021 | Sunil Dhawan | 8/25/2015 | Theranos Delegation of Responsibilities: General Supervisor | WAG-TH-DOJ-00028898 | WAG-TH-DOJ-00028900 |
| 10584 | 11/9/2021 | Lynette Sawyer | 6/23/2015 | S. Balwani Email to E. Holmes re Director services ending June 30, 2015 (with attachment) | HOLMES0018661 | HOLMES0018664 |
| 10586 | 11/4/2021 | Lynette Sawyer | 11/19/2014 | Theranos, Inc. Consulting Agreement with Laboratory Consulting Services, Inc. | THER-AZ-03588803 | THER-AZ-03588810 |
| 10588 | 11/2/2021 | Lisa Peterson | 2/7/2014 | Theranos, Inc. Series C-2 Preferred Stock Purchase Agreement | RDV006797 | RDV006821 |
| 10592 | 11/19/2021 | Roger Parloff | 5/10/2014 | E. Holmes Email to E. Topol re reporter's followup | THPFM0000846657 | THPFM0000846658 |
| 10626 | 11/10/2021 | Alan Eisenman | 10/12/2006 | A. Eisenman Email to D. Harris re Theranos | UBS0000002 | UBS0000002 |
| 10628 | 11/10/2021 | Kingshuk Das | 3/31/2016 | K. Das Email to S. Balwani, B. Buchanan, H. King, E. Holmes, and D. Tschirhart re statement | HOLMES0018731 | HOLMES0018731 |
| 10634 | 11/10/2021 | Kingshuk Das | 1/3/2016 | E. Holmes Email to K. Das re Thank you | HOLMES0018737 | HOLMES0018737 |

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 10638 | 11/10/2021 | Kingshuk Das | 5/16/2016 | K. Das Email to E. Holmes re R+D call earlier | HOLMES0018742 | HOLMES0018742 |
| 10639 | 11/10/2021 | Kingshuk Das | 4/26/2016 | K. Das Email to E. Holmes re NWK temp org chart | HOLMES0018743 | HOLMES0018743 |
| 10641 | 11/10/2021 | Kingshuk Das | 3/3/2016 | K. Das Email to E. Holmes re 16S rRNA sequencing | HOLMES0018745 | HOLMES0018745 |
| 10651 | 11/10/2021 | Kingshuk Das | 4/7/2016 | E. Holmes Email to K. Das re FYI--plans are enacted | HOLMES0018769 | HOLMES0018769 |
| 10665 | 11/10/2021 | Kingshuk Das | 1/11/2016 | K. Das Email to E. Holmes, D. Edlin, and W. Concepcion re Science Review Meeting Attendees | THPFM0004009762 | THPFM0004009765 |
| 10666 | 11/10/2021 | Kingshuk Das | 3/10/2016 | D. Tschirhart Email to K. Das re Day One | THPFM0004927990 | THPFM0004927993 |
| 10668 | 11/10/2021 | Kingshuk Das | 4/30/2016 | K. Das Email to E. Holmes, T. Masson, and M. Ramamurthy re Newark team | THPFM0004928504 | THPFM0004928507 |
| 10674 | 11/10/2021 | Kingshuk Das | 4/13/2016 | K. Das Email to E. Holmes and D. Zifkin re some good news, for once | HOLMES0018780 | HOLMES0018780 |
| 10675 | 11/10/2021 | Kingshuk Das | 7/1/2016 | K. Das Email to D. Tschirhart re Consultation | THPFM0004008521 | THPFM0004008522 |
| 10677 | 11/29/2021 | Elizabeth Holmes | | Photo: 68th AACC Annual Scientific Meeting & Clinical Lab Expo | HOLMES0018865 | HOLMES0018865 |
| 10678 | 11/10/2021 | Kingshuk Das | 3/23/2016 | C. Pangarkar Email to T. Lin, K. Das, D. Young, and S. Sivaraman re QC means (with native attachment) | THPFM0003812378 | THPFM0003812379 |
| 10682 | 11/23/2021 | Elizabeth Holmes | 12/13/2013 | Theranos, Inc. Action by Unanimous Written Consent of the Board of Directors | THER-AZ-01126580 | THER-AZ-01126919 |
| 10684 | 11/19/2021 | Trent Middleton | | Summary Slides: U.S. Issued Patents | HOLMES0019238 | HOLMES0019240 |
| 10685 | 11/19/2021 | Trent Middleton | | Summary Slide: Customer Receipts 1/17/11 - 1/12/14 and Option Stock Proceeds - 2013 | HOLMES0019241 | HOLMES0019242 |
| 10686 | 11/19/2021 | Trent Middleton | | Summary Slide: Entities That Invested in Theranos | HOLMES0019243 | HOLMES0019243 |
| 10687 | 11/19/2021 | Trent Middleton | | Summary Slide: Customer Test Results Summary - Dr. Asin | HOLMES0019244 | HOLMES0019244 |
| 10688 | 11/19/2021 | Trent Middleton | | Summary Slide: SWCWC - Post Aug. 2015 | HOLMES0019246 | HOLMES0019246 |
| 10689 | 11/19/2021 | Trent Middleton | | Summary Slides: Theranos Test Menu - Number; Theranos Test Menu - Price; Breakdown of Theranos Test Prices | HOLMES0019247 | HOLMES0019249 |
| 10691 | 11/19/2021 | Trent Middleton | | Native Spreadsheet: U.S. Issued Patents | HOLMES0019251 | HOLMES0019251 |
| 10692 | 11/19/2021 | Trent Middleton | 7/19/2016 | D. Yam Email to B. Kumm and J. Gee re investor list (with native attachment) | THPFM0004651913 | THPFM0004651914 |
| 11000A | 9/28/2021 | Adam Rosendorff | 2/26/2019 | Adam Rosendorff Deposition Trascript - AZ Errata Sheet | N/A | N/A |
| 12003A | 11/4/2021 | Chris Lucas | 2006 | Theranos Series Preferred Stock Financing | THE_ABC008287 | THE_ABC008412 |

SER-289

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 12022 | 11/4/2021 | Chris Lucas | 12/22/2005 | E. Holmes Email to C. Lucas re Great to meet you!!! (with attachments) | HOLMES0018781 | HOLMES0018857 |
| 12027 | 11/19/2021 | Elizabeth Holmes | 1/26/2006 | E. Holmes Email to P. Thomas, D. Lucas, N. Minnig re Financials | HOLMES0018624 | HOLMES0018625 |
| 12051 | 11/4/2021 | Chris Lucas | 6/29/2007 | C. Lucas Email to E. Homes re Theranos Revenue Model (with attachment) | HOLMES0018654 | HOLMES0018657 |
| 12052 | 11/4/2021 | Chris Lucas | 7/15/2007 | C. Lucas Email to E. Holmes re Theranos Models (with native attachments) | HOLMES0018658 | HOLMES0018660 |
| 12054 | 11/4/2021 | Chris Lucas | 8/10/2007 | C. Lucas Email to E. Holmes re quick note | HOLMES0018858 | HOLMES0018858 |
| 12065 | 11/22/2021 | Elizabeth Holmes | 7/2/2008 | I. Gibbons Email to E. Holmes re Latest clinical story (with native attachment) | HOLMES0019145 | HOLMES0019196 |
| 12185 | 11/15/2021 | Alan Eisenman | 2/11/2011 | S. Balwani Email to A. Eisenman | HOLMES0018723 | HOLMES0018724 |
| 12251 | 10/20/2021 | Daniel Edlin | 5/15/2012 | M. Givens Email to D. Edlin and M. Givens re Theranos Demo Results (with attachment) | TS-0900827 | TS-0900832 |
| 12252 | 11/15/2021 | Alan Eisenman | 5/17/2012 | A. Eisenman Email to N. Minnig re Theranos updates | Balwani_LPL_00000609 | Balwani_LPL_00000609 |
| 12283 | 10/12/2021 | Steve Burd | 9/12/2012 | E. Holmes Email to S. Burd re On Campus Facility Performance | SWYSEC_000000212 | SWYSEC_000000213 |
| 12310 | 11/23/2021 | Elizabeth Holmes | 12/15/2012 | S. Anekal email to E. Holmes re R&D device build/bring-up status | HOLMES0019133 | HOLMES0019133 |
| 12323 | 11/4/2021 | Chris Lucas | 2/22/2013 | A. Quintana Email to C. Lucas and M. Findley re Kurt (with attachment) | SEC-LucasDL-E-0001640 | SEC-LucasDL-E-0001643 |
| 12464 | 9/28/2021 | Adam Rosendorff | 11/8/2013 | A. Rosendorff Email to S. Balwani re 300 U ave | TS-0797729 | TS-0797729 |
| 12478 | 10/1/2021 | Adam Rosendorff | 11/27/2013 | A. Rosendorff Email to D. Young, E. Holmes, S. Balwani re proficiency testing for LDTs | TS-1080891 | TS-1080892 |
| 12479 | 9/29/2021 | Adam Rosendorff | 11/27/2013 | K. Elenitoba-Johnson Email to E. Holmes et al. | TS-1031535 | TS-1031536 |
| 12510 | 10/13/2021 | Wade Miquelon | 12/20/2013 | Walgreen Co. First Quarter 2014 Earnings Conference Call Transcript | WG006786 | WG006804 |
| 12531 | 9/29/2021 | Adam Rosendorff | 1/14/2014 | Total Testosterone ELISA Assay Validation Report on Edison 3.5 Theranos System, CL-RPT-131200, Rev. A | THPFM0005699505 | THPFM0005699553 |
| 12582 | 10/1/2021 | Adam Rosendorff | 3/10/2014 | L. Gee Email to M. Pandori, A. Rosendorff, N. Buenrostro re Vitamin D results | THPFM0002137308 | THPFM0002137309 |
| 12587 | 10/5/2021 | Adam Rosendorff | 4/1/2014 | A. Rosendorff Email to D. Young, S. Balwani, M. Pandori re CO2 (Bicarbonate) issue | THER-4053184 | THER-4053186 |
| 12593 | 10/1/2021 | Adam Rosendorff | 4/12/2014 | S. Balwani Email to E. Holmes re PT Plan & Communication | HOLMES0018423 | HOLMES0018424 |
| 12607 | 10/5/2021 | Adam Rosendorff | 4/18/2014 | A. Rosendorff Email to M. Pandori re Potassium | THPFM0001197910 | THPFM0001197911 |
| 12656 | 10/1/2021 | Adam Rosendorff | 6/4/2014 | A. Rosendorff Email to S. Balwani re HCG on Edisons | THER-AZ-05843935 | THER-AZ-05843936 |
| 12660 | 10/1/2021 | Adam Rosendorff | 6/5/2014 | S. Balwani Email to C. Pangarkar and D. Young re hCG testing | THPFM0001649716 | THPFM0001649718 |

SER-290

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 12692 | 11/18/2021 | Erin Tompkins | 6/27/2014 | CDC - Laboratory Testing for the Diagnosis of HIV Infection | N/A | N/A |
| 12715 | 10/19/2021 | Daniel Edlin | 7/31/2014 | S. Balwani Email to M. Fosque re Patient requesting physician call regarding lab results | THPFM0000277693 | THPFM0000277698 |
| 12751 | 10/26/2021 | Lisa Peterson | 9/17/2014 | D. Mosley Email to J. Tubergen re Cover Story from Fortune June 2014 (with attachment) | SEC-USAO2-EPROD-000058316 | SEC-USAO2-EPROD-000058317 |
| 12764 | 10/5/2021 | Adam Rosendorff | 9/23/2014 | D. Young Email to S. Balwani et al. re Customer Issue | TS-1078150 | TS-1078152 |
| 12793 | 10/1/2021 | Adam Rosendorff | 10/1/2014 | A. Rosendorff Email to S. Balwani and M. Fosque re FW: Physician Call Needed Before 4pm | THPFM0002748545 | THPFM0002748548 |
| 12839 | 10/1/2021 | Adam Rosendorff | 10/15/2014 | A. Rosendorff Email to S. Balwani re Clia lab meeting | THER-AZ-05781243 | THER-AZ-05781243 |
| 12846 | 10/1/2021 | Adam Rosendorff | 10/17/2014 | A. Rosendorff Email to C. Holmes re Physician Inquiry (with attachment) | THPFM0000291360 | THPFM0000291363 |
| 12856 | 10/26/2021 | Lisa Peterson | 10/21/2014 | J. Tubergen Email to D. DeVos re Thank You | SEC-USAO2-EPROD-000058918 | SEC-USAO2-EPROD-000058918 |
| 12913 | 10/5/2021 | Adam Rosendorff | 11/12/2014 | Adam Rosendorff Offer of Employment with Invitae Corporation | INV000036 | INV000038 |
| 12916 | 10/5/2021 | Adam Rosendorff | 11/13/2014 | S. Balwani Email to A. Rosendorff and E. Holmes re Resignation from Theranos | TS-0903724 | TS-0903724 |
| 12999 | 11/15/2021 | Alan Eisenman | 1/21/2015 | S. Balwani Email to E. Holmes re Google Alert - theranos | US-REPORTS-0008767 | US-REPORTS-0008769 |
| 13047 | 11/9/2021 | Lynette Sawyer | 4/6/2015 | S. Balwani Email to E. Holmes re Lynette's director contract | HOLMES0018681 | HOLMES0018682 |
| 13150 | 11/15/2021 | Alan Eisenman | 8/18/2015 | A. Eisenman Email to D. Harris and P. Mendelhall re Fwd: Theranos follow up from our conversation | BALWANI_USCAPITAL_00004772 | BALWANI_USCAPITAL_00004772 |
| 13158 | 11/9/2021 | Lynette Sawyer | 8/21/2015 | L. Sawyer Email to D. Young and J. Hurst re Lynette's License (with attachment) | THER-4439354 | THER-4439355 |
| 13191 | 11/15/2021 | Alan Eisenman | 9/10/2015 | A. Eisenman Email to G. Zawrothy re Theranos | USAO-SEC-0004976 | USAO-SEC-0004978 |
| 13288A | 11/29/2021 | Elizabeth Holmes | 11/11/2014 | Theranos FDA 510(k) Premarket Notification for the Theranos Herpes Simplex Virus-1 IgG Assay | TS-0491680 | TS-0491796 |
| 13333 | 11/10/2021 | Kingshuk Das | 4/14/2016 | E. Holmes Email to K. Das and D. Tschirhart re More bad news, sorry | THPFM0005487074 | THPFM0005487074 |
| 13655 | 11/9/2021 | Lynette Sawyer |  | Various Theranos Standard Operating Procedures | SAWYER-000503 | SAWYER-000636 |
| 13711 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 8/27/2013 | D. Yam Email to E. Holmes and S. Balwani re 409a projection | TS-1117744 | TS-1117744 |
| 13719 | 9/14/2021 | So Han Spivey (a.k.a. Danise Yam) | 12/13/2014 | D. Yam Email to S. Balwani and E. Holmes re deferred revenue balance | THER-AZ-03734628 | THER-AZ-03734629 |
| 13720A | 11/17/2021 | Brian Grossman | 1/24/2014 (1/8/2014) | Native Excel: Theranos Proforma Financials 1.8.2014.xlsx | PFM-SEC v. Balwani-0026251 | PFM-SEC v. Balwani-0026251 |
| 13750 | 10/1/2021 | Adam Rosendorff | 3/14/2014 | L. Gee Email to A. Rosendorff et al. re Meeting minutes (with attachment) | THPFM0001618435 | THPFM0001618436 |
| 13753 | 10/5/2021 | Adam Rosendorff | 8/25/2014 | A. Rosendorff Email to M. Ryan re resume | DH-HOLMES-0002 | DH-HOLMES-0002 |

SER-291

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 38 of 191

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 13754 | 10/5/2021 | Adam Rosendorff | | Adam Rosendorff Resume | DH-HOLMES-0045 | DH-HOLMES-0048 |
| 13756 | 10/5/2021 | Adam Rosendorff | 9/30/2014 | M. Ryan Email to K. Stineman re Lab director role | DH-HOLMES-0011 | DH-HOLMES-0013 |
| 13762 | 11/19/2021 | Elizabeth Holmes | 11/19/2006 | E. Holmes Email to All Theranos Employees re Novartis demo | HOLMES0018921 | HOLMES0018921 |
| 13767 | 9/21/2021 | Surekha Gangakhedkar | 7/13/2013 | E. Holmes Email to S. Gangakhedkar, S. Balwani, D. Young, and S. Anekal | N/A | N/A |
| 13768 | 9/21/2021 | Surekha Gangakhedkar | 7/15/2013 | S. Gangakhedkar Email to E. Holmes, S. Balwani, D. Young and S. Anekal (with native attachment) | THPFM0003866066 | THPFM0003866067 |
| 13769 | 9/21/2021 | Surekha Gangakhedkar | 7/17/2013 | S. Gangakhedkar Email to D. Young re Test protocol for Edison devices (with native attachment) | THER-4234420 | THER-4234668 |
| 13770 | 9/21/2021 | Surekha Gangakhedkar | 7/8/2013 | S. Gangakhedkar Email to E. Liu et al re MTP assays | THER-6205338 | THER-6205338 |
| 13780 | 11/23/2021 | Elizabeth Holmes | 9/5/2013 | M. Ramamurthy Email to E. Holmes re Resignation | HOLMES0019257 | HOLMES0019257 |
| 13809 | 9/29/2021 | Adam Rosendorff | 7/10/2014 | Quality Systems Presentation: Q1/Q2 2014 Review, Presented by: Langly Gee | THER-AZ-04014508 | THER-AZ-04014548 |
| 13822 | 11/17/2021 | Brian Grossman | 1/30/2014 | B. Grossman Email to P. Greer re Theranos | PFM-SEC v. Balwani-0030410 | PFM-SEC v. Balwani-0030410 |
| 13862 | 10/1/2021; 11/29/2021 | Adam Rosendorff; Elizabeth Holmes | 5/29/2014 | E. Holmes Calendar Entry | HOLMES0018415 | HOLMES0018415 |
| 13863 | 10/1/2021; 11/29/2021 | Adam Rosendorff; Elizabeth Holmes | 5/29/2014 | E. Holmes Calendar Entry | HOLMES0018419 | HOLMES0018419 |
| 13864 | 10/1/2021 | Adam Rosendorff | 5/30/2014 | S. Flores Email to A. Rosendorff re CLIA Meeting | TS-0478999 | TS-0478999 |
| 13875 | 10/1/2021 | Adam Rosendorff | 6/5/2014 | D. Young Email to S. Balwani re hCG update | THER-AZ-06318371 | THER-AZ-06318372 |
| 13876 | 10/1/2021 | Adam Rosendorff | 6/16/2014 | S. Balwani Email to A. Rosendorff, S. Saksena, and C. Pangarkar re Status update on HCG | THER-AZ-05781354 | THER-AZ-05781355 |
| 13877 | 10/1/2021 | Adam Rosendorff | 6/18/2014 | M. Fosque Email to H. Alamdar et al. re HCG Tests | THPFM0000970485 | THPFM0000970486 |
| 13878 | 10/1/2021 | Adam Rosendorff | 7/23/2014 | A. Rosendorff Email to C. Pangarkar and D. Young re HCG quantitation | THPFM0000642870 | THPFM0000642871 |
| 13881 | 10/1/2021 | Adam Rosendorff | 6/13/2014 | A. Rosendorff Email to S. Balwani re inventory | THER-AZ-05781133 | THER-AZ-05781135 |
| 13887 | 10/5/2021 | Adam Rosendorff | 6/15/2013 | State of California Department of Public Health - Clinical Laboratory License | THPFM0005005898 | THPFM0005005898 |
| 13888 | 10/5/2021 | Adam Rosendorff | 6/12/2014 | A. Rosendorff Email to S. Balwani re Edison backlogs | THPFM0000520092 | THPFM0000520095 |
| 13891 | 10/5/2021 | Adam Rosendorff | 5/21/2014 | L. Gee Email to A. Rosendorff et al. re Meeting minutes (with attachment) | THPFM0001618571 | THPFM0001618573 |
| 13893 | 10/5/2021 | Adam Rosendorff | 5/24/2014 | M. Ramamurthy Email to A. Rosendorff, D. Young, S. Balwani, and E. Holmes | HOLMES0018425 | HOLMES0018426 |
| 13895 | 9/29/2021 | Victoria Sung | 12/22/2009 | V. Sung Email to G. Frenzel and S. Gangakhedkar re PD marker development priority list | CEL-0008191 | CEL-0008197 |

SER-292

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 13896 | 9/29/2021 | Victoria Sung | 5/3/2010 | C. Balkenhol Email to V. Sung re Agenda for May 7 Face-to-face (with attachment) | CEL-0007224 | CEL-0007226 |
| 13897 | 9/29/2021 | Victoria Sung | 5/10/2010 | S. Gangakhedkar Email to V. Sung and G. Frenzel re Thank you (with attachment) | CEL-0007118 | CEL-0007177 |
| 13898 | 9/29/2021 | Victoria Sung | 6/9/2010 | S. Gangakhedkar Email to V. Sung, B. Lindberg, et al. re ACE-011 REN-001 Timelines (with attachment) | CEL-0006673 | CEL-0006710 |
| 13899 | 9/29/2021 | Victoria Sung | 7/15/2010 | K. Gadkar Email to V. Sung et al. re validation reports | CEL-0005600 | CEL-0005600 |
| 13900 | 9/29/2021 | Victoria Sung | 7/26/2010 | K. Gadkar Email to K. Gadkar, L. Serme, et al. re Validation reports for 3 PD markers: LH, FSH & Estradiol (with attachments) | CEL-0005090 | CEL-0005147 |
| 13901 | 9/29/2021 | Victoria Sung | 7/27/2010 | K. Gadkar Email to V. Sung re Validation reports for 3 PD markers: LH, FSH & Estradiol | CEL-0005066 | CEL-0005067 |
| 13902 | 9/29/2021 | Victoria Sung | 7/14/2011 | K. Gadkar Email to V. Sung and D. Young re PD Marker Assays (with attachment) | CEL-0002131 | CEL-0002147 |
| 13905 | 9/29/2021 | Adam Rosendorff | 7/27/2013 | S. Chang Email to S. Balwani et al. re Proficiency Testing Details (with attachment and native attachment) | THPFM0004215915 | THPFM0004215923 |
| 13907 | 9/29/2021 | Victoria Sung | 5/5/2011 | K. Gadkar Email to N. Gagliard re FINAL REPORT for ACE_011 PK (with attachment) | THPFM0004884445 | THPFM0004884600 |
| 13921 | 10/1/2021 | Adam Rosendorff | 4/14/2014 | A. Rosendorff Email to M. Pandori and S. Balwani re Emailing: CL SOP-00020_Proficiency testing EDISON 3_5.docx (with attachment) | THER-3934395 | THER-3934404 |
| 13922 | 10/1/2021 | Adam Rosendorff | 9/30/2014 | A. Rosendorff Email to T. Lin et al. re Physician Call Back | THPFM0002747789 | THPFM0002747792 |
| 13923 | 10/1/2021 | Adam Rosendorff | 10/10/2014 | S. Balwani Outlook Appointment to E. Holmes, D. Young, C. Pangarkar, N. Doshit, S. Saksena, and A. Rosendorff re IQP/AAP Decisions and Plan Forward | HOLMES0018450 | HOLMES0018451 |
| 13935 | 10/20/2021 | Daniel Edlin | 12/14/2012 | M. Peditto Email to E. Holmes, S. Balwani, et al. re Theranos Marcomm Conference Report 12.12.12 (with attachment) | TBWAChiatDay_0003277 | TBWAChiatDay_0003279 |
| 13950 | 10/6/2021 | Adam Rosendorff | 6/14/2014 | A. Rosendorff Email to S. Balwani re CLIA Lab Ops | THPFM0000520098 | THPFM0000520098 |
| 13952 | 10/13/2021 | Wade Miquelon | 3/25/14 | W. Miquelon Email to A. Kohli and R. Hans re Theranos | WAG-TH-DOJ-00069100 | WAG-TH-DOJ-00069100 |
| 13961 | 10/14/2021 | Sunil Dhawan | | S. Dhawan Email to B. Arington re Follow-up on VMs | CTRL-DHAWAN-00007615 | CTRL-DHAWAN-00007619 |
| 13977 | 10/20/2021 | Daniel Edlin | 7/11/2013 | D. Edlin Email to S. Elder and J. Luciano re W911QY-12-P-0323 (UNCLASSIFIED) | THPFM0000584553 | THPFM0000584555 |
| 13979 | 10/20/2021 | Daniel Edlin | 8/11/2013 | L. Fogelman Email to J. Blickman, C. Holmes, and D. Edlin re Media Training Deck (with attachment) | THPFM0001681745 | THPFM0001681746 |
| 13980 | 10/20/2021 | Daniel Edlin | 8/22/2013 | E. Holmes Email to L. Garriott re Updated Theranos story - with statistics (with attachments) | THPFM0000853668 | THPFM0000853678 |
| 13982 | 10/19/2021 | Daniel Edlin | | Photo: Theranos Device | HOLMES0018599 | HOLMES0018599 |

SER-293

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 13986 | 10/20/2021 | Daniel Edlin | 6/21/2012 | D. Young Email to D. Edlin, C. Holmes, E. Holmes re AFRICOM training | DYoungArch0182777 | DYoungArch0182777 |
| 13987 | 10/26/2021 | Lisa Peterson | 11/5/2014 | A. Mason Email to E. Oster re Signed write-ups | RDV004695 | RDV004695 |
| 13988 | 10/20/2021 | Daniel Edlin | 7/2/2015 | E. Holmes Email to All Theranos Employees | THER-2422408 | THER-2422408 |
| 13993 | 10/20/2021 | Daniel Edlin | 6/8/2012 | D. Edlin Email to M. Givens and C. Holmes re Theranos Demo Results | THPFM0000691517 | THPFM0000691528 |
| 14001 | 11/17/2021 | Brian Grossman | 1/26/2014 | A. Rabodzey Email to B. Grossman, V. Khanna, S. Balasuryan re Theranos Test | PFM-SEC v. Balwani-0006550 | PFM-SEC v. Balwani-0006550 |
| 14002 | 11/17/2021 | Brian Grossman | 1/15/2014 | A. Rabodzey Email to V. Khanna and B. Grossman re MDx and fda | PFM-SEC v. Balwani-0007764 | PFM-SEC v. Balwani-0007764 |
| 14018 | 11/23/2021 | Elizabeth Holmes | 2/1/2013 | Facility Participation Agreement | THER-AZ-04358738 | THER-AZ-04358785 |
| 14021 | 11/16/2021 | Brian Grossman | 1/6/2014 | V. Khanna Email to B. Grossman re theranos-modest refinement | PFM-SEC v. Balwani-0008291 | PFM-SEC v. Balwani-0008291 |
| 14025 | 11/16/2021 | Brian Grossman | 12/24/2013 | C. James Email to B. Grossman | PFM-SEC v. Balwani-0011659 | PFM-SEC v. Balwani-0011660 |
| 14029 | 11/17/2021 | Brian Grossman | 1/29/2014 | A. Rabodzey Email to B. Grossman, V. Khanna, and S. Balasuryan re Theranos Follow-up | PFM-SEC v. Balwani-0035308 | PFM-SEC v. Balwani-0035308 |
| 14054 | 11/17/2021 | Brian Grossman | 1/29/2014 | A. Rabodzey Email to B. Grossman, V. Khanna, S. Balasuryan re Theranos diligence calls - Last call with an expert takeaways | PFM-SEC v. Balwani-0006523 | PFM-SEC v. Balwani-0006523 |
| 14055 | 11/17/2021 | Brian Grossman | 1/29/2014 | A. Rabodzey Email to B. Grossman, V. Khanna, S. Balasuryan re Theranos Follow-up | PFM-SEC v. Balwani-0006510 | PFM-SEC v. Balwani-0006511 |
| 14057 | 11/17/2021 | Brian Grossman | 1/28/2014 | B. Grossman Email to A. Rabodzey, V. Khanna, S. Balasuryan re Open Items for PFM Investment | PFM-SEC v. Balwani-0010857 | PFM-SEC v. Balwani-0010859 |
| 14072 | 11/17/2021 | Brian Grossman | 1/26/2014 | B. Grossman Email to C. James | PFM-SEC v. Balwani-0011358 | PFM-SEC v. Balwani-0011358 |
| 14076 | 11/2/2021 | Lisa Peterson | 9/24/2014 | E. Holmes Letter to J. Tubergen | US-REPORTS-0037922 | US-REPORTS-0037923 |
| 14080 | 10/26/2021 | Lisa Peterson | 10/31/2014 | S. Balwani Email to J. Tubergen, E. Holmes, L. Peterson re Executed Document | RDV009886 | RDV009886 |
| 14081 | 10/26/2021 | Lisa Peterson | 12/7/2014 | DeVos Family Council Meeting Notes | SEC-USAO3-EPROD-000024141 | SEC-USAO3-EPROD-000024151 |
| 14089 | 10/26/2021 | Lisa Peterson | 10/24/2014 | J. Tubergen Email R. DeVos et al. re Theranos | RDV009921 | RDV009921 |
| 14103 | 11/15/2021 | Alan Eisenman | 5/11/2010 | E. Holmes Email to A. Eisenman re June quarterly update | HOLMES0018721 | HOLMES0018722 |
| 14106 | 10/26/2021 | Lisa Peterson | 10/14/2014 | B. Schierbeek Email to P. Evans re Updates | RDV004892 | RDV004892 |
| 14109 | 11/15/2021 | Alan Eisenman | 12/3/2018 | A. Eisenman Email to FBI SA A. Hernandez | FBI-0007688 | FBI-0007688 |
| 14111 | 11/19/2021 | Elizabeth Holmes | 9/21/2006 | Evaluation Agreement between Theranos, Inc. and GSK | TS-0002724 | TS-0002747 |
| 14112 | 11/19/2021 | Elizabeth Holmes | 11/22/2006 | Services Frame Agreement between Pfizer, Inc. and Theranos, Inc. | TS-0002684 | TS-0002703 |

SER-294

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 42 of 191

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 14118 | 11/3/2021 | Daniel Mosley | 8/21/2014 | E. Holmes Email to D. Mosley and D. Edlin re Blank CDA | MOS00000716 | MOS00000717 |
| 14119 | 11/3/2021 | Daniel Mosley | 9/4/2014 | E. Holmes Email to D. Mosley | MOS00000720 | MOS00000720 |
| 14124 | 11/3/2021 | Daniel Mosley | 10/6/2014 | E. Holmes Email to D. Mosley | THPFM0000892119 | THPFM0000892119 |
| 14129 | 11/2/2021 | Daniel Mosley | 7/31/2014 | D. Mosley Email to E. Holmes | THPFM0000887757 | THPFM0000887757 |
| 14130 | 11/2/2021 | Daniel Mosley | 8/14/2014 | C. Tice Email to D. Mosley re tel messages | DMOS00000071 | DMOS00000071 |
| 14135 | 11/3/2021 | Daniel Mosley | 10/31/2014 | E. Holmes Email to D. Mosley re Theranos | MOS00000769 | MOS00000772 |
| 14149 | 11/3/2021 | Daniel Mosley | 9/29/2014 | E. Holmes Email to D. Mosley | MOS00000739 | MOS00000740 |
| 14151 | 11/3/2021 | Daniel Mosley | 10/7/2014 | D. Mosley Email to E. Holmes | MOS00002388 | MOS00002389 |
| 14152 | 11/3/2021 | Daniel Mosley | 10/15/2014 | D. Mosley Email to E. Holmes re Meeting with the DeVos Family/Meeting on Friday (with attachment) | TS-0409527 | TS-0409528 |
| 14153 | 11/3/2021 | Daniel Mosley | 10/15/2014 | D. Mosley Email to E. Holmes re Meeting with the DeVos Family/Meeting on Friday | MOS00002397 | MOS00002397 |
| 14159 | 11/10/2021 | Kingshuk Das | 3/29/2016 | K. Das Invoice to Theranos | THPFM0005244577 | THPFM0005244577 |
| 14162 | 11/10/2021 | Kingshuk Das | 3/13/2016 | K. Das Email to T. Lin et al. re Updated corrected reports summary | THPFM0004587299 | THPFM00045872997304 |
| 14169 | 11/3/2021 | Daniel Mosley | 11/19/2014 | D. Mosley Email to E. Holmes re Hank Slack | DMOS00000299 | DMOS00000300 |
| 14186 | 12/7/2021 | Elizabeth Holmes | 12/14/2014 | E. Holmes Email to D. Mosley and S. Balwani re Closing for Greg Penner, Alice Walton, and Dr. Kissinger (with attachment) | THPFM0000890105 | THPFM0000890107 |
| 14206 | 11/2/2021 | Daniel Mosley | 7/29/2016 | Mosley Family Holdings LLC Binder Production Volumes I, II, and III (prepared by Cravath, Swaine & Moore LLP) | MFH00000000A | MFH00001254 |
| 14207 | 11/3/2021; 11/29/2021 | Daniel Mosley; Elizabeth Holmes | 10/9/2014 | Walgreens Webpage: Theranos Lab Testing (Wayback Machine: https://web.archive.org/web/20141009122317/http://www.walgreens.com/pharmacy/lab-testing/home.jsp) | N/A | N/A |
| 14208 | 11/3/2021; 11/29/2021 | Daniel Mosley; Elizabeth Holmes | 8/19/2014 | Theranos Webpage: Our Solution (Wayback Machine: http://web.archive.org/web/20140819132005/http://theranos.com/the-experience) | N/A | N/A |
| 14212 | 11/2/2021 | Lisa Peterson | 10/6/2014 | M. Brinks Email to J. Lambert re cash | RDV004336 | RDV004336 |
| 14213 | 11/4/2021 | Chris Lucas | 2/3/2006 | Theranos, Inc. Series B Preferred Stock Purchase Agreement | THE_ABC006295 | THE_ABC006376 |

SER-295

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 14224 | 11/15/2021 | Alan Eisenman | 7/1/2010 | A. Eisenman Email to E. Holmes | HOLMES0018866 | HOLMES0018866 |
| 14225 | 11/15/2021 | Alan Eisenman | 7/23/2010 | E. Holmes Email to A. Eisenman and C. Balkenhol re Catching Up | HOLMES0018867 | HOLMES0018868 |
| 14226 | 11/15/2021 | Alan Eisenman | 9/27/2010 | E. Holmes Email to A. Eisenman and S. Balwani re Larry Ellison | Balwani_LPL_00000413 | Balwani_LPL_00000413 |
| 14259 | 11/30/2021 | Elizabeth Holmes | 5/12/2015 | M. Nies Email to S. Balwani et al. re Acc 182266; HIV results | HOLMES0019255 | HOLMES0019256 |
| 14271 | 11/19/2021 | Roger Parloff | 5/9/2014 | R. Parloff Email to E. Holmes re update | HOLMES0019258 | HOLMES0019258 |
| 15000 | 11/23/2021 | Elizabeth Holmes | 10/17/2012 | E. Holmes Email to D. Young | THPFM0001735717 | THPFM0001735717 |
| 15002 | 11/22/2021 | Elizabeth Holmes | 2014 | Chan, et al., Intensive serial biomarker profiling for the prediction of neutropenic fever in patients with hematologic malignancies undergoing chemotherapy: a pilot study, Hematology Reports 6:5466 (2014) | HOLMES002085 | HOLMES002089 |
| 15004 | 11/23/2021 | Elizabeth Holmes | 10/19/2010 | I. Gibbons Email to E. Holmes, S. Gangakhedkar, D. Young, G. Frenzel, and S. Balwani re GSK | HOLMES0018922 | HOLMES0018923 |
| 15010 | 11/22/2021 | Elizabeth Holmes | | Photo: Tecan | HOLMES0018928 | HOLMES0018928 |
| 15011 | 11/22/2021 | Elizabeth Holmes | | Photo: Open 3-Series | HOLMES0018927 | HOLMES0018927 |
| 15013 | 11/19/2021 | Elizabeth Holmes | 7/31/2006 | E. Holmes Email to H. Bailey re Theranos | HOLMES0019006 | HOLMES0019007 |
| 15015 | 11/19/2021 | Elizabeth Holmes | 8/23/2004 | E. Liu Email to T. Chong re Elizabeth Holmes | HOLMES0019117 | HOLMES0019117 |
| 15016 | 11/19/2021 | Elizabeth Holmes | 12/24/2005 | D. Lester Email to E. Holmes and P. Thomas re Introduction | HOLMES0019118 | HOLMES0019118 |
| 15017 | 11/19/2021 | Elizabeth Holmes | 11/17/2006 | J. Howard Email to E. Holmes re Novartis (with attachment) | HOLMES0019115 | HOLMES0019116 |
| 15022 | 11/22/2021 | Elizabeth Holmes | 6/8/2008 | I. Gibbons Email to E. Holmes and G. Frenzel re Theranos Disease and Therapy Monitoring System.ppt (with native attachment) | HOLMES0019101 | HOLMES0019114 |
| 15023 | 11/22/2021 | Elizabeth Holmes | 2/15/2008 | E. Holmes Email to G. Frenzel re ya done good today! | HOLMES0019083 | HOLMES0019083 |
| 15024 | 11/19/2021 | Elizabeth Holmes | | Photo: 1.5 | HOLMES0019127 | HOLMES0019127 |
| 15026 | 11/19/2021 | Elizabeth Holmes | | Photo: Prototype | HOLMES0019224 | HOLMES0019224 |
| 15027 | 11/29/2021 | Elizabeth Holmes | 3/13/2014 | S. Balwani Email to E. Holmes re Had excellent conversation with Bob Gordon at SWY | TS-0044929 | TS-0044929 |
| 15028 | 11/23/2021 | Elizabeth Holmes | 11/30/2012 | E. Holmes Letter to S. Hojvat re Pre-Sub for 510 (k) Requesting Pre-Submission Meeting Related to Theranos' Upper Respiratory NAA and Cytometry Assays | FDA-PO-5AG-011666 | FDA-PO-5AG-011666 |
| 15029 | 11/23/2021 | Elizabeth Holmes | 10/23/2013 | E. Holmes Email to S. Hojvat and J. Hobson (with attachments) | THER-0953647 | THER-0953654 |

SER-296

| Trial Exhibit Number | Date Admitted | Sponsoring Witness | Exhibit Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 15030 | 11/23/2021 | Elizabeth Holmes | 9/18/2013 | E. Holmes Email to S. Hojvat and J. Hobson re Theranos Pre-Submission (with attachment) | THER-0951733 | THER-0951854 |
| 15031 | 11/23/2021 | Elizabeth Holmes | 7/15/2014 | S. Balwani Email to E. Holmes re Emailing: Theranos US 2014-2015 7.15.14 v2.pdf (with attachment) | HOLMES0019225 | HOLMES0019228 |
| 15032 | 11/23/2021 | Elizabeth Holmes | 7/15/2014 | Theranos, Inc. Board of Directors Meeting Material | THPFM0005414783 | THPFM0005414870 |
| 15033 | 11/23/2021 | Elizabeth Holmes | 10/21/2014 | Theranos, Inc. Board of Directors Meeting Material | THPFM0005414871 | THPFM0005415037 |
| 15035 | 11/29/2021 | Elizabeth Holmes | 9/15/2011 | G. Shultz Letter to E. Holmes | TGPS00014244 | TGPS00014244 |
| 15039 | 11/22/2021 | Elizabeth Holmes | 6/23/2015 | C. Holmes Email to E. Holmes and S. Balwani re touching base; opportunities | HOLMES0019232 | HOLMES0019232 |
| 15040 | 11/22/2021 | Elizabeth Holmes | 7/4/2018 | E. Holmes Email to I. Bottoli re apologies!!! | HOLMES0019233 | HOLMES0019234H |
| 15041 | 11/22/2021 | Elizabeth Holmes | 8/26/2009 | E. Holmes Email to D. Lester, C. Lipset, R. Unnikrishnan, and S. Michelson re momentum -- IL-6 | HOLMES0019235 | HOLMES0019235 |
| 15044 | 11/22/2021 | Elizabeth Holmes | 11/24/2008 | S. DiGiaimo Email to S. DiGiaimo re Next Steps/Action Items (with attachment) | HOLMES0019259 | HOLMES0019265 |
| 15045 | 11/22/2021 | Elizabeth Holmes | 3/3/2010 | C. Balkenhol Email to E. Holmes re Please call me before your Merck call - just had a great call with Connie Cullen | HOLMES0019266 | HOLMES0019266 |
| 15046 | 11/23/2021 | Elizabeth Holmes | 12/7/2010 | E. Holmes Email to S. Balwani (with native attachment) | TS-0967741 | TS-0967742 |
| 15047 | 11/22/2021 | Elizabeth Holmes | 10/26/2013 | H. Sakul Email to E. Holmes re Following up on your technology | HOLMES0019267 | HOLMES0019268 |
| 15048 | 11/23/2021 | Elizabeth Holmes | 1/9/2014 | C. Holmes Email to M. Sogaard, R. Giurdanella, E. Holmes, and H. Sakul re Meeting at JPM - Theranos/Pfizer (with attachment) | THPFM0004782254 | THPFM0004782285 |
| 15054 | 12/7/2021 | Elizabeth Holmes | 4/9/2012 | D. Doyle Email to E. Holmes and S. Balwani re trade secret policy | HOLMES0019286 | HOLMES0019286 |
| 15055 | 12/7/2021 | Elizabeth Holmes | 5/2/2012 | D. Doyle Email to E. Holmes re Trade secret policy reminder | HOLMES0019287 | HOLMES0019288 |
| 15058 | 12/7/2021 | Elizabeth Holmes | 12/15/2009 | E. Holmes Email to T. Breuer and S. Balwani re Follow up to our meeting (with attachment) | THER-6460774 | THER-6460848 |
| 15061 | 12/7/2021 | Elizabeth Holmes | 12/6/2016 | E. Holmes Email to J. Mattis re Theranos Board Call Dec 2016 | HOLMES0019289 | HOLMES0019292 |
| 15062 | 12/7/2021 | Elizabeth Holmes | 7/14/2015 | Theranos Meeting of the Board of Directors | THPFM0004507026 | THPFM0004507026 |
| 15066 | 12/7/2021 | Elizabeth Holmes | 3/3/2009 | C. Balkenhol Email to A. Flynn re Follow up (with attachments) | HOLMES0019369 | HOLMES0019379 |
| 15070 | 12/7/2021 | Elizabeth Holmes | 4/13/2014 | S. Balwani Email to D. Young and E. Holmes re my response to Tyler (with attachment) | TS-1066004 | TS-1066019 |

Case: 22-10312   08/17/2023   ID: 12776512   DktEntry: 66-3   Page 44 of 191

SER-297

**To:** Alex.Jung@Walgreens.com[]
**Cc:** Jay.Rosan@Walgreens.com[]; Sunny Balwani[sbalwani@theranos.com]
**From:** Elizabeth Holmes
**Sent:** Wed 4/14/2010 5:25:08 AM
**Importance:** Normal
**Subject:** RE: Follow Up from Walgreens
**Received:** Wed 4/14/2010 5:28:46 AM
Theranos Evaluation Summary_GSK.pdf
Pfizer_Theranos System Validation_Final Report.pdf
Theranos Multiplexed Panel Validation Report_Schering Plough.pdf

Dr. Jay, Alex,

As per our discussion, please find three independent due diligence reports on Theranos Systems attached to this email. These reports are from GlaxoSmithKline, Pfizer, and Schering Plough after their own technical validation and experience with Theranos Systems in the field. Please note that these documents are strictly confidential under our CDA.

We met today on the request for names of persons who could come to Theranos to assess the technical performance of the systems; we will give you a call tomorrow to follow up on this.

We have a powerpoint summary of how Theranos Systems compare to other technologies in the market. Before sending, we tried to compare our presentation to the spreadsheet you referenced that lists different point of care technologies on Google, but we could not find the document you talked about. Please do send this to us so that we can add any relevant information from it to the presentation.

With my best regards,
Elizabeth.

FOIA Confidential Treatment Requested by Theranos                    TS-0906360

THERANOS CONFIDENTIAL





## Excerpts from GSK Metabolic Study Report

Nelson Rhodes, Director GSK Metabolic Biomarker Laboratory
Surekha Gangakhedkar, Theranos Assay Systems Lead

**Background information:**
The Theranos system was evaluated at GSK to profile active GLP-1 and C-peptide values and these data were compare to "gold standard" ELISAs using frozen human plasma from study XXXXXXX. The key project objectives (found in the attached statement of work) were:

- To assess the performance of the Theranos System in measuring a multiplex for GLP-1 and c-peptide values (the "Cartridge Analytes") as compares to the current gold standard ELISAs (which are not multiplexed).
    - Specifically, the study will assess Theranos' capabilities to detect points that the reference assays failed to accurately detect by running samples with C-peptide values in a standard range (ng/mL) and GLP-1 values between 0-3.2 pM
- To assess the functionality, specificity, reproducibility, accuracy, and precision of the Theranos System.
- Assess the Theranos data reporting and transfer functions

Thirty plasma samples (assayed in duplicate) were chosen based on historical GSK data for total GLP-1 levels from subjects given a mixed meal and two finger prick blood draws were performed. Five Theranos machines were used with active GLP-1 and C-peptide cartridges that required 20µL of plasma. MesoScale Discovery's (MSD) active and total GLP-1, Linco (Millipore) active GLP-1, and Linco (Millipore) C-peptide ELISAs were run as comparator assays.

**GSK Metabolic Biomarker Lab comments:**

- Data show good correlation
    - $r^2 = 0.90$ for GLP-1 (MSD vs. Theranos)
    - $r^2 = 0.96$ for C-peptide (Linco vs. Theranos)
- Inter-instrument precision (RLU average %CV = 11)
- Machines worked well
- Touch-screen interface was easy to use
- Cartridges were pretty straight forward (easy to handle and load)
- Assays took approximately 1 hour and 15 minutes per cartridge

**Overall conclusions:**
- The Theranos system eliminates the need for a lab and provided quality data
- The Metabolic Biomarker Lab has a favorable impression of the technology/system and recommends GSK clinical groups to work with Theranos

**SER-299**

FOIA Confidential Treatment Requested by Theranos

TS-0906361

THERANOS CONFIDENTIAL

**Data:**

# Study design

- Human subjects
- Food "challenge"
- Measure GLP-1 and C-Peptide multiplex over 5 time points
  - LincoAssay
  - MSD Assay
  - Theranos Assay

Theranos Confidential

# C-Peptide Assay
## Averaged results



Theranos Confidential

**SER-300**

FOIA Confidential Treatment Requested by Theranos

TS-0906362

THERANOS CONFIDENTIAL

# Calibration to GSK matrix



Theranos Confidential

# Lack of correlation of predicate methods



Theranos Confidential

**SER-301**

FOIA Confidential Treatment Requested by Theranos

TS-0906363

THERANOS CONFIDENTIAL

# Assay correlation



Theranos Confidential

# Subject 232





Theranos Confidential

**SER-302**

FOIA Confidential Treatment Requested by Theranos                    TS-0906364

THERANOS CONFIDENTIAL

# Subject 236

**Subject 236**



Theranos Confidential

# Subject 249

**Subject 249**

Theranos Confidential

**SER-303**

FOIA Confidential Treatment Requested by Theranos

THERANOS CONFIDENTIAL

# Subject 264



Theranos Confidential

# Summary Statistics GLP-1 Comparison

- TheranosLOD = 0.17 pM
- Dynamic range measured: 0-3.2 pM
- Mean = 0.9 pM (Th), 1.0 (MSD)

Theranos Confidential

**SER-304**

FOIA Confidential Treatment Requested by Theranos

TS-0906366



CONFIDENTIAL



<u>Theranos Angiogenesis Study Report</u>

Pfizer, Inc.

**Document Outline:**

- Introduction to Theranos
- Background on Theranos Studies
- Economic Impact of Theranos Systems to Pharma
- Angiogenesis Program Overview
  - Study design
- Theranos System Overview
  - Specifications
  - Theranos System Performance
- Theranos Field Study
  - Field Performance Overview
  - Trial Data
  - Evaluation of time course results from individual    patients
  - Review of generated data, in aggregate by patient   ID, sex, cancer type, treatment, etc.
  - Integrated patient information, including date and    time of monitoring, medication received, self evaluation of overall health status of each patient and other clinical data in a comprehensive format
  - Assessment of the technical performance of the The   ranos System
    - Data transmission % success and mode of transmissi    on used
    - General performance information as logged via the     Customer Care line
    - Assessment of patient compliance with protocol
  - Summary of patient and clinical staff assessment o   f the Theranos System and the Client Solutions team via end-of-study surveys
- Conclusions
  - General
  - Technical
  - Economic

**Introduction to Theranos:**

Accurately, rapidly, and effectively profiling the efficacy dynamics of a therapy in clinical studies is an unmet need that has long challenged the conventional blood testing infrastructure.

Theranos has demonstrated in clinical studies that more frequent longitudinal time-series measurements on fresh whole blood samples with a multiplexed platform that eliminates the noise (and inability to accurately characterize very broad dynamic ranges) of conventional tests is imperative to effectively characterizing physiological changes and the efficacy of any intervention.

Theranos' wirelessly integrated data analytical system allows for 'baseline' profiles of pathway dynamics to be created and updated automatically as data is generated in the field. If needed, analyte selection or frequency of sampling can be adjusted at any time during the study based on the data coming in.

In future studies within a given indication, the data analytical infrastructure can be used for predictive modeling wherein new patient data can be indexed against the stored baseline profiles for earlier reads on efficacy dynamics and dose-response.

---

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

1

**SER-305**

FOIA Confidential Treatment Requested by Theranos

TS-0906367



CONFIDENTIAL



**Background on Theranos Studies:**

Every day gained in getting a new brand to market can be measured in millions of dollars.

Time is a major factor of cost of development of a new drug. For years the pharmaceutical industry has worked to drive every day possible out of the development process, and has reached a point where the physical limitations around the timelines for statistically significant data acquisition primarily determine the time to market.

Theranos Systems revolutionize those timeline constraints by enabling instant access to higher quality data and exponentially faster reads on efficacy and safety dynamics from the initiation of clinical trials. In doing so, Theranos is laying the foundation of a new growth model for pharma.

Theranos Systems radically impact revenues and growth on new and existing drugs in ways that were previously not possible:
♦ Faster approvals and studies - Immediate access to results enables immediate decision making and planning; early reads on efficacy dynamics and dose optimization for sub-populations through more comprehensive longitudinal PK/PD profiling
♦ Reimbursement and differentiation - Concrete reads on efficacy dynamics and visibility into mechanisms of action to optimize compounds dynamically
♦ Rapid access to multiple markets pre and post-approval - early reads on efficacy through trends in the change in rate of key markers allow for rapid label expansion
♦ Amelioration of safety concerns – more accurate reads on actual pathway dynamics enable rapid optimization where beneficial and delineation of patient sub-populations

**Economic Impact of Theranos Studies to Pharma:**

Based on Theranos' previous experience, predictive modeling and more comprehensive longitudinal profiling has resulted in the demonstration of meaningful dose-response and efficacy dynamics profiles in 6 month timeframes where the conventional infrastructure took two years and was still not able to generate hard correlations. An 18 month time-savings, not to mention the ability to gain insight into methods for optimization for label expansion, can conservatively be equated to hundreds of millions of dollars gained. With industry estimates at $1-3M a day for the value of each day gained in time to market, even 6 months saved ranges between $180M and $540M in return on investment.

Equally, once the infrastructure has been implemented, future studies are requiring about 25% fewer patients, reducing the patient costs, number of sites required, assay development, reagent screening, and infrastructure costs for shipping and processing samples through ambulatory point-of-care monitoring.

Overall savings on 6 month trials once the data analytical infrastructure has been established have averaged 50% of the cost of running an equivalent trial through the conventional infrastructure, further saving millions of dollars. As the data analytical engine evolves after the first 6 month study, costs are further reduced in each follow-on study, covering the cost of Theranos infrastructure and units many times over.

Ultimately though, the greatest economic return on investment lies in the ability to expand percentage market ownership through visibility into pathway dynamics that enables rapid characterization of responder populations in ways previously not possible. This capability enables

Trial Exh. 0291 Page 0009

**SER-306**

FOIA Confidential Treatment Requested by Theranos                    TS-0906368



CONFIDENTIAL



commercialization of 'targeted blockbusters' by redefining a company's historical success rate in realizing the target product profile of each drug once it hits the market.

**Angiogenesis Program Overview:**

The primary objective of the present program was to demonstrate the functionality of Theranos Systems in such a way that future studies could fully leverage the power of comprehensive longitudinal time-series profiling for rapid compound optimization and development.

For this program, Theranos was asked to develop multiplexed point-of-care assays for VEGF and PlGF for use in monitoring patient pharmacodynamic response to anti-angiogenesis therapies. Because the development of VEGFR2 in that multiplex was desirable as a tool for use in future studies, Theranos developed the assay and included it in the point-of-care multiplex.

In this program, Theranos validated not only functional equivalence, but superior performance specifications of the Theranos multiplex to each of the respective 'gold-standard' kits.

An Interim Report on Assay Development was submitted to Pfizer in Q2 '07 upon successful completion of assay development.

As planned for at the interim update meeting with Pfizer, the first patient began participating in the study in July of 2007. In order to fast-track the program timeline, Theranos contracted an independent site - Tennessee Oncology Center.

Enrollment of Sutent patients at this site was very slow; from the time patient screening began (early 2007) and after discussions with respective members of the Pfizer team, the protocol was revised several times to increase the frequency of monitoring but reduce the total number of patients and shorten the monitoring cycles per patient. Likewise, enrollment criteria were broadened to include patients on other therapies with whom trends in the relevant markers could also be profiled.

In doing so, statistical significance in meeting the study goals could still be ensured. Multiple IRB submissions were filed. Final IRB and Informed Consent Forms were included in two interim update reports sent to Pfizer.

*Goals of Study*:
1. Generate preliminary data on VEGF and PLGF trends in cancer patients while assessing the use of the Theranos System in the hands of clinicians and patients.
2. Obtain feedback and recommendations from clinical staff.
3. Assess the use of the Theranos System in the hands of ambulatory patients at home.
4. Assess the Ambulatory Bioinformatics Communications System[1] including the physician and patient web portals as well as the data reports generated.

*Study design*:
Patient screening began in January 2007, once the final site was selected, enrollment began. In July of 2007, the first patient was enrolled in the trial. This trial consisted of very ill late-stage (4th line) cancer patients with various tumor types receiving a variety of therapies at the Sarah

---

[1] The Ambulatory Bioinformatics Communication System (formerly known as ABCS) was rebranded as TheranOS, the Theranos Operating System.

Trial Exh. 0291 Page 00010

**SER-307**

FOIA Confidential Treatment Requested by Theranos

TS-0906369



CONFIDENTIAL



Cannon Research Center at Tennessee Oncology (TNONC) in Nashville, Tennessee. The patients in the study typically resided in very remote locations across the eastern US. Almost all patients were not computer literate, and most were from low income families, unable to afford private telephone service.

The Theranos angiogenesis monitoring system was evaluated for clinical efficacy and as a means of more accurately and effectively monitoring cancer therapy and the progression of solid tumor cancers from a mechanism-of-action perspective. 32 patients were enrolled. Various cycles of therapies were monitored as well as physical changes in tumor size.

Four of the patients retracted consent to the study, three of them due to family problems and one due to mental and physical instability.  Thus, Theranos increased the targeted enrollment number to ensure that the goal of demonstrating performance across significantly significant patient numbers would be met. That goal has now been achieved. To realize the goal, some patients had extended (60 day) monitoring periods.

Since Theranos has the ability to continue monitoring patients under the existing IRB and given the power of some of the correlations which are becoming apparent, Theranos may continue monitoring those patients for an extended period of time.

Enrollment was unpredictable and slow. All installations and shipments completed for this study were done on-demand with less than 24 hours.  As part of the installation procedure, Theranos' client solutions team has performed at-home installations and pick-ups for many weak patients.

For each patient, a total of up to 14 time points w    ere collected during the month-long analysis period, 3-4 time points taken at the clinic and the    other 10-11 time points taken in-home.  Both finger-stick and venous samples were taken during e    ach clinic visit, while only finger-stick samples were run in-home.  The venous draw samples    were run on the Theranos System in the clinic at the time of the draw; these samples were    also processed so that the plasma and/or serum was analyzed using a reference method.

Venous samples were processed using reference metho    ds and provide an archive of 41 anti-coagulated plasma and serum samples which were frozen and have subsequently been analyzed at Theranos.

**Theranos System Overview:**

The Theranos System is comprised of consumer-orient        ed readers, single-use cartridges containing assay chemistry and controls, and a data    collection system that communicates through cellular networks with the instrument to pr    ovide assay protocols and to compute and display results.

The steps required of a new patient are to 1) take  the machine out of the box and 2) plug it into a power source. The touch-screen then walks each pati    ent through the process of poking his/her finger, depositing blood into the cartridge, and pl    acing the cartridge in the reader drawer. The instrument then processes the assays and sends the    data through the cellular network in real-time to a secure web-portal.

Theranos Systems allow for quantitative, multiplexed longitudinal time-series measurements to map correlations between the rate of change of blood-borne markers over time to surrogate and clinical end-points.

FOIA Confidential Treatment Requested by Theranos                                                       TS-0906370



CONFIDENTIAL



Specifications:

❖ Designed for at home use. Can also be used in phys ician's offices, ICU, and laboratories.
❖ Multiplexed measurement of biomarkers.
❖ Customizable for different/new assays on demand.
❖ Average 6 measurements per cartridge
❖ Serial measurements to comprehensively profile pha rmacodynamic response through trends
❖ Runs fresh whole blood, plasma or serum samples
❖ Finger-stick – small sample size
❖ Mix and match selection of analytes on demand.
❖ Wide measurement range
    o pg/mLl – mg/mL (1 billion fold)
❖ High sensitivity
    o 0.2 pg/mL (2 parts per 10-billion)
❖ Analyte Recovery: ~100 %
❖ System CV post-calibration (inter-intra reader, ca rtridge, and assay): < 10 %
❖ On-board chemistry controls
❖ Factory calibration (no user calibration)
❖ Wireless communication of results to appropriate u ser through cellular network
❖ Proprietary algorithms to interpret time trend res ults

The existence of a technology infrastructure for home, real-time blood monitoring allows collection of information which cannot be obtained using conventional blood testing scenarios:
❖ Small sample (finger-stick) + more frequent sampli ng of a small subset of analytes enables:
    o Identification of appropriate analytes (greatly he lped by more frequent sampling)
    o Earlier detection of efficacy and safety and acu te problems so intervention (for example, dose modification or change in drug type) can be more effective
    o Convenience of monitoring through-out a time-cours e before an event
❖ Higher sample integrity; real-time sample analysis on fresh whole blood on a standardized platform which can be deployed at any location (world-wide) eliminates assay inaccuracy associated with commercially available tests performed on samples which are "old" by the time they are analyzed.
    o Elimination of erroneous results (caused by analy te instability ) and inherent errors in data and patient correlations (caused by processing data at various contract locations)

Trial Exh. 0291 Page 00012

**SER-309**

FOIA Confidential Treatment Requested by Theranos                    TS-0906371



CONFIDENTIAL







For this study, an instrument was deployed in the home of each patient; four others were installed at the Cancer Center.

Three assays were performed simultaneously in multi plex by the system on a finger-stick sample of fresh whole blood. The analytes were Vascular E    ndothelial Growth Factor (VEGF), soluble VEGF receptor R2 (sVEGFR2, usually referred to as V      EGFR2) and Placental Growth Factor (PLGF).   Each assay was controlled using within-cartridge control measurements.

The system was calibrated at Theranos. Multiple car      tridge lots were produced each with successively more clinically relevant specification s once samples were received from patients in the trial, as samples were not available during ass      ay validation. Each lot was independently calibrated.

*Traceability of calibration* :  Calibration is traced to authentic analytes diss      olved at known concentrations in a plasma-like matrix.  Calibratio n materials are prepared as mixed solutions of the three analytes. Assignment of calibrator conce    ntrations is then made to values found for measurements of calibrators using reference assays.

*System Performance Goals*:

| Assay | Reportable low pg/mL | Reportable high pg/mL Pr | ecision CV, % |
|-------|---------------------|--------------------------|---------------|
| VEGF | 20 | 10,000 | 10 |
| VEGFR2 | 150 | 15,000 | 10 |
| PLGF | 5 | 1,000 | 10 |

*Assay ranges achieved*:
The goals for each assay's dynamic range were achieved.  Due to the inability to receive samples for calibration at the beginning of the studies, th     e upper limit of calibration for VEGF was restricted to 3,000 pg/mL in the first cartridge lo ts, but then extended[2] to 10,000 pg/mL.  For early cartridge lots the PLGF assay lower limit of sensit     ivity was 50 pg/mL.  Therefore, many early results for PLGF were out-of-range low ("OORL"). Lo     ts produced after receiving samples for calibration have reportable ranges below 20 pg/mL.

---

[2] All three assays have a linear dose-responses extending far above the highest calibrator used.

Trial Exh. 0291 Page 00013

**SER-310**

FOIA Confidential Treatment Requested by Theranos

TS-0906372



CONFIDENTIAL



*Specificity*:
The specificity of the assays depends on the pairs of antibodies chosen for each assay. In the first instance, we rely on the antibody vendor information. Selected pairs are known to have good specificity in ELISA assays. Key issues for these analytes are (1) the structural relationship of VEGF and (2) the fact that VEGF binds to sVEGFR2. We have shown that the Theranos assay system is not affected by the presence of VEGF and VEGFR2 and PLGF in the same samples. In many patients in this study, the drug Avastin is used. This drug is an antibody that binds to VEGF. It is obvious that ELISA assays for VEGF (and perhaps VEGFR2) using antibody pairs are likely to be interfered with by Avastin. As documented below, Theranos assays for VEGF and VEGFR2 appear to function with minimal interference from Avastin. In contrast, the selected reference assay for VEGF is strongly interfered by Avastin.

<u>Theranos System Performance</u>:

*Assay accuracy*:
Accuracy has been evaluated by analysis of clinical samples. Two sets of samples have been used: (1) A set of 12 serum samples from cancer patients (obtained from a commercial vendor), (2) 41 archived serum and plasma samples from this study. Because Avastin was used to treat many of the patients in the TNONC study and this antibody strongly interferes with the reference method, we used the commercially available samples for VEGF assay evaluation.

Twelve serum samples were assayed (singlicate) in the Theranos system and in duplicate for the reference method with the following results:

VEGF: y (Theranos) = 0.785 x (reference) + 95.2; $R^2$ =0.99. Range 96 – 1985 pg/mL. One sample was rejected from the analysis giving very high results in the Theranos system and low results in the reference assay. Based on the study data, it seems likely this patient was being treated with the drug Avastin, which interferes with the reference assay.



CONFIDENTIAL



**Single cartridge clinical results**



For VEGFR2, 39 TNONC samples were assayed in tripli cate in the Theranos system and duplicate for the reference method. The results we re: y (Theranos) = 1.29 x (reference) + 1004; R =0.83. Range 1015 – 9285 pg/mL.

Trial Exh. 0291 Page 00015

**SER-312**

FOIA Confidential Treatment Requested by Theranos                                                        TS-0906374



CONFIDENTIAL





For the initial PLGF samples analyzed by Theranos in the field and with the reference method the results fell mostly in the undetectable range of both methods. Once the Theranos calibration was re-optimized, values became detectable from 5-17 pg/mL in the out-of-range-low venous samples sent to Theranos.

A significant correlation was achieved during valid ation on normal serum samples from twenty pregnant women assayed in quadruplicate. They were analyzed on both the Theranos system and the reference R&D Systems kit. The following re sults were obtained: y (Theranos) = 1.26*x (R&D Systems); R = 0.96. The average within sample CV for the Theranos results was 9%. One sample (shown in pink) below gave discrepant results.

Trial Exh. 0291 Page 00016

**SER-313**

FOIA Confidential Treatment Requested by Theranos

TS-0906375



CONFIDENTIAL





When the results for patients were segregated by tr imester and averaged, the concordance shown below was found.

Trial Exh. 0291 Page 00017

**SER-314**

FOIA Confidential Treatment Requested by Theranos

TS-0906376



**CONFIDENTIAL**





*Effect of Avastin on the reference VEGF assay*:
Comparison of reference and Theranos VEGF assay res        ults for venous samples were not correlated.  Many Theranos results were in the thou  sands of pg/mL where reference assay gave a low value.  Since it was noted that many of the p      atients had been treated with Avastin which binds to VEGF, Theranos did a study of spike recove   ry for the reference method.  VEGF (400 pg/mL) was added to each sample and the assay repeated.  Results are shown below:

|  | Avastin VEGF average, pg/mL | VEGF average, pg/mL |
|---|---|---|
| Present | Ref | Theranos |
| N | 149 | 588 |
| Y | 136 | 8359 |

|  | VEGF spike recovery, % |
|---|---|
| N | 66.5 |
| Y | -1.3 |

It is evident that Avastin completely blocks the re  ference assay response.  Presumably, Avastin binds at a site on VEGF close to or identical with  that recognized by one of the antibodies used in the reference method.  The reference assay thus res        ponds only to free VEGF whereas the Theranos assay is not blocked and measures both Avastin-bound and free VEGF.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

Trial Exh. 0291 Page 00018

**SER-315**

FOIA Confidential Treatment Requested by Theranos           TS-0906377



CONFIDENTIAL



*Assay precision*:

Inter-Instrument Precision:
Venous samples from patients were run across four instruments.

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 8.0 |
| VEGFR2 | 150 | 15,000 | 7.3 |
| PLGF | 5 | 1,000 | 9.2 |

Precision in comparison to available reference meth          ods was evaluated during calibration. Singlicate measurements from six instruments were u          sed next to commercially available 'gold-standards'. Theranos adjusted the target range afte          r obtaining clinical samples. Due to the superior performance characteristics of Theranos' a ssay next to commercial standards, obvious variances are seen where the reference methods report OORL.

Single lot calibration data:

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF (lot 3) | 30 – 10,000 | 12.0 |
| VEGF (lot 1) | 30 – 3,000 | 10.0 |
| VEGFR2 (lot 3) | 1,000 – 10,000 | 4.8 |
| VEGFR2 (lot 1) | 50 – 800 | 17.6 |
| PLGF (lot 3) | 5 – 780 | 26.9 |
| PLGF (lot 1) | 50 – 800 | 9.1 |

Precision was also measured by analysis of the 41 a          rchived clinical samples in assays and for VEGF 12 commercial samples.

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF | 30 – 10,000 | 16.7 |
| VEGF[3] | 96 – 1985 | 5.7 |
| VEGFR2 | 1,000 – 10,000 | 20.4 |
| PLGF | 5 – 780 | 28.7 |

*Dilution linearity*:

Data gathered during lot calibration.

VEGF, pg/mL Recovery, %

| VEGF, pg/mL | Recovery, % |
|---|---|
| 10000 | (100) |
| 2970 | 102 |
| 990 | 95 |
| 297 | 105 |
| 100 | 109 |
| 30 | 105 |
| 10 | 101 |

---

[3] Commercial samples



CONFIDENTIAL



| VEGFR2, pg/mL | Recovery, % |
|---|---|
| 10560 | (100) |
| 7920 | 92.9 |
| 5280 | 100.9 |
| 3960 | 104.8 |
| 2640 | 97.7 |
| 1320 | 100.8 |

| PlGF, pg/mL | Recovery, % |
|---|---|
| 780 | 100.0 |
| 312 | 87.6 |
| 156 | 102.8 |
| 47 | 106.3 |
| 16 | 92.4 |
| 5 | 99.4 |

For all assays, recovery was close to 100 % in the reportable range.

*Limit of detection (LOD)*:
Data gathered during calibration.  The LOD is defined at a 95 % confidence level.

| Analyte | LOD, pg/mL |
|---|---|
| VEGF | < 20 |
| VEGFR2 | < 200 |
| PLGF[4] | < 20 |

**Theranos Field Study:**

The system has been deployed to patient's homes and      the TNONC study clinic and has downloaded protocols and uploaded data wirelessly.      Some patients used direct telephonic communications (POTs modems) if they were worried a bout cell reception. Data for every patient has been profiled on a secure, Pfizer-specific server.

Field Performance Overview:

In this report we document results from:

- 27 patients (41% female and 59% male)
- 13 cancer types
- 38 Instruments
  - 27 instruments deployed to patients' homes

---

[4] Later stage cartridge lots

**SER-317**

FOIA Confidential Treatment Requested by Theranos                TS-0906379



CONFIDENTIAL



- 4 instruments deployed to the clinical site in Nashville, TN
- 4 updated instruments to replace the readers at the clinical site such that the latest design revolution is deployed at the site
- 3 were used to replace malfunctioning readers in the field (2 at clinic - one with communication issue, one mechanical due to user error; 1 at patient's home with mechanical issues from shipping)

- 445 cartridges (approximately 1300 assay results)
  - This number includes cartridges run in-house on archived plasma as well as results gathered in-field

Data acquisition has proven feasible in the home setting. There were instruments in the field operating in extreme temperature conditions (from very hot, no A/C to A/C turned to the maximum) as well as in very diverse locations (from RV's to log cabins in the middle of forests), in remote, difficult to reach areas where poor cellular reception is prevalent.

The instruments have been deployed across three states, including Kentucky, Pennsylvania and Tennessee. As mentioned, typical turnaround time for installation and patient at-home test was less than 24 hours without notice.

In monitoring this multiplex of analytes at far greater frequency than ever before, considerable patient-response variation can be seen across different sub-patient populations, therapies, and cancer types.

When we look at the average results from each patient and the variation seen for each patient, it is evident that the patients vary drastically:

|  | VEGF Avg., pg/mL | VEGFR2 Avg., pg/mL | PLGF Avg., pg/mL |
|---|---|---|---|
| Maximum | 13,584 | 6,317 | 410 |
| Minimum | 47.5 | 368 | 37.3 |

**By evaluating sample statistics such as these, one can identify patients who are anomalous and who may benefit from therapy modification.**

For example, of the 13 patients with colon cancer we see one subject with an average VEGF of 13,600 pg/mL and another with an average of 255 pg/mL whereas most of the patients had VEGF values quite closely clustered at 1000 - 5000 pg/mL. Similarly, we see some subjects who show very little variation in analyte values and others with wide variations presumably related to response (high or low) to therapy.

Trial Data:

The following raw trial data is included in the appended spreadsheet:

1. Clinic visit diagnostics (Patient characteristics and Clinical assay results)
2. Clinic visit pivot table (clinical results presented as a customizable pivot table)
3. Patient aggregate data (Compliance data, Result averages and CVs by patient and averages by cancer type)
4. All field analyte data results (from the Theranos system presented by patient in a filtered table format [sort-able])
5. Treatment data (drugs used and dosage)

Trial Exh. 0291 Page 00021

**SER-318**

FOIA Confidential Treatment Requested by Theranos                    TS-0906380



CONFIDENTIAL



6. Individual end-of-study results (patient evaluat ion of system)
7. Compilation and summary of end-of-study survey r  esults
8. Data transmission statistics


Evaluation of time course results from individual patients:

The study data demonstrates that in a larger, statistically controlled study, where the endpoint is directly proportional with patient outcome, e.g., a RECIST Score, a correlation between analyte dynamics and patient response to treatment would be generated.

To showcase the ability to profile predictive correlations between treatment and response profiles, we selected data from two patients -- 14 and 12. Due to patient 14's clinic schedule (first figure below), we were able to collect data following multiple infusion dates, allowing limited statistical analysis to be performed that correlates analyte levels with treatment administration. The cross-correlation function (second figure below) looking at VEGF and VEGFR2 blood levels for patient 14 shows a positive correlation at a cadence of 3 data points. This coincides with the patient's weekly clinic visits during which the patient receives the Avastin infusions.



The change in rate of the parameters can be correlated to progress, seen again below in a correlation plot:

Trial Exh. 0291 Page 00022

**SER-319**

FOIA Confidential Treatment Requested by Theranos                    TS-0906381



CONFIDENTIAL





For patient 12 (first figure below), we observe an inverse correlation between VEGF and VEGFR2 blood levels. This suggests that the blood analytes behave differently with different drug treatments, pointing at distinct pathways of drug activity (second figure below).

Trial Exh. 0291 Page 00023

**SER-320**

FOIA Confidential Treatment Requested by Theranos                                    TS-0906382



CONFIDENTIAL







3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

Trial Exh. 0291 Page 00024

**SER-321**

FOIA Confidential Treatment Requested by Theranos

TS-0906383



CONFIDENTIAL



For most patients analyzed, the sample size and sample numbers did not provide sufficient statistical power to derive a statistically significant conclusion but some clinical endpoint measurements were accessible to correlate analyte vectors and their rates of change with time to the patient's progression and response to treatment.

Patient average VEGF and VEGFR2 data by cancer type:

| Patient ID | Cancer type | Main Treatment | Average VEGF (pg/ml) | Average VEGFR2 (pg/ml) |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | Sutent | 47.5 | 2592 |
| SCP006 | Breast Cancer | Avastin | 2082 | 2662 |
| SCP010 | Breast Cancer | Avastin | 2055 | 3040 |
| SCP008 | Breast Cancer | Sorafenib | 98 | 1863 |
| SCP021 | Colorectal Cancer | Avastin | 4677 | 3646 |
| SCP027 | Colorectal Cancer | Sorafenib | 1093 | 4863 |
| SCP029 | Colorectal Cancer | Sorafenib | 3612 | 5658 |
| SCP003 | Colorectal Cancer | Sutent | 72 | 2798 |
| SCP007 | Colorectal Cancer | Avastin | 3860 | 2350 |
| SCP009 | Colorectal Cancer | Avastin | 1840 | 368 |
| SCP022 | Colorectal Cancer | Avastin Patient dropped | | N/A |
| SCP014 | Colorectal Cancer | Avastin | 1826 | 1634 |
| SCP019 | Colorectal Cancer | N/A | Patient dropped | N/A |
| SCP016 | Colorectal Cancer | Avastin | 3006 | 2143 |
| SCP031 | Colorectal Cancer | Avastin | 13584 | 5463 |
| SCP024 | Colorectal Cancer | Sorafenib | 255 | 1540 |
| SCP028 | Colorectal Cancer | Sorafenib | 1274 | 6317 |
| SCP023 | Esophageal Cancer | Avastin | 3145 | 2260 |
| SCP030 | Gastrointestinal Stromal Tumor | Sutent | 889 | 2424 |
| SCP012 | Liver Cancer | Sorafenib | 96 | 1253 |
| SCP017 | Lung Cancer | Avastin | 3947 | 2111 |
| SCP025 | Melanoma | Avastin | 5399 | 3294 |
| SCP002 | Neuroendocrine carcinoma | N/A | Patient dropped | N/A |
| SCP026 | Ovarian Cancer | Sorafenib Patient dropped | | N/A |
| SCP020 | Renal Cell Carcinoma | Sutent | 368 | 883 |
| SCP004 | Renal Cell Carcinoma | Avastin | 2316 | 1057 |
| SCP011 | Renal Cell Carcinoma | Avastin | 3159 | 1911 |
| SCP013 | Renal Cell Carcinoma | Avastin | 3908 | 770 |
| SCP015 | Renal Cell Carcinoma | Avastin | 3031 | 1068 |
| SCP018 | Tongue Cancer | Avastin | 1457 | 3074 |
| SCP005 | Unknown Primary | Avastin | 3099 | 2980 |

As referenced, patients #2, #19, #22, #26 dropped out of the study for various reasons; therefore average values are not statistically significant for them.

SER-322

FOIA Confidential Treatment Requested by Theranos

TS-0906384



CONFIDENTIAL



For the patients in whom PLGF is consistently detectable we selected plots as shown below.



Trial Exh. 0291 Page 00026

**SER-323**

FOIA Confidential Treatment Requested by Theranos

TS-0906385



CONFIDENTIAL





Patient monitoring times and quality of life by gender:

| Patient ID | Cancer type | Gender (on average)* | Time of day when home monitoring was performed (on average)* | Quality of life (as measured by on-screen survey)* |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | f | Morning | N/A (Survey was not yet deployed) |
| SCP006 | Breast Cancer | f | Afternoon | 7 |
| SCP010 | Breast Cancer | f | Evening | 8 |
| SCP008 | Breast Cancer | f | Late Evening | 7 |
| SCP021 | Colorectal Cancer | f | Noon-afternoon | 8 |
| SCP027 | Colorectal Cancer | f | Afternoon | 10 |
| SCP029 | Colorectal Cancer | f | Afternoon-Evening | not yet available |
| SCP003 | Colorectal Cancer | f | Morning | N/A (Survey was not yet deployed) |
| SCP017 | Lung Cancer | f | Evening | 9 |
| SCP026 | Ovarian Cancer | f | N/A | N/A |
| SCP020 | Renal Cell Carcinoma | f | Afternoon | 6 |
| SCP005 | Unknown Primary | f | Afternoon | 9 |

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

20

**SER-324**

FOIA Confidential Treatment Requested by Theranos

TS-0906386



**CONFIDENTIAL**



| SCP007 | Colorectal Cancer | m | Evening | 7 |
|--------|-------------------|---|---------|---|
| SCP009 | Colorectal Cancer | m | Late Evening | 7 |
| SCP022 | Colorectal Cancer | m | N/A | 8 |
| SCP014 | Colorectal Cancer | m | Morning | 7 |
| SCP019 | Colorectal Cancer | m | N/A | N/A |
| SCP016 | Colorectal Cancer | m | Evening | 8 |
| SCP031 | Colorectal Cancer | m | Afternoon | not yet available |
| SCP024 | Colorectal Cancer | m | Afternoon | 9 |
| SCP028 | Colorectal Cancer | m | Evening | not yet available |
| SCP023 | Esophageal Cancer | m | Morning | 8 |
| SCP030 | Gastrointestinal Stromal Tumor | m | Morning | not yet available |
| SCP012 | Liver Cancer | m | Afternoon | 10 |
| SCP025 | Melanoma | m | Morning | 9 |
| SCP002 | Neuroendocrine carcinoma | m | N/A | N/A |
| SCP004 | Renal Cell Carcinoma | m | Noon-afternoon | 10 |
| SCP011 | Renal Cell Carcinoma | m | Morning | 9 |
| SCP013 | Renal Cell Carcinoma | m | Evening | 10 |
| SCP015 | Renal Cell Carcinoma | m | Evening | 7 |
| SCP018 | Tongue Cancer | m | Afternoon | 5 |
| * Actual time for each test point and diurnal variations of quality of life can be found online | | | | |

Patient compliance with optional on-screen questionnaire was approximately 86% (this number was calculated before the end of the study, therefore final compliance figures may change).

FOIA Confidential Treatment Requested by Theranos

TS-0906387



CONFIDENTIAL



Patient clinical visit data by age:

| Patient ID | Race | Smoking Status | Alcohol Consumption | Age | Weight (pounds) |
|---|---|---|---|---|---|
| SCP029 | Caucasian | does not smoke now, positive history | None | 36 | 179 |
| SCP010 | Caucasian | never smoked | monthly or less | 45 | 165 |
| SCP018 | Caucasian | Smoke daily | None | 45 | 181 |
| SCP007 | Caucasian | never smoked | None | 46 | 213 |
| SCP008 | Caucasian | smoke occasionally | None | 46 | 180 |
| SCP002 | Caucasian | never smoked | monthly or less | 49 | 194 |
| SCP016 | Caucasian | smoke occasionally | monthly or less | 49 | 167 |
| SCP012 | Caucasian | does not smoke now, positive history | None | 53 | 190 |
| SCP015 | Caucasian | does not smoke now, positive history | None | 53 | 174 |
| SCP028 | Caucasian | smoke occasionally | None | 57 | 262 |
| SCP001 | Caucasian | does not smoke now, positive history | None | 61 | 172 |
| SCP027 | African American | never smoked | None | 62 | 167 |
| SCP009 | Caucasian | never smoked | None | 63 | 221 |
| SCP011 | Caucasian | does not smoke now, positive history | monthly or less | 63 | 305 |
| SCP024 | Caucasian | infrequent attempts (never developed a habit) | Every day | 64 | 200 |
| SCP023 | Caucasian | never smoked | Every day | 65 | 252 |
| SCP005 | Caucasian | does not smoke now, positive history | monthly or less | 66 | 160 |
| SCP021 | Caucasian | smoke occasionally | monthly or less | 66 | 198 |
| SCP006 | Caucasian | never smoked | monthly or less | 68 | 163 |
| SCP017 | Caucasian | does not smoke now, positive history | Every day | 69 | 112 |
| SCP013 | Caucasian | never smoked | monthly or less | 71 | 230 |
| SCP020 | Caucasian | never smoked | None | 72 | 101 |
| SCP026 | Caucasian | never smoked | None | 73 | 132 |
| SCP031 | Caucasian | does not smoke now, positive history | None | 73 | 134.5 |
| SCP025 | Caucasian | does not smoke now, positive history | None | 77 | 184 |
| SCP014 | Caucasian | does not smoke now, positive history | monthly or less | 78 | 217.5 |
| SCP022 | African American | never smoked | None | 82 | 178 |
| SCP030 | Caucasian | never smoked | None | 83 | 182 |

Trial Exh. 0291 Page 00029

SER-326

FOIA Confidential Treatment Requested by Theranos

TS-0906388



CONFIDENTIAL



Sample of patient clinical blood work by patient ID:

| Patient ID | Avg. % Lymphocytes | Avg. Heart Rate | Avg. Total Bilirubin | Avg. Systolic BP | Avg. RBC |
|---|---|---|---|---|---|
| SCP001 | 33.4 | 67.7 | 0.7 | 129.3 | 3.2 |
| SCP002 | 34.1 | 55.0 | 0.3 | 161.0 | 4.3 |
| SCP004 | 27.8 | 64.7 | 0.5 | 144.7 | 3.2 |
| SCP005 | 36.4 | 75.0 | 0.2 | 127.5 | 3.9 |
| SCP006 | 29.5 | 100.7 | 0.3 | 112.7 | 4.3 |
| SCP007 | 24.0 | 73.0 | 0.3 | 131.3 | 4.4 |
| SCP008 | 23.7 | 84.0 | 0.4 | 124.0 | 5.1 |
| SCP009 | 25.0 | 71.5 | 0.7 | 133.0 | 4.5 |
| SCP010 | 45.3 | 74.3 | 0.9 | 137.8 | 4.5 |
| SCP011 | 28.6 | 82.0 | 0.6 | 135.0 | 4.8 |
| SCP012 | 28.3 | 75.5 | 0.7 | 122.0 | 4.0 |
| SCP013 | 31.1 | 72.0 | 0.7 | 137.0 | 4.2 |
| SCP014 | 40.2 | 81.5 | 0.4 | 125.3 | 4.0 |
| SCP015 | 35.4 | 78.3 | 0.3 | 147.0 | 5.0 |
| SCP016 | 18.0 | 75.3 | 0.3 | 131.3 | 4.9 |
| SCP017 | 20.7 | 89.3 | 0.4 | 114.0 | 4.2 |
| SCP018 | 23.4 | 70.0 | 0.3 | 133.0 | 4.8 |
| SCP020 | 17.9 | 60.7 | 0.4 | 146.0 | 3.7 |
| SCP021 | 36.5 | 91.0 | 0.4 | 130.0 | 4.8 |
| SCP022 | 23.5 | 93.5 | 0.7 | 123.0 | 4.0 |
| SCP023 | 26.3 | 107.7 | 0.7 | 119.7 | 4.7 |
| SCP024 | 18.8 | 83.0 | 0.7 | 139.0 | 3.7 |
| SCP025 | 33.5 | 94.0 | 0.3 | 143.0 | 5.2 |
| SCP026 | 34.6 | 110.0 | 0.4 | 125.0 | 3.7 |
| SCP027 | 9.5 | 70.0 | 0.7 | 119.0 | 3.7 |
| SCP028 | 21.2 | 98.0 | 0.8 | 125.7 | 5.2 |
| SCP029 | 32.6 | 90.5 | 0.6 | 122.8 | 5.1 |
| SCP030 | 42.3 | 72.0 | 0.4 | 137.0 | 3.7 |
| SCP031 | 16.7 | 70.0 | 0.4 | 145.0 | 4.3 |

All individual patient data was profiled as it was generated on the Pfizer-specific secure portal at www.theranos.com; raw data can also be found in the attached excel spreadsheet.

Server and Data Transmission

Approximately 361 cartridge results and 203 optional home surveys from the field were successfully transmitted to the Theranos servers. There were less than 5% transmission errors that required the readers to either retry sending the data or wait until they had a better connection to send the data. All data gathered in the field was transmitted to the Theranos servers. For the first two patients, on-screen surveys were not available. The number of surveys received is smaller than the number of cartridge runs due to the above as well as patients filling only one survey for each of their clinic visits (even though they ran two cartridges per visit). Once surveys

Trial Exh. 0291 Page 00030

**SER-327**

FOIA Confidential Treatment Requested by Theranos  TS-0906389



CONFIDENTIAL



became available, each cartridge run also asked the user to complete an optional quality of life survey and compliance was very good.

| Data distribution by transmission pathway to date | | |
|---|---|---|
| Direct Internet Connection | Wireless-GSM Traditional | Phone line |
| 5.6 % | 90.7% | 3.7 % |

The only problem encountered with using GSM wireless phone technology was poor signal. The main reasons for poor cellular reception were: dense foliage, metal roofs and poor signal quality due to remote location. In one location (Stewart, TN), there was no cellular coverage at all; therefore the reader used the standard telephone line in order to connect to our servers and report data as it was gathered. All of this patient's logs were received by Theranos servers. In future studies, multiple network providers would be contracted for these areas.

Overall performance of the Theranos System based on Customer Care log:

The customer care line was available to patients 24 hours a day 7 days a week over the course of the entire study (July 07 to October 08). All calls were addressed professionally and all issues were resolved quickly, taking care to minimize the impact on patients and clinical staff.

The types of calls for which patients used the Customer Care line:

- o Patient running low on supplies – the solution was to simply ship more of the needed supplies with overnight delivery to make sure patient had enough for the upcoming home tests.
- o Patient not knowing how to turn machine on – the solution was to advise the patient over the phone on the procedures outlined in the setup sheet they received and to make sure they have the instrument up and running.
- o Patient calling about scheduling an instrument pickup – solution was to schedule one of our representatives to pick up the machine or alternatively to have FedEx pick up the reader if patient was able to place it in the shipping container themselves.
- o Patient called about blood transfer question – the solution was to advise the patient to leave the blood transfer device on a flat surface. If this solution was not sufficient, a new batch was shipped to make sure no capillary manufacturer defects were at fault.
- o Patient called about instrument not recognizing cartridge – the solution was to ask patient to re-try and call back if problem persisted. The suspicion was that due to poor cellular signal the reader was unable to communicate, and by re-trying it would perform appropriately. There were no subsequent calls from patient.
- o Patient called about instrument not being ready due to temperature – the solution was to ask patient to move reader away from A/C units and possible air currents. Patients had moved readers from initial installation location (one moved it to his RV, another into a really hot room) and the temperature extremes affected the readers' ability to maintain desired temperature. The Theranos readers are engineered to control temperature to eliminate variability associated with conventional assays.

The majority of systems deployed in the field performed their duties throughout the entire length of the patient monitoring schedule. One instrument had mechanical issues due to being misused; this happened during new personnel training at TNONC. The instrument was promptly replaced with a new instrument. Another failure occurred due to the instrument being damaged in shipping.

---

Trial Exh. 0291 Page 00031

**SER-328**

FOIA Confidential Treatment Requested by Theranos                                    TS-0906390



CONFIDENTIAL



Although it performed its functions properly for the majority of the patient's schedule it eventually malfunctioned and was also promptly (~24 hours) replaced. Yet another issue was related to the cellular carrier not identifying the instrument. To expedite the process and assure that the clinic was adequately supplied it was decided to replace that instrument with one that was known to work. The problem was later resolved off-line.

Patient Compliance with protocol:

It is hard to estimate the patient compliance with the exact protocol due to the factors out of Theranos' control. In many instances patients re-scheduled their clinic visits and the new appointments were not communicated to us. At the onset of each patient's home monitoring they were provided with a tentative schedule which in many cases changed due to patient's need to travel or inability to keep scheduled appointments. With this in mind, we estimate that patient compliance with protocol was still very good, at approximately 96 % (measured as 80-120% of expected testing completed and received). Given the missing information, a much more accurate derivation would be possible.

Theranos System Assessment by Patients and Clinical Staff:

Patient end of study surveys were sent out to all participants. To date, 17 responses were collected from patients.

Summary of patients' assessment of the Theranos system:

- 88% of patients surveyed found the Theranos System easy to use; no patients found it "very hard" to use.
- 76% of patients found the written instructions to be very informative, with clear directions; 12% did not read instructions
- 91% of patients scored the training given by their Theranos representative either a 9 or 10 (10 being very good training)
- 76% of patients found the Theranos System takes little time to use (scores between 1 and 4 were tallied, with 1 = very little time and 10 = a lot of time)
- 100% of patients found the optional touch screen survey on the Theranos System easy to use, giving scores of either 8, 9 or 10 (10 = easy to use, 1 = hard to use).
- On a scale of 10 to 1 (10 = least painful, 1 = most painful), only one patient gave the blood drawing experience a score of less than 6. 59% felt almost no pain, scoring either a 9 or 10.
- 100% of the patients that responded to the survey gave Theranos Customer Support an excellent or very good rating
- For the majority of patients, the Theranos System worked very well. The major ways of solving the questions patients had were figuring it out on their own or calling the Theranos Customer Care line.
- In the follow-up survey, 100% of patients that responded said they received excellent or very good technical support over the duration of the study.
- Most patients said they prefer monitoring from home (scored 8 through 10) using the Theranos System; 25% were indecisive (scored 4 to 6) when asked whether they prefer going to the clinic or using the Theranos System; only two patients would rather monitor at the clinic.

From the interactions with clinical staff at Tennessee Oncology, the system was:
1. well received and

Trial Exh. 0291 Page 00032

SER-329

FOIA Confidential Treatment Requested by Theranos

TS-0906391



CONFIDENTIAL



2. the client solutions team made a very positive impact on the clinical staff and patients through promptitude and professionalism.

Conclusions:

General:
1. The Theranos System performed with superior perf  ormance to reference assays while running in a complex ambulatory environment.
2. The existing Theranos support infrastructure ena  bles on-demand home installation and patient training in extremely rural areas.
3. Patients preferred ambulatory monitoring to clin  ic visits and liked using the Theranos System.
4. Non-computer literate patients had no issues usi  ng the Theranos System.

Technical:
5. Inter-system accuracy is excellent and was demon  strated on a platform with superior performance specifications to reference methods.
6. Calibrations were updated with access to samples   from the trial.
7. Good correlations were seen to various commercia  lly available gold-standards.
8. Avastin does not block the Theranos assay.
9. The Theranos System can measure VEGF both free a  nd bound to VEGFR2 and Avastin to better quantify dose-response.

Economic:
10. This 15 month study demonstrated the robust fun ctionality of Theranos Systems. With this validation data, the technology can be applied to significantly cut costs and bring compounds to market faster:

11. More frequent sampling enabled better character ization of longitudinal time-series profiles of angiogenesis protein panels. More accurate insight of the change in rate of those panels over time enables significantly faster and earlier reads on efficacy dynamics.
    a. See efficacy dynamics trends and correlation to   end-points in patient time-course profiles on the Pfizer web-portal at www.theranos.com.
12. Response profiles were seen in this study over  30 day intervals. Historically, these types of correlations have taken up to a couple years to demonstrate, or in some cases, were previously not demonstrable. This time gained facilitates rapid data generation for additions to a compendia and rapid label expansion of existing drugs. Equally, this approach can be used to fast-track approvals of key compounds and at the same time better optimize those compounds with better visibility to achieve the target product profiles.
    a. One of Theranos' pharma partners is publishing a   report which estimates the increased time to market is valued at $1M per day – making every month quite substantial.
13. Through Theranos Systems, Pfizer will be able to reduce the number of sites, eliminate shipping costs for samples, processing costs, and analytical costs. Based on historical data, implementation of these systems will enable Pfizer to achieve ~50% cost savings over current study spending (previously demonstrated to be $15M of a $30M study budget). Equally, through better insight into pathway dynamics, Theranos is demonstrating the ability to reduce the number of patients required to show statistical significance in future studies by 30-50%.

Trial Exh. 0291 Page 00033

**SER-330**

FOIA Confidential Treatment Requested by Theranos     TS-0906392





**Schering Corporation**
**Schering Plough Research Institure**
**Assay Development Report**
**Theranos Systems Multiplexed Human IL-6, Human TNF-α, Human CRP (hs)**

Contents
1. Introduction
2. Storage and Use
3. Calibration
4. Range
5. Quantitation Limits and Accuracy
6. Precision
7. Specificity
8. Linearity
9. Matrix Effects
10. Stability

## 1. Introduction

The Theranos Assay System is a fully automated means for measuring concentrations of analytes (biomarkers, drugs) using immunoassay methodology. The system is comprised of instruments, single-use cartridges and a wireless communications link that conveys protocol information to the instruments from a Theranos Server and relays assay data to the Server for interpretation and distribution. Blood, plasma serum and control materials may be analyzed by the System. Calibration is performed at Theranos on a cartridge-lot-specific basis.

The System accepts a metered sample (15uL) from a proprietary sampling device or a pipette, dilutes it automatically to levels appropriate to each assay then executes an automated ELISA assay protocol. The protocol is selected from a set of released protocols available on the Theranos Server and identified by reading a bar code on each cartridge. The bar code is also linked to an assay lot-specific calibration algorithm. Assays are complete in about one hour.

Assays are typically grouped (multiplexed) in particular cartridges designed to monitor specific disease and therapeutic processes. For example, a cartridge designed to monitor acute and inflammatory processes measures IL-6, TNF-α and CRP. Customer is interested in use of the Theranos System and has sponsored a validation exercise at Theranos focused on the inflammatory marker cartridge.

In this exercise, many instruments (60) and three lots of cartridges were used for validation of system level performance: inter-intra device, cartridge, and assay performance.

## 2. Storage and Use

THERANOS CONFIDENTIAL

**SER-331**

FOIA Confidential Treatment Requested by Theranos

TS-0906393

 

Theranos cartridges should be stored in the original unopened packaging in an upright position at 4°C. Theranos instruments require no user maintenance or calibration. User prompts are provided on a screen which is part of the instrument.

## 3. Calibration

IL-6 and TNF-α assay calibration utilize recombinant analytes expressed in human-cell lines as calibration materials. These are reportedly more stable than recombinant analytes made in bacteria and more similar to the naturally occurring analytes. The CRP assay is calibrated with a human plasma-derived analyte. Theranos Systems assays recognize "natural", recombinant, and human-cell line expressed recombinant forms of IL-6 and TNF-α. Each lot of Theranos Cartridges is individually calibrated, the calibration equation is linked to the cartridge barcode and results are automatically computed on the Theranos data server. For this validation study, three cartridge lots were produced and calibrated.

### NIBSC WHO Verification of Calibration

Exemplary assay responses are shown in Appendix A. Calibrations for IL-6, TNF-α and CRP were verified by testing the recovery of the current National Institute for Biological Standards and Control (NIBSC) World Health Organization (WHO) Reference Standards. The current WHO standard for IL-6 is NIBSC code 89/548 (recombinant protein produced in CHO cells with post translational modifications), for TNF-α NIBSC code 88/786 (a natural human protein derived from human BALL-1 cells), and for CRP NIBSC code 85/506 from human plasma. Spike recovery of all three WHO standards were within acceptable limits across the assay ranges as shown in the figures and tables below. Note that for the TNF-α assay we found low recovery (about 30%) of the WHO standard in a reference kit (R&D Systems Quantikine HS catalogue # HSTA00D, data shown in Appendix B). Therefore comparisons of sensitivity and slopes of assay correlations of results of the Theranos System with those of R&D Systems kits will show different results due to their respective calibrations. For example, the R&D Systems Assay would report a TNF-α value of 4 pg/mL when the Theranos Assay reports 12 pg/mL. If desired by a customer the Theranos System can be configured (in calibration algorithms) to provide results matching those of R&D Systems assays (or those of other predicate assay). It is our intention however to continue to perform primary calibration of Theranos assays using International Standard materials whenever possible since predicate assays not so calibrated may be subject to lot-to-lot variation in calibration.

**SER-332**

FOIA Confidential Treatment Requested by Theranos                                        TS-0906394









THERANOS CONFIDENTIAL

Page 3

FOIA Confidential Treatment Requested by Theranos







**Theranos Systems Recovery of IL-6 (NIBSC code 89/548) Spiked in Plasma**
n=3 cartridges, 3 instruments per level

| [IL-6] IU/mL | [IL-6] pg/ml | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 100 | 1000 | 981.1 | 11 | 980.1 | 98 |
| 25 | 250 | 227.1 | 16 | 226.2 | 90 |
| 5 | 50 | 45.2 | 10 | 44.2 | 88 |
| 3 | 25 | 21.5 | 8 | 20.5 | 82 |
| 1 | 10 | 10.5 | 9 | 9.5 | 95 |
| 0 | 0 | 1.0 | 47 | 0.0 | N/A |

**Theranos Systems Recovery of TNF-α (NIBSC code 88/786) Spiked in Plasma**
n=3 cartridges, 3 instruments per level

| [TNFa] IU/mL | [TNFa] pg/mL | Recovered [TNF-α] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 46.5 | 1000 | 873.4 | 3 | 873.0 | 89 |
| 11.6 | 250 | 218.7 | 3 | 218.3 | 96 |
| 2.3 | 50 | 44.0 | 10 | 43.5 | 96 |
| 1.2 | 25 | 20.9 | 22 | 20.4 | 95 |
| 0.5 | 10 | 10.9 | 19 | 10.5 | 100 |
| 0 | 0 | 0.4 | 14 | 0.0 | N/A |

**Theranos Systems Recovery of CRP (NIBSC code 85/506) in Assay Buffer**
n=3 cartridges, 3 instruments per level

| [CRP] IU/mL | [CRP] ug/ml | Recovered [CRP] ug/mL | CV % | % Recovery |
|---|---|---|---|---|
| 98 | 100 | 94.6 | 2 | 95 |
| 49 | 50 | 57.4 | 18 | 115 |
| 24.5 | 25 | 28.1 | 15 | 113 |
| 10 | 10 | 10.2 | 14 | 102 |

Trial Exh. 0291 Page 00037

**SER-334**

FOIA Confidential Treatment Requested by Theranos                    TS-0906396





| 4.9 | 5 | 5.7 | 20 | 114 |
| 0 | 0 | 0.0 | 30 | N/A |

## 4. Range

Reportable ranges based on calibration to WHO standards determined for these assays are:

| Assay | Low | High |
|-------|-----|------|
| IL-6 | 2 pg/mL | 1000 pg/mL |
| TNF-α | 4[1] pg/mL | 1000 pg/mL |
| CRP | 0.05 ug/mL | 100 ug/mL |

As shown below, all three tested lots support these ranges[2].

## 5. Quantitation Limits

Assay calibrations and determination of Lower Limit of Quantitation (LLOQ) and Upper Limit of Quantitation (ULOQ) were performed and analyzed by proprietary software. Assay responses were fitted by a four-parameter equation and LLOQ and ULOQ determined according to FDA criteria. Calibrators were run in triplicate on three days (consecutive or non-consecutive) on 36 instruments for a total of nine cartridges per level, at 12 levels.

**Summary of Calibration Analysis for three Cartridge Lots**

| Lot 2455142005 | IL-6 | TNF-α | CRP |
|----------------|------|-------|-----|
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| **Lot 2455146006** | **IL-6** | **TNF-α** | **CRP** |
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| **Lot 2455156002** | **IL-6** | **TNF-α** | **CRP** |
| LLOQ | 2.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |

**Limits of detection (LOD)**

The range in the Limits of detection calculated as 2*Signal SD/Slope of dose response (□signal/□conc) are reported for the three lots of Theranos cartridges. Comparison data are also given for R&D Systems assays Minimum Detectable Dose "MDD" (which is equivalent to LOD). In addition to the calibration issue for the R&D Systems TNF-α assay discussed above

---

[1] Equivalent to 1 pg/mL in the R&D Systems assay calibrated using R&D Systems calibrators
[2] The lower limit of the reportable range of the TNF-α assay has been extended below the LLOQ so as not to restrict the reportable range too much. The LLOQ is higher than anticipated due to unexpectedly high imprecision of the assay in the cartridge lots used for validation compared with other cartridge lots used in pre-clinical work. We are presently investigating the root cause of this imprecision.

**SER-335**

FOIA Confidential Treatment Requested by Theranos　　　　　　　　　　　　　　　TS-0906397

 

which gives a four-fold lower limit for R&D Systems, we believe the calculation of MDD performed by R&D Systems may be compromised (falsely low) by the inability of any known spectrometer to report optical density to the required precision needed to support the calculated values.

The CRP MDD reported by R&D Systems is highly misleading since it represents the concentration in the assay rather than in the sample (which "must be diluted" according to their package insert prior to assay). Note that the Theranos assay uses a sample which is diluted 5000-fold. If we compare the actual sensitivity *in the assay medium* the Theranos value would be about 0.006 ng/mL.

| Assay System | IL-6 (pg/mL) | TNF-α (pg/mL) | CRP (ng/mL) |
|---|---|---|---|
| Theranos | $0.9 - 1.5$ | $3.7 - 5.2$ | 28 - 31 |
| R&D Systems | $0.02 - 0.11$ | $0.04 - 0.19$ | $0.005 - 0.22$ |
| R&D Systems[3] | | $0.16 - 0.76$ | |

## 6. Precision and Accuracy

Plasma with low endogenous analyte levels was spiked with three levels of the analytes were measured in 16 cartridges per level on 48 instruments. Recovery of the spiked analyte was good. Imprecision (% CV) ranged from 10 - 25 %. Note that the imprecision cited includes both instrument-instrument and cartridge-cartridge variance.

**Spiked Plasma Samples (n=16 cartridges, n=48 instruments)**

| Nominal [IL-6] pg/mL | Recovered [IL-6] pg/mL | StDev | | CV % | % Recovery |
|---|---|---|---|---|---|
| 800.3 | 806.9 | 79.8 | | 9.9 | 101 |
| 50.3 | 50.5 | 4.7 | | 9.2 | 100 |
| 5.3 | 5.1 | 0.8 | | 15.5 | 96 |
| Nominal [TNFa] pg/mL | Recovered [TNFa] pg/mL | StDev | | CV % | % Recovery |
| 500.3 | 418.9 | 39.6 | | 9.5 | 84 |
| 50.3 | 42.7 | 5.1 | | 12.0 | 85 |
| 12.3 | 12.9 | 3.2 | | 24.6 | 105 |
| Nominal [CRP] ug/mL | Recovered [CRP] ug/mL | StDev | | CV % | % Recovery |
| 50.1 | 50.4 | 10.0 | | 19.9 | 101 |
| 1.6 | 1.6 | 0.3 | | 16.8 | 97 |
| 0.1 | 0.1 | 0.0 | | 20.6 | 103 |

## 7. Specificity

Assays were tested for cross reactivity and interference by the factors listed below, at high, mid and low analyte levels. Potential cross-reactants were selected based on package inserts of recognized predicate methods and added at levels deemed to be higher than those likely to be

---

[3] Recalculated to reflect calibration to WHO standard material

THERANOS CONFIDENTIAL                                                      Page 6

**SER-336**

FOIA Confidential Treatment Requested by Theranos                                    TS-0906398





found in clinical samples. No significant cross reactivity or interference was observed for any of the assays by any of the tested factors at all analyte levels tested.

| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
| **IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)** | | | | | |
| Control | 0 | 1000.3 | 1100.3 | 7.8 | 110 |
| | 0 | 90.3 | 95.8 | 16.6 | 106 |
| | 0 | 8.3 | 9.4 | 4.8 | 113 |
| IL-1α | 10 | 1000.3 | 939.2 | 2.9 | 94 |
| | 10 | 90.3 | 97.0 | 15.7 | 107 |
| | 10 | 8.3 | 9.0 | 6.9 | 108 |
| IL-2 | 10 | 1000.3 | 1047.7 | 1.7 | 105 |
| | 10 | 90.3 | 86.7 | 9.4 | 96 |
| | 10 | 8.3 | 8.7 | 22.3 | 105 |
| IL-3 | 10 | 1000.3 | 950.0 | 12.7 | 95 |
| | 10 | 90.3 | 91.9 | 4.6 | 102 |
| | 10 | 8.3 | 7.9 | 4.4 | 95 |
| IL-4 | 10 | 1000.3 | 908.0 | 10.9 | 91 |
| | 10 | 90.3 | 79.9 | 16.7 | 88 |
| | 10 | 8.3 | 8.1 | 18.1 | 97 |
| IL-6 sR | 50 | 1000.3 | 914.9 | 18.0 | 91 |
| | 50 | 90.3 | 81.2 | 1.3 | 90 |
| | 50 | 8.3 | 8.0 | 29.0 | 96 |
| IL-7 | 10 | 1000.3 | 895.0 | 10.0 | 89 |
| | 10 | 90.3 | 78.1 | 9.1 | 87 |
| | 10 | 8.3 | 8.2 | 9.4 | 99 |
| IL-8 | 10 | 1000.3 | 927.8 | 9.7 | 93 |
| | 10 | 90.3 | 82.3 | 17.1 | 91 |
| | 10 | 8.3 | 8.4 | 17.6 | 101 |
| IL-11 | 10 | 1000.3 | 897.5 | 12.5 | 90 |
| | 10 | 90.3 | 90.3 | 6.1 | 100 |
| | 10 | 8.3 | 7.9 | 2.2 | 95 |
| IL-12 | 10 | 1000.3 | 837.6 | 8.4 | 84 |
| | 10 | 90.3 | 85.8 | 14.7 | 95 |
| | 10 | 8.3 | 6.8 | 18.1 | 82 |
| CNTF | 10 | 1000.3 | 900.6 | 8.4 | 90 |
| | 10 | 90.3 | 95.3 | 5.8 | 106 |
| | 10 | 8.3 | 8.9 | 22.4 | 107 |
| G-CSF | 10 | 1000.3 | 925.0 | 18.7 | 92 |
| | 10 | 90.3 | 90.2 | 12.8 | 100 |
| | 10 | 8.3 | 9.7 | 6.9 | 117 |
| sgp130 | 1000 | 1000.3 | 895.5 | 17.0 | 90 |
| | 1000 | 90.3 | 88.6 | 2.0 | 98 |

**SER-337**

FOIA Confidential Treatment Requested by Theranos

TS-0906399





| IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
| | 1000 | 8.3 | 9.4 | 3.2 | 114 |
| LIF R | 50 | 1000.3 | 895.2 | 2.8 | 89 |
| | 50 | 90.3 | 78.5 | 16.5 | 87 |
| | 50 | 8.3 | 8.9 | 19.8 | 107 |
| OSM | 10 | 1000.3 | 945.4 | 9.5 | 95 |
| | 10 | 90.3 | 77.1 | 10.0 | 85 |
| | 10 | 8.3 | 6.9 | 16.8 | 83 |
| TNF-β | 10 | 1000.3 | 919.6 | 8.6 | 92 |
| | 10 | 90.3 | 83.3 | 15.8 | 92 |
| | 10 | 8.3 | 9.4 | 7.8 | 113 |
| IL-1β | 10 | 1000.3 | 901.2 | 8.1 | 90 |
| | 10 | 90.3 | 85.7 | 17.6 | 95 |
| | 10 | 8.3 | 7.5 | 10.5 | 90 |
| sTNF RI | 10 | 1000.3 | 1025.2 | 9.2 | 102 |
| | 10 | 90.3 | 83.4 | 11.4 | 92 |
| | 10 | 8.3 | 9.4 | 16.5 | 114 |
| sTNF RII | 10 | 1000.3 | 963.3 | 13.8 | 96 |
| | 10 | 90.3 | 90.7 | 10.2 | 100 |
| | 10 | 8.3 | 9.3 | 21.0 | 112 |

| TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
| Control | 0 | 900.3 | 883.7 | 4.1 | 98 |
| | 0 | 90.3 | 85.4 | 4.1 | 95 |
| | 0 | 8.3 | 8.3 | 40.4 | 100 |
| IL-1α | 10 | 900.3 | 849.1 | 5.5 | 94 |
| | 10 | 90.3 | 89.6 | 12.7 | 99 |
| | 10 | 8.3 | 8.8 | 16.0 | 106 |
| IL-2 | 10 | 900.3 | 855.2 | 23.5 | 95 |
| | 10 | 90.3 | 90.8 | 7.9 | 101 |
| | 10 | 8.3 | 9.6 | 18.5 | 116 |
| IL-3 | 10 | 900.3 | 836.5 | 23.5 | 93 |
| | 10 | 90.3 | 74.3 | 5.4 | 82 |
| | 10 | 8.3 | 8.2 | 29.2 | 98 |
| IL-4 | 10 | 900.3 | 884.6 | 6.9 | 98 |
| | 10 | 90.3 | 89.5 | 8.5 | 99 |
| | 10 | 8.3 | 7.0 | 49.3 | 84 |
| IL-6 sR | 50 | 900.3 | 874.0 | 23.5 | 97 |
| | 50 | 90.3 | 77.8 | 13.8 | 86 |
| | 50 | 8.3 | 8.6 | 34.8 | 103 |
| IL-7 | 10 | 900.3 | 871.9 | 6.3 | 97 |
| | 10 | 90.3 | 82.8 | 37.1 | 92 |

Trial Exh. 0291 Page 00041

**SER-338**

FOIA Confidential Treatment Requested by Theranos     TS-0906400

 

**TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
| | 10 | 8.3 | 7.6 | 22.9 | 91 |
| IL-8 | 10 | 900.3 | 774.4 | 1.8 | 86 |
| | 10 | 90.3 | 83.4 | 13.5 | 92 |
| | 10 | 8.3 | 7.9 | 12.6 | 95 |
| IL-11 | 10 | 900.3 | 901.8 | 1.5 | 100 |
| | 10 | 90.3 | 90.7 | 19.6 | 100 |
| | 10 | 8.3 | 9.3 | 36.8 | 112 |
| IL-12 | 10 | 900.3 | 770.9 | 7.3 | 86 |
| | 10 | 90.3 | 77.4 | 15.8 | 86 |
| | 10 | 8.3 | 7.9 | 56.7 | 96 |
| CNTF | 10 | 900.3 | 920.1 | 6.0 | 102 |
| | 10 | 90.3 | 82.5 | 9.7 | 91 |
| | 10 | 8.3 | 8.7 | 18.9 | 105 |
| G-CSF | 10 | 900.3 | 1052.6 | 3.7 | 117 |
| | 10 | 90.3 | 95.6 | 20.7 | 106 |
| | 10 | 8.3 | 9.1 | 9.6 | 110 |
| sgp130 | 1000 | 900.3 | 891.3 | 16.8 | 99 |
| | 1000 | 90.3 | 93.8 | 9.1 | 104 |
| | 1000 | 8.3 | 10.1 | 25.1 | 122 |
| LIF R | 50 | 900.3 | 781.5 | 20.7 | 87 |
| | 50 | 90.3 | 87.3 | 15.2 | 97 |
| | 50 | 8.3 | 9.1 | 12.1 | 110 |
| OSM | 10 | 900.3 | 862.1 | 10.6 | 96 |
| | 10 | 90.3 | 85.2 | 23.8 | 94 |
| | 10 | 8.3 | 7.4 | 54.1 | 89 |
| TNF-β | 10 | 900.3 | 804.0 | 24.7 | 89 |
| | 10 | 90.3 | 90.7 | 16.4 | 100 |
| | 10 | 8.3 | 7.7 | 32.3 | 92 |
| IL-1β | 10 | 900.3 | 900.0 | 17.3 | 100 |
| | 10 | 90.3 | 83.1 | 16.6 | 92 |
| | 10 | 8.3 | 8.3 | 33.1 | 101 |
| sTNF RI | 10 | 900.3 | 833.0 | 21.8 | 93 |
| | 10 | 90.3 | 86.4 | 19.5 | 96 |
| | 10 | 8.3 | 6.7 | 21.6 | 80 |
| sTNF RII | 10 | 900.3 | 801.3 | 8.9 | 89 |
| | 10 | 90.3 | 93.6 | 3.0 | 104 |
| | 10 | 8.3 | 8.2 | 14.2 | 99 |

**CRP Assay Specificity Test in Assay Buffer (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [CRP] ug/ml | Recovered [CRP] ug/ml | CV % | % Recovery |
|---|---|---|---|---|---|

THERANOS CONFIDENTIAL

Page 9

**SER-339**

FOIA Confidential Treatment Requested by Theranos

TS-0906401





| Control | 0 | 50 | 53.0 | 16 | 106 |
|---|---|---|---|---|---|
| | 0 | 10 | 8.1 | 34 | 81 |
| | 0 | 0.75 | 0.7 | 13 | 91 |
| Pentraxin-2/SAP | 30 | 50 | 49.2 | 19 | 98 |
| | 30 | 10 | 8.9 | 9 | 89 |
| | 30 | 0.75 | 0.8 | 4 | 102 |
| Pentraxin-3/TSG-14 | 10 | 50 | 40.6 | 7 | 81 |
| | 10 | 10 | 8.2 | 14 | 82 |
| | 10 | 0.75 | 0.7 | 5 | 100 |

## 8. Linearity

A plasma sample with low endogenous analyte levels was spiked with known levels of IL-6, TNF-α, and CRP then diluted serially with the unspiked plasma. All assays showed an appropriate linear dilution response across the dilution range (500 – 2000-fold). Data are tabulated and graphed below.

**Dilution Linearity in Plasma, Multiplexed Assays** (n=3 cartridges, 3 instruments per level)

| IL-6 | | | | |
|---|---|---|---|---|
| Spiked [IL-6] pg/mL | [Expected] pg/ml | [Recovered] pg/mL | CV % | % Recovery |
| 950 | 950.5 | 958.1 | 7 | 101 |
| | 475.5 | 480.9 | 11 | 101 |
| | 238.0 | 256.1 | 18 | 108 |
| | 119.2 | 143.9 | 25 | 121 |
| | 59.8 | 62.3 | 3 | 104 |
| | 30.1 | 28.3 | 23 | 94 |
| | 15.3 | 13.3 | 34 | 87 |
| | 0.5 | 0.5 | 88 | 100 |

| TNF-α | | | | |
|---|---|---|---|---|
| Spiked [TNFa] pg/mL | [Expected] pg/ml | [Recovered] pg/mL | CV % | % Recovery |
| 900 | 902.7 | 899.2 | 11 | 100 |
| | 452.7 | 461.5 | 9 | 102 |
| | 227.7 | 194.6 | 6 | 85 |
| | 115.2 | 105.0 | 11 | 91 |
| | 59.0 | 56.1 | 2 | 95 |
| | 30.9 | 30.6 | 4 | 99 |
| | 16.8 | 14.9 | 26 | 89 |
| | 2.7 | 2.7 | 14 | 100 |

| CRP | | | | |
|---|---|---|---|---|
| Spiked [CRP] ug/mL | [Expected] ug/ml | [Recovered] ug/mL | CV % | % Recovery |
| 75 | 75.1 | 82.8 | 34 | 110 |
| | 37.6 | 35.0 | 0 | 93 |
| | 18.8 | 14.7 | 10 | 78 |
| | 9.5 | 9.1 | 12 | 96 |

Trial Exh. 0291 Page 00043

FOIA Confidential Treatment Requested by Theranos

**SER-340**

TS-0906402




| | 4.8 | 4.1 | 8 | 85 |
|---|---|---|---|---|
| | 2.4 | 2.4 | 7 | 98 |
| | 1.3 | 1.3 | 15 | 102 |
| | 0.1 | 0.1 | 29 | 100 |





Trial Exh. 0291 Page 00044

**SER-341**

FOIA Confidential Treatment Requested by Theranos

TS-0906403

 



## 9. Matrix Effects

Plasma or serum containing various potentially interfering factors or substances were spiked with known levels of analyte and the resulting recovery of the spiked analyte calculated after correction for endogenous analyte. None of the assays showed interference from icteric, hemolyzed, lipemic, or rheumatoid factor-positive samples as shown in the tables below

NORMAL SERUM   Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1019.1 | 14 | 1015.82 | 102 |
| 250 | 224.9 | 4 | 221.58 | 89 |
| 50 | 47.7 | 14 | 44.42 | 89 |
| 25 | 25.3 | 6 | 22.01 | 88 |
| 10 | 12.6 | 9 | 9.29 | 93 |
| 0 | 3.3 | 43 | 0.00 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 1019.1 | 14 | 1014.7 | 101 |
| 250 | 224.9 | 4 | 220.5 | 88 |
| 50 | 47.7 | 14 | 43.3 | 87 |
| 25 | 25.3 | 6 | 20.9 | 84 |
| 10 | 12.6 | 9 | 8.2 | 82 |
| 0 | 4.4 | 60 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 107.4 | 11 | 107.3 | 107 |
| 50 | 49.3 | 13 | 49.3 | 99 |
| 25 | 25.0 | 23 | 24.9 | 100 |
| 10 | 9.6 | 41 | 9.5 | 95 |
| 5 | 5.9 | 17 | 5.8 | 116 |

**SER-342**

FOIA Confidential Treatment Requested by Theranos
TS-0906404





| 0 | 0.1 | 12 | 0.0 | |
|---|---|---|---|---|

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00046

**SER-343**

FOIA Confidential Treatment Requested by Theranos

TS-0906405





**LIPEMIC SERUM Sample: Vital Products SFB8315 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 872.5 | 15 | 868.8 | 87 |
| 250 | 214.1 | 4 | 210.4 | 84 |
| 50 | 47.8 | 15 | 44.1 | 88 |
| 25 | 24.5 | 6 | 20.8 | 83 |
| 10 | 14.4 | 19 | 10.7 | 107 |
| 0 | 3.7 | 12 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 965.0 | 17 | 962.8 | 96 |
| 250 | 230.8 | 15 | 228.6 | 91 |
| 50 | 56.6 | 40 | 54.4 | 109 |
| 25 | 25.4 | 13 | 23.2 | 93 |
| 10 | 14.8 | 14 | 12.6 | 126 |
| 0 | 2.2 | 32 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 119.4 | 36 | 119.1 | 119 |
| 50 | 54.2 | 40 | 53.9 | 108 |
| 25 | 24.4 | 25 | 24.1 | 96 |
| 10 | 10.4 | 9 | 10.1 | 101 |
| 5 | 5.8 | 15 | 5.6 | 111 |
| 0 | 0.2 | 12 | 0.0 | |

**HEMOLYZED PLASMA Sample: Stanford W070509118560 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1010.9 | 10 | 1010.0 | 101 |
| 250 | 274.6 | 13 | 273.7 | 109 |
| 50 | 51.6 | 2 | 50.7 | 101 |
| 25 | 26.8 | 11 | 25.9 | 104 |
| 10 | 10.5 | 12 | 9.6 | 96 |
| 0 | 0.9 | 41 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 898.7 | 14 | 895.1 | 90 |
| 250 | 223.5 | 12 | 219.9 | 88 |
| 50 | 44.2 | 11 | 40.6 | 81 |
| 25 | 27.7 | 23 | 24.1 | 96 |
| 10 | 12.0 | 23 | 8.4 | 84 |
| 0 | 3.6 | 14 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 119.6 | 10 | 119.5 | 119 |
| 50 | 54.0 | 10 | 53.9 | 108 |
| 25 | 22.5 | 14 | 22.4 | 90 |
| 10 | 11.6 | 3 | 11.5 | 115 |
| 5 | 5.6 | 11 | 5.5 | 110 |
| 0 | 0.1 | 4 | 0.0 | |

Trial Exh. 0291 Page 00047

**SER-344**

FOIA Confidential Treatment Requested by Theranos

TS-0906406





Trial Exh. 0291 Page 00048

**SER-345**

FOIA Confidential Treatment Requested by Theranos

TS-0906407





**ICTERIC SERUM Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 986.0 | 9 | 983.4 | 98 |
| 250 | 282.4 | 12 | 279.7 | 112 |
| 50 | 55.8 | 10 | 53.2 | 106 |
| 25 | 28.1 | 7 | 25.4 | 102 |
| 10 | 11.8 | 16 | 9.2 | 92 |
| 0 | 2.6 | 53 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 969.8 | 5 | 967.4 | 97 |
| 250 | 219.6 | 22 | 217.2 | 87 |
| 50 | 45.0 | 11 | 42.6 | 85 |
| 25 | 24.5 | 5 | 22.1 | 88 |
| 10 | 10.6 | 22 | 8.2 | 82 |
| 0 | 2.4 | 17 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 109.5 | 8 | 108.4 | 108 |
| 50 | 41.7 | 80 | 40.6 | 81 |
| 25 | 29.6 | 14 | 28.4 | 114 |
| 10 | 10.1 | 11 | 9.0 | 90 |
| 5 | 6.4 | 19 | 5.3 | 106 |
| 0 | 1.1 | 3 | 0.0 | |

**RHEUMATOID FACTOR POSITIVE SERUM Sample: Vital Products SFB7884 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1118.0 | 10 | 1097.9 | 110 |
| 250 | 286.9 | 9 | 266.7 | 107 |
| 50 | 77.7 | 13 | 57.6 | 115 |
| 25 | 46.3 | 12 | 26.2 | 105 |
| 10 | 30.4 | 6 | 10.2 | 102 |
| 0 | 20.1 | 6 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 1116.4 | 11 | 1112.3 | 111 |
| 250 | 228.9 | 5 | 224.8 | 90 |
| 50 | 48.0 | 13 | 43.9 | 88 |
| 25 | 24.2 | 13 | 20.1 | 80 |
| 10 | 14.0 | 20 | 9.9 | 99 |
| 0 | 4.1 | 27 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 110.9 | 18 | 105.8 | 106 |
| 50 | 49.1 | 17 | 44.0 | 88 |
| 25 | 34.2 | 29 | 29.0 | 116 |
| 10 | 15.5 | 9 | 10.3 | 103 |
| 5 | 10.9 | 11 | 5.7 | 114 |

**SER-346**

FOIA Confidential Treatment Requested by Theranos TS-0906408





| 0 | 5.2 | 28 | 0.0 | |
|---|-----|----|-----|---|

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00050

SER-347

FOIA Confidential Treatment Requested by Theranos

TS-0906409





## 10. Stability

The stability of component reagents for the present assays has been studied individually in lots made previous to the present study. The capture surfaces were stable for over 12 months, and the detection conjugates for at least six months. Stability of the integrated cartridges used for this validation report stored at 4C is being monitored and an updated report will include this data. Cartridges are initially assigned an expiry date of three months post manufacture.

## Conclusions:

The Theranos IL-6, TNF-α, CRP assay multiplex has been shown to give more accurate and precise results for three independently calibrated cartridge lots and all the many instruments used than current "gold standard" reference methods. Assay calibration has been established using WHO or other standard materials. Lower and upper levels of quantitation have been established. The assays are specific for their respective analytes when tested against potential cross reactants and are not interfered with by agents that may cause problems in immunoassays. Dilution linearity is satisfactory for all the assays. Assay cartridge stability studies are underway.

Trial Exh. 0291 Page 00051

**SER-348**

FOIA Confidential Treatment Requested by Theranos                                    TS-0906410




## Appendix A





Trial Exh. 0291 Page 00052

**SER-349**

FOIA Confidential Treatment Requested by Theranos

TS-0906411







Trial Exh. 0291 Page 00053

**SER-350**

FOIA Confidential Treatment Requested by Theranos

TS-0906412





**Appendix B**

Comparison of Theranos Systems TNFa Calibration to Other Available Commercial Methods

Plasma samples were spiked with WHO TNF-a Standard (NIBSC code 88/786) and run in Theranos Systems and in R&D Quantikine High Sensitivity Human TNF-α ELISA (catalogue # HSTA00D). The results are shown below.

**THERANOS SYSTEMS Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | 1pg/mL = 0.0465 IU/mL | | | |
| 0 | 0 | 5.2 | 0.0 | | |
| 0.1 | 2.5 | 8.1 | 2.9 | 0.1 | 118 |
| 0.2 | 5 | 11.5 | 6.3 | 0.3 | 126 |
| 0.5 | 10 | 14.9 | 9.7 | 0.5 | 97 |
| 1.2 | 25 | 35.9 | 30.8 | 1.4 | 123 |
| 2.3 | 50 | 57.6 | 52.4 | 2.4 | 105 |
| 11.6 | 250 | 217.6 | 212.5 | 9.9 | 85 |
| 46.5 | 1000 | 1120.6 | 1115.4 | 51.9 | 112 |

**R&D QUANTIKINE HS ELISA Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | 1pg/mL = 0.0465 IU/mL | | | |
| 0 | 0 | 0.2 | 0.0 | | |
| 0.1 | 2.5 | 1.0 | 0.8 | 0.04 | 32 |
| 0.2 | 5 | 1.8 | 1.6 | 0.07 | 32 |
| 0.5 | 10 | 3.2 | 3.0 | 0.14 | 30 |
| 1.2 | 25 | 7.3 | 7.1 | 0.3 | 28 |
| 2.3 | 50 | 15.0 | 14.8 | 0.7 | 30 |
| 11.6 | 250 | 83.6 | 83.4 | 3.9 | 33 |
| 46.5 | 1000 | 308.0 | 307.7 | 14.3 | 31 |

Trial Exh. 0291 Page 00054

**SER-351**

FOIA Confidential Treatment Requested by Theranos                                 TS-0906413







Trial Exh. 0291 Page 00055

SER-352

FOIA Confidential Treatment Requested by Theranos

TS-0906414

**Surekha Gangakhedkar**

| | |
|---|---|
| **From:** | Daniel Young |
| **Sent:** | Friday, August 30, 2013 7:13 PM |
| **To:** | Surekha Gangakhedkar; Elizabeth Holmes |
| **Cc:** | Sharada Sivaraman |
| **Subject:** | RE: missing data from 3.5 runs |

I recommend repeating the failed runs. We will note in the study report that x number of failed runs (due to the wrong cartridges being used) were rerun.

-Daniel

**From:** Surekha Gangakhedkar
**Sent:** Friday, August 30, 2013 1:39 PM
**To:** Elizabeth Holmes; Daniel Young
**Cc:** Sharada Sivaraman
**Subject:** FW: missing data from 3.5 runs

Hi Elizabeth,

We had issues with all runs on the 3.5 yesterday as none of the runs completed due to temperature not being reached and pipette initialization errors so we have to repeat those runs (for Vitamin D). The software team is working on addressing other issues.

Daniel – Please review data so far on the 3.0 for TPSA. We did have lots of errors due the cartridges failing due to the blood tip drop off issue ( due to the absence of labels). We are presently testing 30 cartridges with a fix in place. Please advise on if the data points will have to be repeated ?

Thanks,
Surekha

**From:** Sekhar Variam
**Sent:** Friday, August 30, 2013 1:25 PM
**To:** Tina Noyes; Earl Solis; Samartha Anekal; Michael Craig
**Cc:** Surekha Gangakhedkar; Sharada Sivaraman
**Subject:** RE: missing data from 3.5 runs

Hi Tina:
        None of the runs completed and we don't have any results on the database.

Protocol Execution failed for the following barcodes because temperature was not reached

91245647700100442
91245647700100498
91245647700100500

For the remaining barcodes, I think there was an issue in initializing the pipette. I confirmed it on E000240, but could not confirm on the remaining devices.

1

**SER-353**

SEC-DOJ-E-0000013

| To: | Elizabeth Holmes[eholmes@theranos.com] |
|---|---|
| **From:** | Daniel Edlin |
| **Sent:** | Thur 8/22/2013 1:13:06 AM |
| **Importance:** | Normal |
| **Subject:** | FW: updates |
| **Received:** | Thur 8/22/2013 1:13:07 AM |

Hi Elizabeth – wanted to bring your attention to the below with regards to priorities of ELISA team and assay development for porcine assays.

Please let me know if these priorities should be shifted at all.

Thanks,
Dan

**From:** Sharada Sivaraman
**Sent:** Wednesday, August 21, 2013 8:52 AM
**To:** Suraj Saksena; Daniel Edlin
**Cc:** Surekha Gangakhedkar
**Subject:** RE: updates

Suraj,

In our meetings re: the ELISA Launch and preparation for the LDT validation, EAH has mentioned that this will be the only priority of the entire ELISA team moving forward.
We have 61 assays to validate on the 3.x and 27 on the Siemens Advia.
Unless priorities shift we will stay on course to focus on the above effort.
FYI.

Thanks,

Sharada

===================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Ave, Palo Alto, CA 94304
650-838-9292   www.theranos.com
===================================

**From:** Suraj Saksena
**Sent:** Tuesday, August 20, 2013 9:51 PM
**To:** Daniel Edlin
**Cc:** Sharada Sivaraman; Surekha Gangakhedkar
**Subject:** RE: updates

Hi Dan,

We have obtained hybridomas that produce antibodies specific for human IL8, IL10, IL1beta and TNFalpha. Our premise being that the high sequence identity amongst the human and pig interleukins would mean that antibodies specific for human interleukins may cross react with porcine interleukins.

In a meeting with Sharada, it was agreed that my group would be responsible for initial characterization of these antibodies (i.e. make sure that they bind the human interleukin as expected), while the ELISA group screens commercially available antibodies (specific for porcine interleukins) to identify capture-detect pairs for a sandwich ELISA format. The ELISA group would then pass on detection antibodies identified by them to see if they form a sandwich pair with the in-house antibody.

- We have already purified antibodies specific for human IL8. Dose response experiments have been conducted and the data

FOIA Confidential Treatment Requested by Theranos

TS-0297862

**SER-354**

has been sent to Sharada/Surekha. We are waiting for feedback before we proceed to further characterization (i.e. cross reactivity).

- We have purified antibodies specific for human IL1beta and are conducting the dose response experiments. Request for a different detection antibody has been sent to Sharada.

- We are in the process of purifying the IL10 antibody.

Thanks,
Suraj

**From:** Daniel Edlin
**Sent:** Tuesday, August 20, 2013 10:41 AM
**To:** Suraj Saksena
**Subject:** RE: updates

Hi Suraj,

Can you please provide a status update for the porcine binders/assays?

Thanks,
Dan


Suraj Saksena
Senior Scientist
Theranos, Inc.
1601 S. California Ave.
Palo Alto, CA 94304
(650) 470-0324


=====================================================================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT - This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This Information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this mail in error, please contact us immediately and delete all copies. Please note that any views and opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc. 1601 S. California Ave. Palo Alto, CA 94304, 650-838-9292 www.theranos.com
=====================================================================================

| To: | Elizabeth Holmes[eholmes@theranos.com] |
|---|---|
| Cc: | Sunny Balwani[sbalwani@theranos.com]; Christian Holmes[cholmes@theranos.com]; Daniel Edlin[dedlin@theranos.com] |
| From: | Jeffrey Blickman |
| Sent: | Fri 9/6/2013 9:49:11 AM |
| Importance: | High |
| Subject: | RE: Readback. |
| Received: | Fri 9/6/2013 9:49:12 AM |

Went thru this and highlighted a few things in yellow directly in his email, and summarized below. There are a fair amount of issues that I've noted, some more concerning than others, please take a look.

Quote #1: use of the word "We're..." in the second part of quote is meant to imply the current health-care system", but without context the "we" might be confused with Theranos, hard to tell without add'l context
Quote #2: he called you a 30-something chemical engineer...inaccurate
Quote #3: "group college-kid house" – poorly worded
Main Copy:
- Says "nearly 500 employees" – overstatement
- Is his use of "microscopic" in reference to our blood samples accurate? Not a scientist but when I hear microscopic, think of things that can only be seen under microscope
- Describing the BCD, he says "into a tube in a cartridge..." – using the word cartridge might confuse an informed reader, suggest replacing
- I've always considered the volume of our BCD a trade secret, something we would share with him?
- Says "in the certified Theranos laboratory" but would be good to add "CLIA-certified"
- Calls our wellness centers "a Theranos unit" – would replace word unit
- He calls out "improved accuracy" when talking about reduction of human error thru automation
- His stat on Medicare/Medicaid savings is stated differently than the numbers we gave him. Our savings estimates are based on reducing lab test rates by 50% across the board not changing % of lab spend. The way his statement is made (reducing lab spend from 2.3% to 1.5% for both Medicare/Medicare, these savings numbers would be $64B Medicare/$61B Medicaid. Think he either needs to reword his statement or we can provide him with these other numbers and clarify.
- Makes statement about "margins of error variations" (assume he means CV) being posted online, on test results, and on lab order forms...since that's a future happening and not accurate on 9/9, should we ask him to remove this?
-

**From:** Joe Rago
**Sent:** Friday, September 06, 2013 1:48 AM
**To:** Elizabeth Holmes; Jeffrey Blickman
**Cc:** Joe Rago
**Subject:** Readback.

Elizabeth, Jeff,---

Deeply sorry for the delay, couldn't be helped on my end, but please find below all the quotes we plan to use in the interview, my paraphrases and all factual statements about Theranos. It will read somewhat disjointedly because its missing some exposition and transitions but journalistic ethics preclude me from just dumping the whole thing, though this will give you a sense of the shape and tone of the piece. I'm sure my editors will catch some typos tomorrow but wanted to get you copy for review as soon as I had it available.

If any points need to be clarified, if I've explained something incompletely or left out something important, or of course if there's an out and out error please let me know and we'll correct. Sometimes people explain something out loud in a wrong or imprecise way, so if any quotes ought to be refined we are open to that as well. There's a brief exchange with George Shultz in there if you'd like to run that by him, or else I will put in a call to his office.

Also one outstanding factual questions: What is the specific volume of a nanotainer?

Look forward to hearing from you, and I am available at any time via email or at 212.416.3175. We go to press at about 6pm EST.

With highest regards,---
Joe

Confidential

SER-356 THPFM0000806157

'The reality within our health-care system now is that when someone you care about gets really sick, by the time you find that out it's most often too late to do anything about it. It's heartbreaking because in those moments there's nothing you wouldn't do," says Elizabeth Holmes. "We're finding cancer when you have a tumor, or heart disease by virtue of the fact that you're having a heart attack." She wants to change that.

Ms. Holmes, a 30-something chemical engineer and entrepreneur, dropped out of Stanford as an undergraduate in 2003 to found a medical technology and life sciences company called Theranos. Her inventions, which she is discussing in detail here publicly for the first time, may upend the industry of laboratory testing and could even start to change the way we think about health and detect and treat disease.

Ten years ago she was working out of the basement of a group college-kid house, which seems far off from her current headquarters at a rambling industrial building in a research park just off campus.

The secret a decade in the making, which nearly 500 employees are now refining, are devices that automate and miniaturize more than 2,000 laboratory tests, from routine blood work to advanced genetic analyses. Theranos's process is faster, cheaper and more accurate than the conventional methods and requires only microscopic blood volumes, not vials and vials of the stuff.

A technician uses a wrap similar to skiing pocket warmers to increase blood flow in your finger and then uses a fingerstick to draw a few droplets of blood from the capillaries at the end of your hand—almost unnoticeable. The blood is instantly wicked into a tube in a cartridge Ms. Holmes calls a "nanotainer," which holds xxx milliliters, or about the amount of xxx. The nanotainer is run through the analyzers in the certified Theranos laboratory. A full blood workup—metabolic and immune markers, cell count, etc.—was in my inbox by the time I walked out the door. (Phew: all clear.)

"We're here in Silicon Valley inside the consumer technology world and we think it's possible to build, and what we think we're building, is the first consumer health-care technology. Patients are empowered by having access to their own health information, by owning their own data." Who knows, she adds, "people might even enjoy the process. People don't think about enjoying lab tests."

a Theranos clinic may be coming soon to a pharmacy near you. On Monday the company is launching a national partnership with Walgreens for in-store sample collection centers, with the first one opening in Palo Alto. Ms. Holmes's long-term goal is a Theranos unit "within five miles of virtually every American home."

Tests account for about 2% or 2.5% of spending but as Ms. Holmes points out they drive an estimated seven or eight of every 10 clinical decisions by physicians. The industry is not well structured to do so much work. "There has not been a lot of change in that space for a very long time. The art of phlebotomy originated with bloodletting in 1400 B.C. and the modern clinical lab emerged in the 1960s—and it has not fundamentally evolved since then."

The 6.8 billion lab tests that are conducted each year begin in a hospital or clinic—"you go in, sit down, they put a tourniquet on your arm, stick you with a needle, take these tubes and tubes of blood," as Ms. Holmes describes it. The specimens are then transported (via a courier or pneumatic tube) to a centralized lab, where they are manually removed from the tubes with a pipette and mixed with a chemical reagent or sent through instruments like a centrifuge or mass spectrometer. After days or sometimes weeks of waiting, your doctor will get your results.

One major problem with "the sheer logistics of the phlebotomy process" is that physicians don't have "the best actionable information to make the best possible diagnosis at the time it matters." Ms. Holmes posits a hypothetical patient whose doctor orders a test and discovers she has a dangerously low hemoglobin count, so he puts her on an anti-anemia drug. He must order another test to find out what kind of anemia she has, and days later it turns out to be an iron deficiency. The best treatment was actually "take some iron pills or eat more spinach."

Theranos's proprietary technology eliminates multiple lab trips because it can "run any combination of tests, including sets of follow-on tests," at once, very quickly, all from a single microsample. Ms. Holmes estimates patients and doctors

SER-357 THPFM0000806158

will receive read-outs in "as little as two hours" and can even do so prior to an office visit based on their physician's recommendation for better, or least less ad hoc, consultations.

Only about 62% tests doctors order are carried out, according to the Lewin Group, and one reason is the amount of blood required. The small Theranos sample size is a particular advance for elderly: often with collapsed veins; children: the fear and pain of needless; and oncology patients: where samples must be taken so frequently that often more can't be drawn without new health risks.

Theranos's other advance is improved accuracy. The chain of conventional laboratory custody, Ms. Holmes believes, introduces too many opportunities for error, "which is basically wherever humans are involved." The integrity of lab specimens can be contaminated by sitting too long on the bench, how they're processed by a tech, temperature, and so forth. Patients might be shocked by how much. The same sample sent to two different labs could yield two different results. The same lab testing the same sample twice could yield different results too.

Another problem is the precision and sensitivity of lab instruments and their reference ranges vary from manufacturer to manufacturer, and labs buy from different vendors and often don't calibrate the machines to each other. The federal body that regulates labs also pretty pretty wide margins of error for tests, or the degree to which they underestimate or overestimate the true value, like a plus or minus of 30% for HDL cholesterol levels. Ms. Holmes pointedly notes that a measurement that is essentially a 60% educated guess isn't very useful, especially over time--when in fact disease itself is a progression over time.

Because Theranos's process is automated and miniaturized it can achieve much lower technical variance ranges when measured against the clinical gold standard for a given test. Ms. Holmes says all its tests are less than 10% and often "significantly less."

The speed and ease of what Ms. Holmes calls "better information, more often, faster" means catching disease in its earliest stages before the onset of symptoms when there is a better chance for recovery and better manage the chronic diseases ultimately kill seven of 10 Americans. The company's analytic tools might also help might help realize the possibilities of truly personalized medicine.

Current testing, she says, is like "a movie I've never seen and you take one frame out and say, okay, Elizabeth, tell me the story. I'm going to have a really difficult time unless you give me a series of slides and then maybe I can start." Theranos can deliver consistent data points in something approaching real time, building off "a standardized platform all around, with very low variation." That means doctors can surveil consistent data "longitudinally" and see trends and clusters and rates of change that they can't now in static test values. Medicine would ask fewer on-off, do-you-have-this-disease-or-not questions, and instead "meaningfully and powerfully answer the question of how to detect and manage these diseases early on."

Theranos has been investigating these questions for years as it has quietly brought in revenue and improved its technology by running testing for clinical pharmaceutical trials, in cancer at first and then expanding to other conditions. Instead of carpet bombing a tumor with a new drug and waiting six months to see what happened, Ms. Holmes explains, Theranos's methods allowed for so-called adaptive trials that "tailored therapies on an individual basis" and "refit and retune the model to shift doses in a premeditated way."

Ms. Holmes says Theranos can conduct a battery of tests for "tens of dollars," which is not often a phrase heard in health care. She calls it "a watershed opportunity to change the trajectory of health costs through price transparency."

Theranos is committing to a half-off discount on the Medicare fees. "So a test that costs $100 now, we'll do for $50 or less. The quote-unquote payer community I don't think has ever seen someone walk in say we want to bill you at less than you're willing to reimburse," she says. If this strategy succeeds in marginally squeezing down test prices--to 1.5% of total health spending from 2.3% now--it could save Medicare $61 billion over 10 years and Medicaid $96.1 billion, according

to what Theranos calls a conservative estimate.

Theranos will publish all its retail prices on its web site. The company's x-ray transparency also includes reporting its margins-of-error variations online and on test results and order forms, which few if any incumbent labs now do.

For now, Ms. Holmes may have discovered one of those often promised, more often elusive disruptive innovations that is designed to take costs out of the health system while also improving quality. In a conversation about a year ago Secretary Shultz called Ms. Holmes "the next Steve Jobs or Bill Gates." When I put it to him again on my recent visit, he smiles slyly. "This is not the last thing she's going to invent," is all he'd say.

Confidential

SER-359 THPFM0000806160

**To:** Theranos[shareholderinfo@theranos.com]
**Bcc:** arbrudos@; alastair.borthwick@baml.com[alastair.borthwick@baml.com];
jtopinka@winston.com[jtopinka@winston.com]; pthomas@ataventures.com[pthomas@ataventures.com];
avie@mac.com[avie@mac.com]; gweiner@bellsouth.net[gweiner@bellsouth.net]; jrbvga@
ggrossman@crosslinkcapital.com[qgrossman@crosslinkcapital.com]; bob.kolodgy@bcbsa.com[bob.kolodgy@bcbsa.com];
chmcc1 ; bicassin@ ]; mikchang
jimchang168 ; a29103038@
cholmesiv@ ; mlc@phillipsandcohen.com[mlc@phillipsandcohen.com];
ccarter@thepresidiogroupllc.com[ccarter@thepresidiogroupllc.com]; ckconrad180@
dcarter@rnscapital.com[dcarter@rnscapital.com]; davemh333@
dzoller1@ ; Darryl.edmonds@trustcore.com[Darryl.edmonds@trustcore.com];
dfeinberg1@ ; dharris2@uscallc.com[dharris2@uscallc.com];
dianeglazer@ ; allieert@comcast.net[allieert@comcast.net];
chris@bdventures.com[chris@bdventures.com]; dwinkler@delmarinc.com[dwinkler@delmarinc.com];
ddoll@dcm.com[ddoll@dcm.com]; don@lucasvg.com[don@lucasvg.com]; jthompson@heidrick.com[jthompson@heidrick.com];
melissa@bodl.com[melissa@bodl.com]; Thibodeau.ann@
Duranp44@ ; nancy_t318@
grapeguy.roy@ ; paul.joas@rbc.com[paul.joas@rbc.com];
ericball@ ; gregory.vaughn@morganstanley.com[gregory.vaughn@morganstanley.com];
ronald.antipa@db.com[ronald.antipa@db.com]; nancy@bodl.com[nancy@bodl.com];
kevingaunt@ ; tim@dfj.com[tim@dfj.com];
HDruker@drukercapital.com[HDruker@drukercapital.com]; tedandfidela@
eileenlepera@ ; aeisenman@sofersteiner.com[aeisenman@sofersteiner.com]; Elizabeth
Holmes[eholmes@theranos.com]; noel994@ ; elizabethdaoust@
psimon@howson-simon.com[psimon@howson-simon.com]; ericsonbch@
info@longsretreat.com[info@longsretreat.com]; chanbo@stanford.edu[chanbo@stanford.edu];
susan.schendel@stanford.edu[susan.schendel@stanford.edu]; Howard.Burris@scresearch.net[Howard.Burris@scresearch.net];
jim@joadc.com[jim@joadc.com]; rc@csrp.com[rc@csrp.com]; jcraneapi@
johnl@westwaycapital.com[johnl@westwaycapital.com]; bryanpartners@,
john.sayles@trustcore.com[john.sayles@trustcore.com]; marcostrofsky@
ryandance@ ; pmendenhall@uscallc.com[pmendenhall@uscallc.com];
19eightythree@ ; gentahh@
michaelsayles@ ; klokey@hlhz.com[klokey@hlhz.com];
mpalm999@ ; palmieri.victor@
patmcgrath@optonline.net[patmcgrath@optonline.net]; Mark@peerventurepartners.com[Mark@peerventurepartners.com];
jphillips@phillipsandcohen.com[jphillips@phillipsandcohen.com]; rsnook@sifma.org[rsnook@sifma.org];
rwd3000@ ; vgaledo@ ; rharrison@chd-law.com[rharrison@chd-law.com];
matt@sandboxindustries.com[matt@sandboxindustries.com]; bob@weaselfarm.com[bob@weaselfarm.com];
slf@dorsar.com[slf@dorsar.com]; jsnider@stanford.edu[jsnider@stanford.edu];
frankgordon@croftoncapital.com[frankgordon@croftoncapital.com]; lyman@ccarey.com[lyman@ccarey.com];
randy@satoricapital.com[randy@satoricapital.com]; wgfinger@msn.com[wgfinger
mark.elias@ubs.com[mark.elias@ubs.com]; wnicholson@heritagecapitalgroup.com[wnicholson@heritagecapitalgroup.com];
kmartin@wsgr.com[kmartin@wsgr.com]; kovacedm@wellsfargo.com[kovacedm@wellsfargo.com];
bmori@lawrenceinv.com[bmori@lawrenceinv.com]; jared@peerventurepartners.com[jared@peerventurepartners.com]
**From:** Theranos
**Sent:** Sat 9/7/2013 7:15:32 AM
**Importance:** Normal
**Subject:** Theranos
**Received:** Sat 9/7/2013 7:15:00 AM

To our shareholders,

I am delighted to share that we have now begun the commercial launch of the new products and services we've been working on for the past years.

Our new website will be up at www.theranos.com later tonight, and the Wall Street Journal has released a piece introducing our story in Saturday's paper at
http://online.wsj.com/article/SB10001424127887324123004579055003869574012.html?mod=WSJ_hpp_sections_opinion (link from the Wall Street Journal homepage).

As per our previous note, should you be contacted by any media persons please continue to relay them to our PR team and let us know you've been contacted at pr@theranos.com or so we can follow up accordingly.

There are so many people here at Theranos who have worked seven days a week for so many years, pouring their heart and soul into

building this business and realizing our vision with literal blood, sweat, and tears. It is such a great pleasure to be able to share this with you now, and to introduce our mission to the world to make actionable health information accessible to people everywhere at the time it matters most.

With my best regards,
Elizabeth

Elizabeth Holmes
CEO
Theranos, Inc.

=====================================

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com
=====================================

FOIA Confidential Treatment Requested by Theranos

**SER-361**    TS-0036628

DOW JONES, A NEWS CORP COMPANY ▼

DJIA 24294.79 -0.25% ▼     S&P 500 2645.66 -0.26% ▼     Nasdaq 7250.35 -0.20% ▼     U.S. 10 Yr -7/32 Yield 2.980% ▼     Crude Oil 69.02 -2.42% ▼     Euro 1.1880 -0.36% ▼

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

https://www.wsj.com/articles/elizabeth-holmes-the-breakthrough-of-instant-diagnosis-1378526813

THE WEEKEND INTERVIEW

## Elizabeth Holmes: The Breakthrough of Instant Diagnosis

A Stanford dropout is bidding to make tests more accurate, less painful—and at a fraction of the current price.

*By Joseph Rago*

Updated Sept. 8, 2013 12:04 p.m. ET

*Palo Alto, Calif.*

"The reality within our health-care system today is that when someone you care about gets really sick, by the time you find that out it's most often too late to do anything about it. It's heartbreaking. Because in those moments, there's nothing you wouldn't do to change it, and too often you're helpless," says Elizabeth Holmes. "We're finding cancer when you have a tumor, or heart disease by virtue of the fact that you're having a heart attack."

She wants to change that.

Ms. Holmes, a 29-year-old chemical and electrical engineer and entrepreneur, dropped out of Stanford as an undergraduate after founding a life sciences company called Theranos in 2003. Her inventions, which she is discussing in detail here for the first time, could upend the industry of laboratory testing and might change the way we detect and treat disease.

Ten years ago, Ms. Holmes was working out of the basement of a group college house, a world away from her current headquarters at a rambling industrial building in a research park just off campus. The company's real estate was one of the few Theranos facts known to Silicon Valley, but one suggestive of the closely held business's potential: The space was once home to Facebook, and before that Hewlett-Packard.

The secret that hundreds of employees are now refining involves devices that automate and miniaturize more than 1,000 laboratory tests, from routine blood work to advanced genetic analyses. Theranos's processes are faster, cheaper and more accurate than the conventional methods and require only microscopic blood volumes, not vial after vial of the stuff. The experience will be revelatory to anyone familiar with current practices, which often seem like medicine by Bram Stoker.

A Theranos technician first increases blood flow to your hand by applying a wrap similar to one of those skiing pocket warmers, then uses a fingerstick to draw a few droplets of blood from the capillaries at the end of your hand. The blood wicks into a tube in a cartridge that Ms. Holmes calls a "nanotainer," which holds microliters of a sample, or about the amount of a raindrop. The nanotainer is then run through the analyzers in a Theranos laboratory. Results are usually sent back to a physician, but a full blood work-up—metabolic and immune markers, cell count, etc.—was in my inbox by the time I walked out the door. (Phew: all clear.)

It's the kind of modern, painless service that consumers rarely receive in U.S. health care, though Ms. Holmes makes the point the other way around: "We're here in Silicon Valley inside the consumer technology world . . . and what we think we're building is the first consumer health-care technology company. Patients are empowered by having better access to their own health information, and then by owning their own data."

Trial Exh. 1106 Page 0001

SER-362

5/8/2018, 9:24 AM

MEDIA-000191



Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 110 of 191

FRED HARPER

And a Theranos clinic may be coming soon to a pharmacy near you. On Monday the company is launching a partnership with Walgreens for in-store sample-collection centers, with the first one in Palo Alto and expanding throughout California and beyond. Ms. Holmes's long-term goal is to provide Theranos services "within five miles of virtually every American home."

Diagnostics is one of those corners of the health markets that is more irrational the closer you look. Tests account for between 2% and 2.5% of health spending, but Ms. Holmes notes that they drive an estimated seven or eight of every 10 clinical decisions by physicians, with 6.8 billion lab tests annually in the U.S.

"The art of phlebotomy originated with bloodletting in 1400 B.C. and the modern clinical lab emerged in the 1960s—and it has not fundamentally evolved since then," she says. The billions of tests generally follow the same ritual: In a hospital or clinic, "you go in, sit down, they put a tourniquet on your arm, stick you with a needle, take these tubes and tubes of blood," as Ms. Holmes describes it.

The specimens are then transported, via a courier or hospital pneumatic tube, to a centralized lab, where they are manually removed from the tubes with a pipette and mixed with a chemical reagent or sent through instruments like a centrifuge or mass spectrometer. After days or weeks of waiting, your doctor finally gets the results.

One major problem, Ms. Holmes says, is that physicians rarely have "the best actionable information to make the best possible diagnosis at the time it matters." She posits a hypothetical patient whose doctor orders a test and discovers that she has a dangerously low hemoglobin count, so he puts her on an anti-anemia drug. He must order another test to find out what kind of anemia she has, and days later it turns out to be merely an iron deficiency. The best final treatment was actually "take some iron pills or eat more spinach."

Theranos's technology eliminates multiple lab trips because it can "run any combination of tests, including sets of follow-on tests," at once, very quickly, all from a single microsample. Ms. Holmes estimates that patients and doctors will receive readouts in "as little as two hours" and can even do so before an office visit based on their physician's recommendation for better, or at least less ad hoc, consultations.

Only about 62% of tests that doctors order are ultimately carried out, according to health-policy researchers at the Lewin Group. One reason tests aren't performed: not enough blood. To ensure that labs don't reject samples, several studies have documented that medical institutions sometimes collect as much as *45 times* the amount of blood from patients that conventional tests actually require.

Luckily, blood is a renewable resource, though the small Theranos sample size is a particular advance for the elderly, for whom blood draws can be agony because of collapsed veins. It's also good news for children who fear needles, and for oncology patients, whose blood is being constantly tested.

Another Theranos advance is its testing's accuracy. Ms. Holmes believes the chain of conventional laboratory custody introduces too many opportunities for error, "which is basically wherever humans are involved." The integrity of lab specimens can be contaminated if they sit too long on the bench, or if they're mistakenly processed by a tech, or by temperature, and so forth.

A 2002 review in the journal Clinical Chemistry found error estimates ranging from one out of every 33-50 tests to one of every 8,300, though the rate has likely since improved. The same sample sent to two different labs can yield two varying results, and the same lab testing the same sample twice can yield different results too.

That's because the precision of lab instruments, and their reference ranges, vary from manufacturer to manufacturer. Labs buy from different vendors and often don't calibrate the machines to each other. Certain tests may be reported with fairly wide margins of error, such as a plus-or-minus 30% of allowable error for HDL cholesterol. Ms. Holmes notes that a measurement that is essentially a 60% error range isn't very useful, especially over time, since disease itself is a progression over time.

Theranos's technology is automated, standardized, and attempts to subtract human

Trial Exh. 1106 Page 0002

5/8/2018, 9:24 AM

SER-363

MEDIA-000192

error from the process. It can thus achieve much lower variance ranges for a given test. Ms. Holmes says its tests have margins of "allowable error" targets less than 10%.

The medical promise of this speed and better information means catching disease in its earliest stages before the onset of symptoms. The company's analytic tools might also help realize the possibilities of truly personalized medicine, as scientists gain a better understanding of the heterogeneity of disease and how to treat individuals based on their own bodies, not large averages.

Theranos's tools may also allow doctors to analyze data "longitudinally"—to see trends, clusters and rates of change that they can't now. Medicine would ask fewer on-off, do-you-have-this-disease-or-not questions, and instead "meaningfully and powerfully answer the question of how to detect and manage these diseases early on," says Ms. Holmes.

She first funded Theranos at age 19 by cashing out an education trust that her parents set up, which allowed her to hire her first employee and rent lab space. Later rounds of funding were raised from venture capital and private equity. Once Theranos was more established, it started to earn revenue from contracts conducting pharmaceutical testing in cancer drug and other clinical trials.

A word about costs and what that investment bought, which doesn't follow the usual rules about a new medical technology. Ms. Holmes says Theranos can conduct a battery of tests for "tens of dollars," a phrase that does not exist in U.S. health care. She calls it "a watershed opportunity to change the trajectory of health costs through price transparency."

Since 1984, the Medicare Clinical Laboratory Fee Schedule has set reimbursements for 1,140 unique lab tests across 57 U.S. jurisdictions. That's 64,980 different price controls. Meanwhile, the prices that private insurers negotiate with providers are virtually trade secrets.

Theranos is committing to a half-off discount on Medicare fees. "So a test that costs $100 now, we'll do $50 or less. The quote-unquote payer community I don't think has ever seen someone walk in and say we want to bill you at less than you're willing to reimburse," she says. If this strategy succeeds in squeezing down prices—say, lowering testing as a share of total health costs to 1.5% from 2.3% now—it could save Medicare $61 billion over 10 years and Medicaid $96.1 billion, according to what Theranos calls a conservative estimate.

Ms. Holmes says her larger goal is increasing access to testing, including among the uninsured, though she might also have a market-share land grab in mind. For instance, she says Theranos will publish all its retail prices on its website. The company's X-ray of self-transparency also includes reporting its margins-of-error variations online and on test results and order forms, which few if any labs do now.

This strategy may be inviting a hell of a battle with the health industry, where the incentives are rigged against startups and the empire usually finds a way of striking back. Witness the medical-practice regulations that make medicine a cartel against competitors. Pathologists, lab scientists and technicians won't be pleased if their jobs go the way of travel agents.

Ms. Holmes declines to discuss Theranos's future plans, though one may speculate. There could be military applications in the battlefield, especially given the numerous framed American flags across the Theranos office and the presence on its corporate board of retired Gens. Jim Mattis and Gary Roughead, former Defense Secretary Bill Perry and former Secretary of State George Shultz.

The other obvious tech reality is that the devices keep shrinking, and over the last several years Theranos has been granted several patents for portable diagnosis system at the point of care. One of them even invokes—forget the iWatch—a wearable diagnostic device that would attach to the body with silicon microneedles "about the size of a human hair."

The biggest question is whether Ms. Holmes has discovered one of those often promised, more often elusive disruptive innovations designed to cut costs while improving quality. In a conversation about a year ago, Secretary Shultz said Ms. Holmes could be "the next Steve Jobs or Bill Gates. "

When I put it to him again on my recent visit, he smiles slyly. "This is not the last thing she's going to invent or create."

*Mr. Rago is a member of the Journal's editorial board.*

SER-364
MEDIA-000193

Case: 22-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 112 of 191

Copyright &copy; 2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit
http://www.djreprints.com.

Trial Exh. 1106 Page 0004

5/8/2018, 9:24 AM

**SER-365**

MEDIA-000194

**To:**    Elizabeth Holmes[eholmes@theranos.com]; Daniel Young[dyoung@theranos.com]
**Cc:**    Nishit Doshi[ndoshi@theranos.com]; Sunny Balwani[sbalwani@theranos.com]; Sharada
Sivaraman[ssivaraman@theranos.com]; Ran Hu[rhu@theranos.com]; Samartha Anekal[sanekal@theranos.com]
**From:**    Suraj Saksena
**Sent:**    Sat 11/30/2013 7:31:44 PM
**Importance:**    Normal
**Subject:**    RE: Both QC Controls for Vitamin D didn't pass
**Received:**    Sat 11/30/2013 7:31:45 PM

Hi Elizabeth

2 outliers had to be manually removed to pass QC. For future, we will incorporate automatic outlier detection and removal from analysis.
Thanks
Suraj

---

From: Elizabeth Holmes
Sent: Saturday, November 30, 2013 11:26 AM
To: Daniel Young
Cc: Nishit Doshi; Sunny Balwani; Sharada Sivaraman; Ran Hu; Samartha Anekal; Suraj Saksena
Subject: Re: Both QC Controls for Vitamin D didn't pass

What is the resolution.

On Nov 30, 2013, at 11:25 AM, "Daniel Young" <dyoung@theranos.com<mailto:dyoung@theranos.com>> wrote:

This has been resolved.  Sample is being run on Edison.

From: Elizabeth Holmes
Sent: Saturday, November 30, 2013 11:24 AM
To: Nishit Doshi
Cc: Sunny Balwani; Daniel Young; Sharada Sivaraman; Ran Hu; Samartha Anekal; Suraj Saksena
Subject: Re: Both QC Controls for Vitamin D didn't pass

How fast can we resolve this issue.

On Nov 30, 2013, at 11:22 AM, "Nishit Doshi" <ndoshi@theranos.com<mailto:ndoshi@theranos.com>> wrote:
To the best of my knowledge, running Vit D on traditional method (Liaison) requires 150 ul of serum (not EDTA plasma). We cannot run this on Liaison since a dual EDTA CTN was collected for this patient to run Vit D on Edison.
Thanks,
Nishit


From: Elizabeth Holmes
Sent: Saturday, November 30, 2013 7:33 AM
To: Sunny Balwani
Cc: Daniel Young; Sharada Sivaraman; Ran Hu; Samartha Anekal; Nishit Doshi; Suraj Saksena
Subject: Re: Both QC Controls for Vitamin D didn't pass

Do we have enough sample to run this one on traditional methods?

On Nov 30, 2013, at 7:10 AM, "Sunny Balwani" <sbalwani@theranos.com<mailto:sbalwani@theranos.com>> wrote:
This is beyond unacceptable performance.

I will touch base with Suraj and others this morning.

On Nov 30, 2013, at 1:06 AM, "Erika Cheung" <echeung@theranos.com<mailto:echeung@theranos.com>> wrote:
Here's the data, each set of machine has its own tab and today's date labeled on it. Only one level  passed for the set 3, everything else failed.

I'll have to clarify with Uyen on the details.  She has been working on making the 2,000 cartridges for CAPSYS and has

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0256531

**SER-366**

encountered a lot of problems with various reagents in the process. Since she has been working closely with Suraj on this project, I assumed that this was something they tested and had problems with since he mentioned it.   I'm not sure how long it will take to make new cartridges.

-Erika

From: Daniel Young
Sent: Saturday, November 30, 2013 12:49 AM
To: Erika Cheung; Normandy911
Cc: Sharada Sivaraman; Ran Hu; Samartha Anekal; Nishit Doshi; Suraj Saksena
Subject: RE: Both QC Controls for Vitamin D didn't pass

Thanks for the updates and efforts.  Can you send out the data on your QC runs tonight?

What is the information supporting an problem with the pepsin for VitD?  Also, how long will it take to make new cartridges with a new lot of pepsin?

-Daniel

From: Erika Cheung
Sent: Saturday, November 30, 2013 12:46 AM
To: Normandy911
Cc: Sharada Sivaraman; Ran Hu; Samartha Anekal; Nishit Doshi; Suraj Saksena
Subject: RE: Both QC Controls for Vitamin D didn't pass

Hi All,

I ran the QC controls on the second set of cartridges using a different bottle of substrate (within calibrated lot), and both QC controls failed.

We had two more sets of calibrated machines left (six machines in total), and I ran QC controls on both.  I used all unopened reagents and a new package of cartridges for the last two sets, but these failed as well.  I got into contact with Suraj, and he said it maybe the pepsin. It could also have something to do with this lot of substrate as well.

Uyen will be here tomorrow morning, I'll come in as well to help her troubleshoot what the problem is. I'll also be here on Sunday running patient samples, so I'll continue working on getting this fixed. If it's the pepsin tube, we'll have to make new cartridges. If it's one of the reagents, I'll have to recalibrate the machines and re-run the QC reference range which adds up to about 23 hours of work if things go smoothly.

If anyone has any suggestions, or if I missing something please let me know.

Best,

Erika

From: Erika Cheung
Sent: Friday, November 29, 2013 6:46 PM
To: Normandy911
Cc: Sharada Sivaraman; Ran Hu; Samartha Anekal; Nishit Doshi; Suraj Saksena; Suraj Saksena; CLIA.Lab
Subject: Both QC Controls for Vitamin D didn't pass

Hi Everyone,

I can't run Vitamin D for the Palo Alto received at 2:00pm today yet, both the QC controls didn't pass. The data is attached in the spreadsheet under the tab 11-29-13.  It's possible it's a reader issue because there are abnormally high counts for machine E000351.  I'm going to run QC controls on another set of machines to determine whether this is the issue or not.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0256532

**SER-367**

If the QC controls pass on another set of machines, do I have permission to still run the patient sample?

Best,

Erika

<131114-Patient Samples_WAG_VitD_4Calibrations_MB.xlsm>

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0256533

**SER-368**

**To:**    Adam Rosendorff[arosendorff@theranos.com]; Daniel Young[dyoung@theranos.com]; Li Ding-Chiang[lding-chiang@theranos.com]; Hoda Alamdar[halamdar@theranos.com]; Kerry Elenitoba-Johnson[kjohnson@theranos.com]
**From:**    Sunny Balwani
**Sent:**    Tue 12/3/2013 6:01:43 PM
**Importance:**    Normal
**Subject:**    normandy lab
**Received:**    Tue 12/3/2013 6:03:02 PM

For the area inside the Normandy Lab that is cordoned off by the dividers – if the inspector asks, we should say this area is for future growth and is being organized (as is the case) but is still restricted only to the CLIA lab & authorized team (as is the case). Or will this not be an issue as to why we have dividers in the lab.

Also, FYI. the lab is certified as BSL2 facility as you may already know.

Thanks.

Confidential

THPFM0005761698

ROSEN-0000067

**SER-369**

**To:** Brian Grossman[Brian@pfmlp.com]
**Cc:** Chris James[cj@pfmlp.com], Elizabeth Holmes[eholmes@theranos.com]
**From:** Sunny Balwani
**Sent:** Tue 1/7/2014 8:45:05 PM
**Importance:** Normal
**Subject:** RE: Due Diligence Questions
**Received:** Tue 1/7/2014 8:45:06 PM

Brian. We are confirmed for Friday at 9am. see you then.

Regards,
Sunny.

**From:** Brian Grossman [mailto:Brian@pfmlp.com]
**Sent:** Tuesday, January 07, 2014 7:13 AM
**To:** Sunny Balwani
**Cc:** Chris James; Elizabeth Holmes
**Subject:** RE: Due Diligence Questions

Sunny

Thanks for the quick reply.  We will take you up on the Friday slot.

Regards

Brian

**From:** Sunny Balwani [mailto:sbalwani@theranos.com]
**Sent:** Monday, January 06, 2014 5:51 PM
**To:** Brian Grossman
**Cc:** Chris James; Elizabeth Holmes
**Subject:** RE: Due Diligence Questions

Brian:

Thanks for the note.

We are available this Wednesday from 1-5pm or on Friday from 9am to 1pm at our office. We can cover all of your questions in detail.

Please let us know if either of these times work for you.

We look forward to our meeting.

Best regards,
Sunny.

**From:** Brian Grossman [mailto:Brian@pfmlp.com]
**Sent:** Monday, January 06, 2014 1:45 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Cc:** Chris James
**Subject:** Due Diligence Questions

## Elizabeth and Sunny

I hope you both had an enjoyable finish to what was obviously tremendously successful year for the company. Chris and I and the rest of the team at PFM are looking forward to engaging more deeply with the Theranos story.  It's exciting to come across such a transformative and disruptive healthcare business.  Below is our list of due diligence questions.  We were hoping to start the process as soon as possible.  We have availability this week if that works for you.

FOIA Confidential Treatment Requested by Theranos

TS-0001761

**SER-370**

Regards

Brian


Deal Team

      Brian Grossman – Portfolio Manager/Head of Healthcare Team
      Alex Rabodzey – Biotech/Diagnostics
      Vivek Khanna – Healthcare Services
      Sri Balasuryan – Analyst

Outline

1. Technology
2. Intellectual Property and Barriers to Entry
3. Walgreen's Partnership and Commercial Strategy
4. Hospital Market
5. Reimbursement
6. Regulatory
7. Financial Model/Projections


1. Technology
- How does your accuracy and speed stack up against traditional tests
- What are the key tests from a commercial standpoint and how does accuracy and speed compare specifically on those.
- Can you analyze samples at POC (Walgreens) or will it need to go to a CLIA facility?
- What are the limitations to the technology?  What tests are not feasible?  Are there traditional analytic approaches that are not well suited to Theranos platform?
- What is the process for adding a new test to the menu?  How long does this take?
- What does the pipeline of new tests look like, how do they see their total validated testing menu expanding, and over what timeframe?
- How many tests can you run in parallel?

2.  Intellectual Property and Barriers to Entry
- Basic understanding of key patents?
- Can you block others from doing the same thing?
- Is there prior art that allows others freedom to operate?
- Do they expect competition to emerge in the near term and if so how do they plan on responding from a legal standpoint?
- How does the database aspect of the business model create competitive barriers.  Does it facilitate commercial uptake?

3.  Walgreen's Relationship and Commercial Strategy
- Is the Walgreen's relationship exclusive?  Can you sell analyzers to physicians?  Does it make economic sense to do this in the long run?
- What is the technical limitations for the existing analyzer that will be rolled out as part of the Walgreen's strategy.

FOIA Confidential Treatment Requested by Theranos                            TS-0001762

**SER-371**

• What does the Walgreens system cost to produce, how will that change over time, and what is the transfer pricing you have agreed to?
• How does validation process work as you roll this out.  Do analyzers need to be validated in the field.  How do variance rates compare to Quest/Labcorp
• Pricing comparison Quest/Labcorp vs Theranos.
• Test menu Quest/Labcorp vs Theranos.   are their important missing tests?
• What is the rollout schedule for Walgreens?
• What have you learned from the early experience in Palo Alto, Phoenix?
• What are the major barriers to adoption in the physician market?
• Based on early experience what is their sense of test/center/day?  how do they see this changing over time?
• Explain the workflow dynamics from the perspective of the physician?  How easily can they incorporate Walgreens into their typical workflow.  How do u see this changing over time?  Is the experience so far driven by a few early adopters or is this being broadly used by physician groups in the areas?  How is this different from the current diagnostic process in the participating physician groups prior to WAG.
• What is the cap X from the Walgreen's rollout.  What is the investment on the Theranos side?  What is the Walgreens investment?
• How many tests do you need to run through one Walgreens system to make it profitable for Walgreens to keep this system, when accounting for the cost of personnel?
• How many tests do you need to run for you to turn profit on the system when accounting for the cost of the system itself?
• Do you expect profitability to vary depending on the proximity of hospitals, Quest or LabCorp facilities, etc?
• What are the main drivers of system profitability? I.e. which tests have the largest volume and margin? What % of profit will these tests account for?
• What is the economic incentive for physicians to use your services?
• what is the strategy for converting physician groups?
• Do physicians that are currently using Labcorp or Quest suffer economic loss if they switch part of their volume to you
• how do they plan to target hospital owned physicians?  Are the incentives to use Theranos/Walgreens in this growing segment of the market different from standalone physician groups?
• Will Theranos add a salesforce for calling on physician market?
• Will you leverage the alliance boots relationship for a European roll out?

4. Hospital Market
   • This is actually the bigger market (according to data we have at $44B in US out of total $72B market)
   • How and when do you plan to approach providers?
   • Strategy for penetrating the hospital market?

5. Reimbursement
   • What is your Medicare reimbursement status for the current menu of tests offered?
   • What is the timing and process for adding additional tests for Medicare reimbursement?
   • What is current status of commercial contracting and how do you get payor to direct volumes to Theranos?
   • How long does it take to get commercial payers to adopt the Theranos as an alternative to Quest/Labcorp?   What is the typical sales cycle for this?
   • What is the longer term reimbursement strategy with commercial payors?
   • What is the software interface that physicians use in order to submit claims and check for insurance eligibility?  How does this tie into the existing clinical and billing systems used?  Can they hook into EMR's from epic, cerner, allscripts and quality systems?

6. Regulatory
   • What are the limitations on the system from the regulatory standpoint?

FOIA Confidential Treatment Requested by Theranos                                                    TS-0001763

**SER-372**

- Do you need FDA clearance on any tests in order to offer them?
- What are the regulatory barriers that potentially impinge on POC testing?

7. Financial Model/Projections
   - What is the cost of the Walgreen's rollout.  how are costs shared?
   - What is the current cost of a Walgreen's analyzer, how will that change over time?
   - What are the other significant operating costs and how willl they change over time?
   - Does Walgreen's have minimum purchase commitments?
   - What is the sales and marketing spend for Theranos overall look like going forward.
   - What are GM on the analyzers, the tests?
   - What is the Long term target business model look like?
   - What is current cash balance, burn, and thoughts around future financing?  When and at what valuation were previous financings completed?

FOIA Confidential Treatment Requested by Theranos                                      TS-0001764

**SER-373**

Message

| | |
|---|---|
| **From**: | Mark Pandori [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK PANDORI16D] |
| **Sent**: | 1/29/2014 1:50:54 AM |
| **To**: | Max Fosque [/o=theranos organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=max fosque394] |
| **Subject**: | RE: End of Shift Log 1/28 2pm |

Yes.

**From:** Max Fosque
**Sent:** Tuesday, January 28, 2014 4:55 PM
**To:** Mark Pandori; Adam Rosendorff
**Cc:** Jeffrey Blickman
**Subject:** RE: End of Shift Log 1/28 2pm

Great, thanks for the update. Please let us know the outcome.

This is on the Immulite, correct?

**From:** Mark Pandori
**Sent:** Tuesday, January 28, 2014 4:45 PM
**To:** Max Fosque; Adam Rosendorff
**Cc:** Jeffrey Blickman
**Subject:** RE: End of Shift Log 1/28 2pm

Max,

The controls failed in the first attempt.

We are now re-running a new set of (fresh) controls.  I am given an ETA of 30 min – 90 min before we know if it passed.

Mark

**From:** Max Fosque
**Sent:** Tuesday, January 28, 2014 4:26 PM

Confidential

**SER-374** THPFM0002147554

**To:** Adam Rosendorff; Mark Pandori
**Cc:** Jeffrey Blickman
**Subject:** FW: End of Shift Log 1/28 2pm


Hi Adam/Mark,


This patient (Brian Grossman) is a VIP, would you mind looking into the slowdown here? I believe H. Pylori is run on predicate, perhaps there is some issue with the machine? Let us know.


Thanks for your help.


-Max


**From:** Heather Chen
**Sent:** Tuesday, January 28, 2014 4:12 PM
**To:** Max Fosque; Elena Scheer; Anam Khan
**Cc:** Nicholas Menchel; Jeffrey Blickman
**Subject:** RE: End of Shift Log 1/28 2pm


As far as I know, the controls for one of his tests (H. Pylori) were not accepted last night because they didn't pass.   The controls keep failing and since the test takes about an hour, they will need to adjust the kit and then re-run controls again.  Melissa and Kim and trying to work on making sure the assay passes.  This is the only test we are waiting on.


From,

Heather


**From:** Max Fosque
**Sent:** Tuesday, January 28, 2014 4:08 PM
**To:** Elena Scheer; Heather Chen; Anam Khan
**Cc:** Nicholas Menchel; Jeffrey Blickman
**Subject:** RE: End of Shift Log 1/28 2pm


Please follow up on why Brian Grossman has not been released yet, he was pending in LDAQ as of last night. This is critical to get out asap.


Thanks,

Max


Confidential

SER-375 THPFM0002147555

**From:** Elena Scheer
**Sent:** Tuesday, January 28, 2014 1:59 PM
**To:** Heather Chen; Anam Khan
**Cc:** Nicholas Menchel; Max Fosque; Jeffrey Blickman
**Subject:** End of Shift Log 1/28 2pm

All,

**Released:**

Aleksandr R

**Other:**

Joshua A. was scheduled today at 13596 and his order came through Super Mario. We checked to see if there was a duplicate patient entry and there was, same spelling of the name, but with different DOB (12/10 and 12/01) and address. Called Walgreens to confirm, the DOB entered was incorrect. Nga fixed it, but now there is a duplicate patient record.

-Elena

**Elena Scheer**

Customer Service Associate

Theranos, Inc.

escheer@theranos.com

(650) 320-2765

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc.,    1601 S California Avenue,    Palo Alto,    CA,    94304

650-838-9292 | www.theranos.com

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Tyler Shultz
**Sent:** Fri 4/11/2014 10:37:42 PM
**Importance:** Normal
**Subject:** RE: Follow up to previous discussion
**Received:** Fri 4/11/2014 10:37:44 PM

Hi Elizabeth,

In my meetings with Daniel I found that the discrepancies between our CVs were due to Daniel calculating CV based on the median value of each precision run, while I was calculating CV of the entire data set for each level. When I asked him why we do this, he said that it was a way to average out the noise. I was under the impression that the coefficient of variation was meant to be, at least in part, a measure of how much noise exists in the data. By averaging out this noise before CV is calculated, the CV as a metric of assay performance becomes less meaningful. And because our calculations of CV are based on median rather than mean, this means that 2/3 of our data is entirely ignored both when calculating CV and acquiring a patient result.

While I understand that calculating CV based on the medians is relevant for comparing our system to systems of our competitors, the fact that the CV of our cutoff level for Syphilis RPR drops from 43% to <20% by moving from CV of the entire dataset to CV of the medians tells me that a significant portion of our data is just noise. I believe that we should set two standards of CV that must be met in order for an assay to pass precision testing; a standard for the medians of each run, and a standard for each level's dataset as a whole.

Daniel also told me that for qualitative assays such as Syphilis RPR, the CV as metric of assay performance is less important than it would be for quantitative assays. I agree with him, at the end of the day the only thing that's important is delivering the correct result to our patients. However, given the high variation in our dataset, it is not surprising that when using a strict antibody index cutoff value of 1, our sensitivity was only 65% the first time we tested clinical samples and 80% the second time.  The first issue I have with this is that there is no penalty for repeating an experiment. We repeat and delete rather than repeat and add. In our validation reports there is never any mention of how many attempts of precision or comparability testing it took to get the data that's presented. The second problem that I have is that our equivocal zone is adjusted and widened until we see the sensitivity and specificity that we want to report. Almost regardless of what the data looks like, we can adjust this zone until we get the 95% sensitivity that we want to see. Tellingly, out of the 247 patients that we tested, 66 of whom were Syphilis positive, more patients fell into our equivocal zone than we correctly diagnosed as being positive for Syphilis.

I then asked Daniel if he thought our Syphilis test was truly the most accurate and most precise Syphilis test on the market. He said that Theranos does not claim to have the most accurate or precise tests, and that if I could find any marketing materials that make such claims that I should forward them to him. A quick google search yields a handful of articles that explicitly make these claims. Daniel agreed that the authors make sweeping statements about our assay performances, but noted that Theranos never directly made any of these claims. If well-established institutions such as the Wall Street Journal have published misinformation about Theranos, it seems it would be in our best long-term interest to correct this information in order to uphold our image of bringing transparency to blood testing.

I then thought back to our previous discussion when I asked about our claim of having <10% CV for our assays. We checked the Theranos website together and found that we only make this claim for Vitamin D. I checked the 2-Tip validation data (we were running 2-tip protocol at the time) and found that the CVs for our three levels were 18%, 16%, and 19% when calculated based on the median of each precision run and 23%, 23%, and 25% when calculated based on the entire dataset. Here are scatter plots of the results from VitD precision testing, they don't seem to meet the standard we claim on our website for Vitamin D.





For a while I've been giving our assays the benefit of the doubt until we see how the new 6-Tip method performs. Here is a comparison of the 7 assays we run on Theranos devices to their predicate methods. While we are now performing better than we were with the 2-Tip method, you can see that of the 7 assays we run on the Theranos system, there is only one level from one assay that shows less variation than our competitor's technology.

| Immulite 3rd generation TSH | | Theranos TSH | | |
|---|---|---|---|---|
| | | | 6-Tip | |
| level (uIU/ml) | total CV | | | |
| | | | CV whole dat | CV medians |
| 0.016 | 12.5% | Level (uIU/ml) | | |
| 0.32 | 5.3% | 0.02 | 42.9% | 34.1% |
| 1.3 | 4.6% | 2 | 24.6% | 17.9% |
| 3.3 | 4.8% | 20 | 27.7% | 20.8% |
| 7.3 | 5.1% | | | |
| 19 | 4.5% | | | |
| 39 | 6.4% | | | |

| Immulite fT4 | | Theranos fT4 | | |
|---|---|---|---|---|
| | | | 6-Tip | |
| level | CV total | | | |
| | | | whole dat cv | CV medians |
| 0.51 | 10.2% | Inter mean | | |
| 0.85 | 7.1% | 1.63 | 28.8% | 14.5% |
| 1.13 | 6.4% | 5.42 | 11.0% | 4.0% |

Confidential

SER-379 THPFM0000797371

| 1.49 | 6.0% | | 6.68 | 5.2% | 3.9% |
|---|---|---|---|---|---|
| 2.91 | 3.6% | | | | |
| 4.82 | 3.6% | | | | |

| Immulite TT4 | | Theranos TT4 | | |
|---|---|---|---|---|
| level | CV total | | 6-Tip | |
| | | Level | CV whole Dat | CV medians |
| 1.8 | 11.7% | | | |
| 2.6 | 10.8% | 1.91 | 16.0% | 13.9% |
| 5.2 | 8.5% | 3.37 | 16.0% | 14.0% |
| 7 | 6.1% | 15.8 | 18.3% | 14.6% |
| 8.2 | 5.6% | | | |
| 13 | 6.0% | | | |
| 16 | 5.6% | | | |

| Immulite tPSA | Theranos tPSA | | |
|---|---|---|---|
| "<4.6% for 3 levels of controls" | | 6-Tip | |
| | Level | CV whole Dat | CV medians |
| | 1.4 (ng/ml) | 33.8% | 13.0% |
| | 3.37 (ng/ml) | 17.1% | 10.8% |
| | 10.2 (ng/ml) | 24.1% | 11.8% |

| Diasorin VitD | | Theranos VitD | | |
|---|---|---|---|---|
| Level | CV | | 6-Tip | |
| 7.2 | 5.5% | Level | CV whole Dat | CV medians |
| 14.7 | 4.2% | 11.7 (ng/ml) | 18.6% | 12.5% |
| 21.7 | 4.0% | 28.7 (ng/ml) | 19.1% | 9.5% |
| 35 | 2.9% | 73.6 (ng/ml) | 12.1% | 9.8% |
| 73 | 3.2% | | | |

Confidential

SER-380 THPFM0000797372

| | |
|---|---|
| 62.7 | 3.1% |
| 93.6 | 3.2% |
| 115 | 4.2% |
| 128 | 4.8% |

| Oraquick HCV | | Theranos HCV | |
|---|---|---|---|
| Sensitivity | 99% | Sensitivity | 99% |
| Specificity | 100% | Specificity | 94% |

| Immulite TST | | Theranos TST | | |
|---|---|---|---|---|
| | | | 6-Tip | |
| Level | Total CV | Level | CV whole Dat | CV medians |
| 27.1 ng/dL | 24.3% | | | |
| 86.1 ng/dL | 13.0% | 90 ng/dL | 19.4% | 11.6% |
| 152 ng/dL | 10.3% | 300 ng/dL | 12.5% | 5.1% |
| 280 ng/dL | 9.1% | 1,000 ng/dL | 17.4% | 13.0% |
| 414 ng/dL | 8.2% | | | |
| 991 ng/dL | 7.2% | | | |

Furthermore, Theranos has an inherent advantage in these comparisons due to the way we run our precision testing. While our competitors conduct their precision testing over 20 days, we do ours in 5. Accordingly, we can see that our precision experiments are not indicative of longer-term assay performance once we begin running patient samples; our Daily Quality Control failure rate is far greater than would be predicted by our QC reference range calculations, and our internal comparison of Theranos results in proficiency testing yielded less than satisfying results. I am not sure if this analysis has been done, but we should examine our Daily QC results as if it were a prolonged precision experiment to more accurately evaluate long-term assay performance.

I am sorry if this email sounds attacking in any way, I do not intend it to be, I just feel a responsibility to you to tell you what I see so we can work towards solutions. I am invested in this company's long-term vision, and am worried that some of our current practices will prevent us from reaching our bigger goals. I'm sorry I wasn't able to catch you for a conversation, I know how busy you are, but if you would like to discuss anything I've mentioned in person, I would be more than happy to do so.

Thanks,

Tyler

---

**From:** Elizabeth Holmes
**Sent:** Thursday, April 10, 2014 4:27 PM
**To:** Tyler Shultz
**Subject:** RE: Follow up to previous discussion

Tyler: I'm tied up with people onsite – shoot me an email with anything you wanted to cover so I can be sure it gets addressed, Elizabeth

Confidential

SER-381    THPFM0000797373

**From:** Tyler Shultz
**Sent:** Thursday, April 10, 2014 3:24 PM
**To:** Elizabeth Holmes
**Subject:** Follow up to previous discussion

Hi Elizabeth,

When you have time could I possibly have half an hour to follow up on our previous meeting about the RPR test? I know you are extremely busy, so I wouldn't mind waiting until an evening after the craziness of the work day dies down.

Thanks,

Tyler

Message

| | |
|---|---|
| **From**: | Theranos [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SHARE HOLDERINFO666] |
| **Sent**: | 6/12/2014 11:03:46 PM |
| **BCC**: | |

'chris@bdventures.com' [chris@bdventures.com];

Elizabeth Holmes [eholmes@theranos.com];

FOIA Confidential Treatment Requested by Theranos
Fed. R Crim P. 6(e) material

**Subject**:        Theranos

To our shareholders:

Last September, we introduced our products to the consumer and clinical markets after ten years of incredible work and the dedication of so many people. It opened a new chapter as we took the next step in realizing our goals. We have seen our work bring hope to those whose lives we can touch, and begin to touch the lives of the people we serve. We've enclosed below a few recent anecdotes on this.

With this email, we're very pleased to share with you this month's Fortune magazine cover story. Fortune did in-depth research to understand the impact our work will have on the world, and we selectively shared more of our work for this piece.  We've enclosed the web link here, and posted the piece on our website, as always: http://fortune.com/2014/06/12/theranos-blood-holmes/ . We'll be in newsstands/airports etc. this weekend.

With our best regards,

Shareholder Information

Theranos, Inc.

================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT â€" This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com
================================

Message

| | |
|---|---|
| **From**: | Christian Holmes [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHRISTIAN HOLMES] |
| **Sent**: | 9/23/2014 8:51:59 PM |
| **To**: | Elizabeth Holmes [eholmes@theranos.com] |
| **Subject**: | FW: Customer Issue - Sikorski (PA) |
| **Importance**: | High |

Hey – wanted to have just a more candid conversation about this with you. I am always confident in our technology, but it's pretty obvious we have issues with calcium, potassium and sodium specifically.

Sunny is on these emails, but wanted to get your thoughts specifically on considering to stop reporting these tests until we find the reason we are reporting as we are. I'm 1000% confident this is an easily solvable issue and one that we will fix, but just more a question around the cost/benefit of continuing to send these results to docs when there seem to be issues with their accuracy.

I am also bringing his up because I haven't heard any reason/root cause for why these tests are off. I just get a response from Daniel that "we are aware of the issues and are conducting a study". Leaves me a bit hands tied with the docs – obviously I cant tell them we are wrong, but they continue to send patients to Quest after we report high, and the patients results come back normal. I know have sales reps, docs, and patients without answers as to why their quest report says normal, and Theranos' doesn't. I'll definitely manage these things, but just seems to be worth considering a hiatus in reporting these values until we have finished whatever studies Daniel is referring to.

Thanks

**From:** Christian Holmes
**Sent:** Tuesday, September 23, 2014 1:35 PM
**To:** Daniel Young
**Cc:** Sunny Balwani; Maximillion Fosque
**Subject:** FW: Customer Issue - Sikorski (PA)

Daniel – could you provide your comments on the docs question about our reference rnage for ?

1. "The bottom of our testosterone range is 70. The bottom testosterone range for SQ is 250. Provider would like to know what we base our ranges on, i.e. why level of 70 is OK?"

For the other question about the 5-6 patients with high calcium, I will follow up with specific patient names so we can look into that more.

For my own background, are there any findings we can relay about high trends in calcium reporting? Seems to be by far the majority of questions we get about accuracy now.

Thank you for your help

Confidential

SER-385 THPFM0000861075

**From:** Kimberly Alfonso
**Sent:** Tuesday, September 23, 2014 1:19 PM
**To:** Christian Holmes; Sunny Balwani
**Subject:** Customer Issue - Sikorski (PA)

Christian – please see below. On #1, let me know if you want me to have Eric further define the 5-6 patients and their results or if we can look up by provider.

**From:** Eric M. Nelson
**Sent:** Tuesday, September 23, 2014 11:01 AM
**To:** Mike Phebus
**Cc:** Kimberly Alfonso
**Subject:** Issue-high calcium

Mike and Kimberly,

Fountain Hills office has had a couple of issues.

Christie Sikorski PA

Fountain Hills Pediatrics and Internal Med

13620 N. Saguaro Blvd Ste-100

Fountain Hills AZ 85268

Phone—480-837-6800

1.   "I have had 5-6 calciums levels come back recently that were over 10 (hypercalcemia).  These patients have never had high calcium in the past.  Sent all patients to SQ to retest and the calcium levels are under 10 (normal)."

2.   The bottom of our testosterone range is 70.  The bottom testosterone range for SQ is 250.  Provider would like to know what we base our ranges on, i.e. why level of 70 is OK?

Thanks,

Eric

Eric Nelson

Senior Account Executive

EricN@Theranos.com

M-480-236-7993

Confidential

**SER-386** THPFM0000861076

Confidential

**SER-387** THPFM0000861077

**To:**    Sunny Balwani[sbalwani@theranos.com]
**From:**    Elizabeth Holmes
**Sent:**    Thur 11/20/2014 6:21:02 PM
**Importance:**    Normal
**Subject:**    RE: Negative report on Theranos from UBS
**Received:**    Thur 11/20/2014 6:21:04 PM

Has he been emailing again every day

---

**From:** Sunny Balwani
**Sent:** Wednesday, November 19, 2014 10:21 AM
**To:** ALAN EISENMAN; aeisenman@sofersteiner.com
**Subject:** RE: Negative report on Theranos from UBS

Alan.

I have no intention of responding to this email and explaining the tech and processes. please stop sending me with emails everyday.

thanks.

**From:** ALAN EISENMAN
**Sent:** Wednesday, November 19, 2014 10:20 AM
**To:**    Sunny Balwani; aeisenman@sofersteiner.com
**Subject:** Re: Negative report on Theranos from UBS

Sunny,
    Please clear up an inconsistency.  The UBS report said that the blood samples have to be sent to a lab in Palo Alto.  Bill Frist gave a talk earlier this year, and  said that the sample is  put in a box that analyzes and digitizes it, and provides the results in 20-30 minutes.  He said the test is done in the cloud with software, and there is no transportation cost and you don't need a lab.
    Also, I am still waiting for my post split stock.

Thank you,
Alan

-----Original Message-----
From: Sunny Balwani <sbalwani@theranos.com>
To: ALAN EISENMAN ‹
Sent: Wed, Oct 8, 2014 8:11 pm
Subject: RE: Negative report on Theranos from UBS

doesn't surprise us. sounds like an uninformed consultant.

**From:** ALAN EISENMAN
**Sent:** Wednesday, October 08, 2014 5:59 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** Negative report on Theranos from UBS

Elizabeth and Sunny,
    The link below will access the UBS report on Theranos.  They claim that the blood samples have to be sent to Palo Alto, they are less reliable than traditional tests, and the turnaround time is over 24 hours.  Hope to catch up soon.

Best,
Alan Eisenman

> From: aj.rice@ubs.com

Confidential

**SER-388** THPFM0001214239

> Subject: UBS: U.S. Healthcare Providers "Highlights from Call with Clinical Lab Industry ..."
> Date: Tue, 7 Oct 2014 17:61:36 -0400
> To:
>
> Click here for the full report: https://neo.ubs.com/shared/d1bXYVunQVx7CH
>
> Highlights from Call with Clinical Lab Industry Consultant; Theranos Remains a Hot Topic
>
>
> + Highlights of Conference Call with a Clinical Lab Industry Consultant
>
> On Oct 7, we hosted a conference call with a clinical lab industry consultant. Our consultant covered a wide range of topics including, 1) Theranos, 2) the Clinical Lab Fee Schedule, 3) pressures and opportunities for molecular diagnostics, 4) the BRCA market, 5) lab consolidation, and 6) lab automation opportunities.
>
> + Theranos Remains a Focus for Investors
>
> Our industry consultant was initially optimistic about the promise of Theranos based mostly on the need for a much better point-of-care experience for patients. If the technology works as advertised, our consultant has felt that it could be a game changer. However, the model, as seen in a handful of Walgreen's locations, has evolved into a traditional reference lab offering where blood is drawn mostly through venepuncture and sent to a regional lab location with a 24+ hour turnaround. The original concept had been that the initial 40+ test menu could be performed on one machine in the Walgreen's location. However, the test menu at the relevant Walgreen's locations has evolved to over 215 today (including many esoteric tests), which based on existing technology would tend to require 10-20 different testing platforms. Our consultant believes it is highly unlikely that all of these tests are being done on one machine.
>
> + Cuts to Clinical Lab Fee Schedule (CLFS) Remain on the LT Horizon
>
> Our lab industry consultant believes CMS has a mandate to make reductions to the CLFS. He expects the initial rule relating to the changes planned for 2017 could show cuts of as much as 30%, but would likely be moderated once the industry has time to react. Note that even a 30% cut would be limited to 10% annually for the first few years given the legislation passed by Congress this past spring. CMS is expected to issue the final rule on how prices will be determined by mid-2015, with the formal survey of providers in 2016 and the final rule on the new average prices by the end of 2016. Our consultant believes that CMS will have a hard time including inpatient hospital lab work in the survey since in many cases th e lab test is bundled in with a DRG. Outpatient lab work that is paid for on a fee-for-service basis could be included in the average price.
>
> A.J. Rice
> Analyst
> aj.rice@ubs.com
>
>
> Brandon Fazio
> Analyst
> brandon.fazio@ubs.com
>
>
> Jailendra Singh
> Associate Analyst
> jailendra.singh@ubs.com
>
>
> www.ubs.com/investmentresearch< b r />>
> U.S. Healthcare Providers
>
> Equities
> Americas
> Healthcare Providers
>
>
> This report has been prepared by UBS Securities LLC.
> ANALYST CERTIFICATION AND REQUIRED DISCLOSURES AT END OF NOTE.
> UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
>
> Statement of Risk
> Changes in government reimbursement can materially impact the ability of the companies in this sector to meet investor expectations. In addition, government reimbursement programs are complex, and, occasionally, a company misstep can give rise to government inquiries or investigations. These regulatory actions can pose headline and s u bstantive risk for post-acute providers as well.
>
> Required Disclosures
> This report has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.

SER-389   THPFM0001214240

> For information on the ways in which UBS manages conflicts and maintains independence of its research product; historical performance information; and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures. The figures contained in performance charts refer to the past; past performance is not a reliable indicator of future results. Additional information will be made available upon request. UBS Securities Co. Limited is licensed to conduct securities investment consultancy businesses by the China Securities Regulatory Commission.
> Analyst Certification: Each research analyst primarily responsible f or the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers and were prepared in an independent manner, including with respect to UBS, and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.
> UBS Investment Research: Global Equity Rating Definitions
>
>
> ------------------------------------------------------------------------------------------------------------------------------------------
> 12-Month Rating Definition Coverage [ 1 ] IB Services [ 2 ]
> ------------------------------------------------------- - -----------------------------------------------------------------------------
> Buy FSR is > 6% above the MRA. 47% 34%
> Neutral FSR is between -6% and 6% of the MRA. 42% 28%
> Sell FSR is > 6% below the MRA. 11% 21%
> Short-Term Rating Definition Coverage [3 ] IB Services [4 ]
> Buy Stock price expected to rise within three months from the time the rating was assigned because of a specific catalyst or event. less than 1% less than 1%
> Sell Stock price expected to fall within three months from the time the rating was assigned because of a specific catalyst or event. less than 1% less than 1%
> -------------------------------------------------------------------------------------------------------------------------------------------
> Source: UBS. Rating allocations are as of 30 September 2014.
> 1:Percentage of companies under coverage globally within the 12-month rating category. 2:Percentage of companies within the 12-month rating category for which investment banking (IB) services were provided within the past 12 months. 3:Percentage of companies under coverage globally within the Short-Term rating category. 4:Percentage of companies within the Short-Term rating category for which investment banking (IB) services were provided within the past 12 months.
> KEY DEFINITIONS: Forecast Stock Return (FSR) is defined as expected percentage price appreciation plus gross dividend yield over the next 12 months. Market Return Assumption (MRA) is defined as the one-year local market interest rate plus 5% (a proxy for, and not a forecast of, the equity risk premium). Under Review (UR) Stocks may be flagged as UR by the analyst, indicating that the stock's price target and/or rating are subject to possible change in the near term, usually in response to an event that may affect the investment case or valuatio n . Short-Term Ratings reflect the expected near-term (up to three months) performance of the stock and do not reflect any change in the fundamental view or investment case. Equity Price Targets have an investment horizon of 12 months.
> EXCEPTIONS AND SPECIAL CASES: UK and European Investment Fund ratings and definitions are: Buy: Positive on factors such as structure, management, performance record, discount; Neutral: Neutral on factors such as structure, management, performance record, discount; Sell: Negative on factors such as structure, management, performance record, discount. Core Banding Exceptions (CBE): Exceptions to the standard +/-6% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be subject to higher or lower bands as they relate to the rating. When such exceptions ap p ly, they will be identified in the Company Disclosures table in the relevant research piece.
> Research analysts contributing to this report who are employed by any non-US affiliate of UBS Securities LLC are not registered/qualified as research analysts with the NASD and NYSE and therefore are not subject to the restrictions contained in the NASD and NYSE rules on communications with a subject company, public appearances, and trading securities held by a research analyst account. The name of each affiliate and analyst employed by that affiliate contributing to this report, if any, follows.
> UBS Securities LLC: A.J. Rice; Brandon Fazio; Jailendra Singh.
> Company Disclosures
>
>
> ----------------------------------------------------------------------------------------------------------
> Company Name Reuters 12-month rating Short-term rating Price Price date
> ---------------------------------- - -------------------------------------------------------------------
> Laboratory Corporation of America Hldg [16 ] LH.N Buy N/A US$101.40 06 Oct 2014
> Quest Diagnostics [16 ] DGX.N Neutral N/A US$60.34 06 Oct 2014
> -----------------------------------------------------------------------------------------------------------
> Source: UBS. All prices as of local market close.
> Ratings in this table are the most current published ratings prior to this report. They may be more recent than the stock pricing date
> 16.UBS Securities LLC makes a market in the securities and/or ADRs of this company.
> Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report.
>
> ----------------------------------------------------------------------------------------------
> Laboratory Corporation of America Hldg (US$)
> ----------------- - ---------------------------------------------------------------
> Performance (US$)
> Date Price 12m price target 12-month rating
> Sep-30-2009 65.70 - No Rating
> Jul-07-2010 74.99 79.00 Neutral
> Sep-13-2010 73.05 76.00 Neutral
> Oct-21-2010 78.08 77.00 Neutral
> Dec-07-2010 82.72 88.00 Neutral

Case: 23-10312, 08/17/2023, ID: 12776512, DktEntry: 66-3, Page 138 of 191

> Apr-18-2011 94.66 95.00 Neutral
> Apr-21-2011 96.58 100.00 Neutral
> May-19-2011 100.72 101.00 Neutral
> Sep-13-2011 81.92 - No Rating
> Sep-14-2011 83.11 92.00 Neutral
> Feb-10-2013 90.24 98.00 Neutral
> Oct-22-2013 100.88 105.00 Neutral
> Dec-03-2013 100.00 101.00 Neutral
> Dec-10-2013 99.15 93.00 Neutral
> Apr-01-2014 102.27 112.00 Buy
> Aug-13-2014 103.66 118.00 Buy
> Source: UBS; as of 06 Oct 2014
> -------------------------------------------------------------------------------
> -------------- - ----------------------------------------------------
> Quest Diagnostics (US$)
> --------------------------------------------------------------------
> Performance (US$)
> Date Price 12m price target 12-month rating
> Sep-30-2009 52.19 - No Rating
> Jul-07-2010 49.77 54.00 Neutral
> Jul-21-2010 46.70 51.00 Neutral
> Jan-24-2011 54.17 56.00 Neutral
> Feb-01-2011 57.00 59.00 Neutral
> Apr-18-2011 58.26 60.00 Neutral
> Sep-12-2011 48.82 - No Rating
> Sep-14-2011 49.35 54.00 Neutral
> Oct-26-2011 56.07 56.00 Neutral
> Jan-24-2012 60.73 61.00 Neutral
> Oct-17-2012 59.75 62.00 Neutral
> Nov-13-2012 56.67 61.00 Neutral
> Apr-18-2013 55.76 59.00 Neutral
> Jul-18-2013 58.91 61.00 Neutral
> Oct-17-2013 58.90 60.00 Neutral
> Jan-30-2014 52.38 56.00 Neutral
> Apr-24-2014 57.57 60.00 Neutral
> Jul-25-2 0 14 62.14 62.00 Neutral
> Source: UBS; as of 06 Oct 2014
> ----------------------------------------------------------------
> ----------------------------------------------------------------
> Laboratory Corporation of America Hldg (US$)
> -------------------------------------------------------------
> Performance (US$)
> Date Price Short-term rating
> Sep-30-2009 65.70 No Rating
> Source: UBS; as of 06 Oct 2014
> ----------------------------------------------------------------
> --------------------------------------------------------
> Quest Diagnostics (US$)
> -----------------------------------------------------
> Performance (US$)
> Date Price Short-term rating
> Sep-30-2009 52.19 No Rating
> Source: UBS; as of 06 Oct 2014
> ---------------------------------------------------------
> Global Disclaimer
> This document has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.
> This document is for distribution only as may be permitted by law. It is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or would subject UBS to any registration or licensing requirement within such jurisdiction. It is published solely for information purposes; it is not an advertisement nor is it a solicitation or an offer to buy or sell any financial instruments or to participate in any particular trading strategy. No representation or warranty, either express or implied, is provided in relation to the accuracy, completeness or reliability of th e information contained in this document ('the Information'), except with respect to Information concerning UBS. The Information is not intended to be a complete statement or summary of the securities, markets or developments referred to in the document. UBS does not undertake to update or keep current the Information. Any opinions expressed in this document may change without notice and may differ or be contrary to opinions expressed by other business areas or groups of UBS. Any statements contained in this report attributed to a third party represent UBS's interpretation of the data, information and/or opinions provided by that third party either publicly or through a subscription service, and such use and interpretation have not been reviewed by the third party.
> Nothing in this document constitutes a representation that any investment strategy or recommendation is suitable or appropriate to an investor's individual circumstances or otherwi s e constitutes a personal recommendation. Investments involve risks, and investors should

exercise prudence and their own judgement in making their investment decisions. The financial instruments described in the document may not be eligible for sale in all jurisdictions or to certain categories of investors. Options, derivative products and futures are not suitable for all investors, and trading in these instruments is considered risky. Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates or other market conditions. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument referred to in the document. For investment advice, trade execution or other enquiries, clients should contact their local sales representative.

> The value of any investment or income may go down as well as up, and investors may not get back the f ull (or any) amount invested. Past performance is not necessarily a guide to future performance. Neither UBS nor any of its directors, employees or agents accepts any liability for any loss (including investment loss) or damage arising out of the use of all or any of the Information.

> Any prices stated in this document are for information purposes only and do not represent valuations for individual securities or other financial instruments. There is no representation that any transaction can or could have been effected at those prices, and any prices do not necessarily reflect UBS's internal books and records or theoretical model-based valuations and may be based on certain assumptions. Different assumptions by UBS or any other source may yield substantially different results.

> This document and the Information are produced by UBS as part of its research function and are provided to you solely for general background information. UBS has no regard to the spe c ific investment objectives, financial situation or particular needs of any specific recipient. In no circumstances may this document or any of the Information be used for any of the following purposes:

> (i) valuation or accounting purposes;

> (ii) to determine the amounts due or payable, the price or the value of any financial instrument or financial contract; or

> (iii) to measure the performance of any financial instrument.

> By receiving this document and the Information you will be deemed to represent and warrant to UBS that you will not use this document or any of the Information for any of the above purposes or otherwise rely upon this document or any of the Information.

> Research will initiate, update and cease coverage solely at the discretion of UBS Investment Bank Research Management. The analysis contained in this document is based on numerous assumptions. Different assumptions could result in materially different results. The analyst(s) responsible for the preparation of this document may interact with trading desk personnel, sales personnel and other parties for the purpose of gathering, applying and interpreting market information. UBS relies on information barriers to control the flow of information contained in one or more areas within UBS into other areas, units, groups or affiliates of UBS. The compensation of the analyst who prepared this document is determined exclusively by research management and senior management (not including investment banking). Analyst compensation is not based on investment banking revenues; however, compensation may relate to the revenues of UBS Investment Bank as a whole, of which investment banking, sales and trading are a part.

> For financial instruments admitted to trading on an EU regulated market: UBS AG, its affiliates or subsidiaries (excluding UBS Securities LLC) acts as a market maker or liquidity provider (in accordance with the interpreta t ion of these terms in the UK) in the financial instruments of the issuer save that where the activity of liquidity provider is carried out in accordance with the definition given to it by the laws and regulations of any other EU jurisdictions, such information is separately disclosed in this document. For financial instruments admitted to trading on a non-EU regulated market: UBS may act as a market maker save that where this activity is carried out in the US in accordance with the definition given to it by the relevant laws and regulations, such activity will be specifically disclosed in this document. UBS may have issued a warrant the value of which is based on one or more of the financial instruments referred to in the document. UBS and its affiliates and employees may have long or short positions, trade as principal and buy and sell in instruments or derivatives identified herein; such transactions or positions may be inconsistent with the opinions expressed in this docu m ent.

> United Kingdom and the rest of Europe: Except as otherwise specified herein, this material is distributed by UBS Limited to persons who are eligible counterparties or professional clients. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. France: Prepared by UBS Limited and distributed by UBS Limited and UBS Securities France S.A. UBS Securities France S.A. is regulated by the ACP (Autorité de Contrôle Prudentiel) and the Autorité des Marchés Financiers (AMF). Where an analyst of UBS Securities France S.A. has contributed to this document, the document is also deemed to have been prepared by UBS Securities France S.A. Germany: Prepared by UBS Limited and distributed by UBS Limited and UBS Deutschland AG. UBS Deutschland AG is regulated by the Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin). Spain: Prepared by UBS Limited and dist r ibuted by UBS Limited and UBS Securities España SV, SA. UBS Securities España SV, SA is regulated by the Comisión Nacional del Mercado de Valores (CNMV). Turkey: Distributed by UBS Limited. No information in this document is provided for the purpose of offering, marketing and sale by any means of any capital market instruments and services in the Republic of Turkey. Therefore, this document may not be considered as an offer made or to be made to residents of the Republic of Turkey. UBS AG is not licensed by the Turkish Capital Market Board under the provisions of the Capital Market Law (Law No. 6362). Accordingly, neither this document nor any other offering material related to the instruments/services may be utilized in connection with providing any capital market services to persons within the Republic of Turkey without the prior approval of the Capital Market Board. However, according to article 15 (d) (ii) of the Decree No. 32, there is no restriction on t h e purchase or sale of the securities abroad by residents of the Republic of Turkey. Poland: Distributed by UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce. Russia: Prepared and distributed by UBS Securities CJSC. Switzerland: Distributed by UBS AG to persons who are institutional investors only. UBS AG is regulated by the Swiss Financial Market Supervisory Authority (FINMA). Italy: Prepared by UBS Limited and distributed by UBS Limited and UBS Italia Sim S.p.A. UBS Italia Sim S.p.A. is regulated by the Bank of Italy and by the Commissione Nazionale per le Società e la Borsa (CONSOB). Where an analyst of UBS Italia Sim S.p.A. has contributed to this document, the document is also deemed to have been prepared by UBS Italia Sim S.p.A. South Africa: Distributed by UBS South Africa (Pty) Limited, an authorised user of the JSE and an authorised Financial Services Provider. Israel: This material is distributed by UBS Limited. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. UBS Securities Israel Ltd is a licensed Investment Marketer that is supervised by the Israel Securities Authority (ISA). UBS Limited and its affiliates incorporated outside Israel are not licensed under the Israeli Advisory Law. UBS Limited is not covered by insurance as required from a licensee under the Israeli Advisory Law. UBS may engage among others in issuance of Financial Assets or in distribution of Financial Assets of other issuers for fees or other benefits. UBS Limited and its affiliates may prefer various Financial Assets to which they have or may have Affiliation (as such term is defined under the Israeli Advisory Law). Nothing in this Material should be considered as investment advice under the Israeli Advisory Law. This Material is being issued only to and/or is directed only at persons who are Eligible Clients within the meaning of the Israeli Advisory Law, and this material must not be relied on or acted upon by any other persons. Saudi Arabia: This document has been issued by UBS AG (and/or any of its subsidiaries, branches or affiliates), a public company limited by shares, incorporated in Switzerland with its registered offices at Aeschenvorstadt 1, CH-4051 Basel and Bahnhofstrasse 45, CH-8001 Zurich. This publication has been approved by UBS Saudi Arabia (a subsidiary of UBS AG), a Saudi closed joint stock company incorporated in the

Kingdom of Saudi Arabia under commercial register number 1010257812 having its registered office at Tatweer Towers, P.O. Box 75724, Riyadh 11588, Kingdom of Saudi Arabia. UBS Saudi Arabia is authorized and regulated by the Capital Market Authority to conduct securities business under license number 08113-37. United States: Distributed to US persons by either UBS Securities LLC or by UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliat e of UBS AG that is not registered as a US broker-dealer (a 'non-US affiliate' ) to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a document prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this document must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. Canada: Distributed by UBS Securities Canada Inc., a registered investment dealer in Canada and a Member-Canadian Investor Protection Fund, or by another affiliate of UBS AG that is registered to conduct business in Canada or is otherwise exempt from registration. Brazil: Except as otherwise specified herein, this material is prepared by UBS Brasil CCTVM S.A. to persons who are eligible investors residing in Brazil, which are consider e d to be: (i) financial institutions, (ii) insurance firms and investment capital companies, (iii) supplementary pension entities, (iv) entities that hold financial investments higher than R$300,000.00 and that confirm the status of qualified investors in written, (v) investment funds, (vi) securities portfolio managers and securities consultants duly authorized by Comissão de Valores Mobiliários (CVM), regarding their own investments, and (vii) social security systems created by the Federal Government, States, and Municipalities. Hong Kong: Distributed by UBS Securities Asia Limited and/or UBS AG, Hong Kong Branch. Singapore: Distributed by UBS Securities Pte. Ltd. [mica (p) 107/09/2013 and Co. Reg. No.: 198500648C] or UBS AG, Singapore Branch. Please contact UBS Securities Pte. Ltd., an exempt financial adviser under the Singapore Financial Advisers Act (Cap. 110); or UBS AG, Singapore Branch, an exempt financial adviser under the Singapore Financial Advisers Act ( Cap. 110) and a wholesale bank licensed under the Singapore Banking Act (Cap. 19) regulated by the Monetary Authority of Singapore, in respect of any matters arising from, or in connection with, the analysis or document. The recipients of this document represent and warrant that they are accredited and institutional investors as defined in the Securities and Futures Act (Cap. 289). Japan: Distributed by UBS Securities Japan Co., Ltd. to professional investors (except as otherwise permitted). Where this document has been prepared by UBS Securities Japan Co., Ltd., UBS Securities Japan Co., Ltd. is the author, publisher and distributor of the document. Distributed by UBS AG, Tokyo Branch to Professional Investors (except as otherwise permitted) in relation to foreign exchange and other banking businesses when relevant. Australia: Clients of UBS AG: Distributed by UBS AG (Holder of Australian Financial Services License No. 231087). Clients of UBS Securities Australia Ltd: Distr i buted by UBS Securities Australia Ltd (Holder of Australian Financial Services License No. 231098). Clients of UBS Wealth Management Australia Ltd: Distributed by UBS Wealth Management Australia Ltd (Holder of Australian Financial Services Licence No. 231127). This Document contains general information and/or general advice only and does not constitute personal financial product advice. As such, the Information in this document has been prepared without taking into account any investor's objectives, financial situation or needs, and investors should, before acting on the Information, consider the appropriateness of the Information, having regard to their objectives, financial situation and needs. If the Information contained in this document relates to the acquisition, or potential acquisition of a particular financial product by a 'Retail' client as defined by section 761G of the Corporations Act 2001 where a Product Disclosure Statement would be req u ired, the retail client should obtain and consider the Product Disclosure Statement relating to the product before making any decision about whether to acquire the product. The UBS Securities Australia Limited Financial Services Guide is available at: www.ubs.com/ecs-research-fsg. New Zealand: Distributed by UBS New Zealand Ltd. The information and recommendations in this publication are provided for general information purposes only. To the extent that any such information or recommendations constitute financial advice, they do not take into account any person's particular financial situation or goals. We recommend that recipients seek advice specific to their circumstances from their financial advisor. Dubai: The research distributed by UBS AG Dubai Branch is intended for Professional Clients only and is not for further distribution within the United Arab Emirates. Korea: Distributed in Korea by UBS Securities Pte . Ltd., Seoul Branch. This document may have been edited or contributed to from time to time by affiliates of UBS Securities Pte. Ltd., Seoul Branch. Malaysia: This material is authorized to be distributed in Malaysia by UBS Securities Malaysia Sdn. Bhd (253825-x). India: Prepared by UBS Securities India Private Ltd. (Corporate Identity Number U67120MH1996PTC097299) 2/F, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai (India) 400051. Phone: +912261556000 SEBI Registration Numbers: NSE (Capital Market Segment): INB230951431, NSE (F&O Segment) INF230951431, BSE (Capital Market Segment) INB010951437.

> The disclosures contained in research documents produced by UBS Limited shall be governed by and construed in accordance with English law.

> UBS specifically prohibits the redistribution of this document in whole or in part without the written permission of UBS and UBS accepts no liability whatsoever for the actions of third parties in this respect. Images may depict objects or elements that are protected by third party copyright, trademarks and other intellectual property rights. © UBS 2014. The key symbol and UBS are among the registered and unregistered trademarks of UBS. All rights reserved.

The information contained in this email message is being transmitted to and is intended for the use of only the individual(s) to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately delete.

**To:**      Elizabeth Holmes[eholmes@theranos.com]
**From:**     Sunny Balwani
**Sent:**     Fri 11/21/2014 11:50:02 PM
**Importance:**     Normal
**Subject:**     RE: Redraw request 11-21-14
**Received:**     Fri 11/21/2014 11:50:01 PM

we need to respond to him now and cut him Monday.

**From:** Elizabeth Holmes
**Sent:** Friday, November 21, 2014 3:45 PM
**To:** Sunny Balwani
**Subject:** FW: Redraw request 11-21-14

**From:** Adam Rosendorff
**Sent:** Friday, November 21, 2014 3:45 PM
**To:** Elizabeth Holmes
**Subject:** Fwd: Redraw request 11-21-14

Elizabeth

I find Sunnys response offensive and disingenuous.

He should apologize.

Adam

Sent from my iPhone

Begin forwarded message:

> **From:** Sunny Balwani <sbalwani@theranos.com>
> **Date:** November 21, 2014 at 2:29:47 PM PST
> **To:** Adam Rosendorff <arosendorff@theranos.com>
> **Subject: RE: Redraw request 11-21-14**
>
> Adam. see attached.
>
> Michael jumped the gun in requesting this redraw. And so did you in jumping to conclusion without understanding the process.
>
> We have very high confidence in every result we are releasing. When we see a critical value, we rerun the sample. When we cant because of QNS, we request a redraw and we request a full vacutainer asap. Moreover, our protocol in the field is to send a phlebotomist to patient's home asap if this happens.
>
> Please let me know if you have any additional questions on this.

FOIA Confidential Treatment Requested by Theranos

**SER-394**

TS-1078326

Trial Exh. 2228 Page 0001

**From:** Adam Rosendorff
**Sent:** Friday, November 21, 2014 11:48 AM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** Fwd: Redraw request 11-21-14

Elizabeth/Sunny

We are still voiding critical ISE results and asking for redraw. This means we would miss a truly critical ISE result. By the same token it calls into question the accuracy of even the normal ISE results.

Are you both comfortable with this?

Thanks,

Adam

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Picetti <mpicetti@theranos.com>
> **Date:** November 21, 2014 at 11:23:29 AM PST
> **To:** Adam Rosendorff <arosendorff@theranos.com>
> **Cc:** CLS <CLS@theranos.com>, cs <cs@theranos.com>
> **Subject: Redraw request 11-21-14**

Hi Adam,

Please approve a redraw for CMP for              (DOB              ). The chloride was critical high and the collected CTN was QNS for rerun.

Thank you,

Mike

**To:** Rose Edmonds[redmonds@theranos.com]; Paul Patel[ppatel@theranos.com]; Kwesi Mercurius[kmercurius@theranos.com]; Kathryn Rommel[KRommel@theranos.com]; Prasad Gawande[pgawande@theranos.com]; Douglas Matje[dmatje@theranos.com]; Caitlin Ortega[cortega@theranos.com]
**Cc:** Adam Rosendorff[arosendorff@theranos.com]; Xinwei Sam Gong[xgong@theranos.com]
**From:** Nicholas Haase
**Sent:** Sat 8/31/2013 6:11:02 PM
**Importance:** Normal
**Subject:** RE: GC assay
**Received:** Sat 8/31/2013 6:11:04 PM

In addition to Rose's comments, we just received pathological samples last night. These are only known to be pathological for a single analyte; therefore, we are going to screen these to see if they are pathological for any additional analytes.


Nick




-----Original Message-----
From: Rose Edmonds
Sent: Saturday, August 31, 2013 10:13 AM
To: Paul Patel; Nicholas Haase; Kwesi Mercurius; Kathryn Rommel; Prasad Gawande; Douglas Matje; Caitlin Ortega
Cc: Adam Rosendorff; Xinwei Sam Gong
Subject: RE: GC assay

As of right now none of our assays are completely through validation including clinical sample testing with fingerstick. We began venous testing on the new predilution protocols yesterday (Friday) for chem 18 and will continue today. I can try to prioritize doing samples with matched fingerstick today after I start the first set. Prioritizing clinical sample testing will slow down non-clinical validation of non-chem 18 assays but I am assuming that completing these clinicals is priority. Please let me know if that is not the case. Thanks.

Rose Edmonds
Development Scientist
Theranos, Inc
1601 South California
Palo Alto, CA, 94304
Phone: (650) 470-6152

PRIVILEGED AND CONFIDENTIAL COMMUNICATION IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc, 650-838-9292      www.theranos.com

-----Original Message-----
From: Paul Patel
Sent: Saturday, August 31, 2013 6:29 AM
To: Rose Edmonds; Nicholas Haase; Kwesi Mercurius; Kathryn Rommel; Prasad Gawande;
Douglas Matje; Caitlin Ortega
Cc: Adam Rosendorff; Xinwei Sam Gong
Subject: FW: GC assay

Dear Team,

Can you give me an update so that I can respond? I know we have had quite a lot on non-clinical
validation activities but not clear on the number of assays that are on the completed validation list
that includes the clinical portion and the micro-sampling (assuming FS ).  Thanks

Paul

-----Original Message-----
From: Elizabeth Holmes
Sent: Saturday, August 31, 2013 1:17 AM
To: Paul Patel; Nicholas Haase; Xinwei Sam Gong
Cc: Daniel Young; Samartha Anekal; Sunny Balwani
Subject:

Let me know total number of GC micro-sample assays that have completed validation as of
tomorrow (Advia and other platforms)

**To:** Elizabeth Holmes[eholmes@theranos.com]; Sharada Sivaraman[ssivaraman@theranos.com]
**Cc:** Daniel Young[dyoung@theranos.com]; Sunny Balwani[sbalwani@theranos.com]; Samartha Anekal[sanekal@theranos.com]
**From:** Surekha Gangakhedkar
**Sent:** Sat 8/31/2013 8:14:17 PM
**Importance:** Normal
**Subject:** RE:
**Received:** Sat 8/31/2013 8:14:17 PM
Master Checklist.xlsx
Copy of TPSA Validation Assay Summary.xlsx

11 Assays on the Advia have completed Precision. They are at the anti-coagulant stage. Detailed status is in the attached master checklist file.
For the Theranos system we plan to complete the experiments for PSA this weekend. Details for PSA are attached.

-Surekha

-----Original Message-----
From: Elizabeth Holmes
Sent: Saturday, August 31, 2013 1:14 AM
To: Surekha Gangakhedkar; Sharada Sivaraman
Cc: Daniel Young; Sunny Balwani; Samartha Anekal
Subject:

Let me know total number of immunochemistry micro-sample assays that have completed validation as of tomorrow (Advia and Theranos platforms)

**SER-398**

Confidential

Message

| | |
|---|---|
| **From**: | Jeffrey Blickman [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JEFFREY BLICKMAN] |
| **Sent**: | 9/4/2013 6:12:04 AM |
| **To**: | Elizabeth Holmes [eholmes@theranos.com] |
| **CC**: | Sunny Balwani [sbalwani@theranos.com]; Christian Holmes [cholmes@theranos.com]; Daniel Edlin [dedlin@theranos.com] |
| **Subject**: | .COM PDF + Jim Fox's comments |

Elizabeth – here's the PDF screenshots of latest .COM to send to counsel, along with Jim's (abridged) feedback from today, removed anything based on personal opinion

1.   What is the source/backup data for "At Theranos, we can perform all lab tests on a sample 1/1,000 the size of a typical blood draw."

2.   Our Revolution/Our Technology - "A tiny drop is all it takes" - we often use MORE than one drop; we should say:

a.   "A **few drops** is all it takes" or

b.   "**As little as one** drop is all it takes" or

c.   Some other phrase not limited to a single drop.

**3.   States several times that "Theranos Software Products will …**

**a.   Should be "Theranos Software Products will be designed to…**

4.   On pages 7 and 23 we show specific prices – which might be interpreted as a price quote:

a.   Are these mock-ups of what will be a real page that allows people to get a valid price? Yes Or is this page just an illustration of what users can expect to see on a different, active page?

**b.   This is OK if it is an active page where users can check our real prices. We should not include a static image showing prices if it is meant for illustrative purposes only.**

**c.   We should not include these numbers unless 1) they are correct for everyone who visits the web-site and 2) we update them every time they change.** Should not be an issue

d.   Otherwise, we should make clear these prices are "EXAMPLES" or "FOR ILLUSTRATIVE PURPOSES ONLY" or some such disclaimer that makes clear the prices in the pictures are not meant to be relied upon.

Pg 7:

Confidential

**SER-399** THPFM0003105986



## The full range of tests. A fraction of the cost.

We offer the full spectrum of laboratory tests, from the most common to the most specialized. All with never-before-seen speed and the highest level of quality. And all at costs that make lab testing affordable and more accessible.

Our tests

| | |
|---|---|
| ...um, Total | $... |
| Carbon Dioxide | $3.3. |
| CBC / auto diff | $5.35 |
| CBC / no diff | $4.45 |
| Chloride | $3.15 |
| Cholesterol | $2.99 |
| mp. Metabolic | $7.. |
| Kinase | |

Pg 23:

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z   See all

**A**

| | | |
|---|---|---|
| 827487 | Alkaline Phosphatase | $ 4 |
| 826749 | Alanine Aminotransferase Amylase | $ 2 |
| 208831 | Aspartate | $ 4 |
| 894624 | Aminotransferase | $ 5 |
| 7843291 | Anti-thyroglobulin | $ 3 |
| 872712 | Antibodies | $ 4 |
| 7834762 | Anti-thyroid Peroxidase | $ 2 |
| 827467 | Ab Bilirubin, Direct | $ 4 |

Confidential

SER-400 THPFM0003105987



# one tiny drop changes everything.

At Theranos, we're revolutionizing lab testing. Now, for the first time, our high complexity CLIA-certified laboratory can perform all your tests quickly and accurately on samples as small as a single drop.





### The lab test, reinvented.

No big needles. No endless waiting. We've built a whole new approach to getting your answers.

Our revolution ›

### A smarter, better way.

In the convenient setting of our breakthrough Wellness Centers, we're making lab testing more accessible than ever.

Our centers ›

### Knowing changes everything.

We believe access to accurate, affordable, real-time diagnostic information is a basic human right.

Our company ›

## For healthcare providers:

Find out how Theranos can take your patient care to the next level.

Learn more ›

Confidential

**SER-401** THPFM0003105988

# the lab test, reinvented.



At Theranos, we can perform all lab tests on a sample
1/1,000 the size of a typical blood draw.

### A tiny drop is all it takes.

Theranos' patented technology can analyze samples 1/1,000 the size of the typical blood draw. Our tests are certified at the highest level. They cover the full range of tests ranging from blood, urine, and other samples. Only faster and easier, and with the highest clarity.





### Faster results. Faster answers.

Our micro-sample analysis performs at amazing speeds. So we can have results to you and your doctor faster than previously possible — in less than four hours, on average. When Theranos is faster, highly accurate diagnosis and faster, more informed treatment.

### Highest levels of accuracy.

By systematically controlling and standardizing our micro-procedures, we offer tests with the highest levels of accuracy. We've also automated our pre- and post-analytic processes, drastically minimizing human processing — the nature of the majority of lab-test errors.

### More precise trending.

Since we make it easier to precisely measure your body's information at the needed frequencies, we can help you see small changes in test results as they emerge over time. In doing so, we're working to help better track chronic conditions and provide insight into the early detection of a broad range of medical conditions.



theranos



# same tests.
# a whole new
# approach.

At Theranos, we're committed to making the whole lab-testing experience more comfortable and convenient. Because taking control of your health should be positive and empowering.

Finally, a lab test that asks less of you.

  

No big needles. Just a tiny drop. Fast lab results™



### A new lab experience.

Over the next few months, we'll be introducing groundbreaking new spaces that transform the way you think about lab tests. Our Theranos Wellness Centers are designed to make your experience as easy and comfortable as possible. You can make an appointment or walk in at your leisure. Then enjoy our friendly new process. Everything, including the relaxing environment, is designed with your wellness in mind.

### The only thing you should feel is better.

Instead of a big, intimidating needle, we can use a tiny finger stick or collect a micro-sample from a venous draw. It's a friendlier, less invasive, and less painful experience. No big poke to it. No more searching for a good vein. And no big, painful bruises. The only thing we want you to feel is well.





### Unrivaled convenience.

With Theranos, you can give your sample in your doctor's office, or bring your lab order to any of our convenient Theranos Wellness Centers. No more traveling to an out-of-the-way laboratory. No more dealing with your health at someone else's terms. With our extended hours - including nights and weekends - it's easy to fit all your tests into your busy schedule.

SER-403 THPFM0003105990

theranos

OUR REVOLUTIONARY **DIGITAL TOOLS**



# the lab test goes digital.

We live in a hyper-accessible, fast, connected world. At Theranos, we think your health experience should keep pace. So we created a system designed to let you know more, better and faster. Because the more you know about what's happening in your body, the more you can do to live the life you want to live.

**We believe you have the right** to your own health information.

### Everything, right at your fingertips.



From lab order, to processing, to results, every aspect of your testing is connected through a secure online network. So you, and your doctor can always have answers quickly and accurately, right when you need them. All with institutional-level safeguards that make sure your information is always safe and private.

### A better way to see results.

To access your results, your doctor can choose to use Theranos info, our secure digital hub that organizes all your results, or otherwise receive them electronically. Within minutes of completing a test, your results will be available in easy-to-read graphs. You'll also be able to see your data through the Theranos me viewers and mobile app. All of which lets you and your doctor visualize your health in a whole new, streamlined way.



Vitamin D

### Answers at the speed of digital.

Waiting for results is often the worst part of the test. With Theranos you get your answers back faster than previously possible. No more waiting in fear. And you or your doctor can view your results anywhere, anytime. So you can get the care you need when you need it.

### It's just the beginning.

We believe you deserve to know everything about your body. So we're building a full suite of tools for you — from viewers to mobile apps. For the first time, you'll be able to see and better understand all your information. So you can monitor and take control of your own health like never before.



Confidential

SER-404 THPFM0003105991

# every test.
# for everybody.

We offer the full range of laboratory tests. And we're making them more affordable for more people. Because we believe everyone deserves access to the best technology, the best science, and the best tools to help them know all they can about their health.

TEST MENU



We're committed to providing the highest-quality, lowest-cost lab tests.

### A complete test menu.

From the most common panels to the most specialized test, Theranos offers a complete testing menu. So whether you're living with a chronic condition or actively managing your own health, we've built our laboratory to be able to support your full range of care needs. We use the same standard panels and protocols your doctor knows, so he or she can always order with confidence.



THERANOS RATES ARE ALWAYS

## 50% OR LESS

THAN MEDICARE-COVERED RATES.

### Covered and affordable.

We're committed to making lab testing more accessible to everyone. That means pricing our tests dramatically lower than currently available options. We can bill all major insurance carriers as well as Medicare and Medicaid. And if you're uninsured, we offer you the same discounted prices as we offer everyone else. Because a lab should cost less every day, no matter who you are.



#### Oncology

When you need frequent testing, we're faster, easier and much less self 2.4



#### Pediatrics

Our tiny micro-sample means our tiniest patients have faster smiles and fewer tears.



#### Geriatrics

No more searching for veins. We can collect your sample using a far larger stock.

theranos

# a totally new lab experience.

At Theranos, we're not only revolutionizing the lab test, we're completely reinventing the whole experience. Everything is designed with you in mind.

Enter your zip code to find your nearest Theranos Wellness Center:



## Theranos Wellness Centers

For the first time ever, we're bringing lab testing closer to you. In the coming months, our breakthrough Theranos Wellness Centers will bring our completely new approach to convenient, neighborhood locations.

New Theranos Wellness Centers at *Walgreens*.



### A peaceful, tranquil space.

Our Wellness Centers feature relaxing spaces with peaceful, low-impact environments. From soothing materials on the walls to something as simple as a really comfortable seat, we made sure you'll notice the surroundings by this calm feeling of wellness.

## Comfort. Relaxation. It's a different world in here.

### Welcome to efficiency.

We know your time is valuable. So we want your experience to be as fast and efficient as possible. From our simple check-in, to the tiny sample draw, to the pleasant surprise of being done so quickly, it's our goal to take you done and on your way in minutes.

### The comfort of convenience.

You can make an appointment or simply walk into any Theranos Wellness Center. Bring any paper order you may have for any other lab. Or you can simply have your doctor submit your order electronically. And since we're the first to be open early mornings, nights, weekends, even some holidays, we're always easy to fit into your schedule.

Confidential

SER-406 THPFM0003105993

Walgreens stores throughout the country. For the first time ever, accurate, convenient lab testing comes to you.

## A revolution in lab testing, coming right to your neighborhood.

### As convenient as your nearest Walgreens.

We're working to give everyone access to fast, affordable, high-quality lab testing. By putting Theranos Wellness Centers inside conveniently-located Walgreens stores, we're taking a big step toward making that a reality. Through Walgreens' many easy-to-find locations, you'll have more ways to take control of your health, your energy, and your life.





### Your health, on your schedule.

Since many Walgreens' stores are open early mornings, evenings, weekends, and even holidays, our Wellness Centers can fit into your schedule better than traditional labs. Now you can have your lab testing done at your convenience – while shopping, running errands, even on your way to your doctor's appointment.

### An easier way to wellness.

No one should ever avoid lab tests because they're too painful, too inconvenient, or too expensive. With Theranos, it doesn't have to be that way. By placing our Wellness Centers in neighborhood Walgreens stores, we're making it easier for more people to know what's happening with their health. And a little knowing changes everything.



PARTNER LOGIN    PRESS    PRIVACY POLICY    SECURITY POLICY    TERMS OF USE    CAREERS    CONTACT US

© 2005-2010 Theranos, Inc. All Rights Reserved.

Confidential

**SER-408** THPFM0003105995



## Elizabeth Holmes, Founder, and CEO

Elizabeth Holmes is CEO of Theranos, which she founded in 2003. Elizabeth left Stanford University's School of Engineering to build Theranos around her patents and vision for healthcare.

## Our board.

### Elizabeth Holmes

Theranos Chairman, CEO, and Founder

### George P. Shultz

George P. Shultz has had a distinguished career in government, in academia, and in the world of business. He is one of two individuals who have held four different federal cabinet posts. he has taught at three of this country's greatest universities, and for eight years he was president of a major engineering and construction company. Since 1989, he has been a distinguished fellow at Stanford University's Hoover Institution. He is a recipient of the Medal of Freedom, our nation's highest civilian honor.

### Gary Roughead

Gary Roughead is a retired United States Navy admiral who served as the 29th Chief of Naval Operations. Roughead is one of only two officers to have commanded the fleets in the Pacific and Atlantic, commanding the U.S. Pacific Fleet and Joint Task Force 519, as well as U.S. Fleet Forces Command. He also served as Commandant, United States Naval Academy, the Department of the Navy's Chief of Legislative Affairs, and as Deputy Commander, U.S. Pacific Command. Admiral Roughead is a Distinguished Fellow at the Hoover Institution. He also serves on the board of the Northrop Grumman Corporation.

### William J. Perry

William Perry is an entrepreneur, mathematician, and engineer who was the United States Secretary of Defense under President Bill Clinton. He also served as Deputy Secretary of Defense and Under Secretary of Defense for Research and Engineering. Dr. Perry has extensive business experience and currently serves on the boards of several high-tech companies and as Chairman of Global Technology Partners. He was the founder and president of Electromagnetic Systems Laboratory (ESL), Inc. Dr. Perry is currently the Michael and Barbara Berberian Professor (emeritus) at Stanford University, with a joint appointment at the Freeman Spogli Institute for International Studies and the School of Engineering.

### Samuel Nunn

Samuel Nunn served as a United States Senator from Georgia for twenty-four years and as Chairman of the Senate Armed Services Committee and the Permanent Subcommittee on Investigations. He is currently the co-chairman and Chief Executive Officer of the Nuclear Threat Initiative (NTI), a

### James N. Mattis

James N. Mattis is a retired United States Marine Corps general who last served as the 11th commander of United States Central Command. He previously commanded United States Joint Forces Command and served concurrently as NATO's Supreme Allied Commander Transformation. Prior to that, he commanded I Marine Expeditionary Force, United States Marine Forces Command, and 1st Marine Division during the Iraq War. General Mattis retired after more than 41 years of service to the nation.

### Richard Kovacevich

Richard Kovacevich served as the Chief Executive Officer of Wells Fargo & Company from 1998–2007 and Chairman of the Board from 2001-2009. Prior to Wells Fargo, Kovacevich held numerous executive positions including Division General Manager of General Mills, head of regional retail banking at Citicorp, and President & CEO of Norwest Corporation until its merger with Wells Fargo in 1998. He currently serves on a number of corporate boards, including Cargill Inc., The Clearing House LLC, Cisco Systems Inc., and as a member of the Federal Reserve's Federal Advisory Council.

### Henry A. Kissinger

Henry Kissinger is Chairman of Kissinger Associates, Inc., an international consulting firm. Dr. Kissinger served as Assistant to the President for National Security Affairs from 1969-1975 and as Secretary of State from 1973-1977. He has received numerous awards in recognition of his work in foreign policy, including the Nobel Peace Prize and Presidential Medal of Freedom. Dr. Kissinger serves on a number of governmental, corporate, and non-profit organizational boards and is the author of several books; his most recent, On China, was published in 2011.

### Sunny Balwani

Sunny Balwani is an entrepreneur and a computer scientist. Sunny joined Theranos after dropping out of the Computer Science program at Stanford University. He received his MBA at UC Berkeley and undergraduate degree from UT Austin. Sunny began his career at Lotus Development Corporation, after which he served at Microsoft in various roles, and later started his own company in the business-to-business ecommerce space which he sold to CommerceOne. He currently serves as President and Chief Operating Officer of Theranos.

Confidential

**SER-409** THPFM0003105996



Software Engineering
Automation
Assay Systems
Bioinformatics
Electrical Engineering
Finance
Hardware Engineering
Human Resources
Information Technology
Laboratory
Legal
Manufacturing
Mechanical Engineering
Security
Software Development
Supply Chain

# we are
# redefining healthcare.

## careers at theranos

At Theranos, you are on a life-changing mission.

We're a team of technologists, scientists and inventors, led and backed by some of the greatest entrepreneurs, investors, creative minds, and global leaders.

Our people are our company.

We reward their dedication with highly competitive compensation, great healthcare benefits, catered meals, and more, with the opportunity to take part in changing the world.



**Corporate Headquarters**

Theranos, Inc.
1601 S. California Avenue
Palo Alto, CA 94304

Phone: (650) 838-9292
Fax: (650) 838-9165
Email: info@theranos.com

**Support**

Patient Support: (650) 470-9314
Physician Support: (650) 470-9292



Confidential

**SER-410** THPFM0003105997



theranos



# welcome to a better, smarter lab test.

Theranos is a breakthrough in laboratory testing. We can analyze smaller samples than previously possible, with unprecedented speed and accuracy to classes on your patients. And equip you to make faster, better diagnoses.

By providing the highest-quality lab testing at the lowest cost, we help you give your patients the best care possible.

[ button ]

Theranos is the first and only CLIA-certified laboratory running its tests on micro-samples.

### One tiny drop. Will change the world.

Thanks to our revolutionary technology, Theranos gives you precise results faster than ever, equipping you with actionable information when you need it. You can make faster diagnoses, start steps and treatment sooner. And help your patients faster, with the confidence of knowing everything you need to know.

Our test »





### Work the way you want.

Theranos is designed to work the way you work. You can choose between sending your patients to our convenient Theranos Wellness Centers, or drawing samples in your office or facility. You can use your existing paper lab order forms or Theranos can.

Easy Integration »

Draw smaller samples in your clinic.

Send patients to Theranos Wellness Centers

Specialized for every specialty. Theranos is a new standard in lab testing that can help every practice. And we offer even more specialized tools for patients with very specific needs, or specialty practices.



**Oncology**

With Theranos, patients can test at the laboratory frequency with less trauma. Our micro-sample size lowers the risk of anemia and other secondary effects of large-volume draws.

**Pediatrics**

When you're caring for the littlest patients, even a simple blood draw can be the biggest obstacle. But since we only require tiny drops, our tests are less traumatic, giving you more smiles and fewer tears.

**Geriatrics**

With Theranos, you can provide samples from patients even advanced years without the discomfort they go through now. No more everything for veins. No more painful draws. Just the luxury of a tiny drop of blood.

### A new era in patient care.

With Theranos, you can offer your patients the most advanced, cutting-edge healthcare technology. From a friendlier blood draw, to fast results, to convenient test options, you can now give your patients the kind of care you want to provide.

### Designed with doctors for doctors.

Theranos is designed to integrate seamlessly into the way you practice of any practice for facility. Every detail — from sample-draw options to integration with many reporting — has been thought through with you in mind.

### Better patient compliance.

By giving patients an easier way to get lab tests, you're more likely to see better patient compliance. From less pain to lower costs and easier access, we make it simpler for patients to stay engaged with and stay their own health.

### CLIA's highest certification.

Theranos is a CLIA-certified high-complexity laboratory, meeting the highest, most stringent standards for lab testing. We perform tests on the full range of sample types: urine, blood, saliva, and more. And constantly undergo comprehensive proficiency testing in maintaining our certification.

Confidential

SER-411 THPFM0003105998



# a revolution in lab testing.

At Theranos, we can perform all lab tests on a sample
1/1,000 the size of a typical blood draw.

## One tiny drop. Thousands of answers.

Theranos can perform the full range of tests on samples as small as tiny drops. That is 1/1,000 the size of a typical blood draw. Our assays will operate under CLIA, FDA, and CAP guidelines. And we provide the highest level of oversight, automation, and standardization in both our pre- and post-analytic processes, ensuring the highest level of accuracy and precision. So you get the actionable information you need.

## Unrivaled Accuracy





## Auto-reflex testing.

When you order tests, you can specify follow-on tests to run automatically on the same sample if certain results are out of range. This saves your patient another trip to the lab, avoids prophylaxis decision-making and unnecessary prescriptions, and helps you properly triage conditions sooner than could be seen with conventional processes.

## Better data from fresher samples.

Because Theranos rapidly processes fresh samples, we can analyze key markers before they whole blood integrity. Our systems provide insight into subtle trends in important analytes, or combinations of analytes, and display results graphically in a richer environment.



Confidential

SER-412 THPFM0003105999

# seamlessly integrates with your practice.

Theranos is designed to fit into the practice workflow. So you can have cutting-edge technology that helps you run things your way.



**theran⊚s**
1601 S California Ave • Palo Alto, CA 94304

## Our secure network lets you get results electronically, anytime, anywhere, from any device.

### No new infrastructure needed.

You can draw samples in your office using your standard venipuncture draw method. One specimen in your sensitive microtainer is all we need.

Soon, we'll also be introducing new ways of collecting samples that will simplify and speed up your workflow. Click "Get Started" at the top of this page to stay informed.

### Our revolutionary Wellness Centers.



You can also have your patients have samples drawn at any Theranos Wellness Center. They're conveniently located and are available on a walk-in or appointment basis, fitting into patients' schedules and routines.

At Theranos, we're building a decentralized system that lets you connect with your patients electronically, no matter where they are.

## How to start using Theranos.

### Send samples to us.

You can send us samples using your in-office venipuncture. Just sign up and we'll help you register and arrange convenient delivery options.
Get started here »

 

### Send patients to us.

Or download our lab order form and send your patients to our nearest Theranos Wellness Centers. Sign up today and we'll get you set up.

## The power of knowing.

Theranos is revolutionizing the whole new era of lab testing with the aim of providing you better, more insightful lab information. We've committed to surfacing important results and insights in actionable ways, from displaying data in easy-to-interpret graphs, even to automatic alerts that flag out-of-range or critical results for you. Because knowing more right when you need to know it, lets you do what you do best.

Confidential

SER-413  THPFM0003106000

theranos



Confidential

**SER-414** THPFM0003106001





Confidential

**SER-415** THPFM0003106002



Theranos

PRIVACY POLICY

## 1. The Information Theranos Collects

### "Information You Provide"

### "Cookies" Information:

### "Automatically Collected" Information:

## 2. The Way Theranos Uses Information

## 3. When Theranos Discloses Information

## 4. Your Choices

## 5. Data Security

## 6. Children's Privacy

## 7. International Visitors

Confidential

SER-417    THPFM0003106004

**7. International Visitors**

**8. In the Event of Merger or Sale**

**9. Changes and Updates to this Privacy Policy**

**10. Effective Date, Date Last Modified**

Privacy Policy last modified on September 7, 2013.

**11. Theranos Contact Information**



**The protection and security of client data is our top priority.**

Theranos uses the following techniques to secure all data:

**Authentication**

**Authorization**

**Auditing**

**Data Privacy**

**Data Integrity**



Confidential

**SER-418** THPFM0003106005

theranos

TERMS OF USE

NOTICE TO ALL USERS: CAREFULLY READ THE FOLLOWING LEGAL AGREEMENT BEFORE USING THIS WEBSITE. BY USING THIS WEBSITE, YOU SIGNIFY YOUR ASSENT TO THESE TERMS AND CONDITIONS OF USE ("TERMS OF USE") AND YOUR CONSENT TO THE INFORMATION HANDLING PRACTICES DESCRIBED IN THE THERANOS PRIVACY POLICY. IF YOU DO NOT AGREE TO THESE TERMS OF USE AND/OR THE PRIVACY POLICY, PLEASE NAVIGATE AWAY FROM, AND DO NOT USE THIS WEBSITE.

### 1. Ownership Rights

### 2. Trademarks

### 3. Warranty Disclaimer

### 4. Limitation of Liability

### 5. Termination

### 6. Jurisdiction

### 7. Miscellaneous

SER-419 THPFM0003106006

**8. Date of Last Revision**

September 7, 2013

**9. Theranos Customer Contact**

If you would like to contact Theranos for any reason, please call (800) 720-5282, send a fax 1-(650) 530-0180, Attention: Information Technology, send an email to: it@theranos.com or write to: Information Technology, Theranos, Inc., 1601 S. California Ave., Palo Alto, CA 94304.



## we are redefining healthcare.

### careers at theranos

At Theranos, you are on a life-changing mission.

We're a team of technologists, scientists and inventors, led and backed by some of the greatest entrepreneurs, investors, creative minds, and global leaders.

Our people are our company.

We reward their dedication with highly competitive compensation, great healthcare benefits, catered meals, and more, with the opportunity to take part in changing the world.

Confidential

SER-420  THPFM0003106007

Message

| From: | Christian Holmes [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHRISTIAN HOLMES] |
|---|---|
| Sent: | 9/6/2013 5:16:18 PM |
| To: | Jeffrey Blickman [jblickman@theranos.com]; Daniel Edlin [dedlin@theranos.com] |
| Subject: | FW: Theranos website comments |

**From:** Elizabeth Holmes
**Sent:** Friday, September 06, 2013 8:37 AM
**To:** Christian Holmes
**Cc:** Sunny Balwani
**Subject:** Fwd: Theranos website comments

Begin forwarded message:

**From:** Kate Beardsley <kbeardsley@beardsleylawpllc.com>
**Date:** September 6, 2013, 7:18:01 AM PDT
**To:** Elizabeth Holmes <eholmes@theranos.com>
**Subject: Fwd: Theranos website comments**

I am forwarding the Hyman Phelps comments. If you want, we can get on the phone later today to discuss. Jamie gives her availability in the text.

Sent from my iPad

Begin forwarded message:

**From:** "Jamie K. Wolszon" <JWolszon@hpm.com>
**Date:** September 5, 2013, 10:02:46 PM EDT
**To:** 'Kate Beardsley' <kbeardsley@beardsleylawpllc.com>, "Robert A. Dormer" <RDormer@hpm.com>
**Subject: Theranos website comments**

Hi Kate,

Please find below my comments to the Theranos' website. Several of these comments repeat throughout the website, so I do not necessarily mention each instance. As discussed, they fall within the categories of substantiation for superlative or comparative performance claims, suggestion that consumer can order tests or receive results without involvement of physician. In addition, I do not think several of the claims apply to urine or other samples. I have a call from 9-10 am, but would be available from 10-1:30 or after 2:30 for a call.

Confidential

**SER-421** THPFM0002795585

- Please remove references to "all" tests and replace with statements such as "multiple" or "several"  It is highly unlikely that the laboratory can perform every conceivable test, both from a logistical standpoint and because the CLIA certification designates specific specialties of tests the lab performs.

- For a similar reason, replace "full range" with "broad range"

- Change "getting you answers" to "getting you and your physician answers"

- Ensure substantiation for claim "1/1,000 the size of" typical blood draw

- Does the "revolution" also apply to the urine and other samples? It appears that it really only applies to blood, although the other matrices are mentioned.

- Replace "faster and easier" with fast and easy

- Replace "highest quality" with high quality

- Ensure substantiation for "4 hours or less"

- Replace "amazing" with "very high"

- Why would fast necessarily lead to "highly accurate" "better more informed treatment"?

- What substantiation do you have for "have results to you and your doctor faster than previously possible"?

- Phrase "you and your doctor" in context of results implies that results are sent to patient at same time as doctor, which is inconsistent with several state laws. Replace with your doctor

- I doubt that most consumers will be familiar with the concept of coefficient of variance

- A CV of less than 10 percent could still be too high—it depends on the test

- Replace highest levels of accuracy with high levels of accuracy

- What substantiation do you have for the statement that human processing is the cause of most lab errors?

- Can you use a less risky analyte than PSA?

- Change "we can help you see" to "we can help you and your physician see"

- Change "we're working to help better track chronic conditions" to "were working to help you and your physician"

- Change more precise to precise

- Change "provide insight" to provide "you and your doctor insight"

- Remove reference to early detection (particularly since you use it on the same page as PSA—the implication is that it can provide for early detection of prostate cancer, which is a risky claim).

- Add "once your physician orders a test" before "you can make an appointment or walk in at your leisure." Patient must have physician order or inconsistent with several state laws.

- Ensure substantiation for "it's a less invasive, and less painful experience"

- "system designed to let you know more, better and faster" should be "designed to let you and your physician." (Note that unlike the other claims, this states that it is designed to let you know faster as opposed to stating that it is faster)

- Change the more you know about what is happening in your body to "more you and your physician know"

- In the section about seeing the results, you need to revise to be clear that the physician sees the results, and then the patient can have access after the physician authorizes the results. Otherwise you will not be consistent with several state laws.

- Change complete to comprehensive

- Replace "most common panels to most specialized test" with common panels to specialized tests

- Ensure substantiation for dramatically lower

- Remove references to oncology and pediatrics—this increases risk

- You mention Walgreens. I assume they have consented to be mentioned?

- "even on your way to the doctor's office" could imply that you go before receiving the doctor's order.

Confidential

**SER-423** THPFM0002795587

- The bio for Samuel Nunn appears to be cut off

- Ensure substantiation for "unprecedented speed and accuracy"

- For "first and only" please remove only. Also, are you certain that you are the first lab to use any sort of micro-samples? For instance, I have heard of labs running samples on blood spots from babies feet. Wouldn't that qualify as a micro-sample?

- Remove "knowing everything you need to know"

- Ensure substantiation for "lowers the risk of anemia"

- Change "most advanced" to "advanced"

- CLIA requires all high-complexity labs to undergo proficiency testing on a quarterly basis, so claim about proficiency testing could misleadingly imply that lab is doing something unusual.

- CLIA's highest certification also could be misleading as there are only three categories—waived, moderate and high-complexity. It is true that it is the highest certification, but several labs share this distinction.

- Also, I have yet to see a reference to California state laboratory license. Does Theranos have one?

- Ensure substantiation for size of dime claim

- Remove "unrivaled accuracy"

- Ensure substantiation for "diagnose sooner"

Jamie K. Wolszon

Hyman, Phelps & McNamara, P.C.

700 13th Street, NW

Washington, DC 20005

(202) 737-4299 (Office)

(202) 737-9329 (Fax)

jwolszon@hpm.com

www.hpm.com

Visit the HPM blog: www.fdalawblog.net

Confidential

SER-424 THPFM0002795588

**From:** Kate Beardsley [mailto:kbeardsley@beardsleylawpllc.com]
**Sent:** Thursday, September 05, 2013 12:50 PM
**To:** Robert A. Dormer
**Cc:** Jamie K. Wolszon
**Subject:** FW: .COM PDF


This is the Theranos website that needs to be reviewed.  It is scheduled to go live tomorrow night, so there is some urgency.  I think we will need to get on the phone with the client once we know what we want to say.  You can reach me at              or at this email.


Thanks for taking this on on such short notice.  I know it is a pain.


Kate


**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Wednesday, September 04, 2013 7:05 PM
**To:** Kate Beardsley
**Subject:** FW: .COM PDF

==========================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT -- This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292   www.theranos.com
==========================================




************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
************************************************************

**SER-425** THPFM0002795589

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Sunny Balwani
**Sent:** Thur 4/17/2014 7:40:51 PM
**Importance:** Normal
**Subject:** FW: Dr. Kwatra/Dr. Stamps
**Received:** Thur 4/17/2014 7:40:50 PM

See below. this is what we are doing today with our limited resources. this is what Daniel has to do manually. Not scalable.

---

**From:** Daniel Young
**Sent:** Thursday, April 17, 2014 12:40 PM
**To:** Sunny Balwani
**Subject:** Re: Dr. Kwatra/Dr. Stamps

We'll have to check.  Some potassium results can run high with slight sample hemolysis.  We review the images for all samples with high K  results and then CLIA determines if a rerun is needed or not, and how to report it.

-Daniel

On Apr 17, 2014, at 3:36 PM, "Sunny Balwani" <sbalwani@theranos.com> wrote:

> But do we know if this result was accurate given this is an ISE assay. That's what I was referrring to .

> **From:** Daniel Young
> **Sent:** Thursday, April 17, 2014 12:34 PM
> **To:** Sunny Balwani
> **Cc:** Max Fosque; Adam Rosendorff; Nicholas Menchel
> **Subject:** Re: Dr. Kwatra/Dr. Stamps

> I'm not sure that this doctor was asking about the critical value for potassium.  Critical value comes from clinical guidance documents and care guidelines, not from R&D.

> Adam and I are going to discuss revising this number lower compared to what was originally in the CLIA documentation which seemed on the high side.

> -Daniel

> On Apr 17, 2014, at 3:12 PM, "Sunny Balwani" <sbalwani@theranos.com> wrote:

>> Before we react, I would like to collect all data. Who called the doctor, who did the anaylsis, who from R&D provide oversight over this critical value.

>> **From:** Max Fosque
>> **Sent:** Thursday, April 17, 2014 12:11 PM
>> **To:** Adam Rosendorff; Daniel Young
>> **Cc:** Sunny Balwani; Nicholas Menchel
>> **Subject:** FW: Dr. Kwatra/Dr. Stamps

>> Hi Adam & Daniel,

FOIA Confidential Treatment Requested by Theranos

Please see the note below regarding a critical Potassium value.

Let me know if I can do anything to assist here.

Thanks,
Max

---

**From:** Kimberly Alfonso
**Sent:** Thursday, April 17, 2014 12:04 PM
**To:** Max Fosque
**Subject:** FW: Dr. Kwatra/Dr. Stamps

Hi there – please see below. How can we follow up here?

---

**From:** Mike Phebus
**Sent:** Wednesday, April 16, 2014 10:05 PM
**To:** Kimberly Alfonso
**Cc:** Mike Phebus
**Subject:** Dr. Kwatra/Dr. Stamps

Kimberly:

I am not sure who to send this email too in Palo Alto so I am forwarding to you.  Here is some feedback from Kari Reedy in the field today:

Paradise Pediatrics  - Dr. Kwatra / Dr. Stamps – (Pediatrics)

•        Dr. Stamps likes our lab and has sent 3 patients.  He does not trust our Potassium test, however.

1.        He was called late at night regarding a patient that had abnormally high levels of Potassium. The patient was in NYC at the time of the call, so the doctor had to contact them while they were out of town.  They did a re-test in NY and the results came back completely normal   .  Dr. Stamps said that K+ is a tricky one to collect because of clotting and such.  He also mentioned that he is willing to share the specific patient information and explain the experience if someone wanted to reach out to him directly.

2.        Dr. Kwatra  is kind of annoyed that we are unable to run tests on patients under 2 years of age. Working at a pediatric clinic, a lot of his patients fall into this category.  I assured him that down the road there is a very good chance that we will be able to address those patients as well.

As you can see Dr. Stamps had a bad experience with one of his patients that he sent to us.  Since this has to do with a lab test and results that did not seem to have the correct results I want to pass it on to the Product Management team for their review.  Please forward to the appropriate Product Manager.

Have a GREAT DAY!

 Mike Phebus

Theranos

Senior Sales Manager

480-234-9474

FOIA Confidential Treatment Requested by Theranos

**SER-427**

TS-1077815

FOIA Confidential Treatment Requested by Theranos

**SER-428**

TS-1077816

**theranos**

| | Elizabeth Holmes | 1601 S. California Ave | P | theranos.com |
|---|---|---|---|---|
| | Theranos, Inc. | Palo Alto, CA 94304 | F | eholmes@theranos.com |

Mr. Daniel L. Mosley
Cravath. Swaine & Moore, LLP

August 18, 2014

Dear Dan,

It is with great pleasure I write this letter and enclose this package for you.

By way of background, Theranos is a private company. I founded this company to make a difference in the world, and have retained majority control of the shares in order to realize that vision for the long term. We have a very long term mission, and are deeply committed to realizing that mission by building a company that establishes a new industry, and standard in the market place, not just over the coming years but also over the coming decades. We have benefited greatly from the ability to execute, keep a laser focus on our operations, and ship transformational and disruptive technology, as we've just done, without having to talk it up to analysts or others before it's done. We also believe in the ability to create the greatest return on investment for our shareholders by realizing our long term vision and not being subject to the whims of the public market. As such, the company plans to be private for the long term.

Theranos has raised over $400M in equity capital. Theranos is a sensors and software company, developing solutions to make actionable information accessible at the time it matters most. There are many industries in which the company's existing products have the potential to play a significant role long term, ranging from chemical and water testing to animal/pet and livestock testing to the replacement of invasive medical diagnostic procedures with testing.

Historically, Theranos' work was focused on contracts with pharmaceutical and military clients. In these areas and others, Theranos' technology is creating new testing markets that have not previously existed because the technology wasn't there.

Theranos has not only reduced to practice and patented its comprehensive technological and operational infrastructure over the past ten years, but has also had regulatory certifications to operate commercially, including as a CLIA-certified laboratory (the regulatory certification for labs) since 2011.

Once the company was ready to launch its commercial laboratory and announced its national contract with Walgreens in fall of 2013, Theranos began operating in the consumer, physician, and hospital laboratory testing business in the US, with plans for international expansion. All current resources are focused on this commercial laboratory business, and future growth in pharmaceutical, military, and other business will follow the successful establishment of Theranos' commercial laboratory infrastructure nationwide.

The commercial laboratory testing business in the US alone is over a $180B/year market when accounting for total requisitions written by physicians, and not including direct to consumer testing or preventative testing which are bigger markets.

Theranos Confidential

**SER-429**



Elizabeth Holmes    1601 S. California Ave    P      theranos.com
Theranos, Inc.      Palo Alto, CA 94304    F      eholmes@theranos.com

In addition to its Walgreens contract, Theranos has entered into long term contracts with insurance providers, Medicare, Medicaid programs, hospital systems and physician groups committing to use Theranos as their long term laboratory infrastructure. Theranos, with and through its partners, is now bringing to establish market share in the growing laboratory market.

Theranos has grown from cash from its contracts for some time. The company has no debt and has no plans to take on any debt financing. The last equity transaction it completed was in January of 2014 for strategic partners and entities with whom the company is working. Theranos plans to hold only one more equity transaction for the purpose of selecting long term shareholders who the company wants to keep as shareholders for the long term. After this transaction and as the company grows from here, Theranos will begin consolidating its existing shareholder base around these long term shareholders.

As the company gains visibility, we have had interest from a large number of funds in acquiring an equity stake in Theranos. The focus of those conversations, however, is often tainted in our minds by an interest in a short term return or initial public offering or our view of the inherent long-term conflicts in some of these funds' investment models.

Theranos is instead, as above, very selectively and methodically selecting the shareholders it wishes to be owners of the company long term, and considering their participation in a final equity transaction. We are selectively considering a small group of like-minded people and funds with very long term interests who invest for material long term gains and want to be part of a long term mission and company.

With this letter and as promised on our call, I would like to formally extend to you the invitation to participate in this equity transaction to whatever extent you are interested. In the interest of establishing this long term shareholder base around which we ultimately consolidate, we sought and obtained approvals to extend the same share price at which investors participated in the last set of equity transactions the company effected last year (and that was made available to new directors who have since invested in the company). For reference, the total size of this equity transaction will likely be between two hundred and fifty and five hundred million dollars. The transaction will likely be executed within the next couple months.

I am happy to provide more background on any of the above, or any of the materials enclosed in this package. Theranos' investment documents are enclosed herein. The additional materials focus on the infrastructure Theranos has developed and initial market of commercial laboratory testing that Theranos has entered**.**

With my very best regards,


Elizabeth Holmes
Founder and CEO
Theranos Inc.

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos

TS-0004161

**SER-430**

**theranos**

| | | | |
|---|---|---|---|
| Elizabeth Holmes | 1601 S. California Ave | P | theranos.com |
| Theranos, Inc. | Palo Alto, CA 94304 | F | eholmes@theranos.com |

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos

TS-0004162

**SER-431**

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Sunny Balwani
**Sent:** Wed 8/27/2014 7:34:21 PM
**Subject:** FW: Voided CO2 Results

**From:** Adam Rosendorff
**Sent:** Wednesday, August 27, 2014 11:29 AM
**To:** Sunny Balwani
**Subject:** RE: Voided CO2 Results

Sunny

I am thinking that since we void all abnormal bicarbonate results, the test has lost any diagnostic value, and probably also reliability when results are reported in the normal range. For instance the correct bicarb value in the patient, may in fact be high, and due to outgassing, the bicarb might normalize, and we would be reporting a falsely normal bicarb when in fact it should be high.

Probably we should discontinue this method until we have worked it out better.
Adam

**From:** Max Fosque
**Sent:** Monday, August 25, 2014 10:21 PM
**To:** CLS
**Cc:** Adam Rosendorff; Christian Holmes
**Subject:** Voided CO2 Results

All,

Per Elizabeth's request, in the short term, please do not put any comment/note on the result report if CO2 values are voided. If doctors call to inquire, we have provided the following messaging to the customer service team:

"CO2 results were not reported due to temporary unavailability of this test for this sample. We are growing as fast as we can and are working to ensure this does not happen going forward. We apologize for the temporary inconvenience."

Thanks,
Max

**Max Fosque**
Product Manager
Theranos, Inc. | 1601 S. California Avenue | Palo Alto, CA 94304
650-470-6212 | mfosque@theranos.com | www.theranos.com



**theranos** Join us.
We are redefining healthcare.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments. | Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304

**To:** General James Mattis
**From:** Elizabeth Holmes
**Sent:** Sun 9/14/2014 6:29:44 PM
**Importance:** Normal
**Received:** Sun 9/14/2014 6:29:45 PM

For reference on your call with Ken from the New Yorker -

Any questions he asks you about:

- specific DoD programs (we've responded to these only that the applications could be powerful and we are very driven to be able to make any contribution we can in that regard)

- how our technology works (ie that there is a single device that does all tests), or

- future plans/things that are not done yet and thus are not in the public domain or on the internet and we've accordingly not announced yet

you can let him know we don't talk about these on the record, as was the case with Fortune (and always). I've already told him this and he shouldn't go into this line of questioning with you, but just in case.

I hope you're trip is going well -

Elizabeth

FOIA Confidential Treatment Requested by Theranos

TS-0043320

**SER-433**

| Message | |
|---|---|
| **From:** | Nishit Doshi [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NISHIT DOSHI] |
| **Sent:** | 10/27/2014 10:47:32 PM |
| **To:** | Sunny Balwani [sbalwani@theranos.com]; Daniel Young [dyoung@theranos.com]; Tina Lin [tlin@theranos.com] |
| **CC:** | Elizabeth Holmes [eholmes@theranos.com] |
| **Subject:** | RE: Critical ISEs |

Hi Sunny,

For ISEs, sometime results need to be voided if it is a process issue or sample integrity issue.
We have asked CLIA to void the results in the following cases:

1)      Sample integrity issues. This could involve inteference, clots, bridge features etc
2)      Short sampling on Advia
3)      Dilution error in Tecan

ISEs are run after other assays ordered in CMP. So if there was enough sample to run other assays and if there was a dilution error or short sampling on Advia, then other assays will be released but not ISEs.

Thanks
Nishit

**From:** Sunny Balwani
**Sent:** Monday, October 27, 2014 3:40 PM
**To:** Daniel Young; Nishit Doshi; Tina Lin
**Cc:** Elizabeth Holmes
**Subject:** RE: Critical ISEs

I have not heard any issues on Advias or ISEs but I know there are issues that are now causing us a lot of pain.

Nishit/Tina. can I get an update on this? none of us are aware of these policy changes around so critical.

**From:** Daniel Young
**Sent:** Monday, October 27, 2014 3:37 PM
**To:** Sunny Balwani; Nishit Doshi
**Cc:** Elizabeth Holmes
**Subject:** RE: Critical ISEs

I have not heard about high frequency of critical ISEs. There have been some bring-up challenges of the Advia's and Nishit and team have been recalibrating to bring them in line. This was not specific to ISE's, however.

**From:** Sunny Balwani
**Sent:** Monday, October 27, 2014 3:26 PM
**To:** Daniel Young; Nishit Doshi
**Cc:** Elizabeth Holmes
**Subject:** FW: Critical ISEs
**Importance:** High

can I get an update on this? we are beginning to see all these issues and I am not getting this information from either of you or Tina. When I hear ISE issues from CLIA and not from anyone else, it makes us look bad. there is growing suspicion in CLIA that the non-CLIA team involved with CLIA lab tries to hide information from Elizabeth and myself and I

FOIA Confidential Treatment Requested by Theranos

**SER-434**

TS-1076741

Trial Exh. 4292 Page 0001

know that's not the case but we need to know about problems in real time so we can push on all fronts to solve the problem.

when did the following problem surface. I assume this is only on T Protocol and not on the predicate protocol.

---

**From:** Adam Rosendorff
**Sent:** Monday, October 27, 2014 3:20 PM
**To:** Sunny Balwani
**Cc:** Elizabeth Holmes
**Subject:** FW: Critical ISEs

Hi

I wanted to bring this important issue to your attention. Right now, after much cooperative discussion between CLIA and R&D and thought, if the CTN sodium is below 120mM or above 160mM we end up voiding the result, because we have no way of knowing for sure whether the result is truly abnormal or artifactual to the assay, or related to a specimen integrity issue.

Unfortunately, there are 2 conditions: Diabetes Insipidus and SIADH, where patients can live quite happily with a "Critical" sodium of <120mM or >160mM.

The patient below has diabetes insipidus which normally results in high sodium, but is probably being treated with DDAVP, which lowers the sodium. Therefore accurate measurement of sodium is important for this patient. I am not sure of the clinical value of a sodium assay, in which the only time we can report it is when it is *not critical*, and the very situations that require accurate measurement and reporting of abnormal of sodium results are voided. All of us in CLIA share the same concerns. How is the 4S Sodium doing? Maybe we can use the 4S for ISEs?

Thanks,

Adam

---

**From:** Anam Khan
**Sent:** Monday, October 27, 2014 3:08 PM
**To:** Adam Rosendorff
**Subject:** Critical ISEs

Hi Adam,

physician called today asking why ISEs weren't included on her final report. Only Comp was ordered, but ISEs were voided, so I explained that the patient would need to come back in to be redrawn. The lady I spoke to mentioned that they really needed the Sodium result because the patient had low Sodium levels and that's what they were checking. I noticed the Sodium results were critical low so I assume that's why we voided it. Is it possible that that was the true value? If she comes in again and the value is still critical low, will it just be voided again?

Thanks,
Anam

FOIA Confidential Treatment Requested by Theranos

Message

| | |
|---|---|
| **From**: | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| **Sent**: | 11/20/2014 8:51:39 PM |
| **To**: | Sunny Balwani [/O=THERANOS ORGANIZATION/OU=First administrative group/cn=recipients/cn=sbalwani] |
| **Subject**: | FW: Ebola |

**From:** Adam Rosendorff
**Sent:** Thursday, November 20, 2014 12:42 PM
**To:** Elizabeth Holmes
**Subject:** Re: Ebola

Elizabeth

I am sorry you feel that way. I appreciate the opportunity you have given me and would be happy to discuss my thoughts further with you privately.

Thanks,

Adam

Sent from my iPhone

On Nov 19, 2014, at 6:52 PM, "Elizabeth Holmes" <eholmes@theranos.com> wrote:

Adam:

How sad and disappointing to see this from you. Outside of the fact you've never emailed me on any concerns you allude to there before but now email this, you know from every conversation we've ever had together how fundamental it is to all of us for you or any other employee *never* to do *anything* you're not completely confident in.

I have spent a great deal of time looking into every element of your email. We will follow up on that in detail, but I want you to know that as I dug into this I started work to transition you off our license ASAP. Sunny will follow up with you on that this week.

Elizabeth

FOIA Confidential Treatment Requested by Theranos

**SER-436**

TS-0903725

**From:** Adam Rosendorff
**Sent:** Friday, November 14, 2014 1:36 PM
**To:** Elizabeth Holmes
**Subject:** RE: Ebola


Elizabeth


I feel really uncomfortable with the what is happening right now in this company. Is there any way you can get Spencer back on the CLIA license and take me off? I am feeling pressured to vouch for results that I cannot be confident in, and also a in a number of cases where I get questions about assays, I do not know what method is being used. Ie vacutainers aliquotted into CTNs etc.


Please advise.


Thanks-


Adam


**From:** Elizabeth Holmes
**Sent:** Friday, November 14, 2014 12:42 PM
**To:** Adam Rosendorff; Sunny Balwani
**Subject:** RE: Ebola


No one at any of our other sites is under this impression FYI. There are many different organizations in our company outside of CLIA lab -- Sunny will follow up with Godfred.


**From:** Adam Rosendorff
**Sent:** Friday, November 14, 2014 10:47 AM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** RE: Ebola


Perhaps a company wide email is in order to quash this rumor?


**From:** Elizabeth Holmes
**Sent:** Friday, November 14, 2014 10:39 AM
**To:** Adam Rosendorff; Sunny Balwani
**Subject:** RE: Ebola


That is not correct. Who said this?


FOIA Confidential Treatment Requested by Theranos **SER-437** TS-0903726

Trial Exh. 4330 Page 0002

Elizabeth

**From:** Adam Rosendorff
**Sent:** Friday, November 14, 2014 10:38 AM
**To:** Sunny Balwani
**Cc:** Elizabeth Holmes
**Subject:** Ebola

Sunny/Elizabeth

I am hearing that Theranos intends to test samples to rule out or diagnose Ebola at 7373 Gateway.

Can you please confirm that this is correct. If so, I am wondering why, as lab director, I was not involved in the decision and planning?

Thanks,

Adam Rosendorff, MD, FASCP
Laboratory Director
Theranos, Inc
(650) 856-4412 (Office)
(650) 823-4953 (Mobile)
(650) 852-9594 (Fax)
**arosendorff@theranos.com**
<image001.jpg>

<image002.jpg>

**Fedwire Funds Message**

**Fedwire Appended Information**
| | |
|---|---|
| Message Disposition {1100}: | 30 P N |
| Receipt Time {1110}: | 1230 1358 FT03 |
| OMAD {1120}: | 20131230 L1LF994C 001432 1230 1358 FT03 |

**Basic Information**
| | |
|---|---|
| Sender Supplied Information {1500}: | 30 30107162 P |
| Sender ABA {3100}: | 121000248 WELLS FARGO SF |
| Receiver ABA {3400}: | 121137522 COMERICA SCO VLY |
| Amount {2000}: | 99,990.00 |
| Type/Subtype Code {1510}: | 1000 |
| IMAD {1520}: | 20131230 I1B7031R 033208 |
| Business Function {3600}: | CTP - Customer Transfer Plus  Transaction Type: |
| Sender Reference Number {3320}: | 2013123000107162 |
| Reference for Beneficiary {4320}: | 0001603592080 |

**Originator Information**
Originator {5000}
| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | |
| Name: | ALAN JAY EISENMAN |
| Address Line 1: | |

Originator Financial Institution {5100}
| | |
|---|---|
| ID Code: | B - Bank Identifier Code (BIC)/SWIFT |
| Identifier: | |
| Name: | CHARLES SCHWAB AND CO., INC. |
| Address Line 1: | SAN FRANCISCO,US |
| Address Line 2: | 53202 |

Instructing Financial Institution {5200}
| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | |
| Name: | CHARLES SCHWAB & CO., INC |
| Address Line 1: | SF120KNY-09-220 |
| Address Line 2: | 101 MONTGOMERY ST |
| Address Line 3: | SAN FRANCISCO CA 94104 |

Originator to Beneficiary Information {6000}
| | |
|---|---|
| Line 1: | SCH REF(N 5025706 0000206049549) |

**Beneficiary Information**
Beneficiary {4200}
| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 1892535137 |
| Name: | THERANOS INC |
| Address Line 1: | SAN JOSE CA US |

**Charges & Exchange Rate Information**
Charges {3700}
| | |
|---|---|
| Details of Charges: | B - Charges Applied to Beneficiary |
| Sender's Charges 1: | USD 0,00 |

Instructed Amount {3710}
| | |
|---|---|
| Currency Code: | USD |
| Amount: | 99990,00 |

17068001

Federal Reserve Bank of NY - Confidential Information

SER-439

**Fedwire Funds Message**

**Fedwire Appended Information**

| | |
|---|---|
| Message Disposition {1100}: | 30 P N |
| Receipt Time {1110}: | 1231 1503 FT03 |
| OMAD {1120}: | 20131231 L1LF994C 001883 1231 1503 FT03 |

**Basic Information**

| | |
|---|---|
| Sender Supplied Information {1500}: | 30 P |
| Sender ABA {3100}: | 122238200 |
| Receiver ABA {3400}: | 121137522 |
| Amount {2000}: | 5,349,900.00 |
| Type/Subtype Code {1510}: | 1000 |
| IMAD {1520}: | 20131231 L1LFB49C 000257 |
| Business Function {3600}: | CTR - Customer Transfer  Transaction Type: |
| Sender Reference Number {3320}: | 20133650082400 |

**Originator Information**

Originator {5000}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | |
| Name: | BLACK DIAMOND VENTURES |
| Address Line 1: | 400 N BRAND BLVD STE 950 |
| Address Line 2: | GLENDALE CA  91203 |

Originator to Beneficiary Information {6000}

| | |
|---|---|
| Line 1: | BDV XII B LLC THERANOS SERIES |
| Line 2: | C 1 PREF STOCK FINANCING |

**Beneficiary Information**

Beneficiary {4200}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 1892535137 |
| Name: | THERANOS INC |
| Address Line 1: | 1601 SOUTH CALIFORNIA AVE |
| Address Line 2: | PALO ALTO CA 94304 |

17068002

**Fedwire Funds Message**

**Fedwire Appended Information**

| | |
|---|---|
| Message Disposition {1100}: | 30 P N |
| Receipt Time {1110}: | 1231 1627 FT03 |
| OMAD {1120}: | 20131231 L1LF994C 002267 1231 1627 FT03 |

**Basic Information**

| | |
|---|---|
| Sender Supplied Information {1500}: | 30 P |
| Sender ABA {3100}: | 111017979 TEXAS CAPITAL BANK |
| Receiver ABA {3400}: | 121137522 COMERICA BANK |
| Amount {2000}: | 4,875,000.00 |
| Type/Subtype Code {1510}: | 1000 |
| IMAD {1520}: | 20131231 K1B7041C 002668 |
| Business Function {3600}: | CTR - Customer Transfer  Transaction Type: |
| Sender Reference Number {3320}: | 131231151652H100 |

**Originator Information**

Originator {5000}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | |
| Name: | HALL PHOENIX/INWOOD LTD |
| Address Line 1: | 6801 GAYLORD PKWY STE 100 |
| Address Line 2: | . |
| Address Line 3: | FRISCO TX 75034 |

Originator Financial Institution {5100}

| | |
|---|---|
| ID Code: | F - Fed Routing Number |
| Identifier: | 111017979 |
| Name: | TEXAS CAPITAL BANK, N.A. |
| Address Line 1: | . |
| Address Line 2: | RICHARDSON |
| Address Line 3: | TX 75082 |

**Beneficiary Information**

Beneficiary {4200}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 1892535137 |
| Name: | THERANOS, INC |

Beneficiary Financial Institution {4100}

| | |
|---|---|
| ID Code: | F - Fed Routing Number |
| Identifier: | 121137522 |
| Name: | COMERICA BANK |
| Address Line 1: | . |
| Address Line 2: | DETROIT |
| Address Line 3: | MI 48275 |

17068003

**SER-441**

**Fedwire Funds Message**

**Fedwire Appended Information**

| | |
|---|---|
| Message Disposition {1100}: | 30 P N |
| Receipt Time {1110}: | 0206 1516 FT03 |
| OMAD {1120}: | 20140206 L1LF994C 001114 0206 1516 FT03 |

**Basic Information**

| | |
|---|---|
| Sender Supplied Information {1500}: | 30 P |
| Sender ABA {3100}: | 021000089 CITIBANK NA |
| Receiver ABA {3400}: | 121137522 COMERICA SCO VLY |
| Amount {2000}: | 38,336,632.00 |
| Type/Subtype Code {1510}: | 1000 |
| IMAD {1520}: | 20140206 B1Q8021C 027630 |
| Business Function {3600}: | CTP - Customer Transfer Plus  Transaction Type: |
| Sender Reference Number {3320}: | S0640371BD2B01 |

**Originator Information**

Originator {5000}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | |
| Name: | PFM HEALTHCARE MASTER FUND, L.P. |
| Address Line 1: | FOUR EMBARCADERO CENTER SUITE 3500 |
| Address Line 2: | SAN FRANCISCO,CA 94111 |
| Address Line 3: | SAN FRANCISCO CA CALIFORNIA |

Originator Financial Institution {5100}

| | |
|---|---|
| ID Code: | B - Bank Identifier Code (BIC)/SWIFT |
| Identifier: | GOLDUS33XXX |

Originator to Beneficiary Information {6000}

| | |
|---|---|
| Line 1: | OTHER :   SWIFT MESSAGE REFERENCE P |
| Line 2: | ART000000005968 |

**Beneficiary Information**

Beneficiary {4200}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 1892535137 |
| Name: | THERANOS INC 1601 S CALIFORNIA |
| Address Line 1: | AVENUE PALO ALTO |

17068004

SER-442

**Fedwire Funds Message**

**Fedwire Appended Information**
| | |
|---|---|
| Message Disposition {1100}: | 30 P N |
| Receipt Time {1110}: | 1031 1213 FT03 |
| OMAD {1120}: | 20141031 L1LF994C 001056 1031 1213 FT03 |

**Basic Information**
| | |
|---|---|
| Sender Supplied Information {1500}: | 30 31454733 P |
| Sender ABA {3100}: | 071000152 NORTHERN CHGO |
| Receiver ABA {3400}: | 121137522 COMERICA SCO VLY |
| Amount {2000}: | 99,999,984.00 |
| Type/Subtype Code {1510}: | 1000 |
| IMAD {1520}: | 20141031 G1B76E6C 006570 |
| Business Function {3600}: | CTP - Customer Transfer Plus  Transaction Type: |
| Sender Reference Number {3320}: | 2014103100454733 |
| Reference for Beneficiary {4320}: | 887421601 |

**Originator Information**
Originator {5000}
| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | |
| Name: | LAKESHORE CAPTL MGMT LP-OPER |
| Address Line 1: | ROBERT H. SCHIERBEEK |
| Address Line 2: | 2120 ONEKAMA DR. SE |
| Address Line 3: | GRAND RAPIDS, MI 49506-5325 |

Originator Financial Institution {5100}
| | |
|---|---|
| Name: | OUTGOING MASTER TRUST WIRE |
| Address Line 1: | 50 S. LA SALLE STREET |
| Address Line 2: | CHICAGO, IL 00000 |

Originator to Beneficiary Information {6000}
| | |
|---|---|
| Line 1: | DYNASTY FINANCIAL II, LLC |

**Beneficiary Information**
Beneficiary {4200}
| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 1892535137 |
| Name: | THERANOS, INC. |

17068005

Federal Reserve Bank of NY - Confidential Information

SER-443

**Fedwire Funds Message**

**Fedwire Appended Information**

| | |
|---|---|
| Message Disposition {1100}: | 30 P N |
| Receipt Time {1110}: | 1031 1130 FT03 |
| OMAD {1120}: | 20141031 L1LF994C 000882 1031 1130 FT03 |

**Basic Information**

| | |
|---|---|
| Sender Supplied Information {1500}: | 30 P |
| Sender ABA {3100}: | 021000021 JPMORGAN CHASE |
| Receiver ABA {3400}: | 121137522 COMERICA SCO VLY |
| Amount {2000}: | 5,999,997.00 |
| Type/Subtype Code {1510}: | 1000 |
| IMAD {1520}: | 20141031 B1QGC04C 004724 |
| Business Function {3600}: | CTR - Customer Transfer  Transaction Type: |
| Sender Reference Number {3320}: | 1162500304ES |
| Reference for Beneficiary {4320}: | OS1 OF 14/10/31 |

**Originator Information**

Originator {5000}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | |
| Name: | MOSLEY FAMILY HOLDINGS LLC C/O |
| Address Line 1: | CRAVATH SWAINE AND MOORE LLP |
| Address Line 2: | 825 8TH AVE |
| Address Line 3: | NEW YORK, NY 100197416 |

**Beneficiary Information**

Beneficiary {4200}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 1892535137 |
| Name: | THERANOS INC |

17068006