**No. 22-10312**

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

       v.

ELIZABETH HOLMES,

    Defendant-Appellant.

_____

**SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 3 OF 4**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NO. 18-CR-00258-EJD-1
_____

**THOMAS A. COLTHURST**
Attorney for the United States
Acting Under Authority Conferred By
28 U.S.C. § 515

**MATTHEW M. YELOVICH**
Chief, Appellate Section, Criminal Division

**KELLY I. VOLKAR**
Assistant United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7185
**Attorneys for Plaintiff-Appellee**
**UNITED STATES OF AMERICA**



## Confidential Overview

This presentation and its contents are Theranos proprietary and confidential.

**SER-446**

RDV012673



goodbye, big bad needle.

Theranos Confidential

2

theranos

**SER-447**

RDV012674

# Theranos, Inc.

Headquartered in Palo Alto, California, Theranos is a Silicon Valley-based company founded in 2003.

Theranos' proprietary, patented technology runs comprehensive blood tests from a finger-stick and tests from micro-samples of other matrices, and generates significantly higher integrity data than currently possible.

Theranos is the world's first and only CLIA-certified laboratory running its tests on micro-samples.
*Clinical Lab Improvement Amendments*

Current and past clients include 10 of the top 15 major pharmaceutical companies, midsized bio-pharmas, prominent research institutions, healthcare payors, and U.S. and foreign government health and military organizations.

Our mission is to make actionable health information accessible to everyone at the time it matters.

Theranos Confidential

3

theran●s

**SER-448**

RDV012675

# Our Board

**Elizabeth Holmes:** Theranos Chairman, CEO, and Founder

**George P. Shultz:** Former U.S. Secretary of State, Secretary of Treasury, Secretary of Labor, and President of Bechtel

**Gary Roughead:** Former United States Admiral and Chief of Naval Operations

**William J. Perry:** Michael and Barbara Berberian Professor at Stanford University; former U.S. Secretary of Defense

**Sam Nunn:** Co-chairman and CEO of NTI; former United States Senator and Chairman of the Senate Armed Services Committee and the Permanent Subcommittee on Investigations

**Richard Kovacevich:** Former CEO of Wells Fargo & Company

**James N. Mattis:** Retired U.S. Marine Corps general and commander of the United States Central Command

**Henry A. Kissinger:** Former United States Secretary of State, Assistant to the President of the United States for National Security Affairs, and recipient of the Nobel Peace Prize

**William H. Frist:** Chairman of the Executive Council of Cressey and Company, former U.S. Senate Majority Leader

**William H. Foege:** Former Director of CDC, epidemiologist and health innovator behind the successful campaign to eradicate smallpox

**Riley P. Bechtel:** Chairman of the Board and a Director of Bechtel Group, Inc.

**Sunny Balwani:** Theranos President and COO

4

theran•s

**SER-449**

RDV012676

# Theranos is certified as a High Complexity CLIA Laboratory

**Waived**          Simple, accurate tests without routine oversight

**Moderate**        Most tests fall in this category; automated testing where the lab must meet
                    standards and surveyed biennially

**PPM**             Provider performed microscopy; the lab must meet quality standards;
                    no routine oversight

**High Complexity** Requires the highest level of training, technique and result interpretation;
                    most stringent standards; labs are surveyed routinely and randomly

Trial Exh. 4858 Page 0005

**SER-450**

RDV012677



CENTERS FOR MEDICARE & MEDICAID SERVICES
**CLINICAL LABORATORY IMPROVEMENT AMENDMENTS**
*CERTIFICATE OF COMPLIANCE*

LABORATORY NAME AND ADDRESS

CLIA ID NUMBER

05D2025714

THERANOS INC
1601 S CALIFORNIA AVE
PALO ALTO, CA 94304-1111

EFFECTIVE DATE

01/09/2014

LABORATORY DIRECTOR

EXPIRATION DATE

ADAM ROSENDORFF MD DIRECT

01/08/2016

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.

This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

Judith A. Yost, Director
Division of Laboratory Services
Survey and Certification Group
Center for Clinical Standards and Quality

Theranos Confidential

theran●s

**SER-451**

RDV012678

# Theranos Proficiency Testing and Audits

Since 2011 Theranos' CLIA lab has been subjected to regular proficiency testing (testing of blinded samples) by multiple nationally recognized agencies. The lab is also audited and inspected every two years by CLIA and also by the New York Department of Health. Theranos successfully completed these most recent inspections in June '14 and December '13, respectively. Additional representative surveys include:

| Agency Survey | Date | Score |
|---|---|---|
| API Hematology | 11/23/2011 | 100% |
| API Chemistry / Immunology / Immunochemistry | 6/1/2012 | 100% |
| NY Clinical Chemistry | 9/10/2012 | 100% |
| API Hematology / Coagulation / Body Fluid | 11/28/2012 | 100% |
| CAP Infectious Disease, Respiratory -A | 4/9/2013 | 100% |
| API Microbiology | 7/9/2013 | 100% |
| NY Oncology | 1/28/2014 | 100% |
| CAP Chlamydia / GC | 6/23/2014 | 100% |
| CAP Hepatitis Viral Load-B | 7/1/2014 | 100% |

Theranos Confidential

theranos

**SER-452**

RDV012679

# Validation of Theranos Tests

Theranos has been comprehensively validated over the course of the last seven years by ten of the fifteen largest pharmaceutical companies, with hundreds of thousands of assays processed.

After running clinical trials with Theranos instead of the central laboratory, GlaxoSmithKline's Lab Director concluded that **"Theranos' lab infrastructure eliminates the need for a lab."**

Theranos calibrates and validates its systems to , ,  ICH and  World Health Organization guidelines and standards where accessible.

_Excerpts from Johns Hopkins due diligence and technology validation:_
- "The technology is novel and sound. It can accurately run a wide range of routine and special assays."
- **"No major weaknesses were identified."** 

Theranos Confidential

8

theran•s

**SER-453**

RDV012680



**For the first time,
tests can be done with just a tiny sample,
and at a fraction of the cost**

Trial Exh. 4858 Page 0009

**SER-454**

RDV012681




Theranos Confidential



**SER-455**

RDV012682



Theranos Confidential

11

**theran●s**

**SER-456**

RDV012683

# Overview of Current Laboratory Market

- Decades old business processes - and technology investments around those business processes - with very little motivation to innovate, has created a duopoly of businesses burdened with infrastructure costs and little/no R&D. *Quest Labcorp*

- Manual handling of samples at every step of the process yields significant quality and usability issues with current lab results.

- Select contracts between labs and insurance companies have set precedent for higher costs for "pull through" patients.

- Healthcare reform, increasing healthcare costs, and the changing market dynamics make this industry ripe for innovation.

Theranos Confidential

12

theran•s

SER-457

RDV012684

# Access to Actionable Health Information at the Time it Matters

## Access:

- Unprecedented cost

- Micro-samples

- Geo-access

- Convenience: extended hours of operation

- Speed of results

## Actionable Information:

- High Complexity CLIA certified laboratory

- Automation and standardization

- Reflex across test methodologies

- Longitudinal data

- Screenings

Theranos Confidential

13

theranos

SER-458

RDV012685

# Cost Savings

## The full range of tests.  A fraction of the costs.



Theranos is committed to making lab testing more accessible to everyone.  That means pricing our tests dramatically lower than currently available options.

We can bill all major insurance carriers as well as Medicare and Medicaid.

Uninsured patients are offered the same discounted prices.

Theranos Confidential

14

theran●s

**SER-459**

RDV012686

# Cost Savings (continued)

- Many of Theranos' initial price points are 70% below Medicare reimbursement amounts for all currently run tests/CPT codes.

- Theranos Systems in physician offices stamp out leakage problems/out-of-network testing at the root of the problem.

- Real-time testing and reflex testing during office visits enable better physician decision making and reduced visits by eliminating test result delays.

- Real-time data in ER & hospitals reduces hospital bed stays and costs.

- The unprecedented lack of variation from system to system yields higher integrity data and longitudinal trending, enabling earlier insight into the onset/progression of disease and reducing unnecessary secondary procedures from results which currently show up as false positive results.

  *Theranos is STANDARDIZED*

- Earlier insight into disease progression and earlier intervention will reduce ER/hospital visits.

Theranos Confidential

15

**theranos**

SER-460

RDV012687

# Exemplary Price comparison

| Test | Standard Lab Costs* | Medicare Price | Theranos Price |
|---|---|---|---|
| Comprehensive Respiratory Panel | $1,222.30 | $1,000.00 | $49.95 |

Theranos' prices translate into meaningful savings for <u>all</u> payer channels and cash paying members.

## Theranos price = 95% discount to Medicare

Theranos Confidential

16

theran●s

**SER-461**

RDV012688

# Exemplary Price comparison

| Test | Standard Lab Costs* | Medicare Price | Theranos Price |
|---|---|---|---|
| Chlamydia/ Gonorrhea | $200.00 | $95.74 | $29.95 |

Theranos' prices translate into meaningful savings for <u>all</u> payer channels and cash paying members.

**Theranos price = 70% discount to Medicare**

Theranos Confidential

17

theran•s

**SER-462**

RDV012689

# Exemplary Price comparison

| Test | Standard Lab Costs* | Medicare Price | Theranos Price |
|---|---|---|---|
| Hepatitis C Genotyping | $674.00 | $353.88 | $117.96 |

Theranos' prices translate into meaningful savings for <u>all</u> payer channels and cash paying members.

## Theranos price = 67% discount to Medicare

Theranos Confidential

18

theran●s

**SER-463**

RDV012690

# Cost Savings: National Medicaid





Theranos Confidential

19

theran●s

# Cost Savings: National Medicare



### Est. Direct Out-of-Pocket Lab Cost Savings for National Medicare

10-year aggregate savings of
**$102 billion**



### Est. Cost Savings from Reduced Visits for National Medicare

10-year aggregate savings of
**$218 billion**

Source: CMS.gov, KFF.org and Theranos estimates.
Spend per visit estimated based on national averages.

Theranos Confidential

20

theran⬤s

SER-465

RDV012692

# Cost Savings: Arizona Medicaid

### Est. Direct out-of-pocket Lab Cost Savings for Arizona Medicaid



**10-year aggregate savings of $1.4 billion**

### Est. Cost Savings from Reduced Visits for Arizona Medicaid



**10-year aggregate savings of $3.6 billion**

Source: CMS.gov, KFF.org and Theranos estimates.
Spend per visit estimated based on national averages.

Theranos Confidential

21

theran●s

**SER-466**

RDV012693

# Cost Savings: Arizona Medicaid (cont'd)

**Est. Combined Impact on
Lab Costs & Reduced Visits for
Arizona Medicaid**



**10-year aggregate savings of
$4.9 billion**

Source: CMS.gov, KFF.org and Theranos estimates.
Spend per visit estimated based on national averages.

Theranos Confidential

22



**SER-467**

RDV012694

# Cost Savings: Arizona Medicare



**Est. Direct out-of-pocket Lab Cost Savings for Arizona Medicare**

**10-year aggregate savings of $2.0 billion**

Source: CMS.gov, KFF.org and Theranos estimates

Theranos Confidential

23



**SER-468**

RDV012695

# Cost Savings: California Medi-Cal

### Est. Direct out-of-pocket Lab Cost Savings for California Medi-Cal



10-year aggregate savings of
**$7.7 billion**

Source: CMS.gov, KFF org and Theranos estimates.
Spend per visit estimated based on national averages.

Theranos Confidential

### Est. Cost Savings from Reduced Visits for California Medi-Cal




10-year aggregate savings of
$21.3 billion

**theran⬤s**

24

**SER-469**

RDV012696

# Cost Savings: California Medi-Cal (cont'd)

### Est. Combined Impact on Lab Costs & Reduced Visits for California Medi-Cal



**10-year aggregate savings of $28.9 billion**

Source: CMS.gov, KFF.org and Theranos estimates.
Spend per visit estimated based on national averages.

25

**Theranos Confidential**



SER-470

RDV012697

# Cost Savings: California Medicare



### Est. Direct out-of-pocket Lab Cost Savings for California Medicare

**10-year aggregate savings of $12.1 billion**

Source: CMS.gov, KFF.org and Theranos estimates

Theranos Confidential

26



SER-471

RDV012698

# Specialized for Every Specialty

Theranos is a new standard in lab testing that can help every practice. And we offer even more specialized tools for patients with specific needs.







### Oncology

With Theranos, patients can test at the necessary frequency with less trauma. Our micro-sample size lowers the risk of anemia and other secondary effects of large-volume draws.

### Pediatrics

When you're caring for the littlest patients even a simple blood draw can be the biggest obstacle. But since we only require tiny drops our tests are less traumatic, giving you fewer smiles and fewer tears.

### Geriatrics

With Theranos, you can retrieve samples from patients with collapsed veins without the discomfort they go through now. No more searching for veins. No more painful draws from the knuckles or back of the hand.

theran♦s

Trial Exh. 4858 Page 00027

SER-472

RDV012699

# Same Tests, a Whole New Approach

The actionable information you need,
1/1,000 the size of a typical blood draw.



Theranos runs any test available in central laboratories, and processes all sample types.

All tests match existing reimbursement codes.

Theranos provides the highest level of oversight, automation, and standardization in our pre-
and post-analytic processes, ensuring the highest levels of accuracy and precision.

Theranos Confidential

28

theran⬤s

**SER-473**

RDV012700

# Better Data from Fresher Samples

Theranos rapidly processes samples from our distributed PSC locations, allowing for analysis of key markers before their analyte decay rates affect result integrity.

Certain analytes decay rapidly in blood/serum, having half-lives of less than 12 hours. CRP for example has a half life of 7 hours.



theran•s

**SER-474**

RDV012701

# A New Standard in Quality

## The highest levels of accuracy.



By systematically controlling and standardizing our processes, Theranos offers tests with the highest levels of accuracy.

Theranos automates pre- and post-analytic processes, drastically minimizing human processing – the cause of the majority of lab test errors.

Trial Exh. 4858 Page 00030

**SER-475**

RDV012702

# A New Standard in Quality

## More precise trending.



By making it easier to precisely measure your body's information at the needed frequencies, we can help clinicians see small changes in test results as they emerge over time.

Theranos Systems are designed to help monitor chronic disease states, providing accuracy and precision over time through the standardization of our systems.

Theranos Confidential

31

theran●s

**SER-476**

RDV012703

# New Possibilities in Lab

## Routine, Specialty and Esoteric Testing

- Comprehensive laboratory test menu available through Theranos

- Theranos runs any test available in central laboratories

- Theranos can process any sample type

- All tests match existing reimbursement codes

- With CLIA certification, Theranos is a nationally accredited provider

## Higher Quality Data

- **Variability among traditional labs prevents insight into:**
  - Early disease onset, progression, and regression

- **The unprecedented lack of variation with Theranos yields:**
  - Higher integrity data and longitudinal trending
  - Earlier insight into the onset/progression of disease
  - Reduction in unnecessary secondary procedures from results which currently show up as false positive results

Theranos Confidential

32

theran●s

**SER-477**

RDV012704

# Faster results.  Faster answers.



Theranos' micro-sample analysis is performed at amazing speeds, so we can report results faster than previously possible.

Data reported in high quality and in real-time becomes actionable information for improved decision making.

33



**SER-478**

RDV012705

# A Better Way to See Results



Results are conveniently accessed through theranos.md, our secure digital hub that organizes all your results, or accessed through traditional methods.

Results are reported in easy-to-read graphs, allowing for better visualization of test data in a new, informative way.

Theranos Confidential

theran•s

**SER-479**

RDV012706

# Predictive Insight: Disease Progression

Robust studies have shown that more frequent sampling on a low variability platform allows characterization of trends that cannot be seen when patients come into the clinic for blood draws less frequently and run in traditional labs.

**Variability in M30 and M65 Pre-dose Levels**
**(5-7 day gap between 2 pre-dose samples)**

**Time series: chemo-sensitive**
**solid tumor and M30 M65 trends**





Theranos Confidential

35

theranos

**SER-480**

RDV012707

# Comprehensive Testing Across Methodologies

## Auto-Reflex Testing



When clinicians order tests with Theranos, they can specify follow-on tests to run automatically on the same sample if certain tests are out of range.

This saves patients another trip to the lab, avoids prophylactic decision-making and unnecessary prescriptions, and helps clinicians properly diagnose conditions sooner than they would be able to with conventional processes.

Theranos Confidential

36

theran•s

**SER-481**

RDV012708

# An Entirely New Lab Experience

## Theranos Information Systems

Theranos Information Systems facilitate real-time eligibility, authorization, authentication, information transmission, and billing

All data is transmitted to physicians through a secure customized portal, secure fax, and/or integration with EMR/LIS systems

Data visualization tools and front and back-end decision support applications support actionable interpretation of results

Providers and partners will have a customized portal for real-time access to data, analyses, and clinical decision support based on dynamic, individual patient data



Theranos Confidential

37

theran●s

**SER-482**

RDV012709

# Theranos Laboratory Market

- The US laboratory market is a $180 billion/year market and growing.

- On average, every American runs blood tests >3 times a year.

- The current largest traditional retail laboratory, which only operates in a small percentage of the total lab testing market, processes more than 151 million test requisitions.

- Replaces old infrastructure with new.
    - Infectious and chronic disease infrastructure.

- Increases traffic to retail stores and pharmacies.

Theranos Confidential

38

**theran●s**

SER-483

RDV012710

# Theranos Infrastructure

National retail footprint, hospital, and health plan partnerships throughout the United States for an unprecedented infrastructure which exceeds that of any retail laboratory in today's market.

Medicaid partnerships with states across the country regarding the exceptional impact on healthcare delivery and cost reduction.

Medicare partnership at the federal level focusing on improvements in delivery of services and Medicare cost reduction.

SER-484

RDV012711

# Theranos' Footprint Upon National Deployment:
# Theranos Wellness Centers in Walgreens



Theranos Confidential

40

theran⊛s

**SER-485**

RDV012712

# Theranos Wellness Centers

*Walgreens* & other retail pharmacies

**Theranos' Footprint at retail:**

Theranos Wellness Centers are located within a smaller radius from the patient, and open longer hours than currently available

Theranos has more Wellness Centers than any lab provider in CA

**Convenience is offered at an unprecedented value**

|  | 1 mile | 3 miles | 5 miles |
|---|---|---|---|
| theranos | > 95% | | |
| Current largest independent laboratory | 9% | 45% | 69% |
| Current 2nd largest independent laboratory | 7% | 35% | 56% |

Theranos Confidential

41

theranos

**SER-486**

RDV012713

# Theranos Wellness Centers



Theranos is introducing groundbreaking new spaces that transform the way patients and clinicians think about lab tests.

Theranos Wellness Centers are designed to make the patient experience as easy and comfortable as possible.

By giving people an easier way to get their lab testing done, they are more likely to be compliant with clinician lab orders.

Theranos Confidential

42

**theran●s**

Trial Exh. 4858 Page 00042

**SER-487**

RDV012714

# Theranos Wellness Centers




Theranos Confidential

43



**SER-488**

RDV012715

# Theranos Wellness Centers

 

Theranos Confidential

44



**SER-489**

RDV012716

# Theranos Wellness Centers





Theranos Confidential

45

theranos

**SER-490**

RDV012717

# Convenient Results 24x7

## Theranos Wellness Centers are open 24 hours per day, 7 days per week

- 3x more operating hours per week than any national lab provider
- Painless patient experience any time of day
- Significant economic impact in reduction of physician office visits
- Better compliance yields better care



Theranos Confidential

46

theranos

SER-491

RDV012718

# Seamless Integration with Physician Practices



**Send samples to us.**

You can send us samples using your smallest collection containers. Just sign up and we'll help you register and arrange courier/delivery options. Get started here »



**Send patients to us.**

Or **download our lab order form**[*] and send your patients to our convenient Theranos Wellness Centers. Sign up today and we'll get you set up.

[*] valid NPI number required

Physicians can choose between sending patients to our convenient Theranos Wellness Centers, or drawing samples in their office or facility.

Theranos accepts all paper lab order forms in addition to offering our own form.

Theranos Confidential

47

**theran*s**

**SER-492**

RDV012719

# Theranos Hospital Partnership Benefits

- Theranos technology provides the opportunity for hospitals to significantly reduce costs of lab services

- Theranos' platform can be made accessible to employed and affiliated hospital physicians

- Theranos can provide testing services for all send-out tests while reducing the cost of testing services for the hospital

- Collection of small blood samples improves patient experience and reduces hospital labor costs

- Improvements in lab infrastructure create a significant differentiator for hospitals by providing greatly improved patient experience (notably pediatrics, geriatrics and oncology)

theran•s

SER-493

RDV012720

# Recent Press



GlobalBiz: Health Technology

This CEO is Out For Blood



Bloody Amazing



Change Agents: Elizabeth Holmes Wants Your Blood



Theranos CEO on Company's Blood Testing System



Health-care Company to Open SkySong Operation

Theranos Confidential

49

theranos

**SER-494**

RDV012721

# Recent Public Appearances



## Aspen Ideas Festival 2014
June 25: "Personalized Medicine: The Future is Now"

**Moderator**
Elliot Gerson, EVP of Policy and Public Programs, International Partners, The Aspen Institute

**Speakers**
Elizabeth Holmes, Founder & CEO, Theranos
Margaret Hamburg, Commissioner, FDA
Harvey Fineberg, President, Institute of Medicine



Theranos Confidential

50

theran•s

**SER-495**

RDV012722

# Theranos Headquarters: Palo Alto, CA

 

Theranos Confidential

51

**SER-496**

RDV012723

# Theranos Facilities: Newark, CA



Theranos Confidential

52

**SER-497**

RDV012724

# Theranos Facilities: Arizona



Scottsdale



SkySong

Theranos Confidential

53

**SER-498**

RDV012725

# Recent Feedback

- "I don't have insurance and have to pay cash for everything. No one can ever give me a quote or a fixed price. Theranos and their transparency is so unusual " **– Customer at 6128**

- "I went to Lab Corp and was stuck 16 times before I came to Theranos. I am incredibly pleased and will never go anywhere else to get blood drawn" **– Customer at 5222**

- "Theranos is not only just ten minutes away from my house, but their prices are amazing, too" **– Customer at 3464**

- "I am a diabetic and have to have lab work done every two weeks. Last month, I paid $500 out-of-pocket at LabCorp. The prices and the finger stick change my life" **– Customer at 11610**

- "I am normally a very hard venous stick, but I didn't feel a thing with the finger stick. This is amazing" **– Customer at 11182**

- "I have a high-deductible plan and usually have to pay $391 for lab work. Today, with Theranos, I paid 54" **– Customer at 4139**

- "Last time I got billed for my tests at another lab it was $627, at Theranos is was $104" **– Customer at 4139**

Theranos Confidential

54

theran•s

SER-499

RDV012726

# Recent Feedback (continued)

- "I am so glad my doctor told me about Theranos. Last time at Sonora Quest I paid over $900" – **Customer at 3049**

- "I am not a big fan of Quest and my physician highly recommended Theranos. This was perfect, especially because I pay out-of-pocket" – **Customer at 4046**

- "I usually go to Lab Express to have my lab work done. When I go there it costs me $140, with you, it costs me $17" – **Customer at 3464**

- "Not only was the finger stick easier for my daughter (11 years old), but we're uninsured and your prices are great" – **Customer at 3464**

- "I wish I would have known about your services sooner; I would have saved a ton of money. I get tests done every three months" – **Customer at 5453**

- "I am very happy Theranos is inside Walgreens; it's convenient. Plus, I get off work at 4 PM and other labs close their doors at 3:45 PM. Theranos has great hours of operation" – Customer at 4139

- "I am very happy Theranos is inside Walgreens; it's convenient. Plus, I get off work at 4 PM and other labs close their doors at 3:45 PM. Theranos has great hours of operation" – **Customer at 4139**

Trial Exh. 4858 Page 00055

SER-500

RDV012727

# Recent Feedback (continued)

- "I usually have to ask for a ride to get my blood work done, but with Theranos, I can conveniently get my lab work done without asking for a ride" – **Customer at 4139**

- "Our six year old son had a great experience today because of how well the Theranos Phlebotomist handled things" – **Customer at 4139**

- "This was quick; normally I wait for hours at Quest" – **Customer at 4046**

- "I'm uninsured and typically pay $70 more at Fit Health Care Clinic than I paid today at Theranos. Other places must be in a racket. I am coming here from now on" – **Customer at 3464**

- "I have been putting off my lab work for a year because another lab quotes me $1,000 for these tests. Today's visit cost less than $100 for me" – **Customer at 3464**

- "This was much easier than any other lab experience I have had, all because of the finger stick" – **Customer at 6128**

- "My physician sent me here because if I did the tests at his lab it would cost me $300 and the physician was going to have to break the tests up because of the costs. I was able to get all of the tests done at once, since it only costs me $20 here" - **Customer at 5453**

Theranos Confidential

theran●s

**SER-501**

RDV012728

# Recent Physician Feedback

"This has literally has brought some of my patients to tears….I see a lot of uninsured patients and they do not get their labs unless I force them…this has changed my patients lives. Our office administrator only wants us to use our in our house lab SQL…but we are rebels here we do what is best for our patients and that is Theranos" – **Dr. Stephen Bescak, Family Medicine**

"You guys are changing the world and I'm having so much fun talking about it!" – **Dr. Joseph Prendergast, Endocrinology**

"Well, Theranos is the Walmart of laboratories - you are on every street corner and you are pushing your competitors to do what you do, push pricing down. Most will not want to play with you and are probably running scared. Good for Theranos for finally doing what is right - like Walmart you will be a household name known for thinking of the customer first." – **Dr. John Elliott, OBGYN / Maternal Fetal Medicine**

Theranos Confidential

57

**theran⬤s**

**SER-502**

RDV012729

# Recent Physician Feedback (continued)

"I went to the lab and just kept checking things off to be tested because it was so inexpensive. I got almost 10-15 labs for under $100 and the phlebotomist was great. The easiest draw I have had. Everything was really clean and calming, I was almost in a trance with the music, water and tvs. A really cool experience. Did I just say that about labwork? Wow!" **– Dr. Michael Fahmy, Anesthesiology / Internal Medicine**

"LabCorp came in and dropped their prices to match yours; I asked them why can you suddenly offer prices like this now and not years ago?!?!" **– Dr. Ashwin Patel, Internal Medicine**

"This is truly a patient's life changing service. I see so many patients that are self pay and we cannot properly diagnose them because they can't afford their labs….I am SO excited that Theranos has developed this new technology, convenience, and price points…I can see this being my lab of choice for everyone that needs blood work. Let's try to get more FP and IM on board so that all of our records are similar….let's do this together" **– Dr. Nadeem Hussain, Cardiology**

Theranos Confidential

58

theran●s

**SER-503**

RDV012730

# Recent Physician Feedback (continued)

"The experience I had was truly amazing!  I had sent a few patients to Theranos before I went for my own labs and now I will be sending all of my patients to Theranos." **– Dr. Kirsten Correia, Naturopath**

"You guys are perfect.  The patients love it - the convenience, the price and less blood!  The results have been prompt and accurate.  I love it!" **– Dr. Petran Beard, DO / Preventative Medicine**

"I've been delaying getting lab work done; this is such an easy option I'm excited to try it out myself." **– Dr. Bowne, Family Medicine**

"Patients tell us all the time how much they love the convenience." **– Dr. Lopez Jr, Family Medicine**

Theranos Confidential

59

**theran●s**

**SER-504**

RDV012731

Physician directed
testing

**SER-505**

RDV012732



**SER-506**

RDV012733

# theran●s means
# a new paradigm of diagnosis.



0.508 in

Our mission is to make actionable information accessible
to everyone at the time it matters most.

Theranos has been certified as a
high-complexity CLIA lab since 2011

   HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW    Theranos Confidential   2

**SER-507**

RDV012734



Trial Exh. 4858 Page 00063

**SER-508**

RDV012735

# access to actionable information
# at the time it matters.

### Access

- Micro-samples
- Unprecedented affordability
- Convenient locations
- Night and weekend hours
- Fast results

### Actionable information

- High-complexity CLIA certified laboratory
- Automated processes and standardized tests
- Automated reflex testing
- Screenings

theran*s    HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW    Theranos Confidential   4

**SER-509**

RDV012736

# representative clinical data.



SER-510

RDV012737

# representative clinical data.



**SER-511**

RDV012738

# representative clinical data.



Trial Exh. 4858 Page 00067

**SER-512**

RDV012739

# representative clinical data.

## HCV Antibody Sensitivity and Specificity



SER-513

RDV012740

# automated reflex testing.

- Order reflex tests directly from the Theranos lab order form

- Immediate follow-on testing across test methodologies available for values that are out-of-range

- Rapid and comprehensive diagnostics from a single lab visit



| | | |
|---|---|---|
| Hepatitis C Antibody Screen | 86803 | $9.81 |
| Reflex to Hep C RNA, Quant | 87522 | $29.44 |

**theranos**   HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW   Theranos Confidential   21

**SER-514**

RDV012741

# our impact.

"My daughter is recovering from a hypothalamic brain injury that has caused her the need to have her blood tested for Sodium, Calcium and Potassium on a very frequent basis. In addition she is borderline anemic. Besides taking her precious blood for this test, the delay in obtaining results is frustrating as we need to adjust her medication based on it. Your ability to test these parameters on such a small amount of blood is exactly what she needs."

— EMAIL FROM ELLEN IN CALIFORNIA

theranos    HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW      Theranos Confidential   22

SER-515

RDV012742

# access for everyone.

  

**Contracted with:** Medicare/Medicaid and Commercial plans

Universal pricing regardless of insurance status at rates that are lower
than the best contracted rates nationwide.

theranos    HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW    Theranos Confidential   23

SER-516

RDV012743

# convenient locations.



SER-517

RDV012744

# early morning, evening and weekend hours. at retail for the first time.

**APACHE JUNCTION**

55 W Apache Trail
Mon-Fri 6a-10p
Sat-Sun 8a-6p

**CAVE CREEK**

29660 N Tatum Blvd
Mon-Fri 8a-10p
Sat 9a-6p Sun 10a-6p

**CHANDLER**

1975 S Alma School Rd
Mon-Fri 7a-10p
Sat 9a-6p Sun 10a-6p

**FOUNTAIN HILLS**

16415 E Palisades Blvd
Mon-Fri 8a-10p
Sat 9a-6p Sun 10a-6p

**GILBERT**

785 S Cooper Rd
Mon-Fri 6a-10p
Sat-Sun 8a-6p

**GLENDALE**

4965 W Bell Rd
Mon-Fri 6a-10p
Sat-Sun 8a-6p

**GOODYEAR**

3361 N Litchfield Rd
Mon-Fri 6a-10p
Sat-Sun 8a-6p

**MESA**

9230 E Main St
Mon-Fri 8a-10p
Sat 9a-6p Sun 10a-6p

1130 W Southern Ave
Mon-Fri 9a-9p
Sat-Sun 10a-6p

**PEORIA**

9050 W Union Hills Dr
Mon-Fri 6a-10p
Sat-Sun 8a-6p

9040 W Peoria Ave
Mon-Fri 8a-8p
Sat-Sun 9a-5p

**PHOENIX**

7000 N 16th St
Mon-Fri 6a-10p
Sat-Sun 8a-6p

7606 S 7th St
Mon-Fri 8a-10p
Sat 9a-6p Sun 10a-6p

204 E Bell Rd
Mon-Fri 6a-10p
Sat-Sun 8a-6p

8301 W Camelback Rd
Mon-Fri 9a-9p
Sat-Sun 10a-6p

3402 N Central Ave
Mon-Fri 6a-10p
Sat-Sun 8a-6p

3960 E Chandler Blvd
Mon-Fri 6a-10p
Sat-Sun 8a-6p

3450 W Dunlap Ave
Mon-Fri 6a-10p
Sat-Sun 8a-6p

5101 W Indian School Rd
Mon-Fri 6a-10p
Sat-Sun 8a-6p

3605 E Thomas Rd
Mon-Fri 6a-10p
Sat-Sun 8a-6p

2415 E Union Hills Dr
Mon-Fri 6a-10p
Sat-Sun 8a-6p

3431 W Union Hills Dr
Mon-Fri 9a-9p
Sat-Sun 10a-6p

4249 W Glendale Ave
Mon-Fri 8a-10p
Sat-Sun 8a-6p

**SCOTTSDALE**

6501 E Greenway Pkwy
Mon-Fri 8a-10p
Sat 9a-6p Sun 10a-6p

3420 N Scottsdale Rd
Mon-Fri 6a-10p
Sat-Sun 8a-6p

7011 E Shea Blvd
Mon-Fri 6a-10p
Sat-Sun 8a-6p

**SUN CITY WEST**

19003 N R H Johnson Blvd
Mon-Fri 7a-8p
Sat-Sun 9a-5p

**TEMPE**

2000 S Mill Ave
Mon-Fri 8a-10p
Sat 9a-6p Sun 10a-6p

**QUEEN CREEK**

333 E Hunt Hwy
Mon-Fri 8a-10p
Sat 9a-6p Sun 10a-6p

 theran•s

HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW

Theranos Confidential   25

**SER-518**

RDV012745

# convenient locations.



300 University Ave
Palo Alto, CA 94301
Mon-Fri 7a-9p
Sat-Sun 9a-6p *closed 1:30p-2:30p

1601 S California Ave
Palo Alto, CA 94304
Mon-Fri 8a-5p

**theranos**   HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW   Theranos Confidential   26

SER-519

RDV012746

# affordable pricing. for everyone.

Free T3 + Free T4

| | |
|---|---|
| **theranos** ............ | **$18** |
| other lab 1 ......... | $100 |
| other lab 2 ......... | $212 |

**SER-520**

RDV012747

# affordable pricing. for everyone.



**SER-521**
RDV012748

# affordable pricing. for everyone.

**PT/INR**

| | |
|---|---|
| theranos ............ | **$3** |
| other lab 1 ........... | $18 |
| other lab 2 ........... | $25 |

SER-522

RDV012749

# affordable pricing. for everyone.



SER-523

RDV012750

# affordable pricing. for everyone.

**Vitamin D**

| | |
|---|---|
| theran●s .......... | **$20** |
| other lab 1 ............ | $90 |
| other lab 2 .......... | $247 |

 HOME  TINY SAMPLE  CLINICAL DATA  TESTS/PANELS  RESULTS  ACCESS  PRICING  EXPERIENCE  WORKFLOW    Theranos Confidential  31

SER-524

RDV012751

# affordable pricing. for everyone.



 HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW      Theranos Confidential   32

SER-525

RDV012752

# affordable pricing. for everyone.

Chlamydia/Gonorrhea

**theranos** ........... **$35**

other lab 1 .......... $170

other lab 2 .......... $246



HOME  TINY SAMPLE  CLINICAL DATA  TESTS/PANELS  RESULTS  ACCESS  PRICING  EXPERIENCE  WORKFLOW    Theranos Confidential  33

**SER-526**

RDV012753

# affordable pricing. for everyone.



**Chlamydia/Gonorrhea**

| theranos | other lab 1 | other lab 2 |
|----------|-------------|-------------|
| $35 | $170 | $246 |

theran●s    HOME  TINY SAMPLE  CLINICAL DATA  TESTS/PANELS  RESULTS  ACCESS  PRICING  EXPERIENCE  WORKFLOW    Theranos Confidential  34

**SER-527**

RDV012754

# affordable pricing. for everyone.

CBC, CMP, Lipid, TSH, VitD

| | |
|---|---|
| **theranos** ........... | **$54** |
| other lab 1 .......... | $107 |
| other lab 2 .......... | $432 |

theranos    HOME  TINY SAMPLE  CLINICAL DATA  TESTS/PANELS  RESULTS  ACCESS  PRICING  EXPERIENCE  WORKFLOW    Theranos Confidential  35

SER-528

RDV012755

# affordable pricing. for everyone.



Trial Exh. 4858 Page 00084

**SER-529**

RDV012756

# unprecedented price transparency.



www.theranos.com/test-menu

**theran⦿s**    HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW        Theranos Confidential   37

**SER-530**

RDV012757

# prices listed for every test.



theran•s    HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW     Theranos Confidential   38

Trial Exh. 4858 Page 00086

SER-531

RDV012758

# more affordable. under any plan.

C peptide – CPT 84681                  out of pocket

**theranos** ........ $6 (40% co-insurance)

other lab ....... $11 (20% co-insurance)

**SER-532**

RDV012759

# more affordable. under any plan.



SER-533

RDV012760

# our impact.

"I've actually used Theranos as a patient myself and was thoroughly impressed by how painless the procedure was and how quickly I got an answer to my lab values. Not only as a clinician, but as a patient, I've found it to be simply amazing."

**— DR. DARREN PHELAN IN CALIFORNIA**

 theranos

Trial Exh. 4858 Page 00089

SER-534

RDV012761

# every Theranos test begins with you, the physician.

1) Fax any lab order form to Theranos

2) Direct your patients to the nearest Theranos Wellness Center.

3) Receive your patients' results in less than 48 hours on average.



**theranos**   HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW   Theranos Confidential   44

44

**SER-535**

RDV012762

# EMR integration.

Quick integration with any EMR provider, platform, version.



 HOME  TINY SAMPLE  CLINICAL DATA  TESTS/PANELS  RESULTS  ACCESS  PRICING  EXPERIENCE  WORKFLOW          Theranos Confidential  45

**SER-536**

RDV012763

# tools for your patients.



lab order form with
pricing and locations

tear away with instructions
and locations

tear away (back)

the blood tests that
need just a tiny sample.

brochure

coupon card

SER-537

RDV012764

# a Theranos standing order example



STI

**theran s**   HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW   Theranos Confidential   47

SER-538

RDV012765

# a Theranos standing order example



cell counts

**theran⬤s**  HOME  TINY SAMPLE  CLINICAL DATA  TESTS/PANELS  RESULTS  ACCESS  PRICING  EXPERIENCE  WORKFLOW  Theranos Confidential  48

SER-539

RDV012766

# a Theranos screening example



Hepatitis C

theran●s  HOME  TINY SAMPLE  CLINICAL DATA  TESTS/PANELS  RESULTS  ACCESS  PRICING  EXPERIENCE  WORKFLOW     Theranos Confidential  49

SER-540

RDV012767

# hepatitis C prevalence: Arizona.

**Total Hepatitis C population 120,000**



- It is estimated that 1 in 12 people in Arizona are either HepB or HepC positive.
- ~40,000 people with HCV in Arizona  (~1/3 of the infected population) do not know they are infected.
- Due to the current economic situation and budget issues there is no free state funded hepatitis testing in Arizona. – Arizona Department of Health Services

http://www.azdhs.gov/phs/oids/hepc/index.htm

  HOME   TINY SAMPLE   CLINICAL DATA   TESTS/PANELS   RESULTS   ACCESS   PRICING   EXPERIENCE   WORKFLOW        Theranos Confidential   50

SER-541

RDV012768

# HCV Ab Screen cost comparison.

| HCV Ab | HCV Ab |
|---|---|
| **theran●s** . . . . . . . **$10** |
| other lab 1 . . . . . $47 |
| other lab 2 . . . . .$118 |


HOME  TINY SAMPLE  CLINICAL DATA  TESTS/PANELS  RESULTS  ACCESS  PRICING  EXPERIENCE  WORKFLOW

Theranos Confidential  51

SER-542

RDV012769

# HCV Ab + confirmatory HCV RNA, Quant cost comparison.

| HCV Ab + Confirmatory | HCV Ab | Reflex HCV RNA, Quant. | Total Screen |
|---|---|---|---|
| theranos | $10 | $29 | $39 |
| other lab 1 | $47 | $464 | $511 |
| other lab 2 | $118 | $362 | $480 |

Trial Exh. 4858 Page 00098

SER-543

RDV012770

# HCV Ab Screen cost comparison.



 HOME  TINY SAMPLE  CLINICAL DATA  TESTS/PANELS  RESULTS  ACCESS  PRICING  EXPERIENCE  WORKFLOW      Theranos Confidential  53

**SER-544**

RDV012771

# HCV Ab + confirmatory HCV RNA, Quant cost comparison.



SER-545

RDV012772

# HCV diagnostic algorithm.

* For persons who might have been exposed to HCV within the past 6 months, testing for HCV RNA or follow-up testing for HCV antibody is recommended. For persons who are immunocompromised, testing for HCV RNA can be considered.

† To differentiate past, resolved HCV infection from biologic false positivity for HCV antibody, testing with another HCV antibody assay can be considered. Repeat HCV RNA testing if the person tested is suspected to have had HCV exposure within the past 6 months or has clinical evidence of HCV disease, or if there is concern regarding the handling or storage of the test specimen.

*Source: CDC. Testing for HCV infection: An update of guidance for clinicians and laboratorians. MMWR 2013;62(18).*

http://www.cdc.gov/hepatitis/hcv/PDFs/hcv_flow.pdf

Exemplary Pharma
Partner Reports

SER-547

RDV012774





Exemplary Reports From

Pharmaceutical Partners

THERANOS CONFIDENTIAL

**SER-548**

RDV012775



CONFIDENTIAL



Theranos Angiogenesis Study Report

Pfizer, Inc.

**Document Outline:**

- Introduction to Theranos
- Background on Theranos Studies
- Economic Impact of Theranos Systems to Pharma
- Angiogenesis Program Overview
  - Study design
- Theranos System Overview
  - Specifications
  - Theranos System Performance
- Theranos Field Study
  - Field Performance Overview
  - Trial Data
  - Evaluation of time course results from individual patients
  - Review of generated data, in aggregate by patient ID, sex, cancer type, treatment, etc.
  - Integrated patient information, including date and time of monitoring, medication received, self evaluation of overall health status of each patient and other clinical data in a comprehensive format
  - Assessment of the technical performance of the Theranos System
    - Data transmission % success and mode of transmission used
    - General performance information as logged via the Customer Care line
    - Assessment of patient compliance with protocol
  - Summary of patient and clinical staff assessment of the Theranos System and the Client Solutions team via end-of-study surveys
- Conclusions
  - General
  - Technical
  - Economic

**Introduction to Theranos:**

Accurately, rapidly, and effectively profiling the efficacy dynamics of a therapy in clinical studies is an unmet need that has long challenged the conventional blood testing infrastructure.

Theranos has demonstrated in clinical studies that more frequent longitudinal time-series measurements on fresh whole blood samples with a multiplexed platform that eliminates the noise (and inability to accurately characterize very broad dynamic ranges) of conventional tests is imperative to effectively characterizing physiological changes and the efficacy of any intervention.

Theranos' wirelessly integrated data analytical system allows for 'baseline' profiles of pathway dynamics to be created and updated automatically as data is generated in the field. If needed, analyte selection or frequency of sampling can be adjusted at any time during the study based on the data coming in.

In future studies within a given indication, the data analytical infrastructure can be used for predictive modeling wherein new patient data can be indexed against the stored baseline profiles for earlier reads on efficacy dynamics and dose-response.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

1

**SER-549**

RDV012776



CONFIDENTIAL



**Background on Theranos Studies:**

Every day gained in getting a new brand to market can be measured in millions of dollars.

Time is a major factor of cost of development of a new drug. For years the pharmaceutical industry has worked to drive every day possible out of the development process, and has reached a point where the physical limitations around the timelines for statistically significant data acquisition primarily determine the time to market.

Theranos Systems revolutionize those timeline constraints by enabling instant access to higher quality data and exponentially faster reads on efficacy and safety dynamics from the initiation of clinical trials. In doing so, Theranos is laying the foundation of a new growth model for pharma.

Theranos Systems radically impact revenues and growth on new and existing drugs in ways that were previously not possible:
- ♦ Faster approvals and studies - Immediate access to results enables immediate decision making and planning; early reads on efficacy dynamics and dose optimization for sub-populations through more comprehensive longitudinal PK/PD profiling
- ♦ Reimbursement and differentiation - Concrete reads on efficacy dynamics and visibility into mechanisms of action to optimize compounds dynamically
- ♦ Rapid access to multiple markets pre and post-approval - early reads on efficacy through trends in the change in rate of key markers allow for rapid label expansion
- ♦ Amelioration of safety concerns – more accurate reads on actual pathway dynamics enable rapid optimization where beneficial and delineation of patient sub-populations

**Economic Impact of Theranos Studies to Pharma:**

Based on Theranos' previous experience, predictive modeling and more comprehensive longitudinal profiling has resulted in the demonstration of meaningful dose-response and efficacy dynamics profiles in 6 month timeframes where the conventional infrastructure took two years and was still not able to generate hard correlations. An 18 month time-savings, not to mention the ability to gain insight into methods for optimization for label expansion, can conservatively be equated to hundreds of millions of dollars gained. With industry estimates at $1-3M a day for the value of each day gained in time to market, even 6 months saved ranges between $180M and $540M in return on investment.

Equally, once the infrastructure has been implemented, future studies are requiring about 25% fewer patients, reducing the patient costs, number of sites required, assay development, reagent screening, and infrastructure costs for shipping and processing samples through ambulatory point-of-care monitoring.

Overall savings on 6 month trials once the data analytical infrastructure has been established have averaged 50% of the cost of running an equivalent trial through the conventional infrastructure, further saving millions of dollars. As the data analytical engine evolves after the first 6 month study, costs are further reduced in each follow-on study, covering the cost of Theranos infrastructure and units many times over.

Ultimately though, the greatest economic return on investment lies in the ability to expand percentage market ownership through visibility into pathway dynamics that enables rapid characterization of responder populations in ways previously not possible. This capability enables

**SER-550**

RDV012777



CONFIDENTIAL



commercialization of 'targeted blockbusters' by redefining a company's historical success rate in realizing the target product profile of each drug once it hits the market.

**Angiogenesis Program Overview:**

The primary objective of the present program was to demonstrate the functionality of Theranos Systems in such a way that future studies could fully leverage the power of comprehensive longitudinal time-series profiling for rapid compound optimization and development.

For this program, Theranos was asked to develop multiplexed point-of-care assays for VEGF and PlGF for use in monitoring patient pharmacodynamic response to anti-angiogenesis therapies. Because the development of VEGFR2 in that multiplex was desirable as a tool for use in future studies, Theranos developed the assay and included it in the point-of-care multiplex.

In this program, Theranos validated not only functional equivalence, but superior performance specifications of the Theranos multiplex to each of the respective 'gold-standard' kits.

An Interim Report on Assay Development was submitted to Pfizer in Q2 '07 upon successful completion of assay development.

As planned for at the interim update meeting with Pfizer, the first patient began participating in the study in July of 2007. In order to fast-track the program timeline, Theranos contracted an independent site - Tennessee Oncology Center.

Enrollment of Sutent patients at this site was very slow; from the time patient screening began (early 2007) and after discussions with respective members of the Pfizer team, the protocol was revised several times to increase the frequency of monitoring but reduce the total number of patients and shorten the monitoring cycles per patient. Likewise, enrollment criteria were broadened to include patients on other therapies with whom trends in the relevant markers could also be profiled.

In doing so, statistical significance in meeting the study goals could still be ensured. Multiple IRB submissions were filed. Final IRB and Informed Consent Forms were included in two interim update reports sent to Pfizer.

*Goals of Study:*
1. Generate preliminary data on VEGF and PLGF trends in cancer patients while assessing the use of the Theranos System in the hands of clinicians and patients.
2. Obtain feedback and recommendations from clinical staff.
3. Assess the use of the Theranos System in the hands of ambulatory patients at home.
4. Assess the Ambulatory Bioinformatics Communications System[1] including the physician and patient web portals as well as the data reports generated.

*Study design:*
Patient screening began in January 2007, once the final site was selected, enrollment began. In July of 2007, the first patient was enrolled in the trial. This trial consisted of very ill late-stage (4th line) cancer patients with various tumor types receiving a variety of therapies at the Sarah

---

[1] The Ambulatory Bioinformatics Communication System (formerly known as ABCS) was rebranded as TheranOS, the Theranos Operating System.

Trial Exh. 4858 Page 000106

**SER-551**

RDV012778



CONFIDENTIAL



Cannon Research Center at Tennessee Oncology (TNONC) in Nashville, Tennessee. The patients in the study typically resided in very remote locations across the eastern US. Almost all patients were not computer literate, and most were from low income families, unable to afford private telephone service.

The Theranos angiogenesis monitoring system was evaluated for clinical efficacy and as a means of more accurately and effectively monitoring cancer therapy and the progression of solid tumor cancers from a mechanism-of-action perspective. 32 patients were enrolled. Various cycles of therapies were monitored as well as physical changes in tumor size.

Four of the patients retracted consent to the study, three of them due to family problems and one due to mental and physical instability. Thus, Theranos increased the targeted enrollment number to ensure that the goal of demonstrating performance across significantly significant patient numbers would be met. That goal has now been achieved. To realize the goal, some patients had extended (60 day) monitoring periods.

Since Theranos has the ability to continue monitoring patients under the existing IRB and given the power of some of the correlations which are becoming apparent, Theranos may continue monitoring those patients for an extended period of time.

Enrollment was unpredictable and slow. All installations and shipments completed for this study were done on-demand with less than 24 hours. As part of the installation procedure, Theranos' client solutions team has performed at-home installations and pick-ups for many weak patients.

For each patient, a total of up to 14 time points were collected during the month-long analysis period, 3-4 time points taken at the clinic and the other 10-11 time points taken in-home. Both finger-stick and venous samples were taken during each clinic visit, while only finger-stick samples were run in-home. The venous draw samples were run on the Theranos System in the clinic at the time of the draw; these samples were also processed so that the plasma and/or serum was analyzed using a reference method.

Venous samples were processed using reference methods and provide an archive of 41 anti-coagulated plasma and serum samples which were frozen and have subsequently been analyzed at Theranos.

**Theranos System Overview:**

The Theranos System is comprised of consumer-oriented readers, single-use cartridges containing assay chemistry and controls, and a data collection system that communicates through cellular networks with the instrument to provide assay protocols and to compute and display results.

The steps required of a new patient are to 1) take the machine out of the box and 2) plug it into a power source. The touch-screen then walks each patient through the process of poking his/her finger, depositing blood into the cartridge, and placing the cartridge in the reader drawer. The instrument then processes the assays and sends the data through the cellular network in real-time to a secure web-portal.

Theranos Systems allow for quantitative, multiplexed longitudinal time-series measurements to map correlations between the rate of change of blood-borne markers over time to surrogate and clinical end-points.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

4

**SER-552**

RDV012779



CONFIDENTIAL



Specifications:

- ❖ Designed for at home use. Can also be used in physician's offices, ICU, and laboratories.
- ❖ Multiplexed measurement of biomarkers.
- ❖ Customizable for different/new assays on demand.
- ❖ Average 6 measurements per cartridge
- ❖ Serial measurements to comprehensively profile pharmacodynamic response through trends
- ❖ Runs fresh whole blood, plasma or serum samples
- ❖ Finger-stick – small sample size
- ❖ Mix and match selection of analytes on demand.
- ❖ Wide measurement range
  - o pg/mLl – mg/mL (1 billion fold)
- ❖ High sensitivity
  - o 0.2 pg/mL (2 parts per 10-billion)
- ❖ Analyte Recovery: ~100 %
- ❖ System CV post-calibration (inter-intra reader, cartridge, and assay): < 10 %
- ❖ On-board chemistry controls
- ❖ Factory calibration (no user calibration)
- ❖ Wireless communication of results to appropriate user through cellular network
- ❖ Proprietary algorithms to interpret time trend results

The existence of a technology infrastructure for home, real-time blood monitoring allows collection of information which cannot be obtained using conventional blood testing scenarios:

- ❖ Small sample (finger-stick) + more frequent sampling of a small subset of analytes enables:
  - o Identification of appropriate analytes (greatly helped by more frequent sampling)
  - o Earlier detection of efficacy and safety and acute problems so intervention (for example, dose modification or change in drug type) can be more effective
  - o Convenience of monitoring through-out a time-course before an event
- ❖ Higher sample integrity; real-time sample analysis on fresh whole blood on a standardized platform which can be deployed at any location (world-wide) eliminates assay inaccuracy associated with commercially available tests performed on samples which are "old" by the time they are analyzed.
  - o Elimination of erroneous results (caused by analyte instability ) and inherent errors in data and patient correlations (caused by processing data at various contract locations)

Trial Exh. 4858 Page 000108

**SER-553**

RDV012780



CONFIDENTIAL






For this study, an instrument was deployed in the home of each patient; four others were installed at the Cancer Center.

Three assays were performed simultaneously in multiplex by the system on a finger-stick sample of fresh whole blood. The analytes were Vascular Endothelial Growth Factor (VEGF), soluble VEGF receptor R2 (sVEGFR2, usually referred to as VEGFR2) and Placental Growth Factor (PLGF). Each assay was controlled using within-cartridge control measurements.

The system was calibrated at Theranos. Multiple cartridge lots were produced each with successively more clinically relevant specifications once samples were received from patients in the trial, as samples were not available during assay validation. Each lot was independently calibrated.

*Traceability of calibration*: Calibration is traced to authentic analytes dissolved at known concentrations in a plasma-like matrix. Calibration materials are prepared as mixed solutions of the three analytes. Assignment of calibrator concentrations is then made to values found for measurements of calibrators using reference assays.

*System Performance Goals*:

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 10 |
| VEGFR2 | 150 | 15,000 | 10 |
| PLGF | 5 | 1,000 | 10 |

*Assay ranges achieved*:
The goals for each assay's dynamic range were achieved. Due to the inability to receive samples for calibration at the beginning of the studies, the upper limit of calibration for VEGF was restricted to 3,000 pg/mL in the first cartridge lots, but then extended[2] to 10,000 pg/mL. For early cartridge lots the PLGF assay lower limit of sensitivity was 50 pg/mL. Therefore, many early results for PLGF were out-of-range low ("OORL"). Lots produced after receiving samples for calibration have reportable ranges below 20 pg/mL.

---

[2] All three assays have a linear dose-responses extending far above the highest calibrator used.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

6

**SER-554**

RDV012781



CONFIDENTIAL



*Specificity:*
The specificity of the assays depends on the pairs of antibodies chosen for each assay. In the first instance, we rely on the antibody vendor information. Selected pairs are known to have good specificity in ELISA assays. Key issues for these analytes are (1) the structural relationship of VEGF and (2) the fact that VEGF binds to sVEGFR2. We have shown that the Theranos assay system is not affected by the presence of VEGF and VEGFR2 and PLGF in the same samples. In many patients in this study, the drug Avastin is used. This drug is an antibody that binds to VEGF. It is obvious that ELISA assays for VEGF (and perhaps VEGFR2) using antibody pairs are likely to be interfered with by Avastin. As documented below, Theranos assays for VEGF and VEGFR2 appear to function with minimal interference from Avastin. In contrast, the selected reference assay for VEGF is strongly interfered by Avastin.

Theranos System Performance:

*Assay accuracy:*
Accuracy has been evaluated by analysis of clinical samples. Two sets of samples have been used: (1) A set of 12 serum samples from cancer patients (obtained from a commercial vendor), (2) 41 archived serum and plasma samples from this study. Because Avastin was used to treat many of the patients in the TNONC study and this antibody strongly interferes with the reference method, we used the commercially available samples for VEGF assay evaluation.

Twelve serum samples were assayed (singlicate) in the Theranos system and in duplicate for the reference method with the following results:

VEGF: y (Theranos) = 0.785 x (reference) + 95.2; $R^2$ =0.99. Range 96 – 1985 pg/mL. One sample was rejected from the analysis giving very high results in the Theranos system and low results in the reference assay. Based on the study data, it seems likely this patient was being treated with the drug Avastin, which interferes with the reference assay.

Trial Exh. 4858 Page 000110

**SER-555**

RDV012782



CONFIDENTIAL



### Single cartridge clinical results



For VEGFR2, 39 TNONC samples were assayed in triplicate in the Theranos system and duplicate for the reference method. The results were: y (Theranos) = 1.29 x (reference) + 1004; R =0.83. Range 1015 – 9285 pg/mL.

Trial Exh. 4858 Page 000111

**SER-556**

RDV012783



CONFIDENTIAL





For the initial PLGF samples analyzed by Theranos in the field and with the reference method the results fell mostly in the undetectable range of both methods. Once the Theranos calibration was re-optimized, values became detectable from 5-17 pg/mL in the out-of-range-low venous samples sent to Theranos.

A significant correlation was achieved during validation on normal serum samples from twenty pregnant women assayed in quadruplicate. They were analyzed on both the Theranos system and the reference R&D Systems kit. The following results were obtained: y (Theranos) = 1.26*x (R&D Systems); R = 0.96. The average within sample CV for the Theranos results was 9%. One sample (shown in pink) below gave discrepant results.

Trial Exh. 4858 Page 000112

**SER-557**

RDV012784



CONFIDENTIAL





When the results for patients were segregated by trimester and averaged, the concordance shown below was found.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

10

**SER-558**

RDV012785



CONFIDENTIAL





*Effect of Avastin on the reference VEGF assay:*
Comparison of reference and Theranos VEGF assay results for venous samples were not correlated. Many Theranos results were in the thousands of pg/mL where reference assay gave a low value. Since it was noted that many of the patients had been treated with Avastin which binds to VEGF, Theranos did a study of spike recovery for the reference method. VEGF (400 pg/mL) was added to each sample and the assay repeated. Results are shown below:

| Avastin Present | VEGF average, pg/mL Ref | VEGF average, pg/mL Theranos |
|---|---|---|
| N | 149 | 588 |
| Y | 136 | 8359 |

| | VEGF spike recovery, % | |
|---|---|---|
| N | 66.5 | |
| Y | –1.3 | |

It is evident that Avastin completely blocks the reference assay response. Presumably, Avastin binds at a site on VEGF close to or identical with that recognized by one of the antibodies used in the reference method. The reference assay thus responds only to free VEGF whereas the Theranos assay is not blocked and measures both Avastin-bound and free VEGF.

Trial Exh. 4858 Page 000114

SER-559

RDV012786



CONFIDENTIAL



*Assay precision*:

Inter-Instrument Precision:
Venous samples from patients were run across four instruments.

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 8.0 |
| VEGFR2 | 150 | 15,000 | 7.3 |
| PLGF | 5 | 1,000 | 9.2 |

Precision in comparison to available reference methods was evaluated during calibration. Singlicate measurements from six instruments were used next to commercially available 'gold-standards'. Theranos adjusted the target range after obtaining clinical samples. Due to the superior performance characteristics of Theranos' assay next to commercial standards, obvious variances are seen where the reference methods report OORL.

Single lot calibration data:

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF (lot 3) | 30 – 10,000 | 12.0 |
| VEGF (lot 1) | 30 – 3,000 | 10.0 |
| VEGFR2 (lot 3) | 1,000 – 10,000 | 4.8 |
| VEGFR2 (lot 1) | 50 – 800 | 17.6 |
| PLGF (lot 3) | 5 – 780 | 26.9 |
| PLGF (lot 1) | 50 – 800 | 9.1 |

Precision was also measured by analysis of the 41 archived clinical samples in assays and for VEGF 12 commercial samples.

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF | 30 – 10,000 | 16.7 |
| VEGF[3] | 96 – 1985 | 5.7 |
| VEGFR2 | 1,000 – 10,000 | 20.4 |
| PLGF | 5 – 780 | 28.7 |

*Dilution linearity*:

Data gathered during lot calibration.

| VEGF, pg/mL | Recovery, % |
|---|---|
| 10000 | (100) |
| 2970 | 102 |
| 990 | 95 |
| 297 | 105 |
| 100 | 109 |
| 30 | 105 |
| 10 | 101 |

---

[3] Commercial samples

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

SER-560

RDV012787



CONFIDENTIAL



| VEGFR2, pg/mL | Recovery, % |
|---|---|
| 10560 | (100) |
| 7920 | 92.9 |
| 5280 | 100.9 |
| 3960 | 104.8 |
| 2640 | 97.7 |
| 1320 | 100.8 |

| PLGF, pg/mL | Recovery, % |
|---|---|
| 780 | 100.0 |
| 312 | 87.6 |
| 156 | 102.8 |
| 47 | 106.3 |
| 16 | 92.4 |
| 5 | 99.4 |

For all assays, recovery was close to 100 % in the reportable range.

*Limit of detection (LOD):*
Data gathered during calibration. The LOD is defined at a 95 % confidence level.

| Analyte | LOD, pg/mL |
|---|---|
| VEGF | < 20 |
| VEGFR2 | < 200 |
| PLGF[4] | < 20 |

**Theranos Field Study:**

The system has been deployed to patient's homes and the TNONC study clinic and has downloaded protocols and uploaded data wirelessly. Some patients used direct telephonic communications (POTs modems) if they were worried about cell reception. Data for every patient has been profiled on a secure, Pfizer-specific server.

Field Performance Overview:

In this report we document results from:

- 27 patients (41% female and 59% male)
- 13 cancer types
- 38 Instruments
  - 27 instruments deployed to patients' homes

---

[4] Later stage cartridge lots

Trial Exh. 4858 Page 000116

**SER-561**

RDV012788



CONFIDENTIAL



- o 4 instruments deployed to the clinical site in Nashville, TN
- o 4 updated instruments to replace the readers at the clinical site such that the latest design revolution is deployed at the site
- o 3 were used to replace malfunctioning readers in the field (2 at clinic - one with communication issue, one mechanical due to user error; 1 at patient's home with mechanical issues from shipping)
- 445 cartridges (approximately 1300 assay results)
  - o This number includes cartridges run in-house on archived plasma as well as results gathered in-field

Data acquisition has proven feasible in the home setting. There were instruments in the field operating in extreme temperature conditions (from very hot, no A/C to A/C turned to the maximum) as well as in very diverse locations (from RV's to log cabins in the middle of forests), in remote, difficult to reach areas where poor cellular reception is prevalent.

The instruments have been deployed across three states, including Kentucky, Pennsylvania and Tennessee. As mentioned, typical turnaround time for installation and patient at-home test was less than 24 hours without notice.

In monitoring this multiplex of analytes at far greater frequency than ever before, considerable patient-response variation can be seen across different sub-patient populations, therapies, and cancer types.

When we look at the average results from each patient and the variation seen for each patient, it is evident that the patients vary drastically:

|  | VEGF Avg., pg/mL | VEGFR2 Avg., pg/mL | PLGF Avg., pg/mL |
|---|---|---|---|
| Maximum | 13,584 | 6,317 | 410 |
| Minimum | 47.5 | 368 | 37.3 |

**By evaluating sample statistics such as these, one can identify patients who are anomalous and who may benefit from therapy modification.**

For example, of the 13 patients with colon cancer we see one subject with an average VEGF of 13,600 pg/mL and another with an average of 255 pg/mL whereas most of the patients had VEGF values quite closely clustered at 1000 - 5000 pg/mL. Similarly, we see some subjects who show very little variation in analyte values and others with wide variations presumably related to response (high or low) to therapy.

Trial Data:

The following raw trial data is included in the appended spreadsheet:

1. Clinic visit diagnostics (Patient characteristics and Clinical assay results)
2. Clinic visit pivot table (clinical results presented as a customizable pivot table)
3. Patient aggregate data (Compliance data, Result averages and CVs by patient and averages by cancer type)
4. All field analyte data results (from the Theranos system presented by patient in a filtered table format [sort-able])
5. Treatment data (drugs used and dosage)

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

14

**SER-562**

RDV012789



CONFIDENTIAL



6. Individual end-of-study results (patient evaluation of system)
7. Compilation and summary of end-of-study survey results
8. Data transmission statistics

Evaluation of time course results from individual patients:

The study data demonstrates that in a larger, statistically controlled study, where the endpoint is directly proportional with patient outcome, e.g., a RECIST Score, a correlation between analyte dynamics and patient response to treatment would be generated.

To showcase the ability to profile predictive correlations between treatment and response profiles, we selected data from two patients -- 14 and 12. Due to patient 14's clinic schedule (first figure below), we were able to collect data following multiple infusion dates, allowing limited statistical analysis to be performed that correlates analyte levels with treatment administration. The cross-correlation function (second figure below) looking at VEGF and VEGFR2 blood levels for patient 14 shows a positive correlation at a cadence of 3 data points. This coincides with the patient's weekly clinic visits during which the patient receives the Avastin infusions.



The change in rate of the parameters can be correlated to progress, seen again below in a correlation plot:

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

15

**SER-563**

RDV012790



CONFIDENTIAL





For patient 12 (first figure below), we observe an inverse correlation between VEGF and VEGFR2 blood levels. This suggests that the blood analytes behave differently with different drug treatments, pointing at distinct pathways of drug activity (second figure below).

Trial Exh. 4858 Page 000119

**SER-564**

RDV012791



CONFIDENTIAL





tnonc12.vegf & tnonc12.vegfr2



3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

17



CONFIDENTIAL



For most patients analyzed, the sample size and sample numbers did not provide sufficient statistical power to derive a statistically significant conclusion but some clinical endpoint measurements were accessible to correlate analyte vectors and their rates of change with time to the patient's progression and response to treatment.

Patient average VEGF and VEGFR2 data by cancer type:

| Patient ID | Cancer type | Main Treatment | Average VEGF (pg/ml) | Average VEGFR2 (pg/ml) |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | Sutent | 47.5 | 2592 |
| SCP006 | Breast Cancer | Avastin | 2082 | 2662 |
| SCP010 | Breast Cancer | Avastin | 2055 | 3040 |
| SCP008 | Breast Cancer | Sorafenib | 98 | 1863 |
| SCP021 | Colorectal Cancer | Avastin | 4677 | 3646 |
| SCP027 | Colorectal Cancer | Sorafenib | 1093 | 4863 |
| SCP029 | Colorectal Cancer | Sorafenib | 3612 | 5658 |
| SCP003 | Colorectal Cancer | Sutent | 72 | 2798 |
| SCP007 | Colorectal Cancer | Avastin | 3860 | 2350 |
| SCP009 | Colorectal Cancer | Avastin | 1840 | 368 |
| SCP022 | Colorectal Cancer | Avastin | Patient dropped | N/A |
| SCP014 | Colorectal Cancer | Avastin | 1826 | 1634 |
| SCP019 | Colorectal Cancer | N/A | Patient dropped | N/A |
| SCP016 | Colorectal Cancer | Avastin | 3006 | 2143 |
| SCP031 | Colorectal Cancer | Avastin | 13584 | 5463 |
| SCP024 | Colorectal Cancer | Sorafenib | 255 | 1540 |
| SCP028 | Colorectal Cancer | Sorafenib | 1274 | 6317 |
| SCP023 | Esophageal Cancer | Avastin | 3145 | 2260 |
| SCP030 | Gastrointestinal Stromal Tumor | Sutent | 889 | 2424 |
| SCP012 | Liver Cancer | Sorafenib | 96 | 1253 |
| SCP017 | Lung Cancer | Avastin | 3947 | 2111 |
| SCP025 | Melanoma | Avastin | 5399 | 3294 |
| SCP002 | Neuroendocrine carcinoma | N/A | Patient dropped | N/A |
| SCP026 | Ovarian Cancer | Sorafenib | Patient dropped | N/A |
| SCP020 | Renal Cell Carcinoma | Sutent | 368 | 883 |
| SCP004 | Renal Cell Carcinoma | Avastin | 2316 | 1057 |
| SCP011 | Renal Cell Carcinoma | Avastin | 3159 | 1911 |
| SCP013 | Renal Cell Carcinoma | Avastin | 3908 | 770 |
| SCP015 | Renal Cell Carcinoma | Avastin | 3031 | 1068 |
| SCP018 | Tongue Cancer | Avastin | 1457 | 3074 |
| SCP005 | Unknown Primary | Avastin | 3099 | 2980 |

As referenced, patients #2, #19, #22, #26 dropped out of the study for various reasons; therefore average values are not statistically significant for them.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

Trial Exh. 4858 Page 000121

SER-566

RDV012793



CONFIDENTIAL



For the patients in whom PLGF is consistently detectable we selected plots as shown below.



3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

19

**SER-567**

RDV012794



CONFIDENTIAL





Patient monitoring times and quality of life by gender:

| Patient ID | Cancer type | Gender | Time of day when home monitoring was performed (on average)* | Quality of life (as measured by on-screen survey) (on average)* |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | f | Morning | N/A (Survey was not yet deployed) |
| SCP006 | Breast Cancer | f | Afternoon | 7 |
| SCP010 | Breast Cancer | f | Evening | 8 |
| SCP008 | Breast Cancer | f | Late Evening | 7 |
| SCP021 | Colorectal Cancer | f | Noon-afternoon | 8 |
| SCP027 | Colorectal Cancer | f | Afternoon | 10 |
| SCP029 | Colorectal Cancer | f | Afternoon-Evening | not yet available |
| SCP003 | Colorectal Cancer | f | Morning | N/A (Survey was not yet deployed) |
| SCP017 | Lung Cancer | f | Evening | 9 |
| SCP026 | Ovarian Cancer | f | N/A | N/A |
| SCP020 | Renal Cell Carcinoma | f | Afternoon | 6 |
| SCP005 | Unknown Primary | f | Afternoon | 9 |

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

20

SER-568

RDV012795



CONFIDENTIAL



| SCP007 | Colorectal Cancer | m | Evening | 7 |
|--------|-------------------|---|---------|---|
| SCP009 | Colorectal Cancer | m | Late Evening | 7 |
| SCP022 | Colorectal Cancer | m | N/A | 8 |
| SCP014 | Colorectal Cancer | m | Morning | 7 |
| SCP019 | Colorectal Cancer | m | N/A | N/A |
| SCP016 | Colorectal Cancer | m | Evening | 8 |
| SCP031 | Colorectal Cancer | m | Afternoon | not yet available |
| SCP024 | Colorectal Cancer | m | Afternoon | 9 |
| SCP028 | Colorectal Cancer | m | Evening | not yet available |
| SCP023 | Esophageal Cancer | m | Morning | 8 |
| SCP030 | Gastrointestinal Stromal Tumor | m | Morning | not yet available |
| SCP012 | Liver Cancer | m | Afternoon | 10 |
| SCP025 | Melanoma | m | Morning | 9 |
| SCP002 | Neuroendocrine carcinoma | m | N/A | N/A |
| SCP004 | Renal Cell Carcinoma | m | Noon-afternoon | 10 |
| SCP011 | Renal Cell Carcinoma | m | Morning | 9 |
| SCP013 | Renal Cell Carcinoma | m | Evening | 10 |
| SCP015 | Renal Cell Carcinoma | m | Evening | 7 |
| SCP018 | Tongue Cancer | m | Afternoon | 5 |
| * Actual time for each test point and diurnal variations of quality of life can be found online | | | | |

Patient compliance with optional on-screen questionnaire was approximately 86% (this number was calculated before the end of the study, therefore final compliance figures may change).

Trial Exh. 4858 Page 000124

SER-569

RDV012796



CONFIDENTIAL



Patient clinical visit data by age:

| Patient ID | Race | Smoking Status | Alcohol Consumption | Age | Weight (pounds) |
|---|---|---|---|---|---|
| SCP029 | Caucasian | does not smoke now, positive history | None | 36 | 179 |
| SCP010 | Caucasian | never smoked | monthly or less | 45 | 165 |
| SCP018 | Caucasian | Smoke daily | None | 45 | 181 |
| SCP007 | Caucasian | never smoked | None | 46 | 213 |
| SCP008 | Caucasian | smoke occasionally | None | 46 | 180 |
| SCP002 | Caucasian | never smoked | monthly or less | 49 | 194 |
| SCP016 | Caucasian | smoke occasionally | monthly or less | 49 | 167 |
| SCP012 | Caucasian | does not smoke now, positive history | None | 53 | 190 |
| SCP015 | Caucasian | does not smoke now, positive history | None | 53 | 174 |
| SCP028 | Caucasian | smoke occasionally | None | 57 | 262 |
| SCP001 | Caucasian | does not smoke now, positive history | None | 61 | 172 |
| SCP027 | African American | never smoked | None | 62 | 167 |
| SCP009 | Caucasian | never smoked | None | 63 | 221 |
| SCP011 | Caucasian | does not smoke now, positive history | monthly or less | 63 | 305 |
| SCP024 | Caucasian | infrequent attempts (never developed a habit) | Every day | 64 | 200 |
| SCP023 | Caucasian | never smoked | Every day | 65 | 252 |
| SCP005 | Caucasian | does not smoke now, positive history | monthly or less | 66 | 160 |
| SCP021 | Caucasian | smoke occasionally | monthly or less | 66 | 198 |
| SCP006 | Caucasian | never smoked | monthly or less | 68 | 163 |
| SCP017 | Caucasian | does not smoke now, positive history | Every day | 69 | 112 |
| SCP013 | Caucasian | never smoked | monthly or less | 71 | 230 |
| SCP020 | Caucasian | never smoked | None | 72 | 101 |
| SCP026 | Caucasian | never smoked | None | 73 | 132 |
| SCP031 | Caucasian | does not smoke now, positive history | None | 73 | 134.5 |
| SCP025 | Caucasian | does not smoke now, positive history | None | 77 | 184 |
| SCP014 | Caucasian | does not smoke now, positive history | monthly or less | 78 | 217.5 |
| SCP022 | African American | never smoked | None | 82 | 178 |
| SCP030 | Caucasian | never smoked | None | 83 | 182 |

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

22





CONFIDENTIAL

Sample of patient clinical blood work by patient ID:

| Patient ID | Avg. % Lymphocytes | Avg. Heart Rate | Avg. Total Bilirubin | Avg. Systolic BP | Avg. RBC |
|---|---|---|---|---|---|
| SCP001 | 33.4 | 67.7 | 0.7 | 129.3 | 3.2 |
| SCP002 | 34.1 | 55.0 | 0.3 | 161.0 | 4.3 |
| SCP004 | 27.8 | 64.7 | 0.5 | 144.7 | 3.2 |
| SCP005 | 36.4 | 75.0 | 0.2 | 127.5 | 3.9 |
| SCP006 | 29.5 | 100.7 | 0.3 | 112.7 | 4.3 |
| SCP007 | 24.0 | 73.0 | 0.3 | 131.3 | 4.4 |
| SCP008 | 23.7 | 84.0 | 0.4 | 124.0 | 5.1 |
| SCP009 | 25.0 | 71.5 | 0.7 | 133.0 | 4.5 |
| SCP010 | 45.3 | 74.3 | 0.9 | 137.8 | 4.5 |
| SCP011 | 28.6 | 82.0 | 0.6 | 135.0 | 4.8 |
| SCP012 | 28.3 | 75.5 | 0.7 | 122.0 | 4.0 |
| SCP013 | 31.1 | 72.0 | 0.7 | 137.0 | 4.2 |
| SCP014 | 40.2 | 81.5 | 0.4 | 125.3 | 4.0 |
| SCP015 | 35.4 | 78.3 | 0.3 | 147.0 | 5.0 |
| SCP016 | 18.0 | 75.3 | 0.3 | 131.3 | 4.9 |
| SCP017 | 20.7 | 89.3 | 0.4 | 114.0 | 4.2 |
| SCP018 | 23.4 | 70.0 | 0.3 | 133.0 | 4.8 |
| SCP020 | 17.9 | 60.7 | 0.4 | 146.0 | 3.7 |
| SCP021 | 36.5 | 91.0 | 0.4 | 130.0 | 4.8 |
| SCP022 | 23.5 | 93.5 | 0.7 | 123.0 | 4.0 |
| SCP023 | 26.3 | 107.7 | 0.7 | 119.7 | 4.7 |
| SCP024 | 18.8 | 83.0 | 0.7 | 139.0 | 3.7 |
| SCP025 | 33.5 | 94.0 | 0.3 | 143.0 | 5.2 |
| SCP026 | 34.6 | 110.0 | 0.4 | 125.0 | 3.7 |
| SCP027 | 9.5 | 70.0 | 0.7 | 119.0 | 3.7 |
| SCP028 | 21.2 | 98.0 | 0.8 | 125.7 | 5.2 |
| SCP029 | 32.6 | 90.5 | 0.6 | 122.8 | 5.1 |
| SCP030 | 42.3 | 72.0 | 0.4 | 137.0 | 3.7 |
| SCP031 | 16.7 | 70.0 | 0.4 | 145.0 | 4.3 |

All individual patient data was profiled as it was generated on the Pfizer-specific secure portal at www.theranos.com; raw data can also be found in the attached excel spreadsheet.

Server and Data Transmission

Approximately 361 cartridge results and 203 optional home surveys from the field were successfully transmitted to the Theranos servers. There were less than 5% transmission errors that required the readers to either retry sending the data or wait until they had a better connection to send the data. All data gathered in the field was transmitted to the Theranos servers. For the first two patients, on-screen surveys were not available. The number of surveys received is smaller than the number of cartridge runs due to the above as well as patients filling only one survey for each of their clinic visits (even though they ran two cartridges per visit). Once surveys

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

Trial Exh. 4858 Page 000126

SER-571

RDV012798



CONFIDENTIAL



became available, each cartridge run also asked the user to complete an optional quality of life survey and compliance was very good.

| Data distribution by transmission pathway to date | | |
|---|---|---|
| Direct Internet Connection | Wireless-GSM | Traditional Phone line |
| 5.6 % | 90.7% | 3.7 % |

The only problem encountered with using GSM wireless phone technology was poor signal. The main reasons for poor cellular reception were: dense foliage, metal roofs and poor signal quality due to remote location. In one location (Stewart, TN), there was no cellular coverage at all; therefore the reader used the standard telephone line in order to connect to our servers and report data as it was gathered. All of this patient's logs were received by Theranos servers. In future studies, multiple network providers would be contracted for these areas.

Overall performance of the Theranos System based on Customer Care log:

The customer care line was available to patients 24 hours a day 7 days a week over the course of the entire study (July 07 to October 08). All calls were addressed professionally and all issues were resolved quickly, taking care to minimize the impact on patients and clinical staff.

The types of calls for which patients used the Customer Care line:

- o   Patient running low on supplies – the solution was to simply ship more of the needed supplies with overnight delivery to make sure patient had enough for the upcoming home tests.
- o   Patient not knowing how to turn machine on – the solution was to advise the patient over the phone on the procedures outlined in the setup sheet they received and to make sure they have the instrument up and running.
- o   Patient calling about scheduling an instrument pickup – solution was to schedule one of our representatives to pick up the machine or alternatively to have FedEx pick up the reader if patient was able to place it in the shipping container themselves.
- o   Patient called about blood transfer question – the solution was to advise the patient to leave the blood transfer device on a flat surface. If this solution was not sufficient, a new batch was shipped to make sure no capillary manufacturer defects were at fault.
- o   Patient called about instrument not recognizing cartridge – the solution was to ask patient to re-try and call back if problem persisted. The suspicion was that due to poor cellular signal the reader was unable to communicate, and by re-trying it would perform appropriately. There were no subsequent calls from patient.
- o   Patient called about instrument not being ready due to temperature – the solution was to ask patient to move reader away from A/C units and possible air currents. Patients had moved readers from initial installation location (one moved it to his RV, another into a really hot room) and the temperature extremes affected the readers' ability to maintain desired temperature. The Theranos readers are engineered to control temperature to eliminate variability associated with conventional assays.

The majority of systems deployed in the field performed their duties throughout the entire length of the patient monitoring schedule. One instrument had mechanical issues due to being misused; this happened during new personnel training at TNONC. The instrument was promptly replaced with a new instrument. Another failure occurred due to the instrument being damaged in shipping.

Trial Exh. 4858 Page 000127

SER-572

RDV012799



CONFIDENTIAL



Although it performed its functions properly for the majority of the patient's schedule it eventually malfunctioned and was also promptly (~24 hours) replaced. Yet another issue was related to the cellular carrier not identifying the instrument. To expedite the process and assure that the clinic was adequately supplied it was decided to replace that instrument with one that was known to work. The problem was later resolved off-line.

Patient Compliance with protocol:

It is hard to estimate the patient compliance with the exact protocol due to the factors out of Theranos' control. In many instances patients re-scheduled their clinic visits and the new appointments were not communicated to us. At the onset of each patient's home monitoring they were provided with a tentative schedule which in many cases changed due to patient's need to travel or inability to keep scheduled appointments. With this in mind, we estimate that patient compliance with protocol was still very good, at approximately 96 % (measured as 80-120% of expected testing completed and received). Given the missing information, a much more accurate derivation would be possible.

Theranos System Assessment by Patients and Clinical Staff:

Patient end of study surveys were sent out to all participants. To date, 17 responses were collected from patients.

Summary of patients' assessment of the Theranos system:

- 88% of patients surveyed found the Theranos System easy to use; no patients found it "very hard" to use.
- 76% of patients found the written instructions to be very informative, with clear directions; 12% did not read instructions
- 91% of patients scored the training given by their Theranos representative either a 9 or 10 (10 being very good training)
- 76% of patients found the Theranos System takes little time to use (scores between 1 and 4 were tallied, with 1 = very little time and 10 = a lot of time)
- 100% of patients found the optional touch screen survey on the Theranos System easy to use, giving scores of either 8, 9 or 10 (10 = easy to use, 1 = hard to use).
- On a scale of 10 to 1 (10 = least painful, 1 = most painful), only one patient gave the blood drawing experience a score of less than 6. 59% felt almost no pain, scoring either a 9 or 10.
- 100% of the patients that responded to the survey gave Theranos Customer Support an excellent or very good rating
- For the majority of patients, the Theranos System worked very well. The major ways of solving the questions patients had were figuring it out on their own or calling the Theranos Customer Care line.
- In the follow-up survey, 100% of patients that responded said they received excellent or very good technical support over the duration of the study.
- Most patients said they prefer monitoring from home (scored 8 through 10) using the Theranos System; 25% were indecisive (scored 4 to 6) when asked whether they prefer going to the clinic or using the Theranos System; only two patients would rather monitor at the clinic.

From the interactions with clinical staff at Tennessee Oncology, the system was:
1. well received and

Trial Exh. 4858 Page 000128

SER-573

RDV012800



CONFIDENTIAL



2. the client solutions team made a very positive impact on the clinical staff and patients through promptitude and professionalism.

Conclusions:

General:
1. The Theranos System performed with superior performance to reference assays while running in a complex ambulatory environment.
2. The existing Theranos support infrastructure enables on-demand home installation and patient training in extremely rural areas.
3. Patients preferred ambulatory monitoring to clinic visits and liked using the Theranos System.
4. Non-computer literate patients had no issues using the Theranos System.

Technical:
5. Inter-system accuracy is excellent and was demonstrated on a platform with superior performance specifications to reference methods.
6. Calibrations were updated with access to samples from the trial.
7. Good correlations were seen to various commercially available gold-standards.
8. Avastin does not block the Theranos assay.
9. The Theranos System can measure VEGF both free and bound to VEGFR2 and Avastin to better quantify dose-response.

Economic:
10. This 15 month study demonstrated the robust functionality of Theranos Systems. With this validation data, the technology can be applied to significantly cut costs and bring compounds to market faster:

11. More frequent sampling enabled better characterization of longitudinal time-series profiles of angiogenesis protein panels. More accurate insight of the change in rate of those panels over time enables significantly faster and earlier reads on efficacy dynamics.
    a. See efficacy dynamics trends and correlation to end-points in patient time-course profiles on the Pfizer web-portal at www.theranos.com.
12. Response profiles were seen in this study over 30 day intervals. Historically, these types of correlations have taken up to a couple years to demonstrate, or in some cases, were previously not demonstrable. This time gained facilitates rapid data generation for additions to a compendia and rapid label expansion of existing drugs. Equally, this approach can be used to fast-track approvals of key compounds and at the same time better optimize those compounds with better visibility to achieve the target product profiles.
    a. One of Theranos' pharma partners is publishing a report which estimates the increased time to market is valued at $1M per day – making every month quite substantial.
13. Through Theranos Systems, Pfizer will be able to reduce the number of sites, eliminate shipping costs for samples, processing costs, and analytical costs. Based on historical data, implementation of these systems will enable Pfizer to achieve ~50% cost savings over current study spending (previously demonstrated to be $15M of a $30M study budget). Equally, through better insight into pathway dynamics, Theranos is demonstrating the ability to reduce the number of patients required to show statistical significance in future studies by 30-50%.

Trial Exh. 4858 Page 000129

SER-574

RDV012801



SER-575

RDV012802

# Improving Probability of Success in PoC from 15% to 80% Results in eNPV of ~$202 million for Late Market Anemia Drug Entrant



**Risk adjusted margin contribution**

@15% POS NPV = - $90 M at P2a

@80% POS NPV = +$112 M at P2a

Tail revenue margin contribution

R&D investment, risk adjusted

LOE

**Assumptions**
Peak year sales: $500 millions
WACC: 8%
Contribution margin: 0%, 50%, 70%, 60%
R&D capitalization rate: 9.5%
Revenue profile: Biologic

P2 survival increase from: 15% to 80%
P3 survival: 57%
Reg survival: 84%
P2 cycle time: 3.1 yrs
P3 cycle time: 2.8 yrs
Reg cycle time: 1 yr

- Discounting cash flows to beginning of P2 results in expected **NPV difference of ~$202 million** by increasing probability of success

- Return on R&D investment for successful launched compound with the profile indicated would have **increased from -3.6% to +13% (an increase in return of ~10 percentage points)**

SOURCE: PharmaProjects; DiMasi et al. 2002 Journal of Health Economics; McKinsey analysis
WACC = weighted average cost of capital; LOE = loss of exclusivity ; POS = prob. of success

Theranos Confidential

theran●s

**SER-576**

RDV012803

Intellectual property

Summary

SER-577

RDV012804

# theran●s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 2000.102 | RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Utility: Provisional | 61/930,432 | 1/22/2014 | United States | Pending |
| 2000.201 | Rapid Measurement of Formed Blood Component Sedimentation Rate from Small Sample Volumes | Utility: Non-Provisional | 13/945,147 | 7/18/2013 | United States | Published |
| 2000.501A | RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Utility: Continuation-in-Part | 14/319,644 | 6/30/2014 | United States | Pending |
| 2000.601 | RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Utility: PCT | PCT/US13/51143 | 7/18/2013 | World Intellectual Property Organization | Published |
| 2001.104 | HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Utility: Provisional | 61/930,462 | 1/22/2014 | United States | Pending |
| 2001.201 | High Speed, Compact Centrifuge for Use with Small Sample Volumes | Utility: Non-Provisional | 13/945,202 | 7/18/2013 | United States | Published |
| 2001.601 | HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Utility: PCT | PCT/US13/51170 | 7/18/2013 | World Intellectual Property Organization | Published |
| 2002.105 | IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Utility: Provisional | 61/930,419 | 1/22/2014 | United States | Pending |
| 2002.106 | IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Utility: Provisional | 61/933,270 | 1/29/2014 | United States | Pending |
| 2002.107 | IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Utility: Provisional | 61/945,822 | 2/27/2014 | United States | Pending |
| 2002.201 | IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Utility: Non-Provisional | 13/951,063 | 7/25/2013 | United States | Published |
| 2002.202 | IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Utility: Non-Provisional | 13/951,449 | 7/25/2013 | United States | Published |

Proprietary and Confidential

**SER-578**

RDV012805

# theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 2002.204A | IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Utility: Non-Provisional | 14/167,964 | 1/29/2014 | United States | Pending |
| 2002.601 | IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Utility: PCT | PCT/US13/52141 | 7/25/2013 | World Intellectual Property Organization | Published |
| 2002.602 | IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Utility: PCT | PCT/US14/16962 | 2/18/2014 | World Intellectual Property Organization | Pending |
| 2002.851 | Image Analysis and Measurement of Biological Samples | Utility: Foreign | 102126668 | 7/25/2013 | Taiwan, Province of China | Published |
| 2003.104 | SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Utility: Provisional | 61/952,125 | 3/12/2014 | United States | Pending |
| 2003.105 | Systems, devices, and methods for bodily fluid sample collection | Utility: Provisional | 61/952,130 | 3/12/2014 | United States | Pending |
| 2003.201 | Systems, Devices, and Methods For Bodily Fluid Sample Collection | Utility: Non-Provisional | 14/020,435 | 9/6/2013 | United States | Published |
| 2003.202 | SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Utility: Non-Provisional | 14/214,774 | 3/15/2014 | United States | Pending |
| 2003.501A | SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Utility: Continuation-in-Part | 14/320,471 | 6/30/2014 | United States | Pending |
| 2003.601 | SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Utility: PCT | PCT/US13/58627 | 9/6/2013 | World Intellectual Property Organization | Published |
| 2003.602 | SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Utility: PCT | PCT/US14/30792 | 3/17/2014 | World Intellectual Property Organization | Pending |

Proprietary and Confidential

**SER-579**

RDV012806

theranos

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 2004.103 | SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION, TRANSPORT, AND HANDLING | Utility: Provisional | 62/011,023 | 6/11/2014 | United States | Pending |
| 2004.201 | SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE TRANSPORT | Utility: Non-Provisional | 14/098,177 | 12/5/2013 | United States | Published |
| 2004.602 | Systems, Devices, and Methods for Bodily Fluid Sample Transport | Utility: PCT | PCT/US2013/000268 | | World Intellectual Property Organization | Published |
| 2004.851 | Systems, Devices, and Methods for Bodily Fluid Sample Collection | Utility: Foreign | 102144582 | 12/5/2013 | Taiwan, Province of China | Pending |
| 2005.201 | SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SEPARATION MATERIALS | Utility: Non-Provisional | 14/214,772 | 3/15/2014 | United States | Pending |
| 2006.201 | SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Utility: Non-Provisional | 14/035,762 | 9/24/2013 | United States | Published |
| 2006.601 | SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Utility: PCT | PCT/US13/61485 | 9/24/2013 | World Intellectual Property Organization | Published |
| 2007.201 | RAPID, LOW-SAMPLE-VOLUME CHOLESTEROL AND TRIGLYCERIDE ASSAYS | Utility: Non-Provisional | 14/100,870 | 12/9/2013 | United States | Published |
| 2007.601 | Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Utility: PCT | PCT/US13/74211 | 12/10/2013 | World Intellectual Property Organization | Published |
| 2008.201 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT BIND hCG, FERRITIN, LH, AND PSA | Utility: Non-Provisional | 14/209,963 | 3/13/2014 | United States | Pending |
| 2008.601 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT BIND HCG, FERRITIN, LH, AND PSA | Utility: PCT | PCT/US14/29729 | 3/14/2014 | World Intellectual Property Organization | Pending |

Proprietary and Confidential

SER-580

RDV012807

# theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 2009.201 | RAPID MEASUREMENT OF VITAMIN D IN BLOOD | Utility: Non-Provisional | 14/203,206 | 3/10/2014 | United States | Pending |
| 2009.202 | RAPID MEASUREMENT OF TOTAL VITAMIN D IN BLOOD | Utility: Non-Provisional | 14/203,239 | 3/10/2014 | United States | Pending |
| 2009.601 | RAPID MEASUREMENT OF VITAMIN D IN BLOOD | Utility: PCT | PCT/US14/23825 | 3/11/2014 | World Intellectual Property Organization | Pending |
| 2010.201 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND HUMAN IMMUNOGLOBULINS | Utility: Non-Provisional | 14/209,991 | 3/13/2014 | United States | Pending |
| 2010.601 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND HUMAN IMMUNOGLOBULINS | Utility: PCT | PCT/US14/29777 | 3/14/2014 | World Intellectual Property Organization | Pending |
| 2011.201 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND FLU VIRUS NUCLEOPROTEINS | Utility: Non-Provisional | 14/210,022 | 3/13/2014 | United States | Pending |
| 2011.601 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND FLU VIRUS NUCLEOPROTEINS | Utility: PCT | PCT/US14/29797 | 3/14/2014 | World Intellectual Property Organization | Pending |
| 2012.201 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND CD14 | Utility: Non-Provisional | 14/210,046 | 3/13/2014 | United States | Pending |
| 2012.601 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND CD14 | Utility: PCT | PCT/US14/29815 | 3/14/2014 | World Intellectual Property Organization | Pending |
| 2013.201 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND B12 | Utility: Non-Provisional | 14/210,059 | 3/13/2014 | United States | Pending |
| 2013.601 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND B12 | Utility: PCT | PCT/US14/29834 | 3/14/2014 | World Intellectual | Pending |

Proprietary and Confidential

**SER-581**

RDV012808

theran⬤s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country Property Organization | Status |
|---|---|---|---|---|---|---|
| 2014.201 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Non-Provisional | 13/769,779 | 2/18/2013 | United States | Published |
| 2016.201 | Systems and Methods for Collecting and Transmitting Assay Results | Utility: Non-Provisional | 13/769,798 | 2/18/2013 | United States | Published |
| 2016.601 | Systems and Methods for Collecting and Transmitting Assay Results | Utility: PCT | PCT/US14/16593 | 2/14/2014 | World Intellectual Property Organization | Pending |
| 2017.202 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Non-Provisional | 13/769,820 | 2/18/2013 | United States | Published |
| 2017.203 | SYSTEMS AND METHODS FOR FLUID AND COMPONENT HANDLING | Utility: Continuation | 14/157,343 | 1/16/2014 | United States | Pending |
| 2017.204 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Non-Provisional | 14/183,500 | 2/18/2014 | United States | Pending |
| 2017.205 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Non-Provisional | 14/183,503 | 2/18/2014 | United States | Pending |
| 2017.602 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: PCT | PCT/US14/16997 | 2/18/2014 | World Intellectual Property Organization | Pending |
| 2018.201 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT BIND FOLLICLE-STIMULATING HORMONE (FSH) | Utility: Non-Provisional | 14/211,715 | 3/14/2014 | United States | Pending |
| 2018.601 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND FOLLICLE-STIMULATING HORMONE (FSH) | Utility: PCT | PCT/US14/29975 | 3/15/2014 | World Intellectual Property Organization | Pending |
| 2019.201 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT BIND THYROID STIMULATING HORMONE (TSH) | Utility: Non-Provisional | 14/211,772 | 3/14/2014 | United States | Pending |
| 2020.201 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT BIND THYROXINE (T4) | Utility: Non-Provisional | 14/211,823 | 3/14/2014 | United States | Pending |

Proprietary and Confidential

SER-582

RDV012809

# theranos

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 2020.601 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND THYROXINE (T4) | Utility: PCT | PCT/US14/29978 | 3/15/2014 | World Intellectual Property Organization | Pending |
| 2021.201 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT BIND EMETINE | Utility: Non-Provisional | 14/211,880 | 3/14/2014 | United States | Pending |
| 2021.202 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT BIND EMETINE | Utility: Non-Provisional | 14/211,912 | 3/14/2014 | United States | Pending |
| 2021.601 | ANTIBODIES AND ANTIBODY FRAGMENTS THAT SPECIFICALLY BIND EMETINE | Utility: PCT | PCT/US14/29981 | 3/15/2014 | World Intellectual Property Organization | Pending |
| 2022.201 | NETWORK CONNECTIVITY METHODS AND SYSTEMS | Utility: Continuation-in-Part | 13/784,814 | 3/4/2013 | United States | Published |
| 2022.601 | NETWORK CONNECTIVITY METHODS AND SYSTEMS | Utility: PCT | PCT/US14/20440 | 3/4/2014 | World Intellectual Property Organization | Pending |
| 2023.201 | DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Utility: Non-Provisional | 14/203,436 | 3/10/2014 | United States | Pending |
| 2023.601 | DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Utility: PCT | PCT/US14/22847 | 3/10/2014 | World Intellectual Property Organization | Pending |
| 2024.102 | METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Utility: Provisional | 61/948,542 | 3/5/2014 | United States | Pending |
| 2024.103 | METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Utility: Provisional | 61/952,112 | 3/12/2014 | United States | Pending |
| 2024.201 | METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Utility: Non-Provisional | 14/214,771 | 3/15/2014 | United States | Pending |

Proprietary and Confidential

**SER-583**

RDV012810

# theran✦s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 2024.601 | METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Utility: PCT | PCT/US14/30070 | 3/15/2014 | World Intellectual Property Organization | Pending |
| 2025.201 | Nucleic Acid Amplification | Utility: Non-Provisional | 14/214,848 | 3/15/2014 | United States | Pending |
| 2025.601 | NUCLEIC ACID AMPLIFICATION | Utility: PCT | PCT/US14/30028 | 3/15/2014 | World Intellectual Property Organization | Pending |
| 2026.102 | Nucleic Acid Amplification | Utility: Provisional | 61/908,027 | 11/22/2013 | United States | Pending |
| 2026.103 | Nucleic Acid Amplification | Utility: Provisional | 62/001,050 | 5/20/2014 | United States | Pending |
| 2026.201 | Nucleic Acid Amplification | Utility: Non-Provisional | 14/214,850 | 3/15/2014 | United States | Pending |
| 2026.601 | Nucleic Acid Amplification | Utility: PCT | PCT/US14/30034 | 3/15/2014 | World Intellectual Property Organization | Pending |
| 2028.201 | THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Utility: Non-Provisional | 14/214,834 | 3/15/2014 | United States | Pending |
| 2028.601 | THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Utility: PCT | PCT/US14/30003 | 3/15/2014 | World Intellectual Property Organization | Pending |
| 2029.204 | MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Utility: Non-Provisional | 13/889,674 | 5/8/2013 | United States | Allowed |
| 2029.205 | MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Utility: Non-Provisional | 13/893,258 | 5/13/2013 | United States | Published |
| 2029.206 | MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Utility: Non-Provisional | 13/916,553 | 6/12/2013 | United States | Issued |

Proprietary and Confidential

**SER-584**

RDV012811

# theran☉s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 2030.201 | FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Utility: Non-Provisional | 14/214,602 | 3/14/2014 | United States | Pending |
| 2030.601 | FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Utility: PCT | PCT/US14/30823 | 3/17/2014 | World Intellectual Property Organization | Pending |
| 2031.201 | Nucleic Acid Amplification | Utility: Non-Provisional | 14/214,854 | 3/15/2014 | United States | Pending |
| 2031.601 | NUCLEIC ACID AMPLIFICATION | Utility: PCT | PCT/US14/30036 | 3/15/2014 | World Intellectual Property Organization | Pending |
| 2032.201 | SYSTEMS, DEVICES, AND METHODS FOR INTEGRATED PATIENT SERVICE CENTER | Utility: Non-Provisional | 14/214,599 | 3/14/2014 | United States | Pending |
| 3000.102 | METHODS FOR OBTAINING BLOOD FROM A SUBJECT | Utility: Provisional | 61/874,893 | 9/6/2013 | United States | Pending |
| 3000.201 | METHODS FOR OBTAINING BLOOD FROM A SUBJECT | Utility: Non-Provisional | 14/220,013 | 3/19/2014 | United States | Pending |
| 3001.102 | METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Utility: Provisional | 62/011,016 | 6/11/2014 | United States | Pending |
| 3001.601 | METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Utility: PCT | PCT/US14/32071 | 3/27/2014 | World Intellectual Property Organization | Pending |
| 3002.601 | BIOLOGICAL SAMPLE PROCESSING | Utility: PCT | PCT/US14/32092 | 3/27/2014 | World Intellectual Property Organization | Pending |
| 3004.102 | Methods, Devices and Systems for Secure Transport of Materials | Utility: Provisional | 61/864,505 | 8/9/2013 | United States | Pending |
| 3004.201 | Methods, Devices and Systems for Secure Transport of Materials | Utility: Non-Provisional | 14/259,105 | 4/22/2014 | United States | Pending |

**SER-585**

RDV012812

# theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 3004.601 | METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Utility: PCT | PCT/US14/35050 | 4/22/2014 | World Intellectual Property Organization | Pending |
| 3005.101 | Methods for Improving Assays of Biological Samples | Utility: Provisional | 61/858,589 | 7/25/2013 | United States | Pending |
| 3005.102 | METHODS FOR IMPROVING ASSAYS OF BIOLOGICAL SAMPLES | Utility: Provisional | 61/903,346 | 11/12/2013 | United States | Pending |
| 3006.201 | Antibodies and Antibody Fragments That Specifically Bind C-Reactive Protein | Utility: Non-Provisional | 14/292,582 | 5/30/2014 | United States | Pending |
| 3007.201 | Antibodies and Antibody Fragments that Specifically Bind Triiodothyronine (T3) | Utility: Non-Provisional | 14/295,152 | 6/3/2014 | United States | Pending |
| 3008.201 | Devices, Systems, and Methods for Cell Analysis in Microgravity | Utility: Non-Provisional | 14/309,689 | 6/19/2014 | United States | Pending |
| 3009.201 | METHODS AND DEVICES FOR SMALL VOLUME LIQUID CONTAINMENT | Utility: Non-Provisional | 14/309,877 | 6/19/2014 | United States | Pending |
| 3010.201 | METHODS AND DEVICES FOR SAMPLE ANALYSIS | Utility: Non-Provisional | 14/309,888 | 6/19/2014 | United States | Pending |
| 3011.101 | SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Utility: Provisional | 61/858,604 | 7/25/2013 | United States | Pending |
| 3012.101 | SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Utility: Provisional | 61/874,976 | 9/6/2013 | United States | Pending |
| 3012.102 | SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Utility: Provisional | 61/885,462 | 10/1/2013 | United States | Pending |
| 3012.103 | Systems and Methods for Detecting Infectious Diseases | Utility: Provisional | 62/001,039 | 5/20/2014 | United States | Pending |
| 3012.104 | Systems and MEthods for Detecting infectious diseases | Utility: Provisional | 62/001,053 | 5/21/2014 | United States | Pending |
| 3012.105 | Systems and Methods for Detecting Infectious Diseases | Utility: Provisional | 62/010,382 | 6/10/2014 | United States | Pending |
| 3013.101 | DEVICES, METHODS AND SYSTEMS FOR REDUCING SAMPLE VOLUME | Utility: Provisional | 61/875,678 | 9/9/2013 | United States | Pending |

Proprietary and Confidential

**SER-586**

RDV012813

theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 3013.102 | Devices, Methods and Systems for Reducing Sample Volume | Utility: Provisional | 61/888,318 | 10/8/2013 | United States | Pending |
| 3014.101 | Methods, Devices, and Systems Having Multiple Passwords | Utility: Provisional | 61/877,560 | 9/13/2013 | United States | Pending |
| 3015.101 | SYSTEMS AND METHODS FOR APPOINTMENT SCHEDULING AND CHECK IN | Utility: Provisional | 61/875,108 | 9/8/2013 | United States | Pending |
| 3015.102 | SYSTEMS AND METHODS FOR APPOINTMENT SCHEDULING AND CHECK IN | Utility: Provisional | 61/899,869 | 11/4/2013 | United States | Pending |
| 3015.103 | SYSTEMS AND METHODS FOR APPOINTMENT SCHEDULING AND CHECK IN | Utility: Provisional | 61/900,985 | 11/6/2013 | United States | Pending |
| 3015.104 | SYSTEMS AND METHODS FOR APPOINTMENT SCHEDULING AND CHECK IN | Utility: Provisional | 62/001,542 | 5/21/2014 | United States | Pending |
| 3016.101 | SYSTEMS AND METHODS FOR LABORATORY TESTING AND RESULTS MANAGEMENT | Utility: Provisional | 61/874,983 | 9/6/2013 | United States | Pending |
| 3016.102 | SYSTEMS AND METHODS FOR LABORATORY TESTING AND RESULT MANAGEMENT | Utility: Provisional | 62/010,421 | 6/10/2014 | United States | Pending |
| 3016.201 | SYSTEMS AND METHODS FOR LABORATORY TESTING AND RESULT MANAGEMENT | Utility: Non-Provisional | 14/020,785 | 9/6/2013 | United States | Pending |
| 3018.101 | SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE TRANSPORT | Utility: Provisional | 61/875,030 | 9/7/2013 | United States | Pending |
| 3019.101 | Methods and Systems for Obtaining Clinical Samples | Utility: Provisional | 61/875,092 | 9/8/2013 | United States | Pending |
| 3019.102 | METHODS AND SYSTEMS FOR OBTAINING CLINICAL SAMPLES | Utility: Provisional | 61/894,166 | 10/22/2013 | United States | Pending |
| 3020.101 | Systems, devices, and methods for integrated patient service center | Utility: Provisional | 61/959,958 | 9/6/2013 | United States | Pending |
| 3021.101 | SYSTEMS AND METHODS FOR ANALYTE TESTING AND DATA MANAGEMENT | Utility: Provisional | 61/875,033 | 9/7/2013 | United States | Pending |
| 3021.102 | SYSTEMS AND METHODS FOR ANALYTE TESTING AND DATA MANAGEMENT | Utility: Provisional | 61/875,687 | 9/9/2013 | United States | Pending |
| 3022.101 | SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE TRANSPORT | Utility: Provisional | 61/875,107 | 9/8/2013 | United States | Pending |

Trial Exh. 4858 Page 000142

**SER-587**

RDV012814

# theran●s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 3023.101 | SYSTEMS AND METHODS FOR ANALYTE TESTING AND LABORATORY OVERSIGHT | Utility: Provisional | 61/879,671 | 9/18/2013 | United States | Pending |
| 3023.102 | SYSTEMS AND METHODS FOR ANALYTE TESTING AND LABORATORY OVERSIGHT | Utility: Provisional | 61/879,667 | 9/18/2013 | United States | Pending |
| 3023.103 | SYSTEMS AND METHODS FOR ANALYTE TESTING AND LABORATORY OVERSIGHT | Utility: Provisional | 61/882,624 | 9/25/2013 | United States | Pending |
| 3023.104 | SYSTEMS AND METHODS FOR SAMPLE HANDLING | Utility: Provisional | 61/944,567 | 2/25/2014 | United States | Pending |
| 3024.101 | DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Utility: Provisional | 61/879,664 | 9/18/2013 | United States | Pending |
| 3024.102 | DEVICES, SYSTEMS, METHODS AND KITS FOR RECEIVING A SWAB | Utility: Provisional | 61/885,467 | 10/1/2013 | United States | Pending |
| 3025.101 | Methods and Systems for Obtaining Clinical Samples | Utility: Provisional | 61/890,870 | 10/14/2013 | United States | Pending |
| 3026.101 | SYSTEMS AND METHODS FOR ORDERING LABORATORY TESTS AND PROVIDING RESULTS THEREOF | Utility: Provisional | 61/895,239 | 10/24/2013 | United States | Pending |
| 3027.101 | METHODS AND SYSTEMS FOR A SAMPLE COLLECTION DEVICE WITH A NOVELTY EXTERIOR | Utility: Provisional | 61/902,777 | 11/11/2013 | United States | Pending |
| 3028.101 | Preventive Medicine and Optimizing Health | Utility: Provisional | 62/004,134 | 5/28/2014 | United States | Pending |
| 3029.101 | Methods for Analysis of Small Samples | Utility: Provisional | 61/993,566 | 5/15/2014 | United States | Pending |
| 3030.101 | UNIFIED DETECTION SYSTEM FOR FLUOROMETRY, LUMINOMETRY AND SPECTROMETRY | Utility: Provisional | 61/930,357 | 1/22/2014 | United States | Pending |
| 3031.101 | SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Utility: Provisional | 61/944,557 | 2/25/2014 | United States | Pending |
| 3032.101 | Nucleic Acid Amplification | Utility: Provisional | 62/001,032 | 5/20/2014 | United States | Pending |
| 3032.102 | Nucleic Acid Amplification | Utility: Provisional | 62/001,042 | 5/20/2014 | United States | Pending |

Proprietary and Confidential

**SER-588**

RDV012815

# theran�066s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 3033.101 | Devices and Methods for use with a Sample Container | Utility: Provisional | 62/011,572 | 6/13/2014 | United States | Pending |
| 30696-704.201 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Non-Provisional | 10/937,872 | 9/10/2004 | United States | Issued |
| 30696-704.301 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Non-Provisional | 13/049,813 | 3/16/2011 | United States | Published |
| 30696-704.401 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Non-Provisional | 11/202,206 | 8/12/2005 | United States | Issued |
| 30696-704.402 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Non-Provisional | 11/202,231 | 8/12/2005 | United States | Issued |
| 30696-704.611 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | European Patent Office | Issued |
| 30696-704.612 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Divisional | 10179887.4 | 9/10/2004 | European Patent Office | Pending |
| 30696-704.621 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Germany | Issued |
| 30696-704.631 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | France | Issued |
| 30696-704.641 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | United Kingdom | Issued |
| 30696-704.650 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Austria | Issued |
| 30696-704.651 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Belgium | Issued |
| 30696-704.653 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Switzerland | Issued |
| 30696-704.654 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Cyprus | Issued |
| 30696-704.656 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Denmark | Issued |
| 30696-704.658 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Spain | Issued |

Proprietary and Confidential

**SER-589**

RDV012816

# theranos

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-704.659 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Finland | Issued |
| 30696-704.660 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Greece | Issued |
| 30696-704.661 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Hungary | Issued |
| 30696-704.662 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Ireland | Issued |
| 30696-704.663 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Italy | Issued |
| 30696-704.664 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Luxembourg | Issued |
| 30696-704.665 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Monaco | Issued |
| 30696-704.666 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Netherlands | Issued |
| 30696-704.667 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Portugal | Issued |
| 30696-704.669 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Sweden | Issued |
| 30696-704.672 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Turkey | Issued |
| 30696-704.681 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 2004272062 | 9/10/2004 | Australia | Issued |
| 30696-704.682 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 2010241506 | 9/10/2004 | Australia | Issued |
| 30696-704.683 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Divisional | 2012213965 | 9/10/2004 | Australia | Pending |
| 30696-704.701 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 2,538,038 | 9/10/2004 | Canada | Pending |

Proprietary and Confidential

**SER-590**

RDV012817

# theran●s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-704.702 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign Divisional | 2,852,974 | 5/30/2014 | Canada | Pending |
| 30696-704.711 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | CN 0480030548.5 | 9/10/2004 | China | Issued |
| 30696-704.731 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 174103 | 9/10/2004 | Israel | Issued |
| 30696-704.741 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 1291/DELNP/06 | 9/10/2004 | India | Issued |
| 30696-704.742 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Divisional | 7135/DELNP/09 | 9/10/2004 | India | Pending |
| 30696-704.761 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 2006-526288 | 9/10/2004 | Japan | Issued |
| 30696-704.762 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign Divisional | 2010-96515 | 9/10/2004 | Japan | Issued |
| 30696-704.763 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Divisional | 2012-179402 | 9/10/2004 | Japan | Published |
| 30696-704.764 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Divisional | 2014-092245 | 4/28/2014 | Japan | Pending |
| 30696-704.771 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 10-06-7006816 | 9/10/2004 | Republic of Korea | Issued |
| 30696-704.772 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 10-2012-7008407 | 9/10/2004 | Republic of Korea | Issued |
| 30696-704.773 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Divisional | 10-2012-7022103 | 9/10/2004 | Republic of Korea | Pending |
| 30696-704.774 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Divisional | 10-2012-7032495 | 9/10/2004 | Republic of Korea | Pending |
| 30696-704.775 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Divisional | 10-2013-7032653 | 12/9/2013 | Republic of Korea | Pending |
| 30696-704.791 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 546432 | 9/10/2004 | New Zealand | Issued |

Trial Exh. 4858 Page 000146

SER-591

RDV012818

# theranos

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-704.792 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 580449 | 9/10/2004 | New Zealand | Issued |
| 30696-704.891 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | HK 11110543.8 | 9/10/2004 | Hong Kong | Pending |
| 30696-704.941 | MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Utility: Foreign | 0 478 8658.5 | 9/10/2004 | Poland | Issued |
| 30696-707.201 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Non-Provisional | 11/389,409 | 3/24/2006 | United States | Issued |
| 30696-707.301 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Non-Provisional | 12/576,197 | 10/8/2009 | United States | Issued |
| 30696-707.305 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Continuation | 13/647,325 | 10/8/2012 | United States | Published |
| 30696-707.306 | Systems and Methods for Analying Bodily Fluids | Utility: Continuation | 13/896,171 | 5/16/2013 | United States | Pending |
| 30696-707.611 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 6748733 | 3/24/2006 | European Patent Office | Published |
| 30696-707.681 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 2006244617 | 3/24/2006 | Australia | Issued |
| 30696-707.682 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Divisional | 2013201509 | 3/24/2006 | Australia | Pending |
| 30696-707.701 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 2610294 | 3/24/2006 | Canada | Pending |
| 30696-707.711 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 200680024658.X | 3/24/2006 | China | Published |
| 30696-707.731 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 187272 | 3/24/2006 | Israel | Pending |
| 30696-707.732 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Divisional | 232544 | 5/11/2014 | Israel | Pending |
| 30696-707.741 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 9452/DELNP/07 | 3/24/2006 | India | Published |
| 30696-707.761 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 2008-511111 | 3/24/2006 | Japan | Published |

# theranos

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-707.762 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Divisional | 2012-81306 | 3/24/2006 | Japan | Pending |
| 30696-707.763 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Divisional | 2012-238759 | 3/24/2006 | Japan | Pending |
| 30696-707.771 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 2007-7028881 | 3/24/2006 | Republic of Korea | Allowed |
| 30696-707.772 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Divisional | 10-2011-7006832 | 12/10/2007 | Republic of Korea | Pending |
| 30696-707.773 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 10-2013-7005225 | 3/24/2006 | Republic of Korea | Allowed |
| 30696-707.7731 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Divisional | 10-2013-7027526 | 3/24/2006 | Republic of Korea | Pending |
| 30696-707.781 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | a/2007/013985 | 3/24/2006 | Mexico | Issued |
| 30696-707.782 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Divisional | a/2013/001275 | 3/24/2006 | Mexico | Allowed |
| 30696-707.783 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Non-Provisional | a/2013/001320 | 3/24/2006 | Mexico | Pending |
| 30696-707.791 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 564141 | 3/24/2006 | New Zealand | Issued |
| 30696-707.792 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 590930 | 3/24/2006 | New Zealand | Issued |
| 30696-707.793 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 599522 | 3/24/2006 | New Zealand | Issued |
| 30696-707.794 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 603604 | 3/24/2006 | New Zealand | Issued |
| 30696-707.795 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 603613 | 3/24/2006 | New Zealand | Issued |
| 30696-707.796 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Divisional | 620811 | 3/24/2006 | New Zealand | Pending |
| 30696-707.891 | POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Utility: Foreign | 10102788 | 3/24/2006 | Hong Kong | Published |

Proprietary and Confidential

**SER-593**

RDV012820

# theran⬤s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-709.201 | Systems and methods for improving medical treatments | Utility: Non-Provisional | 11/388,415 | 3/24/2006 | United States | Issued |
| 30696-709.401 | Systems and methods for improving medical treatments | Utility: Divisional | 14/080,727 | 11/14/2013 | United States | Pending |
| 30696-710.201 | Systems and methods for conducting animal studies | Utility: Non-Provisional | 11/388,823 | 3/24/2006 | United States | Allowed |
| 30696-711.201 | CALIBRATION OF FLUIDIC DEVICES | Utility: Non-Provisional | 11/388,824 | 3/24/2006 | United States | Issued |
| 30696-711.301 | CALIBRATION OF FLUIDIC DEVICES | Utility: Non-Provisional | 12/986,954 | 1/7/2011 | United States | Published |
| 30696-712.301 | Fluidic Medical Devices and Uses Thereof | Utility: Non-Provisional | 12/625,430 | 11/24/2009 | United States | Published |
| 30696-713.201 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Non-Provisional | 11/746,535 | 5/9/2007 | United States | Issued |
| 30696-713.301 | Real-Time Detection of Influenza Virus | Utility: Non-Provisional | 13/187,960 | 7/21/2011 | United States | Issued |
| 30696-713.611 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | European Patent Office | Issued |
| 30696-713.612 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 11180769.6 | 5/10/2007 | European Patent Office | Issued |
| 30696-713.613 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign Divisional | 14 174846.7 | 6/27/2014 | European Patent Office | Pending |
| 30696-713.621 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Germany | Issued |
| 30696-713.631 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | France | Issued |
| 30696-713.641 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | United Kingdom | Issued |
| 30696-713.651 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Belgium | Issued |

Proprietary and Confidential

**SER-594**

RDV012821

# theran∙s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-713.653 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Switzerland | Issued |
| 30696-713.656 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Denmark | Issued |
| 30696-713.658 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Spain | Issued |
| 30696-713.662 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Ireland | Issued |
| 30696-713.663 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Italy | Issued |
| 30696-713.664 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Luxembourg | Issued |
| 30696-713.666 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Netherlands | Issued |
| 30696-713.669 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Sweden | Issued |
| 30696-713.672 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 7762092 | 5/10/2007 | Turkey | Issued |
| 30696-713.681 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 2007249334 | 5/10/2007 | Australia | Issued |
| 30696-713.682 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Divisional | 2013270537 | 12/12/2013 | Australia | Pending |
| 30696-713.701 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 2650455 | 5/10/2007 | Canada | Pending |
| 30696-713.711 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 780016504 | 5/10/2007 | China | Issued |
| 30696-713.712 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Foreign | 2.01E+11 | 5/10/2007 | China | Published |
| 30696-713.712-HK | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 13114296.7 | 12/26/2013 | Hong Kong | Published |

Proprietary and Confidential

**SER-595**

RDV012822

# theran☘s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-713.731 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 195108 | 5/10/2007 | Israel | Issued |
| 30696-713.741 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 9081/DELNP/08 | 5/10/2007 | India | Published |
| 30696-713.761 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 2009-510174 | 5/10/2007 | Japan | Issued |
| 30696-713.762 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 2011-237908 | 5/10/2007 | Japan | Allowed |
| 30696-713.763 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Divisional | 2013-247236 | 5/10/2007 | Japan | Published |
| 30696-713.771 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 2008-7028354 | 5/10/2007 | Republic of Korea | Allowed |
| 30696-713.772 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Divisional | 10-2013-7033688 | 12/18/2013 | Republic of Korea | Pending |
| 30696-713.773 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign Divisional | 10-2014-7017496 | 6/25/2014 | Republic of Korea | Pending |
| 30696-713.781 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | a/2008/014224 | 5/10/2007 | Mexico | Issued |
| 30696-713.782 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Divisional | MX/a/2012/003367 | 5/10/2007 | Mexico | Allowed |
| 30696-713.783 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Continuation | MX/a/2014/008154 | 7/2/2014 | Mexico | Pending |
| 30696-713.791 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 572480 | 5/10/2007 | New Zealand | Issued |
| 30696-713.891 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 9104140.2 | 5/10/2007 | Hong Kong | Issued |
| 30696-713.892 | REAL-TIME DETECTION OF INFLUENZA VIRUS | Utility: Foreign | 12109767.8 | 5/10/2007 | Hong Kong | Published |
| 30696-715.201 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Non-Provisional | 11/549,558 | 10/13/2006 | United States | Issued |

Proprietary and Confidential

**SER-596**

RDV012823

# theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-715.301 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Non-Provisional | 11/685,615 | 3/13/2007 | United States | Issued |
| 30696-715.302 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Non-Provisional | 13/188,288 | 7/21/2011 | United States | Issued |
| 30696-715.303 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Continuation | 13/915,362 | 6/11/2013 | United States | Published |
| 30696-715.611 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 7868405.7 | 10/10/2007 | European Patent Office | Published |
| 30696-715.612 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Divisional | 13161756.5 | 10/10/2007 | European Patent Office | Published |
| 30696-715.681 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 2007324129 | 10/10/2007 | Australia | Issued |
| 30696-715.682 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Divisional | 2013267006 | 12/4/2013 | Australia | Pending |
| 30696-715.701 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 2666338 | 10/10/2007 | Canada | Pending |
| 30696-715.711 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 2.01E+11 | 10/10/2007 | China | Published |
| 30696-715.731 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 198113 | 10/10/2007 | Israel | Allowed |
| 30696-715.7311 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Divisional | 227945 | 10/10/2007 | Israel | Allowed |
| 30696-715.741 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 2233/DELNP/09 | 10/10/2007 | India | Published |
| 30696-715.761 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 2009-532550 | 10/10/2007 | Japan | Issued |
| 30696-715.762 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 2013-37058 | 10/10/2007 | Japan | Pending |
| 30696-715.763 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign Divisional | 2014-121153 | 6/12/2014 | Japan | Pending |

Proprietary and Confidential

**SER-597**

RDV012824

theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-715.771 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 2009-7009660 | 10/10/2007 | Republic of Korea | Pending |
| 30696-715.772 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Divisional | 10-2014-7007309 | 3/19/2014 | Republic of Korea | Pending |
| 30696-715.781 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | a/2009/003572 | 10/10/2007 | Mexico | Issued |
| 30696-715.782 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | a/2012/009292 | 10/10/2007 | Mexico | Pending |
| 30696-715.791 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 576116 | 10/10/2007 | New Zealand | Issued |
| 30696-715.792 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 600177 | 10/10/2007 | New Zealand | Issued |
| 30696-715.7921 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Divisional | 616116 | 10/10/2007 | New Zealand | Pending |
| 30696-715.891 | REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Utility: Foreign | 9111657.2 | 10/10/2007 | Hong Kong | Published |
| 30696-720.301 | DETECTION AND QUANTIFICATION OF ANALYTES IN BODILY FLUIDS | Utility: Continuation | 12/750,518 | 3/30/2010 | United States | Issued |
| 30696-722.501 | Systems and Methods of Sample Processing and Fluid Control in a Fluidic System | Utility: Non-Provisional | 11/554,509 | 10/30/2006 | United States | Issued |
| 30696-725.301 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Non-Provisional | 13/609,144 | 9/10/2012 | United States | Issued |
| 30696-725.302 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Continuation | 14/011,730 | 8/27/2013 | United States | Published |
| 30696-725.401 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Non-Provisional | 13/244,762 | 9/26/2011 | United States | Issued |
| 30696-725.611 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 09 723974.3 | 3/26/2009 | European Patent Office | Published |
| 30696-725.681 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 2009228145 | 3/26/2009 | Australia | Issued |
| 30696-725.6811 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Divisional | 2013231105 | 3/26/2009 | Australia | Pending |

Proprietary and Confidential

SER-598

RDV012825

theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-725.691 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | PI 0910608-1 | 3/26/2009 | Brazil | Pending |
| 30696-725.701 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 2,719,625 | 3/26/2009 | Canada | Pending |
| 30696-725.711 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 2.01E+11 | 3/26/2009 | China | Published |
| 30696-725.731 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 208323 | 3/26/2009 | Israel | Pending |
| 30696-725.741 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 6605/CHENP/10 | 3/26/2009 | India | Published |
| 30696-725.761 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 2011-502079 | 3/26/2009 | Japan | Issued |
| 30696-725.762 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Divisional | 2014-38435 | 2/28/2014 | Japan | Pending |
| 30696-725.771 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 2010-7023945 | 3/26/2009 | Republic of Korea | Pending |
| 30696-725.781 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | a/2010/010400 | 3/26/2009 | Mexico | Pending |
| 30696-725.782 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Divisional | MX/a/2014/000377 | 1/9/2014 | Mexico | Pending |
| 30696-725.791 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 588741 | 3/26/2009 | New Zealand | Allowed |
| 30696-725.7911 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Divisional | 614566 | 3/26/2009 | New Zealand | Pending |
| 30696-725.811 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 2010143465 | 3/26/2009 | Russian Federation | Pending |
| 30696-725.821 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 2010006966-4 | 3/26/2009 | Singapore | Issued |
| 30696-725.822 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Divisional | 201109703-7 | 3/26/2009 | Singapore | Pending |
| 30696-725.823 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Divisional | 201109708-6 | 3/26/2009 | Singapore | Pending |

Proprietary and Confidential

SER-599

RDV012826

# theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-725.824 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Divisional | 201109710-2 | 3/26/2009 | Singapore | Pending |
| 30696-725.891 | METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Utility: Foreign | 11111057.4 | 3/26/2009 | Hong Kong | Pending |
| 30696-726.201 | SYSTEMS AND METHODS OF FLUIDIC SAMPLE PROCESSING | Utility: Non-Provisional | 12/221,816 | 8/6/2008 | United States | Issued |
| 30696-726.301 | SYSTEMS AND METHODS OF FLUIDIC SAMPLE PROCESSING | Utility: Non-Provisional | 13/436,568 | 3/30/2012 | United States | Published |
| 30696-727.201 | MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Utility: Non-Provisional | 12/244,723 | 10/2/2008 | United States | Issued |
| 30696-727.301 | MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Utility: Non-Provisional | 13/326,023 | 12/14/2011 | United States | Published |
| 30696-727.611 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 8836072.2 | 10/2/2008 | European Patent Office | Issued |
| 30696-727.612 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 13178059.5 | 10/2/2008 | European Patent Office | Published |
| 30696-727.621 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | | 10/2/2008 | Germany | Issued |
| 30696-727.631 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | | 10/2/2008 | France | Issued |
| 30696-727.641 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | | 10/2/2008 | United Kingdom | Issued |
| 30696-727.653 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | | 10/2/2008 | Switzerland | Issued |
| 30696-727.656 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | | 10/2/2008 | Denmark | Issued |
| 30696-727.658 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | | 10/2/2008 | Spain | Issued |
| 30696-727.662 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | | 10/2/2008 | Ireland | Issued |

Proprietary and Confidential

**SER-600**

RDV012827

theranos

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-727.663 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | | 10/2/2008 | Italy | Issued |
| 30696-727.666 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | | 10/2/2008 | Netherlands | Issued |
| 30696-727.669 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | | 10/2/2008 | Sweden | Issued |
| 30696-727.681 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 2008308686 | 10/2/2008 | Australia | Pending |
| 30696-727.682 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 2013205047 | 10/2/2008 | Australia | Pending |
| 30696-727.683 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 2013205052 | 10/2/2008 | Australia | Pending |
| 30696-727.691 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | PI 0820328-8 | 10/2/2008 | Brazil | Pending |
| 30696-727.701 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 2701794 | 10/2/2008 | Canada | Allowed |
| 30696-727.711 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 880118646.2 | 10/2/2008 | China | Allowed |
| 30696-727.712 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 201310170188.X | 10/2/2008 | China | Pending |
| 30696-727.731 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 204877 | 10/2/2008 | Israel | Allowed |
| 30696-727.7311 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 223603 | 10/2/2008 | Israel | Pending |
| 30696-727.7312 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 223604 | 10/2/2008 | Israel | Pending |

Proprietary and Confidential

**SER-601**

RDV012828

# theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-727.732 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 223599 | 10/2/2008 | Israel | Pending |
| 30696-727.733 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 223600 | 10/2/2008 | Israel | Pending |
| 30696-727.734 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 223601 | 10/2/2008 | Israel | Pending |
| 30696-727.735 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 223602 | 10/2/2008 | Israel | Pending |
| 30696-727.741 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 3055/DELNP/10 | 10/2/2008 | India | Pending |
| 30696-727.761 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 2010-528139 | 10/2/2008 | Japan | Issued |
| 30696-727.762 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 2013-88250 | 10/2/2008 | Japan | Pending |
| 30696-727.763 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 2014-138289 | 7/4/2014 | Japan | Pending |
| 30696-727.771 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 2010-7009627 | 10/2/2008 | Republic of Korea | Pending |
| 30696-727.7711 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 10-2013-7025985 | 10/2/2008 | Republic of Korea | Pending |
| 30696-727.781 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | a/2010/003578 | 10/2/2008 | Mexico | Issued |
| 30696-727.782 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | a/2012/004302 | 10/2/2008 | Mexico | Issued |

Proprietary and Confidential

**SER-602**

RDV012829

# theran⦿s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-727.7821 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | a/2013/012110 | 10/2/2008 | Mexico | Pending |
| 30696-727.791 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 584963 | 10/2/2008 | New Zealand | Issued |
| 30696-727.811 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 2010117267 | 10/2/2008 | Russian Federation | Pending |
| 30696-727.812 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 2013127796 | 10/2/2008 | Russian Federation | Pending |
| 30696-727.821 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 201002319-0 | 10/2/2008 | Singapore | Issued |
| 30696-727.822 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign Divisional | 201300584-8 | 10/2/2008 | Singapore | Pending |
| 30696-727.891 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Foreign | 11104252.2 | 10/2/2008 | Hong Kong | Pending |
| 30696-732.201 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Non-Provisional | 12/906,975 | 10/18/2010 | United States | Allowed |
| 30696-732.611 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | EP10825481.4 | 10/18/2010 | European Patent Office | Pending |
| 30696-732.681 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 2010308329 | 10/18/2010 | Australia | Pending |
| 30696-732.691 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 11 2012 009196-4 | 10/18/2010 | Brazil | Pending |
| 30696-732.701 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 2,778,270 | 10/18/2010 | Canada | Pending |
| 30696-732.711 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | CN 201080057878.9 | 10/18/2010 | China | Pending |
| 30696-732.731 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 219324 | 10/18/2010 | Israel | Published |

**SER-603**

RDV012830

# theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-732.741 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 4056/DELNP/2012 | 10/18/2010 | India | Pending |
| 30696-732.761 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 2012-53283 | 10/18/2010 | Japan | Pending |
| 30696-732.771 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 10-2012-7013027 | 10/18/2010 | Republic of Korea | Pending |
| 30696-732.781 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | MX/a/2012/004620 | 10/18/2010 | Mexico | Pending |
| 30696-732.791 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 599873 | 10/18/2010 | New Zealand | Pending |
| 30696-732.792 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Divisional | 624935 | 5/13/2014 | New Zealand | Pending |
| 30696-732.811 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 201202826-2 | 10/18/2010 | Russian Federation | Pending |
| 30696-732.821 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 201202826-2 | 10/18/2010 | Singapore | Pending |
| 30696-732.861 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 1201001761 | 10/18/2010 | Thailand | Pending |
| 30696-732.891 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | 13103965 | 10/18/2010 | Hong Kong | Pending |
| 30696-732.911 | INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Utility: Foreign | PI2012001739 | 10/18/2010 | Malaysia | Pending |
| 30696-733.201 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Non-Provisional | 13/355,458 | 1/20/2012 | United States | Published |
| 30696-733.611 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 12 737013.8 | 1/20/2012 | European Patent Office | Published |
| 30696-733.631 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 227579 | 1/20/2012 | Israel | Pending |
| 30696-733.681 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 2012207090 | 1/20/2012 | Australia | Pending |
| 30696-733.682 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Divisional | 2013205019 | 1/20/2012 | Australia | Pending |

Proprietary and Confidential

**SER-604**

RDV012831

# theran⬤s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-733.683 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Divisional | 2013205020 | 1/20/2012 | Australia | Pending |
| 30696-733.691 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | BR 11 2013 018656-9 | 1/20/2012 | Brazil | Pending |
| 30696-733.701 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 2825196 | 1/20/2012 | Canada | Pending |
| 30696-733.711 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 2.01E+11 | 1/20/2012 | China | Published |
| 30696-733.731 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 227579 | 1/20/2012 | Israel | Published |
| 30696-733.741 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 6402/DELNP/2013 | 1/20/2012 | India | Pending |
| 30696-733.761 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 2013-550651 | 1/20/2012 | Japan | Published |
| 30696-733.771 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 10-2013-7021727 | 1/20/2012 | Republic of Korea | Pending |
| 30696-733.781 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | MX/a/2013/008339 | 1/20/2012 | Mexico | Pending |
| 30696-733.791 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 613457 | 1/20/2012 | New Zealand | Pending |
| 30696-733.811 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 2013137661 | 1/20/2012 | Russian Federation | Pending |
| 30696-733.821 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 201305560-3 | 1/20/2012 | Singapore | Pending |
| 30696-733.841 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 2013/05478 | 1/20/2012 | South Africa | Pending |
| 30696-733.851 | Systems and Methods for Sample Use Maximization | Utility: Foreign | 101102769 | 1/20/2012 | Taiwan, Province of China | Pending |
| 30696-733.871 | Systems and Methods for Sample Use Maximization | Utility: Foreign | 20120100204 | 1/20/2012 | Argentina | Published |

Proprietary and Confidential

**SER-605**

RDV012832

# theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-733.891 | SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Utility: Foreign | 14105512.2 | 6/11/2014 | Hong Kong | Pending |
| 30696-737.201 | DRUG MONITORING AND REGULATION SYSTEMS AND METHODS | Utility: Non-Provisional | 14/059,173 | 10/21/2013 | United States | Published |
| 30696-737.601 | DRUG MONITORING AND REGULATION SYSTEMS AND METHODS | Utility: PCT | PCT/US13/66238 | 10/22/2013 | World Intellectual Property Organization | Published |
| 30696-738.201 | METHODS FOR DETECTING AND MEASURING AGGREGATION | Utility: Non-Provisional | 13/944,857 | 7/17/2013 | United States | Published |
| 30696-738.601 | METHODS FOR DETECTING AND MEASURING AGGREGATION | Utility: PCT | PCT/US13/51165 | 7/18/2013 | World Intellectual Property Organization | Published |
| 30696-740.301 | SYSTEMS AND METHODS FOR FLUID HANDLING | Utility: Continuation | 13/933,035 | 7/1/2013 | United States | Published |
| 30696-740.501 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Non-Provisional | 13/244,947 | 9/26/2011 | United States | Issued |
| 30696-740.502 | Systems and methods for multi-purpose analysis | Utility: Non-Provisional | 13/244,949 | 9/26/2011 | United States | Published |
| 30696-740.503 | SYSTEMS AND METHODS FOR DIAGNOSIS OR TREATMENT | Utility: Non-Provisional | 13/244,956 | 9/26/2011 | United States | Published |
| 30696-740.504 | SYSTEMS AND METHODS FOR FLUID HANDLING | Utility: Non-Provisional | 13/244,952 | 9/26/2011 | United States | Issued |
| 30696-740.505 | FLUID HANDLING APPARATUS AND CONFIGURATIONS | Utility: Non-Provisional | 13/244,950 | 9/26/2011 | United States | Published |
| 30696-740.507 | CENTRIFUGE CONFIGURATIONS | Utility: Non-Provisional | 13/244,954 | 9/26/2011 | United States | Published |
| 30696-740.601 | SYSTEMS AND METHODS FOR MULTI-PURPOSE ANALYSIS | Utility: PCT | PCT/US11/53188 | 9/25/2011 | World Intellectual Property Organization | Published |

Trial Exh. 4858 Page 000161

**SER-606**

RDV012833

# theranos

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-740.602 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: PCT | PCT/US12/57155 | 9/25/2012 | World Intellectual Property Organization | Published |
| 30696-740.681 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | 2012318963 | 9/25/2012 | Australia | Pending |
| 30696-740.682 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Divisional | 2013205132 | 9/25/2012 | Australia | Pending |
| 30696-740.683 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Divisional | 2013205139 | 9/25/2012 | Australia | Pending |
| 30696-740.684 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Divisional | 2013205142 | 9/25/2012 | Australia | Pending |
| 30696-740.851 | Systems and Methods for Multi-Analysis | Utility: Foreign | 101135220 | 9/25/2012 | Taiwan, Province of China | Pending |
| 30696-740.871 | SYSTEMS AND METHODS FOR MULTI-PURPOSE ANALYSIS | Utility: Foreign | 20120103532 | 9/25/2012 | Argentina | Pending |
| 30696-741.201 | METHODS AND SYSTEMS FOR FACILITATING NETWORK CONNECTIVITY | Utility: Non-Provisional | 13/244,836 | 9/26/2011 | United States | Issued |
| 30696-741.301 | Methods and Systems for Network Connectivity | Utility: Non-Provisional | 13/764,642 | 2/11/2013 | United States | Published |
| 30696-741.601 | NETWORK CONNECTIVITY METHODS AND SYSTEMS | Utility: PCT | PCT/US12/57093 | 9/25/2012 | World Intellectual Property Organization | Published |
| 30696-741.681 | NETWORK CONNECTIVITY METHODS AND SYSTEMS | Utility: Foreign | 2012316309 | 9/25/2012 | Australia | Pending |
| 30696-741.682 | NETWORK CONNECTIVITY METHODS AND SYSTEMS | Utility: Divisional | 2013204914 | 9/25/2012 | Australia | Pending |
| 30696-741.851 | METHODS AND SYSTEMS FOR FACILITATING NETWORK CONNECTIVITY | Utility: Foreign | 101135417 | 9/26/2012 | Taiwan, Province of China | Pending |

**SER-607**

RDV012834

theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 30696-743.301 | SYSTEMS AND METHODS FOR COLLECTING AND TRANSMITTING ASSAY RESULTS | Utility: Non-Provisional | 13/768,748 | 2/15/2013 | United States | Published |
| 30696-743.501 | SYSTEMS AND METHODS FOR COLLECTING AND TRANSMITTING ASSAY RESULTS | Utility: Non-Provisional | 13/244,946 | 9/26/2011 | United States | Issued |
| 30696-743.601 | SYSTEMS AND METHODS FOR COLLECTING AND TRANSMITTING ASSAY RESULTS | Utility: PCT | PCT/US11/53189 | 9/25/2011 | World Intellectual Property Organization | Published |
| 30696-745.201 | ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Utility: Non-Provisional | 14/059,195 | 10/21/2013 | United States | Published |
| 30696-745.601 | ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Utility: PCT | PCT/US13/65981 | 10/21/2013 | World Intellectual Property Organization | Published |
| 30696-749.201 | INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Utility: Non-Provisional | 14/019,946 | 9/6/2013 | United States | Published |
| 30696-749.601 | INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Utility: PCT | PCT/US13/58450 | 9/6/2013 | World Intellectual Property Organization | Published |
| 30696-751.201 | LOW-VOLUME COAGULATION ASSAY | Utility: Non-Provisional | 13/944,863 | 7/17/2013 | United States | Published |
| 30696-751.601 | LOW-VOLUME COAGULATION ASSAY | Utility: PCT | PCT/US2013/051162 | 7/18/2013 | World Intellectual Property Organization | Published |
| 713.302 | REAL-TIME DETECTION OF INFLUENZA VIRUS Detection and Quantification of Analytes in | Utility: Non-Provisional | 14/155,150 | 1/14/2014 | United States | Pending |
| 720.302 | Bodily Fluids Systems and Methods of Sample Processing and | Utility: Non-Provisional | 14/285,562 | 5/22/2014 | United States | Pending |
| 722.502 | Fluid Control in a Fluidic System | Utility: Non-Provisional | 14/270,618 | 5/6/2014 | United States | Pending |

Trial Exh. 4858 Page 000163

**SER-608**

RDV012835

# theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 727.892 | MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Utility: Non-Provisional | 14103531.4 | 4/11/2014 | Hong Kong | Published |
| 739.201 | METHODS, SYSTEMS, AND DEVICES FOR REAL TIME EXECUTION AND OPTIMIZATION OF CONCURRENT TEST PROTOCOLS ON A SINGLE DEVICE | Utility: Non-Provisional | 14/181,486 | 2/14/2014 | United States | Pending |
| 739.601 | METHODS, SYSTEMS, AND DEVICES FOR REAL TIME EXECUTION AND OPTIMIZATION OF CONCURRENT TEST PROTOCOLS ON A SINGLE DEVICE | Utility: PCT | PCT/US14/16548 | 2/14/2014 | World Intellectual Property Organization | Pending |
| 740.611 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | 12 838242.1 | 3/20/2014 | European Patent Office | Pending |
| 740.691 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | BR11 2014 007073-3 | 3/25/2014 | Brazil | Pending |
| 740.701 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | 2,849,104 | 3/18/2014 | Canada | Pending |
| 740.711 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | 2.01E+11 | 5/23/2014 | China | Pending |
| 740.731 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | 231639 | 3/20/2014 | Israel | Pending |
| 740.741 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Foreign | 2197/DELNP/2014 | 3/22/2014 | India | Pending |
| 740.761 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | | 3/24/2014 | Japan | Pending |
| 740.771 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | 10-2014-7011324 | 4/25/2014 | Republic of Korea | Pending |
| 740.781 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | MX/a/2014/002991 | 3/13/2014 | Mexico | Pending |
| 740.811 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | 2014109864 | 3/14/2014 | Russian Federation | Pending |
| 740.821 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | 11201400832S | 3/20/2014 | Singapore | Pending |

Proprietary and Confidential

**SER-609**

RDV012836

theran•s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| 740.841 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | 2014/02984 | 4/24/2014 | South Africa | Pending |
| 740.861 | SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Utility: Foreign | 1401001625 | 3/25/2014 | Thailand | Pending |
| 741.611 | NETWORK CONNECTIVITY METHODS AND SYSTEMS | Utility: Foreign | 12836129.2 | 4/25/2014 | European Patent Office | Pending |
| 741.711 | NETWORK CONNECTIVITY METHODS AND SYSTEMS | Utility: Foreign | 2.01E+11 | 5/26/2014 | China | Pending |
| 741.741 | NETWORK CONNECTIVITY METHODS AND SYSTEMS | Utility: Foreign | 3282/DELNP/2014 | 4/23/2014 | India | Pending |
| 741.761 | NETWORK CONNECTIVITY METHODS AND SYSTEMS | Utility: Foreign | | 3/26/2014 | Japan | Pending |
| 741.771 | NETWORK CONNECTIVITY METHODS AND SYSTEMS | Utility: Foreign | 10-2014-7011290 | 4/25/2014 | Republic of Korea | Pending |
| D001.101 | SAMPLE CONTAINER | Design | 29/466,411 | 9/6/2013 | United States | Pending |
| D001.102 | SAMPLE CONTAINER | Design | 29/466,412 | 9/6/2013 | United States | Pending |
| D001.103 | SAMPLE CONTAINER | Design | 29/466,413 | 9/6/2013 | United States | Pending |
| D001.104 | SAMPLE CONTAINER | Design | 29/466,415 | 9/6/2013 | United States | Pending |
| D002.101 | Blood Collection Device | Design | 29/466,434 | 9/8/2013 | United States | Pending |
| D002.102 | Blood Collection Device | Design | 29/466,435 | 9/8/2013 | United States | Pending |
| D002.103 | Blood Collection Device | Design | 29/466,436 | 9/8/2013 | United States | Pending |
| D002.104 | Blood Collection Device | Design | 29/466,437 | 9/8/2013 | United States | Pending |
| D003.101 | VENOUS BLOOD COLLECTION DEVICE | Design | 29/466,438 | 9/8/2013 | United States | Pending |
| D003.102 | VENOUS BLOOD COLLECTION DEVICE | Design | 29/466,439 | 9/8/2013 | United States | Pending |
| D004.101 | Shipping Container | Design | 29/466,440 | 9/8/2013 | United States | Pending |
| D004.102 | SHIPPING CONTAINER | Design | 29/466,441 | 9/8/2013 | United States | Pending |
| D004.103 | Shipping Container | Design | 29/466,442 | 9/8/2013 | United States | Pending |
| D004.104 | Shipping Container | Design | 29/466,443 | 9/8/2013 | United States | Pending |
| D004.105 | SHIPPING CONTAINER | Design | 29/466,710 | 9/10/2013 | United States | Pending |
| D004.106 | SHIPPING CONTAINER | Design | 29/466,739 | 9/11/2013 | United States | Pending |

Proprietary and Confidential

**SER-610**

RDV012837

theran●s

| Attorney Reference | Title | Type | Application Number | Filing Date | Country | Status |
|---|---|---|---|---|---|---|
| D005.101 | FINGER WARMER | Design | 29/467,883 | 9/24/2013 | United States | Allowed |
| D006.103 | NOVELTY BLOOD COLLECTION DEVICE | Design | 29/466,709 | 9/10/2013 | United States | Pending |

Proprietary and Confidential

**SER-611**

RDV012838

Trade mark Summary

SER-612

RDV012839

theran●s

## *Trademark Status Report (by mark)*

| *Trademark* | *Country* | *Class* | *App. Date* | *App. No.* | *Reg. Date* | *Reg. No.* | *Status* |
|---|---|---|---|---|---|---|---|
| ASYMMETRICAL Shape Logo | Brazil | 10 | 10/24/2012 | 840308965 | | | Abandoned |
| ASYMMETRICAL Shape Logo | Brazil | 44 | 10/24/2012 | 840308949 | | | Abandoned |
| ASYMMETRICAL Shape Logo | Canada | 10; 44 | 10/24/2012 | 1599491 | | | Abandoned |
| ASYMMETRICAL Shape Logo | China | 10 | 10/24/2012 | 11645674 | | | Abandoned |
| ASYMMETRICAL Shape Logo | China | 44 | 10/24/2012 | 11645678 | | | Abandoned |
| ASYMMETRICAL Shape Logo | European Union | 10; 42; 44 | 10/24/2012 | 011291929 | 3/22/2013 | 011291929 | Registered - DNR |
| ASYMMETRICAL Shape Logo | India | 10; 44 | 10/26/2012 | 2417754 | | | Abandoned |
| ASYMMETRICAL Shape Logo | Japan | 10; 44 | 10/24/2012 | 2012086261 | 11/15/2013 | 5629827 | Registered - DNR |
| ASYMMETRICAL Shape Logo | Russia | 10; 44 | 10/24/2012 | 2012736946 | 12/9/2013 | 501675 | Registered - DNR |
| ASYMMETRICAL SHAPE Logo | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 4/24/2012 | 85606355 | | | Abandoned |
| BASELINE FOR LIFE | United States | 09; 42; 44 | 9/24/2012 | 85736815 | | | Published |
| BASELINE OF LIFE | Canada | 09; 10; 42; 44 | 9/27/2013 | 1645660 | | | Pending |
| BASELINE OF LIFE | China | 09 | 9/27/2013 | 13296679 | | | Pending |
| BASELINE OF LIFE | China | 44 | 9/27/2013 | 13296678 | | | Pending |
| BASELINE OF LIFE | European Union | 09; 42; 44 | 9/27/2013 | 012180121 | 2/19/2014 | 012180121 | Registered |
| BASELINE OF LIFE | India | 09; 44 | 9/27/2013 | 2603414 | | | Pending |
| BASELINE OF LIFE | Japan | 09; 44 | 9/26/2013 | 201375216 | | | Pending |
| BASELINE OF LIFE | Mexico | 09 | 9/26/2013 | 1416943 | 1/15/2014 | 1426576 | Registered |

Proprietary and Confidential

**SER-613**

RDV012840

# theran●s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| BASELINE OF LIFE | Mexico | 44 | 9/26/2013 | 1416944 | | | Pending |
| BASELINE OF LIFE | United States | 09; 10; 42; 44 | 3/27/2013 | 85888176 | | | Published |
| DASHBOARD FOR LIFE | Brazil | 09 | 10/24/2012 | 840308990 | | | Published |
| DASHBOARD FOR LIFE | Canada | 09 | 10/24/2012 | 1599510 | | | Pending |
| DASHBOARD FOR LIFE | China | 09 | 10/24/2012 | 11645671 | | | Published |
| DASHBOARD FOR LIFE | European Union | 09; 42; 44 | 10/24/2012 | 011291895 | 3/22/2013 | 011291895 | Registered |
| DASHBOARD FOR LIFE | India | 09 | 10/26/2012 | 2417752 | | | Pending |
| DASHBOARD FOR LIFE | Japan | 09 | 10/24/2012 | 2012086263 | 4/5/2013 | 5571657 | Registered |
| DASHBOARD FOR LIFE | Norway | 09 | 10/24/2012 | 201211573 | 1/30/2013 | 269204 | Registered |
| DASHBOARD FOR LIFE | Russia | 09 | 10/24/2012 | 2012736947 | | | Pending |
| DASHBOARD FOR LIFE | Switzerland | 09 | 10/24/2012 | 626872012 | 5/30/2013 | 644441 | Registered |
| DASHBOARD FOR LIFE | United States | 09 | 4/24/2012 | 85606333 | | | Allowed |
| DYNAMIC LAB SERVICES | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/24/2012 | 85736786 | | | Allowed |
| ELASTIC LAB SERVICES | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/24/2012 | 85736783 | | | Abandoned |
| GREEN DOT design | Australia | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | 1596941 | | | Pending |
| GREEN DOT design | Brazil | 01 | 12/13/2013 | 840738420 | | | Published |
| GREEN DOT design | Brazil | 05 | 12/13/2013 | 840738439 | | | Published |
| GREEN DOT design | Brazil | 09 | 12/13/2013 | 840738455 | | | Published |
| GREEN DOT design | Brazil | 10 | 12/13/2013 | 840738463 | | | Published |
| GREEN DOT design | Brazil | 35 | 12/13/2013 | 840738471 | | | Published |

Trial Exh. 4858 Page 000169

**SER-614**

RDV012841

# theran**o**s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| GREEN DOT design | Brazil | 36 | 12/13/2013 | 840738633 | | | Published |
| GREEN DOT design | Brazil | 39 | 12/13/2013 | 840738641 | | | Published |
| GREEN DOT design | Brazil | 42 | 12/13/2013 | 840738650 | | | Published |
| GREEN DOT design | Brazil | 44 | 12/13/2013 | 840738668 | | | Published |
| GREEN DOT design | Canada | CG; CS; 01; 05; 09; 10; 35; 36; 39; 42; 44 | 6/28/2013 | 1633051 | | | Pending |
| GREEN DOT design | China | 01 | 12/16/2013 | 13734485 | | | Pending |
| GREEN DOT design | China | 05 | 12/16/2013 | 13734484 | | | Pending |
| GREEN DOT design | China | 09 | 12/16/2013 | 13734483 | | | Pending |
| GREEN DOT design | China | 10 | 12/16/2013 | 13734482 | | | Pending |
| GREEN DOT design | China | 35 | 12/16/2013 | 13734481 | | | Pending |
| GREEN DOT design | China | 36 | 12/16/2013 | 13734480 | | | Pending |
| GREEN DOT design | China | 39 | 12/16/2013 | 13734461 | | | Pending |
| GREEN DOT design | China | 42 | 12/16/2013 | 13734479 | | | Pending |
| GREEN DOT design | China | 44 | 12/16/2013 | 13734478 | | | Pending |
| GREEN DOT design | European Union | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 6/14/2013 | 011902889 | | | Abandoned |
| GREEN DOT design | European Union | 01; 05; 09; 10; 35; 36; 39; 42; 44 | | | | | Proposed |
| GREEN DOT design | Hong Kong | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/13/2013 | 302837160 | | | Pending |
| GREEN DOT design | India | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/13/2013 | 2642621 | | | Pending |

Proprietary and Confidential

Trial Exh. 4858 Page 000170

**SER-615**

RDV012842

# theranos

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|-----------|---------|-------|-----------|----------|-----------|----------|--------|
| GREEN DOT design | Israel | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | 261331 | | | Pending |
| GREEN DOT design | Japan | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | 201398722 | | | Abandoned |
| GREEN DOT design | Mexico | 01 | 12/13/2013 | 1441276 | | | Pending |
| GREEN DOT design | Mexico | 05 | 12/13/2013 | 1441277 | | | Pending |
| GREEN DOT design | Mexico | 09 | 12/13/2013 | 1441278 | | | Pending |
| GREEN DOT design | Mexico | 10 | 12/13/2013 | 1441279 | 3/24/2014 | 1441667 | Registered |
| GREEN DOT design | Mexico | 35 | 12/13/2013 | 1441280 | | | Pending |
| GREEN DOT design | Mexico | 36 | 12/13/2013 | 1441281 | | | Pending |
| GREEN DOT design | Mexico | 39 | 12/13/2013 | 1441282 | | | Pending |
| GREEN DOT design | Mexico | 42 | 12/13/2013 | 1441283 | | | Pending |
| GREEN DOT design | Mexico | 44 | 12/13/2013 | 1441284 | | | Pending |
| GREEN DOT design | Norway | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/13/2013 | 201315058 | | | Pending |
| GREEN DOT design | Russia | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/13/2013 | 2013743598 | | | Pending |
| GREEN DOT design | Singapore | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/13/2013 | T1320233G | | | Pending |
| GREEN DOT design | South Korea | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | 4520130007566 | | | Pending |
| GREEN DOT design | Switzerland | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/13/2013 | 650062013 | | | Pending |
| GREEN DOT design | Taiwan | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/13/2013 | 102070195 | | | Pending |

Trial Exh. 4858 Page 000171

**SER-616**

RDV012843

# theran☉s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| GREEN DOT design | Thailand | 01 | 12/13/2013 | | | | Pending |
| GREEN DOT design | Thailand | 05 | 12/13/2013 | | | | Pending |
| GREEN DOT design | Thailand | 09 | 12/13/2013 | | | | Pending |
| GREEN DOT design | Thailand | 10 | 12/13/2013 | | | | Pending |
| GREEN DOT design | Thailand | 35 | 12/13/2013 | | | | Pending |
| GREEN DOT design | Thailand | 36 | 12/13/2013 | | | | Pending |
| GREEN DOT design | Thailand | 39 | 12/13/2013 | | | | Pending |
| GREEN DOT design | Thailand | 42 | 12/13/2013 | | | | Pending |
| GREEN DOT design | Thailand | 44 | 12/13/2013 | | | | Pending |
| GREEN DOT design | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 6/14/2013 | 85960711 | | | Pending |
| HEALTH ASSISTANT | Brazil | 09 | 10/24/2012 | 840309015 | | | Published |
| HEALTH ASSISTANT | Canada | 09 | 10/24/2012 | 1589511 | | | Pending |
| HEALTH ASSISTANT | China | 09 | 10/24/2012 | 11645673 | | | Abandoned |
| HEALTH ASSISTANT | European Union | 09; 42; 44 | 10/24/2012 | 011291903 | 3/22/2013 | 011291903 | Registered |
| HEALTH ASSISTANT | India | 09 | 10/26/2012 | 2417751 | | | Pending |
| HEALTH ASSISTANT | Japan | 09 | 10/24/2012 | 2012086264 | 4/5/2013 | 5571658 | Registered |
| HEALTH ASSISTANT | Russia | 09 | 10/24/2012 | 2012736948 | | | Pending |
| HEALTH ASSISTANT | South Korea | 09 | 10/24/2012 | 4020120066098 | 12/31/2013 | 401015261 | Registered |
| HEALTH ASSISTANT | Taiwan | 09 | 10/24/2012 | 101060364 | 4/1/2013 | 01572500 | Registered |
| HEALTH ASSISTANT | United States | 09 | 4/24/2012 | 85606350 | | | Suspended |
| INDIVIDUALIZED HEALTH | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/24/2012 | 85736797 | | | Abandoned |

Proprietary and Confidential

**SER-617**

RDV012844

# theranos

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| INDIVIDUALIZED HEALTHCARE | Brazil | 09 | 3/25/2013 | 840461399 | | | Published |
| INDIVIDUALIZED HEALTHCARE | Brazil | 44 | 3/25/2013 | 840461410 | | | Published |
| INDIVIDUALIZED HEALTHCARE | Canada | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/25/2013 | 1619644 | | | Pending |
| INDIVIDUALIZED HEALTHCARE | China | 09 | 3/25/2013 | 12316237 | | | Abandoned |
| INDIVIDUALIZED HEALTHCARE | China | 44 | 3/25/2013 | 12316236 | | | Abandoned |
| INDIVIDUALIZED HEALTHCARE | European Union | 09; 10; 44 | 3/25/2013 | 011684453 | | | Abandoned |
| INDIVIDUALIZED HEALTHCARE | India | 09; 44 | 3/25/2013 | 2502258 | | | Pending |
| INDIVIDUALIZED HEALTHCARE | Japan | 09; 44 | 3/25/2013 | 2013021476 | | | Pending |
| INDIVIDUALIZED HEALTHCARE | Russia | 09; 44 | 3/25/2013 | 2013709683 | | | Pending |
| INDIVIDUALIZED HEALTHCARE | Singapore | 09; 44 | 3/25/2013 | T1304803F | | | Pending |
| INDIVIDUALIZED HEALTHCARE | South Korea | 09; 44 | 3/25/2013 | 4520130001618 | | | Pending |
| INDIVIDUALIZED HEALTHCARE | Taiwan | 09; 44 | 3/25/2013 | 102015705 | | | Pending |
| INDIVIDUALIZED HEALTHCARE | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/24/2012 | 85736804 | | | Abandoned |
| INSPIRED BY YOU | United States | 44 | 9/5/2012 | 85721484 | | | Allowed |
| KNOW MORE, DO MORE | European Union | 09; 35; 36; 44 | 6/14/2013 | 011902905 | | | Abandoned |
| KNOW MORE, DO MORE | Australia | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE, DO MORE | Canada | CG; CS; 09; 35; 36; 44 | 6/28/2013 | 1633052 | | | Pending |
| KNOW MORE, DO MORE | China | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE, DO MORE | India | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |

Trial Exh. 4858 Page 000173

**SER-618**

RDV012845

# theran⊙s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| KNOW MORE. DO MORE | Israel | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE. DO MORE | Japan | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE. DO MORE | Mexico | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE. DO MORE | Norway | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE. DO MORE | Philippines | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE. DO MORE | Russia | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE. DO MORE | Singapore | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE. DO MORE | South Korea | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE. DO MORE | Switzerland | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| KNOW MORE. DO MORE | United States | 09; 35; 36; 44 | 6/25/2013 | 85969732 | | | Pending |
| KNOW MORE. DO MORE | WIPO - Madrid Agreement / Protocol | 09; 35; 36; 44 | 12/16/2013 | A0039841 | | | Pending - Intl Reg |
| LAAS | Brazil | 09 | 3/5/2013 | 840440405 | | | Published |
| LAAS | Brazil | 42 | 3/5/2013 | 840440413 | | | Published |
| LAAS | Brazil | 44 | 3/5/2013 | 840440286 | | | Published |
| LAAS | Canada | 09; 42; 44 | 3/5/2013 | 1616792 | | | Pending |
| LAAS | China | 09 | 3/5/2013 | 12212805 | | | Published |
| LAAS | China | 42 | 3/5/2013 | 12212804 | | | Published |
| LAAS | China | 44 | 3/5/2013 | 12212803 | | | Pending |
| LAAS | European Union | 09; 42; 44 | 3/5/2013 | 011626009 | | | Opposed |

Trial Exh. 4858 Page 000174

**SER-619**

RDV012846

# theran⦿s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| LAAS | India | 09; 42; 44 | 3/5/2013 | 2489867 | | | Pending |
| LAAS | Japan | 09; 42; 44 | 3/5/2013 | 201315547 | | | Pending |
| LAAS | Russia | 09; 42; 44 | 3/5/2013 | 2013707072 | | | Pending |
| LAAS | South Korea | 42 | 3/5/2013 | 4520130001194 | | | Pending |
| LAAS | Taiwan | 09; 42; 44 | 3/5/2013 | 102011389 | | | Pending |
| LAAS | United States | 09; 42; 44 | 9/5/2012 | 85721482 | | | Allowed |
| LBM | United States | 09; 35; 36; 42; 44 | 4/24/2012 | 85606339 | | | Pending |
| LIFE QUANTIFIED | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/24/2012 | 85736806 | | | Published |
| NANOTAINER | Australia | 05; 10; 39; 44 | 10/24/2012 | 1521718 | 6/4/2014 | 1521718 | Registered |
| NANOTAINER | Brazil | 05 | 10/24/2012 | 840309040 | | | Published |
| NANOTAINER | Brazil | 10 | 10/24/2012 | 840309031 | | | Published |
| NANOTAINER | Brazil | 39 | 10/24/2012 | 840309023 | | | Published |
| NANOTAINER | Brazil | 44 | 10/24/2012 | 840308981 | | | Published |
| NANOTAINER | Canada | 05; 10; 39; 44 | 10/24/2012 | 1599489 | | | Pending |
| NANOTAINER | China | 01 | 10/24/2012 | 11645679 | | | Published |
| NANOTAINER | China | 05 | 10/24/2012 | 11645675 | | | Published |
| NANOTAINER | China | 10 | 10/24/2012 | 11645670 | | | Published |
| NANOTAINER | China | 39 | 10/24/2012 | 11645677 | | | Published |
| NANOTAINER | China | 42 | 10/24/2012 | 11645676 | | | Published |
| NANOTAINER | China | 44 | 10/24/2012 | 11645672 | | | Published |
| NANOTAINER | European Union | 05; 10; 39; 44 | 10/24/2012 | 011291911 | 3/22/2013 | 011291911 | Registered |

Trial Exh. 4858 Page 000175

**SER-620**

RDV012847

# theran●s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| NANOTAINER | Hong Kong | 05; 10; 39; 44 | 10/24/2012 | 302413511 | | | Published |
| NANOTAINER | India | 05; 10; 39; 44 | 10/26/2012 | 2417753 | | | Pending |
| NANOTAINER | Israel | 05; 10; 39; 44 | 10/24/2012 | 250344 | | | Published |
| NANOTAINER | Japan | 01; 05; 10; 39; 42; 44 | 10/24/2012 | 2012086262 | | | Pending |
| NANOTAINER | Mexico | 05 | 10/24/2012 | 1320631 | 2/18/2013 | 1349090 | Registered |
| NANOTAINER | Mexico | 10 | 10/24/2012 | 1320630 | 3/19/2013 | 1355080 | Registered |
| NANOTAINER | Mexico | 35 | 7/16/2013 | 1393186 | | | Pending |
| NANOTAINER | Mexico | 39 | 10/24/2012 | 1320629 | | | Pending |
| NANOTAINER | Mexico | 44 | 10/24/2012 | 1320627 | 12/5/2013 | 1417737 | Registered |
| NANOTAINER | Norway | 05; 10; 39; 44 | 10/24/2012 | 201211572 | 1/30/2013 | 269203 | Registered |
| NANOTAINER | Russia | 01; 05; 10; 39; 42 | 10/24/2012 | 2012736943 | | | Published |
| NANOTAINER | Singapore | 05; 10; 39; 44 | 10/24/2012 | T1215864D | | | Pending |
| NANOTAINER | South Korea | 01; 05; 10 | 10/24/2012 | 4520120005455 | | | Pending |
| NANOTAINER | South Korea | 39; 42; 44 | 10/29/2013 | 4120130041212 | | | Pending |
| NANOTAINER | Switzerland | 05; 10; 39; 44 | 10/24/2012 | 626982012 | 7/9/2013 | 645943 | Registered |
| NANOTAINER | Taiwan | 01; 05; 10; 39; 42; 44 | 10/24/2012 | 101060363 | | | Pending |
| NANOTAINER | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 4/24/2012 | 85606345 | | | Opposed |
| QUANTIFIED LIFE | Brazil | 09 | 3/25/2013 | 840461429 | | | Published |
| QUANTIFIED LIFE | Brazil | 44 | 3/25/2013 | 840461445 | | | Published |

Proprietary and Confidential

Trial Exh. 4858 Page 000176

**SER-621**

RDV012848

# theran⊙s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|-----------|---------|-------|-----------|----------|-----------|----------|--------|
| QUANTIFIED LIFE | Canada | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/25/2013 | 1619643 | | | Pending |
| QUANTIFIED LIFE | China | 09 | 3/25/2013 | 12316235 | | | Published |
| QUANTIFIED LIFE | China | 44 | 3/25/2013 | 12316234 | | | Published |
| QUANTIFIED LIFE | European Union | 09; 10; 44 | 3/25/2013 | 011684461 | 9/19/2013 | 011684461 | Registered |
| QUANTIFIED LIFE | India | 09; 44 | 3/25/2013 | 2502259 | | | Pending |
| QUANTIFIED LIFE | Japan | 09; 44 | 3/25/2013 | 2013021478 | | | Pending |
| QUANTIFIED LIFE | Russia | 09; 44 | 3/25/2013 | 2013709684 | | | Pending |
| QUANTIFIED LIFE | Singapore | 09; 44 | 3/25/2013 | T1304806J | | | Pending |
| QUANTIFIED LIFE | South Korea | 09; 44 | 3/25/2013 | 4520130001619 | | | Pending |
| QUANTIFIED LIFE | Taiwan | 09; 44 | 3/25/2013 | 102015707 | | | Pending |
| QUANTIFIED LIFE | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/24/2012 | 85736811 | | | Pending |
| QUANTIFY ME | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/24/2012 | 85736808 | | | Published |
| REDEFINING HEALTHCARE | Brazil | 09 | 3/25/2013 | 840461364 | | | Published |
| REDEFINING HEALTHCARE | Brazil | 10 | 3/25/2013 | 840461380 | | | Published |
| REDEFINING HEALTHCARE | Brazil | 44 | 3/25/2013 | 840461356 | | | Published |
| REDEFINING HEALTHCARE | Canada | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/25/2013 | 1619642 | | | Pending |
| REDEFINING HEALTHCARE | China | 09 | 3/25/2013 | 12316240 | | | Abandoned |
| REDEFINING HEALTHCARE | China | 10 | 3/25/2013 | 12316239 | | | Abandoned |
| REDEFINING HEALTHCARE | China | 44 | 3/25/2013 | 12316238 | | | Abandoned |
| REDEFINING HEALTHCARE | European Union | 09; 10; 44 | 3/25/2013 | 011684438 | | | Abandoned |

Trial Exh. 4858 Page 000177

**SER-622**

RDV012849

# theran⊙s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| REDEFINING HEALTHCARE | India | 09; 10; 44 | 3/25/2013 | 2502257 | | | Pending |
| REDEFINING HEALTHCARE | Japan | 09; 10; 44 | 3/25/2013 | 201321475 | | | Pending |
| REDEFINING HEALTHCARE | Russia | 09; 10; 44 | 3/25/2013 | 2013709682 | | | Pending |
| REDEFINING HEALTHCARE | Singapore | 09; 10; 44 | 3/25/2013 | T1304801Z | | | Pending |
| REDEFINING HEALTHCARE | South Korea | 09; 10; 44 | 3/25/2013 | 4520130001617 | | | Published |
| REDEFINING HEALTHCARE | Taiwan | 09; 10; 44 | 3/25/2013 | 102015713 | | | Pending |
| REDEFINING HEALTHCARE | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/24/2012 | 85736791 | | | Published |
| THERABOX | Australia | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | Brazil | 10 | 7/29/2013 | 840590920 | | | Published |
| THERABOX | Brazil | 11 | 7/29/2013 | 840590903 | | | Published |
| THERABOX | Brazil | 39 | 7/29/2013 | 840590911 | | | Published |
| THERABOX | Canada | CG; CS; 10; 11; 20; 35; 39; 44 | 7/23/2013 | 1636406 | | | Pending |
| THERABOX | China | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | European Union | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | India | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | Israel | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | Japan | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | Mexico | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | Norway | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |

Proprietary and Confidential

**SER-623**

RDV012850

# theran⊚s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| THERABOX | Philippines | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | Russia | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | Singapore | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | South Korea | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | Switzerland | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | | IR 1199662 | Pending - Intl Reg |
| THERABOX | United States | 10; 11; 20; 35; 36; 39; 44 | 1/25/2013 | 85832697 | | | Published |
| THERABOX | WIPO - Madrid Agreement / Protocol | 10; 11; 20; 35; 39; 44 | 7/24/2013 | A0037039 | 7/24/2013 | IR 1199662 | Registered - Intl Reg |
| THERACARE | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/24/2012 | 85736813 | | | Published |
| THERANALYSIS | Brazil | 09 | 3/5/2013 | 840440421 | | | Published |
| THERANALYSIS | Brazil | 42 | 3/5/2013 | 840440324 | | | Published |
| THERANALYSIS | Brazil | 44 | 3/5/2013 | 840440359 | | | Published |
| THERANALYSIS | Canada | 09; 42; 44 | 3/5/2013 | 1616791 | | | Pending |
| THERANALYSIS | China | 09 | 3/5/2013 | 12212808 | | | Published |
| THERANALYSIS | China | 42 | 3/5/2013 | 12212807 | | | Published |
| THERANALYSIS | China | 44 | 3/5/2013 | 12212806 | | | Pending |
| THERANALYSIS | European Union | 09; 42; 44 | 3/5/2013 | 011625977 | 9/11/2013 | 011625977 | Registered |
| THERANALYSIS | India | 09; 42; 44 | 3/5/2013 | 2489866 | | | Pending |
| THERANALYSIS | Japan | 09; 42; 44 | 3/5/2013 | 201315546 | | | Pending |
| THERANALYSIS | Russia | 09; 42; 44 | 3/5/2013 | 2013707077 | | | Pending |

**SER-624**

RDV012851

# theran⦿s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| THERANALYSIS | South Korea | 09; 42; 44 | 3/5/2013 | 4520130001193 | | | Published |
| THERANALYSIS | Taiwan | 09; 42; 44 | 3/5/2013 | 102011388 | | | Pending |
| THERANALYSIS | United States | 09; 42; 44 | 9/5/2012 | 85721480 | | | Allowed |
| THERANOPSIS | United States | 09; 42; 44 | 9/5/2012 | 85721481 | | | Allowed |
| THERANOS | Australia | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 1/9/2013 | 1534749 | | | Pending |
| THERANOS | Brazil | 01 | 2/14/2013 | 840419473 | | | Published |
| THERANOS | Brazil | 05 | 2/14/2013 | 840419457 | | | Published |
| THERANOS | Brazil | 09 | 2/14/2013 | 840419430 | | | Published |
| THERANOS | Brazil | 10 | 2/14/2013 | 840419422 | | | Published |
| THERANOS | Brazil | 35 | 2/14/2013 | 840419520 | | | Published |
| THERANOS | Brazil | 36 | 2/14/2013 | 840419503 | | | Published |
| THERANOS | Brazil | 39 | 2/14/2013 | 840419490 | | | Published |
| THERANOS | Brazil | 42 | 2/14/2013 | 840419481 | | | Published |
| THERANOS | Brazil | 44 | 2/14/2013 | 840419546 | | | Published |
| THERANOS | Canada | 01; 09; 35; 36; 39 | 3/5/2013 | 1616912 | | | Pending |
| THERANOS | Canada | CG; CS | 12/19/2007 | 1376743 | 1/18/2011 | TMA787792 | Registered |
| THERANOS | China | 01 | 3/5/2013 | 12212802 | | | Published |
| THERANOS | China | 01 | 12/12/2007 | 6433097 | 3/28/2010 | 6433097 | Registered |
| THERANOS | China | 05 | 12/12/2007 | 6433096 | | | Abandoned |
| THERANOS | China | 05 | 3/5/2013 | 12212801 | | | Pending |
| THERANOS | China | 09 | 3/5/2013 | 12212800 | | | Published |
| THERANOS | China | 10 | 11/12/2009 | 7828549 | | | Abandoned |

Proprietary and Confidential

Trial Exh. 4858 Page 000180

**SER-625**

RDV012852

# theran⦿s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| THERANOS | China | 10 | 3/5/2013 | 12212799 | | | Published |
| THERANOS | China | 10 | 12/12/2007 | 6433095 | 12/28/2010 | 6433095 | Registered |
| THERANOS | China | 35 | 3/5/2013 | 12212798 | | | Published |
| THERANOS | China | 36 | 3/5/2013 | 12212797 | | | Published |
| THERANOS | China | 39 | 3/5/2013 | 12212796 | | | Published |
| THERANOS | China | 42 | 3/5/2013 | 12212795 | | | Published |
| THERANOS | China | 44 | 3/5/2013 | 12212794 | | | Pending |
| THERANOS | China | 44 | 12/12/2007 | 6433094 | 4/14/2010 | 6433094 | Registered |
| THERANOS | European Union | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/5/2013 | 011625852 | 9/2/2013 | 011625852 | Registered |
| THERANOS | European Union | 05; 10; 42; 44 | 4/18/2006 | 005025697 | 6/10/2009 | 005025697 | Registered |
| THERANOS | Hong Kong | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 1/24/2013 | 302505816 | | | Published |
| THERANOS | India | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/5/2013 | 2489868 | | | Pending |
| THERANOS | India | 10 | 12/14/2009 | 1895665 | 10/11/2013 | 1895665 | Registered |
| THERANOS | Israel | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/5/2013 | 253965 | | | Pending |
| THERANOS | Israel | 05 | 4/20/2006 | 189372 | 4/6/2008 | 189372 | Registered |
| THERANOS | Israel | 10 | 4/20/2006 | 189376 | 9/4/2007 | 189376 | Registered |
| THERANOS | Israel | 44 | 4/20/2006 | 189377 | 9/4/2007 | 189377 | Registered |
| THERANOS | Japan | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/5/2013 | 201315559 | | | Pending |
| THERANOS | Japan | 01; 10; 44 | 4/18/2006 | 2006035797 | 12/7/2007 | 5096552 | Registered |

Trial Exh. 4858 Page 000181

SER-626

RDV012853

# theran⦿s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| THERANOS | Mexico | 01 | 3/5/2013 | 1354575 | | | Pending |
| THERANOS | Mexico | 05 | 12/19/2007 | 904675 | | | Abandoned |
| THERANOS | Mexico | 05 | 3/5/2013 | 1354576 | | | Pending |
| THERANOS | Mexico | 09 | 3/5/2013 | 1354577 | 6/28/2013 | 1380266 | Registered |
| THERANOS | Mexico | 10 | 12/19/2007 | 904676 | | | Abandoned |
| THERANOS | Mexico | 10 | 3/5/2013 | 1354578 | | | Pending |
| THERANOS | Mexico | 35 | 3/5/2013 | 1354580 | | | Pending |
| THERANOS | Mexico | 36 | 3/5/2013 | 1354581 | 7/4/2013 | 1380902 | Registered |
| THERANOS | Mexico | 39 | 3/5/2013 | 1354582 | | | Pending |
| THERANOS | Mexico | 42 | 3/5/2013 | 1354583 | 3/19/2014 | 1440025 | Registered |
| THERANOS | Mexico | 44 | 3/5/2013 | 1354584 | | | Pending |
| THERANOS | Mexico | 44 | 12/19/2007 | 904677 | 2/29/2008 | 1028541 | Registered |
| THERANOS | Norway | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 1/24/2013 | 201301192 | 4/26/2013 | 270466 | Registered |
| THERANOS | Russia | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/4/2013 | 2013706881 | | | Pending |
| THERANOS | Singapore | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/5/2013 | T1303613E | | | Pending |
| THERANOS | Singapore | 01; 05; 10; 44 | 10/24/2007 | T0720848E | 2/20/2008 | T0720848E | Registered |
| THERANOS | South Korea | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 1/22/2013 | 4520130000366 | | | Pending |
| THERANOS | Switzerland | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/5/2013 | 527782013 | | | Pending |
| THERANOS | Switzerland | 05; 10; 44 | 4/19/2006 | 535342006 | 6/6/2006 | 546665 | Registered |

**SER-627**

RDV012854

# theran⊙s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| THERANOS | Taiwan | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 3/5/2013 | 102011390 | | | Pending |
| THERANOS | Taiwan | 01; 05; 10; 44 | 10/25/2007 | 096050284 | 8/1/2009 | 01373326 | Registered |
| THERANOS | Thailand | 09 | 3/5/2013 | 884142 | | | Pending |
| THERANOS | Thailand | 10 | 11/27/2009 | 751413 | 4/18/2012 | 347612 | Registered |
| THERANOS | United States | 01; 05; 09; 10; 35; 36; 39; 41; 42; 44 | 9/5/2012 | 85721486 | | | Allowed |
| THERANOS | United States | 01; 05; 09; 10; 39; 42; 44 | 8/17/2005 | 78694877 | 6/1/2010 | 3797610 | Registered |
| THERANOS (and DOT design) | Australia | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | Canada | CG; CS; 01; 05; 09; 10; 35; 36; 39; 42; 44 | 6/28/2013 | 1633053 | | | Pending |
| THERANOS (and DOT design) | China | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | European Union | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 6/14/2013 | 011902822 | 12/27/2013 | 011902822 | Registered |
| THERANOS (and DOT design) | India | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | Israel | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | Japan | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |

Trial Exh. 4858 Page 000183

**SER-628**

RDV012855

# theran☉s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| THERANOS (and DOT design) | Mexico | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | Norway | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | Philippines | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | Russia | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | Singapore | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | South Korea | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | Switzerland | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (and DOT design) | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 6/14/2013 | 85960709 | | | Pending |
| THERANOS (and DOT design) | WIPO - Madrid Agreement / Protocol | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/16/2013 | A0039840 | | | Pending - Intl Reg |
| THERANOS (in Chinese Characters) | China | 01 | 1/4/2008 | 6492513 | 3/28/2010 | 6492513 | Registered |
| THERANOS (in Chinese Characters) | China | 05 | 1/4/2008 | 6492512 | 3/28/2010 | 6492512 | Registered |
| THERANOS (in Chinese Characters) | China | 10 | 1/4/2008 | 6492511 | 3/14/2010 | 6492511 | Registered |
| THERANOS (in Chinese Characters) | China | 44 | 1/4/2008 | 6492510 | 4/14/2010 | 6492510 | Registered |
| THERANOS (in Katakana Characters) | Japan | 01; 05; 10; 44 | 1/7/2008 | 2008000333 | 2/27/2009 | 5209319 | Registered |
| THERANOS ADVANTAGE | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/5/2012 | 85721471 | | | Abandoned |

Proprietary and Confidential

**SER-629**

RDV012856

# theran⚬s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| THERANOS BASELINE | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/5/2012 | 85721469 | | | Allowed |
| THERANOS DOCTOR | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/5/2012 | 85721474 | | | Abandoned |
| THERANOS LAB | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 9/5/2012 | 85721477 | | | Allowed |
| THERANOS Logo | Australia | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | Brazil | 01 | 12/13/2013 | 840738307 | | | Published |
| THERANOS Logo | Brazil | 05 | 12/13/2013 | 840738285 | | | Published |
| THERANOS Logo | Brazil | 09 | 12/13/2013 | 840738323 | | | Published |
| THERANOS Logo | Brazil | 10 | 12/13/2013 | 840738340 | | | Published |
| THERANOS Logo | Brazil | 35 | 12/13/2013 | 840738366 | | | Published |
| THERANOS Logo | Brazil | 36 | 12/13/2013 | 840738374 | | | Published |
| THERANOS Logo | Brazil | 39 | 12/13/2013 | 840738390 | | | Published |
| THERANOS Logo | Brazil | 42 | 12/13/2013 | 840738404 | | | Published |
| THERANOS Logo | Brazil | 44 | 12/13/2013 | 840738412 | | | Published |
| THERANOS Logo | Canada | CG; CS; 01; 05; 09; 10; 35; 36; 39; 42; 44 | 6/28/2013 | 1633054 | | | Pending |
| THERANOS Logo | China | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | European Union | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 6/14/2013 | 011902798 | 12/27/2013 | 011902798 | Registered |

Trial Exh. 4858 Page 000185

**SER-630**

RDV012857

# theran⊕s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|-----------|---------|-------|-----------|----------|-----------|----------|--------|
| THERANOS Logo | Hong Kong | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/13/2013 | 302837043 | | | Published |
| THERANOS Logo | India | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | Israel | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | Japan | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | Mexico | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | Norway | 01; 05; 09; 10; 35; 38; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | Philippines | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | Russia | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | Singapore | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | South Korea | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | Switzerland | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS Logo | Taiwan | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/13/2013 | 102070192 | | | Pending |
| THERANOS Logo | Thailand | 01 | 12/13/2013 | | | | Pending |
| THERANOS Logo | Thailand | 05 | 12/13/2013 | | | | Pending |

rietary and Confidential

**SER-631**

RDV012858

# theran⊙s

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| THERANOS Logo | Thailand | 09 | 12/13/2013 | | | | Pending |
| THERANOS Logo | Thailand | 10 | 12/13/2013 | | | | Pending |
| THERANOS Logo | Thailand | 35 | 12/13/2013 | | | | Pending |
| THERANOS Logo | Thailand | 36 | 12/13/2013 | | | | Pending |
| THERANOS Logo | Thailand | 39 | 12/13/2013 | | | | Pending |
| THERANOS Logo | Thailand | 42 | 12/13/2013 | | | | Pending |
| THERANOS Logo | Thailand | 44 | 12/13/2013 | | | | Pending |
| THERANOS Logo | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 6/14/2013 | 85960653 | | | Pending |
| THERANOS Logo | WIPO - Madrid Agreement / Protocol | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 12/14/2013 | A0039818 | | | Pending - Intl Reg |
| THERANOS RX | United States | 01; 05; 09; 10; 35; 36; 39; 42; 44 | 6/15/2012 | 85653736 | | | Allowed |
| THERANOS TRICORDER | United States | 05; 09; 10; 35; 42; 44 | 9/24/2012 | 85737220 | | | Published |

Trial Exh. 4858 Page 000187

**SER-632**

RDV012859