**No. 22-10312**

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

        v.

ELIZABETH HOLMES,

    Defendant-Appellant.

_____

**SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 4 OF 4**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NO. 18-CR-00258-EJD-1
_____

**THOMAS A. COLTHURST**
Attorney for the United States
Acting Under Authority Conferred By
28 U.S.C. § 515

**MATTHEW M. YELOVICH**
Chief, Appellate Section, Criminal Division

**KELLY I. VOLKAR**
Assistant United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7185
**Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA**

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|----------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_MacBookPro_Skype_0 00265 | | 6/22/2011 11:47:25 PM | We don need to tell her her team is not "extension" of our team as she is saying and therefore they can't talk about us because of NDA. That's a valid point she needs to know | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00264 | | 6/22/2011 11:47:47 PM | got them | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00263 | | 6/22/2011 11:47:51 PM | yes i know | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00262 | | 6/22/2011 11:47:55 PM | Ok | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00261 | | 6/22/2011 11:48:19 PM | john talked in detail abt the nda issue and he explained it very well to her direct report | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00260 | | 6/22/2011 11:48:38 PM | ill email you a draft email to her when i send it | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00259 | | 6/22/2011 11:48:56 PM | | sys | sunnybalwani, eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00258 | | 6/22/2011 11:49:08 PM | all i care about is getting friday cancelled | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00257 | | 6/22/2011 11:49:16 PM | so she doesnt make a mess then | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00256 | | 6/22/2011 11:49:26 PM | meant to write when i get it writeen | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00254 | | 6/22/2011 11:49:32 PM | not when i send it | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_MacBookPro_Skype_0 00255 | | 6/22/2011 11:49:32 PM | Awesome. Then we just need to communicate that to her bcd if they do any meeting about us then by very definition , ther r violating the NDA | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00289 | | 6/22/2011 11:49:48 PM | Ok | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00288 | | 6/22/2011 11:49:57 PM | yes. | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00287 | | 6/22/2011 11:50:22 PM | We can send that tonite. Blanked the entire arg around NDA | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00286 | | 6/22/2011 11:50:34 PM | That's a smart way | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00285 | | 6/22/2011 11:50:36 PM | yes | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00284 | | 6/22/2011 11:50:38 PM | agree. | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_MacBookPro_Skype_0 00386 | | 6/23/2011 12:23:57 AM | Had bulkhead but they moved all the front rows to back of plane for weight and balance | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00385 | | 6/23/2011 12:24:06 AM | So stuck in back now | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00384 | | 6/23/2011 12:24:17 AM | That sucks | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00383 | | 6/23/2011 12:24:25 AM | Fucking morons | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00382 | | 6/23/2011 12:24:30 AM | I know | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00381 | | 6/23/2011 12:24:39 AM | Us airways | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00380 | | 6/23/2011 12:24:55 AM | We will get a plane for these short journeys after C2 | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00379 | | 6/23/2011 12:25:19 AM | Yes. It took forever to get from dc to pit. | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00378 | | 6/23/2011 12:25:23 AM | I will sign up Berbers and won't expense until after launch | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00377 | | 6/23/2011 12:25:37 AM | Berbers? | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00376 | | 6/23/2011 12:25:55 AM | I meant netjets | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |
| Holmes_MacBookPro_Skype_0 00375 | | 6/23/2011 12:26:11 AM | Yes | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;9ab0 a0600ab6beab | |

SER-636     PRH_0000012

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_MacBookPro_Skype_0 00111 | | 12/10/2011 3:07:45 AM | Women above 40, very rare to find anyone who is not a total disaster. World is a tuff place for women. There are so few men who can keep women vibrant, happy, full of life. Everyone ends up in relationships of compromise and then ends up fearful and messed up. | sunnybalwani | eah2003 | #eah2003/Ssunnybalwani;9f24 a76788be72ce | |
| Holmes_MacBookAir_Skype_00 0061 | | 5/6/2012 8:46:47 PM | love you. lets put every ounce of energy in focusing on breaking even and getting to $15M revenue per month in October and every month ater that - minimum $15M | sunnybalwani | eah2003 | #eah2003/Ssunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0060 | | 5/6/2012 8:46:54 PM | tony just came in too. | sunnybalwani | eah2003 | #eah2003/Ssunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0059 | | 5/6/2012 8:47:27 PM | we are going to put more than every ounce of energy plus the divinity | eah2003 | sunnybalwani | #eah2003/Ssunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0058 | | 5/6/2012 8:47:32 PM | so importatn u aee there | eah2003 | sunnybalwani | #eah2003/Ssunnybalwani;362b 5d295bb58d98 | |

SER-637  PRH_0000016

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|

| Holmes_MacBookAir_Skype_00 0073 | | 5/6/2012 9:16:42 PM | what is your current estimate of when we'll have in hospitls/pediatric hospitals and or in NC, MA, PA etc | eah2003 | sunnybalwani | #eah2003/Ssunnybalwani;362b 5d295bb58d98 | |

| Holmes_MacBookAir_Skype_00 0098 | | 5/6/2012 9:20:17 PM | i think in May we should focus on perfecting 13 monos and 2-3 minilabs, building SOPs, setup etc and learn and relearn the assembly, make sure blades work PERFECTLY, boards are tested out thouroughly so that once we assemble devices, we never disassemble them to change a board or part. as we build 200 blades, trying to make changes will become extremely expensive and time consuming and will slow us down. | sunnybalwani | eah2003 | #eah2003/Ssunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0097 | | 5/6/2012 9:20:35 PM | so, my internal goals for May are 20 Monos and 5 minilabs for R&D only. | sunnybalwani | eah2003 | #eah2003/Ssunnybalwani;362b 5d295bb58d98 | |

SER-638    PRH_0000017

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_MacBookAir_Skype_00 0096 | | 5/6/2012 9:21:24 PM | For JUNE, I think it will be 10 R&D minilabs, which we can build with existing assembly resources in 1601. dont even need to move these to newark until we have solid quality data and have everyone under 1 roof for a month. | sunnybalwani | eah2003 | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0094 | | 5/6/2012 9:21:45 PM | I meant in June 10 GMP Minilabs. | sunnybalwani | eah2003 | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0095 | | 5/6/2012 9:21:48 PM | starting gmp in july then? | eah2003 | sunnybalwani | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0093 | | 5/6/2012 9:21:52 PM | CORRECTION. | sunnybalwani | eah2003 | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0092 | | 5/6/2012 9:21:58 PM | yeah | eah2003 | sunnybalwani | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0091 | | 5/6/2012 9:22:17 PM | start GMP towards end of June once we know for sure the blades are solid, the boards are solid. | sunnybalwani | eah2003 | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0090 | | 5/6/2012 9:22:42 PM | by end I mean after 15th. but tell the team to beat and pund the machines from now through June 15th - without saying it explicitly | sunnybalwani | eah2003 | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0089 | | 5/6/2012 9:23:16 PM | and write few protocols after V0 whose intent is to stress test the machine more than run protocols useful for clinical purposeses. | sunnybalwani | eah2003 | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0088 | | 5/6/2012 9:23:39 PM | it probably wont be until July 1 that we hit full force GMP production of Minilabs. | sunnybalwani | eah2003 | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0087 | | 5/6/2012 9:23:59 PM | but, once this work is in place, we will be producing machines with higher confidence. | sunnybalwani | eah2003 | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0086 | | 5/6/2012 9:24:02 PM | how many assemblers do you target for then? | eah2003 | sunnybalwani | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0085 | | 5/6/2012 9:24:52 PM | betwen now and June 15, add few more traditional asemblers - all at 1601 - to build 30 monos and 8-10 R&D minilabs. a total of 20 assemblers and assoc. engineers shoulw be sufficient. | sunnybalwani | eah2003 | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0118 | | 5/6/2012 9:25:26 PM | we can then ramp in June to add more assemblers once SOPs are in place AND once we have high confidence in the ML parts, blades, assembly etc. | sunnybalwani | eah2003 | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0117 | | 5/6/2012 9:25:56 PM | we killed the 5-bay minilabs to make 6-bay ones so we dont have enough blades for 10 r&d minilabs - we have 8 though | eah2003 | sunnybalwani | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |
| Holmes_MacBookAir_Skype_00 0116 | | 5/6/2012 9:26:12 PM | i think | eah2003 | sunnybalwani | #eah2003/$sunnybalwani;362b 5d295bb58d98 | |

SER-639    PRH_0000018

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_MacBookAir_Skype_00 0129 | | 5/9/2012 12:15:06 AM | missing you. this business can not be built by either you or I alone. thats why the universe brought us together (among other billion reasons). no on but you and I can build this business | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0128 | | 5/9/2012 12:15:20 AM | together | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0127 | | 5/9/2012 12:15:23 AM | I know | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0126 | | 5/9/2012 12:15:36 AM | We have to work together on the rev piece | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0125 | | 5/9/2012 12:15:43 AM | without, seems like half my energy is gone and the building is an empty shell | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0124 | | 5/9/2012 12:15:49 AM | without u. | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0123 | | 5/9/2012 12:15:55 AM | <ss type="smile">:)</ss> | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0122 | | 5/9/2012 12:16:07 AM | I know the feeling | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0121 | | 5/9/2012 12:16:29 AM | you are the company. we need revenue + few senior level managers - experienced. even if they only work 11 hours X 5. | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |

SER-640    PRH_0000019

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_MacBookAir_Skype_00 0179 | | 5/9/2012 12:55:23 AM | arne called just now. freaking out becuase Diana caught an error by Hoai (and Arne) and she brought a hunter lab confidential SOP to him to tell him why she was right. he told her to never bring any confidential material to the building and was telling me he made a mistake in keeping her. | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0178 | | 5/9/2012 12:55:37 AM | however, the issue she brought up was a serious one. | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0177 | | 5/9/2012 12:56:13 AM | apparantly, we have to caliberate hte machines atleast once every six months and our friends forgot and today was deadline and diana caught it and sacred Arne. | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0176 | | 5/9/2012 12:56:38 AM | he then called spencer and jerry who told him he is fine as long he is done in couple of weeks | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0175 | | 5/9/2012 12:56:58 AM | mismanagement in yet another team. we have got to fix this. | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0174 | | 5/9/2012 12:57:30 AM | I know | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0173 | | 5/9/2012 12:57:46 AM | Barry should be prioritizing the lab doctor position | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0172 | | 5/9/2012 12:57:54 AM | Hoai made an error in informing Arne that caliberation was not needed and turns out he was wrong and Diana brought CLIA regs to tell arne why they were wrong. | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |

SER-641 PRH_0000021

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_MacBookAir_Skype_00 0196 | | 5/9/2012 1:06:27 AM | Jian sent me an email I will forward to you. basically saying Loren and Medei have created a total code mess | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0195 | | 5/9/2012 1:06:40 AM | I am dealing with that. | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0194 | | 5/9/2012 1:12:29 AM | Just read it | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0193 | | 5/9/2012 1:13:17 AM | Interesting he wants to be transferred out of the most important team | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0192 | | 5/9/2012 1:13:39 AM | I need about a month of total free time to take over device completely and move it 100% to .NET. thats the right thing. I can involve shekar, sekhar, Emil, Michael, the new Indian girl starting next month and we will be done in a month. | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0191 | | 5/9/2012 1:14:45 AM | lore, medei, del - all these guys wont get anything done for us and will only keep spinning wheels and we will just keep hoping. | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0190 | | 5/9/2012 1:15:03 AM | even Hiu and Jian want to move away and do .NET instead of current code and nfrastructure | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0189 | | 5/9/2012 1:16:54 AM | I am exhausted trying to encourage Medei and Loren to get the job done. we wont have production quality code with these guys. Hiu and Jian can wrie low loevel C/Java code for device. we will be done in a month with this. | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0188 | | 5/9/2012 1:16:55 AM | Amazing | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0187 | | 5/9/2012 1:17:08 AM | My job is to help you spend the time on that | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0186 | | 5/9/2012 1:17:23 AM | because that team and all the work they have done for last 3 years is just horrible. | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0218 | | 5/9/2012 1:17:45 AM | C is where we ultimately want to be anyway in the right places | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0217 | | 5/9/2012 1:18:35 AM | I will give the ok on lab benches now unless u have further comment | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0216 | | 5/9/2012 1:18:42 AM | everything we are doing is very simple except for protocol generation. protocol execution is where I should be working on as thats the code in the device. | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;e6ad 1d6bb6ed5ce2 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_MacBookAir_Skype_00 0205 | | 5/9/2012 1:51:34 AM | the QD upgrade and system setup quote is $80K | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0204 | | 5/9/2012 1:51:38 AM | QAD | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0203 | | 5/9/2012 1:52:22 AM | we will need a solid ERP system in place for GMP production and this is the fastest we will be. Oracle or SAP will take us to september october | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0202 | | 5/9/2012 1:52:26 AM | and cost a lot lot more | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0201 | | 5/9/2012 1:52:59 AM | this 80K will be basically mostly throwaway when we move to Oracle later in teh year once we get revenue flowing in | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0237 | | 5/9/2012 1:53:31 AM | we cant make a multi year $2M commitment to oracle until we are cash flow positive or at least break even | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0236 | | 5/9/2012 1:54:49 AM | agree | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0235 | | 5/9/2012 1:55:10 AM | how long would it take if we moved forward with one of them full speed now anyway | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0234 | | 5/9/2012 1:55:48 AM | 3-4 months. no short cut to that. and it costs minimum $1m | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0233 | | 5/9/2012 1:56:01 AM | then lets go forth with wad | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0232 | | 5/9/2012 1:56:04 AM | q | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0231 | | 5/9/2012 1:56:10 AM | can we negotiate any more | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0230 | | 5/9/2012 1:56:34 AM | I know. we will negotiate as much as we can. we can also try to hire a consultant on site for 1 month | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0229 | | 5/9/2012 1:56:43 AM | independent of qad who can setup everything in first month | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0228 | | 5/9/2012 1:57:00 AM | we will use it for devices, cartridges and also assay production | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0227 | | 5/9/2012 1:57:06 AM | agree | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0226 | | 5/9/2012 1:57:14 AM | QAD does a lot of life sceicnes companies as you | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0225 | | 5/9/2012 1:57:17 AM | it will put structure right now which is needed | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0223 | | 5/9/2012 1:57:20 AM | yes | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0224 | | 5/9/2012 1:57:20 AM | i know | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0222 | | 5/9/2012 1:57:25 AM | and worth it | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0221 | | 5/9/2012 2:01:11 AM | just approved the benches for 81K per our email conversation | sunnybalwani | eah2003 | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0220 | | 5/9/2012 2:01:20 AM | k | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |
| Holmes_MacBookAir_Skype_00 0219 | | 5/9/2012 2:01:36 AM | can we move benches over from EMC? | eah2003 | sunnybalwani | #sunnybalwani/Seah2003;e6ad 1d6bb6ed5ce2 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_MacBookAir_Skype_00 0001 | | 4/20/2013 11:07:10 PM | manifest the $150M we spoke about. I am going to focus on the changes to 2 contracts we talked about to get additional $ from banks. | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0002 | | 4/20/2013 11:07:49 PM | 25+25+50+50 + bank | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0003 | | 4/20/2013 11:08:01 PM | exactly. all of that is our game. the one for swy we can do through the notes to bob | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0005 | | 4/20/2013 11:08:27 PM | i dont want to do any more calls with NC and MA and Paul and co. really takes a lot out of me | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0004 | | 4/20/2013 11:09:00 PM | Yes | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0006 | | 4/20/2013 11:10:01 PM | i agree. lets put a plan in place so you are not on any of these. | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_MacBookAir_Skype_00 0007 | | 4/20/2013 11:11:05 PM | no. I can do these. I dont want thereanos on any of these. we need to get them out of our lives | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0008 | | 4/20/2013 11:11:47 PM | very very strongly agree with that as you know - i want all the toxicity out of our company | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0009 | | 4/20/2013 11:12:01 PM | I just dont want anyone from our company dealing with them. get them the money. if you see our hospital model, we will mint money there once we get our device perfected | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0010 | | 4/20/2013 11:12:43 PM | i know. amongst other reasons, thats why the nC comments to you this week were ridcioulous re: speed of saving $$ | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0011 | | 4/20/2013 11:12:49 PM | not that it matters given our plans | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0012 | | 4/20/2013 11:15:11 PM | the model i sent you shows we can make $20M in 3-6 months from just 15 sites | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0013 | | 4/20/2013 11:15:31 PM | i know. and that model is conservative | eah2003 | sunnybalwani | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |
| Holmes_MacBookAir_Skype_00 0014 | | 4/20/2013 11:16:16 PM | this is why, we can work with hospitals directly and charge them $1m/site of prepurchase as these people willmake millions per month from our technology | sunnybalwani | eah2003 | #sunnybalwani/$eah2003;fce8c 3b051789!3b | |

SER-645    PRH_0000025

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_006088 | iMessage | 9/7/2013 5:33:52 PM | Some amazing emails to info@theranos.com this morning. While most are asking for employment or investment, we already have people writing, asking for nothing, wanting to share their stories of pain and how excited they are to read about theranos and how we can help their lives...and just saying thank you. It's incredible | Christian Holmes | Elizabeth Holmes, Sunny Balwani | chat764060605696723644 | |
| Holmes_iPhone_iMessage-MMS-SMS_006089 | iMessage | 9/7/2013 5:35:58 PM | Awesome | Sunny Balwani | Elizabeth Holmes, Christian Holmes | chat764060605696723644 | |
| Holmes_iPhone_iMessage-MMS-SMS_006097 | iMessage | 9/7/2013 6:16:00 PM | Can't wait to read | Elizabeth Holmes | Christian Holmes Sunny | chat764060605696723644 | |

SER-646     PRH_0000028

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_007317 | iMessage | 11/20/2013 4:54:24 AM | Btw. When we do the patch, chem8 or chem14 is the most important and first thing to monitor | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_007344 | iMessage | 11/20/2013 10:14:24 AM | Pissing me off we don't have anyone managing PSC, ctn production, cart production, elisa assays, TSH. . | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007349 | iMessage | 11/20/2013 10:16:32 AM | I agree. | Sunny Balwani | Elizabeth Holmes | | |

SER-647    PRH_0000031

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007347 | iMessage | 11/20/2013 10:16:50 AM | I know | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007345 | iMessage | 11/20/2013 10:17:01 AM | Recruiting | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007348 | iMessage | 11/20/2013 10:17:36 AM | And better management | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007346 | iMessage | 11/20/2013 10:19:10 AM | Full time job | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007371 | iMessage | 11/20/2013 10:31:30 AM | Thinking about whether useful to give Surabh documents before he comes | Elizabeth Holmes | Sunny Balwani | | |

SER-648     PRH_0000032

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007378 | iMessage | 11/20/2013 2:51:57 PM | Let me know if you would give Surabh USB key tomorrow or email now | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007377 | iMessage | 11/20/2013 2:56:00 PM | Ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007379 | iMessage | 11/20/2013 2:57:16 PM | ? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007380 | iMessage | 11/20/2013 2:58:12 PM | Let me know if you would give Surabh USB key tomorrow or email now | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007381 | iMessage | 11/20/2013 2:58:24 PM | USB key? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007384 | iMessage | 11/20/2013 2:58:40 PM | Either way doesn't matter | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007383 | iMessage | 11/20/2013 3:05:19 PM | Ok | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007391 | iMessage | 11/20/2013 3:38:04 PM | Am planning on including all we sent dst, including the Pfizer report. Let me know if u disagree. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007394 | iMessage | 11/20/2013 3:40:52 PM | Also the hospital list | Elizabeth Holmes | Sunny Balwani | | |

SER-649 PRH_0000033

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_007432 | iMessage | 11/21/2013 4:54:57 AM | About to send files to Surabh btw - assume you didn't have comments on that little text series ... | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007433 | iMessage | 11/21/2013 5:07:00 AM | Correct | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007436 | iMessage | 11/21/2013 5:35:58 AM | U should make urself comfortable with financial models alternatively, u can cover everything else and I can meet with him on Tuesday and answer any questions. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007437 | iMessage | 11/21/2013 5:37:20 AM | Are you coming home Tuesday? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007440 | iMessage | 11/21/2013 5:39:39 AM | I'll get myself comfortable. Let me know what file to use. | Elizabeth Holmes | Sunny Balwani | | |

SER-650    PRH_0000034

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_007491 | iMessage | 11/22/2013 5:15:44 AM | I wd be ok with projections but not financials | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007490 | iMessage | 11/22/2013 5:16:03 AM | What are your thoughts on sending financials to DFJ even though we've never sent them as an existing investor / on sending other content to them @ this stage | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007488 | iMessage | 11/22/2013 5:17:38 AM | Projects include bs and 2013 numbers. I guess it is ok. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007492 | iMessage | 11/22/2013 5:18:04 AM | Saw you took the 10m tps out of sequoia 2013 projects | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007493 | iMessage | 11/22/2013 5:18:26 AM | (And therefore will be out of the DFJ projects) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007496 | iMessage | 11/22/2013 5:20:00 AM | Yeah | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007495 | iMessage | 11/22/2013 5:22:45 AM | I guess if 25 is an issue 35 would be too ... | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007494 | iMessage | 11/22/2013 5:24:16 AM | Or look another way, if 25 is not good enuff than 35 won't be either. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007497 | iMessage | 11/22/2013 5:38:04 AM | Exactly! | Elizabeth Holmes | Sunny Balwani | | |

SER-651    PRH_0000036

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007608 | iMessage | 11/23/2013 7:16:31 AM | Then let's build the true American empire. A monopoly. Our obligation to USA. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007609 | iMessage | 11/23/2013 7:17:34 AM | That's what we're doing | Elizabeth Holmes | Sunny Balwani | | |

SER-652    PRH_0000038

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007935 | iMessage | 11/28/2013 2:03:44 AM | We are at $15m as of today. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007936 | iMessage | 11/28/2013 2:03:44 AM | Free cash | Sunny Balwar | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007938 | iMessage | 11/28/2013 2:08:31 AM | I saw that. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007937 | iMessage | 11/28/2013 2:08:39 AM | Drop by to discuss when u can. | Elizabeth Holmes | Sunny Balwani | | |

SER-653    PRH_0000042

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_008814 | iMessage | 12/21/2013 8:14:00 PM | Working on email for dick | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_008815 | iMessage | 12/21/2013 8:14:16 PM | What will dignitys questions for him likely be/what do we want him to say | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_008816 | iMessage | 12/21/2013 8:28:23 PM | They will probably ask abt financial stability and also ability to execute. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_008817 | iMessage | 12/21/2013 8:28:48 PM | They also care about our mission to do good because they are a religious org. Make sure he talks about that. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_008818 | iMessage | 12/21/2013 8:30:46 PM | Good | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_008819 | iMessage | 12/21/2013 8:30:56 PM | Early detection. Lower pricing for poor and uninsured and infectious disease that inflict poor in developing world. Make sure he understands that. I had talked with dignity at length abt TNAA tb and other disease and our obsession with $2-10 price points. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_008820 | iMessage | 12/21/2013 8:33:04 PM | They knew in detail about cepheid and they they were being subsidized by Gates and were still too expensive and we are unsubsidized and still cheap bcz of our intention. | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019294 | iMessage | 11/6/2014 5:33:24 PM | Do we have any fs sti right now | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_019297 | iMessage | 11/6/2014 5:34:33 PM | Or fertility on fs | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019296 | iMessage | 11/6/2014 5:38:08 PM | No on STI. Couple fertility | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019295 | iMessage | 11/6/2014 5:38:17 PM | Ignore sti question | Elizabeth Holmes | Sunny Balwani | | |

SER-655     PRH_0000062

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019855 | iMessage | 11/19/2014 4:56:32 AM | Need to focus on ops. Getting hurt in market. | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019856 | iMessage | 11/19/2014 4:56:32 AM | Customer service seems to be terrible. Everyone complaining. | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019858 | iMessage | 11/19/2014 4:58:07 AM | Yes | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019857 | iMessage | 11/19/2014 4:58:15 AM | We have to own this | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019859 | iMessage | 11/19/2014 4:58:40 AM | Lab, customer service, tat, all need director level people | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019862 | iMessage | 11/19/2014 4:58:40 AM | Tracy seemed burnt out | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019863 | iMessage | 11/19/2014 4:58:40 AM | She is doing all of this. | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019865 | iMessage | 11/19/2014 4:58:40 AM | No. She is still great. She is just trying to manage a lot m | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019860 | iMessage | 11/19/2014 4:59:18 AM | Exactly | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019861 | iMessage | 11/19/2014 4:59:49 AM | Hmm | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019864 | iMessage | 11/19/2014 4:59:58 AM | Burnt out like problem? | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019867 | iMessage | 11/19/2014 5:00:32 AM | We will help her | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019868 | iMessage | 11/19/2014 5:00:40 AM | By doing this | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019866 | iMessage | 11/19/2014 5:00:48 AM | We need. The lab and call center fixed... | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019872 | iMessage | 11/19/2014 5:00:48 AM | Need professionals across the board. Need PMs and Allison out ASAP. | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019874 | iMessage | 11/19/2014 5:00:48 AM | Waste of time imp | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019875 | iMessage | 11/19/2014 5:00:48 AM | Imo | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019869 | iMessage | 11/19/2014 5:00:57 AM | Exactly | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019870 | iMessage | 11/19/2014 5:01:21 AM | Yes | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019871 | iMessage | 11/19/2014 5:01:33 AM | Met w all PMs here on new roles today | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019873 | iMessage | 11/19/2014 5:01:45 AM | Getting one pagers pre thx giving | Elizabeth Holmes | sunnybalwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Auth | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019876 | iMessage | 11/19/2014 5:02:50 AM | We need call center manager, new call center team, get recurrent crew out of docs facing communications | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019877 | iMessage | 11/19/2014 5:02:56 AM | Current crew out | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019880 | iMessage | 11/19/2014 5:02:56 AM | Fundamentally we need to stop fighting fires by not creating them | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019878 | iMessage | 11/19/2014 5:03:19 AM | Yes | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019879 | iMessage | 11/19/2014 5:05:04 AM | It will be ideal to put all ops in Az so they are managed professionally and away from hq | sunnybalwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019881 | iMessage | 11/19/2014 5:05:04 AM | Call center,tech support, everything | sunnybalwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019882 | iMessage | 11/19/2014 5:05:04 AM | Rebuild | sunnybalwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019885 | iMessage | 11/19/2014 5:05:04 AM | New lab dirs, lab manager like Tracy | sunnybalwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019886 | iMessage | 11/19/2014 5:05:04 AM | 18C, ctr, tip coating | sunnybalwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019883 | iMessage | 11/19/2014 5:05:52 AM | Fundamentally we need to stop fighting fires by not creating them | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019884 | iMessage | 11/19/2014 5:06:06 AM | Need to fix root cause here | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019887 | iMessage | 11/19/2014 5:07:09 AM | Yes | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019888 | iMessage | 11/19/2014 5:07:12 AM | Exactly | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019889 | iMessage | 11/19/2014 5:07:50 AM | Call center manager and new doc facing call center in 1701. | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019890 | iMessage | 11/19/2014 5:08:56 AM | We can't scale with wag. | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019891 | iMessage | 11/19/2014 5:09:09 AM | They are terrible and we need swy and cvs | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019892 | iMessage | 11/19/2014 5:09:33 AM | It is time | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019894 | iMessage | 11/19/2014 5:09:39 AM | Let's get SWY done this week | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019893 | iMessage | 11/19/2014 5:09:42 AM | We can do it | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019896 | iMessage | 11/19/2014 5:09:57 AM | They told our team in wag meeting that they don't intend to open more PSCs until July because we missed their it integration deadline | sunnybalwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019895 | iMessage | 11/19/2014 5:10:17 AM | Wow | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019899 | iMessage | 11/19/2014 5:10:19 AM | Which is good because we can focus on swy and cvs | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019897 | iMessage | 11/19/2014 5:10:42 AM | If they don't move, we do cvs | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019900 | iMessage | 11/19/2014 5:11:10 AM | Wag stock went up today by $1.25 because Theranos article today. | sunnybalwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_019903 | iMessage | 11/19/2014 5:12:09 AM | We have to move | Elizabeth Holmes | sunnybalwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_019902 | iMessage | 11/19/2014 5:12:24 AM | In the lifetime of the opportunity | Elizabeth Holmes | sunnybalwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019904 | iMessage | 11/19/2014 5:12:34 AM | Need ctn fixed. Our root cause of issues | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019905 | iMessage | 11/19/2014 5:12:48 AM | I know. Seems like they r a mess. | sunnybalwani | Elizabeth Holmes | sunnybalwani | |
| Holmes_iPhone_iMessage-MMS-SMS_019906 | iMessage | 11/19/2014 5:13:01 AM | Yes | Elizabeth Holmes | sunnybalwani | sunnybalwani | |

SER-658    PRH_0000069

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_020375 | iMessage | 11/27/2014 12:36:08 AM | FYI. On my call with cvs they mentioned they will be piloting in a very small number somewhere where pharmacist will do finger stick and send out sample. They didn't mention details but they will put that in email. Sounded like very limited tests. | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020379 | iMessage | 11/27/2014 12:36:16 AM | But we need to make sure our ip is protected. | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020378 | iMessage | 11/27/2014 12:37:09 AM | On my first call, wag mentioned they are massive cost cutting mode so we will be able to get from them whatever we push for. | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020377 | iMessage | 11/27/2014 12:38:04 AM | So we need to lock on a billion or more now so we have leverage over both. And time to operatinalize normandy and then day | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020380 | iMessage | 11/27/2014 12:38:08 AM | Dday | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020381 | iMessage | 11/27/2014 1:37:49 AM | Driving home! | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_020382 | iMessage | 11/27/2014 1:37:54 AM | Amazing meeting | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_020384 | iMessage | 11/27/2014 1:37:58 AM | He is in | Elizabeth Holmes | Sunny Balwani (+ | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_020383 | iMessage | 11/27/2014 1:38:08 AM | Awesome. I knew already. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020385 | iMessage | 11/27/2014 1:38:29 AM | Critical we not be depended on them | Elizabeth Holmes | Sunny Balwani (- | | |
| Holmes_iPhone_iMessage-MMS-SMS_020386 | iMessage | 11/27/2014 1:38:36 AM | Both of them are the Same | Elizabeth Holmes | Sunny Balwani (- | | |
| Holmes_iPhone_iMessage-MMS-SMS_020389 | iMessage | 11/27/2014 1:38:38 AM | Bcz I can sense ur energy | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020388 | iMessage | 11/27/2014 1:38:42 AM | I know. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020387 | iMessage | 11/27/2014 1:38:43 AM | :) | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_020393 | iMessage | 11/27/2014 1:38:46 AM | I know | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_020392 | iMessage | 11/27/2014 1:38:53 AM | We need leverage always. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020394 | iMessage | 11/27/2014 1:39:22 AM | Literally | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_020395 | iMessage | 11/27/2014 1:39:31 AM | No one will spend more money on R&D as us so we will own leverage as long as we keep spending on R&D | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020398 | iMessage | 11/27/2014 1:40:10 AM | Rupert said same thing as you and I talked about on separate R&D bucket | Elizabeth Holmes | Sunny Balwani ( | | |

SER-660     PRH_0000072

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_020467 | iMessage | 11/27/2014 2:46:00 AM | Just finished calls. Alice Walton in for 50. Confirmed 100 Greg. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_020469 | iMessage | 11/27/2014 2:47:51 AM | Awesome. I was thinking today. They are not investing in our company they are investing in our destiny. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020468 | iMessage | 11/27/2014 2:47:59 AM | So total 100. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020471 | iMessage | 11/27/2014 2:48:18 AM | 150 total | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_020472 | iMessage | 11/27/2014 2:48:25 AM | Rupert over 100 | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_020474 | iMessage | 11/27/2014 2:48:32 AM | Awesome. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020478 | iMessage | 11/27/2014 2:49:46 AM | Can't wait to learn more about conversation with Rupert. | Sunny Balwani | Elizabeth Holmes | | |

SER-661    PRH_0000073

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_020756 | iMessage | 11/28/2014 11:12:42 PM | Normandy lab is a fucking disaster zone. Glad I came here. Will work on fixing this. | Sunny Balwani | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020757 | iMessage | 11/28/2014 11:13:51 PM | Meant to be that your there apparently .. What happened | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_020759 | iMessage | 11/28/2014 11:30:01 PM | Just called you to checkin. Call anytime / when convenient | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_020760 | iMessage | 11/28/2014 11:30:08 PM | In Normandy. Will call when I leave. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020761 | iMessage | 11/28/2014 11:31:24 PM | No rush. Just checking in | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_020762 | iMessage | 11/28/2014 11:32:16 PM | I will get Tina out. We need a software person ruining this. Between Tina and max we have a mess. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020764 | iMessage | 11/28/2014 11:33:23 PM | I could not agree more. | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_020763 | iMessage | 11/28/2014 11:34:24 PM | We built software to remove human error and human judgement. All day I saw these people use their judgements to work around our processes. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_020765 | iMessage | 11/28/2014 11:37:01 PM | This is where our problems are. Which means we can fix it. Thank god. | Elizabeth Holmes | Sunny Balwani ( | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_021150 | SMS | 12/2/2014 11:33:15 PM | Do you want New Yorker to say crucial to Theranos' success was hiring you | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_021151 | SMS | 12/2/2014 11:35:10 PM | If it takes anything away from you then no. Perhaps there is a better way of saying my role is important here. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_021152 | SMS | 12/2/2014 11:35:22 PM | Or key | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_021153 | SMS | 12/2/2014 11:35:25 PM | To | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_021154 | SMS | 12/2/2014 11:35:40 PM | We together decide what sounds best | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_021155 | SMS | 12/2/2014 11:35:47 PM | Or critical | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_021156 | SMS | 12/2/2014 11:35:57 PM | Or central | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_021157 | SMS | 12/2/2014 11:43:53 PM | Let me know thoughts. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_021158 | SMS | 12/3/2014 12:06:56 AM | They used the word integral to in won draft If you have thoughts let me know | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_021159 | SMS | 12/3/2014 12:11:08 AM | Integral is good | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_021160 | SMS | 12/3/2014 12:11:35 AM | Like that best? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_021161 | SMS | 12/3/2014 12:11:43 AM | I love that we can talk about this. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_021213 | iMessage | 12/4/2014 12:23:35 AM | What would you say about how we automate to minimize logistics / transportation errors | Elizabeth Holmes | Sunny Balwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_022520 | iMessage | 12/16/2014 1:01:00 AM | Been going through BDT nonstop since got to house. Let me know what you think | Elizabeth Holmes | Sunny Balwani | | |

SER-664    PRH_0000085

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_022638 | iMessage | 12/16/2014 11:34:49 PM | Are there any materials in the binders you think should be removed for Murdoch / news corp | Elizabeth Holmes | Sunny Balwani | sunnybalwani | |

SER-665    PRH_0000087

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_023259 | iMessage | 12/27/2014 10:22:15 PM | This year is our year | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_023262 | iMessage | 12/27/2014 10:29:49 PM | We can never forget this tiger | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_023261 | iMessage | 12/27/2014 10:30:15 PM | I know. I am focused on it. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_023260 | iMessage | 12/27/2014 10:30:24 PM | We will execute this year | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_023263 | iMessage | 12/27/2014 10:32:46 PM | I know. I'm focused on it too. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_023265 | iMessage | 12/27/2014 10:32:58 PM | And for our kids never forget who we are | Elizabeth Holmes | Sunny Balwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_025111 | iMessage | 1/30/2015 4:00:00 PM | I have a call with Ruperts lawyer in 10 | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_025116 | iMessage | 1/30/2015 4:10:24 PM | At White House | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_025117 | iMessage | 1/30/2015 4:10:27 PM | Can text | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_025118 | iMessage | 1/30/2015 4:10:54 PM | Waiting for Obama to speak can't pick up phone | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_025119 | iMessage | 1/30/2015 4:11:01 PM | But can text | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_025120 | iMessage | 1/30/2015 4:11:05 PM | He asked for 3rd party fmv. I will say no. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_025122 | iMessage | 1/30/2015 4:11:11 PM | We haven't done this for any others | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_025123 | iMessage | 1/30/2015 4:11:21 PM | Focused on equal communications | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_025121 | iMessage | 1/30/2015 4:11:30 PM | After we buy back then disclosures | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_025124 | iMessage | 1/30/2015 4:11:54 PM | Right now the others could want to use as "cocktail party" conversation | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_025125 | iMessage | 1/30/2015 4:12:27 PM | He is not asking for disclosure here. | Sunny Balwani | Elizabeth Holmes | | |

SER-667    PRH_0000110

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_025127 | iMessage | 1/30/2015 4:12:33 PM | Reason we're consolidating shareholder base is get to point can and want to engage and disclose with small select anchor group really want to be part of this | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_025128 | iMessage | 1/30/2015 4:12:36 PM | 3rd party FMV | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_025126 | iMessage | 1/30/2015 4:12:47 PM | The report? | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_025129 | iMessage | 1/30/2015 4:12:48 PM | For redemption | Sunny Balwani ( | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_025133 | iMessage | 1/30/2015 4:13:11 PM | Same comment on terms equal for all | Elizabeth Holmes | Sunny Balwani (- | | |
| Holmes_iPhone_iMessage-MMS-SMS_025131 | iMessage | 1/30/2015 4:13:20 PM | And maintain control of colon at | Elizabeth Holmes | Sunny Balwani (- | | |
| Holmes_iPhone_iMessage-MMS-SMS_025130 | iMessage | 1/30/2015 4:13:23 PM | Company | Elizabeth Holmes | Sunny Balwani (- | | |
| Holmes_iPhone_iMessage-MMS-SMS_025132 | iMessage | 1/30/2015 4:13:34 PM | We are doing third party fmv now | Elizabeth Holmes | Sunny Balwani (- | | |
| Holmes_iPhone_iMessage-MMS-SMS_025134 | iMessage | 1/30/2015 4:13:39 PM | And will adopt formula | Elizabeth Holmes | Sunny Balwani (- | | |
| Holmes_iPhone_iMessage-MMS-SMS_025135 | iMessage | 1/30/2015 4:13:57 PM | Applied to all transactions | Elizabeth Holmes | Sunny Balwani (- | | |
| Holmes_iPhone_iMessage-MMS-SMS_025136 | iMessage | 1/30/2015 4:14:37 PM | And second point we won't exercise redemption until we have exercised for all C2 | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_025138 | iMessage | 1/30/2015 4:14:48 PM | Re: terms on redemption - protecting us ok situation where client is shareholder. Not using for this - why we want long term shareholders | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_025137 | iMessage | 1/30/2015 4:15:05 PM | Challenge is haven't agreed for others | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_025140 | iMessage | 1/30/2015 4:15:31 PM | Recall we already sent him side letter that we won't exercise redemption below 17 | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_025142 | iMessage | 1/30/2015 4:15:56 PM | Second thing he wants is we won't exercise redemption unless on all ,2 | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_025139 | iMessage | 1/30/2015 4:15:59 PM | C2 | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_025141 | iMessage | 1/30/2015 4:16:47 PM | Tell him we want him in very long term which is why turned down all other monies. Just can't negate provisions we have that protect us in event we have to remove a corporate shareholder, and under Delaware law this could negate that enforceability | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_025143 | iMessage | 1/30/2015 4:16:52 PM | Phone off soon | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_025147 | iMessage | 1/30/2015 4:17:04 PM | I will deal with it. That's not the issue but never mind. I will deal with it the best I can. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_025146 | iMessage | 1/30/2015 4:50:05 PM | Can talk if need now | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_025145 | iMessage | 1/30/2015 5:06:42 PM | Out of White House | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_025144 | iMessage | 1/30/2015 5:06:46 PM | How did it go | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_025149 | iMessage | 1/30/2015 5:23:12 PM | Call when free. At office | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_027753 | iMessage | 3/9/2015 10:54:12 PM | My life partner is invited to be with me for all horatio Alger proceedings. All awardees come with life partners | Elizabeth Holmes | Sunny Balwani | | |

SER-669    PRH_0000131

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_027872 | iMessage | 3/10/2015 9:26:53 PM | We have an opportunity to put telemedicine in our contract with wag. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_027873 | iMessage | 3/10/2015 9:30:57 PM | We should nail that. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_027871 | iMessage | 3/10/2015 9:31:10 PM | And actually kick it off in our meeting with mayo | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_027874 | iMessage | 3/10/2015 9:31:15 PM | And possibly Cleveland | Elizabeth Holmes | Sunny Balwani [ | | |
| Holmes_iPhone_iMessage-MMS-SMS_027877 | iMessage | 3/10/2015 9:31:23 PM | And then build the team here as we hire | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_027876 | iMessage | 3/10/2015 9:31:33 PM | They won't be ready overnight anyway | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_027878 | iMessage | 3/10/2015 9:31:39 PM | Cleveland clinic. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_027875 | iMessage | 3/10/2015 9:32:07 PM | Yes | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_027879 | iMessage | 3/10/2015 9:32:10 PM | We will talk. We will bring this up and negotiate as last thin once all else is done. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_027883 | iMessage | 3/10/2015 9:32:16 PM | Yes | Elizabeth Holmes | Sunny Balwani | 5) | |
| Holmes_iPhone_iMessage-MMS-SMS_027882 | iMessage | 3/10/2015 9:32:19 PM | I opened the door. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_027881 | iMessage | 3/10/2015 9:32:27 PM | Great | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_027880 | iMessage | 3/10/2015 9:32:32 PM | Will tell u more in person. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_027886 | iMessage | 3/10/2015 9:32:36 PM | K | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_027884 | iMessage | 3/10/2015 9:32:48 PM | They were drooling over Cleveland clinic announcement | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_027885 | iMessage | 3/10/2015 9:32:48 PM | We did tester | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_027887 | iMessage | 3/10/2015 9:32:48 PM | Yesterday | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_027888 | iMessage | 3/10/2015 9:33:45 PM | Everyone is | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_027889 | iMessage | 3/10/2015 9:34:03 PM | Hopefully they're off peer review | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_027890 | iMessage | 3/10/2015 9:34:20 PM | Which is why we need to go good by Cleveland clinic | Sunny Balwani [· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_027891 | iMessage | 3/10/2015 9:34:26 PM | Yes. Off the table. | Sunny Balwani [· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_027893 | iMessage | 3/10/2015 9:42:38 PM | Exactly | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_027895 | iMessage | 3/10/2015 9:42:48 PM | On Cleveland clinic | Elizabeth Holmes | Sunny Balwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_028071 | iMessage | 3/12/2015 9:42:59 PM | I am blocking everyone involved with device in software all next week and I will only do this also. Nothing else. This is the only way to get this done | Sunny Balwani [ | Elizabeth Holmes | | |

SER-671    PRH_0000136

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_029744 | iMessage | 4/7/2015 3:02:15 AM | Deep concern about sense we're getting that trying to manipulate to fail. Can assure not the case. Fix stores succeed. Theranos offered pay.<br><br>Anytime ask don't respond. Signage. Logos. Can't find. Confuse hcc.<br><br>4m now. Amendment done. Means Not succeed.<br><br>Team not making any progress. Deliberately fail. Not - don't need exclusivity az.<br><br>Can't spend $ on marketing don't build out right. Patients complain.<br><br>Dtc. Corporate told stand down do not help Theranos. Compounds. Manipulate - fail. | Elizabeth Holmes | Sunny Balwani | | |

SER-672    PRH_0000149

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_029814 | iMessage | 4/9/2015 2:52:48 AM | Going thru cvs contract. We can't work with wag or cvs. Both are same. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029816 | iMessage | 4/9/2015 2:52:48 AM | And swy | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029817 | iMessage | 4/9/2015 3:00:44 AM | Can't forget that | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_029818 | iMessage | 4/9/2015 3:01:11 AM | We need to think thru our discussion on this topic | Sunny Balwani ( | i) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029819 | iMessage | 4/9/2015 3:03:11 AM | Meaning tomorrow's? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_029821 | iMessage | 4/9/2015 3:03:28 AM | No. Our own stores. | Sunny Balwani | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029820 | iMessage | 4/9/2015 3:05:19 AM | Exactly. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_029822 | iMessage | 4/9/2015 3:05:36 AM | I am thinking. It will depend on discussion tomorrow with wag | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_029901 | iMessage | 4/9/2015 8:22:18 PM | If contract terms and we don't have 1000 stores. What happens to 50m remaining innovation payment | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029906 | iMessage | 4/9/2015 8:43:03 PM | Depends on why terms | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_029909 | iMessage | 4/9/2015 8:54:40 PM | Scale now if need | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_029908 | iMessage | 4/9/2015 8:59:21 PM | So force build 1000 stores? I don't think that's intelligent. | Sunny Balwani | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029911 | iMessage | 4/9/2015 9:00:00 PM | With contract expiring in August 2017 means building out 1000 by feb 2016. Not good for us | Sunny Balwani | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029912 | iMessage | 4/9/2015 9:08:22 PM | There are equal number of cvs and wag in Ny state btw. | Sunny Balwani | ) Elizabeth Holmes | | |

PRH_0000151

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_029913 | iMessage | 4/9/2015 9:08:58 PM | When we launch in NY we can launch with CVS and give them once we have 50 E done, we will be invincible | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029910 | iMessage | 4/9/2015 9:12:30 PM | Agree | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_029917 | iMessage | 4/9/2015 9:14:22 PM | If terms because we term then we return. They term and we don't want to we keep. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_029918 | iMessage | 4/9/2015 9:14:45 PM | We don't want 1000 stores with ass holes. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029920 | iMessage | 4/9/2015 9:15:03 PM | 200 will be enough to prove our point. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029922 | iMessage | 4/9/2015 9:15:06 PM | I know | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_029921 | iMessage | 4/9/2015 9:15:17 PM | I will say we keep 25 no matter what | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029919 | iMessage | 4/9/2015 9:15:19 PM | But then depending on who terms should work | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_029923 | iMessage | 4/9/2015 9:15:22 PM | Agree | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_029925 | iMessage | 4/9/2015 9:15:27 PM | Yes | Sunny Balwani | i) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029924 | iMessage | 4/9/2015 9:15:44 PM | But if natural terms then we return 25 | Sunny Balwani | i) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029926 | iMessage | 4/9/2015 9:15:44 PM | If they don't build 500 we keep 25 | Sunny Balwani | i) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029929 | iMessage | 4/9/2015 9:17:52 PM | Correct | Sunny Balwani | i) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029928 | iMessage | 4/9/2015 9:18:40 PM | Yes | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_029930 | iMessage | 4/9/2015 9:19:05 PM | Natural meaning we both decide not to renew? Also if we want Renew but they don't | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_029931 | iMessage | 4/9/2015 9:20:00 PM | I would like to keep simple. If they build minimum 500 they get all 50. If they don't we keep minimum 25. I can also say if they don't build 500 we keep all 50 since we banked on them. | Sunny Balwani [ | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029940 | iMessage | 4/9/2015 10:28:16 PM | Going into wag meeting. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029945 | iMessage | 4/10/2015 12:34:08 AM | Done. Call when u have 30 minutes | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029947 | iMessage | 4/10/2015 1:41:00 AM | Agree with above | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_029949 | iMessage | 4/10/2015 1:41:03 AM | Will call soon | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_029948 | iMessage | 4/10/2015 1:50:22 AM | Mostly terrible meeting but net net is what we want. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029972 | iMessage | 4/10/2015 2:33:36 AM | Love you too | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029974 | iMessage | 4/10/2015 2:33:36 AM | The point about narrowing down menu to hit high fs % came to me like gift of God. | Sunny Balwani i | Elizabeth Holmes | | |

SER-675    PRH_0000152

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_029975 | iMessage | 4/10/2015 2:35:44 AM | I was meditating on this meeting all night and all day | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029976 | iMessage | 4/10/2015 2:35:44 AM | You nailed it | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_029979 | iMessage | 4/10/2015 2:35:44 AM | We must hit our volume goals now. | Sunny Balwani i | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029980 | iMessage | 4/10/2015 2:35:44 AM | We need to make it a matter of life and death. | Sunny Balwani i | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_029982 | iMessage | 4/10/2015 2:35:44 AM | Survival. We must not lose | Sunny Balwani i | ) Elizabeth Holmes | | |

SER-676    PRH_0000153

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_030187 | iMessage | 4/11/2015 4:55:28 PM | I have extreme clarity on how we will win against quest and lab corp | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030189 | iMessage | 4/11/2015 4:55:28 PM | Extreme hardwork but no short cuts on this one anyway | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030192 | iMessage | 4/11/2015 4:55:28 PM | For next 3 years 2015-16-17 do only California NY az and central pen | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030186 | iMessage | 4/11/2015 4:55:32 PM | I so agree | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_030188 | iMessage | 4/11/2015 4:56:13 PM | Can't wait to discuss | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_030191 | iMessage | 4/11/2015 4:56:35 PM | Have a lot of ideas on that btw from these last couple days | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_030190 | iMessage | 4/11/2015 4:56:39 PM | Exactly | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_030193 | iMessage | 4/11/2015 4:57:36 PM | Build incredible software d2c Socrates 100-200 fingersticks on 4.1 | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030194 | iMessage | 4/11/2015 4:57:36 PM | And capture 100% ca and my | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030196 | iMessage | 4/11/2015 4:57:36 PM | My | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030197 | iMessage | 4/11/2015 4:57:36 PM | Ny | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030198 | iMessage | 4/11/2015 4:57:36 PM | We need to tie the two RX only thru 15-18 months and get out shit together get 510ks done. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030195 | iMessage | 4/11/2015 4:58:08 PM | Exactly | Elizabeth Holmes | Sunny Balwani i | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_030332 | iMessage | 4/11/2015 10:26:08 PM | You should revisit new .com copy in light of us doing ~50% finger sticks. | Sunny Balwani (- | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030333 | iMessage | 4/11/2015 10:26:08 PM | Unless u already did | Sunny Balwani (- | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030334 | iMessage | 4/11/2015 10:26:08 PM | Also need a Pennsylvania only .com if u think that's needed. | Sunny Balwani (- | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030337 | iMessage | 4/11/2015 10:30:24 PM | Taking off. Land at 5 | Sunny Balwani (- | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030336 | iMessage | 4/11/2015 10:31:50 PM | Agree | Elizabeth Holmes | Sunny Balwani | | |

SER-678      PRH_0000159

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_030969 | iMessage | 4/20/2015 3:47:03 PM | We need to decide and then operationalize the strategy we were talking about re working with many | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_030972 | iMessage | 4/20/2015 3:47:12 PM | Yeah | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030974 | iMessage | 4/20/2015 3:47:12 PM | Fs is our competitive advantage and price transparency | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030975 | iMessage | 4/20/2015 3:47:12 PM | Lab corp basically will copy us | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030977 | iMessage | 4/20/2015 3:47:12 PM | Absolutely | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030981 | iMessage | 4/20/2015 3:47:12 PM | I will come to office now and get cvs done today and send out no will lock myself in office. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_030971 | iMessage | 4/20/2015 3:47:14 PM | And get FS live nmw | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_030973 | iMessage | 4/20/2015 3:47:46 PM | I know | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_030976 | iMessage | 4/20/2015 3:48:02 PM | And now the freedom not to be exclusive gives us big leverage | Elizabeth Holmes | Sunny Balwani ( | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRH_0000165

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_030979 | iMessage | 4/20/2015 3:48:37 PM | No retailer will want other (irrespective of whether we have exclusivity terms) when we have FS live | Elizabeth Holmes | Sunny Balwani ( | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_030992 | iMessage | 4/20/2015 3:50:20 PM | You agree on national thought leadership now? | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_030993 | iMessage | 4/20/2015 3:50:29 PM | Going to emphasize consumer today at BCBS | Elizabeth Holmes | Sunny Balwani ( | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031000 | iMessage | 4/20/2015 3:52:18 PM | Can also have roger do a piece on it now | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031002 | iMessage | 4/20/2015 3:52:54 PM | That's better. Time with July 4 launch | Sunny Balwani | Elizabeth Holmes | | |

SER-680    PRH_0000166

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031062 | iMessage | 4/20/2015 7:41:10 PM | Can we take FS lie tomorrow | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031061 | iMessage | 4/20/2015 7:41:43 PM | ? | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031064 | iMessage | 4/20/2015 7:41:52 PM | U mean Gc? | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031067 | iMessage | 4/20/2015 7:41:52 PM | Very risky. We need more software testing. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031065 | iMessage | 4/20/2015 7:43:05 PM | Yes | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_031066 | iMessage | 4/20/2015 7:44:00 PM | Checking but very risky | Sunny Balwani (+ | ) Elizabeth Holmes | | |

SER-681    PRH_0000169

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031158 | iMessage | 4/20/2015 10:03:15 PM | I am going to publish an op Ed in nyt. Team is working on it | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031156 | iMessage | 4/20/2015 10:03:25 PM | We are owning this space. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031157 | iMessage | 4/20/2015 10:03:31 PM | Charlie rose likely early June | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031159 | iMessage | 4/20/2015 10:03:31 PM | Good. Let do it | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031161 | iMessage | 4/20/2015 10:03:36 PM | Perfect | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031162 | iMessage | 4/20/2015 10:03:38 PM | Exactly | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031160 | iMessage | 4/20/2015 10:03:43 PM | Roger in meantime | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031163 | iMessage | 4/20/2015 10:03:51 PM | Consumer and price transparency and technology | Sunny Balwani ( | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031252 | iMessage | 4/21/2015 3:40:31 AM | Re your email | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031254 | iMessage | 4/21/2015 3:40:42 AM | Wsj guy might show up tomorrow | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031253 | iMessage | 4/21/2015 3:40:47 AM | That is the thing | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031256 | iMessage | 4/21/2015 3:41:40 AM | We need tomorrow to test and then the team can push it in production tomorrow night. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031257 | iMessage | 4/21/2015 3:43:24 AM | Ok | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031259 | iMessage | 4/21/2015 3:43:35 AM | Could just do for him only if he shows up ... | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031262 | iMessage | 4/21/2015 3:44:15 AM | Hard to know who he is and what order he brings. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031261 | iMessage | 4/21/2015 3:44:46 AM | Better a perfect venipuncture than bad fingerstick | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031263 | iMessage | 4/21/2015 3:45:11 AM | Or miss a test. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031260 | iMessage | 4/21/2015 3:45:34 AM | It's possible he talks to docs first day and does draw second day | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031264 | iMessage | 4/21/2015 3:45:34 AM | Seems like this guy is looking to write something negative. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031265 | iMessage | 4/21/2015 3:45:50 AM | That's what he does | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031266 | iMessage | 4/21/2015 3:45:54 AM | Even then. We don't what tests he will do. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031268 | iMessage | 4/21/2015 3:46:12 AM | But we could turn it into piece about what sql doing. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031267 | iMessage | 4/21/2015 3:46:24 AM | Our oppo guy knows him well | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031269 | iMessage | 4/21/2015 3:46:31 AM | I know | Elizabeth Holmes | Sunny Balwani | | |

SER-683    PRH_0000175

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031271 | iMessage | 4/21/2015 3:46:40 AM | My read is sooner the better generally | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031270 | iMessage | 4/21/2015 3:46:48 AM | Even if just docs happier sooner | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031272 | iMessage | 4/21/2015 3:46:54 AM | We will push it tomorrow | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031273 | iMessage | 4/21/2015 3:46:55 AM | Assuming confidence is there | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031276 | iMessage | 4/21/2015 3:47:09 AM | Night | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031275 | iMessage | 4/21/2015 3:47:17 AM | Makes sense | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031274 | iMessage | 4/21/2015 3:47:23 AM | Confidence there? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031277 | iMessage | 4/21/2015 3:47:29 AM | So Wednesday it will trigger fs for gc18 | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031278 | iMessage | 4/21/2015 3:47:41 AM | Yes | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031282 | iMessage | 4/21/2015 3:47:49 AM | So if he comes it may be 3 fs. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031279 | iMessage | 4/21/2015 3:48:14 AM | Are they doing multiple ctn from one stick in PHX | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031281 | iMessage | 4/21/2015 3:48:16 AM | Don't know. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031280 | iMessage | 4/21/2015 3:49:35 AM | I'll ask Tracy? | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031285 | iMessage | 4/21/2015 3:49:48 AM | I will ask Ryan | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031283 | iMessage | 4/21/2015 3:49:58 AM | K | Elizabeth Holmes | Sunny Balwani ( | | |

SER-684     PRH_0000176

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031396 | iMessage | 4/21/2015 7:44:00 PM | The team is not confident about pushing out fingerstick tonite. What don't think. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031397 | iMessage | 4/21/2015 7:44:00 PM | Do u | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031399 | iMessage | 4/21/2015 7:51:18 PM | What's ur confidences | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031398 | iMessage | 4/21/2015 7:52:00 PM | Ideally Saturday night Nwe don't want to rush this. We went thru hell | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031400 | iMessage | 4/21/2015 7:52:22 PM | Ok | Elizabeth Holmes | Sunny Balwani ( | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031730 | iMessage | 4/25/2015 4:49:04 PM | Have a 10 am with fusiongps guys | Sunny Balwani ( | Elizabeth Holmes | + | |
| Holmes_iPhone_iMessage-MMS-SMS_031736 | iMessage | 4/25/2015 4:53:38 PM | We'll get killer package for when meet w carreyou to turn this into our story | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031737 | iMessage | 4/25/2015 4:53:41 PM | Good | Elizabeth Holmes | Sunny Balwani ( | | |

SER-686  PRH_0000184

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_031752 | iMessage | 4/25/2015 7:28:19 PM | Good meeting? | Elizabeth Holmes | Sunny Balwan | | |
| Holmes_iPhone_iMessage-MMS-SMS_031753 | iMessage | 4/25/2015 7:28:22 PM | Wish I was doing that with you | Elizabeth Holmes | Sunny Balwan | | |
| Holmes_iPhone_iMessage-MMS-SMS_031755 | iMessage | 4/25/2015 7:29:02 PM | It's hard for others to actually believe that we are doing the right thing. They kept looking for a catch | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031756 | iMessage | 4/25/2015 7:29:04 PM | For example it took a while for them to see that we are billing Medicare at 50% | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031757 | iMessage | 4/25/2015 7:29:04 PM | But good meeting | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031758 | iMessage | 4/25/2015 7:38:55 PM | Peter (one of these 2 guys) met with Ron Conway today for bfast and Ron commented that there is too much hype around Theranos and you. FYI. I am worried about over exposure without solid substance which is lacking right now. We can talk tomorrow about over exposure. | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031764 | iMessage | 4/25/2015 7:52:32 PM | Agree. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031765 | iMessage | 4/25/2015 7:52:32 PM | Good point also | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031760 | iMessage | 4/25/2015 7:53:04 PM | We can talk | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_031762 | iMessage | 4/25/2015 7:53:13 PM | Has to be our thinking | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_031761 | iMessage | 4/25/2015 7:53:18 PM | On outside they | Elizabeth Holmes | Sunny Balwani j | | |
| Holmes_iPhone_iMessage-MMS-SMS_031763 | iMessage | 4/25/2015 7:53:23 PM | Are just jealous | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_031767 | iMessage | 4/25/2015 7:53:52 PM | we to own the conversation | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031766 | iMessage | 4/25/2015 7:54:00 PM | That media is why we're getting americare | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031768 | iMessage | 4/25/2015 7:54:07 PM | The | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031769 | iMessage | 4/25/2015 7:54:10 PM | True | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031770 | iMessage | 4/25/2015 7:54:15 PM | And we have enough new nees to do different each piece | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_031771 | iMessage | 4/25/2015 7:54:23 PM | Ok | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031772 | iMessage | 4/25/2015 7:54:26 PM | And drown out and refute the crap | Elizabeth Holmes | Sunny Balwani | j | |
| Holmes_iPhone_iMessage-MMS-SMS_031773 | iMessage | 4/25/2015 7:54:40 PM | We need FDA clearance and ctn clearance b | Sunny Balwani i | Elizabeth Holmes | | |

SER-687     PRH_0000185

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031783 | iMessage | 4/25/2015 9:34:56 PM | And basically time it so it destroys peer review professor from Stanford | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031794 | iMessage | 4/25/2015 10:19:43 PM | The professor from standord who wrote about peer reviews | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031796 | iMessage | 4/25/2015 10:20:04 PM | Interesting. What did he say | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031798 | iMessage | 4/25/2015 10:21:23 PM | That there is laughable little peer review about us | Sunny Balwani | Elizabeth Holmes | | |

SER-688    PRH_0000186

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031958 | iMessage | 4/27/2015 7:34:33 PM | Phenomenal Cramer story. Daughter 2 and a half died. He said she gave up because of needle trauma. Says people who haven't been through it don't understand what big needles mean. Big supporter. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031959 | iMessage | 4/27/2015 7:35:00 PM | Wow | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031961 | iMessage | 4/27/2015 7:35:17 PM | I know. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031962 | iMessage | 4/27/2015 7:35:28 PM | When u r on the path of righteousness the Lord walks besides us. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031963 | iMessage | 4/27/2015 7:35:28 PM | We can talk when u r back | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031960 | iMessage | 4/27/2015 7:35:37 PM | Great voice for us. Lives near quest. Says they're terrified. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031965 | iMessage | 4/27/2015 7:36:00 PM | Literally. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031964 | iMessage | 4/27/2015 7:36:21 PM | Press strategy we talked about is Bulls eye. I can feel it. We are building a movement. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031968 | iMessage | 4/27/2015 11:00:09 PM | ♡ | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031973 | iMessage | 4/27/2015 11:00:16 PM | Love u too | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031977 | iMessage | 4/27/2015 11:12:57 PM | You were flawless in mad money. Just perfect. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031978 | iMessage | 4/27/2015 11:13:04 PM | If I was competing with you I would be scared. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031976 | iMessage | 4/27/2015 11:19:28 PM | Got to get more assays on fingerstick | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031979 | iMessage | 4/27/2015 11:19:28 PM | You came across as a pure statesman. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_031980 | iMessage | 4/28/2015 12:39:17 AM | Loved seeing this so much | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031982 | iMessage | 4/28/2015 12:39:19 AM | Exactly | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_031983 | iMessage | 4/28/2015 12:39:30 AM | That is our key point now | Elizabeth Holmes | Sunny Balwani ( | | |

SER-689   PRH_0000188

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031995 | iMessage | 4/28/2015 1:32:48 AM | Fingerstick is our key point now | Elizabeth Holmes | Sunny Balwani (· | | |
| Holmes_iPhone_iMessage-MMS-SMS_031996 | iMessage | 4/28/2015 1:32:56 AM | Loved your texts so much | Elizabeth Holmes | Sunny Balwani (· | | |
| Holmes_iPhone_iMessage-MMS-SMS_031998 | iMessage | 4/28/2015 1:33:03 AM | I know. Got to succeed in fs | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032001 | iMessage | 4/28/2015 1:33:30 AM | Exactly | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_032000 | iMessage | 4/28/2015 1:33:38 AM | Love | Sunny Balwani (· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032002 | iMessage | 4/28/2015 1:33:43 AM | So grateful to God for where we are now | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_031999 | iMessage | 4/28/2015 1:33:46 AM | More love | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_032003 | iMessage | 4/28/2015 1:33:50 AM | I know | Sunny Balwani (· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032005 | iMessage | 4/28/2015 1:33:52 AM | We will kill after that | Sunny Balwani (· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032007 | iMessage | 4/28/2015 1:33:52 AM | Got to get fs done. Gc20 and e40 | Sunny Balwani (· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032006 | iMessage | 4/28/2015 1:34:17 AM | Exactly | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_032004 | iMessage | 4/28/2015 1:34:20 AM | That is the key | Elizabeth Holmes | Sunny Balwani i | | |

SER-690    PRH_0000189

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_032063 | iMessage | 4/28/2015 3:52:32 AM | It is most maddening there is no focus in any chem teams and no product coming out. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032062 | iMessage | 4/28/2015 3:53:45 AM | I know. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_032064 | iMessage | 4/28/2015 3:53:52 AM | Leadership. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_032065 | iMessage | 4/28/2015 3:54:30 AM | I am taking over all chem teams per discussion and will begin doing daily meetings. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032067 | iMessage | 4/28/2015 3:56:25 AM | Daily meetings really is the only way | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_032066 | iMessage | 4/28/2015 3:56:48 AM | Most disappointing how bad these people are. | Sunny Balwani | Elizabeth Holmes | | |

SER-691     PRH_0000190

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_032068 | iMessage | 4/28/2015 4:02:06 AM | On us to change it b | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_032070 | iMessage | 4/28/2015 4:02:22 AM | Will do | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032069 | iMessage | 4/28/2015 4:03:03 AM | I know we will. | Elizabeth Holmes | Sunny Balwani | | |

SER-692    PRH_0000191

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_032169 | iMessage | 4/28/2015 10:21:03 PM | Should think about what access we give to reporter especially we never make you or our tech data available and shouldn't do it reactive | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032171 | iMessage | 4/28/2015 10:21:22 PM | Agree | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032173 | iMessage | 4/28/2015 10:21:52 PM | I think we should walk him in detail over all data but also educate him on how tech in lab works. He is probably 100% ignorant and looks at 2 numbers from 2 labs and if they don't match assumes we r wrong. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032174 | iMessage | 4/28/2015 10:22:42 PM | I know | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032175 | iMessage | 4/28/2015 10:23:02 PM | Need to do that without setting precedent of someone getting access just because they challenge is | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032176 | iMessage | 4/28/2015 10:23:03 PM | Us | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032177 | iMessage | 4/28/2015 10:23:17 PM | Yes | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032183 | iMessage | 4/28/2015 10:23:32 PM | Best would be to turn it around on others. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032185 | iMessage | 4/28/2015 10:24:00 PM | Also I think we should think about sharing we have a large reference lab. This will shock people. Chances are issues about false negative positive etc is BS | Sunny Balwani ( | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_032187 | iMessage | 4/28/2015 10:24:48 PM | It's quest | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_032189 | iMessage | 4/28/2015 10:24:54 PM | 100% | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_032191 | iMessage | 4/28/2015 10:24:59 PM | Yeah | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_032193 | iMessage | 4/28/2015 10:25:37 PM | This is why even walking him thru JP under NDA destroys these attacks that we r only using our tech. We can talk about it. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032192 | iMessage | 4/28/2015 10:26:07 PM | Yes have to assume it will all be public | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_032194 | iMessage | 4/28/2015 10:26:11 PM | But that may be ok | Elizabeth Holmes | Sunny Balwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_032244 | iMessage | 4/29/2015 3:37:25 PM | Interesting meeting. They're going to follow up. Will brief you on it. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032246 | iMessage | 4/29/2015 3:38:29 PM | We're they open and receptive or didn't think it can happen | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032247 | iMessage | 4/29/2015 3:39:40 PM | Open and receptive - tried to make point about the fact we're using kits and funding but then reversed when I made comments about using FDA devices and our FDA position and work and that we don't want their money | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032248 | iMessage | 4/29/2015 3:40:20 PM | Made comment about us needing to sharing more info faster is word they're hearing in Washington. I said with who and walked them through FDA in detail | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_032249 | iMessage | 4/29/2015 3:40:30 PM | I think this is quest lobbyist spreading | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_032250 | iMessage | 4/29/2015 3:40:49 PM | They thanked me multiple times at end of meeting for what we're doing again and again | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_032251 | iMessage | 4/29/2015 3:42:57 PM | Good. But as you can tell we have a terrible team doing our PR | Sunny Balwani (- | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|----------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_032275 | iMessage | 4/29/2015 3:50:29 PM | Did cms tell u why they think we are not sharing info? Once u explained they must have reacted at the foolishness. | Sunny Balwani ( | Elizabeth Holmes | + | |
| Holmes_iPhone_iMessage-MMS-SMS_032276 | iMessage | 4/29/2015 3:50:48 PM | Yes | Elizabeth Holmes | Sunny Balwani ( | + | |

SER-695    PRH_0000194

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_032305 | iMessage | 4/29/2015 4:09:56 PM | Carreyou is French | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032306 | iMessage | 4/29/2015 4:10:35 PM | Very funny. Explain everything | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032309 | iMessage | 4/29/2015 4:10:40 PM | He is proud of being French? | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032308 | iMessage | 4/29/2015 4:10:43 PM | I know | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032307 | iMessage | 4/29/2015 4:10:46 PM | And proud of it | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_032312 | iMessage | 4/29/2015 4:12:42 PM | Proud cynic | Elizabeth Holmes | Sunny Balwani i | | |

SER-696    PRH_0000195

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_032332 | iMessage | 4/29/2015 4:34:08 PM | I don't believe in movements. They take too long. I would like to use money and influence and PR | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032331 | iMessage | 4/29/2015 4:34:26 PM | This is what you once said to me about standing for non negotiables and prophets | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_032333 | iMessage | 4/29/2015 4:35:34 PM | 100% | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_032335 | iMessage | 4/29/2015 4:35:38 PM | And leverage | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_032334 | iMessage | 4/29/2015 4:36:06 PM | Like embarrassing them if they don't move and get this done in 3 months. Hence my comment about 3 months. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032338 | iMessage | 4/29/2015 4:36:16 PM | When u r here. We should talk about our using FDA devices and communicating | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032336 | iMessage | 4/29/2015 4:36:17 PM | Exactly | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032337 | iMessage | 4/29/2015 4:36:26 PM | That's what I was saying above too | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032340 | iMessage | 4/29/2015 4:37:10 PM | I know. Key is how to not put others on path | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032339 | iMessage | 4/29/2015 4:37:35 PM | I think angle is to say we've opened full reference lab | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032341 | iMessage | 4/29/2015 4:37:48 PM | Ourselves | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032342 | iMessage | 4/29/2015 4:37:57 PM | Not wait for cc or other deal | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032343 | iMessage | 4/29/2015 4:37:58 PM | Yeah. We will think | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032344 | iMessage | 4/29/2015 4:38:02 PM | That will be additive | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_032345 | iMessage | 4/29/2015 4:38:18 PM | Then we can say are doing huge number of tests on existing platforms | Elizabeth Holmes | Sunny Balwani (+ | | |
| Holmes_iPhone_iMessage-MMS-SMS_032349 | iMessage | 4/29/2015 4:38:24 PM | Yep | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032346 | iMessage | 4/29/2015 4:38:28 PM | Also serves as red herring for device cos | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032347 | iMessage | 4/29/2015 4:38:46 PM | That we're just a "cheaper" lab | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032348 | iMessage | 4/29/2015 4:40:22 PM | I've been thinking we could do a press release on it. | Elizabeth Holmes | Sunny Balwani ( | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_032380 | iMessage | 4/29/2015 7:33:14 PM | Btw I sent CVS document to heather and chris on Saturday and haven't received any feedback from them. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032383 | iMessage | 4/29/2015 7:35:23 PM | Ok I will be there (landing in 2 hours 10 mins) and can meet with any candidates we think make sense. Nothing is on my calendar. Do you want me to email heather chris on turning the cvs document | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_032382 | iMessage | 4/29/2015 7:35:28 PM | No | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032381 | iMessage | 4/29/2015 7:36:39 PM | Are they helping you on wag contract | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_032384 | iMessage | 4/29/2015 7:37:23 PM | No one on wag contract being want anyone on wag contract. This u and I need close our chests. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_032385 | iMessage | 4/29/2015 7:37:32 PM | Don't want | Sunny Balwani ( | Elizabeth Holmes | | |

SER-698    PRH_0000197

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_033022 | iMessage | 5/5/2015 11:14:29 PM | Take a look at heathers email on roger | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033024 | iMessage | 5/5/2015 11:15:12 PM | I told u not to pre announce. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033026 | iMessage | 5/5/2015 11:15:12 PM | I will look at email | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033027 | iMessage | 5/5/2015 11:15:12 PM | Think. U don't want to sound reactive. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033023 | iMessage | 5/5/2015 11:15:17 PM | Thinking about saying over course of past few months been working on adding expanded testing capability | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033025 | iMessage | 5/5/2015 11:15:49 PM | ? | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_033029 | iMessage | 5/5/2015 11:17:10 PM | Call me | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033028 | iMessage | 5/5/2015 11:17:17 PM | ?? | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_033030 | iMessage | 5/5/2015 11:17:20 PM | I don't know what u r talking about. Really. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033033 | iMessage | 5/5/2015 11:17:20 PM | We will tak tonite then | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033031 | iMessage | 5/5/2015 11:17:21 PM | Ok | Elizabeth Holmes | Sunny Balwani i | | |

SER-699    PRH_0000200

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_033067 | iMessage | 5/6/2015 4:12:39 AM | FYI. There was a tweet from some lab guy from war college that there was consensus at conference that Theranos has flawed tech and flawed business model. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033068 | iMessage | 5/6/2015 4:12:54 AM | I saw it. | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_033070 | iMessage | 5/6/2015 4:13:41 AM | We need to get our content out | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_033071 | iMessage | 5/6/2015 4:14:44 AM | No but there is something good about lab guys under. Estimating us. | Sunny Balwani [ | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033076 | iMessage | 5/6/2015 4:15:07 AM | We should correct attacks but not eager to tell others we are dangerous. | Sunny Balwani [ | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033073 | iMessage | 5/6/2015 4:15:10 AM | For sure | Elizabeth Holmes | Sunny Balwani (· | | |
| Holmes_iPhone_iMessage-MMS-SMS_033074 | iMessage | 5/6/2015 4:15:18 AM | Totally agree | Elizabeth Holmes | Sunny Balwani (· | | |

SER-700    PRH_0000201

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_033094 | iMessage | 5/6/2015 4:19:20 AM | We need our heads down and execute. Bring billion equity and billion revenue | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033091 | iMessage | 5/6/2015 4:19:43 AM | I know. Thinking same | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_033095 | iMessage | 5/6/2015 4:20:14 AM | Revenue most important of all. Buying ref lab locks it in | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_033099 | iMessage | 5/6/2015 4:20:16 AM | Yes red lab is critical. | Sunny Balwani ( | Elizabeth Holmes | | |

SER-701 PRH_0000202

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_033237 | iMessage | 5/6/2015 10:25:58 PM | How was the talk etc | Sunny Balwani i | Elizabeth Holmes | | |

SER-702    PRH_0000205

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_033238 | iMessage | 5/6/2015 10:26:08 PM | Good | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033240 | iMessage | 5/6/2015 10:26:44 PM | All the questions from the articles | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033241 | iMessage | 5/6/2015 10:28:12 PM | Yeah at least I'm on record addressing | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033245 | iMessage | 5/6/2015 10:28:16 PM | U mean peer review, data, venipuncture? | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033244 | iMessage | 5/6/2015 10:29:23 PM | Peer review, danger of consumer access, not publishing | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_033242 | iMessage | 5/6/2015 10:34:14 PM | Good. We should send a stern and detailed letter to Alberto btw | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033243 | iMessage | 5/6/2015 10:34:27 PM | What did he say? | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_033247 | iMessage | 5/6/2015 10:34:40 PM | Nothing too bad but he made a comment that he hasn't seen any data from us and don't know if tests work or not | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033250 | iMessage | 5/6/2015 10:34:40 PM | As a reason of regulating LdTs. Which is why we need to send him a what the fuck letter. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033251 | iMessage | 5/6/2015 10:34:40 PM | Yes | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033253 | iMessage | 5/6/2015 10:34:40 PM | In ur email. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033246 | iMessage | 5/6/2015 10:34:49 PM | He never called me back | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033248 | iMessage | 5/6/2015 10:35:14 PM | Odd | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033249 | iMessage | 5/6/2015 10:35:32 PM | We should listen to it to be sure | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033252 | iMessage | 5/6/2015 10:35:58 PM | Do we have the audio | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033254 | iMessage | 5/6/2015 10:36:18 PM | Listen and text me? | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033255 | iMessage | 5/6/2015 10:36:26 PM | I did | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033236 | iMessage | 5/6/2015 10:36:35 PM | That's what I just said and text u. See above | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033257 | iMessage | 5/6/2015 10:36:39 PM | Oh | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_033258 | iMessage | 5/6/2015 10:36:48 PM | So he said that for sure. Amazing | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_033259 | iMessage | 5/6/2015 10:36:48 PM | Yes | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033261 | iMessage | 5/6/2015 10:36:48 PM | Good. We should send a stern and detailed letter to Alberto btw | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033264 | iMessage | 5/6/2015 10:36:48 PM | Absolutely | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033265 | iMessage | 5/6/2015 10:36:48 PM | We need to send a wtf letter to him | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033266 | iMessage | 5/6/2015 10:36:48 PM | He didn't mentio other labs but us By name | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033269 | iMessage | 5/6/2015 10:36:48 PM | That's why | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033270 | iMessage | 5/6/2015 10:36:48 PM | Yep | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033273 | iMessage | 5/6/2015 10:36:48 PM | Nothing too negative but he picked us vs other labs | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033260 | iMessage | 5/6/2015 10:37:15 PM | Ok let's talk about that. | Elizabeth Holmes | Sunny Balwani ( | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|

| Holmes_iPhone_iMessage-MMS-SMS_033279 | iMessage | 5/6/2015 11:06:53 PM | Many many said how honored and inspired by me including profs | Elizabeth Holmes | Sunny Balwani ( | | |

| Holmes_iPhone_iMessage-MMS-SMS_033281 | iMessage | 5/6/2015 11:07:55 PM | Did dpecial women in engr meeting | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033282 | iMessage | 5/6/2015 11:08:01 PM | They were all so honored | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033288 | iMessage | 5/6/2015 11:08:11 PM | Makes my heart soar to read that | Elizabeth Holmes | Sunny Balwani ( | | |

SER-704    PRH_0000207

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_033334 | iMessage | 5/7/2015 4:13:23 AM | Tomorrow Rogers piece and bloomberg piece on heather come out, as well as our press release. I spoke to bloomberg | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_033332 | iMessage | 5/7/2015 4:13:52 AM | What is roger saying | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033333 | iMessage | 5/7/2015 4:13:52 AM | I didn't know that | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033336 | iMessage | 5/7/2015 4:13:52 AM | Ok | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033331 | iMessage | 5/7/2015 4:14:14 AM | Magazine | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033335 | iMessage | 5/7/2015 4:14:36 AM | Should be good but of course we don't see it before - focus is dtc | Elizabeth Holmes | Sunny Balwani ( | | |

SER-705    PRH_0000209

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|

| Holmes_iPhone_iMessage-MMS-SMS_033940 | iMessage | 5/12/2015 4:51:09 PM | I presented CA bye asked me why we wouldn't do CA with WAg "out of curiosity " | Sunny Balwani [ | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033941 | iMessage | 5/12/2015 4:51:12 PM | I told him cvs has better footprint in SoCal but walgreens is not too far behind | Sunny Balwani [ | Elizabeth Holmes | | |

SER-706    PRH_0000214

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | Chat ID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_033943 | iMessage | 5/12/2015 4:51:12 PM | Cvs won't happen for another year | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033944 | iMessage | 5/12/2015 4:51:12 PM | So if they want then we will move without them. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033945 | iMessage | 5/12/2015 4:51:12 PM | We will talk about wag when u r back n | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033946 | iMessage | 5/12/2015 4:51:12 PM | I sent u contract and cover note. Please spend time on that so I can send out | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033939 | iMessage | 5/12/2015 4:51:29 PM | Hmm | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033942 | iMessage | 5/12/2015 4:51:50 PM | Yeah | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033948 | iMessage | 5/12/2015 4:54:44 PM | K | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033947 | iMessage | 5/12/2015 4:54:54 PM | What's your sense on why 12 mo for cvs | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033949 | iMessage | 5/12/2015 5:00:21 PM | / where did u leave it w him | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033950 | iMessage | 5/12/2015 5:02:18 PM | They don't know the upside or downside of not having this. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033951 | iMessage | 5/12/2015 5:02:29 PM | Yeah | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_033954 | iMessage | 5/12/2015 5:02:42 PM | Was he upset abt missing pa | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_033953 | iMessage | 5/12/2015 5:02:48 PM | And the fact we r not growing with wag is something they are trying to understand | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033952 | iMessage | 5/12/2015 5:04:41 PM | They are all lemmings. They only want if others want it | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033955 | iMessage | 5/12/2015 5:04:58 PM | Thinking | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_033958 | iMessage | 5/12/2015 5:05:08 PM | The minute I said California his question was why cvs why not walgreens. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033959 | iMessage | 5/12/2015 5:05:14 PM | I know | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_033957 | iMessage | 5/12/2015 5:05:31 PM | Instead if Theranos was strategic to them he would have jumped on it | Sunny Balwani | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033956 | iMessage | 5/12/2015 5:06:00 PM | Seeing our locations in pa will be the same reaction | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_033960 | iMessage | 5/12/2015 5:06:08 PM | They don't think of us as strategic. Every conversation i have with him he spends at least half of it in when can we put devices in minute clinics. | Sunny Balwani i | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_033962 | iMessage | 5/12/2015 5:06:08 PM | Just like 3 years ago | Sunny Balwani i | ) Elizabeth Holmes | | |

SER-707    PRH_0000215

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034012 | iMessage | 5/12/2015 8:47:56 PM | Had to explain PT in detail. Also Jurassic park. That we have a full ref lab in house | Sunny Balwani | ) Elizabeth Holmes | + | |

SER-708 PRH_0000217

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034114 | iMessage | 5/13/2015 12:36:16 AM | CCed on you terrible negative review from someone from Newark lab probably bugs lab. Working on getting that removed. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034121 | iMessage | 5/13/2015 12:39:12 AM | I saw it. We'll get them | Elizabeth Holmes | Sunny Balwani | | |

| Holmes_iPhone_iMessage-MMS-SMS_034128 | iMessage | 5/13/2015 1:15:32 AM | I am narrowing this down in CLIA. Down to 5 people. Will nail this mother fucker | Sunny Balwani | Elizabeth Holmes | | |

SER-709    PRH_0000219

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034127 | iMessage | 5/13/2015 1:15:43 AM | Who do u think | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_034130 | iMessage | 5/13/2015 1:15:49 AM | Now we have legal grounds | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_034129 | iMessage | 5/13/2015 1:15:58 AM | Yes | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) |
|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034229 | iMessage | 5/13/2015 10:34:59 PM | If Tyler thinking abt George fyi at right time | Elizabeth Holmes | Sunny Balwani |
| Holmes_iPhone_iMessage-MMS-SMS_034228 | iMessage | 5/13/2015 10:35:11 PM | But also lots of legal elements here | Elizabeth Holmes | Sunny Balwani |
| Holmes_iPhone_iMessage-MMS-SMS_034230 | iMessage | 5/13/2015 10:35:24 PM | Need to get ahead of all of it | Elizabeth Holmes | Sunny Balwani |
| Holmes_iPhone_iMessage-MMS-SMS_034231 | iMessage | 5/13/2015 10:35:40 PM | Out of al challenges are greatest opportunities | Elizabeth Holmes | Sunny Balwani |
| Holmes_iPhone_iMessage-MMS-SMS_034235 | iMessage | 5/13/2015 10:40:08 PM | Absolutely. This one is fairly easy to get ahead of. This entire email is based on Tyler and         and may be Adam | Sunny Balwani | Elizabeth Holm |
| Holmes_iPhone_iMessage-MMS-SMS_034234 | iMessage | 5/13/2015 10:40:18 PM | I know | Elizabeth Holmes | Sunny Balwani |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) |
|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034237 | iMessage | 5/13/2015 10:53:52 PM | Extremely serious legal implications. He basically violated and shared our trade secrets down to machine names. | Sunny Balwani | Elizabeth Holmes |
| Holmes_iPhone_iMessage-MMS-SMS_034239 | iMessage | 5/13/2015 10:53:52 PM | And assays in what device | Sunny Balwani | Elizabeth Holmes |
| Holmes_iPhone_iMessage-MMS-SMS_034242 | iMessage | 5/13/2015 10:53:52 PM | It is Tyler Erika and Adam. | Sunny Balwani | Elizabeth Holmes |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) |
|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034249 | iMessage | 5/13/2015 11:14:29 PM | Yeah. And we will also take legal action once this is behind us. Violating trade secrets is not ok. | Sunny Balwani | Elizabeth Holmes |

SER-710    PRH_0000220

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034250 | iMessage | 5/13/2015 11:15:07 PM | Secondly. We need a better strategy for Normandy. For a long time to come we will have hybrid solutions. | Sunny Balwani [ | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034252 | iMessage | 5/13/2015 11:15:12 PM | Yes. We will think together. But we know it's these 4 people. | Sunny Balwani [ | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034251 | iMessage | 5/13/2015 11:15:47 PM | Without question. Legal likely as part of it. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_034253 | iMessage | 5/13/2015 11:15:59 PM | That we have to talk abt too | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_034254 | iMessage | 5/13/2015 11:16:46 PM | For sure | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_034256 | iMessage | 5/13/2015 11:16:47 PM | Most likely 2 + .    · we need to sue for defamation | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034258 | iMessage | 5/13/2015 11:16:56 PM | I Meant Normandy | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_034257 | iMessage | 5/13/2015 11:17:01 PM | I agree. | Elizabeth Holmes | Sunny Balwani | | |

| Holmes_iPhone_iMessage-MMS-SMS_034268 | iMessage | 5/13/2015 11:21:36 PM | Which is why knocking the legs off one at a time is best way. For instance he doesn't understand AAP and made the comment. That was Tyler as you know. Adam actually understood it and both Adam and mark Pandori created a PowerPoint to educate the lab on AAP aftre this stupidity | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034271 | iMessage | 5/13/2015 11:21:36 PM | Adam understood it ultimately | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034273 | iMessage | 5/13/2015 11:21:36 PM | But Tyler never did. So this is why it is him | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034275 | iMessage | 5/13/2015 11:21:36 PM | Also comment about vitaminD and cv. The cv calculations we actually have now submitted to FDA so that's another leg chopped off carryrou | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034272 | iMessage | 5/13/2015 11:21:58 PM | I know | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_034270 | iMessage | 5/13/2015 11:22:00 PM | Agree | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_034269 | iMessage | 5/13/2015 11:22:16 PM | I know | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_034274 | iMessage | 5/13/2015 11:22:34 PM | We need to send legal letter to him | Elizabeth Holmes | Sunny Balwani i | | |

SER-711    PRH_0000221

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034276 | iMessage | 5/13/2015 11:22:49 PM | Because we never sent the one on his comment about confidentiality | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_034277 | iMessage | 5/13/2015 11:23:43 PM | Yes. But this time it should go beyond letter. First letter should be cease and desist and then from there | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034279 | iMessage | 5/13/2015 11:23:44 PM | We will analyze more and then reach out to him. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034280 | iMessage | 5/13/2015 11:23:44 PM | He is probably burning in coals because George talks about you and his parents are on coals and he is on coals. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034281 | iMessage | 5/13/2015 11:24:53 PM | I thought the exact same | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_034278 | iMessage | 5/13/2015 11:25:28 PM | Agree | Elizabeth Holmes | Sunny Balwani | | |

SER-712    PRH_0000222

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_034368 | iMessage | 5/14/2015 8:03:12 PM | At Newark doing reviews and terminations. | Sunny Balwani ( | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_034369 | iMessage | 5/14/2015 8:04:57 PM | How's it going | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_034372 | iMessage | 5/14/2015 8:05:07 PM | Good. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034373 | iMessage | 5/14/2015 8:05:20 PM | 3 bad ones I get rid of | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034374 | iMessage | 5/14/2015 8:05:20 PM | Lot of good people | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034375 | iMessage | 5/14/2015 8:05:23 PM | Good | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_034376 | iMessage | 5/14/2015 8:05:49 PM | Should meet with full team that people were in that we're terming after terms done. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_034377 | iMessage | 5/14/2015 8:06:12 PM | Also consider severance with separation and release agreement. Very useful need to start having these. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_034381 | iMessage | 5/14/2015 8:38:16 PM | Especially in that area | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_034382 | iMessage | 5/14/2015 9:00:48 PM | Severance and release has no effect and useless but will Do | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_034385 | iMessage | 5/14/2015 9:46:45 PM | There is strong opinion in CLIA and most say people were personally hurt and insulted by the GD review The review was a lie and false and they work hard | Sunny Balwani | :) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034392 | iMessage | 5/14/2015 9:47:09 PM | Awesome | Elizabeth Holmes | Sunny Balwani | | |

**SER-713**   PRH_0000223

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_034393 | iMessage | 5/14/2015 9:47:13 PM | Our problem here is lack of management not people. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_034396 | iMessage | 5/14/2015 9:47:14 PM | I hope they post | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_034397 | iMessage | 5/14/2015 9:47:18 PM | I know | Elizabeth Holmes | Sunny Balwani ( | | |

SER-714    PRH_0000224

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_035316 | iMessage | 5/31/2015 10:53:12 PM | You not calling George back also sends a message that we are about to suit | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_035314 | iMessage | 5/31/2015 10:53:25 PM | Exactly was thinking same | Elizabeth Holmes | Sunny Balwani i | | |

SER-715    PRH_0000233

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_035724 | iMessage | 6/3/2015 4:17:04 PM | We need to focus on being a technology company. We spend all our time with CLIA morons. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_035726 | iMessage | 6/3/2015 4:19:12 PM | Yes | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_035729 | iMessage | 6/3/2015 4:19:12 PM | I deal with CLIA everyday and I hate the low quality of people in lab including what you saw yesterday in Mayo CEO | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_035723 | iMessage | 6/3/2015 4:19:38 PM | I was thinking about the exact same. In the same way I called you from ny couple yrs ago on consumer. This is that time now on tech. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_035725 | iMessage | 6/3/2015 4:19:59 PM | We need explicit plan and timeline to being 100% tech. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_035727 | iMessage | 6/3/2015 4:21:04 PM | I know. That is our opportunity. | Elizabeth Holmes | Sunny Balwani | | |

SER-716     PRH_0000238

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_035981 | iMessage | 6/5/2015 7:12:00 PM | Don't talk in this meeting. U Shd talk to David first | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_035980 | iMessage | 6/5/2015 7:12:12 PM | George wants to know what Tyler has done. Would you ask David if I should say or tell him we'll let him know layer and txt me back | Elizabeth Holmes | Sunny Balwani | | |

SER-717   PRH_0000244

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_037223 | iMessage | 6/26/2015 6:03:23 PM | I am ok sending letter to Erika as in heathers email. | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_038044 | iMessage | 7/8/2015 12:52:16 PM | The home page announcement for cbc is too dramatic. "Change the face of healthcare in Pennsylvania ". Can u change it once in office. Something more humble and accurate. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038045 | iMessage | 7/8/2015 12:54:07 PM | Taking off. Will be online on email. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038061 | iMessage | 7/8/2015 2:09:54 PM | Changed it | Elizabeth Holmes | Sunny Balwani ( | | |

| Holmes_iPhone_iMessage-MMS-SMS_038101 | iMessage | 7/8/2015 9:52:00 PM | Adam 100% the source to JC | Sunny Balwani | ) Elizabeth Holmes | | |

SER-719    PRH_0000259

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_038539 | iMessage | 7/14/2015 11:57:15 PM | Board meeting ok? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038540 | iMessage | 7/14/2015 11:57:22 PM | We'll catch up | Elizabeth Holmes | Sunny Balwani i | | |

SER-720     PRH_0000263

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_038569 | iMessage | 7/15/2015 12:56:32 PM | Love you. Be strong today. My advise. Don't talk to heather about yesterday Meeting. Make this something above her role. | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038582 | iMessage | 7/15/2015 4:44:48 PM | I worked for 6 years day and night to help you. I am sad at where you and I are. I thought it would be better. I know u r angry in ur way. And upset with me for not doing everything you wanted me to do. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038583 | iMessage | 7/15/2015 4:46:02 PM | ??? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038584 | iMessage | 7/15/2015 4:46:18 PM | I was just think about texting you in that minute by the way | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038585 | iMessage | 7/15/2015 4:46:27 PM | It's just hard to transition | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038586 | iMessage | 7/15/2015 4:46:31 PM | I am responsible for everything at Theranos. All have been my decisions too. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038587 | iMessage | 7/15/2015 4:46:47 PM | But getting through yesterday will make it easier to do so now | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038588 | iMessage | 7/15/2015 4:46:56 PM | I won't transition until u r in a perfect place. U know that. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038591 | iMessage | 7/15/2015 4:46:56 PM | U r underestimating the challenges and being childish. I have been telling u for months. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038589 | iMessage | 7/15/2015 4:47:26 PM | No such thing ... That was the point we talked abt | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038590 | iMessage | 7/15/2015 4:47:44 PM | It's ok - just was emotional but am ready | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038592 | iMessage | 7/15/2015 4:47:49 PM | And I completely get it | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038593 | iMessage | 7/15/2015 4:47:55 PM | On the challenges | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038595 | iMessage | 7/15/2015 4:48:17 PM | Unfortunately u don't and brakes my heart to see u like this. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038594 | iMessage | 7/15/2015 4:48:40 PM | ? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038596 | iMessage | 7/15/2015 4:49:04 PM | I am not leaving until we break ever. We will do this together and I will be by yourself until then. Can't leave like this. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038598 | iMessage | 7/15/2015 4:49:04 PM | U r wrong that yesterdays meeting makes it easier. It didn't. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038597 | iMessage | 7/15/2015 4:50:40 PM | For me to emotionally handle it | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038599 | iMessage | 7/15/2015 4:51:06 PM | The transition | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038600 | iMessage | 7/15/2015 4:51:08 PM | No. U r underestimating | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038601 | iMessage | 7/15/2015 4:51:12 PM | I can leave if that gives u emotional peace but u know we have to sacrifice | Sunny Balwani | Elizabeth Holmes | | |

SER-721    PRH_0000264

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_038602 | iMessage | 7/15/2015 4:51:12 PM | And yes. I do dislike the direction u have taken with all this PR and all legal work and a lot of other things but hopefully we can talk and find perfect focus and perfect plan and execute heads down and build product and break even | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038603 | iMessage | 7/15/2015 4:51:12 PM | I can leave then. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038604 | iMessage | 7/15/2015 4:52:55 PM | Until then u need me. Whether ideal or not, we need to get out of this together. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038607 | iMessage | 7/15/2015 4:53:20 PM | Things are different now. We need to get the business to break even and then I will leave. We r different when it comes to business. We will be happier that way. But for now, u and I both are on same page because of yesterday that we need to break even. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038605 | iMessage | 7/15/2015 4:53:34 PM | I thought the thing was if we did that then you wouldn't want to leave | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038606 | iMessage | 7/15/2015 4:55:28 PM | Stay internally focused and only meet with people who have deals in hand. The PR strategy is wrong and I have been saying that. We need to go on offense and not be defensive. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038610 | iMessage | 7/15/2015 4:59:44 PM | But I can't leave. I will try to fix this | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038611 | iMessage | 7/15/2015 4:59:44 PM | I am very unhappy because my work sucks. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_038609 | iMessage | 7/15/2015 4:59:51 PM | We can talk about the first text. I agree with the second. If you are as unhappy as you are working w me / at Theranos, that was the thing --- | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038612 | iMessage | 7/15/2015 5:00:55 PM | I know but ur saying even if we fix don't want be here | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_038618 | iMessage | 7/15/2015 5:02:38 PM | Correct. Only "fix" is cash and break even. Once we have that u won't need me. U can then run this ur way and I won't have to convince u. But leaving u now like this doesn't help me unfortunately. I will just be making u miserable. Yesterday was just a preview. Trust me. World is a mean place. Everyone has only been nice to us because of greed. | Sunny Balwani | Elizabeth Holmes | | |

SER-722    PRH_0000265

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_039427 | iMessage | 7/28/2015 6:37:52 PM | We need to commit to each other and get out of this hell so we can live in paradise we both have | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_039431 | iMessage | 7/28/2015 6:39:08 PM | I have literally been meditating on exact same. Whole time I was running was thinking that. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_039432 | iMessage | 7/28/2015 6:39:14 PM | At least every quarter | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_039433 | iMessage | 7/28/2015 6:39:43 PM | We need to commit to focusing and getting in paradise. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_039434 | iMessage | 7/28/2015 6:39:59 PM | Product company. Winning. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_039436 | iMessage | 7/28/2015 6:40:00 PM | Focus | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_039438 | iMessage | 7/28/2015 6:40:00 PM | And getting everyone focused and responsible | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_039435 | iMessage | 7/28/2015 6:40:07 PM | I commit. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_039437 | iMessage | 7/28/2015 6:40:13 PM | Focus | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_039439 | iMessage | 7/28/2015 6:40:28 PM | Completely. | Elizabeth Holmes | Sunny Balwani | | |

SER-723    PRH_0000269

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_039927 | iMessage | 8/1/2015 3:22:40 AM | Highest volume day today. 547 in wag. | Sunny Balwani | ) Elizabeth Holmes | | |

SER-724    PRH_0000277

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_040813 | iMessage | 8/20/2015 11:42:42 PM | We need to eliminate mediocrity around us. We could be so far ahead if we just had 20 outstanding people around us. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_040814 | iMessage | 8/20/2015 11:43:58 PM | You literally just read my mind in this minute. | Elizabeth Holmes | Sunny Balwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_041111 | iMessage | 8/25/2015 5:18:42 PM | Nb tell team only thing manufacture in Newark is ctn | Elizabeth Holmes | Sunny Balwani i | | |

SER-726    PRH_0000290

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041126 | iMessage | 8/25/2015 8:42:36 PM | Also note on what you just called about the ctns that the ctns are not 510k yet or in commercial distribution, which is when the quality systems are required | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_041128 | iMessage | 8/25/2015 8:44:55 PM | If have time to call us to have Jim go through what else they've asked for so we can comment do now or anytime convenient after documents are ready | Elizabeth Holmes | Sunny Balwani ( | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041135 | iMessage | 8/25/2015 9:11:12 PM | We use our reagents | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041134 | iMessage | 8/25/2015 9:11:28 PM | R u sure? | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_041137 | iMessage | 8/25/2015 9:11:36 PM | Yes | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041138 | iMessage | 8/25/2015 9:12:25 PM | Then tell them only for one assay on an open platform as LDT developed and validated in CLIA lab | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041141 | iMessage | 8/25/2015 9:12:33 PM | But triple check 1 I was told we don't | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041140 | iMessage | 8/25/2015 9:14:09 PM | Some commercial | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041142 | iMessage | 8/25/2015 9:14:15 PM | In CBC | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041139 | iMessage | 8/25/2015 9:14:43 PM | Theranos reagents are only some of the reagents | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041143 | iMessage | 8/25/2015 9:14:51 PM | Majority are commercial | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041146 | iMessage | 8/25/2015 9:14:58 PM | Confirmed with Chinmay | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041145 | iMessage | 8/25/2015 9:15:09 PM | Correct. They want I to know which ones. | Sunny Balwani i | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041148 | iMessage | 8/25/2015 9:49:18 PM | All three sites today got an inspector and one of Courtney's deputies | Elizabeth Holmes | Sunny Balwani ( | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041217 | iMessage | 8/26/2015 10:22:48 PM | Remember tspu not listed or in use | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_041220 | iMessage | 8/26/2015 11:10:01 PM | Yes. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041222 | iMessage | 8/26/2015 11:10:09 PM | They got that point. | Sunny Balwani ( | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041318 | iMessage | 8/27/2015 11:54:38 PM | Good time for me to call Daniel or Sam on something? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041317 | iMessage | 8/27/2015 11:55:04 PM | Yes. We r done | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041319 | iMessage | 8/27/2015 11:55:17 PM | Call me | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_041316 | iMessage | 8/27/2015 11:55:19 PM | With them | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_041320 | iMessage | 8/27/2015 11:55:20 PM | Incredible day to be honest. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041323 | iMessage | 8/27/2015 11:56:21 PM | Meaning very good | Sunny Balwani ( | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041362 | iMessage | 8/28/2015 4:12:50 PM | CBC LDT validation report were sending has good data on nanotainers | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_041363 | iMessage | 8/28/2015 4:29:40 PM | We also have more data which we can cover in the design session we call them into | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_041366 | iMessage | 8/28/2015 4:38:43 PM | Potassium data on 4.1 is FS nanotainers on 4.1 and  FS nanotainers on advia | Elizabeth Holmes | Sunny Balwani ( | | |

SER-729     PRH_0000293

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041376 | iMessage | 8/28/2015 5:57:39 PM | They are asking if in our ideal world for CTN 510K if we used our LDT as method versus predicate would we like that and not have to do what they have asked us to do (pool 8 CTNs and run on advia instead just 1-2CTN and run in CLIA as LDT) | Sunny Balwani [ | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041378 | iMessage | 8/28/2015 5:58:08 PM | And they will promise to protect trade secret of modified advia as predicate | Sunny Balwani [· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041382 | iMessage | 8/28/2015 6:12:18 PM | Daniel is on his way. Let me know when we will be ready for video call. | Sunny Balwani [· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041380 | iMessage | 8/28/2015 6:12:47 PM | I want to be Not on video call so I can be with Mary and Brian as that's not going we'll | Sunny Balwani [· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041381 | iMessage | 8/28/2015 6:12:49 PM | Well | Sunny Balwani [· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041383 | iMessage | 8/28/2015 6:12:55 PM | According to Lisa | Sunny Balwani [· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041384 | iMessage | 8/28/2015 6:15:16 PM | K | Elizabeth Holmes | Sunny Balwani [ | | |
| Holmes_iPhone_iMessage-MMS-SMS_041388 | iMessage | 8/28/2015 6:17:35 PM | They want date of when we first shipped nanotubes from Arizona. Can unsay end of November 2013 | Sunny Balwani [+ | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041386 | iMessage | 8/28/2015 6:17:45 PM | Can I say | Sunny Balwani [+ | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041385 | iMessage | 8/28/2015 6:18:26 PM | Yes. First CLIA nov 13 | Elizabeth Holmes | Sunny Balwani [ | | |
| Holmes_iPhone_iMessage-MMS-SMS_041390 | iMessage | 8/28/2015 6:18:56 PM | Yes on 510k. Ideal is our device --- | Elizabeth Holmes | Sunny Balwani [ | | |
| Holmes_iPhone_iMessage-MMS-SMS_041389 | iMessage | 8/28/2015 6:19:11 PM | Not mod advia | Elizabeth Holmes | Sunny Balwani [ | | |
| Holmes_iPhone_iMessage-MMS-SMS_041392 | iMessage | 8/28/2015 6:19:18 PM | We don't have our device ready for Chen 14. | Sunny Balwani [ | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041391 | iMessage | 8/28/2015 6:27:29 PM | Their argument is submit for ctn what is ur real life patient scenario if you want general clearance. They said given u will never sell CTN to anyone this makes more sense. | Sunny Balwani [ | ) Elizabeth Holmes | | |

SER-730    PRH_0000294

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041722 | iMessage | 5/1/2015 4:25:25 PM | Class I important point - that is what our predicate is | Elizabeth Holmes | Sunny Balwani ( | | |

SER-731    PRH_0000296

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041737 | iMessage | 9/1/2015 8:06:18 PM | We are preparing for Dan to call someone he knows at very top of Fda because he knows him. May ruffle feathers but we think he will get that 483 will be bad for Fda are also drafting email to Alberto to let him know we're following up with counsel on this (leave door open for Dan) | Elizabeth Holmes | Sunny Balwani (· | | |
| Holmes_iPhone_iMessage-MMS-SMS_041738 | iMessage | 9/1/2015 8:31:04 PM | Ok | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041739 | iMessage | 9/1/2015 8:31:23 PM | I think this is now outrageous what they are doing. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041740 | iMessage | 9/1/2015 8:33:21 PM | Agree | Elizabeth Holmes | Sunny Balwani ( | | |

| Holmes_iPhone_iMessage-MMS-SMS_041757 | iMessage | 9/1/2015 9:50:18 PM | We need to change .com provider section. It talks about micro samples and reflect testing on micro samples. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041758 | iMessage | 9/1/2015 9:54:09 PM | Is that from audit? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041759 | iMessage | 9/1/2015 9:54:23 PM | No | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041760 | iMessage | 9/1/2015 9:54:35 PM | Just saying it is a disaster. | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_041830 | iMessage | 9/2/2015 5:33:10 PM | Daniel included advia numbers of tests run since 2013 but technically those were different ldts than the advia ones run now. Let me know your thoughts on whether you'd use the bigger number | Elizabeth Holmes | Sunny Balwani ( | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_041832 | iMessage | 9/2/2015 5:33:36 PM | Going to pull % venous as of right now to make a point too | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_041833 | iMessage | 9/2/2015 5:33:38 PM | You can specify over last 2 years. | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041834 | iMessage | 9/2/2015 5:33:54 PM | So total including old ldts like he had it. Ok | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_041835 | iMessage | 9/2/2015 5:34:39 PM | Ok. Just make it VRY VERY EXPLICIT IT is for 20+ months | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041837 | iMessage | 9/2/2015 5:34:54 PM | Exactly | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_041836 | iMessage | 9/2/2015 6:10:40 PM | Went thru all points on retroactivity and transition points with her. She wants time to send an email about them. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_041838 | iMessage | 9/2/2015 6:22:48 PM | She got it - we'll see what she does with it | Elizabeth Holmes | Sunny Balwani ( | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_041842 | iMessage | 9/2/2015 6:38:26 PM | I think we should show them the first ad that's going to run in az. It doesn't mention nanotainers or finger stick. Just less blood which I will make a big deal about being about butterfly and smaller needles. Better for us to show than not | Elizabeth Holmes | Sunny Balwani ( | | |

 PRH_0000299

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041871 | iMessage | 5/2/2015 8:47:46 PM | We should discuss tonite turning CTN off. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041870 | iMessage | 5/2/2015 8:48:17 PM | Been thinking about it. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041872 | iMessage | 5/2/2015 8:48:22 PM | We don't want them to say we are marketing LDTs. At least we can stop CTN for direct access | Sunny Balwani | Elizabeth Holmes | | |

SER-734    PRH_0000300

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041889 | iMessage | 5/2/2015 8:50:25 PM | I'm just sitting here trying to stay focused on every detail of this. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041890 | iMessage | 5/2/2015 8:50:37 PM | Good. Stay focused. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041891 | iMessage | 5/2/2015 8:50:39 PM | Not letting myself get involved in anything else. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041896 | iMessage | 5/2/2015 8:54:39 PM | We can build this business they software and JP and run circles around others and fda by manipulating their game. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041900 | iMessage | 5/2/2015 8:55:23 PM | We just need a fresh start and a giant step back. Like we discussed lay night. Do CTN PMA on our terms and then go intelligent on marketing. Intelligent. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041901 | iMessage | 5/2/2015 8:55:40 PM | We can definitely run circles. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041902 | iMessage | 5/2/2015 8:55:53 PM | This isn't even a game. It's straight out harassment. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041903 | iMessage | 5/2/2015 8:56:02 PM | Yes | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041904 | iMessage | 5/2/2015 8:56:08 PM | With pma you can market whatever you want. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041906 | iMessage | 5/2/2015 8:56:18 PM | Not LdTs | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041908 | iMessage | 5/2/2015 8:56:25 PM | But all our marketing now is for our lab. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041905 | iMessage | 5/2/2015 8:56:27 PM | Yes | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041907 | iMessage | 5/2/2015 8:56:33 PM | (Agree) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041909 | iMessage | 5/2/2015 8:56:38 PM | That's the intelligent part. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041910 | iMessage | 5/2/2015 8:57:05 PM | We can market our lab and everything and people will talk about our fingerstick. Without us talking about it. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041911 | iMessage | 5/2/2015 8:57:15 PM | Yea | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_041912 | iMessage | 5/2/2015 8:57:25 PM | Once we have 70% fs | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_041926 | iMessage | 5/2/2015 9:52:54 PM | We need to also put ALL resources on CTN submission and potassium submission. | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_041924 | iMessage | 5/2/2015 9:53:03 PM | Agree | Elizabeth Holmes | Sunny Balwani ( | | |

SER-736 PRH_0000302

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_042044 | iMessage | 5/3/2015 11:38:12 PM | Some of the data we sent on Sunday were these validation studies. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_042043 | iMessage | 5/3/2015 11:38:38 PM | Great | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_042042 | iMessage | 5/3/2015 11:42:09 PM | Why do the 2013 validation documents have current dates | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_042046 | iMessage | 5/3/2015 11:42:26 PM | Do we have those original documents as they existed in 2013 | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_042047 | iMessage | 5/3/2015 11:43:12 PM | Daniel "IDT reports were released and signed of in 2013. " | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_042048 | iMessage | 5/3/2015 11:43:25 PM | Is she asking about report from the weekend? | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_042049 | iMessage | 5/3/2015 11:44:05 PM | Daniel says we have her copies of original signed ones from 2013 | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_042050 | iMessage | 5/3/2015 11:44:16 PM | Last week or Sunday? | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_042052 | iMessage | 5/3/2015 11:44:23 PM | Last week | Sunny Balwani | Elizabeth Holmes | | |

PRH_0000304

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_042055 | iMessage | 5/3/2015 11:50:34 PM | We did redo Gc assays in April this year but probably don't want to go that deep. They r already lost and scrambling. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_042074 | iMessage | 5/4/2015 12:17:56 AM | How can we show exact same criteria were applied for 2013 and 14 and 15 validations | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_042077 | iMessage | 5/4/2015 12:18:00 AM | Including in CLIA lab | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_042078 | iMessage | 5/4/2015 12:24:45 AM | Need timeline of validations we've done for tomorrow also | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_042079 | iMessage | 5/4/2015 12:24:54 AM | Including CLIA | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_042081 | iMessage | 5/4/2015 12:26:11 AM | Assume u need these for tomorrow and not today? | Sunny Balwani ( | ) Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_042082 | iMessage | 5/4/2015 12:26:27 AM | Correct | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_042080 | iMessage | 5/4/2015 12:26:48 AM | Also show how we did document control in 2013. Could be thru CLIA | Elizabeth Holmes | Sunny Balwani (- | | |
| Holmes_iPhone_iMessage-MMS-SMS_042083 | iMessage | 5/4/2015 12:26:57 AM | Ok | Sunny Balwani (- | Elizabeth Holmes | | |

SER-738    PRH_0000305

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_043128 | iMessage | 5/22/2015 4:35:46 PM | Very hostile so far. They say have complaints. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043130 | iMessage | 5/22/2015 4:37:19 PM | They should know the entire lab industry is and will be seeding everyone they can get at to file complaints. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043131 | iMessage | 5/22/2015 4:38:54 PM | I'm sure Tyler is one as they prob got from ny. Adam is the other - from ca. and those exactly play to lab industry commentary to hurt us. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043134 | iMessage | 5/22/2015 4:43:24 PM | JC himself playing literally off lab comments is likely the other | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043133 | iMessage | 5/22/2015 6:00:32 PM | Gary is trying to be pro Theranos. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043132 | iMessage | 5/22/2015 6:00:53 PM | Hmfr | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043135 | iMessage | 5/22/2015 6:01:10 PM | Praying literally non stop | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043142 | iMessage | 5/22/2015 7:23:54 PM | Do you want me to step out of Fda call? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043143 | iMessage | 5/22/2015 7:24:09 PM | No | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043145 | iMessage | 5/22/2015 7:52:28 PM | Off can talk any time | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_043148 | iMessage | 5/22/2015 7:52:55 PM | Don't worry. We will resume at 1. Lunch break now | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043146 | iMessage | 5/22/2015 7:53:15 PM | Call if you want to talk | Elizabeth Holmes | Sunny Balwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_043161 | iMessage | 5/22/2015 10:28:42 PM | Our validation reports are terrible. Really painful going thru this process. Same issues fda pointed out | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043162 | iMessage | 5/22/2015 10:29:34 PM | Can we get someone here to supplement /update / help explain? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043163 | iMessage | 5/22/2015 10:29:56 PM | Or is the feedback coming from Fda...: | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043164 | iMessage | 5/22/2015 10:29:56 PM | No | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043165 | iMessage | 5/22/2015 10:30:05 PM | We can provide our Fda submission data | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043166 | iMessage | 5/22/2015 10:30:09 PM | Not from fda. Nothing to do with fda. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043237 | iMessage | 5/23/2015 2:08:45 PM | Will make sure all teams are reviewing reports. Let me know anything else can do to support | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043239 | iMessage | 5/23/2015 4:27:20 PM | Going bad so far. Pray. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043241 | iMessage | 5/23/2015 4:27:28 PM | Daniel has nothing ready | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043242 | iMessage | 5/23/2015 4:27:50 PM | Told me everything is in the binders. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043243 | iMessage | 5/23/2015 4:27:52 PM | Not there | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_043244 | iMessage | 5/23/2015 4:28:18 PM | Praying | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043245 | iMessage | 5/23/2015 4:28:20 PM | At my desk | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043246 | iMessage | 5/23/2015 4:28:26 PM | Tell me how I can help | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_043247 | iMessage | 5/23/2015 4:52:44 PM | I'm coming there | Elizabeth Holmes | Sunny Balwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_043263 | iMessage | 5/23/2015 7:39:52 PM | Praying continually | Elizabeth Holmes | Sunny Balwani i | | |

SER-741    PRH_0000316

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_045883 | iMessage | 10/13/2015 1:47:19 AM | K can you glance at bod deck and I will work it as soon as back | Elizabeth Holmes | Sunny Balwani | | |

SER-742    PRH_0000330

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_045902 | iMessage | 10/15/2015 4:21:37 AM | Jc article is out. | Sunny Balwani ( | Elizabeth Holmes | | |

SER-743 PRH_0000331

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_045965 | iMessage | 10/15/2015 10:30:12 AM | I am ok with less blood and discomfort in holding statement | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_045966 | iMessage | 10/15/2015 10:30:20 AM | Almost odd if not there | Elizabeth Holmes | Sunny Balwani ( | | |

SER-744 PRH_0000333

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_045967 | iMessage | 10/15/2015 10:30:25 AM | Ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_045968 | iMessage | 10/15/2015 10:30:37 AM | Just worried about FDA and cms | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_045970 | iMessage | 10/15/2015 10:30:42 AM | But ok. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_045969 | iMessage | 10/15/2015 10:30:47 AM | Have to take this risk | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_045971 | iMessage | 10/15/2015 10:32:12 AM | We made such big deal when they were here about venipuncture being less blood I am comfortable with it | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_045981 | iMessage | 10/15/2015 11:44:52 AM | Cramer wants exclusive | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_045982 | iMessage | 10/15/2015 11:44:55 AM | No other tv | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_045985 | iMessage | 10/15/2015 12:11:44 PM | Wait for David | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_046001 | iMessage | 10/16/2015 5:09:23 PM | Sending draft Rupert email. The language about what jC said is David's language dying | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046002 | iMessage | 10/16/2015 5:09:24 PM | Fyi | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046003 | iMessage | 10/16/2015 5:09:48 PM | Ok | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046004 | iMessage | 10/16/2015 5:12:32 PM | Which part is David language | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046007 | iMessage | 10/16/2015 5:23:56 PM | The part about why I didn't want to talk to JC (his accusations) as well as the other paragraphs that weren't there before. Everything new except the one sentence I added on the new article | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046006 | iMessage | 10/16/2015 5:28:27 PM | I am comfortable with saying the death and sex thing to Rupert BC it makes the point | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046008 | iMessage | 10/16/2015 5:28:45 PM | Don't. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046005 | iMessage | 10/16/2015 5:28:54 PM | Don't what | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046009 | iMessage | 10/16/2015 5:29:11 PM | Don't make the death and sex point. Not ok | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046010 | iMessage | 10/16/2015 5:29:55 PM | Challenge is you saw how everyone reacted in press to me not meeting with him | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046012 | iMessage | 10/16/2015 5:30:19 PM | They didn't think him challenging me on patents was remotely a good reason not to meet w him | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046013 | iMessage | 10/16/2015 5:31:29 PM | But we have enuff points to say I didn't meet with him because of his false accusations and didn't have to meet with someone who was attacking me without even meeting with me. For example patents. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046011 | iMessage | 10/16/2015 5:31:44 PM | I wouldn't open up use personal life or murder because enough people on Twitter will assume there is something there. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046016 | iMessage | 10/16/2015 5:31:44 PM | It's filth | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046017 | iMessage | 10/16/2015 5:31:44 PM | And we need to get out of flirty | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046015 | iMessage | 10/16/2015 5:32:22 PM | Filth | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046014 | iMessage | 10/16/2015 5:32:46 PM | Agree for sure on outside world. Even w Rupert to make point? | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046018 | iMessage | 10/16/2015 5:33:29 PM | If u feel strongly about murder. But not personal life. | Sunny Balwani (- | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046020 | iMessage | 10/16/2015 5:35:55 PM | I think it is important to send this email but doesn't help with public beating. All our partners are bailing one at a time and same with investors. | Sunny Balwani (- | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_046025 | iMessage | 10/16/2015 5:37:57 PM | Dignity wag everyone is posturing to walk away. We r losing leverage fast | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046023 | iMessage | 10/16/2015 5:38:45 PM | Have you talked to wag | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046028 | iMessage | 10/16/2015 5:39:17 PM | They r not talking for now until their lawyers say so | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046029 | iMessage | 10/16/2015 5:39:28 PM | To us? | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_046031 | iMessage | 10/16/2015 5:39:33 PM | Yes | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046030 | iMessage | 10/16/2015 5:39:38 PM | At c level | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046032 | iMessage | 10/16/2015 5:39:49 PM | Their lawyers told them not to talk to us? | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046033 | iMessage | 10/16/2015 5:39:53 PM | Yes | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046034 | iMessage | 10/16/2015 5:39:57 PM | Wow | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_046035 | iMessage | 10/16/2015 5:40:01 PM | In so many words | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046036 | iMessage | 10/16/2015 5:40:16 PM | Not exactly but they will bring all this up about finger sticks etc in contract negotiations | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046044 | iMessage | 10/16/2015 5:41:47 PM | It is going to be very difficult 12 months. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046043 | iMessage | 10/16/2015 5:42:24 PM | Our CLIA lab failed mpv pt all 5 levels. Just found out. Dealing with it. | Sunny Balwani i | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_046058 | iMessage | 10/16/2015 5:48:48 PM | Miss old days. These days are not worth whatever we r trying to do here | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046061 | iMessage | 10/16/2015 5:53:04 PM | Nim just texted me. Wants to talk urgently | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046066 | iMessage | 10/16/2015 6:00:38 PM | U calling nim? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_046068 | iMessage | 10/16/2015 6:00:54 PM | He will call me when ready | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046067 | iMessage | 10/16/2015 6:01:22 PM | Let me know how it goes. The facts are on our side. | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046071 | iMessage | 10/16/2015 6:01:36 PM | I know. I am strong on facts. They always react to anything but I will be strong. | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_046098 | iMessage | 10/16/2015 7:26:56 PM | Ok. Wag freaking out. Lack of transparency | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046099 | iMessage | 10/16/2015 7:26:56 PM | Why they found this all out thru media and not thru us | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046096 | iMessage | 10/16/2015 7:28:11 PM | K that's what we'll do | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_046097 | iMessage | 10/16/2015 7:28:18 PM | How was Nim | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_046100 | iMessage | 10/16/2015 7:29:20 PM | Why we didn't tel them about turning off nanotainer a | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046101 | iMessage | 10/16/2015 7:29:28 PM | Did you tell him it literally just happened | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_046103 | iMessage | 10/16/2015 7:29:32 PM | Yes | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046104 | iMessage | 10/16/2015 7:29:40 PM | And we hadn't finalized plan w Fda yet and still haven't | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_046102 | iMessage | 10/16/2015 7:29:53 PM | I told him we were surprised by the article as much as they r | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046105 | iMessage | 10/16/2015 7:30:00 PM | Yes | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046109 | iMessage | 10/16/2015 7:30:29 PM | But it was matter of communication. I had actually thought about it but got too busy to chat with u | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046107 | iMessage | 10/16/2015 7:31:12 PM | Then let's show them that this literally is still up in air so we literally just decided since the discussion is getting aired out in press | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_046108 | iMessage | 10/16/2015 7:32:09 PM | Ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046106 | iMessage | 10/16/2015 7:32:31 PM | However issue is we didn't tel them In advance about switching | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046110 | iMessage | 10/16/2015 7:32:56 PM | We'll have to present well that we hadn't decided to | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_046113 | iMessage | 10/16/2015 7:33:20 PM | Bad idea. At this point they know. So need to be transparent. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046114 | iMessage | 10/16/2015 7:35:27 PM | How long has it been that we didn't tell them | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_046112 | iMessage | 10/16/2015 7:35:28 PM | 3-4weeks. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046111 | iMessage | 10/16/2015 7:42:33 PM | I'm trying to remember what our thinking was on that | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_046115 | iMessage | 10/16/2015 7:43:03 PM | None. We just didn't tell them thinking under new model this doesn't matter. | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046117 | iMessage | 10/16/2015 7:43:23 PM | But attacks like this scare them as they scare everyone. | Sunny Balwan | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_046118 | iMessage | 10/16/2015 7:46:32 PM | Yeah. | Elizabeth Holmes | Sunny Balwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_046185 | iMessage | 10/21/2015 5:50:56 PM | Worried about your "all fingersticks on our technology" comment. Sent an email. The web document is fine. | Sunny Balwani | Elizabeth Holmes | | |

SER-750    PRH_0000342

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_048125 | iMessage | 11/19/2015 8:01:45 PM | Going not well. These guys didn't keep most calibration information. Even a machine from 3 weeks ago | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048124 | iMessage | 11/19/2015 8:02:07 PM | Going ok to pretty well in here | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048126 | iMessage | 11/19/2015 8:02:20 PM | Tell team if we can support with documents | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048127 | iMessage | 11/19/2015 8:02:29 PM | Or if you want Daniel don't need him here | Elizabeth Holmes | Sunny Balwani i | | |

| Holmes_iPhone_iMessage-MMS-SMS_048134 | iMessage | 11/20/2015 12:15:45 AM | Who is best person to answer 1800 questions | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048133 | iMessage | 11/20/2015 12:16:23 AM | Tina, Melissa on operating it. | Sunny Balwani i | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_048143 | iMessage | 11/20/2015 6:20:38 PM | Should I pull Suraj when she gets to proprietary machines | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048144 | iMessage | 11/20/2015 6:20:48 PM | I can send him when u need him | Sunny Balwani i | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048141 | iMessage | 11/20/2015 6:21:27 PM | I will let you know | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048145 | iMessage | 11/20/2015 6:24:51 PM | Hoda not w me so take her if she can help you | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048146 | iMessage | 11/20/2015 6:37:35 PM | Both Suraj and Hoda not needed here | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048149 | iMessage | 11/20/2015 6:37:39 PM | If you need | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048147 | iMessage | 11/20/2015 6:37:52 PM | Don't need here | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048152 | iMessage | 11/20/2015 6:37:52 PM | Ok | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048148 | iMessage | 11/20/2015 6:38:07 PM | Can you ask Karen if she picked up some of Sarah's paper - pile of papers with clip on them about an inch thick | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_048150 | iMessage | 11/20/2015 6:39:05 PM | We found them | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_048153 | iMessage | 11/20/2015 7:40:39 PM | Sam said to her technicians could see levels and rerun controls on Theranos systems after QC failure? | Elizabeth Holmes | Sunny Balwani | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_048378 | iMessage | 12/10/2015 2:04:48 PM | I am thinking 100% right now only about product and Nanotainer from venipuncture for GC assays | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048377 | iMessage | 12/10/2015 2:05:06 PM | Perfect | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_048380 | iMessage | 12/10/2015 2:05:53 PM | Get Nanotainer and device cleared for venipuncture and then use our own cleared system as predicate for fingerstick | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048381 | iMessage | 12/10/2015 2:06:04 PM | Yes | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048383 | iMessage | 12/10/2015 2:06:05 PM | For Gc assays | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048382 | iMessage | 12/10/2015 2:06:07 PM | Exactly | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_048384 | iMessage | 12/10/2015 2:06:09 PM | 100% | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_048385 | iMessage | 12/10/2015 2:06:14 PM | Dead on | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_048388 | iMessage | 12/10/2015 2:06:56 PM | For hematology there are enough fingerstick devices cleared so shouldn't be issue doing fingerstick submission directly | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048386 | iMessage | 12/10/2015 2:08:37 PM | And for Elisa the CVs are not so tight so there too doing direct fingerstick submissions shouldn't be issues. Perhaps only for Immunoassays where CB is very tight but I can't think of any except for Tsh and there we r already solid. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048387 | iMessage | 12/10/2015 2:08:51 PM | Meant CV requirements. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048389 | iMessage | 12/10/2015 2:09:41 PM | Yes | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_048390 | iMessage | 12/10/2015 2:10:08 PM | So for Gc we should do venipuncture submission first. Ideally if we can do Nanotainers with butterfly adapter for lihep only Nanotainers | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048392 | iMessage | 12/10/2015 2:10:52 PM | And vacutainers aliquoted into cart or Nanotainers - however we r doing this now for our submission next week | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048393 | iMessage | 12/10/2015 2:11:12 PM | Once we have chem14 cleared on venipuncture we can immediately file for fs and in parallel keep doing Immunoassays and hematology directly on fs. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048391 | iMessage | 12/10/2015 2:11:16 PM | Exactly | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048394 | iMessage | 12/10/2015 2:12:08 PM | Yes | Elizabeth Holmes | Sunny Balwani i | | |
| Holmes_iPhone_iMessage-MMS-SMS_048396 | iMessage | 12/10/2015 2:12:43 PM | I am going to spend time on this today and take over all product dev and get everyone focused and do regular team meetings even with all Chem and hardware teams. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048395 | iMessage | 12/10/2015 2:13:15 PM | Awesome | Elizabeth Holmes | Sunny Balwani i | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_048686 | iMessage | 1/29/2016 7:39:44 PM | Looking at all the tv and Print ads. We should push them Out for few weeks. Not a good idea to talk about pricing and affordability given focus on our quality. | Sunny Balwani [ | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048687 | iMessage | 1/29/2016 7:41:51 PM | Everyone including me thinks this is the right approach. Talking to Patric and Carissa and Brooke and Heather. | Sunny Balwani [· | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048688 | iMessage | 1/29/2016 7:49:18 PM | Done | Elizabeth Holmes | Sunny Balwani [· | | |
| Holmes_iPhone_iMessage-MMS-SMS_048689 | iMessage | 1/29/2016 7:49:22 PM | Tell them | Elizabeth Holmes | Sunny Balwani [· | | |

| Holmes_iPhone_iMessage-MMS-SMS_048692 | iMessage | 1/29/2016 8:05:20 PM | Have pushed radio and tv out to April. Unfortunately the paper ad u aproved is too late to pull. They already went to presses. | Sunny Balwani [ | ] Elizabeth Holmes | | |

| Holmes_iPhone_iMessage-MMS-SMS_048697 | iMessage | 1/29/2016 8:17:52 PM | We need the right content which is not ready. We can do radio this quarter | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_048698 | iMessage | 1/29/2016 8:18:28 PM | But we should pause tv for couple of months and radio for 1 month | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_048719 | iMessage | 1/31/2016 6:32:26 PM | You should go home. Do appointments earlier. I am going to Newark and will be back when ur appointments are done. If u do appointments in evening then I will come home by 130-2 | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|--------|------|------------------------|---------|-----------------|--------------|--------|-------------|
| Holmes_iPhone_iMessage-MMS-SMS_049989 | iMessage | 5/25/2016 11:58:56 AM | We need more people owning the publications, start putting together ctn submissions, and keep publishing more fs versus vp assay data after first publication | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049990 | iMessage | 5/25/2016 11:58:56 AM | And deploy zika and trioplex fs in latam and Mexico. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049991 | iMessage | 5/25/2016 11:59:53 AM | Completely agree. Changing publication owners. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049992 | iMessage | 5/25/2016 12:01:04 PM | I had already suggested putting different/additional people on pubs. We need more people but have very very clear project plan and team structure. | Sunny Balwani ( | Elizabeth Holmes | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

Trial Exh. 5387D Page 000123

PRH_0000438

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_049994 | iMessage | 5/25/2016 12:01:04 PM | A zika and then trioplex fs publication along with our key fs and vp pub will be amazing. Let's get these done. And then ctn clearance. People will be dumb founded after our ctn clearance. | Sunny Balwani ( | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049995 | iMessage | 5/25/2016 12:01:30 PM | Agree | Elizabeth Holmes | Sunny Balwani ( | | |
| Holmes_iPhone_iMessage-MMS-SMS_049995 | iMessage | 5/25/2016 12:05:05 PM | Completely completely agree | Elizabeth Holmes | Sunny Balwani ( | | |

 PRH_0000439

Tyler.

Elizabeth forward me this email to respond to your comments.

Before I get into specifics, let me share with you that had this email come from anyone else in the company, I would have already fired them for this arrogant and insulting attitude. In your case, I am giving you the benefit of doubt that your intentions are in the right place, because of Mr. Shultz, and am taking the time to respond, even though your tone in this email all the way through last paragraph is not seeking to understand, but rather standing at higher perch of morality and judging others in the company. Perhaps this too was not your intent but this clearly comes across as your mind set.

**Formatted:** Highlight

**Comment [EH1]:** Stronger – emphasize what he did first especially in light of my comment on accuracy below

In my meetings with Daniel I found that the discrepancies between our CVs were due to Daniel calculating CV based on the median value of each precision run, while I was calculating CV of the entire data set for each level. When I asked him why we do this, he said that it was a way to average out the noise. I was under the impression that the coefficient of variation was meant to be, at least in part, a measure of how much noise exists in the data. By averaging out this noise before CV is calculated, the CV as a metric of assay performance becomes less meaningful. And because our calculations of CV are based on median rather than mean, this means that 2/3 of our data is entirely ignored both when calculating CV and acquiring a patient result.

Your basic understanding of statistics is still low and you do not grasp the meaning of the CV. We happen to be running 6 six replicates inside the device for our own comfort, going the extra mile in our early stages. For almost a decade, when we have run assays in pharma trials, we have run assays only in singlicates~~etons~~ or duplicates and achieve extremely high quality data. As a matter of fact, we have consistently seen that data generated by our platform – when free of human errors – has at least matched if not exceeded the quality from other **laboratories** (more on the point about **laboratories** later). Because we are running assays in 6 replicates, this doesn't *nott* mean this is what is reported. What is reported is our result.~~s with~~ We get a high ~~degree of~~ confidences ~~generated~~ by our algorithms ~~based~~ which take into account the number of ~~on~~ replicates we choose to run as well as other factors. This is a point you are struggling most ~~with~~ to grasp. Let me further simplify. It is like someone asking you to count M&Ms in a bag. Since we really want to be sure, we have 6 people count these instead of 1, even though the answer we give out is still 1 number and therefore in a large number of cases our answer is of higher confidence versus others who may only be counting the bag using 1 person. This doesn't mean we have to ~~share with others~~publish that we have 6 people counting and 6 answers instead of 1. We use internal algorithms to arrive at the right answer based on ~~what we see fit~~the use case. It may be a simple average of 6, a median, or some other algorithm. This is ~~a business decision as the purpose of having~~ a world class computational biosciences team to ~~select~~ what statistical model to ~~pick to~~use in order to generate ~~give out~~ the ~~best~~most robust clinical data with ~~the~~ highest confidence _from our system (assay, hardware, software – including our algorithms, and other elements)._ What matters is ~~that~~ the answer we provide is something we ~~want to~~have higher confidence around. In this example, e~~E~~ach of these 6 people may in turn employ six more people so they can in turn generate the 1 right answer that feeds into our algorithm, which ultimately reports out ~~that picks~~the 1 right answer. Similarly, what goes on inside the device is for internal calculations and verification purposes. The final reported result is all that matters, whether internally we run~~t~~ this on 1 replicate, 2, 6 or 12. It is important for us to (ie, R&D, internal data generation, ~~future~~ and the algorithm~~,~~ amongst other

**Formatted:** Font: Italic

**SER-758**

THPFM0002089534

areas~~generation~~) to know tip to tip variance, ~~so we can constantly refine and improve our product,~~ but not relevant in terms of how we quantify assay precision (CV). Daniel Young went over this in detail with you ~~before~~ over 3 sessions, as you were calculating this incorrectly before, and it still seems like your understanding around this is deficient. Please know these repeat sessions with Daniel himself were given to you solely because of your relationship with Mr. Shultz. We don't share our proprietary methodologies ~~internal workings~~ with other junior employees and certainly not with those that are not involved ~~with~~ in a given ~~this~~ process. Moreover, Daniel and his team's time is also extremely previous given the amount of work they do almost 7 days a week. This was a privilege extended to you as a courtesy. Not a right.

While I understand that calculating CV based on the medians is relevant for comparing our system to systems of our competitors, the fact that the CV of our cutoff level for Syphilis RPR drops from 43% to <20% by moving from CV of the entire dataset to CV of the medians tells me that a significant portion of our data is just noise. I believe that we should set two standards of CV that must be met in order for an assay to pass precision testing; a standard for the medians of each run, and a standard for each level's dataset as a whole.

Again, the variance across tips is not relevant as mentioned above- the variance for the reported value is what is quantified to assess assay performance.

Daniel also told me that for qualitative assays such as Syphilis RPR, the CV as metric of assay performance is less important than it would be for quantitative assays. I agree with him, at the end of the day the only thing that's important is delivering the correct result to our patients. However, given the high variation in our dataset, it is not surprising that when using a strict antibody index cutoff value of 1, our sensitivity was only 65% the first time we tested clinical samples and 80% the second time. The first issue I have with this is that there is no penalty for repeating an experiment. We repeat and delete rather than repeat and add. In our validation reports there is never any mention of how many attempts of precision or comparability testing it took to get the data that's presented. The second problem that I have is that our equivocal zone is adjusted and widened until we see the sensitivity and specificity that we want to report. Almost regardless of what the data looks like, we can adjust this zone until we get the 95% sensitivity that we want to see. Tellingly, out of the 247 patients that we tested, 66 of whom were Syphilis positive, more patients fell into our equivocal zone than we correctly diagnosed as being positive for Syphilis.

Equivocal zones are commonly used, and expected in such qualitative assays. The approach being used for setting ours was based on common techniques. That being said, we do know that our equivocal range is wider than where we would like for some assays. However, in this case, the impact is that more patients will need confirmatory testing. But this is a **business** decision. We make these business decisions all day long. This is not ignoring data.

No studies are simply repeated with the original data being ignored. There have been times when the initial data sets from initial studies may not be good enough because of many factors including the fact that many of our assays, algorithms, formulas, production methods, QC processes may have been in early stages. In such case when data suggests that to be the case, we improve our products, assays, software, algorithms, hardware, manufacturing processes, and more. We ask relevant teams – sometimes all teams – to identify the root cause of such issues and make changes and repeats our experiment. THIS IS CALLED PRODUCT DEVELOPMENT THRU ITERATION. In this case when ~~may~~ we learn that our initial experiment was a result of a software bug or algorithms needing further refinement

> **Comment [EH2]:** Add text around recent AAP and "borderline" performance of reference method, especially in equivocal zone

Confidential

and debugging, misalignment of hardware tools or simply erroneous human processes, we discard that data in the R&D and product development stage. Nothing works the first time around in product development, not in startups, not in larger companies and certainly not when you are doing something extremely novel and unprecedented with limited resources. This is how every product is developed. I find it appalling that rather than seek and understand, you claim to be judging something you don't have a basic understanding of. I also think you are thoroughly confused about what is product development and what is validation in CLIA. Because of lack of resources, we ask people to do multiple things, wear multiple hats, and sometimes try to combine multiple steps into one. We don't need to explain these to every individual doing the experiments as there is a more senior, more experienced team that does data crunching and decides what experiments to rerun. Most junior level lab associates don't have access to this because they lack any the experience and knowledge. We hired them to run experiments, not do data analysis. This is also why we added you to the ELISA experiments team. Not because you brought a superior understanding of data analysis but because we needed associates people to run experiments. If you wanted to understand data analysis, the emphasis should have been seeking to understand. When you sent your last email, you wanted to understand more and we asked Daniel to spend his time with you. After that session, you shared you understood better. Seems like now you are trying to go even broader and grasp even more and your depth of understand is even shallower than before.

I then asked Daniel if he thought our Syphilis test was truly the most accurate and most precise Syphilis test on the market. He said that Theranos does not claim to have the most accurate or precise tests, and that if I could find any marketing materials that make such claims that I should forward them to him. A quick google search yields a handful of articles that explicitly make these claims. Daniel agreed that the authors make sweeping statements about our assay performances, but noted that Theranos never directly made any of these claims. If well-established institutions such as the Wall Street Journal have published misinformation about Theranos, it seems it would be in our best long-term interest to correct this information in order to uphold our image of bringing transparency to blood testing.

This is the point that irritates me the most. Quick google search and what this led you to believe without paying attention, understanding and again, seeking to understand, but rather jump to conclusions and judgment.

I saw these articles. These articles claim Theranos is better. I personally agree with that but that is my opinion just like many of these articles are opinions of bloggers and authors. An overwhelming majority of patients who haves experienced our method systems over the last decade, not just at Walgreens, agree with this opinion based on their experiences. When journalists who come and experience what we do say that this is the best way to do lab, there is no disagreement around that.

In specific, you mention WSJ article. Here is what the author says: "Theranos's processes are faster, cheaper and more accurate than the conventional methods and require only microscopic blood volumes, not vial after vial of the stuff." Does the article say Theranos is better than Immulate running in 1 lab on 1 device? This says more accurate than conventional methods. This brings me to other major point that either you don't understand or simply choose to ignore and in makinge your misinformed claims and assertions against the company. Let me shed some light for you.

At this point, Theranos is not selling any devices. We are a high complexity CLIA laboratory. As such in general we are compared to other high complexity CLIA laboratories (read the WSJ language carefully – it says conventional methods which in our case is other laboratories and more specifically, the larger national laboratories that use multiple devices for a given assay in different locations so – towe compare

**SER-760**

Confidential

THPFM0002089536

apples to apples). When on our web site we site that as a CLIA lab, our CVs are such and such (we only make 1 claim on Vitamin D – more on this later), we are comparing these to other labs. Do you know what is typical CV for Vitamin-D in other labs? It is usually much higher than 25%. Do you know what is Vitamin-D CV across different devices and different Labs in even 1 company like Quest and Labcorp? It is over 40%. Many of hospital and payer partners routinely tell us they have never see Vitamin-D CV from larger Labs lesser than 50% in their lives. The same applies for an overwhelmingly large number of other assays; the CVs for these is usually much higher when you measure it across multiple devices, different reagent lots and different days. For Vitamin D, the CLIA governing body doesn't even define an acceptable CV (only state of NY does) because this is one of the most volatile and difficult assays. We go through the excruciatingly difficult task of calibrating our lots and batches of devices, assays, reagents, cartridges, plastics, movements inside devices, and other even more difficult things that you have no visibility into, so that we can have a platform that gives us this capability to have tight CVs across devicesthe locations at which people give samples and also across large numbers of devices. We will make these claims against other devices when we start selling our devices.

The most important thing about measuring CV is not when you are in a controlled, pristine environment where all elements and all processes are controlled, but rather when everything is as close to real world as possible and measuring CV on samples from the moment samples are collected to all the way results are reported (from cradle to grave). That's the only true CV that matters in clinical decision making. And as you may have heard us say several times in the context of actionable information, that's the CV we are able to generate and control. The device and instrument makers don't measure CV that way because they cant; their devices are only in a 'real world' environment when they are in laboratory settings and there they have no control over sample collection, sample transport. As you may have already read, over 90% of errors happen in pre-analytical processing and in our case, these processes are much better controlled and as we grow as a company, these will only get better and for our completion, they only get worse. On the other hand, the commercial high complexity labs never will measure, let alone report these CVs because they have no controls over majority of the process themselves. Equally importantly, it is only when you have this level of confidence in your overall process that you are able to trend such data for personalized medicine – another thing we walk about when we talk about CV. You took an erroneous, myopic – and still incorrect view – what CV is, let alone what the purpose of CV is in general and what we are going after. The smartest physicians, lab directors, hospital CEO, pharma executives etc understand the value of this and that we already are starting from a far superior place. And you are telling and teaching us what we should allow to be published and is in online media. Next time, think!

Again, if you really were seeking to understand and not preach, all of these points would be obvious to you and you would be focusing on and would have understood why everyone who understand the overall laboratory process knows what we do is so much better already and as we build out more software, processes, controls etc, will only get better with time.

MoreoverRegardless of the above more important points, the CV you are comparing is from multiple Theranos devices to 1 competitor device. If you are measuring CVs across multiple devices and multiple reagent lots from the same vendor the results are horrendous. WSJ article in particular makes no reference to our RPR method to being the best and neither do we. This is called an NP-complete problem. Even when we have data to show we are better than 2 larger labs, we cant prove we are better than *every* lab. It is logistically impossible. This is why we, Theranos, never make this claim on our

**Comment [EH3]:** Add pre-analytical error and variance point – this is what WSJ and everyone else is talking about by the word "accuracy". Second aspect of what they mean by that is variability over time. Read the articles – they expound on exactly this. This is our whole point and mission on "actionable information" and what we ALWAYS talk about when talking about accuracy as you can see from the context around any performance claim, including on our website and in articles.

Add future of personalized medicine point on trending and associated predictive power. Other labs and EMR systems cant and caution against relying on longitudinal data.

**SER-761**

Confidential

THPFM0002089537

web site. However, an average person of average intelligence can easily experience and tell you that this is the case.

We believe that our approach, our methodology, our technology, our platform is superior to other high complexity CLIA labs. It's~~It's~~ not necessarily singularly best in every given moment on every assay on every sample on every day in the hands of any person when compared to a single reference method device. We can never prove that, like I said, that's a ~~logistically~~logistically impossible problem to prove. However, in the long term as we generate more and more data, we will make direct claims in our web site. In the meantime, we don't. Anything – every single letter – that we put in our marketing content and on our web-site is vetted by some of the most competent law firms who are subject matters on such claims and contrary to your comments to Daniel – on the implications of those claims. We are a VERY conservative company. We ask these advisors not just to make sure our claims are correct, but also that they don't lead an average person to draw wrong conclusions. We don't take anything lightly. We run a very tight ship on these matters.

**Formatted:** Underline

I then thought back to our previous discussion when I asked about our claim of having <10% CV for our assays. We checked the Theranos website together and found that we only make this claim for Vitamin D. I checked the 2-Tip validation data (we were running 2-tip protocol at the time) and found that the CVs for our three levels were 18%, 16%, and 19% when calculated based on the median of each precision run and 23%, 23%, and 25% when calculated based on the entire dataset. Here are scatter plots of the results from VitD precision testing, they don't seem to meet the standard we claim on our website for Vitamin D.

**Comment [EH4]:** Add point about 10% CV on 6 tip data and when bias is corrected and how CV is calculated – in main range

**Comment [EH5]:** What data is this? Daniel – add comments

**SER-762**

Confidential

THPFM0002089538



You are wrong here. Median was not used here – averages are. this is why you are generating wrong numbers.

For a while I've been giving our assays the benefit of the doubt until we see how the new 6-Tip method performs. Here is a comparison of the 7 assays we run on Theranos devices to their predicate

Comment [EH6]: Add comment on this

**SER-763**

Confidential

THPFM0002089539

methods. While we are now performing better than we were with the 2-Tip method, you can see that of the 7 assays we run on the Theranos system, there is only one level from one assay that shows less variation than our competitor's technology.

> **Comment [EH7]:** Add single device and pre-analytic error/variance point again

> **Comment [EH8]:** Add summary comment on all below is incorrectly taken from whatever he took it from.

| Immulite 3rd generation TSH | | Theranos TSH | | | |
|---|---|---|---|---|---|
| level (uIU/ml) | total CV | | | 6-Tip | |
| | | Level (uIU/ml) | | CV whole dat | CV medians |
| 0.016 | 12.5% | | 0.02 | 42.9% | 34.1% |
| 0.32 | 5.3% | | 2 | 24.6% | 17.9% |
| 1.3 | 4.6% | | 20 | 27.7% | 20.8% |
| 3.3 | 4.8% | | | | |
| 7.3 | 5.1% | | | | |
| 19 | 4.5% | | | | |
| 39 | 6.4% | | | | |

Again your number are off. Our precision numbers are instead 8.4%, 3.5% and 4.6%. This is pretty close to the predicate and better in some cases.

| Immulite fT4 | | Theranos fT4 | | | |
|---|---|---|---|---|---|
| Level | CV total | | | 6-Tip | |
| | 10.2 % | Inter mean | | whole dat cv | CV medians |
| 0.51 | | 1.63 | | 28.8% | 14.5% |
| 0.85 | 7.1% | 5.42 | | 11.0% | 4.0% |
| 1.13 | 6.4% | 6.68 | | 5.2% | 3.9% |
| 1.49 | 6.0% | | | | |
| 2.91 | 3.6% | | | | |
| 4.82 | 3.6% | | | | |

Calculations in the report show CVs values of 19.2%, 9.2% and 7.6%.

| Immulite TT4 | | Theranos TT4 | | | |
|---|---|---|---|---|---|
| level | CV total | | | 6-Tip | |
| | | Level | | CV whole Dat | CV medians |
| 1.8 | 11.7% | | 1.91 | 16.0% | 13.9% |
| 2.6 | 10.8% | | 3.37 | 16.0% | 14.0% |
| 5.2 | 8.5% | | 15.8 | 18.3% | 14.6% |
| 7 | 6.1% | | | | |
| 8.2 | 5.6% | | | | |

**SER-764**

Confidential

THPFM0002089540

| | |
|---|---|
| 13 | 6.0% |
| 16 | 5.6% |

| Immulite tPSA | Theranos tPSA | | |
|---|---|---|---|
| "<4.6% for 3 levels of controls" | 6-Tip | | |
| | Level | CV whole Dat | CV medians |
| | 1.4 (ng/ml) | 33.8% | 13.0% |
| | 3.37 (ng/ml) | 17.1% | 10.8% |
| | 10.2 (ng/ml) | 24.1% | 11.8% |

Values in the
report are 12.4%,
9.4%, and 7.3%.

| Diasorin VitD | | Theranos VitD | | |
|---|---|---|---|---|
| Level | CV | 6-Tip | | |
| 7.2 | 5.5% | Level | CV whole Dat | CV medians |
| 14.7 | 4.2% | 11.7 (ng/ml) | 18.6% | 12.5% |
| 21.7 | 4.0% | 28.7 (ng/ml) | 19.1% | 9.5% |
| 35 | 2.9% | 73.6 (ng/ml) | 12.1% | 9.8% |
| 73 | 3.2% | | | |
| 62.7 | 3.1% | | | |
| 93.6 | 3.2% | | | |
| 115 | 4.2% | | | |
| 128 | 4.8% | | | |

| Oraquick HCV | | Theranos HCV | |
|---|---|---|---|
| Sensitivity | 99% | Sensitivity | 99% |
| Specificity | 100% | Specificity | 94% |

Values from the
report: 7.5%, 6.2%,
and
9.3%. Definitely
on par with the
reported Immulite
values. though
that is not the
point here as I
explained above
since Immuloite
values are

**SER-765**

Confidential

THPFM0002089541

calculated only on
1 devices.

| Immulite TST | | Theranos TST | | |
|---|---|---|---|---|
| Level | Total CV | 6-Tip | | |
| | | Level | CV whole Dat | CV medians |
| 27.1 ng/dL | 24.3% | | | |
| 86.1 ng/dL | 13.0% | 90 ng/dL | 19.4% | 11.6% |
| 152 ng/dL | 10.3% | 300 ng/dL | 12.5% | 5.1% |
| 280 ng/dL | 9.1% | 1,000 ng/dL | 17.4% | 13.0% |
| 414 ng/dL | 8.2% | | | |
| 991 ng/dL | 7.2% | | | |

Furthermore, Theranos has an inherent advantage in these comparisons due to the way we run our precision testing. While our competitors conduct their precision testing over 20 days, we do ours in 5. Accordingly, we can see that our precision experiments are not indicative of longer-term assay performance once we begin running patient samples; our Daily Quality Control failure rate is far greater than would be predicted by our QC reference range calculations, and our internal comparison of Theranos results in proficiency testing yielded less than satisfying results. I am not sure if this analysis has been done, but we should examine our Daily QC results as if it were a prolonged precision experiment to more accurately evaluate long-term assay performance.

> **Comment [EH9]:** Add comment – this is straight out false. Same comment on QC "failure" – need to explain this, and same comment again on AAP

You are again wrong here but that is primarily because you seem to starting with the assumption that everything you read on Google and everything other labs publish is word of truthe. It is not.

> **Comment [EH10]:** Add comment – he should not be the one suggesting this and also incorrect comment

Let me address each of your 3 insulting accusations here separately.

First, the CLIA regulations define a day as 8 hours, not 24 hours. We run our precision 20 hours amongst multiple shifts. This gives us some advantages an advantage only in number of calendar days it takes us to complete the experiment (calendar day time managagement for the business) butand also has some disadvantages, though these disadvantages to you who is starting from a place of doubt don't seem to be obvious or relevant.

Second, our daily QC control "failure" rate is higher because of how we have constructed our QC tests. Other devices in the upstairs lab play tricks with their QC runs and don't bubble up all errors in raw format to the users like we do. Our QC "failures" are not because of reagent stability like you claim. There is absolutely no data that shows that and it is astonishing you are implying that this is the case without any data. Our QC "failures" are because of newness of some of our our overall processes which we are improving every day. Again, if you had started from a place of understanding and intention to help, this is why your email would have been likeyou would not have made the statements you did. Also know that the QC "failures" on Edisons is are because we display all errors to the CLIA technicians so in these early days, we know more, learn more and catch all possible error conditions no matter what the root case may be. We are working on automatic QC software for CLIA that will mitigate the QC error-flag messages and only give errors-flags that are relevant to CLIA or to patient sample processing. Other devices and vendors have been doing this for decades. We need to write more software to capture and mitigate these which we are doing this quarter. This is product development, this is how startups are

> **Comment [EH11]:** Add point here that QC failure is not failure as per my comment above

**SER-766**

Confidential

THPFM0002089542

built. I find it particularly ~~disgusting~~ disappointing that these facts are also lost on you when you explicitly said you wanted to be in a start up environment that requires building from the bottom up.

Let me now address the third point about internal ~~pre-trial~~ PT results. These first internal pre-trial PT tests were for information gathering and process improvement purposes. The purpose of these ~~pre-trial~~ runs ~~was~~ were to test new processes we have been introducing to the CLIA lab, highlight where to focus and improve ~~our~~ those processes, SOPs, procedures and ~~where~~ accordingly to focus our software resources. The results of these initial internal pre-trial runs was 'less than satisfactory' because we identified ~~few a~~ bugs in our algorithms and software ~~because of~~ as this process was intended to do. This was the intent behind this internal ~~pre-trial~~ run. There is absolutely nothing in these internal pre-trial PT results that says that our internal reagent, assay or cartridges stability is at question. Even then, during this debugging process, we questioned everything. All teams worked together to reproduce the entire process manually, reran tests, calibrators, and poured through our code to see where bugs might be. We found ~~the a~~ bugs and we are working on fixing the algorithms. ~~More~~ But most importantly, this was an internal ~~pre-trial~~ test run that you are making these very serious statements about. This was the purpose of this internal ~~pre-trial~~ test run – to find bugs. For you to use this internal test data that was designed to find bugs in ~~our internal the PT~~ processes and claim that the fault is with assays and ~~question reagent~~ reagent stability is ~~disingenuous~~ deeply disappointing.

**Comment [EH12]:** Add comment – to the contrary, we tested (list all test) showing no reagent, antibody, cartridge, hardware or other problem

Let me add a final point to this. I saw an email from Daniel this weekend which you sent in February I believe where you questioned the legality our PT method and where you cited a reference from CMS regulations. This is of the utmost seriousness to our business – not only are you questioning our integrity, but our license to operate as a business. That comment and that accusation based on absolute ignorance about the integrity of our company and its core team members is so insulting to me that if you were not Mr. Shultz's grandson, I would have personally thrown you out of this building. This is a privilege you are over abusing – at least at this company. This email from you is the end of this. This email on this topic I want to see from you is an apology to Daniel and his team and possibly to Elizabeth. Please cc me on this email so I see that this happened.

**Formatted:** Tab stops: 5.68", Left

Your assumption of being right based on your very limited knowledge and understanding of Math, Statistics, Laboratory industry, medical device precision methods, data - and now laboratory regulations - is a very discouraging news for your own growth in business. Your sense of responsibility may be commendable but your lack of desire to seek accurate understanding, accurate information and contribute but rather ~~your tendency of~~ telling others what right is disturbing.

**Comment [EH13]:** Tighten/possibly integrate with intro and earlier comments

I am sorry if this email sounds attacking in any way, I do not intend it to be, I just feel a responsibility to you to tell you what I see so we can work towards solutions. I am invested in this company's long-term vision, and am worried that some of our current practices will prevent us from reaching our bigger goals. I'm sorry I wasn't able to catch you for a conversation, I know how busy you are, but if you would like to discuss anything I've mentioned in person, I would be more than happy to do so.

**SER-767**

Confidential

THPFM0002089543

**From:** Elizabeth Holmes
**Sent:** Friday, April 11, 2014 4:35 PM
**To:** Sunny Balwani
**Subject:** FW: Follow up to previous discussion

**From:** Tyler Shultz
**Sent:** Friday, April 11, 2014 3:38 PM
**To:** Elizabeth Holmes
**Subject:** RE: Follow up to previous discussion

Hi Elizabeth,

In my meetings with Daniel I found that the discrepancies between our CVs were due to Daniel calculating CV based on the median value of each precision run, while I was calculating CV of the entire data set for each level. When I asked him why we do this, he said that it was a way to average out the noise. I was under the impression that the coefficient of variation was meant to be, at least in part, a measure of how much noise exists in the data. By averaging out this noise before CV is calculated, the CV as a metric of assay performance becomes less meaningful. And because our calculations of CV are based on median rather than mean, this means that 2/3 of our data is entirely ignored both when calculating CV and acquiring a patient result.

While I understand that calculating CV based on the medians is relevant for comparing our system to systems of our competitors, the fact that the CV of our cutoff level for Syphilis RPR drops from 43% to <20% by moving from CV of the entire dataset to CV of the medians tells me that a significant portion of our data is just noise. I believe that we should set two standards of CV that must be met in order for an assay to pass precision testing; a standard for the medians of each run, and a standard for each level's dataset as a whole.

Daniel also told me that for qualitative assays such as Syphilis RPR, the CV as metric of assay performance is less important than it would be for quantitative assays. I agree with him, at the end of the day the only thing that's important is delivering the correct result to our patients. However, given the high variation in our dataset, it is not surprising that when using a strict antibody index cutoff value of 1, our sensitivity was only 65% the first time we tested clinical samples and 80% the second time. The first issue I have with this is that there is no penalty for repeating an experiment. We repeat and delete rather than repeat and add. In our validation reports there is never any mention of how many attempts of precision or comparability testing it took to get the data that's presented. The second problem that I have is that our equivocal zone is adjusted and widened until we see the sensitivity and specificity that we want to report. Almost regardless of what the data looks like, we can adjust this zone until we get the 95% sensitivity that we want to see. Tellingly, out of the 247 patients that we tested, 66 of whom were Syphilis positive, more patients fell into our equivocal zone than we correctly diagnosed as being positive for Syphilis.

I then asked Daniel if he thought our Syphilis test was truly the most accurate and most precise Syphilis test on the market. He said that Theranos does not claim to have the most accurate or precise tests, and that if I could find any marketing materials that make such claims that I should forward them to him. A quick google search yields a handful of articles that explicitly make these claims. Daniel agreed

**SER-768**

Confidential

THPFM0002089544

that the authors make sweeping statements about our assay performances, but noted that Theranos never directly made any of these claims. If well-established institutions such as the Wall Street Journal have published misinformation about Theranos, it seems it would be in our best long-term interest to correct this information in order to uphold our image of bringing transparency to blood testing.

I then thought back to our previous discussion when I asked about our claim of having <10% CV for our assays. We checked the Theranos website together and found that we only make this claim for Vitamin D. I checked the 2-Tip validation data (we were running 2-tip protocol at the time) and found that the CVs for our three levels were 18%, 16%, and 19% when calculated based on the median of each precision run and 23%, 23%, and 25% when calculated based on the entire dataset. Here are scatter plots of the results from VitD precision testing, they don't seem to meet the standard we claim on our website for Vitamin D.

**SER-769**

Confidential

THPFM0002089545



For a while I've been giving our assays the benefit of the doubt until we see how the new 6-Tip method performs. Here is a comparison of the 7 assays we run on Theranos devices to their predicate methods. While we are now performing better than we were with the 2-Tip method, you can see that of the 7 assays we run on the Theranos system, there is only one level from one assay that shows less variation than our competitor's technology.

**SER-770**

Confidential

| Immulite 3rd generation TSH | | Theranos TSH | | |
|---|---|---|---|---|
| level (ulU/ml) | total CV | 6-Tip | | |
| | | Level (ulU/ml) | CV whole dat | CV medians |
| 0.016 | 12.5% | 0.02 | 42.9% | 34.1% |
| 0.32 | 5.3% | 2 | 24.6% | 17.9% |
| 1.3 | 4.6% | 20 | 27.7% | 20.8% |
| 3.3 | 4.8% | | | |
| 7.3 | 5.1% | | | |
| 19 | 4.5% | | | |
| 39 | 6.4% | | | |

| Immulite fT4 | | Theranos fT4 | | |
|---|---|---|---|---|
| level | CV total | 6-Tip | | |
| | | Inter mean | whole dat cv | CV medians |
| 0.51 | 10.2% | 1.63 | 28.8% | 14.5% |
| 0.85 | 7.1% | 5.42 | 11.0% | 4.0% |
| 1.13 | 6.4% | 6.68 | 5.2% | 3.9% |
| 1.49 | 6.0% | | | |
| 2.91 | 3.6% | | | |
| 4.82 | 3.6% | | | |

| Immulite TT4 | | Theranos TT4 | | |
|---|---|---|---|---|
| level | CV total | 6-Tip | | |
| | | Level | CV whole Dat | CV medians |
| 1.8 | 11.7% | 1.91 | 16.0% | 13.9% |
| 2.6 | 10.8% | 3.37 | 16.0% | 14.0% |
| 5.2 | 8.5% | 15.8 | 18.3% | 14.6% |
| 7 | 6.1% | | | |
| 8.2 | 5.6% | | | |
| 13 | 6.0% | | | |
| 16 | 5.6% | | | |

| Immulite tPSA | Theranos tPSA | | |
|---|---|---|---|
| "<4.6% for 3 levels of controls" | 6-Tip | | |
| | Level | CV whole Dat | CV medians |
| | 1.4 (ng/ml) | 33.8% | 13.0% |
| | 3.37 (ng/ml) | 17.1% | 10.8% |
| | 10.2 (ng/ml) | 24.1% | 11.8% |

| Diasorin VitD | | Theranos VitD |
|---|---|---|
| Level | CV | 6-Tip |

**SER-771**

Confidential

THPFM0002089547

| | |
|---|---|
| 7.2 | 5.5% |
| 14.7 | 4.2% |
| 21.7 | 4.0% |
| 35 | 2.9% |
| 73 | 3.2% |
| 62.7 | 3.1% |
| 93.6 | 3.2% |
| 115 | 4.2% |
| 128 | 4.8% |

| Level | CV whole Dat | CV medians |
|---|---|---|
| 11.7 (ng/ml) | 18.6% | 12.5% |
| 28.7 (ng/ml) | 19.1% | 9.5% |
| 73.6 (ng/ml) | 12.1% | 9.8% |

| Oraquick HCV | | Theranos HCV | |
|---|---|---|---|
| Sensitivity | 99% | Sensitivity | 99% |
| Specificity | 100% | Specificity | 94% |

| Immulite TST | | Theranos TST 6-Tip | | |
|---|---|---|---|---|
| Level | Total CV | Level | CV whole Dat | CV medians |
| 27.1 ng/dL | 24.3% | | | |
| 86.1 ng/dL | 13.0% | 90 ng/dL | 19.4% | 11.6% |
| 152 ng/dL | 10.3% | 300 ng/dL | 12.5% | 5.1% |
| 280 ng/dL | 9.1% | 1,000 ng/dL | 17.4% | 13.0% |
| 414 ng/dL | 8.2% | | | |
| 991 ng/dL | 7.2% | | | |

Furthermore, Theranos has an inherent advantage in these comparisons due to the way we run our precision testing. While our competitors conduct their precision testing over 20 days, we do ours in 5. Accordingly, we can see that our precision experiments are not indicative of longer-term assay performance once we begin running patient samples; our Daily Quality Control failure rate is far greater than would be predicted by our QC reference range calculations, and our internal comparison of Theranos results in proficiency testing yielded less than satisfying results. I am not sure if this analysis has been done, but we should examine our Daily QC results as if it were a prolonged precision experiment to more accurately evaluate long-term assay performance.

I am sorry if this email sounds attacking in any way, I do not intend it to be, I just feel a responsibility to you to tell you what I see so we can work towards solutions. I am invested in this company's long-term vision, and am worried that some of our current practices will prevent us from reaching our bigger goals.  I'm sorry I wasn't able to catch you for a conversation, I know how busy you are, but if you would like to discuss anything I've mentioned in person,  I would be more than happy to do so.

Thanks,

Tyler

**SER-772**

Confidential

THPFM0002089548

**To:**      Elizabeth Holmes[eholmes@theranos.com]
**From:**   Sunny Balwani
**Sent:**     Fri 8/15/2014 1:28:03 PM
**Importance:**    Normal
**Subject:**  Fwd: Thoughts and Goals
**Received:**      Fri 8/15/2014 1:28:03 PM

We can discuss this today. Gives us HUGE opening for what we want to do.


Begin forwarded message:


     **From:** "Jhaveri, Nimesh" <nimesh.jhaveri@walgreens.com>
**Date:** August 15, 2014 at 5:18:18 AM PDT
**To:** Sunny Balwani <sbalwani@theranos.com>, "Kozlowski, Casey" <casey.kozlowski@walgreens.com>
**Subject: Thoughts and Goals**


     Hi Sunny and Casey,

There has been a lot of discussion with the new leadership on everything our company is doing to drive healthcare and our company. As you can imagine, our partnership is one at the core.

We have made unbelievable progress in the short 5 months - I received emails from several leaders telling me this.

However, it will be important that we drive with a single focus together. The 2 areas which must be focused on are:

Patients per day with a 4+ experience
Venous percent in the 10% range

We need to have a documented detailed plan on both or it will be difficult for me to convince expansion beyond AZ.

How can we do this and communicate a detailed plan?

Casey - this needs to be part of the playbook. In the next 30 days let's make this an absolute must to complete with Sunny's team.

     Be Well,
     Nimesh

     Nimesh S. Jhaveri, RPh, MBA
     Divisional Vice-President
     Walgreen Co.
     200 Wilmot Rd.
     Deerfield, IL 60015
     p
     n

     Every day I help people **get, stay and live** well.

**SER-773**

Confidential

THER-AZ-03870743

**DX 07312**

**To:** Miquelon, Wade[wade.miquelon@walgreens.com]
**Bcc:** Sunny Balwani[sbalwani@theranos.com]
**From:** Elizabeth Holmes
**Sent:** Wed 8/7/2013 8:33:20 PM
**Importance:** Normal
**Subject:** FW: Final National Roll Out Plan
**Received:** Wed 8/7/2013 8:33:00 PM
Retail Strategy Plan_vF.pptx

Dear Wade,

I hope this email finds you great.

We have cemented what we believe to be the most effective rollout strategy for realizing broad national scale as fast as possible. This rollout schedule allows us to be as efficient with our operational infrastructure as possible while achieving scale in the shortest amount of time.

The geographical roll out plan was developed to maximize speed of deployment to the largest metropolitan areas, to Medicare patients, and to chronically ill populations (who currently do >13 tests/person/year). We are attaching a document that shows our rollout recommendation to locations across different regions, starting now and running through the end of 2014. This deployment plan achieves national distribution of Theranos services at Walgreens by the end of 2014.

As part of this plan, we would like to launch in New York City with Walgreens by early Q1 of 2014. We would work toward opening a new lab facility in New York City by late September, immediately after our launch in Palo Alto and Phoenix. We think we would be ready for New York City launch by January, with possible 1+ showcase stores launched in 2013 and announcements with Mayor Bloomberg this year (we have had several meetings with him on this and have also started working with the NYC Health Commission).

There is a very significant amount of work the Walgreens team will also have to do for this, including establishing a more robust and formal technician training program and preparing space for Theranos services in New York City. In line with this, the five core operational focal areas we've had the opportunity to discuss and have highlighted here below are instrumental to successfully executing our plan together.

1.   The first core focal area is training. Thorough and ongoing training of our Walgreens technicians is key to our program success. After initial certification, we need to make sure our technicians receive ongoing refreshment and skill maintenance courses. Our 'train the trainer' program must ensure complete certification of trainers before those trainers begin training new technicians. We also want to be sure to include the development of 'mentors' who can provide oversight to technicians across various stores. Inherent to this training is also training on patient interaction and experience.

2.   The second core focal area is the space. We would like to make an argument that Walgreens provide us either with space currently used for the photo lab at Duane Read stores, or a similar space around 150-200 ft$^2$ for a dedicated room and bathroom for lab services. We believe this investment in infrastructure will pay off very well for Walgreens given the tremendous market opportunity. As a reference, the above recommended space footprint in New York City is similar in size or smaller than the space currently allocated to photo services in Duane Read stores in New York City.

3.   Our next area of focus is the ongoing investment Theranos is making and needs to make in scaling up to realize this plan. Per our discussions, in order to roll out faster nationally, Theranos would require some of the existing pre-purchase payments from Walgreens sooner than currently anticipated in our contract. Our current contract anticipates the next pre-payment of $25M upon successful completion of pilot, and then an additional pre-payment of $50M at the beginning of our national launch, which we previously anticipated to be around end of this year (within 30 days or so of our formal pilot success). As per our conversation, we split those outstanding pre-purchase commitments into three sequential payments starting on September 1st. In order for us to accelerate, proceed now with, and scale the national launch, we would ask for the 1st of those pre-payments of $35M on September 1, 2013 and the 2 subsequent pre-payments of $20m each on November 1, 2013 and December 15, 2013.

4.   The fourth core focal area is the operational infrastructure. The logistics of construction for the space, supply chain security, and distribution will require management to ensure rapid scalability.

5.   Finally, our fifth core focal area is marketing. Direct to consumer marketing will be critical to driving our demand and foot traffic. We have been investing heavily in the consumer content and the media partnership with Walgreens to reach consumers and drive consumers to ask their physicians to send them to Theranos will be a core tenet of our success. Fully leveraging Walgreens media and consumer reach in this context will benefit our rollout success greatly.

**SER-774**

TS-0766856

We look forward to discussing the above and the associated work streams with you (in as much detail as you'd like) at your convenience.

It will be wonderful to have you here next week.

With my best regards,

Elizabeth

=====================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com
=====================================



Walgreens deployment plan

08.01.13

this presentation and its contents are theranos property and confidential

1

**SER-776**

# executive summary.

- Theranos will open its first patient service center in downtown Palo Alto right after Labor Day of 2013, followed by the opening of 10 retail locations in the Phoenix area

- Q4'13 will see the expansion of our retail presence in the Phoenix area market to 40 total patient service center locations. In addition, we will begin preparations for our launch in New York City, expected in Q1'14

- Throughout 2014, Theranos and Walgreens will execute the national rollout strategy with new geographies added quarterly

- Our rollout plan prioritizes densely populated metropolitan/suburban areas and high Medicare population regions in which Walgreens has a substantial retail presence and strong market share

**SER-777**

theranos

# Q3'13

+ Palo Alto
+ Phoenix area



## Cumulative Coverage

Walgreens Locations:     11
Population Served:       4.3 million

**SER-778**

theranos

theranos confidential

3

# Q4'13

+ Arizona
+ New York City (preparation)
  Palo Alto



## Cumulative Coverage

Walgreens Locations:   41
Population Served:     4.3 million

**SER-779**

theranos

theranos confidential

4

# Q1'14

Arizona
**+ New York City**
Palo Alto



**Cumulative Coverage**

| | |
|---|---|
| Walgreens Locations: | 300+ |
| Population Served: | 15.0 million |

**SER-780**

theranos confidential

5

theranos

# Q2'14

Arizona
+ California
+ Illinois
+ New Jersey
+ New York (state)



## Cumulative Coverage

Walgreens Locations:     1,900+
Population Served:        85.9 million

**SER-781**

theranos

theranos confidential

6

# Q3'14

Arizona
California
+ Florida
Illinois
New Jersey
New York
+ Pennsylvania
+ Texas



## Cumulative Coverage

Walgreens Locations:    3,600+
Population Served:    144.0 million

**SER-782**

theran**o**s

# Q4'14

Arizona
California
+ Connecticut
+ Delaware
Florida
+ Georgia
Illinois
+ Indiana
+ Maryland
+ Massachusetts
+ Michigan
+ Minnesota
+ Missouri
+ Nevada

New Jersey
New York
+ North Carolina
+ Ohio
+ Oregon
Pennsylvania
+ Tennessee
Texas
+ Virginia
+ Washington (state)
+ Washington, DC
+ Wisconsin



## Cumulative Coverage

Walgreens Locations:    6,250+
Population Served:       245.9 million

**SER-783**



DX 10290

**(August 12, 2015)**
**CURRICULUM VITAE**

**NAME:**　　　　**DAS, Kingshuk, M.D.**

**ADDRESS:**



**EDUCATION:**
- B.A. (Biochemistry), Case Western Reserve University, 1996
- M.D., Case Western Reserve University, 2002
- Internship (Internal Medicine), UCLA-West Los Angeles VA, 2004
- Residency (Clinical Pathology), Washington University, 2007
- Residency (Clinical Pathology-Flexible Year), Los Angeles County-USC, 2008
- Fellowship (Clinical Molecular Genetics/American Board of Medical Genetics), UCLA, 2010
- Leadership Career Development Program, UCLA Department of Pathology and Laboratory Medicine, 2014-
- Leadership for Physician Executives, Harvard Medical School, April 2014

**LICENSURE:**
- State of California (Physician and Surgeon), Certificate Number A100259

**BOARD CERTIFICATION:**
- American Board of Pathology (Clinical Pathology), 2010-

**PROFESSIONAL EXPERIENCE:**

Current Position:
- Health Sciences Assistant Clinical Professor, UCLA David Geffen School of Medicine, Department of Pathology and Laboratory Medicine, 10/2010-
- Associate Medical Director, UCLA Clinical Laboratories, 8/2013-
- Director of Operations, Genetic Medicine, 10/2011-
- Associate Medical Director, Molecular Pathology, 10/2010-
- Associate Faculty, UCLA Intercampus Medical Genetics Training Program, 01/2011-
- Associate Faculty, Clinical Genetic Molecular Biologist Scientist (CGBMS) Training Program, UCLA Department of Pathology and Laboratory Medicine
- Director of Molecular Biology, "RadPath" Integrated Radiology-Pathology Diagnostics Initiative, 02/2011-6/2014

Previous Positions:
- Molecular Pathology Research Fellow, Cleveland Clinic Foundation, 2004-05
- Post-Doctoral Fellow, Cleveland Clinic Foundation, 2002-03

Das, Kingshuk MD

**SER-784**

**PROFESSIONAL ACTIVITIES:**

Committee service:
- Anatomic Pathology/Beaker Molecular Pathology Development Committee, 2015-
- Search Committee, Associate Director of Blood Banking and Transfusion Medicine, UCLA Department of Pathology and Laboratory Medicine, 2015
- Anatomic Pathology Informatics Committee, UCLA Department of Pathology and Laboratory Medicine, 2014-
- Clinical Excellence Committee, UCLA Ronald Reagan Medical Center, 2013-
- Quality Improvement Strategic Initiative Committee Member, UCLA Department of Pathology and Laboratory Medicine, 2013-
- Pathology Professional Group, Practice Plan Executive Board Ad Hoc Member, UCLA Department of Pathology and Laboratory Medicine, 2013-2014
- Pathology Professional Group, Practice Plan Executive Board Treasurer, UCLA Department of Pathology and Laboratory Medicine, 2013-2014
- Search Committee, Associate Director of Blood Banking and Transfusion Medicine, UCLA Department of Pathology and Laboratory Medicine, 2012
- Clinical Laboratory Activities Committee, Ronald Reagan UCLA Medical Center, 09/2011-01/2013
- Search Committee, Associate Director of Clinical Chemistry, UCLA Department of Pathology and Laboratory Medicine, 2011
- RadPath Oversight Committee, UCLA Departments of Radiology, and Pathology and Laboratory Medicine, 2011-
- Clinical Genomics Joint Venture, UCLA Department of Pathology and Laboratory Medicine, 02/2011-12/2011
- Clinical Pathology Education Committee, UCLA Department of Pathology and Laboratory Medicine, 10/2010-
- Selection Committee for COMACC Clinical Chemistry fellowship, 8/2014-
- Selection Committee for Pathology PGY-1 residents, 10/2010-
- Selection Committee for ABMG CMG fellowship, 10/2010-
- Selection Committee for ACGME MGP fellowship, 10/2010-
- Clinical Pathology Education Ad Hoc Committee Member, Los Angeles County-University of Southern California, 2008-09

Professional and scholarly associations:
- International Society for Extracellular Vesicles, Founding member, 2011-
- Association for Molecular Pathology, 2010-

Editorial services
- *Pharmacogenomics* (Future Science Group publishing), peer reviewer, 9/2014-

Consulting activities
- Clinical consultant (Clinical Validation of BCR-ABL IS MMR Standards), Ipsogen Inc., 04/13/2011-06/30/2011
- Clinical consultant (Clinical Validation of Non-Invasive Prenatal Genomic Testing), Sequenom Inc., 10/01/2010-06/09/2011
- Clinical consultant (Next-Generation Sequencing Panel Development for Hematologic Neoplasms), Illumina Inc., 9/5/2013-

Das, Kingshuk MD

**SER-785**

 THPFM0004521473

- Physician Consultant, Medical Affairs, Illumina Inc., 1/2014-
- Clinical Consultant, Epic Sciences, 10/2014-
- Clinical Consultant, Qiagen, 4/2015-
- Clinical Consultant, David Wong, DDS Research Group (UCLA School of Dentistry), 6/2015-
- Clinical Consultant, Cytolumina Inc., 9/2015-

Community service
- Hiroshima International Council for Health Care of the Radiation-Exposed (HICARE), U.S. Delegate, 7/2015
- Long Beach Polytechnic High School, "RadPath" advanced elective course (Molecular Pathology session), December 2012
- Long Beach Polytechnic High School, "RadPath" advanced elective course (Molecular Pathology session), December 2011
- Bellefaire Buddies Big Brothers/Big Sisters Foundation, Cleveland, Ohio, USA, 2001-03

## HONORS AND SPECIAL AWARDS:

- Clinical Pathology Faramarz Naeim Faculty Teaching Award, UCLA Department of Pathology and Laboratory Medicine, 2012-13
- Golden Apple Faculty Teaching Award, UCLA Intercampus Medical Genetics Training Program, 2012-13
- Phi Beta Kappa
- Summa cum laude, Case Western Reserve University, 1996
- Presidential Scholarship, Case Western Reserve University

## RESEARCH GRANTS AND FELLOWSHIPS RECEIVED:

- Daljit S. and Elaine Sarkaria Fellowship for Disease Research and Clinical Innovation, 2012-13
- UCLA Department of Pathology and Laboratory Medicine Internal Grant ("Exosome Cancer Biomarker Discovery"), Principal Investigator, 10/2011-
- National Institutes of Health-Kirschstein National Research Service Award (T32), 2008-2010
- American Heart Association, Cardiovascular Scholars Fellowship for Heart Disease Research, 2001
- American Cancer Society, Joseph S. Silber Fellowship for Cancer Research, 1998

## LECTURES AND PRESENTATIONS:

1. Clinical Exome Sequencing as a First-Line Molecular Diagnostic Test for Mendelian Disorders.  American Society for Human Genetics Annual Meeting.  October 2015, Baltimore, MD.
2. Clinical Exome Sequencing at a Large Academic Medical Center:  Diagnostic Yield, Variant Spectrum, and Lessons Learned.  13th International Symposium on Mutation in the Genome: detection, genome sequencing & interpretation.  Leiden, Netherlands.  April 2015.
3. Current State-of-the-Art in Molecular Testing in Non-Small Cell Lung Cancer, Thoracic Oncology Tumor Board, UCLA David Geffen School of Medicine, Los Angeles, CA.  September 19, 2014
4. Current Trends in Prenatal Diagnosis: From Non-Invasive Screening to Invasive Genome-Wide Testing.  3rd Annual Symposium Clinical Applications of Genome-Wide Testing, UCLA David Geffen School of Medicine, Los Angeles, CA.  January 2014
5. Utility of Ion Torrent Next-Generation Sequencing for Thyroid Nodule Profiling.  Combined Endocrinology Grand Rounds, UCLA David Geffen School of Medicine, Los Angeles, CA.  October 2013.

Das, Kingshuk MD

**SER-786**

THPFM0004521474

6. An assessment of the prevalence of rare non-synonymous variants within the genes listed in the ACMG Recommendations for Reporting of Incidental Findings in Clinical Exome and Genome Sequencing. *American Sociey for Human Genetics 2013 Annual Meeting*, Boston, MA.  October 2013.

7. First year experience of Clinical Exome Sequencing for rare disease diagnosis at UCLA. *American Society for Human Genetics 2013 Annual Meeting*, Boston, MA.  October 2013.

8. Molecular Biomarker Testing in Non-Small Cell Lung Cancer (invited panelist/speaker). *Boehringer-Ingelheim Afatanib Launch Meeting*, San Diego, CA.  June 2013.

9. Clinical Next Generation Sequencing: Is Confirmation by Sanger Sequencing Really Necessary? *American College of Medical Genetics Annual Meeting*, Phoenix, AZ.  March 2013.

10. A Multidisciplinary Approach to Personalizing Medicine for Non-Small Cell Lung Cancer (invited lecture). *ONS 38th Annual Congress Satellite Symposium*, Washington, DC.  April 2013.

11. Molecular Pathology of Lung Cancer (invited lecture), *UCLA-Boehringer-Ingelheim Lung Cancer Symposium*, Los Angeles, CA.  January, 2013

12. A dinucleotide repeat, (GT)24, located within the 3'-UTR of the microsomal prostaglandin E synthase-1 (PTGES) gene is frequently mutated in microsatellite instability high (MSI-H) colorectal cancers. *Association for Molecular Pathology Annual Meeting*, Long Beach, CA.  October 2012.

13. M694V mutation in Armenian-Americans: a ten-year retrospective study of MEFV mutations testing for Familial Mediterranean Fever at UCLA. *American Society for Human Genetics Annual Meeting*, San Francisco, CA.  September 2012.

14. Efficient detection of causative mutations for rare diseases: Rethinking clinical practice. *American Society for Human Genetics Annual Meeting*, San Francisco, CA.   September 2012.

15. Evaluation of a novel chromogenic agar medium from Biomerieux to screen for vancomycin resistant Enterococcus faecium and faecalis. *American Society for Microbiology 46th Annual International Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Meeting*, San Francisco, CA.  September 2006.

16. Color conversion of enzyme metallographic signals: A new ultra sensitive method for chromogenic signal generation. *United States and Canadian Academy of Pathology (USCAP) Annual Meeting*, Atlanta, GA.  February 2006.

17. Genotyping of phenotypically defined cells: Enhanced ImmunoFISH Tyramide Signal Amplification (TSA) protects immunophenotypically defined populations for gated genotyping. *United States and Canadian Academy of Pathology (USCAP) Annual Meeting*, Atlanta, GA.  February 2006.

Das, Kingshuk MD

**SER-787**

THPFM0004521475

**(August 12, 2015)**
**BIBLIOGRAPHY**

**RESEARCH PAPERS (PEER-REVIEWED):**

Published

1. Miller JT, Ge Z, Morris S, Das K, Leis J. Multiple biological roles associated with the Rous sarcoma virus 5' untranslated RNA U5-IR stem and loop. J Virol. 1997 Oct;71(10):7648-56.

2. Das K, Bohl J, Vande Pol SB. Identification of a second transforming function in bovine papillomavirus type 1 E6 and the role of E6 interactions with paxillin, E6BP, and E6AP. J Virol. 2000 Jan;74(2):812-6.

3. Bohl J, Das K, Dasgupta B, Vande Pol SB. Competitive binding to a charged leucine motif represses transformation by a papillomavirus E6 oncoprotein. Virology. 2000 May 25;271(1):163-70.

4. Sizemore N, Agarwal A, Das K, Lerner N, Sulak M, Rani S, Ransohoff R, Shultz D, Stark GR. Inhibitor of kappaB kinase is required to activate a subset of interferon gamma-stimulated genes. Proc Natl Acad Sci U S A. 2004 May 25;101(21):7994-8. Epub 2004 May 17.

5. Agarwal A (co-author), Das K (co-author), Lerner N, Sathe S, Cicek M, Casey G, Sizemore N. The AKT/I kappa B kinase pathway promotes angiogenic/metastatic gene expression in colorectal cancer by activating nuclear factor-kappa B and beta-catenin. Oncogene. 2005 Feb 3;24(6):1021-31.

6. Tubbs RR, Das K, Cook JR, Pettay JD, Roche PC, Grogan T. Genotyping of phenotypically defined cells in neoplasia: enhanced immunoFISH via tyramide signal amplification (TSA) segregates immunophenotypically-defined cell populations for gated genotyping. J Mol Histol. 2007 May;38(2):129-34. Epub 2007 Jan 5.

7. Ledeboer NA, Das K, Eveland M, Roger-Dalbert C, Mailler S, Chatellier S, Dunne WM. Evaluation of a novel chromogenic agar medium for isolation and differentiation of vancomycin-resistant Enterococcus faecium and Enterococcus faecalis isolates. J Clin Microbiol. 2007 May;45(5):1556-60. Epub 2007 Feb 28.

8. Boles R, Das K, Zaki EA. Two common mtDNA polymorphisms are associated with sudden infant death syndrome (SIDS). Mitochondrion. Volume 10, Issue 2, March 2010, Pages 219-220.

9. Ellingson BM, Lai A, Harris RJ, Selfridge JM, Yong WH, Das K, Pope WB, Nghiemphu PL, Vinters HV, Liau LM, Mischel PS, Cloughesy TF. Probabilistic radiographic atlas of glioblastoma phenotypes. AJNR Am J Neuroradiol. 2013 Mar;34(3):533-40. doi: 10.3174/ajnr.A3253. Epub 2012 Sep 20.

10. Ong FS, Vakil H, Xue Y, Kuo JZ, Shah KH, Lee RB, Bernstein KE, Rimoin DL, Getzug T, Das K, Deignan JL, Rotter JI, Grody WW. The M694V mutation in Armenian-Americans: a 10-year retrospective study of MEFV mutation testing for familial Mediterranean fever at UCLA. Clin Genet. 2013 Jul;84(1):55-9. doi: 10.1111/cge.12029. Epub 2012 Nov 7.

11. Sharma S, Das K, Woo J, Gimzewski JK. Nanofilaments on glioblastoma exosomes revealed by peak force microscopy. J R Soc Interface. 2014 Jan 8;11(92):20131150. doi: 10.1098/rsif.2013.1150. Print 2014 Mar 6.

12. Strom SP, Lee H, Das K, Vilain E, Nelson SF, Grody WW, Deignan JL. Assessing the necessity of confirmatory testing for exome-sequencing results in a clinical molecular diagnostic laboratory. Genet Med. 2014 Jul;16(7):510-5. doi: 10.1038/gim.2013.183. Epub 2014 Jan 9.

13. Lee H, Deignan JL, Dorrani N, Strom SP, Kantarci S, Quintero-Rivera F, Das K, Toy T, Harry B, Yourshaw M, Fox M, Fogel BL, Martinez-Agosto JA, Wong DA, Chang VY, Shieh PB, Palmer CG, Dipple KM, Grody WW, Vilain E, Nelson SF. Clinical exome sequencing for genetic identification of rare Mendelian disorders. JAMA. 2014 Nov 12;312(18):1880-7. doi: 10.1001/jama.2014.14604.

14. Cherukuri DP, Deignan JL, Das K, Grody WW, Herschman H. Instability of a dinucleotide repeat in the 3'-untranslated region (UTR) of the microsomal prostaglandin E synthase-1 (mPGES-1) gene in

Das, Kingshuk MD

**SER-788**

microsatellite instability-high (MSI-H) colorectal carcinoma. Mol Oncol. 2015 Mar 5. pii: S1574-7891(15)00029-0. doi: 10.1016/j.molonc.2015.01.009. [Epub ahead of print] PMID: 25817443

15. Boles RG, Zaki EA, Kerr JR, Das K, Biswas S, Gardner A. Increased prevalence of two mitochondrial DNA polymorphisms in functional disease: Are we describing different parts of an energy-depleted elephant? Mitochondrion. 2015 Apr 28. pii: S1567-7249(15)00048-3. doi: 10.1016/j.mito.2015.04.005. [Epub ahead of print] PMID: 25934187

In-Press: None

Submitted:

1. Shota Yamamota, Kingshuk Das, Michael Kuo et al. Core needle biopsies in the post-genomic era: beyond histopathology, towards an assessment of 'genomic adequacy'

## RESEARCH PAPERS (NON-PEER REVIEWED):

Published: None

In-Press: None

Submitted: None

## BOOK CHAPTERS:

Published

1. Das K. Nonhematologic Malignancies, Case 50: A male with confusing hCG results. Tietz's Applied Laboratory Medicine, Second Edition. Editors: Scott MG, Gronowski AM, Eby CS, Tietz NW. 12/2006; John Wiley and Sons: 355-362

2. Ong FS, Grody WW, Das K. Molecular Testing: Regulatory Issues. Molecular Genetic Pathology, Second Edition. Editors: Cheng L, Zhang D, Eble J. 2013; Springer: 1091-1108

In-Press: None

## LETTERS TO THE EDITOR:

None

## REVIEWS:

1. Ong FS, Deignan JL, Kuo JZ, Bernstein KE, Rotter JI, Grody WW, Das K. Clinical utility of pharmacogenetic biomarkers in cardiovascular therapeutics: a challenge for clinical implementation. Pharmacogenomics. 2012 Mar;13(4):465-75. doi: 10.2217/pgs.12.2.

2. Ong FS, Das K, Wang J, Vakil H, Kuo JZ, Blackwell WL, Lim SW, Goodarzi MO, Bernstein KE, Rotter JI, Grody WW. Personalized medicine and pharmacogenetic biomarkers: progress in molecular oncology testing. Expert Rev Mol Diagn. 2012 Jul;12(6):593-602. doi: 10.1586/erm.12.59.

3. Ong FS, Lin JC, Das K, Grosu DS, Fan JB. Translational utility of next-generation sequencing. Genomics. 2013 Apr 28. doi:pii:S0888-7543(13)00089-X. 10.1016/j.ygeno.2013.04.012.

## EDITORIALS:

None

Das, Kingshuk MD

**SER-789**

THPFM0004521477

**PAPERS IN PREPARATION (RESEARCH COMPLETED):**

1. Reshmi Chowdhury, <u>Kingshuk Das.</u> Exosomes and Microvesicles Influence Warburg Effect in Glioblastoma.
2. Invention Disclosure: James K. Gimzewski, Shivani Sharma, <u>Kingshuk Das.</u> MICRO-TENTACLE NANOFILAMENTS FOR FUNCTIONALIZATION OF NANO DELIVERY DRUGS AND BIOLOGICAL ASSAYS. UCLA Case No. 2014-389.

**ABSTRACTS:**

1. Tubbs RR, <u>Das K</u>, Swain E, Lounsbury R, Cook JR, Pettay JD, Roche PC, Grogan TM. Genotyping of phenotypically defined cells: Enhanced ImmunoFISH Tyramide Signal Amplification (TSA) protects immunophenotypically defined populations for gated genotyping. United States and Canadian Academy of Pathology (USCAP) 2006 Annual Meeting. February 2006, Atlanta, GA.
2. Powell RD, Joshi VN, Hainfeld JF, <u>Das K</u>, Lounsbury R, Pettay J, Tubbs RR, Levenson R. Color conversion of enzyme metallographic signals: A new ultrasensitive method for chromogenic signal generation. United States and Canadian Academy of Pathology (USCAP) 2006 Annual Meeting. February 2006, Atlanta, GA.
3. Ledeboer NA, <u>Das K</u>, Eveland M, Dunne WM. Evaluation of a novel chromogenic agar medium from Biomerieux to screen for vancomycin resistant Enterococcus faecium and faecalis. American Society for Microbiology 46th Annual International Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Meeting. September 2006, San Francisco, CA.
4. Cherukuri D, Deignan JL, <u>Das K</u>, Grody WW, Herschman H. A dinucleotide repeat, (GT)24, located within the 3'-UTR of the microsomal prostaglandin E synthase-1 (PTGES) gene is frequently mutated in microsatellite instability high (MSI-H) colorectal cancers. Associaton for Molecular Pathology 2012 Annual Meeting. October 2012, Long Beach, CA.
5. Lee H, Deignan JL, <u>Das K</u>, Villain E, Grody WW, Nelson S. Efficient detection of causative mutations for rare diseases: Rethinking clinical practice. American Society for Human Genetics Annual Meeting. September 2012, San Francisco, CA.
6. Ong FS, Deignan JL, Rotter J, Bernstein K, <u>Das K</u>, Getzyg T, Kandarp H, Bernstein K, Grody WW. M694V mutation in Armenian-Americans: a ten-year retrospective study of MEFV mutations testing for Familial Mediterranean Fever at UCLA. American Society for Human Genetics Annual Meeting. September 2012, San Francisco, CA.
7. Deignan JL, Strom S, Lee H, <u>Das K</u>, Villain E, Nelson S, Grody WW. Clinical Next Generation Sequencing: Is Confirmation by Sanger Sequencing Really Necessary? American College of Medical Genetics Annual Meeting. March 2013, Phoenix, AZ.
8. Strom S, Lee H, Deignan JL, <u>Das K</u>, Vilain E, Nelson S, Grody WW. An assessment of the prevalence of rare nonsynonymous variants within the genes listed in the ACMG Recommendations for Reporting of Incidental Findings in Clinical Exome and Genome Sequencing. American Society for Human Genetics 2013 Annual Meeting. October 2013, Boston, MA.
9. Lee H, Deignan JL, Dorrani N, Quintero-Rivera F, Kantarci S, <u>Das K</u>, Toy T, Strom S, Baxter R, Hambuch T, Xue Y, Li L, Louie C, Cherukuri D, Lin E, Harry B, Yourshaw M, Fox M, Palmer C, Wong D, Fogel BL, Grody WW, Vilain E, Nelson S. First year experience of Clinical Exome Sequencing for rare disease diagnosis at UCLA. American Society for Human Genetics 2013 Annual Meeting. October 2013, Boston, MA.
10. Wayne W. Grody, Stanley F. Nelson, Joshua L. Deignan, Naghmeh Dorrani, Negar Ghahramani, Jianling Ji, Rena Xian, Sibel Kantarci, Fabiola Quintero-Rivera, <u>Kingshuk Das</u>, Michelle Fox, Eric Vilain, Sam Strom and Hane Lee. Clinical Exome Sequencing at a Large Academic Medical Center: Diagnostic Yield,

Das, Kingshuk MD

**SER-790**

THPFM0004521478

Variant Spectrum, and Lessons Learned.  13th International Symposium on Mutation in the Genome: detection, genome sequencing & interpretation.  Leiden, Netherlands.  April 2015.

11. Hane Lee, Sam Strom, Naghmeh Dorrani,  Joshua L. Deignan, Negar Ghahramani, Jianling Ji, Rena Xian, Sibel Kantarci, Fabiola Quintero-Rivera, Kingshuk Das, Eric Vilain, Wayne W. Grody, Stanley F. Nelson.  Clinical Exome Sequencing as a First-Line Molecular Diagnostic Test for Mendelian Disorders.  American Society for Human Genetics Annual Meeting.  October 2015, Baltimore, MD.

Das, Kingshuk MD

**SER-791**

**To:**   Sunny Balwani[sbalwani@theranos.com]; Elizabeth Holmes[eholmes@theranos.com]
**From:**   Danise Yam
**Sent:**   Sat 12/13/2014 1:59:56 AM
**Importance:**   Normal
**Subject:**   RE: deferred revenue balance
**Received:**   Sat 12/13/2014 1:59:58 AM

OK. Who should I be working with to get the backup information - How many cartridges/analytes we shipped, and the related shipping records etc.

---

**From:** Sunny Balwani
**Sent:** Friday, December 12, 2014 5:48 PM
**To:** Danise Yam; Elizabeth Holmes
**Subject:** RE: deferred revenue balance

we supplied them all carts and analytes; project closed;

---

**From:** Danise Yam
**Sent:** Friday, December 12, 2014 5:46 PM
**To:** Sunny Balwani; Elizabeth Holmes
**Subject:** RE: deferred revenue balance

Hi Sunny,

Please kindly provide more details for Celgene. According to the contract, we recognize revenue upon shipment of analytes/cartridges, unless it was amended subsequently.

Thanks,
Danise

---

**From:** Sunny Balwani
**Sent:** Friday, December 12, 2014 5:38 PM
**To:** Danise Yam; Elizabeth Holmes
**Subject:** RE: deferred revenue balance

Celgene should be recognized in 2013 for sure. keep 165 as deferred for 2013 but in 2014, we will recognize atleast 100 of it...

---

**From:** Danise Yam
**Sent:** Friday, December 12, 2014 3:17 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** deferred revenue balance

After adding back $50M, the deferred revenue is $168M, including the additional $25M from Safeway that we could bill. The actual deferred revenue is $143M, including $3M from Celgene.

We should also determine if any of the Celgene contract can be recognized. The book does not reflect any because it was determined that revenue would be recognized based on analytes shipped (not a choice but based on accounting literature).

Thanks!

Danise Yam
Corporate Controller
Theranos, Inc

T: 650 470 6204
F: 650 838 9165

======================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

Confidential

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304 650-838-9292     www.theranos.com

THER-AZ-03734629

**To:** Ian Gibbons[igibbons@theranos.com]; Stefan Hristu[shristu@theranos.com]
**From:** Gary Frenzel
**Sent:** Mon 11/10/2008 7:19:04 PM
**Subject:** FW: Follow up to our meeting

hey guys this is the response from Pfizer, we are not to respond yet.  G

Gary Frenzel
Senior Manager Assay Systems
Theranos
3200 Hillview Ave,
Palo Alto, Ca 94304

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., Suite C, 1430 O'Brien Drive, Menlo Park, CA, 94025
650-838-9292      www.theranos.com

=====================================

---

**From:** Weber, Shane [mailto:Shane.Weber@pfizer.com]
**Sent:** Monday, November 10, 2008 10:36 AM
**To:** Gary Frenzel
**Cc:** Weber, Shane
**Subject:** RE: Follow up to our meeting

Hi Gary,

Thanks for your prompt phone call to me on Friday.  Yes, Thursday, 1 PM West Coast, 4 PM East coast works for a teleconf.

Yes, I am sorry that there have been multiple Pfizer points of contact over the years for Theranos.

I am interested more broadly as to what the instrument is and planned to be and not just in understanding the performance and utility of the Theranos System in the oncology study.

I am responsible for platforms for which Pfizer has a diagnostic interest and for which there is a clinical validation.  If the platform is still in clinical validation than I may introduce you and the Theranos team to some who is more appropriate.  But for now let's start with me for the Thursday teleconf.

As we agreed in our discussion, I was to provide copies of the documents that I am working off so we are on the same page and some questions of interest to start our conversation on Thursday.

For me, the goal is to understand the Theranos system.

Let's use my teleconf codes to save Theranos some costs.
Toll free USA
Participant pass code

Please feel free to forward to your team.

Have you confirmed if we are under CDA, if so, one way or two way and when it expires.

Best,
Shane

I have the Theranos summary to Aidan Power, the Introduction to Theranos Systems, the Informed Consent and the IRB Submission.  I have read them.  I attach these so we are all working off the same versions of the documents.  If I do not

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608636

**SER-794**

Trial Exh. 0159 Page 0001

have the correct versions please send them, thank you. I have also read US patent 7,291,497 B2

What I do not have are:
1. The original Theranos and Pfizer agreed work proposal that contains aims, goals, measurable milestone outputs and work plan. The IRB Submission document appears to reflect some original work plan, is that correct?
2. The Interim Report on Assay Development submitted to Pfizer Q2 2007.


In the summary document you refer:
3. To meeting with the Pfizer team. Who was the Pfizer team?
4. To Pfizer point of contacts changing several times. Who chronologically were the Pfizer point of contacts?
5. Pfizer portal at Theranos. Please provide me access to the Pfizer portal at Theranos

Would you please send, provide or answer. Thank You.

Please:
What are the assays that are currently run? Is the list on Slide 8, Introduction to the Theranos System the current list?

How many assays are currently run in multiplex mode? What are the multiplex assay panels?

The VEGF, sVEGFR2 and PlGF were done as a multiplex assay? What was the sample type? Blood, serum or plasma?

What were the calibrators? Were they done in the same sample type?

What was the reference method used? Was the reference assay a multiplex assay or three single assays? Where was it run? Who ran it?

How often does the instrument need to be calibrated?

How often do the on board chemistry controls need to be run?

What is the process from finger prick to blood sample to the assay cartridge? Is this integrated or does the patient prick the finger then squeeze blood into an orifice of the assay cartridge?

Does the instrument receive a finger into an orfice, prick and process into plasma? If not, are there plans for such an instrument?

Why is the Theranos VEGF and VEGFR2 assay not interfered with by Avastin but the reference method assay(s?) for VEGF and VEGFR2 are interfered?

Was there longitudinal time correlation of changes in VEGF, PlGF and VEEGFR2 with CT-MRI tumor reduction? Was any other tumor load reduction measured and correlated with these three analytes?

Slide 12, Introduction to the Theranos System shows a C peptide measurement and correlated to a reference assay. What was the reference assay, where was it run and by who? How many patients are there in this slide?

Slide 17, Introduction to the Theranos System shows a patient with a 30 day longitudinal time measurement. How many patients were so measured out of the number enrolled? Please provide this type of plot for all of the patients measured. Was there any correlation of responders versus non-responders? Or level of response?

Slide 21, Introduction to the Theranos System show three patients with 72 hour longitudinal time measurements. How many patients were so measured out of the number enrolled? Please provide this type of plot for all of the patients measured. Was there any correlation of responders versus non-responders? Or level of response?

Do you have data and reports that address these goals from the September 2006 Study Plan? If so please send. Is the Introduction to the Theranos Systems slide deck the report that addresses these goals below?

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608637

**SER-795**

1.1. To profile trend results in panels of angiogenesis proteins over time and correlate those values to physical shrinkage in tumor size by leveraging Theranos systems to optimally sample in a way not possible using the central laboratory. These results can be used as baselines against which to index field data in future studies for dose ranging and compound optimization.

1.2. To evaluate the Theranos System in monitoring the progression of the cancers in the hands of clinical personnel and patients who are currently receiving anti-angiogenesis drugs including but not limited to (Specify drugs) for the treatment of their disease.

1.3. To quantify the result time, accuracy, and advantage of obtaining real-time environmental and blood data as well as stored clinically relevant data in patient records with the Theranos System with the current preferred laboratory measurement and data collection methods.

1.4. To quantify and compare the efficacy dynamics of three therapies and interventions

1.5. To demonstrate the impact of Theranos systems on compliance with a therapy / program to better slow the progression of these cancers

1.6. To pilot the TheranOS (Theranos Operating System) including the healthcare provider and patient portals as well as the data reports generated.

Is there an instrument version that measures single nucleotide polymorphisms?

Is there an instrument version that detects antibiotic resistant organisms?

Can the instrument take a swab sample?

Is there a site in the Mid-Atlantic or New England that I could visit to see the instrument?

---

**From:** Gary Frenzel [mailto:gfrenzel@theranos.com]
**Sent:** Thursday, November 06, 2008 8:19 PM
**To:** Lipset, Craig; Elizabeth Holmes; Weber, Shane
**Cc:** Marc Thibonnier; Carolyn Balkenhol; Stefan Hristu
**Subject:** RE: Follow up to our meeting

Hello Shane,
   Do you think your team will be available Monday the 10th? We have a series of conference calls in the morning but think we can have the right group together after 11:00 am PST. Please let me know if this is ok or suggest a time that would work for you. Thanks Gary

Gary Frenzel
Senior Manager Assay Systems
Theranos
3200 Hillview Ave,
Palo Alto, Ca 94304

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., Suite C, 1430 O'Brien Drive, Menlo Park, CA, 94025
650-838-9292     www.theranos.com

=======================================

---

**From:** Lipset, Craig [mailto:Craig.Lipset@pfizer.com]
**Sent:** Thursday, November 06, 2008 11:14 AM
**To:** Elizabeth Holmes; Weber, Shane; Gary Frenzel
**Cc:** Marc Thibonnier; Carolyn Balkenhol; Stefan Hristu
**Subject:** RE: Follow up to our meeting

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608638

**SER-796**

Trial Exh. 0159 Page 0003

Thank you, Elizabeth

Gary – Please coordinate with Shane Weber, who leads our Diagnostics group here in NY.  When a time is set, please let me know as I would like to join if my calendar permits.

All the best,
Craig

---

**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Thursday, November 06, 2008 1:32 PM
**To:** Lipset, Craig
**Cc:** Marc Thibonnier; Carolyn Balkenhol; Stefan Hristu; Gary Frenzel
**Subject:** RE: Follow up to our meeting

Craig –

This is great.

I have copied Gary Frenzel to this email. You met Gary on your visit to Theranos; he runs our Assay Systems group. He will set up a call with the relevant people internally.

Marc, our CMO, and Stefan Hristu, the Client Solutions lead for that study, will likely be on that call.

Elizabeth.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608639

**SER-797**

Trial Exh. 0159 Page 0004



CONFIDENTIAL

Theranos Angiogenesis Study:

Report Prepared for Dr. Aidan Power
Pfizer, Inc.

Introduction:

Background:
Theranos Systems allow for comprehensive longitudinal profiling of multiplexed protein panels in fresh whole blood to extract earlier and more accurate reads on (individual patient) pharmacodynamic response. The ability to take more frequent measurements of complex assays through at-home, finger-stick tests allows for efficacy dynamics to be more accurately profiled.

Theranos Systems are used to fast-track the approval of key drugs and to rapidly expand the label of existing drugs by generating early reads and publications on efficacy dynamics in new indications (such as various solid tumors) and patient populations.

The primary objective of this program was to comprehensively demonstrate the functionality of Theranos Systems such that future studies could fully leverage the power of comprehensive longitudinal time-series profiling for rapid compound optimization.

For this angiogenesis program, Theranos was asked to develop multiplexed point-of-care assays for VEGF and PIGF for use in monitoring patient pharmacodynamic response to anti-angiogenesis therapies. The development of VEGFR2 in that multiplex was not funded, but desirable as a tool for use in future studies.

Within several months, Theranos successfully developed and validated a multiplex of VEGF, PIGF, and VEGFR2 for use in fresh whole blood point-of-care systems. The Interim Report on Assay Development was submitted to Pfizer in Q2 '07.

Theranos' point-of-contact at Pfizer changed several times during this period. Theranos was originally encouraged to work with Memorial Sloan-Kettering Cancer Center to introduce the Systems and run the patient study there. The progress on initiating that relationship was slow. Theranos was particularly interested in the MSKCC relationship as they were reported to have a good population of Sutent patients. Furthermore, Theranos had not been able to obtain archived samples and needed samples with drug present across the clinically relevant ranges for use in final calibration in order to start large-lot production.

After meeting with the Pfizer team and in parallel with completion of the interim validation report, Theranos proceeded with contracting another site, Tennessee Oncology Cancer Center (TNONC), with which it had pre-existing relationships. Theranos funded TNONC outside of the budget provided by Pfizer. As discussed at the interim update meeting with Pfizer, the first patient began participating in the study in July of 2007. Enrollment of Sutent patients at this site was very slow; upon further discussions with the Pfizer team the enrollment criteria were broadened to include patients on other anti-angiogenesis therapies with whom trends in the relevant markers could still be profiled. Multiple IRB submissions were filed. Final IRB and Informed Consent Forms are attached to this report.

In the interest of making progress quickly, Theranos went into production without having received any samples with clinically relevant concentrations of the therapies. Additional lots were produced with more clinically relevant specifications after receiving samples from TNONC.

Study design and status:
Patient screening began in early 2007, once the final site was selected, enrollment began. In July of 2007, Theranos' first patient was enrolled in the clinical trial. This trial consists of late-stage (4th

---

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608640

SER-798

line) cancer patients across various tumor types receiving anti-angiogenesis therapy at the Sarah Cannon Research Center at Tennessee Oncology (TNONC) in Nashville, Tennessee. The patients enrolled in the study reside in very remote locations across the eastern US. Almost all patients are not computer literate, and most are from low income families - many patients cannot afford phone lines.

The Theranos angiogenesis system was being evaluated for clinical efficacy and as a means of more accurately and effectively monitoring cancer therapy and the progression of solid tumor cancers from a mechanism of action perspective. 27 patients have been enrolled. Various cycles of therapies are monitored as well as physical changes in tumor size. Five of the patients have retracted consent to the study, four of them due to family problems and one due to mental and physical instability. Thus, a total of 22 patients are in the process or have already completed the study. Eight more patients are needed in order to reach the intended study total of 30 patients. While comprehensive functionality and clinical benefit has been demonstrated, enrollment will continue to meet the original patient target. Enrollment is unpredictable and slow – systems for the remaining patients have been deployed to Theranos' east coast storage facility and are available for installation on-demand. All installations and shipments completed for this study were done on-demand with ~ 24 hours notice due to the difficulty of enrolling these patients at this site. Theranos' client solutions team has performed at-home installations and pick-ups for many weak patients.

For each patient, a total of up to 14 time points are collected during a projected month-long study, 3-4 time points taken at the clinic and the other 10-11 time points taken in-home. Both finger-stick and venous samples are taken during each clinic visit, while finger-stick samples are run in-home. The venous draw samples are run on the Theranos System in the clinic at the time of the draw; these samples are also processed such that the plasma and/or serum can be analyzed on the Theranos System and a reference method at Theranos. For the 22 patients currently enrolled, a total of 308 samples have been analyzed.

Some venous samples have been processed to provide an archive of (currently) 41 anti-coagulated plasma and serum samples which were frozen and have subsequently been analyzed at Theranos.

Theranos assay system description:

The Theranos system is comprised of consumer-oriented readers, single-use cartridges containing assay chemistry and controls, and a data collection system that communicates through cellular networks with the instrument to provide assay protocols and to compute and display results.

The steps required of a new patient are to take the machine out of the box and plug it into power source. The touch-screen then walks each patient through the process of poking his/her finger, depositing blood into the cartridge, and placing the cartridge in the reader drawer. The instrument then processes the assays and sends the data through the cellular network in real-time to a secure web-portal.

Theranos Systems allow for quantitative, multiplexed longitudinal time-series measurements to map correlation between the change in rate of blood-borne markers over time to surrogate and clinical end-points such as CTMRI scans.

System Specifications:
- ❖ Designed for at home use. Can also be used in physician's offices, ICU, and laboratories.
- ❖ Multiplexed measurement of biomarkers.
- ❖ Customizable for different/new assays on demand.
- ❖ Average 6 assays per cartridge
- ❖ Serial measurements to comprehensively profile pharmacodynamic response through trends
- ❖ Runs fresh whole blood, plasma or serum samples
- ❖ Finger-stick – small sample size (10-20 uL)
- ❖ Mix and match selection of analytes on demand.
- ❖ Wide measurement range

---

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608641

SER-799

Trial Exh. 0159 Page 0006

- o   pg/Ml – mg/Ml (1 billion fold)
- ❖   High sensitivity
    - o   0.2 pg/Ml (2 parts per 10-billion)
- ❖   Recovery %: ~100
- ❖   System CV post-calibration (inter-intra reader, cartridge, and assay) %: <10
- ❖   On-board chemistry controls
- ❖   Factory calibration (no user calibration)
- ❖   Wireless communication of results to appropriate user through cellular network
- ❖   Proprietary algorithms to interpret time trend results

The existence of a technology infrastructure for home, real-time blood monitoring allows to collect information which cannot be seen using conventional blood tests:
- ❖   Small sample (finger-stick) + more frequent sampling of a small subset of analytes enables:
    - o   Identification of appropriate analytes (not possible if samples are not taken more frequently than for laboratory methods due to lack of trend profiles) << Small sample enables
    - o   Earlier detection of efficacy and safety dynamics or acute problems so intervention (dose) can be more effective
    - o   Convenience of monitoring through-out time-course before an event
- ❖   Higher sample integrity; real-time sample analysis on fresh whole blood on a standardized platform which can be deployed internationally removes assay noise associated with commercially available tests
    - o   Eliminate false reads on concentrations (caused by analyte decay rates in plasma) and inherent noise in data and patient correlations (caused by processing)




For this study, an instrument was deployed in the home of each patient; others are used at the Cancer Center.

Three assays are performed simultaneously in multiplex by the system on a finger-stick of fresh whole blood. The analytes are Vascular Endothelial Growth Factor (VEGF), soluble VEGF receptor R2 (sVEGFR2, usually referred to as VEGFR2) and Placental Growth Factor (PLGF). Each assay is controlled using within-cartridge control measurements.

The system is calibrated at Theranos. As detailed above, several cartridge lots have been used, each independently calibrated.

*Traceability of calibration*:   Calibration is traced to authentic analytes dissolved at known concentrations in a plasma-like matrix.  Calibration materials are prepared as mixed solutions of the three analytes.  Assignment of calibrator concentrations is then made to values found for measurements of calibrators using reference assays.

---

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608642

**SER-800**

*System Performance Goals*:

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|-------|----------------------|-----------------------|-----------------|
| VEGF | 20 | 10,000 | 10 |
| VEGFR2 | 150 | 15,000 | 10 |
| PLGF | 20 | 1,000 | 10 |

*Assay ranges achieved*: The goals for assay ranges have been achieved. Due to the inability to receive samples for calibration at the beginning of the studies, the upper limit of calibration for VEGF was restricted to 3,000 pg/mL in the first cartridge lots, but then extended[1] to 10,000 pg/mL. For early cartridge lots the PLGF assay lower limit of sensitivity was 50 pg/mL so many early results for PLGF were out-of-range low. Lots produced after receiving samples for calibration have reportable ranges below 20 pg/mL.

*Specificity*: The specificity of the assays depends on the pairs of antibodies chosen for each assay. In the first instance, we rely on the antibody vendor information. Selected pairs are known to have good specificity in ELISA assays. Key issues for these analytes are (1) the structural relationship of VEGF and (2) the fact that VEGF binds to sVEGFR2. We have shown that the Theranos assay system is not affected by the presence of VEGF and VEGFR2 and PLGF in the same samples. In many patients in this study, the drug Avastin is used. This drug is an antibody that binds to VEGF. It is obvious that ELISA assays for VEGF (and perhaps VEGFR2) using antibody pairs are likely to be interfered with by Avastin. As documented below, Theranos assays for VEGF and VEGFR2 appear to function with minimal interference from Avastin. In contrast, the selected reference assay for VEGF is strongly interfered by Avastin.

Theranos System Performance:

*Assay accuracy*:
Accuracy has been evaluated by analysis of clinical samples. Two sets of samples have been used: (1) A set of 12 serum samples from cancer patients (obtained from a commercial vendor), (2) 41 archived serum and plasma samples from this study. Because Avastin was used to treat many of the patients in the TNONC study and this antibody strongly interferes with the reference method, we used the commercially available samples for VEGF.

Twelve serum samples were assayed (singlicate) in the Theranos system and in duplicate for the reference method with the following results:

VEGF: y (Theranos) = 0.785 x (reference) + 95.2; $R^2$ =0.99. Range 96 – 1985 pg/mL. One sample was rejected from the analysis giving very high results in the Theranos system and low results in the reference assay. Based on the study data, it seems likely this patient was being treated with Avastin.

---

[1] All three assays have a linear dose-responses extending far above the highest calibrator used.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608643

SER-801

Trial Exh. 0159 Page 0008

**Single cartridge clinical results**



For VEGFR2, 39 TNONC samples were assayed in tripli cate in the Theranos system and duplicate for the reference method.  The results were:  y (Theranos) = 1.29 x (reference) + 1004; R =0.83.  Range 1015 – 9285 pg/mL.



3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608644

**SER-802**

Trial Exh. 0159 Page 0009

For PLGF 36 samples were measureable with the following results:   y (Theranos) = 0.61*x (Reference); R = 0.69; Range 16 – 600 pg/mL



*Effect of Avastin on the reference VEGF assay*:  Comparison of reference and Theranos VEGF assay results for venous samples were not correlated.  Many Theranos results were in the thousands of pg/mL where reference assay gave a low value.  Since it was noted that many of the patients had been treated with Avastin which binds to VEGF, Theranos did a study of spike recovery for the reference method.  VEGF (400 pg/mL ) was added to each sample and the assay repeated.  Results are shown below:

| Avastin Present | VEGF average, pg/mL Ref | VEGF average, pg/mL Theranos |
|---|---|---|
| N | 149 | 588 |
| Y | 136 | 8359 |

| | VEGF spike recovery, % | |
|---|---|---|
| N | 66.5 | |
| Y | -1.3 | |

It is evident that Avastin completely blocks the reference assay response.  Presumably, Avastin binds at a site on VEGF close to or identical with one of the antibodies used in the reference method.  The reference assay thus responds only to free VEGF whereas the Theranos assay is not blocked and measures both Avastin-bound and free VEGF.

*Assay precision*:

Inter-Instrument Precision
Venous samples from patients were run across four instruments.

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 8.0 |
| VEGFR2 | 150 | 15,000 | 7.3 |
| PLGF | 20 | 1,000 | 9.2 |

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608645

**SER-803**

Precision next to available reference methods was evaluated during calibration. Singlicate measurements from six instruments were used next to commercially available 'gold-standards.' The CVs reflect the calibration schemas before and after receiving clinical samples for calibration, the variances in the LOD between Theranos' assays and the commercially available kits as well as Theranos' ability to measure both free and bound VEGF.

Single lot calibration data

| Analyte | Range (pg/mL) | Average CV, % |
|---------|---------------|---------------|
| VEGF (lot 3) | 30 – 10,000 | 12.0 |
| VEGF (lot 1) | 30 – 3,000 | 10.0 |
| VEGFR2 (lot 3) | 1,000 – 10,000 | 4.8 |
| VEGFR2 (lot 1) | 50 – 800 | 17.6 |
| PLGF (lot 3) | 5 – 780 | 26.9 |
| PLGF (lot 1) | 50 – 800 | 9.1 |

Precision was also measured by analysis of the 41 archived clinical samples in assays and for VEGF 12 commercial samples.

| Analyte | Range (pg/mL) | Average CV, % |
|---------|---------------|---------------|
| VEGF | 30 – 10,000 | 16.7 |
| VEGF[2] | 96 – 1985 | 5.7 |
| VEGFR2 | 1,000 – 10,000 | 20.4 |
| PLGF | 5 – 780 | 28.7 |

*Dilution linearity*:

Data gathered during lot calibration.

| VEGF, pg/mL | Recovery, % |
|-------------|-------------|
| 10000 | (100) |
| 2970 | 102 |
| 990 | 95 |
| 297 | 105 |
| 100 | 109 |
| 30 | 105 |
| 10 | 101 |

| VEGFR2, pg/mL | Recovery, % |
|---------------|-------------|
| 10560 | (100) |
| 7920 | 92.9 |
| 5280 | 100.9 |
| 3960 | 104.8 |
| 2640 | 97.7 |
| 1320 | 100.8 |

| PLGF, pg/mL | Recovery, % |
|-------------|-------------|
| 780 | 100.0 |
| 312 | 87.6 |
| 156 | 102.8 |
| 47 | 106.3 |
| 16 | 92.4 |
| 5 | 99.4 |

---

[2] Commercial samples

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608646

**SER-804**

Trial Exh. 0159 Page 0011

For all assays, recovery was close to 100 % in the reportable range.

*Limit of detection (LOD)*:
Data gathered during calibration. The LOD is defined at a 95 % confidence level.

| Analyte | LOD, pg/mL |
|---|---|
| VEGF | < 20 |
| VEGFR2 | < 200 |
| PLGF[3] | < 20 |

Use of the system in field studies:

The system has been deployed to patient's homes and has downloaded protocols and uploaded data wirelessly. Some patients plugged phone lines (POTs modems) into the device if they were worried about cell reception. Data for every patient has been profiled on a secure, Pfizer-specific server.
Exemplary Sutent patient's[4] results are shown below. We show data for plasma samples drawn from the subjects at the clinic in comparison with reference method results.



Conclusions:

1. The Theranos System performed with equivalent or superior performance to reference assays while running in an extremely rugged ambulatory environment.
2. The ability to generate longitudinal profiles of angiogenesis proteins over time serves as a more effective mechanism for generating early, rapid reads on efficacy dynamics than

---

[3] Later stage cartridge lots
[4] Patient not on Avastin

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608647

**SER-805**

'snap-shot' based measurements using the conventional testing infrastructure. See variance in patient time-course profiles on Pfizer web-portal through www.theranos.com.

3. The lack of samples with which to calibrate resulted in delays in production of lots that were calibrated for the appropriate range. Once calibrated, the performance of the system next to the reference methods improved.

4. Inter-system accuracy is excellent.

5. VEGF assay accuracy is good for some cancer patient subjects, but since the system responds to total VEGF but not free VEGF we were not able to verify accuracy for the TNONC samples.

6. VEGFR2 assay accuracy is quite good for TNONC venous samples.

7. PLGF assay accuracy next to the reference method was not good, but most of the samples are at very low concentration and the reference kit's LOD is higher than Theranos'.

8. Avastin does not block the Theranos assay.

9. The Theranos System can measure both bound and free VEGF.

---

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608648

SER-806

**INFORMED CONSENT AND AUTHORIZATION FORM TO PARTICIPATE IN A RESEARCH STUDY**

**REFMAL_____:** A Study to use the Theranos System in Monitoring the Progression of _____ in Ambulatory Patients Being Treated with _____ Therapies

## INVITATION TO PARTICIPATE

You have been asked to participate in a research study entitled A Study to use the Theranos System in Monitoring the _____ in Ambulatory Patients Being Treated with _____ Therapies ("the Research Study") because you are currently receiving either oral DRUG NAMES as treatment for your type of cancer. The Research Study is being conducted at the SITE NAME in collaboration with Theranos™, a healthcare systems company that is developing an ambulatory monitoring system to monitor the effects of prescription medications in patients.

The purpose of this Informed-Consent-Authorization Form (this "Form") is to tell you about what will happen during this Research Study and the risks of participating, so that you can make an informed decision as to whether or not you would like to participate. The Form also includes other important information about the Research Study, including an explanation of the Protected Health Information that the Investigators may collect and use during this study and with whom they may share that information during the research Study and after the research Study is completed (more information about this is discussed in the authorization to use and disclose protected health information section). If there is anything in this Form that you do not understand, please ask questions before making any decisions.

Your decision to participate in this research Study is entirely voluntary and you do not have to participate. If you decide to participate, you can stop participating at any time. If you decide not to participate, or if you join the Research Study and later decide to stop, you will not experience any penalty or loss of benefits.

## PURPOSE

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

You and your physician have decided that treatment with either DRUG NAMES is currently the best option for the management of your disease. The purpose of this Research Study is to evaluate the use of a new ambulatory drug monitoring system known as the Theranos System by patients who are being treated with either DRUG NAMES.

The Theranos System is a small handheld monitor that can detect changes in the levels of biochemical markers in a patient's blood that occur after taking a drug. The information is then wirelessly communicated to the medical personnel who are monitoring the patient.

## PROCEDURES

If you decide to participate in this research study, you will be asked to visit the outpatient clinic on two separate occasions one week apart. At the first visit, you will have a single 10 milliliter (2 teaspoons) blood sample drawn from a vein in your arm. This blood sample will be processed, frozen, and shipped to the study sponsor for analysis by conventional methods. The clinic staff will then teach you how to use the Theranos System (the new ambulatory drug monitoring system). You will be taught how to use a lancet (a small needle) to prick your finger and obtain blood that can be drawn up into a cartridge that you will be provided. You will then insert the cartridge into a separate device known as a reader, which will quickly analyze the sample and wirelessly transmit the data to a remote computer database located at the study sponsor. This procedure will be repeated a second time (the finger stick, loading the cartridge, and using the reader) while you are in the clinic to make certain that you are comfortable with the procedure and will be able to repeat the procedure alone at home. You will be asked to obtain two additional blood samples by fingerstick at home. These samples may be done at any time on Day 3 and Day 5 of the following week. On day 8, you will be asked to return to the clinic. At this time, you will have a second 10 milliliter (2 teaspoons) blood sample drawn from a vein in your arm. This blood sample will also be processed, frozen, and shipped to the study sponsor for analysis by conventional methods. You will also be asked to perform one final finger stick and blood analysis with the Theranos System.

During the week that you are participating in this trial, you will be asked to complete a patient diary on the internet on your computer at home. You will be asked to record the dose of either DRUG NAMES that you are taking and the specific time of day that you took your dose. You will also be asked to record any side effects that you may be experiencing with your treatment.

## RISKS

Blood draws can cause mild pain and bruising at the injection site, potential painful and swollen veins, or blood clots (thrombosis). In addition, you might experience dizziness when the blood is drawn. On rare occasions, an infection may develop at the site of needle insertion. In the unlikely event of infection, you will receive standard medical treatment.

## BENEFITS

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608650

SER-808

You will not receive any direct benefit from taking part in this Research Study. It is hoped that in the future, knowledge gained from this study may help other people.

## ALTERNATIVES

You may choose not to participate.

## COMPENSATION

You will not receive any sort of compensation for participating in the Research Study. Information obtained from the Research Study may be used to develop drugs, products, or other inventions that have commercial rewards. You will not obtain any financial benefit from such commercial developments. You will not be paid or receive any compensation for permitting your blood samples and data to be included in the Research Study.

## STUDY SPONSOR/FUNDING

The sponsors of the research study are the SPONSOR NAMES. SPONSOR NAMES is dedicated to conducting oncology research at various locations throughout the country. SPONSOR NAMES has entered in a contract with SITE NAME under which physicians at SITE NAME conduct research for SPONSOR NAMES. SITE NAME and its physicians are compensated by SPONSOR NAMES for conducting research on SPONSOR NAMES' behalf.

## COSTS

SITE NAME will be responsible for all costs associated with obtaining and testing your blood samples in this study.

## AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

1. What information will be used or disclosed?

As part of the Research Study procedures, the Research Team will collect Protected Health Information. Your Protected Health Information could directly identify you; for example, it might include your name, social security number, or your medical record number. In addition, SITE NAME has previously provided you with its Notice of Privacy Practices (the "Notice") that explains, among other things, the definitions of Treatment, Payment and Health Care Operations and the types of uses and disclosures of your Protected Health Information that SITE NAME can make for Treatment, Payment, and Healthcare Operations purposes.

2. Who is Authorized to Use and Disclose Your Protected Health Information?

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608651

SER-809

Trial Exh. 0159 Page 0016

You hereby authorize SITE NAME and the Research Team to use and disclose your Protected Health Information solely for the purposes of the Research Study. Remember, that certain members of the research Team, for example the Research Study Manager, are SPONSOR NAME employees, not SITE NAME employees. These SPONSOR NAME employees will have access to your entire SITE NAME medical record and to the Protected Health Information collected during the Research Study.

3. With Whom Will We Share Your Protected Health Information?

By signing this Informed Consent-Authorization Form, you authorize SITE NAME to use and disclose your Protected Health Information that is created or collected in the course of this Research Study to regulatory agencies, SPONSOR NAME, and other individuals and organizations that analyze your Protected Health Information in connection with this Study (the "Recipients").

Once SITE NAME discloses your Protected Health Information to the recipients, SITE NAME cannot guarantee that Recipients will not re-disclose your Protected Health Information to other persons who may not be bound by this Informed Consent-Authorization Form, or otherwise be permitted to use or disclose your Protected Health Information in ways that you do not intend.

4. When Does This Authorization Expire?

This Informed Consent-Authorization does not expire. If, however, you wish to revoke your authorization for SITE NAME to use and disclose your Protected Health Information for the purposes described in this Form and to the Recipients described, please see Section XII.5.

5. What Happens If You Withdraw From the Research Study or Revoke Your Authorization to Use and Disclose Protected health Information?

Your authorization for SITE NAME to use and disclose your Protected Health Information will remain in effect unless you give written notice of your decision to revoke your authorization to the Privacy officer listed below (who will then provide this revocation to the appropriate parties, including the Principal Investigator). Your written revocation will be effective immediately upon SITE NAME's receipt of your written notice. However, your revocation will not have any effect on any action taken by SITE NAME in reliance on this authorization before it received your written notice of revocation. For example, if the Research Team has already collected and reviewed your Samples and your Protected Health Information, it may not be possible to withdraw your Protected Health Information from the aggregated Research Study results. However, the Research Team will not collect any further Protected Health Information about you.

6. How Will Your Protected Health Information be Protected?

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608652

**SER-810**

Trial Exh. 0159 Page 0017

We will take reasonable and appropriate measures to maintain the confidentiality of your Protected Health Information, subject to the anticipated disclosures discussed previously in the risks and procedures sections. In order to protect your Protected Health Information, the Research Team will code your Samples so that only the Research Team, SITE NAME, and SPONSOR NAME will know which sample corresponds with you. Your Protected Health Information and sample data will be kept in locked databases.

> 7. Who Do I Contact About Protected health Information?

If at any time during this Research Study, you feel that you have not been adequately informed of your rights with respect to the privacy of your Protected Health Information, or feel that the privacy of your Protected Health Information has not been adequately protected, you can contact the SITE NAME Privacy Officer during normal working hours (8:30 a.m. to 5:00 p.m.) and ask to speak with:

Name: NAME
Telephone: NUMBER
Address: SITE NAME , PLLC
ADDRESS

## OTHER CONSIDERATIONS

If you do not understand anything related to this study or have a problem related to your taking part in this study, please contact the principal investigator at once:

NAME, the 24-hour telephone number is NUMBER.

You should contact Dr. NAME, Chairman, Institutional Review Board at NUMBER if at any time you have questions regarding this research, your participation in it, or your rights as a research subject.

It may be necessary to contact you at a future date regarding new information about this study. For this reason, we ask that you notify the institution where you received treatment on this study with any changes in address.

## SIGNATURES

I have read and understand the terms of this Informed Consent-Authorization Form and I have had an opportunity to ask questions about the Study and to discuss the Study with my doctor and other health care providers and my family and friends.

1

## A Study to use the Theranos System in Monitoring the Progression of Solid Tumor Cancers in Ambulatory Patients Being Treated with Anti-Angiogenesis Therapies

Protocol Number: NUMBER

Principal Investigator: NAME

Sponsors:  Theranos
1430 O'Brien Drive, Suite C
Menlo Park, California 94025

Date Final

V September 2006                                                    REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608654

SER-812

2

1. **OBJECTIVES**

   1.1. To profile trend results in panels of angiogenesis proteins over time and correlate those values to physical shrinkage in tumor size by leveraging Theranos systems to optimally sample in a way not possible using the central laboratory. These results can be used as baselines against which to index field data in future studies for dose ranging and compound optimization.

   1.2. To evaluate the Theranos System in monitoring the progression of the cancers in the hands of clinical personnel and patients who are currently receiving anti-angiogenesis drugs including but not limited to (Specify drugs) for the treatment of their disease.

   1.3. To quantify the result time, accuracy, and advantage of obtaining real-time environmental and blood data as well as stored clinically relevant data in patient records with the Theranos System with the current preferred laboratory measurement and data collection methods.

   1.4. To quantify and compare the efficacy dynamics of three therapies and interventions

   1.5. To demonstrate the impact of Theranos systems on compliance with a therapy / program to better slow the progression of these cancers

   1.6. To pilot the TheranOS (Theranos Operating System) including the healthcare provider and patient portals as well as the data reports generated.

2. **BACKGROUND**

Theranos is a healthcare systems company that provides *real-time* clinical information to enable pharmaceutical companies to develop safer and/or more efficacious drugs, and to improve and expand the profile of marketed drugs.

Theranos' monitoring system allows healthcare providers and patients to monitor drugs, their metabolites and relevant biomarkers from whole blood in <u>*real-time*</u> at any testing frequency in a clinic, hospital setting or with ambulatory patients. When profiled through trends over time, biomarkers can be used to trace diseases, the efficacy and safety of therapy and the impact on patients from environmental factors. The Theranos System allows pharmaceutical companies and healthcare providers to rapidly gather and analyze serial data and obtain early signals of the benefits of a therapeutic treatment regime, of any adverse drug reactions (ADRs), and the recurrence of a disease after a period of remission.

The Theranos System integrates customized clinical informatics with proprietary technology, and microfluidics into a portable/handheld monitor. The system has three components:

- The "<u>Reader</u>" – a device, capable of extracting *in vitro* assay data from assay Cartridges and transmitting data via a wireless link to a remote database that is accessible by hospitals, clinicians, and study coordinators.

V September 2006      REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

FOIA Confidential Treatment Requested by Theranos   THER-2608655
Fed. R. Crim. P. 6(e) material
**SER-813**
Trial Exh. 0159 Page 0020



- The "<u>Cartridge</u>" – a disposable cartridge containing Chemiluminescent based immunoassays to measure the concentration of products and/or defined biomarkers for efficacy and safety. This cartridge is capable of running both high-sensitivity and low-sensitivity multiple assays in 10 µL of whole blood that is obtained from a finger stick blood sample. Each cartridge can carry from one to a multiplex of biomarkers customized for each pharmaceutical partner. The Theranos System utilizes combinations of drug and biomarkers together with other critical patient information to map trends which serve as indicators of efficacy and safety.



The Cartridge and Reader are very easy for the patient to use. The patient utilizes a lancet that draws a droplet of blood. They hold their finger up to the collection spot on the cartridge which sips in the blood. The cartridge is put into the slot on the reader which automatically draws in the cartridge. The only thing left to do is for the patient to come back later and throw the cartridge away.

- TheranOS (Theranos Operating System) - a database and proprietary analytic communications software for retrieval, transmission, analysis and integration of data from the Theranos Cartridges and from patients' records. TheranOS offers query capability into the data from an individual level as well as at an aggregate level with flexible and customizable reporting options. Patient involvement is enhanced through the use of patient diaries, patient feedback and patient alerts that remind the patient to monitor themselves and/or to take their medication. Importantly, TheranOS is HIPAA and HL-7 compliant.

V September 2006                                                              REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

FOIA Confidential Treatment Requested by Theranos                          THER-2608656
Fed. R. Crim. P. 6(e) material                                             **SER-814**
Trial Exh. 0159 Page 0021

4



Insert drug information here

Bevacizumab (Avastin®) is a monoclonal antibody against VEGF which binds and neutralizes all biologically active isoforms of VEGF. Avastin is approved, in combination with intravenous 5-fluorouracil-based chemotherapy, for first- or second-line treatment of patients with metastatic carcinoma of the colon or rectum and in combination with carboplatin and paclitaxel for the first-line treatment of patients with unresectable, locally advanced, recurrent or metastatic non-squamous non-small cell lung cancer (NSCLC).

Sunitinib (Sutent®) is an oral multi-kinase inhibitor that targets several receptor tyrosine kinases including platelet-derived growth factor receptors (PDGFRα and PDGFRβ), vascular endothelial growth factor receptors (VEGFR1, VEGFR2, and VEGFR3), stem cell factor receptor (KIT), Fms-like tyrosine kinase-3 (FLT3), colony stimulating factor receptor Type 1 (CSF-1R), and the glial cell-line derived neurotrophic factor receptor (RET). (1) Inhibition of the phosphorylation of multiple receptor tyrosine kinases potentially results in inhibition of tumor growth and/or metastases, tumor regression, and inhibition of angiogenesis. In January 2006, the Food and Drug Administration (FDA) approved sunitinib for the treatment of gastrointestinal stromal tumor (GIST) and advanced renal cell carcinoma.

Sorafenib (Nexavar®) is also an oral tyrosine kinase inhibitor that targets multiple receptor kinases including CRAF, BRAF, mutant BRAF, KIT, FLT-3, VEGFR-2, VEGFR-3, and PDGFR-β resulting in decreased tumor cell proliferation and angiogenesis. (2) In December 2005, the FDA approved sorafenib for the treatment of patients with advanced renal cell carcinoma.

This pilot study will profile the correlation of longitudal time-series measurements of VEGF, PIGF and VEGFR2 to physical shrinkages in tumor size measured by CT-MRI scans with the Theranos System in ambulatory patients who are receiving your drug add in info as needed here for the treatment of their disease.

V September 2006                                                                                    REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

FOIA Confidential Treatment Requested by Theranos                                        THER-2608657
Fed. R. Crim. P. 6(e) material

**SER-815**

5

3.0     ELIGIBILITY CRITERIA (add therapy-specific criteria here)

      3.1     Patients with any tumor type who are currently receiving commercially available anti-angiogenesis therapy including bevacizumab, sunitinib or sorafenib for the treatment of their disease. The specific dose and schedule of their anti-angiogenesis therapy including bevacizumab, sunitinib or sorafenib is at the discretion of the treating physician, but will be recorded in the patients record and the data collection forms.

      3.2     Patients must be willing to perform lancet finger sticks at different time points over the study period.

      3.3     Patients must be 18 years of age or older.

      3.4     Patients must be able to understand the nature of the study and give written informed consent.

4.0     STUDY DESIGN

Sample Size: A total of 250 patients (male or female) will be enrolled.

Prior to the first patient beginning the trial, the clinic personnel at the Site/sponsor will be trained on the use of the Theranos System.

Each patient will be sent home with a reader and the appropriate number of individual cartridges required for the study. The clinic personnel will use the supplied bar code scanner to scan the individual bar codes for each cartridge and link it with a patient ID which will be entered via a screen within the TheranOS System.. The patient will also be supplied with the appropriate number of lancets and alcohol wipes. A lunch type cooler bag will be supplied for each patient to carry their cartridges and accessories home.

On the first clinic visit (DAY 1), clinic personnel will draw a single 10 ml venous blood sample from the patient as well as perform a finger stick utilizing the Theranos System. . The number of tubes to be collected will be as follows; one EDTA (plasma) and one plain red top. As a measure of drug response Circulating Endothelial Cells (CECs) in the venous blood draw will be calculated

The designated clinical personnel will demonstrate to the patient how to use the Theranos System while the patient is in the clinic. The designated clinical personnel will then oversee the patient as they use a lancet to obtain blood through a finger stick and then use the cartridge to draw in the blood sample. Once the sample is in the cartridge, the patient will insert the cartridge into the reader. While the reader runs the analysis on that cartridge, the patient will be instructed on the other aspects of the trial. Once the assay is processed the patient will return to the reader, dispose of the cartridge, and then use a second cartridge to repeat the blood procurement and analysis process one additional time.

FOIA Confidential Treatment Requested by Theranos                     THER-2608658
Fed. R. Crim. P. 6(e) material

**SER-816**

6

Each patient will then be sent home from the clinic with a Theranos reader, 6 additional cartridges, supplies, and instructions to repeat the procedure at two additional time points (Day 3, and Day 5) while at home. On Day 8, the patient will return to the clinic. While in the clinic, an additional 10ml venous blood sample will be obtained from the patient. The patient will also perform a finger stick to obtain a blood sample for analysis on the Theranos System. The venous blood sample will be processed, frozen, and shipped by clinic personnel to Theranos for conventional evaluation (ELISA), and the results will be compared to the results obtained with the Theranos System.

This process will be repeated with patients taking home cartridges and supplies to support 2 at home finger sticks on Days 10, and Day 12. On Day 15, the patient will return to the clinic.. The patient will also perform a finger stick to obtain a blood sample for analysis on the Theranos System. The venous blood sample will be processed, frozen, and shipped by clinic personnel to Theranos for conventional evaluation (ELISA), and the results will be compared to the results obtained with the Theranos System.
The process will once again be repeated with patients taking home cartridges and supplies to support 2 at home finger sticks on Days 17, and 19 with the patient returning to the clinic on the 22nd. The patient will continue the cycle until the last clinic visit on Day 28. See table below for the remaining cycles of which the patient takes home the cartridges to support 2 at home finger sticks per week.

The patient will be administered your drug as directed or will take additional medications (need to input here) orally as directed by their physician and will record the following information in the patient diary on a daily basis (see Appendix A): (Certain information will also be completed by the clinical staff and time of medication being taken can be captured)

    a. Medicines taken including the time of day and dose
    b. Overall health assessment: including any side effects they may be experiencing

The following table summarizes the Data Points for Monitoring using the Theranos System and using traditional laboratory methods during the trial:

TABLE I: Data Points for Clinical Monitoring using the Theranos System (TS) and Laboratory Assay (ELISA)
- Calibration time-points – venous versus finger-stick

| Data Point | Location | Assay |
|---|---|---|
| Day 1 | Clinic | 2 TS cartridges ELISA |
| Day 3 | Home | TS |
| Day 5 | Home | TS |
| | | |
| Day 8 | Clinic | 1 TS cartridge ELISA |
| Day 10 | Home | TS |
| Day 12 | Home | TS |
| | | |

V September 2006 REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

| Day 15 | Clinic | 1 TS cartridge ELISA |
|--------|--------|----------------------|
| Day 17 | Home | TS |
| Day 19 | Home | TS |
| | | |
| Day 22 | Clinic | 1 TS Cartridge ELISA |
| Day 24 | Home | TS |
| Day 26 | Home | TS |
| Day 28 | Home | TS |
| Day 29 | Clinic | 1 TS Cartridge ELISA |
| Day 31 | Home | TS |
| Day 33 | Home | TS |
| | | |
| Day 36 | Clinic | 1 TS Cartridge ELISA |
| Day 38 | Home | TS |
| Day 40 | Home | TS |
| | | |
| Day 43 | Clinic | 1 TS Cartridge ELISA |
| Day 45 | Home | TS |
| Day 47 | Home | TS |
| | | |
| Day 50 | Clinic | 1 TS Cartridge ELISA |
| Day 52 | Home | TS |
| Day 54 | Home | TS |
| | | |
| Day 57 | Clinic | 1 TS Cartridge ELISA |

If needed, option to continue monitoring 2X's per week up to 57 days in total. This provides an opportunity to extend up to 12 more time points in total.

5.0     REPORTING RESULTS

Theranos will provide online tools to plot/correlate levels of soluble selected biomarkers using the Theranos System and the conventional laboratory (ELISA) method along with other relevant measurements, including data entered into the TheranOS System by the clinic or the patient. Additionally, Theranos will provide separately a descriptive analysis of the potential added-value to patient treatment, based on time differences between Theranos real-time data and data from conventional laboratory analysis.

For each test sample analyzed by the Theranos System, a data summary report will be generated and be available from the server. Assay results will be accessible and available to authorized personnel only. Information from patient diaries and additional data inputs to the database will be summarized for the investigator and the patient. The investigator must complete a questionnaire that will secure feedback on the Theranos System and provide comparative results with the clinical lab test. A CT scan will be provided to Theranos for each patient as a measure of

V September 2006                                                REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

FOIA Confidential Treatment Requested by Theranos                    THER-2608660
Fed. R. Crim. P. 6(e) material

**SER-818**

Trial Exh. 0159 Page 0025

8

tumor response/volume at baseline to insure compatibility. Additionally the clinical staff will record any adverse events the patient may be experiencing with the treatment.


**<u>Appendix A – Patient Diary</u>**


**Initial Questionnaire – Completed vby Clinic Staff**

1.  Please fill in the following information:
    a.  Patient Age _____
    b.  Patient Height_____
    c.  Patient Weight_____
    d.  Demographics
        1.  Caucasian
        2.  Black
        3.  Hispanic
        4.  Asian
        5.  Other

2.  Which of the following best describes your smoking status?
    a.  I smoke daily
    b.  I smoke occasionally
    c.  I don't smoke now, but I used to
    d.  I have tried it a few times, but never smoke regularly
    e.  I have never smoked

3.  How often do you usually have an alcoholic drink of any kind? This includes wine, beer and spirits.
    a.  Every day
    b.  4-6 times per week
    c.  1-3 times per week
    d.  Monthly or less
    e.  I don't drink alcohol at all

4.  How often do you exercise:
    a.  Every day
    b.  4-6 times a week
    c.  2-3 times a week
    d.  Once a week
    e.  Less than once a month
    f.  Never

5.  What is the primary diagnosis the patient is being treated for:
    a.  Colorectal Cancer
        i.  Adjuvant

V September 2006                                                                REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

9

   ii.Metastatic
      1. Stage?  II, III. IV
  b. GIST
    i. Adjuvant
    ii.Metastatic
      1. Stage?  II, III. IV
  c. Renal Cancer
    i. Adjuvant
    ii.Metastatic
      1. Stage?  II, III. IV
  d. Breast Cancer
    i. Adjuvant
    ii.Metastatic
      1. Stage?  II, III. IV
  e. NSCLC
    i. Adjuvant
    ii.Metastatic
      1. Stage?  II, III. IV
  f. Other
    i. Adjuvant
    ii.Metastatic
     Metastatic
      1. Stage?  II, III. IV

2. Please check all the medications the patient is currently being given:

| **Chemotherapies** | |  |
|---|---|---|
| 5-FU | fluorouracil | |
| Camptosar | irinotecan/CPT-11 | |
| Eloxatin | oxaliplatin | |
| Gemzar | gemcitabine | |
| Hycamtin | Topotecan | |
| Paraplatin | carboplatin | |
| Xeloda | Capecitabine | |
| | leucovorin | |
| Other Chemotherapy | | |

| **General Therapies** | |  |
|---|---|---|
| Anastrozole | arimidex | |
| Avastin | bevacizumab | |
| Bexxar | | |
| Erbitux | cetuximab | |
| Gleevec | | |
| Herceptin | Gemcitabine | |
| Iressa | Gefitinib | |
| Nexavar | sorafenib | |

V September 2006      REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

FOIA Confidential Treatment Requested by Theranos  THER-2608662
Fed. R. Crim. P. 6(e) material
**SER-820**

| Revlimid | LENALIDOMIDE | |
| Sutent | sutinib malate | |
| Tarceva | Erlotinib | |
| Taxotere | Docetaxel | |
| Velcade | Bortezomib | |
| Other General Therapies | | |

| **Supportive Care** | | |
| --- | --- | --- |
| Advil/other | ibuprofen | |
| Ambien/Lunesta/other sleep aids | | |
| Anzament | dolasetron | |
| Aranesp | Erythropoietin | |
| Aspirin | | |
| Epogen | Erythropoietin | |
| Kytril | granisetron | |
| Neulasta | pegfligrastim | |
| Neupogen | Filgrastim | |
| Paxil/other antidepressants | | |
| Procrit | Erythropoietin | |
| Tylenol/other | acetaminophen | |
| Zofran | ondansetron | |
| Other Supportive Care | | |

**Patient Daily Questions (Customize to study objectives)**

1.  On a scale of 1 to 10, how do you feel today?

    Very Good    10   9   8   7   6   5   4   3   2   1   Poor

The following questions are about activities you might do during a typical day. Does your health <u>now</u> limit you in these activities?  If so, how much?

2.  Thinking about your health today, which of the following statements best describe your usual activities such as work, family or leisure activities.
    a.  I have no problems with performing my usual activities
    b.  I have some problems performing my usual activities
    c.  I am unable to perform my usual activities.

3.  Moderate activities, such as moving a table, moderate exercise, pushing a vacuum cleaner,.
    a.  Yes, limited a lot
    b.  Yes, limited a little
    c.  No, not limited at all

V September 2006                                                          REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

FOIA Confidential Treatment Requested by Theranos                          THER-2608663
Fed. R. Crim. P. 6(e) material
                                                        **SER-821**

4. Please check if you have any of these complaints today:
   a. Headache
   b. Nausea
   c. Body Pain
   d. Dizziness
   e. Reaction at infusion site
   f. Fatigue
   g. Depressed
   h. Shortness of breath
   i. Decreased appetite

## 5. **Appendix B – Patient Post-Study Evaluation**

Thank you for participating in a study to evaluate the Theranos System. By utilizing the Theranos System you've been able to provide information to your physician that could support their decisions around your ongoing therapy.

We would like to ask you a few questions about your use of the Theranos System.

1. Overall, how easy was it to use the Theranos System?
   a. Very easy
   b. Somewhat easy
   c. Somewhat hard at first, but it got easier
   d. Very hard

2. How would you rate the Patient User Manual?
   a. Very informative, with clear directions
   b. Informative but some of the directions need to be clarified
   c. Not helpful at all
   d. Didn't read it
   e. Didn't get a patient user manual

3. How would you rate the training you received at the clinic prior to taking the System home?

   Very Good    10   9   8   7   6   5   4   3   2   1   Poor

4. How would you rate the Theranos System on the following attributes
   • Ease of use

     Very Easy              10   9   8   7   6   5   4   3   2   1    Hard

   • Time Required

V September 2006                                          REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

Very little time        10   9   8   7   6   5   4   3   2   1    Lots
of time

- Patient Diary

  Very easy to use      10   9   8   7   6   5   4   3   2   1     Hard to Use

- Drawing Blood

  Painless                 10   9   8   7   6   5   4   3   2   1
  Painful

5. How well did the Theranos System work for you during the trial?
   a. Very Well
   b. Okay
   c. Had problems
      i. What problem(s) did you experience? Mark all that apply
         1. Drawing blood
         2. Filling the cartridge
         3. Loading the cartridge
         4. Getting a cellular signal
         5. Getting onto the website
         6. Filling out the patient diary
         7. Other (please explain)
      ii. (For each problem) How were you able to resolve your problem on _____?
         1. Figured out solution on my own
         2. Called clinic and they helped me
         3. Called Theranos Customer Care Center
            a. How would you rate the support you received?
               i. Excellent
               ii. Very Good
               iii. Good
               iv. Fair
               v. Poor
            b. How was your problem resolved?
               i. Customer Care Center talked me through the problem
               ii. A replacement reader/cartridge was sent to me
               iii. Other (please explain)

6. Overall, on a scale of 1 to 10 which process would you prefer to provide monitoring information to your physician?

Prefer monitoring at home                 Prefer going to clinic

V September 2006                                 REFMAL _____
CONFIDENTIAL MATERIAL *Permission Required from Investigator for Duplication*

FOIA Confidential Treatment Requested by Theranos                  THER-2608665
Fed. R. Crim. P. 6(e) material

13

10  9  8  7  6  5  4  3  2  1

6.0     REFERENCES
Add therapy-specific information
1.  SUTENT® (sunitinib malate) capsules Product Package Insert.  Pfizer Labs.
    February 2006.
2.  NEXAVAR® (sorafenib) Product Package Insert.  Bayer Pharmaceuticals
    Corporation.  August2006.
3.  AVASTIN (bevacizumab) Product Package Insert.  Genentech

FOIA Confidential Treatment Requested by Theranos                    THER-2608666
Fed. R. Crim. P. 6(e) material
                                                SER-824
                        Trial Exh. 0159 Page 0031

I have the Theranos summary to Aidan Power, the Introduction to Theranos Systems, the Informed Consent and the IRB Submission. I have read them. I attach these so we are all working off the same versions of the documents. If I do not have the correct versions please send them, thank you. I have also read US patent 7,291,497 B2.

What I do not have are:
1. The original Theranos and Pfizer agreed work proposal that contains aims, goals, measurable milestone outputs and work plan. The IRB Submission document appears to reflect some original work plan, is that correct?
2. The Interim Report on Assay Development submitted to Pfizer Q2 2007.

In the summary document you refer:
3. To meeting with the Pfizer team. Who was the Pfizer team?
4. To Pfizer point of contacts changing several times. Who chronologically were the Pfizer point of contacts?
5. Pfizer portal at Theranos. Please provide me access to the Pfizer portal at Theranos

Would you please send, provide or answer. Thank You.

Please:
What are the assays that are currently run? Is the list on Slide 8, Introduction to the Theranos System the current list?

How many assays are currently run in multiplex mode? What are the multiplex assay panels?

The VEGF, sVEGFR2 and PlGF were done as a multiplex assay? What was the sample type? Blood, serum or urine?

What were the calibrators? Were they done in the same sample type?

What was the reference method used? Was the reference assay a multiplex assay or three single assays? Where was it run? Who ran it?

How often does the instrument need to be calibrated?

How often do the on board chemistry controls need to be run?

What is the process from finger prick to blood sample to the assay cartridge? Is this integrated or does the patient prick the finger then squeeze blood into an orifice of the assay cartridge?

Does the instrument receive a finger into an orfice, prick and process into plasma?

Why is the Theranos VEGF and VEGFR2 assay not interfered with by Avastin but the reference method assay(s?) for VEGF and VEGFR2 are interfered?

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608667

**SER-825**

Trial Exh. 0159 Page 0032

Was there longitudinal time correlation of changes in VEGF, PlGF and VEEGFR2 with CT-MRI tumor reduction? Was any other tumor load reduction measured and correlated with these three analytes?

Slide 12, Introduction to the Theranos System shows a C peptide measurement and correlated to a reference assay. What was the reference assay, where was it run and by who? How many patients are there in this slide?

Slide 17, Introduction to the Theranos System shows a patient with a 30 day longitudinal time measurement. How many patients were so measured out of the number enrolled? Please provide this type of plot for all of the patients measured. Was there any correlation of responders versus non-responders? Or level of response?

Slide 21, Introduction to the Theranos System show three patients with 72 hour longitudinal time measurements. How many patients were so measured out of the number enrolled? Please provide this type of plot for all of the patients measured. Was there any correlation of responders versus non-responders? Or level of response?

Do you have data and reports that address these goals from the September 2006 Study Plan? If so please send. Is the Introduction to the Theranos Systems slide deck the report that addresses these goals below?

1.1. To profile trend results in panels of angiogenesis proteins over time and correlate those values to physical shrinkage in tumor size by leveraging Theranos systems to optimally sample in a way not possible using the central laboratory. These results can be used as baselines against which to index field data in future studies for dose ranging and compound optimization.

1.2. To evaluate the Theranos System in monitoring the progression of the cancers in the hands of clinical personnel and patients who are currently receiving anti-angiogenesis drugs including but not limited to (Specify drugs) for the treatment of their disease.

1.3. To quantify the result time, accuracy, and advantage of obtaining real-time environmental and blood data as well as stored clinically relevant data in patient records with the Theranos System with the current preferred laboratory measurement and data collection methods.

1.4. To quantify and compare the efficacy dynamics of three therapies and interventions

1.5. To demonstrate the impact of Theranos systems on compliance with a therapy / program to better slow the progression of these cancers

1.6. To pilot the TheranOS (Theranos Operating System) including the healthcare provider and patient portals as well as the data reports generated.

Is there an instrument version that measures single nucleotide polymorphisms?

Is there an instrument version that detects antibiotic resistant organisms?

Can the instrument take a swab sample?

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

Is there a site in the Mid-Atlantic or New England that I could visit to see the instrument?

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608669

**SER-827**



# An Introduction to Theranos Systems

**This presentation and its contents are Theranos confidential and proprietary.**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608670

**SER-828**



# Theranos Infrastructure

## The Healthcare Operating System for Mechanism Based Medicine



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608671

**SER-829**

Trial Exh. 0159 Page 0036


*theranos*
*redefining healthcare*

# The existence of a technology infrastructure for home, real-time blood monitoring allows to collect information which cannot be seen using conventional blood tests:

- Small sample (finger-stick) + more frequent sampling of a small subset of analytes enables
  - Identification of appropriate analytes (not possible if samples are not taken more frequently than for laboratory methods due to lack of trend profiles) << Small sample enables
  - Earlier detection of efficacy dynamics or acute problems so intervention (dose) can be more effective << Frequent sampling enable
  - Ease of use; Convenience of monitoring through-out time-course before an event

- Higher sample integrity; real-time sample analysis on fresh whole blood on a standardized platform internationally
  - Eliminate false reads on concentrations due to analyte decay rates and inherent noise due to processing

- Increased sensitivity over commercially available standards (<1pg/ml and high mg/ml simultaneously at <5% CV assay spec) to allow for detection of protein multiplexes in at clinically relevant concentrations

3

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608672

**SER-830**



# Actionable Information Systems

- Fewer patients in future studies; Eliminate shipping and lab costs

- Real-time simultaneous PK/PD –faster, better, dose-response characterization

- Comprehensive longitudinal time series profiling –account for velocity of progression toward outcome; characterize direction changes in-process

- "Mechanism maps": trends in panels of proteins over time and change in rate of multiplexed panels correlated to clinical endpoints, stored on server, and mapped in the context of the full pathophysiology of the disease for use in indexing future patient data to better quantify a patient state
  - **Analogous to thyroid tests, need multiple variables to effectively make decisions**

- Integrated link to (adaptive) trial and health management system

4

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608673

**SER-831**



# Summary: Actionable Information Systems for Compound Optimization and Enhancement of the Value of Therapies

1. **Phase I-III: Fast-track compound to market with broadest label possible**

2. **Phase IV and Post-Marketing: Rapidly expand label to more indications and sub-patient populations; ameliorate safety concerns; cross comparison studies for rapid publications with hard data**

- Exposure models (real-time, more comprehensive PK)
  - Adaptive dosing
    - (Exposure versus biology)
  - In-patient dose titration to ID optimal dose and schedule for sub-patient populations
- Dynamics (real-time, more accurate efficacy and safety dynamics),
  - Generate profiles that could not previously be mapped
- Consumer oriented interactive information collection & delivery systems
  - Data collection, patient compliance, and engagemen

- Therapy: Health Program
- Predictive pathophysiology: Data rich patient poor studies

5

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608674

**SER-832**



# Customized Studies
### (Phases run in parallel)

1. Existing Cartridges: Ship Systems Immediately for Studies
   - ❑ Customized Cartridges: 2-5 Months
2. Antibody Development:
   - ❑ Theranos to Develop: 6-12 Months
3. Gathering of project specifications:
   - ❑ 1-2 Weeks
4. Customization of TheranOS to include but not limited to:
   - ❑ Patient Diary
   - ❑ Data Collection System
   - ❑ Data Integration System
   - ❑ Data Transfers (export into CSV)
   - ❑ Data Analysis System and Reporting (automatic graphical multivariate analyses, mapping of real-time data into pathophysiology maps )
   - ❑ Ongoing

TOTAL TIME TO STUDY INITIATION BASED ON PROJECT NEEDS (other than Antibody Development) – 1-5 Months

6

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608675

**SER-833**



# System Design

Designed for at home use and can also be used in clinics (will be CLIA waived)
Multiplexed measurement of biomarkers
- Max 6-8 per cartridge

Serial measurements to detect trends
Fresh whole blood, plasma or serum samples
Finger-stick: Small sample size (10-20 uL)
Mix and match selection of analytes
Wide measurement range
- pg/mL – mg/mL (1 billion fold)

High sensitivity
- 0.2 pg/mL (2 parts per 10-billion)

Analyte Recovery: ~100 %
System CV (inter-intra assay, inter-intra cartridge, inter-intra reader): <10%
On-board chemistry controls
Factory calibration (no user calibration)
Wireless communication of results to appropriate user
Proprietary algorithms to interpret time trend results

7

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608676

SER-834

Trial Exh. 0159 Page 0041



# Theranos Assay Library* Q1-08

| Cytokine Markers | Cardiovascular Markers | Metabolic Markers |
|---|---|---|
| GCSF | BNP | Adiponectin |
| iCAM-1 | CKMB | GIP |
| IL-1 through IL-8 | LTB4 | GLP-1 |
| IL-10, IL-12 | Fibrin D-Dimer | GLP-2 |
| CRP | LPS-binding protein | Glucagon |
| IL-15 | Myoglobin | Insulin and pro-insulin |
| TGFβ | Procalcitonin | Leptin and grelin |
| TNFα | Protein C | Peptide YY and NPY |
| TNFβ | Troponin-I | Glucose |
| **Oncology Markers** | **Apoptosis Markers** | **Other Markers** |
| EGFR | M30 | Cystatin-C |
| PIGF | M65 | IgE - free and total |
| PSA | Nucleosomal DNA | Progesteron |
| sVEGF R2 | **Bone Markers** | Prothombrin |
| VEGF | Osteoclast panel | sCD14 |
| FLT-3 | Osteoblast panel | Troponin-T |
| kit | Osteocalcin | α-Glutathione S-Transferas |

**\* (Includes existing assays and those currently under development)** 8

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



Sensitivity matches or exceeds best available methods in real samples

GLP-1: 0.17 pM (drug company study)
IL-6: 0.4 pg/mL (in house study)

9

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608678

**SER-836**



# Antibodies to small molecules

Theranos team led by world-class expert and comprised of key Syntex principals

- Small molecules
  - Covalently attached ("haptens")
  - To "carrier" proteins
    - Albumin, IgG, KLH
    - High Hapten/Protein ratio
  - Repeated immunization (hyperimmunization)
  - Freunds' adjuvant
- Evoke strong immune responses
- Monoclonal/Polyclonal antibodies can be made
- Theranos system requires MAbs specific to compound and/or its metabolites
  - If available from prior Analytical Chem/DMPK assays, assay development & validation on Theranos readers is relatively quic
  - If MAbs not available, Theranos will raise those antibodies by haptenating compound, developing & validating assay – lead time  6 to 9 months

10

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608679

**SER-837**



# Antibody Development Process

**Hapten Design**
- ❏ Inspect Structures
- ❏ Define which molecules are to be recognized by Ab
- ❏ Define structural elements likely to evoke Ab
- ❏ Select linking sites
- ❏ Design hapten or hapten precursor

**Preparation of Haptens**
- ❏ Starting materials can be the drug or drug intermediates available from drug company
- ❏ Drug company may do some straightforward synthetic work
- ❏ Synthesis requiring only a few straightforward steps can be outsourced to local synthesis shops
- ❏ Activation (if needed) is done at Theranos

**Steps in Antibody Production**
- ❏ Outsourced from Theranos
- ❏ Polyclonal and monoclonal programs
- ❏ Early screening at vendor
- ❏ Selection of candidate animals
- ❏ Fusions and cloning
- ❏ Clonal Selection
- ❏ Strong candidates screened at Theranos in specific assay format
- ❏ Bulk production (MC's 100mg, PC's 10s of mls)
- ❏ Clones stabilized and archived (two locations)

11

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608680

**SER-838**

# C-Peptide Assay





FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608681

**SER-839**

Trial Exh. 0159 Page 0046



Current Gold-Standards



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608682

**SER-840**

Trial Exh. 0159 Page 0047



# Subject 264: GLP-1



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608683

**SER-841**





# Subject 269: GLP-1  **Subject 269**

15

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608684

**SER-842**

Trial Exh. 0159 Page 0049



Subject 232 – GLP-1



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608685

SER-843

Trial Exh. 0159 Page 0050



# Monitoring Three Biomarkers of Angiogenesis
## Cancer Outpatients



17

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608686

**SER-844**

Trial Exh. 0159 Page 0051



# Analytical Validation
(plasma samples)

**VEGF clinical results**



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608687

**SER-845**

Trial Exh. 0159 Page 0052



# theranos
*redefining healthcare*
## Response to Avastin Therapy (anti-VEGF)



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608688

**SER-846**

Trial Exh. 0159 Page 0053



# Typical results for one subject



20

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608689

**SER-847**

Trial Exh. 0159 Page 0054



theranos
redefining healthcare

# Huge variation between subjects

Both absolute levels and changes over time vary greatly

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



## Cartridges



- Disposable cartridge loaded with Chemiluminescence immunoassays able to test up to 8 different assays on a single cartridge.

- The System utilizes combinations of drug and biomarkers together with other critical patient information including imaging to map trends which serve as indicators of efficacy and safety.

- The System's Chemiluminescence platform provides the capability to measure both high-sensitivity and low-sensitivity analytes on the same cartridge with a total system CV of <10%.

- Automated micro-fluidic disposable allows for rapid sample interference removal and reagent addition for increased sensitivity

22

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608691

**SER-849**



# Reader

- The Reader is the center for Remote Patient Care.
  - Wirelessly controls blood tests
  - Graphical user interfaces serves as next generation patient diary & compliance tool
    - Captures diary data and energy consumption and expenditure information
  - Communication portal for patient to healthcare provider/clinical coordinators
- Capable of extracting *in vitro* assay data from any combination of therapeutic analyte specific Cartridges
- Processing time averages 30 min.
- Training of new users is fast & easy
- Touch Screen enables real-time link to TheranOS web portal
- Hardware is customized for pre-clinical, ICU, and physician's office applications.



23

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608692

**SER-850**

Trial Exh. 0159 Page 0057


*theranos*
*redefining healthcare*

# Portal to Enhance Remote Interactions with Patients

## Engage patients in managing their disease

- Integration of individualized programs based on patient input to touch-screens, blood data, and indexing these factors against stored profiles which are linked to content from leading clinical centers of excellence designed to affect positive behavioral modifications in a personalized way

## Captures data in an ambulatory setting reducing requirements of patients to return to the clinic & enabling early, adaptive and rapid decision making

- Fully integrated data infrastructure
- Increased patient compliance and higher integrity in patient diary data
- Direct interaction between physician and patient (two ways)

24

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608693

**SER-851**

Trial Exh. 0159 Page 0058



# The Theranos System: Remote Interaction



## Friendly User Interface

- Readers have web-standards based touch screens
- These screens are dynamically fed with content in real-time
- Collects data through graphical touch-screen input
- Modes for different visual needs, e.g., "High Contrast," "Large Buttons"

## Dynamic, updateable content

- Surveys fed and retrieved from server
- Additional content can be generated or modified at any time

25

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608694

**SER-852**


*redefining healthcare*

# The Theranos System: Behavior Modification

Theranos strives to change patients' behavior to enable long-term, healthy living through targeted content

Class-based content is delivered based on patients' goals, protein levels, and their diaries

- Patient classes are identified at program initiatio
- Content is individualized with streamlined information that touches individuals' predispositions and mindsets
- Content is based on informatics performed on integrated data sets & tied to patient class and progress as shown through the monitoring data
- It represents leading psychological approaches to weight loss motivation and therapy, delivered in small, memorable chunks.
- The content is derived from Theranos Human Centered Design team with a link to leading centers of excellence

26

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608695

**SER-853**

# Next generation GUI-based programs



Increased Compliance with a Program

- Visual input and feedback
- Cognitive demand is reduced giving patients a higher level of satisfaction
- Center for home healthcare, where patients are most comfortable
- Programs are individualized
  - Not search-based
- Account for sleep, stress, environmental pressures and practical mechanisms of eating healthily and exercising
  - Coupons –local restaurants near user location
  - Mobile Platform

27

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608696

**SER-854**



# The Theranos System: Benefits

- The Theranos approach allows patients to manage their own disease and gives targeted feedback about their progress
  - Animated, targeted, and psyche-based content engages patients in managing their own dependence and allows them to build a relationship with the System
- Direct interaction between physician and patient (two ways) during drug development and post-marketing
- Theranos enables early detection, with rapid and adaptive treatment strategies
- Survey API supports adaptive, seamless design studies and content
  - Clinic can adjust survey or content through XML
- Open data infrastructure provides full integration with other systems
  - Can link data with other monitoring data, such as other assays or research metrics from other aspects of study
- Patients are more likely to provide **honest data** because Theranos Readers analyze biological markers as well as survey data

28

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608697

**SER-855**



# Instrument optics stability
## Perfectly stable over two months



29

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608698

**SER-856**

Trial Exh. 0159 Page 0063



# Controls verify system performance

Clinical study over one month System calibration was stable
Two assays, 20 instruments, 360 cartridges



30

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material


**theranos**
*redefining healthcare*

## Comprehensive meta-analysis System: Adaptive Systems Biology in Practice

❖ Users at Pharma will be able to Graphically view all the known patient information in a central software program irrespective of where it is stored and add information to that repository dynamically so that the changes of proteins can be seen in the context of the full picture of disease progression. (i.e. proteins linked to imaging data linked to demographics linked to health records)

❖ The data repository is controlled by TheranOS (Theranos Operating System), a central mathematical software program which allows Pharma to visually see, interpret, and analyze all of their data in one place, and is linked to a disease management system .

❖ Better and dynamic analysis -- Once an initial data is analyzed using Theranos proprietary algorithms, the Database is updated automatically as more data is collected serving as a trial decision making tool or system for establishing baselines against which to map future dosing schedules or get early reads on efficacy and safety across key populations

❖ Data is extracted from any existing database and linked into a central mathematical database which allows users to visually see, interpret, and analyze data in one place which is linked to an (adaptive) clinical trial management system.

❖ Temporal algorithms applied to map data predictively

❖ Web portal customized for researchers, patients and clinicians

31

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# The Dynamics of Biology:
## Sampling and Context

Statistical sampling is a means to an end
- It allows one to quantify underlying processes in a rigorous way
- Based on any family of underlying hypotheses process, it allows one to interpret the results in the context of the purported biology at hand
- Biology is a time based dynamic, thus requiring longitudinal sampling to tell its complete story

Variation in the underlying target populations requires that the sampling characterize individual behavior as a "class" effect

32

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608701

**SER-859**



# The Theranos Methodology:

## Turning Patterns into Probabilities

Complex biology requires one sample the dynamics of each contributing underlying dynamic in the process, i.e. multivariate

Patterns of proteins can be compared with statistical rigor as to their similarity

Similarity can be quantified as a statistical distance, forming a mathematical metric space.

Given a family of reference populations (e.g., CR, PR, SD, NR), the distance metric can be associated with a Bayesian probability of class assignment

Together, this methodology defines a landscape or geometry and allows one to locate  any patient at any time point in that space

 Therefore, individual trajectories can be characterized in that space as to position, speed, and heading

33

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608702

**SER-860**



# Establishment of Baseline

- The CAB system enables the development of correlations between blood test trends, efficacy and safety.
- The first step is to establish baseline data within the system.  Animal and/or human data generated correlating trends in panels of proteins with endpoints such as molecular imaging serves as the foundation.  This data can be drawn from the body of evidence on a particular therapy.





34

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608703

Trial Exh. 0159 Page 0068

SER-861



# Centralized Data Repository

## Integration of blood and patient diary data with all other physiologically relevant information.



Simulation, Linear Regression, Bayesian Analyses

Efficacy of Drug(A) in Indication(B) = $\sum$ (Factor 1)(Weight (1) + Factor (2)Weight(2) + Factor(3)Weight(3) ....

35

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608704

**SER-862**

 **theranos**
*redefining healthcare*

# TheranOS: Healthcare Operating System
## Turning Disease Specific Data into Clinically Relevant Information



In real-time & point-of-care acquire, store & manage disease / compound specific data on each pt

→

Automatically put that data into a physiologically relevant context

→

Graphically display clinically relevant & actionable Information in the PHR/EHR

Theranos
POC Systems

Theranos
Multivariate
Analysis
System

Theranos
Clinical
Visualization
System & Applications

36

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608705

**SER-863**

Trial Exh. 0159 Page 0070



# Approach to Pilot Programs

- Apply TheranOS "mapping" algorithms to historical data to create baseline profiles
- Leverage multiplexed longitudinal time-series profiling to map efficacy dynamics more comprehensively (predictive)
- Enhance baseline with pharmacodynamic data from pilot programs
- Index future patient data against stored baselines through TheranOS to obtain rapid, early reads on progression

37

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608706

**SER-864**



# The Analyte Space



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608707

Trial Exh. 0159 Page 0072

**SER-865**



# Analytes mapped into a probability space of clinical outcomes



39

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608708

**SER-866**



# Assess probability of a patient approaching an outcome



40

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608709

**SER-867**



# Summary: System Features

❖ Integrated data systems (all information linked into one database in an actionable format)

❖ Dynamic maps depicting the onset adverse events at a physiological level across a broad range of indications

❖ Real-time reporting, analytics, and risk management tools which model methods for patient treatment optimizations or ameliorating risk based on integrated data analyses (dose adjustments, drug combinations, patient selection criteria)

❖ Next-generation consumer systems for better mapping disease progression and efficacy at a patient level; pharmacovigilance and surveillance
  - ❖ Monitor patients continuously and in real-time; rapidly identify progress toward events in the field by mapping patient data against stored profiles; better identify the cause of those events
  - ❖ Action can be taken in real-time based on premeditated models for response to various events
  - ❖ Integrated therapy-"patient program" combinations
    - Optimized therapy regimens
    - Enhanced clinical outcome
    - Robust clinical efficacy assessments
    - Less dependence on physician background

41

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608710

**SER-868**

Trial Exh. 0159 Page 0075

 **System Applications**

➢ Optimize dosing and efficacy across patient types
  ➢ Adaptive dose ranging studies to customize compound for maximum efficacy and safety in key patient populations (dose to efficacy and not just safety; account for compliance)

➢ Better conduct risk management and safety surveillance
  ➢ Electronic pharmacovigilance; better data generation

➢ More rapidly identify efficacy and safety of combination therapies

➢ Better characterize efficacy dynamics in cross comparison studies; publications to ensure reimbursement

➢ Post marketing studies to rapidly optimize compounds for new indications and sub-patient populations; label expansion.
  ➢ Enhance value of therapy through interactive consumer monitoring, targeted information for patients, and controlled feedback
  ➢ Early Insight on efficacy dynamics across multiple indications and sub-patient populations in parallel

42

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608711

**SER-869**



## Case Study: Analysis to better quantify biomarker patterns indicating a patient's status

Stanford AML study

10 markers profiled

- 8 shown here

Values for patients who in the course of the study became septic and who did not are shown.

43

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608712

**SER-870**



# AML/Sepsis: Assay accuracy



**Protein-C Assay correlation, Plasma**

$y = 0.7055x$
$R^2 = 0.9529$

**Protein-C, ug/mL Helena**

44

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608713

**SER-871**



# Method Correlation, CRP



**CRP Assay Correlation**

y = 1.207x - 0.4414
R = 0.97

**Log, CRP, ug/mL reference**

45

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608714

**SER-872**

Trial Exh. 0159 Page 0079



# Results from blood and plasma track

**Log value time course:  CRP Patient 4**



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608715

**SER-873**

Trial Exh. 0159 Page 0080



# Patient 1: Plasma and blood



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608716

Trial Exh. 0159 Page 0081

**SER-874**



# Blood versus plasma:  Protein-C assay

**Protein-C results: Patient 4 time course**



48

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608717

**SER-875**



# Theranos Server Output



49

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608718

**SER-876**



# Patient 4: Relapse



50

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608719

**SER-877**





FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608720
**SER-878**

Trial Exh. 0159 Page 0085



*theranos*
*redefining healthcare*

Multiple assays following disease and therapy
Trajectory to sepsis

Data connected by time



52

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# Patient 03AB
# Patient did not get fever



53

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608722

**SER-880**

Trial Exh. 0159 Page 0087



# Patient 02AB



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608723

**SER-881**

Trial Exh. 0159 Page 0088

# Patient 06AB Febrile but no sepsis

**theranos**
*redefining healthcare*



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608724

Trial Exh. 0159 Page 0089

**SER-882**



# Profiling AML patients for onset of sepsis



**Patient 4**

56

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608725

**SER-883**

Trial Exh. 0159 Page 0090





57

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608726

Trial Exh. 0159 Page 0091

SER-884



# Patient who did not become septic



Patient 6

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608727

Trial Exh. 0159 Page 0092

**SER-885**



# PSA time-points are not effective endpoints:

- Focus on **MOA**

- Measure panels of **mechanism AND disease specific markers** over time to progression against control populations

- Progression as defined as:
  " - Clinical progression, defined as treatment with chemotherapy, radiotherapy or surgery (excluding transurethral resection (TUR) with negative histology) or a new dose of hormone based therapy
  - Requirement for opiate analgesia
  - Objective progression of malignant soft tissue (RECIST Criteria)
  - Death prior to progression "

59

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608728

**SER-886**


theranos
*redefining healthcare*

# Targeting the mechanism ..Not the tumor

- Leverage optimal sampling capabilities (frequency of monitoring and multiplex of markers monitored) to map MOA and through doing so, better map compound efficacy and disease progression

- Whereas previous infrastructure allowed only for isolated time-point measurements, TheranOS allows for protein trend analyses to be mapped in the context of the pathophysiology of a disease on an individual basis, resulting in far more effective analytics when mathematical tools are applied

- 'Maps' are rapidly generated through 4-7 x / week time-points and data analyses which are compared to control populations throughout collection process (as permissible by the study protocol)

60

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608729

**SER-887**



# Theranos 'Optimal Sampling': Prostate Cancer

- Longitudinal time-series measurements of mechanism and disease specific panel

- Multiplexed panels serve as better indicators of disease progression than single proteins alone

- Change in rate of a panel correlates to clinical and surrogate endpoints, not necessarily value of single protein at any isolated time-point

61

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608730

**SER-888**

Trial Exh. 0159 Page 0095



# Approach

Rapidly map correlations through better longitudinal time series measurements across dosed populations and controls

Based on the hypothesized MOA, the following biological activity space would be sampled

- **Biological activity space surrounding Time to event measures (Time to Disease progression and All Cause mortality).**
  - **Included is the advent and spread of bone metastases as a contributor to overall tumor burden and eventual survival**

62

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608731

**SER-889**



Figure 1: Biological Activity Space

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608732

**SER-890**



# Data Integration

- Drug, marker, and data from patient record integrated into single profile to map efficacy and safety against a threshold:

- Combination of multiple parameters serve as better indicators of disease progression



Performance of marker panels

| Table: Positive detection rate of different tests | | | |
|---|---|---|---|
| | PAMP_mab test | PSA test | Combination test |
| Advanced CaP | 50 | 70 | 100 |
| Early stage Cap | 50 | 0 | 50 |
| normal | 0 | 0 | 0 |

Leroy Hood, Institute for Systems Biology

64

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# The Bacon and Eggs Expt
## M30/ M65 Biomarker Qualification
## Establishing Significance in Patients at the 2:1 Signal to Noise Ratio

**Variability in M30 and M65 Pre-dose Levels**
**(5-7 day gap between 2 pre-dose samples)**



**Ongoing Analysis Strategy in Evolution**
**We currently work on the basis that a 2 x Noise i.e 30% increase of drug-treated over basal is significant for M30 and M65**

Jeff Cummings, Gordon Jayson

Ovarian Cancer study –same for other tumours?

65

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608734

Trial Exh. 0159 Page 0099

**SER-892**



# Time series:
## chemosensitive solid tumour and M30 & M65 trends

Ongoing Study
of Testicular Cancer
(40 patients so far)



**PICR/CEP/041**

K Taylor, S De Jong, J Gietma (Groningen)

66

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608735

**SER-893**



# Mapping Efficacy Dynamics Faster and More Accurately than Possible Using a Conventional Lab

- Angiogenesis: (VEGF, VEGFR2, PlGF)

- Apoptosis: (nDNA, M30, M65)

- Bone: (Osteopontin, CTX, nTX, Osteocalcin, PINP, BAP)

- Inflammation: (CRP, IL-6, IL-1b, TNF-a)
  - Safety

67

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608736

**SER-894**

Trial Exh. 0159 Page 0101


*theranos*
*redefining healthcare*

# Case Study – Phase II Application

- Pharmaceutical Company has drug with clear efficacy signals but with dose related safety concern.

- Before moving into Phase III studies, Company has desire to understand correlation between dose and the safety signal.

- Solution:

  - Develop an antibody to the company's drug

  - The drug antibody will be incorporated into the Theranos Cartridge together with markers that are directly linked to the drug's activity.

  - Real-time drug level monitoring after infusion to reduce AE and account for differences in individual metabolism

    - Dose adjustment to maximize efficacy

    - Enable combination therapy

    - Study - Monitor 14 time points in first 48 hours after infusion

    - Drug marker enables dose adjustment based on efficacy and safety

68

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608737

**SER-895**



# Dose Customization



In the first course rapid (within one hour) feedback from Theranos monitor leads to a decision to stop infusion. Drug level drops from toxic to target.

69

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608738

**SER-896**



## Case Study –Label Expansion

- Cancer Drug is Approved as 3rd line therapy resulting in limited target population
- Objective is to get Proof of Concept in other tumor types
  - Publication to add to compendia demonstrating efficacy and safety in earlier lines of treatment
- Solution
  - Utilize Theranos System with Investigator Sponsored Trial in two clinical studies; one with drug utilized as 2nd line therapy and one incorporating adaptive dosing where both proof of activity and alternative dosing can be rapidly evaluated.
    - Compare with trends and/or imaging from pivotal trials

70

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608739

**SER-897**



# Typical time course



71

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608740

Trial Exh. 0159 Page 0105

**SER-898**



# Dose modification at cycle 6



72

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608741

**SER-899**



# Dose modification at cycle 6



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608742

**SER-900**

Trial Exh. 0159 Page 0107

# Dose modification at cycle 6





74

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608743

**SER-901**

Trial Exh. 0159 Page 0108



# Overarching Value Proposition to Pharma

- **Introduction of Theranos system across therapeutic areas to radically optimize Pharma's:**
    - Ability to fast-track growth through integration of dynamic systems designed to complement and enhance the value of Pharma's drugs
    - Ability to rapidly show efficacy and safety of drugs in multiple indications for multiple patient populations in a fraction of the time required today
        - Post-marketing, risk management and pre-approval
    - Ability to extract meaningful correlations from clinical data across pipeline

75

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2608744
**SER-902**

Trial Exh. 0159 Page 0109