|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 21 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>ELIZABETH A. HOLMES,<br><br>    Defendant-Appellant. | No. 22-10312<br><br>D.C. No. 5:18-cr-00258-EJD-1<br>Northern District of California, San Jose<br><br>ORDER |

Appellee's unopposed motion pursuant to 9th Cir. R. 32-2(a) (Docket Entry No. 64) to file an answering brief containing 17,940 words, which exceeds by 3,940 words the type-volume limit set forth in 9th Cir. R. 32-1(a), is granted in this case that involves an extraordinarily lengthy record and a 46-day trial, and in which counsel has shown diligence in streamlining the brief.

The Clerk will file the answering brief submitted at Docket Entry No. 65.

The optional reply brief is due within 21 days of the date of this order.

The motion to transmit exhibit (Docket Entry No. 28) will be addressed by separate order.

                                            FOR THE COURT:

                                            MOLLY C. DWYER<br>
                                            CLERK OF COURT

OSA128