|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 31 2023 |
|  | MOLLY C. DWYER, CLERK  U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

ELIZABETH A. HOLMES,

    Defendant-Appellant.

No. 22-10312

D.C. No. 5:18-cr-00258-EJD-1
Northern District of California,
San Jose

ORDER

Appellant's motion (Docket Entry No. 71) for an extension of time to file the reply brief is granted.

The optional reply brief is due November 13, 2023. To facilitate timely submission of cases for decision, the court is not inclined to grant further motions for extensions of time to file the reply brief. If the reply brief is not filed by November 13, 2023, the case may be submitted on the briefs already on file.

                          FOR THE COURT:

                          MOLLY C. DWYER
                          CLERK OF COURT

OSA146