No. 22-10312

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ELIZABETH A. HOLMES

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:18-CR-258
Hon. Edward J. Davila

---

## FURTHER EXCERPTS OF RECORD

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Ave. S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

# **TABLE OF CONTENTS**

Declaration of Amy Mason Saharia in Support of Ms. Holmes' Renewed Motion To Exclude Certain Doctor Testimony [900] (Aug. 6, 2021) ................................................................ FER-4

    Ex. A. to Saharia Declaration: June 1, 2021 Letter from K. Trefz to J. Schenk. R. Leach, J. Bostic, and K. Volkar [900-1] (Aug. 6, 2021) ................................................................ FER-6

United States' Opposition to Defendants' Motion in Limine To Exclude Evidence and Argument Regarding Third-Party Testing Platforms [666] (Jan. 8, 2021) ................................................ FER-8

United States' Opposition to Defendants' Motion to Dismiss Counts Two and Nine Through Eleven of Superseding Indictment [267] (Jan. 13, 2020) .......................................................... FER-14

Trial Exhibit 281: Letter from S. Burd to E. Holmes re: collaboration between Safeway and Theranos (Mar. 31, 2010) .............................. FER-31

Trial Exhibit 1083: Email from W. Miquelon to E. Holmes, re: partnership between Walgreens and Theranos with attached contract term sheet (Sept. 5, 2013) .................................................. FER-33

Trial Exhibit 3741a: Theranos Testing Menu ........................................ FER-37

Trial Exhibit 4330: Email from E. Holmes to S. Balwani, forwarding email exchange between A. Rosendorff and E. Holmes (Nov. 20, 2014) .......................................................... FER-44

Trial Exhibit 5441: Email from A. Clammer to B. Grossman with attachment (Jan. 29, 2014) .................................................... FER-47

Trial Exhibit 5473B2: Audio Recording of E. Holmes and R. Parloff ............................................................ FER-99

Trial Exhibit 5478A2: Audio Recording of E. Holmes ........................ FER-100

Trial Exhibit 7250: Email from E. Holmes to S. Burd, re: Poor Lab Service (Sept. 12, 2012) .................................................... FER-101

Trial Exhibit 7653: Email from E. Holmes to D. Boies et al., re: meeting between Theranos and outside scientists, with attachment (Mar. 1, 2016) .......................................................... FER-103

Trial Exhibit 10512: Email from J. Mattis to E. Holmes, re: Theranos Scientific Meeting 2/28 (Mar. 1, 2016) ................................................ FER-107

Trial Exhibit 10570: Email from E. Holmes to C. Cullen, re: follow up to call between Theranos and Shering-Plough, with attachments (Nov. 12, 2008) ....................................................................... FER-110

Trial Exhibit 10628: Email from K. Das to S. Balwani, E. Holmes, et al., re: statement to Wall Street Journal (Mar. 31, 2016) .............. FER-168

Trial Exhibit 15039: Email from C. Holmes to E. Holmes, forwarding conversation between E. Holmes and C. Lipset re: Pfizer (June 23, 2015) ....................................................................... FER-169

Trial Exhibit 15041: Email from E. Holmes to D. Lester, re: Theranos/Pfizer opportunities (Aug. 28, 2009) ................................. FER-170

Trial Exhibit 15044: Email from S. DiGiamo to E. Holmes, re: Next Steps/Action Items, with attachment (Nov. 22, 2008) ..................... FER-171

Trial Exhibit 15045: Email from C. Balkenhol to E. Holmes, re: call between C. Balkenhol and C. Cullen (Mar. 3, 2010) ........................ FER-178

Trial Exhibit 15047: Email from H. Sakul to E. Holmes re: Theranos meeting with Pfizer (Oct. 29, 2013) ..................................... FER-179

Trial Exhibit 15048: Email from C. Holmes to M. Sogaard & R. Giurdanella, re: Meeting at JPM - Theranos/Pfizer, with attachment (Jan. 9, 2014) ....................................................................... FER-181

Trial Exhibit 15058: Email from E. Holmes to T. Breuer, re: follow up to GSK meeting, with attachment (Dec. 15, 2009) ........................... FER-213

Trial Exhibit 15066: Email from C. Balkenhol to A. Flynn, re: follow up to Theranos/GSK metabolic study, with attachment (Mar. 3, 2009) ....................................................................... FER-288

1   JOHN D. CLINE (CA State Bar No. 237759)
    50 California Street, Suite 1500
2   San Francisco, CA 94111
    Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3   Email: cline@johndclinelaw.com

4   KEVIN M. DOWNEY (Admitted Pro Hac Vice)
    LANCE A. WADE (Admitted Pro Hac Vice)
5   AMY MASON SAHARIA (Admitted Pro Hac Vice)
    KATHERINE TREFZ (CA State Bar No. 262770)
6   WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
7   Washington, DC 20005
    Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8   Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9   Attorneys for Defendant ELIZABETH A. HOLMES

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14
    UNITED STATES OF AMERICA,            )   Case No. CR-18-00258-EJD
15                                       )
              Plaintiff,                 )   **DECLARATION OF AMY MASON SAHARIA**
16                                       )   **IN SUPPORT OF MS. HOLMES' RENEWED**
         v.                              )   **MOTION TO EXCLUDE CERTAIN DOCTOR**
17                                       )   **TESTIMONY**
    ELIZABETH HOLMES and                 )
18  RAMESH "SUNNY" BALWANI,              )   Hon. Edward J. Davila
                                         )
19            Defendants.                )
                                         )
20                                       )
                                         )
21  _____ )

22

23         I, AMY MASON SAHARIA, declare as follows:

24         1.      I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice*

25  in the above-captioned matter.  I submit this declaration in support of Ms. Holmes' Renewed Motion to

26  Exclude Certain Doctor Testimony ("Motion").  I attest to the following facts upon which the Motion

27  relies.

28  DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED
    MOTION TO EXCLUDE CERTAIN DOCTOR TESTIMONY
    CR-18-00258 EJD

1    2.    Attached to the Motion are four exhibits.  The content of the exhibits are as follows:

2         a.    Exhibit A is a true and correct copy of a June 1, 2021 letter from Katherine Trefz

3    to government counsel.

4         b.    Exhibit B is a true and correct copy of a June 7, 2021 email from Assistant United

5    States Attorney John Bostic to defense counsel.

6         c.    Exhibit C is a true and correct copy of a June 18, 2021 letter from Assistant

7    United States Attorney John Bostic to defense counsel providing Interim Amended Expert Disclosures,

8    redacted to protect personal information.

9         d.    Exhibit D is a true and correct copy of a July 30, 2021 letter from Assistant

10   United States Attorney John Bostic to defense counsel providing final Amended Expert Disclosures,

11   redacted to protect personal information.

12        I declare under penalty of perjury under the laws of the United States that the foregoing is true

13   and correct to the best of my knowledge.

14

15        Executed this 6th day of August, 2021 in Chevy Chase, MD.

16

17

18        AMY MASON SAHARIA
          Attorney for Elizabeth Holmes

19

20

21

22

23

24

25

26

27

28   DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED
     MOTION TO EXCLUDE CERTAIN DOCTOR TESTIMONY
     CR-18-00258 EJD
                                          2

# Exhibit A

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KATHERINE TREFZ
(202) 434-5038
ktrefz@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 1, 2021

<u>Via Email</u>

Mr. Jeffrey Schenk, Esquire
Mr. Robert Leach, Esquire
Mr. John C. Bostic, Esquire
Ms. Kelly Volkar, Esquire
Assistant United States Attorneys
United States Attorney's Office
Northern District of California
150 Almaden Blvd. Suite 900
San Jose, CA 95113

> Re:   United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani
>        <u>No. CR-18-00258-EJD (N.D. Cal.)</u>

Dear Counsel:

Since the government's September 28, 2020 letter updating its Rule 16(a)(1)(G) disclosures, the government has performed additional interviews and produced additional documents related to some of the doctors identified in the disclosure. So that Ms. Holmes can effectively prepare for trial and so that the parties are aligned on what remains to be identified pursuant to pp. 54-56 of the Court's May 22, 2021 Order Re: Motions in Limine (Dkt. No. 798), for those doctors whose patients and patient-specific opinions have been identified since September 28, 2020, please provide an updated disclosure. Please provide this information by June 14, 2021.

Additionally, so that Ms. Holmes can adequately prepare for trial, including investigating particular patient anecdotes and serving subpoenas if necessary, Ms. Holmes requests that the government agree to produce compliant disclosures for all doctors identified in the disclosure by July 30, 2021. Please let us know the government's position on this proposal by June 14, 2021 so that Ms. Holmes can raise it with the Court at the Pretrial Conference.

Sincerely,

Katie Trefz

STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5589
    Fax: (408) 535-5066
    john.bostic@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18-CR-00258 EJD |
| | ) | |
|     Plaintiff, | ) | UNITED STATES' OPPOSITION TO |
| | ) | DEFENDANT'S MOTION IN LIMINE TO |
|     v. | ) | EXCLUDE EVIDENCE AND ARGUMENT |
| | ) | REGARDING THIRD-PARTY TESTING |
| ELIZABETH HOLMES and RAMESH | ) | PLATFORMS [ECF No. 576] |
| "SUNNY" BALWANI, | ) | |
| | ) | Date:   March 23, 2021 |
|     Defendants. | ) | Time:  10:00 a.m. |
| | ) | Court:  Hon. Edward J. Davila |
| | ) | |

## INTRODUCTION & FACTUAL BACKGROUND

Central to the alleged fraud in this case is the fact that Defendant led victims to believe that Theranos had developed a small proprietary analyzer device that could conduct the full range of blood tests using a drop of blood from a finger-stick.  In reality, the majority of Theranos's clinical testing was conducted using analyzers that the company purchased from other manufacturers.  Some of those analyzers were operated by Theranos in the same manner that other clinical labs used them.  For tests run on those devices, Theranos drew larger blood samples from patient's veins and ran standard, FDA-approved assays to arrive at results.

For other third-party analyzers, though, Theranos made modifications to the devices' hardware and software in order to allow them to run tests on finger-stick blood samples that were smaller and more diluted than those machines were designed to handle.  In particular, Theranos replaced internal hardware components in its Siemens ADVIA analyzers, adding a low-volume sample cup designed to work with the company's smaller, pre-diluted samples.  Theranos named this component the 'T-cup," an apparent play on the ADVIA's own "J-cup," which was not optimized for samples as small as the ones Theranos wished to use.  Theranos also modified the software running on the ADVIA machines to enable the analyzers to work with those samples.  It is undisputed that these modifications were not common or standard in the clinical testing industry.  Indeed, Defendant continues to argue that Theranos's practice of modifying third-party devices constituted a valuable trade secret that the company strove to conceal from competitors.

Nor were such modifications expected or accounted for by the companies who manufactured those commercial analyzers.  Commercially available analyzers have some built-in functionality allowing a degree of customization when it comes to testing processes.  The evidence at trial will show, however, that Theranos's changes to these devices went beyond the scope of what manufacturers like Siemens envisioned.  For example, at least one former Theranos employee has informed the government that only authorized Siemens technicians had access to a certain level of internal programing on the analyzer, but that Theranos employees had reprogrammed an analyzer after outside technicians had left access open on the machine, apparently inadvertently.  And as for Theranos's changes to analyzer

hardware, operating manuals for devices like the Siemens ADVIA 1800 make no mention of aftermarket hardware modifications or replacing components for the purpose of testing diluted microsamples.  (*See* Defense Exh. 44).

Defendant's motion expresses concern that the government will argue that Theranos's modifications of third-party analyzers violated industry standards or manufacturer user agreements, or that those modifications were wrong or unethical in and of themselves.  The government presently does not plan to introduce testimony or argument to that effect.  As explained below, however, the jury is entitled to hear about the unusual nature of Theranos's modifications to commercial analyzers because those facts are relevant to a full understanding of Defendant's misrepresentations about Theranos's technology and the effect of those misrepresentations on the targets of the fraud.  Details about the nature of those modifications also help explain why Theranos's tests suffered from problems with accuracy and reliability—issues which deprived patient victims of the benefit of their bargain.  The Court should deny Defendant's motion seeking to exclude such evidence.

For similar reasons, the Court should reject Defendant's suggestion that the jury be blocked from hearing about steps Theranos took to conceal its reliance on modified third-party analyzers.  Those steps perpetuated the fraud against investors and patients.  Evidence showing those steps constitutes an important part of the government's proof at trial.

## ARGUMENT

**I.    Theranos's Aftermarket Modifications of Third-Party Analyzers Are Central to Defendant's Fraud**

Theranos's modifications to third-party devices are relevant for several reasons and critical to the jury's understanding of the fraud.  As an initial matter, the fact and nature of those modifications are part of the story surrounding one of Defendant's most persistent and repeated misrepresentations.  As discussed above, Defendant regularly spoke about Theranos's technology in a way that caused investor and patient victims to believe that the company was conducting all of its clinical testing using its own proprietary analyzer.  That claimed ability by Theranos was obviously material to potential investors attempting to predict the company's impact on the marketplace.  Defendant withheld information from those investors that would have revealed Theranos's use of modified third-party devices.  And because

modification of those analyzers to handle microsamples was an unknown and non-standard use, victims had no basis to suspect that Theranos was using third-party devices to compensate for the shortcomings of its own analyzer. Details about the nature of those modifications are therefore properly admissible to provide context for Defendant's fraudulent statements about the capabilities of Theranos's technology.

Additionally, the jury should be allowed to consider whether Theranos's unusual and non-standard use of third-party analyzers contributed to the accuracy problems experienced by the company's customers. The evidence at trial will show that Theranos's modifications were aimed at allowing the third-party analyzers to measure blood samples that were smaller and more diluted than the machines would be able to handle in their non-modified state. By operating the analyzers under these conditions, however, Theranos increased the likelihood of inaccurate and unreliable results.

Dr. Adam Rosendorff, Theranos's laboratory director during the first year of clinical testing, is expected to testify that the company's practice of diluting microsamples to run on the third-party devices was disadvantageous. According to Dr. Rosendorff, the company's approach diluted samples below the lower level of quantitation (or "LLOQ")—the minimum concentration that would allow the device to reliably measure the amount of analyte present in the sample. Dr. Rosendorff may testify based on his extensive experience as a laboratory director that manufacturers of analyzers calculate a device's LLOQ by using samples of known concentrations, which are then diluted and run on those devices so that results can be measured and errors calculated. *See* Defense Exh. 44 at 23-27 (describing dilution mechanisms present in Siemens ADVIA). These manufacturer tests established the capabilities of an integrated system including the chemistries and hardware used by the analyzer. When Theranos altered the process created by the device manufacturer and introduced additional dilution, they "broke the system," in Dr. Rosendorff's words, by forcing the analyzers to attempt measurements that might be below their LLOQ. Dr. Rosendorff can explain to the jury that this method increased the risk of error in Theranos's tests, since error increases at low analyte concentrations. In addition, to the extent an analyzer has an undesirable bias—a tendency to under-report or over-report the value of an analyte— sample dilution can exacerbate the harmful effect of that bias on the accuracy of test results.[1]

---

[1] The government has given the defense notice of this expected testimony from Dr. Rosendorff,

In an effort to paint Theranos's modifications as something benign and even expected or condoned by the manufacturers of these devices, Defendant cherry picks and misconstrues language from an operating manual and a summary of a witness interview.  In her motion, Defendant points out that the Siemens ADVIA software allows users a certain level of customization, and that the devices are set up to run proprietary tests if needed.  (Mot. at 2.)  As discussed above, though, the manual makes no mention of the kind of modification Theranos performed on the ADVIA machines, and it appears that Theranos was only able to make some of its software modifications using access that a Siemens technician had mistakenly left open on one of the company's devices.  Facts like these, combined with information about the harmful impact of Theranos's modifications on test sensitivity and accuracy, show how Theranos's modifications to commercial analyzers fit into and enabled Defendant's fraud. Defendant's disagreement with the government regarding the significance of these facts is no reason to exclude evidence.  As always, the defense will be free to present its view of the facts at trial through witness examination and attorney argument.  For now, Defendant's self-serving description of Theranos's modifications only highlights the need for the jury to have the full picture.  Indeed, without context regarding the kinds of changes Theranos made to these third-party analyzers, the jury might be confused as to who is responsible for their inaccurate test results.  Such confusion benefits Defendant but would unnecessarily hinder the jury in its role as fact-finder.

## II.      The Court Should Not Exclude Evidence of Defendant's Attempts to Conceal Her Fraud

For the same reasons, the Court should allow the jury to hear about Defendant's attempts to conceal Theranos's modifications from outside technicians sent to Theranos to service third-party analyzers.  At the core of Defendant's fraudulent schemes was the representation that Theranos's technology was ready to replace conventional labs and supply the full range of clinical blood tests using finger-stick samples.  That representation was false in several respects.  In particular, Defendant knew that Theranos's proprietary analyzer could run only a small number of tests, that its analyzer could not handle high-throughput testing, that the company relied on third-party analyzers for many of its tests, and that Theranos's microsample-based approach suffered from accuracy and reliability problems.

and the defense is not seeking to exclude it.

Viewed in the context of Defendant's fraudulent scheme, Theranos's use of modified commercial analyzers is revealed for what it is:  a measure Defendant's company put in place to hide the truth about what its proprietary analyzer could not do.  Revealing the company's dependence on commercial analyzers would have demonstrated the limits of Theranos's own analyzer and exposed Defendant's misrepresentations to victims.  Keeping that information secret concealed Defendant's scheme and made it possible for numerous victims to be defrauded.  Defendant's strategy to hide her fraud should not be withheld from the jury simply because Defendant now characterizes it as trade secret protection.[2]  Questions about Defendant's intent are for the jury to answer based on a complete record.

## CONCLUSION

For the foregoing reasons, the Court should deny Defendant's motion.


DATED:  January 8, 2021                                    Respectfully submitted,

                                                           STEPHANIE M. HINDS
                                                           Attorney for the United States,
                                                           Acting Under Authority Conferred
                                                           By 28 U.S.C. § 515


                                                            _/s/ John C. Bostic_____
                                                           JOHN C. BOSTIC
                                                           JEFF SCHENK
                                                           ROBERT S. LEACH
                                                           VANESSA BAEHR-JONES
                                                           Assistant United States Attorneys

---

[2]  This issue is discussed in greater detail in the government's Opposition to Defendant's Motion to Exclude Evidence of Theranos's Trade Secrets Practices.

1   ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
2   Acting Under Authority Conferred By 28 U.S.C. § 515

3   HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division
4

5   JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
6   VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys
7

8          150 Almaden Boulevard, Suite 900
San Jose, California 95113
9          Telephone: (408) 535-5589
FAX: (408) 535-5066
john.bostic@usdoj.gov
10

11   Attorneys for United States of America

12                   UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15   UNITED STATES OF AMERICA,          )   **CASE NO. 18-CR-00258 EJD**
                                        )
16          Plaintiff,                  )   **UNITED STATES' OPPOSITION TO**
                                        )   **DEFENDANTS' MOTION TO DISMISS**
17      v.                              )   **COUNTS TWO AND NINE THROUGH**
                                        )   **ELEVEN OF SUPERSEDING INDICTMENT**
18   ELIZABETH HOLMES and RAMESH        )   **(ECF NO. 206)**
     "SUNNY" BALWANI,                   )
19                                      )   Date:   February 10, 2020
            Defendants.                 )   Time:   10:00 a.m.
20   _____  )   Court:  Hon Edward J. Davila

21

22

23

24

25

26

27

28

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD

1

**TABLE OF CONTENTS**

2

3   I.     INTRODUCTION ...................................................................................................1

4   II.    BACKGROUND ....................................................................................................2

5          A.    Defendants' Scheme to Defraud Doctors and Patients ..........................2

6          B.    Harm Suffered by Patients as a Result of Defendants' Fraud ...............3

7   III.   ARGUMENT ..........................................................................................................4

8          A.    The Law Does Not Support Dismissal ...................................................4

9          B.    The Indictment Alleges Defendants' Intent to Defraud Patient Victims ...........................5

10         C.    The Indictment Alleges Defendants' Intent to Obtain Money from the Victims
                 of the Fraud ...........................................................................................9

11

12  IV.    CONCLUSION.....................................................................................................13

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# TABLE OF AUTHORITIES

Page(s)

Cases

*Monterey Plaza Hotel Ltd. P'ship v. Local 483 of Hotel Employees & Rest. Employees Union, AFL-CIO,*
   215 F.3d 923 (9th Cir. 2000) ................................................................... 12

*Neder v. United States,*
   527 U.S. 1 (1999) ..................................................................................... 8

*Russell v. United States,*
   369 U.S. 749 (1962) .............................................................................. 4, 5

*United States  v. Cleveland,*
   531 U.S. 12 (2000) ................................................................................. 10

*United States v. Ali,*
   620 F.3d 1062 (9th Cir. 2010) ....................................................... 6, 7, 10

*United States v. Bonallo,*
   858 F.2d 1427 (9th Cir. 1988) ........................................................... 5, 11

*United States v. Bruchhausen,*
   977 F.2d 464 (9th Cir. 1992) ................................................................. 12

*United States v. Buckley,*
   689 F.2d 893 (9th Cir. 1982) ................................................................... 4

*United States v. Cecil,*
   608 F.2d 1294 (9th Cir. 1979) ................................................................. 4

*United States v. Ciccone,*
   219 F.3d 1078 (9th Cir. 2000) ............................................................... 12

*United States v. Crawford,*
   239 F.3d 1086 (9th Cir. 2001) ............................................................... 11

*United States v. Curtis,*
   506 F.2d 985 (10th Cir. 1974) ................................................................. 5

*United States v. Dowie,*
   411 Fed. Appx. 21 (9th Cir. Dec. 2, 2010) ........................................... 10

*United States v. Giese,*
   597 F.2d 1170 (9th Cir. 1979) ............................................................. 4, 5

*United States v. Greenberg,*
   835 F.3d 295 (2d Cir. 2016) .............................................................. 8, 11

*United States v. Harkonen,*
   510 Fed. Appx. 633 (9th Cir. Mar. 4, 2013) ..................................... 7, 12

*United States v. Jinian,*
   725 F.3d 954 (9th Cir. 2013) ................................................................... 5

*United States v. Keith,*
   605 F.2d 462 (9th Cir. 1979) ................................................................... 4

*United States v. Keuylian,*
   23 F. Supp. 3d 1126 (C.D. Cal. 2014) ..................................................... 5

*United States v. Lew,*
   875 F.2d 219 (9th Cir. 1989) ....................................................... 9, 10, 11

*United States v. Lothian,*
   976 F.2d 1257 (9th Cir. 1992) ................................................................. 6

*United States v. McNally,*
   483 U.S. 350 (1987)............................................................................... 10

*United States v. Mitchell,*
   867 F.2d 1232 (9th Cir. 1989) ............................................................... 12

*United States v. Pheaster,*
   544 F.2d 353 (9th Cir. 1976) ................................................................... 4

*United States v. Plache*,
   913 F.2d 1375 (9th Cir. 1990) .................................................................. 6
*United States v. Regent Office Supply Co.*,
   421 F.2d 1174 (2d Cir. 1970) .................................................................. 7
*United States v. Rogers*,
   321 F.3d 1226 (9th Cir. 2003) .................................................................. 6
*United States v. Sadler*,
   750 F.3d 585 (6th Cir. 2014) .................................................................. 7
*United States v. Shellef*,
   507 F.3d 82 (2d Cir. 2007) .................................................................. 7
*United States v. Takhalov*,
   827 F.3d 1307 (11th Cir. 2016) .................................................................. 7
*United States v. Utz*,
   886 F.2d 1148 (9th Cir. 1989) .............................................................. 8, 12
*United States v. Woods*,
   335 F.3d 993 (9th Cir. 2003) .................................................................. 6

Statutes

18 U.S.C. § 371 .................................................................................................. 5
18 U.S.C. § 1343 ............................................................................................... 5
18 U.S.C. § 1344 ............................................................................................. 11
28 U.S.C. § 515 ........................................................................................... 1, 13

**I.     INTRODUCTION**

This case involves two defendants who committed fraud in connection with Theranos, a blood-testing company that they built and operated.  Defendants' fraud centered on misleading the public regarding the capabilities of Theranos's technology.  Defendants represented that their technology produced accurate and reliable results.  In reality, Defendants knew that their devices frequently yielded inaccurate results, rendering their tests unreliable.  As a result of Defendants' misrepresentations on this topic and several others, investors lost hundreds of millions of dollars.

There is a second group of victims in this case, however, and it numbers into the thousands. When Defendants marketed their blood testing services to doctors and patients, they knew they were offering a product that was not what it appeared to be.  Although they held out Theranos's tests as suitable for use in patient care, they were aware that the tests were not reliable enough for medical decision-making.  As a result of this fraud, thousands of patients received unreliable blood tests, depriving them of money or property, placing their health at risk and, in many cases, causing actual harm.  With the instant motion, Defendants ask the Court to ignore all of these victims and limit this case to the fraud targeting investors.  That motion should be denied for at least three reasons.

First, the Indictment in this case meets constitutional standards in pleading the fraud against doctors and patients.  Those standards do not require a charging document to allege every detail that will be presented at trial, but instead provide that indictments should be read as a whole, including implied facts, and with the benefit of common sense.

Second, the fraud alleged in the Indictment goes to the core of the bargain between Theranos and its customers.  The medical tests offered by Theranos had essentially no value if they could not be relied upon, and Defendants' decision to market those unreliable tests is the definition of intent to defraud.

Third, the Indictment alleges that Defendants intended to deprive their victims of property—specifically, the money that Theranos's customers would pay for testing services.  The fact that not every victim paid directly for a Theranos test does not affect the viability of this charge.

The Court should deny Defendants' motion to dismiss in its entirety.

//

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD                                     1

## II.   BACKGROUND

### A.   Defendants' Scheme to Defraud Doctors and Patients

As alleged in the Indictment, Theranos operated in "stealth mode" for the first ten years of its existence.  Beginning in approximately 2013, however, Defendants began to promote the company and its technology.  One of Defendants' goals was to attract investment.  The other key goal was to promote Theranos's services to the doctors and patients who made up the company's potential customers once it started offering blood testing in September of that year.

In order to attract those customers and induce them to pay for Theranos's services, Defendants explicitly and implicitly represented that their tests were accurate and reliable in addition to being faster and cheaper than the competition.  (See Indictment, ECF No. 39, at ¶¶ 14-16).  For instance, Theranos's public website touted the company's purported ability to conduct tests using tiny blood samples, and expressly stated that its lab could perform tests "quickly and accurately on samples as small as a single drop."  (*Id.* at ¶ 9).

In truth, Defendants knew that Theranos's technology suffered from recurring problems, and was not capable of consistently producing accurate and reliable results—in particular for certain analytes including calcium, chloride, potassium, sodium, and bicarbonate (each of which is relevant to the diagnosis of a variety of medical conditions), as well as HIV (the life-threatening autoimmune disease), Hba1C (indicative of the presence and severity of diabetes), and hCG (a hormone associated with pregnancy).  (*Id.* at ¶ 16).  Holmes and Balwani knew that the medical reports they were providing to patients contained or were likely to contain:  (1) inaccurate and unreliable results; (2) improperly adjusted reference ranges defining a normal or healthy result for a given test; (3) improperly removed "critical" results, i.e., results suggesting that a patient needed medical attention; and (4) results generated from improperly validated assays, further decreasing the reliability of those tests.  (*Id.* at ¶ 17).

When Arizona's Attorney General filed a lawsuit against Theranos alleging that its advertisements misrepresented the accuracy and reliability of its blood testing, Theranos entered into a settlement under which it refunded tens of thousands of patients the money they had paid for the company's testing services.[1]  By that time, the company had already voided years of results previously

---

[1]  See Arizona Attorney General's Office Press Release (https://www.azag.gov/press-releases/ag-

1    provided to patients based on tests run on its proprietary analyzer.[2]

2       **B.    Harm Suffered by Patients as a Result of Defendants' Fraud**

3          The government is not required to plead or prove that every Theranos patient suffered harm in

4    order to sustain a conviction, let alone survive a motion to dismiss the indictment.  But when Defendants

5    put their fraudulent scheme into action, they placed patients' health at risk, and the evidence showing

6    that they ignored potential and actual patient harm will be integral proof of their intent to defraud.  It

7    goes without saying that, when a company provides unreliable medical testing services, severe patient

8    harm is an inevitable result.  Many of the patients interviewed by the government were affected in

9    serious ways by the inaccurate and unreliable tests they received from Theranos.

10         For example, one patient received a lab report from Theranos stating that he was HIV positive.

11   Experiencing shock and depression as a result of that life-changing diagnosis, he was planning to seek a

12   confirmatory test from another lab when a Theranos representative called him and discouraged him from

13   obtaining a second opinion, vouching for the reliability of the Theranos result.  After living with this

14   diagnosis for several days, that patient learned that the Theranos test had been inaccurate and that he was

15   healthy after all.

16         Defendants were also aware that the company was having problems with the accuracy of its hCG

17   (human chorionic gonadotrophin) test—used by doctors to determine whether a patient is pregnant.  The

18   government has interviewed multiple individuals who were traumatized or placed in medical danger as a

19   result of inaccurate hCG tests from Theranos.  One patient, who had been trying unsuccessfully to have

20   a child for a long time, became pregnant only to receive a Theranos blood test during the early stages of

21   her pregnancy indicating that she was miscarrying.  After being forced to live through the heartbreak

22   caused by that news, she obtained a test result from a conventional lab showing that, thankfully, her

23   pregnancy was still viable.  Another patient received a Theranos test result indicating that she was not

24   pregnant.  In reality, she was currently experiencing an ectopic pregnancy that would have threatened

25   her life had a test from another lab not revealed its presence.

26

27   ───────────────
     brnovich-obtains-465-million-arizonans-who-purchased-theranos-blood-tests).

28       [2]  See "Theranos Has Thrown Out Two Years of Blood-Test Results," Fortune (May 19, 2016)
     (https://fortune.com/2016/05/19/theranos-void-edison-results/)

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD                                3

1    The evidence at trial will show that these patients, along with many others, were intended targets

2    of Defendants' scheme to defraud.  Their experiences with Theranos are evidence of the inaccuracy of

3    the tests and of Defendants' knowledge of their technology's lack of reliability.  That does not mean,

4    though, that such evidence needs to be described in the charging document.  The Indictment adequately

5    alleges the existence of Defendants' fraudulent scheme under the standards discussed below.

6    **III.    ARGUMENT**

7        **A.    The Law Does Not Support Dismissal**

8        The main purposes of an indictment are (1) to contain the elements of the offense intended to be

9    charged and sufficiently apprise the defendant of what he or she must be prepared to meet; and (2) in

10   case any similar charges are later filed against the defendant, to allow the defendant to argue double

11   jeopardy.  *Russell v. United States*, 369 U.S. 749, 763 (1962).  Although an indictment should also be

12   detailed enough to allow a court to determine its sufficiency, the Ninth Circuit considers this a

13   "corollary purpose" of the document typically considered after trial, "when the theory on which the

14   Government has obtained a conviction is clear."  *United States v. Buckley*, 689 F.2d 893, 896 n.3 (9th

15   Cir. 1982).  At the pretrial stage, the indictment is usually deemed sufficient if it satisfies the two

16   objectives above.  *Id.*  It is well established that "an indictment need not be drafted in the most precise

17   form possible."  *United States v. Pheaster*, 544 F.2d 353, 361 (9th Cir. 1976).

18       An indictment "is not to be read in a technical manner, but it is to be construed according to

19   common sense with an appreciation of existing realities."  *United States v. Giese*, 597 F.2d 1170, 1178

20   (9th Cir. 1979) (quotation omitted).  Additionally, an indictment should be "read as a whole" and "read

21   to include facts which are necessarily implied."  *Buckley*, 689 F.2d at 899.

22       Courts applying these standards will not dismiss indictments or reverse convictions except in

23   extreme cases.  *See, e.g.*, *Russell*, 369 U.S. at 753-55 (reversing conviction under statute criminalizing

24   refusal to answer question from congressional subcommittee where indictment failed to specify topic

25   under inquiry in proceedings); *United States v. Keith*, 605 F.2d 462 (9th Cir. 1979) (indictment charging

26   defendant with involuntary manslaughter failed to allege correct mental state required under that

27   statute); *United States v. Cecil*, 608 F.2d 1294, 1296-97 (9th Cir. 1979) ("barren" indictment charged

28   eleven defendants with drug conspiracy but only tracked statutory language and gave superficial details

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD                                              4

1    about conspiracy, i.e., its location and objective); *United States v. Curtis*, 506 F.2d 985, 992 (10th Cir.

2    1974) (fraud indictment pleaded "little more than the statutory language without any fair indication of

3    the nature or character of the scheme" or the misrepresentations that were part of it); *United States v.*

4    *Keuylian*, 23 F. Supp. 3d 1126, 1128 (C.D. Cal. 2014) (dismissing indictment that adopted statutory

5    fraud language but "fail[ed] to describe any act of deception committed by [the defendant]").

6          The Supreme Court considers it a beneficial development in criminal law that it has "upheld

7    many convictions in the face of questions concerning the sufficiency of the charging papers" and that

8    convictions are no longer reversed because of deficiencies that do not prejudice the accused.  *Russell*,

9    369 U.S. at 763-64.

10         An indictment charging conspiracy satisfies the applicable standards above if it alleges the three

11   elements which are the "gist of the offense."  *Giese*, 597 F.2d at 1177.[3]  Such an indictment need not

12   "allege with technical precision all the elements essential to the commission of the offense which is the

13   object of the conspiracy."  *Id.* at 1178.

14         The wire fraud statute criminalizes the use of the wires by an individual "having devised or

15   intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of

16   false or fraudulent pretenses, representations, or promises."  18 U.S.C. § 1343.  The elements of wire

17   fraud are:  (1) the existence of a scheme to defraud; (2) the use of wire, radio, or television to further the

18   scheme; and (3) a specific intent to defraud.  *United States v. Jinian*, 725 F.3d 954, 960 (9th Cir. 2013).

19   The Ninth Circuit recognizes that the fraud statute "reaches a wide range of fraudulent activity."  *United*

20   *States v. Bonallo*, 858 F.2d 1427, 1433 (9th Cir. 1988); *see also* Rakoff, *The Federal Mail Fraud*

21   *Statute*, 18 Duquesne L.Rev. 772-73 (1980) (mail fraud statute has been characterized as the "'first line

22   of defense' against virtually every new area of fraud to develop in the United States in the past

23   century….").

24         **B.      The Indictment Alleges Defendants' Intent to Defraud Patient Victims**

25         The Indictment in this case clearly alleges that Holmes and Balwani, "through advertisements

26   and solicitations, encouraged and induced doctors and patients to use Theranos's blood testing

27

28          [3]  Addressing charge under 18 U.S.C. § 371.

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD                                5

1   laboratory services." (Indictment at ¶ 14). Defendants' scheme to defraud included "soliciting,

2   encouraging, or otherwise inducing doctors to refer and patients to pay for and use its laboratory and

3   blood testing services under the false and fraudulent pretense that Theranos technology produced

4   reliable and accurate blood test results." (*Id.* at ¶ 22).

5       Defendants attempt to escape the allegations against them by misreading the Indictment and

6   misinterpreting the applicable case law. Remarkably, Defendants' motion argues that the Indictment

7   must be dismissed because there is no allegation that deceived patients "did not get what they paid for."

8   (Mot. at 6). In other words, Defendants assert that their misrepresentations about the accuracy and

9   reliability of Theranos's tests did not go to an essential element of the bargain between them and their

10  customers. Defendants are incorrect.

11      The key question, as Defendants admit, is whether the charging document alleges their intent to

12  defraud. "It is settled law that intent to defraud may be established by circumstantial evidence." *United*

13  *States v. Rogers*, 321 F.3d 1226, 1230 (9th Cir. 2003). That intent may be inferred from

14  misrepresentations made by a defendant, *see United States v. Lothian*, 976 F.2d 1257, 1267-68 (9th Cir.

15  1992), and the scheme itself may be probative circumstantial evidence of an intent to defraud. *United*

16  *States v. Plache*, 913 F.2d 1375, 1381 (9th Cir. 1990).

17      Defendants accuse the Indictment of failing to allege misrepresentations because it states that

18  Defendants claimed their tests were accurate and reliable even though Theranos "was not capable of

19  *consistently* producing accurate and reliable results." (Indictment at ¶¶ 15-16) (emphasis added).

20  Defendants seem to argue that their alleged representations were not false because, even under the

21  Indictment's allegations, *some* of Theranos's test results may have been accurate. But the existence of

22  some accurate test results does not create a loophole in the charges. A scheme's fraudulent nature is

23  measured by a "non-technical" standard under which representations are viewed as fraudulent if they are

24  "misleading or deceptive" and need not be "literally false." *United States v. Woods*, 335 F.3d 993, 998

25  (9th Cir. 2003) (quotation omitted). Thus, Defendants cannot prevail based on an overly technical

26  reading of the misrepresentations alleged in the Indictment. Indeed, the government is not required to

27  prove that patients heard any particular misrepresentation, and the Ninth Circuit has upheld wire fraud

28  convictions even where no false statements were made directly to victims. *See, e.g.*, *United States v. Ali*,

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD                              6

1  620 F.3d 1062 (9th Cir. 2010). It was no barrier to conviction in that case that the defendants may not

2  have made false statements directly to Microsoft, the owner of the software defendants fraudulently

3  obtained, because a specific false statement was not required under a scheme-to-defraud theory. *Id.* at

4  1070-71. As that court observed, "there are alternative routes to a mail fraud conviction, one being

5  proof of a scheme or artifice to defraud." *Id.*

6        In this case, Defendants engaged in a scheme to defraud whereby they used explicit and implicit

7  representations to convince doctors and patients that Theranos's tests was accurate and reliable, inducing

8  customers to pay for Theranos's services. *See, e.g.*, *United States v. Harkonen*, 510 Fed. Appx. 633,

9  635-36 (9th Cir. Mar. 4, 2013) (defendant convicted for issuing a fraudulent medical press release

10  regarding a pharmaceutical product targeted at potential customers). Because Theranos's reports to

11  patients contained or were likely to contain inaccurate results, they were unreliable. The prevalence of

12  inaccurate results in Theranos's tests rendered all Theranos results unreliable, as they could not be

13  trusted to convey correct information. And unreliable medical test results are worthless because they

14  cannot provide a sound basis for medical treatment decisions. Indeed, Theranos voided years of results

15  from its proprietary analyzer and refunded test fees to tens of thousands of patients after its

16  misrepresentations were exposed. But Holmes and Balwani knew of the flaws in Theranos's technology

17  from the beginning. In misrepresenting the ability of their technology to produce accurate and reliable

18  results—and by holding out their services for use in clinical settings—Defendants intended that patients

19  would pay for testing that was not actually suitable for patients' medical needs because it could not be

20  relied upon. This kind of deception goes straight to the heart of "the value of the bargain" struck

21  between Theranos and its customers. *See United States v. Takhalov*, 827 F.3d 1307, 1312-14 (11th Cir.

22  2016). It strains logic to argue otherwise. In sum, the nature of Defendants' misrepresentations places

23  their scheme to defraud squarely within the scope of the wire fraud statute.[4]

24  _____

[4] Thus, these facts bear little relation to the cases cited by Defendants in which a party was tricked into
25  engaging in what the defendant intended to be a fair transaction. *See, e.g.*, *United States v. Takhalov*,
827 F.3d 1307 (11th Cir. 2016) (defendants' actions in tricking customers into entering bar could not
26  form the basis of fraud conviction if transactions inside bar were fair); *United States v. Sadler*, 750 F.3d
585, 590 (6th Cir. 2014) (defendant lied to pharmaceutical distributors and concealed her identity to
27  obtain product, but paid full price and so did not defraud the distributors); *United States v. Regent Office
Supply Co.*, 421 F.2d 1174, 1180 (2d Cir. 1970) (no evidence that company agents made any false
28  representations regarding the quality or price of their merchandise); *United States v. Shellef*, 507 F.3d

1    Still, Defendants contend that the Indictment is deficient because it does not allege that any

2    patient *actually received* an inaccurate result from a Theranos test.  (Mot. at 1, 6).  First, this assertion is

3    simply incorrect.  The Indictment alleges that tests performed on Theranos technology "contained or

4    were likely to contain… inaccurate and unreliable results."  (Indictment at ¶ 17(C)).  A common-sense

5    reading of this allegation unavoidably leads to the inference that, over the course of providing test

6    results to thousands of people, Theranos gave many patients test results that were inaccurate.  The

7    government's investigation has confirmed that fact.

8    Second, and more important, Defendants' argument improperly shifts the inquiry away from the

9    *nature of the scheme* to defraud and focuses instead on its actual effect.  But while evidence of patient

10   harm is undoubtedly relevant to proving Defendants' intent, the government is not required to plead or

11   prove that the charged fraudulent scheme was ever completed.  Instead, it is enough that the government

12   charge "either that the victim was actually deprived of money or property *or* that the defendant intended

13   to defraud the victim of the same."  *United States v. Utz*, 886 F.2d 1148, 1151 (9th Cir. 1989) (emphasis

14   in original).  "A scheme to defraud, whether successful or not, remains within the purview of section

15   1341."  *Id.*  Because the federal fraud statutes criminalize the "scheme to defraud," the common-law

16   requirements of reliance and damages have no relevance to these offenses.  *Neder v. United States*, 527

17   U.S. 1, 24-25 (1999).  "The gravamen of the offense is the scheme to defraud."  *United States v.*

18   *Greenberg*, 835 F.3d 295, 305 (2d Cir. 2016) (quotation omitted).  The government "need not prove that

19   the victims of the fraud were *actually* injured," "only that defendants *contemplated* some actual harm or

20   injury to their victims."  *Id.* at 305-06 (quotation omitted) (emphasis in original).

21   In this case, the victims' potential and actual harm is critical evidence of Defendants' deceptive

22   intent.  But the fact that the government may use such evidence at trial does not alter the pleading

23   requirements.  Read as a whole with the benefit of common sense, the Indictment clearly alleges that

24   Defendants intended to defraud Theranos's patients by obtaining their money in exchange for testing

25   services that were not what Defendants represented them to be.  The Indictment is therefore

26   constitutionally sufficient, and Defendant's motion should be denied to the extent it argues failure to

27

28   82, 107-09 (2d Cir. 2007) (defendant deceived victim company into selling product it otherwise would
     not have sold, but company obtained fair value).

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD                    8

1    allege intent to defraud.

2    **C.    The Indictment Alleges Defendants' Intent to Obtain Money**
         **from the Victims of the Fraud**

3

4         The Indictment alleges that Holmes and Balwani "held Theranos's blood tests out to individuals

5    as accurate and reliable," and made representations to individuals "to induce individuals to purchase

6    Theranos's blood tests."  (Indictment at ¶ 17).  As a result of the scheme, "many hundreds of patients

7    paid, or caused their medical insurance companies to pay, Theranos, or Walgreens acting on behalf of

8    Theranos, for blood tests and test results."  (*Id.* at ¶ 15).  Nevertheless, Defendants argue that the

9    Indictment fails to allege that Defendants intended to obtain money from the victims described in the

10   Indictment.  Specifically, Defendants contend that portions of the Indictment should be dismissed

11   because some victims did not pay Theranos directly.  Defendants rely on the proposition that a criminal

12   fraud must involve the intent to obtain money or property from the one who is deceived.  (Mot. at 3)

13   (citing *United States v. Lew*, 875 F.2d 219 (9th Cir. 1989)).  Because the Indictment in this case alleges

14   just such a scheme, the Court should deny Defendants' motion on this ground.

15         As an initial matter, Defendants do not actually follow through on their claim that the Indictment

16   does not allege a scheme to obtain money from victims.  At best, they argue that there was no scheme to

17   defraud *some* of the victims referenced in the Indictment.  Defendants apparently concede that this

18   argument does not apply to any patients who paid directly for the testing services they obtained from

19   Theranos.  Accordingly, Defendant's motion cannot seek dismissal of any complete counts in the

20   Indictment on these grounds.  Their argument is limited to (1) doctors and (2) patients whose Theranos

21   tests were covered by medical insurance.  But even if some victims did not pay Theranos directly, the

22   Indictment still properly alleges Defendants' scheme to defraud all of Theranos's customers.

23         The rule stated in *Lew*—that a fraud scheme must be directed at obtaining money from the victim

24   who is deceived—is not as rigid as Defendants would hope, and that case is distinguishable on its facts.

25   In *Lew*, an attorney was convicted of mail fraud after lying to the Department of Labor regarding the

26   employment status of immigrants.  *Lew*, 875 F.2d at 220.  The defendant in that case, however, did not

27   obtain money or property from the government who had been deceived—only from his clients, and there

28   was no evidence that the defendant ever deceived them.  *Id.* at 221.  The Ninth Circuit concluded that

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD                                    9

1   this was a problem in light of the holding in *United States v. McNally*, 483 U.S. 350, 356 (1987).  In

2   dicta, the Ninth Circuit interpreted *McNally* to hold that a fraudster's intent must be to obtain money or

3   property from the one who is deceived.  *Lew*, 875 F.2d at 221.  In particular, the court in *Lew* took issue

4   with a jury instruction in that case stating that the charged scheme was "to make false statements to the

5   United States for the purpose of obtaining money from defendant's clients"—an instruction that

6   "permitted conviction for conduct not within the reach" of the statute.  *Id.* at 221-22; *see also United*

7   *States v. Cleveland*, 531 U.S. 12, 15 (2000) (To qualify as property, "the thing obtained must be

8   property in the hands of the victim.").  Here, Defendants are charged with a scheme to deceive

9   Theranos's customers in order to deprive those same individuals of money or property.  There will be no

10  need for a jury instruction inconsistent with the holding in *Lew*.

11          Additionally, the Supreme Court acknowledges that the phrase "scheme or artifice to defraud"

12  should be "interpreted broadly insofar as property rights are concerned."  *McNally*, 483 U.S. at 356.  The

13  Ninth Circuit has taken a flexible approach to assessing the connection between the target of a fraud and

14  the property sought by the fraudster.  In *Ali*, discussed above, the Ninth Circuit upheld a wire fraud

15  conviction despite the fact that no false statements were made to the victim and the property obtained by

16  the defendants did not come directly from the victim but rather through third party distributors.  *United*

17  *States v. Ali*, 620 F.3d 1062 (9th Cir. 2010).  As that court noted, the victim of the fraud was Microsoft

18  even though the defendants acquired the property at issue—Microsoft's software—from third party

19  distributors.  *Id.* at 1067-68.  And the defendants in that case need not have to make a misrepresentation

20  directly to Microsoft to be guilty of wire fraud because the government was not required to prove any

21  particular false statement under a scheme-to-defraud theory.  *Id.* at 1070-71.

22          The Ninth Circuit similarly held in *Dowie* that the deprivation of money or property as a result of

23  a fraud may be accomplished "indirectly."  *United States v. Dowie*, 411 Fed. Appx. 21, 28 (9th Cir. Dec.

24  2, 2010).  The defendant in that case, found guilty of defrauding the Los Angeles County Department of

25  Water and Power, could not undo his conviction based on the fact that he actually received payment

26  from the City of Los Angeles, "a separate entity from DWP, which was the deceived party."  *Id.* at 27-

27  28.  Key to that decision was the lack of evidence that the defendant had sought to obtain money from

28  the city rather than from the DWP.  *Id.* at 28.

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD                                10

In another case, a defendant was convicted after engaging in a scheme to defraud a bank[5] and challenged his conviction by arguing that the victims of the misrepresentation were actually the bank's customers whose accounts were falsely charged and not the bank itself.  *United States v. Bonallo*, 858 F.2d 1427, 1434 n.9 (9th Cir. 1988).  The Ninth Circuit rejected that argument because banks commonly reimburse the accounts of wrongly charged customers, so the defendant was ultimately harming the bank.  *Id.*  Thus, the Ninth Circuit concluded, the misrepresentation in that case was directed toward the bank, "and possibly toward the customers as well."  *Id.*  Notably, the Ninth Circuit in *Lew* confirmed that *Bonallo* remains a valid interpretation of the requirements for a fraud conviction.  *See Lew*, 875 F.2d at 221-22 (despite the indirect nature of the monetary loss in *Bonallo*, the fraud in that case still included the intent to obtain money or property from the victim of the deceit).[6]

In fact, the Ninth Circuit has held that a fraud conviction does not even require the government to prove the identity of the fraud victim or the victim's ownership of the property obtained by the fraudster.  *See United States v. Crawford*, 239 F.3d 1086, 1092-93 (9th Cir. 2001) (defendant who defrauded university in order to obtain a valuable piece of artwork could not obtain reversal because government failed to prove the victim owned the property as long as the defendant knew she was not entitled to it).  Such a holding is incompatible with Defendants' theory that fraud has occurred only if the defendant has actually obtained property directly from the victim.  Rather, it is the nature of the scheme to defraud and the defendant's intent that controls.

In this case, Defendants devised a scheme to defraud doctors and patients by misrepresenting the accuracy and reliability of Theranos's blood tests.  Defendants' intent was to collect customers' money while providing them with blood testing services that were of little to no value due to their lack of accuracy and reliability.  It does not matter that, after successfully attracting patients to use their services, some of those patients ended up having health insurance that paid for their blood tests.

---

[5]  The statute at issue in that case, 18 U.S.C. § 1344, has the same structure as the wire fraud statute charged here.

[6]  Other circuits have rejected outright the requirement that there be "convergence" between the fraud and the property at issue.  *See, e.g.*, *United States v. Greenberg*, 835 F.3d 295, 306 (2d Cir. 2016) ("wire fraud does not require convergence between the parties intended to be deceived and those whose property is sought in a fraudulent scheme," and collecting cases from First, Fifth, Seventh, and Eighth Circuits holding same).

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD                                11

1   Defendants targeted their misrepresentations and false pretenses at patients because their intent was to

2   separate those individuals from their money, and it is Defendants' intent that controls the analysis here.

3   *See Utz*, 886 F.2d at 1151.  Accordingly, Defendants cannot win dismissal based on the fact that

4   Theranos received some money from medical insurance providers.  Their argument on this point also

5   ignores the fact that patients with health insurance are required to pay premiums for that coverage.  That

6   means that the money health insurance companies use to pay medical service providers is ultimately

7   derived from, and indirectly reimbursed by, the covered patients.  An indirect connection between the

8   victims of the fraud and the funds obtained by the fraudster is acceptable under the case law discussed

9   above.[7]

10          Defendants are similarly misguided in their attempt to dismiss portions of the Indictment based

11   on the claim that Theranos never obtained property from any doctors.  The Court should reject this

12   conclusory factual argument, declining the defense's invitation to prejudge the evidence.  Moreover,

13   there is support in the case law for the proposition that doctors can be victims of this species of fraud.  In

14   *Harkonen*, the defendant was convicted of wire fraud after issuing a press release containing false

15   information about a recent trial of a pharmaceutical product.  *Harkonen*, 510 Fed. Appx. at 635-36.  On

16   appeal, the Ninth Circuit concluded that the jury found the press release fraudulent even if it was not

17   "literally false," and further held that the press release was material because it was "capable of

18   influencing the decision of *doctors to prescribe*, or *patients to seek*, prescriptions of [the product]."  *Id.*

19   at 636 (emphasis added).

20          Separately, misrepresentations to doctors are relevant to the scheme to the extent Defendants

21   intended doctors to pass along fraudulent information to their patients in recommending Theranos.  The

22   case law makes it clear that a scheme to defraud can encompass more than misleading statements made

23   by a defendant directly to a victim.  *See, e.g.*, *United States v. Ciccone*, 219 F.3d 1078, 1084 (9th Cir.

24

25          [7]  Because this case involves a scheme to obtain money from victims, it is nothing like the cases
26   cited by Defendants where the item gained by the fraudster or lost by the victim did not qualify as actual
    property.  *See, e.g.*, *United States v. Bruchhausen*, 977 F.2d 464, 467-68 (9th Cir. 1992) (manufacturers'
27   interest in products not being shipped to Soviet Bloc was not property); *United States v. Mitchell*, 867
    F.2d 1232, 1234 (9th Cir. 1989) (citizens' intangible right to "good government" was not property);
28   *Monterey Plaza Hotel Ltd. P'ship v. Local 483 of Hotel Employees & Rest. Employees Union, AFL-CIO*,
    215 F.3d 923, 926 (9th Cir. 2000) (hotel's goodwill was not property defendant sought to obtain).

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD                              12

1  2000) (defendant's wire fraud conviction would stand even if he himself had not made the fraudulent

2  calls to victims, as he devised the scheme and was the source of misleading information).

3       Accordingly, the Court should reject Defendants' arguments about the property interest at issue

4  in this case.

5  **IV.    CONCLUSION**

6       Defendants' motion to dismiss asks the Court to immunize them from a fraudulent scheme that

7  targeted and impacted thousands of vulnerable victims.  For the foregoing reasons, the Court should

8  deny Defendants' motion in its entirety.

9

10

11  DATED:  January 13, 2020          Respectfully submitted,

12              ADAM A. REEVES

13              Attorney for the United States
Acting Under Authority Conferred

14              by 28 U.S.C. § 515

15                _/s/_ _____

16              JEFF SCHENK
JOHN C. BOSTIC

17              ROBERT S. LEACH
VANESSA BAEHR-JONES

18              Assistant United States Attorneys

19

20

21

22

23

24

25

26

27

28

GOVT. OPP TO MOT TO DISMISS PATIENT COUNTS
18-CR-00258 EJD         13

**Steven A. Burd**
Chairman, President and
Chief Executive Officer



March 31, 2010

Ms. Elizabeth Holmes
President and CEO
Theranos Inc.
3200 Hillview Avenue
Palo Alto, CA 94304

Dear Elizabeth:

I enjoyed our meeting last week, and was impressed with the capabilities of the Theranos blood analyzer. I would like to work toward an arrangement where Safeway helps Theranos launch the blood analyzer into broad circulation. In return, Safeway secures exclusive retail rights for a finite period of time. Here is what I have in mind.

- First, we will arrange a meeting between you and UCSF (under a CDA) so that they can verify that the blood analyzer can perform at least 85% of the blood work done by a standard retail lab today. UCSF will assess the early-stage cancer detection capabilities of the analyzer.

- Next, assuming UCSF confirms the capabilities discussed in our meeting, Safeway would deploy the Theranos blood analyzer in 150 pharmacies in our Northern California (NorCal) division. Once the analyzer is in place and staff is property trained, we would run a 90-day test to determine its marketability to consumers. This test will confirm if there is sufficient demand for the analyzer at an attractive price point for the consumer, Safeway and Theranos. During this 90-day period, Theranos will agree to not market this product to other retailers.

- Assuming we achieve a successful result in the NorCal test, we will roll out the Theranos blood analyzer to all of our U.S. pharmacies (1,134 in 22 states). You would grant Safeway a one-year exclusive for all retail stores in this geography.

Safeway Inc.
5918 Stoneridge Mall Road
Pleasanton, CA 94588-3229

CONFIDENTIAL

SWYSEC_000000084

Trial Exh. 0281 Page 0001

**FER-31**

Ms. Elizabeth Holmes
Page 2


- Finally (and simultaneously with the rollout to all our U.S. pharmacies), we would begin developing through the Blackhawk Network a nationwide network of pharmacies deploying the Theranos blood analyzer that would be comparable to, or exceed, the geographic scope of any of the major national drug chains. This would potentially put the blood analyzer in thousands of pharmacies nationwide. If we are able to build this network, during the 12 month Safeway exclusive, Theranos would grant Safeway and its network partners an additional period of exclusivity to be negotiated for all retail stores nationwide.

Please give me a call when you would like to discuss this concept further.

Sincerely,

Stan A. Burd

Steven A. Burd
Chairman, President and
Chief Executive Officer

CONFIDENTIAL

SWYSEC_000000085

Message

| | |
|---|---|
| **From**: | Miquelon, Wade [wade.miquelon@walgreens.com] |
| **Sent**: | 9/5/2013 6:12:43 PM |
| **To**: | Elizabeth Holmes [eholmes@theranos.com] |
| **Subject**: | Partner framework |

Elizabeth.

Great talking to you.    Attached is the conceptual framework I shared last night.    Take a look and let me know your ideas of how you might modify, etc.

Let's connect on this soon.    Best


Wade

Confidential Treatment Requested by Walgreen Co.

WAG-TH-00000677

THERANOS – WALGREENS
CONTRACT AMENDMENT TERM SHEET

As we contemplate our joint future potential and as we move closer to pilot launch, we believe there is an opportunity to revise terms in the agreement that would strengthen our partnership and insure greater success for both companies.

I.     **Scale Timeline & Volume/Space Commitments**-          After completion of the pilot, subject to Theranos having received necessary approvals to operate laboratories in the selected markets, Walgreens is willing to commit to developing Theranos lab services at 1,500 locations within the first 12 months after the start of rollout with an additional 1,500 locations in the following 12 months.  We feel 3,000 is the proper number for initial scale as this will give Theranos access to more locations than either of the two major lab providers.  The mix of stores will give Theranos nationwide geo-access that is superior to the existing lab providers within 2 years of launch.

We see three categories of stores/style of build out:

A.  Gold –     The "Gold" option will have dedicated space to Theranos lab services and a bathroom that would be adjacent to or in close proximity to the dedicated space.

B.  Silver -    The "Silver" option will have a private room that will be available for sample collection.  An existing bathroom will also be available for use for collection services.  The existing bathroom will receive a refresh prior to lab services being offered at the store.

C.  Bronze -   The "Bronze" option will make use of a privacy screen at least equivalent to what will be used in the Phoenix pilot.

The addition of dedicated space represents a shift for Walgreens.  We previously believed that the majority of the locations could be served well by the Bronze option.  We have concluded that we will be best served by pushing the majority of the locations into either the Gold or Silver category.

| How we saw the mix prior to 1 month ago | How we see the mix now |
|---|---|
| Gold – 0 | Gold – 1,000 |
| Silver -500 | Silver – 1,000 |
| Bronze – 2500 | Bronze – 1000 |

Should Theranos wish to increase the number of Gold stores beyond what is detailed above, we would be amenable to that approach, provided that Theranos contribute to the build out costs.  We believe a 50/50 split of the costs would be equitable, as this is what we have agreed to for the Palo Alto store.  We would apply the same 50/50 split for Gold locations as we continue to increase the count beyond the initial 3,000 locations.  The parties shall work together to define standard space, branding, fixture/build out standards and construction details for each build out category.  Based on this standard, the parties will agree upon an average cost per build out for the Gold stores.  The parties agree that the parties' total contribution shall not exceed 50% of the average Gold location build out cost multiplied by the number of Gold locations added in a given quarter.  For purposes of clarity, the parties will mutually

{ PAGE \* MERGEFORMAT }

09/05/13 Draft

plan the pace and location of the rollout up to 3,000 stores. As such, the mix of Gold locations added in any given quarter will likely vary based on what is the appropriate mix for a given market.

II.     **Innovation Fee payment schedule**-    We believe that the schedule of Innovation Fee payments currently contemplated in the agreement does not align with our shared goal to quickly hit the marketplace, as such we are willing to accelerate payments to Theranos and not have them be subject to certain performance goals. With that in mind, we suggest the following schedule in order to provide Theranos access to capital faster than what was originally contemplated:

> $35M on 10/1/13
> $20M on 11/1/13
> $20M on 12/1/13

The mechanism by which Theranos can earn the Innovation Fee would be unchanged.

III.    **Exclusivity**-    In exchange for the commitment that Walgreens is making with respect to scale and speed of scale, we think an expansion of exclusivity is required. In committing to a higher cap-ex build out plan, acceleration of training and other expenditures that are necessary to make the rollout a success, we would like to solidify Theranos' and Walgreens' partnership for the long haul. As such, we require the following expansion of the exclusivity provision:

With respect to all Tests, during the Term of the Agreement, Theranos would agree not to provide access to tests/lab services to the following entities for the term of the agreement: Wal-Mart Stores, Inc., CVS Caremark Corporation, Rite Aid Corporation, and Target Corp. We acknowledge that initially we may not have 100% coverage from a geo-access perspective with respect to sample collection. As such, we will work with Theranos to ensure that market planning is done in a manner so that Theranos can infill with other retailers not named above to meet patient demand. With respect to individual markets, Walgreens acknowledges that Theranos may desire to have additional outlets at which to provide its services.

IV.    **TERM/TERMINATION**-   Given the scale and build out commitments that we are willing to make, we require that the initial term (3 years) be extended an additional two years to five years total.

Given the commitment that Walgreens will make to the rollout, we are willing to waive our right to terminate the agreement if the Pilot is not successful. We believe the parties are both committed to making this project successful. We hope that this change will give Theranos, and Theranos' investors comfort that Walgreens is committed as Theranos' long term partner.

V.     **MUTUAL EXPECTATIONS**-    In addition to terms already addressed within our agreement, we believe it is necessary that each party make commitments to ensure that the following items are addressed:

{ PAGE \* MERGEFORMAT }

09/05/13 Draft

Confidential Treatment Requested by Walgreen Co.                    WAG-TH-00000679

| THERANOS | WALGREENS |
|---|---|
| Train the Walgreens trainer at a pace equal to the suggested rollout/provide Walgreens with training collateral | Build locations in stores |
| Commit to add additional operational management to meet the pace of an accelerated rollout | Train thousands of technicians per Theranos training |
| Have adequate laboratory space(s) available to meet the scale of rollout | Diligently monitor service for exemplary patient experience |
| Receive regulatory approvals to operate laboratories/collect samples in each market | Maintain facilities, including bathrooms, in a manner that promotes a positive patient experience. |
| Have an adequate supply of equipment and collection supplies to avoid delay in rollout | Communicate with Theranos with respect to supply needs. |
| Collaborate with Walgreens on Marketing | Collaborate with Theranos on Marketing |
| Align with Walgreens on scale planning | Align with Theranos on scale planning |
| Call center planning & process | Potential outsource provider of call center services |
| Courier selection/logistics optimization/process planning | |
| Payer contracts/billing for scale markets | |
| Physician detailing | |

VI.     **DATA**- In addition to the data provisions that are currently in the Agreement, we request that Walgreens have the right to share raw lab scores with patients via our patient portal, provided that both the clinician and patient consent. Currently Walgreens shares prescription information, EMR and immunization histories with its patients. We feel adding the lab scores would increase awareness for the patients. We would not share any of the analytical tools/analysis that Theranos provides, and would agree to include a directional element on the page along the following lines: "For additional information and analysis regarding your laboratory results please go to www.theranos.com."

VII.     **INTERNATIONAL EXPANSION**- Walgreens agrees that it will continue to assist Theranos in order to advance discussions with its partner Alliance Boots GmbH in order to facilitate expansion of Theranos laboratory services in the markets in which Alliance Boots operates. To that end, Alliance Boots shall have the right of first refusal to carry out a pilot with Theranos for lab services in an European market to be mutually determined some time during calendar year 2014. Until the earlier to occur of (i) Alliance Boots refusing to conduct a pilot in 2014; or (ii) the end of 2014, Theranos shall not enter into any agreements pertaining to, or offer laboratory services within Europe.

{ PAGE \* MERGEFORMAT }

09/05/13 Draft

Confidential Treatment Requested by Walgreen Co.     WAG-TH-00000680

Trial Exh. 1083 Page 0004

**FER-36**

# theranos

| DESCRIPTION | CPT | PRICE |
|---|---|---|
| **A** | | |
| ACTH (Corticotropin) | 82024 | $26.55 |
| Adenovirus DNA, Quant | 87799 | $29.44 |
| Alanine Aminotransferase (ALT/SGPT) | 84460 | $3.64 |
| Albumin | 82040 | $3.40 |
| Alkaline Phosphatase (ALP) | 84075 | $3.56 |
| Alpha-1-Acid Glycoprotein | 82985 | $10.36 |
| Alpha-1-Antitrypsin, Total | 82103 | $9.24 |
| Alpha-Fetoprotein (AFP), Maternal | 82105 | $11.53 |
| Alpha-Fetoprotein (AFP), Oncology | 82105 | $11.53 |
| Amphetamines, Urine | 80101 | $10.00 |
| Amylase | 82150 | $4.46 |
| Androstenedione | 82157 | $20.12 |
| Anti-Mullerian Hormone (AMH) | 83520 | $8.90 |
| Antibody Detection, RBC | 86850 | $25.75 |
| Antinuclear Antibodies, Screen (ANA) | 86038 | $8.31 |
| ↳ Reflex to ANA confirmatory* | 86039 | $7.68 |
| Apolipoprotein (apo A1, apo B) | 82172 | $21.30 |
| Apolipoprotein A-1 (apo A-1) | 82172 | $10.65 |
| Apolipoprotein B (apo B) | 82172 | $10.65 |
| Aspartate Aminotransferase (AST/SGOT) | 84450 | $3.56 |
| **B** | | |
| B cells, Total Count | 86355 | $25.93 |
| Barbiturates, Urine | 80101 | $10.00 |
| Basic Metabolic Panel (BMP) **FASTING** | 80048 | $5.82 |
| Benzodiazepines, Urine | 80101 | $10.00 |
| Beta-2 Microglobulin | 82232 | $11.12 |
| Bilirubin, Direct | 82248 | $3.45 |
| Bilirubin, Total | 82247 | $3.45 |
| Blood Type (ABO/RhD) | 86900/86901 | $4.10 |
| Blood Urea Nitrogen (BUN) | 84520 | $2.72 |
| Borrelia Antibody (Lyme Disease) | 86619 | $9.20 |
| Brain natriuretic peptide (BNP) | 83880 | $23.33 |
| **C** | | |
| Calcitonin | 82308 | $18.41 |
| Calcium | 82310 | $3.55 |
| Calcium, Urine | 82340 | $4.15 |
| Cancer Antigen 125 (CA 125) | 86304 | $14.31 |
| Cancer Antigen 15-3 (CA 15-3) | 86300 | $14.31 |
| Cancer Antigen 27.29 (CA 27.29) | 86300 | $14.31 |
| Cancer Antigen-GI (CA 19-9) | 86301 | $14.31 |
| Carbamazepine, Total | 80156 | $10.01 |
| Carbon Dioxide | 82374 | $3.36 |
| Carcinoembryonic Antigen (CEA) | 82378 | $13.04 |
| Cardiolipin Antibody (ACA), IgG | 86147 | $17.49 |
| CBC (Complete Blood Count), no Diff | 85027 | $4.45 |
| CBC (Complete Blood Count), Auto Diff | 85025 | $5.35 |
| ↳ Reflex to Manual Diff and Smear Review* | 85007 | $2.37 |
| CD4 Count, Absolute | 86361 | $18.40 |

| DESCRIPTION | CPT | PRICE |
|---|---|---|
| CD4 Count, Absolute with percent | 86361 | $18.40 |
| CD4/CD8 Count, Absolute with Ratio | 86360 | $32.30 |
| CD4/CD8 Count, Absolute with Ratio and Percent | 86359/86360 | $58.22 |
| Celiac Panel | 83516x4 | $31.72 |
| Chlamydia Trachomatis, DNA, Qual | 87491 | $12.06 |
| Chlamydia/Gonorrhea Panel, DNA, Qual | 87491/87591 | $24.12 |
| Chlamydia/Gonorrhea/HIV screen | multiple | $40.68 |
| ↳ Reflex to HIV-1/HIV-2 Ab Diff* | 86701/86702 | $15.40 |
| Chloride | 82435 | $3.16 |
| Chloride, Urine | 82436 | $3.46 |
| Cholesterol | 82465 | $2.99 |
| Cholinesterase | 82482 | $5.28 |
| Cocaine, Urine | 80101 | $10.00 |
| Complement Component 3 antigen | 86160 | $8.25 |
| Complement Component 4 antigen | 86160 | $8.25 |
| Comprehensive Metabolic Panel (CMP) **FASTING** | 80053 | $7.27 |
| Cortisol, Total | 82533 | $11.21 |
| C-Peptide | 84681 | $14.31 |
| C-Reactive Protein (CRP) | 86140 | $3.56 |
| C-Reactive Protein, High Sensitivity (hsCRP) | 86141 | $8.90 |
| Creatine Kinase | 82550 | $4.48 |
| Creatinine | 82565 | $3.52 |
| Creatinine, Urine | 82570 | $3.56 |
| Cyclic Citrullinated Peptide (CCP) Antibody, IgG | 86200 | $8.90 |
| Cyclosporine A | 80158 | $12.41 |
| Cystatin C | 82610 | $9.35 |
| Cytomegalovirus (CMV) Antibody, IgG | 86644 | $9.90 |
| Cytomegalovirus (CMV) Antibody, IgM | 86645 | $11.58 |
| **D** | | |
| D-Dimer, Quant | 85379 | $7.00 |
| Deamidated Gliadin Peptide (DGP) Antibody, IgA | 83516 | $7.93 |
| Deamidated Gliadin Peptide (DGP) Antibody, IgG | 83516 | $7.93 |
| Dehydroepiandrosterone Sulfate (DHEA-S) | 82627 | $15.28 |
| Deoxypyridinoline (DPD) Crosslinks, Urine | 82523 | $12.85 |
| Digoxin | 80162 | $9.13 |
| Double-Stranded DNA (dsDNA) Antibody, IgG | 86225 | $9.44 |
| Drug Screen Panel | 80101 | $49.96 |
| **E** | | |
| E. coli Shiga-like toxin with reflex | 87427 | $8.25 |
| ↳ Reflex to E. coli O157 culture* | 87046 | $6.49 |
| EBV (Epstein-Barr) Antibody Panel | multiple | $35.46 |
| EBV Early D Antigen (EA-D) IgG | 86663 | $9.02 |
| EBV Nuclear Antibody, IgG | 86664 | $10.52 |
| EBV Viral Capsid Antigen (VCA) - IgG | 86665 | $12.47 |
| EBV Viral Capsid Antigen (VCA) - IgM | 86665 | $12.47 |
| Ecstasy (MDMA), Urine | 80101 | $10.00 |
| Electrolytes Panel | 80051 | $4.82 |
| Endomysial Antibody (EMA), IgA | 86256 | $8.29 |
| Endomysial Antibody (EMA), IgG | 86256 | $8.29 |

US-REPORTS-0015286

| DESCRIPTION | CPT | PRICE |
|---|---|---|
| Erythrocyte Sedimentation Rate (ESR) Sed Rate | 85652 | $1.89 |
| Estradiol | 82670 | $19.21 |
| Estriol, unconjugated | 82677 | $14.03 |
| Estrone | 82679 | $17.16 |
| Ethanol | 82055 | $7.41 |
| Extractable Nuclear Antigen Antibodies (ENA Panel) | 86235 | $73.95 |
| Ferritin | 82728 | $8.37 |
| Fibrinogen | 85380 | $5.84 |
| Folic (Folic acid) | 82746 | $10.11 |
| Follicle Stimulating Hormone (FSH) | 83001 | $12.77 |
| Gamma Glutamyl Transferase (GGT) | 82977 | $4.55 |
| Gastrin | 82941 | $12.12 |
| Gentamicin | 80170 | $11.27 |
| Glucose | 82947 | $3.70 |
| Glucose Tolerance Test (GTT), Gestational Screen | 82950 | $3.37 |
| 1hr, 50g | | |
| Glucose Tolerance Test (GTT), 2hr, 75g | 82951 | $6.83 |
| Glucose Tolerance Test (GTT), 3hr, 100g | 82951, 82952 | $11.54 |
| N-Gonorrhea, DNA, Quai | 87591 | $12.06 |
| Growth Hormone (HGH) | 83003 | $11.47 |
| Haptoglobin | 83010 | $8.65 |
| hCG - Chorionic Gonadotropin (Maternal) | 84702 | $10.36 |
| Blood Quant | | |
| hCG - Chorionic Gonadotropin (Pregnancy Test) | 81025 | $4.36 |
| Urine Qual | | |
| Helicobacter Pylori (H. Pylori), IgG | 86677 | $9.98 |
| Hematocrit (HCT) | 85014 | $1.63 |
| Hemoglobin (HGB) | 85018 | $1.63 |
| Hemoglobin A1C (HbA1C) | 83036 | $4.67 |
| Hemogram 3 | 85014, 85018 | $3.26 |
| Hepatic Function Panel | 80076 | $5.62 |
| Hepatitis A Antibody IgM | 86709 | $7.74 |
| Hepatitis A Antibody, Total | 86708 | $8.52 |
| Hepatitis B Core Antibody, IgM | 86705 | $8.08 |
| Hepatitis B Core Antibody, Total | 86704 | $8.28 |
| Hepatitis B Surface Antibody, HBsAb, Total | 86706 | $7.36 |
| Hepatitis B Surface Antigen (HBsAg) | 87340 | $7.10 |
| Reflex to HBsAg confirmation* | 87341 | $7.10 |
| Hepatitis B, DNA, Quant | 87517 | $29.44 |
| Hepatitis C Antibody Screen | 86803 | $9.01 |
| Reflex to HCV RNA Quant* | 87522 | $29.44 |
| Reflex to HCV Genotype* | 87902 | $117.96 |
| Hepatitis C Virus Genotype | 87902 | $117.96 |
| Hepatitis C Virus RNA | 87522 | $29.44 |
| Reflex to HCV Genotype* | 87902 | $117.96 |

| DESCRIPTION | CPT | PRICE |
|---|---|---|
| Hepatitis Panel, Acute | 80074 | $31.09 |
| Reflex to HCV RNA Quant* | 87531 | $98.43 |
| HER-2/neu Quant | 83950 | $48.37 |
| Herpes Simplex 1 (HSV1) IgG | 86695 | $8.97 |
| Herpes Simplex 2 (HSV2) IgG | 86696 | $13.30 |
| High-density Lipoprotein (HDL) | 83718 | $6.83 |
| HIV Screen - HIV 1/2 Ag/Ab Combo | 87389 | $16.54 |
| Reflex to HIV-1/HIV-2 Ab Diff* | 86701, 86702 | $15.46 |
| Reflex to HIV-1 RNA, Quant* | 87536 | $89.46 |
| HIV-1, RNA, Quant | 87536 | $89.46 |
| Homocysteine | 83090 | $11.60 |
| IgA, IgG, IgM | 82784 | $19.17 |
| IgA | 82784 | $6.39 |
| IgE | 82785 | $11.39 |
| IgG | 82784 | $6.39 |
| IgM | 82784 | $6.39 |
| Insulin | 83525 | $7.36 |
| Insulin-like Growth Factor 1 (IGF-1) | 84305 | $14.61 |
| Iron | 83540 | $4.45 |
| Iron-Binding Capacity (TIBC) | 83550 | $8.51 |
| Lactate Dehydrogenase | 83615 | $4.15 |
| Lead | 83655 | $8.32 |
| Lipase | 83690 | $4.74 |
| Lipid Panel | 80061 | $6.21 |
| Lithium | 80178 | $4.56 |
| Low-density Lipoprotein (LDL) | 83721 | $6.65 |
| Luteinizing Hormone LH | 83002 | $12.73 |
| Lymphocyte Enumeration | multiple | $119.07 |
| Lymphocyte Subset Panel 6 | | |
| Magnesium | 83735 | $4.61 |
| Marijuana (THC), Urine | 80100 | $10.00 |
| Measles Rubeola Antibody, IgG | 86765 | $8.99 |
| Measles, Mumps, and Rubella (MMR) Immunity | multiple | $28.71 |
| Methadone (Dolophine), Urine | 80101 | $10.00 |
| Methamphetamines, Urine | 83151 | $10.00 |
| Microalbumin, Urine | 82043 | $5.36 |
| Microalbumin/Creatinine, Urine, Random | 82043, 82570 | $7.53 |
| Mumps Antibody, IgG | 86735 | $8.97 |
| Myoglobin | 83874 | $9.49 |
| Natural Killer Cells, Total Count | 86357 | $20.40 |
| Nuclear Antigen Antibody Jo-1 | 86235 | $12.33 |
| Nuclear Antigen Antibody RNP | 86235 | $12.33 |
| Nuclear Antigen Antibody SCl-70 | 86235 | $12.33 |
| Nuclear Antigen Antibody Sm | 86235 | $12.33 |
| Nuclear Antigen Antibody SS-A | 86235 | $12.33 |
| Nuclear Antigen Antibody SS-B | 86235 | $12.33 |

US-REPORTS-0015287

FER-38

theranos.com
fax: 650-852-9594

| DESCRIPTION | CPT | PRICE |
|---|---|---|
| **O** | | |
| Obstetric Panel | 80055 | $30.07 |
| ⌐ Reflex to HBsAg confirmatory* | 87341 | $7.10 |
| ⌐ Reflex to Rapid Plasma Reagin (RPR)* | 86592 | $2.94 |
| ⌐ Reflex to TP-PA* | 86780 | $9.10 |
| Obstetric Panel with HIV screen with reflex | 80055/87389 | $46.63 |
| ⌐ Reflex to HBsAg confirmatory* | 87341 | $7.10 |
| ⌐ Reflex to HIV-1/HIV-2 Ab Diff* | 86701/86702 | $15.40 |
| ⌐ Reflex to Rapid Plasma Reagin (RPR)* | 86592 | $2.94 |
| ⌐ Reflex to TP-PA* | 86780 | $9.10 |
| Occult Blood Diagnostic, Fecal (1 card) | 82272 | $2.24 |
| Occult Blood Screen, Fecal (3 cards) | 82270 | $2.24 |
| Opiates, Urine | 80101 | $10.00 |
| Ova & Parasites | 87177 | $6.12 |
| **P** | | |
| Parathyroid Hormone (PTH) | 83970 | $28.37 |
| Partial Thromboplastin Time (PTT) | 85730 | $4.13 |
| Phencyclidine (PCP), Urine | 80101 | $10.00 |
| Phenobarbital | 80184 | $7.87 |
| Phenytoin, Total | 80185 | $9.11 |
| Phosphorus, Inorganic | 84100 | $3.26 |
| Platelets, Automated | 85049 | $3.08 |
| Potassium | 84132 | $3.16 |
| Potassium, Urine | 84133 | $2.96 |
| Prealbumin | 84134 | $10.03 |
| Progesterone | 84144 | $14.34 |
| Prolactin | 84146 | $13.32 |
| Propoxyphene, Urine | 80101 | $10.00 |
| Protein, Total | 84155 | $2.52 |
| Protein, Urine | 84156 | $2.52 |
| Prothrombin Time (PT/INR) | 85610 | $2.70 |
| PSA, Free | 84154 | $12.65 |
| PSA, Total | 84153 | $12.65 |
| **R** | | |
| RBC, Automated | 85041 | $2.07 |
| Renal Function Panel | 80069 | $5.97 |
| Reticulocyte Count, Automated | 85045 | $2.75 |
| Rheumatoid Factor, Total | 86431 | $3.90 |
| Rubella Antibody, IgG | 86317 | $10.31 |
| Rubella Antibody, IgM | 86762 | $9.90 |
| Rubeola (Measles) Antibody, IgG | 86765 | $8.86 |
| **S** | | |
| Salicylate | 80196 | $4.88 |
| Sex Hormone-binding Globulin (SHBG) | 84270 | $14.94 |
| Sodium | 84295 | $3.31 |
| Sodium, Urine | 84300 | $3.35 |
| STI Comprehensive Panel | multiple | $59.95 |
| Stool Culture (*Salmonella, Shigella, Campylobacter, E. coli* O157) | multiple | $19.46 |
| ⌐ Reflex to *E. coli* Shiga-like toxin* | 87427 | $8.25 |

| DESCRIPTION | CPT | PRICE |
|---|---|---|
| Stool Culture, *Vibrio* | 87046 | $6.49 |
| Streptolysin O Antibody, Titer (ASO) | 86060 | $5.02 |
| Syphilis Screen (Treponema Pallidum Antibody) | 86780 | $9.10 |
| ⌐ Reflex to Rapid Plasma Reagin (RPR)* | 86592 | $2.94 |
| ⌐ Reflex to TP-PA* | 86780 | $9.10 |
| **T** | | |
| T cells, Total Count | 86359 | $25.93 |
| T3, Free - Triiodothyronine, Free | 84481 | $11.65 |
| T3, Reverse - Triiodothyronine, Reverse | 84482 | $10.84 |
| T3, Total - Triiodothyronine, Total | 84480 | $9.75 |
| T4, Free - Thyroxine, Free | 84439 | $6.20 |
| T4, Total - Thyroxine, Total | 84436 | $4.72 |
| Testosterone, Free | 84402 | $17.50 |
| Testosterone, Total | 84403 | $17.75 |
| Theophylline | 80198 | $9.73 |
| Thyroglobulin | 84432 | $11.04 |
| Thyroglobulin Antibodies (TAA) | 86800 | $10.93 |
| Thyroid Peroxidase Antibody (TPO) | 86376 | $10.00 |
| Thyroid Stimulating Hormone (TSH) | 84443 | $11.55 |
| ⌐ Reflex to T4 Free* | 84439 | $6.20 |
| Thyroid Uptake | 84479 | $4.45 |
| Thyroxine Binding Globulin (TBG) | 84442 | $10.17 |
| Tissue Transglutaminase (tTG) Antibody, IgA | 83516 | $7.93 |
| Tissue Transglutaminase (tTG) Antibody, IgG | 83516 | $7.93 |
| Tobramycin | 80200 | $11.08 |
| Toxoplasma IgG | 86777 | $9.90 |
| Toxoplasma IgM | 86778 | $9.90 |
| Transferrin | 84466 | $8.78 |
| Tricyclic Antidepressants, Urine | 80101 | $10.00 |
| Triglycerides **FASTING** | 84478 | $3.95 |
| Troponin I | 84484 | $6.77 |
| Tuberculosis QuantiFERON TB Gold In-Tube Test | 86480 | $42.60 |
| **U** | | |
| Uric Acid | 84550 | $3.11 |
| Urinalysis, Auto | 81003 | $1.55 |
| ⌐ Reflex to Micro* | 81015 | $2.09 |
| Urinalysis, Complete | 81001 | $2.18 |
| ⌐ Reflex to culture & susceptibility* | 87086 | $5.55 |
| Urine culture | 87086 | $5.55 |
| *Additional charges may apply if urine culture tests positive.* | | |
| **V** | | |
| Valproic Acid | 80164 | $9.32 |
| Vancomycin | 80202 | $9.32 |
| Varicella-Zoster Antibody | 86787 | $8.86 |
| Vitamin B-12 | 82607 | $10.36 |
| Vitamin D 25-OH | 82306 | $20.35 |
| **W** | | |
| WBC Count, Automated Differential | 85004 | $4.45 |
| WBC, Automated | 85048 | $1.75 |

**FASTING** = Fasting recommended

*Ordered reflex tests only performed when medically necessary. Test menu and prices valid as of October 2015. Visit theranos.com for current information.

US-REPORTS-0015288

# panels with components

All tests available on an individual basis.

**theran⬤s**

fax: 650-852-9594



| DESCRIPTION | CPT | PRICE |
|---|---|---|
| **Basic Metabolic Panel (BMP)** FASTING | 80048 | $5.82 |
| Blood Urea Nitrogen (BUN) • Calcium • Carbon dioxide • Chloride • Creatinine • Glucose • Potassium • Sodium | | |
| **Celiac Panel** | | $31.72 |
| Deamidated Gliadin Peptide (DGP) Antibody, IgA (83516) • Deamidated Gliadin Peptide (DGP) Antibody, IgG (83516) • Tissue Transglutaminase (tTG) Antibody, IgA (83516) • Tissue Transglutaminase (tTG) Antibody, IgG (83516) | | |
| **Chlamydia/Gonorrhea Panel, DNA, Qualitative** | | $24.12 |
| Chlamydia Trachomatis, DNA, Qualitative (87491) • N. Gonorrhea, DNA, Qualitative (87591) | | |
| **Chlamydia/Gonorrhea/HIV with reflex*** | | $40.68 |
| ⌐ Reflex to HIV-1/2 Ab Differentiation | 86701/86702 | $15.40 |
| Chlamydia Trachomatis, DNA, Qualitative (87491) • N. Gonorrhea, DNA, Qualitative (87591) • HIV screen - HIV-1/HIV-2 Antigen/Antibody Combo (87389) | | |
| **Complete Blood Count, no Diff** | 85027 | $4.45 |
| **Complete Blood Count (CBC), Auto Diff WBC** | 85025 | $5.35 |
| ⌐ Reflex to Manual Diff and Smear Review | 85007 | $2.37 |
| Hematocrit • Hemoglobin • Platelets Automated • RBC Automated • WBC Automated | | |
| **Comprehensive Metabolic Panel (CMP)** FASTING | 80053 | $7.27 |
| Albumin • Alanine Aminotransferase (ALT) • Alkaline Phosphatase (ALP) • Aspartate Aminotransferase (AST) • Bilirubin Total • Blood Urea Nitrogen (BUN) • Calcium Total • Carbon dioxide • Chloride • Creatinine • Glucose • Sodium • Potassium • Protein Total | | |
| **Drug Screen Panel** | 80101 | $49.98 |
| Amphetamines • Barbiturates • Benzodiazepines • Cocaine • Ecstasy (MDMA) • Marijuana (THC) • Methadone (Dolophine) • Methamphetamines • Opiates • Phencyclidine (PCP) • Propoxyphene • Tricyclic Antidepressants | | |
| **Electrolytes Panel** | 80051 | $4.82 |
| Carbon dioxide • Chloride • Potassium • Sodium | | |
| **Epstein-Barr (EBV) Antibody Panel** | | $35.46 |
| EBV Nuclear Antibody, IgG (86664) • EBV Viral Capsid Antigen (VCA) - IgG (86665) • EBV Viral Capsid Antigen (VCA) - IgM (86665) | | |

| DESCRIPTION | CPT | PRICE |
|---|---|---|
| **Extractable Nuclear Antigen Antibodies (ENA Panel)** | 86235 | $73.95 |
| Nuclear Antigen Antibody, Jo-1 • Nuclear Antigen Antibody, RNP • Nuclear Antigen Antibody, Scl-70 • Nuclear Antigen Antibody, Sm • Nuclear Antigen Antibody, SSA • Nuclear Antigen Antibody, SSB | | |
| **Hepatic Function Panel** | 80076 | $5.62 |
| Albumin • Alanine Aminotransferase (ALT) • Alkaline Phosphatase (ALP) • Aspartate Aminotransferase (ASP) • Bilirubin Direct • Bilirubin Total • Protein Total | | |
| **Hepatitis Panel, Acute** | 80074 | $31.89 |
| ⌐ Reflex to HCV RNA Quant* | 87522 | $29.44 |
| Hepatitis A Antibody, IgM • Hepatitis B Core Antibody, IgM (HBcAb) • Hepatitis B surface antigen (HBsAg) • Hepatitis C Antibody Screen | | |
| **Lipid Panel** FASTING | 80061 | $9.21 |
| Cholesterol • High-density Lipoprotein (HDL) • Low-density Lipoprotein (LDL) • Triglycerides | | |
| **Lymphocyte Enumeration - Lymphocyte Subset Panel 1** | | $110.07 |
| B cells, Total Count (86355) • CD4/CD8 Count, Absolute with Ratio and Percent (86359/86360) • Natural Killer cells, Total Count (86357) • T cells, Total Count (86359) | | |
| **Measles, Mumps, and Rubella (MMR) Immunity** | | $28.13 |
| Measles (Rubeola) Antibody IgG (86765) • Mumps Antibody IgG (86735) • Rubella Antibody IgG (86317) | | |
| **Obstetric Panel** | 80055 | $30.07 |
| ⌐ Reflex to HBsAg confirmatory* | 87341 | $7.10 |
| ⌐ Reflex to Rapid Plasma Reagin (RPR)* | 86592 | $2.94 |
| ⌐ Reflex to TP-PA* | 86780 | $9.10 |
| **Obstetric Panel with HIV screen*** | 80055/87389 | $46.63 |
| ⌐ Reflex to HBsAg confirmatory* | 87341 | $7.10 |
| ⌐ Reflex to HIV-1/2 Ab Diff* | 86701/86702 | $15.40 |
| ⌐ Reflex to Rapid Plasma Reagin (RPR)* | 86592 | $2.94 |
| ⌐ Reflex to TP-PA* | 86780 | $9.10 |
| ABO/RhD Blood Typing • Antibody Detection, RBC • CBC with Auto Diff • Hepatitis B surface antigen (HBsAg) • Rubella IgG • Syphilis Screen (Treponema Pallidum Antibody) | | |
| **Renal Function Panel** FASTING | 80069 | $5.97 |
| Albumin • Blood Urea Nitrogen (BUN) • Calcium Total • Carbon dioxide • Chloride • Creatinine • Glucose • Phosphorus Inorganic • Potassium • Sodium | | |

FASTING = Fasting recommended.
*Ordered reflex tests only performed when medically necessary. Test menu and prices valid as of October 2015.
Visit theranos.com for current information.

continued on back page ➞

US-REPORTS-0015289

**theran⦾s**

theranos.com

## BasicHealth™ menu All tests available on an individual basis.

| | ID | PRICE |
|---|---|---|
| **BasicHealth™ starter** FASTING Blood Count (CBC with diff) • Comprehensive Metabolic Panel (CMP) • HbA1c • Lipid Panel FASTING | BStp | **$28.50** |
| **BasicHealth™ for women** FASTING Blood Count (CBC with diff) • Comprehensive Metabolic Panel (CMP) • HbA1c • Lipid Panel FASTING • Thyroid Stimulating Hormone (TSH) • Urinalysis Complete | BW1p | **$42.23** |
| **BasicHealth™ for men** FASTING Blood Count (CBC with diff) • Comprehensive Metabolic Panel (CMP) • HbA1c • Lipid Panel FASTING • PSA Total • Thyroid Stimulating Hormone (TSH) • Urinalysis Complete | BM1p | **$54.88** |

## core health menu All tests available on an individual basis.

| | ID | PRICE |
|---|---|---|
| **Anemia Assessment** Blood Count (CBC with diff) • Ferritin • Iron • Iron Binding Capacity (TIBC) • Reticulocyte Count Automated | BH1p | **$27.93** |
| **Diabetes Assessment** FASTING Glucose FASTING • HbA1c • Lipid Panel FASTING | DB1p | **$18.58** |
| **Sexual Health** Chlamydia, DNA, Qualitative • N. Gonorrhea, DNA, Qualitative • Hepatitis B Surface Antigen (HBsAg) with Reflex to HBsAg confirmatory* • Hepatitis C Antibody Screen • Herpes Simplex 1 (HSV1), IgG • Herpes Simples 2 (HSV2), IgG • HIV-1/HIV-2 Antigen/Antibody Combo with Reflex to HIV 1/2 Ab diff* • Syphilis (TP Ab) with Reflex to RPR Ab conf* with Reflex to TP-PA* | STI1p | **$59.95** |
| **Thyroid Assessment** T3 Free • T4 Free • T4 Total • Thyroid Stimulating Hormone (TSH) | TY1p | **$34.12** |

FASTING = Fasting recommended.
*Ordered reflex tests only performed when medically necessary. Test menu and prices valid as of October 2015. Visit theranos.com or log in to the Theranos app for current information.
Lab services provided by Theranos, Inc., a CLIA certified laboratory. Theranos is an independently owned and operated company.

MTM-15-AA-2.6

US-REPORTS-0015290

# theran⬡s

theranos.com
fax: +1 650 852-9594

## TESTS ORDERED FOR

| Last Name | First Name | Middle Initial | DOB MM/DD/YY | Sex |
|---|---|---|---|---|
| | | | | ☐ M ☐ F |

| Address | City | State | Zip | Phone | Email |
|---|---|---|---|---|---|

☐ Fasting ____ hrs   ☐ Microsample   ☐ Patient's Choice   ☐ Traditional Phlebotomy   Standing Order   (circle one)   Valid until MM/DD/YY   Cash Pay ☐
☐ Non-Fasting   Frequency: _____ per week / month / year

**REQUIRED** ICD-9/ICD-10 code(s):

Tests Ordered By *Include Clinician Name and NPI*

Address:

Phone:   Fax:   Email:

Copy To   Fax   Clinician Signature   Date MM/DD/YY
x

## COMMON PANELS  All tests available on an individual basis.

**Panel components listed on reverse.**

| | | |
|---|---|---|
| ☐ BMP – Basic Metabolic Panel | 80048 | $5.82 |
| ☐ CBC, no Diff ⬡ | 85027 | $4.45 |
| ☐ CBC w/ Auto Diff ⬡ | 85025 | $5.35 |
| └ ☐ Reflex to Manual Diff & Smear Review | 85007 | $2.37 |
| ☐ Celiac Panel | 83516x4 | $31.72 |
| ☐ CMP – Comprehensive Metabolic Panel | 80053 | $7.27 |
| ☐ Electrolytes Panel | 80051 | $4.82 |
| ☐ Epstein Barr (EBV) Antibody Panel | multiple | $35.46 |
| ☐ Hepatic Function Panel ⬡ | 80076 | $5.62 |
| ☐ Hepatitis Panel, Acute ⬡ | 80074 | $31.89 |
| └ ☐ Reflex to HepC RNA Quant | 87522 | $29.44 |
| ☐ Lipid Panel ⬡ | 80061 | $9.21 |
| ☐ MMR Immunity Panel | multiple | $28.13 |
| ☐ Obstetric Panel with HIV-1/HIV-2 Ag/Ab Combo | multiple | $46.63 |
| └ ☐ Reflex to HIV-1/2 Ab Differentiation ⬡ | multiple | $15.40 |
| ☐ Renal Function Panel | 80069 | $5.97 |

### REPRODUCTIVE HEALTH

| | | |
|---|---|---|
| ☐ DHEA-S | 82627 | $15.28 |
| ☐ Estradiol | 82670 | $19.21 |
| ☐ Follicle Stimulating Hormone (FSH) | 83001 | $12.77 |
| ☐ Glucose Tolerance Test (GTT), Gestational Screen, 1hr, 50g | 82950 | $3.27 |
| ☐ hCG – (Maternal), Blood Quantitative ⬡ | 84702 | $10.35 |
| ☐ Luteinizing Hormone (LH) | 83002 | $12.73 |
| ☐ Progesterone | 84144 | $14.34 |
| ☐ Prolactin | 84146 | $13.32 |
| ☐ Sex Hormone Binding Globulin (SHBG) | 84270 | $14.94 |
| ☐ Testosterone, Free | 84402 | $17.50 |
| ☐ Testosterone, Total | 84403 | $17.75 |

### STI

| | | |
|---|---|---|
| ☐ Chlamydia Trachomatis, DNA Qualitative | 87491 | $12.06 |
| ☐ Hepatitis B Surface Antigen (HBsAg) | 87340 | $7.10 |
| └ ☐ Reflex to confirmatory | 87341 | $7.10 |
| ☐ Herpes Simplex 1 (HSV1), IgG | 86695 | $9.07 |
| ☐ Herpes Simplex 2 (HSV2), IgG | 86696 | $13.30 |
| ☐ HIV-1/HIV-2 Antigen/Antibody Combination | 87389 | $16.56 |
| └ ☐ Reflex to HIV-1/HIV-2 Ab Differentiation ⬡ | multiple | $15.40 |
| ☐ N. Gonorrhea, DNA Qualitative | 87591 | $12.06 |
| ☐ Syphilis screen (Treponema pallidum IgG) | 86780 | $9.10 |
| └ ☐ Reflex to RPR | 86592 | $2.94 |
| └ ☐ Reflex to TP-PA | 86780 | $9.10 |

## THYROID

| | | |
|---|---|---|
| ☐ T3, Free – Triiodothyronine, Free | 84481 | $11.65 |
| ☐ T3, Reverse – Triiodothyronine, Reverse | 84482 | $10.84 |
| ☐ T3, Total – Triiodothyronine, Total ⬡ | 84480 | $9.75 |
| ☐ T4 – Thyroxine, Free ⬡ | 84439 | $6.20 |
| ☐ T4, Total – Thyroxine, Total ⬡ | 84436 | $4.72 |
| ☐ Thyroglobulin Antibodies | 86800 | $10.93 |
| ☐ Thyroid Peroxidase Antibody (TPO) | 86376 | $10.00 |
| ☐ Thyroid Stimulating Hormone (TSH) ⬡ | 84443 | $11.55 |
| └ ☐ Reflex to T4 free | 84439 | $6.20 |
| ☐ Thyroid Uptake ⬡ | 84479 | $4.45 |

### URINE

| | | |
|---|---|---|
| ☐ Microalbumin, Urine | 82043 | $3.98 |
| ☐ Microalbumin/Creatinine Urine Random | multiple | $7.53 |
| ☐ Urinalysis, Auto | 81003 | $1.55 |
| ☐ Urinalysis, Complete | 81001 | $2.18 |
| └ ☐ Reflex to culture & susceptibility | 87086 | $5.55 |

Additional tests may be performed and charged incurred if urine culture tests positive

### ALPHABETICAL TESTS (A–I)

| | | |
|---|---|---|
| ☐ ABO/RHD Blood Typing | multiple | $4.10 |
| ☐ Amylase | 82150 | $4.46 |
| ☐ Antinuclear Antibodies, Screen (ANA) | 86038 | $8.31 |
| └ ☐ Reflex to ANA confirmatory | 86039 | $7.68 |
| ☐ Cortisol, Total | 82533 | $11.21 |
| ☐ C-Reactive Protein (CRP) | 86140 | $3.56 |
| ☐ C-Reactive Protein, High Sensitivity (hsCRP) ⬡ | 86141 | $8.90 |
| ☐ Creatine Kinase | 82550 | $4.48 |
| ☐ Erythrocyte Sedimentation Rate (ESR/Sed Rate) | 85652 | $1.86 |
| ☐ Ferritin ⬡ | 82728 | $9.37 |
| ☐ Folate | 82746 | $10.11 |
| ☐ Gamma-Glutamyltransferase (GGT) ⬡ | 82977 | $4.95 |
| ☐ Glucose ⬡ | 82947 | $2.70 |
| ☐ Glucose Tolerance Test (GTT), 3hr, 100g | multiple | $11.54 |
| ☐ Helicobacter Pylori, IgG | 86677 | $9.98 |
| ☐ Hemoglobin A1c (HbA1c) ⬡ | 83036 | $6.67 |
| ☐ Hepatitis B Surface Antibody (HBsAb) | 86706 | $7.38 |
| ☐ Hepatitis C Antibody Screen | 86803 | $9.81 |
| └ ☐ Reflex to HepC RNA Quant | 87522 | $29.44 |
| ☐ Homocysteine | 83090 | $11.60 |
| ☐ IgA | 82784 | $6.39 |
| ☐ Insulin | 83525 | $7.86 |

## ALPHABETICAL TESTS (I–Z)

| | | |
|---|---|---|
| ☐ Iron ⬡ | 83540 | $4.45 |
| ☐ Iron Binding Capacity, Total (TIBC) ⬡ | 83550 | $6.01 |
| ☐ Lactate Dehydrogenase | 83615 | $4.15 |
| ☐ Lipase | 83690 | $4.74 |
| ☐ Magnesium | 83735 | $4.61 |
| ☐ Partial Thromboplastin Time (PTT) ⬡ | 85730 | $4.13 |
| ☐ Parathyroid Hormone (PTH) | 83970 | $28.37 |
| ☐ Phosphorus, Inorganic | 84100 | $3.26 |
| ☐ Prothrombin Time (PT/INR) ⬡ | 85610 | $2.70 |
| ☐ PSA, Free ⬡ | 84154 | $12.65 |
| ☐ PSA, Total ⬡ | 84153 | $12.65 |
| ☐ Rheumatoid Factor, Total | 86431 | $3.90 |
| ☐ Uric Acid | 84550 | $3.11 |
| ☐ Varicella-Zoster Antibody | 86787 | $6.86 |
| ☐ Vitamin B-12 | 82607 | $10.36 |
| ☐ Vitamin D 25-OH | 82306 | $20.35 |

### OTHER TESTS/REQUESTED REFLEX TESTS/NOTES:

Visit **theranos.com** for complete test menu and pricing   ⬡ Limited Medicare coverage based on diagnosis and frequency rules.
Ordered reflex tests only performed when medically appropriate. For any payer with a medical necessity requirement (including Medicare and Medicaid), physicians should only order those tests that are medically necessary for diagnosis and treatment.

Sample Collection Date/Time

## panel components

All tests available on an individual basis.
A complete list of tests, descriptions, and prices can be found at **theranos.com** or on the Theranos app.

**Basic Metabolic Panel (BMP)** `FASTING`
Blood Urea Nitrogen (BUN) • Calcium Total • Chloride • Carbon dioxide • Creatinine • Glucose • Potassium • Sodium

**Celiac Panel**
Deamidated Gliadin Peptide (DGP) Ab, IgA • Deamidated Gliadin Peptide (DGP) Ab, IgG • Tissue Transglutaminase (tTG) Ab, IgA • Tissue Transglutaminase (tTG) Ab, IgG

**Chlamydia/Gonorrhea Panel, DNA Qual**
Chlamydia Trachomatis, DNA, Qualitative • N. Gonorrhea, DNA, Qualitative

**Complete Blood Count (CBC) with Diff**
Hematocrit • Hemoglobin • Platelets, Automated • RBC, Automated • WBC, Automated

**Comprehensive Metabolic Panel (CMP)** `FASTING`
Albumin • Alkaline Phosphatase (ALP) • Alanine Aminotransferase (ALT) • Aspartate Aminotransferase (AST) • Bilirubin Total • Blood Urea Nitrogen (BUN) • Calcium Total • Chloride • Carbon dioxide • Creatinine • Glucose • Potassium • Protein Total • Sodium

**Electrolytes Panel**
Chloride • Carbon dioxide • Potassium • Sodium

**Epstein-Barr (EBV) Antibody Panel**
EBV Nuclear Ab IgG • EBV Viral Capsid Antigen (VCA)-IgG • EBV Viral Capsid Antigen (VCA)-Ig

**Hepatitis Panel, Acute**
Hepatitis A Antibody, IgM • Hepatitis B Core Antibody, IgM • Hepatitis B Surface Antigen (HBsAg) with reflex to HBsAg confirmatory (+$7.10)* • Hepatitis C Antibody Screen •
Treponema Pallidum Antibody with reflex to RPR (+$2.94)* with reflex to TP-PA (+$9.10)*

**Hepatic Function Panel**
Albumin • Alkaline Phosphatase (ALP) • Alanine Aminotransferase (ALT) • Aspartate Aminotransferase (AST) • Bilirubin Direct • Bilirubin Total • Protein Total

**Lipid Panel** `FASTING`
Cholesterol • High-density Lipoprotein (HDL) • Low-density Lipoprotein (LDL) • Triglycerides `FASTING`

**Measles, Mumps, and Rubella (MMR) Immunity Panel**
Rubeola (Measles) Antibody IgG • Mumps Antibody IgG • Rubella Antibody IgG

**Obstetric Panel with HIV-1/HIV-2 Antigen/Antibody Combination**
ABO/RhD • Ab Screen • CBC w/ Auto Differential WBC • Hepatitis B Surface Antigen (HBsAg) with reflex to HBsAg confirmatory (+$7.10)* •
HIV-1/HIV-2 Ag/Ab Combination with reflex to HIV-1/HIV-2 Ab Differentiation (+$15.40)* • Rubella Antibody, IgG •
Treponema Pallidum Antibody with reflex to RPR (+$2.94)* with reflex to TP-PA (+$9.10)*

**Renal Function Panel** `FASTING`
Albumin • Blood Urea Nitrogen (BUN) • Calcium Total • Chloride • Carbon dioxide • Creatinine • Glucose • Potassium • Phosphorus, Inorganic • Sodium • Thyroid Health



## To find your nearest theranos wellness center, visit theranos.com

`FASTING` = Fasting recommended.
*Ordered reflex tests only performed when medically necessary.

theran●s

US-REPORTS-0015292

| Message | |
| --- | --- |
| **From:** | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| **Sent:** | 11/20/2014 8:51:39 PM |
| **To:** | Sunny Balwani [/O=THERANOS ORGANIZATION/OU=First administrative group/cn=recipients/cn=sbalwani] |
| **Subject:** | FW: Ebola |

**From:** Adam Rosendorff
**Sent:** Thursday, November 20, 2014 12:42 PM
**To:** Elizabeth Holmes
**Subject:** Re: Ebola

Elizabeth

I am sorry you feel that way. I appreciate the opportunity you have given me and would be happy to discuss my thoughts further with you privately.

Thanks,

Adam

Sent from my iPhone

On Nov 19, 2014, at 6:52 PM, "Elizabeth Holmes" <eholmes@theranos.com> wrote:

Adam:

How sad and disappointing to see this from you. Outside of the fact you've never emailed me on any concerns you allude to there before but now email this, you know from every conversation we've ever had together how fundamental it is to all of us for you or any other employee *never* to do *anything* you're not completely confident in.

I have spent a great deal of time looking into every element of your email. We will follow up on that in detail, but I want you to know that as I dug into this I started work to transition you off our license ASAP. Sunny will follow up with you on that this week.

Elizabeth

FOIA Confidential Treatment Requested by Theranos

TS-0903725

Trial Exh. 4330 Page 0001

**FER-44**

**From:** Adam Rosendorff
**Sent:** Friday, November 14, 2014 1:36 PM
**To:** Elizabeth Holmes
**Subject:** RE: Ebola

Elizabeth

I feel really uncomfortable with the what is happening right now in this company. Is there any way you can get Spencer back on the CLIA license and take me off? I am feeling pressured to vouch for results that I cannot be confident in, and also a in a number of cases where I get questions about assays, I do not know what method is being used. Ie vacutainers aliquotted into CTNs etc.

Please advise.

Thanks-

Adam

**From:** Elizabeth Holmes
**Sent:** Friday, November 14, 2014 12:42 PM
**To:** Adam Rosendorff; Sunny Balwani
**Subject:** RE: Ebola

No one at any of our other sites is under this impression FYI. There are many different organizations in our company outside of CLIA lab -- Sunny will follow up with Godfred.

**From:** Adam Rosendorff
**Sent:** Friday, November 14, 2014 10:47 AM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** RE: Ebola

Perhaps a company wide email is in order to quash this rumor?

**From:** Elizabeth Holmes
**Sent:** Friday, November 14, 2014 10:39 AM
**To:** Adam Rosendorff; Sunny Balwani
**Subject:** RE: Ebola

That is not correct. Who said this?

FOIA Confidential Treatment Requested by Theranos                                    TS-0903726
Trial Exh. 4330 Page 0002

Elizabeth

**From:** Adam Rosendorff
**Sent:** Friday, November 14, 2014 10:38 AM
**To:** Sunny Balwani
**Cc:** Elizabeth Holmes
**Subject:** Ebola

Sunny/Elizabeth

I am hearing that Theranos intends to test samples to rule out or diagnose Ebola at 7373 Gateway.

Can you please confirm that this is correct. If so, I am wondering why, as lab director, I was not involved in the decision and planning?

Thanks,

Adam Rosendorff, MD, FASCP

Laboratory Director

Theranos, Inc

(650) 856-4412 (Office)

(650) 823-4953 (Mobile)

(650) 852-9594 (Fax)

**arosendorff@theranos.com**

<image001.jpg>

<image002.jpg>

| | |
|---|---|
| **From:** | Brian Grossman |
| **To:** | Adam Clammer |
| **Sent:** | 1/29/2014 8:43:57 PM |
| **Subject:** | |
| **Attachments:** | Theranos_v12.xlsx |

Cell d113 on pfm rev model is scenario. 1, 2, 3 for the bear, base, bull

Confidential

PFM-00094204

PFM-DEPO-00011495

Document Available in Native Format

Theranos_v12.xlsx

Confidential

PFM-00094205

PFM-DEPO-00011496

PFM-DEPO-00011497



PFM-DEPO-00011498

**FER-50**





PFM-DEPO-00011499

| | |
|---|---|
| NFV | $20,210 |
| Net Cash | $105 |
| Total Value | $20,315 |

| | |
|---|---|
| PFM Investment | $75.0 |
| %Ownership | 1.00% |

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Implied Revenue Multiple | 13.3x | 5.7x | 4.3x | 4.x | 3.7x | 3.5x | | | | | | |
| Implied EBITDA Multiple | 55.9x | 13.1x | 8.6x | 7.8x | 7.1x | 6.5x | | | | | | |
| EBITDA | $343 | $1,447 | $2,119 | $2,355 | $2,591 | $2,828 | | | | | | |
| Market Multiple (1 Yr Forward) | 15.0x | 14.0x | 14.0x | 13.5x | 13.0x | 12.5x | | | | | | |
| EV | $21,712 | $29,692 | $32,974 | $34,979 | $38,762 | $37,958 | | | | | | |
| Equity Value | $21,817 | $29,767 | $33,079 | $35,084 | $38,867 | $38,063 | | | | | | |
| Equity Value to PFM | $218 | $298 | $331 | $351 | $359 | $381 | | | | | | |
| IRR | 70.6% | 58.3% | 44.9% | 36.1% | 30.4% | 26.1% | | | | | | |
| CoC Return | 2.9x | 4.0x | 4.4x | 4.7x | 4.9x | 5.1x | | | | | | |

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theranos Net Revenue | 249 | 1,558 | 3,540 | 4,727 | 5,106 | 5,488 | 5,859 | 6,202 | 6,501 | 6,742 | 6,912 | 7,087 |
| %growth | | 525% | 127% | 34% | 8% | 7% | 7% | 6% | 5% | 4% | 3% | 3% |
| COGS | 90 | 545 | 1,269 | 1,702 | 1,789 | 1,875 | 1,958 | 2,058 | 2,145 | 2,217 | 2,270 | 2,323 |
| %margin | 36% | 35% | 36% | 36% | 35% | 34% | 33% | 33% | 33% | 33% | 33% | 33% |
| R&D | 95 | 270 | 324 | 356 | 385 | 416 | 436 | 458 | 481 | 496 | 511 | 526 |
| %margin | 38% | 17% | 9% | 8% | 8% | 8% | 7% | 7% | 7% | 7% | 7% | 7% |
| %growth | | 184% | 20% | 10% | 8% | 8% | 5% | 5% | 5% | 3% | 3% | 3% |
| SG&A | 106 | 400 | 500 | 550 | 578 | 606 | 637 | 649 | 662 | 675 | 689 | 703 |
| %margin | 43% | 26% | 14% | 12% | 11% | 11% | 11% | 10% | 10% | 10% | 10% | 10% |
| %growth | | 277% | 25% | 10% | 5% | 5% | 5% | 2% | 2% | 2% | 2% | 2% |
| EBITDA | -42 | 343 | 1,447 | 2,119 | 2,355 | 2,591 | 2,828 | 3,037 | 3,212 | 3,354 | 3,443 | 3,534 |
| %margin | -17% | 22% | 41% | 45% | 46% | 47% | 48% | 49% | 49% | 50% | 50% | 50% |
| D&A | 4 | 21 | 106 | 236 | 255 | 274 | 293 | 186 | 195 | 202 | 207 | 213 |
| %margin | 1.6% | 1.3% | 3.0% | 5.0% | 5.0% | 5.0% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| EBIT | -46 | 322 | 1,341 | 1,882 | 2,100 | 2,317 | 2,535 | 2,851 | 3,017 | 3,152 | 3,235 | 3,322 |
| %margin | -18% | 21% | 38% | 40% | 41% | 42% | 43% | 46% | 46% | 47% | 47% | 47% |
| Tax | -15 | 120 | 507 | 742 | 824 | 907 | 990 | 1,063 | 1,124 | 1,174 | 1,205 | 1,237 |
| %rate | 35% | 35% | 35% | 35% | 35% | 35% | 35% | 35% | 35% | 35% | 35% | 35% |
| NOPAT | -27 | 223 | 941 | 1,377 | 1,531 | 1,684 | 1,838 | 1,974 | 2,088 | 2,180 | 2,238 | 2,297 |
| %margin | -11% | 14% | 27% | 29% | 30% | 31% | 31% | 32% | 32% | 32% | 32% | 32% |
| Capex | -31 | -135 | -177 | -236 | -255 | -274 | -293 | -186 | -195 | -202 | -207 | -213 |
| %margin | 12% | 9% | 5% | 5% | 5% | 5% | 5% | 3% | 3% | 3% | 3% | 3% |
| Chnge in NWC (3% Net Rev) | -7 | -47 | -106 | -142 | -153 | -165 | -176 | -186 | -195 | -202 | -207 | -213 |
| D&A | 4 | 21 | 106 | 236 | 255 | 274 | 293 | 186 | 195 | 202 | 207 | 213 |
| FCF | -62 | 62 | 764 | 1,235 | 1,378 | 1,520 | 1,662 | 1,788 | 1,893 | 1,978 | 2,030 | 2,085 |

<<Assume investment made Jan 1st, 2014

PFM-00094205_Confidential

Valuation

PFM-DEPO-00011500

1 of 2

| NPV | $20,210 |
| Net Cash | $105 |
| Total Value | $20,315 |

| PFM Investment | $75.0 |
| %Ownership | 1.00% |

Sensitivity: 1.5% | 2% | 2% | 3% | 3% | 5%
Discount Rate: 9.0%

| | | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Terminal Value** | | | | | | | | | | | | 31,091 |
| | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | 5.5 | 6.5 | 7.5 | 8.5 | 9.5 | 10.5 | 11.5 |
| Present Value | -59 | 55 | 616 | 914 | 935 | 946 | 949 | 937 | 910 | 872 | 822 | 12,314 |
| Discount Rate | | | | | | | | | | | | |
| **DCF Drivers** | | | | | | | | | | | | |
| **Revenue** | | | | | | | | | | | | |
| Retail Revenue | $97 | $531 | $1,840 | $2,409 | $2,445 | $2,484 | $2,526 | $2,570 | $2,617 | $2,667 | $2,720 | $2,775 |
| growth% | | 552.4% | 159.9% | 46.9% | 1.5% | 1.6% | 1.7% | 1.8% | 1.9% | 1.9% | 2.0% | 2.0% |
| Physicians Office Revenue | $72 | $342 | $865 | $887 | $1,035 | $1,182 | $1,321 | $1,445 | $1,544 | $1,613 | $1,645 | $1,678 |
| growth% | | 372.3% | 94.6% | 33.3% | 16.7% | 14.2% | 11.8% | 9.3% | 6.9% | 4.4% | 2.0% | 2.0% |
| Hospital (Courier) Revenue | $50 | $225 | $345 | $383 | $420 | $456 | $491 | $522 | $550 | $572 | $590 | $607 |
| growth% | | 350.0% | 53.3% | 10.9% | 9.8% | 8.7% | 7.5% | 6.4% | 5.3% | 4.1% | 3.0% | 3.0% |
| Hospital (OnSite) Revenue | $0 | $240 | $720 | $828 | $936 | $1,042 | $1,143 | $1,235 | $1,314 | $1,375 | $1,416 | $1,459 |
| growth% | | | 200.0% | 15.0% | 13.0% | 11.4% | 9.7% | 8.0% | 6.3% | 4.7% | 3.0% | 3.0% |
| Pharmaceutical Services Revenue | $30 | $120 | $170 | $220 | $270 | $323 | $378 | $430 | $477 | $515 | $541 | $568 |
| growth% | | | 41.7% | 29.4% | 22.7% | 19.8% | 16.8% | 13.9% | 10.9% | 8.0% | 5.0% | 5.0% |
| **Total Revenue** | $249 | $1,558 | $3,540 | $4,727 | $5,106 | $5,488 | $5,859 | $6,202 | $6,591 | $6,742 | $6,912 | $7,087 |
| growth% | | | 127.2% | 33.5% | 8.0% | 7% | 7% | 6% | 5% | 4% | 3% | 3% |
| **COGs** | | | | | | | | | | | | |
| Retail Revenue | 50% | 45% | 44% | 43% | 42% | 41% | 40% | 40% | 40% | 40% | 40% | 40% |
| Physicians Office Revenue | 31% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% |
| Hospital (Courier) Revenue | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% |
| Hospital (OnSite) Revenue | | | | | | | | | | | | |
| Pharmaceutical Services Revenue | 17% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% |
| Retail Revenue | $48 | $284 | $723 | $1,038 | $1,029 | $1,020 | $1,012 | $1,030 | $1,049 | $1,069 | $1,090 | $1,112 |
| Physicians Office Revenue | $22 | $103 | $200 | $267 | $312 | $356 | $398 | $435 | $465 | $486 | $495 | $505 |
| Hospital (Courier) Revenue | $15 | $68 | $104 | $116 | $127 | $136 | $148 | $156 | $165 | $173 | $178 | $184 |
| Hospital (OnSite) Revenue | $0 | $72 | $216 | $248 | $281 | $313 | $343 | $371 | $394 | $413 | $425 | $438 |
| Pharmaceutical Services Revenue | $5 | $18 | $26 | $33 | $41 | $49 | $57 | $65 | $72 | $77 | $81 | $85 |
| **Total Cogs** | $90 | $545 | $1,269 | $1,702 | $1,789 | $1,875 | $1,558 | $2,058 | $2,145 | $2,217 | $2,270 | $2,323 |
| %Sales | 36% | 35% | 36% | 36% | 35% | 34% | 33% | 33% | 33% | 33% | 33% | 33% |

PFM-DEPO-00011501

**FER-53**

PFM-DEPO-00011502



FER-54



PFM-DEPO-00011503



PFM-DEPO-00011504

PFM-DEPO-00011505



PFM-DEPO-00011506



PFM-DEPO-00011507



**Market Cap**

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Current | IPO Date |
|---|---|---|---|---|---|---|---|---|
| Illumina | 3,223 | 3,838 | 7,920 | 3,790 | 6,859 | 13,978 | 18,234 | 7/1/2000 |
| Intuitive Surgical | 4,967 | 11,589 | 10,128 | 18,055 | 19,499 | 14,620 | 15,589 | 6/13/2000 |
| Salesforce.com | 3,905 | 9,214 | 17,345 | 13,799 | 23,870 | 33,280 | 35,800 | 6/23/2004 |
| Tesla | | | 2,484 | 2,979 | 3,854 | 18,442 | 21,888 | 7/6/2010 |
| Facebook | | | | | 57,670 | 338,820 | 139,272 | 5/18/2012 |
| Splunk | | | | | 2,862 | 7,366 | 8,447 | 4/19/2012 |
| Twitter | | | | | | 27,859 | 34,318 | 11/6/2013 |

**Sales** — IPO Year

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013E | Current Street 2014E | Current Street 2015E |
|---|---|---|---|---|---|---|---|---|
| Illumina | 573 | 666 | 903 | 1,060 | 1,150 | 1,420 | 1,660 | 1,950 |
| Intuitive Surgical | 875 | 1,050 | 1,410 | 1,760 | 2,180 | 2,270 | 2,270 | 2,480 |
| Salesforce.com | 749 | 1,080 | 1,310 | 1,660 | 2,270 | 3,050 | 4,060 | 5,210 |
| Tesla | 15 | 112 | 117 | 204 | 413 | 2,380 | 3,300 | 4,920 |
| Facebook | 272 | 777 | 1,974 | 3,711 | 5,090 | 7,640 | 10,440 | 13,520 |
| Splunk | | | 35 | 66 | 121 | 199 | 293 | 396 |
| Twitter | | | 28 | 106 | 317 | 640 | 1,130 | 1,780 |
| Theranos | | | | | | 25 | 261 | 1,675 |

**Implied Multiple**

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Current Street 2014E | Current Street 2015E |
|---|---|---|---|---|---|---|---|---|
| Illumina | 4.8 | 4.3 | 7.5 | 3.3 | 4.8 | 8.4 | 11.0 | 9.4 |
| Intuitive Surgical | 4.7 | 8.2 | 5.8 | 8.3 | 8.6 | 6.4 | 6.9 | 6.3 |
| Salesforce.com | 3.6 | 7.0 | 10.4 | 6.1 | 7.8 | 6.2 | 8.8 | 6.9 |
| Tesla | | | 12.2 | 7.2 | 1.6 | 5.6 | 6.6 | 4.4 |
| Facebook | | | | | 7.5 | 13.3 | 13.3 | 10.3 |
| Splunk | | | | | 25.1 | 28.8 | 21.4 | |
| Twitter | | | | | 14.4 | 24.7 | 30.4 | 19.3 |

Theranos (Assumed $8Bn Valuation)

| | | 30.7 | 4.8 |

| Twitter | #NAME? | 639.32 |
|---|---|---|

| FB | |
|---|---|
| 12/31/2012 | |
| 12/31/2013 | |

| ILMN | |
|---|---|
| 12/31/2001 | 2.4 |
| 12/31/2002 | 11.075 |
| 12/31/2003 | 25.883 |
| 12/31/2004 | 50.852 |
| 12/30/2005 | 72.654 |
| 12/29/2006 | 181.875 |
| 12/31/2007 | 359.571 |
| 12/31/2008 | 557.417 |
| 12/31/2009 | 653.583 |
| 12/31/2010 | 890.824 |
| 12/30/2011 | 1053.368 |
| 12/30/2012 | 1140.95 |
| 12/31/2013 | 1403.583 |

| CRM | |
|---|---|
| 12/31/2004 | 174.13 |
| 12/30/2005 | 302.389 |
| 12/29/2006 | 492.28 |
| 12/31/2007 | 743.591 |
| 12/31/2008 | 1293.4 |
| 12/31/2009 | 1650.333 |
| 12/30/2010 | 2256.737 |
| 12/31/2012 | 3044.158 |
| 12/31/2013 | 4054.475 |

| Tesla | |
|---|---|
| 12/31/2010 | 113,667 |
| 12/30/2011 | 203.5 |
| 12/31/2012 | 407.5 |
| 12/31/2013 | 2362.1 |

| Splunk | |
|---|---|
| 12/31/2012 | 193.667 |
| 12/31/2013 | 292.783 |

PFM-00094205_Confidential    High Growth Comps

PFM-DEPO-00011508

1 of 2

## Street Revenue Estimates

| | First Year Public | | Second Year Public | |
|---|---|---|---|---|
| Illumina | 2001 | $2 | 2002 | $11 |
| Salesforce.com | 2004 | $174 | 2005 | $302 |
| Tesla | 2010 | $114 | 2011 | $204 |
| Facebook | 2012 | $5,015 | 2013 | $7,632 |
| Splunk | 2012 | $194 | 2013 | $293 |
| Twitter | 2013 | $659 | 2014 | $1,130 |

## Sales Multiple

| | First Year Public | Second Year Public |
|---|---|---|
| Illumina | | |
| Salesforce.com | | |
| Tesla | | |
| Facebook | | |
| Splunk | | |
| Twitter | | |

High Growth Comps

PFM-00094205_Confidential

PFM-DEPO-00011509

|  | 2014E | 2015E | 2016E | 2017E | 2018E |
|---|---|---|---|---|---|
| | | | 0 | | |
| **Theranos Net Revenue** | **261** | **1,675** | **3,011** | **3,664** | **4,354** |
| *%growth* | | *541.5%* | *79.7%* | *21.7%* | *16.8%* |
| *Number of MSAs* | *3* | *18* | *18* | *18* | *18* |
| *Average Penetration* | *3.0%* | *5.7%* | *21.7%* | *35.0%* | *35.0%* |
| COGS | 96 | 598 | 1,035 | 1,244 | 1,472 |
| *%margin* | *36.8%* | *35.7%* | *34.4%* | *34.0%* | *33.8%* |
| R&D | 95 | 270 | 324 | 356 | 385 |
| *%margin* | *36.4%* | *16.1%* | *10.8%* | *9.7%* | *8.8%* |
| *%growth* | | *184.2%* | *20.0%* | *10.0%* | *8.0%* |
| SG&A | 106 | 400 | 500 | 550 | 578 |
| *%margin* | *40.6%* | *23.9%* | *16.6%* | *15.0%* | *13.3%* |
| *%growth* | | *277.4%* | *25.0%* | *10.0%* | *5.0%* |
| EBITDA | -36 | 407 | 1,151 | 1,514 | 1,919 |
| *%margin* | | | | | |
| D&A | 4 | 21 | 90 | 183 | 218 |
| *%margin* | *1.5%* | *1.3%* | *3.0%* | *5.0%* | *5.0%* |
| EBIT | -40 | 386 | 1,061 | 1,330 | 1,702 |
| *%margin* | *-15.3%* | *23.0%* | *35.2%* | *36.3%* | *39.1%* |

PFM Bear Case
PFM Base Case
PFM Bull Case

PFM-00094205_Confidential

Outputs

PFM-DEPO-00011510



**Total US Lab Market**

| | |
|---|---|
| Outside the Hospital | 61% |
| Hospital Inpatient | 28% |
| Hospital Outpatient | 11% |
| | 100% |

**Total U.S. Lab Market - $72 bn**

61%
28%
11%

■ Outside the Hospital  ■ Hospital Inpatient  □ Hospital Outpatient

**Outside the Hospital Lab Segment**

| | |
|---|---|
| Independent Labs | 55% |
| Hospital Outreach | 33% |
| POL | 6% |
| Other | 6% |
| | 100% |

**Total Outside the Hospital Lab Segment- $44 bn**

55%
33%
6%
6%

■ Independent Labs  ■ Hospital Outreach  □ POL  □ Other

PFM-00094205_Confidential

Charts



PFM-DEPO-00011511

1 of 1

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | April 1, 2010 Census | April 1, 2010 Estimates base | Population estimates (as of July 1) 2010 | 2011 | 2012 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **Metropolitan statistical areas** | | | | | | | |
| | | (Titles of metropolitan divisions are indented.) | | | | | | | |
| 10180 | | Abilene, TX | 165,252 | 165,252 | 165,578 | 166,481 | 166,963 | | |
| 10420 | | Akron, OH | 703,200 | 703,200 | 703,055 | 702,654 | 702,262 | | |
| 10500 | | Albany, GA | 157,308 | 157,308 | 157,590 | 157,668 | 157,399 | | |
| 10540 | | Albany, OR | 116,672 | 116,672 | 116,894 | 118,135 | 118,360 | | |
| 10580 | | Albany-Schenectady-Troy, NY | 870,716 | 870,716 | 871,061 | 873,676 | 874,646 | | |
| 10740 | | Albuquerque, NM | 887,077 | 887,077 | 889,568 | 897,320 | 901,700 | | |
| 10780 | | Alexandria, LA | 153,922 | 153,922 | 154,093 | 154,376 | 154,441 | | |
| 10900 | | Allentown-Bethlehem-Easton, PA-NJ | 821,173 | 821,173 | 822,055 | 825,312 | 827,171 | | |
| 11020 | | Altoona, PA | 127,089 | 127,074 | 127,038 | 127,234 | 127,121 | | |
| 11100 | | Amarillo, TX | 251,933 | 251,933 | 252,686 | 255,781 | 257,578 | | |
| 11180 | | Ames, IA | 89,542 | 89,542 | 89,600 | 90,816 | 91,140 | | |
| 11260 | | Anchorage, AK | 380,821 | 380,821 | 383,177 | 388,038 | 392,535 | | |
| 11460 | | Ann Arbor, MI | 344,791 | 344,791 | 345,350 | 348,637 | 350,946 | | |
| 11500 | | Anniston-Oxford-Jacksonville, AL | 118,572 | 118,572 | 118,428 | 117,815 | 117,296 | | |
| 11540 | | Appleton, WI | 225,666 | 225,666 | 225,800 | 227,318 | 228,450 | | |
| 11700 | | Asheville, NC | 424,858 | 424,858 | 425,558 | 426,657 | 432,406 | | |
| 12020 | | Athens-Clarke County, GA | 192,541 | 192,541 | 193,538 | 194,616 | 196,425 | | |
| 12060 | | Atlanta-Sandy Springs-Roswell, GA | 5,286,728 | 5,286,732 | 5,304,665 | 5,374,678 | 5,457,831 | | |
| 12100 | | Atlantic City-Hammonton, NJ | 274,549 | 274,549 | 274,715 | 274,810 | 275,422 | | |
| 12220 | | Auburn-Opelika, AL | 140,247 | 140,251 | 140,781 | 143,580 | 147,257 | | |
| 12260 | | Augusta-Richmond County, GA-SC | 564,873 | 564,871 | 566,781 | 571,098 | 575,899 | | |
| 12420 | | Austin-Round Rock, TX | 1,716,289 | 1,716,286 | 1,727,661 | 1,780,738 | 1,834,303 | | |
| 12540 | | Bakersfield, CA | 839,631 | 839,631 | 841,687 | 849,457 | 856,158 | | |
| 12580 | | Baltimore-Columbia-Towson, MD | 2,710,489 | 2,710,489 | 2,715,580 | 2,733,678 | 2,753,149 | | |
| 12620 | | Bangor, ME | 153,923 | 153,921 | 153,892 | 153,930 | 153,746 | | |
| 12700 | | Barnstable Town, MA | 215,888 | 215,888 | 215,959 | 215,662 | 215,423 | | |
| 12940 | | Baton Rouge, LA | 802,484 | 802,480 | 804,270 | 808,713 | 815,298 | | |
| 12980 | | Battle Creek, MI | 136,146 | 136,146 | 136,075 | 135,529 | 135,099 | | |
| 13020 | | Bay City, MI | 107,771 | 107,771 | 107,723 | 107,273 | 106,933 | | |
| 13140 | | Beaumont-Port Arthur, TX | 403,190 | 403,190 | 403,562 | 405,031 | 404,180 | | |
| 13220 | | Beckley, WV | 124,898 | 124,901 | 124,892 | 125,115 | 124,899 | | |
| 13380 | | Bellingham, WA | 201,140 | 201,140 | 201,614 | 203,570 | 205,262 | | |
| 13460 | | Bend-Redmond, OR | 157,733 | 157,732 | 157,695 | 160,083 | 162,277 | | |
| 13740 | | Billings, MT | 158,934 | 158,934 | 159,395 | 160,852 | 162,848 | | |
| 13780 | | Binghamton, NY | 251,725 | 251,725 | 251,443 | 250,293 | 248,538 | | |
| 13820 | | Birmingham-Hoover, AL | 1,128,047 | 1,128,050 | 1,129,038 | 1,132,403 | 1,136,650 | | |
| 13900 | | Bismarck, ND | 114,778 | 114,778 | 115,294 | 117,284 | 120,060 | | |
| 13980 | | Blacksburg-Christiansburg-Radford, VA | 178,237 | 178,237 | 178,434 | 178,626 | 178,933 | | |
| 14010 | | Bloomington, IL | 186,133 | 186,133 | 186,447 | 187,267 | 188,715 | | |
| 14020 | | Bloomington, IN | 159,549 | 159,549 | 160,138 | 161,610 | 162,399 | | |
| 14100 | | Bloomsburg-Berwick, PA | 85,562 | 85,563 | 85,612 | 85,161 | 85,243 | | |
| 14260 | | Boise City, ID | 616,561 | 616,561 | 618,002 | 627,636 | 637,896 | | |
| 14460 | | Boston-Cambridge-Newton, MA-NH | 4,552,402 | 4,552,402 | 4,563,863 | 4,603,344 | 4,640,802 | 0.9% | 0.8% |
| 14460 | 14454 | Boston, MA | 1,887,792 | 1,887,792 | 1,893,664 | 1,910,714 | 1,926,030 | | |
| 14460 | 15764 | Cambridge-Newton-Framingham, MA | 2,246,244 | 2,246,244 | 2,251,629 | 2,272,874 | 2,292,933 | | |
| 14460 | 40484 | Rockingham County-Strafford County, NH | 418,366 | 418,366 | 418,570 | 419,756 | 421,939 | | |
| 14500 | | Boulder, CO | 294,567 | 294,571 | 296,318 | 300,406 | 305,318 | | |
| 14540 | | Bowling Green, KY | 158,599 | 158,599 | 158,645 | 160,650 | 162,231 | | |
| 14740 | | Bremerton-Silverdale, WA | 251,133 | 251,133 | 251,769 | 254,529 | 254,991 | | |
| 14860 | | Bridgeport-Stamford-Norwalk, CT | 916,829 | 916,829 | 918,814 | 927,567 | 933,835 | | |
| 15180 | | Brownsville-Harlingen, TX | 406,220 | 406,220 | 407,656 | 412,577 | 415,557 | | |
| 15260 | | Brunswick, GA | 112,370 | 112,368 | 112,637 | 113,122 | 113,448 | | |
| 15380 | | Buffalo-Cheektowaga-Niagara Falls, NY | 1,135,509 | 1,135,511 | 1,135,610 | 1,135,494 | 1,134,210 | | |
| 15500 | | Burlington, NC | 151,131 | 151,087 | 151,470 | 152,801 | 153,920 | | |
| 15540 | | Burlington-South Burlington, VT | 211,261 | 211,262 | 211,558 | 212,875 | 213,701 | | |
| 15680 | | California-Lexington Park, MD | 105,151 | 105,151 | 105,728 | 107,661 | 108,987 | | |
| 15940 | | Canton-Massillon, OH | 404,422 | 404,422 | 404,217 | 403,164 | 403,455 | | |
| 15980 | | Cape Coral-Fort Myers, FL | 618,754 | 618,754 | 620,601 | 631,602 | 645,293 | | |
| 16020 | | Cape Girardeau, MO-IL | 96,275 | 96,275 | 96,403 | 96,560 | 97,060 | | |
| 16060 | | Carbondale-Marion, IL | 126,575 | 126,560 | 126,772 | 126,944 | 126,745 | | |
| 16180 | | Carson City, NV | 55,274 | 55,274 | 55,278 | 54,851 | 54,838 | | |
| 16220 | | Casper, WY | 75,450 | 75,450 | 75,483 | 76,356 | 78,621 | | |
| 16300 | | Cedar Rapids, IA | 257,940 | 257,940 | 258,364 | 260,893 | 261,761 | | |
| 16540 | | Chambersburg-Waynesboro, PA | 149,618 | 149,618 | 149,908 | 150,801 | 151,275 | | |
| 16580 | | Champaign-Urbana, IL | 231,891 | 231,891 | 232,230 | 233,055 | 233,786 | | |
| 16620 | | Charleston, WV | 227,078 | 227,071 | 226,947 | 225,977 | 225,954 | | |
| 16700 | | Charleston-North Charleston, SC | 664,607 | 664,608 | 667,606 | 681,684 | 697,439 | | |
| 16740 | | Charlotte-Concord-Gastonia, NC-SC | 2,217,012 | 2,217,035 | 2,223,685 | 2,257,134 | 2,296,569 | | |
| 16820 | | Charlottesville, VA | 218,705 | 218,705 | 219,094 | 221,101 | 222,860 | | |
| 16860 | | Chattanooga, TN-GA | 528,143 | 528,145 | 529,239 | 533,343 | 537,869 | | |
| 16940 | | Cheyenne, WY | 91,738 | 91,738 | 92,120 | 92,487 | 94,483 | | |
| 16980 | | Chicago-Naperville-Elgin, IL-IN-WI | 9,461,105 | 9,461,105 | 9,471,608 | 9,495,719 | 9,522,434 | | |
| 16980 | 16974 | Chicago-Naperville-Arlington Heights, IL | 7,262,718 | 7,262,820 | 7,271,029 | 7,293,968 | 7,318,387 | | |
| 16980 | 20994 | Elgin, IL | 620,429 | 620,429 | 621,171 | 624,737 | 627,191 | | |
| 16980 | 23844 | Gary, IN | 708,070 | 708,070 | 708,473 | 708,282 | 706,600 | | |
| 16980 | 29404 | Lake County-Kenosha County, IL-WI | 869,888 | 869,786 | 870,935 | 868,732 | 870,056 | | |
| 17020 | | Chico, CA | 220,000 | 220,000 | 219,968 | 220,189 | 221,539 | | |
| 17140 | | Cincinnati, OH-KY-IN | 2,114,580 | 2,114,580 | 2,116,811 | 2,122,330 | 2,128,603 | | |
| 17300 | | Clarksville, TN-KY | 260,625 | 260,625 | 261,868 | 264,525 | 274,342 | | |
| 17420 | | Cleveland, TN | 115,788 | 115,788 | 115,972 | 116,738 | 117,820 | | |
| 17460 | | Cleveland-Elyria, OH | 2,077,240 | 2,077,240 | 2,076,016 | 2,068,397 | 2,063,535 | | |
| 17660 | | Coeur d'Alene, ID | 138,494 | 138,494 | 138,920 | 141,103 | 142,357 | | |
| 17780 | | College Station-Bryan, TX | 228,660 | 228,660 | 229,483 | 231,462 | 234,501 | | |
| 17820 | | Colorado Springs, CO | 645,613 | 645,613 | 650,130 | 659,773 | 668,353 | | |
| 17860 | | Columbia, MO | 162,642 | 162,642 | 163,220 | 165,921 | 168,535 | | |
| 17900 | | Columbia, SC | 767,598 | 767,602 | 769,819 | 776,793 | 784,745 | | |
| 17980 | | Columbus, GA-AL | 294,865 | 294,869 | 295,741 | 301,865 | 310,531 | | |
| 18020 | | Columbus, IN | 76,794 | 76,794 | 76,893 | 77,817 | 79,129 | | |
| 18140 | | Columbus, OH | 1,901,974 | 1,901,965 | 1,906,295 | 1,925,137 | 1,944,002 | | |
| 18580 | | Corpus Christi, TX | 428,185 | 428,188 | 428,050 | 430,961 | 437,109 | | |
| 18700 | | Corvallis, OR | 85,579 | 85,581 | 85,531 | 86,006 | 86,430 | | |
| 18880 | | Crestview-Fort Walton Beach-Destin, FL | 235,865 | 235,865 | 236,058 | 239,021 | 247,665 | | |

PFM-DEPO-00011512

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | Census | Estimates base | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| 19000 | | Cumberland, MD-WV | 103,299 | 103,299 | 103,248 | 102,612 | 101,968 |
| 19100 | | Dallas-Fort Worth-Arlington, TX | 6,426,214 | 6,426,210 | 6,452,764 | 6,569,112 | 6,700,991 |
| 19100 | 19124 | Dallas-Plano-Irving, TX | 4,230,520 | 4,230,518 | 4,248,860 | 4,331,844 | 4,426,611 |
| 19100 | 23104 | Fort Worth-Arlington, TX | 2,195,694 | 2,195,694 | 2,203,904 | 2,237,268 | 2,274,380 |
| 19140 | | Dalton, GA | 142,227 | 142,227 | 142,361 | 142,507 | 142,751 |
| 19180 | | Danville, IL | 81,625 | 81,625 | 81,551 | 81,367 | 80,727 |
| 19300 | | Daphne-Fairhope-Foley, AL | 182,265 | 182,265 | 183,275 | 186,830 | 190,790 |
| 19340 | | Davenport-Moline-Rock Island, IA-IL | 379,690 | 379,690 | 380,245 | 381,226 | 382,630 |
| 19380 | | Dayton, OH | 799,232 | 799,232 | 799,980 | 801,040 | 800,972 |
| 19460 | | Decatur, AL | 153,829 | 153,829 | 153,867 | 154,115 | 154,233 |
| 19500 | | Decatur, IL | 110,768 | 110,768 | 110,734 | 110,616 | 110,122 |
| 19660 | | Deltona-Daytona Beach-Ormond Beach, FL | 590,289 | 590,290 | 590,681 | 591,550 | 595,309 |
| 19740 | | Denver-Aurora-Lakewood, CO | 2,543,482 | 2,543,478 | 2,554,118 | 2,598,496 | 2,645,209 |
| 19780 | | Des Moines-West Des Moines, IA | 569,633 | 569,633 | 572,000 | 580,716 | 588,999 |
| 19820 | | Detroit-Warren-Dearborn, MI | 4,296,250 | 4,296,247 | 4,291,828 | 4,287,960 | 4,292,060 |
| 19820 | 19804 | Detroit-Dearborn-Livonia, MI | 1,820,584 | 1,820,575 | 1,815,566 | 1,801,789 | 1,792,365 |
| 19820 | 47664 | Warren-Troy-Farmington Hills, MI | 2,475,666 | 2,475,672 | 2,476,230 | 2,486,177 | 2,499,695 |
| 20020 | | Dothan, AL | 145,639 | 145,639 | 145,992 | 146,651 | 147,620 |
| 20100 | | Dover, DE | 162,310 | 162,310 | 162,973 | 165,319 | 167,626 |
| 20220 | | Dubuque, IA | 93,653 | 93,653 | 93,878 | 94,436 | 95,097 |
| 20260 | | Duluth, MN-WI | 279,771 | 279,771 | 279,766 | 279,836 | 279,452 |
| 20500 | | Durham-Chapel Hill, NC | 504,357 | 504,401 | 505,594 | 513,900 | 522,826 |
| 20700 | | East Stroudsburg, PA | 169,842 | 169,543 | 169,981 | 169,986 | 168,795 |
| 20740 | | Eau Claire, WI | 161,151 | 161,151 | 161,363 | 162,633 | 163,589 |
| 20940 | | El Centro, CA | 174,528 | 174,528 | 174,867 | 175,897 | 176,948 |
| 21060 | | Elizabethtown-Fort Knox, KY | 148,338 | 148,335 | 149,022 | 151,186 | 150,413 |
| 21140 | | Elkhart-Goshen, IN | 197,559 | 197,561 | 197,476 | 198,700 | 199,619 |
| 21300 | | Elmira, NY | 88,830 | 88,830 | 88,635 | 88,798 | 88,911 |
| 21340 | | El Paso, TX | 804,123 | 804,123 | 806,981 | 821,400 | 830,735 |
| 21500 | | Erie, PA | 280,566 | 280,566 | 280,749 | 280,668 | 280,646 |
| 21660 | | Eugene, OR | 351,715 | 351,715 | 351,921 | 353,481 | 354,542 |
| 21780 | | Evansville, IN-KY | 311,552 | 311,552 | 311,814 | 312,705 | 313,433 |
| 21820 | | Fairbanks, AK | 97,581 | 97,581 | 98,267 | 99,286 | 100,272 |
| 22020 | | Fargo, ND-MN | 208,777 | 208,777 | 209,416 | 212,586 | 216,312 |
| 22140 | | Farmington, NM | 130,044 | 130,044 | 130,144 | 128,063 | 128,529 |
| 22180 | | Fayetteville, NC | 366,383 | 366,383 | 367,744 | 372,788 | 374,585 |
| 22220 | | Fayetteville-Springdale-Rogers, AR-MO | 463,204 | 463,207 | 465,776 | 473,933 | 482,200 |
| 22380 | | Flagstaff, AZ | 134,421 | 134,420 | 134,611 | 134,105 | 136,011 |
| 22420 | | Flint, MI | 425,790 | 425,790 | 425,152 | 422,053 | 418,408 |
| 22500 | | Florence, SC | 205,566 | 205,562 | 205,645 | 205,711 | 206,087 |
| 22520 | | Florence-Muscle Shoals, AL | 147,137 | 147,137 | 147,195 | 147,082 | 146,988 |
| 22540 | | Fond du Lac, WI | 101,633 | 101,633 | 101,695 | 101,656 | 101,843 |
| 22660 | | Fort Collins, CO | 299,630 | 299,630 | 300,426 | 305,091 | 310,487 |
| 22900 | | Fort Smith, AR-OK | 280,467 | 280,466 | 280,712 | 280,866 | 280,521 |
| 23060 | | Fort Wayne, IN | 416,257 | 416,257 | 416,779 | 419,568 | 421,406 |
| 23420 | | Fresno, CA | 930,450 | 930,450 | 932,696 | 940,887 | 947,895 |
| 23460 | | Gadsden, AL | 104,430 | 104,430 | 104,452 | 104,238 | 104,392 |
| 23540 | | Gainesville, FL | 264,275 | 264,275 | 264,470 | 266,392 | 268,232 |
| 23580 | | Gainesville, GA | 179,684 | 179,684 | 179,992 | 182,965 | 185,416 |
| 23900 | | Gettysburg, PA | 101,407 | 101,407 | 101,427 | 101,549 | 101,482 |
| 24020 | | Glens Falls, NY | 128,923 | 128,921 | 128,968 | 128,733 | 128,472 |
| 24140 | | Goldsboro, NC | 122,623 | 122,623 | 122,882 | 123,839 | 124,246 |
| 24220 | | Grand Forks, ND-MN | 98,461 | 98,461 | 98,599 | 98,061 | 98,888 |
| 24260 | | Grand Island, NE | 81,850 | 81,850 | 82,001 | 82,660 | 83,472 |
| 24300 | | Grand Junction, CO | 146,723 | 146,723 | 146,475 | 147,481 | 147,848 |
| 24340 | | Grand Rapids-Wyoming, MI | 988,938 | 988,938 | 989,481 | 996,454 | 1,005,648 |
| 24420 | | Grants Pass, OR | 82,713 | 82,713 | 82,665 | 82,680 | 82,930 |
| 24500 | | Great Falls, MT | 81,327 | 81,327 | 81,540 | 81,769 | 81,723 |
| 24540 | | Greeley, CO | 252,825 | 252,825 | 254,081 | 258,351 | 263,691 |
| 24580 | | Green Bay, WI | 306,241 | 306,241 | 306,775 | 308,761 | 311,098 |
| 24660 | | Greensboro-High Point, NC | 723,801 | 723,798 | 725,134 | 730,531 | 736,065 |
| 24780 | | Greenville, NC | 168,148 | 168,148 | 168,787 | 170,715 | 172,554 |
| 24860 | | Greenville-Anderson-Mauldin, SC | 824,112 | 824,106 | 825,788 | 833,063 | 842,853 |
| 25060 | | Gulfport-Biloxi-Pascagoula, MS | 370,702 | 370,702 | 371,561 | 375,911 | 379,582 |
| 25180 | | Hagerstown-Martinsburg, MD-WV | 251,599 | 251,599 | 252,495 | 254,601 | 256,278 |
| 25220 | | Hammond, LA | 121,097 | 121,101 | 121,453 | 122,519 | 123,441 |
| 25260 | | Hanford-Corcoran, CA | 152,982 | 152,982 | 152,301 | 151,941 | 151,364 |
| 25420 | | Harrisburg-Carlisle, PA | 549,475 | 549,473 | 550,212 | 551,611 | 553,960 |
| 25500 | | Harrisonburg, VA | 125,228 | 125,215 | 125,393 | 126,706 | 128,372 |
| 25540 | | Hartford-West Hartford-East Hartford, CT | 1,212,381 | 1,212,384 | 1,212,830 | 1,215,119 | 1,214,400 |
| 25620 | | Hattiesburg, MS | 142,642 | 142,841 | 143,280 | 145,262 | 146,766 |
| 25860 | | Hickory-Lenoir-Morganton, NC | 365,497 | 365,492 | 365,206 | 364,170 | 363,627 |
| 25940 | | Hilton Head Island-Bluffton-Beaufort, SC | 187,010 | 187,010 | 187,923 | 189,749 | 193,882 |
| 25980 | | Hinesville, GA | 77,917 | 77,917 | 77,434 | 80,577 | 81,519 |
| 26140 | | Homosassa Springs, FL | 141,236 | 141,236 | 141,312 | 139,849 | 139,360 |
| 26300 | | Hot Springs, AR | 96,024 | 96,024 | 96,230 | 96,637 | 96,903 |
| 26380 | | Houma-Thibodaux, LA | 208,178 | 208,178 | 208,102 | 208,657 | 208,832 |
| 26420 | | Houston-The Woodlands-Sugar Land, TX | 5,920,416 | 5,920,456 | 5,948,300 | 6,051,850 | 6,177,035 |
| 26580 | | Huntington-Ashland, WV-KY-OH | 364,908 | 364,908 | 365,008 | 364,742 | 364,665 |
| 26620 | | Huntsville, AL | 417,593 | 417,593 | 419,351 | 425,212 | 430,734 |
| 26820 | | Idaho Falls, ID | 133,265 | 133,337 | 133,797 | 134,847 | 136,108 |
| 26900 | | Indianapolis-Carmel-Anderson, IN | 1,887,877 | 1,887,877 | 1,892,368 | 1,910,053 | 1,928,982 |
| 26980 | | Iowa City, IA | 152,586 | 152,586 | 152,984 | 155,378 | 158,231 |
| 27060 | | Ithaca, NY | 101,564 | 101,564 | 101,651 | 101,763 | 102,554 |
| 27100 | | Jackson, MI | 160,248 | 160,248 | 160,226 | 159,810 | 160,309 |
| 27140 | | Jackson, MS | 567,122 | 567,121 | 568,181 | 573,693 | 576,800 |
| 27180 | | Jackson, TN | 130,011 | 130,009 | 130,030 | 129,830 | 130,450 |
| 27260 | | Jacksonville, FL | 1,345,596 | 1,345,596 | 1,349,103 | 1,360,996 | 1,377,850 |
| 27340 | | Jacksonville, NC | 177,772 | 177,772 | 179,487 | 177,430 | 183,263 |
| 27500 | | Janesville-Beloit, WI | 160,331 | 160,331 | 160,235 | 160,067 | 160,418 |
| 27620 | | Jefferson City, MO | 149,807 | 149,807 | 149,948 | 150,281 | 150,151 |
| 27740 | | Johnson City, TN | 198,716 | 198,716 | 198,966 | 199,701 | 200,684 |
| 27780 | | Johnstown, PA | 143,679 | 143,679 | 143,484 | 142,624 | 141,584 |
| 27860 | | Jonesboro, AR | 121,026 | 121,026 | 121,247 | 122,756 | 124,042 |

| | | | | | | 1.8% | 2.0% |

PFM-DEPO-00011513

**Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012**

| CBSA Code | Metro Division Code | Geographic area | April 1, 2010 Census | April 1, 2010 Estimates base | Population estimates (as of July 1) 2010 | 2011 | 2012 | | |
|---|---|---|---|---|---|---|---|---|---|
| 27900 | | Joplin, MO | 175,518 | 175,518 | 175,903 | 176,663 | 174,327 | | |
| 27980 | | Kahului-Wailuku-Lahaina, HI | 154,924 | 154,924 | 155,126 | 156,756 | 158,316 | | |
| 28020 | | Kalamazoo-Portage, MI | 326,589 | 326,589 | 326,911 | 328,353 | 330,034 | | |
| 28100 | | Kankakee, IL | 113,449 | 113,449 | 113,502 | 113,541 | 113,040 | | |
| 28140 | | Kansas City, MO-KS | 2,009,342 | 2,009,338 | 2,013,864 | 2,024,937 | 2,038,724 | | |
| 28420 | | Kennewick-Richland, WA | 253,340 | 253,340 | 255,626 | 263,703 | 268,243 | | |
| 28660 | | Killeen-Temple, TX | 405,300 | 405,300 | 408,221 | 412,390 | 420,375 | | |
| 28700 | | Kingsport-Bristol-Bristol, TN-VA | 309,544 | 309,544 | 309,547 | 308,579 | 309,006 | | |
| 28740 | | Kingston, NY | 182,493 | 182,493 | 182,393 | 182,582 | 181,791 | | |
| 28940 | | Knoxville, TN | 837,571 | 837,571 | 838,745 | 843,189 | 848,350 | | |
| 29020 | | Kokomo, IN | 82,752 | 82,752 | 82,730 | 82,817 | 82,645 | | |
| 29100 | | La Crosse-Onalaska, WI-MN | 133,665 | 133,665 | 133,691 | 134,415 | 135,298 | | |
| 29180 | | Lafayette, LA | 466,750 | 466,750 | 467,416 | 470,662 | 474,415 | | |
| 29200 | | Lafayette-West Lafayette, IN | 201,789 | 201,789 | 201,952 | 204,098 | 206,412 | | |
| 29340 | | Lake Charles, LA | 199,607 | 199,607 | 200,050 | 200,589 | 201,195 | | |
| 29420 | | Lake Havasu City-Kingman, AZ | 200,186 | 200,186 | 200,360 | 202,592 | 203,334 | | |
| 29460 | | Lakeland-Winter Haven, FL | 602,095 | 602,095 | 603,343 | 609,823 | 618,158 | | |
| 29540 | | Lancaster, PA | 519,445 | 519,445 | 520,344 | 523,862 | 526,823 | | |
| 29620 | | Lansing-East Lansing, MI | 464,036 | 464,036 | 464,160 | 465,614 | 465,722 | | |
| 29700 | | Laredo, TX | 250,304 | 250,304 | 251,284 | 254,948 | 259,172 | | |
| 29740 | | Las Cruces, NM | 209,233 | 209,233 | 210,325 | 212,944 | 214,445 | | |
| 29820 | | Las Vegas-Henderson-Paradise, NV | 1,951,269 | 1,951,269 | 1,953,422 | 1,967,926 | 2,000,759 | | |
| 29940 | | Lawrence, KS | 110,826 | 110,826 | 111,208 | 112,244 | 112,864 | | |
| 30020 | | Lawton, OK | 130,291 | 130,291 | 131,588 | 131,527 | 132,545 | | |
| 30140 | | Lebanon, PA | 133,568 | 133,573 | 133,717 | 134,389 | 135,251 | | |
| 30300 | | Lewiston, ID-WA | 60,888 | 60,888 | 61,009 | 61,327 | 61,419 | | |
| 30340 | | Lewiston-Auburn, ME | 107,702 | 107,702 | 107,678 | 107,427 | 107,609 | | |
| 30460 | | Lexington-Fayette, KY | 472,099 | 472,099 | 473,468 | 479,035 | 485,023 | | |
| 30620 | | Lima, OH | 106,331 | 106,331 | 106,222 | 105,740 | 105,141 | | |
| 30700 | | Lincoln, NE | 302,157 | 302,157 | 302,957 | 306,580 | 310,342 | | |
| 30780 | | Little Rock-North Little Rock-Conway, AR | 699,757 | 699,757 | 702,350 | 710,950 | 717,666 | | |
| 30860 | | Logan, UT-ID | 125,442 | 125,442 | 126,070 | 127,356 | 128,306 | | |
| 30980 | | Longview, TX | 214,369 | 214,378 | 214,586 | 215,798 | 216,679 | | |
| 31020 | | Longview, WA | 102,410 | 102,410 | 102,447 | 102,431 | 101,596 | | |
| 31080 | | Los Angeles-Long Beach-Anaheim, CA | 12,828,837 | 12,828,842 | 12,843,942 | 12,945,140 | 13,052,921 | | |
| 31080 | 11244 | Anaheim-Santa Ana-Irvine, CA | 3,010,232 | 3,010,237 | 3,018,181 | 3,056,115 | 3,090,132 | | |
| 31080 | 31084 | Los Angeles-Long Beach-Glendale, CA | 9,818,605 | 9,818,605 | 9,825,761 | 9,889,025 | 9,962,789 | | |
| 31140 | | Louisville/Jefferson County, KY-IN | 1,235,708 | 1,235,708 | 1,237,847 | 1,244,792 | 1,251,351 | | |
| 31180 | | Lubbock, TX | 290,805 | 290,805 | 292,142 | 295,255 | 297,669 | | |
| 31340 | | Lynchburg, VA | 252,634 | 252,635 | 252,689 | 254,031 | 255,342 | | |
| 31420 | | Macon, GA | 232,293 | 232,293 | 232,342 | 232,849 | 232,723 | | |
| 31460 | | Madera, CA | 150,865 | 150,865 | 151,177 | 152,055 | 152,216 | | |
| 31540 | | Madison, WI | 605,435 | 605,435 | 606,546 | 613,943 | 620,778 | | |
| 31700 | | Manchester-Nashua, NH | 400,721 | 400,721 | 401,036 | 401,842 | 402,922 | | |
| 31740 | | Manhattan, KS | 92,719 | 92,719 | 93,245 | 95,150 | 97,810 | | |
| 31860 | | Mankato-North Mankato, MN | 96,740 | 96,740 | 96,812 | 97,335 | 98,020 | | |
| 31900 | | Mansfield, OH | 124,475 | 124,475 | 124,106 | 123,125 | 122,673 | | |
| 32580 | | McAllen-Edinburg-Mission, TX | 774,769 | 774,769 | 779,203 | 794,191 | 806,552 | | |
| 32780 | | Medford, OR | 203,206 | 203,206 | 203,474 | 204,718 | 206,412 | | |
| 32820 | | Memphis, TN-MS-AR | 1,324,829 | 1,324,829 | 1,326,570 | 1,333,390 | 1,341,690 | | |
| 32900 | | Merced, CA | 255,793 | 255,793 | 256,577 | 259,966 | 262,305 | | |
| 33100 | | Miami-Fort Lauderdale-West Palm Beach, FL | 5,564,635 | 5,564,635 | 5,581,920 | 5,687,908 | 5,762,717 | | |
| 33100 | 22744 | Fort Lauderdale-Pompano Beach-Deerfield Beach, FL | 1,748,066 | 1,748,066 | 1,752,928 | 1,784,968 | 1,815,137 | | |
| 33100 | 33124 | Miami-Miami Beach-Kendall, FL | 2,496,435 | 2,496,457 | 2,504,614 | 2,565,440 | 2,591,035 | | |
| 33100 | 48424 | West Palm Beach-Boca Raton-Delray Beach, FL | 1,320,134 | 1,320,134 | 1,324,056 | 1,337,512 | 1,356,545 | | |
| 33140 | | Michigan City-La Porte, IN | 111,467 | 111,467 | 111,432 | 111,263 | 111,246 | | |
| 33220 | | Midland, MI | 83,629 | 83,629 | 83,637 | 84,015 | 83,822 | | |
| 33260 | | Midland, TX | 141,671 | 141,671 | 141,757 | 144,953 | 151,662 | | |
| 33340 | | Milwaukee-Waukesha-West Allis, WI | 1,555,908 | 1,555,908 | 1,556,711 | 1,561,428 | 1,566,981 | | |
| 33460 | | Minneapolis-St. Paul-Bloomington, MN-WI | 3,348,859 | 3,348,859 | 3,355,674 | 3,389,049 | 3,422,264 | | |
| 33540 | | Missoula, MT | 109,299 | 109,299 | 109,457 | 110,114 | 110,977 | | |
| 33660 | | Mobile, AL | 412,992 | 412,992 | 413,216 | 413,145 | 413,936 | | |
| 33700 | | Modesto, CA | 514,453 | 514,453 | 515,326 | 517,957 | 521,726 | | |
| 33740 | | Monroe, LA | 176,441 | 176,441 | 176,673 | 177,379 | 177,782 | | |
| 33780 | | Monroe, MI | 152,021 | 152,021 | 151,960 | 151,609 | 151,048 | | |
| 33860 | | Montgomery, AL | 374,536 | 374,536 | 374,529 | 376,562 | 377,149 | | |
| 34060 | | Morgantown, WV | 129,709 | 129,709 | 130,308 | 132,291 | 134,164 | | |
| 34100 | | Morristown, TN | 113,951 | 113,951 | 114,049 | 114,623 | 114,937 | | |
| 34580 | | Mount Vernon-Anacortes, WA | 116,901 | 116,901 | 117,014 | 117,836 | 118,222 | | |
| 34620 | | Muncie, IN | 117,671 | 117,671 | 117,649 | 117,784 | 117,364 | | |
| 34740 | | Muskegon, MI | 172,188 | 172,188 | 171,969 | 170,021 | 170,182 | | |
| 34820 | | Myrtle Beach-Conway-North Myrtle Beach, SC-NC | 376,722 | 376,722 | 378,604 | 385,910 | 394,542 | | |
| 34900 | | Napa, CA | 136,484 | 136,484 | 136,824 | 137,977 | 139,045 | | |
| 34940 | | Naples-Immokalee-Marco Island, FL | 321,520 | 321,520 | 322,666 | 327,519 | 332,427 | | |
| 34980 | | Nashville-Davidson--Murfreesboro--Franklin, TN | 1,670,890 | 1,670,890 | 1,675,886 | 1,698,348 | 1,726,693 | | |
| 35100 | | New Bern, NC | 126,802 | 126,802 | 127,079 | 128,075 | 128,115 | | |
| 35300 | | New Haven-Milford, CT | 862,477 | 862,477 | 862,704 | 862,812 | 862,813 | | |
| 35380 | | New Orleans-Metairie, LA | 1,189,866 | 1,189,863 | 1,195,406 | 1,213,488 | 1,227,096 | | |
| 35620 | | New York-Newark-Jersey City, NY-NJ-PA | 19,567,410 | 19,567,407 | 19,598,491 | 19,729,930 | 19,831,858 | 0.7% | 0.5% |
| 35620 | 20524 | Dutchess County-Putnam County, NY | 397,166 | 397,166 | 397,556 | 398,125 | 396,920 | | |
| 35620 | 35004 | Nassau County-Suffolk County, NY | 2,832,882 | 2,832,879 | 2,836,046 | 2,840,165 | 2,848,506 | | |
| 35620 | 35084 | Newark, NJ-PA | 2,471,171 | 2,471,170 | 2,474,314 | 2,482,701 | 2,488,817 | | |
| 35620 | 35614 | New York-Jersey City-White Plains, NY-NJ | 13,866,180 | 13,866,160 | 13,890,573 | 14,002,939 | 14,097,600 | | |
| 35660 | | Niles-Benton Harbor, MI | 156,813 | 156,813 | 156,799 | 156,469 | 156,067 | | |
| 35840 | | North Port-Sarasota-Bradenton, FL | 702,281 | 702,281 | 703,568 | 709,037 | 720,042 | | |
| 35980 | | Norwich-New London, CT | 274,055 | 274,055 | 274,092 | 274,091 | 274,170 | | |
| 36100 | | Ocala, FL | 331,298 | 331,298 | 331,407 | 332,472 | 335,125 | | |
| 36140 | | Ocean City, NJ | 97,265 | 97,265 | 97,262 | 96,562 | 96,304 | | |
| 36220 | | Odessa, TX | 137,130 | 137,130 | 137,056 | 139,569 | 144,325 | | |
| 36260 | | Ogden-Clearfield, UT | 597,159 | 597,159 | 599,706 | 605,786 | 612,441 | | |
| 36420 | | Oklahoma City, OK | 1,252,987 | 1,252,990 | 1,257,927 | 1,275,821 | 1,296,565 | | |
| 36500 | | Olympia-Tumwater, WA | 252,264 | 252,264 | 253,043 | 256,406 | 258,332 | | |
| 36540 | | Omaha-Council Bluffs, NE-IA | 865,350 | 865,350 | 868,116 | 877,171 | 885,624 | | |
| 36740 | | Orlando-Kissimmee-Sanford, FL | 2,134,411 | 2,134,411 | 2,139,583 | 2,175,004 | 2,223,674 | | |

PFM-DEPO-00011514

**FER-66**

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | April 1, 2010 Census | April 1, 2010 Estimates base | Population estimates (as of July 1) 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| 36780 | | Oshkosh-Neenah, WI | 166,994 | 166,994 | 167,078 | 167,708 | 168,754 |
| 36560 | | Owensboro, KY | 114,752 | 114,752 | 114,806 | 115,384 | 116,000 |
| 37100 | | Oxnard-Thousand Oaks-Ventura, CA | 823,318 | 823,318 | 825,378 | 831,126 | 835,981 |
| 37340 | | Palm Bay-Melbourne-Titusville, FL | 543,376 | 543,376 | 543,976 | 544,522 | 547,307 |
| 37460 | | Panama City, FL | 184,715 | 184,715 | 185,128 | 185,500 | 187,621 |
| 37620 | | Parkersburg-Vienna, WV | 92,673 | 92,673 | 92,757 | 92,643 | 92,548 |
| 37860 | | Pensacola-Ferry Pass-Brent, FL | 448,991 | 448,991 | 451,110 | 455,455 | 461,227 |
| 37500 | | Peoria, IL | 379,186 | 379,186 | 378,937 | 379,693 | 380,447 |
| 37980 | | Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 5,965,343 | 5,965,343 | 5,972,025 | 5,997,474 | 6,018,800 |
| 37900 | 15804 | Camden, NJ | 1,250,679 | 1,250,685 | 1,251,682 | 1,253,408 | 1,254,461 |
| 37980 | 33874 | Montgomery County-Bucks County-Chester County, PA | 1,924,009 | 1,924,008 | 1,926,378 | 1,935,678 | 1,942,066 |
| 37980 | 37964 | Philadelphia, PA | 2,084,985 | 2,084,978 | 2,087,631 | 2,096,128 | 2,108,705 |
| 37980 | 48864 | Wilmington, DE-MD-NJ | 705,670 | 705,670 | 706,134 | 710,170 | 713,546 |
| 38060 | | Phoenix-Mesa-Scottsdale, AZ | 4,192,887 | 4,192,887 | 4,209,375 | 4,252,078 | 4,329,534 |
| 38220 | | Pine Bluff, AR | 100,258 | 100,258 | 100,118 | 98,973 | 97,451 |
| 38300 | | Pittsburgh, PA | 2,356,285 | 2,356,285 | 2,356,827 | 2,360,114 | 2,360,733 |
| 38340 | | Pittsfield, MA | 131,219 | 131,219 | 131,232 | 130,447 | 130,018 |
| 38540 | | Pocatello, ID | 82,839 | 82,839 | 82,950 | 83,524 | 83,600 |
| 38660 | | Ponce, PR | 514,098 | 514,100 | 513,875 | 516,081 | 518,117 |
| 38900 | | Portland-Vancouver-Hillsboro, OR-WA | 2,226,009 | 2,226,009 | 2,232,717 | 2,260,928 | 2,289,800 |
| 38940 | | Port St. Lucie, FL | 424,107 | 424,107 | 425,251 | 428,409 | 432,683 |
| 38940 | | Prescott, AZ | 211,033 | 211,033 | 210,249 | 211,130 | 212,637 |
| 39300 | | Providence-Warwick, RI-MA | 1,600,852 | 1,600,852 | 1,601,992 | 1,600,258 | 1,601,374 |
| 39340 | | Provo-Orem, UT | 526,810 | 526,810 | 530,092 | 540,437 | 550,845 |
| 39380 | | Pueblo, CO | 159,063 | 159,063 | 159,570 | 160,346 | 160,852 |
| 39460 | | Punta Gorda, FL | 159,978 | 159,978 | 159,898 | 159,455 | 162,449 |
| 39540 | | Racine, WI | 195,408 | 195,408 | 195,447 | 195,014 | 194,797 |
| 39580 | | Raleigh, NC | 1,130,490 | 1,130,490 | 1,137,352 | 1,162,688 | 1,188,564 |
| 39660 | | Rapid City, SD | 134,598 | 134,598 | 135,079 | 136,385 | 138,738 |
| 39740 | | Reading, PA | 411,442 | 411,442 | 411,791 | 412,547 | 413,491 |
| 38820 | | Redding, CA | 177,223 | 177,223 | 177,324 | 178,031 | 176,586 |
| 39500 | | Reno, NV | 425,417 | 425,417 | 426,223 | 429,356 | 433,543 |
| 40060 | | Richmond, VA | 1,208,101 | 1,208,101 | 1,210,160 | 1,219,022 | 1,231,980 |
| 40140 | | Riverside-San Bernardino-Ontario, CA | 4,224,851 | 4,224,851 | 4,243,987 | 4,301,841 | 4,350,096 |
| 40220 | | Roanoke, VA | 308,707 | 308,707 | 308,660 | 308,999 | 310,118 |
| 40340 | | Rochester, MN | 206,877 | 206,877 | 207,137 | 206,446 | 209,607 |
| 40380 | | Rochester, NY | 1,079,671 | 1,079,671 | 1,079,913 | 1,082,120 | 1,082,084 |
| 40420 | | Rockford, IL | 349,431 | 349,431 | 349,245 | 347,913 | 346,000 |
| 42580 | | Rocky Mount, NC | 152,392 | 152,388 | 152,468 | 151,994 | 151,662 |
| 40660 | | Rome, GA | 96,317 | 96,317 | 96,382 | 96,156 | 96,177 |
| 40900 | | Sacramento-Roseville-Arden-Arcade, CA | 2,149,127 | 2,149,127 | 2,154,776 | 2,176,452 | 2,196,482 |
| 40980 | | Saginaw, MI | 200,169 | 200,169 | 199,940 | 198,990 | 198,353 |
| 41060 | | St. Cloud, MN | 189,093 | 189,093 | 189,226 | 190,036 | 190,471 |
| 41100 | | St. George, UT | 138,115 | 138,115 | 138,462 | 141,511 | 144,800 |
| 41140 | | St. Joseph, MO-KS | 127,329 | 127,329 | 127,226 | 127,649 | 127,927 |
| 41180 | | St. Louis, MO-IL | 2,787,701 | 2,787,695 | 2,789,873 | 2,793,375 | 2,795,794 |
| 41420 | | Salem, OR | 390,738 | 390,738 | 391,637 | 393,822 | 396,338 |
| 41500 | | Salinas, CA | 415,057 | 415,057 | 416,335 | 421,612 | 426,762 |
| 41540 | | Salisbury, MD-DE | 373,802 | 373,802 | 374,756 | 378,155 | 381,868 |
| 41620 | | Salt Lake City, UT | 1,087,873 | 1,087,873 | 1,091,718 | 1,107,018 | 1,123,712 |
| 41660 | | San Angelo, TX | 111,823 | 111,823 | 112,041 | 113,348 | 114,854 |
| 41700 | | San Antonio-New Braunfels, TX | 2,142,508 | 2,142,508 | 2,153,140 | 2,191,670 | 2,234,003 |
| 41740 | | San Diego-Carlsbad, CA | 3,095,313 | 3,095,308 | 3,103,933 | 3,138,183 | 3,177,063 |
| 41860 | | San Francisco-Oakland-Hayward, CA | 4,335,391 | 4,335,391 | 4,345,156 | 4,396,918 | 4,455,560 |
| 41860 | 36084 | Oakland-Hayward-Berkeley, CA | 2,559,296 | 2,559,296 | 2,566,473 | 2,598,142 | 2,634,317 |
| 41860 | 41884 | San Francisco-Redwood City-South San Francisco, CA | 1,523,686 | 1,523,686 | 1,525,712 | 1,543,283 | 1,565,174 |
| 41860 | 42034 | San Rafael, CA | 252,409 | 252,409 | 252,971 | 255,493 | 256,069 |
| 41940 | | San Jose-Sunnyvale-Santa Clara, CA | 1,836,911 | 1,836,911 | 1,842,123 | 1,867,984 | 1,894,388 |
| 42020 | | San Luis Obispo-Paso Robles-Arroyo Grande, CA | 269,637 | 269,637 | 269,854 | 271,345 | 274,804 |
| 42100 | | Santa Cruz-Watsonville, CA | 262,382 | 262,382 | 263,435 | 264,961 | 266,776 |
| 42145 | | Santa Fe, NM | 144,170 | 144,170 | 144,169 | 145,319 | 146,375 |
| 42200 | | Santa Maria-Santa Barbara, CA | 423,895 | 423,895 | 424,403 | 426,101 | 431,249 |
| 42220 | | Santa Rosa, CA | 483,878 | 483,878 | 484,801 | 488,062 | 491,820 |
| 42340 | | Savannah, GA | 347,611 | 347,621 | 348,630 | 355,844 | 361,941 |
| 42540 | | Scranton--Wilkes-Barre--Hazleton, PA | 563,631 | 563,630 | 563,597 | 563,939 | 563,629 |
| 42660 | | Seattle-Tacoma-Bellevue, WA | 3,439,809 | 3,439,809 | 3,448,919 | 3,497,819 | 3,552,157 |
| 42660 | 42644 | Seattle-Bellevue-Everett, WA | 2,644,584 | 2,644,584 | 2,653,391 | 2,694,273 | 2,740,476 |
| 42660 | 45104 | Tacoma-Lakewood, WA | 795,225 | 795,225 | 795,526 | 803,546 | 811,681 |
| 42680 | | Sebastian-Vero Beach, FL | 138,028 | 138,028 | 138,237 | 138,919 | 140,567 |
| 42700 | | Sebring, FL | 98,786 | 98,786 | 98,727 | 98,292 | 98,128 |
| 43100 | | Sheboygan, WI | 115,507 | 115,507 | 115,416 | 115,247 | 115,009 |
| 43300 | | Sherman-Denison, TX | 120,877 | 120,877 | 121,060 | 121,305 | 121,935 |
| 43340 | | Shreveport-Bossier City, LA | 439,811 | 439,811 | 441,155 | 444,880 | 447,193 |
| 43420 | | Sierra Vista-Douglas, AZ | 131,346 | 131,346 | 131,627 | 132,770 | 132,088 |
| 43580 | | Sioux City, IA-NE-SD | 168,563 | 168,563 | 168,825 | 168,939 | 168,921 |
| 43620 | | Sioux Falls, SD | 228,261 | 228,264 | 229,173 | 232,446 | 237,251 |
| 43780 | | South Bend-Mishawaka, IN-MI | 319,224 | 319,222 | 319,000 | 319,205 | 318,586 |
| 43900 | | Spartanburg, SC | 313,268 | 313,268 | 313,555 | 314,889 | 316,997 |
| 44060 | | Spokane-Spokane Valley, WA | 527,753 | 527,753 | 528,615 | 529,907 | 532,253 |
| 44100 | | Springfield, IL | 210,170 | 210,170 | 210,573 | 211,989 | 211,993 |
| 44140 | | Springfield, MA | 621,570 | 621,570 | 623,193 | 625,346 | 625,718 |
| 44180 | | Springfield, MO | 436,712 | 436,712 | 437,498 | 440,317 | 444,617 |
| 44220 | | Springfield, OH | 138,333 | 138,333 | 138,232 | 137,768 | 137,206 |
| 44300 | | State College, PA | 153,990 | 153,985 | 154,193 | 154,730 | 155,171 |
| 44420 | | Staunton-Waynesboro, VA | 118,502 | 118,502 | 118,375 | 118,921 | 118,686 |
| 44700 | | Stockton-Lodi, CA | 685,306 | 685,308 | 687,516 | 695,626 | 702,612 |
| 44940 | | Sumter, SC | 107,456 | 107,456 | 107,532 | 107,342 | 108,062 |
| 45060 | | Syracuse, NY | 662,577 | 662,578 | 662,522 | 662,431 | 660,934 |
| 45220 | | Tallahassee, FL | 367,413 | 367,413 | 368,770 | 369,383 | 371,029 |
| 45300 | | Tampa-St. Petersburg-Clearwater, FL | 2,783,243 | 2,783,243 | 2,788,833 | 2,826,436 | 2,842,878 |
| 45460 | | Terre Haute, IN | 172,425 | 172,425 | 172,358 | 172,570 | 172,493 |
| 45500 | | Texarkana, TX-AR | 149,198 | 149,198 | 149,341 | 149,610 | 149,701 |
| 45540 | | The Villages, FL | 93,420 | 93,420 | 94,268 | 98,237 | 101,620 |
| 45780 | | Toledo, OH | 610,001 | 610,001 | 609,708 | 609,320 | 608,711 |

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | April 1, 2010 | | Population estimates (as of July 1) | | |
|---|---|---|---|---|---|---|---|
| | | | Census | Estimates base | 2010 | 2011 | 2012 |
| 45820 | | Topeka, KS | 233,870 | 233,868 | 234,263 | 234,720 | 234,566 |
| 40940 | | Trenton, NJ | 366,513 | 366,511 | 367,093 | 367,206 | 368,303 |
| 46060 | | Tucson, AZ | 980,263 | 980,263 | 981,915 | 987,573 | 992,394 |
| 46140 | | Tulsa, OK | 937,478 | 937,480 | 939,968 | 945,386 | 951,880 |
| 46220 | | Tuscaloosa, AL | 230,162 | 230,159 | 230,365 | 231,560 | 233,389 |
| 46340 | | Tyler, TX | 209,714 | 209,714 | 210,406 | 212,855 | 214,821 |
| 46520 | | Urban Honolulu, HI | 953,207 | 953,207 | 956,481 | 966,363 | 976,372 |
| 46540 | | Utica-Rome, NY | 299,397 | 299,397 | 299,339 | 298,767 | 298,064 |
| 46660 | | Valdosta, GA | 139,588 | 139,584 | 140,090 | 142,307 | 144,343 |
| 46700 | | Vallejo-Fairfield, CA | 413,344 | 413,344 | 414,095 | 416,932 | 420,757 |
| 47020 | | Victoria, TX | 94,003 | 94,003 | 94,041 | 94,675 | 96,620 |
| 47220 | | Vineland-Bridgeton, NJ | 156,898 | 156,898 | 157,053 | 157,215 | 157,785 |
| 47260 | | Virginia Beach-Norfolk-Newport News, VA-NC | 1,676,822 | 1,676,820 | 1,680,394 | 1,686,977 | 1,699,925 |
| 47300 | | Visalia-Porterville, CA | 442,179 | 442,179 | 443,218 | 447,918 | 451,977 |
| 47380 | | Waco, TX | 252,772 | 252,772 | 253,759 | 255,656 | 256,317 |
| 47460 | | Walla Walla, WA | 62,859 | 62,859 | 63,024 | 63,500 | 63,399 |
| 47580 | | Warner Robins, GA | 179,605 | 179,605 | 180,452 | 183,644 | 185,478 |
| 47900 | | Washington-Arlington-Alexandria, DC-VA-MD-WV | 5,636,232 | 5,636,232 | 5,665,604 | 5,771,213 | 5,860,342 |
| 47900 | 43524 | Silver Spring-Frederick-Rockville, MD | 1,205,162 | 1,205,162 | 1,210,226 | 1,228,954 | 1,244,291 |
| 47900 | 47894 | Washington-Arlington-Alexandria, DC-VA-MD-WV | 4,431,070 | 4,431,070 | 4,455,378 | 4,542,259 | 4,616,051 |
| 47940 | | Waterloo-Cedar Falls, IA | 167,819 | 167,819 | 167,924 | 168,219 | 168,747 |
| 48060 | | Watertown-Fort Drum, NY | 116,229 | 116,229 | 118,572 | 118,153 | 120,262 |
| 48140 | | Wausau, WI | 134,063 | 134,063 | 134,089 | 134,552 | 134,735 |
| 48260 | | Weirton-Steubenville, WV-OH | 124,454 | 124,454 | 124,231 | 123,322 | 122,547 |
| 48300 | | Wenatchee, WA | 110,884 | 110,887 | 111,270 | 112,048 | 113,037 |
| 48540 | | Wheeling, WV-OH | 147,950 | 147,950 | 147,564 | 147,143 | 146,420 |
| 48620 | | Wichita, KS | 630,915 | 630,919 | 631,975 | 633,344 | 636,105 |
| 48660 | | Wichita Falls, TX | 151,306 | 151,306 | 151,428 | 150,002 | 150,829 |
| 48700 | | Williamsport, PA | 116,111 | 116,108 | 116,159 | 116,678 | 117,168 |
| 48900 | | Wilmington, NC | 254,884 | 254,884 | 255,584 | 259,451 | 263,429 |
| 49020 | | Winchester, VA-WV | 128,472 | 128,472 | 128,718 | 129,905 | 130,987 |
| 49180 | | Winston-Salem, NC | 640,595 | 640,577 | 641,320 | 644,393 | 647,697 |
| 49340 | | Worcester, MA-CT | 916,980 | 916,980 | 918,766 | 921,990 | 923,762 |
| 49420 | | Yakima, WA | 243,231 | 243,231 | 244,258 | 246,157 | 246,977 |
| 49620 | | York-Hanover, PA | 434,972 | 434,972 | 435,586 | 437,040 | 437,849 |
| 49660 | | Youngstown-Warren-Boardman, OH-PA | 565,773 | 565,773 | 564,830 | 561,697 | 558,206 |
| 49700 | | Yuba City, CA | 166,892 | 166,892 | 167,245 | 167,498 | 167,948 |
| 49740 | | Yuma, AZ | 195,751 | 195,750 | 196,786 | 200,374 | 200,022 |
| | | Micropolitan statistical areas | | | | | |
| 10100 | | Aberdeen, SD | 40,602 | 40,602 | 40,668 | 40,883 | 41,357 |
| 10140 | | Aberdeen, WA | 72,797 | 72,797 | 72,859 | 72,316 | 71,692 |
| 10220 | | Ada, OK | 37,492 | 37,492 | 37,567 | 37,676 | 37,958 |
| 10300 | | Adrian, MI | 99,892 | 99,892 | 99,646 | 99,340 | 98,987 |
| 10460 | | Alamogordo, NM | 63,797 | 63,797 | 64,319 | 65,558 | 66,041 |
| 10620 | | Albemarle, NC | 60,585 | 60,585 | 60,529 | 60,428 | 60,576 |
| 10660 | | Albert Lea, MN | 31,255 | 31,255 | 31,214 | 31,058 | 31,054 |
| 10700 | | Albertville, AL | 93,019 | 93,019 | 93,185 | 94,102 | 94,776 |
| 10820 | | Alexandria, MN | 36,009 | 36,009 | 36,002 | 36,233 | 36,415 |
| 10860 | | Alice, TX | 40,838 | 40,837 | 40,892 | 41,235 | 41,754 |
| 10940 | | Alma, MI | 42,476 | 42,476 | 42,429 | 42,109 | 42,063 |
| 10980 | | Alpena, MI | 29,598 | 29,598 | 29,551 | 29,352 | 29,234 |
| 11060 | | Altus, OK | 26,446 | 26,446 | 26,458 | 26,386 | 26,237 |
| 11140 | | Americus, GA | 37,828 | 37,827 | 37,739 | 37,154 | 36,544 |
| 11220 | | Amsterdam, NY | 50,219 | 50,219 | 50,246 | 49,987 | 49,941 |
| 11380 | | Andrews, TX | 14,786 | 14,786 | 14,820 | 15,394 | 16,117 |
| 11420 | | Angola, IN | 34,185 | 34,185 | 34,141 | 34,064 | 34,124 |
| 11580 | | Arcadia, FL | 34,862 | 34,862 | 34,891 | 34,573 | 34,712 |
| 11620 | | Ardmore, OK | 47,557 | 47,563 | 47,633 | 47,964 | 48,065 |
| 11660 | | Arkadelphia, AR | 22,995 | 22,995 | 22,954 | 22,946 | 22,936 |
| 11680 | | Arkansas City-Winfield, KS | 36,311 | 36,311 | 36,292 | 36,238 | 36,288 |
| 11740 | | Ashland, OH | 53,139 | 53,139 | 53,161 | 53,068 | 52,962 |
| 11780 | | Ashtabula, OH | 101,497 | 101,497 | 101,425 | 101,006 | 100,350 |
| 11820 | | Astoria, OR | 37,039 | 37,039 | 37,073 | 37,171 | 37,301 |
| 11860 | | Atchison, KS | 16,924 | 16,924 | 16,875 | 16,799 | 16,810 |
| 11900 | | Athens, OH | 64,757 | 64,757 | 64,805 | 64,585 | 64,304 |
| 11940 | | Athens, TN | 52,266 | 52,266 | 52,215 | 52,360 | 52,418 |
| 11980 | | Athens, TX | 78,532 | 78,530 | 78,681 | 78,753 | 79,094 |
| 12140 | | Auburn, IN | 42,223 | 42,223 | 42,250 | 42,433 | 42,321 |
| 12180 | | Auburn, NY | 80,026 | 80,026 | 79,928 | 79,644 | 79,552 |
| 12200 | | Augusta-Waterville, ME | 122,151 | 122,151 | 122,112 | 121,912 | 121,853 |
| 12380 | | Austin, MN | 39,163 | 39,163 | 39,193 | 39,294 | 39,372 |
| 12460 | | Bainbridge, GA | 27,842 | 27,842 | 27,623 | 27,676 | 27,509 |
| 12660 | | Baraboo, WI | 61,976 | 61,976 | 62,006 | 62,369 | 62,597 |
| 12680 | | Bardstown, KY | 43,437 | 43,437 | 43,594 | 44,027 | 44,319 |
| 12740 | | Barre, VT | 59,534 | 59,535 | 59,600 | 59,615 | 59,465 |
| 12780 | | Bartlesville, OK | 50,976 | 50,976 | 51,070 | 51,400 | 51,633 |
| 12820 | | Bastrop, LA | 27,979 | 27,979 | 27,900 | 27,540 | 27,559 |
| 12860 | | Batavia, NY | 60,079 | 60,079 | 60,073 | 60,082 | 59,977 |
| 12900 | | Batesville, AR | 36,647 | 36,646 | 36,827 | 36,890 | 37,025 |
| 13060 | | Bay City, TX | 36,702 | 36,702 | 36,722 | 36,708 | 36,547 |
| 13100 | | Beatrice, NE | 22,311 | 22,311 | 22,301 | 21,998 | 21,806 |
| 13180 | | Beaver Dam, WI | 88,759 | 88,759 | 88,652 | 88,721 | 88,415 |
| 13260 | | Bedford, IN | 46,134 | 46,134 | 46,134 | 46,073 | 46,078 |
| 13300 | | Beeville, TX | 31,861 | 31,861 | 31,871 | 32,338 | 32,527 |
| 13340 | | Bellefontaine, OH | 45,658 | 45,658 | 45,797 | 45,658 | 45,474 |
| 13420 | | Bemidji, MN | 44,442 | 44,442 | 44,588 | 45,254 | 45,375 |
| 13500 | | Bennettsville, SC | 28,933 | 28,933 | 28,872 | 28,467 | 28,145 |
| 13540 | | Bennington, VT | 37,125 | 37,125 | 37,091 | 36,842 | 36,697 |
| 13620 | | Berlin, NH-VT | 39,361 | 39,358 | 39,257 | 38,914 | 38,322 |
| 13660 | | Big Rapids, MI | 42,798 | 42,798 | 42,815 | 43,296 | 43,318 |
| 13700 | | Big Spring, TX | 36,238 | 36,238 | 36,226 | 36,194 | 36,667 |
| 13720 | | Big Stone Gap, VA | 61,313 | 61,316 | 61,460 | 61,196 | 60,676 |
| 13940 | | Blackfoot, ID | 45,607 | 45,607 | 45,734 | 45,850 | 45,474 |

PFM-DEPO-00011516

FER-68

| CBSA Code | Metro Division Code | Geographic area | April 1, 2010 Census | April 1, 2010 Estimates base | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| | | Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012 | | | | | |
| 14140 | | Bluefield, WV-VA | 107,342 | 107,344 | 107,450 | 107,133 | 106,791 |
| 14180 | | Blytheville, AR | 46,480 | 46,480 | 46,406 | 46,076 | 45,562 |
| 14200 | | Bogalusa, LA | 47,168 | 47,171 | 47,067 | 47,125 | 46,670 |
| 14340 | | Boone, IA | 26,306 | 26,306 | 26,280 | 26,329 | 26,195 |
| 14380 | | Boone, NC | 51,079 | 51,075 | 51,010 | 51,662 | 51,871 |
| 14420 | | Borger, TX | 22,150 | 22,150 | 22,082 | 21,922 | 21,922 |
| 14580 | | Bozeman, MT | 89,513 | 89,513 | 89,610 | 91,354 | 92,614 |
| 14620 | | Bradford, PA | 43,450 | 43,450 | 43,366 | 43,205 | 43,127 |
| 14650 | | Brainerd, MN | 91,067 | 91,067 | 91,252 | 91,008 | 91,239 |
| 14700 | | Branson, MO | 83,877 | 83,877 | 83,956 | 84,505 | 84,524 |
| 14720 | | Breckenridge, CO | 27,994 | 27,994 | 28,037 | 27,864 | 28,044 |
| 14760 | | Brenham, TX | 33,718 | 33,708 | 33,738 | 33,983 | 34,093 |
| 14820 | | Brevard, NC | 33,090 | 33,090 | 33,064 | 32,815 | 32,849 |
| 15020 | | Brookhaven, MS | 34,869 | 34,869 | 34,851 | 34,697 | 34,900 |
| 15060 | | Brookings, OR | 22,364 | 22,364 | 22,364 | 22,452 | 22,248 |
| 15100 | | Brookings, SD | 31,965 | 31,965 | 32,026 | 32,120 | 32,629 |
| 15220 | | Brownwood, TX | 38,106 | 38,106 | 38,116 | 38,013 | 37,825 |
| 15340 | | Bucyrus, OH | 43,784 | 43,784 | 43,757 | 43,297 | 42,549 |
| 15420 | | Burley, ID | 43,021 | 43,021 | 43,159 | 43,277 | 43,286 |
| 15460 | | Burlington, IA-IL | 47,656 | 47,656 | 47,582 | 47,326 | 47,383 |
| 15580 | | Butte-Silver Bow, MT | 34,200 | 34,200 | 34,237 | 34,382 | 34,403 |
| 15620 | | Cadillac, MI | 47,584 | 47,584 | 47,588 | 47,622 | 47,639 |
| 15660 | | Calhoun, GA | 55,186 | 55,186 | 55,196 | 55,457 | 55,766 |
| 15700 | | Cambridge, MD | 32,618 | 32,618 | 32,660 | 32,703 | 32,551 |
| 15740 | | Cambridge, OH | 40,087 | 40,087 | 40,032 | 39,841 | 39,817 |
| 15780 | | Camden, AR | 31,488 | 31,489 | 31,437 | 31,020 | 30,703 |
| 15820 | | Campbellsville, KY | 24,512 | 24,512 | 24,563 | 24,691 | 24,691 |
| 15860 | | Cañon City, CO | 46,824 | 46,824 | 46,850 | 47,345 | 46,788 |
| 15900 | | Canton, IL | 37,069 | 37,069 | 37,043 | 36,935 | 36,651 |
| 16100 | | Carlsbad-Artesia, NM | 53,829 | 53,829 | 53,902 | 53,999 | 54,419 |
| 16260 | | Cedar City, UT | 46,163 | 46,163 | 46,278 | 46,651 | 46,750 |
| 16340 | | Cedartown, GA | 41,475 | 41,475 | 41,522 | 41,247 | 41,188 |
| 16380 | | Celina, OH | 40,814 | 40,814 | 40,780 | 40,799 | 40,875 |
| 16440 | | Centralia, IL | 39,437 | 39,437 | 39,434 | 39,008 | 38,894 |
| 16500 | | Centralia, WA | 75,455 | 75,455 | 75,437 | 75,964 | 75,621 |
| 16660 | | Charleston-Mattoon, IL | 64,921 | 64,921 | 64,964 | 64,837 | 64,623 |
| 17060 | | Chillicothe, OH | 78,064 | 78,064 | 78,093 | 77,647 | 77,429 |
| 17200 | | Claremont-Lebanon, NH-VT | 218,406 | 218,406 | 218,436 | 217,983 | 217,390 |
| 17220 | | Clarksburg, WV | 94,195 | 94,196 | 94,304 | 94,437 | 94,310 |
| 17260 | | Clarksdale, MS | 26,151 | 26,151 | 26,125 | 25,853 | 25,709 |
| 17340 | | Clearlake, CA | 64,665 | 64,665 | 64,748 | 64,262 | 63,983 |
| 17380 | | Cleveland, MS | 34,145 | 34,147 | 34,061 | 33,748 | 33,904 |
| 17500 | | Clewiston, FL | 39,140 | 39,140 | 39,017 | 38,696 | 37,447 |
| 17540 | | Clinton, IA | 49,116 | 49,116 | 49,118 | 49,095 | 48,717 |
| 17560 | | Clovis, NM | 48,376 | 48,376 | 48,529 | 49,574 | 49,938 |
| 17700 | | Coffeyville, KS | 35,471 | 35,471 | 35,408 | 34,859 | 34,459 |
| 17740 | | Coldwater, MI | 45,248 | 45,248 | 45,147 | 43,902 | 43,869 |
| 18060 | | Columbus, MS | 59,779 | 59,779 | 59,815 | 59,611 | 59,670 |
| 18100 | | Columbus, NE | 32,237 | 32,237 | 32,269 | 32,482 | 32,681 |
| 18180 | | Concord, NH | 146,445 | 146,445 | 146,443 | 146,614 | 146,761 |
| 18220 | | Connersville, IN | 24,277 | 24,277 | 24,284 | 24,156 | 24,029 |
| 18260 | | Cookeville, TN | 106,042 | 106,049 | 106,284 | 106,361 | 106,860 |
| 18300 | | Coos Bay, OR | 63,043 | 63,043 | 63,053 | 62,795 | 62,534 |
| 18330 | | Cordele, GA | 23,439 | 23,439 | 23,380 | 23,692 | 23,606 |
| 18420 | | Corinth, MS | 37,057 | 37,057 | 37,078 | 37,230 | 37,164 |
| 18460 | | Cornelia, GA | 43,041 | 43,041 | 43,092 | 43,081 | 43,520 |
| 18500 | | Corning, NY | 98,990 | 98,989 | 98,936 | 99,287 | 99,063 |
| 18620 | | Corsicana, TX | 47,735 | 47,735 | 47,761 | 47,963 | 47,973 |
| 18660 | | Cortland, NY | 49,336 | 49,336 | 49,275 | 49,619 | 49,474 |
| 18740 | | Coshocton, OH | 36,901 | 36,901 | 36,897 | 36,893 | 36,773 |
| 18780 | | Craig, CO | 13,795 | 13,795 | 13,810 | 13,410 | 13,200 |
| 18820 | | Crawfordsville, IN | 38,124 | 38,124 | 38,068 | 38,331 | 38,254 |
| 18880 | | Crescent City, CA | 28,610 | 28,610 | 28,583 | 28,513 | 28,290 |
| 18900 | | Crossville, TN | 56,053 | 56,053 | 56,217 | 56,618 | 57,029 |
| 18980 | | Cullman, AL | 80,406 | 80,406 | 80,471 | 80,479 | 80,440 |
| 19000 | | Cullowhee, NC | 40,271 | 40,271 | 40,345 | 40,283 | 40,448 |
| 19220 | | Danville, KY | 53,174 | 53,174 | 53,201 | 53,237 | 53,119 |
| 19260 | | Danville, VA | 106,561 | 106,561 | 106,546 | 106,047 | 105,600 |
| 19420 | | Dayton, TN | 31,609 | 31,609 | 31,652 | 31,961 | 32,247 |
| 19540 | | Decatur, IN | 34,387 | 34,387 | 34,424 | 34,360 | 34,385 |
| 19580 | | Defiance, OH | 39,037 | 39,035 | 39,005 | 38,885 | 38,677 |
| 19620 | | Del Rio, TX | 48,879 | 48,879 | 48,983 | 48,855 | 48,705 |
| 19700 | | Deming, NM | 25,095 | 25,095 | 25,115 | 25,162 | 25,041 |
| 19760 | | DeRidder, LA | 35,654 | 35,654 | 35,860 | 36,133 | 36,281 |
| 19860 | | Dickinson, ND | 24,199 | 24,199 | 24,333 | 25,147 | 26,771 |
| 19940 | | Dixon, IL | 36,031 | 36,031 | 35,931 | 35,460 | 35,037 |
| 19980 | | Dodge City, KS | 33,848 | 33,848 | 34,062 | 34,464 | 34,753 |
| 20000 | | Douglas, GA | 42,356 | 42,356 | 42,392 | 43,062 | 43,170 |
| 20140 | | Dublin, GA | 58,414 | 58,414 | 58,393 | 57,986 | 57,938 |
| 20180 | | DuBois, PA | 81,642 | 81,647 | 81,573 | 81,504 | 81,184 |
| 20300 | | Dumas, TX | 21,904 | 21,904 | 21,977 | 22,041 | 22,313 |
| 20340 | | Duncan, OK | 45,048 | 45,048 | 45,097 | 45,057 | 44,779 |
| 20380 | | Dunn, NC | 114,678 | 114,678 | 115,755 | 119,285 | 122,135 |
| 20420 | | Durango, CO | 51,334 | 51,334 | 51,495 | 51,924 | 52,401 |
| 20460 | | Durant, OK | 42,416 | 42,416 | 42,644 | 43,117 | 43,359 |
| 20540 | | Dyersburg, TN | 38,335 | 38,337 | 38,321 | 38,190 | 38,255 |
| 20580 | | Eagle Pass, TX | 54,258 | 54,258 | 54,462 | 55,082 | 55,365 |
| 20660 | | Easton, MD | 37,782 | 37,782 | 37,856 | 37,974 | 38,098 |
| 20780 | | Edwards, CO | 52,197 | 52,197 | 52,076 | 51,738 | 51,874 |
| 20820 | | Effingham, IL | 34,242 | 34,242 | 34,212 | 34,275 | 34,353 |
| 20900 | | El Campo, TX | 41,280 | 41,280 | 41,327 | 41,254 | 41,285 |
| 20980 | | El Dorado, AR | 41,639 | 41,639 | 41,569 | 41,369 | 40,867 |
| 21020 | | Elizabeth City, NC | 64,094 | 64,094 | 64,178 | 63,866 | 64,244 |
| 21120 | | Elk City, OK | 22,119 | 22,119 | 22,032 | 22,297 | 23,081 |

PFM-DEPO-00011517

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | April 1, 2010 Census | April 1, 2010 Estimates base | Population estimates (as of July 1) 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| 21160 | | Elkins, WV | 29,405 | 29,405 | 29,380 | 29,426 | 29,384 |
| 21220 | | Elko, NV | 50,605 | 50,605 | 50,921 | 51,430 | 53,217 |
| 21300 | | Ellensburg, WA | 40,915 | 40,915 | 41,026 | 41,591 | 41,672 |
| 21380 | | Emporia, KS | 33,690 | 33,690 | 33,640 | 33,360 | 33,748 |
| 21420 | | Enid, OK | 60,580 | 60,580 | 60,764 | 60,575 | 61,169 |
| 21460 | | Enterprise, AL | 49,948 | 49,948 | 50,135 | 50,485 | 51,252 |
| 21540 | | Escanaba, MI | 37,069 | 37,069 | 37,068 | 36,955 | 36,684 |
| 21580 | | Españo, NM | 40,246 | 40,247 | 40,305 | 40,353 | 40,318 |
| 21700 | | Eureka-Arcata-Fortuna, CA | 134,623 | 134,623 | 135,030 | 135,318 | 134,827 |
| 21740 | | Evanston, WY | 21,118 | 21,118 | 21,101 | 20,919 | 21,025 |
| 21840 | | Fairfield, IA | 16,843 | 16,843 | 16,804 | 16,693 | 16,867 |
| 21900 | | Fairmont, WV | 56,418 | 56,418 | 56,499 | 56,555 | 56,678 |
| 21980 | | Fallon, NV | 24,877 | 24,877 | 24,794 | 24,611 | 24,375 |
| 22060 | | Faribault-Northfield, MN | 64,142 | 64,142 | 64,237 | 64,844 | 64,854 |
| 22100 | | Farmington, MO | 65,359 | 65,359 | 65,563 | 65,607 | 65,917 |
| 22260 | | Fergus Falls, MN | 57,303 | 57,303 | 57,276 | 57,319 | 57,288 |
| 22280 | | Fernley, NV | 51,980 | 51,980 | 52,104 | 51,579 | 51,327 |
| 22300 | | Findlay, OH | 74,782 | 74,782 | 74,687 | 75,111 | 75,971 |
| 22340 | | Fitzgerald, GA | 17,634 | 17,634 | 17,656 | 17,605 | 17,538 |
| 22580 | | Forest City, NC | 67,810 | 67,809 | 67,775 | 67,425 | 67,323 |
| 22620 | | Forrest City, AR | 26,258 | 26,258 | 26,178 | 27,961 | 27,858 |
| 22700 | | Fort Dodge, IA | 38,013 | 38,013 | 37,876 | 37,738 | 37,273 |
| 22780 | | Fort Leonard Wood, MO | 52,274 | 52,277 | 52,927 | 53,082 | 53,253 |
| 22800 | | Fort Madison-Keokuk, IA-IL-MO | 62,105 | 62,105 | 62,053 | 61,671 | 61,477 |
| 22820 | | Fort Morgan, CO | 28,159 | 28,159 | 28,165 | 28,562 | 28,472 |
| 22660 | | Fort Polk South, LA | 52,334 | 52,334 | 52,754 | 52,178 | 53,801 |
| 23140 | | Frankfort, IN | 33,224 | 33,224 | 33,186 | 33,056 | 33,022 |
| 23180 | | Frankfort, KY | 70,706 | 70,706 | 70,741 | 70,953 | 71,532 |
| 23240 | | Fredericksburg, TX | 24,837 | 24,837 | 24,878 | 25,038 | 25,153 |
| 23300 | | Freeport, IL | 47,711 | 47,711 | 47,687 | 47,418 | 46,959 |
| 23340 | | Fremont, NE | 36,691 | 36,691 | 36,663 | 36,706 | 36,421 |
| 23380 | | Fremont, OH | 60,944 | 60,944 | 60,873 | 60,606 | 60,510 |
| 23500 | | Gaffney, SC | 55,342 | 55,342 | 55,424 | 55,539 | 55,662 |
| 23620 | | Gainesville, TX | 38,437 | 38,437 | 38,445 | 38,367 | 38,666 |
| 23660 | | Galesburg, IL | 52,919 | 52,919 | 52,914 | 52,678 | 52,247 |
| 23700 | | Gallup, NM | 71,490 | 71,492 | 71,784 | 73,022 | 73,016 |
| 23780 | | Garden City, KS | 40,753 | 40,753 | 40,946 | 41,079 | 41,168 |
| 23820 | | Gardnerville Ranchos, NV | 46,997 | 46,997 | 47,032 | 47,015 | 46,906 |
| 23860 | | Georgetown, SC | 60,158 | 60,158 | 60,125 | 60,120 | 60,189 |
| 23940 | | Gillette, WY | 46,133 | 46,133 | 46,241 | 46,590 | 47,874 |
| 23980 | | Glasgow, KY | 52,272 | 52,272 | 52,257 | 52,455 | 52,600 |
| 24060 | | Glenwood Springs, CO | 73,537 | 73,537 | 73,274 | 73,161 | 74,216 |
| 24100 | | Gloversville, NY | 55,531 | 55,531 | 55,474 | 55,249 | 54,925 |
| 24300 | | Grants, NM | 27,213 | 27,213 | 27,278 | 27,499 | 27,334 |
| 24480 | | Great Bend, KS | 27,674 | 27,674 | 27,691 | 27,690 | 27,557 |
| 24620 | | Greeneville, TN | 68,831 | 68,831 | 68,806 | 69,079 | 68,819 |
| 24640 | | Greenfield Town, MA | 71,372 | 71,372 | 71,298 | 71,646 | 71,540 |
| 24700 | | Greensburg, IN | 25,740 | 25,740 | 25,774 | 25,851 | 26,042 |
| 24740 | | Greenville, MS | 51,137 | 51,135 | 51,046 | 50,451 | 49,750 |
| 24820 | | Greenville, OH | 52,959 | 52,959 | 52,973 | 52,664 | 52,507 |
| 24900 | | Greenwood, MS | 42,914 | 42,914 | 42,865 | 42,356 | 41,371 |
| 24940 | | Greenwood, SC | 95,078 | 95,082 | 95,049 | 94,910 | 94,857 |
| 24980 | | Grenada, MS | 21,906 | 21,906 | 21,869 | 21,651 | 21,682 |
| 25100 | | Guymon, OK | 20,640 | 20,640 | 20,795 | 21,138 | 21,498 |
| 25200 | | Hailey, ID | 27,701 | 27,701 | 27,614 | 27,363 | 27,500 |
| 25300 | | Hannibal, MO | 38,948 | 38,948 | 38,959 | 39,032 | 39,022 |
| 25460 | | Harrison, AR | 45,233 | 45,233 | 45,266 | 45,359 | 45,413 |
| 25580 | | Hastings, NE | 31,364 | 31,364 | 31,352 | 31,242 | 31,459 |
| 25700 | | Hays, KS | 28,452 | 28,452 | 28,449 | 28,791 | 29,052 |
| 25720 | | Heber, UT | 23,530 | 23,530 | 23,683 | 24,342 | 25,273 |
| 25740 | | Helena, MT | 74,801 | 74,801 | 75,029 | 75,669 | 76,277 |
| 25760 | | Helena-West Helena, AR | 21,757 | 21,757 | 21,674 | 21,383 | 20,784 |
| 25760 | | Henderson, NC | 45,422 | 45,419 | 45,358 | 45,223 | 45,132 |
| 25820 | | Hereford, TX | 19,372 | 19,372 | 19,431 | 19,446 | 19,360 |
| 25840 | | Hermiston-Pendleton, OR | 87,062 | 87,062 | 87,256 | 87,849 | 88,064 |
| 25880 | | Hillsdale, MI | 46,688 | 46,688 | 46,603 | 46,565 | 46,229 |
| 25900 | | Hilo, HI | 185,079 | 185,079 | 185,438 | 187,229 | 189,191 |
| 26020 | | Hobbs, NM | 64,727 | 64,727 | 64,657 | 65,106 | 66,338 |
| 26090 | | Holland, MI | 111,408 | 111,408 | 111,472 | 111,591 | 112,030 |
| 26220 | | Hood River, OR | 22,346 | 22,346 | 22,435 | 22,414 | 22,584 |
| 26340 | | Houghton, MI | 38,784 | 38,784 | 38,636 | 38,943 | 38,735 |
| 26460 | | Hudson, NY | 63,096 | 63,096 | 63,025 | 62,603 | 62,499 |
| 26500 | | Huntingdon, PA | 45,913 | 45,915 | 45,903 | 46,058 | 45,943 |
| 26540 | | Huntington, IN | 37,124 | 37,124 | 37,099 | 37,184 | 36,987 |
| 26660 | | Huntsville, TX | 82,446 | 82,446 | 82,759 | 82,765 | 82,717 |
| 26700 | | Huron, SD | 17,398 | 17,398 | 17,414 | 17,596 | 17,753 |
| 26740 | | Hutchinson, KS | 64,511 | 64,511 | 64,584 | 64,540 | 64,438 |
| 26780 | | Hutchinson, MN | 36,651 | 36,651 | 36,610 | 36,305 | 36,053 |
| 26880 | | Indiana, PA | 88,880 | 88,886 | 88,818 | 88,560 | 88,218 |
| 26940 | | Indianola, MS | 29,450 | 29,450 | 28,992 | 26,539 | 28,431 |
| 26960 | | Ionia, MI | 63,905 | 63,905 | 63,883 | 63,898 | 63,941 |
| 27020 | | Iron Mountain, MI-WI | 30,591 | 30,591 | 30,537 | 30,596 | 30,702 |
| 27160 | | Jackson, OH | 33,225 | 33,225 | 33,269 | 33,166 | 32,964 |
| 27220 | | Jackson, WY-ID | 31,464 | 31,464 | 31,450 | 31,601 | 31,727 |
| 27300 | | Jacksonville, IL | 40,902 | 40,902 | 40,867 | 40,792 | 40,562 |
| 27380 | | Jacksonville, TX | 50,845 | 50,845 | 50,860 | 50,961 | 51,208 |
| 27420 | | Jamestown, ND | 21,100 | 21,100 | 21,107 | 20,961 | 20,934 |
| 27460 | | Jamestown-Dunkirk-Fredonia, NY | 134,905 | 134,905 | 134,767 | 134,264 | 133,539 |
| 27540 | | Jasper, IN | 54,734 | 54,734 | 54,714 | 54,933 | 54,837 |
| 27600 | | Jefferson, GA | 60,485 | 60,485 | 60,261 | 60,536 | 60,571 |
| 27700 | | Jesup, GA | 30,099 | 30,099 | 30,101 | 30,322 | 30,305 |
| 27920 | | Junction City, KS | 34,362 | 34,362 | 35,315 | 35,409 | 38,013 |
| 27940 | | Juneau, AK | 31,275 | 31,275 | 31,418 | 32,240 | 32,556 |
| 28060 | | Kalispell, MT | 90,928 | 90,928 | 90,898 | 91,132 | 91,633 |

PFM-DEPO-00011518

FER-70

| CBSA Code | Metro Division Code | Geographic area | April 1, 2010 Census | April 1, 2010 Estimates base | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| | | Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012 | | | Population estimates (as of July 1) | | |
| 28180 | | Kapaa, HI | 67,091 | 67,091 | 67,229 | 67,781 | 68,434 |
| 28260 | | Kearney, NE | 52,591 | 52,591 | 52,645 | 53,282 | 53,948 |
| 28300 | | Keene, NH | 77,117 | 77,117 | 77,052 | 76,855 | 76,851 |
| 28340 | | Kendallville, IN | 47,536 | 47,536 | 47,496 | 47,523 | 47,582 |
| 28360 | | Kennett, MO | 31,953 | 31,953 | 31,919 | 31,970 | 31,829 |
| 28500 | | Kerrville, TX | 49,625 | 49,625 | 49,655 | 49,625 | 49,786 |
| 28540 | | Ketchikan, AK | 13,477 | 13,477 | 13,542 | 13,685 | 13,779 |
| 28580 | | Key West, FL | 73,090 | 73,090 | 73,201 | 74,010 | 74,809 |
| 28620 | | Kill Devil Hills, NC | 38,327 | 38,327 | 38,421 | 38,654 | 38,911 |
| 28780 | | Kingsville, TX | 32,477 | 32,477 | 32,497 | 32,527 | 32,456 |
| 28820 | | Kinston, NC | 59,495 | 59,495 | 59,403 | 59,410 | 59,227 |
| 28860 | | Kirksville, MO | 30,038 | 30,038 | 30,034 | 29,937 | 29,951 |
| 28900 | | Klamath Falls, OR | 66,380 | 66,380 | 66,349 | 66,296 | 65,912 |
| 29060 | | Laconia, NH | 60,088 | 60,088 | 60,102 | 60,189 | 60,327 |
| 29260 | | La Grande, OR | 25,748 | 25,748 | 25,761 | 25,776 | 25,759 |
| 29300 | | LaGrange, GA | 67,044 | 67,044 | 67,186 | 67,795 | 68,468 |
| 29380 | | Lake City, FL | 67,531 | 67,531 | 67,532 | 67,383 | 67,966 |
| 29500 | | Lamesa, TX | 13,833 | 13,833 | 13,837 | 13,733 | 13,640 |
| 29660 | | Laramie, WY | 36,299 | 36,299 | 36,422 | 36,848 | 37,276 |
| 29780 | | Las Vegas, NM | 29,393 | 29,393 | 29,364 | 29,301 | 28,891 |
| 29860 | | Laurel, MS | 84,823 | 84,823 | 84,872 | 84,812 | 85,164 |
| 28900 | | Laurinburg, NC | 36,157 | 36,157 | 36,104 | 36,356 | 36,094 |
| 29980 | | Lawrenceburg, TN | 41,869 | 41,869 | 42,012 | 42,039 | 42,086 |
| 30060 | | Lebanon, MO | 35,571 | 35,571 | 35,648 | 35,596 | 35,417 |
| 30220 | | Levelland, TX | 22,935 | 22,935 | 22,944 | 22,979 | 23,072 |
| 30260 | | Lewisburg, PA | 44,947 | 44,949 | 44,942 | 44,976 | 44,952 |
| 30280 | | Lewisburg, TN | 30,617 | 30,617 | 30,659 | 30,872 | 30,883 |
| 30380 | | Lewistown, PA | 46,682 | 46,682 | 46,660 | 46,775 | 46,775 |
| 30420 | | Lexington, NE | 26,370 | 26,370 | 26,402 | 26,340 | 26,249 |
| 30580 | | Liberal, KS | 22,952 | 22,952 | 22,991 | 23,276 | 23,547 |
| 30660 | | Lincoln, IL | 30,305 | 30,305 | 30,270 | 30,250 | 30,013 |
| 30820 | | Lock Haven, PA | 39,238 | 39,241 | 39,245 | 39,513 | 39,517 |
| 30880 | | Logan, WV | 36,743 | 36,743 | 36,745 | 36,730 | 36,449 | 36,168 |
| 30900 | | Logansport, IN | 38,966 | 38,966 | 38,949 | 38,810 | 38,581 |
| 30940 | | London, KY | 126,369 | 126,369 | 126,505 | 126,927 | 126,696 |
| 31060 | | Los Alamos, NM | 17,950 | 17,950 | 18,018 | 18,196 | 18,159 |
| 31220 | | Ludington, MI | 28,705 | 28,705 | 28,715 | 28,642 | 28,660 |
| 31260 | | Lufkin, TX | 86,771 | 86,771 | 86,866 | 87,276 | 87,597 |
| 31300 | | Lumberton, NC | 134,168 | 134,168 | 134,410 | 134,976 | 135,496 |
| 31360 | | Macomb, IL | 32,612 | 32,612 | 32,583 | 32,496 | 32,537 |
| 31500 | | Madison, IN | 32,428 | 32,428 | 32,455 | 32,353 | 32,554 |
| 31580 | | Madisonville, KY | 46,920 | 46,920 | 46,881 | 46,885 | 46,718 |
| 31620 | | Magnolia, AR | 24,552 | 24,552 | 24,760 | 24,697 | 24,472 |
| 31660 | | Malone, NY | 51,599 | 51,599 | 51,555 | 51,528 | 51,796 |
| 31680 | | Malvern, AR | 32,923 | 32,923 | 33,121 | 33,005 | 33,394 |
| 31820 | | Manitowoc, WI | 81,442 | 81,442 | 81,273 | 81,088 | 80,671 |
| 31930 | | Marietta, OH | 61,778 | 61,778 | 61,706 | 61,567 | 61,475 |
| 31940 | | Marinette, WI-MI | 65,778 | 65,778 | 65,669 | 65,411 | 65,378 |
| 31980 | | Marion, IN | 70,061 | 70,061 | 69,976 | 69,675 | 69,330 |
| 32000 | | Marion, NC | 44,996 | 44,996 | 45,051 | 44,949 | 44,996 |
| 32020 | | Marion, OH | 66,501 | 66,501 | 66,459 | 66,535 | 66,236 |
| 32100 | | Marquette, MI | 67,077 | 67,077 | 67,116 | 67,563 | 67,906 |
| 32140 | | Marshall, MN | 25,857 | 25,857 | 25,854 | 25,759 | 25,543 |
| 32180 | | Marshall, MO | 23,370 | 23,370 | 23,389 | 23,344 | 23,336 |
| 32220 | | Marshall, TX | 65,631 | 65,631 | 65,632 | 65,744 | 67,302 | 67,450 |
| 32260 | | Marshalltown, IA | 40,648 | 40,648 | 40,674 | 40,879 | 40,857 |
| 32280 | | Martin, TN | 35,021 | 35,021 | 35,015 | 34,984 | 34,793 |
| 32300 | | Martinsville, VA | 67,972 | 67,975 | 67,823 | 67,072 | 66,702 |
| 32340 | | Maryville, MO | 23,370 | 23,370 | 23,380 | 23,432 | 23,419 |
| 32380 | | Mason City, IA | 51,749 | 51,749 | 51,679 | 51,567 | 51,307 |
| 32460 | | Mayfield, KY | 37,121 | 37,121 | 37,185 | 37,476 | 37,544 |
| 32500 | | Maysville, KY | 17,490 | 17,490 | 17,400 | 17,556 | 17,512 |
| 32540 | | McAlester, OK | 45,837 | 45,837 | 45,819 | 45,645 | 45,048 |
| 32620 | | McComb, MS | 53,535 | 53,535 | 53,507 | 53,514 | 53,057 |
| 32660 | | McMinnville, TN | 39,839 | 39,839 | 39,846 | 39,909 | 39,839 |
| 32700 | | McPherson, KS | 29,180 | 29,180 | 29,140 | 29,227 | 29,356 |
| 32740 | | Meadville, PA | 88,765 | 88,765 | 88,690 | 88,307 | 87,596 |
| 32860 | | Menomonie, WI | 43,857 | 43,857 | 43,897 | 44,021 | 44,072 |
| 32940 | | Meridian, MS | 107,449 | 107,449 | 107,454 | 107,518 | 107,111 |
| 32980 | | Merrill, WI | 28,743 | 28,743 | 28,740 | 28,492 | 28,392 |
| 33020 | | Mexico, MO | 25,529 | 25,529 | 25,468 | 25,593 | 25,621 |
| 33060 | | Miami, OK | 31,848 | 31,850 | 31,856 | 31,685 | 32,236 |
| 33150 | | Middlesborough, KY | 28,691 | 28,691 | 28,701 | 28,677 | 28,183 |
| 33300 | | Milledgeville, GA | 55,149 | 55,151 | 55,034 | 54,343 | 55,363 |
| 33420 | | Mineral Wells, TX | 28,111 | 28,111 | 28,085 | 28,120 | 27,856 |
| 33500 | | Minot, ND | 69,540 | 69,540 | 69,935 | 72,284 | 73,146 |
| 33560 | | Mitchell, SD | 22,835 | 22,835 | 22,848 | 22,964 | 23,146 |
| 33620 | | Moberly, MO | 25,414 | 25,414 | 25,431 | 25,218 | 25,330 |
| 33640 | | Montrose, CO | 41,276 | 41,276 | 41,177 | 40,877 | 40,725 |
| 33980 | | Morehead City, NC | 66,469 | 66,469 | 66,733 | 67,354 | 67,632 |
| 34020 | | Morgan City, LA | 54,650 | 54,650 | 54,591 | 54,234 | 53,697 |
| 34140 | | Moscow, ID | 37,244 | 37,244 | 37,298 | 37,682 | 38,184 |
| 34180 | | Moses Lake, WA | 89,120 | 89,120 | 89,643 | 90,773 | 91,723 |
| 34220 | | Moultrie, GA | 45,498 | 45,498 | 45,674 | 45,822 | 46,137 |
| 34260 | | Mountain Home, AR | 41,513 | 41,513 | 41,547 | 41,261 | 41,048 |
| 34300 | | Mountain Home, ID | 27,038 | 27,038 | 27,078 | 26,274 | 26,223 |
| 34340 | | Mount Airy, NC | 73,673 | 73,673 | 73,682 | 73,601 | 73,561 |
| 34380 | | Mount Pleasant, MI | 70,311 | 70,311 | 70,321 | 70,636 | 70,617 |
| 34420 | | Mount Pleasant, TX | 32,334 | 32,334 | 32,407 | 32,441 | 32,662 |
| 34460 | | Mount Sterling, KY | 44,396 | 44,396 | 44,466 | 44,824 | 44,924 |
| 34540 | | Mount Vernon, IL | 38,827 | 38,827 | 38,736 | 38,786 | 38,720 |
| 34540 | | Mount Vernon, OH | 60,921 | 60,930 | 61,026 | 61,245 | 60,705 |
| 34680 | | Murray, KY | 37,191 | 37,191 | 37,276 | 37,487 | 37,655 |
| 34700 | | Muscatine, IA | 42,745 | 42,745 | 42,726 | 42,744 | 42,879 |

PFM-DEPO-00011519

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | April 1, 2010 Census | April 1, 2010 Estimates base | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| 34780 | | Muskogee, OK | 70,990 | 70,988 | 71,090 | 70,757 | 70,596 |
| 34860 | | Nacogdoches, TX | 64,524 | 64,524 | 64,616 | 65,612 | 66,034 |
| 35020 | | Natchez, MS-LA | 53,119 | 53,119 | 53,354 | 53,154 | 52,487 |
| 35060 | | Natchitoches, LA | 39,566 | 39,566 | 39,534 | 39,531 | 39,436 |
| 35140 | | Newberry, SC | 37,508 | 37,508 | 37,534 | 37,444 | 37,576 |
| 35220 | | New Castle, IN | 49,462 | 49,462 | 49,451 | 49,386 | 49,345 |
| 35260 | | New Castle, PA | 91,108 | 91,108 | 90,964 | 90,399 | 89,871 |
| 35420 | | New Philadelphia-Dover, OH | 92,582 | 92,582 | 92,565 | 92,485 | 92,392 |
| 35440 | | Newport, OR | 46,034 | 46,032 | 46,022 | 45,885 | 46,151 |
| 35460 | | Newport, TN | 35,662 | 35,662 | 35,631 | 35,477 | 35,571 |
| 35500 | | Newton, IA | 36,842 | 36,842 | 36,819 | 36,706 | 36,602 |
| 35560 | | New Ulm, MN | 25,893 | 25,893 | 25,967 | 25,686 | 25,426 |
| 35700 | | Nogales, AZ | 47,420 | 47,420 | 47,360 | 47,448 | 47,303 |
| 35740 | | Norfolk, NE | 48,271 | 48,271 | 48,268 | 48,319 | 48,288 |
| 35820 | | North Platte, NE | 37,590 | 37,590 | 37,576 | 37,427 | 37,373 |
| 35860 | | North Vernon, IN | 28,525 | 28,525 | 28,476 | 28,199 | 28,161 |
| 35900 | | North Wilkesboro, NC | 69,340 | 69,340 | 69,220 | 69,225 | 69,300 |
| 35940 | | Norwalk, OH | 59,626 | 59,626 | 59,596 | 59,386 | 59,280 |
| 36020 | | Oak Harbor, WA | 78,506 | 78,506 | 78,701 | 79,033 | 79,177 |
| 36300 | | Ogdensburg-Massena, NY | 111,944 | 111,944 | 111,896 | 112,331 | 112,202 |
| 36340 | | Oil City, PA | 54,984 | 54,984 | 54,940 | 54,709 | 54,272 |
| 36380 | | Okeechobee, FL | 39,996 | 39,996 | 40,009 | 39,551 | 39,467 |
| 36460 | | Olean, NY | 80,317 | 80,317 | 80,254 | 79,866 | 79,456 |
| 36580 | | Oneonta, NY | 62,259 | 62,253 | 62,200 | 61,982 | 61,709 |
| 36620 | | Ontario, OR-ID | 53,936 | 53,935 | 53,954 | 53,271 | 53,269 |
| 36660 | | Opelousas, LA | 83,384 | 83,384 | 83,470 | 83,488 | 83,662 |
| 36700 | | Orangeburg, SC | 92,501 | 92,494 | 92,300 | 91,729 | 91,435 |
| 36820 | | Oskaloosa, IA | 22,381 | 22,381 | 22,384 | 22,484 | 22,443 |
| 36830 | | Othello, WA | 18,728 | 18,728 | 18,802 | 18,882 | 19,005 |
| 36840 | | Ottawa, KS | 25,992 | 25,996 | 26,021 | 25,931 | 25,906 |
| 36860 | | Ottawa-Peru, IL | 154,908 | 154,906 | 154,704 | 154,092 | 153,182 |
| 36900 | | Ottumwa, IA | 44,378 | 44,378 | 44,394 | 44,149 | 44,055 |
| 36940 | | Owatonna, MN | 36,576 | 36,576 | 36,514 | 36,541 | 36,322 |
| 37020 | | Owosso, MI | 70,648 | 70,648 | 70,610 | 69,934 | 69,232 |
| 37060 | | Oxford, MS | 47,351 | 47,357 | 47,514 | 48,430 | 49,495 |
| 37080 | | Oxford, NC | 59,916 | 59,919 | 60,015 | 60,114 | 60,436 |
| 37120 | | Ozark, AL | 50,251 | 50,251 | 50,333 | 50,141 | 50,444 |
| 37140 | | Paducah, KY-IL | 98,762 | 98,762 | 98,720 | 98,912 | 98,639 |
| 37220 | | Pahrump, NV | 43,946 | 43,946 | 43,882 | 43,347 | 42,963 |
| 37260 | | Palatka, FL | 74,364 | 74,364 | 74,279 | 74,031 | 73,263 |
| 37300 | | Palestine, TX | 58,458 | 58,458 | 58,428 | 58,356 | 58,190 |
| 37320 | | Pampa, TX | 22,535 | 22,535 | 22,453 | 22,733 | 22,978 |
| 37520 | | Paragould, AR | 42,090 | 42,090 | 42,195 | 42,752 | 43,163 |
| 37540 | | Paris, TN | 32,330 | 32,330 | 32,345 | 32,326 | 32,341 |
| 37550 | | Paris, TX | 49,793 | 49,789 | 49,833 | 49,987 | 49,811 |
| 37660 | | Parsons, KS | 21,607 | 21,607 | 21,560 | 21,482 | 21,284 |
| 37740 | | Payson, AZ | 53,597 | 53,597 | 53,544 | 53,495 | 53,144 |
| 37790 | | Pecos, TX | 13,783 | 13,783 | 13,787 | 13,684 | 13,796 |
| 37940 | | Peru, IN | 36,903 | 36,903 | 36,781 | 36,575 | 36,486 |
| 38100 | | Picayune, MS | 55,634 | 55,634 | 55,618 | 55,696 | 55,293 |
| 38180 | | Pierre, SD | 21,361 | 21,361 | 21,404 | 21,619 | 21,846 |
| 38240 | | Pinehurst-Southern Pines, NC | 88,247 | 88,247 | 88,544 | 89,359 | 90,302 |
| 38260 | | Pittsburg, KS | 39,134 | 39,134 | 39,170 | 39,172 | 39,361 |
| 38280 | | Plainview, TX | 36,273 | 36,273 | 36,396 | 36,437 | 36,385 |
| 38420 | | Platteville, WI | 51,208 | 51,208 | 51,171 | 51,265 | 51,087 |
| 38460 | | Plattsburgh, NY | 82,128 | 82,128 | 82,118 | 81,815 | 81,654 |
| 38500 | | Plymouth, IN | 47,051 | 47,051 | 47,017 | 47,044 | 47,024 |
| 38580 | | Point Pleasant, WV-OH | 58,256 | 58,258 | 58,282 | 58,169 | 57,887 |
| 38620 | | Ponca City, OK | 46,562 | 46,562 | 46,433 | 45,962 | 45,831 |
| 38700 | | Pontiac, IL | 38,950 | 38,950 | 38,863 | 38,878 | 38,647 |
| 38740 | | Poplar Bluff, MO | 42,794 | 42,794 | 42,820 | 43,055 | 43,053 |
| 38760 | | Portales, NM | 19,846 | 19,846 | 20,010 | 20,501 | 20,419 |
| 38820 | | Port Angeles, WA | 71,404 | 71,404 | 71,533 | 71,814 | 71,663 |
| 38840 | | Port Clinton, OH | 41,428 | 41,428 | 41,397 | 41,435 | 41,339 |
| 38920 | | Port Lavaca, TX | 21,381 | 21,381 | 21,335 | 21,370 | 21,609 |
| 39020 | | Portsmouth, OH | 79,499 | 79,499 | 79,534 | 79,226 | 78,477 |
| 39060 | | Pottsville, PA | 148,289 | 148,289 | 148,199 | 147,592 | 147,063 |
| 39220 | | Price, UT | 21,403 | 21,403 | 21,429 | 21,351 | 21,246 |
| 39260 | | Prineville, OR | 20,978 | 20,978 | 20,896 | 20,662 | 20,723 |
| 39420 | | Pullman, WA | 44,776 | 44,776 | 44,807 | 45,064 | 46,606 |
| 39500 | | Quincy, IL-MO | 77,314 | 77,314 | 77,334 | 77,417 | 77,371 |
| 39700 | | Raymondville, TX | 22,134 | 22,134 | 22,173 | 22,057 | 22,056 |
| 39780 | | Red Bluff, CA | 63,463 | 63,463 | 63,666 | 63,351 | 63,406 |
| 39860 | | Red Wing, MN | 46,183 | 46,183 | 46,189 | 46,243 | 46,336 |
| 39940 | | Rexburg, ID | 50,778 | 50,778 | 50,830 | 50,954 | 50,413 |
| 39980 | | Richmond, IN | 68,917 | 68,917 | 68,969 | 68,693 | 68,346 |
| 40080 | | Richmond-Berea, KY | 99,972 | 99,972 | 100,199 | 101,219 | 101,792 |
| 40100 | | Rio Grande City, TX | 60,968 | 60,968 | 61,149 | 61,498 | 61,615 |
| 40180 | | Riverton, WY | 40,123 | 40,123 | 40,238 | 40,575 | 41,110 |
| 40260 | | Roanoke Rapids, NC | 76,790 | 76,789 | 76,553 | 76,313 | 75,434 |
| 40300 | | Rochelle, IL | 53,497 | 53,497 | 53,456 | 53,193 | 52,848 |
| 40480 | | Rockingham, NC | 46,639 | 46,639 | 46,656 | 46,683 | 46,627 |
| 40540 | | Rock Springs, WY | 43,806 | 43,806 | 43,914 | 44,078 | 45,267 |
| 40620 | | Rolla, MO | 45,156 | 45,156 | 45,291 | 45,107 | 44,987 |
| 40700 | | Roseburg, OR | 107,667 | 107,667 | 107,696 | 107,400 | 107,164 |
| 40740 | | Roswell, NM | 65,645 | 65,645 | 65,770 | 65,673 | 65,784 |
| 40780 | | Russellville, AR | 83,939 | 83,939 | 84,279 | 84,545 | 84,697 |
| 40820 | | Ruston, LA | 46,735 | 46,735 | 46,803 | 46,965 | 46,953 |
| 40860 | | Rutland, VT | 61,642 | 61,642 | 61,560 | 61,250 | 60,869 |
| 40940 | | Safford, AZ | 37,220 | 37,220 | 36,847 | 37,150 | 37,416 |
| 41220 | | St. Marys, GA | 50,513 | 50,513 | 50,609 | 50,339 | 51,402 |
| 41400 | | Salem, OH | 107,841 | 107,841 | 107,820 | 107,244 | 106,507 |
| 41460 | | Salina, KS | 61,697 | 61,697 | 61,828 | 61,843 | 62,060 |
| 41760 | | Sandpoint, ID | 40,877 | 40,877 | 40,940 | 40,837 | 40,476 |

PFM-DEPO-00011520

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | April 1, 2010 Census | April 1, 2010 Estimates base | Population estimates (as of July 1) 2010 | Population estimates (as of July 1) 2011 | Population estimates (as of July 1) 2012 |
|---|---|---|---|---|---|---|---|
| 41780 | | Sandusky, OH | 77,079 | 77,079 | 77,042 | 76,661 | 76,356 |
| 41820 | | Sanford, NC | 57,866 | 57,866 | 57,877 | 58,605 | 59,715 |
| 42300 | | Sault Ste. Marie, MI | 38,520 | 38,520 | 38,462 | 38,776 | 38,917 |
| 42380 | | Sayre, PA | 62,622 | 62,622 | 62,609 | 63,091 | 62,762 |
| 42420 | | Scottsbluff, NE | 38,971 | 38,971 | 39,077 | 38,994 | 39,039 |
| 42460 | | Scottsboro, AL | 53,227 | 53,226 | 53,158 | 53,230 | 53,019 |
| 42620 | | Searcy, AR | 77,076 | 77,076 | 77,319 | 78,069 | 78,493 |
| 42740 | | Sedalia, MO | 42,201 | 42,201 | 42,260 | 42,146 | 42,319 |
| 42780 | | Selinsgrove, PA | 39,702 | 39,702 | 39,741 | 39,658 | 39,672 |
| 42820 | | Selma, AL | 43,820 | 43,820 | 43,782 | 43,189 | 42,864 |
| 42860 | | Seneca, SC | 74,273 | 74,273 | 74,371 | 74,276 | 74,627 |
| 42900 | | Seneca Falls, NY | 35,251 | 35,248 | 35,219 | 35,549 | 35,305 |
| 42940 | | Sevierville, TN | 89,889 | 89,887 | 90,146 | 91,355 | 92,512 |
| 42980 | | Seymour, IN | 42,376 | 42,376 | 42,555 | 42,930 | 43,083 |
| 43020 | | Shawano, WI | 46,181 | 46,181 | 46,196 | 46,129 | 45,947 |
| 43060 | | Shawnee, OK | 69,442 | 69,442 | 69,648 | 70,217 | 70,760 |
| 43140 | | Shelby, NC | 98,078 | 98,078 | 98,030 | 97,581 | 97,474 |
| 43180 | | Shelbyville, TN | 45,058 | 45,058 | 45,129 | 45,360 | 45,573 |
| 43220 | | Shelton, WA | 60,699 | 60,699 | 60,787 | 60,968 | 60,832 |
| 43260 | | Sheridan, WY | 29,116 | 29,116 | 29,147 | 29,260 | 29,596 |
| 43320 | | Show Low, AZ | 107,449 | 107,449 | 107,608 | 107,174 | 107,094 |
| 43380 | | Sidney, OH | 49,423 | 49,423 | 49,345 | 49,291 | 49,167 |
| 43460 | | Sikeston, MO | 39,151 | 39,187 | 39,226 | 39,115 | 39,139 |
| 43500 | | Silver City, NM | 29,514 | 29,514 | 29,407 | 29,430 | 29,389 |
| 43660 | | Snyder, TX | 16,921 | 16,921 | 16,957 | 16,907 | 17,126 |
| 43700 | | Somerset, KY | 63,063 | 63,063 | 63,192 | 63,461 | 63,593 |
| 43740 | | Somerset, PA | 77,742 | 77,748 | 77,706 | 77,382 | 76,957 |
| 43760 | | Sonora, CA | 55,365 | 55,365 | 55,162 | 54,692 | 54,008 |
| 43940 | | Spearfish, SD | 24,097 | 24,097 | 24,173 | 24,336 | 24,397 |
| 43980 | | Spencer, IA | 16,667 | 16,667 | 16,632 | 16,611 | 16,599 |
| 44020 | | Spirit Lake, IA | 16,667 | 16,667 | 16,665 | 16,899 | 16,972 |
| 44260 | | Starkville, MS | 47,671 | 47,671 | 47,653 | 47,713 | 48,192 |
| 44340 | | Statesboro, GA | 70,217 | 70,217 | 70,535 | 72,783 | 72,694 |
| 44460 | | Steamboat Springs, CO | 23,509 | 23,509 | 23,476 | 23,293 | 23,334 |
| 44500 | | Stephenville, TX | 37,890 | 37,890 | 37,907 | 39,000 | 39,321 |
| 44540 | | Sterling, CO | 22,709 | 22,709 | 22,773 | 22,709 | 22,631 |
| 44580 | | Sterling, IL | 58,498 | 58,498 | 58,465 | 58,240 | 57,646 |
| 44620 | | Stevens Point, WI | 70,019 | 70,019 | 69,950 | 70,194 | 70,433 |
| 44660 | | Stillwater, OK | 77,350 | 77,350 | 77,446 | 77,919 | 78,399 |
| 44740 | | Storm Lake, IA | 20,260 | 20,260 | 20,331 | 20,294 | 20,592 |
| 44780 | | Sturgis, MI | 61,295 | 61,295 | 61,259 | 61,016 | 60,796 |
| 44860 | | Sulphur Springs, TX | 34,800 | 34,800 | 34,795 | 34,910 | 35,463 |
| 44900 | | Summerville, GA | 26,015 | 26,015 | 25,004 | 25,757 | 25,725 |
| 44920 | | Summit Park, UT | 36,324 | 36,324 | 36,494 | 37,425 | 38,003 |
| 44980 | | Sunbury, PA | 94,528 | 94,517 | 94,367 | 94,487 | 94,426 |
| 45000 | | Susanville, CA | 34,895 | 34,895 | 34,820 | 34,280 | 33,658 |
| 45060 | | Sweetwater, TX | 15,216 | 15,217 | 15,232 | 15,145 | 14,924 |
| 45140 | | Tahlequah, OK | 46,987 | 46,986 | 47,164 | 47,804 | 48,150 |
| 45160 | | Talladega-Sylacauga, AL | 93,830 | 93,835 | 93,572 | 92,683 | 92,728 |
| 45340 | | Taos, NM | 32,937 | 32,937 | 32,909 | 32,627 | 32,779 |
| 45380 | | Taylorville, IL | 34,800 | 34,800 | 34,795 | 34,810 | 34,638 |
| 45520 | | The Dalles, OR | 25,213 | 25,213 | 25,254 | 25,228 | 25,487 |
| 45580 | | Thomaston, GA | 27,153 | 27,153 | 27,047 | 26,947 | 26,630 |
| 45620 | | Thomasville, GA | 44,720 | 44,719 | 44,810 | 44,724 | 44,724 |
| 45660 | | Tiffin, OH | 56,745 | 56,745 | 56,632 | 56,403 | 56,018 |
| 45700 | | Tifton, GA | 40,118 | 40,120 | 40,210 | 41,320 | 41,064 |
| 45740 | | Toccoa, GA | 26,175 | 26,175 | 26,191 | 25,656 | 25,891 |
| 45860 | | Torrington, CT | 189,927 | 189,927 | 189,741 | 188,923 | 187,530 |
| 45900 | | Traverse City, MI | 143,372 | 143,372 | 143,361 | 144,585 | 145,283 |
| 45980 | | Troy, AL | 32,899 | 32,899 | 32,964 | 32,893 | 33,182 |
| 46020 | | Truckee-Grass Valley, CA | 98,764 | 98,764 | 98,787 | 98,737 | 98,292 |
| 46100 | | Tullahoma-Manchester, TN | 100,210 | 100,210 | 100,144 | 100,251 | 100,333 |
| 46180 | | Tupelo, MS | 136,268 | 136,268 | 136,397 | 137,496 | 138,976 |
| 46300 | | Twin Falls, ID | 99,604 | 99,604 | 99,977 | 100,570 | 101,094 |
| 46380 | | Ukiah, CA | 87,641 | 87,641 | 87,776 | 87,469 | 87,428 |
| 46460 | | Union City, TN-KY | 38,620 | 38,620 | 38,621 | 38,410 | 37,865 |
| 46500 | | Urbana, OH | 40,097 | 40,097 | 40,003 | 39,813 | 39,565 |
| 46520 | | Uvalde, TX | 26,405 | 26,405 | 26,449 | 26,540 | 26,752 |
| 46740 | | Valley, AL | 34,215 | 34,215 | 34,125 | 34,005 | 34,064 |
| 46780 | | Van Wert, OH | 28,744 | 28,744 | 28,671 | 28,702 | 28,744 |
| 46820 | | Vermillion, SD | 13,864 | 13,864 | 13,850 | 14,044 | 14,131 |
| 46860 | | Vernal, UT | 32,588 | 32,588 | 32,413 | 33,170 | 34,524 |
| 46900 | | Vernon, TX | 13,535 | 13,535 | 13,496 | 13,422 | 13,256 |
| 46980 | | Vicksburg, MS | 58,377 | 58,371 | 58,332 | 57,966 | 57,433 |
| 47080 | | Vidalia, GA | 36,346 | 36,346 | 36,404 | 36,328 | 36,228 |
| 47180 | | Vincennes, IN | 38,440 | 38,440 | 38,393 | 38,450 | 38,122 |
| 47240 | | Vineyard Haven, MA | 16,535 | 16,535 | 16,574 | 16,787 | 17,041 |
| 47340 | | Wabash, IN | 32,888 | 32,888 | 32,829 | 32,554 | 32,361 |
| 47420 | | Wahpeton, ND-MN | 22,897 | 22,897 | 22,903 | 22,839 | 22,800 |
| 47540 | | Wapakoneta, OH | 45,949 | 45,949 | 45,921 | 45,757 | 45,831 |
| 47620 | | Warren, PA | 41,815 | 41,815 | 41,756 | 41,480 | 41,146 |
| 47660 | | Warrensburg, MO | 52,595 | 52,595 | 52,701 | 53,462 | 54,397 |
| 47700 | | Warsaw, IN | 77,358 | 77,356 | 77,323 | 77,356 | 77,669 |
| 47780 | | Washington, IN | 31,648 | 31,654 | 31,729 | 31,896 | 32,064 |
| 47820 | | Washington, NC | 47,759 | 47,770 | 47,766 | 47,655 | 47,507 |
| 47920 | | Washington Court House, OH | 29,030 | 29,030 | 29,026 | 28,921 | 28,880 |
| 47980 | | Watertown, SD | 27,227 | 27,227 | 27,223 | 27,413 | 27,600 |
| 48020 | | Watertown-Fort Atkinson, WI | 83,686 | 83,686 | 83,678 | 83,961 | 84,498 |
| 48100 | | Wauchula, FL | 27,731 | 27,731 | 27,266 | 26,650 | 27,514 |
| 48180 | | Waycross, GA | 55,070 | 55,064 | 55,243 | 54,921 | 54,665 |
| 48220 | | Weatherford, OK | 27,469 | 27,469 | 27,514 | 27,764 | 28,536 |
| 48460 | | West Plains, MO | 40,400 | 40,400 | 40,584 | 40,610 | 40,629 |
| 48540 | | Whitewater-Elkhorn, WI | 102,228 | 102,228 | 102,167 | 102,538 | 102,851 |
| 48780 | | Williston, ND | 22,398 | 22,398 | 22,575 | 24,416 | 26,697 |

PFM-DEPO-00011521

| CBSA Code | Metro Division Code | Geographic area | April 1, 2010 | | Population estimates (as of July 1) | | |
|---|---|---|---|---|---|---|---|
| | | | Census | Estimates base | 2010 | 2011 | 2012 |
| 48820 | | Willmar, MN | 42,239 | 42,239 | 42,252 | 42,222 | 42,376 |
| 48940 | | Wilmington, OH | 42,040 | 42,040 | 41,896 | 41,955 | 41,880 |
| 48980 | | Wilson, NC | 81,234 | 81,234 | 81,300 | 81,470 | 81,867 |
| 49060 | | Winnemucca, NV | 16,528 | 16,529 | 16,604 | 16,653 | 17,048 |
| 49100 | | Winona, MN | 51,461 | 51,461 | 51,390 | 51,506 | 51,629 |
| 49220 | | Wisconsin Rapids-Marshfield, WI | 74,749 | 74,749 | 74,766 | 74,619 | 74,424 |
| 49260 | | Woodward, OK | 20,081 | 20,081 | 19,971 | 20,055 | 20,548 |
| 49300 | | Wooster, OH | 114,520 | 114,515 | 114,480 | 114,694 | 114,848 |
| 49380 | | Worthington, MN | 21,378 | 21,378 | 21,367 | 21,446 | 21,487 |
| 49460 | | Yankton, SD | 22,438 | 22,438 | 22,457 | 22,510 | 22,603 |
| 49780 | | Zanesville, OH | 86,074 | 86,074 | 86,200 | 86,176 | 85,950 |
| 49820 | | Zapata, TX | 14,018 | 14,018 | 14,069 | 14,193 | 14,290 |

Note: The estimates are based on the 2010 Census and reflect changes to the April 1, 2010 population due to the Count Question Resolution program and geographic program revisions. The Office of Management and Budget's statistical area delineations for metropolitan and micropolitan statistical areas, as well as metropolitan divisions, are those issued by that agency in February 2013 <http://www.whitehouse.gov/omb/inforeg_statpolicy#ms>.

The metropolitan and micropolitan statistical area population estimates are based upon the county estimates. The county estimates methodology is available at:
<http://www.census.gov/popest/methodology/2012-nat-st-co-meth.pdf>.

Suggested Citation:
Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012 (CBSA-EST2012-01)
Source: U.S. Census Bureau, Population Division
Release Date: March 2013

PFM-DEPO-00011522

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 | | |
|---|---|---|---|---|---|
| | | **Metropolitan statistical areas** | | | |
| 35620 | 1 | New York-Newark-Jersey City, NY-NJ-PA | 19,831,858 | | |
| 31080 | 2 | Los Angeles-Long Beach-Anaheim, CA | 13,052,921 | | |
| 16980 | 3 | Chicago-Naperville-Elgin, IL-IN-WI | 9,522,434 | | |
| 19100 | 4 | Dallas-Fort Worth-Arlington, TX | 6,700,991 | | |
| 26420 | 5 | Houston-The Woodlands-Sugar Land, TX | 6,177,035 | | |
| 37980 | 6 | Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 6,018,800 | | |
| 47900 | 7 | Washington-Arlington-Alexandria, DC-VA-MD-WV | 5,860,342 | | |
| 33100 | 8 | Miami-Fort Lauderdale-West Palm Beach, FL | 5,762,717 | | |
| 12060 | 9 | Atlanta-Sandy Springs-Roswell, GA | 5,457,831 | | |
| 14460 | 10 | Boston-Cambridge-Newton, MA-NH | 4,640,802 | | |
| 41860 | 11 | San Francisco-Oakland-Hayward, CA | 4,455,560 | | |
| 40140 | 12 | Riverside-San Bernardino-Ontario, CA | 4,350,096 | | |
| 38060 | 13 | Phoenix-Mesa-Scottsdale, AZ | 4,329,534 | | |
| 19820 | 14 | Detroit-Warren-Dearborn, MI | 4,292,060 | | |
| 42660 | 15 | Seattle-Tacoma-Bellevue, WA | 3,552,157 | | |
| 33460 | 16 | Minneapolis-St. Paul-Bloomington, MN-WI | 3,422,264 | | |
| 41740 | 17 | San Diego-Carlsbad, CA | 3,177,063 | | |
| 45300 | 18 | Tampa-St. Petersburg-Clearwater, FL | 2,842,878 | | |
| 41180 | 19 | St. Louis, MO-IL | 2,795,794 | | |
| 12580 | 20 | Baltimore-Columbia-Towson, MD | 2,753,149 | | |
| 19740 | 21 | Denver-Aurora-Lakewood, CO | 2,645,209 | | |
| 38300 | 22 | Pittsburgh, PA | 2,360,733 | | |
| 16740 | 23 | Charlotte-Concord-Gastonia, NC-SC | 2,296,569 | | |
| 38900 | 24 | Portland-Vancouver-Hillsboro, OR-WA | 2,289,800 | | |
| 41700 | 25 | San Antonio-New Braunfels, TX | 2,234,003 | | |
| 36740 | 26 | Orlando-Kissimmee-Sanford, FL | 2,223,674 | | |
| 40900 | 27 | Sacramento--Roseville--Arden-Arcade, CA | 2,196,482 | | |
| 17140 | 28 | Cincinnati, OH-KY-IN | 2,128,603 | | |
| 17460 | 29 | Cleveland-Elyria, OH | 2,063,535 | -0.4% | -0.2% |
| 28140 | 30 | Kansas City, MO-KS | 2,038,724 | | |
| 29820 | 31 | Las Vegas-Henderson-Paradise, NV | 2,000,759 | | |
| 18140 | 32 | Columbus, OH | 1,944,002 | | |
| 26900 | 33 | Indianapolis-Carmel-Anderson, IN | 1,928,982 | | |
| 41940 | 34 | San Jose-Sunnyvale-Santa Clara, CA | 1,894,388 | | |
| 12420 | 35 | Austin-Round Rock, TX | 1,834,303 | | |
| 34980 | 36 | Nashville-Davidson--Murfreesboro--Franklin, TN | 1,726,693 | | |
| 47260 | 37 | Virginia Beach-Norfolk-Newport News, VA-NC | 1,699,925 | | |
| 39300 | 38 | Providence-Warwick, RI-MA | 1,601,374 | | |
| 33340 | 39 | Milwaukee-Waukesha-West Allis, WI | 1,566,981 | | |
| 27260 | 40 | Jacksonville, FL | 1,377,850 | | |
| 32820 | 41 | Memphis, TN-MS-AR | 1,341,690 | | |
| 36420 | 42 | Oklahoma City, OK | 1,296,565 | | |
| 31140 | 43 | Louisville/Jefferson County, KY-IN | 1,251,351 | | |
| 40060 | 44 | Richmond, VA | 1,231,980 | | |
| 35380 | 45 | New Orleans-Metairie, LA | 1,227,096 | | |
| 25540 | 46 | Hartford-West Hartford-East Hartford, CT | 1,214,400 | | |
| 39580 | 47 | Raleigh, NC | 1,188,564 | | |
| 13820 | 48 | Birmingham-Hoover, AL | 1,136,650 | | |
| 15380 | 49 | Buffalo-Cheektowaga-Niagara Falls, NY | 1,134,210 | | |
| 41620 | 50 | Salt Lake City, UT | 1,123,712 | | |
| 40380 | 51 | Rochester, NY | 1,082,284 | | |
| 24340 | 52 | Grand Rapids-Wyoming, MI | 1,005,648 | | |
| 46060 | 53 | Tucson, AZ | 992,394 | | |
| 46520 | 54 | Urban Honolulu, HI | 976,372 | | |
| 46140 | 55 | Tulsa, OK | 951,880 | | |
| 23420 | 56 | Fresno, CA | 947,895 | | |
| 14860 | 57 | Bridgeport-Stamford-Norwalk, CT | 933,835 | | |
| 49340 | 58 | Worcester, MA-CT | 923,762 | | |
| 10740 | 59 | Albuquerque, NM | 901,700 | | |
| 36540 | 60 | Omaha-Council Bluffs, NE-IA | 885,624 | | |
| 10580 | 61 | Albany-Schenectady-Troy, NY | 874,646 | | |
| 35300 | 62 | New Haven-Milford, CT | 862,813 | | |
| 12540 | 63 | Bakersfield, CA | 856,158 | | |

PFM-DEPO-00011523

**FER-75**

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 | | |
|---|---|---|---|---|---|
| 28940 | 64 | Knoxville, TN | 848,350 | | |
| 24860 | 65 | Greenville-Anderson-Mauldin, SC | 842,853 | | |
| 37100 | 66 | Oxnard-Thousand Oaks-Ventura, CA | 835,981 | | |
| 21340 | 67 | El Paso, TX | 830,735 | | |
| 10900 | 68 | Allentown-Bethlehem-Easton, PA-NJ | 827,171 | | |
| 12940 | 69 | Baton Rouge, LA | 815,298 | | |
| 32580 | 70 | McAllen-Edinburg-Mission, TX | 806,552 | 1.9% | 1.6% |
| 19380 | 71 | Dayton, OH | 800,972 | | |
| 17900 | 72 | Columbia, SC | 784,745 | | |
| 24660 | 73 | Greensboro-High Point, NC | 736,065 | | |
| 35840 | 74 | North Port-Sarasota-Bradenton, FL | 720,042 | | |
| 30780 | 75 | Little Rock-North Little Rock-Conway, AR | 717,666 | | |
| 44700 | 76 | Stockton-Lodi, CA | 702,612 | | |
| 10420 | 77 | Akron, OH | 702,262 | | |
| 16700 | 78 | Charleston-North Charleston, SC | 697,439 | | |
| 17820 | 79 | Colorado Springs, CO | 668,353 | | |
| 45060 | 80 | Syracuse, NY | 660,934 | | |
| 49180 | 81 | Winston-Salem, NC | 647,697 | | |
| 15980 | 82 | Cape Coral-Fort Myers, FL | 645,293 | | |
| 14260 | 83 | Boise City, ID | 637,896 | | |
| 48620 | 84 | Wichita, KS | 636,105 | | |
| 44140 | 85 | Springfield, MA | 625,718 | | |
| 31540 | 86 | Madison, WI | 620,778 | | |
| 29460 | 87 | Lakeland-Winter Haven, FL | 616,158 | | |
| 36260 | 88 | Ogden-Clearfield, UT | 612,441 | | |
| 45780 | 89 | Toledo, OH | 608,711 | | |
| 19660 | 90 | Deltona-Daytona Beach-Ormond Beach, FL | 595,309 | | |
| 19780 | 91 | Des Moines-West Des Moines, IA | 588,999 | | |
| 27140 | 92 | Jackson, MS | 576,800 | | |
| 12260 | 93 | Augusta-Richmond County, GA-SC | 575,898 | | |
| 42540 | 94 | Scranton--Wilkes-Barre--Hazleton, PA | 563,629 | | |
| 49660 | 95 | Youngstown-Warren-Boardman, OH-PA | 558,206 | | |
| 25420 | 96 | Harrisburg-Carlisle, PA | 553,980 | | |
| 39340 | 97 | Provo-Orem, UT | 550,845 | | |
| 37340 | 98 | Palm Bay-Melbourne-Titusville, FL | 547,307 | | |
| 16860 | 99 | Chattanooga, TN-GA | 537,689 | | |
| 44060 | 100 | Spokane-Spokane Valley, WA | 532,253 | | |
| 29540 | 101 | Lancaster, PA | 526,823 | | |
| 20500 | 102 | Durham-Chapel Hill, NC | 522,826 | | |
| 33700 | 103 | Modesto, CA | 521,726 | | |
| 38860 | 104 | Portland-South Portland, ME | 518,117 | | |
| 42220 | 105 | Santa Rosa, CA | 491,829 | | |
| 30460 | 106 | Lexington-Fayette, KY | 485,023 | | |
| 22220 | 107 | Fayetteville-Springdale-Rogers, AR-MO | 482,200 | | |
| 29180 | 108 | Lafayette, LA | 474,415 | | |
| 29620 | 109 | Lansing-East Lansing, MI | 465,732 | | |
| 37860 | 110 | Pensacola-Ferry Pass-Brent, FL | 461,227 | | |
| 47300 | 111 | Visalia-Porterville, CA | 451,977 | | |
| 43340 | 112 | Shreveport-Bossier City, LA | 447,193 | | |
| 44180 | 113 | Springfield, MO | 444,617 | | |
| 49620 | 114 | York-Hanover, PA | 437,846 | | |
| 18580 | 115 | Corpus Christi, TX | 437,109 | | |
| 39900 | 116 | Reno, NV | 433,843 | | |
| 38940 | 117 | Port St. Lucie, FL | 432,683 | | |
| 11700 | 118 | Asheville, NC | 432,406 | | |
| 42200 | 119 | Santa Maria-Santa Barbara, CA | 431,249 | | |
| 26620 | 120 | Huntsville, AL | 430,734 | | |
| 41500 | 121 | Salinas, CA | 426,762 | | |
| 14460 | 122 | Rockingham County-Strafford County, NH | 421,939 | | |
| 23060 | 123 | Fort Wayne, IN | 421,406 | | |
| 46700 | 124 | Vallejo-Fairfield, CA | 420,757 | | |
| 28660 | 125 | Killeen-Temple, TX | 420,375 | | |
| 22420 | 126 | Flint, MI | 418,408 | | |
| 15180 | 127 | Brownsville-Harlingen, TX | 415,557 | | |

PFM-00094205_Confidential          Census Data (2)          2 of 15

PFM-DEPO-00011524

**FER-76**

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| 33660 | 128 | Mobile, AL | 413,936 |
| 39740 | 129 | Reading, PA | 413,491 |
| 13140 | 130 | Beaumont-Port Arthur, TX | 404,180 |
| 15940 | 131 | Canton-Massillon, OH | 403,455 |
| 31700 | 132 | Manchester-Nashua, NH | 402,922 |
| 35620 | 133 | Dutchess County-Putnam County, NY | 396,929 |
| 41420 | 134 | Salem, OR | 396,338 |
| 34820 | 135 | Myrtle Beach-Conway-North Myrtle Beach, SC-NC | 394,542 |
| 11260 | 136 | Anchorage, AK | 392,535 |
| 19340 | 137 | Davenport-Moline-Rock Island, IA-IL | 382,630 |
| 41540 | 138 | Salisbury, MD-DE | 381,868 |
| 37900 | 139 | Peoria, IL | 380,447 |
| 25060 | 140 | Gulfport-Biloxi-Pascagoula, MS | 379,582 |
| 33860 | 141 | Montgomery, AL | 377,149 |
| 45220 | 142 | Tallahassee, FL | 375,371 |
| 22180 | 143 | Fayetteville, NC | 374,585 |
| 45940 | 144 | Trenton, NJ | 368,303 |
| 26580 | 145 | Huntington-Ashland, WV-KY-OH | 364,665 |
| 25860 | 146 | Hickory-Lenoir-Morganton, NC | 363,627 |
| 42340 | 147 | Savannah, GA | 361,941 |
| 21660 | 148 | Eugene, OR | 354,542 |
| 11460 | 149 | Ann Arbor, MI | 350,946 |
| 40420 | 150 | Rockford, IL | 346,009 |
| 36100 | 151 | Ocala, FL | 335,125 |
| 34940 | 152 | Naples-Immokalee-Marco Island, FL | 332,427 |
| 28020 | 153 | Kalamazoo-Portage, MI | 330,034 |
| 43780 | 154 | South Bend-Mishawaka, IN-MI | 318,586 |
| 43900 | 155 | Spartanburg, SC | 316,997 |
| 21780 | 156 | Evansville, IN-KY | 313,433 |
| 24580 | 157 | Green Bay, WI | 311,098 |
| 17980 | 158 | Columbus, GA-AL | 310,531 |
| 22660 | 159 | Fort Collins, CO | 310,487 |
| 30700 | 160 | Lincoln, NE | 310,342 |
| 40220 | 161 | Roanoke, VA | 310,118 |
| 28700 | 162 | Kingsport-Bristol-Bristol, TN-VA | 309,006 |
| 14500 | 163 | Boulder, CO | 305,318 |
| 46540 | 164 | Utica-Rome, NY | 298,064 |
| 31180 | 165 | Lubbock, TX | 297,669 |
| 21500 | 166 | Erie, PA | 280,646 |
| 22900 | 167 | Fort Smith, AR-OK | 280,521 |
| 20260 | 168 | Duluth, MN-WI | 279,452 |
| 12100 | 169 | Atlantic City-Hammonton, NJ | 275,422 |
| 42020 | 170 | San Luis Obispo-Paso Robles-Arroyo Grande, CA | 274,804 |
| 17300 | 171 | Clarksville, TN-KY | 274,342 |
| 35980 | 172 | Norwich-New London, CT | 274,170 |
| 28420 | 173 | Kennewick-Richland, WA | 268,243 |
| 23540 | 174 | Gainesville, FL | 268,232 |
| 42100 | 175 | Santa Cruz-Watsonville, CA | 266,776 |
| 24540 | | Greeley, CO | 263,691 |
| 48900 | | Wilmington, NC | 263,429 |
| 32900 | | Merced, CA | 262,305 |
| 16300 | | Cedar Rapids, IA | 261,761 |
| 29700 | | Laredo, TX | 259,172 |
| 36500 | | Olympia-Tumwater, WA | 258,332 |
| 11100 | | Amarillo, TX | 257,578 |
| 47380 | | Waco, TX | 256,317 |
| 25180 | | Hagerstown-Martinsburg, MD-WV | 256,278 |
| 31340 | | Lynchburg, VA | 255,342 |
| 14740 | | Bremerton-Silverdale, WA | 254,991 |
| 13780 | | Binghamton, NY | 248,538 |
| 18880 | | Crestview-Fort Walton Beach-Destin, FL | 247,665 |
| 49420 | | Yakima, WA | 245,977 |
| 43620 | | Sioux Falls, SD | 237,251 |
| 45820 | | Topeka, KS | 234,566 |

PFM-DEPO-00011525

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 | | |
|---|---|---|---|---|---|
| 17780 | | College Station-Bryan, TX | 234,501 | | |
| 16580 | | Champaign-Urbana, IL | 233,788 | | |
| 46220 | | Tuscaloosa, AL | 233,389 | | |
| 31420 | | Macon, GA | 232,723 | | |
| 11540 | | Appleton, WI | 228,450 | | |
| 16620 | | Charleston, WV | 225,954 | | |
| 16820 | | Charlottesville, VA | 222,860 | | |
| 17020 | | Chico, CA | 221,539 | | |
| 30980 | | Longview, TX | 216,679 | | |
| 22020 | | Fargo, ND-MN | 216,312 | | |
| 12700 | | Barnstable Town, MA | 215,423 | | |
| 46340 | | Tyler, TX | 214,821 | | |
| 29740 | | Las Cruces, NM | 214,445 | | |
| 15540 | | Burlington-South Burlington, VT | 213,701 | | |
| 39140 | | Prescott, AZ | 212,637 | | |
| 44100 | | Springfield, IL | 211,993 | | |
| 40340 | | Rochester, MN | 209,607 | | |
| 26380 | | Houma-Thibodaux, LA | 208,922 | | |
| 29200 | | Lafayette-West Lafayette, IN | 206,412 | | |
| 32780 | | Medford, OR | 206,412 | | |
| 22500 | | Florence, SC | 206,087 | | |
| 13380 | | Bellingham, WA | 205,262 | | |
| 29420 | | Lake Havasu City-Kingman, AZ | 203,334 | | |
| 29340 | | Lake Charles, LA | 201,195 | | |
| 27740 | | Johnson City, TN | 200,684 | | |
| 49740 | | Yuma, AZ | 200,022 | | |
| 21140 | | Elkhart-Goshen, IN | 199,619 | | |
| 40980 | | Saginaw, MI | 198,353 | | |
| 12020 | | Athens-Clarke County, GA | 196,425 | | |
| 39540 | | Racine, WI | 194,797 | | |
| 25940 | | Hilton Head Island-Bluffton-Beaufort, SC | 193,882 | | |
| 19300 | | Daphne-Fairhope-Foley, AL | 190,790 | | |
| 41060 | | St. Cloud, MN | 190,471 | | |
| 14010 | | Bloomington, IL | 188,715 | | |
| 37460 | | Panama City, FL | 187,621 | | |
| 47580 | | Warner Robins, GA | 185,478 | | |
| 23580 | | Gainesville, GA | 185,416 | | |
| 27340 | | Jacksonville, NC | 183,263 | | |
| 28740 | | Kingston, NY | 181,791 | | |
| 13980 | | Blacksburg-Christiansburg-Radford, VA | 178,933 | | |
| 39820 | | Redding, CA | 178,586 | | |
| 33740 | | Monroe, LA | 177,782 | | |
| 20940 | | El Centro, CA | 176,946 | | |
| 27900 | | Joplin, MO | 174,327 | | |
| 24780 | | Greenville, NC | 172,554 | | |
| 45460 | | Terre Haute, IN | 172,493 | 0.1% | 0.0% |
| 34740 | | Muskegon, MI | 170,182 | | |
| 43580 | | Sioux City, IA-NE-SD | 169,921 | | |
| 20700 | | East Stroudsburg, PA | 168,798 | | |
| 36780 | | Oshkosh-Neenah, WI | 168,794 | | |
| 47940 | | Waterloo-Cedar Falls, IA | 168,747 | | |
| 17860 | | Columbia, MO | 168,535 | | |
| 49700 | | Yuba City, CA | 167,948 | | |
| 20100 | | Dover, DE | 167,626 | | |
| 10180 | | Abilene, TX | 166,963 | | |
| 20740 | | Eau Claire, WI | 163,599 | | |
| 13740 | | Billings, MT | 162,848 | | |
| 39460 | | Punta Gorda, FL | 162,449 | | |
| 14020 | | Bloomington, IN | 162,399 | | |
| 13460 | | Bend-Redmond, OR | 162,277 | | |
| 14540 | | Bowling Green, KY | 162,231 | | |
| 39380 | | Pueblo, CO | 160,852 | | |
| 27500 | | Janesville-Beloit, WI | 160,418 | | |
| 27100 | | Jackson, MI | 160,309 | | |

PFM-DEPO-00011526

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| 27980 | | Kahului-Wailuku-Lahaina, HI | 158,316 |
| 26980 | | Iowa City, IA | 158,231 |
| 47220 | | Vineland-Bridgeton, NJ | 157,785 |
| 10500 | | Albany, GA | 157,399 |
| 35660 | | Niles-Benton Harbor, MI | 156,067 |
| 44300 | | State College, PA | 155,171 |
| 10780 | | Alexandria, LA | 154,441 |
| 19460 | | Decatur, AL | 154,233 |
| 15500 | | Burlington, NC | 153,920 |
| 12620 | | Bangor, ME | 153,746 |
| 31460 | | Madera, CA | 152,218 |
| 33260 | | Midland, TX | 151,662 |
| 40580 | | Rocky Mount, NC | 151,662 |
| 25260 | | Hanford-Corcoran, CA | 151,364 |
| 16540 | | Chambersburg-Waynesboro, PA | 151,275 |
| 33780 | | Monroe, MI | 151,048 |
| 48660 | | Wichita Falls, TX | 150,829 |
| 21060 | | Elizabethtown-Fort Knox, KY | 150,413 |
| 27620 | | Jefferson City, MO | 150,151 |
| 45500 | | Texarkana, TX-AR | 149,701 |
| 24300 | | Grand Junction, CO | 147,848 |
| 20020 | | Dothan, AL | 147,620 |
| 12220 | | Auburn-Opelika, AL | 147,257 |
| 22520 | | Florence-Muscle Shoals, AL | 146,988 |
| 25620 | | Hattiesburg, MS | 146,766 |
| 48540 | | Wheeling, WV-OH | 146,420 |
| 42140 | | Santa Fe, NM | 146,375 |
| 41100 | | St. George, UT | 144,809 |
| 46660 | | Valdosta, GA | 144,343 |
| 36220 | | Odessa, TX | 144,325 |
| 19140 | | Dalton, GA | 142,751 |
| 17660 | | Coeur d'Alene, ID | 142,357 |
| 27780 | | Johnstown, PA | 141,584 |
| 42680 | | Sebastian-Vero Beach, FL | 140,567 |
| 26140 | | Homosassa Springs, FL | 139,360 |
| 34900 | | Napa, CA | 139,045 |
| 39660 | | Rapid City, SD | 138,738 |
| 44220 | | Springfield, OH | 137,206 |
| 26820 | | Idaho Falls, ID | 136,106 |
| 22380 | | Flagstaff, AZ | 136,011 |
| 29100 | | La Crosse-Onalaska, WI-MN | 135,298 |
| 30140 | | Lebanon, PA | 135,251 |
| 12980 | | Battle Creek, MI | 135,099 |
| 48140 | | Wausau, WI | 134,735 |
| 34060 | | Morgantown, WV | 134,164 |
| 30020 | | Lawton, OK | 132,545 |
| 43420 | | Sierra Vista-Douglas, AZ | 132,088 |
| 49020 | | Winchester, VA-WV | 130,907 |
| 27180 | | Jackson, TN | 130,450 |
| 38340 | | Pittsfield, MA | 130,016 |
| 22140 | | Farmington, NM | 128,529 |
| 24020 | | Glens Falls, NY | 128,472 |
| 25500 | | Harrisonburg, VA | 128,372 |
| 30860 | | Logan, UT-ID | 128,306 |
| 35100 | | New Bern, NC | 128,119 |
| 41140 | | St. Joseph, MO-KS | 127,927 |
| 11020 | | Altoona, PA | 127,121 |
| 16060 | | Carbondale-Marion, IL | 126,745 |
| 13220 | | Beckley, WV | 124,890 |
| 24140 | | Goldsboro, NC | 124,246 |
| 27860 | | Jonesboro, AR | 124,042 |
| 25220 | | Hammond, LA | 123,441 |
| 31900 | | Mansfield, OH | 122,673 |
| 48260 | | Weirton-Steubenville, WV-OH | 122,547 |

PFM-DEPO-00011527

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| 43300 | | Sherman-Denison, TX | 121,935 |
| 48060 | | Watertown-Fort Drum, NY | 120,262 |
| 13900 | | Bismarck, ND | 120,060 |
| 44420 | | Staunton-Waynesboro, VA | 118,686 |
| 10540 | | Albany, OR | 118,360 |
| 34580 | | Mount Vernon-Anacortes, WA | 118,222 |
| 17420 | | Cleveland, TN | 117,820 |
| 34620 | | Muncie, IN | 117,364 |
| 11500 | | Anniston-Oxford-Jacksonville, AL | 117,296 |
| 48700 | | Williamsport, PA | 117,168 |
| 36980 | | Owensboro, KY | 116,030 |
| 43100 | | Sheboygan, WI | 115,009 |
| 34100 | | Morristown, TN | 114,937 |
| 41660 | | San Angelo, TX | 114,854 |
| 15260 | | Brunswick, GA | 113,448 |
| 28100 | | Kankakee, IL | 113,040 |
| 48300 | | Wenatchee, WA | 113,037 |
| 29940 | | Lawrence, KS | 112,864 |
| 33140 | | Michigan City-La Porte, IN | 111,246 |
| 33540 | | Missoula, MT | 110,977 |
| 19500 | | Decatur, IL | 110,122 |
| 15680 | | California-Lexington Park, MD | 108,987 |
| 44940 | | Sumter, SC | 108,052 |
| 30340 | | Lewiston-Auburn, ME | 107,609 |
| 13020 | | Bay City, MI | 106,935 |
| 30620 | | Lima, OH | 105,141 |
| 23460 | | Gadsden, AL | 104,392 |
| 27060 | | Ithaca, NY | 102,554 |
| 31020 | | Longview, WA | 101,996 |
| 19060 | | Cumberland, MD-WV | 101,968 |
| 22540 | | Fond du Lac, WI | 101,843 |
| 45540 | | The Villages, FL | 101,620 |
| 23900 | | Gettysburg, PA | 101,482 |
| 21820 | | Fairbanks, AK | 100,272 |
| 24220 | | Grand Forks, ND-MN | 98,888 |
| 42700 | | Sebring, FL | 98,128 |
| 31860 | | Mankato-North Mankato, MN | 98,020 |
| 31740 | | Manhattan, KS | 97,810 |
| 38220 | | Pine Bluff, AR | 97,451 |
| 16020 | | Cape Girardeau, MO-IL | 97,080 |
| 26300 | | Hot Springs, AR | 96,903 |
| 47020 | | Victoria, TX | 96,620 |
| 36140 | | Ocean City, NJ | 96,304 |
| 40660 | | Rome, GA | 96,177 |
| 20220 | | Dubuque, IA | 95,097 |
| 16940 | | Cheyenne, WY | 94,483 |
| 37620 | | Parkersburg-Vienna, WV | 92,548 |
| 11180 | | Ames, IA | 91,140 |
| 21300 | | Elmira, NY | 88,911 |
| 18700 | | Corvallis, OR | 86,430 |
| 14100 | | Bloomsburg-Berwick, PA | 85,243 |
| 33220 | | Midland, MI | 83,822 |
| 38540 | | Pocatello, ID | 83,800 |
| 24260 | | Grand Island, NE | 83,472 |
| 24420 | | Grants Pass, OR | 82,930 |
| 29020 | | Kokomo, IN | 82,849 |
| 24500 | | Great Falls, MT | 81,723 |
| 25980 | | Hinesville, GA | 81,519 |
| 19180 | | Danville, IL | 80,727 |
| 18020 | | Columbus, IN | 79,129 |
| 16220 | | Casper, WY | 78,621 |
| 47460 | | Walla Walla, WA | 63,399 |
| 30300 | | Lewiston, ID-WA | 61,419 |
| 16180 | | Carson City, NV | 54,838 |

PFM-DEPO-00011528

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| | | (Titles of metropolitan divisions are indented.) | |
| | | Micropolitan statistical areas | |
| 10100 | | Aberdeen, SD | 41,357 |
| 10140 | | Aberdeen, WA | 71,662 |
| 10220 | | Ada, OK | 37,958 |
| 10300 | | Adrian, MI | 98,987 |
| 10460 | | Alamogordo, NM | 66,041 |
| 10620 | | Albemarle, NC | 60,576 |
| 10660 | | Albert Lea, MN | 31,054 |
| 10700 | | Albertville, AL | 94,776 |
| 10820 | | Alexandria, MN | 36,415 |
| 10860 | | Alice, TX | 41,754 |
| 10940 | | Alma, MI | 42,063 |
| 10980 | | Alpena, MI | 29,234 |
| 11060 | | Altus, OK | 26,237 |
| 11140 | | Americus, GA | 36,544 |
| 11220 | | Amsterdam, NY | 49,941 |
| 11380 | | Andrews, TX | 16,117 |
| 11420 | | Angola, IN | 34,124 |
| 11580 | | Arcadia, FL | 34,712 |
| 11620 | | Ardmore, OK | 48,085 |
| 11660 | | Arkadelphia, AR | 22,936 |
| 11680 | | Arkansas City-Winfield, KS | 36,288 |
| 11740 | | Ashland, OH | 52,962 |
| 11780 | | Ashtabula, OH | 100,389 |
| 11820 | | Astoria, OR | 37,301 |
| 11860 | | Atchison, KS | 16,813 |
| 11900 | | Athens, OH | 64,304 |
| 11940 | | Athens, TN | 52,416 |
| 11980 | | Athens, TX | 79,094 |
| 12140 | | Auburn, IN | 42,321 |
| 12180 | | Auburn, NY | 79,552 |
| 12300 | | Augusta-Waterville, ME | 121,853 |
| 12380 | | Austin, MN | 39,372 |
| 12460 | | Bainbridge, GA | 27,509 |
| 12660 | | Baraboo, WI | 62,597 |
| 12680 | | Bardstown, KY | 44,319 |
| 12740 | | Barre, VT | 59,465 |
| 12780 | | Bartlesville, OK | 51,633 |
| 12820 | | Bastrop, LA | 27,559 |
| 12860 | | Batavia, NY | 59,977 |
| 12900 | | Batesville, AR | 37,025 |
| 13060 | | Bay City, TX | 36,547 |
| 13100 | | Beatrice, NE | 21,806 |
| 13180 | | Beaver Dam, WI | 88,415 |
| 13260 | | Bedford, IN | 46,078 |
| 13300 | | Beeville, TX | 32,527 |
| 13340 | | Bellefontaine, OH | 45,474 |
| 13420 | | Bemidji, MN | 45,375 |
| 13500 | | Bennettsville, SC | 28,145 |
| 13540 | | Bennington, VT | 36,697 |
| 13620 | | Berlin, NH-VT | 38,322 |
| 13660 | | Big Rapids, MI | 43,318 |
| 13700 | | Big Spring, TX | 36,667 |
| 13720 | | Big Stone Gap, VA | 60,676 |
| 13940 | | Blackfoot, ID | 45,474 |
| 14140 | | Bluefield, WV-VA | 106,791 |
| 14180 | | Blytheville, AR | 45,562 |
| 14220 | | Bogalusa, LA | 46,670 |
| 14340 | | Boone, IA | 26,195 |
| 14380 | | Boone, NC | 51,871 |
| 14420 | | Borger, TX | 21,922 |
| 14580 | | Bozeman, MT | 92,614 |

PFM-DEPO-00011529

**FER-81**

| | | Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012 | |
|---|---|---|---|
| CBSA Code | Metro Division Code | Geographic area | |
| | | | 2012 |
| 14620 | | Bradford, PA | 43,127 |
| 14660 | | Brainerd, MN | 91,239 |
| 14700 | | Branson, MO | 84,524 |
| 14720 | | Breckenridge, CO | 28,044 |
| 14780 | | Brenham, TX | 34,093 |
| 14820 | | Brevard, NC | 32,849 |
| 15020 | | Brookhaven, MS | 34,900 |
| 15060 | | Brookings, OR | 22,248 |
| 15100 | | Brookings, SD | 32,629 |
| 15220 | | Brownwood, TX | 37,825 |
| 15340 | | Bucyrus, OH | 42,849 |
| 15420 | | Burley, ID | 43,286 |
| 15460 | | Burlington, IA-IL | 47,383 |
| 15580 | | Butte-Silver Bow, MT | 34,403 |
| 15620 | | Cadillac, MI | 47,639 |
| 15660 | | Calhoun, GA | 55,766 |
| 15700 | | Cambridge, MD | 32,551 |
| 15740 | | Cambridge, OH | 39,817 |
| 15780 | | Camden, AR | 30,703 |
| 15820 | | Campbellsville, KY | 24,691 |
| 15860 | | Cañon City, CO | 46,788 |
| 15900 | | Canton, IL | 36,651 |
| 16100 | | Carlsbad-Artesia, NM | 54,419 |
| 16260 | | Cedar City, UT | 46,750 |
| 16340 | | Cedartown, GA | 41,188 |
| 16380 | | Celina, OH | 40,875 |
| 16460 | | Centralia, IL | 38,894 |
| 16500 | | Centralia, WA | 75,621 |
| 16660 | | Charleston-Mattoon, IL | 64,623 |
| 17060 | | Chillicothe, OH | 77,429 |
| 17200 | | Claremont-Lebanon, NH-VT | 217,390 |
| 17220 | | Clarksburg, WV | 94,310 |
| 17260 | | Clarksdale, MS | 25,709 |
| 17340 | | Clearlake, CA | 63,983 |
| 17380 | | Cleveland, MS | 33,904 |
| 17500 | | Clewiston, FL | 37,447 |
| 17540 | | Clinton, IA | 48,717 |
| 17580 | | Clovis, NM | 49,938 |
| 17700 | | Coffeyville, KS | 34,459 |
| 17740 | | Coldwater, MI | 43,868 |
| 18060 | | Columbus, MS | 59,670 |
| 18100 | | Columbus, NE | 32,681 |
| 18180 | | Concord, NH | 146,761 |
| 18220 | | Connersville, IN | 24,029 |
| 18260 | | Cookeville, TN | 106,860 |
| 18300 | | Coos Bay, OR | 62,534 |
| 18380 | | Cordele, GA | 23,606 |
| 18420 | | Corinth, MS | 37,164 |
| 18460 | | Cornelia, GA | 43,520 |
| 18500 | | Corning, NY | 99,063 |
| 18620 | | Corsicana, TX | 47,979 |
| 18660 | | Cortland, NY | 49,474 |
| 18740 | | Coshocton, OH | 36,779 |
| 18780 | | Craig, CO | 13,200 |
| 18820 | | Crawfordsville, IN | 38,254 |
| 18860 | | Crescent City, CA | 28,290 |
| 18900 | | Crossville, TN | 57,029 |
| 18980 | | Cullman, AL | 80,440 |
| 19000 | | Cullowhee, NC | 40,448 |
| 19220 | | Danville, KY | 53,119 |
| 19260 | | Danville, VA | 105,803 |
| 19420 | | Dayton, TN | 32,247 |
| 19540 | | Decatur, IN | 34,365 |
| 19580 | | Defiance, OH | 38,677 |

PFM-DEPO-00011530

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| 19620 | | Del Rio, TX | 48,705 |
| 19700 | | Deming, NM | 25,041 |
| 19760 | | DeRidder, LA | 36,281 |
| 19860 | | Dickinson, ND | 26,771 |
| 19940 | | Dixon, IL | 35,037 |
| 19980 | | Dodge City, KS | 34,752 |
| 20060 | | Douglas, GA | 43,170 |
| 20140 | | Dublin, GA | 57,938 |
| 20180 | | DuBois, PA | 81,184 |
| 20300 | | Dumas, TX | 22,313 |
| 20340 | | Duncan, OK | 44,779 |
| 20380 | | Dunn, NC | 122,135 |
| 20420 | | Durango, CO | 52,401 |
| 20460 | | Durant, OK | 43,399 |
| 20540 | | Dyersburg, TN | 38,255 |
| 20580 | | Eagle Pass, TX | 55,365 |
| 20660 | | Easton, MD | 38,098 |
| 20780 | | Edwards, CO | 51,874 |
| 20820 | | Effingham, IL | 34,353 |
| 20900 | | El Campo, TX | 41,285 |
| 20980 | | El Dorado, AR | 40,867 |
| 21020 | | Elizabeth City, NC | 64,244 |
| 21120 | | Elk City, OK | 23,081 |
| 21180 | | Elkins, WV | 29,384 |
| 21220 | | Elko, NV | 53,217 |
| 21260 | | Ellensburg, WA | 41,672 |
| 21380 | | Emporia, KS | 33,748 |
| 21420 | | Enid, OK | 61,189 |
| 21460 | | Enterprise, AL | 51,262 |
| 21540 | | Escanaba, MI | 36,884 |
| 21580 | | Española, NM | 40,318 |
| 21700 | | Eureka-Arcata-Fortuna, CA | 134,827 |
| 21740 | | Evanston, WY | 21,025 |
| 21840 | | Fairfield, IA | 16,867 |
| 21900 | | Fairmont, WV | 56,678 |
| 21980 | | Fallon, NV | 24,375 |
| 22060 | | Faribault-Northfield, MN | 64,854 |
| 22100 | | Farmington, MO | 65,917 |
| 22260 | | Fergus Falls, MN | 57,286 |
| 22280 | | Fernley, NV | 51,327 |
| 22300 | | Findlay, OH | 75,671 |
| 22340 | | Fitzgerald, GA | 17,538 |
| 22580 | | Forest City, NC | 67,323 |
| 22620 | | Forrest City, AR | 27,858 |
| 22700 | | Fort Dodge, IA | 37,273 |
| 22780 | | Fort Leonard Wood, MO | 53,259 |
| 22800 | | Fort Madison-Keokuk, IA-IL-MO | 61,477 |
| 22820 | | Fort Morgan, CO | 28,472 |
| 22860 | | Fort Polk South, LA | 53,869 |
| 23140 | | Frankfort, IN | 33,022 |
| 23180 | | Frankfort, KY | 71,532 |
| 23240 | | Fredericksburg, TX | 25,153 |
| 23300 | | Freeport, IL | 46,959 |
| 23340 | | Fremont, NE | 36,427 |
| 23380 | | Fremont, OH | 60,510 |
| 23500 | | Gaffney, SC | 55,662 |
| 23620 | | Gainesville, TX | 38,688 |
| 23660 | | Galesburg, IL | 52,247 |
| 23700 | | Gallup, NM | 73,016 |
| 23780 | | Garden City, KS | 41,168 |
| 23820 | | Gardnerville Ranchos, NV | 46,996 |
| 23860 | | Georgetown, SC | 60,189 |
| 23940 | | Gillette, WY | 47,874 |
| 23980 | | Glasgow, KY | 52,600 |

PFM-DEPO-00011531

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| 24060 | | Glenwood Springs, CO | 74,216 |
| 24100 | | Gloversville, NY | 54,925 |
| 24380 | | Grants, NM | 27,334 |
| 24460 | | Great Bend, KS | 27,557 |
| 24620 | | Greeneville, TN | 68,819 |
| 24540 | | Greenfield Town, MA | 71,540 |
| 24700 | | Greensburg, IN | 26,042 |
| 24740 | | Greenville, MS | 49,750 |
| 24820 | | Greenville, OH | 52,507 |
| 24900 | | Greenwood, MS | 41,371 |
| 24940 | | Greenwood, SC | 94,857 |
| 24980 | | Grenada, MS | 21,682 |
| 25100 | | Guymon, OK | 21,498 |
| 25200 | | Hailey, ID | 27,500 |
| 25300 | | Hannibal, MO | 39,022 |
| 25460 | | Harrison, AR | 45,413 |
| 25580 | | Hastings, NE | 31,459 |
| 25700 | | Hays, KS | 29,053 |
| 25720 | | Heber, UT | 25,273 |
| 25740 | | Helena, MT | 76,277 |
| 25760 | | Helena-West Helena, AR | 20,784 |
| 25780 | | Henderson, NC | 45,132 |
| 25820 | | Hereford, TX | 19,360 |
| 25840 | | Hermiston-Pendleton, OR | 88,064 |
| 25880 | | Hillsdale, MI | 46,229 |
| 25900 | | Hilo, HI | 189,191 |
| 26020 | | Hobbs, NM | 66,338 |
| 26090 | | Holland, MI | 112,039 |
| 26220 | | Hood River, OR | 22,584 |
| 26340 | | Houghton, MI | 38,735 |
| 26460 | | Hudson, NY | 62,499 |
| 26500 | | Huntingdon, PA | 45,943 |
| 26540 | | Huntington, IN | 36,987 |
| 26660 | | Huntsville, TX | 82,717 |
| 26700 | | Huron, SD | 17,753 |
| 26740 | | Hutchinson, KS | 64,438 |
| 26780 | | Hutchinson, MN | 36,053 |
| 26860 | | Indiana, PA | 88,218 |
| 26940 | | Indianola, MS | 28,431 |
| 26960 | | Ionia, MI | 63,941 |
| 27020 | | Iron Mountain, MI-WI | 30,702 |
| 27160 | | Jackson, OH | 32,954 |
| 27220 | | Jackson, WY-ID | 31,727 |
| 27300 | | Jacksonville, IL | 40,562 |
| 27380 | | Jacksonville, TX | 51,206 |
| 27420 | | Jamestown, ND | 20,934 |
| 27460 | | Jamestown-Dunkirk-Fredonia, NY | 133,539 |
| 27540 | | Jasper, IN | 54,837 |
| 27600 | | Jefferson, GA | 60,571 |
| 27700 | | Jesup, GA | 30,305 |
| 27920 | | Junction City, KS | 38,013 |
| 27940 | | Juneau, AK | 32,556 |
| 28060 | | Kalispell, MT | 91,633 |
| 28180 | | Kapaa, HI | 68,434 |
| 28260 | | Kearney, NE | 53,948 |
| 28300 | | Keene, NH | 76,851 |
| 28340 | | Kendallville, IN | 47,582 |
| 28380 | | Kennett, MO | 31,826 |
| 28500 | | Kerrville, TX | 49,786 |
| 28540 | | Ketchikan, AK | 13,779 |
| 28580 | | Key West, FL | 74,809 |
| 28620 | | Kill Devil Hills, NC | 38,911 |
| 28780 | | Kingsville, TX | 32,456 |
| 28820 | | Kinston, NC | 59,227 |

PFM-DEPO-00011532

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| 28860 | | Kirksville, MO | 29,951 |
| 28900 | | Klamath Falls, OR | 65,912 |
| 29060 | | Laconia, NH | 60,327 |
| 29260 | | La Grande, OR | 25,759 |
| 29300 | | LaGrange, GA | 68,468 |
| 29380 | | Lake City, FL | 67,966 |
| 29500 | | Lamesa, TX | 13,640 |
| 29660 | | Laramie, WY | 37,276 |
| 29780 | | Las Vegas, NM | 28,891 |
| 29860 | | Laurel, MS | 85,164 |
| 29900 | | Laurinburg, NC | 36,094 |
| 29980 | | Lawrenceburg, TN | 42,086 |
| 30060 | | Lebanon, MO | 35,417 |
| 30220 | | Levelland, TX | 23,072 |
| 30260 | | Lewisburg, PA | 44,952 |
| 30280 | | Lewisburg, TN | 30,883 |
| 30380 | | Lewistown, PA | 46,773 |
| 30420 | | Lexington, NE | 26,249 |
| 30580 | | Liberal, KS | 23,547 |
| 30660 | | Lincoln, IL | 30,013 |
| 30820 | | Lock Haven, PA | 39,517 |
| 30880 | | Logan, WV | 36,168 |
| 30900 | | Logansport, IN | 38,581 |
| 30940 | | London, KY | 126,696 |
| 31060 | | Los Alamos, NM | 18,159 |
| 31220 | | Ludington, MI | 28,680 |
| 31260 | | Lufkin, TX | 87,597 |
| 31300 | | Lumberton, NC | 135,496 |
| 31380 | | Macomb, IL | 32,537 |
| 31500 | | Madison, IN | 32,554 |
| 31580 | | Madisonville, KY | 46,718 |
| 31620 | | Magnolia, AR | 24,473 |
| 31660 | | Malone, NY | 51,795 |
| 31680 | | Malvern, AR | 33,394 |
| 31820 | | Manitowoc, WI | 80,671 |
| 31930 | | Marietta, OH | 61,475 |
| 31940 | | Marinette, WI-MI | 65,378 |
| 31980 | | Marion, IN | 69,330 |
| 32000 | | Marion, NC | 44,998 |
| 32020 | | Marion, OH | 66,238 |
| 32100 | | Marquette, MI | 67,906 |
| 32140 | | Marshall, MN | 25,543 |
| 32180 | | Marshall, MO | 23,339 |
| 32220 | | Marshall, TX | 67,450 |
| 32260 | | Marshalltown, IA | 40,857 |
| 32280 | | Martin, TN | 34,793 |
| 32300 | | Martinsville, VA | 66,702 |
| 32340 | | Maryville, MO | 23,419 |
| 32380 | | Mason City, IA | 51,307 |
| 32460 | | Mayfield, KY | 37,544 |
| 32500 | | Maysville, KY | 17,512 |
| 32540 | | McAlester, OK | 45,048 |
| 32620 | | McComb, MS | 53,057 |
| 32660 | | McMinnville, TN | 39,839 |
| 32700 | | McPherson, KS | 29,356 |
| 32740 | | Meadville, PA | 87,598 |
| 32860 | | Menomonie, WI | 44,072 |
| 32940 | | Meridian, MS | 107,111 |
| 32980 | | Merrill, WI | 28,392 |
| 33020 | | Mexico, MO | 25,621 |
| 33060 | | Miami, OK | 32,236 |
| 33180 | | Middlesborough, KY | 28,183 |
| 33300 | | Milledgeville, GA | 55,363 |
| 33420 | | Mineral Wells, TX | 27,856 |

PFM-DEPO-00011533

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| 33500 | | Minot, ND | 73,146 |
| 33580 | | Mitchell, SD | 23,146 |
| 33620 | | Moberly, MO | 25,330 |
| 33940 | | Montrose, CO | 40,725 |
| 33980 | | Morehead City, NC | 67,632 |
| 34020 | | Morgan City, LA | 53,697 |
| 34140 | | Moscow, ID | 38,184 |
| 34180 | | Moses Lake, WA | 91,723 |
| 34220 | | Moultrie, GA | 46,137 |
| 34260 | | Mountain Home, AR | 41,048 |
| 34300 | | Mountain Home, ID | 26,223 |
| 34340 | | Mount Airy, NC | 73,561 |
| 34380 | | Mount Pleasant, MI | 70,617 |
| 34420 | | Mount Pleasant, TX | 32,663 |
| 34460 | | Mount Sterling, KY | 44,924 |
| 34500 | | Mount Vernon, IL | 38,720 |
| 34540 | | Mount Vernon, OH | 60,705 |
| 34660 | | Murray, KY | 37,655 |
| 34700 | | Muscatine, IA | 42,879 |
| 34780 | | Muskogee, OK | 70,596 |
| 34860 | | Nacogdoches, TX | 66,034 |
| 35020 | | Natchez, MS-LA | 52,487 |
| 35060 | | Natchitoches, LA | 39,436 |
| 35140 | | Newberry, SC | 37,576 |
| 35220 | | New Castle, IN | 49,345 |
| 35260 | | New Castle, PA | 89,871 |
| 35420 | | New Philadelphia-Dover, OH | 92,392 |
| 35440 | | Newport, OR | 46,151 |
| 35460 | | Newport, TN | 35,571 |
| 35500 | | Newton, IA | 36,602 |
| 35580 | | New Ulm, MN | 25,425 |
| 35700 | | Nogales, AZ | 47,303 |
| 35740 | | Norfolk, NE | 48,286 |
| 35820 | | North Platte, NE | 37,373 |
| 35860 | | North Vernon, IN | 28,161 |
| 35900 | | North Wilkesboro, NC | 69,306 |
| 35940 | | Norwalk, OH | 59,280 |
| 36020 | | Oak Harbor, WA | 79,177 |
| 36300 | | Ogdensburg-Massena, NY | 112,232 |
| 36340 | | Oil City, PA | 54,272 |
| 36380 | | Okeechobee, FL | 39,467 |
| 36460 | | Olean, NY | 79,458 |
| 36580 | | Oneonta, NY | 61,709 |
| 36620 | | Ontario, OR-ID | 53,269 |
| 36660 | | Opelousas, LA | 83,662 |
| 36700 | | Orangeburg, SC | 91,476 |
| 36820 | | Oskaloosa, IA | 22,443 |
| 36830 | | Othello, WA | 19,005 |
| 36840 | | Ottawa, KS | 25,906 |
| 36860 | | Ottawa-Peru, IL | 153,182 |
| 36900 | | Ottumwa, IA | 44,055 |
| 36940 | | Owatonna, MN | 36,322 |
| 37020 | | Owosso, MI | 69,232 |
| 37060 | | Oxford, MS | 49,495 |
| 37080 | | Oxford, NC | 60,436 |
| 37120 | | Ozark, AL | 50,444 |
| 37140 | | Paducah, KY-IL | 98,539 |
| 37220 | | Pahrump, NV | 42,963 |
| 37260 | | Palatka, FL | 73,263 |
| 37300 | | Palestine, TX | 58,190 |
| 37420 | | Pampa, TX | 22,978 |
| 37500 | | Paragould, AR | 43,163 |
| 37540 | | Paris, TN | 32,341 |
| 37580 | | Paris, TX | 49,811 |

PFM-DEPO-00011534

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| 37660 | | Parsons, KS | 21,284 |
| 37740 | | Payson, AZ | 53,144 |
| 37780 | | Pecos, TX | 13,798 |
| 37940 | | Peru, IN | 36,486 |
| 38100 | | Picayune, MS | 55,295 |
| 38180 | | Pierre, SD | 21,846 |
| 38240 | | Pinehurst-Southern Pines, NC | 90,302 |
| 38260 | | Pittsburg, KS | 39,361 |
| 38380 | | Plainview, TX | 36,385 |
| 38420 | | Platteville, WI | 51,087 |
| 38460 | | Plattsburgh, NY | 81,654 |
| 38500 | | Plymouth, IN | 47,024 |
| 38580 | | Point Pleasant, WV-OH | 57,887 |
| 38620 | | Ponca City, OK | 45,831 |
| 38700 | | Pontiac, IL | 38,647 |
| 38740 | | Poplar Bluff, MO | 43,053 |
| 38780 | | Portales, NM | 20,419 |
| 38820 | | Port Angeles, WA | 71,663 |
| 38840 | | Port Clinton, OH | 41,339 |
| 38920 | | Port Lavaca, TX | 21,609 |
| 39020 | | Portsmouth, OH | 78,477 |
| 39060 | | Pottsville, PA | 147,063 |
| 39220 | | Price, UT | 21,246 |
| 39260 | | Prineville, OR | 20,729 |
| 39420 | | Pullman, WA | 46,606 |
| 39500 | | Quincy, IL-MO | 77,371 |
| 39700 | | Raymondville, TX | 22,058 |
| 39780 | | Red Bluff, CA | 63,406 |
| 39860 | | Red Wing, MN | 46,336 |
| 39940 | | Rexburg, ID | 50,413 |
| 39980 | | Richmond, IN | 68,346 |
| 40080 | | Richmond-Berea, KY | 101,792 |
| 40100 | | Rio Grande City, TX | 61,615 |
| 40180 | | Riverton, WY | 41,110 |
| 40260 | | Roanoke Rapids, NC | 75,434 |
| 40300 | | Rochelle, IL | 52,848 |
| 40460 | | Rockingham, NC | 46,627 |
| 40540 | | Rock Springs, WY | 45,267 |
| 40620 | | Rolla, MO | 44,987 |
| 40700 | | Roseburg, OR | 107,164 |
| 40740 | | Roswell, NM | 65,784 |
| 40780 | | Russellville, AR | 84,697 |
| 40820 | | Ruston, LA | 46,953 |
| 40860 | | Rutland, VT | 60,869 |
| 40940 | | Safford, AZ | 37,416 |
| 41220 | | St. Marys, GA | 51,402 |
| 41400 | | Salem, OH | 106,507 |
| 41460 | | Salina, KS | 62,060 |
| 41760 | | Sandpoint, ID | 40,476 |
| 41780 | | Sandusky, OH | 76,398 |
| 41820 | | Sanford, NC | 59,715 |
| 42300 | | Sault Ste. Marie, MI | 38,917 |
| 42380 | | Sayre, PA | 62,792 |
| 42420 | | Scottsbluff, NE | 39,039 |
| 42460 | | Scottsboro, AL | 53,019 |
| 42620 | | Searcy, AR | 78,493 |
| 42740 | | Sedalia, MO | 42,319 |
| 42780 | | Selinsgrove, PA | 39,672 |
| 42820 | | Selma, AL | 42,864 |
| 42860 | | Seneca, SC | 74,627 |
| 42900 | | Seneca Falls, NY | 35,305 |
| 42940 | | Sevierville, TN | 92,512 |
| 42980 | | Seymour, IN | 43,083 |
| 43020 | | Shawano, WI | 45,947 |

PFM-DEPO-00011535

Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| 43060 | | Shawnee, OK | 70,760 |
| 43140 | | Shelby, NC | 97,474 |
| 43180 | | Shelbyville, TN | 45,573 |
| 43220 | | Shelton, WA | 60,632 |
| 43260 | | Sheridan, WY | 29,596 |
| 43320 | | Show Low, AZ | 107,094 |
| 43380 | | Sidney, OH | 49,167 |
| 43460 | | Sikeston, MO | 39,139 |
| 43500 | | Silver City, NM | 29,388 |
| 43660 | | Snyder, TX | 17,126 |
| 43700 | | Somerset, KY | 63,593 |
| 43740 | | Somerset, PA | 76,957 |
| 43760 | | Sonora, CA | 54,006 |
| 43940 | | Spearfish, SD | 24,397 |
| 43980 | | Spencer, IA | 16,599 |
| 44020 | | Spirit Lake, IA | 16,972 |
| 44260 | | Starkville, MS | 48,192 |
| 44340 | | Statesboro, GA | 72,694 |
| 44460 | | Steamboat Springs, CO | 23,334 |
| 44500 | | Stephenville, TX | 39,321 |
| 44540 | | Sterling, CO | 22,631 |
| 44580 | | Sterling, IL | 57,846 |
| 44620 | | Stevens Point, WI | 70,433 |
| 44660 | | Stillwater, OK | 78,399 |
| 44740 | | Storm Lake, IA | 20,592 |
| 44780 | | Sturgis, MI | 60,796 |
| 44860 | | Sulphur Springs, TX | 35,469 |
| 44900 | | Summerville, GA | 25,725 |
| 44920 | | Summit Park, UT | 38,003 |
| 44980 | | Sunbury, PA | 94,428 |
| 45000 | | Susanville, CA | 33,658 |
| 45020 | | Sweetwater, TX | 14,924 |
| 45140 | | Tahlequah, OK | 48,150 |
| 45180 | | Talladega-Sylacauga, AL | 92,728 |
| 45340 | | Taos, NM | 32,779 |
| 45380 | | Taylorville, IL | 34,638 |
| 45520 | | The Dalles, OR | 25,487 |
| 45580 | | Thomaston, GA | 26,630 |
| 45620 | | Thomasville, GA | 44,724 |
| 45660 | | Tiffin, OH | 56,018 |
| 45700 | | Tifton, GA | 41,064 |
| 45740 | | Toccoa, GA | 25,891 |
| 45860 | | Torrington, CT | 187,530 |
| 45900 | | Traverse City, MI | 145,283 |
| 45980 | | Troy, AL | 33,182 |
| 46020 | | Truckee-Grass Valley, CA | 98,292 |
| 46100 | | Tullahoma-Manchester, TN | 100,333 |
| 46180 | | Tupelo, MS | 138,976 |
| 46300 | | Twin Falls, ID | 101,094 |
| 46380 | | Ukiah, CA | 87,428 |
| 46460 | | Union City, TN-KY | 37,865 |
| 46500 | | Urbana, OH | 39,565 |
| 46620 | | Uvalde, TX | 26,752 |
| 46740 | | Valley, AL | 34,064 |
| 46780 | | Van Wert, OH | 28,744 |
| 46820 | | Vermillion, SD | 14,131 |
| 46860 | | Vernal, UT | 34,524 |
| 46900 | | Vernon, TX | 13,258 |
| 46980 | | Vicksburg, MS | 57,433 |
| 47080 | | Vidalia, GA | 36,228 |
| 47180 | | Vincennes, IN | 38,122 |
| 47240 | | Vineyard Haven, MA | 17,041 |
| 47340 | | Wabash, IN | 32,361 |
| 47420 | | Wahpeton, ND-MN | 22,802 |

PFM-DEPO-00011536

FER-88

**Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to July 1, 2012**

| CBSA Code | Metro Division Code | Geographic area | 2012 |
|---|---|---|---|
| 47540 | | Wapakoneta, OH | 45,831 |
| 47620 | | Warren, PA | 41,146 |
| 47660 | | Warrensburg, MO | 54,397 |
| 47700 | | Warsaw, IN | 77,609 |
| 47780 | | Washington, IN | 32,064 |
| 47820 | | Washington, NC | 47,507 |
| 47920 | | Washington Court House, OH | 28,880 |
| 47980 | | Watertown, SD | 27,606 |
| 48020 | | Watertown-Fort Atkinson, WI | 84,498 |
| 48100 | | Wauchula, FL | 27,514 |
| 48180 | | Waycross, GA | 54,665 |
| 48220 | | Weatherford, OK | 28,538 |
| 48460 | | West Plains, MO | 40,629 |
| 48580 | | Whitewater-Elkhorn, WI | 102,651 |
| 48780 | | Williston, ND | 26,697 |
| 48820 | | Willmar, MN | 42,379 |
| 48940 | | Wilmington, OH | 41,886 |
| 48980 | | Wilson, NC | 81,867 |
| 49080 | | Winnemucca, NV | 17,048 |
| 49100 | | Winona, MN | 51,629 |
| 49220 | | Wisconsin Rapids-Marshfield, WI | 74,424 |
| 49260 | | Woodward, OK | 20,548 |
| 49300 | | Wooster, OH | 114,848 |
| 49360 | | Worthington, MN | 21,487 |
| 49460 | | Yankton, SD | 22,603 |
| 49780 | | Zanesville, OH | 85,950 |
| 49820 | | Zapata, TX | 14,290 |

Count Question Resolution program and geographic program revisions. The Office of Management and Budget's statistical area delineations for metropolitan and micropolitan statistical areas, as well as metropolitan divisions, are those issued by that agency in February 2013 <http://www.whitehouse.gov/omb/inforeg_statpolicy#ms>.

county estimates methodology is available at: <http://www.census.gov/popest/methodology/2012-nat-st-co-meth.pdf>.

Suggested Citation:
Table 1. Annual Estimates of the Population of Metropolitan and Micropolitan Statistical Areas: April 1, 2010 to
Source: U.S. Census Bureau, Population Division
Release Date: March 2013

PFM-DEPO-00011537

PFM-DEPO-0001538

theranos

| | |
|---|---|
| 2014 Device cost + installation/config + Training  $ | 70,000 |
| 2015+ Device cost + installation/config + Training  $ | 50,000 |
| Depreciations PFM (3k assumed) | |
| Device Depreciation | 10 Years |
| Average Runtime – G1 (in Lab) | 4 Years |
| Average Runtime – G2 | 1 hour |
| | 1 hour |

**Retail Pharmacy (US ONLY)**

| | |
|---|---|
| Revenue Per requisition | $ 35.00 |
| Fully bedded cost/minilab in rx in 2015 | $ (50,000) |
| onsite Device Deployment Rate (% of Rx) in 2015 | 15% |

By reference, average medicare reimbursement is $65-95

**Market Data**

**ER USA**

| | |
|---|---|
| # of ER in US | 1,800 |
| # of ER Visits/Year | 120,000,000 |
| % of ER visits requiring Lab Tests | 70% |
| # of ER visits requiring blood tests | 84,000,000 |
| Annual TESTS/MINILAB Ratio | 6,000 |

**ICU USA**

| | | |
|---|---|---|
| # of ICU in US | 6,000 | (6000 confirmed in 2005) |
| # of ICU patient days per Year | 20,000,000 | (55% ICU patients in US per night in 2005) |
| % of ICU days requiring lab tests | 100% | (this will number be 200% if not higher - multiple tests/day in ICU – if ICU physicians could do more sampling which they just wish with larger draws) |
| # of test per person per day | 1 | |
| # of ICU blood tests | 20,000,000 | |

| | |
|---|---|
| DCAV HOSPITALS, NON UNITS/Locations 2015 | 4 |
| Blended sale price/cartridge to ICU/ER (onsite) | $100 |

PFM-000094205_Confidential

PFM-DEPO-0001539

PFM-DEPO-0001541540

# theranos

## Projected Statement of Income

[Costs Covered through executed agreements with payers in US]

| Period Ending | 12/30/2013 | 1/30/2016 | 2/27/2016 | 3/30/2016 | 4/29/2016 | 5/29/2016 | 6/29/2016 | 7/30/2016 |
|---|---|---|---|---|---|---|---|---|
| | 2013 | 2016+* | 2016+* | 2016+* | | | | |
| **Revenue (US COMMERCIAL ONLY)** | | | | | | | | |
| Lab Services from US Retail Pharmacies | $ 25,000,000 | $ 115,500 | $ 441,000 | $ 441,000 | $ 840,000 | $ 1,260,000 | $ 2,835,000 | $ 4,515,000 |
| Lab Services Revenue from Physicians Offices (courier) | - | - | - | 616,000 | 924,000 | 1,540,000 | 3,080,000 | 4,620,000 |
| Lab Services Revenue from Hospitals (courier) | - | - | - | - | 625,000 | 1,250,000 | 3,125,000 | 4,575,000 |
| OnSite Services Revenue from Hospitals | - | - | - | - | - | - | - | - |
| Pharmaceutical Services | - | - | - | - | - | - | - | - |
| DOD | - | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| **Total Revenue** | $ 25,000,000 | $ 115,500 | $ 441,000 | $ 1,057,000 | $ 2,389,000 | $ 4,050,000 | $ 9,040,000 | $ 13,510,000 |
| **Cost of Revenue:** | | | | | | | | |
| Retail Pharmacy | $ - | $ 57,750 | $ 220,500 | $ 220,500 | $ 420,000 | $ 630,000 | $ 1,417,500 | $ 2,255,500 |
| Physicians Office (courier) | - | - | - | 184,800 | 277,200 | 462,000 | 924,000 | 1,386,000 |
| Hospital (courier) | - | - | - | - | 187,500 | 375,000 | 937,500 | 1,312,500 |
| Hospital (onsite) | - | - | - | - | - | - | - | - |
| Pharmaceutical Services | - | - | - | - | - | - | - | - |
| DOD | - | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| **Total Cost of Revenue** | $ - | $ 57,750 | $ 220,500 | $ 405,300 | $ 884,700 | $ 1,467,000 | $ 3,279,000 | $ 4,955,000 |
| **Gross Profit** | $ 25,000,000 | $ 57,750 | $ 220,500 | $ 651,700 | $ 1,504,300 | $ 2,583,000 | $ 5,761,000 | $ 8,554,000 |
| **Operating Expenses:** | | | | | | | | |
| Research & Development (including killer software apps & support) | $ (35,000,000) | $ (5,500,000) | $ (5,800,000) | $ (6,100,000) | $ (6,400,000) | $ (6,700,000) | $ (7,000,000) | $ (7,400,000) |
| CLIA Lab Operations | (2,500,000) | (400,000) | (440,000) | (460,000) | (500,000) | (500,000) | (640,000) | (700,000) |
| Data Center | (2,500,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (500,000) |
| Sales, Marketing & Branding | (7,000,000) | (1,200,000) | (1,320,000) | (1,490,000) | (1,500,000) | (1,760,000) | (1,940,000) | (2,130,000) |
| G&A | (35,000,000) | (1,500,000) | (1,650,000) | (1,800,000) | (2,130,000) | (2,280,000) | (2,420,000) | (2,740,000) |
| **Total Operating Expenses** | $ (84,000,000) | $ (8,900,000) | $ (9,510,000) | $ (10,150,000) | $ (10,830,000) | $ (11,540,000) | $ (12,300,000) | $ (13,470,000) |
| **EBITDA** | $ (59,000,000) | $ (8,842,250) | $ (9,289,500) | $ (9,498,300) | $ (9,325,700) | $ (8,957,000) | $ (6,539,000) | $ (4,916,000) |
| **Depreciation & Taxes** | | | | | | | | |
| Depreciation of Capital Assets | $ (2,000,000) | $ (111,458) | $ (111,458) | $ (111,458) | $ (282,292) | $ (282,292) | $ (282,292) | $ (418,750) |
| Taxes | - | - | - | - | - | - | - | - |
| **Net Income** | $ (61,000,000) | $ (8,953,708) | $ (9,400,958) | $ (9,609,758) | $ (9,607,992) | $ (9,239,292) | $ (6,821,292) | $ (5,334,750) |

Preliminary Proposal Sheet

1 of 2

FRM-0009A200_Confidential

PFM-DEPO-00011541

theranos

**Projected Statement of Income**

| Period Ending | 8/30/2010 | 9/26/2010 | 10/30/2010 | 11/28/2010 | 12/30/2010 | 12/30/2011 | 12/30/2014 | 12/30/2015 |
|---|---|---|---|---|---|---|---|---|
| | 2009++ | | | | | | 2009++ | 200#++ |
| (Lars) Covered through executed agreements with payers in US) | | | | | | | | |
| **Revenue (US COMMERCIAL ONLY)** | | | | | | | | |
| Lab Services from US Retail Pharmacies | $ 7,140,000 | $ 12,390,000 | $ 21,000,000 | $ 26,250,000 | $ 31,550,000 | | $ 109,000,000 | $ 750,000,000 |
| Lab Services Revenue from Physicians Offices (counter) | $ 6,150,000 | $ 9,240,000 | $ 12,320,000 | $ 15,400,000 | $ 18,480,000 | | $ 72,000,000 | $ 342,000,000 |
| Lab Services Revenue from Hospitals (counter) | $ 5,625,000 | $ 6,875,000 | $ 8,125,000 | $ 9,375,000 | $ 10,625,000 | | $ 50,000,000 | $ 225,000,000 |
| Online Services Revenue from Hospitals | $ - | $ - | $ - | $ - | $ - | | $ - | $ 240,000,000 |
| Pharmaceuticals Services | $ - | $ - | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | | $ 30,000,000 | $ 120,000,000 |
| DDD | TBD | TBD | TBD | TBD | TBD | | TBD | TBD |
| **Total Revenue** | $ 18,925,000 | $ 28,505,000 | $ 51,445,000 | $ 61,025,000 | $ 70,605,000 | | $ 261,000,000 | $ 1,680,000,000 |
| **Cost of Revenue:** | | | | | | | | |
| Retail Pharmacy | $ 3,570,000 | $ 6,195,000 | $ 10,500,000 | $ 13,125,000 | $ 15,750,000 | | $ 54,000,000 | $ 338,000,000 |
| Physicians Office (counter) | $ 1,848,000 | $ 2,772,000 | $ 3,696,000 | $ 4,620,000 | $ 5,544,000 | | $ 22,000,000 | $ 103,000,000 |
| Hospital (counter) | $ 1,687,500 | $ 2,062,500 | $ 2,437,500 | $ 2,812,500 | $ 3,187,500 | | $ 15,000,000 | $ 68,000,000 |
| Hospital (online) | $ - | $ - | $ - | $ - | $ - | | $ - | $ 72,000,000 |
| Pharmaceutical Services | $ - | $ - | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | | $ 5,000,000 | $ 18,000,000 |
| DDD | TBD | TBD | TBD | TBD | TBD | | TBD | TBD |
| Total Cost of Revenue | $ 7,105,500 | $ 11,029,500 | $ 18,133,500 | $ 22,057,500 | $ 25,981,500 | | $ 96,000,000 | $ 599,000,000 |
| **Gross Profit** | $ 11,819,500 | $ 17,475,500 | $ 33,311,500 | $ 38,967,500 | $ 44,623,500 | | $ 165,000,000 | $ 1,081,000,000 |
| **Operating Expenses** | | | | | | | | |
| Research & Development (including killer software apps & support) | $ (7,850,000) | $ (8,200,000) | $ (8,600,000) | $ (11,700,000) | $ (13,600,000) | | $ (96,000,000) | $ (270,000,000) |
| CLIA Lab Operations | $ (1,000,000) | $ (1,400,000) | $ (2,100,000) | $ (4,000,000) | $ (4,100,000) | | $ (12,000,000) | $ (60,000,000) |
| Data Center | $ (666,000) | $ (1,180,000) | $ (1,750,000) | $ (3,330,000) | $ (4,100,000) | | $ (12,000,000) | $ (60,000,000) |
| Sales, Marketing & Branding | $ (2,600,000) | $ (3,500,000) | $ (5,200,000) | $ (10,000,000) | $ (11,700,000) | | $ (44,000,000) | $ (160,000,000) |
| G&A | $ (2,900,000) | $ (3,200,000) | $ (3,500,000) | $ (3,900,000) | $ (4,300,000) | | $ (32,000,000) | $ (100,000,000) |
| **Total Operating Expenses** | $ (15,160,000) | $ (17,480,000) | $ (21,150,000) | $ (32,930,000) | $ (38,200,000) | | $ (201,000,000) | $ (670,000,000) |
| **EBITDA** | $ (3,340,500) | $ (4,500) | $ 12,161,500 | $ 6,037,500 | $ 6,423,500 | | $ (36,000,000) | $ 411,000,000 |
| **Depreciation & Taxes** | | | | | | | | |
| Depreciation of Capital Assets | $ (416,750) | $ (416,750) | $ (635,417) | $ (635,417) | $ (635,417) | | $ (4,000,000) | $ (21,000,000) |
| Taxes | | | | | | | | TBD |
| **Net Income** | $ (3,759,250) | $ (421,250) | $ 11,526,083 | $ 5,402,083 | $ 5,788,083 | | $ (40,000,000) | TBD |

PFIA 0091420_Confidential

Proforma Income Stmt

PFM-DEPO-00011542

# theranos

Proforma Quarterly Statement of Cash Flow

| Period Ending | 12/30/2013 | 1/30/2010 | 2/27/2010 | 3/30/2010 | 4/29/2010 | 5/30/2010 |
|---|---|---|---|---|---|---|
| Beginning Balance for Period | $ 53,500,000 | $ 105,000,000 | $ 96,000,000 | $ 87,000,000 | $ 101,000,000 | $ 89,000,000 |
| Net Income from Income Statement (depreciation expense) | $ (61,000,000) | $ (8,842,250) | $ (9,289,500) | $ (9,498,300) | $ (9,325,700) | $ (8,957,000) |
| Sale of Stock – Options exercised | $ 2,000,000 | $ 111,458 | $ 111,458 | $ 111,458 | $ 282,292 | $ 282,292 |
| Services NBL by Walgreens | $ 75,000,000 | $ - | $ - | $ - | $ - | $ - |
| Services NBL by Safeway | $ - | | | | | |
| Services NBL by Other Retailers | $ TBD | $ TBD | $ TBD | $ 25,000,000 | $ TBD | $ TBD |
| Adjustments to prepayment of revenue | $ (18,500,000) | | | | | |
| Proceeds from Equity Transactions | $ 59,000,000 | | | | | |
| **Capital Expenditures:** | | | | | | |
| Lines of Production | $ (2,000,000) | | | $ (1,000,000) | $ (2,000,000) | $ (700,000) |
| Minilabs | $ (3,000,000) | | | $ (700,000) | $ (700,000) | $ (700,000) |
| Total Capital Expenditures: | $ (5,000,000) | | | $ (1,700,000) | $ (2,700,000) | $ (700,000) |
| **TOTAL CASHFLOW IN (OUT)** | $ 51,500,000 | $ (8,730,792) | $ (9,178,042) | $ 13,913,158 | $ (11,743,408) | $ (9,374,708) |
| **Ending Cash Balance** | $ 105,000,000 | $ 96,000,000 | $ 87,000,000 | $ 101,000,000 | $ 89,000,000 | $ 80,000,000 |

PFM-00094205_Confidential   Summary CF Stmt

PFM-DEPO-00011543

1 of 3

theranos

Proforma Quaterly Statement of Cash Flow

| Period Ending | 6/29/2010 | 7/30/2010 | 8/30/2010 | 9/29/2010 | 10/30/2010 | 11/29/2010 |
|---|---|---|---|---|---|---|
| Beginning Balance for Period | $ 80,000,000 | $ 72,000,000 | $ 65,000,000 | $ 58,000,000 | $ 55,000,000 | $ 61,000,000 |
| Net Income from Income Statement | (6,539,000) | (4,916,000) | (3,340,500) | (4,500) | 12,161,500 | 6,037,500 |
| (depreciation expense) | 282,292 | 418,750 | 418,750 | 418,750 | 635,417 | 635,417 |
| Sale of Stock - Options exercised | | | | | | |
| Services NBL by Walgreens | | | | | | |
| Services NBL by Safeway | | | | | | |
| Services NBL by Other Retailers | TBD | TBD | TBD | TBD | TBD | TBD |
| Adjustments to prepayment of revenue | | | | | | |
| Proceeds from Equity Transactions | | | | | | |
| Capital Expenditures: | | | | | | |
| Lines of Production | (2,100,000) | (2,100,000) | (3,000,000) | (1,500,000) | (3,000,000) | (3,500,000) |
| MiniLabs | | | (1,500,000) | | (4,000,000) | |
| Total Capital Expenditures | (2,100,000) | (2,100,000) | (4,500,000) | (3,500,000) | (7,000,000) | (3,500,000) |
| TOTAL CASHFLOW IN (OUT) | $ (8,356,708) | $ (6,597,250) | $ (7,421,750) | $ (3,085,750) | $ 5,796,917 | $ 3,172,917 |
| Ending Cash Balance | $ 72,000,000 | $ 65,000,000 | $ 58,000,000 | $ 55,000,000 | $ 61,000,000 | $ 64,000,000 |

PFM-0094205_Confidential

Summary CF Stmt

PFM-DEPO-00011544

2 of 3

PFM-DEPO-00011545

# theranos

Proforma Quarterly Statement of Cash Flow

| Period Ending | 12/30/2010 | 12/30/2014 | 12/30/2015 |
|---|---|---|---|
| Beginning Balance for Period | $ 64,000,000 | $ 105,000,000 | $ 68,000,000 |
| Net Income from Income Statement | 6,423,500 | (36,000,000) | 411,000,000 |
| (depreciation expense) | 635,417 | 4,000,000 | 21,000,000 |
| Sale of Stock - Options exercised | -- | -- | -- |
| Services NBL by Walgreens | -- | -- | -- |
| Services NBL by Safeway | TBD | 25,000,000 | TBD |
| Services NBL by Other Retailers | TBD | TBD | -- |
| Adjustments to prepayment of revenue: | -- | -- | -- |
| Proceeds from Equity Transactions: | -- | -- | -- |
| **Capital Expenditures:** | | | |
| Lines of Production | (3,000,000) | (9,000,000) | (30,000,000) |
| Minilabs | -- | (21,800,000) | (104,750,000) |
| Total Capital Expenditures | $ (3,000,000) | $ (30,800,000) | $ (134,750,000) |
| **TOTAL CASHFLOW IN (OUT)** | $ 4,058,917 | $ (37,800,000) | $ 297,250,000 |
| **Ending Cash Balance** | $ 68,000,000 | $ 68,000,000 | $ 365,000,000 |

PFM-DEPO 00011546

theranos

**THERANOS, INC. AND SUBSIDIARY**
Consolidated Balance Sheets

10/31/14
$'000

| | |
|---|---|
| **Current assets** | |
| Cash & Investment | $ 101,837 |
| Accounts Receivable | 23,590 |
| Inventory | 7,830 |
| Other current assets | 5,141 |
| **Total current assets** | 140,798 |
| | |
| Plant & Equipment | 21,211 |
| Note Receivable | 26,571 |
| | |
| **Total Assets** | 188,582 |
| | |
| **Current liabilities** | |
| Accounts Payable | 4,758 |
| Other current liabilities | 5,658 |
| **Total current liabilities** | 10,535 |
| | |
| Deferred revenue | 187,806 |
| Notes Payable | 14,919 |
| Repurchasable shares | 1,422 |
| **Total liabilities** | 213,315 |
| | |
| Common stock | 10,805 |
| Preferred stock | 204,136 |
| Accumulated deficit | (155,072) |
| **Total stock holders' equity** | (24,933) |
| | |
| **Total liabilities and stockholders' equity** | 188,582 |

Please note that the following assets are not included in the balance sheet above. These assets have been valued at much billion dollar valuation in the past.

**Walgreens Partnership**

**Theranos Safeway Contract**

**Boies Intellectual**

**Hospital Contracts**

**Intellectual Property**

**Proof Contracts**

**Theranos-branded ...**

**Amplification Methodology**

Balance Sheet

PFM-000THROS_Confidential

1 of 1

# Trial Exhibit 5473B2

Audio recording produced in native format

# Trial Exhibit 5478A2

Audio recording produced in native format

**DX 07250**

---

Message

---

| From: | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
|---|---|
| Sent: | 9/12/2012 1:03:03 AM |
| To: | Steve Burd [steve.burd3@safeway.com] |
| Subject: | RE: Poor Lab Service |

I think that's fantastic as you know. I'll send you what we're currently working with – the dinosaur lab does not do 100% of all tests yet. Of course with our systems it's a whole different game on time – we'll have data out within 30 minutes of the sample being processed as you als o know ...

-----Original Message-----
From: Steve Burd [mailto:steve.burd3@safeway.com]
Sent: Tuesday, September 11, 2012 5:58 PM
To: Elizabeth Holmes
Subject: Re: Poor Lab Service

I have not seen any information on expectations.  I was assuming with your new dinosaur lab that we would always be as fast as Quest, and with Theranos technology, much faster on 90% of the tests.  Because we both want flawless execution, I have let my organization know that I want to know about any issues ASAP.

Steve Burd

On Sep 11, 2012, at 5:50 PM, "Elizabeth Holmes" <eholmes@theranos.com> wrote:

> we apparently had a call with SWY's Benefits VP about this.
>
> Here is what I have been told:
>
> The SWY check-in employee at the store told the patient that her doctor would receive results in ~15 hours but did not get this information from the lab or call the lab to confirm.  The patient then showed up to her doctor, who didn't have the results.
>
> We have a process in place for communication of timing expectations but it was not followed in this case; we have apparently had issues with this in the past as well. I know that our team discussed this again with the SWY team following this incident.
>
> The phlebotomist who drew the patient's blood was also a temp phlebotomist who was brought on only for a day in case of volume increases due to the notification that went out to employees.  Apparently this SWY patient also did not like the way the phlebotomist drew her blood – the benefits team mentioned to our team that this employee is very vocal about things she is displeased with.
>
> As you know, the results are not 24 hours when samples are sent out – I can send you our guidelines for results turnaround communication. First thing we should do is make sure that our teams are completely in sync on that.
>
> Flawless execution is our game.
>
>
> -----Original Message-----
> From: Steve Burd [mailto:steve.burd3@safeway.com]
> Sent: Tuesday, September 11, 2012 11:46 AM
> To: Elizabeth Holmes
> Subject: Poor Lab Service
>
> It was just brought to my attention, that one of our employees had a very bad experience with the on campus lab.  The results were supposed to be delivered to her physician within 24 hours and it took several days.  I believe these tests were processed in Palo Alto.  Granted we are not using an onsite Theranos platform, but are instead using a traditional lab process, but we cannot have this experience in any of our stores.  It would negatively impact both the Theranos and the Safeway brand.  You should know that this was a fairly recent experience.
>
> I have just informed my organization that I want to hear about every problem and I want to know every time we fail to deliver the results in less than 24 hours.  Our dashboard should let each of us know immediately about these kind of issues.
>
> I believe this was a case of not being thoroughly patient sensitive.  You may or you may not know of this incident. Or you may have information and insight that I do not have.  In either case, I believe we both want the same flawless execution.
>

HOLMES0015175

```
> Steve Burd
> "Email Firewall" made the following annotations.
> ----------------------------------------------------------------------------
>
> Warning:
> All e-mail sent to this address will be received by the corporate e-mail system, and is subject to
archival and review by someone other than the recipient.  This e-mail may contain proprietary information
and is intended only for the use of the intended recipient(s).  If the reader of this message is not the
intended recipient(s), you are notified that you have received this message in error and that any review,
dissemination, distribution or copying of this message is strictly prohibited.  If you have received this
message in error, please notify the sender immediately.
>
> ==================================================================================
>
>

"Email Firewall" made the following annotations.
----------------------------------------------------------------------------

Warning:
All e-mail sent to this address will be received by the corporate e-mail system, and is subject to
archival and review by someone other than the recipient.  This e-mail may contain proprietary information
and is intended only for the use of the intended recipient(s).  If the reader of this message is not the
intended recipient(s), you are notified that you have received this message in error and that any review,
dissemination, distribution or copying of this message is strictly prohibited.  If you have received this
message in error, please notify the sender immediately.


==================================================================================
```

HOLMES0015176

**DX 07653**

**From:** Elizabeth Holmes [eholmes@theranos.com]
**Sent:** Tuesday, March 1, 2016 11:19 PM
**To:** xboies@        , rileyb@         jimmattis@
Susan.Schendel@        , bfrist@       groughead@
snunnoffice@      , wjperry@    Katherine Matthews
**CC:** Sunny Balwani; Heather King; Bill.Foege@
**Subject:** FW: Friday meeting
**Attachments:** Theranos review notes.docx

FYI from Bill, who we were privileged to have there for the review session last Friday.

Elizabeth

**From:** Bill Foege (Independent Contractor) [mailto:Bill.Foege@       
**Sent:** Tuesday, March 01, 2016 6:28 AM
**To:** Elizabeth Holmes <eholmes@theranos.com>
**Subject:** Friday meeting

Elizabeth, I appreciate the report David has done. Here are the notes I made of the meeting. If they are accurate and you want to share them with Board members, feel free to do that. I didn't want to do that on my own, but thought it might give them confidence that the science is being questioned, examined, and reaffirmed..

I thought it was a great day!! Thanks, Bill

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 1701 Page Mill Rd., Palo Alto, CA, 94304
650-838-9292 www.theranos.com

FOIA Confidential Treatment Requested by Henry Kissinger            HAK00002444

Theranos notes

Feb. 26, 2016

The meeting provided an opportunity for Elizabeth to explain the Theranos program to outside scientists with an interest and expertise in the clinical lab testing field. The group included Dr. David Helfet, Director of Orthopedic Trauma surgery at Cornell, Dr. Stanley Hamilton, Head of the Division of Pathology and Laboratory Medicine at MD Anderson Cancer Center, Dr. Steven Spitalnik, head of laboratory services at Columbia University, and Dr. Andy Miller, Infectious Disease specialist at Cornell. Dr. Thomas Kickler, Director of Hematology and Coagulation labs at Johns Hopkins was on by WebEx. Some expressed their skepticism of the Theranos approach, at the beginning of the meeting, and most seemed to have detailed information on the newspaper reports of Theranos.

Elizabeth reviewed the studies on the nanotainer, what is known about capillary versus venous determinations, the analytic methods used and their results, representative studies comparing different items measured by both approaches etc. She took many questions and there was a robust discussion of the procedures, test results and the meaning of those results. Elizabeth made the point that Theranos is not a finger stick company but rather a small sample company. Many of the 300 plus tests involve samples other than blood.

By means of slides and video she showed the equipment and how it worked and later the group inspected the actual machines and some had finger-stick tests done.

The attitude of the group changed perceptibly during the day. Soon they said they had seen enough of the analytical methods and capillary versus venous results so that we could go to other things. They were amazed at the closeness of fit for results from capillary versus venous sources.

FOIA Confidential Treatment Requested by Henry Kissinger    HAK00002445

Soon the tenor of the conversation turned towards what more they would like to see (whole system models rather than what can be done with each test), how and where to convey the results and what they could do to be helpful. I spent time in the car with Steven Spitalnik before and after the meeting and the contrast was significant. From a true skeptic to excitement over this being a possible game changing approach.

The conclusions I drew from the meeting included:

1. The amazing detail of the presentations, the high quality of the studies and the assays. The professionalism and quality of the staff and the fact that the Theranos team has identified and perfected so many parts of the program over the years. These were basically academics accustomed to working in an academic environment and they clearly had great respect for the Theranos staff.

2. They suggested an important consideration that would not have entered my thinking. Usually with science, a finding is not accepted until confirmed by an independent group. That is part of the protection in science. It becomes self-correcting. Theranos is developing protocols that hopefully aren't copied soon by others. They suggest the equivalent of a "chain of custody" approach where an independent person or persons verifies each step. This could be similar to a notarized system where the person does not have to have access to the proprietary aspects but verifies the steps that were taken.

3. The group felt that publication was essential. The papers would indicate what was done but would not contain proprietary information. Again they made a suggestion that I would not have entertained but became convinced was useful. I would have approached this with a paper in the New England Journal or JAMA, plus an article in Science. They suggested publishing in *Clinical Chemistry*. This is not a journal I read but they said the people that need to be convinced are the laboratory directors and they all read that journal. It is likely that publication could be facilitated within months. That would be a good start with other publications in other journals to follow.

4. They suggested ignoring the newspaper response entirely. Let the science community handle the disputes. And they suggested articles on

FOIA Confidential Treatment Requested by Henry Kissinger                    HAK00002446

what the full menu would look like. What needs to be done to change the system?

5. They confirmed the most important targets as pediatric medicine, cancer care and situations where repeat blood samples are required.

6. The group suggested some areas for consideration, such as routine samples in surgical situations.

It is clear what can happen in a small group presentation to change minds and attitudes. But it is a retail approach and the wholesale approach now involves publications, presentations at meetings and the incorporation of more laboratory leaders into providing advice, which in turn requires that they become familiar with what Theranos is doing.

Bill Foege 2/28/2016

FOIA Confidential Treatment Requested by Henry Kissinger

HAK00002447



| | |
|---|---|
| Message | |
| **From:** | Jim Mattis [jimmattis@⬛⬛⬛] |
| **Sent:** | 3/1/2016 10:25:02 AM |
| **To:** | Elizabeth Holmes [eholmes@theranos.com]; 'DB' ⬛⬛⬛; 'Bechtel, Riley' [rileyb@⬛⬛⬛]; Susan.Schendel@⬛⬛⬛ 'Bill Foege (Independent Contractor)' [Bill.Foege@⬛⬛⬛; 'Bill Frist' [bfrist@⬛⬛⬛; 'gary roughead' [groughead@⬛⬛⬛; kovacedm@⬛⬛⬛; snunn⬛⬛⬛ 'William J. Perry' [wjperry@⬛⬛⬛; kmatthews@⬛⬛⬛ |
| **CC:** | Sunny Balwani [sbalwani@theranos.com]; Heather King [hking@theranos.com] |
| **Subject:** | RE: Theranos Scientific Meeting 2/28 |

Thanks, Elizabeth. I'm heartened but unsurprised at the findings. How soon will the reviews find their way into trade journals and more broadly into the business world news media to reverse the current story?

This is the bend in the knee, I think, where we begin recasting the narrative in scientific terms. Well Done on getting us this far. Best, Jim

**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Monday, February 29, 2016 7:31 PM
**To:** DB <⬛⬛⬛>; Bechtel, Riley <rileyb@⬛⬛⬛>; Jim Mattis <jimmattis@⬛⬛⬛; Susan.Schendel@⬛⬛⬛ Bill Foege (Independent Contractor) <Bill.Foege@⬛⬛⬛>; Bill Frist (bfrist@⬛⬛⬛ <bfrist@⬛⬛⬛>; gary roughead <groughead@⬛⬛⬛>; kovacedm@⬛⬛⬛ snunn⬛⬛⬛ William J. Perry <wjperry@⬛⬛⬛; kmatthews@⬛⬛⬛
**Cc:** Sunny Balwani <sbalwani@theranos.com>; Heather King <hking@theranos.com>
**Subject:** RE: Theranos Scientific Meeting 2/28

We wanted to share the below and attached in follow up to our discussions, and completion of two scientific review sessions last week in which leading clinical and laboratory experts spent a day plus at Theranos reviewing our data and technologies in depth.

The email chain below and attached are from three of the attendees at Friday's session:

• Dr. Helfet is Director of the Orthopaedic Trauma Service at both Hospital for Special Surgery and New York-Presbyterian Hospital (https://www.hss.edu/physicians_helfet-david.asp).

• Dr. Kickler is Director of the Hematology and Coagulation Laboratory for Johns Hopkins (http://www.hopkinsmedicine.org/profiles/results/directory/profile/0001436/thomas-kickler?pagecount=10&clearpagecache=false&modalpref=false&currpage=1).

• Dr. Spitalnik is Vice-Chairman for Laboratory Medicine and Director of Clinical Laboratories, Columbia University Medical Center Campus of the New York Presbyterian Hospital (http://sklad.cumc.columbia.edu/pharm/cumc/profile_new.php?id=37).

Confidential

THPFM0004700531

We also completed an in depth, day plus scientific review Monday with top experts in laboratory medicine, including editors of the top laboratory medicine scientific journal, who chair labs at Harvard and other centers of excellence.

They described our work as "nothing short of remarkable" and used the same words we've heard in other sessions, describing our systems as "miniaturized automated laboratories in a box."

Elizabeth


-----Original Message-----
From: Thomas Kickler [mailto:tkickler@jhmi.edu]
Sent: Sunday, February 28, 2016 4:10 PM
To: Helfet, David MD <HelfetD@HSS.EDU>
Cc: Elizabeth Holmes <eholmes@theranos.com>; Daniel Edlin <dedlin@theranos.com>
Subject: Re: Theranos Scientific Meeting 2/28

Dear Dr Helfet:

I agree. Thank you for your nice summary of the experience that We participated in.

I was not only impressed with the excellent work done  but also with the team that has been assembled. The scientist presentations were scholarly, reflected a broad knowledge of laboratory analytical science and clearly presented. I had the impression of  a lot of collective expertise and experience at Theranos.

With regards

Tom Kickler

███████████

> On Feb 28, 2016, at 3:57 PM, Helfet, David MD <HelfetD@HSS.EDU> wrote:

Gentlemen,

On behalf of Elizabeth and myself many thanks for not only giving us of your time Friday,

but also of your remarkable collective expertise and experience.

Elizabeth and her team told us they would show us what they had and their data.

True to their promise they did provide us unfettered access and answered all our questions. Despite some initial skepticism I do believe ultimately we were all convinced;

--the vacutainer works

--if done correctly reliable small amounts of blood via fingerstick can be obtained for testing

Confidential                                                                     THPFM0004700532

--Theranos has the technology to test nano amounts of bold with the same tests and accuracy as routinely done today with traditional venopuncture

--the "lab in a box" is a reality and will be a "game changer"

As we move forward we need your continued involvement and help.

We are structuring a Scientific/Medical Advisory Board and will send details and hope you will join!!!!

Again many thanks for all your help,

Best,

David

Sent from my iPad

================================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Theranos, Inc., 1701 Page Mill Rd., Palo Alto, CA, 94304 650-838-9292 www.theranos.com

Confidential

THPFM0004700533

**10570**

| | |
|---|---|
| **To:** | constance.cullen@spcorp.com[constance.cullen@spcorp.com] |
| **Cc:** | Carolyn Balkenhol[cbalkenhol@theranos.com]; Gary Frenzel[gfrenzel@theranos.com] |
| **From:** | Elizabeth Holmes[/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| **Sent:** | Wed 11/12/2008 9:53:15 PM (UTC) |
| **Subject:** | Follow up to our call |

Theranos_Novartis_Bone Study_Inflammation_Report.pdf
Theranos Evaluation Summary_GSK Biomarker Lab.pdf
Excerpts from Theranos TNONC Angiogenesis System Validation_Final Study Report.pdf
Theranos_Methodology Confidential AML_Sepsis Paper Excerpts.pdf

Connie,

Great to connect. We have attached several reports from programs we have done with other pharmaceutical companies.

We are looking forward to hearing your thoughts on which assays will be most relevant for the inflammatory agents' upcoming trials.

Elizabeth.

Elizabeth Holmes
President and CEO
Theranos, Inc.

650.470.6111
650.838.9804

=====================================

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

=====================================

HOLMES0018533



Confidential: Results for Novartis Bone Study        07/03/08

<u>Summary Report: Novartis Bone Study</u>

Summary of Study:

- Small amounts of a statistically significant number of blinded archived plasma samples from a Reclast study were sent to Theranos and run on Theranos Systems.
- Information provided to Theranos:
    - o  sample ID
    - o  patient initials
    - o  time points (0, 24 and 72 hours).
- Each sample was run on a multiplexed cartridge customized to run IL-6, CRP, hsCRP, and TNF-α simultaneously across a broad dynamic range.
- Results were summarized in excel and sent back; Novartis shared their results from PBI (a current 'gold standard').

Background on the Theranos System:

- Theranos is a fully integrated point-of-care system designed to work remotely and wirelessly transmit results from a finger-stick of fresh whole blood or assays run on plasma or serum.
- Up to 6 assays are run simultaneously in a multiplex on a single cartridge with on-board controls (the gold standard used by Novartis in this study is not a multiplex and requires considerable amount of sample for each assay).
- Theranos IL-6, TNF-α and CRP assays cover the entire range for high sensitivity and regular sensitivity in one assay system, no need for multiple kits or dilutions.
- Theranos limit of detection is lower than comparable methods.
    - o  IL-6 average LOD = 0.2 pg/mL, range = 0.2 pg/mL to 1500 pg/mL
    - o  TNF-α average LOD = 0.65 pg/mL, range = 0.65 pg/mL to 15,000 pg/mL
    - o  CRP average LOD = 0.06 ug/mL, range = 0.06 ug/mL to 250 ug/mL
- Theranos systems are factory calibrated, no standard curves or in-house calculations are required.
- Theranos systems can be calibrated to Novartis' gold-standard and predicate results using the present data if desirable (the system was calibrated to different standards than Novartis used for this study).

Theranos Confidential: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.                    Page 1 of 8

HOLMES0018534



**Confidential: Results for Novartis Bone Study**          07/03/08

Summary of Results from Theranos Systems and PBI

| Barcode # | Initials | Visit (HR) | Theranos pg/mL [IL-6] | Theranos pg/mL [TNFa] | Theranos ug/mL [CRP] | PBI pg/mL [IL-6] | PBI pg/mL [TNFa] | PBI ug/mL [CRP] |
|---|---|---|---|---|---|---|---|---|
| A5673052-6 | DMC | 72 | 1.0 | 1.8 | 45.8 | 1.5 | 3.1 | 39.1 |
| A5673206-6 | NLL | 0 | 0.8 | 0.8 | 0.1 | 1.3 | 1.9 | 0.4 |
| A5673050-6 | DMC | 0 | 0.8 | 1.1 | 4.3 | 1.1 | 2.2 | 3.1 |
| A5673051-6 | DMC | 24 | 14.3 | 5.3 | 41.0 | 22.6 | 8.7 | 40.2 |
| A5673207-6 | NLL | 24 | 1.8 | 1.2 | 0.1 | 2.6 | 1.7 | 0.4 |
| A5673208-6 | NLL | 72 | 0.5 | 0.8 | 0.1 | 3.3 | 1.8 | 0.4 |
| A5803961-6 | 00011 | 0 | 1.5 | 0.9 | 11.6 | 2.1 | 2.8 | 13.2 |
| A5803962-6 | 00011 | 24 | 67.7 | 5.1 | 56.9 | 116.6 | 7.6 | 80.8 |
| A5851956-6 | 00011 | 72 | 1.9 | 3.0 | 70.2 | 3.7 | NES* | 89.0 |
| A5851956-6 | JCB | 24 | 14.7 | 2.8 | 28.8 | 28.1 | 4.3 | 24.7 |
| A5851957-6 | JCB | 72 | 1.4 | 1.1 | 23.1 | 2.8 | 2.3 | 32.6 |
| A5851955-6 | JCB | 0 | 1.1 | OOR** | 0.8 | 2.1 | 1.3 | 0.8 |
| A5980440-6 | NLS | 0 | 2.7 | 0.9 | 4.7 | 6.3 | 1.6 | 3.4 |
| A5980441-6 | NLS | 24 | 26.7 | 2.5 | 18.8 | 51.5 | 5.1 | 17.6 |
| A5980442-6 | NLS | 72 | 3.4 | 1.9 | 83.6 | 7.5 | 3.6 | 82.7 |
| A5673154-6 | SJS | 0 | 0.8 | 0.8 | 0.7 | 2.0 | 1.5 | 0.9 |
| A5673155-6 | SJS | 24 | 1.5 | 0.6 | 1.3 | 2.4 | 1.9 | 0.9 |
| A5673156-6 | SJS | 72 | 2.1 | 2.4 | 8.3 | 4.8 | 1.7 | 6.9 |
| A5803964-6 | SSP | 0 | 1.1 | 2.6 | 9.9 | 2.1 | 1.8 | 11.0 |
| A5803965-6 | SSP | 24 | 53.5 | 8.9 | 49.9 | 70.0 | 9.0 | 76.8 |
| A5803966-6 | SSP | 72 | 1.5 | 2.8 | 59.8 | 2.8 | 4.2 | 69.5 |
| A5673232-6 | GAB | 0 | 3.8 | 1.9 | 1.0 | 2.8 | 2.8 | 0.9 |
| A5673233-6 | GAB | 24 | 68.3 | 7.1 | 25.5 | 79.4 | 10.3 | 24.7 |
| A5673234-6 | GAB | 72 | 3.4 | 3.9 | 34.7 | 2.1 | 4.4 | 26.8 |
| A5673462-6 | GAS | 0 | 0.7 | 1.9 | 1.6 | 1.0 | 1.3 | 1.3 |
| A5673463-6 | GAS | 24 | 11.5 | 3.1 | 16.4 | 18.6 | 2.9 | 20.0 |
| A5673464-6 | GAS | 72 | 4.0 | 2.0 | 60.7 | 7.2 | 2.9 | 56.2 |
| A5673091-6 | MAD | 0 | 1.1 | 7.9 | 5.2 | 1.7 | 2.1 | 4.6 |
| A5673092-6 | MAD | 24 | 23.1 | 14.9 | 33.3 | 37.3 | 9.1 | 45.9 |
| A5673093-6 | MAD | 72 | 4.3 | 12.9 | 102.2 | 5.3 | 4.7 | 75.4 |

* NES = Not Enough Sample
** OOR = Out of Range (Low)

Theranos Confidential: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.          Page 2 of 8

HOLMES0018535

 **Confidential: Results for Novartis Bone Study** 07/03/08

Analysis of Data

Correlation of IL-6 data from Theranos Systems and PBI

- Correlation between Theranos and PBI results was high (Fig. 1)
- Since the samples spanned a wide range, a log-log plot was used to analyze the correlation across the range of the assay – correlation on the log-log plot was also high (Fig. 2).





Theranos Confidential: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. Page 3 of 8

HOLMES0018536



**Confidential: Results for Novartis Bone Study          07/03/08**

Correlation of TNF-α data from Theranos Systems and PBI

- Correlation between Theranos and PBI results was high (Fig. 3).
- TNF-α values for 90% of samples were less than 5 pg/mL.



Fig. 3: Correlation of Theranos with PBI Data
TNF-α
Omit patient "MAD"

$y = 0.7384x - 0.1264$
$R^2 = 0.8294$

Theranos Confidential: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.          Page 4 of 8

HOLMES0018537



**Confidential: Results for Novartis Bone Study**       07/03/08

Correlation of CRP data from Theranos Systems and PBI

- Correlation between Theranos and PBI results was high (Fig. 4).
- Since the samples spanned a wide range, a log-log plot was used to analyze the correlation across the range of the assay – correlation on the log-log plot was also high (Fig. 5).



Fig. 4: Correlation of Theranos with PBI Data
CRP

$y = 0.8889x + 1.4928$
$R^2 = 0.8929$



Fig. 5: Correlation of Theranos with PBI Data
CRP on a Log-Log scale

$y = 1.1166x - 0.1838$
$R^2 = 0.9445$

Theranos Confidential: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.       Page 5 of 8

HOLMES0018538



**Confidential: Results for Novartis Bone Study**        07/03/08

Table 1: IL-6 results from Theranos Systems and PBI for 10 patients at 3 time points



Theranos Confidential: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page 6 of 8

HOLMES0018539



**Confidential: Results for Novartis Bone Study**          07/03/08

Table 2: TNF-α results from Theranos Systems and PBI for 10 patients at 3 time points



Theranos Confidential: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

| Page 7 of 8 |
| --- |

HOLMES0018540



**Confidential: Results for Novartis Bone Study** 07/03/08

Table 3: CRP results from Theranos Systems and PBI for 10 patients at 3 time points



Theranos Confidential: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page 8 of 8

HOLMES0018541

THERANOS CONFIDENTIAL

 

Excerpts from GSK Metabolic Study Report

Nelson Rhodes, Director GSK Metabolic Biomarker Laboratory
Surekha Gangakhedkar, Theranos Assay Systems Lead

Background information:
The Theranos system was evaluated at GSK to profile active GLP-1 and C-peptide values and these data were compare to "gold standard" ELISAs using frozen human plasma from study XXXXXXX. The key project objectives (found in the attached statement of work) were:

- To assess the performance of the Theranos System in measuring a multiplex for GLP-1 and c-peptide values (the "Cartridge Analytes") as compares to the current gold standard ELISAs (which are not multiplexed).
    - Specifically, the study will assess Theranos' capabilities to detect points that the reference assays failed to accurately detect by running samples with C-peptide values in a standard range (ng/mL) and GLP-1 values between 0-3.2 pM
- To assess the functionality, specificity, reproducibility, accuracy, and precision of the Theranos System.
- Assess the Theranos data reporting and transfer functions

Thirty plasma samples (assayed in duplicate) were chosen based on historical GSK data for total GLP-1 levels from subjects given a mixed meal and two finger prick blood draws were performed. Five Theranos machines were used with active GLP-1 and C-peptide cartridges that required 20μL of plasma. MesoScale Discovery's (MSD) active and total GLP-1, Linco (Millipore) active GLP-1, and Linco (Millipore) C-peptide ELISAs were run as comparator assays.

GSK Metabolic Biomarker Lab comments:

- Data show good correlation
    - $r^2$ = 0.90 for GLP-1 (MSD vs. Theranos)
    - $r^2$ = 0.96 for C-peptide (Linco vs. Theranos)
- Inter-instrument precision (RLU average %CV = 11)
- Machines worked well
- Touch-screen interface was easy to use
- Cartridges were pretty straight forward (easy to handle and load)
- Assays took approximately 1 hour and 15 minutes per cartridge

Overall conclusions:
- The Theranos system eliminates the need for a lab and provided quality data
- The Metabolic Biomarker Lab has a favorable impression of the technology/system and recommends GSK clinical groups to work with Theranos

HOLMES0018542

THERANOS CONFIDENTIAL

Data:

# Study design

- Human subjects
- Food "challenge"
- Measure GLP-1 and C-Peptide multiplex over 5 time points
  - Linco Assay
  - MSD Assay
  - Theranos Assay

Theranos Confidential

# C-Peptide Assay
## Averaged results



Theranos Confidential

HOLMES0018543

THERANOS CONFIDENTIAL

# Calibration to GSK matrix



Theranos Confidential

# Lack of correlation of predicate methods



Theranos Confidential

HOLMES0018544

THERANOS CONFIDENTIAL

# Assay correlation



Theranos Confidential

# Subject 232



Theranos Confidential

HOLMES0018545

THERANOS CONFIDENTIAL

# Subject 236



Theranos Confidential

# Subject 249



Theranos Confidential

HOLMES0018546

THERANOS CONFIDENTIAL

# Subject 264



Theranos Confidential

# Summary Statistics GLP-1 Comparison

- Theranos LOD = 0.17 pM
- Dynamic range measured: 0-3.2 pM
- Mean = 0.9 pM (Th), 1.0 (MSD)

Theranos Confidential

HOLMES0018547



CONFIDENTIAL

Excerpts from Theranos Angiogenesis Study Report

Document Outline:

- Angiogenesis Study design
- Theranos System Overview
  - Specifications
  - Theranos System Performance
- Theranos Field Study
  - Field Performance Overview
  - Trial Data
  - Evaluation of time course results from individual patients run through Theranos model
  - Review of generated data, in aggregate by patient ID, sex, cancer type, treatment, etc.
  - Integrated patient information, including date and time of monitoring, medication received, self evaluation of overall health status of each patient and other clinical data in a comprehensive format
  - Assessment of the technical performance of the Theranos System
    - Data transmission % success and mode of transmission used
    - General performance information as logged via the Customer Care line
    - Assessment of patient compliance with protocol
  - Summary of patient assessment of the Theranos System and the Client Solutions team via end-of-study surveys
- Conclusions
  - General
  - Technical
  - Economic

Angiogenesis Study Design:

In July of 2007, the first patient was enrolled in the trial. This trial consisted of very ill late-stage (4th line) cancer patients with various tumor types receiving a variety of therapies at the Sarah Cannon Research Center at Tennessee Oncology (TNONC) in Nashville, Tennessee. The patients in the study typically resided in very remote locations across the eastern US. Almost all patients were not computer literate, and most were from low income families, unable to afford private telephone service.

The Theranos angiogenesis monitoring system was evaluated for clinical efficacy and as a means of more accurately and effectively monitoring cancer therapy and the progression of solid tumor cancers from a mechanism-of-action perspective. 32 patients were enrolled. Various cycles of therapies were monitored as well as physical changes in tumor size.

Patient installations and shipments for this study were done on-demand. As part of the installation procedure, Theranos' client solutions team has performed at-home installations and pick-ups for many weak patients.

For each patient, a total of up to 14 time points were collected during the month-long analysis period, 3-4 time points taken at the clinic and the other 10-11 time points taken in-home. Both finger-stick and venous samples were taken during each clinic visit, while only finger-stick samples were run in-home. The venous draw samples were run on the Theranos System in the clinic at the time of the draw; these samples were also processed so that the plasma and/or serum was analyzed using a reference method.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

1

HOLMES0018548



CONFIDENTIAL

Venous samples were processed using reference methods and provide an archive of 41 anti-coagulated plasma and serum samples which were frozen and have subsequently been analyzed at Theranos.

Theranos System Overview:

The Theranos System is comprised of consumer-oriented readers, single-use cartridges containing assay chemistry and controls, and a data collection system that communicates through cellular networks with the instrument to provide assay protocols and to compute and display results.

The steps required of a new patient are to 1) take the machine out of the box and 2) plug it into a power source. The touch-screen then walks each patient through the process of poking his/her finger, depositing blood into the cartridge, and placing the cartridge in the reader drawer. The instrument then processes the assays and sends the data through the cellular network in real-time to a secure web-portal.

Theranos Systems allow for quantitative, multiplexed longitudinal time-series measurements to map correlations between the rate of change of blood-borne markers over time to surrogate and clinical end-points.

Specifications:

❖ Designed for at home use. Can also be used in physician's offices, ICU, and laboratories.
❖ Multiplexed measurement of biomarkers.
❖ Customizable for different/new assays on demand.
❖ Average 6 measurements per cartridge
❖ Serial measurements to comprehensively profile pharmacodynamic response through trends
❖ Runs fresh whole blood, plasma or serum samples
❖ Finger-stick – small sample size
❖ Mix and match selection of analytes on demand.
❖ Wide measurement range
   ○ pg/mL – mg/mL (1 billion fold)
❖ High sensitivity
   ○ 0.2 pg/mL (2 parts per 10-billion)
❖ Analyte Recovery: ~100 %
❖ System CV post-calibration (inter-intra reader, cartridge, and assay): < 10 %
❖ On-board chemistry controls
❖ Factory calibration (no user calibration)
❖ Wireless communication of results to appropriate user through cellular network
❖ Proprietary algorithms to interpret time trend results

The existence of a technology infrastructure for home, real-time blood monitoring allows collection of information which cannot be obtained using conventional blood testing scenarios:
❖ Small sample (finger-stick) + more frequent sampling of a small subset of analytes enables:
   ○ Identification of appropriate analytes (greatly helped by more frequent sampling)
   ○ Earlier detection of efficacy and safety and acute problems so intervention (for example, dose modification or change in drug type) can be more effective
   ○ Convenience of monitoring through-out a time-course before an event
❖ Higher sample integrity; real-time sample analysis on fresh whole blood on a standardized platform which can be deployed at any location (world-wide) eliminates

HOLMES0018549



CONFIDENTIAL

assay inaccuracy associated with commercially available tests performed on samples which are "old" by the time they are analyzed.
  o Elimination of erroneous results (caused by analyte instability ) and inherent errors in data and patient correlations (caused by processing data at various contract locations)



For this study, an instrument was deployed in the home of each patient; four others were installed at the Cancer Center.

Three assays were performed simultaneously in multiplex by the system on a finger-stick sample of fresh whole blood. The analytes were Vascular Endothelial Growth Factor (VEGF), soluble VEGF receptor R2 (sVEGFR2, usually referred to as VEGFR2) and Placental Growth Factor (PLGF). Each assay was controlled using within-cartridge control measurements.

The system was calibrated at Theranos. Multiple cartridge lots were produced each with successively more clinically relevant specifications once samples were received from patients in the trial, as samples were not available during assay validation. Each lot was independently calibrated.

Traceability of calibration: Calibration was traced to authentic analytes dissolved at known concentrations in a plasma-like matrix. Calibration materials are prepared as mixed solutions of the three analytes. Assignment of calibrator concentrations is then made to values found for measurements of calibrators using reference assays.

System Performance Goals:

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 10 |
| VEGFR2 | 150 | 15,000 | 10 |
| PLGF | 5 | 1,000 | 10 |

Assay ranges achieved:
The client goals for each assay's dynamic range were achieved. Due to the inability to receive samples for calibration before the beginning of the studies, the upper limit of calibration for VEGF was restricted to 3,000 pg/mL in the first cartridge lots, but then extended[1] to 10,000 pg/mL. For

---

[1] All three assays have a linear dose-responses extending far above the highest calibrator used.

HOLMES0018550



CONFIDENTIAL

early cartridge lots the PLGF assay lower limit of sensitivity was set for 50 pg/mL. When the client realized the need to measure below 20 pg/mL, new lots produced which have reportable ranges below 20 pg/mL.

Specificity:
The specificity of the assays depends on the pairs of antibodies chosen for each assay. In the first instance, Theranos relies on the antibody vendor information. Selected pairs are known to have good specificity in ELISA assays. Key issues for these analytes are (1) the structural relationship of VEGF and (2) the fact that VEGF binds to sVEGFR2. We have shown that the Theranos assay system is not affected by the presence of VEGF and VEGFR2 and PLGF in the same samples. In many patients in this study, the drug Avastin is used. This drug is an antibody that binds to VEGF. It is obvious that ELISA assays for VEGF (and perhaps VEGFR2) using antibody pairs are likely to be interfered with by Avastin.

As documented below, Theranos developed and validated assays for VEGF and VEGFR2 for this client which function with minimal interference from Avastin. In contrast, the gold-standard reference assay for VEGF is strongly interfered by Avastin.

Theranos System Performance:

Assay accuracy:
Accuracy has been evaluated by analysis of clinical samples. Two sets of samples have been used: (1) A set of 12 serum samples from cancer patients (obtained from a commercial vendor), (2) 41 archived serum and plasma samples from this study. Because Avastin was used to treat many of the patients in the TNONC study and this antibody strongly interferes with the reference method, we used the commercially available samples for VEGF assay evaluation.

Twelve serum samples were assayed (singlicate) in the Theranos system and in duplicate for the reference method with the following results:

VEGF: y (Theranos) = 0.785 x (reference) + 95.2; $R^2$ =0.99. Range 96 – 1985 pg/mL. One sample was rejected from the analysis giving very high results in the Theranos system and low results in the reference assay. As detailed in the study data, this patient was being treated with the drug Avastin, which interferes with the reference assay.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

4

HOLMES0018551

 *theranos*
redefining healthcare

CONFIDENTIAL

## Single cartridge clinical results



For VEGFR2, 39 TNONC samples were assayed in triplicate in the Theranos system and duplicate for the reference method. The results were: y (Theranos) = 1.29 x (reference) + 1004; R =0.83. Range 1015 – 9285 pg/mL.



3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

5

HOLMES0018552



CONFIDENTIAL

For the initial PLGF samples analyzed by Theranos in the field and with the reference method some results in the undetectable range of the reference methods and Theranos' first lots. Once the Theranos calibration was extended to allow for a lower limit of detection in new cartridge lots, values became detectable from 5-17 pg/mL in the samples.

A significant correlation was achieved during validation on normal serum samples from twenty pregnant women assayed in quadruplicate. They were analyzed on both the Theranos system and the reference R&D Systems kit. The following results were obtained: y (Theranos) = 1.26*x (R&D Systems); R = 0.96. The average within sample CV for the Theranos results was 9%. One sample (shown in pink) below gave discrepant results.



When the results for patients were segregated by trimester and averaged, the concordance shown below was found.

HOLMES0018553



CONFIDENTIAL



Effect of Avastin on the reference VEGF assay:

Comparison of reference and Theranos VEGF assay results for venous samples were not correlated. Many Theranos results were in the thousands of pg/mL where reference assay gave a low value. Since it was noted that many of the patients had been treated with Avastin which binds to VEGF, Theranos did a study of spike recovery for the reference method. VEGF (400 pg/mL) was added to each sample and the assay repeated. Results are shown below:

| Avastin Present | VEGF average, pg/mL Ref | VEGF average, pg/mL Theranos |
|---|---|---|
| N | 149 | 588 |
| Y | 136 | 8359 |

| | VEGF spike recovery, % | |
|---|---|---|
| N | 66.5 | |
| Y | -1.3 | |

It is evident that Avastin completely blocks the reference assay response. Presumably, Avastin binds at a site on VEGF close to or identical with that recognized by one of the antibodies used in the reference method. The reference assay thus responds only to free VEGF whereas the Theranos assay is not blocked and measures both Avastin-bound and free VEGF.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

HOLMES0018554



CONFIDENTIAL

Assay precision:

Inter-Instrument Precision:
Venous samples from patients were run across four instruments.

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 8.0 |
| VEGFR2 | 150 | 15,000 | 7.3 |
| PLGF | 5 | 1,000 | 9.2 |

Precision in comparison to available reference methods was evaluated during calibration. Singlicate measurements from six instruments were used next to commercially available 'gold-standards'. Theranos adjusted the target range after obtaining clinical samples. Due to the superior performance characteristics of Theranos' assay next to commercial standards, obvious variances are seen where the reference methods report OORL.

Single lot calibration data:

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF (lot 3) | 30 – 10,000 | 12.0 |
| VEGF (lot 1) | 30 – 3,000 | 10.0 |
| VEGFR2 (lot 3) | 1,000 – 10,000 | 4.8 |
| VEGFR2 (lot 1) | 50 – 800 | 17.6 |
| PLGF (lot 3) | 5 – 780 | 26.9 |
| PLGF (lot 1) | 50 – 800 | 9.1 |

Precision was also measured by analysis of the 41 archived clinical samples in assays and for VEGF 12 commercial samples.

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF | 30 – 10,000 | 16.7 |
| VEGF[2] | 96 – 1985 | 5.7 |
| VEGFR2 | 1,000 – 10,000 | 20.4 |
| PLGF | 5 – 780 | 28.7 |

Dilution linearity:

Data gathered during lot calibration.

| VEGF, pg/mL | Recovery, % |
|---|---|
| 10000 | (100) |
| 2970 | 102 |
| 990 | 95 |
| 297 | 105 |
| 100 | 109 |
| 30 | 105 |
| 10 | 101 |

---

[2] Commercial samples

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

HOLMES0018555



CONFIDENTIAL

| VEGFR2, pg/mL | Recovery, % |
|---|---|
| 10560 | (100) |
| 7920 | 92.9 |
| 5280 | 100.9 |
| 3960 | 104.8 |
| 2640 | 97.7 |
| 1320 | 100.8 |

| PLGF, pg/mL | Recovery, % |
|---|---|
| 780 | 100.0 |
| 312 | 87.6 |
| 156 | 102.8 |
| 47 | 106.3 |
| 16 | 92.4 |
| 5 | 99.4 |

For all assays, recovery was close to 100 % in the reportable range.

Limit of detection (LOD):
Data gathered during calibration. The LOD is defined at a 95 % confidence level.

| Analyte | LOD, pg/mL |
|---|---|
| VEGF | < 20 |
| VEGFR2 | < 200 |
| PLGF[3] | < 20 |

**Theranos Field Study:**

The system was deployed to patients' homes and the TNONC study clinic. All units downloaded protocols and uploaded data wirelessly. Some patients used direct telephonic communications (POTs modems) if they were worried about cell reception. Data for every patient was profiled on a secure, client-specific server.

Field Performance Overview:

In this report we document results from:

- 27 patients (41% female and 59% male)
- 13 cancer types
- 38 Instruments
  - 27 instruments deployed to patients' homes
  - 4 instruments deployed to the clinical site in Nashville, TN
- 445 cartridges (approximately 1300 assay results)
  - This number includes cartridges run in-house on archived plasma as well as results gathered in-field

---

[3] Later stage cartridge lots

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

9

HOLMES0018556



CONFIDENTIAL

Data acquisition has proven feasible in the home setting. There were instruments in the field operating in extreme temperature conditions (from very hot, no A/C to A/C turned to the maximum) as well as in very diverse locations (from RV's to log cabins in the middle of forests), in remote, difficult to reach areas where poor cellular reception is prevalent.

The instruments were deployed across three states: Kentucky, Pennsylvania and Tennessee. As mentioned, turnaround time for installation and patient at-home test was generally less than 24 hours without notice.

In monitoring this multiplex of analytes at far greater frequency than ever before, considerable patient-response variation can be seen across different sub-patient populations, therapies, and cancer types.

When we look at the average results from each patient and the variation seen for each patient, it is evident that the patients vary drastically:

|  | VEGF Avg., pg/mL | VEGFR2 Avg., pg/mL | PLGF Avg., pg/mL |
|---|---|---|---|
| Maximum | 13,584 | 6,317 | 410 |
| Minimum | 47.5 | 368 | 37.3 |

By evaluating sample statistics such as these, one can identify patients who are anomalous and who may benefit from therapy modification.

For example, of the 13 patients with colon cancer we see one subject with an average VEGF of 13,600 pg/mL and another with an average of 255 pg/mL whereas most of the patients had VEGF values quite closely clustered at 1000 - 5000 pg/mL. Similarly, we see some subjects who show very little variation in analyte values and others with wide variations presumably related to response (high or low) to therapy.

Trial Data:

The following raw trial data was detailed for the client on the server and summarized in the sections below.

1. Clinic visit diagnostics (Patient characteristics and Clinical assay results)
2. Clinic visit pivot table (clinical results presented as a customizable pivot table)
3. Patient aggregate data (Compliance data, Result averages and CVs by patient and averages by cancer type)
4. All field analyte data results (from the Theranos system presented by patient in a filtered table format [sort-able])
5. Treatment data (drugs used and dosage)
6. Individual end-of-study results (patient evaluation of system)
7. Compilation and summary of end-of-study survey results
8. Data transmission statistics

Evaluation of time course results from individual patients run through Theranos model:

The study data demonstrates that in a statistically controlled study where the endpoint is directly proportional with patient outcome, e.g., a RECIST Score, a correlation between analyte dynamics and patient response to treatment is generated through Theranos models.

HOLMES0018557



CONFIDENTIAL

Clinical endpoint measurements were accessible to correlate analyte vectors and their rates of change with time to the patient's progression and response to treatment.

To showcase the ability to profile such predictive correlations between treatment and response profiles, we selected data from two patients -- 14 and 12. Due to patient 14's clinic schedule (first figure below), we were able to collect data following multiple infusion dates, allowing limited statistical analysis to be performed that correlates analyte levels with treatment administration. The data was run through a cross-correlation function in the Theranos model (second figure below) looking at VEGF and VEGFR2 blood levels for patient 14 shows a positive correlation at a cadence of 3 data points. This coincides with the patient's weekly clinic visits during which the patient receives the Avastin infusions.



The change in rate of the parameters can be correlated to progress, seen again below in a correlation plot:

HOLMES0018558

FER-135



CONFIDENTIAL



For patient 12 (first figure below), we observe an inverse correlation between VEGF and VEGFR2 blood levels. This suggests that the blood analytes behave differently with different drug treatments, pointing at distinct pathways of drug activity (second figure below).



3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

12

HOLMES0018559

 **theranos** *redefining healthcare*

CONFIDENTIAL

**tnonc12.vegf & tnonc12.vegfr2**



Using Theranos technology makes it possible to generate predictive models for each individual patient to fully characterize the specific disease model, physiology and environmental factors correlating to a clinical outcome or surrogate thereof. The model has the ability to learn, becoming increasingly predictive as more data feeds into it from multiple patients with similar profiles. The model for this program is now powering follow-on studies for rapid label expansion into new indications, where new patient data is being indexed against these stored profiles to get early reads on efficacy in new tumor types.

The Theranos Systems have the capability to generate individual physiological models by allowing frequent and carefully selected critical analyte sampling found in a small amount of a patient's blood.

The integration of such data with clinical history and environmental data yields a model that will then be able to characterize the bio-physiological profile of patients as they converge on one of the model's possible states of responder, non-responder or adverse drug reaction.

The rate with which a particular profile changes and the state towards which it progresses will be early indications of a patient's health and response to treatment. As was shown through data from patients 12 and 14, different treatments may result in very different responses (based on the drugs MOA), which in turn correlates to different surrogate clinical outcomes – for patient 14, the average are increasing, while for the other they remain fairly stable aside from daily variations.

The other data sets that were incorporated into the models are included in aggregate after the actual models to protect client confidentiality and the proprietary nature of their model.

HOLMES0018560



**CONFIDENTIAL**



## Model enables characterization of responder profiles and prediction of clinical outcomes



All available information is mapped to characterize each responder state

- Genetic information
- Clinical information
- Patient history
- Blood information
- ...

x = characteristic data (blood levels, historical data, behavioral information, etc.)

Theranos Confidential

1



## New Patient Data Indexed Against Stored Data to predict new patient response profile.



- Identify who will be a non-responder, when, and what can be done to change that person's 'trajectory' to become a responder.

o = new patient

Theranos Confidential

18

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

14

HOLMES0018561



CONFIDENTIAL

Patient average VEGF and VEGFR2 data by cancer type:

| Patient ID | Cancer type | Main Treatment | Average VEGF (pg/ml) | Average VEGFR2 (pg/ml) |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | Sutent | 47.5 | 2592 |
| SCP006 | Breast Cancer | Avastin | 2082 | 2662 |
| SCP010 | Breast Cancer | Avastin | 2055 | 3040 |
| SCP008 | Breast Cancer | Sorafenib | 98 | 1863 |
| SCP021 | Colorectal Cancer | Avastin | 4677 | 3646 |
| SCP027 | Colorectal Cancer | Sorafenib | 1093 | 4863 |
| SCP029 | Colorectal Cancer | Sorafenib | 3612 | 5658 |
| SCP003 | Colorectal Cancer | Sutent | 72 | 2798 |
| SCP007 | Colorectal Cancer | Avastin | 3860 | 2350 |
| SCP009 | Colorectal Cancer | Avastin | 1840 | 368 |
| SCP022 | Colorectal Cancer | Avastin | Patient dropped | N/A |
| SCP014 | Colorectal Cancer | Avastin | 1826 | 1634 |
| SCP019 | Colorectal Cancer | N/A | Patient dropped | N/A |
| SCP016 | Colorectal Cancer | Avastin | 3006 | 2143 |
| SCP031 | Colorectal Cancer | Avastin | 13584 | 5463 |
| SCP024 | Colorectal Cancer | Sorafenib | 255 | 1540 |
| SCP028 | Colorectal Cancer | Sorafenib | 1274 | 6317 |
| SCP023 | Esophageal Cancer | Avastin | 3145 | 2260 |
| SCP030 | Gastrointestinal Stromal Tumor | Sutent | 889 | 2424 |
| SCP012 | Liver Cancer | Sorafenib | 96 | 1253 |
| SCP017 | Lung Cancer | Avastin | 3947 | 2111 |
| SCP025 | Melanoma | Avastin | 5399 | 3294 |
| SCP002 | Neuroendocrine carcinoma | N/A | Patient dropped | N/A |
| SCP026 | Ovarian Cancer | Sorafenib | Patient dropped | N/A |
| SCP020 | Renal Cell Carcinoma | Sutent | 368 | 883 |
| SCP004 | Renal Cell Carcinoma | Avastin | 2316 | 1057 |
| SCP011 | Renal Cell Carcinoma | Avastin | 3159 | 1911 |
| SCP013 | Renal Cell Carcinoma | Avastin | 3908 | 770 |
| SCP015 | Renal Cell Carcinoma | Avastin | 3031 | 1068 |
| SCP018 | Tongue Cancer | Avastin | 1457 | 3074 |
| SCP005 | Unknown Primary | Avastin | 3099 | 2980 |

HOLMES0018562

FER-139



CONFIDENTIAL

Selected PlGF time-series plots are shown below.





HOLMES0018563

FER-140



CONFIDENTIAL

Patient monitoring times and quality of life by gender:

| Patient ID | Cancer type | Gender | Time of day when home monitoring was performed (on average)* | Quality of life (as measured by on-screen survey) (on average)* |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | f | Morning | N/A (Survey was not yet deployed) |
| SCP006 | Breast Cancer | f | Afternoon | 7 |
| SCP010 | Breast Cancer | f | Evening | 8 |
| SCP008 | Breast Cancer | f | Late Evening | 7 |
| SCP021 | Colorectal Cancer | f | Noon-afternoon | 8 |
| SCP027 | Colorectal Cancer | f | Afternoon | 10 |
| SCP029 | Colorectal Cancer | f | Afternoon-Evening | not yet available |
| SCP003 | Colorectal Cancer | f | Morning | N/A (Survey was not yet deployed) |
| SCP017 | Lung Cancer | f | Evening | 9 |
| SCP026 | Ovarian Cancer | f | N/A | N/A |
| SCP020 | Renal Cell Carcinoma | f | Afternoon | 6 |
| SCP005 | Unknown Primary | f | Afternoon | 9 |
| SCP007 | Colorectal Cancer | m | Evening | 7 |
| SCP009 | Colorectal Cancer | m | Late Evening | 7 |
| SCP022 | Colorectal Cancer | m | N/A | 8 |
| SCP014 | Colorectal Cancer | m | Morning | 7 |
| SCP019 | Colorectal Cancer | m | N/A | N/A |
| SCP016 | Colorectal Cancer | m | Evening | 8 |
| SCP031 | Colorectal Cancer | m | Afternoon | not yet available |
| SCP024 | Colorectal Cancer | m | Afternoon | 9 |
| SCP028 | Colorectal Cancer | m | Evening | not yet available |
| SCP023 | Esophageal Cancer | m | Morning | 8 |
| SCP030 | Gastrointestinal Stromal Tumor | m | Morning | not yet available |
| SCP012 | Liver Cancer | m | Afternoon | 10 |
| SCP025 | Melanoma | m | Morning | 9 |
| SCP002 | Neuroendocrine carcinoma | m | N/A | N/A |
| SCP004 | Renal Cell Carcinoma | m | Noon-afternoon | 10 |
| SCP011 | Renal Cell Carcinoma | m | Morning | 9 |
| SCP013 | Renal Cell Carcinoma | m | Evening | 10 |
| SCP015 | Renal Cell Carcinoma | m | Evening | 7 |
| SCP018 | Tongue Cancer | m | Afternoon | 5 |

\* Actual time for each test point and diurnal variations of quality of life can be found online

Patient compliance with optional on-screen questionnaire was approximately 90%.

HOLMES0018564

 theranos
redefining healthcare

CONFIDENTIAL

Patient clinical visit data by age:

| Patient ID | Race | Smoking Status | Alcohol Consumption | Age | Weight (pounds) |
|---|---|---|---|---|---|
| SCP029 | Caucasian | does not smoke now, positive history | None | 36 | 179 |
| SCP010 | Caucasian | never smoked | monthly or less | 45 | 165 |
| SCP018 | Caucasian | Smoke daily | None | 45 | 181 |
| SCP007 | Caucasian | never smoked | None | 46 | 213 |
| SCP008 | Caucasian | smoke occasionally | None | 46 | 180 |
| SCP002 | Caucasian | never smoked | monthly or less | 49 | 194 |
| SCP016 | Caucasian | smoke occasionally | monthly or less | 49 | 167 |
| SCP012 | Caucasian | does not smoke now, positive history | None | 53 | 190 |
| SCP015 | Caucasian | does not smoke now, positive history | None | 53 | 174 |
| SCP028 | Caucasian | smoke occasionally | None | 57 | 262 |
| SCP001 | Caucasian | does not smoke now, positive history | None | 61 | 172 |
| SCP027 | African American | never smoked | None | 62 | 167 |
| SCP009 | Caucasian | never smoked | None | 63 | 221 |
| SCP011 | Caucasian | does not smoke now, positive history | monthly or less | 63 | 305 |
| SCP024 | Caucasian | infrequent attempts (never developed a habit) | Every day | 64 | 200 |
| SCP023 | Caucasian | never smoked | Every day | 65 | 252 |
| SCP005 | Caucasian | does not smoke now, positive history | monthly or less | 66 | 160 |
| SCP021 | Caucasian | smoke occasionally | monthly or less | 66 | 198 |
| SCP006 | Caucasian | never smoked | monthly or less | 68 | 163 |
| SCP017 | Caucasian | does not smoke now, positive history | Every day | 69 | 112 |
| SCP013 | Caucasian | never smoked | monthly or less | 71 | 230 |
| SCP020 | Caucasian | never smoked | None | 72 | 101 |
| SCP026 | Caucasian | never smoked | None | 73 | 132 |
| SCP031 | Caucasian | does not smoke now, positive history | None | 73 | 134.5 |
| SCP025 | Caucasian | does not smoke now, positive history | None | 77 | 184 |
| SCP014 | Caucasian | does not smoke now, positive history | monthly or less | 78 | 217.5 |
| SCP022 | African American | never smoked | None | 82 | 178 |
| SCP030 | Caucasian | never smoked | None | 83 | 182 |

HOLMES0018565



CONFIDENTIAL

Sample of patient clinical blood work by patient ID:

| Patient ID | Avg. % Lymphocytes | Avg. Heart Rate | Avg. Total Bilirubin | Avg. Systolic BP | Avg. RBC |
|---|---|---|---|---|---|
| SCP001 | 33.4 | 67.7 | 0.7 | 129.3 | 3.2 |
| SCP002 | 34.1 | 55.0 | 0.3 | 161.0 | 4.3 |
| SCP004 | 27.8 | 64.7 | 0.5 | 144.7 | 3.2 |
| SCP005 | 36.4 | 75.0 | 0.2 | 127.5 | 3.9 |
| SCP006 | 29.5 | 100.7 | 0.3 | 112.7 | 4.3 |
| SCP007 | 24.0 | 73.0 | 0.3 | 131.3 | 4.4 |
| SCP008 | 23.7 | 84.0 | 0.4 | 124.0 | 5.1 |
| SCP009 | 25.0 | 71.5 | 0.7 | 133.0 | 4.5 |
| SCP010 | 45.3 | 74.3 | 0.9 | 137.8 | 4.5 |
| SCP011 | 28.6 | 82.0 | 0.6 | 135.0 | 4.8 |
| SCP012 | 28.3 | 75.5 | 0.7 | 122.0 | 4.0 |
| SCP013 | 31.1 | 72.0 | 0.7 | 137.0 | 4.2 |
| SCP014 | 40.2 | 81.5 | 0.4 | 125.3 | 4.0 |
| SCP015 | 35.4 | 78.3 | 0.3 | 147.0 | 5.0 |
| SCP016 | 18.0 | 75.3 | 0.3 | 131.3 | 4.9 |
| SCP017 | 20.7 | 89.3 | 0.4 | 114.0 | 4.2 |
| SCP018 | 23.4 | 70.0 | 0.3 | 133.0 | 4.8 |
| SCP020 | 17.9 | 60.7 | 0.4 | 146.0 | 3.7 |
| SCP021 | 36.5 | 91.0 | 0.4 | 130.0 | 4.8 |
| SCP022 | 23.5 | 93.5 | 0.7 | 123.0 | 4.0 |
| SCP023 | 26.3 | 107.7 | 0.7 | 119.7 | 4.7 |
| SCP024 | 18.8 | 83.0 | 0.7 | 139.0 | 3.7 |
| SCP025 | 33.5 | 94.0 | 0.3 | 143.0 | 5.2 |
| SCP026 | 34.6 | 110.0 | 0.4 | 125.0 | 3.7 |
| SCP027 | 9.5 | 70.0 | 0.7 | 119.0 | 3.7 |
| SCP028 | 21.2 | 98.0 | 0.8 | 125.7 | 5.2 |
| SCP029 | 32.6 | 90.5 | 0.6 | 122.8 | 5.1 |
| SCP030 | 42.3 | 72.0 | 0.4 | 137.0 | 3.7 |
| SCP031 | 16.7 | 70.0 | 0.4 | 145.0 | 4.3 |

All individual patient data was profiled as it was generated on the client-specific secure portal at www.theranos.com; raw data can also be found in the attached excel spreadsheet.

Server and Data Transmission

Approximately 361 cartridge results and 203 optional home surveys from the field were successfully transmitted to the Theranos servers. There were less than 5% transmission errors that required the readers to either retry sending the data or wait until they had a better connection to send the data. All data gathered in the field was transmitted to the Theranos servers. For the first two patients, on-screen surveys were not available. The number of surveys received is smaller than the number of cartridge runs due to the above as well as patients filling only one survey for each of their clinic visits (even though they ran two cartridges per visit). Once surveys became available, each cartridge run also asked the user to complete an optional quality of life survey and compliance was very good.

HOLMES0018566



CONFIDENTIAL

| Data distribution by transmission pathway to date | | |
|---|---|---|
| Direct Internet Connection | Wireless-GSM | Traditional Phone line |
| 5.6 % | 90.7% | 3.7 % |

The only problem encountered with using GSM wireless phone technology was poor signal. The main reasons for poor cellular reception were: dense foliage, metal roofs and poor signal quality due to remote location. In one location (Stewart, TN), there was no cellular coverage at all; therefore the reader used the standard telephone line in order to connect to our servers and report data as it was gathered. All of this patient's logs were received by Theranos servers. In future studies, multiple network providers would be contracted for these areas.

Overall performance of the Theranos System based on Customer Care log:

The customer care line was available to patients 24 hours a day 7 days a week over the course of the entire study (July 07 to October 08). All calls were addressed professionally and all issues were resolved quickly, taking care to minimize the impact on patients and clinical staff.

The types of calls for which patients used the Customer Care line:

- o Patient running low on supplies – the solution was to simply ship more of the needed supplies with overnight delivery to make sure patient had enough for the upcoming home tests.
- o Patient not knowing how to turn machine on – the solution was to advise the patient over the phone on the procedures outlined in the setup sheet they received and to make sure they have the instrument up and running.
- o Patient calling about scheduling an instrument pickup – solution was to schedule one of our representatives to pick up the machine or alternatively to have FedEx pick up the reader if patient was able to place it in the shipping container themselves.
- o Patient called about blood transfer question – the solution was to advise the patient to leave the blood transfer device on a flat surface. If this solution was not sufficient, a new batch was shipped to make sure no capillary manufacturer defects were at fault.
- o Patient called about instrument not recognizing cartridge – the solution was to ask patient to re-try and call back if problem persisted. The suspicion was that due to poor cellular signal the reader was unable to communicate, and by re-trying it would perform appropriately. There were no subsequent calls from patient.
- o Patient called about instrument not being ready due to temperature – the solution was to ask patient to move reader away from A/C units and possible air currents. Patients had moved readers from initial installation location (one moved it to his RV, another into a really hot room) and the temperature extremes affected the readers' ability to maintain desired temperature. The Theranos readers are engineered to control temperature to eliminate variability associated with conventional assays.

The majority of systems deployed in the field performed their duties throughout the entire length of the patient monitoring schedule. One instrument had mechanical issues due to being misused; this happened during new personnel training at TNONC. The instrument was promptly replaced with a new instrument. The other issue was related to the cellular carrier not identifying the instrument. To expedite the process and assure that the clinic was adequately supplied it was decided to replace that instrument with one that was known to work. The problem was later resolved off-line.

HOLMES0018567



CONFIDENTIAL

Patient Compliance with protocol:

It is hard to estimate the patient compliance with the exact protocol due to the factors out of Theranos' control. In many instances patients re-scheduled their clinic visits and the new appointments were not communicated to us. At the onset of each patient's home monitoring they were provided with a tentative schedule which in many cases changed due to patient's need to travel or inability to keep scheduled appointments. With this in mind, we estimate that patient compliance with protocol was still very good, at approximately 96 % (measured as 80-120% of expected testing completed and received). Given the missing information, a much more accurate derivation would be possible.

Theranos System Assessment by Patients:

Patient end of study surveys were sent out to all participants.

Summary of patients' assessment of the Theranos system:

- 88% of patients surveyed found the Theranos System easy to use; no patients found it "very hard" to use.
- 76% of patients found the written instructions to be very informative, with clear directions; 12% did not read instructions
- 91% of patients scored the training given by their Theranos representative either a 9 or 10 (10 being very good training)
- 76% of patients found the Theranos System takes little time to use (scores between 1 and 4 were tallied, with 1 = very little time and 10 = a lot of time)
- 100% of patients found the optional touch screen survey on the Theranos System easy to use, giving scores of either 8, 9 or 10 (10 = easy to use, 1 = hard to use).
- On a scale of 10 to 1 (10 = least painful, 1 = most painful), only one patient gave the blood drawing experience a score of less than 6. 59% felt almost no pain, scoring either a 9 or 10.
- 100% of the patients that responded to the survey gave Theranos Customer Support an excellent or very good rating
- For the majority of patients, the Theranos System worked very well. The major ways of solving the questions patients had were figuring it out on their own or calling the Theranos Customer Care line.
- In the follow-up survey, 100% of patients that responded said they received excellent or very good technical support over the duration of the study.
- Most patients said they prefer monitoring from home (scored 8 through 10) using the Theranos System; 25% were indecisive (scored 4 to 6) when asked whether they prefer going to the clinic or using the Theranos System; only two patients would rather monitor at the clinic.

From the interactions, the system was:
1. well received and
2. the client solutions team made a very positive impact on the patients through promptitude and professionalism.

HOLMES0018568



CONFIDENTIAL

Conclusions:

General:
1. The Theranos System performed with superior performance to reference assays while running in a complex ambulatory environment.
2. Theranos built a support infrastructure that enables on-demand home installation and patient training in extremely rural areas.
3. Patients preferred ambulatory monitoring to clinic visits and liked using the Theranos System.
4. Non-computer literate patients liked the interactive reader touch-screen and were able to successfully use it.
5. Data can be run through the Theranos model to extract predictive correlations to end-points or patient response profiles.

Technical:
6. Inter-system accuracy is excellent and was demonstrated on a platform with superior performance specifications to reference methods.
7. Calibrations were updated with access to samples from the trial.
8. Good correlations were seen to various commercially available gold-standards.
9. Avastin does not block the Theranos assay.
10. The Theranos System can measure VEGF both free and bound to VEGFR2 and Avastin to better quantify dose-response.

Economic:
11. With this validation data, the technology will now be applied to significantly cut costs and bring compounds to market faster:

12. More frequent sampling enabled better characterization of longitudinal time-series profiles of angiogenesis protein panels. More accurate insight of the change in rate of those panels over time enables significantly faster and earlier reads on efficacy dynamics.
    a. See efficacy dynamics trends and correlation to end-points in patient time-course profiles run through the Theranos model.
13. Response profiles were seen in this study over 30 day intervals. Historically, these types of correlations have taken up to a couple years to demonstrate, or in some cases, were previously not demonstrable. This time gained facilitates rapid data generation for additions to a compendia and rapid label expansion of existing drugs. Equally, this approach can be used to fast-track approvals of key compounds and at the same time better optimize those compounds with better visibility to achieve the target product profiles.
    a. One of Theranos' pharma partners is publishing a report which estimates the increased time to market is valued at $1M per day – making every month quite substantial.
14. Through Theranos Systems, a client will be able to reduce the number of sites, eliminate shipping costs for samples, processing costs, and analytical costs. Based on data from this program, implementation of these systems enabled ~50% cost savings over current study spending, demonstrated to be $15M of a $30M study budget. Equally, through better insight into pathway dynamics, Theranos is demonstrating the ability to reduce the number of patients required to show statistical significance in future studies by 30-50%.

HOLMES0018569

FER-146

<u>Confidential excerpts from Theranos studies</u>

Excerpts From a Study Using a Novel Monitoring System to Evaluate Biomarker Levels During Neutropenic Fever/Infection or Sepsis in Patients with Acute or Chronic Leukemias Undergoing Chemotherapy

John Chadwick,[1] Kwesi Mercurius,[2] MS Timothy M. Kemp,[2] Michael Chapman,[2] BS, Ian Gibbons,[2] MA, PhD, Seth Michelson,[2] MA, MS, PhD, and Jason Gotlib,[3] MS, MD
June 18, 2008

## Document Summary

This report documents select findings from clinical studies of febrile neutropenic patients conducted in collaboration with the Cancer Center at Stanford University. It describes the analytical performance of the Theranos System and the clinical data derived from the study. In addition, the report highlights how Theranos Systems and their integrated mathematical algorithms enable: (a) earlier and more accurate reads on pathway dynamics than possible using the conventional infrastructure which, in this setting, translates to predicting the onset of sepsis and the optimal time for intervention; and (b) select appropriate analytes for predicting the efficacy dynamics of a therapy or the progression of other diseases.

## Leukemia and Neutropenic Fever

Leukemia is a malignancy of the bone marrow involving clonal expansion of early white blood cells. Leukemias are grouped into lymphoid and myeloid subtypes. In treating leukemias, a course of myelosuppressive induction chemotherapy is given, and patients are rendered neutropenic (low white blood cell count). These patients thus become susceptible to neutropenic fever/infection compounded by other risks such as the presence of a central venous catheter and chemotherapy induced mucositis.

Neutropenia (low white blood cell count) is a typical complication of chemotherapy during the treatment of leukemias.

- Neutropenia renders patients more susceptible to neutropenic fever/infection, which can compound other risks such as the presence of a central venous catheter and chemotherapy-induced mucositis.
- Neutropenia is the most prominent serious side effect of induction chemotherapy causing increased morbidity, mortality, decreased dose intensity and results in large costs (increased length of stay, therapy etc).
- Neutropenic infection often leads to sepsis.

Treatment strategies involve empirical antibiotics, antifungals and other supportive measures. These strategies are now well established and effective, with empirical therapy taking into account the character of major pathogens, and in-place, evidence-based guidance. Febrile neutropenics, however, are not a homogenous population and although the current empirical approach is effective some issues regarding both the diagnosis and treatment of sequelae remain.

Some patients develop fever due to local infection, medications, allergies and unknown causes. Treatment with antibiotics in these cases can result in increased antibiotic resistance, resulting in

---

[1] University of Newcastle, UK.
[2] Theranos, Inc.
[3] Assistant Professor of Medicine, Stanford University Medical School Cancer Center

Theranos Confidential                    Page 1

HOLMES0018570

increased overall costs. Patients who develop fungal infections may initially receive antibiotic therapy, and may not be prescribed antifungal therapy until later in the course of infection. Certain infections remain refractory to initial antibiotic spectra, and thus there is a delay in treating these particular patients.

More completely determining the diagnosis and risk for neutropenic patients presenting with a fever would allow us to triage the patients more effectively, implement earlier customized therapeutic strategies, and improve outcomes in these patients.

- ○ Lower risk patients could receive outpatient therapy.
- ○ Septic patients could be transferred earlier to the ICU
- ○ Antifungal therapies could be introduced earlier.
- ○ Therapeutic strategies using growth factors to ameliorate the inflammatory response may be identified and tested.

The working hypothesis of the present study was that the Theranos System would enable correlation of the rates of change of cytokines and other biomarkers along with other relevant physiological factors to the time to onset of fever and clinical manifestation of sepsis. In doing so, Theranos Systems would elucidate the optimal time for early intervention to substantially improve patient outcomes.

## Study design

This pilot study was planned to enrol leukemic patients and to perform repeated sampling (every eight hours) throughout the treatment course, with increased frequency (every 6 hours) during the febrile episodes. The long inpatient stay (approximately thirty days) and the presence of an indwelling catheter line in these patients facilitated the design of the study.

This observational pilot study enrolled 18 patients over a 4 to 6 month recruitment cycle. Thousands of samples were analyzed, showcasing the ability to extract high-powered correlations from fewer patients using the Theranos methodology.

Upon admittance into the hospital, patients were appropriately consented for participation in the study. Standard of care measures were pursued according to the treating physician/health care team, which included complete blood counts, chemistries, liver function tests, blood cultures, urinalysis and culture, chest x-ray, and/or other imaging modalities.

Below is an example protocol for obtaining biomarker analytes in the setting of AML induction therapy, where chemotherapy is administered over the first 4 to 7 days of treatment. Count nadir is typically expected to commence approximately 10 days post initiation of treatment:

1. From day 1 of admission until the time of the first fever, biomarker analysis were obtained q8 hours (3x daily) from the patient's IV or central venous catheter (1 cc each sample).

2. At the onset of first fever, biomarker analysis were obtained up to a maximum frequency of q6 hours (or 4x daily) from the patient's IV or central venous catheter (1 cc each sample), for a total of up to 4 cc daily. This frequency of blood central venous catheter blood draws continued for 2 days after the last fever of $\geq 38.0C$ (and during the period when the ANC remains < 1000/mm$^3$).

3. When both the ANC was greater than or equal to 1000/mm$^3$ and fever has been less than 38.0C for more than 24 hours, biomarker analysis frequency was reduced to q8 hours until the time of hospital discharge.

4. Regardless of ongoing fever or clinical circumstances, biomarker analysis was continued for a maximum of 30 days after initiation of inpatient chemotherapy, or for a maximum of 30 days after admission to the hospital..

Theranos Confidential          Page 2

HOLMES0018571

5. Under this sampling scheme, a patient who had biomarker analysis performed for a maximum of 30 days in which 15 days were characterized by fever, the estimated volume of blood drawn for the study was 15 days x 4cc (q6 hours) = 60 cc, + 15 days x 3 cc (q8 hours) = 45 cc, for a total of 105 cc over a 1 month period, or an average of 3.1 cc/day. It should be noted that in this observational study, some patients were be enrolled just for neutropenic fever after having received therapy on an outpatient basis. For such patients, the hospital stay lasted anywhere from approximately 2 days to 10 days, and therefore the total volume of blood drawn was less (e.g. up to approximately 30 cc).

6. Whole blood was collected in EDTA tubes and stored at 4C. Twenty microliters of whole blood were used in the Theranos System.

7. The samples were then centrifuged, the plasma aliquoted and then frozen.

8. Batch processing of the frozen plasma samples were performed at Theranos and via an external reference lab.

9. In addition to the longitudinal measures of the proteins, the database element of the Theranos System was customized to automatically integrate all relevant clinical data with the blood measurements, facilitating complete contextual analysis of the protein marker trajectories. The 'back-end' of Theranos Systems is an anonymized, HIPAA-compliant database that contains each patient's clinical and laboratory data along with the cytokine measures. This data is stored in a model which dynamically evolves as new field data is collected. This learning engine then powers subsequent studies where the integrated model enables predictive information to be characterized.

10. Data collected includes patient age, gender, diagnosis, history of prior disease-specific therapies, current use of antibiotics and antifungals, use of hematopoietic growth factors (e.g. G-CSF), duration of antibiotic/antifungal use, and source of blood draw. Laboratory data which were collected includes vital signs (temperature, blood pressure, heart rate), white blood cell count, absolute neutrophil count, hemoglobin, platelet count, microbiology (e.g. blood, urine culture results), and radiology results (e.g. presence of infection such as pneumonia or fungal nodules).

The Theranos system was designed to measure multiplexed high and low sensitivity assays. Due to the proprietary nature of the study findings and the status of currently intellectual property filings, this report primarily details analytical results for only Protein-C and CRP.

Reduction in analytical testing noise and ability to extract predictive information from biomarkers is enabled by Theranos Systems:

The ability to extract more accurate information on biomarker and drug levels from a point of care device than possible from a central lab further strengthens Theranos' ability to extract predictive correlations from blood data.
- Fully integrated blood analysis and data modeling allows for better insight into pathway dynamics (early reads on efficacy, safety and disease progression)
- Small sample size (~10uL) enables far more frequent sampling
- No need to ship or export samples
- No risk of losing samples
- No analytes decay from fresh whole blood to plasma
- Reduction in kit-kit CV
- No kit-kit variability
- No site-site variability

Theranos Confidential                      Page 3

HOLMES0018572

- ◆ Better dynamic range
- ◆ Better sensitivity
- ◆ Instant data access – no wait in receiving data back from labs
- ◆ Capability to characterize change in rate of analytes through more comprehensive and accurate longitudinal trends characterizing time to efficacy or adverse events
- ◆ Ability to measure PK simultaneously with PD parameters in real-time
- ◆ Graphical touch-screens on the readers allow for collection of other environmental parameters to profile blood data in context when the data is sent wirelessly to Theranos' web portal (where the relevant models reside)

Theranos Reader and Cartridge Specifications



- ◆ Superior performance over current 'gold-standards' successfully validated externally
- ◆ Designed for at home use and can also be used in clinics (will be CLIA waived)
- ◆ Multiplexed measurement of biomarkers
  - ○ Max 6-8 per cartridge
- ◆ Serial measurements to detect trends
- ◆ Fresh whole blood, plasma or serum samples
- ◆ Finger-stick: Small sample size (10-20 uL)
- ◆ Mix and match selection of analytes
- ◆ Wide measurement range
  - ○ pg/mL – mg/mL (1 billion fold) simultaneously
- ◆ High sensitivity
  - ○ 0.2 pg/mL (2 parts per 10-billion)
- ◆ Analyte Recovery: ~100 %
- ◆ System CV (inter-intra assay, inter-intra cartridge, inter-intra reader): <10%
- ◆ On-board chemistry controls
- ◆ Factory calibration (no user calibration)
- ◆ Wireless communication of results to appropriate user
- ◆ Proprietary algorithms to interpret time trend results

Predictive and dynamic modeling

Theranos' proprietary modeling system marries the feedback of the sampling to the inductive logic of the modeling.

Unlike any other models, Theranos Systems are deductive models which 'close the loop' by automatically and dynamically feeding back a measure and retuning the model. Moreover, Theranos Systems tune models to given sets of target populations specific to a company's compound. Theranos gives exclusive access to these models to its partners to drive future studies.

A model is a mathematical representation of a biological phenomenon that begins with the general dynamics of the system. That general form is then fit to the observed dynamics by assigning values to a number of parameters. Each group of parameters traces out a different

HOLMES0018573

trajectory, and could be thought of as accounting for one possible individual in a population of individuals. The "typical" parameter set fits the average behavior of the population. The strategy followed by other modeling companies is to begin an in silico study by establishing distributions of possible parameters sets, and from them inductively establishing a family of "could be's". Theranos Systems start with the general mathematical model, and using its proprietary sampling technique, establish patient-specific constraints that narrow the world of "could be's" to a much smaller (hopefully 1) set of "must be's". That longitudinal sampling and its incumbent feedback continuously retunes the model for the specific patient after beginning with the general patient.

Operating characteristics:

- The instrument remained powered and available for use at any time.
- The System required 10-20 uL of sample (fresh fingerstick blood, EDTA-blood, EDTA plasma, or serum).
- Reportable ranges[4]:
  - Protein-C        0.1 – 6.0 ug/mL[5]
  - CRP              0.1 – 300 ug/mL
- Specificity:
  - No known significant cross-reactants[6]. Activated Protein-C (Drotrecogin alpha) showed less than 5 % assay response compared with the same concentration of Protein-C. Thus a level of 1 ug/mL of Activated Protein-C would be reported as out of range low.
- Interfering substances
  - Non found
- Total System precision: < 10 % CV across the clinically relevant ranges
- Calibration stability[7]: > 2 months from shipping

Calibration

Calibration is traceable to authentic analytes dissolved in a proprietary matrix designed to emulate human plasma. A set of five calibrators was made and stored frozen. Each was assayed in triplicate over three days on two Theranos instruments. The instruments measure the rate of photon production (expressed as "Relative Luminescence Units" or "Counts/unit time"). Each assay has two replicate measurements and each cartridge has two on-board chemistry controls for each assay. These data are transmitted to a Theranos Sever wirelessly or though a modem or Ethernet connection. The data are interpreted by a calibration algorithm on the Theranos server. Calibration for plasma samples traces directly to the calibration scheme described above. Results for paired blood and plasma samples were used to create a calibration for blood and results are reported as "in plasma" equivalent values.

Assay protocol:

- Remove cartridge from pouch
- Obtain a drop of blood by fingerstick or use an EDTA-venous blood or plasma sample.
- Use TD or pipette to acquire a 20 uL sample
- Inject sample into marked well in the cartridge
- Using GUI screen buttons
  - Open door of instrument
  - Slide cartridge into the instrument
  - Close door of instrument
  - Assay begins automatically
  - Screen prompts user when test is complete

---

[4] Results are reported in as "in plasma" values for blood and plasma
[5] Protein-C: 100% normal activity is taken as equivalent to 4.0 ug/mL
[6] Work still in progress

Theranos Confidential                    Page 5

HOLMES0018574

## Clinical studies

Under institutional review board approval and informed patient consent, eighteen Acute Myeloid Leukemia (AML) patients undergoing in-patient chemotherapy were enrolled and monitored over about four weeks.

Markers were selected based on previous research in the literature and published clinical studies, but this selection had never been monitored at the frequency facilitated by Theranos Systems or in such an integrated (via modeling), systematic fashion.

Blood samples (2 mL) were taken by hospital nurses up to four times per day from a central line and immediately taken to a satellite laboratory and run in the Theranos System by a Stanford University visiting medical student or Theranos staff. Plasma from remaining blood was separated by centrifugation and either analyzed in the System and/or flash-frozen. Approximately twenty instruments and 2000 cartridges were used in the study. Plasma samples were also subjected to analysis by commercially available ELISA kits (both at Theranos at by a reference laboratory[7]).

Performance validation tests:

Protein-C

Accuracy: Blood samples (84) from the AML study were measured (singlicate) in the Theranos System and the corresponding plasmas assayed in a Helena ELISA kit in duplicate with the following result: Theranos (y) = 0.94*Helena (x) + 0.06; R = 0.95. The range of concentration was: 0.3 − 5.6 ug/mL.

Precision: Control materials were run in triplicate over three days on two instruments with the following results:

| Protein C ug/mL | Inter-day Precision CV, % | Between Instrument CV, % |
|---|---|---|
| 6.0 | 3.2 | ↑ |
| 4.0 | 5.4 | 3.9 |
| 2.0 | 4.7 | ↓ |
| 1.0 | 12.8 | |
| Average | 6.5 | 3.9 |

Dilution linearity: Control materials were diluted then measured in triplicate in two instruments over three days; results were averaged.

| Protein-C ug/mL Target | Protein-C ug/mL Observed | Recovery % |
|---|---|---|
| Instrument 1 | | |
| 6.0 | 5.93 | 98.9 |
| 4.0 | 4.15 | 103.9 |
| 2.0 | 2.04 | 102.1 |
| 1.0 | 1.01 | 100.8 |
| Instrument 2 | | |

---

[7] Work still in progress

Theranos Confidential                    Page 6

HOLMES0018575

|      |      |      |
|------|------|------|
| 4.0  | 3.93 | 98.3 |

Calibration stability and performance of controls: Stability of System calibration was evaluated over one month using within cartridge controls with the following results.

| N       | 351  | Count |
|---------|------|-------|
| Average | 5.45 | ug/mL |
| SD      | 0.58 | ug/mL |
| CV      | 12.2 | %     |

The control value plotted against time did not change significantly over the study.

Sensitivity: The limit of detection (LOD) was determined by measuring signals for the zero analyte and lowest concentration calibrator. LOD of 0.07 ug/mL was calculated as 2*Signal SD [Averaged over the two values]/Slope of (signal vs. conc.).

Clinical Study Analytical Results

Range of analyte values: See above

Accuracy: See above

Precision: Ten blood samples were analyzed in duplicate. The range of Protein-C concentrations was 0.6 – 1.8 ug/mL. Average CV was 8.4 %.

Plasma and blood results compared: Paired blood and plasma samples (N = 72) from four patients collected over a one month period were measured with the following results:
Blood (y) = 0.95*Plasma (x) + 0.12; R = 0.93.

CRP:

Sensitivity: The limit of detection (LOD) was determined by measuring signals for the zero analyte and lowest concentration calibrator. LOD of 0.56 ug/mL was calculated as 2*Signal SD [Averaged over the two values]/Slope of (signal vs. conc.).

Performance was calculated next to reference methods with inferior sensitivity and dynamic range – note page 12.

Precision and calibration accuracy in whole-blood clinical samples:

| CRP ug/mL | Inter-day Precision CV, % |
|-----------|---------------------------|
| 224.9     | 12.3                      |
| 58.4      | 4.4                       |
| 23.7      | 18.1                      |
| Average   | 11.6                      |

HOLMES0018576

Dilution linearity in calibrator materials:

| CRP ug/mL | Target ug/mL | Diln. Ratio | Within inst. Recovery % |
|---|---|---|---|
| 224.9 | (224.9) | 1.00 | (100) |
| 118.4 | 112.4 | 0.50 | 112.4 |
| 58.4 | 45.0 | 0.20 | 129.8 |
| 23.7 | 22.5 | 0.10 | 105.3 |
| | | Average | 110.1 |

## Clinical Studies

Since CRP values ranged very widely during the clinical study (from 0.1 – >400 ug/mL, a 4,000-fold range) both between patients and over time within each patient, it was decided that the Log of the CRP concentration (ug/mL) is the most useful parameter to report. In the summary data below, we present both linear and log scale results.

Accuracy:
Results obtained in the Theranos system for blood samples were compared with results for paired plasma samples. For 109 samples with CRP concentrations ranging from 0.1 – 371 ug/mL there as a good correlation of log values y (Theranos) = 0.98* x (Reference method) + 0.02, R = 0.98.

Precision: Ten blood samples were analyzed in duplicate. The range of CRP concentrations was 0.7 – 268 ug/mL. The mean value was 62.5 ug/mL. The standard error of the estimate (SEE)/Mean was 13.9 %. When these data were computed for Log CRP values, the SEE/Mean was 7.1 %.

Blood versus plasma: Four patients were evaluated over about one month with the following results from regression analysis of Log values (Log (blood value) [y] = b*Log(plasma value) [x] + a).

| Patient ID | Samples tested | Range (ug/mL) | Slope (b) | Intercept (a) | R |
|---|---|---|---|---|---|
| 001 | 15 | 0.1 – 224 | 0.951 | 0.027 | 0.997 |
| 004 | 29 | 3.8 – 239 | 0.947 | 0.052 | 0.965 |
| 005 | 13 | 14.8 – 218 | 0.934 | 0.224 | 0.870 |
| 006 | 14 | 18 – 210 | 0.951 | 0.0271 | 0.997 |

## Results of the Stanford AML/Sepsis Clinical Study

Patients: Sampling and Clinical Course
Patients were enrolled on admission and most were enrolled and sampling started before their first febrile episode. The enrolled patients experienced varied clinical courses, from florid sepsis to isolate fever for only a short period.

HOLMES0018577

| Patient | Sex | Age | Diagnosis | Closest draws Pre and Post Fever (hrs) | Infection /Sepsis | Analysis issues? |
|---|---|---|---|---|---|---|
| 001 | M | 39 | Pre T ALL | -50:00, +1:28 | Positive Blood cultures. Clinically looked septic for a few hours. | Pre fever draw. |
| 002 | M | 22 | AML M4 | -13:34, +4 days | Line infection – cellulitis and thrombophlebitis. Deeper tissues not involved | Line removal. |
| 003 | F | 37 | AML | +4:00 | Respiratory infection | No pre-fever draws |
| 004 | M | 59 | Pre B ALL | -8:25, +5:25 | Septic shock admitted to ITU. | Missed draw pre -fever |
| 005 | F | 56 | AML M5a | -6:39, +1:31 | Pseudomonas cultured but no clinical sepsis | |
| 006 | M | 60 | AML(APL) | -5:00, +1:00 | ATRA syndrome | |
| 007 | M | 31 | AML | -12:00 | Possibly early sepsis? | Line Removal. |
| 008 | M | 44 | ALL (from CML) | -2:33, +3:42 | | Refused draws. |
| 009 | F | 39 | AML M5 (consol) | | Pharyngitis and Pneumonia | |
| 010 | M | 70 | AML(CMML) | -0:00, -6:22, +5:25 | ? | |
| 011 | M | 57 | AML M4Eo | -1:32, +0:33 | ? | |
| 012 | M | 49 | AML M7 from(CML) | -0:18, +4:47 | Suspected Septic Shock ITU (prior to neutropenia). From Pneumonia? | |
| 013 | F | 38 | AML M5 | -7:28, +0:40 | Positive cultures | |
| 014 | M | 60 | AML M0 | +6:40 | ? | Fever prior to sampling |
| 015 | M | 52 | AML with multilineage dysplasia | -5:30, +1:51 | Clinically septic day. Enteritis on CT. | |
| 016 | F | 62 | AML (bilineage) | No neutropenic spike yet. | Minor fever spikes, no other symptoms. | Missed non neutropenic spike |
| 017 | M | 52 | Pre B ALL | -2:54, +1:36 | ?? | Possible prior spike?? |

CRP Data

Since CRP values ranged very widely during the clinical study (from 0.1 – 268 ug/mL, a 2500-fold range) both between patients and over time within each patient, they were log-transformed. In the summary data below, we present both linear and log scale results.

Precision: Ten blood samples were analyzed in duplicate. The range of CRP concentrations was 0.7 – 268 ug/mL. The mean value was 62.5 ug/mL. The standard error of the estimate (SEE)/Mean was 13.9 %. When these data were computed for Log CRP values, the SEE/Mean was 7.1 %.

HOLMES0018578

Blood versus plasma: Four patients were evaluated over about one month with the following results from regression analysis of Log values (Log (blood value) [y] = b*Log(plasma value) [x] + a).

| Patient ID | Samples tested | Range (ug/mL) | Slope (b) | Intercept (a) | R |
|---|---|---|---|---|---|
| 001 | 15 | 0.1 – 224 | 0.951 | 0.027 | 0.997 |
| 004 | 29 | 3.8 – 239 | 0.947 | 0.052 | 0.965 |
| 005 | 13 | 14.8 – 218 | 0.934 | 0.224 | 0.870 |
| 006 | 14 | 18 – 210 | 0.951 | 0.0271 | 0.997 |

Representative samples from two patients comparing whole blood to plasma:



Protein-C Results: Patient 4 Time Course

HOLMES0018579



Patient 1

**Protein-C Data – Representative time courses for two analytes in one patient:**

The system was used to monitor patients over a course of chemotherapy. Time courses for a selected patient is shown below. Other clinical data were gathered as part of this study, and will be include in other publications.

The data for the two Theranos specific analytes are shown below were from a subject who became septic during the study and was moved to the ICU at time point 20. After briefly leaving (time point 50) he was returned to the ICU at time point 65. Protein-C values were initially somewhat low then fell dramatically to less than 0.5 ug/mL as sepsis occurred. In the ICU, levels climbed to 1 - 2 ug/mL. CRP was initially elevated but fell into the normal range until sepsis occurred after which levels spiked to extremely high values only falling after some time in the ICU.



Time course: Patient 4

Theranos Confidential                    Page 11

HOLMES0018580

Discussion of the difficulties of multiplexed assays encountered by some methodologies but obviated by the Theranos system.

The reference laboratory used a multiplexed assay method in which all the analytes are measured in a single well. Such methods have intrinsic limitations which caused problems in their assays for CRP and Protein-C. The other biomarkers measured in the multiplex were at low concentrations (pg/mL) so the sample cannot be diluted to any great extent. The multiplexed assays worked well for these low concentration analytes but very poorly for Protein-C and CRP. The Protein-C results correlated poorly with Theranos results and those of a commercial assay (Theranos and the commercial ELISA agreed very well). CRP results were not reportable because they were largely out of range high. It is evident that low and high concentration analytes cannot be combined in the reference method. It is likely that the CRP assay had never been set up for samples with such high concentrations and that the Protein-C assay was at the upper reportable range of the reference assay where precision is poor.

The Theranos System is designed to eliminate such problems. Specifically it can measure analytes at very low and very high concentrations with good precision in the same cartridge. This is achieved by (a) choice of a very sensitive assay method which has a very high dynamic range (10^4 fold) and (b) the ability to use more than one sample dilution level in the same multiplexed assay cartridge (2-fold to 10,000-fold). To illustrate this we show results of a Theranos Multiplexed Assay currently in clinical evaluation. The limit of detection for the high sensitivity assays is less than one pg/mL and the upper reportable concentration of the low sensitivity assay is 250,000,000 pg/mL (7.5*10^6-fold higher).

| Analyte | LOD | Highest reportable Range (pg/mL) |
|---------|--------|-------------|
| IL-6 | 0.4 | 1500 |
| TNF | 0.3 | 7500 |
| CRP | 70,000 | 250,000,000 |
| | | Range ug/mL |
| CRP | 0.07 | 250 |

Full Data - Representative time courses

One goal of this observational study was to identify the potential most informative biomarkers for predicting the onset of fever and sepsis. Subsequent mathematical and statistical modeling were undertaken to establish novel algorithms for identifying and characterizing the optimal combinations of biomarkers for monitoring such patients. The initial candidate marker set included: CRP, Protein-C, IL-6, IL-8, TNF-α, IL1-β, IL-10, MCP-1 and ICAM-1. These markers were chosen on the basis of previous research in both neutropenic fever and sepsis. They represent both pro- and anti-inflammatory sides of the cytokine response, the acute phase reaction, the Protein C system and adhesion molecule expression patterns. This provides an immunophysiologically broad range of molecule subtypes which are grounded in literature but have not before been tested as a single panel.

Results of the initial analyses for these biomarkers in a subset of samples from all ten evaluable patients are presented below. Representative time course for all analytes are presented below: Patients 1 and 4 became septic at time points 16 and 19 respectively, Patients 5 and 6 did not.

Theranos Confidential              Page 12

HOLMES0018581





HOLMES0018582





HOLMES0018583

**FER-160**

Time Series Analyses and Comparison of Individual Protein Markers

Marker to Marker Correlation

Methods

The time course for each protein marker was plotted and the time series of measures was analyzed. The relationships between pairs of markers were studied using a cross correlation function. This statistical function measures the correlations between protein levels across a spectrum of lag times, essentially, shifting one curve forward or backward in time and testing the translated time series against each other for correlation. The correlation between two series with a lag of 0 (zero), measures how much two protein track each other directly. When one applies a lag time of 1 (one) unit, a significant correlation suggests that one of the proteins precedes the other by one sampling unit, etc.

The output of the analysis is typically presented as histogram of correlation levels (y-axis) versus lag times (x-axis), and is termed a correlogram.

Results

Initial results for only one patient and particular pairs of protein markers are presented below. The patient presented herein is 001, and the relationships studied thus far are:

1.  Protein C and ICAM-1
2.  Protein C and MCP-1
3.  IL-10 and MCP-1
4.  IL-6 and MCP-1

These particular protein pairs were chosen because upon visual inspection it was vey apparent that Protein C and ICAM-1 tracked very closely with each other as did IL-10 and MCP-1 and IL-6 and MCP-1. As noted above, if any of these pairs yield a highly significant correlation (> 0.8), then when constructing the final biomarker, one should only choose one of the pair and the choice should be based on criteria such as accessibility, chemical tractability, etc

Further inspection suggested that spikes in MCP-1, IL-10, and IL-6 precede a drop in Protein C, as experienced at a fever spike.

The correlogram for Protein C versus ICAM-1 is given below.

HOLMES0018584



Figure 1 Protein C and ICAM-1

The zero lag correlation between the two marker proteins is 0.89 with significant correlations observed at one and two sampling unit lags (range 0.588 to 0.630). These results suggest that these two protein markers track quite consistently.

Similarly, the correlogram for IL-10 and MCP-1 suggests that the two proteins track quite well (See Figure 2, zero lag correlation = 0.867)

HOLMES0018585



Figure 2 IL-10 and MCP-1

Similar results hold for IL-6 and MCP-1 (See Figure 3, zero lag correlation = 0.911)

Theranos Confidential                    Page 17

HOLMES0018586



Figure 3 IL-6 and MCP-1

To test whether the Protein C and MCP-1 are temporally related in a "look forward" way, the cross correlation for this pair was also analyzed. The results are presented below in Figure 4.

HOLMES0018587



Figure 4 MCP1 and Protein C

In this case a more interesting pattern emerges. The correlations, though significant, are fairly modest (magnitudes ~0.45-0.50), and show two interesting dynamics: a lag of 1 to 3 sampling units between the two protein markers yields marked positive correlations (lag one correlation =0.495, lag 2 correlation = 0.453, lag 3 correlation = 0.467), suggesting that the two markers roughly track each other with a 1 to 3 sample interval offset. More interesting though is that a 7 sampling unit lag yielded a comparable negative correlation (-0.491) suggesting that as one marker goes up (MCP) the other falls about a 56 hours later (Protein C).

Predicting Fever

Fever, as a defense mechanism, results from the effects exerted on the hypothalamus by circulating cytokines, called pyrogens. These cytokines emerge from the immune system during an inflammatory response. The best known of these are IL-6, Il-1beta, and TNF-alpha. The primary goal of this initial effort was to use the time courses for these pyrogens to build a statistical model for the onset of fever.

Methods

A Partial Least Squares (PLS) model was constructed based on a pre-fever spike window of 36 hours. Measures for IL-6, IL1-beta, and TNF-alpha and their sample-to-sample fold changes were included in the saturated model. Concentrations were measured in pg/mL, and sample-to-sample fold changes in concentration were recorded and analyzed as follows:

HOLMES0018588

- The concentration data were first visually inspected for Gaussian normality, and a log transform was applied to correct for log-normality.
- Based on these measures, an initial PLS regression model was built that included all three pyrogens and their fold changes from sample to sample. The dependent variable in the model was time-to-spike (tts) based on when each sample was taken.
- This type of model characterizes the amount of variation accounted for in the covariance structures of the dependent vectors (times-to-spike) and the independent vectors (pyrogen levels).
- In this data set there were more independent variables than degrees of freedom which is termed the overfitting problem. To address the problem standard statistical model building tools like top-down elimination and bottom-up addition were employed. This process is termed feature selection.

Results

Using a bottoms up approach to feature selection, seven submodels were developed. The best model included all three pyrogens (log(IL-6), log(IL-1beta), and log (TNF-alpha)) and accounted for 975% of the total model covariance and 52% correlation with the dependent variable (tts).

In this small observation set, formal confidence intervals are meaningless. However, fully 80% of the predicted tts fell within a ten hour window of the observed tts. Significant patient to patient variation was observed and given a larger, appropriately powered study, a more complete modeling exercise will be undertaken. However, as a proof of principle, these data suggest that it is possible to model the onset of fever as a function of rate of change in the circulating pyrogen levels.

Classifying Sepsis

Methods

Clinical outcomes for the patients were defined as "Fever only", "Fever plus infection", and "Sepsis/SIRS". The underlying hypothesis driving this initial analysis is that the way one progresses to fever (as represented by the candidate pyrogen set) in conjunction with how one reacts after the fever has begun will predict with some statistical integrity the onset of sepsis.

A classifying multivariate analysis was performed using a standard validated technique (Discriminant Function Analysis) on the derived patterns for pre-spike IL-6, Il1-beta, TNF-alpha, and post-spike Protein C and CRP. The data were analyzed as follows:

- At the point of fever spike, the previous 36 hour trajectories for the three candidate pyrogens were analyzed for intra-vector correlations
- Based on these studies an extremely high degree of correlation was observed between the three (Greater than 0.8), and it was decided that the final model building exercise would concentrate on IL-6 and Il1-beta.
- Upon advent of the "fever spike", the trajectories for the two remaining pyrogen concentration curves were fit to a linear regression starting at time zero (time of spike) and ending at time -36 (36 hours prior to the spike).
- Two derived parameters, slope and intercept, were recorded for each pyrogen for each patient.
- The CRP and Protein C levels for each of the 8 hour intervals following the spike were also recorded, and added to the analysis.
- A Discriminant Function Analysis was performed on the set of 10 evaluable patients from which, a mean vector centroid for each clinical outcome set was determined.
- The Mahalanobis Distance from each patient to each centroid was then calculated,

Theranos Confidential                    Page 20

HOLMES0018589

and a Bayesian probability of class membership was calculated.

Results

10 of the 17 enrolled patients were considered evaluable. Two were determined by the clinical team to have experienced Sepsis/SIRS, three had infection with fever, and 5 had fever alone. The final model included the slope of the Il-6, the slope of the IL-1beta, and the CRP and protein C observed in a window between 8 and 16 hours post-spike. This modeled yielded 100% sensitivity and 100% specificity for assignment to the Sepsis/Sirs group.

Conclusions

This pilot study in acutely ill leukemic patients suggests that repeated measurements of blood markers can detect dynamic alterations and trends which forecast the occurrence of serious events like sepsis. As a result of the integration and modeling of the data, information which previously could not be characterized can be released promptly to medical teams who can implement individualized therapeutic interventions in a more time efficient manner. These findings are being further validated by adequately powered randomized clinical trials.



HOLMES0018590

**10628**

**To:**    Sunny Balwani[sbalwani@theranos.com]; Brooke Buchanan[bbuchanan@theranos.com]; Heather King[hking@theranos.com]; Elizabeth Holmes[eholmes@theranos.com]; Donald Tschirhart[dtschirhart@theranos.com]
**From:**    Kingshuk Das[/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KINGSHUK DASE2B]
**Sent:**    Thur 3/31/2016 10:38:48 PM (UTC)
**Subject:**    Re: statement

That works for me--it's accurate, in my opinion

---

 **From:** Sunny Balwani
**Sent:** Thursday, March 31, 2016 3:36 PM
**To:** Brooke Buchanan; Heather King; Elizabeth Holmes; Kingshuk Das; Donald Tschirhart
**Subject:** statement

King.  WSJ has asked if they can use the following statement we provided to them. can you please let me know if this seems reasonable? thanks.

"CMS surveys evaluate lab practices. The deficiencies cited refer to how certain Theranos technologies were used and not to the fundamental integrity of the technologies themselves.  The company's proprietary technologies have already been cleared for testing HSV-1 by the FDA. Separately, the majority of the CMS deficiencies were not related to Theranos proprietary technologies."

HOLMES0018731

**To:**    Elizabeth Holmes[eholmes@theranos.com]
**Cc:**    Sunny Balwani[sbalwani@theranos.com]
**From:**    Christian Holmes[/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHRISTIAN HOLMES]
**Sent:**    Tue 6/23/2015 2:07:40 AM (UTC)
**Subject:**    RE: touching base; opportunities

**15039**

Will do.  I actually responded to an email he wrote me about the same topic close to a month ago, but he never responded to that note.  I can call him per your comments below and also re-engage on his communication to me

---

**From:** Elizabeth Holmes
**Sent:** Monday, June 22, 2015 7:00 PM
**To:** Christian Holmes
**Cc:** Sunny Balwani
**Subject:** RE: touching base; opportunities

Please connect in with him on this – call him - and tell him I had appreciated his note

---

**From:** Lipset, Craig
**Sent:** Friday, February 20, 2015 6:24 PM
**To:** Elizabeth Holmes
**Subject:** touching base; opportunities

Hi, Elizabeth.  It has been YEARS since we last touched base, but you have clearly been busy.

I sit just down the hall from Morten Sogaard, and we exchange notes on a regular basis.  Recently two opportunities have surfaced with interest in exploring working with Theranos.

I have been working with some of our R&D teams on studies to leverage Walgreens in-store infrastructure as a clinical trial site.  For one upcoming project we were targeting stores in the Phoenix area hoping to incorporate the current Theranos installations.  That project team is currently working up the study protocol, and I am very optimistic it can be a long overdue opportunity to include Theranos in their testing for study participants.

Elsewhere, some of our teams in Pfizer Consumer Health have been investing in work to ensure that patients "known their number" with regard to lipids and cholesterol.  That team also had interest in learning more about Theranos.

I wanted to make sure these opportunities were known and connected back to you and your team.  Please let me know if you have someone else in Theranos who I should make aware.

All the best!
Craig

_____

**Craig H Lipset**
Head of Clinical Innovation
Pfizer



   

HOLMES0019232

**15041**

**To:** David Lester[dlester@theranos.com]; Lipset, Crai [█████████]
**Cc:** Unnikrishnan, Roop [████████] Seth Michelson[smichelson@theranos.com]
**From:** Elizabeth Holmes[/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES]
**Sent:** Wed 8/26/2009 6:19:18 PM (UTC)
**Subject:** RE: momentum -- IL-6

David,
Thanks for this.
I will connect with Seth today.
Let's talk to Roopa about our goals this Friday and we'll circle back from there.
Elizabeth.

---

**From:** David Lester
**Sent:** Wednesday, August 26, 2009 5:56 AM
**To:** 'Lipset, Craig'
**Cc:** Unnikrishnan, Roopa; Seth Michelson; Elizabeth Holmes
**Subject:** RE: momentum -- IL-6

Hi Craig,
I have cc'ed Seth Michelson to follow up with you.
Seth, all yours.
Elizabeth, anything further?
Let me know how I can help.
Regards
David

---

**From:** Lipset, Craig [█████████]
**Sent:** Tuesday, August 25, 2009 6:41 AM
**To:** David Lester
**Cc:** Unnikrishnan, Roopa
**Subject:** momentum -- IL-6

David,

We are pursuing several potential engagement as a result of the recent meeting together. One particular opportunity has momentum, however, and so I would like to suggest some quick follow-up and engagement with the product team.

A team developing a MAb for IL-6 has modeling needs. Their first-in-human trial has just begun – there would not be any analytical needs for this program (although samples may become available). However this could provide a good timecycle to engage the team, develop a model, and identify analytical potential. As discussed in the meeting, this provides an opportunity for engagement around early development, in particular around inflammation.

Could you suggest a technical resource who can discuss IL-6 modeling capabilities with this team?

Best,
Craig

---

Craig Lipset
Pfizer, Inc.
685 Third Ave, NY, NY 10017
[██████████]

HOLMES0019235

**To:** 'sdigiaimo@hotmail.com'[sdigiaimo@hotmail.com]
**From:** Susan DiGiaimo[/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SDIGIAIMO]
**Sent:** Mon 11/24/2008 3:15:05 PM (UTC)
**Subject:** FW: Next Steps/Action Items
Next Steps Action Items_SD Week of November 23 2008.doc

---

**From:** Susan DiGiaimo
**Sent:** Saturday, November 22, 2008 6:12 PM
**To:** Elizabeth Holmes
**Subject:** Next Steps/Action Items

Hi there   I have updated our next steps/action items document and will continue to work on it over the weekend.  I believe I have included most of the projects we are working on and proposed next steps and follow up.

I believe for all we need to start thinking about our modeling capabilities and how we can customize for a specific compound specifically for example, Cytofab   a compound that is already in Phase II of where we could make a huge impact   also a bigger push looking at research hospitals/institutions this is a completely different business model but can be very lucrative for us.

I hope to meet with you and Marc or at least have a TC on specific strategies for next year and beyond.  I have not been to CA since February 2008 and I believe it would be advantageous for me to come out early next year.  It would also be good to know what we are all working on going forward.

Also, can you confirm with Kelley my business cards as I still do not have them.

Best Regards,
Susan

*Susan*

**Susan DiGiaimo**
Corporate Account Manager
Theranos
Phone: (609) 978-0763
Fax:   (609) 978-0764
Mobile: (609) 713-4553
E-mail: sdigiaimo@theranos.com

*Learn more about the world's first biomonitoring and informatics system at  http://www.theranos.com*

HOLMES0019259

## Next Steps/Action Items Week of November 23rd, 2008

## Tier I - Key Accounts

1. **PICR   Angiogenesis Validation (VEGF, VEGFR2, PLGF)**
   o Alastair is re-running   sloppy   samples as the CV was high for the Theranos system as per our conversation with Andrew Hughes.
   o Scheduling TC with Caroline in regards to upcoming studies, grant approval process and opportunities for 2009.
   o   live   validation is still ongoing

2. **PICR-Apoptosis**
   o Study to be completed by end of December 2008, on target to complete.
   o Schedule TC with Alastair once study is completed to review feedback and discuss future opportunities

3. **BMS   GLP-1 Validation**
   o Final revisions of SOW, Terms of Services, and Invoice Document sent to BMS week of November 11th, 2008.
   o Andrea to finalize, internal process for signature may take a week.
   o Follow up with Andrea via VM and e-mail on November 20th and 21st regarding finalizing documents so we can finalize a study start time ideal 1st week of December.
   o Left Paul Rhyne e-mail and VM regarding MB116 project, follow up again week of November 24th, draft invoice.
   o Follow up with Donna on Phase IV, Pharmacovigilance contacts.

4. **Novartis- ACZ885 Pediatric Validation Study**
   o Study ongoing
   o Phase III follow on study to start early next year   adding more sites and Italy site to add an additional 100 patients
   o Working with Stefan to compile data we already have to present to John Varaklis and Emmanuele   send out week of November 24th
   o Follow up with sites and feedback on technology has been positive thus far

5. **Novartis-Reclast**
   o Trial has been delayed until end of 2nd quarter 2009.
   o Next meeting planned for 1st week of December.
   o Christina having meeting with the cardiovascular team
   o Schedule larger presentation and draft SOW to present to Christine prior to meeting in December.

HOLMES0019260

6. **Pfizer**
   - Elizabeth following up with Dr. Aidan Power
   - Susan following up with Dr. Scott Fountain   Senior Director Translational Science Pfizer   located in CA

7. **Centocor**
   - Contract signed and assay development has been initiated

8. **Eli-Lilly Protein C Validation**
   - Need more data to move discussions forward specifically wanting 510 (k) approval on sepsis cartridge, already have contract with Biosite
   - There is a need for a POC system as stated by their head of clinical research
   - Potential to work with key medical institution that works with Lilly as a way to showcase our systems

9. **AstraZeneca   CytoFab**
   - Awaiting Phase II results from latest study, should come in by end of this year.
   - Scheduling meeting for late January with key decision makers for the Cytofab team including Dr. Paul Newell.
   - Interested in data from the Recentin as well as apoptosis studies.

10. **AstraZeneca   AZD2171**
   - Study is ongoing   enrollment is slow but we expect to enroll enough patients (6) by end of year to provide the data Andrew Hughes is looking for.
   - Schedule follow up meeting with Dr. DeBono   investigator for study and well known though leader in oncology about additional studies/opportunities, new cost structure   target early 2009
   - Scheduling larger meeting for end of January discussing our modeling capabilities around Recentin, make sure to include Glen Clack and Nick Botwood   Medical Director for Recentin..

11. **AstraZeneca   Respiratory/Inflammation**
   - Left VM and e-mail for Harsukh in regards to upcoming study in China 500-600 subjects, Asthma/COPD markers, drafting SOW
   - Sent on November 20th potential assays of interest discussed with Seth, looked at a similar disease map
   - Elizabeth to send additional information around modeling
   - Scheduling meeting early in January 2009 to discuss our modeling capabilities

HOLMES0019261

o Following up with Harsukh on initial evaluation in-house on non-GLP samples to be performed early next year.

12. **AstraZeneca Obesity/Diabetes**
   o Scheduling TC with Dr. Bjorn Carlsson for week of December 8th, 2008 to discuss a path forward

13. **GSK Metabolic-Follow up Study for AXOR**
   o Corresponded with Becky on current AXOR study, they will have data by early February and will then make a decision on next steps, they are still working on the protocol for the follow on study and once the synopsis is complete she will send.

14. **GSK Oncology UK/US**
   o Elizabeth to follow up directly with Walter in regards to our modeling capabilities
   o Walter works with Pazopanib design program around
   o Discuss potential evaluation at GSK
   o Susan following up with Dr. Richard Wooster Senior Director, biomarker development, cancer metabolism in Collegeville works for VP Dr. Barbara Weber

15. **Celgene**
   o Elizabeth finalizing agreement with Randall
   o Left VM and sent e-mail to Garret Hampton head of biomarker group in San Diego- interested in meeting in 1st quarter of 2009 Pharmacodynamics key area

16. **Eisai**
   o Interested in a PAR assay timelines needed study start September 2009
   o Evaluation with current apoptosis panel and potential inflammatory panel to be performed at MD Anderson January/February 2009 will need to amend protocol/IRB approval
   o Elizabeth to confirm budget and timeframe
   o Andrew to contact Susan week of November 24th about upper managements comments and feedback on his suggested project
   o Cartridge would be used in combination with other PD assays most probably apoptosis and/or inflammation in future studies
   o Development would need to start ASAP

17. **Mayo Clinic**

HOLMES0019262

o Evaluation of the Theranos System performed in the endocrinology and metabolism unit by Dr. Vella (key investigator for Daiichi-Sankyo he also worked with Suku)
    i. GLP-1 Active and c-peptide analyzed
        1. 1 patient  6 time-points,
            a. 7:30am (2 samples run in duplicate) Result: 2.0pM, 2.1pM
            b. 8:00am: 1.8pM
            c. 8:30am: .7pM
            d. 9:00am: (GLP-1 infused) .2pM
            e. 9:30am: 113
            f. 10:00am: 103
o Results need to be confirmed and compiled by Stefan including Raw data and sent to Dr. Vella  will send to Susan first
o Dr. Vella was impressed with the results and was what he wanted to see and more based on the wide dynamic range and sensitivity of the assay
o Interested in performing study and publishing data on GLP-1 total and active starting February 2009
o Preparing Invoice for 2600 cartridges and 6 readers over 2 weeks
    i. Send to Jeanette Larson  study lead nurse, will send to administration for review with Terms of services document
o Development of GLP-1 total assay  upcoming Daiichi-Sankyo study will involve this analyte- need to recoup costs here  Dr. Vella stated that if all goes well in his study he will publish data and share with others at the Mayo Clinic, technology has potential to replace current assay systems.
o Dr. Vella is on his honeymoon for 3 weeks returning 2nd week in December, will discuss Daiichi-Sankyo study then  doesn t have specifics he needs to speak to Suku, will start end of 1st quarter next year

18. **Daiichi-Sankyo Metabolism/Sepsis**
o Working with Dr. Vella to identify specifics around upcoming study  1st Quarter 2009
o Call Suku to discuss development costs around GLP-1 total
o Follow up with Abdel week of November 24th
o Confirm if we have supplied them the information they have requested as far as technical information from vendors

19. **Sanofi-Aventis**
o Elizabeth to review Apidra proposal and send to Susan week ending November 28th
o Schedule TC with Michelle and Dr. Noah Rosenberg to discuss potential project  December 2008
    i. Identify key thought leader of whom he regards as the best in his field
o Susan scheduling TC with Dr. Andre DeGenio as well as head of oncology programs Dr. Nabbibou

HOLMES0019263

## Tier II Accounts

1. **Novartis Oncology**
   - Working with Michael Shi- head of biomarker oncology group to identify project, interested in angiogenesis and apoptosis markers   how to get into his heads ASAP
   - Left VM and e-mail to RAD001 lead to identify potential synergies prepare proposal around modeling for RAD001 and provide to John Hohneker as well as Dr. Rashan Hasad.

2. **Novartis   Institute for Biomedical Sciences   Cambridge, MA**
   - Scheduling meeting Humphrey   head of biomarker group oncology for 1st week of December   goal is to schedule an initial evaluation   they pay for cartridge/reader costs.

3. **Millennium**
   - Send to Hadi Apoptosis comparison data (Theranos vs. ELISA ) week of November 24th   Elizabeth to review data from Ian
   - Schedule follow up TC with Hadi in December 2008 to discuss a path forward and project specifics
   - Susan to identify with Julie other teams within different areas as well as those additional individuals in our meeting to have follow up calls with

4. **BMS   Antibody development/Phase IV Ixebepilone/Dasatinib**
   - Elizabeth finalizing agreement with Andrea

5. **UCB Pharma Inflammation**
   - Re-organization has occurred, Richard to contact me beginning of January 2009 to discuss potential synergies.

6. **Amgen-Inflammation**
   - Elizabeth following up with Scott Patterson   Medical Sciences Director and head of their biomarker initiative

7. **Merck/Serono - Bone**
   - Elizabeth following up to move project forward or identify other opportunities.

8. **Merck/Serono   Fertility**
   - Elizabeth following up.

## Tier III Accounts

HOLMES0019264

**9. Wyeth**
- o Call scheduled for week of December 1st with Dr. Ole Vesterquist    VP translational medicine, biomarker development
- o Key oncology research director, Dr. Allen Lee in Cambridge, contact to set up meeting, left VM Friday, November 21st, 2008.

**10. Solvay Pharmaceuticals**
- o Interest from John Brennan head of clinical development, met with back in the Summer of 2007, Medical Director for obesity is also interested in meeting
- o Interested in metabolic, neuroscience, experience with vaccines (titer levels, influenza vaccine) as well as hormone replacement men and women
- o Scheduling meeting for early to mid January 2009.

**11. Schering-Plough**
- o Elizabeth connecting with Jim Mcleod and moving specific project forward

Interest and follow up from the following companies:

Gilead Sciences
BayerHealthcare
Takeda
Schering-AG
Genzyme
HGSI
Medimmune

HOLMES0019265

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Carolyn Balkenhol[/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CBALKENHOL]
**Sent:** Wed 3/3/2010 5:51:24 PM (UTC)
**Subject:** Please call me before your Merck call - just had a great call with Connie Cullen

Here are the notes I took, but I m worried that I won t be able to say it right in writing:

She s super swamped, because she will be running the combined Merck/Schering-Plough bioanalytic groups.

She said someone in her group reviewed the draft validation from a long time ago and thinks it would be helpful to have the scientists talk one on one. Then she started talking about running the combined groups and said that they ve done a high level analysis within the new organization and that the Merck folks are intrigued by it at which point I said that (this is where I was a little nervous, because I wasn t sure if I should say except that I was trying to sell, so I figured I needed to) now that they re deal s closed I could say that we have been working with Merck, as well, and that, in fact, you have a conversation with them today. She asked who your contacts were, and I said there are a bunch of them but mentioned Tom Fare (and gave her his title she said she wished she had that job) and Frank Sistare, whose title I didn t have. We talked about acquisitions (my mentioning Oracle as a segue) and how hard it is to sort out the workers from the fakers and trying to connect the two companies doing work with the same entity and that often it s easier to connect the dots from the outside. She said you should feel free to mention her name to the Merck folks and that it s known that she ll be running that group.

She then started asking about the state of the contract (and I REALLY felt like a salesperson!) and that she d need to check in with Jim McLeod, who was the person who was handling it but that she thought it was actually ready to go! I said that I wasn t sure about all of that but that I d check into it while she figures out who should talk to Gary and our scientists.

All in all, it was awesome, I think.

Calling her every single morning for the last 3 weeks finally paid off ☺

HOLMES0019266

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Sakul, Hakan[hakan.sakul@pfizer.com]
**Sent:** Tue 10/29/2013 10:42:57 PM (UTC)
**Subject:** FW: Following up on your technology

Looks like I misspelled your company name in my previous email!
It was very nice to see you yesterday.

**Hakan Sakul, PhD**
| Exec Dir and Head of Diagnostics , Worldwide R&D |
| La Jolla Site Head, Development Operations |
| Biotech Development Group, Development Operations |
| Pfizer Inc | 10555 Science Center Drive, CB10/2225 | San Diego, CA 92121
| ▮▮▮▮▮▮▮ (O) | ▮▮▮▮▮▮▮ (C) | hakan.sakul@pfizer.com
Administrative Assistant: Sally Skerritt (Phone: ▮▮▮▮▮▮▮ Email: Sally.Skerritt@pfizer.com)

_____
**From:** Sakul, Hakan
**Sent:** Tuesday, October 29, 2013 3:40 PM
**To:** eholmes@theranos.com; Christian Holmes; dyoung@theranos.com
**Cc:** Naeve, Gregory; Sogaard, Morten
**Subject:** RE: Following up on your technology

Dear Elizabeth, Christian, and Daniel,

I wanted to add my thanks as well.  It was very nice to meet with you (and seeing you again, Elizabeth) and learn about the great progress Theranos has made over the years.  I do hope that we will find ways to work together.  Above all, it is really encouraging to see that personalized attention and the practice of precision medicine is indeed within a patient's reach now, thanks to your technology and your collaboration with pharmacies.  I look forward to further conversations with you.

Regards,
Hakan

**Hakan Sakul, PhD**
| Exec Dir and Head of Diagnostics , Worldwide R&D |
| La Jolla Site Head, Development Operations |

| Biotech Development Group, DevOps -  Worldwide R&D |
| Pfizer Inc | 10555 Science Center Drive, CB10/2225 | San Diego, CA 92121
| ▮▮▮▮▮▮▮ (O) | ▮▮▮▮▮▮▮ (C) | hakan.sakul@pfizer.com
Administrative Assistant: Sally Skerritt (Phone: ▮▮▮▮▮▮▮ Email: Sally.Skerritt@pfizer.com)

_____
**From:** Sogaard, Morten
**Sent:** Tuesday, October 29, 2013 4:31 AM
**To:** eholmes@theanos.com; Christian Holmes; dyoung@theranos.com
**Cc:** Sakul, Hakan; Naeve, Gregory; Sogaard, Morten
**Subject:** RE: Following up on your technology

Dear Elizabeth, Christian and Daniel,

Thank you for an exciting afternoon yesterday. We are very much looking forward to further interactions.

As discussed I will follow up separately with Christian regarding a new 2-way CDA.

HOLMES0019267

Kind regards,
Morten

Morten Sogaard | Executive Director, Head Biotechnology & Precision Medicine, External R&D Innovation, Worldwide R&D | Pfizer Inc

235 East 42ⁿ Street, Office 235/6/21 | New York, NY 10017 | Phone: ███████ | Mobile ████████ | morten.sogaard@pfizer.com

Assistant: rosetta.giurdanella@pfizer.com | Phone: ███████

HOLMES0019268

To:     'Sogaard, Morten'[Morten.Sogaard@pfizer.com]; Giurdanella, Rosetta[Rosetta.Giurdanella@pfizer.com]
Cc:     Elizabeth Holmes[eholmes@theranos.com]; Sakul, Hakan[hakan.sakul@pfizer.com]
From:   Christian Holmes
Sent:   Thur 1/9/2014 6:12:12 AM
Importance:    Normal
Subject:  RE: Meeting at JPM - Theranos/Pfizer
Received:     Thur 1/9/2014 6:12:18 AM
Pfizer_Theranos_System_Final Report.pdf
Theranos_Pfizer_external_vF.pdf

Morten,

Thanks for the note, and we look forward to seeing you next week.

Attached to this email is the slide deck you requested, which was also presented during our most recent meeting here in Palo Alto. Please note that due to the confidential nature of this document, the following credentials are required for access within Pfizer:

     LOGIN: pfizer

     PASSWORD: theranosconfidential

Also attached is the report for our program with Pfizer that we ran in the past, for your reference.

Please let me know if there are any questions.

Best regards

Christian

---

**From:** Sogaard, Morten [mailto:Morten.Sogaard@pfizer.com]
**Sent:** Wednesday, January 08, 2014 5:59 AM
**To:** Christian Holmes; Giurdanella, Rosetta
**Cc:** Elizabeth Holmes; Sakul, Hakan; Sogaard, Morten
**Subject:** RE: Meeting at JPM - Theranos/Pfizer

Hi Christian,

Sorry for the late reply I was incapacitated due to a bad cold but back again – this time of year....

Very sorry again for the inconvenience caused by changes at our end. We look forward to seeing you at the reception and will introduce you to some of our key leaders. it is usually a very good event. We also look forward ot seeing you and Elizabeth at our Face to F ace meeting.

If you get a chance to share a slide deck with us ahead of time that would be ideal so that we can entice a few senior colleagues ahead of the reception and our meeting.

Rosetta,

Please make every effort to accommodate the time request form Christian and Elizabeth (I can help you move other meetings as needed).

Best regards,

Morten

Confidential             THPFM0004782254

**From:** Christian Holmes [mailto:cholmes@theranos.com]
**Sent:** Monday, January 06, 2014 2:40 PM
**To:** Giurdanella, Rosetta
**Cc:** Sogaard, Morten; Elizabeth Holmes
**Subject:** RE: Meeting at JPM - Theranos/Pfizer

Hi Rosetta –

Per the timing options provided, the best time for our CEO is January 14th from 1 – 130 PM. We are also happy to host a meeting for the individuals traveling to JPM at our offices in Palo Alto, in addition to this meeting in San Francisco. If this is of interest, I can help coordinate.

Unfortunately Elizabeth will not be able to make the reception on the 14th due to previously scheduled commitments, however I will be in attendance with one of our Senior Product Managers as well.

Please let me know if you have any questions.

Best regards

Christian

*(I am following up with the slide deck requested, and intended to provide feedback on the timing options as well at that time in a single email – the deck will be sent over later today)*


**From:** Giurdanella, Rosetta [mailto:Rosetta.Giurdanella@pfizer.com]
**Sent:** Monday, January 06, 2014 11:29 AM
**To:** Christian Holmes; Elizabeth Holmes
**Cc:** Sogaard, Morten
**Subject:** RE: Meeting at JPM - Theranos/Pfizer

Dear Christian,

I was just following up to see if we can firm up a meeting at JP Morgan. Morten had suggested that we maybe keep the original timing – ie Tuesday at 4pm PST. Can you let us know if that will work on your end?

Thank you and regards,

Rosetta


**From:** Christian Holmes [mailto:cholmes@theranos.com]
**Sent:** Friday, January 03, 2014 12:02 AM
**To:** Sogaard, Morten; Elizabeth Holmes
**Cc:** Giurdanella, Rosetta; Sakul, Hakan
**Subject:** RE: Meeting at JPM - Theranos/Pfizer

Morten,

Happy New Year to you as well. Thanks for the note and explanation – I've shared the timing options that Rosetta sent me this morning with Elizabeth's office, and will get back to Rosetta on that shortly. I'll also follow up with information per your request for the overview deck.

Best regards,

Christian

Confidential                                                                 THPFM0004782255

**From:** Sogaard, Morten [mailto:Morten.Sogaard@pfizer.com]
**Sent:** Thursday, January 02, 2014 12:25 PM
**To:** Elizabeth Holmes; Christian Holmes
**Cc:** Giurdanella, Rosetta; Sakul, Hakan; Sogaard, Morten
**Subject:** RE: Meeting at JPM - Theranos/Pfizer

Dear Elizabeth and Christian,

Happy New Year !

I just wanted to make sure to make the point that we are still very excited about Theranos and in meeting up at JP Morgan, and explain what happened to the meeting with Mikael Dolsten.

Mikael had originally planned to spend two days at JP Morgan but now will be there only for a few hours, which will primarily be focused on companies in later stage negotiations.

Hakan and I will make sure to introduce you to Mikael and other key leaders during the partnering reception if you can still make it.

Now that we have a CDA in place would you be able to share a confidential slide deck with us – e.g. the one you showed to us in Palo Alto or something similar ?

This would be very helpful for raising awareness and enthusiasm internally about Theranos. We would share only with a few senior leaders.

Kind regards,

Morten and Hakan

---

**From:** Christian Holmes [mailto:cholmes@theranos.com]
**Sent:** Monday, December 30, 2013 2:55 PM
**To:** Halston, Susannah
**Cc:** Sogaard, Morten; Giurdanella, Rosetta
**Subject:** RE: Meeting at JPM – Theranos/Pfizer

Susannah –

Thanks for letting me know. I will forward this to Elizabeth's office as well. If you have alternate dates/times in mind, please let me know.

Regards

Christian

---

**From:** Halston, Susannah [mailto:Susannah.Halston@pfizer.com]
**Sent:** Monday, December 30, 2013 11:02 AM
**To:** Christian Holmes
**Cc:** Sogaard, Morten; Giurdanella, Rosetta
**Subject:** RE: Meeting at JPM - Theranos/Pfizer

Dear Christian: Unfortunately, Mikael Dolsten's schedule has changed and we will need to cancel the meeting schedule at JPM but will try and find another time when Morten Sogaard and key colleagues can meet with your group. My teammate Rosetta will work with you to schedule the

Confidential                                                                    THPFM0004782256

replacement meeting. Sorry for the inconvenience and best wishes for the New Year. Regards, Susannah

Susannah Halston

212.733.6259

**From:** Christian Holmes [mailto:cholmes@theranos.com]
**Sent:** Saturday, December 07, 2013 5:00 PM
**To:** Halston, Susannah
**Cc:** Sogaard, Morten
**Subject:** RE: Meeting at JPM – Theranos/Pfizer

Susannah –

Thanks for providing these timing options. Tuesday the 14th at 330 PM PT works well for our CEO. Please send the meeting invite to me, as well as to our CEO's assistant (lgarriott@theranos.com), and she can put it directly on Elizabeth's calendar.

Please let me know if you need any other information from our end.

Best regards

Christian

**Christian R. Holmes**
Director | Product Management
Theranos, Inc.

Office: 650.470.6145
Mobile: 650.561.2151

cholmes@theranos.com

**From:** Halston, Susannah [mailto:Susannah.Halston@pfizer.com]
**Sent:** Wednesday, December 04, 2013 1:25 PM
**To:** Christian Holmes
**Cc:** Sogaard, Morten
**Subject:** Meeting at JPM – Theranos/Pfizer

Dear Christian: I am contacting you to schedule a meeting during the JPM conference next month with Pfizer's R&D President Mikael Dolsten and key members of our team at the request of Morten Sogaard. Please let me know if I should work with you directly or if there is a member of your team with whom I can interface on scheduling.

We could offer Tue Jan 14 at 3:30 pm PST. Another option is Mon Jan 13 at 3 pm.

Once we have an agreed time, I will forward an invitation from Uwe's calendar with attendees and location in San Francisco. Many thanks. Regards, Susannah

**Susannah Halston**

Administrative Lead to Uwe Schoenbeck

Chief Scientific Officer & Senior Vice President

External Research & Development Innovation (ERDI)

Confidential                                                      THPFM0004782257

**Pfizer Worldwide Research & Development**

235 E 42 Street, NY, NY 10017

212.733.6259 direct phone

susannah.halston@pfizer.com

Confidential

THPFM0004782258



CONFIDENTIAL



Theranos Angiogenesis Study Report

Pfizer, Inc.

**Document Outline:**

- ∞ Introduction to Theranos
- ∞ Background on Theranos Studies
- ∞ Economic Impact of Theranos Systems to Pharma
- ∞ Angiogenesis Program Overview
  - ○ Study design
- ∞ Theranos System Overview
  - ○ Specifications
  - ○ Theranos System Performance
- ∞ Theranos Field Study
  - ○ Field Performance Overview
  - ○ Trial Data
  - ○ Evaluation of time course results from individual patients
  - ○ Review of generated data, in aggregate by patient ID, sex, cancer type, treatment, etc.
  - ○ Integrated patient information, including date and time of monitoring, medication received, self evaluation of overall health status of each patient and other clinical data in a comprehensive format
  - ○ Assessment of the technical performance of the Theranos System
    - ▪ Data transmission % success and mode of transmission used
    - ▪ General performance information as logged via the Customer Care line
    - ▪ Assessment of patient compliance with protocol
  - ○ Summary of patient and clinical staff assessment of the Theranos System and the Client Solutions team via end-of-study surveys
- ≈ Conclusions
  - ○ General
  - ○ Technical
  - ○ Economic

**Introduction to Theranos:**

Accurately, rapidly, and effectively profiling the efficacy dynamics of a therapy in clinical studies is an unmet need that has long challenged the conventional blood testing infrastructure.

Theranos has demonstrated in clinical studies that more frequent longitudinal time-series measurements on fresh whole blood samples with a multiplexed platform that eliminates the noise (and inability to accurately characterize very broad dynamic ranges) of conventional tests is imperative to effectively characterizing physiological changes and the efficacy of any intervention.

Theranos' wirelessly integrated data analytical system allows for 'baseline' profiles of pathway dynamics to be created and updated automatically as data is generated in the field. If needed, analyte selection or frequency of sampling can be adjusted at any time during the study based on the data coming in.

In future studies within a given indication, the data analytical infrastructure can be used for predictive modeling wherein new patient data can be indexed against the stored baseline profiles for earlier reads on efficacy dynamics and dose-response.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

1



CONFIDENTIAL



**Background on Theranos Studies:**

Every day gained in getting a new brand to market can be measured in millions of dollars.

Time is a major factor of cost of development of a new drug. For years the pharmaceutical industry has worked to drive every day possible out of the development process, and has reached a point where the physical limitations around the timelines for statistically significant data acquisition primarily determine the time to market.

Theranos Systems revolutionize those timeline constraints by enabling instant access to higher quality data and exponentially faster reads on efficacy and safety dynamics from the initiation of clinical trials. In doing so, Theranos is laying the foundation of a new growth model for pharma.

Theranos Systems radically impact revenues and growth on new and existing drugs in ways that were previously not possible:

  ♦ Faster approvals and studies – Immediate access to results enables immediate decision making and planning; early reads on efficacy dynamics and dose optimization for sub-populations through more comprehensive longitudinal PK/PD profiling
  ♦ Reimbursement and differentiation - Concrete reads on efficacy dynamics and visibility into mechanisms of action to optimize compounds dynamically
  ♦ Rapid access to multiple markets pre and post-approval - early reads on efficacy through trends in the change in rate of key markers allow for rapid label expansion
  ♦ Amelioration of safety concerns – more accurate reads on actual pathway dynamics enable rapid optimization where beneficial and delineation of patient sub-populations

**Economic Impact of Theranos Studies to Pharma:**

Based on Theranos' previous experience, predictive modeling and more comprehensive longitudinal profiling has resulted in the demonstration of meaningful dose-response and efficacy dynamics profiles in 6 month timeframes where the conventional infrastructure took two years and was still not able to generate hard correlations. An 18 month time-savings, not to mention the ability to gain insight into methods for optimization for label expansion, can conservatively be equated to hundreds of millions of dollars gained. With industry estimates at $1-3M a day for the value of each day gained in time to market, even 6 months saved ranges between $180M and $540M in return on investment.

Equally, once the infrastructure has been implemented, future studies are requiring about 25% fewer patients, reducing the patient costs, number of sites required, assay development, reagent screening, and infrastructure costs for shipping and processing samples through ambulatory point-of-care monitoring.

Overall savings on 6 month trials once the data analytical infrastructure has been established have averaged 50% of the cost of running an equivalent trial through the conventional infrastructure, further saving millions of dollars. As the data analytical engine evolves after the first 6 month study, costs are further reduced in each follow-on study, covering the cost of Theranos infrastructure and units many times over.

Ultimately though, the greatest economic return on investment lies in the ability to expand percentage market ownership through visibility into pathway dynamics that enables rapid characterization of responder populations in ways previously not possible. This capability enables

Confidential

THPFM0004782260



CONFIDENTIAL



commercialization of 'targeted blockbusters' by redefining a company's historical success rate in realizing the target product profile of each drug once it hits the market.

**Angiogenesis Program Overview:**

The primary objective of the present program was to demonstrate the functionality of Theranos Systems in such a way that future studies could fully leverage the power of comprehensive longitudinal time-series profiling for rapid compound optimization and development.

For this program, Theranos was asked to develop multiplexed point-of-care assays for VEGF and PlGF for use in monitoring patient pharmacodynamic response to anti-angiogenesis therapies. Because the development of VEGFR2 in that multiplex was desirable as a tool for use in future studies, Theranos developed the assay and included it in the point-of-care multiplex.

In this program, Theranos validated not only functional equivalence, but superior performance specifications of the Theranos multiplex to each of the respective 'gold-standard' kits.

An Interim Report on Assay Development was submitted to Pfizer in Q2 '07 upon successful completion of assay development.

As planned for at the interim update meeting with Pfizer, the first patient began participating in the study in July of 2007. In order to fast-track the program timeline, Theranos contracted an independent site - Tennessee Oncology Center.

Enrollment of Sutent patients at this site was very slow; from the time patient screening began (early 2007) and after discussions with respective members of the Pfizer team, the protocol was revised several times to increase the frequency of monitoring but reduce the total number of patients and shorten the monitoring cycles per patient. Likewise, enrollment criteria were broadened to include patients on other therapies with whom trends in the relevant markers could also be profiled.

In doing so, statistical significance in meeting the study goals could still be ensured. Multiple IRB submissions were filed. Final IRB and Informed Consent Forms were included in two interim update reports sent to Pfizer.

*Goals of Study:*
1. Generate preliminary data on VEGF and PLGF trends in cancer patients while assessing the use of the Theranos System in the hands of clinicians and patients.
2. Obtain feedback and recommendations from clinical staff.
3. Assess the use of the Theranos System in the hands of ambulatory patients at home.
4. Assess the Ambulatory Bioinformatics Communications System[1] including the physician and patient web portals as well as the data reports generated.

*Study design:*
Patient screening began in January 2007, once the final site was selected, enrollment began. In July of 2007, the first patient was enrolled in the trial. This trial consisted of very ill late-stage (4th line) cancer patients with various tumor types receiving a variety of therapies at the Sarah

---

[1] The Ambulatory Bioinformatics Communication System (formerly known as ABCS) was rebranded as TheranOS, the Theranos Operating System.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

3



CONFIDENTIAL



Cannon Research Center at Tennessee Oncology (TNONC) in Nashville, Tennessee. The patients in the study typically resided in very remote locations across the eastern US. Almost all patients were not computer literate, and most were from low income families, unable to afford private telephone service.

The Theranos angiogenesis monitoring system was evaluated for clinical efficacy and as a means of more accurately and effectively monitoring cancer therapy and the progression of solid tumor cancers from a mechanism-of-action perspective. 32 patients were enrolled. Various cycles of therapies were monitored as well as physical changes in tumor size.

Four of the patients retracted consent to the study, three of them due to family problems and one due to mental and physical instability. Thus, Theranos increased the targeted enrollment number to ensure that the goal of demonstrating performance across significantly significant patient numbers would be met. That goal has now been achieved. To realize the goal, some patients had extended (60 day) monitoring periods.

Since Theranos has the ability to continue monitoring patients under the existing IRB and given the power of some of the correlations which are becoming apparent, Theranos may continue monitoring those patients for an extended period of time.

Enrollment was unpredictable and slow. All installations and shipments completed for this study were done on-demand with less than 24 hours. As part of the installation procedure, Theranos' client solutions team has performed at-home installations and pick-ups for many weak patients.

For each patient, a total of up to 14 time points were collected during the month-long analysis period, 3-4 time points taken at the clinic and the other 10-11 time points taken in-home. Both finger-stick and venous samples were taken during each clinic visit, while only finger-stick samples were run in-home. The venous draw samples were run on the Theranos System in the clinic at the time of the draw; these samples were also processed so that the plasma and/or serum was analyzed using a reference method.

Venous samples were processed using reference methods and provide an archive of 41 anti-coagulated plasma and serum samples which were frozen and have subsequently been analyzed at Theranos.

**Theranos System Overview:**

The Theranos System is comprised of consumer-oriented readers, single-use cartridges containing assay chemistry and controls, and a data collection system that communicates through cellular networks with the instrument to provide assay protocols and to compute and display results.

The steps required of a new patient are to 1) take the machine out of the box and 2) plug it into a power source. The touch-screen then walks each patient through the process of poking his/her finger, depositing blood into the cartridge, and placing the cartridge in the reader drawer. The instrument then processes the assays and sends the data through the cellular network in real-time to a secure web-portal.

Theranos Systems allow for quantitative, multiplexed longitudinal time-series measurements to map correlations between the rate of change of blood-borne markers over time to surrogate and clinical end-points.

Confidential

THPFM0004782262



CONFIDENTIAL



Specifications:

- ❖ Designed for at home use. Can also be used in physician's offices, ICU, and laboratories.
- ❖ Multiplexed measurement of biomarkers.
- ❖ Customizable for different/new assays on demand.
- ❖ Average 6 measurements per cartridge
- ❖ Serial measurements to comprehensively profile pharmacodynamic response through trends
- ❖ Runs fresh whole blood, plasma or serum samples
- ❖ Finger-stick – small sample size
- ❖ Mix and match selection of analytes on demand.
- ❖ Wide measurement range
  - ○ pg/mLl – mg/mL (1 billion fold)
- ❖ High sensitivity
  - ○ 0.2 pg/mL (2 parts per 10-billion)
- ❖ Analyte Recovery: ~100 %
- ❖ System CV post-calibration (inter-intra reader, cartridge, and assay): < 10 %
- ❖ On-board chemistry controls
- ❖ Factory calibration (no user calibration)
- ❖ Wireless communication of results to appropriate user through cellular network
- ❖ Proprietary algorithms to interpret time trend results

The existence of a technology infrastructure for home, real-time blood monitoring allows collection of information which cannot be obtained using conventional blood testing scenarios:

- ❖ Small sample (finger-stick) + more frequent sampling of a small subset of analytes enables:
  - ○ Identification of appropriate analytes (greatly helped by more frequent sampling)
  - ○ Earlier detection of efficacy and safety and acute problems so intervention (for example, dose modification or change in drug type) can be more effective
  - ○ Convenience of monitoring through-out a time-course before an event
- ❖ Higher sample integrity; real-time sample analysis on fresh whole blood on a standardized platform which can be deployed at any location (world-wide) eliminates assay inaccuracy associated with commercially available tests performed on samples which are "old" by the time they are analyzed.
  - ○ Elimination of erroneous results (caused by analyte instability ) and inherent errors in data and patient correlations (caused by processing data at various contract locations)

Confidential

THPFM0004782263



CONFIDENTIAL







For this study, an instrument was deployed in the home of each patient; four others were installed at the Cancer Center.

Three assays were performed simultaneously in multiplex by the system on a finger-stick sample of fresh whole blood. The analytes were Vascular Endothelial Growth Factor (VEGF), soluble VEGF receptor R2 (sVEGFR2, usually referred to as VEGFR2) and Placental Growth Factor (PLGF). Each assay was controlled using within-cartridge control measurements.

The system was calibrated at Theranos. Multiple cartridge lots were produced each with successively more clinically relevant specifications once samples were received from patients in the trial, as samples were not available during assay validation. Each lot was independently calibrated.

*Traceability of calibration*: Calibration is traced to authentic analytes dissolved at known concentrations in a plasma-like matrix. Calibration materials are prepared as mixed solutions of the three analytes. Assignment of calibrator concentrations is then made to values found for measurements of calibrators using reference assays.

*System Performance Goals*:

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 10 |
| VEGFR2 | 150 | 15,000 | 10 |
| PLGF | 5 | 1,000 | 10 |

*Assay ranges achieved*:
The goals for each assay's dynamic range were achieved. Due to the inability to receive samples for calibration at the beginning of the studies, the upper limit of calibration for VEGF was restricted to 3,000 pg/mL in the first cartridge lots, but then extended[2] to 10,000 pg/mL. For early cartridge lots the PLGF assay lower limit of sensitivity was 50 pg/mL. Therefore, many early results for PLGF were out-of-range low ("OORL"). Lots produced after receiving samples for calibration have reportable ranges below 20 pg/mL.

---

[2] All three assays have a linear dose-responses extending far above the highest calibrator used.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

6

Confidential

THPFM0004782264



CONFIDENTIAL



*Specificity:*
The specificity of the assays depends on the pairs of antibodies chosen for each assay. In the first instance, we rely on the antibody vendor information. Selected pairs are known to have good specificity in ELISA assays. Key issues for these analytes are (1) the structural relationship of VEGF and (2) the fact that VEGF binds to sVEGFR2. We have shown that the Theranos assay system is not affected by the presence of VEGF and VEGFR2 and PLGF in the same samples. In many patients in this study, the drug Avastin is used. This drug is an antibody that binds to VEGF. It is obvious that ELISA assays for VEGF (and perhaps VEGFR2) using antibody pairs are likely to be interfered with by Avastin. As documented below, Theranos assays for VEGF and VEGFR2 appear to function with minimal interference from Avastin. In contrast, the selected reference assay for VEGF is strongly interfered by Avastin.

Theranos System Performance:

*Assay accuracy:*
Accuracy has been evaluated by analysis of clinical samples. Two sets of samples have been used: (1) A set of 12 serum samples from cancer patients (obtained from a commercial vendor), (2) 41 archived serum and plasma samples from this study. Because Avastin was used to treat many of the patients in the TNONC study and this antibody strongly interferes with the reference method, we used the commercially available samples for VEGF assay evaluation.

Twelve serum samples were assayed (singlicate) in the Theranos system and in duplicate for the reference method with the following results:

VEGF: y (Theranos) = 0.785 x (reference) + 95.2; R^2 =0.99. Range 96 – 1985 pg/mL. One sample was rejected from the analysis giving very high results in the Theranos system and low results in the reference assay. Based on the study data, it seems likely this patient was being treated with the drug Avastin, which interferes with the reference assay.

Confidential

THPFM0004782265



CONFIDENTIAL

**Single cartridge clinical results**



For VEGFR2, 39 TNONC samples were assayed in triplicate in the Theranos system and duplicate for the reference method. The results were: y (Theranos) = 1.29 x (reference) + 1004; R =0.83. Range 1015 – 9285 pg/mL.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

8

Confidential

THPFM0004782266

 

CONFIDENTIAL



For the initial PLGF samples analyzed by Theranos in the field and with the reference method the results fell mostly in the undetectable range of both methods. Once the Theranos calibration was re-optimized, values became detectable from 5-17 pg/mL in the out-of-range-low venous samples sent to Theranos.

A significant correlation was achieved during validation on normal serum samples from twenty pregnant women assayed in quadruplicate. They were analyzed on both the Theranos system and the reference R&D Systems kit. The following results were obtained: y (Theranos) = 1.26*x (R&D Systems); R = 0.96. The average within sample CV for the Theranos results was 9%. One sample (shown in pink) below gave discrepant results.

Confidential

THPFM0004782267



CONFIDENTIAL



When the results for patients were segregated by trimester and averaged, the concordance shown below was found.

Confidential

THPFM0004782268



**CONFIDENTIAL**





*Effect of Avastin on the reference VEGF assay:*

Comparison of reference and Theranos VEGF assay results for venous samples were not correlated. Many Theranos results were in the thousands of pg/mL where reference assay gave a low value. Since it was noted that many of the patients had been treated with Avastin which binds to VEGF, Theranos did a study of spike recovery for the reference method. VEGF (400 pg/mL) was added to each sample and the assay repeated. Results are shown below:

| Avastin Present | VEGF average, pg/mL Ref | VEGF average, pg/mL Theranos |
|---|---|---|
| N | 149 | 588 |
| Y | 136 | 8359 |

| | VEGF spike recovery, % | |
|---|---|---|
| N | 66.5 | |
| Y | -1.3 | |

It is evident that Avastin completely blocks the reference assay response. Presumably, Avastin binds at a site on VEGF close to or identical with that recognized by one of the antibodies used in the reference method. The reference assay thus responds only to free VEGF whereas the Theranos assay is not blocked and measures both Avastin-bound and free VEGF.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

11

Confidential

THPFM0004782269



CONFIDENTIAL



*Assay precision:*

Inter-Instrument Precision:
Venous samples from patients were run across four instruments.

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 8.0 |
| VEGFR2 | 150 | 15,000 | 7.3 |
| PLGF | 5 | 1,000 | 9.2 |

Precision in comparison to available reference methods was evaluated during calibration. Singlicate measurements from six instruments were used next to commercially available 'gold-standards'. Theranos adjusted the target range after obtaining clinical samples. Due to the superior performance characteristics of Theranos' assay next to commercial standards, obvious variances are seen where the reference methods report OORL.

Single lot calibration data:

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF (lot 3) | 30 – 10,000 | 12.0 |
| VEGF (lot 1) | 30 – 3,000 | 10.0 |
| VEGFR2 (lot 3) | 1,000 – 10,000 | 4.8 |
| VEGFR2 (lot 1) | 50 – 800 | 17.6 |
| PLGF (lot 3) | 5 – 780 | 26.9 |
| PLGF (lot 1) | 50 – 800 | 9.1 |

Precision was also measured by analysis of the 41 archived clinical samples in assays and for VEGF 12 commercial samples.

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF | 30 – 10,000 | 16.7 |
| VEGF[3] | 96 – 1985 | 5.7 |
| VEGFR2 | 1,000 – 10,000 | 20.4 |
| PLGF | 5 – 780 | 28.7 |

*Dilution linearity:*

Data gathered during lot calibration.

| VEGF, pg/mL | Recovery, % |
|---|---|
| 10000 | (100) |
| 2970 | 102 |
| 990 | 95 |
| 297 | 105 |
| 100 | 109 |
| 30 | 105 |
| 10 | 101 |

---

[3] Commercial samples

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

12



CONFIDENTIAL



| VEGFR2, pg/mL | Recovery, % |
|---|---|
| 10560 | (100) |
| 7920 | 92.9 |
| 5280 | 100.9 |
| 3960 | 104.8 |
| 2640 | 97.7 |
| 1320 | 100.8 |

| PLGF, pg/mL | Recovery, % |
|---|---|
| 780 | 100.0 |
| 312 | 87.6 |
| 156 | 102.8 |
| 47 | 106.3 |
| 16 | 92.4 |
| 5 | 99.4 |

For all assays, recovery was close to 100 % in the reportable range.

*Limit of detection (LOD):*
Data gathered during calibration. The LOD is defined at a 95 % confidence level.

| Analyte | LOD, pg/mL |
|---|---|
| VEGF | < 20 |
| VEGFR2 | < 200 |
| PLGF[†] | < 20 |

## Theranos Field Study:

The system has been deployed to patient's homes and the TNONC study clinic and has downloaded protocols and uploaded data wirelessly. Some patients used direct telephonic communications (POTs modems) if they were worried about cell reception. Data for every patient has been profiled on a secure, Pfizer-specific server.

Field Performance Overview:

In this report we document results from:

- ∞ 27 patients (41% female and 59% male)
- ∞ 13 cancer types
- ∞ 38 instruments
  - ○ 27 instruments deployed to patients' homes

---

[†] Later stage cartridge lots

Confidential

THPFM0004782271



CONFIDENTIAL



- o 4 instruments deployed to the clinical site in Nashville, TN
- o 4 updated instruments to replace the readers at the clinical site such that the latest design revolution is deployed at the site
- o 3 were used to replace malfunctioning readers in the field (2 at clinic - one with communication issue, one mechanical due to user error; 1 at patient's home with mechanical issues from shipping)
- ∞ 445 cartridges (approximately 1300 assay results)
  - o This number includes cartridges run in-house on archived plasma as well as results gathered in-field

Data acquisition has proven feasible in the home setting. There were instruments in the field operating in extreme temperature conditions (from very hot, no A/C to A/C turned to the maximum) as well as in very diverse locations (from RV's to log cabins in the middle of forests), in remote, difficult to reach areas where poor cellular reception is prevalent.

The instruments have been deployed across three states, including Kentucky, Pennsylvania and Tennessee. As mentioned, typical turnaround time for installation and patient at-home test was less than 24 hours without notice.

In monitoring this multiplex of analytes at far greater frequency than ever before, considerable patient-response variation can be seen across different sub-patient populations, therapies, and cancer types.

When we look at the _average_ results from each patient and the variation seen for each patient, it is evident that the patients vary drastically:

|         | VEGF Avg., pg/mL | VEGFR2 Avg., pg/mL | PLGF Avg., pg/mL |
|---------|------------------|--------------------|------------------|
| Maximum | 13,584           | 6,317              | 410              |
| Minimum | 47.5             | 368                | 37.3             |

**By evaluating sample statistics such as these, one can identify patients who are anomalous and who may benefit from therapy modification.**

For example, of the 13 patients with colon cancer we see one subject with an average VEGF of 13,600 pg/mL and another with an average of 255 pg/mL whereas most of the patients had VEGF values quite closely clustered at 1000 - 5000 pg/mL. Similarly, we see some subjects who show very little variation in analyte values and others with wide variations presumably related to response (high or low) to therapy.

Trial Data:

The following raw trial data is included in the appended spreadsheet:

1. Clinic visit diagnostics (Patient characteristics and Clinical assay results)
2. Clinic visit pivot table (clinical results presented as a customizable pivot table)
3. Patient aggregate data (Compliance data, Result averages and CVs by patient and averages by cancer type)
4. All field analyte data results (from the Theranos system presented by patient in a filtered table format [sort-able])
5. Treatment data (drugs used and dosage)

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

14

Confidential

THPFM0004782272



CONFIDENTIAL



6. Individual end-of-study results (patient evaluation of system)
7. Compilation and summary of end-of-study survey results
8. Data transmission statistics

Evaluation of time course results from individual patients:

The study data demonstrates that in a larger, statistically controlled study, where the endpoint is directly proportional with patient outcome, e.g., a RECIST Score, a correlation between analyte dynamics and patient response to treatment would be generated.

To showcase the ability to profile predictive correlations between treatment and response profiles, we selected data from two patients -- 14 and 12. Due to patient 14's clinic schedule (first figure below), we were able to collect data following multiple infusion dates, allowing limited statistical analysis to be performed that correlates analyte levels with treatment administration. The cross-correlation function (second figure below) looking at VEGF and VEGFR2 blood levels for patient 14 shows a positive correlation at a cadence of 3 data points. This coincides with the patient's weekly clinic visits during which the patient receives the Avastin infusions.



The change in rate of the parameters can be correlated to progress, seen again below in a correlation plot:

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

15



CONFIDENTIAL





For patient 12 (first figure below), we observe an inverse correlation between VEGF and VEGFR2 blood levels. This suggests that the blood analytes behave differently with different drug treatments, pointing at distinct pathways of drug activity (second figure below).

Confidential

THPFM0004782274



CONFIDENTIAL







Confidential

THPFM0004782275



CONFIDENTIAL



For most patients analyzed, the sample size and sample numbers did not provide sufficient statistical power to derive a statistically significant conclusion but some clinical endpoint measurements were accessible to correlate analyte vectors and their rates of change with time to the patient's progression and response to treatment.

Patient average VEGF and VEGFR2 data by cancer type:

| Patient ID | Cancer type | Main Treatment | Average VEGF (pg/ml) | Average VEGFR2 (pg/ml) |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | Sutent | 47.5 | 2592 |
| SCP006 | Breast Cancer | Avastin | 2082 | 2662 |
| SCP010 | Breast Cancer | Avastin | 2055 | 3040 |
| SCP008 | Breast Cancer | Sorafenib | 98 | 1863 |
| SCP021 | Colorectal Cancer | Avastin | 4677 | 3646 |
| SCP027 | Colorectal Cancer | Sorafenib | 1093 | 4863 |
| SCP029 | Colorectal Cancer | Sorafenib | 3612 | 5658 |
| SCP003 | Colorectal Cancer | Sutent | 72 | 2798 |
| SCP007 | Colorectal Cancer | Avastin | 3860 | 2350 |
| SCP009 | Colorectal Cancer | Avastin | 1840 | 368 |
| SCP022 | Colorectal Cancer | Avastin | Patient dropped | N/A |
| SCP014 | Colorectal Cancer | Avastin | 1826 | 1634 |
| SCP019 | Colorectal Cancer | N/A | Patient dropped | N/A |
| SCP016 | Colorectal Cancer | Avastin | 3006 | 2143 |
| SCP031 | Colorectal Cancer | Avastin | 13584 | 5463 |
| SCP024 | Colorectal Cancer | Sorafenib | 255 | 1540 |
| SCP028 | Colorectal Cancer | Sorafenib | 1274 | 6317 |
| SCP023 | Esophageal Cancer | Avastin | 3145 | 2260 |
| SCP030 | Gastrointestinal Stromal Tumor | Sutent | 889 | 2424 |
| SCP012 | Liver Cancer | Sorafenib | 96 | 1253 |
| SCP017 | Lung Cancer | Avastin | 3947 | 2111 |
| SCP025 | Melanoma | Avastin | 5399 | 3294 |
| SCP002 | Neuroendocrine carcinoma | N/A | Patient dropped | N/A |
| SCP026 | Ovarian Cancer | Sorafenib | Patient dropped | N/A |
| SCP020 | Renal Cell Carcinoma | Sutent | 368 | 883 |
| SCP004 | Renal Cell Carcinoma | Avastin | 2316 | 1057 |
| SCP011 | Renal Cell Carcinoma | Avastin | 3159 | 1911 |
| SCP013 | Renal Cell Carcinoma | Avastin | 3908 | 770 |
| SCP015 | Renal Cell Carcinoma | Avastin | 3031 | 1068 |
| SCP018 | Tongue Cancer | Avastin | 1457 | 3074 |
| SCP005 | Unknown Primary | Avastin | 3099 | 2980 |

As referenced, patients #2, #19, #22, #26 dropped out of the study for various reasons; therefore average values are not statistically significant for them.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

18



CONFIDENTIAL



For the patients in whom PLGF is consistently detectable we selected plots as shown below.



3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

19

Confidential

THPFM0004782277

 CONFIDENTIAL 



Patient monitoring times and quality of life by gender:

| Patient ID | Cancer type | Gender | Time of day when home monitoring was performed (on average)* | Quality of life (as measured by on-screen survey) (on average)* |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | f | Morning | N/A (Survey was not yet deployed) |
| SCP006 | Breast Cancer | f | Afternoon | 7 |
| SCP010 | Breast Cancer | f | Evening | 8 |
| SCP008 | Breast Cancer | f | Late Evening | 7 |
| SCP021 | Colorectal Cancer | f | Noon-afternoon | 8 |
| SCP027 | Colorectal Cancer | f | Afternoon | 10 |
| SCP029 | Colorectal Cancer | f | Afternoon-Evening | not yet available |
| SCP003 | Colorectal Cancer | f | Morning | N/A (Survey was not yet deployed) |
| SCP017 | Lung Cancer | f | Evening | 9 |
| SCP026 | Ovarian Cancer | f | N/A | N/A |
| SCP020 | Renal Cell Carcinoma | f | Afternoon | 6 |
| SCP005 | Unknown Primary | f | Afternoon | 9 |

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

20

Confidential

THPFM0004782278



CONFIDENTIAL



| SCP007 | Colorectal Cancer | m | Evening | 7 |
| SCP009 | Colorectal Cancer | m | Late Evening | 7 |
| SCP022 | Colorectal Cancer | m | N/A | 8 |
| SCP014 | Colorectal Cancer | m | Morning | 7 |
| SCP019 | Colorectal Cancer | m | N/A | N/A |
| SCP016 | Colorectal Cancer | m | Evening | 8 |
| SCP031 | Colorectal Cancer | m | Afternoon | not yet available |
| SCP024 | Colorectal Cancer | m | Afternoon | 9 |
| SCP028 | Colorectal Cancer | m | Evening | not yet available |
| SCP023 | Esophageal Cancer | m | Morning | 8 |
| SCP030 | Gastrointestinal Stromal Tumor | m | Morning | not yet available |
| SCP012 | Liver Cancer | m | Afternoon | 10 |
| SCP025 | Melanoma | m | Morning | 9 |
| SCP002 | Neuroendocrine carcinoma | m | N/A | N/A |
| SCP004 | Renal Cell Carcinoma | m | Noon-afternoon | 10 |
| SCP011 | Renal Cell Carcinoma | m | Morning | 9 |
| SCP013 | Renal Cell Carcinoma | m | Evening | 10 |
| SCP015 | Renal Cell Carcinoma | m | Evening | 7 |
| SCP018 | Tongue Cancer | m | Afternoon | 5 |

\* Actual time for each test point and diurnal variations of quality of life can be found online

Patient compliance with optional on-screen questionnaire was approximately 86% (this number was calculated before the end of the study, therefore final compliance figures may change).

Confidential



CONFIDENTIAL



Patient clinical visit data by age:

| Patient ID | Race | Smoking Status | Alcohol Consumption | Age | Weight (pounds) |
|---|---|---|---|---|---|
| SCP029 | Caucasian | does not smoke now, positive history | None | 36 | 179 |
| SCP010 | Caucasian | never smoked | monthly or less | 45 | 165 |
| SCP018 | Caucasian | Smoke daily | None | 45 | 181 |
| SCP007 | Caucasian | never smoked | None | 46 | 213 |
| SCP008 | Caucasian | smoke occasionally | None | 46 | 180 |
| SCP002 | Caucasian | never smoked | monthly or less | 49 | 194 |
| SCP016 | Caucasian | smoke occasionally | monthly or less | 49 | 167 |
| SCP012 | Caucasian | does not smoke now, positive history | None | 53 | 190 |
| SCP015 | Caucasian | does not smoke now, positive history | None | 53 | 174 |
| SCP028 | Caucasian | smoke occasionally | None | 57 | 262 |
| SCP001 | Caucasian | does not smoke now, positive history | None | 61 | 172 |
| SCP027 | African American | never smoked | None | 62 | 167 |
| SCP009 | Caucasian | never smoked | None | 63 | 221 |
| SCP011 | Caucasian | does not smoke now, positive history | monthly or less | 63 | 305 |
| SCP024 | Caucasian | infrequent attempts (never developed a habit) | Every day | 64 | 200 |
| SCP023 | Caucasian | never smoked | Every day | 65 | 252 |
| SCP005 | Caucasian | does not smoke now, positive history | monthly or less | 66 | 160 |
| SCP021 | Caucasian | smoke occasionally | monthly or less | 66 | 198 |
| SCP006 | Caucasian | never smoked | monthly or less | 68 | 163 |
| SCP017 | Caucasian | does not smoke now, positive history | Every day | 69 | 112 |
| SCP013 | Caucasian | never smoked | monthly or less | 71 | 230 |
| SCP020 | Caucasian | never smoked | None | 72 | 101 |
| SCP026 | Caucasian | never smoked | None | 73 | 132 |
| SCP031 | Caucasian | does not smoke now, positive history | None | 73 | 134.5 |
| SCP025 | Caucasian | does not smoke now, positive history | None | 77 | 184 |
| SCP014 | Caucasian | does not smoke now, positive history | monthly or less | 78 | 217.5 |
| SCP022 | African American | never smoked | None | 82 | 178 |
| SCP030 | Caucasian | never smoked | None | 83 | 182 |

Confidential

THPFM0004782280



CONFIDENTIAL



Sample of patient clinical blood work by patient ID:

| Patient ID | Avg. % Lymphocytes | Avg. Heart Rate | Avg. Total Bilirubin | Avg. Systolic BP | Avg. RBC |
|---|---|---|---|---|---|
| SCP001 | 33.4 | 67.7 | 0.7 | 129.3 | 3.2 |
| SCP002 | 34.1 | 55.0 | 0.3 | 161.0 | 4.3 |
| SCP004 | 27.8 | 64.7 | 0.5 | 144.7 | 3.2 |
| SCP005 | 36.4 | 75.0 | 0.2 | 127.5 | 3.9 |
| SCP006 | 29.5 | 100.7 | 0.3 | 112.7 | 4.3 |
| SCP007 | 24.0 | 73.0 | 0.3 | 131.3 | 4.4 |
| SCP008 | 23.7 | 84.0 | 0.4 | 124.0 | 5.1 |
| SCP009 | 25.0 | 71.5 | 0.7 | 133.0 | 4.5 |
| SCP010 | 45.3 | 74.3 | 0.9 | 137.8 | 4.5 |
| SCP011 | 28.6 | 82.0 | 0.6 | 135.0 | 4.8 |
| SCP012 | 28.3 | 75.5 | 0.7 | 122.0 | 4.0 |
| SCP013 | 31.1 | 72.0 | 0.7 | 137.0 | 4.2 |
| SCP014 | 40.2 | 81.5 | 0.4 | 125.3 | 4.0 |
| SCP015 | 35.4 | 78.3 | 0.3 | 147.0 | 5.0 |
| SCP016 | 18.0 | 75.3 | 0.3 | 131.3 | 4.9 |
| SCP017 | 20.7 | 89.3 | 0.4 | 114.0 | 4.2 |
| SCP018 | 23.4 | 70.0 | 0.3 | 133.0 | 4.8 |
| SCP020 | 17.9 | 60.7 | 0.4 | 146.0 | 3.7 |
| SCP021 | 36.5 | 91.0 | 0.4 | 130.0 | 4.8 |
| SCP022 | 23.5 | 93.5 | 0.7 | 123.0 | 4.0 |
| SCP023 | 26.3 | 107.7 | 0.7 | 119.7 | 4.7 |
| SCP024 | 18.8 | 83.0 | 0.7 | 139.0 | 3.7 |
| SCP025 | 33.5 | 94.0 | 0.3 | 143.0 | 5.2 |
| SCP026 | 34.6 | 110.0 | 0.4 | 125.0 | 3.7 |
| SCP027 | 9.5 | 70.0 | 0.7 | 119.0 | 3.7 |
| SCP028 | 21.2 | 98.0 | 0.8 | 125.7 | 5.2 |
| SCP029 | 32.6 | 90.5 | 0.6 | 122.8 | 5.1 |
| SCP030 | 42.3 | 72.0 | 0.4 | 137.0 | 3.7 |
| SCP031 | 16.7 | 70.0 | 0.4 | 145.0 | 4.3 |

All individual patient data was profiled as it was generated on the Pfizer-specific secure portal at www.theranos.com; raw data can also be found in the attached excel spreadsheet.

Server and Data Transmission

Approximately 361 cartridge results and 203 optional home surveys from the field were successfully transmitted to the Theranos servers. There were less than 5% transmission errors that required the readers to either retry sending the data or wait until they had a better connection to send the data. All data gathered in the field was transmitted to the Theranos servers. For the first two patients, on-screen surveys were not available. The number of surveys received is smaller than the number of cartridge runs due to the above as well as patients filling only one survey for each of their clinic visits (even though they ran two cartridges per visit). Once surveys

Confidential

THPFM0004782281



CONFIDENTIAL



became available, each cartridge run also asked the user to complete an optional quality of life survey and compliance was very good.

| Data distribution by transmission pathway to date | | |
|---|---|---|
| Direct Internet Connection | Wireless-GSM | Traditional Phone line |
| 5.6 % | 90.7% | 3.7 % |

The only problem encountered with using GSM wireless phone technology was poor signal. The main reasons for poor cellular reception were: dense foliage, metal roofs and poor signal quality due to remote location. In one location (Stewart, TN), there was no cellular coverage at all; therefore the reader used the standard telephone line in order to connect to our servers and report data as it was gathered. All of this patient's logs were received by Theranos servers. In future studies, multiple network providers would be contracted for these areas.

Overall performance of the Theranos System based on Customer Care log:

The customer care line was available to patients 24 hours a day 7 days a week over the course of the entire study (July 07 to October 08). All calls were addressed professionally and all issues were resolved quickly, taking care to minimize the impact on patients and clinical staff.

The types of calls for which patients used the Customer Care line:

- o Patient running low on supplies – the solution was to simply ship more of the needed supplies with overnight delivery to make sure patient had enough for the upcoming home tests.
- o Patient not knowing how to turn machine on – the solution was to advise the patient over the phone on the procedures outlined in the setup sheet they received and to make sure they have the instrument up and running.
- o Patient calling about scheduling an instrument pickup – solution was to schedule one of our representatives to pick up the machine or alternatively to have FedEx pick up the reader if patient was able to place it in the shipping container themselves.
- o Patient called about blood transfer question – the solution was to advise the patient to leave the blood transfer device on a flat surface. If this solution was not sufficient, a new batch was shipped to make sure no capillary manufacturer defects were at fault.
- o Patient called about instrument not recognizing cartridge – the solution was to ask patient to re-try and call back if problem persisted. The suspicion was that due to poor cellular signal the reader was unable to communicate, and by re-trying it would perform appropriately. There were no subsequent calls from patient.
- o Patient called about instrument not being ready due to temperature – the solution was to ask patient to move reader away from A/C units and possible air currents. Patients had moved readers from initial installation location (one moved it to his RV, another into a really hot room) and the temperature extremes affected the readers' ability to maintain desired temperature. The Theranos readers are engineered to control temperature to eliminate variability associated with conventional assays.

The majority of systems deployed in the field performed their duties throughout the entire length of the patient monitoring schedule. One instrument had mechanical issues due to being misused; this happened during new personnel training at TNONC. The instrument was promptly replaced with a new instrument. Another failure occurred due to the instrument being damaged in shipping

Confidential

THPFM0004782282



CONFIDENTIAL



Although it performed its functions properly for the majority of the patient's schedule it eventually malfunctioned and was also promptly (~24 hours) replaced. Yet another issue was related to the cellular carrier not identifying the instrument. To expedite the process and assure that the clinic was adequately supplied it was decided to replace that instrument with one that was known to work. The problem was later resolved off-line.

Patient Compliance with protocol:

It is hard to estimate the patient compliance with the exact protocol due to the factors out of Theranos' control. In many instances patients re-scheduled their clinic visits and the new appointments were not communicated to us. At the onset of each patient's home monitoring they were provided with a tentative schedule which in many cases changed due to patient's need to travel or inability to keep scheduled appointments. With this in mind, we estimate that patient compliance with protocol was still very good, at approximately 96 % (measured as 80-120% of expected testing completed and received). Given the missing information, a much more accurate derivation would be possible.

Theranos System Assessment by Patients and Clinical Staff:

Patient end of study surveys were sent out to all participants. To date, 17 responses were collected from patients.

Summary of patients' assessment of the Theranos system:

- 88% of patients surveyed found the Theranos System easy to use; no patients found it "very hard" to use.
- 76% of patients found the written instructions to be very informative, with clear directions; 12% did not read instructions
- 91% of patients scored the training given by their Theranos representative either a 9 or 10 (10 being very good training)
- 76% of patients found the Theranos System takes little time to use (scores between 1 and 4 were tallied, with 1 = very little time and 10 = a lot of time)
- 100% of patients found the optional touch screen survey on the Theranos System easy to use, giving scores of either 8, 9 or 10 (10 = easy to use, 1 = hard to use).
- On a scale of 10 to 1 (10 = least painful, 1 = most painful), only one patient gave the blood drawing experience a score of less than 6. 59% felt almost no pain, scoring either a 9 or 10.
- 100% of the patients that responded to the survey gave Theranos Customer Support an excellent or very good rating
- For the majority of patients, the Theranos System worked very well. The major ways of solving the questions patients had were figuring it out on their own or calling the Theranos Customer Care line.
- In the follow-up survey, 100% of patients that responded said they received excellent or very good technical support over the duration of the study.
- Most patients said they prefer monitoring from home (scored 8 through 10) using the Theranos System; 25% were indecisive (scored 4 to 6) when asked whether they prefer going to the clinic or using the Theranos System; only two patients would rather monitor at the clinic.

From the interactions with clinical staff at Tennessee Oncology, the system was:
1. well received and

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

25



CONFIDENTIAL



2. the client solutions team made a very positive impact on the clinical staff and patients through promptitude and professionalism.

Conclusions:

General:

1. The Theranos System performed with superior performance to reference assays while running in a complex ambulatory environment.
2. The existing Theranos support infrastructure enables on-demand home installation and patient training in extremely rural areas.
3. Patients preferred ambulatory monitoring to clinic visits and liked using the Theranos System.
4. Non-computer literate patients had no issues using the Theranos System.

Technical:

5. Inter-system accuracy is excellent and was demonstrated on a platform with superior performance specifications to reference methods.
6. Calibrations were updated with access to samples from the trial.
7. Good correlations were seen to various commercially available gold-standards.
8. Avastin does not block the Theranos assay.
9. The Theranos System can measure VEGF both free and bound to VEGFR2 and Avastin to better quantify dose-response.

Economic:

10. This 15 month study demonstrated the robust functionality of Theranos Systems. With this validation data, the technology can be applied to significantly cut costs and bring compounds to market faster:

11. More frequent sampling enabled better characterization of longitudinal time-series profiles of angiogenesis protein panels. More accurate insight of the change in rate of those panels over time enables significantly faster and earlier reads on efficacy dynamics.
    a. See efficacy dynamics trends and correlation to end-points in patient time-course profiles on the Pfizer web-portal at www.theranos.com.
12. Response profiles were seen in this study over 30 day intervals. Historically, these types of correlations have taken up to a couple years to demonstrate, or in some cases, were previously not demonstrable. This time gained facilitates rapid data generation for additions to a compendia and rapid label expansion of existing drugs. Equally, this approach can be used to fast-track approvals of key compounds and at the same time better optimize those compounds with better visibility to achieve the target product profiles.
    a. One of Theranos' pharma partners is publishing a report which estimates the increased time to market is valued at $1M per day – making every month quite substantial.
13. Through Theranos Systems, Pfizer will be able to reduce the number of sites, eliminate shipping costs for samples, processing costs, and analytical costs. Based on historical data, implementation of these systems will enable Pfizer to achieve ~50% cost savings over current study spending (previously demonstrated to be $15M of a $30M study budget). Equally, through better insight into pathway dynamics, Theranos is demonstrating the ability to reduce the number of patients required to show statistical significance in future studies by 30-50%.

Confidential

THPFM0004782284

File Could Not Be Processed

Confidential

THPFM0004782285

Message

| | |
|---|---|
| From: | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| Sent: | 12/15/2009 7:32:42 PM |
| To: | thomas.breuer@gskbio.com |
| CC: | Sunny Balwani [sbalwani@theranos.com] |
| Subject: | Follow up to our meeting |

Dear Thomas,

It was great to meet you.

In follow up to our conversations, I have attached three documents to this email.

The first is a consolidated summary of the GSK infrastructure we've designed in follow up to our interactions with people on the corporate side in information systems and strategy. We took ten slides on the applications in Biologicals and added them to the end of that summary – slides 28-38. The first slide highlights the ability to use the existing surveillance infrastructure to rapidly test the efficacy of existing vaccines against drifted strains of influenza virus using Theranos' strain-specific real-time antibody tests and the formulas we've established for the relationship between dose, antibody levels, and clinical outcomes.

The second is a copy of the validation report from the GSK staff who tested Theranos technologies in RTP. As you can see in that attachment, GSK's lab Director concluded that "Theranos Systems eliminate the need for a lab." The report shows the ability to get better sensitivity and real-time data using Theranos.

The third is a copy of a case study on Theranos' analytics also reviewed by GSK staff in detail during their due diligence process. This review focused on the ability to improve probability of success of realizing a target product profile with Theranos analytics. The case study details another company's use of Theranos analytics in registrational studies where the system increased POS from 15-80% and saved 18-24 months in clinical development timelines.

The Theranos Solution is a fully integrated and automated system for data capture, analysis, and care delivery. The data capture capability in combination with the predictive analytics capability has been the key to our success in accelerating development timelines.

We are very much looking forward to following up with your clinicians in Philadelphia. Is there a convenient time this week we could meet or arrange a video-conference? Please let us know how best to follow up.

Kind regards,
Elizabeth.

Elizabeth Holmes
President and CEO
Theranos, Inc.

Tel: 650.470.6111
Fax: 650.838.9804

==========================================

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304

650-838-9292     www.theranos.com

==========================================

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460774





# GTS

## GSK's Strategic Enterprise Infrastructure

theranos
*redefining healthcare*

This presentation and its contents are Theranos proprietary and confidential

THER-6460775

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

**theranos**
redefining healthcare

# Contents

- **Background**

- GTS ROI

- GTS Deliverables

- GTS in Biologicals

Theranos Confidential

2

THER-6460776

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



## Introduction to Theranos, Inc.

**Theranos is a Silicon Valley-based healthcare company founded in 2003.**

- Theranos provides fully customized solutions that impact a diverse range of stakeholders in health care by providing actionable information far earlier than historically possible

- Our current and past clients include 9 of the top 15 major pharmaceutical companies, midsized bio-pharmas, prominent research institutions and U.S. and foreign government health organizations

Theranos Confidential

3

THER-8460777

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



theranos
*redefining healthcare*

## About Theranos

Founder and CEO Elizabeth Holmes left Stanford University to start Theranos around her patents for next-generation healthcare systems. She has built the company from inception to rapid commercial growth today.

Vice Chairman Sunny Balwani joined Theranos after leaving Microsoft to successfully build and sell his own company for over $400M

Other Management Team Members:
- Dr. Channing Robertson, Dr. Seth Michelson, Jodi Sutton, Dr. David Lester, Dr. Marc Thibonnier

Theranos' investors and board members include, amongst others:
- Donald L. Lucas, the first venture capitalist in Silicon Valley, and a legend behind many of today's Fortune 500 companies
- Larry Ellison, Founder and CEO of Oracle Corporation
- Bob Shapiro, former CEO and Chairman of Monsanto and Pharmacia Corporations (now Pfizer); former director of NYSE, Citibank, and other major corporations
- Draper Fisher Jurvetson; ATA Ventures (spin-out of Institutional Venture Partners)

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460778



theranos
redefining healthcare

# Theranos & GSK

- GSK completed a <u>comprehensive</u> validation of Theranos Systems in 2008
  - Validation was independently conducted run by GSK staff at RTP
  - Validation concluded "Theranos Systems eliminate the need for a lab"

- Over the past four years, leads from all three business units across all therapeutic areas have evaluated and expressed interest in the Theranos infrastructure

- Theranos and GSK have a fully executed MSA

- Integrated architecture of Theranos infrastructure requires adoption at top corporate levels

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460779

# Theranos Infrastructure Technologies

**theranos**
*redefining healthcare*

## Theranos Field Systems



Devices

Cartridges

Mobile Applications –
Ex. the Health Assistant

## TheranOS – Theranos Operating System



Data Infrastructure

Models and Algorithms

Decision Support Applications
– Ex. Virtual Studies

Theranos Confidential

6

THER-6460780

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



theranos
redefining healthcare

## GTS

- GTS is a fully integrated, enterprise wide health data capture (including blood testing), analysis and care delivery solution

- Accelerates clinical development timelines, improves probability of success (POS) of realizing each target product profile, and increases physician and patient adoption (increases sales)

- Comprised of Theranos Field Systems and the TheranOS

  – Integration of technologies and more frequent sampling identifies predictive signatures that have not been possible to characterize using the conventional analytical infrastructure (movie v. snapshot) to better and more rapidly characterize efficacy and safety

  – Infrastructure is self-learning and is refined with every new data point collected across any business unit

  – Provides predictive decision support tools for clinicians

  – Provides actionable, "smart" content back to patients to facilitate behavior modification

  – Data Collection, Analysis & Surveillance Infrastructure in emerging countries becomes care delivery infrastructure

Theranos Confidential

7

THER-6460781

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

**theranos**
*redefining healthcare*

# Contents

- Background

- **GTS ROI**

- GTS Deliverables

- GTS in Biologicals

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460782

8

**theranos**
redefining healthcare

## Economic Impact for GSK

- Accelerate Clinical Development/Trial Timelines

- Improve Probability of Success of Realizing Target Product Profiles

- Increase Physician and Patient Adoption – Increase sales

Theranos Confidential

9

THER-6460783

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# Economic Impact for GSK

- Accelerate Clinical Development/Trial Timelines

  – Elimination of Logistical constraints (shipping samples, analyzing data, bringing patients into clinics, recruiting patients without knowing their response profiles, etc.) and

  – Faster, more integrated studies (adaptive trials and decision making)

  cumulatively reduce development timelines by (~3) years to facilitate earlier filings.

- Theranos' large pharmaceutical clients have valued the fully loaded cost of each day gained in time to market at $1M/day

Theranos Confidential

10

THER-6460784

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



theranos
redefining healthcare

# Economic Impact for GSK

- Improve Probability of Success of Realizing Target Product Profiles

  – 5x improvements in probability of success for each asset

  – Salvage assets and improve labels (more first line therapies)

  – Realizing the improvement in attrition rate across the entire portfolio versus just one compound continually reduces the fully loaded cost of R&D

- 5x improvement in probability of success correlates with greater than 10% ROI on the total investment into a compound, averaging greater than $200M/asset

Theranos Confidential

11

THER-6460785

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



## Economic Impact for GSK

- Increase Physician and Patient Adoption

  – Evidence based guidelines for starting/stopping/re-starting therapies to increase physician comfort with prescribing

  – Rapid publications for expanded use – new indications and amelioration of safety concerns

  – Improved care delivery through individualized feedback tools and better access to medicines through Theranos' decentralized testing infrastructures (in pharmacies, through health ministries, etc.)

- Increase sales by several multiples over current adoption/projections

Theranos Confidential

12

THER-6460786

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



## Return on Investment

- The value of GTS lies in the fact that it is a fully integrated solution for data capture, integration, analysis, (and therapeutic delivery) across business units.

- The integrated solution provides compounding ROI over any particular business unit or drug-specific component.

- The key to significant ROI on GTS is programmatic deployment, which yields short term cost savings against the initial customization investment in addition to longer term ROI measured in terms of time saved and improved POS of realizing the target product profile for each asset.

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460787



theranos
redefining healthcare

## Immediate ROI: Executing on Healthcare Diversification Strategy

GTS is the vehicle for execution of GSK's strategic priorities and realization of the associated impact to earnings and growth

- Accelerated timelines … simplifying GSK's operating model
- Improved POS … delivering more products of value
- Increased adoption … growing a diversified global business

Theranos Confidential

THER-6460788

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

# Contents

**theranos**
redefining healthcare

- Background

- GTS ROI

- **GTS Deliverables**

- GTS in Biologicals

Theranos Confidential

15

THER-6460789

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

# GTS integrates patient sample analysis with sophisticated analytical capabilities to increase R&D ROI.

Theranos is the only company with full integration between sample analysis and analytical capabilities

| Capability | Clinical Trial Simulator | Physiological Modeler #1 | Physiological Modeler #2 | Central Lab | CRO | theranos |
|---|---|---|---|---|---|---|
| Patient recruitment | | | | | ✓ | ✓ |
| Investigator/site mgmt | | | | | ✓ | ✓ |
| Sample handling | | | | ✓ | ✓ | ✓ |
| Sample analysis | | | | ✓ | ✓ | ✓ |
| Data management | | ✓ | ✓ | | ✓ | ✓ |
| Basic analytical package<br>• PK/PD modeling<br>• Clinical trial simulation | ✓ | ✓ | ✓ | | | ✓ |
| Physiological model | | ✓ | ✓ | | | ✓ |
| Dynamic learning models and real-time data acquisition | | | | | | ✓ |
| Clinical study report | | | | | ✓ | ✓ |

16

Theranos Confidential

THER-6460790

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

*redefining healthcare*

# Theranos Field Systems



**Devices**



**Cartridges**



**Mobile Applications –
Ex. the Health Assistant**

- Measure whole blood analytes from a finger stick in real-time at any desired point of care (home, clinic, or mobile units)
- Simultaneously collect behavioral and lifestyle information through intuitive graphical touch screen interface
- Data from each device automatically and securely transmitted to TheranOS in real-time through cellular network
- Actionable information sent back to devices and applications (i.e., the Health Assistant, Virtual Studies Application)
- Point-of-care analysis of fresh whole blood eliminates conventional testing infrastructure issues, such as:
  - Analyte decay rates
  - Volumes of blood and frequency of blood draws
    - Decreases sample volume by 98%
    - Sampling schemes no longer restricted
  - Cost and logistics of sample shipments

**Theranos Confidential**

17

THER-6460791

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material







# TheranOS

Data infrastructure     Models and Algorithms     Applications – Virtual Study

* Data Infrastructure
    - Automatically imports data from any desired source.
    - Translates it into one standardized format.
    - Self-learning data engine
* Models
    - Dynamically models the integrated data sets in real-time
    - Fully integrated and inter-connected physiological, statistical, and epidemiological system
    - Characterize each compound's mechanism-of-action.
    - Characterize all pathophysiologies associated with realizing each compound's target product profile
* Customized Applications
    - Clinical trials simulation
    - Adaptive trials management, in compliance with existing regulatory guidelines
    - Accessed through secure online web portal

**Theranos Confidential**

18

THER-6460792

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# TheranOS: Proprietary Data Integration, Translation

- Proprietary import tool on web portal allows for automatic importation and standardization of data from all clinical databases.

- All data is automatically integrated with Theranos Field Systems data, centralized, and passed through predictive models.



TheranOS Data Infrastructure

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460793

19



**theranos**
*redefining healthcare*

# GTS Architecture Drives Deployment Plan

- A cornerstone of GTS' architecture is the inflammation engine.

- The central role of inflammation in the disease process and tissue damage/repair, allows one to apply the GTS infrastructure across various therapeutic areas and business units.

- Deployment of a customized inflammation platform provides the ability to rapidly integrate data from different pathophysiological states for predicting and establishing novel therapeutic indications.

  – GTS engine learns from every new data point and models become increasingly predictive -compounding predictive power

- Drug-specific models and cartridges are built on GTS' pathway architecture to conform to existing business unit structure.

  – TheranOS allows for data integration & exploitation across a broad range of existing data capture tools.

**Theranos Confidential**

20

THER-6460794

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



## Rapid Customization of GTS: Therapeutic Area Infrastructures

Theranos Confidential

THER-6460795

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

theranos
redefining healthcare

# Decision support applications:

TheranOS Software for each Therapeutic Area:

- Probability Mapping Application
- Health Assistant
- GTS Assistant
- Adaptive Studies
- Ontologies
- Predictive Signatures
- Biomarker Identification Application (BIA)
- Virtual Study Application
- Others

Theranos Confidential

THER-6460796

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



**theranos**
redefining healthcare

# Data Collection Library & Care Delivery Tools:

For each therapeutic area:

- Cartridge tests – libraries of ~250 tests per disease area

- Device touch-screen software applications and embedded sensors – blood pressure, weight, others

- Mobile phone applications

Theranos Confidential

THER-6460797

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



## Rolling infrastructure set-up

Data Infrastructure

Inflammation Engine

7 Therapeutic Area Infrastructures

Customization and activation of base GSK data infrastructure and learning engines followed by rolling set up of 7 therapeutic area infrastructures

theranos
redefining healthcare

Theranos Confidential

THER-6460798

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

## Rolling infrastructure set-up

theranos
redefining healthcare

Data Infrastructure

Inflammation Engine

7 Therapeutic Area Infrastructures

Biologicals

Prescriptions

Consumer

Theranos Confidential

THER-6460799

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



theranos
redefining healthcare

## Rolling infrastructure set-up



**Biologicals:** Influenza (vaccine) → Oncology → Others

**Prescriptions:** Unprecedented Early Development Compounds, REMS, LpPLA-2 → Early Development, Phase III, Phase IV & Post marketing studies

**Consumer:** Weight loss (alli) → Smoking Cessation → Others

THER-640800

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

![theranos logo — redefining healthcare]

## Deployment of GTS

- Customization, Installation, and License of enterprise infrastructure

- Deployment of consumables for studies

- License expansion – Deployment of additional drug-specific models/consumables

Theranos Confidential

27

THER-640801

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

# Contents

theranos
redefining healthcare

- Background

- GTS ROI

- GTS Deliverables

- **GTS in Biologicals**

Theranos Confidential

26

THER-6460802

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



## theranos
*redefining healthcare*

## Rapid Validating Efficacy of Existing Vaccines Against Drifted Strains of Influenza Virus

- Theranos characterized relationship between dose, clinical efficacy, and antibody titers to influenza strains on its validated point-of-care systems.

- Assays identify functional, strain-specific antibodies from a finger-stick of fresh whole blood.

- Once deployed in a clinical study, patients could be immediately challenged with the actual virus and followed for 2+ weeks to assess whether the existing vaccine is efficacious.

- If not, the same infrastructure could be used to rapidly assess optimal dose and efficacy of a new vaccine.

Theranos Confidential

THER-6460803

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# theranos
*redefining healthcare*

## Influenza Surveillance Infrastructure

Real-time development and deployment of antibody, cytokine, and efficacy/safety marker measurements from finger-stick of blood /nasal swab run on point-of-care device

- Characterize velocity of antibody decay

- Accelerate development of new vaccines to mutations

- Quantitatively characterize efficacy and safety profiles to ameliorate concerns and differentiate GSK vaccines

- Guide optimal administration of vaccines

- Provide real-time measurement of efficacy and immunity

**Theranos Confidential**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460804



**theranos**
redefining healthcare

## Influenza Surveillance Infrastructure

- Modeling and simulation of efficacy and safety dynamics and projected spread and mutation of the virus

- In-silico comparative effectiveness studies to optimally power head-head studies with antibody/efficacy cartridges

- Virtual studies to rapidly optimize dose and minimize safety issues

- Rapidly power (adaptive) studies

- Detect any mutation of the H1N1 virus as it emerges.

- Project spread of disease and mutations

Theranos Confidential

THER-6460805

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

**Results:**
- **Antigens:**
- **Antibodies IgG/IgM:**
- **Cytokines: Low**
  - **H1N1:** 500 pg/ml
  - **Anti H1:** 750 ng/ml
  - **Anti N1:** 300 ng/ml
  - IL-6: 200 pg/mL, IL-1b: 100 pg/mL, TNF-a: 300 pg/mL

**Recommended Actions:**
- Anti-viral administration and quarantine
- Sample 50 surrounding possible cases

OK

Theranos Confidential

THER-6460806

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



Recommended Actions Depend on Levels of Antigen, Antibody, Cytokine and Other Markers

Combination of high Ag, high cytokine, and low Ab suggests *hospitalizations*

Colors classify patient "groups" for triaging optimal intervention

Combination of low Ag, low cytokine, and high Ab suggests *prophylactic anti-viral administration and quarantine*

Theranos Confidential

THER-6460807

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



theranos
redefining healthcare

## THS Modeling Platform Capabilities

1. Predicts spread of an infectious pathogen in a heterogeneous human population.

2. Reflects the impact of regional demographics and patient risk factors.

3. Enables evaluation of healthcare mitigation policies, for example:
   - Surveillance/testing strategies
   - Hospitalization, home isolation, and quarantine policies
   - Prophylactic vaccination and anti-viral treatment policies
   - School and workplace closures; other social distancing measures
   Enables cost assessment and evaluation of quality adjusted life years (QALY) saved by comparing alternative mitigation approaches.

4. Is fully integrated with real-time data acquisition, enabling model updates based on the latest data acquired from multiple sources

5. Includes automated, frequent model updates.
   - Leads to more accurate projections for spread.
   - Allows health agencies to rapidly adapt to changing conditions.

Theranos Confidential

THER-646080B

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material





THER-6460809

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



THER-6460810

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



theranos
redefining healthcare

## Selected Oncology Applications

- Rapid expansion of use through predictive visibility (models) and early reads (cartridges) on efficacy and safety in new indications
  - MAGE-3 expansion

- Virtual and rapid head-head studies for comparative differentiation
  - Cervarix differentiation – characterization of velocity of antibody decay and need for re-boost

- Combination tests for low cost, real-time identification of antigen levels/presence of genetic signature from finger-stick of fresh whole blood run on point-of-care device in pharmacies, physician's offices, and other remote locations
  - MAGE-3 "responder" identification

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460811



## Deployment of GTS

- Decision support applications provide compounding predictive power
  - Inflammation/immunology/humeral response models form foundation of data analytics engine
  - Data analytics engine facilitates data integration and connectivity between disease-specific infrastructures:
    - Viral & Allergy Vaccines
    - Bacterial Vaccines
    - Emerging Diseases & HIV
    - Cancer Vaccines

- Data collection, analytics and surveillance infrastructure facillitates Care Delivery in emerging countries through placement of devices in remote locations

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

38

THER-6460812

THERANOS CONFIDENTIAL




### Excerpts from GSK Metabolic Study Report

Nelson Rhodes, Director GSK Metabolic Biomarker Laboratory
Surekha Gangakhedkar, Theranos Assay Systems Lead

**Background information:**

The Theranos system was evaluated at GSK to profile active GLP-1 and C-peptide values and these data were compare to "gold standard" ELISAs using frozen human plasma from study XXXXXXX. The key project objectives (found in the attached statement of work) were:

- To assess the performance of the Theranos System in measuring a multiplex for GLP-1 and c-peptide values (the "Cartridge Analytes") as compares to the current gold standard ELISAs (which are not multiplexed).
  - Specifically, the study will assess Theranos' capabilities to detect points that the reference assays failed to accurately detect by running samples with C-peptide values in a standard range (ng/mL) and GLP-1 values between 0-3.2 pM
- To assess the functionality, specificity, reproducibility, accuracy, and precision of the Theranos System.
- Assess the Theranos data reporting and transfer functions

Thirty plasma samples (assayed in duplicate) were chosen based on historical GSK data for total GLP-1 levels from subjects given a mixed meal and two finger prick blood draws were performed. Five Theranos machines were used with active GLP-1 and C-peptide cartridges that required 20μL of plasma. MesoScale Discovery's (MSD) active and total GLP-1, Linco (Millipore) active GLP-1, and Linco (Millipore) C-peptide ELISAs were run as comparator assays.

**GSK Metabolic Biomarker Lab comments:**

- Data show good correlation
  - $r^2 = 0.90$ for GLP-1 (MSD vs. Theranos)
  - $r^2 = 0.96$ for C-peptide (Linco vs. Theranos)
- Inter-instrument precision (RLU average %CV = 11)
- Machines worked well
- Touch-screen interface was easy to use
- Cartridges were pretty straight forward (easy to handle and load)
- Assays took approximately 1 hour and 15 minutes per cartridge

**Overall conclusions:**
- The Theranos system eliminates the need for a lab and provided quality data
- The Metabolic Biomarker Lab has a favorable impression of the technology/system and recommends GSK clinical groups to work with Theranos

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460813

THERANOS CONFIDENTIAL

**Data:**

# Study design

- Human subjects
- Food "challenge"
- Measure GLP-1 and C-Peptide multiplex over 5 time points
  - Linco Assay
  - MSD Assay
  - Theranos Assay

Theranos Confidential

# C-Peptide Assay
Averaged results



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460814

THERANOS CONFIDENTIAL

# Calibration to GSK matrix



Theranos Confidential

# Lack of correlation of predicate methods



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460815

THERANOS CONFIDENTIAL

## Assay correlation



Theranos Confidential

## Subject 232





Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460816

THERANOS CONFIDENTIAL

## Subject 236



Theranos Confidential

## Subject 249



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460817

THERANOS CONFIDENTIAL

# Subject 264



Theranos Confidential

# Summary Statistics GLP-1 Comparison

- Theranos LOD = 0.17 pM
- Dynamic range measured: 0-3.2 pM
- Mean = 0.9 pM (Th), 1.0 (MSD)

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460818





# TPS Case Study: Client ROI

This presentation and its contents are Theranos proprietary and confidential

THER-646819

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



## Virtual Study Application

TheranOS Virtual Study Application enables more efficient clinical study design, conduct, and analysis through in-silico:

1. Comparison of alternative clinical study designs

2. Exploration of drug effects on multiple physiologic outputs

3. Examination of patient response variance in order to power the clinical study

4. Optimization of dose regimens

5. Examination of the magnitude and variance of side effects

Theranos Confidential

2

THER-6460820

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



theranos
redefining healthcare

## Virtual Study Application

TheranOS Virtual Study Application enables more efficient clinical study design, conduct, and analysis through in-silico:

6. Identification and selection of sub-populations having different physiologic responses

7. Identification of predictive patterns for early reads on efficacy and safety

8. Refinement of enrollment criteria.

9. Probability analysis of likely clinical outcomes for a given design.

10. Head-head studies for comparative effectiveness

11. ...

Simulations can be run before a study is designed and dynamically throughout each study.

**Theranos Confidential**

3

THER-6460821

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# TheranOS Comprehensive Physiological Models

CASE STUDY M

Using the interconnected physiological modeling engine, simulated optimal therapy regimens for maximum efficacy and minimal adverse events for asset that acts on multiple pathways.

- 95% target inhibition reproduced key behaviors reported in the clinical study of compound

- The model predicts the efficacy profiles of the drug, even without accounting for its *mechanism of action* (MOA models built for other drugs)

- Model identified a predictive signature of BMD that is measurable ~6 months prior to physical changes in BMD



Solid red lines are simulation results

Denosumab data: McClung et al 2006

theranos
*redefining healthcare*

www.theranos.com

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460822



CASE STUDY B

theranos
redefining healthcare

# Example of TPS in Compound Development for Anemia and Bone-related Disease

1. Customized TheranOS for automated data integration, analysis and real-time self-learning
   – Compounding predictive power from all Client-generated data

2. Developed and validated physiologic-based mechanistic modeling and simulation system
   – Captured effects of target inhibition by Compound treatment
   – Included target patient phenotypes based on literature and healthy patient responses to Compound
   – Optimized design, evaluation, execution of (adaptive) clinical trials for Compound
   – Led to novel biomarkers for efficacy and/or safety, enhancing patient treatment with Compound

Theranos Confidential

5

THER-460823

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



CASE STUDY B

THER-6460824

**theranos**
*redefining healthcare*

# Example (cont'd)

3. Virtual Study Application used to optimize Phase IIa trial design for target patient population

   – Recommended designs enhance power of trial
     □ Increased probability of success
     □ Provided support for regulatory reviews
   – Integrated data sets and models used by Client to run in-house simulations
   – Easy-to-use interface for in-house ownership/use of highly complex, proprietary modeling system

4. TheranOS applications integrated with Theranos Field Systems yielding compounding predictive power

   – Automated data integration, analysis, self learning and model refinement for trial design, analysis, and patient monitoring
   – Extended to include additional indications for Compound and for other compounds and their indications/target profiles

Theranos Confidential

6

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

CASE STUDY B

## Schematic Overview of Physiological Model



Theranos Confidential

THER-6460825

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

theranos
redefining healthcare



CASE STUDY B

# Summary Illustration of Quantitative Model Representing the Dynamics of Bone Metabolism

theranos
redefining healthcare

THER-6460826

8

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



CASE STUDY B

# Pop-PK Mixed-Effects Modeling for Compound SC Administration

- First-order one-compartment model was used to fit the Compound SC PK data.
- Model data accurately predicts clinical PK profiles



Theranos Confidential

THER-6460827

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



Simulated Peak Responses Predicted High, Mid, and Low Dose Response for All Physiologies

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-646
0828

CASE STUDY B

THER-646O829

*theranos*
redefining healthcare

# Virtual Study Application Increased Study POS

Simulations increased probability of study success by allowing users to optimize protocol and dosing titration schemes in-house prior to study initiation.



Simulation of probability of 'successful outcome' indicated high probability of study failure …



… due to underlying variability of responses



TPS optimized study design, dosing regimen, and titration parameters, increasing the probability of success 5x

11

**Theranos Confidential**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



[ CASE STUDY B

# Virtual Study Application used to improve POS

New titration design resulted in lower variance, leading to fewer excursions above maximum desired response and significantly decreasing frequency of safety issues.



Theranos Confidential

THER-6460830

12

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

CASE STUDY B

theranos
redefining healthcare

# Further Dose Titration Optimization

Further optimization of dose titration yielded even better efficacy and safety across three initial dose scenarios.



Theranos Confidential

13

THER-6460831

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

CASE STUDY B



*theranos*
redefining healthcare

## Safety and Efficacy Profile

Based on this safety and efficacy profile, the final design was recommended, as it:

- Significantly enhances both safety and efficacy under all conditions for heterogeneous patient populations

- Improves long-term Hgb maintenance by reducing "on-off" dosing and wide Hgb swings

- Reduces variance of Hgb response and treatment dose

- Is robust to initial dose given to the cohort

Theranos Confidential

14

THER-640832

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



THER-6460833

CASE STUDY B

# Proposed Semi-Parallel Trial Design is Estimated to Increase the Probability of Success from ~15% to ~80%

Recommendation: semi-parallel design has good chance of success for n=24 and n=16 in initial cohort and parallel cohorts, respectively



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

15



CASE STUDY B

# Model Illuminates Secondary Safety Concerns

Model indicates that Compound treatment may lead to secondary safety concerns in target patients undergoing treatment, if not taken into account.



Theranos Confidential

16

THER-6460834

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



**theranos**
redefining healthcare

## Secondary Safety Concerns

Model indicated that Compound treatment may lead to secondary safety concerns in target patients undergoing treatment

1. Severe hypocalcemia after intravenous administration of bisphosphonates has been observed in patients with poor mineral regulation.

2. Target patients present a particular risk due to limited endogenous mineral regulation.

3. Phase I studies with Compound in healthy patients show limited Ca effects due to normal mineral regulation in these patients.

**Theranos Confidential**

17

THER-6460835

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



CASE STUDY B

# Enhanced TheranOS Patient Cohort

After safety review, shows excellent agreement with Client data on variability in pre- and post- BP of patients.



Population mean: 150.6 mmHg
Population SD: 18.0 mmHg

Population mean: 149.3 mmHg

143.2 mmHg
13.3 mmHg } [Rohrscheib et al, CJASN , 2008]

141.0 mmHg } Data from Client, Oct 27 2009

Theranos Confidential

18

THER-6460836

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



CASE STUDY B

theranos
redefining healthcare

# Summary of Dose Titration Optimization for Hgb Maintenance and BP-Related Safety Profile

Dose titration designs

| | Endpoints | B3 | B3a | B4 | B5 |
|---|---|---|---|---|---|
| All Patients | Safety profile (% population with high BP events) | 8 | 17 | 8 | 10 |
| | Hgb response at 1 month after last dose, (% responder patients within target Hgb range, 10-12 g/dL) | 62 | 91 | 78 | 86 |
| Excluding patients with baseline BP>160 mmHg | Safety profile in absence of high baseline BP patients >160 mmHg, (% population with high BP events) | 0.8 | 6 | 0.8 | 1.6 |
| | Hgb response at 1 month after last dose, (% responder patients within target Hgb range, 10-12 g/dL) | 67 | 91 | 82 | 90 |
| Implementation logistics | Information required for calculating each dose | • Hb since last dose<br>• Hb since 1st dose<br>• Current Hb | | Additional Info<br>• Baseline BP | Additional Info<br>• Current BP<br>• Max ΔBP since last dose<br>• Max sys BP since start of trial |

Theranos Confidential

19

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460837



CASE STUDY B

theranos
redefining healthcare

# Summary of Trial Design Results and Insights Based on Modeling and Simulation

Using TheranOS model, optimized dose titration and Phase II clinical designs for target patients to meet clinical objectives, improve success probability, and accelerate development timelines

- Dose titration design predicted to improve efficacy across cohort of heterogeneous patients with improved safety profile (limits large/rapid Hgb excursion)

- Evaluated and proposed initial starting Compound dose for target patients to enhance response magnitude and rate with suitable safety profile

- Proposed semi-parallel trial design and modified success criteria predicted to increase statistical power from 15% to 80%

Selected insights based on model development included:

- Rapid hypertensive response may be due to three contributing factors: direct pharmacological effect, rise in viscosity (RBC), delayed rise in EPO (vasoconstriction).

- Identification of candidate biomarker (CTX/BAP ratio) for the prediction of BMD % change

- Delayed transient increase in EPO may be indicative of abnormal RBC/Hgb function.

- Compound treatment predicted to lead to secondary safety marker in target patients.

Theranos Confidential

20

THER-6460838

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# ROI: Accelerating Timelines and Improving POS

theranos
redefining healthcare

| Milestones | | Theranos impact |
|---|---|---|
| **Design and planning** | Critical path studies | • Data Quality significantly improved through integrated data linkage and earlier & better visibility into exposure-response and patient-patient visibility |
| | Protocol synopsis to approval | • Advanced modeling and simulation capabilities reduced need to run certain trials (e.g., add'l PK/PD studies) |
| **Startup and initiation** | Protocol approval to FPFV | • Optimized trial design and dose selection reduces possibility of re-running trials<br>• Use in remote locations (e.g., off-shore) significantly impacts site performance |
| **Conduct and closeout** | FPFV to LPLV | • Real-time, Adaptive Decision Support improves POS<br>• 15uL blood sample enables far more frequent sampling than historically possible, yielding higher integrity data, faster |
| | LPLV to DBL | • Reduces need for central lab sample shipping / analysis<br>• Reduces need for clinic visits<br>• Decentralized and automated nature of sample collection reduces number of sites / investigators<br>• Standardized real-time linkage |
| **Analysis, reporting, and publication** | DBL to tables / graphs | • Eliminates CRO and in-clinic overhead (and costs)<br>• Real-time data linkage reduces overhead associated with data handling / storage |
| | Tables / graphs to fCSR | • Reduced number of queries<br>• TPS real-time linkage impacts DBL to analysis by reducing need to consolidate various datasets |

Program cycle time — Individual study cycle time

Note FPFV: First patient first visit; LPLV: Last patient last visit; DBL: Database lock
SOURCE: CMR; interviews; McKinsey analysis

**Theranos Confidential**



THER-6460839

21

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



theranos
redefining healthcare

CASE STUDY B

# Client ROI from POS Analyses & Recommendations

- **Overview**
  - Client with PoC study design question
  - Compound being used in anemia

- **The Theranos Solution utilization**
  - Theranos builds systems model to simulate PoC studies
  - Theranos recommends new PoC study design

- **The Theranos Solution impact**
  - Theranos increased probability of success from ~15% to ~80%
  - Theranos study design eNPV impact of ~$202 million

Theranos Confidential

22

THER-6460840.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



CASE STUDY B

theranos
redefining healthcare

# The Theranos Solution – Overview

## Build predictive model and use it to design proof-of-concept study.

**Overview**

- Theranos asked to build a predictive model for a drug with highly complex interacting physiologies and tightly limiting safety concern
- Theranos used the model to help design a proof-of-concept study that improved odds of success

**Client design**

- Client had originally designed a proof of concept study that included
  – Staggered dosing regimen





- – Titration regimen that had high degree of variability in patient responses (bouncing between too strong or too weak a response)

- Client had indicated that if the compound failed in the PoC study, there were 3 likely outcomes
  – Terminating compound development
  – Re-doing PoC study
  – Taking forward multiple doses forward for Phase 2b

Theranos Confidential

23

THER-6460841

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

CASE STUDY B



## theranos
redefining healthcare

# The Theranos Solution – Utilization

## Built complex model and proposed optimized study design within 6 months.

**Timeline of events**

- Feb, Theranos receives request
- Mar, Theranos receives data to begin modeling
- Jun, Complex systems model built from scratch, with initial physiologically meaningful results
- July, Systems model and simulations completed with solution delivered to Client

**Theranos Solution**

- The Theranos Solution improved odds of success in a number of ways, including:
  - Building a complex systems model
  - Proposing a new proof of concept study design based on extensive simulation of underlying physiology including
  - Proposing a semi-parallel dosing regimen



  - Proposing a new titration regimen that reduced the likelihood of excursions above the maximum desired response and reduced the number of low-responders

**Theranos Confidential**

24

THER-6460842

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

CASE STUDY B

THER-6460843



**theranos**
redefining healthcare

# The Theranos Solution – Impact on Success

Optimized study design increased probability of success from ~15% to ~80%.



**Theranos Impact**

- Probability of success through study design
  - New study design optimized dosing and titration regimens to patient responses, resulting in improved odds of success from ~15% to ~80% by causing:
    - Fewer excursions above highest dose range
    - Faster average onset of action
- Guidance to regulatory agency
  - Theranos accompanied client at meetings with regulatory agency to present new study design and rationale (and then designs for all following studies)
- Client reaction
  - Client believes The Theranos Solution study design significantly reduced likelihood of (re-)running additional studies; Estimates an impact of 18+ months saved in clinical development timeline

- *Theranos improved Quality by improving probability of success through optimized study design with eNPV impact of $202 million (see next slide)*
- *Theranos also improved Speed/Cost by reducing the need to re-do PoC study (typical PoC 18-24 months, $10-$20 million)*

Theranos Confidential

25

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



**theranos**
redefining healthcare

CASE STUDY B

# Improving probability of survival in PoC from 15% to 80% resulted in eNPV of ~$202 million for late market drug entrant

Risk adjusted margin contribution

@15% POS NPV = ~$90 M at P2a

@80% POS NPV = +$112 M at P2a

Tail revenue margin contribution

- Discounting cash flows to beginning of P2 results in expected NPV difference of ~$202 million by increasing probability of success

- Return on R&D investment for successful launched compound with the profile indicated would have increased from ~3.6% to +13% (an increase in return of ~10 percentage points)

R&D investment, risk adjusted

LOE

**Assumptions**
PYS: $500 millions
WACC: 8%
Contribution margin: 0%, 50%, 70%, 60%
R&D capitalization rate 9.5%
Revenue profile : Biologic

P2 survival increase from: 15% to 80%
P3 survival: 57%
Reg survival: 84%
P2 cycle time: 3.1 yrs
P3 cycle time: 2.8 yrs
Reg cycle time: 1 yr

SOURCE: PharmaProjects, DiMasi et al. 2002 Journal of Health Economics

Theranos Confidential

26

THER-6460844

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

CASE STUDY B

THER-640845



# The Theranos Solution – Impact on ROI

Assumptions:

- Late-to-market drug
- Potential safety issues
- Competing against established drugs
- Minimal peak year sales and success probabilities

Initial Probability of Success of 15%

- At Phase 2, value of the drug is -$90 million
- Economically unfeasible at proposed success rate
- Development is likely to be stopped
- Considering development investment to date, IRR = 3.6%

Theranos Improvement to Probability of Success of 80%

- At Phase 2, value of the drug became +$112 million
- Theranos added ~$202 million value
- Theranos effectively increases ROI to 13%.

**Theranos Confidential**

27

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



theranos
*redefining healthcare*

CASE STUDY B

# Eliminating the need to repeat a single study accelerated development (estimated 18-24 months)

**TPS impact**

- Return on R&D investment for successful launched compound **increased ~10 percentage points**

  – Further reduction of fully loaded cost of R&D and increase of revenues from time savings

- By realizing the improvement in attrition rate across the entire portfolio versus just one compound, biopharmaceutical companies are realizing a further reduction in the fully loaded cost of R&D, because in an aggregate portfolio fewer wasted trials yield lower spend for the overall portfolio irrespective of development timelines.

Theranos Confidential

28

THER-6460846

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material





## Increasing Return on R&D Investment

External research shows that pulling several operational levers can increase return on R&D investment.

Return on R&D investment
Percent

SOURCE: E. David, et al. "Pharmaceutical R&D: The Road to positive R&D returns", *Nature Reviews Drug Discovery*

Theranos Confidential

THER-6460847

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460848



# Theranos can help achieve these improvements.



**Reduce cost per molecule**
- Decrease number of studies
- Decrease operating cost per patient

**Reduce time to launch**
- Decrease analytical time with real-time data linkage
- Reduce sample shipping from point of care (e.g., across international borders)

**Increase probability of success**
- Optimize decision-making around study design
- Improve dose selection due to dynamic sampling

**Improve revenue per molecule**
- Enable enhanced risk management
- Increase prescriber comfort for medications requiring patient monitoring

**Reduce overall cost per molecule by 15%**

**Reduce time-to-launch by 18 months**

**Increase phase III POS 10% by "taking" attrition in phase II**

**Shift 4% of molecules from fourth quartile to first quartile**

SOURCE: E. David, et al. "Pharmaceutical R&D: The Road to positive R&D returns", *Nature Reviews Drug Discovery*

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

**To:**   'aiden.a.flynn@gsk.com'[aiden.a.flynn@gsk.com]
**From:**   Carolyn Balkenhol[/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CBALKENHOL]
**Sent:**   Tue 3/3/2009 2:51:18 AM (UTC)
**Subject:**   Follow up
Theranos Evaluation Summary_GSK Biomarker Lab.pdf
Theranos Systems Pharmaceutical Introduction.pdf

Aiden,

It sounds like the call went great today.  I apologize for not having some of these materials to you in advance of the call, but I was finalizing some updates to our overview document and wanted to be sure to give you the latest information.  Elizabeth asked me to forward you this GSK report, as well, for your review.  She s hoping that there might be a time for another call next week, so you can discuss GSK-specific applications of Theranos Systems.

Please let me know if you have any difficulty with these transmissions and if there s a good slot for you and your team next week.

Thanks so much.
Carolyn

HOLMES0019369

THERANOS CONFIDENTIAL




**Excerpts from GSK Metabolic Study Report**

Nelson Rhodes, Director GSK Metabolic Biomarker Laboratory
Surekha Gangakhedkar, Theranos Assay Systems Lead

**Background information:**
The Theranos system was evaluated at GSK to profile active GLP-1 and C-peptide values and these data were compare to  gold standard  ELISAs using frozen human plasma from study XXXXXXX.  The key project objectives (found in the attached statement of work) were:

- To assess the performance of the Theranos System in measuring a multiplex for GLP-1 and c-peptide values (the  Cartridge Analytes ) as compares to the current gold standard ELISAs (which are not multiplexed).
    - Specifically, the study will assess Theranos  capabilities to detect points that the reference assays failed to accurately detect by running samples with C-peptide values in a standard range (ng/mL) and GLP-1 values between 0-3.2 pM
- To assess the functionality, specificity, reproducibility, accuracy, and precision of the Theranos System.
- Assess the Theranos data reporting and transfer functions

Thirty plasma samples (assayed in duplicate) were chosen based on historical GSK data for total GLP-1 levels from subjects given a mixed meal and two finger prick blood draws were performed.  Five Theranos machines were used with active GLP-1 and C-peptide cartridges that required 20µL of plasma. MesoScale Discovery s (MSD) active and total GLP-1, Linco (Millipore) active GLP-1, and Linco (Millipore) C-peptide ELISAs were run as comparator assays.

**GSK Metabolic Biomarker Lab comments:**

- Data show good correlation
    - $r^2 = 0.90$ for GLP-1 (MSD vs. Theranos)
    - $r^2 = 0.96$ for C-peptide (Linco vs. Theranos)
- Inter-instrument precision (RLU average %CV = 11)
- Machines worked well
- Touch-screen interface was easy to use
- Cartridges were pretty straight forward (easy to handle and load)
- Assays took approximately 1 hour and 15 minutes per cartridge

**Overall conclusions:**
- The Theranos system eliminates the need for a lab and provided quality data
- The Metabolic Biomarker Lab has a favorable impression of the technology/system and recommends GSK clinical groups to work with Theranos

HOLMES0019370

THERANOS CONFIDENTIAL

**Data:**

# Study design

Human subjects

Food  challenge

Measure GLP-1 and C-Peptide multiplex
over 5 time points

    Linco Assay

    MSD Assay

    Theranos Assay

Theranos Confidential

# C-Peptide Assay
### Averaged results



Theranos Confidential

HOLMES0019371

THERANOS CONFIDENTIAL

# Calibration to GSK matrix



Theranos Confidential

# Lack of correlation of predicate methods



Theranos Confidential

HOLMES0019372

THERANOS CONFIDENTIAL

# Assay correlation



Theranos Confidential

# Subject 232



Theranos Confidential

HOLMES0019373

THERANOS CONFIDENTIAL

# Subject 236



Theranos Confidential

# Subject 249



Theranos Confidential

HOLMES0019374

THERANOS CONFIDENTIAL

# Subject 264



Theranos Confidential

# Summary Statistics GLP-1 Comparison

Theranos LOD = 0.17 pM

Dynamic range measured: 0-3.2 pM

Mean = 0.9 pM (Th), 1.0 (MSD)

Theranos Confidential

HOLMES0019375



# Theranos Systems

**Introduction**

Theranos is transforming patient management, individual wellness, and the economics of health care delivery.

In doing so, Theranos has showcased a new economic model for pharmaceutical companies, exponentially increasing sales and rate of growth while cutting development expenses.

As the Theranos infrastructure begins to transform the way payors and physicians approach blood testing and reimbursement, the adoption of Theranos Systems in pharmaceutical companies is powering a radical new growth model for the pharmaceutical and biotech industry.

**Return on Investment for Pharmaceutical Clients**

Theranos technology has been robustly validated over the last four years. Existing clients include AstraZeneca, BMS, Celgene, GSK, J&J Centocor, Mayo Clinic, Merck, Pfizer, and others. Theranos direct-to-consumer home monitoring systems are currently being launched. In pharmaceutical clinical studies/programs, Theranos Systems have:

**Accelerated trial timelines** by an average of 18 months.
- Demonstrating meaningful dose-response and efficacy dynamics profiles in ~6 months where conventional infrastructure took two years and was still not able to generate equally predictive correlations.
- Existing customers value a six-month gain in time-to-market at $180 million to $540 million[1].

**Reduced clinical operations costs** by 50%.
- In addition to saving time, point-of-care ambulatory monitoring reduces the number of sites, as well as shipping, sample processing and clinical operations costs.
- Higher integrity field data and predictive models reduce the number of patients required in each clinical study by 25%.

**Enabled realization of target product profiles** that customers had not been able to achieve using the conventional testing and analytical infrastructure.
- Improved visibility into pathway dynamics
- Early reads on efficacy and safety dynamics
  - Established comprehensive longitudinal PK/PD profiles.
  - Characterized trends in the rate of change of key markers. (Conventional infrastructure obscures trends Theranos Systems elucidate.)
- Optimized development in ways previously not possible because of the biology complexities.
  - Enabled adaptive studies and development.
  - Salvaged assets that were about to be written off.
  - Rapidly enabled label expansion into key new patient populations and multiple indications.
  - Powered mechanistically driven cross-comparison studies for compound differentiation and reimbursement.

**Enabled approval, reimbursement, and maximized use of key assets** through drug-systems combinations now going onto the market together to optimize the benefit/risk profile of a drug on an *individual* patient basis. The individualized selection, treatment, monitoring and wellness counseling of subjects made possible through Theranos Systems is the foundation of a radical new growth model for pharmaceutical companies following the drug-device approach recommended by the Critical Path Initiative. The ability to comprehensively monitor blood-proteins and behavior in an at-home system enables pharmaceutical companies to overcome the clinical and economic limitations of what s currently known as personalized population-based medicine.

---

[1]Most recent estimates by an existing Theranos client value each day gained at 1-3 million dollars per day.



**The Theranos System**

Theranos Systems are Theranos proprietary, patented technology. The systems are becoming the center of healthcare in the home, making healthcare a home necessity in the same way that personalized computers made computing a home necessity.

For point-of-care technology to develop into a true individualized medical system (IMS) and make it a staple of patient care at the individualized level, significant breakthroughs were needed over the current state-of-the-art tools in the following domains:
* Greater sensitivity, specificity, precision and accuracy of simultaneous assays
* Home protein analysis for time profiling
* Home drug analysis for exposure-response characterization
* Integration of data coming from various sources into electronic health records (EHR)
* Data modeling using Bayesian and other approaches
* Systematic, prompt feedback to the health care provider (HCP) and the patient
* Enabling early, adaptive and rapid decision making about healthcare utilization

The Theranos System was developed to address the aforementioned issues. Theranos Systems allow HCPs and patients to monitor drugs, their metabolites, and relevant biomarkers from fresh whole blood samples in real-time at any testing frequency in a clinic, hospital setting or any point of care, including the home.

Theranos Systems process finger-stick blood samples at the point of care, wirelessly transmit data to relevant health care providers/clinicians, and can provide individualized and integrated content back to consumers to assist them in modifying behavior and establishing/achieving health and wellness goals. The user interface on the device is a graphical touch-screen, which links with an individuals mobile phone in real-time, providing each user with smart, customized information.  

Theranos proprietary blood-analysis technology has made it possible to measure multiplexed combinations of drugs, proteins and other analytes in the home, and in doing so, characterize trends in disease progression and regression that were previously not seen. The ability to capture more comprehensive longitudinal time-series measurements is fundamental to better characterizing a patients response to therapy.

     When deployed, the information system allows for the integration and exploitation of information in a way previously not feasible. The field units combined with the models in the information system enable accelerated clinical studies and realization of the target profiles of key assets.

In order to increase the value and coverage of marketed assets, compound-specific information characterized in clinical studies is being leveraged in the consumer environment. The information system allows for customized content to be deployed to device touch-screens and the associated mobile applications to enhance the value of a therapy.

The social networks which are rising around the mobile and home systems are proving to be powerful viral marketing channels.

HOLMES0019377



**Theranos Systems are comprised of three integrated technologies and services.**

**1. Data infrastructure (for use across an entire pharmaceutical pipeline)**
An information integration and exploitation infrastructure which permits:
* Data acquisition and storage of point-of-care results in real time.
* The integration of blood parameters and patient diary data with all other physiologically relevant information into the EHR.
* A central mathematical software program to:
    - Graphically visualize, help to interpret, and analyze all data in one place
    - Link any new information into a disease management system that then maps the information onto a probability space of clinical outcomes.
* The graphical display of clinically relevant and actionable information back to the HCP and/or the patient.

A customer-specific data integration and self-learning prediction and simulation engine to:
* Centralize all information in one repository.
* Automatically import data that exist in different formats (historical data, clinical studies, literature, patient records, etc.).
* Power models of patient response and disease pathophysiologies on integrated data sets.
* Constantly evolve and become increasingly predictive as learning algorithms process data from the field and literature without requiring human intervention.

**2. Predictive and dynamic, multivariate, multi-dimensional models (customized for program-specific objectives) that map disease progression and regression**
Algorithms
* Built-in pattern recognition tools characterize responder classes and clinical outcomes.
* Probability analysis tools systematically account for uncertainty.
* Integrate physiological models with statistical analysis tools based on Theranos proprietary time-series analysis.

Models
* Account for all relevant pathophysiologies and compounds mechanisms of action
* Can identify relevant circulating parameters for patient monitoring and classification
* Have increasingly predictive to power future studies and decision making
* Simulate scenarios that answer what-if questions and allow users to run queries themselves
    - Patient profiles
    - Trial protocols

**3. Field units (integrated point-of-care home and mobile monitoring systems that work for any combination of assays, including drug and protein analysis)**
Devices remote, portable patient care systems
* On-site, real-time, automatic processing of cartridges for blood analysis
* User interface designed for non-computer-literate subjects, allowing the patient to initiate the assays and to graphically enter a variety of relevant information, such as full patient diaries and behavioral and psychological information
* Two-way communication system from the instruments to HCP/clinicians, mobile phones, and back to patients with relevant content, messages, and health information
* Blood and environmental data is automatically (wirelessly) transmitted into models in real time.
    - Fully exploit all data (every IIT or pivotal trial increases the predictive value of the models).
    - Characterize dose-response, efficacy and safety dynamics faster and more accurately.
* Simultaneously collect relevant environmental information and comprehensive patient diary information through graphical touch-screens.

CONFIDENTIAL

HOLMES0019378



Cartridges    disposable cartridges pre-loaded with chemistries to simultaneously measure multiplexes of proteins and other analytes from ~15 µL whole blood finger-stick

- Cartridges can be customized to measure any combination of drugs and biomarkers together to map indicators/trends through comprehensive longitudinal PK/PD profiles of subject status.
- Rapid characterization of rate-of-change in key markers and trends (through more frequent monitoring than possible using central labs) yields predictive insight into clinical outcomes far earlier than more traditional radiologic and clinical end-points, resulting in earlier go/no-go decisions across multiple indications.
- Assay precision and trend generation capabilities reduce required patient numbers.
- Standardized analytical platform can be used across all sites.
    - Reduce variability of data between sites.
    - Improve quality of data by avoiding issues with analyte decay rates and sample processing.
- Drug-specific cartridges complement wellness/disease-specific cartridges that are being launched by Theranos direct to consumers and physicians.

Mobile Applications    transmission of individualized content to smart, automated counselors on device touch-screens and users mobile phones to assist with behavior modification and increase compliance with therapy

- Theranos proprietary algorithms enable the correlation of blood data to efficacy dynamics profiles, behavior, lifestyle, diet, and side-effects.
- Truly individualized content is selected to help people change their lifestyles in a sustained way, through the integrated use of the back-end algorithms, models, and data in the data infrastructure.
- Content is based on data for patient classes, which recognize physiological and psychological pre-dispositions as well as local socio-environmental influences.
- Applications link users through social networks, where success stories compound through the combination of each tailored home health system with a given therapy.

**Theranos Client Services include:**

Customization
- Devices
- Cartridges
- Informatics Systems
- Web portals
- Mobile applications for specific assets

Study Planning
- Biomarker selection

Support
- 24x7 live international call center
- New Information System features for in-person training of all site and where applicable, at-home device installations and training for patients
- Maintenance of information systems and all web and mobile applications

Regulatory Filings
- Compound-specific cartridges

Distribution of the systems to consumers, physician s offices, and pharmacies
- Sale and distribution of devices and cartridges
- Reimbursement for devices and cartridges

Marketing through the creation of Theranos product-specific mobile, device and web-based social wellness networks

HOLMES0019379

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on November 13, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Amy Mason Saharia

AMY MASON SAHARIA

November 13, 2023