No. 22-10312

# In the United States Court of Appeals for the Ninth Circuit

---

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

ELIZABETH A. HOLMES,
*Defendant-Appellant.*

---

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(NO. 5:18-CR-00258)
(THE HONORABLE EDWARD J. DAVILA, J.)*

---

## APPELLANT'S UNOPPOSED MOTION TO EXCEED THE TYPE-VOLUME LIMITATION

---

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  600 Stewart Street
  Suite 400
  Seattle, WA 98101
  (360) 320-6435

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  680 Maine Ave. S.W.
  Washington, D.C. 20024
  (202) 434-5000
  asaharia@wc.com

Pursuant to Ninth Circuit Rule 32-2(a), Defendant-Appellant Elizabeth A. Holmes respectfully requests permission to file a reply brief containing 8,964 words in total, exceeding the type-volume limit in Ninth Cir. R. 32-1(b) by 1,964 words, which is under half the length of the government's 17,940-word brief.

Recognizing that "[t]his case involves an extraordinarily lengthy record and a 46-day trial, and counsel has shown diligence in streamlining the brief," this Court granted Ms. Holmes' Opposed Motion to Exceed the Type-Volume Limitation as to her opening brief. Dkt. 47. Ms. Holmes filed a 17,024-word opening brief accompanied by 57 volumes of excerpts of record. This Court subsequently granted the United States' Motion to File an Oversized Brief, Dkt. 67, and the government filed a 17,940-word brief accompanied by 4 volumes of supplemental excerpts of record.

Given the length and complexity of the previous briefing in this case, Ms. Holmes seeks permission to file a reply brief of 8,964 words, under half the length of the government's 17,940-word brief. As set forth in the attached declaration, counsel has worked diligently to concisely respond to the government's arguments. But, given the number and complexity of the arguments in the expanded briefing in this case, it is impossible to trim the

1

reply brief within the 7,000-word limit without meaningfully abridging Ms. Holmes' ability to respond effectively and forgoing important issues that warrant this Court's review.

The government does not oppose the proposed extension.

Dated: November 13, 2023          Respectfully submitted,

/s/ *Amy Mason Saharia*

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Ave. S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

*Counsel for Defendant-Appellant*

2

## <u>DECLARATION OF AMY MASON SAHARIA</u>

I, Amy Mason Saharia, am an attorney with Williams & Connolly LLP, duly admitted to practice before this Court. I submit this declaration in support of the accompanying Unopposed Motion to Exceed the Type-Volume Limitation. I declare as follows:

1.     I am an attorney of record for Defendant-Appellant Elizabeth A. Holmes in *United States v. Holmes*, No. 22-10312 (9th Cir.).

2.     Ms. Holmes' proposed reply brief contains 8,964 words, excluding the portions exempted under Fed. R. App. P. 32(f). Ms. Holmes thus seeks a 1964-word extension of the word limit.

3.     A 1,964-word extension is warranted to allow Ms. Holmes to respond effectively to the government's 17,940-word brief. This Court granted Ms. Holmes' Opposed Motion to Exceed the Type-Volume Limitation as to her opening brief because "[t]his case involves an extraordinarily lengthy record and a 46-day trial, and counsel has shown diligence in streamlining the brief." Dkt. 47. Ms. Holmes accordingly filed a 17,024-word opening brief. The government requested a similar extension, and this Court granted their motion. Dkt. 67. The government filed a 17,940-word brief.

4.     We undertook to comply with the Court's 7,000-word limit.  We have worked diligently to narrow our response to the most essential issues and have revised the brief for concision.  But given the size of the record under review and the length and complexity of previous briefing, it is impossible to trim the brief within the word limit without meaningfully limiting Ms. Holmes' ability to respond effectively to the government's arguments.

5.     I have consulted with counsel for the United States, Kelly I. Volkar.  She indicated on November 6, 2023, that the United States does not oppose the proposed extension.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 13, 2023 in Washington, D.C.

/s/ *Amy Mason Saharia*
AMY MASON SAHARIA
Attorney for Elizabeth A. Holmes

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023 a copy of this filing was delivered via ECF on all counsel of record.

/S/ *Amy Mason Saharia*

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Ave. S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

*Counsel for Defendant-Appellant*