No. 22-10312

# In the United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

ELIZABETH A. HOLMES,
*Defendant-Appellant.*

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(NO. 5:18-CR-258)
(THE HONORABLE EDWARD J. DAVILA, J.)*

**MOTION TO TRANSMIT PHYSICAL EXHIBITS**

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Avenue S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

Pursuant to Ninth Circuit Rule 27-14, Defendant-Appellant Elizabeth A. Holmes hereby moves to transmit two exhibits containing excerpts of audio recordings that were introduced as exhibits at trial, are not currently available on the electronic district court docket, and are necessary to resolution of an issue on appeal.[1] Pursuant to Ninth Circuit Rule 30-1.4, Ms. Holmes is filing the exhibits as part of her Further Excerpts of Record. Ms. Holmes filed a similar motion on April 17, 2023 (Dkt.28), and this Court indicated on May 15, 2023 that it would address the motion at the completion of briefing (Dkt.47). The exhibits to be transmitted, and their relevance to the issues on appeal, are as follows:

1. Trial Exhibit 5478A2 (1-FER-100)
   - This exhibit contains an excerpt of a recorded conversation between Ms. Holmes and a Theranos investor regarding the potential future use of Theranos technology by the military.

2. Trial Exhibit 5473B2 (1-FER-99)
   - This exhibit contains an excerpt of a recorded conversation between Ms. Holmes and journalist Roger Parloff regarding Theranos' use of venipuncture.

Counsel has consulted with counsel for the United States, Kelly I. Volkar. The United States takes no position on the motion.

---

[1] Alternatively, Ms. Holmes is prepared to provide the Court with a copy of these two exhibits.

Dated: November 13, 2023	Respectfully submitted,

/s/ *Amy Mason Saharia*
KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Ave. S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

*Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I electronically filed the foregoing Motion to Transmit Physical Exhibits on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

/s/ *Amy Mason Saharia*
KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
  *Counsel of Record*
KATHERINE A. TREFZ
WILLIAMS & CONNOLLY LLP
  *680 Maine Avenue S.W.*
  *Washington, D.C. 20024*
  *(202) 434-5000*
  *asaharia@wc.com*

JOHN D. CLINE
LAW OFFICE OF JOHN D. CLINE
  *600 Stewart Street*
  *Suite 400*
  *Seattle, WA 98101*
  *(360) 320-6435*

*Counsel for Defendant-Appellant*