|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 18 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff-Appellee,<br><br> v.<br><br>ELIZABETH A. HOLMES,<br><br>            Defendant-Appellant. | No.   22-10312<br><br>D.C. No. 5:18-cr-00258-EJD-1<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's motion (Docket Entry No. 74) under 9th Cir. R. 32-2(a) for permission to file a reply brief that exceeds by 1,964 words the limit in 9th Cir. R. 32-1(b), is granted in this case where the record is extraordinarily lengthy after a 46-day trial and counsel has shown diligence in streamlining the brief.

Appellant's motion (Docket Entry No. 76) to seal the motion to seal and the reply brief is granted, subject to reconsideration by the merits panel. *See* 9th Cir. R. 27-13. The Clerk will file publicly the redacted reply brief (Docket Entry No. 77), and the further excerpts of record (Docket Entry No. 73). The Clerk will file under seal the motion to seal (Docket Entry No. 76-1) and the unredacted reply brief (Docket Entry No. 76-2).

Appellant's motions (Docket Entry Nos. 28 & 75) to transmit physical exhibits are granted. Counsel must submit four copies of the exhibits within seven

OSA158

days of this order.