# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-10312

**Case Name** United States v. Elizabeth Holmes

**Hearing Location** (*city*) San Francisco

**Your Name** Amy Mason Saharia

List the sitting dates for the two sitting months you were asked to review:

May 13-17; June 3-7; June 10-14

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

May 13-17 (arguing counsel is scheduled to be in trial)

June 7 and June 10 (lead trial counsel is scheduled to attend his child's college graduation)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Amy Mason Saharia    **Date** 1/26/24

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**    *New 12/01/2018*