# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 22-10312

**Case Name:** United States v. Elizabeth Holmes

**Hearing Location** (*city*): San Francisco

**Your Name:** Amy Mason Saharia

List the sitting dates for the two sitting months you were asked to review:

June 3-7; June 10-14; July 8-12; July 15-19

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 7 and June 10 (lead trial counsel is scheduled to attend his child's college graduation)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** /s/ Amy Mason Saharia  **Date:** February 16, 2024

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**  New 12/01/2018