UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-10312

**Case Name** USA v. Elizabeth Holmes

**Hearing Location** (*city*) San Francisco

**Your Name** Kelly Volkar

List the sitting dates for the two sitting months you were asked to review:

June 3-7 & 10-14, 2024
July 8-12 & 15-19, 2024

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Arguing counsel for the government has pre-planned vacation during the week of July 15 through 19 for which plane tickets have already been purchased. Counsel is available on all other offered dates.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

● Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

22-10338, USA v. Ramesh Balwani, San Francisco
23-1040, 23-1166, 23-1167, USA v. Elizabeth Holmes and Ramesh Balwani, San Francisco

**Signature** s/ Kelly Volkar    **Date** 2/20/2024

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**    *New 12/01/2018*