UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 22-10312 |
| --- | --- |
| Plaintiff-Appellee, | D.C. No. 5:18-cr-00258-EJD-1 |
| v. | Northern District of California, San Jose |
| ELIZABETH A. HOLMES, | ORDER |
| Defendant-Appellant. | |

Appellants Elizabeth Holmes and Ramesh "Sunny" Balwani jointly request a modification to the oral argument schedule in their appeals of their convictions and sentences (respectively, No. 22-10312 and No. 10338) as well as in the consolidate appeal from the district court's restitution order (Nos. 23-1040, 23-1166, 23-1167). Appellants' joint motion is **GRANTED**. Oral argument will proceed as follows, with the time listed allotted equally to each side:

| Case No. | Case Name | Min. Time/Side |
| --- | --- | --- |
| 22-10312 | *United States v. Holmes* (conviction and sentence appeal) | 20 min. |
| 22-10338 | *United States v. Balwani* (conviction and sentence appeal) | 20 min. |
| 23-1040, 23-1166, 23-1167 | *United States v. Holmes & Balwani* (consolidate restitution appeal) | 10 min. |

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT