

United States Attorney
Northern District of California

*11th Floor, Federal Building*  *(415) 436-7200*
*450 Golden Gate Ave., Box 36055*  *Fax: (415) 436-7234*
*San Francisco, CA 94102-3495*

May 15, 2024

Molly Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

    Re:    *United States v. Elizabeth Holmes*, No. 22-10312

To the Clerk of Court:

    Pursuant to Fed. R. App. P. 28(j), the government writes to bring to the Court's attention *United States v. Lucas*, No. 22-50064, --- F.4th ---, 2024 WL 1919741 (9th Cir. May 2, 2024) (*en banc*) (attached). *Lucas* supports the government's argument that the district court did not err in using the preponderance of the evidence standard to calculate the loss amount for purposes of calculating Defendant-Appellant Elizabeth Holmes's Guidelines range. *See* Government's Answering Brief (GAB) 75–80; *cf. id.* 77 n.14 (citing *Lucas*).

    In *Lucas*, the Court adopted "the standard in nearly every other circuit" and held that "fact-finding by a preponderance of the evidence is sufficient to satisfy due process at sentencing" even "when potentially large enhancements are at stake[.]" 2024 WL 1919741, at *3–5.

    This holding forecloses Holmes's claim that the district court erred in applying the preponderance standard at sentencing. *See* Holmes's Opening Brief (AOB) 77–90. Holmes concedes this much in her recent letter. Dkt. 94. Nevertheless, she offers a new argument in the letter, not found in her opening brief, that the district court erred even under the preponderance-of-the-evidence standard. *Id.* This claim is waived, as it was not raised in her opening brief. *United States v. McEnry*, 659 F.3d 893, 902 (9th Cir. 2011) (holding that

arguments raised "for the first time in a 28(j) letter" are waived); *Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *see* AOB 80–90 (seeking "remand for resentencing *under the correct standard of proof*" (emphasis added)).

This Court should affirm the district court's sentence.

        Respectfully,

        MARTHA BOERSCH
        Attorney for the United States,
        Acting Under Authority Conferred By
        28 U.S.C. § 515

        MATTHEW M. YELOVICH
        Deputy Chief, Criminal Division

        */s/ Kelly I. Volkar*
        KELLY I. VOLKAR
        Assistant United States Attorney

cc:     All Counsel of Record (by ECF)