| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 8 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>ELIZABETH A. HOLMES,<br><br>    Defendant-Appellant. | No.   22-10312<br><br>D.C. No.<br>5:18-cr-00258-EJD-1<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: SCHROEDER, NGUYEN, and R. NELSON, Circuit Judges.

The panel has unanimously voted to deny Appellant's petition for panel rehearing, filed April 9, 2025. Judge Nguyen and Judge Nelson have voted to deny the petition for rehearing en banc, and Judge Schroeder has so recommended.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petition for panel rehearing and rehearing en banc (Dkt. 106) is DENIED.