UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

ELIZABETH A. HOLMES,

        Defendant - Appellant.

No. 22-10312

D.C. No. 5:18-cr-00258-EJD-1
U.S. District Court for Northern
California, San Jose

**MANDATE**

---

The judgment of this Court, entered February 24, 2025, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT