

**U.S. Department of Justice**
*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*      *(415)436-7200*
*450 Golden Gate Ave., Box 36055*    *FAX: (415) 436-7234*
*San Francisco, CA 94102*

December 30, 2025

*Via e-mail*

Thomson Reuters
610 Opperman Drive
P.O. Box 64526
Eagan, MN 55123
(Attn: Maria Evangelista, maria.b.evangelista@tr.com)

> Re:    Counsel list in *United States v. Holmes*, *United States v. Balwani*
> 129 F.4th 636, amended on Dec. 22, 2025, Nos. 22-10312, 22-10338,
> 23-1040, 23-1167, 23-1166

Dear Ms. Evangelista:

I write to request that you make corrections to the counsel list in the published opinion for the above referenced case. The opinion lists counsel for the government who are recused from the matter, have left the United States Attorney's Office, or filed their withdrawals from the case. I ask that you correct the counsel list to read as follows:

> Kelly I. Volkar (argued), Assistant United States Attorney; Robert S. Leach, John C. Bostic, and Jeff Schenk, former Assistant United States Attorneys; Matthew M. Yelovich (former) and Merry Jean Chan, Chiefs, Appellate Section, Criminal Division; Thomas A. Colthurst (former), Martha Boersch, Acting Under Authority Conferred By 28 U.S.C. § 515, Attorney for the United States; and Stephanie M. Hinds (former), and Craig H. Missakian, United States Attorney; United States Department of

Justice, Office of the United States Attorney, San Francisco, California, for Plaintiff-Appellee.

Thank you for your attention to this request.

Very truly yours,

CRAIG H. MISSAKIAN
United States Attorney

MERRY JEAN CHAN
Chief, Appellate Section, Criminal Division

_s/ Kelly Volkar_
KELLY I. VOLKAR
Assistant United States Attorney

Counsel for Plaintiff-Appellee
UNITED STATES OF AMERICA

cc:   Office of the Court,
      U.S. Court of Appeals for the Ninth Circuit (via ECF, ACMS)